# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF UTAH

In re ____EASY STREET HOLDING, LLC____  Case No. _____
        Debtor                           Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Set forth below is a list of the creditors holding the 20 largest unsecured claims against Easy Street Holding, LLC ("Holding"). The list has been prepared from the books and records of Holding and its affiliated debtors. The information contained in this list was prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in these chapter 11 cases and represents the Debtor's best estimate of the largest unsecured claims that creditors may assert against them, as of September 14, 2009. The list of creditors set forth herein does not include (a) persons who come within the definition of "insider" set forth in the 11 U.S.C. § 101, (b) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims, or (c) directors, officers, employees, or any other persons having claims under the Debtor's non-qualified retirement benefit plans. The information presented in this list shall not constitute an admission by, nor is it binding upon, Holding and its affiliated debtors.[1]

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
| Jacobsen Construction<br>P.O. Box 27608<br>Salt Lake City, UT  84127-06080 | | Trade Debt | | $1,382,127.00 |
| Millcreek Consulting<br>3017E. Kemper Road<br>Sale Lake City, UT  84109 | | Professional | | $100,044.00 |
| Elliot Workshop Group<br>364 Main Street<br>Park City, UT  84060 | | Professional | | $105,700.00 |
| Luxury Residence Group<br>693 Main Street<br>Park City, UT  84060 | | Professional | | $74,721.11 |
| Klehr, Branzburg & Ellers LLP<br>260 South Broad St.<br>Philadelphia, PA  19102 | 215-568-6060 | Legal Services | | $55,602.52 |

---

[1] The Debtor will file the schedules of assets and liabilities (the "Schedules") in accordance with 11 U.S.C. § 521 and Fed. R. Bankr. P. 1007. The information contained in the Schedules may differ from the information set forth herein. The Debtor reserves the right to amend this list based on information existing as of the filing date. Furthermore, except where noted, the Debtor has not yet identified which of its largest unsecured claims, if any, are contingent, unliquidated, disputed, and/or subject to setoff as appropriate. Inclusion of a claim on this consolidated list is not an admission that the amounts are or are not contingent, unliquidated, disputed and/or subject to setoff nor an admission that the amounts listed are owed by more than one of the Debtors.
NYIWDMS: 11266695_2

SLC_455218

| Creditor | Phone/Fax | Type | | Amount |
|---|---|---|---|---|
| Goodrich & Thomas, CPAs<br>3200 Park Center Drive<br>Suite 1170<br>Costa Mesa, CA 92626 | 714-546-0755 Tel<br>714-546-4901 Fax | Accounting | | $48,300.00 |
| CBIZ Accounting<br>175 S West Temple<br>Suite 650<br>Salt Lake City, UT 84111 | | Accounting | | $36,146.00 |
| Cushman & Wakefield<br>50 Broad Street<br>New York, NY 10004 | | Professional | | $12,500.00 |
| Union Square Home Owners Association<br>PO Box 683300<br>Park City, UT 84068 | | Trade Debt | | $10,409.80 |
| Gateway Center LLC<br>c/o Commerce CRG<br>PO Box 571530<br>Murray UT 84157 | | Rent | | $10,319.65 |
| Frank Rimerman & Co. LLP<br>60 South Market Street<br>San Jose, CA 95113 | 408-279-5566 Tel<br>408-279-8284 Fax | Accounting | | $4,143.10 |
| Shaner Design, Inc.<br>614 Main Street, Suite 404<br>PO Box 4560<br>Park City, UT 84060 | | Professional | | $4,095.00 |
| Merrit & Harris<br>301 E Glenoaks Blvd., Suite 4<br>Glendale, CA 91207 | 818-500-1174 | Professional | | $3,200.00 |
| Les Olson Company<br>PO Box 65598<br>Salt Lake City, UT 84165-0598 | | Trade Debt | | $2,062.50 |
| Park City Surveying<br>2041 Sidewinder Drive<br>Park City, UT 84060 | | Professional | | $1,915.00 |
| Qwest<br>PO Box 29039<br>Phoenix, AZ 85038-9039 | 800-777-9594 | | | $569.17 |
| Staples Credit Plan<br>Dept 51-7861136819<br>PO Box 689020<br>Des Moines, IA 50368-9020 | | Trade Debt | | $393.81 |
| Five 9's Communication<br>PO Box 348<br>Roy, Utah 84067 | | Trade Debt | | $358.51 |
| Pitney Bowles<br>PO Box 856390<br>Louisville, KY 40285-6390 | | Trade Debt | | $161.58 |

NYIWDMS: 11266695_2

SLC_455218

| Federal Express<br>PO Box 7221<br>Pasadena, CA 91109-7321 | | Trade Debt | | $110.42 |
|---|---|---|---|---|
| Summit Business Service<br>1646 Fox Hollow Lane<br>Park City, Utah 84098 | Chipper Leonard<br>435-658-1558 | Professional | | $25.00 |
| Date: | 9-14-09 | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, William Shoaf, co-manager of the Debtor in this case, declare under penalty of perjury that I have read the foregoing list of 20 largest unsecured creditors and that it is true and correct to the best of my information and belief.

Date: September 14, 2009

Signature _____
William Shoaf, Manager

NYIWDMS: 11266695_2

SLC_455218