# United States Bankruptcy Court
## District of Utah

In re: EASY STREET HOLDING, Debtor

Case No. _____

Chapter 11

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| Park City I, LLC<br>166 Duane Street<br>New York, NY 10013 | | | 12.5% |
| Philo Smith Jr. Trust<br>684 Glenneyre Street<br>Laguna Beach, CA 92651 | | | 10.0% |
| Alchemy Ventures Trust<br>17575 Fitzpatrick Lane<br>Occidental, CA 94108 | | | 38.75% |
| CloudNine Resorts, LLC<br>4780 Winchester Ct<br>Park City, UT 84098 | | | 38.75% |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Manager of the LLC named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: 9/14/2009       Signature: [signed]

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

___ continuation sheets attached to List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy