*Order prepared and submitted by*:
Kenneth L. Cannon II (kcannon@djplaw.com)(3705)
Steven J. McCardell (smccardell@djplaw.com)(2144)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT   84110-4050
Telephone:  (801) 415-3000/Fax:  (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com)(pro hac vice application pending)
Steven B. Eichel (seichel@crowell.com)( pro hac vice application pending)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY   10022
Telephone:  (212) 223-4000/Fax:  (212) 223-4134
Proposed Counsel for Debtors and Debtors in Possession

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re: | |
| EASY STREET HOLDING, LLC, | Case No. 09-29905 |
| | Chapter 11 |
| Debtors. | |
| Address:  201 Heber Avenue | |
|          Park City, UT 84060 | Honorable R. Kimball Mosier |
| Tax ID Number: 35-2183713 | [FILED ELECTRONICALLY] |

SLC_454699.3

**Filed: 09/14/09**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| EASY STREET PARTNERS, LLC, | ) | Case No. 09-29907 |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |
| Address: 201 Heber Avenue | ) | |
| Park City, UT 84060 | ) | Honorable R. Kimball Mosier |
| | ) | |
| Tax ID Number: 84-1685764 | ) | [FILED ELECTRONICALLY] |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| EASY STREET MEZZANINE, LLC, | ) | Case No. 09-29908 |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |
| Address: 201 Heber Avenue | ) | |
| Park City, UT 84060 | ) | Honorable R. Kimball Mosier |
| | ) | |
| Tax ID Number: 20-4502979 | ) | [FILED ELECTRONICALLY] |
| | ) | |

**ORDER AUTHORIZING THE JOINT ADMINISTRATION AND PROCEDURAL CONSOLIDATION OF RELATED CASES UNDER BANKRUPTCY RULE 1015(b)**

The "Motion for Order Authorizing the Joint Administration And Procedural Consolidation of Related Cases Under Bankruptcy Rule 1015(b)" (the "Motion"), filed on September 14, 2009 by Easy Street Partners, LLC ("Partners"), Easy Street Mezzanine, LLC ("Mezzanine"), and Easy Street Holding, LLC ("Holding"), debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"), came before the Court for consideration.

Having read and considered the Motion, and the "Declaration Of William Shoaf In Support Of First Day Motions" in support thereof; and good cause appearing, it is hereby ordered that:

1. The Motion is granted;

2. The Debtors' bankruptcy cases shall be procedurally consolidated and jointly administered under the case of Holding, which is Case Number 09-29905.

3. All pleadings, other than proofs of claim, relating to the Debtors' cases shall (i) bear a joint caption, substantially in the form of Exhibit "1" attached hereto, and (ii) be maintained by the court clerk under a single pleadings docket.

4. The Debtors' estates shall not be substantively consolidated at this time. This order is without prejudice to the ability of any party in interest to request substantive consolidation, after notice and a hearing.

-----------------------END OF ORDER---------------------

# **EXHIBIT 1**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| EASY STREET HOLDING, LLC, *et al.*, ) | Bankruptcy Case No. 09-29905 |
| ) | Jointly Administered with Cases |
| Debtors. ) | 09-29907 and 09-29908 |
| ) | |
| Address: 201 Heber Avenue ) | Chapter 11 |
| Park City, UT 84060 ) | |
| ) | Honorable R. Kimball Mosier |
| ) | |
| ) | |
| Tax ID Numbers: ) | |
| 35-2183713 (Easy Street Holding, LLC), ) | |
| 20-4502979 (Easy Street Partners, LLC), and ) | |
| 84-1685764 (Easy Street Mezzanine, LLC) ) | |

SLC_454699.3