**The below described is SIGNED.**

Dated: September 15, 2009

*R. Kimball Mosier* (signature)

**R. KIMBALL MOSIER**
**U.S. Bankruptcy Judge**



___

**Prepared and Submitted by:**

| | |
|---|---|
| Annette W. Jarvis (1649) | Richard W. Havel (*Pro Hac Vice Pending*) |
| Steven C. Strong (6340) | **SIDLEY AUSTIN LLP** |
| Benjamin J. Kotter (9592) | 555 West Fifth Street |
| **DORSEY & WHITNEY, LLP** | Los Angeles, California 90013 |
| 136 South Main Street Suite 1000 | Telephone: (213) 896-6017 |
| Salt Lake City, Utah 84101 | Facsimile: (213) 896-6600 |
| Telephone: (801) 933-7360 | Email: rhavel@sidley.com |
| Facsimile: (801) 933-7373 | |
| Email: jarvis.annette@dorsey.com | |
| Email: strong.steven@dorsey.com | |
| Email: kotter.benjamin@dorsey.com | |

*Attorneys for WestLB AG*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>**EASY STREET HOLDING, LLC,** *et al.,*<br><br>Tax ID Numbers:<br>35-2183713 (Easy Street Holding, LLC),<br>20-4502979 (Easy Street Partners, LLC), and<br>84-1685764 (East Street Mezzanine, LLC) | **Case No. 09-29905**<br>(Jointly Administered with Cases 09-29907 and 09-29908)<br><br>Chapter 11<br><br>Honorable R. Kimball Mosier |

**ORDER GRANTING *EX PARTE* MOTION FOR ORDER ALLOWING COUNSEL TO PARTICIPATE TELEPHONICALLY IN SEPTEMBER 16, 2009 HEARING ON VARIOUS MOTIONS AND APPLICATIONS FOR FIRST DAY RELIEF**

**Filed: 09/15/09**

-2-

Upon the motion of WestLB AG, a secured creditor in the above-captioned bankruptcy case, for leave for WestLB AG's counsel, Mr. Richard W. Havel, of Sidley Austin, LLP, located in Los Angeles, California to participate telephonically in the September 16, 2009 hearing on the Debtors various motion and applications for first day relief, and good cause having been shown therefore, it is hereby:

**ORDERED** that the *Ex Parte* Motion for Order Allowing Counsel to Participate Telephonically in September 16, 2009 Hearing on Various Motions and Applications for First Day Relief is **GRANTED**; and it is further

**ORDERED** that WestLB AG's counsel, Mr. Richard W. Havel may participate telephonically in the September 16, 2009 hearing.

(End of Document)