EXHIBIT A
FORM OF SPECIAL WARRANTY DEED

WHEN RECORDED, MAIL TO:

_____
_____
_____

THE SKY LODGE
SPECIAL WARRANTY DEED
(Shared Interest)

Easy Street Partners, LLC, a Utah limited liability company ("Grantor"), does hereby convey against all claiming by, through or under it to _____ as _____ whose address is _____ ("Grantee"), for the sum of Ten Dollars ($10.00) and other good and valuable consideration, the following described property and interests in Summit County, State of Utah:

Shared Interest _____ consisting of an undivided 1/8 interest in Shared Interest Unit _____, according to the Declaration of Condominium for Union Square, recorded in Book _____ at Page _____, on _____, 2005 in the official records of the Recorder of the County of Summit, State of Utah ("Declaration").

TOGETHER WITH: The exclusive right to possession and occupancy of the aforementioned Shared Interest Unit in The Sky Lodge during certain Vacation Times in accordance with the Shared Ownership Regime and the Reservation Policies and Procedures.

TOGETHER WITH: The appurtenant undivided ownership interest in and to the Common Areas and Facilities as more particularly described in the Declaration.

THIS CONVEYANCE IS MADE SUBJECT TO THE FOLLOWING:

ALL OF THE TERMS, PROVISIONS, CONDITIONS, RIGHTS, PRIVILEGES, OBLIGATIONS, EASEMENTS, LIENS AND LIMITATIONS ON TITLE SET FORTH IN THE DECLARATION; AND

SUCH OTHER COVENANTS, CONDITIONS, RESTRICTIONS, EASEMENTS, RIGHTS OF WAY AND OTHER MATTERS OF RECORD, IF ANY, WHICH MAY NOW AFFECT THE ABOVE-DESCRIBED PROPERTY.

The terms of this Special Warranty Deed, which the Grantee, by acceptance thereof, acknowledges to be binding on it, shall inure to the benefit of Grantor and the Owners of all Shared Interests and Units in The Sky Lodge heretofore or hereafter conveyed by Grantor.

Grantee, by acceptance hereof and by agreement with Grantor, hereby expressly assumes and agrees to be bound by and comply with all of the covenants, terms, and provisions set forth in the aforesaid Declaration and the rules and regulations made thereunder, including, but not limited to, the obligation to make payment of all Common Assessments as provided for therein. Grantee acknowledges that ownership of the Shared Interest hereby conveyed authorizes and entitles Grantee to occupy a Shared Interest Unit only in accordance with the Declaration, the exhibits to the Declaration, the Reservation Policies and Procedures, and any other rules and regulations promulgated under the Declaration. Grantee acknowledges that Grantee may not subdivide the Shared Interest or the Shared Interest Unit.

Grantee, by accepting this Deed, acknowledges that Grantee is a member of the Association. Each membership therein shall be appurtenant to Grantee's Shared Interest and shall be transferred automatically by conveyance of that Shared Interest. Ownership of a Shared Interest within The Sky Lodge cannot be separated from the membership in the Association

appurtenant thereto, except as otherwise provided by the Declaration, and any devise, encumbrance, conveyance or other disposition, respectively, of a Shared Interest shall include the Grantee's membership in the Association and rights appurtenant thereto, whether or not specifically named in the instrument of transfer.

Grantee and their heirs, designees, successors and assigns covenant with Grantor and with each other that no Owner has the power to execute any instrument, or take any action which will encumber the Shared Interest or Unit of any other Owner, and that this covenant is hereby incorporated by reference in all future conveyances of the subject property and runs with the land.

The plural number as used herein shall equally include the singular. The masculine or feminine gender as used herein shall equally include the neuter. Unless otherwise provided herein, all capitalized terms used in this Special Warranty Deed shall have the meanings set forth in the Declaration.

The person who signs this deed hereby certifies that this deed and the transfer represented thereby was duly authorized by the Grantor.

IN WITNESS WHEREOF, the Grantor has caused this instrument to be executed by its duly authorized representative this _____ day of _____ 200___.

EASY STREET PARTNERS, LLC,
a Utah limited liability company

By: AVG-SL, LLC
Its: Manager


By:_____
    Name:_____
Its: Manager

MAIL TAX STATEMENTS TO:

Management Committee
Union Square Owners Association, Inc.
_____
Park City, Utah _____

A-2

STATE OF UTAH
COUNTY OF SUMMIT

The foregoing Special Warranty Deed was acknowledged before me on this _____ day of _____, 200___, by
_____, _____ of EASY STREET PARTNERS, LLC, a Utah limited liability company.

NOTARY PUBLIC _____
Residing at: _____

My Commission Expires:
_____

A-3

**EXHIBIT B**
**LIST OF FURNITURE, FIXTURES AND EQUIPMENT**

**The Sky Lodge – Interior Design Features**

**The Lodge will have 22 residences in total:**
- Five two bedroom units
- Seventeen three bedroom units comprised of:
  - Two one story flats
  - Ten two story town homes
  - Four two story Sky Homes
  - The single top floor, three bedroom Penthouse.

**Typical Two Bedroom Residence Features**
**Entry**
- Single door entry with wood foyer.
- Electronic Lockset
- Door bell with privacy peep hole

**The Great Room**
Open gathering area comprised of a living room area, kitchen area, and dining area.
**Kitchen**
- Island with counter seating, work area, and U-line wine cooler.
- Slab granite countertops.
- Stone or granite back splash.
- Pro Series Appliances- Stainless Steel Finish.
- Ceramic electric cook top with pop up down draft venting
- 30" Double Oven / Microwave
- 36" Single Door Refrigerator
- 30" Dishwasher
- Double basins stainless steel sink with premium designer faucets & garbage disposal.
- Wood cabinetry.
- Wood floors.
- Painted walls

**Dining Area**
- Wood floor
- Painted Walls
- Dining table for four

**Living Area**
- Gas fireplace
- Seating area with couch, side tables, lamps and side chair.
- Art & Accessories
- Carpeted area
- Painted walls with duraplex surfaces.
- HDTV – 32" widescreen flat panel
- Surround sound system
- Integrated docking station for iPod.

**Deck / Patio**
- Hot Tub
- Patio chairs with table

**The Master Bedroom Suite**
**Bedroom**
- King size bed – Sealy Posturepedic CloudNine Signature mattress & box spring. Six king size pillows per bed.

- Bench at foot of bed
- Side tables on both sides of bed with adjustable table lamps and a telephone handset on each.
- Gas fireplace
- Art & Accessories
- Chair with small side table and floor lamp.
- Dresser with four drawers.
- Hanging Closet with electronic safe.
- Window covering
- HDTV – 27" widescreen flat panel
- Carpeted area
- Painted walls.

**Bath**

- Dramatic double sink vanity with slab granite or stone surface and designer faucets and fixtures.
- Lighted, wall mounted make up mirror.
- Glass shower areas with dual heads
- Soaking Tub
- Enclosed toilet area.
- Ceramic Tile Flooring.
- Painted walls with duraplex surfaces.

**The Guest Bedroom**
**Bedroom**

- King size bed with Sealy Posturepedic CloudNine Signature mattress & box spring. Six king size pillows per bed.
- Side tables on both sides of bed with adjustable table lamps and a telephone handset on each.
- Gas fireplace
- Art & Accessories
- Dresser with four drawers.
- Hanging closet with electronic safe.
- Window covering.
- HDTV – 27" widescreen flat panel
- Carpeted area
- Painted walls.

**Bath**

- Sink vanity with slab granite or stone surface and unique faucets and fixtures.
- Lighted, wall mounted make up mirror.
- Glass enclosed shower with two wall mounted shower heads.
- Enclosed toilet area
- Ceramic Tile flooring
- Painted walls
- Other Items
- Washer / dryer combo unit.

**Typical Three Bedroom Residence Features**
**Entry**

- Single door entry with wood foyer.
- Electronic Lockset
- Door bell with privacy peep hole

**The Great Room**
Open gathering area comprised of a living room area, kitchen area, and dining area.
**Kitchen**

- Island with counter seating, work area, and U-line wine cooler.
- Slab granite countertops.

- Stone or granite back splash.
- Pro Series Appliances- Stainless Steel Finish .
- Ceramic electric cook top with pop up down draft venting
- 30" Double Oven / Microwave
- 36" Single Door Refrigerator
- 30" Dishwasher
- Double basins stainless steel sink with premium designer faucets & garbage disposal.
- Wood cabinetry.
- Wood floors.
- Painted walls

Dining Area
- Dining Table for six
- Wood floor
- Painted Walls

Living Area
- Gas fireplace
- Seating area with couch, side tables, lamps and side chair.
- Art & Accessories
- Carpeted area
- Painted walls with duraplex surfaces.
- HDTV – 32" widescreen flat panel
- Surround sound system
- Integrated docking station for iPod.

Deck / Patio
- Hot Tub

The Master Bedroom Suite
Bedroom
- King size bed – Sealy Posturepedic CloudNine Signature mattress & box spring. Six king size pillows per bed.
- Bench at foot of bed
- Side tables on both sides of bed with adjustable table lamps and a telephone handset on each.
- Art & Accessories
- Gas fireplace
- Chair with small side table and floor lamp.
- Dresser with four drawers.
- Hanging Closet with electronic safe.
- Window covering.
- HDTV – 27" widescreen flat panel
- Carpeted area
- Painted walls.

Bath
- Dramatic double sink vanity with slab granite or stone surface and designer faucets and fixtures.
- Lighted, wall mounted make up mirror.
- Glass shower areas with dual heads
- Soaking Tub
- Enclosed toilet area.
- Ceramic Tile Flooring.
- Painted walls.

The Second Master Bedroom
Bedroom
- King size bed with Sealy Posturepedic CloudNine Signature mattress & box spring. Six king size pillows per bed.
- Side tables on both sides of bed with adjustable table lamps and a telephone handset on each.

- Gas fireplace – signature art piece over fireplace
- Art & Accessories
- Dresser with four drawers.
- Hanging closet with electronic safe.
- Window covering.
- HDTV – 27" widescreen flat panel.
- Carpeted area
- Painted walls .

Bath
- Sink vanity with slab granite or stone surface and unique faucets and fixtures.
- Lighted, wall mounted make up mirror.
- Full width mirror in front of sink vanity
- Soaking Tub.
- Glass enclosed shower with two wall mounted shower heads.
- Enclosed toilet area
- Ceramic tile flooring
- Painted walls.

The Guest Bedroom
Bedroom
- King size bed with Sealy Posturepedic CloudNine Signature mattress & box spring. Six king size pillows per bed.
- Side tables on both sides of bed with adjustable table lamps and a telephone headset on each.
- Art & Accessories
- Gas fireplace
- Dresser with four drawers.
- Hanging closet with electronic safe.
- Window covering.
- HDTV – 27" widescreen flat panel
- Carpeted area
- Painted walls.

Bath
- Sink vanity with slab granite or stone surface and unique faucets and fixtures.
- Lighted, wall mounted make up mirror.
- Glass enclosed shower with two wall mounted shower heads.
- Enclosed toilet area
- Ceramic Tile flooring
- Painted walls

Theater Den Area
Within certain three bedroom units there is an area that will serve as a Den for the residence.
Wet Bar
- Slab granite counter top
- Small bar sink
- Under counter refrigerator
- Microwave.
- HDTV – 32" widescreen flat panel
Seating Area
- Corner sectional with coffee table.
- Art & Accessories
Other Items
- Washer / dryer combo in closet.

**EXHIBIT C-1**
**BUYER'S UNIT FLOOR PLAN**

LEGAL_US_W # 61230XX.6

<u>Schedule 2.26C</u>
**Minimum Unit Prices**

[As of 3.29.06]



**Schedule 2.27**
**Existing Insurance**

1. There must be evidence of Builders Risk Insurance written on an All Risks/Special Form/or equivalent, Replacement Cost, no Co-insurance basis.
2. The limit under the Builders Risk Insurance to cover physical loss or damage must represent 100% of the hard construction costs and include not less than 25% of the total soft costs.
3. The Builders Risk policy must include a Permission to Occupy clause.
4. The Builders Risk policy must include Delayed Income insurance to cover the anticipated loss of revenue for one year, which may possibly be incurred in the event of an insured loss during construction.
5. If the Builders Risk Insurance is subject to any Warranties, the applicable Warranty wordings must be provided.
6. The Builders Risk Insurance must include full Law & Ordinance extensions to cover increased cost of construction to meet minimum bylaws that may be in force at the time of a loss; the cost of demolition of the undamaged portion of the property; and resultant loss of income.
7. There needs to be evidence of Flood Insurance, if the property is located in a flood prone, flood risk, or flood hazard area as designated pursuant to the Federal Flood Disaster Protection Act of 1973, as amended, and the regulations there under, or as otherwise required by BayNorth.
8. There must be evidence of Sewer Back-Up coverage.
9. The Builders Risk Insurance must include coverage for testing and commissioning of equipment.
10. If the subject location is insured under a "blanket" insurance policy, along with the "blanket" policy limit, we need to know what amounts have been specifically declared for physical loss or damage and resultant business interruption for the subject property under the statement of values filed with the insurers.
11. There must be a standard mortgage clause / lender's loss payable endorsement included in the Builders Risk Insurance and Boiler and Machinery Insurance.
12. Confirmation is required that terrorism is not excluded under the Builders Risk and Boiler and Machinery Insurance.
13. The Borrower must be a Named Insured under the Builders Risk and if applicable, Boiler and Machinery Insurance.
14. There must be evidence of the General Contractor's Liability Insurance covering their construction operations at this location, with a minimum limit of $5,000,000 per occurrence.
15. The Borrower and BayNorth must both be Additional Insured under the General Contractor's Liability Insurance with respect to claims arising out of the operations of the Insured.
16. There must be evidence of the General Contractor's Workers Compensation Insurance, with the "all states" endorsement, covering all employees working on the site.
17. BayNorth must be shown as a secured party and Loss Payee under the Builders Risk and, if applicable, Boiler & Machinery Insurance.
18. All policies of insurance must provide BayNorth with at least 30 days prior written notice of cancellation, except for the non-payment of premium, in which case the Statutory Conditions may apply.
19. The location of the security property must be shown as an insured location on the insurance documentation.
20. The full legal description of the property insured needs to be shown on all insurance policies, as noted above.
21. The insurers, policy (or binder) numbers, policy limits, policy terms, and all applicable deductibles must be shown on the evidence of insurance. (The applicable deductibles can be advised separately in writing.)

22. The insurer must be minimum rated A VIII by A.M. Best or A-Standard & Poor's.

23. There must be evidence of the Professional Liability Insurance maintained by the architect(s), as well as that maintained by the engineer(s), engaged in the Project.

24. There must be evidence of Borrower's Workers Compensation Insurance, with the "all states" endorsement

25. There must be complete (including policy wordings), original, certified, endorsed copies of the Builders Risk, the Boiler and Machinery (if applicable) and the Borrower's Liability Insurance policies provided direct to BayNorth once they are available from the insurers.

26. Signed Certificates or Binders of Insurance addressing the above and copies of the Bonds will suffice as insurance evidence for closing purposes; with the certified policy copies to be provided direct to BayNorth once they are available from the insurers.

<u>Schedule 2.30</u>
**Transactions With Related Parties**

1.      Carrie Shoaf, the spouse of William Shoaf, a Principal, is a real estate agent for
        Prudential Utah Real Estate.  Carrie Shoaf is entitled to receive real estate sales
        commissions to be paid to all real estate agents selling Units, subject to the limitations set
        forth in this Agreement and otherwise consistent with the Construction Budget.

2       Development Agreement dated as of March 70, 2006 by and between Easy Street
        Partners LLC and Cloudnine Resorts/Sky Lodge Development Company L.L.C.

3.      Sky Lodge Management Agreement dated as of March 30, 2006 by and between Easy
        Street Partners LLC and Cloudnine Resorts/Sky Lodge Management Company L.L.C.

4.      Net Lease dated October 1, 2002 by and between Utah Coal and Lumber Restaurant, Inc.
        and Easy Street Brasserie, Inc. (Lease for Easy Street Brasserie Restaurant).
        Acknowledgement dated as of March 30, 2006 by and between Easy Street Brasserie,
        Inc. and Easy Street Partners, LLC.

<u>Schedule 2.31</u>
<u>Bank Accounts</u>

Easy Street Partners, LLC
Zions Bank
Park City Office
1100 Snow Creek Dr
Park City, UT 84060

Account number: 098014137
Borrower to establish separate bank account in the name of Easy Street Mezzanine LLC within
10 days of closing.

## Schedule 2.32
### Dates of Financial Statements

Please refer to Schedule 2.9B above.

**Schedule 2.33**
**Bankruptcies and Foreclosures**

**None**

<u>Schedule 3.1</u>
**Construction Schedule**

| | |
|---|---|
| Design & Construction Drawings / GMP Estimations | July – December 2005 |
| Final Drawings – GMP Bid Process | January / February 2006 |
| Building Permit | No later than April 13, 2006 |
| Final GMP | No later than April 15, 2006 |
| Site Work & Utilities | April – May 2006 |
| Footing & Foundations | May – July 2006 |
| Structural | June – December 2006 |
| Exterior Shell / Mechanical / Electrical | November 2006 – April 2007 |
| Interiors | January – September 2007 |
| FFE Install | July - September 2007 |
| CO | September 2007 |

**Please also see attached.**



## THE SKY LODGE
## PRELIMINARY SCHEDULE
## JACOBSEN CONSTRUCTION COMPANY

| Activity ID | Activity Description | Orig Dur | Early Start | Early Finish |
|---|---|---|---|---|
| 1075 | Release Structural Steel Embed Shop Drawing | 0 | | 10MAR06 * |
| 1096 | Release Electrical Design Assist | 0 | | 10MAR06 * |
| 1065 | Release Utility Relocation | 0 | | 10MAR06 * |
| 1105 | Release DEQ Dewatering/Runoff Relocation Plan | 0 | | 10MAR06 * |
| 1115 | Release Asbestos and Survey/Soils Mgt. Plan | 0 | | 13MAR06 * |
| 1126 | Release Mechanical Design Assist | 0 | | 13MAR06 * |
| 1135 | Release Disposal Acceptance Letter | 0 | | 13MAR06 * |
| 1145 | Release Shoring Shop Drawing | 0 | | 15MAR06 * |
| 1155 | Release Wood Flooring Removal | 0 | | 15MAR06 * |
| 1165 | Release Steel Reinforcement Shop Drawings | 0 | | 15MAR06 * |
| 1175 | Release Tack Shed Relocation | 0 | | 31MAR06 * |
| 1185 | Release Demolition | 0 | | 03APR06 * |
| 1195 | GMP and Master Contract Combined | 0 | | 17APR06 * |
| 1015 | City Structural & Architectural Review | 5 | 13MAR06 | 19MAR06 * |
| 1025 | Produce De-watering System Design | 5 | 13MAR06 | 17MAR06 |
| 1035 | Produce Storm Runoff System Design | 5 | 13MAR06 | 17MAR06 |
| 1045 | Produce Soils Management Plan | 5 | 14MAR06 | 20MAR06 |
| 1065 | Produce Shoring Shop Drawing | 15 | 16MAR06 | 05APR06 |
| 1056 | Procure Disposal Acceptance Letter | 5 | 21MAR06 | 27MAR06 |
| 1030 | Submit & Review DEQ De-watering Permit to State | 5 | 20MAR06 | 29MAR06 |
| 1040 | Submit & Review DEQ Storm Runoff Permit to State | 5 | 20MAR06 | 29MAR06 |
| 1060 | State Issue DEQ De-watering Permit | 0 | | 29MAR06 |
| 1060 | State Issue DEQ Storm Runoff Permit | 0 | | 29MAR06 |
| 1070 | Submit & Review Park City Demo Permit | 16 | 30MAR06 | 18APR06 |
| 1080 | Submit & Review City Shoring & Excavation Permit | 20 | 05APR06 | 02MAY06 |
| 1085 | Issue Park City Demo Permit | 0 | | 18APR06 |

**Legend**

- Early bar
- Progress bar
- Critical bar
- Summary bar
- ▲ Start milestone point
- ▼ Finish milestone point

| | |
|---|---|
| Start date | 10MAR06 |
| Finish date | 09NOV07 |
| Data date | 13MAR06 |
| Run date | 26MAR06 |
| Page number | 2A |
| Printed name | BK03 |

© Primavera Systems, Inc.

**THE SKY LODGE**
**PRELIMINARY SCHEDULE**
**JACOBSEN CONSTRUCTION COMPANY**



THE SKY LODGE
PRELIMINARY SCHEDULE
JACOBSEN CONSTRUCTION COMPANY

**THE SKY LODGE**
**PRELIMINARY SCHEDULE**
**JACOBSEN CONSTRUCTION COMPANY**

| Activity ID | Description | Orig Dur | Early Start | Early Finish |
|---|---|---|---|---|
| 1890 | Structural Steel Columns, Beams, and Deck Levels | 35 | 27JUL06 | 15SEP06 |
| 2520 | Terminate Heber Avenue Questar Gas Service | 0 | | 17APR06 |
| 2540 | Demo and Relocate Track Shed | 5 | 19APR06 | 25APR06 |
| 2530 | Demo Zoom Restaurant | 10 | 24APR06 | 05MAY06 |
| 2630 | Relocate Site Utilities/Connect to N Storm Drain | 10 | 26APR06 | 09MAY06 |
| 2180 | Excavate/Shore Depot Area | 7 | 03MAY06 | 11MAY06 |
| 2230 | Excavate footings Depot Area | 1 | 12MAY06 | 12MAY06 |
| 2310 | Backfill/install drainage/waterproof Depot area | 5 | 21JUN06 | 27JUN06 |
| 2340 | Form Footings / Depot | 3 | 15MAY06 | 17MAY06 |
| 2350 | Place rebar Depot Footings | 3 | 18MAY06 | 19MAY06 |
| 2360 | Place Concrete Footings / Depot | 1 | 22MAY06 | 22MAY06 |
| 2380 | Place rebar Foundations/Depot | 2 | 23MAY06 | 24MAY06 |
| 2370 | Form Foundations / Depot | 5 | 25MAY06 | 01JUN06 |
| 2390 | Place Concrete Foundations/Depot | 1 | 02JUN06 | 02JUN06 |
| 2660 | Install MEP underground Depot Area | 3 | 05JUN06 | 07JUN06 |
| 2670 | Place Depot Basement SOG | 2 | 08JUN06 | 09JUN06 |
| 1200 | Place SOD and SOG @ Depot 98' level | 2 | 19JUN06 | 20JUN06 |
| 1190 | Install CMU Walls to 114' Level | 5 | 21JUN06 | 27JUN06 |
| 1290 | Place SOD @ Depot 109' level | 2 | 06JUL06 | 07JUL06 |
| 1180 | Set Beams, Joists, and Deck @ Depot 98' level | 5 | 12JUN06 | 16JUN06 |
| 1240 | Set Beams, Joists, and Deck @ Depot @ 109' level | 5 | 28JUN06 | 05JUL06 |
| 1245 | Install Metal Stairs, Landings, and Railings | 5 | 10JUL06 | 14JUL06 |

| | |
|---|---|
| Start date | 10MAR06 |
| Finish date | 09NOV07 |
| Data date | 13MAR06 |
| Run date | 28MAR06 |
| Page number | 5A |
| Project name | SM03 |
| © Primavera Systems, Inc. | |

Legend:
- Early bar
- Progress bar
- Critical bar
- Summary bar
- ◆ Start milestone point
- ◆ Finish milestone point

## THE SKY LODGE
## PRELIMINARY SCHEDULE
## JACOBSEN CONSTRUCTION COMPANY



THE SKY LODGE
PRELIMINARY SCHEDULE
JACOBSEN CONSTRUCTION COMPANY

| Activity ID | Activity Description | Orig Dur | Early Start | Early Finish |
|---|---|---|---|---|
| 5500 | Drywall, Tape, and Finish | 15 | 15AUG06 | 06SEP06 |
| 5510 | Paint walls, ceilings, and doors | 6 | 08SEP06 | 13SEP06 |
| 5520 | Install Suspended Ceilings | 3 | 14SEP06 | 18SEP06 |
| 5530 | Install MEP Finish | 5 | 19SEP06 | 23SEP06 |
| 5540 | Install Mirrors, Hardware, Specialties | 6 | 26SEP06 | 27SEP06 |
| 5570 | Install Kitchen Equipment | 10 | 26SEP06 | 09OCT06 |
| 5580 | Install Floor Coverings | 4 | 28SEP06 | 03OCT06 |
| 5560 | Punchlist | 2 | 04OCT06 | 05OCT06 |
| 1190 | Start Up and Commission Mech Equipment | 10 | 19OCT06 | 23OCT06 |
| 1170 | C of O Inspections for Depot Extension | 10 | 24OCT06 | 08NOV06 |
| 2080 | Demo Grease Trap | 5 | 19APR06 | 25APR06 |
| 2130 | Install Temp Power | 5 | 19APR06 | 25APR06 |
| 2140 | Install Site Fencing | 5 | 19APR06 | 25APR06 |
| 2150 | Demo Easy Street | 10 | 19APR06 | 02MAY06 |
| 2070 | Demo Easy Street | 8 | 24APR06 | 03MAY06 |
| 2110 | Relocate Cable TV | 8 | 26APR06 | 03MAY06 |
| 2160 | Bore well points | 8 | 09MAY06 | 04MAY06 |
| 2170 | Install Pumps and Piping for well points | 5 | 09MAY06 | 11MAY06 |
| 2180 | Excavate/Shore grid 1-3 | 12 | 12MAY06 | 30MAY06 |
| 2270 | Excavate footings grid 1-3 | 2 | 26MAY06 | 30MAY06 |
| 2200 | Excavate/Shore Crane Footing | 2 | 31MAY06 | 01JUN06 |
| 2210 | Excavate/Shore Mech. Basement | 5 | 31MAY06 | 06JUN06 |
| 2120 | Install new grease trap | 2 | 02JUN06 | 05JUN06 |
| 2240 | Excavate Footing Mech. Area | 5 | 07JUN06 | 07JUN06 |
| 2230 | Excavate/Shore 9-17 | 18 | 07JUN06 | 27JUN06 |
| 2280 | Excavate footings grid 9-17 | 5 | 28JUN06 | 30JUN06 |
| 2290 | Install sub slab drainage system Grids 1-8 | 5 | 07JUL06 | 13JUL06 |
| 2250 | Waterproof Mechanical Basement | 5 | 28JUL06 | 03AUG06 |
| 2260 | Backfill mech basement & install drainage syst | 5 | 04AUG06 | 10AUG06 |

Legend:
- Early bar
- Progress bar
- Critical bar
- Summary bar
- ► Start milestone point
- ► Finish milestone point

Start date    18MAR06
Finish date   08NOV07
Data date     28MAR06
Run date      28MAR06
Page number   7A
Project name   3X03
© Primavera Systems, Inc.

**THE SKY LODGE**
**PRELIMINARY SCHEDULE**
**JACOBSEN CONSTRUCTION COMPANY**

| Activity ID | Orig Dur | Early Start | Early Finish | Description |
|---|---|---|---|---|
| 2300 | 5 | 04AUG06 | 10AUG06 | Install sub slab drainage system Grids 8-17 |
| 2320 | 10 | 12OCT06 | 25OCT06 | Backfill /install drainage/waterproof Grid 1-8 |
| 2330 | 10 | 26OCT06 | 08NOV06 | Backfill /install drainage/waterproof grid 8-17 |
| 2400 | 2 | 08JUN06 | 09JUN06 | Form Footings / Mech Basement |
| 2410 | 2 | 12JUN06 | 13JUN06 | Place rebar Footings Mech Basement |
| 2420 | 1 | 14JUN06 | 14JUN06 | Place Concrete Footings/Mech Basement |
| 2440 | 2 | 15JUN06 | 16JUN06 | Place rebar Foundations/Mech Basement |
| 2430 | 1 | 19JUN06 | 19JUN06 | Form Foundations /Mech Basement |
| 2450 | 5 | 26JUN06 | 28JUN06 | Place Concrete Foundations/Mech Basement |
| 2960 | 1 | 27JUN06 | 03JUL06 | Install MEP underground mech basement |
| 2990 | 2 | 05JUL06 | 06JUL06 | Place SOG  Mech Basement |
| 2460 | 1 | 31MAY06 | 05JUN06 | Form Footings / Grids 1-8 |
| 2590 | 1 | 02JUN06 | 02JUN06 | Form Tower Crane Footing |
| 2580 | 1 | 05JUN06 | 05JUN06 | Place rebar Tower Crane Footing |
| 2470 | 4 | 05JUN06 | 05JUN06 | Install rebar Footing Grids 1-8 |
| 2570 | 1 | 07JUN06 | 07JUN06 | Place concrete Tower Crane Footing |
| 2480 | 1 | 08JUN06 | 08JUN06 | Place Concrete Footings / Grids 1-8 |
| 2500 | 5 | 12JUN06 | 16JUN06 | Install rebar Foundations Grids 1-8 |
| 2490 | 18 | 14JUN06 | 14JUN06 | Form Foundations Grids 1-8 |
| 2680 | 5 | 28JUN06 | 05JUL06 | Form Footings  Grids 8-17 |
| 2690 | 1 | 03JUL06 | 03JUL06 | Install rebar Footing Grids 8-17 |
| 2510 | 1 | 06JUL06 | 06JUL06 | Place Concrete Foundations Grids 1-8 |
| 2720 | 10 | 07JUL06 | 13JUL06 | Install rebar Foundations Grids 8-17 |
| 2900 | 10 | 07JUL06 | 20JUL06 | Install MEP underground grid 1-8 |
| 2700 | 5 | 10JUL06 | 10JUL06 | Place Concrete Footings  Grids 8-17 |
| 2710 | 15 | 12JUL06 | 02AUG06 | Form Foundations Grids 8-17 |
| 2K | 1 | 21JUL06 | 27JUL06 | Place SOG grid 1-8 |
| 2730 | 1 | 28JUL06 | 27JUL06 | Place SOG Mechanical Basement |
| 2770 | 1 | 03AUG06 | 03AUG06 | Place Concrete Foundations Grids 8-17 |
| 2770 | 1 | 03AUG06 | 09AUG06 | Form Parking Ramp Walls |
| 2900 | 10 | 04AUG06 | 17AUG06 | Install MEP underground grid 8-17 |
| 3000 | 15 | 04AUG06 | 24AUG06 | Form & Place Suspended Slab for Pool |
| 2780 | 1 | 10AUG06 | 10AUG06 | Place Concrete Ramp Walls |

Start date  12MAR06
Finish date  06NOV07
Data date  13MAR06
Run date  26MAR06
Page number  5A
Project name  SK03
© Primavera Systems, Inc.

Early bar
Progress bar
Critical bar
Summary bar
Start milestone point
Finish milestone point

THE SKY LODGE
PRELIMINARY SCHEDULE
JACOBSEN CONSTRUCTION COMPANY

| ID | Description | Early Start | Early Finish |
|---|---|---|---|
| 2530 | Place SOG Grid 8-17 | 4 18AUG06 | 22AUG06 |
| 2550 | Form, Rebar & Place North Stair Tower - Parking | 5 27JUN06 | 03JUL06 |
| 2560 | Form, Rebar & Place North Stair Tower - L1 | 5 05JUL06 | 11JUL06 |
| 2740 | Form, Footings, South Stair Tower | 5 06JUL06 | 06JUL06 |
| 2750 | Place rebar, Footings, South Stair Tower | 1 07JUL06 | 07JUL06 |
| 2760 | Place Concrete Footings, South Stair Tower | 1 10JUL06 | 10JUL06 |
| 2700 | Form, Rebar & Place South Stair Tower - Parking | 5 11JUL06 | 17JUL06 |
| 2570 | Form, Rebar & Place North Stair Tower - L2 | 5 12JUL06 | 18JUL06 |
| 2600 | Form, Rebar & Place South Stair Tower - L1 | 5 18JUL06 | 25JUL06 |
| 2580 | Form, Rebar & Place North Stair Tower - L3 | 5 19JUL06 | 25JUL06 |
| 2810 | Form, Rebar & Place South Stair Tower - L2 | 5 26JUL06 | 01AUG06 |
| 2590 | Form, Rebar & Place North Stair Tower - L4 | 5 27JUL06 | 02AUG06 |
| 2820 | Form, Rebar & Place South Stair Tower - L3 | 5 02AUG06 | 08AUG06 |
| 2900 | Form, Rebar & Place North Stair Tower - L5 | 5 03AUG06 | 09AUG06 |
| 2530 | Form, Rebar & Place South Stair Tower - L4 | 5 09AUG06 | 15AUG06 |
| 2610 | Form, Rebar & Place North Stair Tower - L6 | 5 10AUG06 | 16AUG06 |
| 2840 | Form, Rebar & Place South Stair Tower - L5 | 5 16AUG06 | 22AUG06 |
| 2650 | Form, Rebar & Place South Stair Tower - L6 | 5 23AUG06 | 29AUG06 |
| 3070 | Place Tack Shed | 2 01SEP06 | 05SEP06 |
| 2040 | MEP Pre Slab Rough-In Level 1 | 5 03OCT06 | 09OCT06 |
| 2850 | Place Topping Slab Level 1 | 5 09OCT06 | 11OCT06 |
| 3060 | MEP Pre Slab Rough-In Main Plaza Level 1 | 5 19APR07 | 18APR07 |
| 3110 | Install waterproofing & topsoil insulation Level | 5 17APR07 | 17APR07 |
| 3090 | Place Topping Slab Main Plaza Level | 5 23APR07 | 27APR07 |
| 2960 | MEP Pre Slab Rough-In Level 2 | 5 27OCT06 | 02NOV06 |
| 2570 | Place Topping Slab Level 2 | 4 03NOV06 | 08NOV06 |
| 2980 | MEP Pre Slab Rough-In Level 3 | 6 03NOV06 | 09NOV06 |
| 2990 | Place Topping Slab Level 3 | 4 16NOV06 | 16NOV06 |
| 3000 | MEP Pre Slab Rough-In Level 4 | 5 17NOV06 | 27NOV06 |
| 3100 | MEP Pre Slab Rough-In Level 4 Sky Club Plaza | 3 28NOV06 | 30NOV06 |

Start date  18MAR06
Finish date  06NOV07
Data date  13MAR06
Run date  26MAR06
Page number  3A
Project name  SK00
© Primavera Systems, Inc.

Early bar
Progress bar
Critical bar
Summary bar
Start milestone point
Finish milestone point

THE SKY LODGE
PRELIMINARY SCHEDULE
JACOBSEN CONSTRUCTION COMPANY

| Activity ID | Description | Orig Dur | Early Start | Early Finish |
|---|---|---|---|---|
| 3010 | Place Topping Slab Level 4 | 4 | 28NOV08 | 01DEC08 |
| 3120 | Place Topping Slab Level 4 Sky Club Plaza | 2 | 04DEC08 | 05DEC08 |
| 3020 | MEP Pre Slab Rough-In Level 5 | 5 | 09DEC08 | 11DEC08 |
| 3030 | Place Topping Slab Level 5 | 4 | 12DEC08 | 15DEC08 |
| 3040 | MEP Pre Slab Rough-In Level 6 | 5 | 12DEC08 | 18DEC08 |
| 3050 | Place Topping Slab Level 6 | 4 | 19DEC08 | 22DEC08 |
| 3140 | Place levels 2-6 balcony topping slabs | 20 | 27DEC08 | 05FEB07 |
| 3170 | Install Columns and Braced Frames | 5 | 11JUL06 | 17JUL06 |
| 3180 | Install Column, Beams & Deck Mech. Basement | 5 | 18JUL06 | 25JUL06 |
| 3180 | Install Columns, beams, deck, and Braced Frames | 10 | 17AUG08 | 07SEP06 |
| 3190 | Install precast floor level 1 | 4 | 26AUG06 | 31AUG06 |
| 3200 | Install Columns, beams, deck, and Braced Frames | 15 | 01SEP06 | 22SEP06 |
| 3230 | Install precast floor level 2 | 4 | 21SEP06 | 29SEP06 |
| 3210 | Install Columns, beams, deck, and Braced Frames | 15 | 11SEP06 | 29SEP06 |
| 3240 | Install precast floor level 3 | 4 | 27SEP06 | 02OCT06 |
| 3220 | Install Stairs Garage Level to Level 3 | 3 | 03NOV08 | 07NOV08 |
| 3250 | Install Columns, beams, deck, and Braced Frames | 15 | 03OCT08 | 23OCT08 |
| 3280 | Install precast floor level 4 | 5 | 23OCT08 | 28OCT08 |
| 3300 | Install Columns, beams, deck, and Braced Frames | 15 | 16OCT08 | 30OCT08 |
| 3290 | Install precast floor level 5 | 5 | 27OCT08 | 02NOV08 |
| 3270 | Install Stairs Level 3 to Level 5 | 2 | 06DEC08 | 09DEC08 |
| 3310 | Install Columns, beams, deck, and Braced Frames | 15 | 03NOV08 | 27NOV08 |
| 3330 | Install precast floor level 6 | 5 | 10NOV08 | 16NOV08 |

| | |
|---|---|
| Start date | 18MAR06 |
| Finish date | 09NOV07 |
| Data date | 18MAR06 |
| Run date | 29MAR06 |
| Page number | 5403 |
| © Primavera Systems, Inc. | |

Early bar
Progress bar
Critical bar
Summary bar
▶ Start milestone point
◀ Finish milestone point

THE SKY LODGE
PRELIMINARY SCHEDULE
JACOBSEN CONSTRUCTION COMPANY

| Activity ID | Description | Orig Dur | Early Start | Early Finish |
|---|---|---|---|---|
| 3320 | Install Stairs Level 6 to Level 8 | 1 | 12DEC06 | 12DEC06 |
| 4880 | Install Roof Beams & Steel Deck | 10 | 17NOV06 | 04DEC06 |
| 3730 | Install Elevator Cabs | 10 | 13MAR06 | 24MAR06 |
| 3729 | Elevators Operational | 0 | 27MAR06 | 24MAR06 |
| 3540 | Scaffold Building Exterior | 28 | 07NOV06 | 13DEC06 |
| 3710 | Install Elevator Equipment Main Building | 30 | 05DEC06 | 30JAN07 |
| 3350 | Frame & Sheath Exterior Walls Level 1-2 | 15 | 09NOV06 | 01DEC06 |
| 3370 | Install Flashings/Railing Mounts/Deck Drain Chan | 10 | 04DEC06 | 15DEC06 |
| 3380 | Set Timbers Level 1-2 | 15 | 04DEC06 | 22DEC06 |
| 3390 | Install Windows/Doors Level 1-2 | 6 | 18DEC06 | 22DEC06 |
| 3390 | Install Siding Level 1-2 | 6 | 27DEC06 | 18JAN07 |
| 3400 | Install Balcony Railings/Parapet Caps Level 1-2 | 15 | 30JAN07 | 19FEB07 |
| 3410 | Frame & Sheath Exterior Walls Level 2-3 | 15 | 27NOV06 | 15DEC06 |
| 3430 | Install Flashings/Railing Mounts/Deck Drain Chan | 10 | 18DEC06 | 04JAN07 |
| 3420 | Set Timbers Level 2-3 | 15 | 18DEC06 | 11JAN07 |
| 3440 | Install Windows/Doors Level 2-3 | 6 | 05JAN07 | 11JAN07 |
| 3450 | Install Siding Level 2-3 | 6 | 12JAN07 | 12FEB07 |
| 3460 | Install Balcony Railings/Parapet Caps Level 2-3 | 15 | 12FEB07 | 05MAR07 |
| 4940 | Install Roof Penetrations @ Main Entry | 3 | 19NOV06 | 20NOV06 |
| 3510 | Install Roofing Above Main Entry | 16 | 21NOV06 | 13DEC06 |
| 3470 | Frame & Sheath Exterior Walls Level 3-4 | 16 | 11DEC06 | 04JAN07 |
| 3490 | Install Flashings/Railing Mounts/Deck Drain Chan | 10 | 05JAN07 | 18JAN07 |
| 3480 | Set Timbers Level 3-4 | 16 | 04JAN07 | 05FEB07 |
| 3500 | Install Windows/Doors Level 3-4 | 6 | 30JAN07 | 05FEB07 |
| 3510 | Install Siding Level 3-4 | 16 | 06FEB07 | 26FEB07 |
| 3520 | Install Balcony Railings/Parapet Caps Level 3-4 | 15 | 27FEB07 | 19MAR07 |
| 3830 | Frame & Sheath Exterior Walls Level 4-5 | 16 | 27DEC06 | 18JAN07 |
| 3560 | Install Flashings/Railing Mounts/Deck Drain Chan | 10 | 30JAN07 | 12FEB07 |

| Install Elevator Cabs |
| Elevators Operational |

| Start date | 16MAR09 |
|---|---|
| Finish date | 06NOV09 |
| Data date | 13MAR09 |
| Run date | 26MAR09 |
| Page Number | 11A |
| Project name | 3/4/09 |
| © Primavera Systems, Inc. | |

| Early bar |
| Progress bar |
| Critical bar |
| Summary bar |
| Start milestone point |
| Finish milestone point |

**THE SKY LODGE**
**PRELIMINARY SCHEDULE**
**JACOBSEN CONSTRUCTION COMPANY**



| Activity ID | Description | Orig Dur | Early Start | Early Finish | |
|---|---|---|---|---|---|
| 3540 | Set Timbers Level 4-5 | 15 | 30JAN07 | 19FEB07 | Set Timbers Level 4-5 |
| 3560 | Install Windows/Doors Level 4-5 | 5 | 13FEB07 | 19FEB07 | Install Windows/Doors Level 4-5 |
| 3570 | Install Siding Level 4-5 | 15 | 20FEB07 | 12MAR07 | Install Siding Level 4-5 |
| 3590 | Install Balcony Railings/Parapet Caps Level 4-5 | 15 | 13MAR07 | 02APR07 | Install Balcony Railings/Parapet Caps |
| 3560 | Frame & Sheath Exterior Walls Level 5-6 | 15 | 12JAN07 | 12FEB07 | Frame & Sheath Exterior Walls Level 5-6 |
| 3810 | Install Flashing/Railing Mounts/Deck Drain Chan | 10 | 13FEB07 | 26FEB07 | Install Flashing/Railing Mounts/Deck Chan |
| 3600 | Set Timbers Level 5-6 | 15 | 13FEB07 | 05MAR07 | Set Timbers Level 5-6 |
| 3620 | Install Windows/Doors Level 5-6 | 5 | 27FEB07 | 05MAR07 | Install Windows/Doors Level 5-6 |
| 3630 | Install Siding Level 5-6 | 15 | 06MAR07 | 26MAR07 | Install Siding Level 5-6 |
| 3640 | Install Balcony Railings/Parapet Caps Level 5-6 | 15 | 27MAR07 | 16APR07 | Install Balcony Railings/Parapet |
| 4020 | Install Roof Penetrations A Top of Building | 4 | 27DEC06 | 03JAN07 | Install Roof Penetrations A Top of Building |
| 4900 | Install Top of Building Roofing | 15 | 04JAN07 | 02FEB07 | Install Top of Building Roofing |
| 3650 | Frame & Sheath Exterior Walls Level 6-Roof | 15 | 06FEB07 | 26FEB07 | Frame & Sheath Exterior Walls Level 6 |
| 3670 | Install Flashing/Railing Mounts/Deck Drain Chan | 10 | 27FEB07 | 12MAR07 | Install Flashing/Railing Mounts/Deck |
| 3690 | Set Timbers Level 6-R | 15 | 27FEB07 | 19MAR07 | Set Timbers Level 6-R |
| 3680 | Install Windows/Doors Level 6-R | 5 | 13MAR07 | 19MAR07 | Install Windows/Doors Level 6-R |
| 3680 | Install Siding Level 6-R | 15 | 20MAR07 | 09APR07 | Install Siding Level 6-R |
| 3700 | Install Balcony Railings/Parapet Caps Level 6-R | 15 | 10APR07 | 30APR07 | Install Balcony Railings/Parapet |
| 3520 | Rough-In Mechanical Basement | 20 | 24JUL06 | 24AUG06 | Rough-In Mechanical Basement |
| 3570 | Set Pumps and Equipment | 35 | 25AUG06 | 13OCT06 | Set Pumps and Equipment |
| 3740 | Frame Interior Walls/Install Door Frames Garage | 3 | 12OCT06 | 16OCT06 | Frame Interior Walls/Install Door Frames Garage |
| 3840 | Wall Rough-In Garage Level | 5 | 17OCT06 | 23OCT06 | Wall Rough-In Garage Level |
| 3830 | Overhead Rough-In Garage Level | 5 | 24OCT06 | 13NOV06 | Overhead Rough-In Garage Level |
| 3780 | Frame Interior Walls/Install Door Frames Level 1 | 5 | 18NOV06 | 22NOV06 | Frame Interior Walls/Install Door Frames Level 1 |
| 4180 | Rough-In Pool and Spa Equipment | 10 | 27NOV06 | 08DEC06 | Rough-In Pool and Spa Equipment |
| 3890 | Wall Rough-In Level 1 | 10 | 04DEC06 | 15DEC06 | Wall Rough-In Level 1 |
| 3850 | Overhead Rough-In Level 1 | 10 | 27DEC06 | 18JAN07 | Overhead Rough-In Level 1 |
| 3700 | Frame Interior Walls/Install Door Frames & Entry | 15 | 04DEC06 | 22DEC06 | Frame Interior Walls/Install Door Frames & Entry |

| Start date | 19MAY05 |
|---|---|
| Finish date | 09NOV07 |
| Data date | 13MAR06 |
| Run date | 28MAY06 |
| Page number | 17A |
| Project name | SK03 |

© Primavera Systems, Inc.

■ Early bar
▓ Progress bar
▓ Critical bar
▭ Summary bar
▶ Start milestone point
◀ Finish milestone point

THE SKY LODGE
PRELIMINARY SCHEDULE
JACOBSEN CONSTRUCTION COMPANY

| Activity ID | Description | Orig Dur | Early Start | Early Finish |
|---|---|---|---|---|
| 4170 | Install Entryway Beams | 15 | 11DEC06 | 04JAN07 |
| 3860 | Wall Rough-In Level 2 | 10 | 27DEC06 | 11JAN07 |
| 3870 | Overhead Rough-In Level 2 | 15 | 12JAN07 | 12FEB07 |
| 3770 | Frame Interior Walls/Install Door Frames Level 3 | 5 | 18DEC06 | 22DEC06 |
| 3900 | Wall Rough-In Level 3 | 10 | 27DEC06 | 11JAN07 |
| 3900 | Overhead Rough-In Level 3 | 15 | 12JAN07 | 12FEB07 |
| 3790 | Frame Interior Walls/Install Door Frames Level 4 | 5 | 05JAN07 | 11JAN07 |
| 3820 | Wall Rough-In Level 4 | 10 | 12JAN07 | 05FEB07 |
| 3810 | Overhead Rough-In Level 4 | 15 | 08FEB07 | 28FEB07 |
| 3730 | Frame Interior Walls/Install Door Frames Level 5 | 5 | 30JAN07 | 05FEB07 |
| 3840 | Wall Rough-In Level 5 | 10 | 08FEB07 | 19FEB07 |
| 3830 | Overhead Rough-In Level 5 | 15 | 20FEB07 | 12MAR07 |
| 3800 | Frame Interior Walls/Install Door Frames Level 6 | 5 | 13FEB07 | 19FEB07 |
| 3850 | Wall Rough-In Level 6 | 10 | 20FEB07 | 05MAR07 |
| 3850 | Overhead Rough-In Level 6 | 15 | 06MAR07 | 26MAR07 |
| 3960 | Install Drywall, Tape, and Finish | 10 | 30APR07 | 11MAY07 |
| 3990 | Install Doors | 5 | 14MAY07 | 18MAY07 |
| 4000 | Paint Walls, Ceilings, and Doors | 10 | 21MAY07 | 04JUN07 |
| 4010 | Install Millwork/Lockers | 5 | 05JUN07 | 11JUN07 |
| 4020 | Install MEP Finish | 10 | 06JUN07 | 19JUN07 |
| 4030 | Install Floor Coverings | 5 | 19JUN07 | 25JUN07 |
| 4040 | Install Drywall, Tape, and Finish | 25 | 05FEB07 | 09MAR07 |
| 4050 | Set Doors | 5 | 12MAR07 | 16MAR07 |
| 4180 | Install Pool & Spa Tile/Plaster | 10 | 12MAR07 | 23MAR07 |
| 4060 | Install Bathroom & Lavatory Tile | 5 | 26MAR07 | 30MAR07 |
| 4070 | Paint Walls, Ceilings, and Doors | 15 | 02APR07 | 20APR07 |
| 4080 | Install Suspended Ceilings | 10 | 23APR07 | 04MAY07 |
| 4090 | Install Tile & Stone Floors | 15 | 23APR07 | 11MAY07 |



| | |
|---|---|
| Start date | 15MAR05 |
| Finish date | 04NOV07 |
| Data date | 15MAR05 |
| Run date | 29MAR06 |
| Page number | 13A |
| Project name | SK03 |
| © Primavera Systems, Inc. | |

Early bar
Progress bar
Critical bar
Summary bar
Start milestone point
Finish milestone point

**THE SKY LODGE**
**PRELIMINARY SCHEDULE**
**JACOBSEN CONSTRUCTION COMPANY**