| Activity ID | Description | Orig Dur | Early Start | Early Finish |
|---|---|---|---|---|
| 4110 | Install Millwork | 18 | 23APR07 | 11MAY07 |
| 4130 | Install MEP Finish | 10 | 07MAY07 | 18MAY07 |
| 4100 | Install Fireplaces | 10 | 14MAY07 | 25MAY07 |
| 4120 | Install Stone Countertops | 10 | 14MAY07 | 25MAY07 |
| 4140 | Install Mirrors, Hardware, Specialties | 10 | 21MAY07 | 04JUN07 |
| 4150 | Install Wood Flooring & Carpet | 10 | 21MAY07 | 04JUN07 |
| 4160 | Punchlist | 10 | 05JUN07 | 18JUN07 |
| 6000 | Install Drywall, Tape, and Finish | 20 | 09MAR07 | 06APR07 |
| 6010 | Set Doors | 5 | 02APR07 | 06APR07 |
| 6020 | Installbathroom & Lavatory Tile | 5 | 09APR07 | 13APR07 |
| 6030 | Paint Walls, Ceilings, and Doors | 15 | 16APR07 | 04MAY07 |
| 6040 | Install Suspended Ceilings | 10 | 07MAY07 | 18MAY07 |
| 6050 | Install Millwork | 10 | 07MAY07 | 18MAY07 |
| 6060 | Install Tile & Stone Floors | 15 | 07MAY07 | 25MAY07 |
| 6070 | Install Stone Countertops | 10 | 21MAY07 | 04JUN07 |
| 6080 | Install MEP Finish | 10 | 21MAY07 | 04JUN07 |
| 6090 | Install Fireplace | 10 | 29MAY07 | 04JUN07 |
| 6100 | Install Mirrors, Hardware, Specialties | 10 | 05JUN07 | 18JUN07 |
| 6110 | Install Wood Flooring & Carpet | 10 | 05JUN07 | 18JUN07 |
| 6120 | Punchlist | 10 | 19JUN07 | 02JUL07 |
| 6200 | Install Drywall, Tape, and Finish | 20 | 28MAR07 | 20APR07 |
| 6210 | Set Doors | 5 | 23APR07 | 27APR07 |
| 6220 | Installbathroom & Lavatory Tile | 5 | 30APR07 | 04MAY07 |
| 6230 | Paint Walls, Ceilings, and Doors | 15 | 07MAY07 | 25MAY07 |
| 6240 | Install Suspended Ceilings | 10 | 29MAY07 | 11JUN07 |
| 6250 | Install Millwork | 10 | 29MAY07 | 11JUN07 |
| 6260 | Install Tile & Stone Floors | 15 | 29MAY07 | 18JUN07 |
| 6270 | Install Stone Countertops | 10 | 12JUN07 | 25JUN07 |
| 6280 | Install MEP Finish | 10 | 12JUN07 | 25JUN07 |
| 6290 | Install Fireplace | 10 | 19JUN07 | 02JUL07 |
| 6300 | Install Mirrors, Hardware, Specialties | 10 | 26JUN07 | 10JUL07 |
| 6310 | Install Wood Flooring & Carpet | 10 | 26JUN07 | 10JUL07 |
| 6320 | Punchlist | 10 | 11JUL07 | 25JUL07 |



**THE SKY LODGE**
**PRELIMINARY SCHEDULE**
**JACOBSEN CONSTRUCTION COMPANY**

| | |
|---|---|
| Start date | 10MAY06 |
| Finish date | 06NOV07 |
| Data date | 13MAR06 |
| Run date | 20MAR06 |
| Page number | 1A |
| Project name | SKD |

© Primavera Systems, Inc.

Legend: Early bar / Progress bar / Critical bar / Summary bar / Start milestone point / Finish milestone point

| Activity ID | Description | Orig Dur | Early Start | Early Finish |
|---|---|---|---|---|
| 6400 | Install Drywall, Tape, and Finish | 20 | 16APR07 | 11MAY07 |
| 6410 | Set Doors | 5 | 14MAY07 | 18MAY07 |
| 6420 | Install Bathroom & Lavatory Tile | 5 | 21MAY07 | 25MAY07 |
| 6430 | Paint Walls, Ceilings, and Doors | 15 | 29MAY07 | 18JUN07 |
| 6440 | Install Suspended Ceilings | 10 | 19JUN07 | 02JUL07 |
| 6450 | Installwork | 15 | 19JUN07 | 09JUL07 |
| 6460 | Install Tile & Stone Floors | 15 | 19JUN07 | 09JUL07 |
| 6470 | Install Stone Countertops | 10 | 03JUL07 | 17JUL07 |
| 6480 | Install MEP Finish | 10 | 03JUL07 | 17JUL07 |
| 6490 | Install Fireplace | 10 | 11JUL07 | 25JUL07 |
| 6500 | Install Mirrors, Hardware, Specialties | 10 | 18JUL07 | 01AUG07 |
| 6510 | Install Wood Flooring & Carpet | 10 | 18JUL07 | 01AUG07 |
| 6520 | Punchlist | 10 | 02AUG07 | 15AUG07 |
| 6500 | Install Drywall, Tape, and Finish | 20 | 07MAY07 | 04JUN07 |
| 6510 | Set Doors | 5 | 05JUN07 | 11JUN07 |
| 6520 | Install Bathroom & Lavatory Tile | 5 | 12JUN07 | 18JUN07 |
| 6530 | Paint Walls, Ceilings, and Doors | 15 | 13JUN07 | 03JUL07 |
| 6550 | Install Suspended Ceilings | 10 | 11JUL07 | 25JUL07 |
| 6560 | Installwork | 15 | 11JUL07 | 01AUG07 |
| 6570 | Install Tile & Stone Floors | 15 | 26JUL07 | 09AUG07 |
| 6580 | Install Stone Countertops | 10 | 26JUL07 | 09AUG07 |
| 6590 | Install MEP Finish | 10 | 02AUG07 | 16AUG07 |
| 6600 | Install Fireplace | 10 | 02AUG07 | 22AUG07 |
| 6700 | Install Mirrors, Hardware, Specialties | 10 | 09AUG07 | 22AUG07 |
| 6710 | Install Wood Flooring & Carpet | 10 | 09AUG07 | 22AUG07 |
| 6720 | Punchlist | 10 | 23AUG07 | 06SEP07 |
| 6500 | Install Drywall, Tape, and Finish | 20 | 29MAY07 | 25JUN07 |
| 6510 | Set Doors | 5 | 26JUN07 | 02JUL07 |
| 6520 | Install Bathroom & Lavatory Tile | 5 | 03JUL07 | 10JUL07 |
| 6530 | Paint Walls, Ceilings, and Doors | 15 | 11JUL07 | 01AUG07 |
| 6540 | Install Suspended Ceilings | 10 | 02AUG07 | 15AUG07 |
| 6660 | Install Tile & Stone Floors | 15 | 02AUG07 | 22AUG07 |
| 6670 | Install Stone Countertops | 10 | 18AUG07 | 29AUG07 |

THE SKY LODGE
PRELIMINARY SCHEDULE
JACOBSEN CONSTRUCTION COMPANY

| | |
|---|---|
| Start date | 16NOV06 |
| Finish date | 09NOV07 |
| Data date | 20MAR06 |
| Run date | 28AUG09 |
| Project name | SL09 |

Early bar
Progress bar
Critical bar
Summary bar
▶ Start milestone point
▶ Finish milestone point

© Primavera Systems, Inc.



THE SKY LODGE
PRELIMINARY SCHEDULE
JACOBSEN CONSTRUCTION COMPANY

**Schedule 3.8**
**Use of Funds**

See Schedule 2.6

The Sky Lodge
Park City, UT

CURRENT SCENARIO = Base Case





































## Schedule 3.9
## Related Party Contracts

Please refer to Schedule 2.30 above.

<u>Schedule 3.13A</u>

Format of Weekly Sales Report

**See attached**

**Must include:**

(i)    a list of Units under contract or reservation, identifying the Unit, purchase price, purchaser, amount of Deposit and specified closing date,

(ii)   a log of the number of inquiries made in person, telephonically or via email or website about the purchase of Units,

(iii)  a list of prospective purchasers, and

(iv)   such other information as the Lender may reasonably request from time to time.









6

