







[illegible]

| | | | | | | Modified | Saturday, March 11, 2006 | |
|---|---|---|---|---|---|---|---|---|
| UNIT | Homebuyer | | Buyers Agent | | Initial Reservation | | Contracted Purchases | |
| | Price | Name | Agency | Agent | Date Rec'd | Amount | Date Rec'd | Amount |
| [illegible] | | | | | | | | |
| #1 | 314,910 | Elrick | Prudential | Elrick | | | 9-Mar-06 | 62,982 |
| #2 | 389,900 | Arnold/Borg | Prudential | Frost | | | 9-Mar-06 | 77,980 |
| #3 | | | | | | | | |
| #4 | | | | | | | | |
| #5 | | | | | | | | |
| #6 | | | | | | | | |
| #7 | | | | | | | | |
| #8 | | | | | | | | |
| [illegible] | | | | | | | | |
| #1 | 314,900 | Miller | LWD | Davis | | | 2-Apr-06 | 62,980 |
| #2 | 314,500 | H Davis | LWD | H Davis | | | 1-Mar-06 | 62,980 |
| #3 | 309,900 | Lafrado | Prudential | Stauf/Peterson | 21-Mar-06 | 10,000 | 14-Apr-06 | |
| #4 | | | | | | | | |
| #5 | | | | | | | | |
| #6 | | | | | | | | |
| #7 | | | | | | | | |
| #8 | | | | | | | | |
| [illegible] | | | | | | | | |
| #1 | 314,910 | Fedor | LWD | Marcie Davis | | | 1-Mar-06 | 62,982 |
| #2 | 409,900 | Hanshaw | Prudential | Benson | 27-Feb-06 | 10,000 | 28-Mar-06 | |
| #3 | 419,900 | Simons | LWD | Simons | 10-Feb-06 | 10,000 | 25-Mar-06 | |
| #4 | 429,900 | Greenquist | LWD | Marcie Davis | 26-Mar-06 | 10,000 | | |
| #5 | | | | | | | | |
| #6 | | | | | | | | |
| #7 | | | | | | | | |
| #8 | | | | | | | | |

| UNIT | Homesite | | Buyers Agent | | Initial Reservation | | Guaranteed Purchases | |
|---|---|---|---|---|---|---|---|---|
| | Price | Name | Agency | Name | Date Rec'd | Amount | Date Rec'd | Amount |
| [illegible] | | | | | | | | |
| #1 | 314,900 | Bengen | Prudential | Benson | | | 1-Mar-06 | 62,982 |
| #2 | 399,900 | Ahern | Prudential | Benson | | | 8-Mar-06 | 79,980 |
| #3 | | | | | | | | |
| #4 | | | | | | | | |
| #5 | | | | | | | | |
| #6 | | | | | | | | |
| #7 | | | | | | | | |
| #8 | | | | | | | | |
| [illegible] | | | | | | | | |
| #1 | 399,900 | Rayner | Prudential | Shaf/Peterson | | | 1-Mar-06 | 79,980 |
| #2 | | | | | | | | |
| #3 | | | | | | | | |
| #4 | | | | | | | | |
| #5 | | | | | | | | |
| #6 | | | | | | | | |
| #7 | | | | | | | | |
| #8 | | | | | | | | |
| [illegible] | | | | | | | | |
| #1 | 429,900 | Corrado Pres. | Prudential | M Davis | | | 1-Mar-06 | 85,980 |
| #2 | 429,900 | Arnold/[illegible] | Prudential | Pratt | | | 8-Mar-06 | 85,980 |
| #3 | 469,900 | Carey | Prudential | Shaf/Peterson | 25-Feb-06 | 10,000 | 16-Mar-06 | |
| #4 | | | | | | | | |
| #5 | | | | | | | | |
| #6 | | | | | | | | |
| #7 | | | | | | | | |
| #8 | | | | | | | | |

| UNIT | Homebuyer | | Buyers Agent | | Initial Reservation | | Contracted Purchases | |
|---|---|---|---|---|---|---|---|---|
| | Size | Name | Agency | Name | Date Rec'd | Amount | Date Rec'd | Amount |
| #1 | 339,900 | D Taylor | Prudential | Benson | | | 1-Mar-06 | 67,980 |
| #2 | 339,900 | Lundin | Prudential | Benson | | | 1-Mar-06 | 67,980 |
| #3 | 359,900 | Ferguson | Prudential | Benson | | | 1-Mar-06 | 71,980 |
| #4 | 379,900 | Hahn | Prudential | Benson | 16-Feb-06 | 10,000 | 20-Mar-06 | |
| #5 | | | | | | | | |
| #6 | | | | | | | | |
| #7 | | | | | | | | |
| #8 | | | | | | | | |
| #1 | 399,900 | Castle | Prudential | Benson | | | 1-Mar-06 | 79,980 |
| #2 | 409,900 | B&W Lamkin | Prudential | Benson | | | 1-Mar-06 | 81,980 |
| #3 | 409,900 | B&W Lamkin | Prudential | Benson | | | 1-Mar-06 | 81,980 |
| #4 | 449,900 | Davidson | Prudential | Benson | | | 2-Mar-06 | 89,980 |
| #5 | | | | | | | | |
| #6 | | | | | | | | |
| #7 | | | | | | | | |
| #8 | | | | | | | | |
| #1 | 399,900 | Weidenhammer | Prudential | Frost | | | 8-Mar-06 | 79,980 |
| #2 | 399,900 | Valasquez | Prudential | Benson | | | 1-Mar-06 | 79,980 |
| #3 | 399,900 | Buckwitz | Prudential | Benson | | | 1-Mar-06 | 79,980 |
| #4 | 419,900 | Lamkin/Adcock | Prudential | Benson | | | 1-Mar-06 | 83,980 |
| #5 | 479,900 | Coleman | Prudential | Frost | 22-Mar-06 | 10,000 | | |
| #6 | | | | | | | | |
| #7 | | | | | | | | |
| #8 | | | | | | | | |

**Schedule 3.13B**
**Reporting Requirements**

Within thirty days after the end of each calendar quarter, and to the extent not otherwise covered as part of the annual financial statements provided pursuant to Section 3.13, Borrower shall deliver to Lender the following reports and information (the "**Quarterly Statement**"). Each of the following requirements may be satisfied by delivering copies of the reports prepared by the Manager in a form approved by the Lender:

(i) A Manager's summary and overview of operations which highlights key operational and financial matters, including comments on the financial and physical condition of the Property;

(ii) A balance sheet as of the end of the immediately preceding quarter, prepared on an accrual basis, showing current quarter;

(iii) An accrual basis statement of income and expense with full supporting schedules. All expenses shall be included, regardless of the source of payment;

(iv) A cash flow statement reconciling from net income to net cash flow on a monthly and year-to-date basis;

(v) A current quarter and year-to-date versus last year's quarter and year to date variance report for the Property showing variances from the prior year;

(vi) A budget versus actual variance report for the Property for the then current quarter and cumulative year-to-date, showing variances from the Budget. Any income statement or cash flow statement line item which indicates a variance in excess of 5% or $5,000 for the then current quarter or the cumulative year-to-date total must be explained in detail satisfactory to the Lender;

(vii) A calculation of the management fee and construction supervision fee (if any);

(viii) A status report on capital improvements, tenant improvements and lease commissions compared to those set forth in the Business Plan, including analysis of expenditures to date, costs to complete and expected completion date;

(ix) Upon finalization of the GMP, a monthly report on construction expenditures for the month, for the quarter, year-to-date, and as compared to the projected expenditures in the GMP.

All such financial statements and other information required to be delivered pursuant to this Agreement shall be certified as accurate in all material respects by the Borrower.

As additional support to the quarterly statements, the Borrower will, upon the Lender's request, provide copies of the following:

(a) Detailed cash receipts and disbursements journals;

(b) General ledgers;

(c) Invoices for capital expenditures and nonrecurring items;

(d) Journal entries;

(e) Paid bills;

(f) Detailed trial balance (if available);

(g) Supporting documentation for payroll, payroll taxes and employee benefits;

(h) Supporting schedules for balance sheet accounts;

(i) A review and analysis of all recovery income accruals;

(j) All bank statements and reconciliations;

(k) An aged accounts receivable listing and detailed allowance for doubtful accounts, with an explanation of all significant delinquencies and status of collection efforts and recommendations for write-off or reserves where appropriate; and

(l) An accounts payable listing.

**Schedule 3.18**
**Budget**

**Budget as of 3.9.06 on following page.**

# Sky Lodge & Easy Street Plaza

## Consolidated Operationing Projections

| | 2008 | | | 2009 | |
|---|---|---|---|---|---|
| Number of Days per Yea | - | | | | |
| Number of Hotel Rooms | - | | | - | |
| Hotel Rooms Occupancy | | | | | |
| Total Hotel Room Nights Available | | | | | |
| Average Daily Rate | | | | | |
| Hotel Room Nights Sold | | | | | |
| Number of PRC Suites | | | | - | |
| PRC Occupan cy | | | | 0% | |
| PRC Room Nights Available for Sale | | | | - | |
| Average Daily Rate | | | $ | - | |
| PRC Room Nights Sold | | | | - | |
| Total Paid Room Nights | - | | | - | |
| Overall Occupancy | | | | 0% | |
| Average Daily Rate | | | $ | - | |
| RevPar | | | $ | - | |
| **GROSS OPERATING REVENUES** | | | | | |
| Rooms | - | | | - | 0% |
| Food and Beverage | 1,966,360 | | | 1,073,300 | 91% |
| Spa | - | | | - | 0% |
| Telephone | - | | | - | 0% |
| Retail | - | | | - | 0% |
| Zoom Lease Income | - | | | 108,000 | 9% |
| Other Revenue - Miscellaneous | - | | | - | 0% |
| Total Gross Operating Revenues | 1,966,360 | | | 1,181,300 | 100% |
| **DEPARTMENTAL EXPENSES** | | | | | |
| Rooms | - | | | - | |
| Less : Club Owner Fees | - | | | - | |
| Net Rooms Expense | - | | | - | |
| Food and Beverage | 2,050,474 | | | 938,570 | 87% |
| Spa | | | | - | |
| Telephone | - | | | - | |
| Retail | - | | | - | |
| Other Revenue - Miscellaneous | - | | | - | |
| Total Gross Operating Expenses | 2,050,474 | | | 938,570 | 79% |
| **DEPARTMENTAL PROFITS** | | | | | |
| Rooms | - | | | - | |
| Food and Beverage | (84,114) | | | 134,730 | 13% |
| Spa | - | | | - | |
| Telephone | - | | | - | |
| Retail | - | | | - | |
| Other Revenue - Miscellaneous | | | | - | |
| Zoom Lease Income | - | | | 108,000 | |
| Total Gross Operating Profits | (84,114) | | | 242,730 | 21% |
| **UNDISTRIBUTED EXPENSES** | | | | | |
| Administrative and General | - | | | - | 0% |
| Sales and Marketing | - | | | | 0% |
| Base Management Fee | | | | - | 0% |
| Property Operations | - | | | - | 0% |
| Utilities | - | | | 52,583 | 4% |
| Total Undistributed Expenses | - | | | 52,583 | 4% |
| **GROSS OPERATING PROFIT** | (84,114) | | | 190,158 | 16% |
| | 2008 | | | 2009 | |
| **DEDUCTIONS FROM GROSS PROFIT** | | | | | |
| Property Management Owner Payments | - | 0% | | - | 0% |
| Property Taxes | | 0% | | 33,804 | 3% |
| Insurance | - | 0% | | 20,029 | 2% |
| Other Expenses | 14,787 | 1% | | [illegible] | 24% |
| Total Deductions from Gross Profit | 14,787 | 1% | | [illegible] | 29% |
| **NOI BEFORE DEBT & OTHER** | (98,901) | | | (147,356) | -12% |
| Capital Reserve | - | | | - | |
| **NET INCOME** | (98,901) | | | (147,356) | |

## Sky Lodge & Easy Street Plans

Sky Lodge & Easy Street Plaza

# Sky Lodge & Easy Street Plaza

**Development Cost Assumptions**

Timing:

| | Sq. Footage / Quantity / % | | $ Per Unit | Cost | 2005 | 2006 | 2007 | 2008 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| **Property Purchase Price** | | | | 3,600,000 | | 3,600,000 | | | 3,600,000 |
| **Construction Costs** | | | | | | | | | |
| **Resort Hard Construction Costs** | Sq. Footage | | $ Per Unit | Cost | | | | | |
| Footing and Foundation | 96,000 | $ | 3.72 | [illegible] | - | [illegible] | - | | [illegible] |
| Structure | 96,000 | $ | 37.72 | [illegible] | - | [illegible] | - | | [illegible] |
| Exterior Closure System | 96,000 | $ | [illegible] | 2,900,000 | - | [illegible] | 2,072,000 | | 2,900,000 |
| Roofing System | 96,000 | $ | 2.94 | 284,130 | - | - | 284,130 | | 284,130 |
| Interior Finishes | 96,000 | $ | 37.38 | 3,714,200 | - | - | 3,714,200 | | 3,714,200 |
| Special Equipment Systems | 96,000 | $ | 9.38 | 914,340 | - | 304,780 | [illegible] | | 914,340 |
| Conveying Systems | 96,000 | $ | 3.38 | 348,340 | - | 172,970 | 172,970 | | 348,340 |
| Mechanical Systems | 96,000 | $ | 28.86 | 2,913,900 | - | [illegible] | 1,170,300 | | 2,913,900 |
| Electrical system | 96,000 | $ | 14.91 | 1,431,300 | - | 227,340 | 1,204,000 | | 1,431,300 |
| Contingency 5% | 96,000 | $ | [illegible] | 911,481 | - | [illegible] | [illegible] | | 911,481 |
| Subtotal | 96,000 | $ | [illegible] | 19,140,497 | - | [illegible] | 3,714,275 | - | 19,140,497 |
| **Furniture, Fixtures & Equipment Costs** | Quantity | | $ Per Unit | Cost | | | | | |
| Two Bedroom | 5 | | 55,000 | 275,000 | | 137,500 | 137,500 | | 275,000 |
| Three Bedroom | 12 | | 75,000 | 900,000 | | 450,000 | 450,000 | | 900,000 |
| Four Bedroom | 5 | | 100,000 | 500,000 | | 250,000 | 250,000 | | 500,000 |
| Rooms Soft Goods (including electronics) | 1 | | 295,000 | 295,000 | | 147,500 | 147,500 | | 295,000 |
| Food Service | 1 | | 300,000 | 300,000 | | 150,000 | 150,000 | | 300,000 |
| Spa Fitness | 1 | | 350,000 | 350,000 | | 175,000 | 175,000 | | 350,000 |
| Meeting Rooms | 1 | | 60,000 | 50,000 | | 25,000 | 25,000 | | 50,000 |
| Lobby / Retail / Reception | 1 | | 200,000 | 200,000 | | 100,000 | 100,000 | | 200,000 |
| Back of House / Admin | 1 | | 175,000 | 175,000 | | 87,500 | 87,500 | | 175,000 |
| MIS / Telecommunication | 1 | | 200,000 | 200,000 | | 100,000 | 100,000 | | 200,000 |
| Pool | 1 | | 100,000 | 100,000 | | 50,000 | 50,000 | | 100,000 |
| Roof Top Retreat | 1 | | 150,000 | 150,000 | | 75,000 | 75,000 | | 150,000 |
| Subtotal | | | | 3,[illegible] | | 1,747,500 | 1,747,500 | - | 3,[illegible] |
| **Infrastructure Costs** | Quantity | | $ Per Unit | Cost | | | | | |
| Exterior Features | 1 | | 250,000 | 250,000 | | - | 250,000 | | 250,000 |
| Sitework | 96,000 | $ | 17.34 | 1,[illegible] | - | 1,[illegible] | - | | 1,[illegible] |
| Off-Site Improvements | 96,000 | $ | 2.64 | 253,730 | - | 253,730 | - | | 253,730 |
| Contingency 5% | 96,000 | $ | 1.00 | 97,[illegible] | - | 97,[illegible] | - | | 97,[illegible] |
| Subtotal | 96,000 | $ | [illegible] | 2,[illegible] | - | 2,[illegible] | 250,000 | - | 2,[illegible] |
| | | | | | 2005 | 2006 | 2007 | 2008 | TOTAL |
| **Soft Costs** | % | | | Cost | | | | | |
| Construction Soft Costs | 13.84% | | | 2,[illegible],491 | - | 1,[illegible] | 1,370,818 | - | 2,[illegible] |
| Development Management (% Construction Costs) | 4.50% | | | 1,241,736 | - | 394,482 | 847,242 | - | 1,241,736 |
| Architectural Fees (% Hard Costs) | 5.53% | | | 1,164,800 | 866,400 | 400,180 | 100,000 | - | 1,164,800 |
| [illegible] | | | | | | - | - | | |
| Interior Designer Fees | | | | 50,000 | 40,000 | 10,000 | - | | 50,000 |
| FFE purchasing fees | 10% of FFE | | | 349,500 | - | 174,750 | 174,750 | - | 349,500 |
| Entitlement & Permits Fees | 5.50% | | | 1,067,300 | 12,640 | 1,054,710 | - | | 1,067,300 |
| Legal & Professional ($) | | | | 92,413 | 30,692 | 61,821 | - | | 92,413 |
| Additional Consultants ($) | | | | 300,973 | 57,473 | 10,000 | 237,500 | | 300,973 |
| Re - Imbursable Expenses | | | | 50,051 | 34,051 | 16,000 | - | | 50,051 |
| Subtotal | 31% | | | 7,[illegible] | [illegible] | 3,[illegible] | 2,[illegible] | - | 7,[illegible] |
| **Contingency** | 10% | | | 2,[illegible] | - | 1,247,[illegible] | 1,[illegible] | - | 2,[illegible] |
| **Total - Construction Costs** | | | | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] |
| **Total Construction Cost with Land** | | | | 40,[illegible] | 1,[illegible] | [illegible] | [illegible] | | [illegible] |

| | | | | | |
|---|---|---|---|---|---|
| Construction Cost per Square Foot | $ | 244.39 | FFE Cost per Square Foot | $ | 36.[illegible] |
| Soft Cost per Square Foot | $ | 76.98 | Total Cost per Sq Ft of Land | $ | 462.75 |

| | | % | Cost | 2005 | 2006 | 2007 | 2008 | TOTAL |
|---|---|---|---|---|---|---|---|---|
| **Real Estate Marketing Costs** | | | | | | | | |
| Total Real Estate Sales | 67,000,405 | 11.5% | 7,700,000 | 341,328 | 2,[illegible] | 4,[illegible] | - | 7,702,[illegible] |
| **Closing Costs** | | | | | | | | - |
| Acquisition Fees (% of Purchase Price) | | 0% | - | - | - | | | - |
| Closing Cost - Legal and Other | | | 288,430 | 70,000 | 218,430 | | | 288,430 |
| Due Diligence Costs | | | 11,884 | 11,884 | - | | | 11,884 |
| Equity Fee (% of Equity Raised) | | 5% | 582,[illegible] | - | 582,[illegible] | | | 582,[illegible] |
| Development Debt Points (% of Loan) | | 1% | 3[illegible] | - | 3[illegible] | | | 3[illegible] |
| | | | 1,[illegible] | [illegible] | 1,14[illegible] | - | - | 1,[illegible] |
| **Pre-Opening Costs** | | | | | | | | - |
| Total Pre-Opening Costs | | | 300,000 | | | 300,000 | | 300,000 |
| **GRAND TOTAL - DEVELOPMENT COSTS** | | | 53,140,[illegible] | 10,[illegible] | 22,[illegible] | 20,[illegible] | - | 53,[illegible] |

**Schedule 3.19**
**Business Plan Requirements**

- Summary budgeted income, expense, and cash flow statement with comparison versus previous year's activity, including all supporting schedules for each line item.

- Budgeted monthly cash flow statement with detailed income, expense and capital expenditure line items, including all supporting schedules.

- Descriptive narrative of Business Plan based upon the following outline:

A. Market Summary

- Report on how many prospective buyers people visited the property; how many signed contracts, and how many signed a letter of intent

- Property pricing levels versus last year and competition

- Outline of any proposed special advertising/marketing campaigns and sales strategies

- Issues affecting market demand (i.e. changes in major employers, business climate, etc.)

- Description of any new supply planned or in progress

B. Income Summary

- Justification of occupancy and rate levels

- Variance analysis of budget line items versus previous year

C. Expense Summary

- Variance analysis of budget line items versus previous year

D. Capital Expenditure Summary

- List of budgeted capital improvement items with the following information

  (1) Description and purpose of capital improvement

  (2) Anticipated total cost

  (3) Anticipated timing of completion

E. Annual Sales and Marketing Plan including a discussion of market positioning and detail on sales strategy by market segment, a listing of current bookings and prospects, and public relations and advertising program.

**F. Other Issues**

- **Summary of issues which currently or could in the future affect the performance of the Property (i.e. proposed new development, corporate relocations or layoffs, etc.)**

- **Listing of any known competitive properties and relevant statistics related to these properties during the past year**

- **Any other items which may be reasonably required by Lender**

**Schedule 3.32**
**Insurance Coverage and Contract Indemnity Requirements**

[Note: The Borrower shall maintain the insurance listed under Schedule 2.27.]

**Schedule 3.36A**

**Rider of Approved Changes to Standard Form Unit Contract**

**See Schedule 2.26A & B**

**Schedule 3.36B**

**Schedule of Outstanding Unit Contracts**

**See Schedule 2.26A**

**Schedule 3.38**
**Units to be Sold to Related Parties**

**[Note: this information is taken from a list forwarded by WestLB on 3.15.06]**
**The following Units will be sold to the indicated related Parties:**

1. **Unit 406 to be purchase by Carrie Shoaf for a purchase price of $188,910.**
2. **Unit 207 to be purchase by Philo Smith for a purchase price of $279,900.**
3. **Unit 507 to be purchase by Elizabeth Rad for a purchase price of $219,900.**
4. **Unit 403 to be purchase by Michael Feder for a purchase price of $314,910.**