Kenneth L. Cannon II (kcannon@djplaw.com) (3705)
Steven J. McCardell (smccardell@djplaw.com) (2144)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT   84110-4050
Telephone:  (801) 415-3000/Fax:  (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com) (pro hac vice application pending)
Steven B. Eichel (seichel@crowell.com) (pro hac vice application pending)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY   10022
Telephone:  (212) 223-4000/Fax:  (212) 223-4134

Proposed Counsel for Debtors and Debtors in Possession

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re: | |
| EASY STREET HOLDING, LLC, *et al.*, | Bankruptcy Case No. 09-29905 |
| | Jointly Administered with Cases |
| | 09-29907 and 09-29908 |
| Address:  201 Heber Avenue | Chapter 11 |
|           Park City, UT 84060 | |
| | Honorable R. Kimball Mosier |
| Tax ID Numbers: | |
| 35-2183713 (Easy Street Holding, LLC), | |
| 20-4502979 (Easy Street Partners, LLC), and | **[FILED ELECTRONICALLY]** |
| 84-1685764 (Easy Street Mezzanine, LLC) | |

**CERTIFICATE OF SERVICE FOR VARIOUS MOTIONS AND APPLICATIONS FOR
FIRST DAY RELIEF AND NOTICE OF HEARING ON SAME**

I hereby certify that on this 15th day of September, 2009, I caused to be served the

following documents on the parties listed on the attached Exhibits A - D.

1. Declaration of William Shoaf In Support of First-Day Motions;

SLC_455775.1

2. Motion of Easy Street Partners, LLC for Interim and Final Orders (i) Authorizing Use of Cash Collateral Pursuant to 11 U. S. C. § 363 and Granting Adequate Protection to West LB, AG, and (ii) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b);

3. Motion for an Order (1) Authorizing the Debtors to Pay Prepetition Wages, Salaries, and Employee Benefits; (2) Authorizing the Debtors to Continue the Maintenance of Employee Benefit Programs in the Ordinary Course; and (3) Directing all Banks to Honor Prepetition Checks for Payment of Prepetition Employee Obligations;

4. Motion for Order Pursuant to 11 U.S.C. § 366 (I) Prohibiting Utilities from Altering, Refusing or Discontinuing Services to, or Discriminating Against the Debtors; (II) Providing that a Single Deposit for all the Debtors' Utilities Shall Constitute "Adequate Assurance of Future Payment;" and (III) Establishing Procedures for Determining Requests for Additional Assurance;

5. Motion for an Order Extending Time to File Schedules and Statements; and

6. Debtors' Notice of Commencement of Bankruptcy Cases and Hearings on Various Motions and Applications for First Day Relief.

DATED: September 15, 2009

DURHAM JONES & PINEGAR, P.C.

By: /s/ Steven J. McCardell
Kenneth L. Cannon II (kcannon@djplaw.com)(3705)
Steven J. McCardell (smccardell@djplaw.com)(2144)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT 84110-4050
Telephone: (801) 415-3000/Fax: (801) 415-3500

And

Michael V. Blumenthal (mblumenthal@crowell.com)
(pro hac vice application pending)
Steven B. Eichel (seichel@crowell.com)
( pro hac vice application pending)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 223-4000/Fax: (212) 223-4134

Proposed Counsel for Debtors and Debtors in Possession

2

# **EXHIBIT A**

**The attached parties received the previously referenced documents by hand delivery**

**HAND DELIVERED**

Internal Revenue Service
Attn:  Insolvency Mail Stop 5021
50 South 200 East
Salt Lake City, UT  84111

State of Utah
Office of the Attorney General
Tax & Revenue Division
350 North State Street, Suite 230
Salt Lake City, UT  84114

Utah State Tax Commission
Sales Tax
210 North 1950 West
Salt Lake City, UT 84134-0400

Utah Department of Alcoholic Beverage
Control
1625 South 900 West
PO Box 30408
Salt Lake City, UT 84103

Millcreek Consulting
3017 E. Kemper Road
Salt Lake City, UT  84109

Les Olson Company
3244 S 300 W
Salt Lake City, UT 84115-3411

# **EXHIBIT B**

**The attached parties received the previously referenced documents by electronic mail**

SLC_455775.1

**ELECTRONIC MAIL**

Peter J. Kuhn
United States Trustee's Office
405 South Main Street, Suite 300
Salt Lake City, UT 84111
peter.j.kuhn@usdoj.gov

Securities & Exchange Commission
Attn: Bankruptcy Dept.
44 Montgomery St # 1100
San Francisco, CA 94104-4613
sanfrancisco@sec.gov

State Office of Recovery Services
515 East 100 South
P O Box 45033
Salt Lake City, UT 84145-0033
orswebslc@utah.gov

Utah Department of Workforce Services
P O Box 45249
Salt Lake City, UT 84145-0249
dwscontactus@utah.gov

West LB AG, New York Branch
Attn: Christian Ruehmer
1211 Avenue of the Americas, 24th Flr
New York, NY 10036
christen_ruehmer@westlb.com

West LB AG, New York Branch
Attn: Bruce F. Davidson
1211 Avenue of the Americas, 24th Flr
New York, NY 10036
bruce_davidson@westlb.com

West LB AG, New York Branch
Attn: Duncan Robertson
1211 Sixth Avenue, 25th Floor
New York, NY 10036-8705
duncan_robertson@westlb.com

West LB AG, New York Branch
Attn: Jeff Nelson
1211 Sixth Avenue, 25th Floor
New York, NY 10036-8705
jeff_nelson@westlb.com

West LB AG, New York Branch
Attn: James Winikor
1211 Sixth Avenue, 25th Floor
New York, NY 10036-8705
james_winikor@westlb.com

William D. Ellis, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013
wellis@sidley.com

Richard W. Havel, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013
rhavel@sidley.com

Drew A. Norman, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013
danorman@sidley.com

Christina M. Craige, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013
ccraige@sidley.com

Annette W. Jarvis
Dorsey & Whitney LLP
136 South Main Street, Suite 1000
Salt Lake City, UT 84101-1685
jarvis.annette@dorsey.com

Christopher B. Barker, Esq.
Goodwin Procter LLP
53 State Street
Boston, MA 02109
cbarker@goodwinprocter.com

Francis N. Mastroianni
Goodwin Procter LLP
53 State Street
Boston, MA 02109
fmastroianni@goodwinprocter.com

Timothy G. Little, Esq.
Katten Muchin Rosenman LLP
757 Madison Avenue
New York, NY  10022-2585
tim.little@kattenlaw.com

Sheri P. Chromow, Esq.
Katten Muchin Rosenman LLP
757 Madison Avenue
New York, NY  10022-2585
sheri.chromow@kattenlaw.com

David Wickline
wicklinedavid@cs.com

Shaner Design, Inc.
614 Main Street, Suite 404
PO Box 4560
Park City, UT 84060
trs@shanerdesign.com

# **EXHIBIT C**

**The attached parties received the previously referenced documents by overnight mail**

**OVERNIGHT MAIL**

Internal Revenue Service
Centralized Insolvency Operations
P O Box 21126
Philadelphia, PA  19114-0326

Qwest
Attn:  Bankruptcy Dept.
PO Box 29039
Phoenix, AZ 85038-9039

AT&T Mobility
P O Box 6463
Carol Stream, IL  60197

Comcast
P O Box 34744
Seattle, WA  98124-1744

Park City Municipal Corp.
P O Box 1480
Park City, UT  84060

Park City Water
P O Box 1480
Park City, UT  84060

Water Reclamation District
2800 Homestead Road
Park City, UT  84098-4869

# **EXHIBIT D**

**The attached parties received the previously referenced documents by facsimile**

SLC_455775.1

**FACSIMILE**

Bay North Capital, LLC
Attn: Charles J. Flint
One Financial Center, Floor 23
Boston, MA 02111
(617) 570-4404 Fax

Jacobsen Construction
3131 West 2210 South
Salt Lake City, UT 84119
801-956-0403 Fax

Elliott Workshop Group
364 Main Street
Park City, UT 84060
(435) 649-7127 Fax

Luxury Residence Group
693 Main Street
Park City, UT 84060
435-658-9429 Fax

Klehr, Branzburg & Ellers LLP
260 South Broad St.
Philadelphia, PA 19102
215-568-6603 Fax

Goodrich & Thomas, CPAs
3200 Park Center Drive
Suite 1170
Costa Mesa, CA
714-546-4901 Fax

CBIZ Accounting
175 South West Temple
Suite 650
Salt Lake City, UT 84010
801-364-9301 Fax

McGladrey & Pullen
One South Wacker Drive
Suite 800
Chicago, IL 60606
312-634-3410 Fax

Cushman & Wakefield
50 Broad Street
New York, NY 10004
212-425-1347 Fax

Union Square Home Owners Association
PO Box 683300
Park City, UT 84068
435-658-9429 Fax

Staples Credit Plan
Dept 51-7861136819
PO Box 689020
Des Moines, IA 50368-9020
801-779-7425 Fax

Gateway Center LLC
c/o Commerce CRG
PO Box 571530
Murray UT 84157
435-615-6823 Fax

Frank Rimerman & Co. LLP
60 South Market Street
San Jose, CA 95113
408-279-8284 Fax

Merrit & Harris
301 E Glenoaks Blvd., Suite 4
Glendale, CA 91207
818-548-0355 Fax

Park City Surveying
2041 Sidewinder Dr Ste. 1
Park City, UT 84060
435-649-4367 Fax

Summit Business Service
Attn: Chipper Leonard
1646 Fox Hollow Lane
Park City, Utah 84098
801-880-0354 Fax

Five 9's Communication
PO Box 348
Roy, Utah 84067
801-334-5599 Fax

Pitney Bowles
PO Box 856390
Louisville, KY 40285-6390
203-460-5149 Fax

Federal Express
PO Box 7221
Pasadena, CA 91109-7321
800-548-3020 Fax

Sysco Intermountain Food Service
Attn:  Steve Lewis
PO Box 27638
Salt Lake City, UT 84127
801-563-6901 Fax

Rocky Mountain Power
1033 NE 6th Avenue
Portland, OR 97256-00001
801-955-2453 Fax

Whitney Advertising Design
6410 N Business Park Loop Road
Suite H
Park City, UT 84098
435-647-3076 Fax

American Liberty Insurance
3601 N University Avenue
Suite100
Provo, UT
801-226-8008 Tel
801-226-8022 Fax

Questar Gas Company
PO Box 45360
Salt Lake City, UT 84145-0360
801-324-3880 Fax