Kenneth L. Cannon II (kcannon@djplaw.com)(3705)
Steven J. McCardell (smccardell@djplaw.com)(2144)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT 84110-4050
Telephone: (801) 415-3000/Fax: (801) 415-3500

Proposed Counsel for Debtors and Debtors in Possession

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: | |
| EASY STREET HOLDING, LLC, *et al.*, | Bankruptcy Case No. 09-29905 |
| | Jointly Administered with Cases |
| | 09-29907 and 09-29908 |
| Address: 201 Heber Avenue | Chapter 11 |
| Park City, UT 84060 | |
| | Honorable R. Kimball Mosier |
| Tax ID Numbers: | |
| 35-2183713 (Easy Street Holding, LLC), | |
| 20-4502979 (Easy Street Partners, LLC), and | **[FILED ELECTRONICALLY]** |
| 84-1685764 (Easy Street Mezzanine, LLC) | |

## DECLARATION IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE OF MICHAEL V. BLUMENTHAL

I, MICHAEL V. BLUMENTHAL state and declare:

1. I am a counsel in the law firm of Crowell & Moring LLP, resident in its New York office. My office address is 590 Madison Avenue, New York, New York 10022-2524, telephone number (212) 803-4241, and facsimile number (212) 895-4241. My email address is mblumenthal@crowell.com.

SLC_456068

      2.      I am admitted to practice and I am member in good standing of the bars of the following courts:

| COURT ADMISSIONS | DATE OF ADMISSION |
|---|---|
| The State of New York | 1981 |
| The State of Florida | 1975 |
| United States District Courts for the Southern and Eastern Districts of New York | 1981 |
| The Second Circuit | 1984 |

      3.      No disbarment proceedings are presently pending nor have disbarment proceedings ever been instituted against me; nor has any certificate or privilege to appear and practice before any regulatory administrative body ever been suspended or revoked.  I am not currently subject to any disciplinary proceedings by any organization with authority to discipline attorneys at law, and I have never received public discipline including, but not limited to, suspension or disbarment, by any organization with authority to discipline attorneys at law.

      4.      I certify that I will comply with and be bound by the Local Rules of the United States Bankruptcy Court and District Court for the District of Utah.

      5.      I acknowledge that local counsel, Steven J. McCardell of Durham Jones & Pinegar, is required to continue in the case or proceeding unless another active member of this Court's bar is substituted or unless released by the Court.

      6.      I have not appeared as counsel in any matter filed in this Court in the past five years.

      7.      In addition to this motion, Steven Eichel and Bruce Zabarauskas of Crowell & Moring will also be seeking pro hac vice admission.  I, however, will serve as lead counsel for purposes of receiving official court notices and other case-related documents.

8. I certify that I submit to and shall be subject to the disciplinary jurisdiction of this Court for any alleged misconduct arising in the course of preparation and representation in this case.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing statements are true and correct.

Dated this 15th day of September, 2009.

                    /s/ Michael V. Blumenthal
                    Michael V. Blumenthal