Kenneth L. Cannon II (kcannon@djplaw.com) (3705)
Steven J. McCardell (smccardell@djplaw.com)(2144)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT   84110-4050
Telephone:  (801) 415-3000/Fax:  (801) 415-3500

Proposed Counsel for Debtors and Debtors in Possession

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: | |
| EASY STREET HOLDING, LLC, *et al.*, | Bankruptcy Case No. 09-29905 |
| | Jointly Administered with Cases |
| | 09-29907 and 09-29908 |
| Address:  201 Heber Avenue | Chapter 11 |
|          Park City, UT 84060 | |
| | Honorable R. Kimball Mosier |
| Tax ID Numbers: | |
| 35-2183713 (Easy Street Holding, LLC), | |
| 20-4502979 (Easy Street Partners, LLC), and | **[FILED ELECTRONICALLY]** |
| 84-1685764 (Easy Street Mezzanine, LLC) | |

### MOTION FOR ADMISSION PRO HAC VICE OF STEVEN B. EICHEL

I, Steven J. McCardell, hereby move the pro hac vice admission of Steven B. Eichel to practice in this Court.  I and my firm, Durham, Jones & Pinegar, hereby agree to serve as designated local counsel for these cases; to readily communicate with opposing counsel and the Court regarding the conduct of these cases; and to accept papers when served and recognize my responsibility and full authority to act for and on behalf of the Debtors in all case-related

SLC_456048

proceedings, including hearings, pretrial conferences, and trials, should applicant fail to respond to any Court order.

DATED:  September 15, 2009

                                DURHAM JONES & PINEGAR, P.C.

                        By: /s/ Steven J. McCardell (Utah Bar No. 2144)
                              Kenneth L. Cannon II (kcannon@djplaw.com)(3705)
                              Steven J. McCardell (smccardell@djplaw.com)(2144)
                              DURHAM JONES & PINEGAR, P.C.
                              111 East Broadway, Suite 900
                              P.O. Box 4050
                              Salt Lake City, UT   84110-4050
                              Telephone:  (801) 415-3000/Fax:  (801) 415-3500

                              Proposed Counsel for Debtors

SLC_456048