UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

In re: Easy Street Holding, LLC et al.

Case No. 09-29905    Jointly Administered with Cases 09-29907 and 09-29908
Chapter 11

Debtor(s).

Trustee: _____

AMENDED MATRIX
**$26 Fee Required**
_____ **IFP Waiver**

**File amended matrix with ONLY the amended creditors. File separate change of address form to change the debtor's address. Fee required except for change of address or adding attorney for listed creditor. Conversion? (13 to 7) ___ Yes ___ No.**

**It is the debtor's responsibility to notify additional creditors by sending a 341 notice and/or Discharge Order to the creditors added.** A certificate of mailing should be filed with the Clerk's office (see below). **If adding more than eight (8) creditors, attach a scannable list to this cover sheet rather than beginning the list on this page. The scannable list needs to be in Courier 10 pitch, Prestige Elite or Letter Gothic fonts and contain no more than four (4) lines per creditor address.**

**Matrix:**    Adding __X__    Correcting_____    Deleting_____
Please type the creditors' address(es) changes/additions below:

1) See Attached

2)

3)

4)

5)

6)

7)

8)

**CERTIFICATE OF MAILING**

I hereby certify that a true and correct copy of the foregoing was mailed, postage prepaid, to the creditors added to this estate as follows (please mark the appropriate line(s):

___341 Notice     ____Discharge Notice     ____Plan/Amended Plan

9/15/2009
DATE

/s/ Steven J. McCardell
ATTORNEY FOR DEBTOR(S)

Rev. 10/05

Internal Revenue Service
Centralized Insolvency Operations
P O Box 21126
Philadelphia, PA  19114-0326

State of Utah
Office of the Attorney General
Tax & Revenue Division
P O Box 40874
Salt Lake City, UT  84114-0874

Securities & Exchange Commission
Attn:  Bankruptcy Dept.
44 Montgomery St # 1100
San Francisco, CA 94104-4613

State Office of Recovery Services
515 East 100 South
P O Box 45033
Salt Lake City, UT  84145-0033

Utah Dept of Workforce Services
P O Box 45249
Salt Lake City, UT  84145-0249

Utah Dept-Alcoholic Beverage Control
1625 South 900 West
PO Box 30408
Salt Lake City, UT 84103

West LB AG, New York Branch
Attn:  Christian Ruehmer
1211 Avenue of the Americas, 24th Flr
New York, NY  10036

West LB AG, New York Branch
Attn:  Bruce F. Davidson
1211 Avenue of the Americas, 24th Flr
New York, NY  10036

West LB AG, New York Branch
Attn:  Duncan Robertson
1211 Sixth Avenue, 25th Floor
New York, NY  10036-8705

West LB AG, New York Branch
Attn:  Jeff Nelson
1211 Sixth Avenue, 25th Floor
New York, NY  10036-8705

West LB AG, New York Branch
Attn:  James Winikor
1211 Sixth Avenue, 25th Floor
New York, NY  10036-8705

William D. Ellis, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA  90013

Richard W. Havel, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA  90013

Drew A. Norman, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA  90013

Christina M. Craige, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA  90013

Bay North Capital, LLC
Attn:  Charles J. Flint
One Financial Center, Floor 23
Boston, MA  02111

Christopher B. Barker, Esq.
Goodwin Procter LLP
53 State Street
Boston, MA  02109

Francis N. Mastroianni
Goodwin Procter LLP
53 State Street
Boston, MA  02109

Timothy G. Little, Esq.
Katten Muchin Rosenman LLP
757 Madison Avenue
New York, NY  10022-2585

Sheri P. Chromow, Esq.
Katten Muchin Rosenman LLP
757 Madison Avenue
New York, NY  10022-2585

Park City I, LLC
166 Duane Street
New York, NY  10013

Philo Smith Jr. Trust
684 Glenneyre Street
Laguna Beach, CA  92651

Alchemy Ventures Trust
17575 Fitzpatrick Lane
Occidental, CA  94108