Adelaide Maudsley (#8791)
James K. Tracy (#6668)
CHAPMAN AND CUTLER LLP
201 South Main Street, Suite 2000
Salt Lake City, UT  84111
Telephone:  801-533-0066
Facsimile:  801-533-9595
Email: maudsley@chapman.com
       jtracy@chapman.com

Local Counsel for Bay North Capital, LLC

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>EASY STREET HOLDING, LLC, *et al.*,<br><br>Debtors.<br><br>Address: 201 Heber Avenue<br>         Park City, UT  84060<br><br>Tax ID Numbers:<br>35-2183713 (Easy Street Holding, LLC),<br>20-4502979 (Easy Street Partners, LLC), and<br>84-1685764 (Easy Street Mezzanine, LLC) | Bankruptcy Case No. 09-29905<br>Jointly Administered with<br>Cases 09-29907 and 09-29908<br><br>Chapter 11<br><br>Honorable R. Kimball Mosier<br><br>[FILED ELECTRONICALLY] |

**NOTICE OF APPEARANCE AND REQUEST FOR
NOTICE BY BAY NORTH CAPITAL, LLC**

Chapman and Cutler LLP and Goodwin Procter LLP hereby: (1) give notice of their appearance on behalf of Bay North Capital, LLC pursuant to Section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure; (2) request that all notices given or required to be given and all papers

served or required to be served in this case, in accordance with Rules 2002(a)(1) through (a)(8), 2002(b), 3017, and 9007 of the Federal Rules of Bankruptcy Procedure, Sections 102(1) and 342(a) of the Bankruptcy Code, and any order(s) of the Court limiting notice in this case, be given to and served upon counsel at the addresses listed below; and (3) request that the following names and addresses be added to the official mailing matrix in this case:

| | |
|---|---|
| Adelaide Maudsley | Brian W. Harvey |
| James K. Tracy | GOODWIN PROCTER LLP |
| CHAPMAN AND CUTLER LLP | The New York Times Building |
| 201 South Main Street, Suite 2000 | 620 Eighth Avenue |
| Salt Lake City, UT  84111 | New York, NY  10018-1405 |
| Telephone:  801-533-0066 | Telephone: 212-813-8829 |
| Facsimile:  801-533-9595 | Facsimile: 212-355-3333 |
| Email: maudsley@chapman.com | Email: bharvey@goodwinprocter.com |
|        jtracy@chapman.com | |

DATED this 16th day of September, 2009.

                                              CHAPMAN AND CUTLER LLP

                                              By: ____/s/ Adelaide Maudsley_____
                                                 Adelaide Maudsley (#8791)
                                                 James K. Tracy
                                                 201 South Main Street, Suite 2000
                                                 Salt Lake City, UT  84111
                                                 Telephone:  801-533-0066
                                                 Facsimile:  801-533-9595
                                                 Email: maudsley@chapman.com
                                                           jtracy@chapman.com

                                              Local counsel for Bay North Capital, LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE BY BAY NORTH CAPITAL, LLC** was served on this 16th day of September, 2009 (i) by first class U.S. Mail, postage prepaid, to each of the parties appearing on the mailing matrix attached hereto as Exhibit A, and (ii) in the manner indicated below on each of the following:

| | |
|---|---|
| Kenneth L. Cannon II<br>Steven J. McCardell<br>Durham Jones & Pinegar, P.C.<br>111 East Broadway, Suite 900<br>P.O. Box 4050<br>Salt Lake City, UT  84110<br>(by CM/ECF and electronic mail) | Annette W. Jarvis<br>Steven C. Strong<br>Benjamin J. Kotter<br>Dorsey & Whitney, LLP<br>136 South Main Street, Suite 1000<br>Salt Lake City, UT  84101<br>(by CM/ECF and electronic mail) |

Office of the United States Trustee
405 South Main Street #300
Salt Lake City, UT  84111
(by CM/ECF and
by facsimile (801) 524-5628)

                                         /s/ Adelaide Maudsley

- 4 -

**EXHIBIT A**
**[Easy Street Holding, LLC Mailing Matrix dated September 16, 2009]**

Case 09-29905    Doc 26    Filed 09/16/09    Entered 09/16/09 07:46:32    Desc Main
Document      Page 4 of 7

```
Label Matrix for local noticing          Alchemy Ventures Trust                   Bay North Capital, LLC
1088-2                                   17575 Fitzpatrick Lane                   Attn: Charles J. Flint
Case 09-29905                            Occidental, CA 95465-9355                One Financial Center, Floor 23
District of Utah                                                                  Boston, MA 02111-2621
Salt Lake City
Wed Sep 16 07:16:47 MDT 2009

CBIZ                                     Christina M. Craige, Esq.                Christopher B. Barker, Esq.
175 S West Temple, Suite 650             Sidley Austin LLP                        Goodwin Procter LLP
Salt Lake City, UT 84101-1422            555 West Fifth Street                    53 State Street
                                         Los Angeles, CA 90013-1010               Boston, MA 02109-2881


Cushman & Wakefield                      David Wickline                           Drew A. Norman, Esq.
50 Broad Street                          17575 Fitzpatrick Land                   Sidley Austin LLP
New York NY 10004-2307                   Occidental, CA 95465-9355                555 West Fifth Street
                                                                                  Los Angeles, CA 90013-1010


Easy Street Holding, LLC                 Eliot Workshop Group                     FedEx
4780 Winchester Court                    364 Main St.                             PO Box 7221
Park City, UT 84098-7528                 Park City, UT 84060-5102                 Pasadena, CA 91109-7321


Five 9's Communication                   Francis N. Mastroianni                   Frank Rimerman & Co. LLP
PO Box 348                               Goodwin Procter LLP                      60 South Market Street
Roy, UT 84067-0348                       53 State Street                          San Jose, CA 95113-2351
                                         Boston, MA 02109-2881


Gateway Center, LLC                      Goodrich & Thomas, CPAs                  (p)INTERNAL REVENUE SERVICE
c/o Commerce CRG                         3200 Park Center Drive Suite 1170        CENTRALIZED INSOLVENCY OPERATIONS
PO Box 571530                            Costa Mesa, CA 92626-7153                PO BOX 21126
Murray, UT 84157-1530                                                             PHILADELPHIA PA 19114-0326


Jacobsen Construction                    Klehr, Branzburg & Ellers LLP            Benjamin J. Kotter
PO Box 27608                             260 South Broad St,                      Dorsey & Whitney, LLP
Salt Lake City, UT 84127-0608            Philadelphia, PA 19102-5021              136 South Main Street
                                                                                  Suite 1000
                                                                                  Salt Lake City, UT 84101-1685

Les Olson Company                        Luxury Residence Group                   Steven J. McCardell
PO Box 65598                             693 Main Street                          Durham Jones & Pinegar
Salt Lake City, UT 84165-0598            Park City, UT 84060                      111 East Broadway, Suite 900
                                                                                  P O Box 4050
                                                                                  Salt Lake City, UT 84110-4050

McGladrey and Pullin                     Merrit & Harris                          Millcreek Consulting
One South Wacker Drive, Suite 800        301 E Glenoaks Blvd. Suite 4             3017 East Kempner Rd
Chicago, IL 60606-4650                   Glendale CA 91207-2115                   Salt Lake City UT 84109-3654


Muir Copper Canyon Farms                 Park City I, LLC                        Park City Surveying
PO Box 26775                             166 Duane Street                         2041 Sidewinder Dr.
Salt Lake City, UT 84126-0775            New York, NY 10013-3398                  Park City, UT 84060-7465
```

Philo Smith Jr. Trust
684 Glenneyre Street
Laguna Beach, CA 92651-2420

Pitney Bowes
PO Box 856390
Louisville, KY 40285-6390

Qwest
PO Box 29039
Phoenix, AZ 85038-9039


Richard W. Havel, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013-1010

Securities & Exchange Commission
Attn: Bankruptcy Dept.
44 Montgomery St # 1100
San Francisco, CA 94104-4613

Shaner Design, Inc.
614 Main Street, Suite 404
PO Box 4560
Park City, UT 84060-4560


Sheri P. Chromow, Esq.
Katten Muchin Rosenman LLP
757 Madison Avenue
New York, NY 10065-6509

Staples Credit Plan
Dept 51-7861136819
PO Box 689020
Des Moines, IA 50368-9020

State Office of Recovery Services
515 East 100 South
P O Box 45033
Salt Lake City, UT 84145-0033


State of Utah
Office of the Attorney General
Tax & Revenue Division
P O Box 40874
Salt Lake City, UT 84114-0874

Summit Business Services
1646 Fox Hollow Lane
Park City, UT 84098-7972

Timothy G. Little, Esq.
Katten Muchin Rosenman LLP
757 Madison Avenue
New York, NY 10065-6509


Union Square Home Owners Association
PO Box 683300
Park City UT 84068-3300

United States Trustee
Ken Garff Bldg.
405 South Main Street
Suite 300
Salt Lake City, UT 84111-3402

Utah Dept of Workforce Services
P O Box 45249
Salt Lake City, UT 84145-0249


Utah Dept-Alcoholic Beverage Control
1625 South 900 West
PO Box 30408
Salt Lake City, UT 84130-0408

Utah State Tax Commission Sales Tax
210 North 1950 West
Salt Lake City, UT 84134-9000

West LB AG, New York Branch
Attn: Bruce F. Davidson
1211 Avenue of the Americas, 24th Flr
New York, NY 10036-8705


West LB AG, New York Branch
Attn: Christian Ruehmer
1211 Avenue of the Americas, 24th Flr
New York, NY 10036-8705

West LB AG, New York Branch
Attn: Duncan Robertson
1211 Sixth Avenue, 25th Floor
New York, NY 10036-8705

West LB AG, New York Branch
Attn: James Winikor
1211 Sixth Avenue, 25th Floor
New York, NY 10036-8705


West LB AG, New York Branch
Attn: Jeff Nelson
1211 Sixth Avenue, 25th Floor
New York, NY 10036-8705

William D. Ellis, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013-1010

William Shoaf
4780 Winchester Court
Park City, UT 84098-7528


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Internal Revenue Service
Centralized Insolvency Operations
P O Box 21126
Philadelphia, PA 19114-0326

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)R. Kimball Mosier          (u)WestLB AG          End of Label Matrix
                                                    Mailable recipients    53
                                                    Bypassed recipients     2
                                                    Total                  55