Adelaide Maudsley (#8791)
James K. Tracy (#6668)
CHAPMAN AND CUTLER LLP
201 South Main Street, Suite 2000
Salt Lake City, UT  84111
Telephone:  801-533-0066
Facsimile:  801-533-9595
Email: maudsley@chapman.com
      jtracy@chapman.com

Local Counsel for Bay North Capital, LLC

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>EASY STREET HOLDING, LLC, *et al.*,<br><br>Debtors.<br><br>Address: 201 Heber Avenue<br>         Park City, UT  84060<br><br>Tax ID Numbers:<br>35-2183713 (Easy Street Holding, LLC),<br>20-4502979 (Easy Street Partners, LLC), and<br>84-1685764 (Easy Street Mezzanine, LLC) | Bankruptcy Case No. 09-29905<br>Jointly Administered with<br>Cases 09-29907 and 09-29908<br><br>Chapter 11<br><br>Honorable R. Kimball Mosier<br><br>[FILED ELECTRONICALLY] |

### *EX PARTE* MOTION FOR COUNSEL TO APPEAR TELEPHONICALLY AT HEARING ON SEPTEMBER 16, 2009

Bay North Capital, LLC ("Bay North") moves (the "Motion") the Court *ex parte* for an order authorizing Brian W. Harvey of Goodwin Procter LLP, counsel for Bay North, to appear telephonically at the hearing set for September 16, 2009 at 11:30 a.m. Mountain Time in the

2684381.01.01.doc

Easy Street Holding, LLC jointly-administered chapter 11 case. In support of this Motion, Bay North respectfully states as follows:

1.  On September 14, 2009, Easy Street Holding, LLC; Easy Street Partners, LLC; and Easy Street Mezzanine, LLC (collectively, the "Debtors") filed voluntary chapter 11 petitions in this Court. Bay North received notice yesterday of a hearing set for today at 11:30 a.m. MT on the Debtors' request to use cash collateral and related first-day relief motions.

2.  Mr. Harvey serves as lead counsel for Bay North. Mr. Harvey's appearance at the hearing is necessary as his firm is national counsel for Bay North, and he is familiar with the facts and circumstances of this matter and the relationship between Bay North and the Debtors. Given the expedited scheduling of the hearing and the accompanying short notice provided to parties in interest, Mr. Harvey's travel to Utah and in-person attendance at the hearing was not feasible. As required by applicable local rule, local counsel intends to be present at the hearing.

3.  Mr. Harvey is resident in Goodwin Procter LLP's New York office. The direct telephonic contact information for Mr. Harvey is as follows.

>   Brian W. Harvey
>   Goodwin Procter LLP
>   The New York Times Building
>   620 Eighth Avenue
>   New York, NY  10018-1405
>   Telephone:  (212) 813-8829
>   Facsimile:  (212) 355-3333
>   bharvey@goodwinprocter.com

4.  A proposed form of Order authorizing the telephonic appearance of Mr. Harvey is submitted contemporaneously herewith.

WHEREFORE, Bay North respectfully requests entry of an Order granting the relief requested herein, mainly that Mr. Harvey be permitted to appear telephonically at the hearing on September 16, 2009 at 11:30 a.m. MT, and granting such other and further relief as the Court deems just and proper.

DATED this 16th day of September 2009.

        CHAPMAN AND CUTLER LLP

        By: _____/s/ Adelaide Maudsley_____
            Adelaide Maudsley (#8791)
            James K. Tracy (#6668)
            201 South Main Street, Suite 2000
            Salt Lake City, UT  84111
            Telephone:  801-533-0066
            Facsimile:  801-533-9595
            Email: maudsley@chapman.com

        Local Counsel for Bay North Capital

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **EX PARTE MOTION FOR COUNSEL TO APPEAR TELEPHONICALLY AT HEARING ON SEPTEMBER 16, 2009** was served on this 16th day of May, 2009 in the manner indicated below on each of the following:

| | |
|---|---|
| Kenneth L. Cannon II | Annette W. Jarvis |
| Steven J. McCardell | Steven C. Strong |
| Durham Jones & Pinegar, P.C. | Benjamin J. Kotter |
| 111 East Broadway, Suite 900 | Dorsey & Whitney, LLP |
| P.O.Box 4050 | 136 South Main Street, Suite 1000 |
| Salt Lake City, UT  84110 | Salt Lake City, UT  84101 |
| (by CM/ECF and electronic mail) | (by CM/ECF and electronic mail) |

Office of the United States Trustee
405 South Main Street #300
Salt Lake City, UT  84111
(by CM/ECF and
by facsimile (801) 524-5628)


　　　/s/ Adelaide Maudsley_____