Adelaide Maudsley (#8791)
James K. Tracy (#6668)
CHAPMAN AND CUTLER LLP
201 South Main Street, Suite 2000
Salt Lake City, UT 84111
Telephone: 801-533-0066
Facsimile: 801-533-9595
Email: maudsley@chapman.com
       jtracy@chapman.com

Local Counsel for
Bay North Realty Fund VI, LP

---

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>EASY STREET HOLDING, LLC, *et al.*,<br><br>Debtors.<br><br>Address: 201 Heber Avenue<br>         Park City, UT 84060<br><br>Tax ID Numbers:<br>35-2183713 (Easy Street Holding, LLC),<br>20-4502979 (Easy Street Partners, LLC), and<br>84-1685764 (Easy Street Mezzanine, LLC) | Bankruptcy Case No. 09-29905<br>Jointly Administered with<br>Cases 09-29907 and 09-29908<br><br>Chapter 11<br><br>Honorable R. Kimball Mosier<br><br>[FILED ELECTRONICALLY] |

## MOTION AND CONSENT OF DESIGNATED ASSOCIATE LOCAL COUNSEL

I, Adelaide Maudsley of Chapman and Cutler LLP, hereby move the pro hac vice admission of applicant to practice in this Court. I hereby agree to serve as designated local counsel for the subject case; to readily communicate with opposing counsel and the Court

Case 09-29905   Doc 29   Filed 09/16/09   Entered 09/16/09 09:10:29   Desc Main
Document      Page 2 of 5

regarding the conduct of this case; and to accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all case-related proceedings, including hearings, pretrial conferences, and trials, should applicant fail to respond to any Court order.

Dated this 16th day of September, 2009.

CHAPMAN AND CUTLER LLP

By: __/s/ Adelaide Maudsley_____
Adelaide Maudsley (#8791)
201 South Main Street, Suite 2000
Salt Lake City, UT 84111
Telephone: 801-533-0066
Facsimile: 801-533-9595
Email: maudsley@chapman.com

### APPLICATION FOR ADMISSION PRO HAC VICE

Applicant, Brian W. Harvey of Goodwin Procter LLP, hereby requests permission to appear pro hac vice in the subject case. Applicant states under penalty of perjury that he is a member in good standing of the bar of the highest court of a state or the District of Columbia; is (i) _X__ a non-resident of the State of Utah, or (ii) ___ a new resident who has applied for admission to the Utah State Bar and will take the bar examination at the next scheduled date; and, under DUCivR83-1.1(d) and Bankr. D. Ut. LBR 2090-1, has associated local counsel in this case. Applicant's address, office telephone, facsimile number, email address, and the courts to which admitted, and the respective dates of admission are provided as required.

Applicant designates Adelaide Maudsley of Chapman and Cutler LLP as associate local counsel.

Mark if applicant is lead counsel: __X__

Dated this 16th day of September, 2009.

By: _____
Brian W. Harvey (NY Bar No. BH-2518)
Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone:: (212) 813-8829
Facsimile: (212) 355-3333
Email: bharvey@goodwinprocter.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of each of the foregoing **MOTION AND CONSENT OF DESIGNATED ASSOCIATE LOCAL COUNSEL** and **APPLICATION FOR ADMISSION PRO HAC VICE** were served in the manner indicated below on this 16th day of September 2009 on the following:

Kenneth L. Cannon II
Steven J. McCardell
Durham Jones & Pinegar, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT 84110
(by CM/ECF)

Annette W. Jarvis
Steven C. Strong
Benjamin J. Kotter
Dorsey & Whitney, LLP
136 South Main Street, Suite 1000
Salt Lake City, UT 84101
(by CM/ECF)

Office of the United States Trustee
405 South Main Street #300
Salt Lake City, UT 84111
(by CM/ECF)

/s/ Kimberly Nunley

Name of Applicant:    Brian W. Harvey

Business Address:

Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405

Direct Office Telephone Number: (212) 813-8829
Facsimile Number: (212) 355-3333
Email Address: bharvey@goodwinprocter.com

## BAR ADMISSION HISTORY

| COURTS TO WHICH ADMITTED | LOCATION | DATE OF ADMISSION |
|---|---|---|
| New York State Bar | New York | May 2000 |
| New Jersey State Bar | New York | May 2000 |
| United States District Court | Southern District of New York | May 2000 |
| United States District Court | Eastern District of New York | May 2000 |

## PRIOR PRO HAC VICE ADMISSIONS IN THIS DISTRICT

| CASE TITLE | CASE NUMBER | DATE OF ADMISSION |
|---|---|---|
|  |  |  |
|  |  |  |