**The below described is SIGNED.**

**Dated: September 16, 2009**

/s/ R. Kimball Mosier
_____
R. KIMBALL MOSIER
U.S. Bankruptcy Judge



_____

*Proposed Order Prepared and Submitted By:*
Adelaide Maudsley (#8791)
James K. Tracy (#6668)
CHAPMAN AND CUTLER LLP
201 South Main Street, Suite 2000
Salt Lake City, UT 84111
Telephone: 801-533-0066
Facsimile: 801-533-9595
Email: maudsley@chapman.com
　　　　jtracy@chapman.com

Local Counsel for Bay North Capital, LLC

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>EASY STREET HOLDING, LLC, *et al.*,<br><br>　　Debtors.<br><br>Address: 201 Heber Avenue<br>　　　　　Park City, UT 84060<br><br>Tax ID Numbers:<br>35-2183713 (Easy Street Holding, LLC),<br>20-4502979 (Easy Street Partners, LLC), and<br>84-1685764 (Easy Street Mezzanine, LLC) | Bankruptcy Case No. 09-29905<br>Jointly Administered with<br>Cases 09-29907 and 09-29908<br><br>Chapter 11<br><br>Honorable R. Kimball Mosier<br><br>[FILED ELECTRONICALLY] |

**ORDER GRANTING *EX PARTE* MOTION FOR COUNSEL TO APPEAR TELEPHONICALLY AT HEARING ON SEPTEMBER 16, 2009**

2684382.01.01.doc

The Court, having considered the "*Ex Parte* Motion for Counsel to Appear Telephonically at Hearing on September 16, 2009" (the "Motion") submitted by Bay North Capital, LLC, and good cause appearing,

IT IS HEREBY ORDERED THAT the Motion is GRANTED.

-----------------------------------------------------------------------------------------------------------------

END OF DOCUMENT

## CERTIFICATE OF SERVICE BY CLERK OF COURT

The undersigned hereby certifies that a copy of the foregoing **ORDER GRANTING *EX PARTE* MOTION FOR COUNSEL TO APPEAR TELEPHONICALLY AT HEARING ON SEPTEMBER 16, 2009** was served via United States first class mail, postage prepaid, on this _____ day of _____, 2009 on the following:

| | |
|---|---|
| Adelaide Maudsley<br>Chapman and Cutler LLP<br>201 South Main Street, Suite 2000<br>Salt Lake City, UT  84111 | Kenneth L. Cannon II<br>Steven J. McCardell<br>Durham Jones & Pinegar, P.C.<br>111 East Broadway, Suite 900<br>P.O. Box 4050<br>Salt Lake City, UT  84110 |
| Brian W. Harvey<br>Goodwin Procter LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY  10018-1405 | Office of the United States Trustee<br>405 South Main Street #300<br>Salt Lake City, UT  84111 |

_____

ORDER SIGNED

**CERTIFICATE OF SERVICE BY COUNSEL**

The undersigned hereby certifies that a copy of the foregoing **(PROPOSED) ORDER GRANTING *EX PARTE* MOTION FOR COUNSEL TO APPEAR TELEPHONICALLY AT HEARING ON SEPTEMBER 16, 2009** was served on the 16th day of September, 2009 in the manner indicated below on each of the following:

Kenneth L. Cannon II
Steven J. McCardell
Durham Jones & Pinegar, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT  84110
(by CM/ECF and electronic mail)

Annette W. Jarvis
Steven C. Strong
Benjamin J. Kotter
Dorsey & Whitney, LLP
136 South Main Street, Suite 1000
Salt Lake City, UT  84101
(by CM/ECF and electronic mail)

Office of the United States Trustee
405 South Main Street #300
Salt Lake City, UT  84111
(by CM/ECF and
by facsimile (801) 524-5628)

      /s/ Adelaide Maudsley