Michael R. Johnson, Esq. (#7070)
Jonathan A. Dibble, Esq. (#0881)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, 14th Floor
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
E-mail: mjohnson@rqn.com
E-mail: jdibble@rqn.com

*Attorneys for Jacobsen National Group, Inc.*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: <br><br> **EASY STREET HOLDING, LLC, et al.,** <br><br>             Debtors. <br><br> Address:  201 Heber Avenue <br>                    Park City, UT 84060 <br><br> Tax ID Numbers: <br><br> 35-2183713 (Easy Street Holdings, LLC), <br> 20-4502979 (Easy Street Partners, LLC), and <br> 84-1685864 (Easy Street Mezzanine, LLC) | **Bankruptcy No. 09-29905 RKM** <br><br> (Jointly Administered with Cases 09-29907 and 09-29908) <br><br> Chapter 11 <br><br> Honorable R. Kimball Mosier |

**NOTICE OF APPEARANCE OF COUNSEL AND REQUEST FOR NOTICE**

Pursuant to Federal Rule of Bankruptcy Procedure 9010(b), Michael R. Johnson and Jonathan A. Dibble of the law firm of Ray Quinney & Nebeker, P.C. hereby enter their appearances as counsel of record for Jacobsen National Group, Inc., a creditor and interested party in the above-captioned Chapter 11 case, request that their names be included on the master mailing list in this case, and further request that notice of all hearings or actions in this case be sent to the following:

>   Michael R. Johnson, Esq.
>   Jonathan A. Dibble, Esq.
>   **RAY QUINNEY & NEBEKER, P.C.**
>   36 South State Street, Suite 1400
>   Salt Lake City, UT  84111
>   E-mail:  mjohnson@rqn.com
>           jdibble@rqn.com

DATED this 16th day of September, 2009.

**RAY QUINNEY & NEBEKER, P.C.**


/s/ Michael R. Johnson
_____
Michael R. Johnson
Jonathan A. Dibble
*Attorneys for Jacobsen National Group, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of September, 2009, a true and correct copy of the foregoing was served upon the following parties by depositing a copy of the same in the United States mail, first class postage prepaid, addressed as follows:

Kenneth L. Cannon II
Steven J. McCardell
**DURHAM JONES & PINEGAR**
111 East Broadway, Suite 900
PO Box 4050
Salt Lake City, UT 84110-4050

Michael V. Blumenthal
Steven B. Eichel
**CROWELL & MORING LLP**
590 Madison Avenue, 20th Floor
New York, NY 10022

Office of the United States Trustee
Ken Garff Bldg.
405 South Main Street, Suite 300
Salt Lake City, UT 84111

/s/ Aya Gale
_____