**The below described is SIGNED.**

**Dated: September 16, 2009** _____
　　　　　　　　　　　　　　　　**R. KIMBALL MOSIER**
　　　　　　　　　　　　　　　　**U.S. Bankruptcy Judge**



_____

Kenneth L. Cannon II (kcannon@djplaw.com)(3705)
Steven J. McCardell (smccardell@djplaw.com)(2144)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT   84110-4050
Telephone:  (801) 415-3000/Fax:  (801) 415-3500

Proposed Counsel for Debtors and Debtors in Possession

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: | |
| EASY STREET HOLDING, LLC, *et al.*, | Bankruptcy Case No. 09-29905 |
|  | Jointly Administered with Cases |
|  | 09-29907 and 09-29908 |
| Address:  201 Heber Avenue | Chapter 11 |
| 　　　　　Park City, UT 84060 | |
|  | Honorable R. Kimball Mosier |
| Tax ID Numbers: | |
| 35-2183713 (Easy Street Holding, LLC), | |
| 20-4502979 (Easy Street Partners, LLC), and | **[FILED ELECTRONICALLY]** |
| 84-1685764 (Easy Street Mezzanine, LLC) | |

### ORDER ADMITTING STEVEN B. EICHEL PRO HAC VICE

I appearing to the Court that Applicant Steven B. Eichel meets the pro hac vice admission requirements of DUCivR 83-1(d) and Bank. D. Ut. LBR 2090-1(b), the Motion for Applicant's Admission Pro Hac Vice in the United States Bankruptcy Court, District of Utah in the subject cases is GRANTED.

SLC_456053

**Filed: 09/15/09**

The Applicant's contact information is as follows:

Business Address:

Steven B. Eichel
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY 10022

Main Office Telephone Number: (212) 223-4000
Fax Number: (212) 223-4134
Email Address: seichel@crowell.com

-----------------------------------------------END OF ORDER-----------------------------------------

SLC_456053