**The below described is SIGNED.**

**Dated: September 16, 2009**

_____
R. KIMBALL MOSIER
U.S. Bankruptcy Judge
_____



*Proposed Order Prepared and Submitted By:*
Adelaide Maudsley (#8791)
James K. Tracy (#6668)
CHAPMAN AND CUTLER LLP
201 South Main Street, Suite 2000
Salt Lake City, UT  84111
Telephone:  801-533-0066
Facsimile:  801-533-9595
Email: maudsley@chapman.com
          jtracy@chapman.com

Local Counsel for
Bay North Realty Fund VI, LP

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>EASY STREET HOLDING, LLC, *et al.*,<br><br>Debtors.<br><br>Address: 201 Heber Avenue<br>             Park City, UT  84060<br><br>Tax ID Numbers:<br>35-2183713 (Easy Street Holding, LLC),<br>20-4502979 (Easy Street Partners, LLC), and<br>84-1685764 (Easy Street Mezzanine, LLC) | Bankruptcy Case No. 09-29905<br>Jointly Administered with<br>Cases 09-29907 and 09-29908<br><br>Chapter 11<br><br>Honorable R. Kimball Mosier<br><br>[FILED ELECTRONICALLY] |

Filed: 09/16/09

## ORDER OF ADMISSION

It appearing to the Court that Applicant, Brian W. Harvey of Goodwin Procter LLP, meets the pro hac vice admission requirements of DUCivR 83-1.1(d), and Bankr. D. Ut. LBR 2090-1, the Motion for Applicant's Admission Pro Hac Vice in the United States Bankruptcy Court, District of Utah in the subject case is GRANTED.

The Applicant's contact information is as follows:

> Brian W. Harvey
> Goodwin Procter LLP
> The New York Times Building
> 620 Eighth Avenue
> New York, NY 10018-1405
> Telephone: (212) 813-8829
> Facsimile: (212) 355-3333
> Email: bharvey@goodwinprocter.com

---------------------------------------------------------------------------------------------------------------------
[END OF DOCUMENT]

**CLERK'S CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing **ORDER OF ADMISSION** was served via

United States first class mail, postage prepaid, on this ___ day of _____, 2009 on the following:

| | |
|---|---|
| Adelaide Maudsley<br>Chapman and Cutler LLP<br>201 South Main Street, Suite 2000<br>Salt Lake City, UT  84111 | Kenneth L. Cannon II<br>Steven J. McCardell<br>Durham Jones & Pinegar, P.C.<br>111 East Broadway, Suite 900<br>P.O.Box 4050<br>Salt Lake City, UT  84110 |
| Brian W. Harvey<br>Goodwin Procter LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY  10018-1405 | Office of the United States Trustee<br>405 South Main Street #300<br>Salt Lake City, UT  84111 |

_____

## COUNSEL'S CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **(proposed) ORDER OF ADMISSION** was served in the manner indicated below on this 16th day of September, 2009 on the following:

Kenneth L. Cannon II  
Steven J. McCardell  
Durham Jones & Pinegar, P.C.  
111 East Broadway, Suite 900  
P.O.Box 4050  
Salt Lake City, UT  84110  
(by CM/ECF)

Annette W. Jarvis  
Steven C. Strong  
Benjamin J. Kotter  
Dorsey & Whitney, LLP  
136 South Main Street, Suite 1000  
Salt Lake City, UT  84101  
(by CM/ECF)

Office of the United States Trustee  
405 South Main Street #300  
Salt Lake City, UT  84111  
(by CM/ECF)  
)

        /s/ Kimberly Nunley