**The below described is SIGNED.**

**Dated: September 16, 2009**

_____
          **R. KIMBALL MOSIER**
          **U.S. Bankruptcy Judge**



_____

*Order prepared and submitted by*:
Kenneth L. Cannon II (kcannon@djplaw.com) (3705)
Steven J. McCardell (smccardell@djplaw.com) (2144)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT  84110-4050
Telephone:  (801) 415-3000/Fax:  (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com) (pro hac vice application pending)
Steven B. Eichel (seichel@crowell.com) (pro hac vice application pending)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY  10022
Telephone:  (212) 223-4000/Fax:  (212) 223-4134

Proposed Counsel for Debtors and Debtors in Possession

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | |
| EASY STREET HOLDING, LLC, *et al.*, ) | Bankruptcy Case No. 09-29905 |
| ) | Jointly Administered with Cases |
| ) | 09-29907 and 09-29908 |
| ) | |
| Address:  201 Heber Avenue ) | Chapter 11 |
|          Park City, UT 84060 ) | |
| ) | Honorable R. Kimball Mosier |
| Tax ID Numbers: ) | |
| 35-2183713 (Easy Street Holding, LLC), ) | |
| 20-4502979 (Easy Street Partners, LLC), and ) | **[FILED ELECTRONICALLY]** |
| 84-1685764 (Easy Street Mezzanine, LLC) ) | |
| ) | |

**Filed: 09/16/09**

**ORDER (1) AUTHORIZING EASY STREET PARTNERS, LLC TO PAY PREPETITION WAGES, SALARIES, AND EMPLOYEE BENEFITS; (2) AUTHORIZING EASY STREET PARTNERS, LLC TO CONTINUE THE MAINTENANCE OF EMPLOYEE BENEFIT PROGRAMS IN THE ORDINARY COURSE; AND (3) DIRECTING ALL BANKS TO HONOR PREPETITION CHECKS FOR PAYMENT OF PREPETITION EMPLOYEE OBLIGATIONS**

The "Motion for Order (1) Authorizing Easy Street Partners, LLC to Pay Prepetition Wages, Salaries, and Employee Benefits; (2) Authorizing Easy Street Partners, LLC to Continue the Maintenance of Employee Benefit Programs in the Ordinary Course; and (3) Directing All Banks to Honor Prepetition Checks for Payment of Prepetition Employee Obligations" (the "Motion"), filed on September 15, 2009 by Easy Street Partners, LLC ("Partners"), debtor and debtor in possession in the above-captioned cases (the "Debtor"), came on for hearing on September 16, 2009. Appearances were made as noted on the record for the hearing. The Court made its findings and conclusions on the record of the hearing, which findings and conclusions are incorporated herein by this reference. Now, therefore,

IT IS HEREBY ORDERED:

1. The Motion is granted;

2. Partners is authorized (but not required), in its sole discretion, to pay prepetition obligations owed to its employees, including payroll and reimbursement requests;

3. Partners is authorized (but not required) to honor, in the ordinary course of business, existing employee benefit plans and programs (including all related costs and expenses), even if such involve payment or honoring of prepetition claims;

4. Partners is authorized (but not required) to cause any prepetition checks given to employees to be honored and to issue new checks to replace any dishonored checks;

SLC_455809

5. No employee of Partners shall receive more than $10,950.00 in the aggregate on account of claims under 11 U.S.C. §§ 507(a)(4) and (a)(5);

6. Nothing herein shall be deemed or construed to constitute an express or implied assumption of any agreement or liability.

---------------------------------------------END OF ORDER---------------------------------------------



SLC_455809