**The below described is SIGNED.**

**Dated: September 16, 2009**

_____
**R. KIMBALL MOSIER**
**U.S. Bankruptcy Judge**

_____

*Order prepared and submitted by*:
Kenneth L. Cannon II (kcannon@djplaw.com) (3705)
Steven J. McCardell (smccardell@djplaw.com) (2144)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT   84110-4050
Telephone:  (801) 415-3000/Fax:  (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com) (pro hac vice application pending)
Steven B. Eichel (seichel@crowell.com) (pro hac vice application pending)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY   10022
Telephone:  (212) 223-4000/Fax:  (212) 223-4134

Proposed Counsel for Debtors and Debtors in Possession

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | |
| EASY STREET HOLDING, LLC, *et al.*, ) | Bankruptcy Case No. 09-29905 |
| ) | Jointly Administered with Cases |
| ) | 09-29907 and 09-29908 |
| ) | |
| Address:  201 Heber Avenue ) | Chapter 11 |
| Park City, UT 84060 ) | |
| ) | Honorable R. Kimball Mosier |
| Tax ID Numbers: ) | |
| 35-2183713 (Easy Street Holding, LLC), ) | |
| 20-4502979 (Easy Street Partners, LLC), and ) | **[FILED ELECTRONICALLY]** |
| 84-1685764 (Easy Street Mezzanine, LLC) ) | |
| ) | |

SLC_454696.2

**Filed: 09/16/09**

**ORDER GRANTING MOTION FOR ORDER PURSUANT TO 11 U.S.C. § 366 (I) PROHIBITING UTILITIES FROM ALTERING, REFUSING OR DISCONTINUING SERVICES TO, OR DISCRIMINATING AGAINST THE DEBTORS; (II) PROVIDING THAT A SINGLE DEPOSIT FOR ALL THE DEBTORS' UTILITIES SHALL CONSTITUTE "ADEQUATE ASSURANCE OF FUTURE PAYMENT"; AND (III) ESTABLISHING PROCEDURES FOR DETERMINING REQUESTS FOR ADDITIONAL ASSURANCE**

The "Motion for Order Pursuant to 11 U.S.C. § 366 (I) Prohibiting Utilities from Altering, Refusing, or Discontinuing Services to, or Discriminating Against the Debtors; (II) Providing that a Single Deposit for All the Debtors' Utilities Shall Constitute 'Adequate Assurance of Future Payment'; and (III) Establishing Procedures for Determining Requests for Additional Assurance" (the "Motion"), filed on September 15, 2009 by Easy Street Partners, LLC ("Partners"), Easy Street Mezzanine, LLC ("Mezzanine") and Easy Street Holding, LLC ("Holding"), debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"), came on for hearing on September 16, 2009. Appearances were made as noted on the record of the hearing. The Court made its findings and conclusions on the record of the hearing, which findings and conclusions are incorporated herein by this reference. Now, therefore,

IT IS HEREBY ORDERED:

1. The Motion is granted.

2. The Utilities (as such term is defined in the Motion) are prohibited from altering, refusing, discontinuing service to, or discriminating against, the Debtors based on the commencement of these cases, or any prepetition debt.

3. The Debtors' creation of a segregated account (the "Account") in favor of the Utilities funded with an amount equal to $24,092 provides the Utilities "adequate assurance of payment" within the meaning of Bankruptcy Code section 366. The amounts in

SLC_454696.2                      2

the Account shall be allocated to the Utilities in the amounts set forth in Exhibit "A" to this Order.

    4.    In the event the Debtors determine that there is an additional Utility that should be listed on Exhibit "A", the Debtors shall serve the newly discovered Utility (the "New Utility") with a copy of the order granting this Motion by electronic mail or overnight mail.

    5.    In the event a New Utility seeks additional assurance, it must file with the Court and serve an Objection within fourteen (14) days receipt of the Order approving the Motion sent by the Debtors pursuant to paragraph 4. Such New Utility shall be deemed to have been provided with adequate assurance of payment in accordance with Bankruptcy Code section 366, without the need of an additional deposit or other security, until an order of the Court to the contrary is entered.

    6.    A Utility that objects to the Court's determination that the Debtors have provided adequate assurance must file an objection (the "Objection") that sets forth the average monthly usage for the most recent twelve (12) month period, the prepetition amount alleged to be due and owing, and the amount of any deposit made by the Debtors prior to September 14, 2009.

    7.    The Utility must contact the Court to set a hearing on the Utility Objection, which hearing shall be set no earlier than fifteen (15) days after the Objection was filed.

8.  The relief requested in this Motion is without prejudice to the rights of any Utility not on Exhibit "A" to apply on a timely basis to this Court for additional assurances of payment.

----------------------------------------END OF ORDER-------------------------------------

ORDER SIGNED

# EXHIBIT A
# UTILITY LIST

| Vendor | Services Provided | Address | Average Monthly Cost |
|---|---|---|---|
| AT&T Mobility | Phone | AT&T Mobility<br>PO Box 6463<br>Carol Stream, IL 60197 | $426.00 |
| Comcast | Cable | Comcast<br>PO Box 34744<br>Seattle, WA 98124-1744 | $1,132.00 |
| Park City Municipal Corp. | Water | Park City Municipal Corp.<br>PO Box 1480<br>Park City, UT 84060 | $367.00 |
| Park City Water | Water | Park City Water<br>PO Box 1480<br>Park City, UT 84060 | $922.00 |
| Questar Gas Company | Gas | Questar Gas Company<br>PO Box 45360<br>Salt Lake City, UT 84145-03630 | $8,520.00 |
| Qwest | Phone | Qwest<br>PO Box 29039<br>Phoenix, AZ 85038-9039 | $2,554.00 |
| Rocky Mountain Power | Electricity | Rocky Mountain Power<br>1033 NE 6th Avenue<br>Portland, OR 97256-0001 | $8,596.00 |
| Water Reclamation District | Sewer | Water Reclamation District<br>2800 Homestead Rd<br>Park City, UT 84098-4869 | $1,575.00 |
|  |  |  | $24,092.00 |

SLC_454696.2