Kenneth L. Cannon II (kcannon@djplaw.com) (3705)
Steven J. McCardell (smccardell@djplaw.com) (2144)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT   84110-4050
Telephone:  (801) 415-3000/Fax:  (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com) (pro hac vice application pending)
Steven B. Eichel (seichel@crowell.com) (pro hac vice application pending)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY   10022
Telephone:  (212) 223-4000/Fax:  (212) 223-4134

Proposed Counsel for Debtors and Debtors in Possession

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | |
| EASY STREET HOLDING, LLC, *et al.*, ) | Bankruptcy Case No. 09-29905 |
| ) | Jointly Administered with Cases |
| ) | 09-29907 and 09-29908 |
| ) | |
| Address:  201 Heber Avenue ) | Chapter 11 |
|            Park City, UT 84060 ) | |
| ) | Honorable R. Kimball Mosier |
| Tax ID Numbers: ) | |
| 35-2183713 (Easy Street Holding, LLC), ) | |
| 20-4502979 (Easy Street Partners, LLC), and ) | **[FILED ELECTRONICALLY]** |
| 84-1685764 (Easy Street Mezzanine, LLC) ) | |
| ) | |

**CERTIFICATE OF SERVICE FOR ORDER GRANTING MOTION FOR ORDER
PURSUANT TO 11 U.S.C. § 366 (I) PROHIBITING UTILITIES FROM ALTERING,
REFUSING OR DISCONTINUING SERVICES TO, OR DISCRIMINATING
AGAINST THE DEBTORS; (II) PROVIDING THAT A SINGLE DEPOSIT FOR ALL
THE DEBTORS' UTILITIES SHALL CONSTITUTE "ADEQUATE ASSURANCE OF
FUTURE PAYMENT"; AND (III) ESTABLISHING PROCEDURES FOR
DETERMINING REQUESTS FOR ADDITIONAL ASSURANCE**

I hereby certify that on this 17th day of September, 2009, I caused to be served via first-class mail, postage prepaid, the ORDER GRANTING MOTION FOR ORDER PURSUANT TO 11 U.S.C. § 366 (I) PROHIBITING UTILITIES FROM ALTERING, REFUSING OR DISCONTINUING SERVICES TO, OR DISCRIMINATING AGAINST THE DEBTORS; (II) PROVIDING THAT A SINGLE DEPOSIT FOR ALL THE DEBTORS' UTILITIES SHALL CONSTITUTE "ADEQUATE ASSURANCE OF FUTURE PAYMENT"; AND (III) ESTABLISHING PROCEDURES FOR DETERMINING REQUESTS FOR ADDITIONAL ASSURANCE upon the following parties:

| | |
|---|---|
| AT&T Mobility<br>PO Box 6463<br>Carol Stream, IL 60197 | Questar Gas Company<br>PO Box 45360<br>Salt Lake City, UT 84145-03630 |
| Comcast<br>PO Box 34744<br>Seattle, WA 98124-1744 | Qwest<br>PO Box 29039<br>Phoenix, AZ 85038-9039 |
| Park City Municipal Corp.<br>PO Box 1480<br>Park City, UT 84060 | Rocky Mountain Power<br>1033 NE 6th Avenue<br>Portland, OR 97256-0001 |
| Park City Water<br>PO Box 1480<br>Park City, UT 84060 | Water Reclamation District<br>2800 Homestead Rd<br>Park City, UT 84098-4869 |

DATED:  September 17, 2009

DURHAM JONES & PINEGAR, P.C.

By:  /s/ Steven J. McCardell
Kenneth L. Cannon II (kcannon@djplaw.com)(3705)
Steven J. McCardell (smccardell@djplaw.com)(2144)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT   84110-4050
Telephone:  (801) 415-3000/Fax:  (801) 415-3500

And

2

SLC_457748.1

Michael V. Blumenthal (mblumenthal@crowell.com)
  (<u>pro</u> <u>hac</u> <u>vice</u> application pending)
Steven B. Eichel (seichel@crowell.com)
 (<u> pro</u> <u>hac</u> <u>vice</u> application pending)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 223-4000/Fax: (212) 223-4134

Proposed Counsel for Debtors and Debtors in Possession

3