Kenneth L. Cannon II (kcannon@djplaw.com)(3705)
Steven J. McCardell (smccardell@djplaw.com)(2144)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT   84110-4050
Telephone:  (801) 415-3000/Fax:  (801) 415-3500

Proposed Counsel for Debtors and Debtors in Possession

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| EASY STREET HOLDING, LLC, *et al.*, ) | Bankruptcy Case No. 09-29905 |
| ) | Jointly Administered with Cases |
| ) | 09-29907 and 09-29908 |
| ) | |
| Address:  201 Heber Avenue ) | Chapter 11 |
| Park City, UT 84060 ) | |
| ) | Honorable R. Kimball Mosier |
| Tax ID Numbers: ) | |
| 35-2183713 (Easy Street Holding, LLC), ) | |
| 20-4502979 (Easy Street Partners, LLC), and ) | **[FILED ELECTRONICALLY]** |
| 84-1685764 (Easy Street Mezzanine, LLC) ) | |
| ) | |

## ORDER ADMITTING BRUCE J. ZABARAUSKAS PRO HAC VICE

I appearing to the Court that Applicant Bruce J. Zabarauskas meets the pro hac vice

admission requirements of DUCivR 83-1(d) and Bank. D. Ut. LBR 2090-1(b), the Motion for

Applicant's Admission Pro Hac Vice in the United States Bankruptcy Court, District of Utah in

the subject cases is GRANTED.

SLC_457868

**Filed: 09/17/09**

The Applicant's contact information is as follows:

Business Address:

Bruce J. Zabarauskas
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY  10022

Main Office Telephone Number:  (212) 223-4000
Fax Number:  (212) 223-4134
Email Address: bzabarauskas@crowell.com


-----------------------------------------------END OF ORDER------------------------------------------

SLC_457868