**The below described is SIGNED.**



**Dated: September 16, 2009**

R. KIMBALL MOSIER
U.S. Bankruptcy Judge

_____

*Proposed Order Prepared and Submitted By:*
Adelaide Maudsley (#8791)
James K. Tracy (#6668)
CHAPMAN AND CUTLER LLP
201 South Main Street, Suite 2000
Salt Lake City, UT 84111
Telephone: 801-533-0066
Facsimile: 801-533-9595
Email: maudsley@chapman.com
         jtracy@chapman.com

Local Counsel for Bay North Capital, LLC

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>EASY STREET HOLDING, LLC, *et al.*,<br><br>Debtors.<br><br>Address: 201 Heber Avenue<br>         Park City, UT 84060<br><br>Tax ID Numbers:<br>35-2183713 (Easy Street Holding, LLC),<br>20-4502979 (Easy Street Partners, LLC), and<br>84-1685764 (Easy Street Mezzanine, LLC) | Bankruptcy Case No. 09-29905<br>Jointly Administered with<br>Cases 09-29907 and 09-29908<br><br>Chapter 11<br><br>Honorable R. Kimball Mosier<br><br>[FILED ELECTRONICALLY] |

**ORDER GRANTING *EX PARTE* MOTION FOR COUNSEL TO APPEAR
TELEPHONICALLY AT HEARING ON SEPTEMBER 16, 2009**

2684382.01.01.doc

**Filed: 09/16/09**

Entered On Docket: 09/16/2009

The Court, having considered the "*Ex Parte* Motion for Counsel to Appear Telephonically at Hearing on September 16, 2009" (the "Motion") submitted by Bay North Capital, LLC, and good cause appearing,

IT IS HEREBY ORDERED THAT the Motion is GRANTED.

---------------------------------------------------------------------------------------------------------------

END OF DOCUMENT

**CERTIFICATE OF SERVICE BY CLERK OF COURT**

The undersigned hereby certifies that a copy of the foregoing **ORDER GRANTING *EX PARTE* MOTION FOR COUNSEL TO APPEAR TELEPHONICALLY AT HEARING ON SEPTEMBER 16, 2009** was served via United States first class mail, postage prepaid, on this _____ day of _____, 2009 on the following:

Adelaide Maudsley
Chapman and Cutler LLP
201 South Main Street, Suite 2000
Salt Lake City, UT 84111

Kenneth L. Cannon II
Steven J. McCardell
Durham Jones & Pinegar, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT 84110

Brian W. Harvey
Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405

Office of the United States Trustee
405 South Main Street #300
Salt Lake City, UT 84111

_____

**CERTIFICATE OF SERVICE BY COUNSEL**

The undersigned hereby certifies that a copy of the foregoing **(PROPOSED) ORDER GRANTING *EX PARTE* MOTION FOR COUNSEL TO APPEAR TELEPHONICALLY AT HEARING ON SEPTEMBER 16, 2009** was served on the 16th day of September, 2009 in the manner indicated below on each of the following:

Kenneth L. Cannon II
Steven J. McCardell
Durham Jones & Pinegar, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT 84110
(by CM/ECF and electronic mail)

Annette W. Jarvis
Steven C. Strong
Benjamin J. Kotter
Dorsey & Whitney, LLP
136 South Main Street, Suite 1000
Salt Lake City, UT 84101
(by CM/ECF and electronic mail)

Office of the United States Trustee
405 South Main Street #300
Salt Lake City, UT 84111
(by CM/ECF and
by facsimile (801) 524-5628)

/s/ Adelaide Maudsley

# CERTIFICATE OF NOTICE

```
District/off: 1088-2          User: mtm                  Page 1 of 1                  Date Rcvd: Sep 16, 2009
Case: 09-29905                Form ID: pdfor1            Total Noticed: 3

The following entities were noticed by first class mail on Sep 18, 2009.
aty          +Adelaide Maudsley,    Chapman and Cutler LLP,    201 South Main Street,    Suite 2000,
               Salt Lake City, UT 84111-2298
aty           Steven J. McCardell,    Durham Jones & Pinegar,    111 East Broadway, Suite 900,    P O Box 4050,
               Salt Lake City, UT 84110-4050
             +Brian W. Harvey,    Goodwin Procter LLP,    The New York Times Building,    620 Eighth Avenue,
               New York, NY 10018-1618

The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 18, 2009**               **Signature:**  _Joseph Speetjens_