**FORM RAB9F** (Ch 11 Corp/Partnership Asset Cs) (12/07)                                                              Case Number **09−29905**

# UNITED STATES BANKRUPTCY COURT
District of Utah

# Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines
A chapter 11 bankruptcy case concerning the debtor Corporation listed below was filed on 9/14/09.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights.
All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below.
NOTE:  The staff of the bankruptcy clerk's office cannot give legal advice.

## See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Easy Street Holding, LLC
4780 Winchester Court
Park City, UT 84098

| Case Number:<br>09−29905 RKM | Taxpayer ID/Employer ID/Other Nos.:<br>35−2183713 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Steven J. McCardell<br>Durham Jones & Pinegar<br>111 East Broadway, Suite 900<br>P O Box 4050<br>Salt Lake City, UT 84110−4050<br>Telephone number:  (801) 415−3000 | |

## Meeting of Creditors
Date: **October 8, 2009**                                                    Time: **02:00 PM**
Location:  **405 South Main Street, Suite 250, Salt Lake City, UT 84111**

## Deadlines to File a Proof of Claim
Proof of claim must be *received* by the bankruptcy clerk's office by the following deadline:

For all creditors (except a governmental unit):  **1/6/10**          For a governmental unit (except as otherwise provided
                                                                                                       in Fed. R. Bankr. P. 3002 (c)(1):  **3/15/10**

## Creditor with a Foreign Address
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

## Deadline to File a Complaint to Determine Dischargeability of Certain Debts:

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the
debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the
court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be
penalized. Consult a lawyer to determine your rights in this case.

| **Address of the Bankruptcy Clerk's Office:**<br>350 South Main #301<br>Salt Lake City, UT 84101<br>Telephone number:  (801) 524−6687 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>David A. Sime |
|---|---|
| Hours Open:  8:00 AM − 4:30 PM; Telephone 8:00 AM − 4:30 PM | Date:  9/16/09 |

## Online Information
Case information is avaliable at no charge on our Voice Case Information System (VCIS). Call 1−800−733−6740 or (801) 524−3107 with
your touch−tone telephone. Case information is also available on the Internet using our PACER service for a $.08/page fee. An account is
required. Visit our homepage at **www.utb.uscourts.gov**for details.

**EXPLANATIONS** FORM RAB9F (12/07)

| | |
|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under Chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| **Legal Advice/Note** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. Important notice to individual debtor(s): All individual debtor(s) must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this notice, you can obtain one at any bankruptcy clerk's office. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office. If your claim is scheduled and is not listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all *or* if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim by the "Deadline to File Proof of Claim" listed on the front side, or you might not be paid any money on your claim and may be unable to vote on the plan. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Foreign Creditor:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtor, except as provided in the plan. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 1141(d)(6)(A), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Dismissal | This case may be dismissed unless a written objection to dismissal is filed by the debtor, a creditor or party in interest within 20 days after a creditors meeting, if the debtor(s) or debtor's counsel fail to attend the creditors meeting or fail to timely file a debtor's schedule or statements or chapter 12 plan (Bankr.D.Ut.Rules 2003–1, 2082–1, 5005–1). A hearing on the objection to dismissal must be set at the time the objection is filed and notice of the hearing must be sent to the trustee, all creditors and parties of interest or the case shall be dismissed. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

–– Refer to Other Side for Important Deadlines and Notices ––

B10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT District of Utah | PROOF OF CLAIM |
|---|---|
| Name of Debtor: Easy Street Holding, LLC | Case Number: 09-29905 |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):

Name and address where notices should be sent:

**Strike any pre-printed text if incorrect AND type or print correct information**

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number:_____
(*If known*)

Filed on:_____

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Name and address where payment should be sent (if different from above):

Telephone number:

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

**1. Amount of Claim as of Date Case Filed:**      $_____

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4).

**2. Basis for Claim:** _____
   (See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____

   **3a. Debtor may have scheduled account as:** _____
      (See instruction #3a on reverse side.)

☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:** ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
**Describe:**

**Value of Property:** $_____ **Annual Interest Rate** ___%

**Amount of arrearage and other charges as of time case filed included in secured claim, if any:** $_____ **Basis for perfection:** _____

**Amount of Secured Claim:** $_____   **Amount Unsecured:** $_____

☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**

$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**FOR COURT USE ONLY**

**Please mail this claim form to:**

**U.S. Bankruptcy Court
350 South Main St., Rm. 301
Salt Lake City, Utah 84101**

**Date:**    | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

B10 (Official Form 10) (12/08) - Cont.

# INSTRUCTIONS FOR PROOF OF CLAIM FORM
*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Items to be completed in Proof of Claim form**

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a).**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

_____DEFINITIONS_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (10)

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor that arose on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)** Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

_____INFORMATION_____

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

# CERTIFICATE OF NOTICE

```
District/off: 1088-2           User: dlg                    Page 1 of 2                    Date Rcvd: Sep 16, 2009
Case: 09-29905                 Form ID: rab9f               Total Noticed: 55


The following entities were noticed by first class mail on Sep 18, 2009.
 db         +Easy Street Holding, LLC,    4780 Winchester Court,    Park City, UT 84098-7528
 aty        +Adelaide Maudsley,    Chapman and Cutler LLP,    201 South Main Street,    Suite 2000,
              Salt Lake City, UT 84111-2298
 aty        +Annette W. Jarvis,    Dorsey & Whitney LLP,    136 South Main Street,    Suite 1000,
              Salt Lake City, UT 84101-1685
 aty        +Benjamin J. Kotter,    Dorsey & Whitney, LLP,    136 South Main Street,    Suite 1000,
              Salt Lake City, UT 84101-1685
 aty         Michael R. Johnson,    Ray Quinney & Nebeker P.C.,    36 South State Street,    Suite 1400,
              P.O. Box 45385,    Salt Lake City, UT 84145-0385
 aty         Steven J. McCardell,    Durham Jones & Pinegar,    111 East Broadway, Suite 900,    P O Box 4050,
              Salt Lake City, UT 84110-4050
6628202     +Alchemy Ventures Trust,    17575 Fitzpatrick Lane,    Occidental, CA 95465-9355
6628195     +Bay North Capital, LLC,    Attn:Charles J. Flint,    One Financial Center, Floor 23,
              Boston, MA 02111-2621
6625017     +CBIZ,    175 S West Temple, Suite 650,    Salt Lake City, UT 84101-1422
6628194     +Christina M. Craige, Esq.,    Sidley Austin LLP,    555 West Fifth Street,
              Los Angeles, CA 90013-1010
6628196     +Christopher B. Barker, Esq.,    Goodwin Procter LLP,    53 State Street,    Boston, MA 02109-2881
6625018     +Cushman & Wakefield,    50 Broad Street,    New York NY 10004-2307
6625019     +David Wickline,    17575 Fitzpatrick Land,    Occidental, CA 95465-9355
6628193     +Drew A. Norman, Esq.,    Sidley Austin LLP,    555 West Fifth Street,    Los Angeles, CA 90013-1010
6625020     +Eliot Workshop Group,    364 Main St.,    Park City, UT 84060-5102
6625021      FedEx,    PO Box 7221,    Pasadena, CA 91109-7321
6625022     +Five 9's Communication,    PO Box 348,    Roy, UT 84067-0348
6628197     +Francis N. Mastroianni,    Goodwin Procter LLP,    53 State Street,    Boston, MA 02109-2881
6625023     +Frank Rimerman & Co. LLP,    60 South Market Street,    San Jose, CA 95113-2351
6625024     +Gateway Center, LLC,    c/o Commerce CRG,    PO Box 571530,    Murray, UT 84157-1530
6625025     +Goodrich & Thomas, CPAs,    3200 Park Center Drive Suite 1170,    Costa Mesa, CA 92626-7153
6625026      Jacobsen Construction,    PO Box 27608,    Salt Lake City, UT 84127-0608
6628291     +Jacobsen National Group, Inc.,    c/o Michael R. Johnson, Esq.,    Ray Quinney & Nebeker P.C.,
              36 South State Street, Suite 1400,    Salt Lake City, Utah 84111-1451
6625027     +Klehr, Branzburg & Ellers LLP,    260 South Broad St,,    Philadelphia, PA 19102-5021
6625028      Les Olson Company,    PO Box 65598,    Salt Lake City, UT 84165-0598
6625029      Luxury Residence Group,    693 Main Street,    Park City, UT 84060
6625030     +McGladrey and Pullin,    One South Wacker Drive, Suite 800,    Chicago, IL 60606-4650
6625031     +Merrit & Harris,    301 E Glenoaks Blvd. Suite 4,    Glendale CA 91207-2115
6625032     +Millcreek Consulting,    3017 East Kempner Rd,    Salt Lake City UT 84109-3654
6625033     +Muir Copper Canyon Farms,    PO Box 26775,    Salt Lake City, UT 84126-0775
6627738     +Park City I, LLC,    166 Duane Street,    New York, NY 10013-3398
6625034     +Park City Surveying,    2041 Sidewinder Dr.,    Park City, UT 84060-7465
6628201     +Philo Smith Jr. Trust,    684 Glenneyre Street,    Laguna Beach, CA 92651-2420
6625035      Pitney Bowes,    PO Box 856390,    Louisville, KY 40285-6390
6627730     +Richard W. Havel, Esq.,    Sidley Austin LLP,    555 West Fifth Street,
              Los Angeles, CA 90013-1010
6627720      Securities & Exchange Commission,    Attn: Bankruptcy Dept.,    44 Montgomery St # 1100,
              San Francisco, CA 94104-4613
6625037     +Shaner Design, Inc.,    614 Main Street, Suite 404,    PO Box 4560,    Park City, UT 84060-4560
6627737     +Sheri P. Chromow, Esq.,    Katten Muchin Rosenman LLP,    757 Madison Avenue,
              New York, NY 10065-6509
6625038      Staples Credit Plan,    Dept 51-7861136819,    PO Box 689020,    Des Moines, IA 50368-9020
6627721      State Office of Recovery Services,    515 East 100 South,    P O Box 45033,
              Salt Lake City, UT 84145-0033
6627719      State of Utah,    Office of the Attorney General,    Tax & Revenue Division,    P O Box 40874,
              Salt Lake City, UT 84114-0874
6625039     +Summit Business Services,    Attn: Chipper Leonard,    4130 Hilltop Ct,    Park City, UT 84098-4715
6627736     +Timothy G. Little, Esq.,    Katten Muchin Rosenman LLP,    757 Madison Avenue,
              New York, NY 10065-6509
6625040     +Union Square Home Owners Association,    PO Box 683300,    Park City UT 84068-3300
6627722      Utah Dept of Workforce Services,    P O Box 45249,    Salt Lake City, UT 84145-0249
6627723     +Utah Dept-Alcoholic Beverage Control,    1625 South 900 West,    PO Box 30408,
              Salt Lake City, UT 84130-0408
6625041      Utah State Tax Commission Sales Tax,    210 North 1950 West,    Salt Lake City, UT 84134-0400
6627726      West LB AG, New York Branch,    Attn: Duncan Robertson,    1211 Sixth Avenue, 25th Floor,
              New York, NY 10036-8705
6628190      West LB AG, New York Branch,    Attn:Christian Ruehmer,    1211 Avenue of the Americas, 241h Flr,
              New York, NY 10036
6627724     +West LB AG, New York Branch,    Attn: Christian Ruehmer,    1211 Avenue of the Americas, 24th Flr,
              New York, NY 10036-8705
6627728      West LB AG, New York Branch,    Attn: James Winikor,    1211 Sixth Avenue, 25th Floor,
              New York, NY 10036-8705
6627729     +William D. Ellis, Esq.,    Sidley Austin LLP,    555 West Fifth Street,
              Los Angeles, CA 90013-1010
6625042     +William Shoaf,    4780 Winchester Court,    Park City, UT 84098-7528
The following entities were noticed by electronic transmission on Sep 16, 2009.
6628184      EDI: IRS.COM Sep 16 2009 20:23:00      Internal Revenue Service,
              Centralized Insolvency Operations,    PO Box 21126,    Philadelphia, PA 19114-0326
6625036      E-mail/Text: bklaw@qwest.com                            Qwest,    PO Box 29039,
              Phoenix, AZ 85038-9039
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

```
 District/off: 1088-2          User: dlg                  Page 2 of 2               Date Rcvd: Sep 16, 2009
 Case: 09-29905                Form ID: rab9f             Total Noticed: 55
```

             ***** BYPASSED RECIPIENTS (continued) *****

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 18, 2009**                    **Signature:**    /s/ Joseph Speetjens