**The below described is SIGNED.**



**Dated: September 16, 2009**  _____
                                    **R. KIMBALL MOSIER**
                                    **U.S. Bankruptcy Judge**
_____

*Proposed Order Prepared and Submitted By:*
Adelaide Maudsley (#8791)
James K. Tracy (#6668)
CHAPMAN AND CUTLER LLP
201 South Main Street, Suite 2000
Salt Lake City, UT  84111
Telephone:  801-533-0066
Facsimile:  801-533-9595
Email: maudsley@chapman.com
        jtracy@chapman.com

Local Counsel for
Bay North Realty Fund VI, LP

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH

| In re:<br><br>EASY STREET HOLDING, LLC, *et al.*,<br><br>    Debtors.<br><br>Address: 201 Heber Avenue<br>         Park City, UT  84060<br><br>Tax ID Numbers:<br>35-2183713 (Easy Street Holding, LLC),<br>20-4502979 (Easy Street Partners, LLC), and<br>84-1685764 (Easy Street Mezzanine, LLC) | Bankruptcy Case No. 09-29905<br>Jointly Administered with<br>Cases 09-29907 and 09-29908<br><br>Chapter 11<br><br>Honorable R. Kimball Mosier<br><br>[FILED ELECTRONICALLY] |

**Filed: 09/16/09**

Entered On Docket: 09/17/2009

## ORDER OF ADMISSION

It appearing to the Court that Applicant, Brian W. Harvey of Goodwin Procter LLP, meets the pro hac vice admission requirements of DUCivR 83-1.1(d), and Bankr. D. Ut. LBR 2090-1, the Motion for Applicant's Admission Pro Hac Vice in the United States Bankruptcy Court, District of Utah in the subject case is GRANTED.

The Applicant's contact information is as follows:

> Brian W. Harvey
> Goodwin Procter LLP
> The New York Times Building
> 620 Eighth Avenue
> New York, NY 10018-1405
> Telephone: (212) 813-8829
> Facsimile: (212) 355-3333
> Email: bharvey@goodwinprocter.com

---
[END OF DOCUMENT]

**CLERK'S CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing **ORDER OF ADMISSION** was served via

United States first class mail, postage prepaid, on this ___ day of _____, 2009 on the following:

| | |
|---|---|
| Adelaide Maudsley<br>Chapman and Cutler LLP<br>201 South Main Street, Suite 2000<br>Salt Lake City, UT  84111 | Kenneth L. Cannon II<br>Steven J. McCardell<br>Durham Jones & Pinegar, P.C.<br>111 East Broadway, Suite 900<br>P.O. Box 4050<br>Salt Lake City, UT  84110 |
| Brian W. Harvey<br>Goodwin Procter LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY  10018-1405 | Office of the United States Trustee<br>405 South Main Street #300<br>Salt Lake City, UT  84111 |

_____

**COUNSEL'S CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing **(proposed) ORDER OF ADMISSION** was served in the manner indicated below on this 16th day of September, 2009 on the following:

Kenneth L. Cannon II
Steven J. McCardell
Durham Jones & Pinegar, P.C.
111 East Broadway, Suite 900
P.O.Box 4050
Salt Lake City, UT  84110
(by CM/ECF)

Annette W. Jarvis
Steven C. Strong
Benjamin J. Kotter
Dorsey & Whitney, LLP
136 South Main Street, Suite 1000
Salt Lake City, UT  84101
(by CM/ECF)

Office of the United States Trustee
405 South Main Street #300
Salt Lake City, UT  84111
(by CM/ECF)
)

/s/ Kimberly Nunley

# CERTIFICATE OF NOTICE

```
District/off: 1088-2           User: mtm                    Page 1 of 1                   Date Rcvd: Sep 17, 2009
Case: 09-29905                 Form ID: pdfor1              Total Noticed: 3

The following entities were noticed by first class mail on Sep 19, 2009.
aty          +Adelaide Maudsley,    Chapman and Cutler LLP,    201 South Main Street,    Suite 2000,
               Salt Lake City, UT 84111-2298
aty          +Brian W. Harvey,    Goodwin Procter LLP,    The New York Time Building,    620 Eighth Avenue,
               New, NY 10018-1618
aty           Steven J. McCardell,    Durham Jones & Pinegar,    111 East Broadway, Suite 900,    P O Box 4050,
               Salt Lake City, UT  84110-4050

The following entities were noticed by electronic transmission.
NONE.                                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Sep 19, 2009**                                    **Signature:** _Joseph Speetjens_