Anthony C. Kaye, Esq.
BALLARD SPAHR LLP
One Utah Center, Suite 800
201 South Main Street
Salt Lake City, Utah 84111-2221
Telephone:  (801) 531-3000
Facsimile:  (801) 531-3001
kaye@ballardspahr.com
Attorneys for Sundance Partners, Ltd.

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF UTAH, CENTRAL DIVISION

| In re: | Bankruptcy Case No. 09-29905 |
|---|---|
| EASY STREET HOLDING, LLC, et al., | Jointly Administered with Cases 09-29907 and 09-29908 |
| Debtors. | Chapter 11 |
| | Honorable R. Kimball Moiser |
| | Filed Electronically |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Anthony C. Kaye of the law firm of Ballard Spahr LLP, hereby enters his appearance as counsel for Sundance Partners, Ltd. ("Sundance Partners") in the above-captioned case and, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, Section 1109(b) of the United States Bankruptcy Code and applicable local rules of

practice, hereby requests that all notices given to or required to be served in this case be given and served upon the undersigned at the office, address, and telephone number set forth below:

Anthony C. Kaye<br>
Ballard Spahr LLP<br>
201 South Main Street, Suite 800<br>
Salt Lake City, Utah 84111-2221<br>
Telephone: 801-531-3000<br>
Facsimile: 801-531-3001<br>
Email: kaye@ballardspahr.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, complaints, or demands transmitted or conveyed by mail delivery, telephone, telex, or otherwise, which affect the Debtor or property of the Debtor.

PLEASE TAKE FURTHER NOTICE that the undersigned hereby requests that the name and address set forth herein be added to the mailing matrix in this case.

PLEASE TAKE FURTHER NOTICE that Sundance Partners intends that neither this Notice of Appearance, nor any former or later pleading, claim, or suit shall waive (1) Sundance Partners' right to have final orders in non core matters entered only after _de novo_ review by a District Court Judge, (2) Sundance Partners' right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related in this case, (3) Sundance Partners' right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims actions, defenses, setoffs, or recoupments to which Sundance Partners is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Sundance Partners expressly reserves.

DATED this 23rd day of September, 2009.

/s/ Anthony C. Kaye
Anthony C. Kaye
BALLARD SPAHR LLP
Counsel for Sundance Partners, Ltd.

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS** was served on the 23rd day of September 2009 on the following:

Kenneth L. Cannon II
Steven J. McCardell
**DURHAM JONES & PINEGAR**
111 East Broadway, Suite 900
PO Box 4050
Salt Lake City, UT 84110-4050
**(by CM/ECF)**

Michael V. Blumenthal
Steven B. Eichel
**CROWELL & MORING LLP**
590 Madison Avenue, 20th Floor
New York, NY 10022
**(by CM/ECF)**

Office of the United States Trustee
405 South Main Street #300
Salt Lake City, UT 84111
**(by CM/ECF)**

**John T. Morgan**
US Trustees Office
Ken Garff Bldg.
405 South Main Street , Suite 300
Salt Lake City, Ut 84111
**(by CM/ECF)**

4

**BY U.S. Mail, first-class, postage prepaid to the following:**
AT&T Mobility
PO Box 6463
Carol Stream, IL 60197

Michael R. Johnson, Esq.
Jonathan A. Dibble, Esq.
**RAY QUINNEY & NEBEKER, P.C.**
36 South State Street, Suite 1400
Salt Lake City, UT 84111

Comcast
PO Box 34744
Seattle, WA 98124-1744

Park City Municipal Corp.
PO Box 1480
Park City, UT 84060

Park City Water
PO Box 1480
Park City, UT 84060

Questar Gas Company
PO Box 45360
Salt Lake City, UT 84145-03630

Qwest
PO Box 29039
Phoenix, AZ 85038-9039

Rocky Mountain Power
1033 NE 6th Avenue
Portland, OR 97256-0001

Water Reclamation District
2800 Homestead Rd
Park City, UT 84098-4869

/s/ Anthony C. Kaye

5

DMEAST #11827248 v1