EXHIBIT "B"

TO

NOTICE OF LIEN

Property

UNITS 106, 202/102, 204/104, 206, 207/307, 209, 301/201, 303/203, 305/205, 306, 309, 401/501, 402/302, 403/503, 404/304, 405/505, 406, 502/602, 504/604, 506/606, 507, COMMERCIAL UNIT HOTEL, COMMERCIAL UNIT SPA, COMMERCIAL UNIT SKY CLUB LOUNGE, COMMERCIAL UNIT EASY STREET, COMMERCIAL UNIT DEPOT CONTAINED WITHIN UNION SQUARE CONDOMINIUM, AS THE SAME IS IDENTIFIED IN THE RECORD OF SURVEY MAP RECORDED IN SUMMIT COUNTY, UTAH, AS ENTRY NO. 774532 (AS SAID MAP MAY HAVE HERETOFORE BEEN AMENDED OR SUPPLEMENTED) AND IN THE DECLARATION OF CONDOMINIUM, FOR UNION SQUARE RECORDED IN SUMMIT COUNTY, UTAH AS ENTRY NO. 774533, IN BOOK 1784, AT PAGE 195 (AS SAID DECLARATION MAY HAVE HERETOFORE BEEN AMENDED OR SUPPLEMENTED), OF THE OFFICIAL RECORDS.

TOGETHER WITH: (A) THE UNDIVIDED INTEREST IN SAID CONDOMINIUM PROJECT'S COMMON AREAS AND FACILITIES WHICH IS APPURTENANT TO SAID UNIT; (B) THE EXCLUSIVE RIGHT TO USE AND ENJOY EACH OF THE LIMITED COMMON AREAS WHICH IS APPURTENANT TO SAID UNIT; AND (C) THE NON-EXCLUSIVE RIGHT TO USE AND ENJOY THE COMMON AREAS AND FACILITIES INCLUDED IN SAID CONDOMINIUM PROJECT (AS SAID PROJECT MAY HEREAFTER BE EXPANDED) IN ACCORDANCE WITH THE AFORESAID DECLARATION AND SURVEY MAP (AS SAID DECLARATION AND MAP MAY HEREAFTER BE AMENDED OR SUPPLEMENTED) AND THE UTAH CONDOMINIUM ACT.

TOGETHER WITH THE FOLLOWING UNITS DESCRIBED ON THAT CERTAIN CONDOMINIUM PLAT UNION SQUARE RECORDED ON APRIL 12, 2006, AS ENTRY NO. 774532, IN THE OFFICE OF THE SUMMIT COUNTY RECORDER (AS AMENDED OR SUPPLEMENTED FROM TIME TO TIME): 603, SL-1, SP-1, ES-1, DP-1, AND SC-1.

[For Reference Only: Tax Parcel Numbers USC-106, USC-202/102, USC-204/104, USC-206, USC-207/307, USC-209, USC-301/201, USC-303/203, USC-305/205, USC-306, USC-309, USC-401/501, USC-402/302, USC-403/503, USC-404/304, USC-405/505, USC-406, USC-502/602, USC-504/604, USC-506/606, USC-507, USC-603, USC-HOTEL, USC-SPA, USC-SCL, USC-ES, USC-DEPOT]

285333_1

EXHIBIT "C"

TO

NOTICE OF LIEN

| UNIT | OWNER(S) |
|---|---|
| 106, together with an undivided 1.985% Interest of Common Areas | BRIAN D. ALTHAVER as to an undivided 1/8 individual share in Unit 106 (aka 106-4-A) as conveyed by that certain Special Warranty Deed recorded December 5, 2007 as Entry 831955 in the Recorder's Office of Summit County; together with an undivided 0.248% Interest of Common Areas<br><br>MARCIA L. GRIFFITHS, as to an undivided 1/8 individual share in Unit 106 (aka 106-1-B) as conveyed by that certain Special Warranty Deed recorded December 5, 2007 as Entry 832006 in the Recorder's Office of Summit County; together with an undivided 0.248% Interest of Common Areas<br><br>TERRY L. SIDFORD and MATTHEW E. SIDFORD, WIFE AND HUSBAND AS JOINT TENANTS, as to an undivided 1/8 individual share in Unit 106 (aka 106-5-C) as conveyed by that certain Special Warranty Deed recorded December 5, 2007 as Entry 831998 in the Recorder's Office of Summit County; together with an undivided 0.248% Interest of Common Areas<br><br>SUZANNE HARRIS and MOUNTAIN SEAS DEVELOPMENT, LTD., ARCADIA DEVELOPMENT, L.L.C., General Partner by: BF SAMMONS VP or LYNDA R. SAMMONS, President, as to an undivided 1/8 individual share in Unit 106 (aka 106-3-D) as conveyed by that certain Special Warranty Deed recorded December 5, 2007 as Entry 831958 in the Recorder's Office of Summit County; together with an undivided 0.248% Interest of Common Areas<br><br>CLINT MCCLELLAN, as to an undivided 1/8 individual share in Unit 106 (aka 106-2-E) as conveyed by that certain Special Warranty Deed recorded December 5, 2007 as Entry 831951 in the Recorder's Office of Summit County; together with an undivided 0.248% Interest of Common Areas<br><br>DAVID R. STARK and LOUISE A. STARK, HUSBAND AND WIFE AS JOINT TENANTS as to an undivided 1/8 individual share in Unit 106 (aka 106-F) as conveyed by that certain Special Warranty Deed recorded June 26, 2008 as Entry 848152 in the Recorder's Office of Summit County; together with an undivided 0.248% Interest of Common Areas<br><br>EASY STREET PARTNERS, LLC, a Utah limited liability company, as to an undivided 2/8 individual share in Unit 106 (aka 106-G, 106-H), together with an undivided .496% Interest of Common Areas |

| | |
|---|---|
| 206, together with an undivided 1.976% Interest of Common Areas | CLAUDIA MCMULLIN and TIMOTHY A. DOUGLAS, as joint tenants, as to an undivided 1/8 individual share in Unit 206 (aka 206-5-A) as conveyed by that certain Special Warranty Deed recorded December 11, 2007 as Entry 832403 in the Recorder's Office of Summit County; together with an undivided 0.247% Interest of Common Areas

KEVIN R. MCCARTHY, as to an undivided 1/8 individual share in Unit 206 (aka 206-4-B) as conveyed by that certain Special Warranty Deed recorded December 5, 2007 as Entry 832003 in the Recorder's Office of Summit County; together with an undivided 0.247% Interest of Common Areas

CASTILLO TRUST DATED JUNE 26, 2001, AMENDED NOVEMBER 2, 2007, as to an undivided 1/8 individual share in Unit 206 (aka 206-3-C) as conveyed by that certain Warranty Deed recorded November 26, 2008 as Entry 860039 in the Recorder's Office of Summit County; together with an undivided 0.247% Interest of Common Areas

MARSHALL BANK, TRUSTEE OF THE BANK LIVING TRUST DATED JUNE 16, 1998, restated July 25, 2003, as to an undivided 1/8 individual share in Unit 206 (aka 206-1D) as conveyed by that certain Warranty Deed recorded December 5, 2008 as Entry 860474 in the Recorder's Office of Summit County; together with an undivided 0.247% Interest of Common Areas

MARK C. KRAMER TRUST DATED 30TH DAY OF DECEMBER, 2004, WITH AN UNDIVIDED 50% INTEREST AS TENANTS IN COMMON, and LOUISE J. WALTON TRUST DATED 3RD DAY OF JULY, 2002, WITH AN UNDIVIDED 50% INTEREST AS TENANTS IN COMMON, as to an undivided 1/8 individual share in Unit 206 (aka 206-2-E) as conveyed by that certain Special Warranty Deed recorded December 5, 2007 as Entry 832008 in the Recorder's Office of Summit County; together with an undivided 0.247% Interest of Common Areas

PHILLIP LABOVE, as to an undivided 1/8 individual share in Unit 206 (aka 206-F) as conveyed by that certain Special Warranty Deed recorded September 19, 2008 as Entry 855245 in the Recorder's Office of Summit County; together with an undivided 0.247% Interest of Common Areas

EASY STREET PARTNERS, LLC, a Utah limited liability company, as to an undivided 2/8 individual share in Unit 206 (aka 206-G, 206-H), together with an undivided .494% Interest of Common Areas |

| | |
|---|---|
| 306, together with an undivided 1.976% Interest of Common Areas | MARSHALL BANK, TRUSTEE OF THE BANK LIVING TRUST DATED JUNE 16, 1998 RESTATED JULY 25, 2003, as to an undivided 1/8 individual share in Unit 306 (aka 306-2-A) as conveyed by that certain Warranty Deed recorded September 12, 2008 as Entry 854762 in the Recorder's Office of Summit County; together with an undivided 0.247% Interest of Common Areas<br><br>ROBERT M. DiORIO AND BIANKA M. DiORIO, AS JOINT TENANTS, as to an undivided 1/8 individual share in Unit 306 (aka 306-3-B) as conveyed by that certain Special Warranty Deed recorded December 7, 2007 as Entry 832207 in the Recorder's Office of Summit County; together with an undivided 0.247% Interest of Common Areas<br><br>ANTHONY ZINGALE AND TERESA MENO ZINGALE, CO-TRUSTEES OF THE ZINGALE LIVING TRUST DATED THE 6TH DAY OF MARCH, 1997, as to an undivided 1/8 individual share in Unit 306 (aka 306-5-D) as conveyed by that certain Special Warranty Deed recorded December 7, 2007 as Entry 832216 in the Recorder's Office of Summit County; together with an undivided 0.247% Interest of Common Areas<br><br>JOHN MICHAEL HOJEL, JR. and VERONICA HOJEL, husband and wife as joint tenants, as to an undivided 1/8 individual share in Unit 306 (aka 306-1-E) as conveyed by that certain Special Warranty Deed recorded December 18, 2007 as Entry 832875 in the Recorder's Office of Summit County; together with an undivided 0.247% Interest of Common Areas<br><br>LEON DREIMANN and JOY DREIMANN, his wife, as to an undivided 1/8 individual share in Unit 306 (aka 306-6-F) as conveyed by that certain Warranty Deed recorded March 4, 2008 as Entry 838985 in the Recorder's Office of Summit County; together with an undivided 0.247% Interest of Common Areas<br><br>EASY STREET PARTNERS, LLC, a Utah limited liability company, as to an undivided 3/8 individual share in Unit 306 (aka 306-C, 306-G, 306-H), together with an undivided .741% Interest of Common Areas |

| | |
|---|---|
| 406, together with an undivided 1.977% Interest of Common Areas | ERIC ROTHSCHILD AND SUSAN ROTHCHILD, AS JOINT TENANTS as to an undivided 1/8 individual share in Unit 406 (aka 406-6-A) as conveyed by that certain Special Warranty Deed recorded December 17, 2007 as Entry 832675 in the Recorder's Office of Summit County; together with an undivided 0.247% Interest of Common Areas<br><br>HOP TO IT JOINT LIVING TRUST DATED MARCH 19, 1999, as to an undivided 1/8 individual share in Unit 406 (aka 406-4-B) as conveyed by that certain Warranty Deed recorded December 24, 2007 as Entry 833292 in the Recorder's Office of Summit County; together with an undivided 0.247% Interest of Common Areas<br><br>CHARLES H. SILVERMAN AND ANDREA E. SILVERMAN, husband and wife as joint tenants, as to an undivided 1/8 individual share in Unit 406-5 (aka 406-5-C) as conveyed by that certain Special Warranty Deed recorded December 12, 2007 as Entry 832453 in the Recorder's Office of Summit County; together with an undivided 0.247% Interest of Common Areas<br><br>JONATHAN BARRETT CONNOR and KAREN MARIE CONNOR AS CO-TRUSTEES, OR THEIR SUCCESSORS IN TRUST, OF THE CONNOR FAMILY TRUST, DATED 10/9/2008, AS JONATHAN BARRETT CONNOR'S SOLE AND SEPARATE PROPERTY, as to an undivided 1/8 individual share in Unit 406 (aka 406-3-D) as conveyed by that certain Special Warranty Deed recorded November 6, 2008 as Entry 858909 in the Recorder's Office of Summit County; together with an undivided 0.247% Interest of Common Areas<br><br>JAMES WHITNEY and ROBIN PALAZZO WHITNEY, husband and wife as joint tenants, as to an undivided 1/8 individual share in Unit 406 (aka 406-1-E) as conveyed by that certain Special Warranty Deed recorded December 13, 2007 as Entry 832581 in the Recorder's Office of Summit County; together with an undivided 0.247% Interest of Common Areas<br><br>THE SHOAF FAMILY TRUST, DATED JANUARY 16TH, 2002, as to an undivided 1/8 individual share in Unit 406 (aka 406-2-F) as conveyed by that certain Warranty Deed recorded March 18, 2008 as Entry 840067 in the Recorder's Office of Summit County; together with an undivided 0.247% Interest of Common Areas<br><br>EASY STREET PARTNERS, LLC, a Utah limited liability company, as to an undivided 2/8 individual share in Unit 406 (aka 406-G, 406-H), together with an undivided .494% Interest of Common Areas |

| | |
|---|---|
| 507, together with an undivided 1.996% Interest of Common Areas | ELIZABETH RAD, as to an undivided 1/8 individual share in Unit 507 (aka 507-2-B) as conveyed by that certain Special Warranty Deed recorded December 20, 2007 as Entry 833104 in the Recorder's Office of Summit County; together with an undivided 0.249% Interest of Common Areas<br><br>TENDERFOOT HOLDINGS, LLC, as to an undivided 1/8 individual share in Unit 507 (aka 507-C) as conveyed by that certain Special Warranty Deed recorded June 24, 2008 as Entry 848020 in the Recorder's Office of Summit County; together with an undivided 0.249% Interest of Common Areas<br><br>FRANCINE WYNN, as to an undivided 1/8 individual share in Unit 507 (aka 507-5-D) as conveyed by that certain Special Warranty Deed recorded December 21, 2007 as Entry 833172 in the Recorder's Office of Summit County; together with an undivided 0.249% Interest of Common Areas<br><br>SKYBOOZERS, LLC, as to an undivided 1/8 individual share in Unit 507 (aka 507-1-E) as conveyed by that certain Warranty Deed recorded December 27, 2007 as Entry 833524 in the Recorder's Office of Summit County; together with an undivided 0.249% Interest of Common Areas<br><br>CLINT MCCLELLAN, as to an undivided 1/8 individual share in Unit 507 (aka 507-3-F) as conveyed by that certain Special Warranty Deed recorded December 20, 2007 as Entry 833014 in the Recorder's Office of Summit County; together with an undivided 0.249% Interest of Common Areas<br><br>EASY STREET PARTNERS, LLC, a Utah limited liability company, as to an undivided 3/8 individual share in Unit 507 (aka 507-A, 507-G, 507-H), together with an undivided .747% Interest of Common Areas |

| | |
|---|---|
| 202/102, together with an undivided 3.194% Interest of Common Areas | TERESA MARTHA WISS TRUST, DATED 12TH DAY OF NOVEMBER, 2003 as to an undivided 1/8 individual share in Unit 202 (aka 202-4-A) as conveyed by that certain Special Warranty Deed recorded December 5, 2007 as Entry 831959 in the Recorder's Office of Summit County; together with an undivided 0.399% Interest of Common Areas<br><br>TRACY MCCARTHY, as to an undivided 1/8 individual share in Unit 202 (aka 202-3-B) as conveyed by that certain Special Warranty Deed recorded December 7, 2007 as Entry 832208 in the Recorder's Office of Summit County; together with an undivided 0.399% Interest of Common Areas<br><br>PETER BLYTHE, as to an undivided 1/8 individual share in Unit 202 (aka 202-2-C) as conveyed by that certain Special Warranty Deed recorded January 11, 2008 as Entry 834550 in the Recorder's Office of Summit County; together with an undivided 0.399% Interest of Common Areas<br><br>KATI IRWIN and GRAHAM WAGNER, AS JOINT TENANTS, as to an undivided 1/8 individual share in Unit 202 (aka 202-1-D) as conveyed by that certain Special Warranty Deed recorded December 5, 2007 as Entry 831996 in the Recorder's Office of Summit County; together with an undivided 0.399% Interest of Common Areas<br><br>EASY STREET PARTNERS, LLC, a Utah limited liability company, as to an undivided 4/8 individual share in Unit 202 (aka 202-E, 202-F, 202-G, 202-H), together with an undivided 1.596% Interest of Common Areas |

| | |
|---|---|
| 207/307, together with an undivided 3.167% Interest of Common Areas | JOHN E. MCILWAINE, as to an undivided 1/8 individual share in Unit 207 (aka 207-1-A) as conveyed by that certain Special Warranty Deed recorded December 20, 2007 as Entry 833076 in the Recorder's Office of Summit County; together with an undivided 0.396% Interest of Common Areas<br><br>PHILO M. SMITH, JR. TRUST, ESTABLISHED JUNE 7, 2000, as to an undivided 1/8 individual share in Unit 207 (aka 207-2-B) as conveyed by that certain Special Warranty Deed recorded December 11, 2007 as Entry 832410 in the Recorder's Office of Summit County; together with an undivided 0.396% Interest of Common Areas<br><br>ALLAN ANDERSON AND AMY ANDERSON, HUSBAND AND WIFE AS JOINT TENANTS, as to an undivided 1/8 individual share in Unit 207 (aka 207-4-C) as conveyed by that certain Special Warranty Deed recorded December 12, 2007 as Entry 832486 in the Recorder's Office of Summit County; together with an undivided 0.396% Interest of Common Areas<br><br>BROOKS HOVEN and BRENDA SCHMID, as joint tenants, as to an undivided 1/8 individual share in Unit 207 (aka 207-5-D) as conveyed by that certain Special Warranty Deed recorded January 11, 2008 as Entry 834610 in the Recorder's Office of Summit County; together with an undivided 0.396% Interest of Common Areas<br><br>JOHN BUTSCH, A MARRIED MAN, as to an undivided 1/8 individual share in Unit 207-6 (aka 207-6-E) as conveyed by that certain Special Warranty Deed recorded February 5, 2008 as Entry 836580 in the Recorder's Office of Summit County; together with an undivided 0.396% Interest of Common Areas<br><br>WILLIAM S. ESCUDIER and MICHAEL V. ESCUDIER and WILLIAM R. ESCUDIER and TIMOTHY ESCUDIER, ALL AS JOINT TENANTS, as to an undivided 1/8 individual share in Unit 207 (aka 207-3-F) as conveyed by that certain Warranty Deed recorded December 7, 2007 as Entry 832218 in the Recorder's Office of Summit County; together with an undivided 0.396% Interest of Common Areas<br><br>THOMAS F. BRADLEY, as to an undivided 1/8 individual share in Unit 207 (aka 207-7-G) as conveyed by that certain Special Warranty Deed recorded March 5, 2008 as Entry 839032 in the Recorder's Office of Summit County; together with an undivided 0.396% Interest of Common Areas<br><br>KRISTEN M. DICKEY AND SUSAN DICKEY MACARTHUR AND PENNY A. BRADLEY, as to Unit 207-8 as conveyed by that certain Special Warranty Deed recorded May 2, 2008 as Entry 843535 in the Recorder's Office of Summit County; together with an undivided 0.396% Interest of Common Areas |

| | |
|---|---|
| 209, together with an undivided 3.388% Interest of Common Areas | DANIEL H. PAYNE AND VANESSA I. PAYNE, HUSBAND AND WIFE AS JOINT TENANTS, as to an undivided 1/8 individual share in Unit 209 (aka 209-3-A) as conveyed by that certain Warranty Deed recorded February 20, 2008 as Entry 838017 in the Recorder's Office of Summit County; together with an undivided 0.424% Interest of Common Areas<br><br>LEVINE HOLDINGS, LLC, as to an undivided 1/8 individual share in Unit 209 (aka 209-2-B) as conveyed by that certain Warranty Deed recorded December 28, 2007 as Entry 833614 in the Recorder's Office of Summit County; together with an undivided 0.424% Interest of Common Areas<br><br>BRIAN LAIDLAW AND TERI LAIDLAW, HUSBAND AND WIFE AS JOINT TENANTS, as to an undivided 1/8 individual share in Unit 209 (aka 209-5-C) as conveyed by that certain Special Warranty Deed recorded December 5, 2007 as Entry 831952 in the Recorder's Office of Summit County; together with an undivided 0.424% Interest of Common Areas<br><br>ALBERT ALBIANI AND ROXANN ALBIANI, husband and wife as joint tenants, as to an undivided 1/8 individual share in Unit 209 (aka 209-1-D) as conveyed by that certain Special Warranty Deed recorded December 26, 2007 as Entry 833437 in the Recorder's Office of Summit County; together with an undivided 0.424% Interest of Common Areas<br><br>GEORGE FREDERICK JOHN HILL, III, AND RUTH EMILY HILL, HUSBAND AND WIFE AS JOINT TENANTS, as to an undivided 1/8 individual share in Unit 209 (aka 209-4-E) as conveyed by that certain Special Warranty Deed recorded December 12, 2007 as Entry 832497 in the Recorder's Office of Summit County; together with an undivided 0.424% Interest of Common Areas<br><br>CHARLES S. COX AND SYLVIA P. COX TRUSTEES OF THE C & S COX 2007 TRUST, as to an undivided 1/8 individual share in Unit 209 (aka 209-G) as conveyed by that certain Special Warranty Deed recorded October 7, 2008 as Entry 856384 in the Recorder's Office of Summit County; together with an undivided 0.424% Interest of Common Areas<br><br>EASY STREET PARTNERS, LLC, a Utah limited liability company, as to an undivided 2/8 individual share in Unit 209 (aka 209-F, 209-H), together with an undivided .848% Interest of Common Areas |

| | |
|---|---|
| 301/201, together with an undivided 3.153% Interest of Common Areas | MERRICK L. GROSS and ROSA S. GROSS, HUSBAND AND WIFE AS JOINT TENANTS, as to an undivided 1/8 individual share in Unit 301 (aka 301-2-A) as conveyed by that certain Special Warranty Deed recorded December 14, 2007 as Entry 832637 in the Recorder's Office of Summit County; together with an undivided 0.394% Interest of Common Areas<br><br>KENNETH YONEMURA and GRACE NODA-YONEMURA, husband and wife as joint tenants, as to an undivided 1/8 individual share in Unit 301 (aka 301-4-B) as conveyed by that certain Special Warranty Deed recorded December 7, 2007 as Entry 832215 in the Recorder's Office of Summit County; together with an undivided 0.394% Interest of Common Areas<br><br>MICHAEL SCOTT DAVIS, and JOSEPH FICK, each with and undivided 50% interest as tenants in common, as to an undivided 1/8 individual share in Unit 301 (aka 301-1-C) as conveyed by that certain Special Warranty Deed recorded December 7, 2007 as Entry 832205 in the Recorder's Office of Summit County; together with an undivided 0.394% Interest of Common Areas<br><br>CURTIS K. GARDNER AND PATRICIA A. GARDNER, AS TRUSTEES OF THE GARDNER FAMILY REVOCABLE TRUST OF JANUARY 3, 1992, as to an undivided 1/8 individual share in Unit 301 (aka 301-3-D) as conveyed by that certain Special Warranty Deed recorded December 27, 2007 as Entry 833468 in the Recorder's Office of Summit County; together with an undivided 0.394% Interest of Common Areas<br><br>EASY STREET PARTNERS, LLC, a Utah limited liability company, as to an undivided 4/8 individual share in Unit 301 (aka 301-E, 301-F, 301-G, 301-H), together with an undivided 1.576 % Interest of Common Areas |

| | |
|---|---|
| 303/203, together with an undivided 3.517% Interest of Common Areas | LINDA MARIE EIDE RESIDUARY FAMILY TRUST ESTABLISHED THE 19TH DAY OF FEBRUARY, 1998, and EIDE LIVING TRUST, DATED OCTOBER 29, 2007, both with an undivided 50% as tenants in common, as to an undivided 1/8 individual share in Unit 303 (aka 303-5-A) as conveyed by that certain Special Warranty Deed recorded December 7, 2007 as Entry 832202 in the Recorder's Office of Summit County; together with an undivided 0.440% Interest of Common Areas<br><br>FREDERIC MONNOT, as to an undivided 1/8 individual share in Unit 303 (aka 303-4-B) as conveyed by that certain Special Warranty Deed recorded December 20, 2007 as Entry 833133 in the Recorder's Office of Summit County; together with an undivided 0.440% Interest of Common Areas<br><br>RISHI KUMAR AND ASHIMA KUMAR, AS JOINT TENANTS, as to an undivided 1/8 individual share in Unit 303 (aka 303-6-C) as conveyed by that certain Special Warranty Deed recorded December 17, 2007 as Entry 832686 in the Recorder's Office of Summit County; together with an undivided 0.440% Interest of Common Areas<br><br>CRAIG S. GUERNSEY AND ANN M. GUERNSEY OF THE CRAIG S. GUERNSEY AND ANN M. GUERNSEY REVOCABLE LIVING TRUST, DATED MAY 15, 2008, as to an undivided 1/8 individual share in Unit 303 (aka 303-1-E) as conveyed by that certain Warranty Deed recorded June 2, 2008 as Entry 845790 in the Recorder's Office of Summit County; together with an undivided 0.440% Interest of Common Areas<br><br>MICHAEL SCOTT DAVIS, as to an undivided 1/8 individual share in Unit 303 (aka 303-2-F) as conveyed by that certain Special Warranty Deed recorded December 7, 2007 as Entry 832209 in the Recorder's Office of Summit County; together with an undivided 0.440% Interest of Common Areas<br><br>EASY STREET PARTNERS, LLC, a Utah limited liability company, as to an undivided 3/8 individual share in Unit 303 (aka 303-D, 303-G, 303-H), together with an undivided 1.32 % Interest of Common Areas |

| | |
|---|---|
| 305/205, together with an undivided 3.526% Interest of Common Areas | DANIEL S. MILLER, DDS, INC., as to an undivided 1/8 individual share in Unit 305-3 as conveyed by that certain Warranty Deed recorded January 14, 2008 as Entry 834733 in the Recorder's Office of Summit County; together with an undivided 0.441% Interest of Common Areas<br><br>JOSEPH FICK, as to an undivided 1/8 individual share in Unit 305-1 (aka 305-1-B) as conveyed by that certain Special Warranty Deed recorded December 7, 2007 as Entry 832211 in the Recorder's Office of Summit County; together with an undivided 0.441% Interest of Common Areas<br><br>LOVEJOY SKY LODGE, LLC, as to an undivided 1/8 individual share in Unit 305 (aka 305-5-C) as conveyed by that certain Special Warranty Deed recorded December 10, 2007 as Entry 832313 in the Recorder's Office of Summit County; together with an undivided 0.441% Interest of Common Areas<br><br>STEPHEN N. FINBERG, BARBARA L. FINBERG, ADAM J. FINBERG AND LEAH H. FINBERG, all as joint tenants, as to an undivided 1/8 individual share in Unit 305 (aka 305-4-D) as conveyed by that certain Special Warranty Deed recorded January 4, 2008 as Entry 834111 in the Recorder's Office of Summit County; together with an undivided 0.441% Interest of Common Areas<br><br>STEVE REICH, SCOTT COLEMAN and ASHLEY COLEMAN, husband and wife as joint tenants, all as tenants in common, as to an undivided 1/8 individual share in Unit 305 (aka 305-2-E) as conveyed by that certain Warranty Deed recorded September 19, 2008 as Entry 855254 in the Recorder's Office of Summit County; together with an undivided 0.441% Interest of Common Areas<br><br>EASY STREET PARTNERS, LLC, a Utah limited liability company, as to an undivided 3/8 individual share in Unit 305 (aka 305-F, 305-g, 305-H), together with an undivided 1.33% Interest of Common Areas |

| | |
|---|---|
| 309, together with an undivided 3.388% Interest of Common Areas | STEPHEN ALLIS, as to an undivided 1/8 individual share in Unit 309 (aka 309-4-A) as conveyed by that certain Special Warranty Deed recorded December 10, 2007 as Entry 832224 in the Recorder's Office of Summit County; together with an undivided 0.424% Interest of Common Areas<br><br>STEPHEN ELRICK, as to an undivided 1/8 individual share in Unit 309 (aka 309-1-B) as conveyed by that certain Special Warranty Deed recorded December 10, 2007 as Entry 832222 in the Recorder's Office of Summit County; together with an undivided 0.424% Interest of Common Areas<br><br>DENA A. FLEMING AND STEVE L. CHIN, as to an undivided 1/8 individual share in Unit 309 (aka 309-3-C) as conveyed by that certain Special Warranty Deed recorded December 18, 2007 as Entry 832886 in the Recorder's Office of Summit County; together with an undivided 0.424% Interest of Common Areas<br><br>SKY INVESTMENT GROUP, LLC, as to an undivided 1/8 individual share in Unit 309 (aka 309-2-D) as conveyed by that certain Warranty Deed recorded March 11, 2008 as Entry 839529 in the Recorder's Office of Summit County; together with an undivided 0.424% Interest of Common Areas<br><br>EASY STREET PARTNERS, LLC, a Utah limited liability company, as to an undivided 4/8 individual share in Unit 309 (aka 309-E, 309-F, 309-G, 309-H), together with an undivided 1.696% Interest of Common Areas |

| | |
|---|---|
| 401/501, together with an undivided 3.106% Interest of Common Areas | WILLIAM A. HINDLE AND CONSTANCE FLETCHER HINDLE, husband and wife as joint tenants, as to an undivided 1/8 individual share in Unit 401 (aka 401-5-A) as conveyed by that certain Special Warranty Deed recorded December 27, 2007 as Entry 833525 in the Recorder's Office of Summit County; together with an undivided 0.388% Interest of Common Areas<br><br>THOMAS MILLAR AND JULIE B. MILLAR, HUSBAND AND WIFE AS JOINT TENANTS, as to an undivided 1/8 individual share in Unit 401-4 (aka 401-4-B) as conveyed by that certain Special Warranty Deed recorded January 4, 2008 as Entry 834017 in the Recorder's Office of Summit County; together with an undivided 0.388% Interest of Common Areas<br><br>STEVE LAFREDO, as to an undivided 1/8 individual share in Unit 401 (aka 401-3-C) as conveyed by that certain Special Warranty Deed recorded December 24, 2007 as Entry 833290 in the Recorder's Office of Summit County; together with an undivided 0.388% Interest of Common Areas<br><br>ROBERT A. MILLER, as to an undivided 1/8 individual share in Unit 401 (aka 401-1-D) as conveyed by that certain Special Warranty Deed recorded December 26, 2007 as Entry 833440 in the Recorder's Office of Summit County; together with an undivided 0.388% Interest of Common Areas<br><br>MARCIE B. DAVIS and KENNETH A. DAVIS, AS JOINT TENANTS, as to an undivided 1/8 individual share in Unit 401 (aka 401-2-E) as conveyed by that certain Special Warranty Deed recorded December 18, 2007 as Entry 832877 in the Recorder's Office of Summit County; together with an undivided 0.388% Interest of Common Areas<br><br>JOHN P. KELLY and MELISSA B. KELLY, husband and wife as joint tenants, as to an undivided 1/8 individual share in Unit 401-6 (aka 401-6-F) as conveyed by that certain Special Warranty Deed recorded February 14, 2008 as Entry 837655 in the Recorder's Office of Summit County; together with an undivided 0.388% Interest of Common Areas<br><br>THE MARK AND JOANN TATTERSALL FAMILY TRUST DATED SEPTEMBER 19, 1995 To an undivided 50% interest as tenant in common and AMER SOUDANI AND YUETTE SOUDANI AS HUSBAND AND WIFE with an undivided 50% interest as tenant in common, as to an undivided 1/8 individual share in Unit 401 (aka 401-7-G) as conveyed by that certain Special Warranty Deed recorded December 27, 2007 as Entry 833469 in the Recorder's Office of Summit County; together with an undivided 0.388% Interest of Common Areas<br><br>Affidavit of Correction to Warranty Deed for the purpose of correcting the name spelling of YUETTE SOUDANI to YVETTE SOUDANI, as evidenced by Affidavit recorded January 4, 2008 as Entry No. 834015 in the Recorder's Office of Summit County.<br><br>EASY STREET PARTNERS, LLC, a Utah limited liability company, as to an undivided 1/8 individual share in Unit 401 (aka 401-H), together with an undivided 0.388% Interest of Common Areas |

| | |
|---|---|
| 403/503, together with an undivided 3.442% Interest of Common Areas | STEPHEN P. VERMUT AND BARBARA VERMUT, AS JOINT TENANTS, as to an undivided 1/8 individual share in Unit 403 (aka 403-6-A) as conveyed by that certain Special Warranty Deed recorded December 27, 2007 as Entry 833545 in the Recorder's Office of Summit County; together with an undivided 0.430% Interest of Common Areas<br><br>LARRY L. LOZENSKY, as to an undivided 1/8 individual share in Unit 403 (aka 403-2-B) as conveyed by that certain Special Warranty Deed recorded December 28, 2007 as Entry 833645 in the Recorder's Office of Summit County; together with an undivided 0.430% Interest of Common Areas<br><br>ROBERT KEITH SIMONS AND LYNN KAY SIMONS REVOCABLE TRUST DATED JANUARY 1, 2005, as to an undivided 1/8 individual share in Unit 403 (aka 403-3-C) as conveyed by that certain Special Warranty Deed recorded December 20, 2007 as Entry 833011 in the Recorder's Office of Summit County; together with an undivided 0.430% Interest of Common Areas<br><br>MARK T. GREENQUIST and JOAN H. REPETTI, as joint tenants, as to an undivided 1/8 individual share in Unit 403 (aka 403-4-D) as conveyed by that certain Special Warranty Deed recorded December 20, 2007 as Entry 833121 in the Recorder's Office of Summit County; together with an undivided 0.430% Interest of Common Areas<br><br>MICHAEL A. FEDER, as to an undivided 1/8 individual share in Unit 403 (aka 403-1-E) as conveyed by that certain Special Warranty Deed recorded December 26, 2007 as Entry 833459 in the Recorder's Office of Summit County; together with an undivided 0.430% Interest of Common Areas<br><br>ANDREW C. GILLIGAN JR. AND KAREN L. GILLIGAN TRUSTEES OF THE ANDREW C. GILLIGAN JR. AND KAREN L. GILLIGAN FAMILY TRUST DATED AUGUST 2, 2000, as to an undivided 1/8 individual share in Unit 403 (aka 403-5-F) as conveyed by that certain Warranty Deed recorded December 27, 2007 as Entry 833467 in the Recorder's Office of Summit County; together with an undivided 0.430% Interest of Common Areas<br><br>EASY STREET PARTNERS, LLC, a Utah limited liability company, as to an undivided 2/8 individual share in Unit 403 (aka 403-G, 403-H), together with an undivided .860% Interest of Common Areas |