| | |
|---|---|
| 405/505, together with an undivided 3.448% Interest of Common Areas | DONALD I. PORTEOUS, as to an undivided 1/8 individual share in Unit 405 (aka 405-4-A) as conveyed by that certain Special Warranty Deed recorded December 20, 2007 as Entry 833012 in the Recorder's Office of Summit County; together with an undivided 0.431% Interest of Common Areas<br><br>W. BRIAN AHERN, as to an undivided 1/8 individual share in Unit 405 (aka 405-2-B) as conveyed by that certain Special Warranty Deed recorded January 7, 2008 as Entry 834180 in the Recorder's Office of Summit County; together with an undivided 0.431% Interest of Common Areas<br><br>CHARLES RAEBURN and VICKI P. RAEBURN, as joint tenants, as to an undivided 1/8 individual share in Unit 405 (aka 405-3-C) as conveyed by that certain Special Warranty Deed recorded December 20, 2007 as Entry 833013 in the Recorder's Office of Summit County; together with an undivided 0.431% Interest of Common Areas<br><br>ACME HOLDING LLC, a Utah Limited Liability Company, as to an undivided 1/8 individual share in Unit 405 (aka 405-1-D) as conveyed by that certain Warranty Deed recorded September 18, 2008 as Entry 855126 in the Recorder's Office of Summit County; together with an undivided 0.431% Interest of Common Areas<br><br>JONATHAN AMES and JOANNE AMES, as joint tenants, as to an undivided 1/8 individual share in Unit 405 (aka 405-5-E) as conveyed by that certain Special Warranty Deed recorded December 20, 2007 as Entry 833010 in the Recorder's Office of Summit County; together with an undivided 0.431% Interest of Common Areas<br><br>EASY STREET PARTNERS, LLC, a Utah limited liability company, as to an undivided 3/8 individual share in Unit 405 (aka 405-F, 405-G, 405-H), together with an undivided 1.293% Interest of Common Areas |
| 502/602, together with an undivided 3.103% Interest of Common Areas | PHLLIP YUAN and RUTH YUAN, AS JOINT TENANTS, as to an undivided 1/8 individual share in Unit 502 (aka 502-1-A) as conveyed by that certain Special Warranty Deed recorded December 27, 2007 as Entry 833470 in the Recorder's Office of Summit County; together with an undivided 0.388% Interest of Common Areas<br><br>TCF HOLDINGS, LLC, A FLORIDA LIMITED LIABILITY COMPANY, as to an undivided 1/8 individual share in Unit 502 (aka 502-2-B) as conveyed by that certain Special Warranty Deed recorded January 2, 2008 as Entry 833863 in the Recorder's Office of Summit County; together with an undivided 0.388% Interest of Common Areas<br><br>EASY STREET PARTNERS, LLC, a Utah limited liability company, as to an undivided 6/8 individual share in Unit 502 (aka 502-C, 502-D, 502-E, 502-F, 502-G, 502-H), together with an undivided 2.328% Interest of Common Areas |

| | |
|---|---|
| 506/606, together with an undivided 3.318% Interest of Common Areas | SKY INVESTMENT GROUP, LLC, as to an undivided 1/8 individual share in Unit 506 (aka 506-2-A) as conveyed by that certain Warranty Deed recorded March 11, 2008 as Entry 839528 in the Recorder's Office of Summit County; together with an undivided 0.415% Interest of Common Areas<br><br>CORRADO PROPERTIES, INC., as to an undivided 1/8 individual share in Unit 506 (aka 506-1-B) as conveyed by that certain Warranty Deed recorded December 24, 2007 as Entry 833265 in the Recorder's Office of Summit County; together with an undivided 0.415% Interest of Common Areas<br><br>SOMPAR INVESTMENTS, LLC, as to an undivided 1/8 individual share in Unit 506 (aka 506-3-C) as conveyed by that certain Warranty Deed recorded December 24, 2007 as Entry 833269 in the Recorder's Office of Summit County; together with an undivided 0.415% Interest of Common Areas<br><br>GILBERT ADLER AND JEANNETTE ADLER, husband and wife as joint tenants, as to an undivided 1/8 individual share in Unit 506 (aka 506-4-D) as conveyed by that certain Special Warranty Deed recorded December 21, 2007 as Entry 833221 in the Recorder's Office of Summit County; together with an undivided 0.415% Interest of Common Areas<br><br>EASY STREET PARTNERS, LLC, a Utah limited liability company, as to an undivided 4/8 individual share in Unit 506 (aka 506-E, 506-F, 506-G, 506-H), together with an undivided 1.66% Interest of Common Areas |

| | |
|---|---|
| 402/302, together with an undivided 3.981% Interest of Common Areas | JANET W. LAMKIN, WILLIAM LAMKIN, BRYAN LAMKIN, as to an undivided 1/8 individual share in Unit 402 (aka 402-2-A) as conveyed by that certain Special Warranty Deed recorded December 31, 2007 as Entry 833778 in the Recorder's Office of Summit County; together with an undivided 0.498% Interest of Common Areas<br><br>THE RICHARD C. CASALE REVOCABLE TRUST, DATED JAN. 9, 2007 AND THE BARBARA A. CASALE REVOCABLE TRUST, DATED JAN. 9, 2007, both with an undivided 50% interest as tenants in common, as to an undivided 1/8 individual share in Unit 402 (aka 402-1-B) as conveyed by that certain Special Warranty Deed recorded December 7, 2007 as Entry 832213 in the Recorder's Office of Summit County; together with an undivided 0.498% Interest of Common Areas<br><br>JANIS JEAN FERRARIS and DEBORAH JEAN DEPAOLI, as joint tenants, as to an undivided 1/8 individual share in Unit 402 (aka 402-5-C) as conveyed by that certain Special Warranty Deed recorded December 11, 2007 as Entry 832375 in the Recorder's Office of Summit County; together with an undivided 0.498% Interest of Common Areas<br><br>PHILIP A. DAVIDSON and RUTH MINZER DAVIDSON, as tenants by the Entirety, as to an undivided 1/8 individual share in Unit 402 (aka 402-4-D) as conveyed by that certain Special Warranty Deed recorded December 14, 2007 as Entry 832668 in the Recorder's Office of Summit County; together with an undivided 0.498% Interest of Common Areas<br><br>JANET W. LAMKIN, WILLIAM LAMKIN, BRYAN LAMKIN, as to an undivided 1/8 individual share in Unit 402 (aka 402-3-E) as conveyed by that certain Special Warranty Deed recorded December 28, 2007 as Entry 833648 in the Recorder's Office of Summit County; together with an undivided 0.498% Interest of Common Areas<br><br>SAMANTHA DREIMANN, CUSTODIAN FOR ALANA DREIMANN UNDER THE UTAH UNIFORM TRANSFERS FOR MINORS ACT, A 25% INTEREST, AS JOINT TENANT; SAMANTHA DREIMANN, CUSTODIAN FOR MICHELLE DREIMANN UNDER THE UTAH UNIFORM TRANSFERS TO MINORS ACT, A 25% INTEREST, AS JOINT TENANT; SAMANTHA DREIMANN, AN INDIVIDUAL, 25% INTEREST, AS JOINT TENANT; and LEON DREIMANN and JOY DREIMANN, HIS WIFE, OR THE SURVIVOR, 25% INTEREST AS JOINT TENANTS AS TO EACH OTHER'S SHARE, AND AS JOINT TENANTS WITH THE OTHER GRANTEES HEREIN AT THE DEATH OF BOTH, as to an undivided 1/8 individual share in Unit 402 (aka 402-6-F) as conveyed by that certain Special Warranty Deed recorded March 3, 2008 as Entry 838977 in the Recorder's Office of Summit County; together with an undivided 0.498% Interest of Common Areas<br><br>EASY STREET PARTNERS, LLC, a Utah limited liability company, as to an undivided 2/8 individual share in Unit 402 (aka 402-G, 402-H), together with an undivided .996% Interest of Common Areas |

| | |
|---|---|
| 204/104, together with an undivided 3.874% Interest of Common Areas | SUZANNE E. DUFFIELD and JAMES E. DUFFIELD, III, wife and husband as joint tenants, as to an undivided 1/8 individual share in Unit 204 (aka 204-4-B) as conveyed by that certain Special Warranty Deed recorded December 5, 2007 as Entry 831960 in the Recorder's Office of Summit County; together with an undivided 0.484% Interest of Common Areas<br><br>JAMES A. LUNDIN, as to an undivided 1/8 individual share in Unit 204 (aka 204-2-C) as conveyed by that certain Special Warranty Deed recorded December 17, 2007 as Entry 832677 in the Recorder's Office of Summit County; together with an undivided 0.484% Interest of Common Areas<br><br>DIANNA FURGUSON, as to an undivided 1/8 individual share in Unit 204 (aka 204-3-D as conveyed by that certain Special Warranty Deed recorded December 20, 2007 as Entry 833094 in the Recorder's Office of Summit County; together with an undivided 0.484% Interest of Common Areas<br><br>AMY CASEY, as to an undivided 1/8 individual share in Unit 204 (aka 204-5-E) as conveyed by that certain Special Warranty Deed recorded December 7, 2007 as Entry 832219 in the Recorder's Office of Summit County; together with an undivided 0.484% Interest of Common Areas<br><br>EASY STREET PARTNERS, LLC, a Utah limited liability company, as to an undivided 4/8 individual share in Unit 204 (aka 204-A, 204-F, 204-G, 204-H), together with an undivided 1.936 % Interest of Common Areas |

| | |
|---|---|
| 404/304, together with an undivided 3.801% Interest of Common Areas | LISA A. BUGAJSKI, TRUSTEE OR SUCCESSOR TRUSTEE, GERALD A. AND LISA A. BUGAJSKI REVOCABLE LIVING TRUST, DATED FEBRUARY 15, 2007, as to an undivided 1/8 individual share in Unit 404 (aka 404-3-A) as conveyed by that certain Trust Transfer Deed recorded September 25, 2008 as Entry 855607 in the Recorder's Office of Summit County; together with an undivided 0.475% Interest of Common Areas<br><br>JAMES D. BARICKMAN and MARIANNE BARICKMAN, husband and wife, as joint tenants, as to an undivided 1/8 individual share in Unit 404 (aka 404-5-B) as conveyed by that certain Special Warranty Deed recorded January 2, 2008 as Entry 833903 in the Recorder's Office of Summit County; together with an undivided 0.475% Interest of Common Areas<br><br>JOSHUA L. METTLE, as to an undivided 1/8 individual share in Unit 404 (aka 404-1-C) as conveyed by that certain Special Warranty Deed recorded January 30, 2008 as Entry 836133 in the Recorder's Office of Summit County; together with an undivided 0.475% Interest of Common Areas<br><br>ANGELA RAYNER, as to an undivided 1/8 individual share in Unit 406 (aka 406-6-D) as conveyed by that certain Special Warranty Deed recorded January 7, 2008 as Entry 834217 in the Recorder's Office of Summit County; together with an undivided 0.475% Interest of Common Areas<br><br>C & G VELASQUEZ FAMILY TRUST, DATED OCTOBER 19, 2005, as to an undivided 1/8 individual share in Unit 404 (aka 404-2-E) as conveyed by that certain Warranty Deed recorded December 20, 2007 as Entry 833074 in the Recorder's Office of Summit County; together with an undivided 0.475% Interest of Common Areas<br><br>JANET W. LAMKIN, WILLIAM LAMKIN, MICHAEL K. ACKRELL, as to an undivided 1/8 individual share in Unit 404 (aka 404-4-F) as conveyed by that certain Special Warranty Deed recorded January 2, 2008 as Entry 833867 in the Recorder's Office of Summit County; together with an undivided 0.475% Interest of Common Areas<br><br>EASY STREET PARTNERS, LLC, a Utah limited liability company, as to an undivided 2/8 individual share in Unit 404 (aka 404-G, 404-H), together with an undivided 0.950% Interest of Common Areas |

| | |
|---|---|
| 504/604, together with an undivided 3.801% Interest of Common Areas | DARREN T. KAVINOKY and ALONA KAVINOKY, AS JOINT TENANTS, as to an undivided 1/8 individual share in Unit 504 (aka 504-1-A) as conveyed by that certain Special Warranty Deed recorded December 28, 2007 as Entry 833556 in the Recorder's Office of Summit County; together with an undivided 0.475% Interest of Common Areas<br><br>MARK LITCHFIELD AND KRISTIN J. ROTTER, AS JOINT TENANTS, as to an undivided 1/8 individual share in Unit 504 (aka 504-3-C) as conveyed by that certain Special Warranty Deed recorded December 28, 2007 as Entry 833618 in the Recorder's Office of Summit County; together with an undivided 0.475% Interest of Common Areas<br><br>CHANG FAMILY TRUST DATED AUGUST 20, 2002, as to an undivided 1/8 individual share in Unit 504 (aka 504-4-D) as conveyed by that certain Special Warranty Deed recorded December 28, 2007 as Entry 833619 in the Recorder's Office of Summit County; together with an undivided 0.475% Interest of Common Areas<br><br>EASY STREET PARTNERS, LLC, a Utah limited liability company, as to an undivided 5/8 individual share in Unit 504 (aka 504-B, 504-E, 504-F, 504-G, 504-H), together with an undivided 2.375% Interest of Common Areas |

| | |
|---|---|
| 603, together with an undivided 4.290% Interest of Common Areas | RUBEN FLORES AND NELSON COATES, as to an undivided 1/8 individual share in Unit 603 (aka PH-1-A) as conveyed by that certain Special Warranty Deed recorded January 9, 2008 as Entry 834348 in the Recorder's Office of Summit County; together with an undivided 0.536% Interest of Common Areas<br><br>REBERT A. LAMKIN and RAY BIDENHOST, as to an undivided 1/8 individual share in Unit 603 (aka PH-2-B) as conveyed by that certain Special Warranty Deed recorded December 27, 2007 as Entry 833549 in the Recorder's Office of Summit County; together with an undivided 0.536% Interest of Common Areas<br><br>Affidavit of Correction to Warranty Deed recorded March 14, 2008 as Entry No. 839878 in the Recorder's Office of Summit County, correcting the name of RAY BIDENHOST to RAY BIDENOST.<br><br>DANE C. HILLYARD, as to an undivided 1/8 individual share in Unit 603 (aka PH-5-C) as conveyed by that certain Special Warranty Deed recorded December 28, 2007 as Entry 833570 in the Recorder's Office of Summit County; together with an undivided 0.536% Interest of Common Areas<br><br>ROBERT A. LAMKIN and RAY BIDENHOST, as to an undivided 1/8 individual share in Unit 603 (aka PH-3-D) as conveyed by that certain Special Warranty Deed recorded December 27, 2007 as Entry 833543 in the Recorder's Office of Summit County; together with an undivided 0.536% Interest of Common Areas<br><br>ROBERT A. LAMKIN, an Unmarried man and RAY BIDENOST, an Unmarried Man, as to an undivided 1/8 individual share in Unit 603 (aka PH-4-E) as conveyed by that certain Special Warranty Deed recorded January 7, 2008 as Entry 834183 in the Recorder's Office of Summit County; together with an undivided 0.536% Interest of Common Areas<br><br>DANE C. HILLYARD, as to an undivided 1/8 individual share in Unit 603 (aka PH-6-F) as conveyed by that certain Special Warranty Deed recorded December 28, 2007 as Entry 833559 in the Recorder's Office of Summit County; together with an undivided 0.536% Interest of Common Areas<br><br>EASY STREET PARTNERS, LLC, a Utah limited liability company, as to an undivided 2/8 individual share in Unit 603 (aka PH-G, PH-H), together with an undivided 1.072% Interest of Common Areas |
| Hotel, together with an undivided 3.288% Interest of Common Areas | EASY STREET PARTNERS, LLC, a Utah limited liability company |
| Spa, together with an undivided 9.034% Interest of Common Areas | EASY STREET PARTNERS, LLC, a Utah limited liability company |

| | |
|---|---|
| Sky Club Lounge, together with an undivided 2.145% Interest of Common Areas | EASY STREET PARTNERS, LLC, a Utah limited liability company |
| Easy Street, together with an undivided 8.501% Interest of Common Areas | EASY STREET PARTNERS, LLC, a Utah limited liability company |
| Depot, together with an undivided 7.628% Interest of Common Areas | EASY STREET PARTNERS, LLC, a Utah limited liability company |
| SL-1 | EASY STREET PARTNERS, LLC, a Utah limited liability company |
| SP-1 | EASY STREET PARTNERS, LLC, a Utah limited liability company |
| ES-1 | EASY STREET PARTNERS, LLC, a Utah limited liability company |
| DP-1 | EASY STREET PARTNERS, LLC, a Utah limited liability company |
| SC-1 | EASY STREET PARTNERS, LLC, a Utah limited liability company |

00867522 B: 1972 P: 1050
Page 1 of 26
Alan Spriggs, Summit County Utah Recorder
03/17/2009 04:35:03 PM Fee $134.00
By PARK CITY TITLE COMPANY
Electronically Recorded by Simplifile

When Recorded, Please Mail to:

Jacobsen National Group, Inc.
3131 W 2210 S
Salt Lake City, UT 84119
Attn: Richard G. Kirkham

Space above for Recorder's use

## NOTICE OF LIEN

In accordance with Chapter 1, Title 38 of the Utah Code, notice is hereby given that Jacobsen National Group, Inc., a Utah corporation ("Jacobsen"), whose address is 3131 West 2210 South, Salt Lake City, Utah 84119, and whose telephone number is 801-973-0500, intends to hold and claim a lien upon certain real property ("Property") located at 201 Heber Avenue, Park City, Summit County, Utah, 84060.

The Property that is subject to this lien is (a) the property described on Exhibit "A" attached hereto and incorporated herein by this reference to the extent that certain Declaration of Condominium Union Square Park City, Utah, recorded on April 12, 2006, as Entry No. 774533, in Book 1784, at Page 195, in the office of the Summit County Recorder (the "Original Declaration") was not recorded as provided in the Condominium Ownership Act (the "Condominium Act") due to the failure to include a legal description for the property purported to be subject to the Original Declaration, or (b) the condominium units described on Exhibit "B" attached hereto and incorporated herein by this reference, to the extent the Original Declaration was recorded as provided in the Condominium Act or such condominium project is otherwise found to be in existence.

The purpose of this lien is to secure payment of the principal sum of $1,382,127.18, plus interest, costs, and attorneys' fees, owing to Jacobsen pursuant to its contract or statute as a result of Jacobsen providing labor and materials with the consent of all of the owners or reputed owners of such Property at the time such work commenced and this lien attached. Jacobsen's work benefitted and improved the Property, including common areas and facilities. The amount of the lien upon each condominium unit, if any such unit exists, is the fractional or proportional amount attributable to each of the units affected, such amount to be computed by reference to the percentages appearing in the condominium declaration.

The Property is currently owned or reputed to be owned by the parties as set forth on Exhibit "C" attached hereto and incorporated herein by this reference. Easy Street Partners, LLC, a Utah limited liability company and Jacobsen entered into a contract ("Contract") under which Jacobsen agreed to perform labor and/or provide materials for the benefit and improvement of the Property, and Jacobsen did in fact perform labor and/or provide materials for such purpose. Jacobsen first performed labor and/or provided materials for the benefit and improvement of the Property on or about May 28, 2006, and last performed labor and/or provided materials for such purpose on or about December 18, 2008.

This Notice will not be construed to be a waiver by Jacobsen of any defense, claim, or other right or remedy all of which Jacobsen expressly reserves, including, but not limited to, claims for additional amounts due or coming due under the Contract.

Dated March 16, 2009.

        Jacobsen National Group, Inc.,
        a Utah corporation

        By: _____
        Name: Richard G. Kirkham
        Title: Secretary/Treasurer

State of Utah  )
       ) ss.
County of Salt Lake )

  The foregoing instrument was acknowledged before me on March 16, 2009, by Richard G. Kirkham, Secretary/Treasurer of Jacobsen National Group, Inc.

        _____
        Notary Public



EXHIBIT "A"

TO

NOTICE OF LIEN

Property

A parcel of land located within the South half of the Northeast quarter and North half of the Southeast quarter of Section 16, Township 2 South, Range 4 East, Salt Lake Base & Meridian, Park City, Summit County, Utah, more particularly described as follows:

Beginning at the Southwest corner of Lot 16, Block 50, Amended Park City Survey, on file and of record in the office of the Summit County Recorder, said point lies West, 90.71 feet and South, 58.93 feet from Southwest corner of the Southeast quarter of the Northeast quarter of said Section 16; thence along the westerly line of said Lot 16 and the easterly right-of-way of Main Street, North 23°38'00" West a distance of 64.32 feet the Northwest corner of said Lot 16; thence leaving said Block 50, West a distance of 14.14 feet along said right-of-way to a point on the boundary of the First Amended Subdivision Plat of The Town Lift Site; thence continuing along said right-of-way and said boundary North 32°25'56" West a distance of 128.50 feet; thence leaving said right-of-way, along said boundary North 58°02'07" East a distance of 81.41 feet; thence leaving said boundary South 66°11'22" East a distance of 77.33 feet; thence North 19°54'00" East a distance of 8.32 feet; thence South 66°46'30" East a distance of 166.95 feet; thence North 06°43'16" West a distance of 1.21 feet to a point on the boundary of Poison Creek Mercantile Condominium Project, on file and of record in the office of the Summit County Recorder; thence along said boundary South 66°42'46" East a distance of 30.01 feet; thence continuing along said boundary South 07°12'16" East a distance of 85.18 feet; thence continuing along said boundary South a distance of 60.64 feet to a point on the northerly right-of-way of Heber Avenue; thence leaving said Poison Creek boundary and along said right-of-way North 81°17'00" West a distance of 227.98 feet; to the point of beginning.

Contains 49,435.63 square feet, 1.13 acres

[For Reference Only: Tax Parcel Numbers SA-400-F, SA-400-A, SA-400-406, ESB-1, ESB-2, SA-425-UPL]

EXHIBIT "B"

TO

NOTICE OF LIEN

Property

UNITS 106, 202/102, 204/104, 206, 207/307, 209, 301/201, 303/203, 305/205, 306, 309, 401/501, 402/302, 403/503, 404/304, 405/505, 406, 502/602, 504/604, 506/606, 507, COMMERCIAL UNIT HOTEL, COMMERCIAL UNIT SPA, COMMERCIAL UNIT SKY CLUB LOUNGE, COMMERCIAL UNIT EASY STREET, COMMERCIAL UNIT DEPOT CONTAINED WITHIN UNION SQUARE CONDOMINIUM, AS THE SAME IS IDENTIFIED IN THE RECORD OF SURVEY MAP RECORDED IN SUMMIT COUNTY, UTAH, AS ENTRY NO. 774532 (AS SAID MAP MAY HAVE HERETOFORE BEEN AMENDED OR SUPPLEMENTED) AND IN THE DECLARATION OF CONDOMINIUM, FOR UNION SQUARE RECORDED IN SUMMIT COUNTY, UTAH AS ENTRY NO. 774533, IN BOOK 1784, AT PAGE 195 (AS SAID DECLARATION MAY HAVE HERETOFORE BEEN AMENDED OR SUPPLEMENTED), OF THE OFFICIAL RECORDS.

TOGETHER WITH: (A) THE UNDIVIDED INTEREST IN SAID CONDOMINIUM PROJECT'S COMMON AREAS AND FACILITIES WHICH IS APPURTENANT TO SAID UNIT; (B) THE EXCLUSIVE RIGHT TO USE AND ENJOY EACH OF THE LIMITED COMMON AREAS WHICH IS APPURTENANT TO SAID UNIT; AND (C) THE NON-EXCLUSIVE RIGHT TO USE AND ENJOY THE COMMON AREAS AND FACILITIES INCLUDED IN SAID CONDOMINIUM PROJECT (AS SAID PROJECT MAY HEREAFTER BE EXPANDED) IN ACCORDANCE WITH THE AFORESAID DECLARATION AND SURVEY MAP (AS SAID DECLARATION AND MAP MAY HEREAFTER BE AMENDED OR SUPPLEMENTED) AND THE UTAH CONDOMINIUM ACT.

TOGETHER WITH THE FOLLOWING UNITS DESCRIBED ON THAT CERTAIN CONDOMINIUM PLAT UNION SQUARE RECORDED ON APRIL 12, 2006, AS ENTRY NO. 774532, IN THE OFFICE OF THE SUMMIT COUNTY RECORDER (AS AMENDED OR SUPPLEMENTED FROM TIME TO TIME): 603, SL-1, SP-1, ES-1, DP-1, AND SC-1.

[For Reference Only: Tax Parcel Numbers USC-106, USC-202/102, USC-204/104, USC-206, USC-207/307, USC-209, USC-301/201, USC-303/203, USC-305/205, USC-306, USC-309, USC-401/501, USC-402/302, USC-403/503, USC-404/304, USC-405/505, USC-406, USC-502/602, USC-504/604, USC-506/606, USC-507, USC-603, USC-HOTEL, USC-SPA, USC-SCL, USC-ES, USC-DEPOT]

EXHIBIT "C"

TO

NOTICE OF LIEN

| UNIT | OWNER(S) |
|---|---|
| 106, together with an undivided 1.985% Interest of Common Areas | BRIAN D. ALTHAVER as to an undivided 1/8 individual share in Unit 106 (aka 106-4-A) as conveyed by that certain Special Warranty Deed recorded December 5, 2007 as Entry 831955 in the Recorder's Office of Summit County; together with an undivided 0.248% Interest of Common Areas<br><br>MARCIA L. GRIFFITHS, as to an undivided 1/8 individual share in Unit 106 (aka 106-1-B) as conveyed by that certain Special Warranty Deed recorded December 5, 2007 as Entry 832006 in the Recorder's Office of Summit County; together with an undivided 0.248% Interest of Common Areas<br><br>TERRY L. SIDFORD and MATTHEW E. SIDFORD, WIFE AND HUSBAND AS JOINT TENANTS, as to an undivided 1/8 individual share in Unit 106 (aka 106-5-C) as conveyed by that certain Special Warranty Deed recorded December 5, 2007 as Entry 831998 in the Recorder's Office of Summit County; together with an undivided 0.248% Interest of Common Areas<br><br>SUZANNE HARRIS and MOUNTAIN SEAS DEVELOPMENT, LTD., ARCADIA DEVELOPMENT, L.L.C., General Partner by: BF SAMMONS VP or LYNDA R. SAMMONS, President, as to an undivided 1/8 individual share in Unit 106 (aka 106-3-D) as conveyed by that certain Special Warranty Deed recorded December 5, 2007 as Entry 831958 in the Recorder's Office of Summit County; together with an undivided 0.248% Interest of Common Areas<br><br>CLINT MCCLELLAN, as to an undivided 1/8 individual share in Unit 106 (aka 106-2-E) as conveyed by that certain Special Warranty Deed recorded December 5, 2007 as Entry 831951 in the Recorder's Office of Summit County; together with an undivided 0.248% Interest of Common Areas<br><br>DAVID R. STARK and LOUISE A. STARK, HUSBAND AND WIFE AS JOINT TENANTS as to an undivided 1/8 individual share in Unit 106 (aka 106-F) as conveyed by that certain Special Warranty Deed recorded June 26, 2008 as Entry 848152 in the Recorder's Office of Summit County; together with an undivided 0.248% Interest of Common Areas<br><br>EASY STREET PARTNERS, LLC, a Utah limited liability company, as to an undivided 2/8 individual share in Unit 106 (aka 106-G, 106-H), together with an undivided .496% Interest of Common Areas |

| | |
|---|---|
| 206, together with an undivided 1.976% Interest of Common Areas | CLAUDIA MCMULLIN and TIMOTHY A. DOUGLAS, as joint tenants, as to an undivided 1/8 individual share in Unit 206 (aka 206-5-A) as conveyed by that certain Special Warranty Deed recorded December 11, 2007 as Entry 832403 in the Recorder's Office of Summit County; together with an undivided 0.247% Interest of Common Areas<br><br>KEVIN R. MCCARTHY, as to an undivided 1/8 individual share in Unit 206 (aka 206-4-B) as conveyed by that certain Special Warranty Deed recorded December 5, 2007 as Entry 832003 in the Recorder's Office of Summit County; together with an undivided 0.247% Interest of Common Areas<br><br>CASTILLO TRUST DATED JUNE 26, 2001, AMENDED NOVEMBER 2, 2007, as to an undivided 1/8 individual share in Unit 206 (aka 206-3-C) as conveyed by that certain Warranty Deed recorded November 26, 2008 as Entry 860039 in the Recorder's Office of Summit County; together with an undivided 0.247% Interest of Common Areas<br><br>MARSHALL BANK, TRUSTEE OF THE BANK LIVING TRUST DATED JUNE 16, 1998, restated July 25, 2003, as to an undivided 1/8 individual share in Unit 206 (aka 206-1D) as conveyed by that certain Warranty Deed recorded December 5, 2008 as Entry 860474 in the Recorder's Office of Summit County; together with an undivided 0.247% Interest of Common Areas<br><br>MARK C. KRAMER TRUST DATED 30TH DAY OF DECEMBER, 2004, WITH AN UNDIVIDED 50% INTEREST AS TENANTS IN COMMON, and LOUISE J. WALTON TRUST DATED 3RD DAY OF JULY, 2002, WITH AN UNDIVIDED 50% INTEREST AS TENANTS IN COMMON, as to an undivided 1/8 individual share in Unit 206 (aka 206-2-E) as conveyed by that certain Special Warranty Deed recorded December 5, 2007 as Entry 832008 in the Recorder's Office of Summit County; together with an undivided 0.247% Interest of Common Areas<br><br>PHILLIP LABOVE, as to an undivided 1/8 individual share in Unit 206 (aka 206-F) as conveyed by that certain Special Warranty Deed recorded September 19, 2008 as Entry 855245 in the Recorder's Office of Summit County; together with an undivided 0.247% Interest of Common Areas<br><br>EASY STREET PARTNERS, LLC, a Utah limited liability company, as to an undivided 2/8 individual share in Unit 206 (aka 206-G, 206-H), together with an undivided .494% Interest of Common Areas |

| | |
|---|---|
| 306, together with an undivided 1.976% Interest of Common Areas | MARSHALL BANK, TRUSTEE OF THE BANK LIVING TRUST DATED JUNE 16, 1998 RESTATED JULY 25, 2003, as to an undivided 1/8 individual share in Unit 306 (aka 306-2-A) as conveyed by that certain Warranty Deed recorded September 12, 2008 as Entry 854762 in the Recorder's Office of Summit County; together with an undivided 0.247% Interest of Common Areas<br><br>ROBERT M. DiORIO AND BIANKA M. DiORIO, AS JOINT TENANTS, as to an undivided 1/8 individual share in Unit 306 (aka 306-3-B) as conveyed by that certain Special Warranty Deed recorded December 7, 2007 as Entry 832207 in the Recorder's Office of Summit County; together with an undivided 0.247% Interest of Common Areas<br><br>ANTHONY ZINGALE AND TERESA MENO ZINGALE, CO-TRUSTEES OF THE ZINGALE LIVING TRUST DATED THE 6TH DAY OF MARCH, 1997, as to an undivided 1/8 individual share in Unit 306 (aka 306-5-D) as conveyed by that certain Special Warranty Deed recorded December 7, 2007 as Entry 832216 in the Recorder's Office of Summit County; together with an undivided 0.247% Interest of Common Areas<br><br>JOHN MICHAEL HOJEL, JR. and VERONICA HOJEL, husband and wife as joint tenants, as to an undivided 1/8 individual share in Unit 306 (aka 306-1-E) as conveyed by that certain Special Warranty Deed recorded December 18, 2007 as Entry 832875 in the Recorder's Office of Summit County; together with an undivided 0.247% Interest of Common Areas<br><br>LEON DREIMANN and JOY DREIMANN, his wife, as to an undivided 1/8 individual share in Unit 306 (aka 306-6-F) as conveyed by that certain Warranty Deed recorded March 4, 2008 as Entry 838985 in the Recorder's Office of Summit County; together with an undivided 0.247% Interest of Common Areas<br><br>EASY STREET PARTNERS, LLC, a Utah limited liability company, as to an undivided 3/8 individual share in Unit 306 (aka 306-C, 306-G, 306-H), together with an undivided .741% Interest of Common Areas |