| | |
|---|---|
| 403/503, together with an undivided 3.442% Interest of Common Areas | STEPHEN P. VERMUT AND BARBARA VERMUT, AS JOINT TENANTS, as to an undivided 1/8 individual share in Unit 403 (aka 403-6-A) as conveyed by that certain Special Warranty Deed recorded December 27, 2007 as Entry 833545 in the Recorder's Office of Summit County; together with an undivided 0.430% Interest of Common Areas<br><br>LARRY L. LOZENSKY, as to an undivided 1/8 individual share in Unit 403 (aka 403-2-B) as conveyed by that certain Special Warranty Deed recorded December 28, 2007 as Entry 833645 in the Recorder's Office of Summit County; together with an undivided 0.430% Interest of Common Areas<br><br>ROBERT KEITH SIMONS AND LYNN KAY SIMONS REVOCABLE TRUST DATED JANUARY 1, 2005, as to an undivided 1/8 individual share in Unit 403 (aka 403-3-C) as conveyed by that certain Special Warranty Deed recorded December 20, 2007 as Entry 833011 in the Recorder's Office of Summit County; together with an undivided 0.430% Interest of Common Areas<br><br>MARK T. GREENQUIST and JOAN H. REPETTI, as joint tenants, as to an undivided 1/8 individual share in Unit 403 (aka 403-4-D) as conveyed by that certain Special Warranty Deed recorded December 20, 2007 as Entry 833121 in the Recorder's Office of Summit County; together with an undivided 0.430% Interest of Common Areas<br><br>MICHAEL A. FEDER, as to an undivided 1/8 individual share in Unit 403 (aka 403-1-E) as conveyed by that certain Special Warranty Deed recorded December 26, 2007 as Entry 833459 in the Recorder's Office of Summit County; together with an undivided 0.430% Interest of Common Areas<br><br>ANDREW C. GILLIGAN JR. AND KAREN L. GILLIGAN TRUSTEES OF THE ANDREW C. GILLIGAN JR. AND KAREN L. GILLIGAN FAMILY TRUST DATED AUGUST 2, 2000, as to an undivided 1/8 individual share in Unit 403 (aka 403-5-F) as conveyed by that certain Warranty Deed recorded December 27, 2007 as Entry 833467 in the Recorder's Office of Summit County; together with an undivided 0.430% Interest of Common Areas<br><br>EASY STREET PARTNERS, LLC, a Utah limited liability company, as to an undivided 2/8 individual share in Unit 403 (aka 403-G, 403-H), together with an undivided .860% Interest of Common Areas |

| | |
|---|---|
| 405/505, together with an undivided 3.448% Interest of Common Areas | DONALD I. PORTEOUS, as to an undivided 1/8 individual share in Unit 405 (aka 405-4-A) as conveyed by that certain Special Warranty Deed recorded December 20, 2007 as Entry 833012 in the Recorder's Office of Summit County; together with an undivided 0.431% Interest of Common Areas<br><br>W. BRIAN AHERN, as to an undivided 1/8 individual share in Unit 405 (aka 405-2-B) as conveyed by that certain Special Warranty Deed recorded January 7, 2008 as Entry 834180 in the Recorder's Office of Summit County; together with an undivided 0.431% Interest of Common Areas<br><br>CHARLES RAEBURN and VICKI P. RAEBURN, as joint tenants, as to an undivided 1/8 individual share in Unit 405 (aka 405-3-C) as conveyed by that certain Special Warranty Deed recorded December 20, 2007 as Entry 833013 in the Recorder's Office of Summit County; together with an undivided 0.431% Interest of Common Areas<br><br>ACME HOLDING LLC, a Utah Limited Liability Company, as to an undivided 1/8 individual share in Unit 405 (aka 405-1-D) as conveyed by that certain Warranty Deed recorded September 18, 2008 as Entry 855126 in the Recorder's Office of Summit County; together with an undivided 0.431% Interest of Common Areas<br><br>JONATHAN AMES and JOANNE AMES, as joint tenants, as to an undivided 1/8 individual share in Unit 405 (aka 405-5-E) as conveyed by that certain Special Warranty Deed recorded December 20, 2007 as Entry 833010 in the Recorder's Office of Summit County; together with an undivided 0.431% Interest of Common Areas<br><br>EASY STREET PARTNERS, LLC, a Utah limited liability company, as to an undivided 3/8 individual share in Unit 405 (aka 405-F, 405-G, 405-H), together with an undivided 1.293% Interest of Common Areas |
| 502/602, together with an undivided 3.103% Interest of Common Areas | PHLLIP YUAN and RUTH YUAN, AS JOINT TENANTS, as to an undivided 1/8 individual share in Unit 502 (aka 502-1-A) as conveyed by that certain Special Warranty Deed recorded December 27, 2007 as Entry 833470 in the Recorder's Office of Summit County; together with an undivided 0.388% Interest of Common Areas<br><br>TCF HOLDINGS, LLC, A FLORIDA LIMITED LIABILITY COMPANY, as to an undivided 1/8 individual share in Unit 502 (aka 502-2-B) as conveyed by that certain Special Warranty Deed recorded January 2, 2008 as Entry 833863 in the Recorder's Office of Summit County; together with an undivided 0.388% Interest of Common Areas<br><br>EASY STREET PARTNERS, LLC, a Utah limited liability company, as to an undivided 6/8 individual share in Unit 502 (aka 502-C, 502-D, 502-E, 502-F, 502-G, 502-H), together with an undivided 2.328% Interest of Common Areas |

| | |
|---|---|
| 506/606, together with an undivided 3.318% Interest of Common Areas | SKY INVESTMENT GROUP, LLC, as to an undivided 1/8 individual share in Unit 506 (aka 506-2-A) as conveyed by that certain Warranty Deed recorded March 11, 2008 as Entry 839528 in the Recorder's Office of Summit County; together with an undivided 0.415% Interest of Common Areas<br><br>CORRADO PROPERTIES, INC., as to an undivided 1/8 individual share in Unit 506 (aka 506-1-B) as conveyed by that certain Warranty Deed recorded December 24, 2007 as Entry 833265 in the Recorder's Office of Summit County; together with an undivided 0.415% Interest of Common Areas<br><br>SOMPAR INVESTMENTS, LLC, as to an undivided 1/8 individual share in Unit 506 (aka 506-3-C) as conveyed by that certain Warranty Deed recorded December 24, 2007 as Entry 833269 in the Recorder's Office of Summit County; together with an undivided 0.415% Interest of Common Areas<br><br>GILBERT ADLER AND JEANNETTE ADLER, husband and wife as joint tenants, as to an undivided 1/8 individual share in Unit 506 (aka 506-4-D) as conveyed by that certain Special Warranty Deed recorded December 21, 2007 as Entry 833221 in the Recorder's Office of Summit County; together with an undivided 0.415% Interest of Common Areas<br><br>EASY STREET PARTNERS, LLC, a Utah limited liability company, as to an undivided 4/8 individual share in Unit 506 (aka 506-E, 506-F, 506-G, 506-H), together with an undivided 1.66% Interest of Common Areas |

| | |
|---|---|
| 402/302, together with an undivided 3.981% Interest of Common Areas | JANET W. LAMKIN, WILLIAM LAMKIN, BRYAN LAMKIN, as to an undivided 1/8 individual share in Unit 402 (aka 402-2-A) as conveyed by that certain Special Warranty Deed recorded December 31, 2007 as Entry 833778 in the Recorder's Office of Summit County; together with an undivided 0.498% Interest of Common Areas<br><br>THE RICHARD C. CASALE REVOCABLE TRUST, DATED JAN. 9, 2007 AND THE BARBARA A. CASALE REVOCABLE TRUST, DATED JAN. 9, 2007, both with an undivided 50% interest as tenants in common, as to an undivided 1/8 individual share in Unit 402 (aka 402-1-B) as conveyed by that certain Special Warranty Deed recorded December 7, 2007 as Entry 832213 in the Recorder's Office of Summit County; together with an undivided 0.498% Interest of Common Areas<br><br>JANIS JEAN FERRARIS and DEBORAH JEAN DEPAOLI, as joint tenants, as to an undivided 1/8 individual share in Unit 402 (aka 402-5-C) as conveyed by that certain Special Warranty Deed recorded December 11, 2007 as Entry 832375 in the Recorder's Office of Summit County; together with an undivided 0.498% Interest of Common Areas<br><br>PHILIP A. DAVIDSON and RUTH MINZER DAVIDSON, as tenants by the Entirety, as to an undivided 1/8 individual share in Unit 402 (aka 402-4-D) as conveyed by that certain Special Warranty Deed recorded December 14, 2007 as Entry 832668 in the Recorder's Office of Summit County; together with an undivided 0.498% Interest of Common Areas<br><br>JANET W. LAMKIN, WILLIAM LAMKIN, BRYAN LAMKIN, as to an undivided 1/8 individual share in Unit 402 (aka 402-3-E) as conveyed by that certain Special Warranty Deed recorded December 28, 2007 as Entry 833648 in the Recorder's Office of Summit County; together with an undivided 0.498% Interest of Common Areas<br><br>SAMANTHA DREIMANN, CUSTODIAN FOR ALANA DREIMANN UNDER THE UTAH UNIFORM TRANSFERS FOR MINORS ACT, A 25% INTEREST, AS JOINT TENANT; SAMANTHA DREIMANN, CUSTODIAN FOR MICHELLE DREIMANN UNDER THE UTAH UNIFORM TRANSFERS TO MINORS ACT, A 25% INTEREST, AS JOINT TENANT; SAMANTHA DREIMANN, AN INDIVIDUAL, 25% INTEREST, AS JOINT TENANT; and LEON DREIMANN and JOY DREIMANN, HIS WIFE, OR THE SURVIVOR, 25% INTEREST AS JOINT TENANTS AS TO EACH OTHER'S SHARE, AND AS JOINT TENANTS WITH THE OTHER GRANTEES HEREIN AT THE DEATH OF BOTH, as to an undivided 1/8 individual share in Unit 402 (aka 402-6-F) as conveyed by that certain Special Warranty Deed recorded March 3, 2008 as Entry 838977 in the Recorder's Office of Summit County; together with an undivided 0.498% Interest of Common Areas<br><br>EASY STREET PARTNERS, LLC, a Utah limited liability company, as to an undivided 2/8 individual share in Unit 402 (aka 402-G, 402-H), together with an undivided .996% Interest of Common Areas |

| | |
|---|---|
| 204/104, together with an undivided 3.874% Interest of Common Areas | SUZANNE E. DUFFIELD and JAMES E. DUFFIELD, III, wife and husband as joint tenants, as to an undivided 1/8 individual share in Unit 204 (aka 204-4-B) as conveyed by that certain Special Warranty Deed recorded December 5, 2007 as Entry 831960 in the Recorder's Office of Summit County; together with an undivided 0.484% Interest of Common Areas<br><br>JAMES A. LUNDIN, as to an undivided 1/8 individual share in Unit 204 (aka 204-2-C) as conveyed by that certain Special Warranty Deed recorded December 17, 2007 as Entry 832677 in the Recorder's Office of Summit County; together with an undivided 0.484% Interest of Common Areas<br><br>DIANNA FURGUSON, as to an undivided 1/8 individual share in Unit 204 (aka 204-3-D as conveyed by that certain Special Warranty Deed recorded December 20, 2007 as Entry 833094 in the Recorder's Office of Summit County; together with an undivided 0.484% Interest of Common Areas<br><br>AMY CASEY, as to an undivided 1/8 individual share in Unit 204 (aka 204-5-E) as conveyed by that certain Special Warranty Deed recorded December 7, 2007 as Entry 832219 in the Recorder's Office of Summit County; together with an undivided 0.484% Interest of Common Areas<br><br>EASY STREET PARTNERS, LLC, a Utah limited liability company, as to an undivided 4/8 individual share in Unit 204 (aka 204-A, 204-F, 204-G, 204-H), together with an undivided 1.936 % Interest of Common Areas |

| | |
|---|---|
| 404/304, together with an undivided 3.801% Interest of Common Areas | LISA A. BUGAJSKI, TRUSTEE OR SUCCESSOR TRUSTEE, GERALD A. AND LISA A. BUGAJSKI REVOCABLE LIVING TRUST, DATED FEBRUARY 15, 2007, as to an undivided 1/8 individual share in Unit 404 (aka 404-3-A) as conveyed by that certain Trust Transfer Deed recorded September 25, 2008 as Entry 855607 in the Recorder's Office of Summit County; together with an undivided 0.475% Interest of Common Areas<br><br>JAMES D. BARICKMAN and MARIANNE BARICKMAN, husband and wife, as joint tenants, as to an undivided 1/8 individual share in Unit 404 (aka 404-5-B) as conveyed by that certain Special Warranty Deed recorded January 2, 2008 as Entry 833903 in the Recorder's Office of Summit County; together with an undivided 0.475% Interest of Common Areas<br><br>JOSHUA L. METTLE, as to an undivided 1/8 individual share in Unit 404 (aka 404-1-C) as conveyed by that certain Special Warranty Deed recorded January 30, 2008 as Entry 836133 in the Recorder's Office of Summit County; together with an undivided 0.475% Interest of Common Areas<br><br>ANGELA RAYNER, as to an undivided 1/8 individual share in Unit 406 (aka 406-6-D) as conveyed by that certain Special Warranty Deed recorded January 7, 2008 as Entry 834217 in the Recorder's Office of Summit County; together with an undivided 0.475% Interest of Common Areas<br><br>C & G VELASQUEZ FAMILY TRUST, DATED OCTOBER 19, 2005, as to an undivided 1/8 individual share in Unit 404 (aka 404-2-E) as conveyed by that certain Warranty Deed recorded December 20, 2007 as Entry 833074 in the Recorder's Office of Summit County; together with an undivided 0.475% Interest of Common Areas.<br><br>JANET W. LAMKIN, WILLIAM LAMKIN, MICHAEL K. ACKRELL, as to an undivided 1/8 individual share in Unit 404 (aka 404-4-F) as conveyed by that certain Special Warranty Deed recorded January 2, 2008 as Entry 833867 in the Recorder's Office of Summit County; together with an undivided 0.475% Interest of Common Areas<br><br>EASY STREET PARTNERS, LLC, a Utah limited liability company, as to an undivided 2/8 individual share in Unit 404 (aka 404-G, 404-H), together with an undivided 0.950% Interest of Common Areas |

| | |
|---|---|
| 504/604, together with an undivided 3.801% Interest of Common Areas | DARREN T. KAVINOKY and ALONA KAVINOKY, AS JOINT TENANTS, as to an undivided 1/8 individual share in Unit 504 (aka 504-1-A) as conveyed by that certain Special Warranty Deed recorded December 28, 2007 as Entry 833556 in the Recorder's Office of Summit County; together with an undivided 0.475% Interest of Common Areas.<br><br>MARK LITCHFIELD AND KRISTIN J. ROTTER, AS JOINT TENANTS, as to an undivided 1/8 individual share in Unit 504 (aka 504-3-C) as conveyed by that certain Special Warranty Deed recorded December 28, 2007 as Entry 833618 in the Recorder's Office of Summit County; together with an undivided 0.475% Interest of Common Areas<br><br>CHANG FAMILY TRUST DATED AUGUST 20, 2002, as to an undivided 1/8 individual share in Unit 504 (aka 504-4-D) as conveyed by that certain Special Warranty Deed recorded December 28, 2007 as Entry 833619 in the Recorder's Office of Summit County; together with an undivided 0.475% Interest of Common Areas<br><br>EASY STREET PARTNERS, LLC, a Utah limited liability company, as to an undivided 5/8 individual share in Unit 504 (aka 504-B, 504-E, 504-F, 504-G, 504-H), together with an undivided 2.375% Interest of Common Areas |

| | |
|---|---|
| 603, together with an undivided 4.290% Interest of Common Areas | RUBEN FLORES AND NELSON COATES, as to an undivided 1/8 individual share in Unit 603 (aka PH-1-A) as conveyed by that certain Special Warranty Deed recorded January 9, 2008 as Entry 834348 in the Recorder's Office of Summit County; together with an undivided 0.536% Interest of Common Areas<br><br>REBERT A. LAMKIN and RAY BIDENHOST, as to an undivided 1/8 individual share in Unit 603 (aka PH-2-B) as conveyed by that certain Special Warranty Deed recorded December 27, 2007 as Entry 833549 in the Recorder's Office of Summit County; together with an undivided 0.536% Interest of Common Areas<br><br>Affidavit of Correction to Warranty Deed recorded March 14, 2008 as Entry No. 839878 in the Recorder's Office of Summit County, correcting the name of RAY BIDENHOST to RAY BIDENOST.<br><br>DANE C. HILLYARD, as to an undivided 1/8 individual share in Unit 603 (aka PH-5-C) as conveyed by that certain Special Warranty Deed recorded December 28, 2007 as Entry 833570 in the Recorder's Office of Summit County; together with an undivided 0.536% Interest of Common Areas<br><br>ROBERT A. LAMKIN and RAY BIDENHOST, as to an undivided 1/8 individual share in Unit 603 (aka PH-3-D) as conveyed by that certain Special Warranty Deed recorded December 27, 2007 as Entry 833543 in the Recorder's Office of Summit County; together with an undivided 0.536% Interest of Common Areas<br><br>ROBERT A. LAMKIN, an Unmarried man and RAY BIDENOST, an Unmarried Man, as to an undivided 1/8 individual share in Unit 603 (aka PH-4-E) as conveyed by that certain Special Warranty Deed recorded January 7, 2008 as Entry 834183 in the Recorder's Office of Summit County; together with an undivided 0.536% Interest of Common Areas<br><br>DANE C. HILLYARD, as to an undivided 1/8 individual share in Unit 603 (aka PH-6-F) as conveyed by that certain Special Warranty Deed recorded December 28, 2007 as Entry 833559 in the Recorder's Office of Summit County; together with an undivided 0.536% Interest of Common Areas<br><br>EASY STREET PARTNERS, LLC, a Utah limited liability company, as to an undivided 2/8 individual share in Unit 603 (aka PH-G, PH-H), together with an undivided 1.072% Interest of Common Areas |
| Hotel, together with an undivided 3.288% Interest of Common Areas | EASY STREET PARTNERS, LLC, a Utah limited liability company |
| Spa, together with an undivided 9.034% Interest of Common Areas | EASY STREET PARTNERS, LLC, a Utah limited liability company |

| | |
|---|---|
| Sky Club Lounge, together with an undivided 2.145% Interest of Common Areas | EASY STREET PARTNERS, LLC, a Utah limited liability company |
| Easy Street, together with an undivided 8.501% Interest of Common Areas | EASY STREET PARTNERS, LLC, a Utah limited liability company |
| Depot, together with an undivided 7.628% Interest of Common Areas | EASY STREET PARTNERS, LLC, a Utah limited liability company |
| SL-1 | EASY STREET PARTNERS, LLC, a Utah limited liability company |
| SP-1 | EASY STREET PARTNERS, LLC, a Utah limited liability company |
| ES-1 | EASY STREET PARTNERS, LLC, a Utah limited liability company |
| DP-1 | EASY STREET PARTNERS, LLC, a Utah limited liability company |
| SC-1 | EASY STREET PARTNERS, LLC, a Utah limited liability company |