**The below described is SIGNED.**

**Dated: September 18, 2009**

/s/ R. Kimball Mosier

**R. KIMBALL MOSIER**
**U.S. Bankruptcy Judge**



_____

Kenneth L. Cannon II (kcannon@djplaw.com)(3705)
Steven J. McCardell (smccardell@djplaw.com)(2144)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT   84110-4050
Telephone:  (801) 415-3000/Fax:  (801) 415-3500

Proposed Counsel for Debtors and Debtors in Possession

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: | |
| EASY STREET HOLDING, LLC, *et al.*, | Bankruptcy Case No. 09-29905 |
| | Jointly Administered with Cases |
| | 09-29907 and 09-29908 |
| Address:  201 Heber Avenue | Chapter 11 |
| Park City, UT 84060 | |
| | Honorable R. Kimball Mosier |
| Tax ID Numbers: | |
| 35-2183713 (Easy Street Holding, LLC), | |
| 20-4502979 (Easy Street Partners, LLC), and | **[FILED ELECTRONICALLY]** |
| 84-1685764 (Easy Street Mezzanine, LLC) | |

## ORDER ADMITTING BRUCE J. ZABARAUSKAS PRO HAC VICE

I appearing to the Court that Applicant Bruce J. Zabarauskas meets the pro hac vice admission requirements of DUCivR 83-1(d) and Bank. D. Ut. LBR 2090-1(b), the Motion for Applicant's Admission Pro Hac Vice in the United States Bankruptcy Court, District of Utah in the subject cases is GRANTED.

SLC_457868

**Filed: 09/17/09**

Entered On Docket: 09/21/2009

The Applicant's contact information is as follows:

Business Address:

Bruce J. Zabarauskas
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY  10022

Main Office Telephone Number:  (212) 223-4000
Fax Number:  (212) 223-4134
Email Address: bzabarauskas@crowell.com

----------------------------------------------END OF ORDER-----------------------------------------

# CERTIFICATE OF NOTICE

```
District/off: 1088-2           User: lph                    Page 1 of 1                   Date Rcvd: Sep 21, 2009
Case: 09-29905                 Form ID: pdfor1              Total Noticed: 2

The following entities were noticed by first class mail on Sep 23, 2009.
aty          +Bruce J. Zabarauskas,    Crowell & Moring LLp,    590 Madison Avenue, 20th Floor,
               New York, NY 10022-2544
aty           Steven J. McCardell,    Durham Jones & Pinegar,    111 East Broadway, Suite 900,    P O Box 4050,
               Salt Lake City, UT 84110-4050

The following entities were noticed by electronic transmission.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 23, 2009**                              **Signature:** _Joseph Speetjens_