Kenneth L. Cannon II (kcannon@djplaw.com)(3705)
Steven J. McCardell (smccardell@djplaw.com)(2144)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT  84110-4050
Telephone: (801) 415-3000/Fax: (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com) (admitted pro hac vice)
Steven B. Eichel (seichel@crowell.com) (admitted pro hac vice)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY  10022
Telephone: (212) 223-4000/Fax: (212) 223-4134

Proposed Counsel for Debtors and Debtors in Possession

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: | |
| EASY STREET HOLDING, LLC, et al., | Bankruptcy Case No. 09-29905<br>Jointly Administered with Cases<br>09-29907 and 09-29908 |
| Address:  201 Heber Avenue<br>Park City, UT 84060 | Chapter 11<br><br>Honorable R. Kimball Mosier |
| Tax ID Numbers:<br>35-2183713 (Easy Street Holding, LLC),<br>20-4502979 (Easy Street Partners, LLC), and<br>84-1685764 (Easy Street Mezzanine, LLC) | [FILED ELECTRONICALLY] |

### STATEMENT AND DISCLOSURE OF COMPENSATION OF CROWELL
### & MORING LLP, COUNSEL FOR THE DEBTORS

Pursuant to § 329 of the Bankruptcy Code and Bankruptcy Rule 2016(b), Crowell &

Moring LLP ("C&M"), respectfully represents:

SLC_455490

1.　On August 24, 2009, C&M received $50,000 from Philo Smith, Jr., a co-manager Easy Street Holding, LLC, and the representative of the Philo Smith, Jr. Trust, a 10% member of Holding, one of the Debtors. Subsequently C&M received two additional payments from Mr. Smith for $25,000 and $50,000, on September 10, 2009 and September 11, 2009, respectively.

2.　C&M's compensation for services rendered on behalf of the above-captioned debtors (the "Debtors") and costs incurred on their behalf will be paid by the Debtors as authorized by this Court. Mr. Smith, however, has agreed to guarantee payment for these services and costs. C&M will continue to disclose all payments consistent with the requirements of § 329 of the Bankruptcy Code and Bankruptcy Rule 2016 (b).

3.　C&M has not agreed to share the above-disclosed compensation with any other person unless they are members, counsel, and associates of C&M.

Dated: September 14, 2009
　　　New York, New York

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　CROWELL & MORING LLP
　　　　　　　　　　　　　　　　　　Proposed Counsel for the Debtors
　　　　　　　　　　　　　　　　　　590 Madison Avenue, 20th Floor
　　　　　　　　　　　　　　　　　　New York, New York 10022
　　　　　　　　　　　　　　　　　　(212) 223-400

　　　　　　　　　　　　　　　　　　By: /s/ Michael V. Blumenthal
　　　　　　　　　　　　　　　　　　　　Michael V. Blumenthal

NYIWDMS: 11261072_3

SLC_455490