Kenneth L. Cannon II (kcannon@djplaw.com) (3705)
Steven J. McCardell (smccardell@djplaw.com) (2144)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT   84110-4050
Telephone:  (801) 415-3000/Fax:  (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com) (admitted pro hac vice)
Steven B. Eichel (seichel@crowell.com) (admitted pro hac vice)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY  10022
Telephone:  (212) 223-4000/Fax:  (212) 223-4134

Proposed Counsel for Debtors and Debtors in Possession

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re: | |
| EASY STREET HOLDING, LLC, *et al.*, | Bankruptcy Case No. 09-29905 |
| Debtors. | Jointly Administered with Cases 09-29907 and 09-29908 |
| Address:  201 Heber Avenue | Chapter 11 |
| Park City, UT 84060 | |
| | Honorable R. Kimball Mosier |
| Tax ID Numbers: | |
| 35-2183713 (Easy Street Holding, LLC), | |
| 20-4502979 (Easy Street Partners, LLC), and | **[FILED ELECTRONICALLY]** |
| 84-1685764 (Easy Street Mezzanine, LLC) | |

**NOTICE OF OBJECTION DEADLINE AND NOTICE OF HEARING
ON DEBTORS' APPLICATIONS TO EMPLOY CROWELL & MORING, LLP
AND DURHAM JONES & PINEGAR AS COUNSEL**

**PLEASE TAKE NOTICE** that Easy Street Holding, LLC, Easy Street Partners, LLC,

and Easy Street Mezzanine, LLC (the "Debtors"), have filed (1) Application for an Order

Pursuant to §§ 327(a) and 329(a) of the Bankruptcy Code, and Rules 2014(a) and 2016(b)

SLC_462022

Authorizing the Retention and Employment of Crowell & Moring LLP as Counsel for the

Debtors Effective as of the Petition Date (the "C&M Application"), and (2) Debtors' Application

Pursuant to Section 327(a) of the Bankruptcy Code for Entry of an Order Authorizing the

Debtors to Retain and Employ Durham Jones & Pinegar as Counsel (the "DJP Application")

(together, the C&M Application and the DJP Application will be referred to as the "Professional

Applications").  Copies of the Professional Applications and declarations in support thereof,

have been served on the United States Trustee's office, on holders of the twenty largest

unsecured claims in each case, on holders of secured claims, on governmental authorities

including tax and regulatory bodies, and on parties who have entered a notice of appearance in

this case.  If you do not receive copies of the Professional Applications and the supporting

documents, you may obtain copies of these documents by requesting them from the undersigned

counsel.

PLEASE TAKE FURTHER NOTICE that your rights may be affected.  You should

read this Notice and the Professional Applications and supporting documentation carefully and

discuss them with your attorney, if you have one in this bankruptcy case.

PLEASE TAKE FURTHER NOTICE that, if you do not want the Bankruptcy Court to

approve the Professional Applications, or if you want the Bankruptcy Court to consider your

views on the Professional Applications, then you or your attorney must file with the Bankruptcy

Court and serve on the undersigned counsel for the Debtors a written objection or objections to

one or more of the Professional Applications in conformity with Rule 9013 of the Bankruptcy

Court's local rules of practice so that it is received no later than **Monday, October 19, 2009, at**

**4:30 p.m., MDT**.  Your objection must be filed at:

Clerk
United States Bankruptcy Court
350 South Main Street, # 301
Salt Lake City, Utah  84101

**PLEASE TAKE FURTHER NOTICE** that, if you mail your objection to the

Bankruptcy Court for filing, you must mail it early enough so the Court will receive it on or

before the time and date stated above.  You must also serve your objection on the undersigned

counsel for the Debtors and on other parties in interest.

**PLEASE TAKE FURTHER NOTICE** that the Professional Applications will come on

for hearing before the Honorable R. Kimball Mosier, United States Bankruptcy Judge, on

**Thursday, October 22, at 2:00 p.m., MDT**, in his courtroom, Room 369 of the Frank E. Moss

United States Courthouse, 350 South Main Street, Salt Lake City, Utah 84101.  You or your

attorney must attend the hearing on the Professional Applications if you want your objection(s)

to be considered by the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rule 9013-1(c) of the

Bankruptcy Court's local rules of practice, absent timely filing and service of objections to the

Professional Applications, the Debtors may ask that the Court to approve the Professional

Applications without further notice or hearing.  Additionally, upon the resolution of any timely

filed and served objections to the Professional Applications, the Debtors may ask the Bankruptcy

Court to approve the Professional Applications without further notice or hearing.

SLC_462022

DATED:  September 29, 2009

DURHAM JONES & PINEGAR, P.C.


By:    /s/  Kenneth L. Cannon II
     Kenneth L. Cannon II (kcannon@djplaw.com)(3705)
     Steven J. McCardell (smccardell@djplaw.com)(2144)
     DURHAM JONES & PINEGAR, P.C.
     111 East Broadway, Suite 900
     P.O. Box 4050
     Salt Lake City, UT   84110-4050
     Telephone:  (801) 415-3000/Fax:  (801) 415-3500


     and

     Michael V. Blumenthal (mblumenthal@crowell.com)
       (admitted pro hac vice)
     Steven B. Eichel (seichel@crowell.com)
       (admitted pro hac vice)
     CROWELL & MORING LLP
     590 Madison Avenue, 20th Floor
     New York, NY  10022
     Telephone:  (212) 223-4000/Fax:  (212) 223-4134

     Proposed Counsel for Debtors and Debtors in
     Possession

SLC_462022