Kenneth L. Cannon II (kcannon@djplaw.com) (3705)
Steven J. McCardell (smccardell@djplaw.com) (2144)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT 84110-4050
Telephone: (801) 415-3000/Fax: (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com) (admitted pro hac vice)
Steven B. Eichel (seichel@crowell.com) (admitted pro hac vice)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 223-4000/Fax: (212) 223-4134

Proposed Counsel for Debtors and Debtors in Possession

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re: ) <br> ) <br> EASY STREET HOLDING, LLC, *et al.*, ) <br> ) <br> Debtors. ) <br> ) <br> Address: 201 Heber Avenue ) <br> Park City, UT 84060 ) <br> ) <br> Tax ID Numbers: ) <br> 35-2183713 (Easy Street Holding, LLC), ) <br> 20-4502979 (Easy Street Partners, LLC), and ) <br> 84-1685764 (Easy Street Mezzanine, LLC) ) | Bankruptcy Case No. 09-29905 <br> Jointly Administered with Cases <br> 09-29907 and 09-29908 <br><br> Chapter 11 <br><br> Honorable R. Kimball Mosier <br><br> **[FILED ELECTRONICALLY]** |

**NOTICE OF HEARING ON MOTION FOR ORDER AUTHORIZING THE PAYMENT
OF PREPETITION TAXES IN THE ORDINARY COURSE OF BUSINESS**

**PLEASE TAKE NOTICE** that Easy Street Partners (the "Debtor") has filed a motion

(the "Motion") for entry of an order authorizing it to pay in the ordinary course of business

certain prepetition sales, transient occupancy, and prepared food taxes and any related fines or

penalties (the "Taxes") incurred by the Debtor in operating the Sky Lodge and the restaurant

therein (both of which are owned by the Debtor) in the approximate amount of $23,225. Copies of the Motion and the Declaration of William Shoaf in support thereof has been served on the United States Trustee's office, on holders of the twenty largest unsecured claims in each case, on holders of secured claims, on governmental authorities including tax and regulatory bodies, and on parties who have entered a notice of appearance in this case. If you do not receive copies of the Motion and supporting documents you may obtain copies of these documents by requesting them from the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that your rights may be affected. You should read this Notice and the Motion and supporting documents carefully and discuss them with your attorney, if you have one in this bankruptcy case.

**PLEASE TAKE FURTHER NOTICE** that, if you do not want the Bankruptcy Court to approve the Motion, or if you want the Bankruptcy Court to consider your views on the Motion, then you or your attorney must file with the Bankruptcy Court and serve on the undersigned counsel for the Debtor a written objection to the Motion in conformity with Rule 9013 of the Bankruptcy Court's local rules of practice so that it is received no later than **Monday, October 19, 2009, at 4:30 p.m., MDT**. Your objection must be filed at:

> Clerk
> United States Bankruptcy Court
> District of Utah
> 350 South Main Street, # 301
> Salt Lake City, Utah  84101

**PLEASE TAKE FURTHER NOTICE** that, if you mail your objection to the Bankruptcy Court for filing, you must mail it early enough so the Court will receive it on or

before the time and date stated above.  You must also serve your objection on the undersigned counsel for the Debtor and on other parties in interest.

**PLEASE TAKE FURTHER NOTICE** that the Motion will come on for hearing before the Honorable R. Kimball Mosier, United States Bankruptcy Judge, on **Thursday, October 22, 2009, at 2:00 p.m., MDT**, in his courtroom, Room 369 of the Frank E. Moss United States Courthouse, 350 South Main Street, Salt Lake City, Utah 84101.  You or your attorney must attend the hearing on the Motion if you want your objection(s) to be considered by the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that, if objections to the Motion are filed, the Debtor will be prepared to present evidence at the hearing on the Motion in the form of testimony of witnesses and/or of documents.  If you desire that the Bankruptcy Court consider evidence, whether by testimony or in documentary form in opposition to the Motion, you must be prepared to submit the evidence at the hearing in accordance with the Federal Rules of Evidence.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rule 9013-1(c) of the Bankruptcy Court's local rules of practice, absent timely filing and service of objections to the Motion, the Debtor may ask that the Court to approve the Motion without further notice or hearing.  Additionally, upon the resolution of any timely filed and served objections to the Motion, the Debtor may ask the Bankruptcy Court to approve the Motion without further notice or hearing.

DATED: September 30, 2009

        DURHAM JONES & PINEGAR, P.C.

By:   /s/ Kenneth L. Cannon II
     Kenneth L. Cannon II (kcannon@djplaw.com)(3705)
     Steven J. McCardell (smccardell@djplaw.com)(2144)
     DURHAM JONES & PINEGAR, P.C.
     111 East Broadway, Suite 900
     P.O. Box 4050
     Salt Lake City, UT   84110-4050
     Telephone: (801) 415-3000/Fax: (801) 415-3500

     and

Michael V. Blumenthal (mblumenthal@crowell.com)
  (admitted pro hac vice)
Steven B. Eichel (seichel@crowell.com)
  (admitted pro hac vice)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY   10022
Telephone: (212) 223-4000/Fax: (212) 223-4134

Proposed Counsel for Debtors and Debtors in Possession