Kenneth L. Cannon II (kcannon@djplaw.com) (3705)
Steven J. McCardell (smccardell@djplaw.com) (2144)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT   84110-4050
Telephone:  (801) 415-3000/Fax:  (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com) (pro hac vice application pending)
Steven B. Eichel (seichel@crowell.com) (pro hac vice application pending)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY   10022
Telephone:  (212) 223-4000/Fax:  (212) 223-4134

Proposed Counsel for Debtors and Debtors in Possession

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re: | |
| EASY STREET HOLDING, LLC, *et al.*, | Bankruptcy Case No. 09-29905 |
| | Jointly Administered with Cases |
| | 09-29907 and 09-29908 |
| Address:  201 Heber Avenue | Chapter 11 |
|                Park City, UT 84060 | |
| | Honorable R. Kimball Mosier |
| Tax ID Numbers: | |
| 35-2183713 (Easy Street Holding, LLC), | |
| 20-4502979 (Easy Street Partners, LLC), and | **[FILED ELECTRONICALLY]** |
| 84-1685764 (Easy Street Mezzanine, LLC) | |

**CERTIFICATE OF SERVICE FOR MOTION FOR ORDER AUTHORIZING THE
PAYMENT OF PREPETITION TAXES IN THE ORDINARY COURSE OF BUSINESS
AND RELATED DOCUMENTS**

I hereby certify that on the 30th day of September, 2009, I caused to be served the Motion

for Order Authorizing the Payment of Prepetition Taxes in the Ordinary Course of Business,

Declaration of William Shoaf in Support of Motion for Order Authorizing the Payment of

SLC_464832.1

Prepetition Taxes in the Ordinary Course of Business and Notice of Hearing on Motion for Order Authorizing the Payment of Prepetition Taxes in the Ordinary Course of Business via ECF notification or electronic mail on the parties listed on the attached Exhibit A.

I also hereby certify that on the 30th day of September, 2009, I caused to be served the Notice of Hearing on Motion for Order Authorizing the Payment of Prepetition Taxes in the Ordinary Course of Business via first-class mail, postage prepaid on the parties listed on the attached Exhibit B.

DATED:  September 30, 2009

DURHAM JONES & PINEGAR, P.C.

By:  /s/ Kenneth L. Cannon II
Kenneth L. Cannon II (kcannon@djplaw.com)(3705)
Steven J. McCardell (smccardell@djplaw.com)(2144)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT   84110-4050
Telephone:  (801) 415-3000/Fax:  (801) 415-3500

And

Michael V. Blumenthal (mblumenthal@crowell.com)
   (pro hac vice application pending)
Steven B. Eichel (seichel@crowell.com)
   ( pro hac vice application pending)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY  10022
Telephone:  (212) 223-4000/Fax:  (212) 223-4134

Proposed Counsel for Debtors and Debtors in Possession

SLC_464832.1

# **EXHIBIT A**

**ECF Notification**

| | |
|---|---|
| Annette W. Jarvis | jarvis.annette@dorsey.com, smith.ron@dorsey.com;slc.lit@dorsey.com; brown.patricia@dorsey.com |
| Michael R. Johnson | mjohnson@rqn.com, agale@rqn.com |
| Anthony C. Kaye | kaye@ballardspahr.com |
| Benjamin J. Kotter | kotter.benjamin@dorsey.com |
| Adelaide Maudsley | maudsley@chapman.com, jemery@chapman.com |
| John T. Morgan tr | john.t.morgan@usdoj.gov, james.gee@usdoj.gov |
| United States Trustee | USTPRegion19.SK.ECF@usdoj.gov |

**Electronic Mail**

Securities & Exchange Commission
Attn:  Bankruptcy Dept.
44 Montgomery St # 1100
San Francisco, CA 94104-4613
sanfrancisco@sec.gov

State Office of Recovery Services
515 East 100 South
P O Box 45033
Salt Lake City, UT  84145-0033
orswebslc@utah.gov

Utah Department of Workforce Services
P O Box 45249
Salt Lake City, UT  84145-0249
dwscontactus@utah.gov

West LB AG, New York Branch
Attn:  Christian Ruehmer
1211 Avenue of the Americas, 24th Flr
New York, NY  10036
christian_ruehmer@westlb.com

West LB AG, New York Branch
Attn:  Bruce F. Davidson
1211 Avenue of the Americas, 24th Flr
New York, NY  10036
bruce_davidson@westlb.com

West LB AG, New York Branch
Attn:  Duncan Robertson
1211 Sixth Avenue, 25th Floor
New York, NY  10036-8705
duncan_robertson@westlb.com

West LB AG, New York Branch
Attn:  Jeff Nelson
1211 Sixth Avenue, 25th Floor
New York, NY  10036-8705
jeff_nelson@westlb.com

West LB AG, New York Branch
Attn:  James Winikor
1211 Sixth Avenue, 25th Floor
New York, NY  10036-8705
james_winikor@westlb.com

William D. Ellis, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA  90013
wellis@sidley.com

Richard W. Havel, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA  90013
rhavel@sidley.com

Drew A. Norman, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA  90013
danorman@sidley.com

SLC_464832.1

Christina M. Craige, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA  90013
ccraige@sidley.com

Bay North Capital, LLC
Attn:  Charles J. Flint
One Financial Center, Floor 23
Boston, MA  02111-2621
cflint@baynorthcapital.com

Christopher B. Barker, Esq.
Goodwin Procter LLP
53 State Street
Boston, MA  02109
cbarker@goodwinprocter.com

Tony Fiotto
Goodwin Procter LLP
53 State Street
Boston, MA  02109
afiotto@goodwinprocter.com

Eric Lemont
Goodwin Procter LLP
53 State Street
Boston, MA  02109
elemont@goodwinprocter.com

Allen Taylor
Taylor Capital Management
10 High Street, Suite 810
Boston, MA  02110
allen.taylor@verizon.net

Timothy G. Little, Esq.
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY  10022-2585
tim.little@kattenlaw.com

Sheri P. Chromow, Esq.
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY  10022-2585
sheri.chromow@kattenlaw.com

David Wickline
17575 Fitzpatrick Land
Occidental, CA 95465
wicklinedavid@cs.com

Shaner Design, Inc.
614 Main Street, Suite 404
PO Box 4560
Park City, UT 84060
trs@shanerdesign.com

Elliott Workgroup
Attn:  Craig Elliott
P O Box 3419
Park City, UT  84060-3419
celliott@elliottworkgroup.com

Michael V. Blumenthal
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
mblumenthal@crowell.com

Steven B. Eichel
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
seichel@crowell.com

Bruce J. Zabarauskas
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
bzabarauskas@crowell.com

Brian W. Harvey
Goodwin Procter LLP
The New York Time Building
620 Eighth Avenue
New York, NY 10018-1405
bharvey@goodwinprocter.com

SLC_464832.1

# **<u>EXHIBIT B</u>**

SLC_464832.1

| | | |
|---|---|---|
| A.W. Marshall Company<br>PO Box 16127<br>Salt Lake City, UT 84116-0127 | ACME Thread Ware<br>6436 N Business Park Loop Rd.<br>Park City, UT 84098-6233 | ADT Security Services Inc<br>PO Box 371956<br>Pittsburgh, PA 15250-7956 |
| ALC Snow Removal<br>PO Box 680442<br>Park City, UT 84068-0442 | AT&T Mobility<br>PO Box 6463<br>Carol Stream, IL 60197-6463 | Aetna<br>PO Box 894938<br>Los Angeles, CA 90189-4938 |
| Air Filter Sales & Service Inc<br>255 West 2950 South<br>Salt Lake City, UT 84115-3443 | Albert Ulster Imports, Inc.<br>PO Box 770<br>Gaithersburg, MD 20884-0770 | Alchemy Ventures Trust<br>17575 Fitzpatrick Lane<br>Occidental, CA 95465-9355 |
| All-Pro Cleaning Systems, Inc.<br>166 West Cottage Avenue<br>Sandy, UT 84070-1433 | Allen Distribution Services<br>3247 South 3690 West<br>West Valley City, UT 84120-2150 | Allied Waste Services<br>PO Box 78429<br>Phoenix, AZ 85062-8429 |
| Alsco<br>PO Box 25717<br>Salt Lake City, UT 84125-0717 | American Express<br>PO Box 53852<br>Phoenix, AZ 85072-3852 | American Express Travel<br>2421 West Peoria Avenue<br>Phoenix, AZ 85029-4939 |
| American Hotel Register CO<br>16458 Collections Center Drive<br>Chicago, IL 60693-0001 | American Liberty Insurance<br>3601 N University Ave Suite 100<br>Provo, UT 84604-6600 | Appliance Sales & Service<br>PO Box 670<br>55 E Center St., Suite 140<br>Heber City, UT 84032-1946 |
| Arctic Spas/ Spagoods.com<br>4575 N. Silver Springs Dr<br>Park City, UT 84098-7536 | BJ Plumbing Supply<br>1470 South State<br>Orem, UT 84097-7704 | BTC Rob Stevenson<br>957 East 1300 South<br>Salt Lake City, UT 84105-1856 |
| Baker Tile Co<br>1434 West 8040 South<br>West Jordan, UT 84088-9459 | Bay North Capital, LLC<br>Attn: Charles J. Flint<br>One Financial Center, Floor 23<br>Boston, MA 02111-2621 | Bellows Glass<br>76 West 200 South<br>Heber City, UT 84032-2005 |
| Bevco2<br>651 West 600 South<br>Salt Lake City, UT 84104-1015 | Big Four Distributing, Inc<br>304 East 900 South<br>Provo, UT 84606-7316 | Bill & Carrie Shoaf<br>4780 Winchester Court<br>Park City, UT 84098-7528 |
| CBIZ<br>175 S West Temple, Suite 650<br>Salt Lake City, UT 84101-1422 | Child Support Services<br>ORS PO Box 45011<br>Salt Lake City, UT 84145-0011 | Cintas Corporation<br>97627 Eagle Way<br>Chicago, IL 60678-7627 |

CloudNine Resorts SL- Development
PO Box 683300
Park City, UT 84068-3300

CloudNine Resorts SL- Management
PO Box 683300
Park City, UT 84068-3300

Colorado Casualty Insurance Co
PO Box 85627
San Diego, CA 92186-5627

Comcast
PO Box 34744
Seattle, WA 98124-1744

CoolWorks.com
PO Box 272
Gardiner, MT 59030-0272

Corbin B. Gordon, P.C.
345 West 600 South
Heber City, UT 84032-2247

Curb It Recycling
PO Box 681397
Park City, UT 84068-1397

Cushman & Wakefield
50 Broad Street
New York, NY 10004-2307

Dex West
PO Box 79167
Phoenix, AZ 85062-9167

Diamond Rental
4518 South 500 West
Salt Lake City, UT 84123-3694

EM Systems
PO Box 540783
North Salt Lake, UT 84054-0783

Easy Street Holding, LLC
4780 Winchester Court
Park City, UT 84098-7528

Easy Street Mezzanine, LLC
4780 Winchester Court
Park City, UT 84098-7528

Easy Street Partners, LLC
4780 Winchester Court
Park City, UT 84098-7528

Ecolab
PO Box 100512
Pasadena, CA 91189-0512

Ecolab Pest Elim. Div
PO Box 6007
Grand Forks, ND 58206-6007

Fast Patch
2257 Greens Lane
Spanish Fork, UT 84660-9599

FedEx
PO Box 7221
Pasadena, CA 91109-7321

Five 9's Communication
PO Box 348
Roy, UT 84067-0348

Frank Rimerman & Co. LLP
60 South Market Street
San Jose, CA 95113-2351

Fuelman
PO Box 105080
Atlanta, GA 30348-5080

Gateway Center, LLC
c/o Commerce CRG
PO Box 571530
Murray, UT 84157-1530

General Chemical
PO Box 533195
Charlotte, NC 28290-3195

Gentry Finance
386 South State Street
Orem, UT 84058-5424

Goodrich & Thomas, CPAs
3200 Park Center Drive Suite 1170
Costa Mesa, CA 92626-7153

Grazo Electric
PO Box 1196
Midway, UT 84049-1196

Gunthers Comfort Air
81 South 700 East
American Fork, UT 84003-2158

HD Supply Facilities Maintenance
PO Box 509058
San Diego, CA 92150-9058

Home Depot Credit Services
PO Box 6031
The Lakes, NV 88901-6031

Hood Cleaners of Utah
PO Box 342
Riverton, UT 84065-0342

| | | |
|---|---|---|
| Hotel Amenities Resources LLC<br>2000 Van Ness Avenue Suite 801<br>San Francisco, CA 94109-3023 | Innovative Body Science<br>6350 Yarrow Drive Suite D<br>Carlsbad, CA 92011-1544 | Intermountain Drug Testing<br>PO Box 9800<br>Salt Lake City, UT 84109-9800 |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>P O Box 21126<br>Philadelphia, PA  19114-0326 | Ion Cibuc<br>7 Kafern Drive Apt 1-D<br>Baltimore, MD 21207-4383 | Jacobsen Construction<br>PO Box 27608<br>Salt Lake City, UT 84127-0608 |
| Jacobsen National Group, Inc.<br>c/o Michael R. Johnson, Esq.<br>Ray Quinney & Nebeker<br>36 South State Street, Suite 1400<br>Salt Lake City, UT  84111-1451 | KBIi Properties, LP<br>PO Box 680464<br>Park City, UT 84068-0464 | Kaba Ilco, Inc<br>PO Box 12553 Succ Centre Ville<br>Montreal, QC H3C-6R1<br>CANADA |
| Klehr, Branzburg & Ellers LLP<br>260 South Broad St,<br>Philadelphia, PA 19102-5021 | La Monica's Restaurant Equipment<br>6211 South 380 West<br>Murray, UT 84107-3309 | Les Olson Company<br>PO Box 65598<br>Salt Lake City, UT 84165-0598 |
| Liquor Leasing & Service, L.C.<br>9283 South Jean Drive<br>Sandy, UT  84070-6254 | Living Creations Inc<br>2163 E Lambourne Ave<br>Salt Lake City, UT 84109-2454 | Luxury Residence Group<br>693 Main Street<br>Park City, UT 84060 |
| M & M Distributing<br>531 West 600 North<br>Salt Lake City, UT 84116-3430 | Market Metrix<br>990 A Street Suite 301<br>San Rafael, CA 94901-3000 | McGladrey and Pullin<br>Attn:  Jan Riend<br>One South Wacker Drive, Suite 800<br>Chicago, IL 60606-4650 |
| Merrit & Harris<br>301 E Glenoaks Blvd. Suite 4,<br>Glendale CA 91207-2115 | Michael & Nilda Chang<br>16 Morning Sky Lane<br>Las Vegas, NV 89135-7860 | Millcreek Consulting<br>3017 E Kempner Rd.<br>Salt Lake City UT 84109-3654 |
| Money 4 You & Mr. Money<br>498 North 900 West # 230<br>Kaysville, UT 84037-4213 | Mountain Valley Temperature Control<br>PO Box 429<br>Pleasant Grove, UT 84062-0429 | Muir Copper Canyon Farms<br>PO Box 26775<br>Salt Lake City, UT 84126-0775 |
| Muzak LLC<br>PO Box 71070<br>Charlotte, NC 28272-1070 | Pacific Seafood - Utah<br>c/o Pacific Seafood Co.<br>P O Box 842757<br>Boston, MA 02284-2757 | Park City I, LLC<br>166 Duane Street<br>New York, NY  10013-3398 |
| Park City Surveying<br>2041 Sidewinder Drive, Suite 1<br>Park City, UT  84060-7465 | Philo Smith Jr. Trust<br>684 Glenneyre Street<br>Laguna Beach, CA  92651-2420 | Par Springer-Miller System, Inc<br>782 Mountain Road<br>PO Box 1547<br>Stowe, VT 05672-1547 |

Park City Auto Parts/Hardware
PO Box 244
Heber City, UT 84032-0244

Park City Municipal Corp.
PO Box 1480
Park City, UT 84060-1480

Park City Water
PO Box 1480
Park City, UT 84060-1480

Park City WinElectric
PO Box 681729
Park City, UT 84068-1729

Patricia Wagner
PO Box 680322
Park City, UT 84068-0322

PayChex Human Resources Services
PO Box 29769
New York, NY 10087-9769

Peak Mobile Communications
4910 South Warehouse Road
Salt Lake City, UT 84118-6354

Peets Coffee & Tea
PO Box 12509
Berkeley, CA 94712-3509

Pitney Bowes
PO Box 856390
Louisville, KY 40285-6390

Plaza Dry Cleaners
PO Box 770-361
Park City UT 84060

Porter Paint
1268 South 500 West
Salt Lake City, UT 84101-3019

Proforma
PO Box 51925
Los Angeles, CA 90051-6225

Protravel International
14130 Riverside Drive
Sherman Oaks, CA 91423-2313

Protravel International Inc
 515 Madison Ave 10th Floor
New York, NY 10022-5403

Questar Gas Company
PO Box 45360
Salt Lake City, UT 84145-0360

Qwest
PO Box 29039
Phoenix, AZ 85038-9039

Qwest Long Distance Business Services
PO Box 856169
Louisville, KY 40285-6169

Renegade Oil Inc
1141 South 3200 West
Salt Lake City, UT 84104-4562

Revco Leasing
PO Box 65598
Salt Lake City, UT 84165-0598

Rimmerman
One Embarcadero Center, Suite 2410
San Francisco, CA 94111-3737

PacifiCorp
Attn:  Bankruptcy
P O Box 25308
Salt Lake City, UT  84125-0308

RussWoods LLC
5148 Silver Springs Road
Park City, UT 84098-6034

SL Convention & Visitors Bureau
90 South West Temple
Salt Lake City, UT 84101-1406

Schindler Elevator Corporation
PO Box 93050
Chicago, IL 60630

Sentry West Insurance Services
PO Box 9289
Salt Lake City, UT 84109-9289

Shift4 Corporation
1491 Center Crossing Rd
Las Vegas, NV 89144-7047

Shoes For Crews, LLC
File LockBox 51151
Los Angeles, CA 90074-1151

Squire
1329 South 800 East
Orem, UT 84097-7700

Standard Plumbing Supply
PO Box 708490
Sandy, UT 84070

Staples Credit Plan
Dept 51-7861136819
PO Box 689020
Des Moines, IA 50368-9020

State of Utah
Office of the Attorney General
Tax & Revenue Division
P O Box 40874
Salt Lake City, UT  84114-0874

Step Saver Inc.
1901 West 2425 South
Wood Cross, UT 84087-2463

Stone Ground Bakery
PO Box 581078
Salt Lake City, UT 84158-1078

Summit Business Services
Attn:  Chipper Leonard
4130 Hilltop Court
Park City, UT  84098-4715

Summit County Assessor
PO Box 128
Coalville, UT 84017-0128

Summit County Public Health Dept
Environmental Laboratory
PO Box 128
Coalville, UT 84017-0128

Sundance Partners, Ltd.
c/o Ballard Spahr
201 South Main Street, Suite 600
Salt Lake City, UT  84111-2212

Swire Coca-Cola USA
PO Box 1410
Draper, UT 84020-1410

Sysco Intermountain Food Service
PO Box 27638
Salt Lake City, UT 84127-0638

Target Labels & Packaging
40 West 3800 North
Hyde Park, UT 84318-4114

Allen Taylor
Taylor Capital Management
10 High Street, Suite 810
Boston, MA  02110

The Chef's Garden
9009 Huron-Avery Road
Huron, OH 44839-2448

The Elevator Company
PO Box 736
Bountiful, UT 84011-0736

USA Today
PO Box 79782
Baltimore, MD 21279-0782

Union Square Home Owners
Association
PO Box 683300
Park City UT 84068-3300

United Fence Co.
PO Box 26933
2525 South 2700 West
Salt Lake City, UT 84119-1227

Utah Dept-Alcoholic Beverage Control
1625 South 900 West
P O Box 30408
Salt Lake City, UT  84130-0408

Utah State Tax Commission
Sales Tax
210 North 1950 West
Salt Lake City, UT  84134-0400

Wasatch Audio-Visual
PO Box 770 PMB282
Park City, UT 84060-0770

Wasatch Meats
926 South Jefferson Street
Salt Lake City, UT 84101-2983

Water Images
PO Box 571393
Murray, UT 84157-1393

Water Reclamation District
2800 Homestead Rd
Park City, UT 84098-4869

Wells Fargo Equipment Finance
NW-8178 PO Box 1450
Minneapolis, MN 55485-8178

Wells Fargo Equipment Finance
733 Marquette Avenue Suite 700
Minneapolis, MN 55402-2316

Whitney Advertising & Design
6410 N Business Park Loop Rd
Suite H
Park City, UT 84098-6212

Wrona Law Office, P.C.
1816 Prospector Avenue Suite 100
Park City, UT 84060-7481