# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

In re ___EASY STREET HOLDING, LLC___                    Case No. ___09-29905___
                          Debtor                                        Chapter     11

## AMENDED LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Set forth below is a list of the creditors holding the 20 largest unsecured claims against Easy Street Holding, LLC ("Holding"). The list has been prepared from the books and records of Holding and its affiliated debtors. The information contained in this list was prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in these chapter 11 cases and represents the Debtor's best estimate of the largest unsecured claims that creditors may assert against them, as of September 14, 2009. The list of creditors set forth herein does not include (a) persons who come within the definition of "insider" set forth in the 11 U.S.C. § 101, (b) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims, or (c) directors, officers, employees, or any other persons having claims under the Debtor's non-qualified retirement benefit plans. The information presented in this list shall not constitute an admission by, nor is it binding upon, Holding and its affiliated debtors.[1]

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| Klehr, Harrison, Harvey, Branzburg & Ellers LLP 260 South Broad Street Philadelphia, PA 19102 | Klehr, Branzburg & Ellers LLP 260 South Broad Street Philadelphia, PA 19102 **215-568-6060 Tel** **215-568-6603 Fax** | Legal Services | | $55,602.52 |
| Goodrich & Thomas CPAs 3200 Park Center Drive Suite 1170 Costa Mesa, CA 92626-7153 | Goodrich & Thomas, CPAs 3200 Park Center Drive Suite 1170 Costa Mesa, CA 92626-7153 **714-546-0755 Tel** **714-546-4901 Fax** | Accounting | | $48,300.00 |

---

[1] The Debtor will file the schedules of assets and liabilities (the "Schedules") in accordance with 11 U.S.C. § 521 and Fed. R. Bankr. P. 1007. The information contained in the Schedules may differ from the information set forth herein. The Debtor reserves the right to amend this list based on information existing as of the filing date. Furthermore, except where noted, the Debtor has not yet identified which of its largest unsecured claims, if any, are contingent, unliquidated, disputed, and/or subject to setoff as appropriate. Inclusion of a claim on this consolidated list is not an admission that the amounts are or are not contingent, unliquidated, disputed and/or subject to setoff nor an admission that the amounts listed are owed by more than one of the Debtors. Further, as to certain creditors, written contracts have not been identified or there were contracts or invoices listing only the "Sky Lodge." In these cases, out of an abundance of caution, the Debtors have listed creditors whose work may have benefited all three Debtors, but expressly reserve all rights to request that the Court determine which Debtor is responsible for any particular claim.

| | | | | |
|---|---|---|---|---|
| CBIZ Accounting<br>175 S West Temple<br>Suite 650<br>Salt Lake City, UT 84111 | CBIZ Accounting<br>175 S West Temple<br>Suite 650<br>Salt Lake City, UT 84111<br>**801-364-9300 Tel**<br>**801-364-9301 Fax** | Accounting | | $62,005.26 |
| Frank Rimerman & Co. LLP<br>60 South Market Street<br>San Jose, CA 95113 | Frank Rimerman & Co. LLP<br>60 South Market Street<br>San Jose, CA 95113<br>**408-279-5566 Tel**<br>**408-279-8284 Fax** | Accounting | | $4,180.65 |
| Shaner Design, Inc.<br>614 Main Street, Suite 404<br>PO Box 4560<br>Park City, UT 84060 | Shaner Design, Inc.<br>614 Main Street, Suite 404<br>PO Box 4560<br>Park City, UT 84060<br>**435-649-4499 Tel**<br>*trs@shanerdesign.com* | Professional | | $4,095.00 |
| Les Olson Company<br>PO Box 65598<br>Salt Lake City, UT 84165-0598 | Les Olson Company<br>PO Box 65598<br>Salt Lake City, UT 84165-0598<br>**801-486-7431 Tel**<br>**801-486-7494 Fax** | Trade Debt | | $2,062.50 |
| Park City Surveying<br>2041 Sidewinder Dr Ste 1<br>Park City, UT 84060 | Park City Surveying<br>2041 Sidewinder Dr Ste 1<br>Park City, UT 84060<br>**435-649-2918 Tel** | Professional | | $1,915.00 |
| Staples Credit Plan<br>Dept 51-7861136819<br>PO Box 689020<br>Des Moines, IA 50368-9020 | Staples Credit Plan<br>Dept 51-7861136819<br>PO Box 689020<br>Des Moines, IA 50368-9020<br>**800-767-1291 Tel**<br>**801-779-7425 Fax** | Trade Debt | | $978.39 |
| Pitney Bowes<br>PO Box 856390<br>Louisville, KY 40285-6390 | Pitney Bowles<br>PO Box 856390<br>Louisville, KY 40285-6390<br>**800-243-7800 Tel**<br>**203-460-5149 Fax** | Trade Debt | | $161.58 |
| Federal Express<br>PO Box 7221<br>Pasadena, CA 91109-7321 | Federal Express<br>PO Box 7221<br>Pasadena, CA 91109-7321<br>**800-622-1147 Tel**<br>**800-548-3020 Fax** | Trade Debt | | $110.42 |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, William Shoaf, co-manager of the Debtor in this case, declare under penalty of perjury that I have read the foregoing list of 20 largest unsecured creditors and that it is true and correct to the best of my information and belief.

Date: September 30, 2009

Signature _____
William Shoaf, Manager