John T. Morgan (USB #3839)
**UNITED STATES DEPARTMENT OF JUSTICE**
Office of the United States Trustee
405 South Main Street, Suite 300
Ken Garff Building
Salt Lake City, Utah  84111
Telephone:     (801) 524-5734
Facsimile:     (801) 524-5628
Email: Peter.J.Kuhn@usdoj.gov

Attorney for Charles F. McVay, United States Trustee

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION**

| In re:<br><br>**EASY STREET HOLDING, LLC,**<br><br>(Easy Street Holding, LLC, Easy Street Partners, LLC, Easy Street Mezzanine, LLC)<br><br>(Jointly Administered Cases)<br><br>Debtors. | **Bankruptcy Case No. 09-29905 RKM**<br><br>**Jointly Administered with Cases:<br>09-29907 RKM and 09-29908 RKM**<br><br>(Chapter 11)<br><br>Honorable R. Kimball Mosier<br><br>(Filed Electronically) |
|---|---|

**APPOINTMENT OF UNSECURED
CREDITORS' COMMITTEE**

The following Unsecured Creditors are appointed as the Unsecured Creditors' Committee

in the case of: EASY STREET PARTNERS, LLC, Bankruptcy Case No. 09-29907 RKM

1. Elliott Workgroup Architecture, LLC - CHAIRMAN
   Attn: Craig Elliott
   P.O. Box 3419
   Park City, UT 84060
   Telephone:    435-649-0092 ext. 301
   Email: celliott@elliottworkgroup.com

2. Millcreek Consulting
   Attn: Stephen Brown
   3017 E. Kempner Rd.
   Salt Lake City, UT 84109
   Telephone:    801-277-2525
   Cell Phone:    801-201-2813
   Facsimile:    801-278-8524
   Email: sbrown.millcreek@comcast.net

   Attorney for Millcreek Consulting:

   Douglas J. Payne
   Fabian & Clendenin
   215 S. State Street, Suite 1200
   Salt Lake City, UT 84111
   Telephone:    801-531-8900
   Facsimile:    801-596-2814
   Email: dpayne@fabianlaw.com

3. Gateway Center, LLC
   Attn: W. James Tozer, Jr.
   c/o Vectra Management Group
   424 West 33rd Street, Suite 540
   New York, New York 10001
   Telephone:    212-631-0202 ext. 14
   Email: jtozer@vectra.com

4. Klehr Harrison Harvey Branzburg & Ellers LLP
   Attn: Heather I. Levine
   260 South Broad Street
   Philadelphia, PA 19102-5003
   Telephone:    215-568-6060
   Direct Phone: 215-569-4398
   Facsimile:    215-568-6603
   Email: hlevine@klehr.com

5. Goodrich and Thomas, CPAs
   Attn: Robert B. Goodrich
   3200 Park Center Drive, Suite 1170
   Costa Mesa, CA 92626
   Telephone:    714-546-0755
   Facsimile:    714-546-4901
   Email: rgoodrich@goodrichandthomas.com

6. CBIZ MHM, LLC
   Attn: Mary Kay Griffin
   175 South West Temple, Suite 650
   Salt Lake City, UT 84101
   Telephone:    801-364-9300 ext. 103
   Facsimile:    801-364-9301
   Email: mgriffin@cbiz.com

7. Shaner Design, Inc.
   Attn: Tom Shaner
   614 Main Street, Suite 404
   P.O. Box 4560
   Park City, UT 84060
   Telephone:    435-649-4499
   Email: trs@shanerdesign.com

   DATED this 2nd day of October 2009.

                              Respectfully submitted,

                               /s/
                              John T. Morgan
                              Attorneys for Charles F. McVay,
                              United States Trustee

**CERTIFICATE OF MAILING**

I HEREBY CERTIFY that a copy of the foregoing **APPOINTMENT OF UNSECURED CREDITORS' COMMITTEE** was mailed first class, postage prepaid and provided via Email to all persons as so designated on the appointment and as listed below this 2nd day of October 2009:

Bruce J. Zabarauskas
Crowell & Moring LLp
590 Madison Avenue, 20th Floor
New York, NY 10022

Kenneth L. Cannon, II
Durham Jones & Pinegar
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, UT 84110-4050

Michael V. Blumenthal
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022

Steven B. Eichel
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022

Steven J. McCardell
Durham Jones & Pinegar
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, UT 84110-4050

Elliott Workgroup Architecture, LLC
Attn: Craig Elliott
P.O. Box 3419
Park City, UT 84060

Millcreek Consulting
Attn: Stephen Brown
3017 E. Kempner Rd.
Salt Lake City, UT 84109

Douglas J. Payne
Fabian & Clendenin
215 S. State Street, Suite 1200
Salt Lake City, UT 84111

Gateway Center, LLC
Attn: W. James Tozer, Jr.
c/o Vectra Management Group
424 West 33rd Street, Suite 540
New York, New York 10001

Klehr Harrison Harvey Branzburg & Ellers LLP
Attn: Heather I. Levine
260 South Broad Street
Philadelphia, PA 19102-5003

Goodrich and Thomas, CPAs
Attn: Robert B. Goodrich
3200 Park Center Drive, Suite 1170
Costa Mesa, CA 92626

CBIZ MHM, LLC
Attn: Mary Kay Griffin
175 South West Temple, Suite 650
Salt Lake City, UT 84101

Elliott Workgroup Architecture, LLC
Attn: Craig Elliott
P.O. Box 3419
Park City, UT 84060

                                                   /s/
                                          John T. Morgan