**[Form 715]**[Ntc of Rescheduled Mtg of Creditors]

UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

In re:
    Easy Street Holding, LLC
    TaxID: 35−2183713
          Debtor(s)

Case No. 09−29905 RKM
Chapter 11

### NOTICE OF RESCHEDULED MEETING OF CREDITORS

NOTICE IS HEREBY GIVEN that the previously scheduled meeting of creditors has been reset at 405 South Main Street, Suite 250, Salt Lake City, UT 84111, on October 21, 2009 , at 02:00 PM in the above−entitled case.

The meeting was continued/rescheduled/corrected due to Trustee's request.

All other pertinent dates and/or deadlines remain unchanged.

Dated:September 30, 2009

                                              David A. Sime
                                              Clerk of Court   (66)

# CERTIFICATE OF NOTICE

```
District/off: 1088-2           User: dlg                    Page 1 of 2                   Date Rcvd: Sep 30, 2009
Case: 09-29905                 Form ID: f715                Total Noticed: 64

The following entities were noticed by first class mail on Oct 02, 2009.
db           +Easy Street Holding, LLC,    4780 Winchester Court,    Park City, UT 84098-7528
aty          +Adelaide Maudsley,    Chapman and Cutler LLP,    201 South Main Street,    Suite 2000,
               Salt Lake City, UT 84111-2298
aty          +Annette W. Jarvis,    Dorsey & Whitney LLP,    136 South Main Street,    Suite 1000,
               Salt Lake City, UT 84101-1685
aty          +Anthony C. Kaye,    Ballard Spahr Andrews & Ingersoll, LLP,    201 South Main Street,    Suite 600,
               Salt Lake City, UT 84111-2212
aty          +Benjamin J. Kotter,    Dorsey & Whitney, LLP,    136 South Main Street,    Suite 1000,
               Salt Lake City, UT 84101-1685
aty          +Brian W. Harvey,    Goodwin Procter LLP,    The New York Time Building,    620 Eighth Avenue,
               New, NY 10018-1618
aty          +Bruce J. Zabarauskas,    Crowell & Moring LLp,    590 Madison Avenue, 20th Floor,
               New York, NY 10022-2544
aty          +John T. Morgan tr,    US Trustees Office,    Ken Garff Bldg.,    405 South Main Street,    Suite 300,
               Salt Lake City, Ut 84111-3402
aty           Kenneth L. Cannon, II,    Durham Jones & Pinegar,    111 East Broadway, Suite 900,    P O Box 4050,
               Salt Lake City, UT  84110-4050
aty           Michael R. Johnson,    Ray Quinney & Nebeker P.C.,    36 South State Street,    Suite 1400,
               P.O. Box 45385,    Salt Lake City, UT  84145-0385
aty          +Michael V. Blumenthal,    Crowell & Moring LLP,    590 Madison Avenue, 20th Floor,
               New York, NY 10022-2544
aty          +Steven B. Eichel,    Crowell & Moring LLP,    590 Madison Avenue, 20th Floor,
               New York, NY 10022-2544
aty           Steven J. McCardell,    Durham Jones & Pinegar,    111 East Broadway, Suite 900,    P O Box 4050,
               Salt Lake City, UT  84110-4050
ust          +United States Trustee,    Ken Garff Bldg.,    405 South Main Street,    Suite 300,
               Salt Lake City, UT 84111-3402
cr           +Sundance Partners, Ltd.,    Ballard Spahr,    One Utah Center,    Suite 800,    201 South Main Street,
               Salt Lake City, Ut 84111-2221
6628202      +Alchemy Ventures Trust,    17575 Fitzpatrick Lane,    Occidental, CA 95465-9355
6628195      +Bay North Capital, LLC,    Attn:Charles J. Flint,    One Financial Center, Floor 23,
               Boston, MA 02111-2621
6625017      +CBIZ,    175 S West Temple, Suite 650,    Salt Lake City, UT 84101-1422
6628194      +Christina M. Craige, Esq.,    Sidley Austin LLP,    555 West Fifth Street,
               Los Angeles, CA 90013-1010
6628196      +Christopher B. Barker, Esq.,    Goodwin Procter LLP,    53 State Street,    Boston, MA 02109-2881
6625018      +Cushman & Wakefield,    50 Broad Street,    New York NY 10004-2307
6625019      +David Wickline,    17575 Fitzpatrick Land,    Occidental, CA 95465-9355
6628193      +Drew A. Norman, Esq.,    Sidley Austin LLP,    555 West Fifth Street,    Los Angeles, CA 90013-1010
6625020      +Elliott Workgroup,    Attn: Craig Elliott,    P O Box 3149,    Park City, UT 84060-3149
6625021       FedEx,    PO Box 7221,    Pasadena, CA 91109-7321
6625022      +Five 9’s Communication,    PO Box 348,    Roy, UT 84067-0348
6628197      +Francis N. Mastroianni,    Goodwin Procter LLP,    53 State Street,    Boston, MA 02109-2881
6625023      +Frank Rimerman & Co. LLP,    60 South Market Street,    San Jose, CA 95113-2351
6625024      +Gateway Center, LLC,    c/o Commerce CRG,    PO Box 571530,    Murray, UT 84157-1530
6625025      +Goodrich & Thomas, CPAs,    3200 Park Center Drive Suite 1170,    Costa Mesa, CA 92626-7153
6628184     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court:  Internal Revenue Service,    Centralized Insolvency Operations,
               PO Box 21126,    Philadelphia, PA 19114-0326)
6625026       Jacobsen Construction,    PO Box 27608,    Salt Lake City, UT 84127-0608
6628291      +Jacobsen National Group, Inc.,    c/o Michael R. Johnson, Esq.,    Ray Quinney & Nebeker P.C.,
               36 South State Street, Suite 1400,    Salt Lake City, Utah 84111-1451
6625027      +Klehr, Branzburg & Ellers LLP,    260 South Broad St,,    Philadelphia, PA 19102-5021
6625028       Les Olson Company,    PO Box 65598,    Salt Lake City, UT 84165-0598
6625029       Luxury Residence Group,    693 Main Street,    Park City, UT 84060
6625030      +McGladrey and Pullin,    One South Wacker Drive, Suite 800,    Chicago, IL 60606-4650
6625031      +Merrit & Harris,    301 E Glenoaks Blvd. Suite 4,    Glendale CA 91207-2115
6625032      +Millcreek Consulting,    3017 East Kempner Rd,    Salt Lake City UT 84109-3654
6625033      +Muir Copper Canyon Farms,    PO Box 26775,    Salt Lake City, UT 84126-0775
6627738      +Park City I, LLC,    166 Duane Street,    New York, NY 10013-3398
6625034      +Park City Surveying,    2041 Sidewinder Dr., Suite 1,    Park City, UT 84060-7465
6628201      +Philo Smith Jr. Trust,    684 Glenneyre Street,    Laguna Beach, CA 92651-2420
6625035       Pitney Bowes,    PO Box 856390,    Louisville, KY 40285-6390
6627730      +Richard W. Havel, Esq.,    Sidley Austin LLP,    555 West Fifth Street,
               Los Angeles, CA 90013-1010
6627720       Securities & Exchange Commission,    Attn: Bankruptcy Dept.,    44 Montgomery St # 1100,
               San Francisco, CA 94104-4613
6625037      +Shaner Design, Inc.,    614 Main Street, Suite 404,    PO Box 4560,    Park City, UT 84060-4560
6627737       Sheri P. Chromow, Esq.,    Katten Muchin Rosenman LLP,    575 Madison Avenue,
               New York, NY  10022-2585
6625038       Staples Credit Plan,    Dept 51-7861136819,    PO Box 689020,    Des Moines, IA 50368-9020
6627721       State Office of Recovery Services,    515 East 100 South,    P O Box 45033,
               Salt Lake City, UT  84145-0033
6627719       State of Utah,    Office of the Attorney General,    Tax & Revenue Division,    P O Box 40874,
               Salt Lake City, UT  84114-0874
6625039      +Summit Business Services,    Attn: Chipper Leonard,    4130 Hilltop Ct,    Park City, UT 84098-4715
6627736       Timothy G. Little, Esq.,    Katten Muchin Rosenman LLP,    575 Madison Avenue,
               New York, NY  10022-2585
6625040      +Union Square Home Owners Association,    PO Box 683300,    Park City UT 84068-3300
6627722       Utah Dept of Workforce Services,    P O Box 45249,    Salt Lake City, UT  84145-0249
6627723      +Utah Dept-Alcoholic Beverage Control,    1625 South 900 West,    PO Box 30408,
               Salt Lake City, UT 84130-0408
```

```
District/off: 1088-2           User: dlg               Page 2 of 2            Date Rcvd: Sep 30, 2009
Case: 09-29905                 Form ID: f715           Total Noticed: 64

6625041         Utah State Tax Commission Sales Tax,    210 North 1950 West,    Salt Lake City, UT 84134-0400
6627726         West LB AG, New York Branch,    Attn:  Duncan Robertson,    1211 Sixth Avenue, 25th Floor,
                 New York, NY  10036-8705
6628190         West LB AG, New York Branch,    Attn:Christian Ruehmer,    1211 Avenue of the Americas, 241h FIr,
                 New York, NY  10036
6627724        +West LB AG, New York Branch,    Attn:  Christian Ruehmer,    1211 Avenue of the Americas, 24th Flr,
                 New York, NY  10036-8705
6627728         West LB AG, New York Branch,    Attn:  James Winikor,    1211 Sixth Avenue, 25th Floor,
                 New York, NY  10036-8705
6627729        +William D. Ellis, Esq.,    Sidley Austin LLP,    555 West Fifth Street,
                 Los Angeles, CA 90013-1010
6625042        +William Shoaf,    4780 Winchester Court,    Park City, UT 84098-7528

The following entities were noticed by electronic transmission on Sep 30, 2009.
6625036         E-mail/Text: bklaw@qwest.com                            Qwest,    PO Box 29039,
                 Phoenix, AZ 85038-9039
                                                                                                 TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 02, 2009**                         **Signature:**    *Joseph Speetjens*