John T. Morgan (USB #3839)
**UNITED STATES DEPARTMENT OF JUSTICE**
Office of the United States Trustee
405 South Main Street, Suite 300
Ken Garff Building
Salt Lake City, Utah  84111
Telephone:     (801) 524-5734
Facsimile:     (801) 524-5628
Email: Peter.J.Kuhn@usdoj.gov

Attorney for Charles F. McVay, United States Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH
## CENTRAL  DIVISION

| In re: | **Bankruptcy Case No. 09-29905 RKM** |
|---|---|
| **EASY STREET HOLDING, LLC,** | |
| | **Jointly Administered with Cases:** |
| (Easy Street Holding, LLC, Easy Street Partners, LLC, Easy Street Mezzanine, LLC) | 09-29907 RKM and 09-29908 RKM |
| | (Chapter 11) |
| (Jointly Administered Cases) | Honorable R. Kimball Mosier |
| Debtors. | (Filed Electronically) |

## AMENDED[1] APPOINTMENT OF
## UNSECURED CREDITORS' COMMITTEE

The following Unsecured Creditors are appointed as the Unsecured Creditors' Committee

in the case of: EASY STREET PARTNERS, LLC, Bankruptcy Case No. 09-29907 RKM

---

[1] Amended to correctly designate Douglas J. Payne as Attorney for Gateway Center, LLC.

1.   Elliott Workgroup Architecture, LLC - CHAIRMAN
     Attn: Craig Elliott
     P.O. Box 3419
     Park City, UT 84060
     Telephone:    435-649-0092 ext. 301
     Email: celliott@elliottworkgroup.com

2.   Millcreek Consulting
     Attn: Stephen Brown
     3017 E. Kempner Rd.
     Salt Lake City, UT 84109
     Telephone:    801-277-2525
     Cell Phone:   801-201-2813
     Facsimile:    801-278-8524
     Email: sbrown.millcreek@comcast.net

3.   Gateway Center, LLC
     Attn: W. James Tozer, Jr.
     c/o Vectra Management Group
     424 West 33rd Street, Suite 540
     New York, New York 10001
     Telephone:    212-631-0202 ext. 14
     Email: jtozer@vectra.com

     Attorney for Gateway Center, LLC:

     Douglas J. Payne
     Fabian & Clendenin
     215 S. State Street, Suite 1200
     Salt Lake City, UT 84111
     Telephone:    801-531-8900
     Facsimile:    801-596-2814
     Email: dpayne@fabianlaw.com

4.   Klehr Harrison Harvey Branzburg & Ellers LLP
     Attn: Heather I. Levine
     260 South Broad Street
     Philadelphia, PA 19102-5003
     Telephone:    215-568-6060
     Direct Phone: 215-569-4398
     Facsimile:    215-568-6603
     Email: hlevine@klehr.com

5. Goodrich and Thomas, CPAs
   Attn: Robert B. Goodrich
   3200 Park Center Drive, Suite 1170
   Costa Mesa, CA 92626
   Telephone:    714-546-0755
   Facsimile:    714-546-4901
   Email: rgoodrich@goodrichandthomas.com

6. CBIZ MHM, LLC
   Attn: Mary Kay Griffin
   175 South West Temple, Suite 650
   Salt Lake City, UT 84101
   Telephone:    801-364-9300 ext. 103
   Facsimile:    801-364-9301
   Email: mgriffin@cbiz.com

7. Shaner Design, Inc.
   Attn: Tom Shaner
   614 Main Street, Suite 404
   P.O. Box 4560
   Park City, UT 84060
   Telephone:    435-649-4499
   Email: trs@shanerdesign.com

   DATED this 6th day of October 2009.

                               Respectfully submitted,

                                     /s/
                               John T. Morgan
                               Attorneys for Charles F. McVay,
                               United States Trustee

**CERTIFICATE OF MAILING**

I HEREBY CERTIFY that a copy of the foregoing **AMENDED APPOINTMENT OF UNSECURED CREDITORS' COMMITTEE** was mailed first class, postage prepaid and provided via Email to all persons as so designated on the appointment and as listed below this 6th day of October 2009:

Bruce J. Zabarauskas
Crowell & Moring LLp
590 Madison Avenue, 20th Floor
New York, NY 10022

Kenneth L. Cannon, II
Durham Jones & Pinegar
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, UT 84110-4050

Michael V. Blumenthal
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022

Steven B. Eichel
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022

Steven J. McCardell
Durham Jones & Pinegar
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, UT 84110-4050

Elliott Workgroup Architecture, LLC
Attn: Craig Elliott
P.O. Box 3419
Park City, UT 84060

Millcreek Consulting
Attn: Stephen Brown
3017 E. Kempner Rd.
Salt Lake City, UT 84109

Douglas J. Payne
Fabian & Clendenin
215 S. State Street, Suite 1200
Salt Lake City, UT 84111

Gateway Center, LLC
Attn: W. James Tozer, Jr.
c/o Vectra Management Group
424 West 33rd Street, Suite 540
New York, New York 10001

Klehr Harrison Harvey Branzburg & Ellers LLP
Attn: Heather I. Levine
260 South Broad Street
Philadelphia, PA 19102-5003

Goodrich and Thomas, CPAs
Attn: Robert B. Goodrich
3200 Park Center Drive, Suite 1170
Costa Mesa, CA 92626

CBIZ MHM, LLC
Attn: Mary Kay Griffin
175 South West Temple, Suite 650
Salt Lake City, UT 84101

Elliott Workgroup Architecture, LLC
Attn: Craig Elliott
P.O. Box 3419
Park City, UT 84060

                                                /s/
                                    John T. Morgan