Annette W. Jarvis (1649)
Steven C. Strong (6340)
Scott A. Cummings (11443)
**DORSEY & WHITNEY, LLP**
136 South Main Street Suite 1000
Salt Lake City, Utah 84101
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
Email: jarvis.annette@dorsey.com
Email: strong.steven@dorsey.com
Email: cummings.scott@dorsey.com

Richard W. Havel
Christina M. Craige
Drew A. Norman
**SIDLEY AUSTIN LLP**
555 West Fifth Street
Los Angeles, California 90013
Telephone: (213) 896-6017
Facsimile: (213) 896-6600
Email: rhavel@sidley.com
Email: ccraige@sidley.com
Email: danorman@sidley.com

*Attorneys for WestLB, AG*

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re:<br><br>**EASY STREET HOLDING, LLC, *et al.*,**<br><br>Debtors.<br><br>Tax ID Numbers:<br>35-2183713 (Easy Street Holding, LLC),<br>20-4502979 (Easy Street Partners, LLC), and<br>84-1685764 (East Street Mezzanine, LLC) | **Case No. 09-29905**<br>(Jointly Administered with Cases 09-29907 and 09-29908)<br><br>Chapter 11<br><br>Honorable R. Kimball Mosier |

**STIPULATION EXTENDING TIME FOR WESTLB, AG TO FILE A RESPONSE TO THE DEBTORS' MOTION FOR USE OF CASH COLLATERAL**

WestLB, AG ("WestLB"), in its capacity as agent for itself and such other co-lenders as might exist from time to time, under that certain Loan and Security Agreement, dated as of March 30, 2006 (the "Loan Agreement"), and Easy Street Partners, LLC ("Easy Street"),

together with Easy Street Holding, LLC and Easy Street Mezzanine, LLC (collectively, the "Debtors"), by and through their respective counsel, hereby agree and stipulate as follows:

**BACKGROUND**

1. The Debtors commenced the above-captioned bankruptcy cases on September 14, 2009.

2. On September 15, 2009, Easy Street filed the "Motion of Easy Street Partners, LLC for Interim and Final Orders: (i) Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. § 363 and Granting Adequate Protection to West LB, AG, and (ii) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b)" [Docket No. 9] (the "Cash Collateral Motion").

3. On or about September 16, 2009, Easy Street and WestLB entered into the "Stipulated Interim Order on Motion of Easy Street Partners, LLC for Interim and Final Orders (I) Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. § 363 and Granting Adequate Protection to WestLB, AG, and (II) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b)" [Docket No. 39] (the "Interim Cash Collateral Stipulated Order").

4. On September 17, 2009, the Court entered the Interim Cash Collateral Stipulated Order [Docket No. 43], approving Easy Street's use of WestLB's cash collateral pursuant to the Budget attached to said Order through October 15, 2009, and affording WestLB certain rights and adequate protection as set forth in said Order (the "Interim Rights");

5. A final hearing on the Cash Collateral Motion is scheduled for October 13, 2009 at 11:00 a.m.

6. Responses to the Cash Collateral Motion are currently due by Wednesday, October 7, 2009.

## **STIPULATION**

WestLB and the Debtors have engaged in negotiations in an effort to resolve certain disputes related to the Cash Collateral Motion.  Although no agreement has been reached as of the time of the filing of this stipulation, the parties are hopeful that continued negotiations may result in an agreement resolving WestLB's concerns with the Debtors' continued use of its cash collateral.  In order to further encourage these negotiations, WestLB and the Debtors hereby stipulate and agree that WestLB shall be granted an extension of time until **12:00 p.m. (Mountain Time) on Friday, October 9, 2009,** to file a response to the Cash Collateral Motion


Dated: October 7, 2009                                     Agreed and Stipulated:


                                                By:   _____
                                                      Michael V. Blumenthal
                                                      Steven B. Eichel
                                                      CROWELL & MORING LLP
                                                      590 Madison Avenue, 20th Floor
                                                      New York, NY  10022

                                                      Proposed Reorganization Counsel for
                                                      Debtors and Debtors in Possession

                                                      Kenneth L. Cannon II
                                                      Steven J. McCardell
                                                      DURHAM JONES & PINEGAR, P.C.
                                                      111 East Broadway, Suite 900
                                                      P.O. Box 4050
                                                      Salt Lake City, UT   84110-4050

                                                      Proposed Local Reorganization Counsel
                                                      For Debtors and Debtors in Possession

By:    /s/ Scott A. Cummings
Richard W. Havel
Christina M. Craige
Drew A. Norman
SIDLEY AUSTIN LLP
555 West 5th Street, Suite 4000
Los Angeles, CA 90013

Attorneys for WestLB, AG

Annette Jarvis
Steven C. Strong
Scott A. Cummings.
DORSEY & WHITNEY LLP
136 South Main Street, Suite 1000
Salt Lake City, UT 84101-1685

Attorneys for WestLB, AG