CALLISTER NEBEKER & McCULLOUGH
JEFFREY L. SHIELDS (2947)
ZACHARY T. SHIELDS (6031)
Zions Bank Building Suite 900
10 East South Temple
Salt Lake City, UT 84133
Telephone: (801) 530-7300
Facsimile: (801) 364-9127
Email:  jlshields@cnmlaw.com

Attorneys for Creditor Gunther Inc. dba Gunther Comfort Air

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| IN RE: | Bankruptcy No. 09-29905 |
|---|---|
| EASY STREET HOLDING, LLC, *et al.*, | Chapter 11 |
| Debtors. | Judge R. Kimball Mosier |
| | **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

**PLEASE TAKE NOTICE** that Gunther Inc. dba Gunther Comfort Air hereby appears in

the above-captioned case by counsel:

> Jeffrey L. Shields (Utah Bar No. 2947)
> Zachary T. Shields (Utah Bar No. 6031)
> CALLISTER NEBEKER & McCULLOUGH
> 10 East South Temple, Suite 900
> Salt Lake City, UT 84133
> jlshields@cnmlaw.com
> zachshields@cnmlaw.com

529812.1

**REQUEST IS HEREBY MADE** pursuant to Bankruptcy Rules 2002 and 9010 that all notices given or required to be given in this case, and all papers, pleadings, motions or applications served or required to be served in this case or any adversary proceeding filed in connection therewith, shall be directed to, and served upon, the above-referenced counsel.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers filed in the proceeding specified above, but also includes without limitation orders and notices of any application, motion, petition, pleading, request, suggestion, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted and conveyed by mail, delivery CM/ECF, telephone, telegraph, telex or otherwise, which may affect or seek to affect in any way the rights or interest of Gunther Inc. dba Gunther Comfort Air with respect to the Debtor or the property or proceeds in which the Debtor may claim an interest.

DATED:  October 7, 2009            CALLISTER NEBEKER & McCULLOUGH


                                   By: /s/Jeffrey L. Shields
                                       Attorneys for Gunther Inc. dba Gunther Comfort Air

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of **NOTICE OF APPEARANCE OF COUNSEL AND REQUEST FOR NOTICE** was served by CM/ECF and by electronic mail on the 7th day of October 2009, on the following:

| | |
|---|---|
| Michael V. Blumenthal | VIA EMAIL [mblumenthal@crowell.com] |
| Steven B. Eichel | VIA EMAIL [seichel@crowell.com] |
| Crowell & Moring LLP | |
| 590 Madison Avenue, 20th Floor | |
| New York, NY  10022 | |
| | |
| Steven J. McCardell | VIA EMAIL [smccardell@djplaw.com] |
| Kenneth L. Cannon II | VIA EMAIL [kcannon@djplaw.com |
| Durham Jones & Pinegar, P.C. | |
| 111 East Broadway, Suite 900 | |
| P.O. Box 4050 | |
| Salt Lake City, UT  84110-4050 | |
| | VIA EMAIL [john.t.morgan@usdoj.gov] |
| John T. Morgan, Trustee | |
| U.S. Trustee's Office | |
| Ken Garff Bldg. | |
| 405 South Main Street, Suite 300 | |
| Salt Lake City, UT  84111 | |

/s/Nancy Jo Potter

529812.1