Adelaide Maudsley (#8791)
James K. Tracy (#6668)
CHAPMAN AND CUTLER LLP
201 South Main Street, Suite 2000
Salt Lake City, UT  84111
Telephone:  801-533-0066
Facsimile:  801-533-9595
Email: maudsley@chapman.com
          jtracy@chapman.com

Local Counsel for
BayNorth Realty Fund VI, LP

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>EASY STREET HOLDING, LLC, *et al.*,<br><br>Debtors.<br><br>Address: 201 Heber Avenue<br>         Park City, UT  84060<br><br>Tax ID Numbers:<br>35-2183713 (Easy Street Holding, LLC),<br>20-4502979 (Easy Street Partners, LLC), and<br>84-1685764 (Easy Street Mezzanine, LLC) | Bankruptcy Case No. 09-29905<br>Jointly Administered with<br>Cases 09-29907 and 09-29908<br><br>Chapter 11<br><br>Honorable R. Kimball Mosier<br><br>[FILED ELECTRONICALLY] |

### *EX PARTE* MOTION FOR COUNSEL TO APPEAR
### TELEPHONICALLY AT HEARING ON OCTOBER 13, 2009

BayNorth Realty Fund VI, LP ("BayNorth") moves (the "Motion") the Court *ex parte* for

an order authorizing Brian W. Harvey of Goodwin Procter LLP, counsel for BayNorth, to appear

telephonically at the hearing set for October 13, 2009 at 11:00 a.m. Mountain Time in the Easy

2696757.01.02.doc

Street Holding, LLC jointly-administered chapter 11 cases. In support of this Motion, BayNorth respectfully states as follows:

1. On September 14, 2009, Easy Street Holding, LLC; Easy Street Partners, LLC; and Easy Street Mezzanine, LLC (collectively, the "Debtors") filed voluntary chapter 11 petitions in this Court.

2. The initial hearing on the Debtors' request to use cash colltateral took place on September 16, 2009. The final hearing on th Debtors' request to use cash collateral is set forth October 13, 2009 at 11:00 a.m.

3. Mr. Harvey serves as lead counsel for BayNorth. Mr. Harvey's appearance at the hearing is necessary as his firm is national counsel for BayNorth, and he is familiar with the facts and circumstances of this matter and the relationship between BayNorth and the Debtors. Mr. Harvey has also had some involvement in the negotiations associated with the cash collateral use arrangement between the Debtors and WestLB. BayNorth anticipates that the final hearing on the Debtors' request to use cash collateral may not be contested but may proceed on a consensual basis. As required by applicable local rule, local counsel intends to be present at the hearing.

4. Mr. Harvey is resident in Goodwin Procter LLP's New York office. The direct telephonic contact information for Mr. Harvey is provided below. Alternatively, if the Court prefers, counsel for BayNorth will arrange a dial-in number for counsel to participate telephonically.

      Brian W. Harvey
      Goodwin Procter LLP
      The New York Times Building
      620 Eighth Avenue
      New York, NY  10018-1405
      Telephone:  (212) 813-8829
      Facsimile:  (212) 355-3333
      bharvey@goodwinprocter.com

5.    A proposed form of Order authorizing the telephonic appearance of Mr. Harvey is submitted contemporaneously herewith.

WHEREFORE, BayNorth respectfully requests entry of an Order granting the relief requested herein, mainly that Mr. Harvey be permitted to appear telephonically at the hearing on October 13, 2009 at 11:00 a.m. MT, and granting such other and further relief as the Court deems just and proper.

DATED this 8th day of October 2009.

                                CHAPMAN AND CUTLER LLP

                                By:  _____/s/ Adelaide Maudsley_____
                                    Adelaide Maudsley (#8791)
                                    James K. Tracy (#6668)
                                    201 South Main Street, Suite 2000
                                    Salt Lake City, UT  84111
                                    Telephone:  801-533-0066
                                    Facsimile:  801-533-9595
                                    Email: maudsley@chapman.com

                                    Local Counsel for
                                    BayNorth Realty Fund VI, LP

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **EX PARTE MOTION FOR COUNSEL TO APPEAR TELEPHONICALLY AT HEARING ON OCTOBER 13, 2009** was served on this 8th day of October, 2009 in the manner indicated below on each of the following:

Kenneth L. Cannon II
Steven J. McCardell
Durham Jones & Pinegar, P.C.
111 East Broadway, Suite 900
P.O.Box 4050
Salt Lake City, UT  84110
(by CM/ECF)

Annette W. Jarvis
Steven C. Strong
Benjamin J. Kotter
Dorsey & Whitney, LLP
136 South Main Street, Suite 1000
Salt Lake City, UT  84101
(by CM/ECF)

Office of the United States Trustee
405 South Main Street #300
Salt Lake City, UT  84111
(by CM/ECF)

Jeffrey W. Shields
Lon Jenkins
Troy J. Aramburu
Jones Waldo Holbrook & McDough, PC
170 South Main Street, Suite 1500
Salt Lake City, UT  84101
(by CM/ECF)

Jeffrey L. Shields
Zachary T. Shields
Callister Nebeker & McCullough
Zions Bank Building Suite 900
10 East South Temple
Salt Lake City, UT  84133
(by CM/ECF)

Anthony C. Kaye
Ballard Spahr LLP
One Utah Center, Suite 800
201 South Main Street
Salt Lake City, UT  84111-2221
(by CM/ECF)

Michael R. Johnson
Jonathan A. Dibble
Ray Quinney & Nebeker P.C.
36 South State Street, 14th Floor
P.O. Box 45385
Salt Lake City, UT  84145-0385
(by CM/ECF)

       ___/s/ Adelaide Maudsley_____