*Proposed Order Prepared and Submitted By:*
Adelaide Maudsley (#8791)
James K. Tracy (#6668)
CHAPMAN AND CUTLER LLP
201 South Main Street, Suite 2000
Salt Lake City, UT 84111
Telephone: 801-533-0066
Facsimile: 801-533-9595
Email: maudsley@chapman.com
　　　　jtracy@chapman.com

Local Counsel for
BayNorth Realty Fund VI, LP

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>EASY STREET HOLDING, LLC, *et al.*,<br><br>　　Debtors.<br><br>Address: 201 Heber Avenue<br>　　　　　Park City, UT 84060<br><br>Tax ID Numbers:<br>35-2183713 (Easy Street Holding, LLC),<br>20-4502979 (Easy Street Partners, LLC), and<br>84-1685764 (Easy Street Mezzanine, LLC) | Bankruptcy Case No. 09-29905<br>Jointly Administered with<br>Cases 09-29907 and 09-29908<br><br>Chapter 11<br><br>Honorable R. Kimball Mosier<br><br>[FILED ELECTRONICALLY] |

**ORDER GRANTING *EX PARTE* MOTION FOR COUNSEL TO APPEAR
TELEPHONICALLY AT HEARING ON OCTOBER 13, 2009**

2696771.01.02.doc

**Filed: 10/08/09**

The Court, having considered the "*Ex Parte* Motion for Counsel to Appear Telephonically at Hearing on October 13, 2009" (the "Motion") submitted by BayNorth Realty Fund VI, LP, and good cause appearing,

IT IS HEREBY ORDERED THAT the Motion is GRANTED.

-------------------------------------------------------------------------------------------------------------------

END OF DOCUMENT

## CERTIFICATE OF SERVICE BY CLERK OF COURT

The undersigned hereby certifies that a copy of the foregoing **ORDER GRANTING *EX PARTE* MOTION FOR COUNSEL TO APPEAR TELEPHONICALLY AT HEARING ON OCTOBER 13, 2009** was served via United States first class mail, postage prepaid, on this _____ day of _____, 2009 on the following:

| | |
|---|---|
| Adelaide Maudsley<br>Chapman and Cutler LLP<br>201 South Main Street, Suite 2000<br>Salt Lake City, UT  84111 | Kenneth L. Cannon II<br>Steven J. McCardell<br>Durham Jones & Pinegar, P.C.<br>111 East Broadway, Suite 900<br>P.O. Box 4050<br>Salt Lake City, UT  84110 |
| Brian W. Harvey<br>Goodwin Procter LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY  10018-1405 | Office of the United States Trustee<br>405 South Main Street #300<br>Salt Lake City, UT  84111 |
| Jeffrey W. Shields<br>Lon Jenkins<br>Troy J. Aramburu<br>Jones Waldo Holbrook & McDonough, PC<br>170 South Main Street, Suite 1500<br>Salt Lake City, Utah  84101 | |

_____

## CERTIFICATE OF SERVICE BY COUNSEL

The undersigned hereby certifies that a copy of the foregoing **(PROPOSED) ORDER GRANTING *EX PARTE* MOTION FOR COUNSEL TO APPEAR TELEPHONICALLY AT HEARING ON OCTOBER 13, 2009** was served on the 8th day of October, 2009 in the manner indicated below on each of the following:

| | |
|---|---|
| Kenneth L. Cannon II<br>Steven J. McCardell<br>Durham Jones & Pinegar, P.C.<br>111 East Broadway, Suite 900<br>P.O.Box 4050<br>Salt Lake City, UT  84110<br>(by CM/ECF) | Annette W. Jarvis<br>Steven C. Strong<br>Benjamin J. Kotter<br>Dorsey & Whitney, LLP<br>136 South Main Street, Suite 1000<br>Salt Lake City, UT  84101<br>(by CM/ECF) |
| Office of the United States Trustee<br>405 South Main Street #300<br>Salt Lake City, UT  84111<br>(by CM/ECF) | Jeffrey W. Shields<br>Lon Jenkins<br>Troy J. Aramburu<br>Jones Waldo Holbrook & McDonugh, PC<br>170 South Main Street, Suite 1500<br>Salt Lake City, UT  84101<br>(by CM/ECF) |
| Jeffrey L. Shields<br>Zachary T. Shields<br>Callister Nebeker & McCullough<br>Zions Bank Building Suite 900<br>10 East South Temple<br>Salt Lake City, UT  84133<br>(by CM/ECF) | Anthony C. Kaye<br>Ballard Spahr LLP<br>One Utah Center, Suite 800<br>201 South Main Street<br>Salt Lake City, UT  84111-2221<br>(by CM/ECF) |

Michael R. Johnson
Jonathan A. Dibble
Ray Quinney & Nebeker P.C.
36 South State Street, 14th Floor
P.O. Box 45385
Salt Lake City, UT  84145-0385
(by CM/ECF)

                                                /s/ Adelaide Maudsley

5