**The below described is SIGNED.**

**Dated: October 08, 2009** _____



**R. KIMBALL MOSIER**
**U.S. Bankruptcy Judge**

_____

_Proposed Order Prepared and Submitted By:_
Adelaide Maudsley (#8791)
James K. Tracy (#6668)
CHAPMAN AND CUTLER LLP
201 South Main Street, Suite 2000
Salt Lake City, UT  84111
Telephone:  801-533-0066
Facsimile:  801-533-9595
Email: maudsley@chapman.com
        jtracy@chapman.com

Local Counsel for
BayNorth Realty Fund VI, LP

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>EASY STREET HOLDING, LLC, _et al._,<br><br>Debtors.<br><br>Address: 201 Heber Avenue<br>        Park City, UT  84060<br><br>Tax ID Numbers:<br>35-2183713 (Easy Street Holding, LLC),<br>20-4502979 (Easy Street Partners, LLC), and<br>84-1685764 (Easy Street Mezzanine, LLC) | Bankruptcy Case No. 09-29905<br>Jointly Administered with<br>Cases 09-29907 and 09-29908<br><br>Chapter 11<br><br>Honorable R. Kimball Mosier<br><br>[FILED ELECTRONICALLY] |

**ORDER GRANTING _EX PARTE_ MOTION FOR COUNSEL TO APPEAR**
**TELEPHONICALLY AT HEARING ON OCTOBER 13, 2009**

2696771.01.02.doc

Filed: 10/08/09

The Court, having considered the "*Ex Parte* Motion for Counsel to Appear Telephonically at Hearing on October 13, 2009" (the "Motion") submitted by BayNorth Realty Fund VI, LP, and good cause appearing,

IT IS HEREBY ORDERED THAT the Motion is GRANTED.

------------------------------------------------------------------------------------------------------------

END OF DOCUMENT

## <u>CERTIFICATE OF SERVICE BY CLERK OF COURT</u>

The undersigned hereby certifies that a copy of the foregoing **ORDER GRANTING *EX***

***PARTE* MOTION FOR COUNSEL TO APPEAR TELEPHONICALLY AT HEARING**

**ON OCTOBER 13, 2009** was served via United States first class mail, postage prepaid, on this

_____ day of _____, 2009 on the following:

Adelaide Maudsley
Chapman and Cutler LLP
201 South Main Street, Suite 2000
Salt Lake City, UT  84111

Kenneth L. Cannon II
Steven J. McCardell
Durham Jones & Pinegar, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT  84110

Brian W. Harvey
Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY  10018-1405

Office of the United States Trustee
405 South Main Street #300
Salt Lake City, UT  84111

Jeffrey W. Shields
Lon Jenkins
Troy J. Aramburu
Jones Waldo Holbrook & McDonough, PC
170 South Main Street, Suite 1500
Salt Lake City, Utah  84101

_____

## CERTIFICATE OF SERVICE BY COUNSEL

The undersigned hereby certifies that a copy of the foregoing **(PROPOSED) ORDER GRANTING *EX PARTE* MOTION FOR COUNSEL TO APPEAR TELEPHONICALLY AT HEARING ON OCTOBER 13, 2009** was served on the 8th day of October, 2009 in the manner indicated below on each of the following:

Kenneth L. Cannon II
Steven J. McCardell
Durham Jones & Pinegar, P.C.
111 East Broadway, Suite 900
P.O.Box 4050
Salt Lake City, UT  84110
(by CM/ECF)

Annette W. Jarvis
Steven C. Strong
Benjamin J. Kotter
Dorsey & Whitney, LLP
136 South Main Street, Suite 1000
Salt Lake City, UT  84101
(by CM/ECF)

Office of the United States Trustee
405 South Main Street #300
Salt Lake City, UT  84111
(by CM/ECF)

Jeffrey W. Shields
Lon Jenkins
Troy J. Aramburu
Jones Waldo Holbrook & McDough, PC
170 South Main Street, Suite 1500
Salt Lake City, UT  84101
(by CM/ECF)

Jeffrey L. Shields
Zachary T. Shields
Callister Nebeker & McCullough
Zions Bank Building Suite 900
10 East South Temple
Salt Lake City, UT  84133
(by CM/ECF)

Anthony C. Kaye
Ballard Spahr LLP
One Utah Center, Suite 800
201 South Main Street
Salt Lake City, UT  84111-2221
(by CM/ECF)

Michael R. Johnson
Jonathan A. Dibble
Ray Quinney & Nebeker P.C.
36 South State Street, 14th Floor
P.O. Box 45385
Salt Lake City, UT  84145-0385
(by CM/ECF)

_____ /s/ Adelaide Maudsley _____

ORDER SIGNED