## The Sky Lodge - Individual Membership Info

| | | | | | | | Updated | Friday, March 17, 2006 |
|---|---|---|---|---|---|---|---|---|
| | | **Membership** | | **Buyers Agent** | | **Initial Reservation** | | **Contracted Purchases** |
| **UNIT** | **Price** | **Name** | **Agency** | **Name** | **Date Rec'd** | **Amount** | **Date Rec'd /Due** | **Amount** |
| | | | | **TWO BEDROOM HOMES** | | | | |
| **106** | | | | | | | | |
| #1 | 170,910 | J Jackson | Prudential | MacQuold | | | 1-Mar-06 | 34,182 |
| #2 | 209,900 | McClellan | Prudential | Shoaf/Peterson | | | 1-Mar-06 | 41,980 |
| #3 | 229,900 | Harris | Prudential | MacQuold | 27-Feb-06 | 10,000 | 16-Mar-06 | |
| #4 | 239,900 | Altaver | Prudential | MacQuold | 2-Mar-06 | 10,000 | 24-Mar-06 | |
| #5 | | | | | | | | |
| #6 | | | | | | | | |
| #7 | | | | | | | | |
| #8 | | | | | | | | |
| **206** | | | | | | | | |
| #1 | 179,910 | Vandersluis | Prudential | Benson | | | 1-Mar-06 | 35,982 |
| #2 | 209,900 | Walton / Crame | Prudential | Ahlers | | | 1-Mar-06 | 41,980 |
| #3 | 229,900 | Raymond | Prudential | Stoner | 2-Mar-06 | 10,000 | 24-Mar-06 | |
| #4 | | | | | | | | |
| #5 | | | | | | | | |
| #6 | | | | | | | | |
| #7 | | | | | | | | |
| #8 | | | | | | | | |
| **306** | | | | | | | | |
| #1 | 188,910 | Hojel | Prudential | Shoaf/Peterson | | | 1-Mar-06 | 37,782 |
| #2 | 209,900 | Cook | Prudential | Benson | | | 1-Mar-06 | 41,980 |
| #3 | 229,900 | DiOrio | Prudential | Shoaf/Peterson | 2-Mar-06 | 10,000 | 24-Mar-06 | |
| #4 | | | | | | | | |
| #5 | | | | | | | | |
| #6 | | | | | | | | |
| #7 | | | | | | | | |
| #8 | | | | | | | | |

## The Sky Lodge - Individual Membership Info

|  | | | | | | | Updated | Friday, March 17, 2006 | |
|---|---|---|---|---|---|---|---|---|---|
| | Membership | | Buyers Agent | | Initial Reservation | | | Contracted Purchases | |
| UNIT | Price | Name | Agency | Name | Date Rec'd | Amount | Date Rec'd | Amount | |
| **TWO BEDROOM HOMES** | | | | | | | | | |
| **406** | | | | | | | | | |
| #1 | 188,910 | Whitney | Prudential | Shoaf/Peterson | | | 1-Mar-06 | 37,782 | |
| #2 | 188,910 | Shoaf | Prudential | Shoaf/Peterson | | | 1-Mar-06 | 37,782 | |
| #3 | 188,910 | Connor | Prudential | Shoaf/Peterson | | | 1-Mar-06 | 37,782 | |
| #4 | 229,900 | Kesler / Clarfeld | Prudential | Shoaf/Peterson | | | 1-Mar-06 | 45,980 | |
| #5 | 259,900 | Silverman | Prudential | Shoaf/Peterson | | | 1-Mar-06 | 51,980 | |
| #6 | | | | | | | | | |
| #7 | | | | | | | | | |
| #8 | | | | | | | | | |
| **507** | | | | | | | | | |
| #1 | 219,900 | Skyboozer,LLC | Prudential | Nancy Erni | | | 9-Mar-06 | 43,980 | |
| #2 | 219,900 | Rad | LWD | Marcie Davis | | | 1-Mar-06 | 43,980 | |
| #3 | 259,900 | McClellen | Prudential | Shoaf/Peterson | | | 1-Mar-06 | 51,980 | |
| #4 | 279,900 | Danine | Prudential | Romero | | | 1-Mar-06 | 55,980 | |
| #5 | | | | | | | | | |
| #6 | | | | | | | | | |
| #7 | | | | | | | | | |
| #8 | | | | | | | | | |

## The Sky Lodge - Individual Membership Info

| | | | | | | Updated | | Friday, March 17, 2006 | |
|---|---|---|---|---|---|---|---|---|---|
| | Membership | | Buyers Agent | | | Initial Reservation | | Contracted Purchases | |
| UNIT | Price | Name | Agency | Name | | Date Rec'd | Amount | Date Rec'd | Amount |
| 202 | | | | THREE BEDROOM HOMES | | | | | |
| #1 | 259,900 | Irwin | Coldwell | Irwin | | | | 1-Mar-06 | 51,980 |
| #2 | 259,900 | Cioffi | LWD | Marcie Davis | | | | 12-Mar-06 | 51,980 |
| #3 | 272,900 | Haller | Prudential | Burns | | 5-Sep-05 | 54,580 | 15-Apr-06 | |
| #4 | | | | | | | | | |
| #5 | | | | | | | | | |
| #6 | | | | | | | | | |
| #7 | | | | | | | | | |
| #8 | | | | | | | | | |
| 207 | | | | | | | | | |
| #1 | 233,910 | McIlwaine | Prudential | Benson | | | | 1-Mar-06 | 46,782 |
| #2 | 279,900 | Smith | Prudential | Shoaf/Peterson | | | | 1-Mar-06 | 55,980 |
| #3 | 279,900 | Escurdiri | Prudential | Benson | | | | 1-Mar-06 | 55,980 |
| #4 | 279,900 | Anderson | Bald Eagle | Bowen | | | | 1-Mar-06 | 55,980 |
| #5 | 309,900 | Hoven | Prudential | Shoaf/Peterson | | 2-Mar-06 | 10,000 | 27-Mar-06 | |
| #6 | | | | | | | | | |
| #7 | | | | | | | | | |
| #8 | | | | | | | | | |
| 209 | | | | | | | | | |
| #1 | 269,910 | Albiani | Bald Eagle | Torrell | | | | 1-Mar-06 | 53,982 |
| #2 | 329,900 | Levine | Prudential | Benson | | | | 2-Mar-06 | 65,980 |
| #3 | | | | | | | | | |
| #4 | | | | | | | | | |
| #5 | | | | | | | | | |
| #6 | | | | | | | | | |
| #7 | | | | | | | | | |
| #8 | | | | | | | | | |

## The Sky Lodge - Individual Membership Info

| | | | | | | | Updated | Friday, March 17, 2006 | |
|---|---|---|---|---|---|---|---|---|---|
| | **Membership** | | **Buyers Agent** | | **Initial Reservation** | | **Contracted Purchases** | | |
| **UNIT** | **Price** | **Name** | **Agency** | **Name** | **Date Rec'd** | **Amount** | **Date Rec'd** | **Amount** | |
| **301** | | | | **THREE BEDROOM HOMES** | | | | | |
| #1 | 269,910 | Davis Fick | Prudential | Shoaf/Peterson | | | 1-Mar-06 | 54,000 | |
| #2 | 269,910 | Gross | Prudential | McLaughlin | | | 1-Mar-06 | 53,982 | |
| #3 | | | | | | | | | |
| #4 | | | | | | | | | |
| #5 | | | | | | | | | |
| #6 | | | | | | | | | |
| #7 | | | | | | | | | |
| #8 | | | | | | | | | |
| **303** | | | | | | | | | |
| #1 | 269,910 | Guernsey | Prudential | Shoaf/Peterson | | | 1-Mar-06 | 53,982 | |
| #2 | 269,910 | Davis, Scott | Prudential | Shoaf/Peterson | | | 1-Mar-06 | 53,982 | |
| #3 | 364,900 | Keating | LWD | Keating | | | 1-Mar-06 | 72,980 | |
| #4 | 384,900 | Duggan | Prudential | Shoaf/Peterson | 25-Feb-06 | 10,000 | 24-Mar-06 | | |
| #5 | | | | | | | | | |
| #6 | | | | | | | | | |
| #7 | | | | | | | | | |
| #8 | | | | | | | | | |
| **305** | | | | | | | | | |
| #1 | 269,910 | Fick | Prudential | Shoaf/Peterson | | | 1-Mar-06 | 53,982 | |
| #2 | 269,910 | Coleman | Prudential | Shoaf/Peterson | | | 14-Mar-06 | 53,982 | |
| #3 | | | | | | | | | |
| #4 | | | | | | | | | |
| #5 | | | | | | | | | |
| #6 | | | | | | | | | |
| #7 | | | | | | | | | |
| #8 | | | | | | | | | |

## The Sky Lodge – Individual Membership Info

|  |  |  |  |  | Updated |  | Friday, March 17, 2006 |  |
|---|---|---|---|---|---|---|---|---|
|  | **Membership** |  | **Buyers Agent** |  | **Initial Reservation** |  | **Contracted Purchases** |  |
| **UNIT** | Price | Name | Agency | Name | Date Rec'd | Amount | Date Rec'd | Amount |
| **THREE BEDROOM HOMES** | | | | | | | | |
| **309** | | | | | | | | |
| #1 | 314,910 | Elrick | Prudential | Elrick | | | 9-Mar-06 | 62,982 |
| #2 | 389,900 | Arnold/Borg | Prudential | Frost | | | 9-Mar-06 | 77,980 |
| #3 | | | | | | | | |
| #4 | | | | | | | | |
| #5 | | | | | | | | |
| #6 | | | | | | | | |
| #7 | | | | | | | | |
| #8 | | | | | | | | |
| **401** | | | | | | | | |
| #1 | 314,900 | Miller | LWD | Davis | | | 3-Apr-06 | 62,980 |
| #2 | 314,900 | M Davis | LWD | M Davis | | | 1-Mar-06 | 62,980 |
| #3 | 399,900 | Jenkins | Prudential | Benson | 8-Feb-06 | 10,000 | 3-Apr-06 | |
| #4 | | | | | | | | |
| #5 | | | | | | | | |
| #6 | | | | | | | | |
| #7 | | | | | | | | |
| #8 | | | | | | | | |
| **403** | | | | | | | | |
| #1 | 314,910 | Feder | LWD | Marcie Davis | | | 1-Mar-06 | 62,982 |
| #2 | 409,900 | Henshaw | Prudential | Benson | 27-Feb-06 | 10,000 | 17-Mar-06 | |
| #3 | 419,900 | Simons | LWD | Simons | 10-Feb-06 | 10,000 | 25-Mar-06 | |
| #4 | | | | | | | | |
| #5 | | | | | | | | |
| #6 | | | | | | | | |
| #7 | | | | | | | | |
| #8 | | | | | | | | |

## The Sky Lodge – Individual Membership Info

|  |  |  |  |  |  |  | Updated | Friday, March 17, 2006 |
|---|---|---|---|---|---|---|---|---|
|  | **Membership** | | **Buyers Agent** | | **Initial Reservation** | | **Contracted Purchases** | |
| UNIT | Price | Name | Agency | Name | Date Rec'd | Amount | Date Rec'd | Amount |
| **405** | | | | **THREE BEDROOM HOMES** | | | | |
| #1 | 314,900 | Benson | Prudential | Benson | | | 1-Mar-06 | 62,980 |
| #2 | 399,900 | Ahern | Prudential | Benson | | | 8-Mar-06 | 79,980 |
| #3 | | | | | | | | |
| #4 | | | | | | | | |
| #5 | | | | | | | | |
| #6 | | | | | | | | |
| #7 | | | | | | | | |
| #8 | | | | | | | | |
| **502** | | | | | | | | |
| #1 | 399,900 | Rayner | Prudential | Shoaf/Peterson | | | 1-Mar-06 | 79,980 |
| #2 | 449,900 | Davies | Prudential | Benson | 15-Mar-06 | 10,000 | 31-Mar-06 | |
| #3 | | | | | | | | |
| #4 | | | | | | | | |
| #5 | | | | | | | | |
| #6 | | | | | | | | |
| #7 | | | | | | | | |
| #8 | | | | | | | | |
| **506** | | | | | | | | |
| #1 | 429,900 | Corrado Prop. | Prudential | M Davis | | | 1-Mar-06 | 85,980 |
| #2 | 429,900 | Arnold/Borg | Prudential | Frost | | | 8-Mar-06 | 85,980 |
| #3 | 469,900 | Carey | Prudential | Shoaf/Peterson | 25-Feb-06 | 10,000 | 16-Mar-06 | |
| #4 | | | | | | | | |
| #5 | | | | | | | | |
| #6 | | | | | | | | |
| #7 | | | | | | | | |
| #8 | | | | | | | | |

## The Sky Lodge – Individual Membership Info

Updated: **Friday, March 17, 2006**

| UNIT | Membership Price | Membership Name | Buyers Agent Agency | Buyers Agent Name | Initial Reservation Date Rec'd | Initial Reservation Amount | Contracted Purchases Date Rec'd | Contracted Purchases Amount |
|------|------|------|------|------|------|------|------|------|
| **204** | | | | SKY HOMES | | | | |
| #1 | 339,900 | D Taylor | Prudential | Benson | | | 1-Mar-06 | 67,980 |
| #2 | 339,900 | Lundin | Prudential | Benson | | | 1-Mar-06 | 67,980 |
| #3 | 359,900 | Ferguson | Prudential | Benson | | | 1-Mar-06 | 71,980 |
| #4 | 379,900 | Hahn | Prudential | Benson | 18-Feb-06 | 10,000 | 20-Mar-06 | |
| #5 | | | | | | | | |
| #6 | | | | | | | | |
| #7 | | | | | | | | |
| #8 | | | | | | | | |
| **402** | | | | | | | | |
| #1 | 399,900 | Casale | Prudential | Benson | | | 1-Mar-06 | 79,980 |
| #2 | 409,900 | B&W Lamkin | Prudential | Benson | | | 1-Mar-06 | 81,980 |
| #3 | 409,900 | B&W Lamkin | Prudential | Benson | | | 1-Mar-06 | 81,980 |
| #4 | 449,900 | Davidson | Prudential | Benson | 22-Jan-06 | 10,000 | | |
| #5 | | | | | | | | |
| #6 | | | | | | | | |
| #7 | | | | | | | | |
| #8 | | | | | | | | |
| **404** | | | | | | | | |
| #1 | 399,900 | Weindenbenner | Prudential | Frost | | | 8-Mar-06 | 79,980 |
| #2 | 399,900 | Valasquez | Prudential | Benson | | | 1-Mar-06 | 79,980 |
| #3 | 399,900 | Bugarski | Prudential | Benson | | | 1-Mar-06 | 79,980 |
| #4 | 419,900 | Lamkin/Ackrell | Prudential | Benson | | | 1-Mar-06 | 83,980 |
| #5 | | | | | | | | |
| #6 | | | | | | | | |
| #7 | | | | | | | | |
| #8 | | | | | | | | |

## The Sky Lodge - Individual Membership Info.

| | | | | | | | Updated | Friday, March 17, 2006 | |
|---|---|---|---|---|---|---|---|---|---|

| UNIT | Membership | | Buyers Agent | | Initial Reservation | | Contracted Purchases | |
|---|---|---|---|---|---|---|---|---|
| | Price | Name | Agency | Name | Date Rec'd | Amount | Date Rec'd | Amount |
| **SKY HOMES** | | | | | | | | |
| **504** | | | | | | | | |
| #1 | 439,900 | Rosenburg | Jess Reid | Fine | | | 15-Mar-06 | 87,980 |
| #2 | | | | | | | | |
| #3 | | | | | | | | |
| #4 | | | | | | | | |
| #5 | | | | | | | | |
| #6 | | | | | | | | |
| #7 | | | | | | | | |
| #8 | | | | | | | | |
| **THE PENTHOUSE** | | | | | | | | |
| **PH** | | | | | | | | |
| #1 | 449,910 | Cotes/Flores | Prudential | Shoaf/Peterson | | | 1-Mar-06 | 89,982 |
| #2 | 539,900 | Lamkin | Prudential | Benson | | | 1-Mar-06 | 107,980 |
| #3 | 539,900 | Lamkin | Prudential | Benson | | | 1-Mar-06 | 107,980 |
| #4 | 539,900 | Lamkin | Prudential | Benson | | | 1-Mar-06 | 107,980 |
| #5 | 649,900 | Hillyard | Prudential | Shoaf/Peterson | | | 1-Mar-06 | 129,980 |
| #6 | 699,900 | Hillyard | Prudential | Shoaf/Peterson | | | 1-Mar-06 | 139,980 |
| #7 | | | | | | | | |
| #8 | | | | | | | | |

## EXHIBIT J
## FORM OF GENERAL CONTRACTOR'S CERTIFICATE

*[Insert Name and Address of GC]*

[_____ ___, 2006]

WestLB AG,
New York Branch, as Administrative Agent
1211 Avenue of the Americas
New York, New York 10036

Sky Lodge Private Residence Club & Hotel, Park City, Utah

Ladies and Gentlemen:

Reference is made to that certain Loan and Security Agreement, dated as of March [___], 2006, by and between Easy Street Partners, LLC (the *Borrower*) and WestLB AG, a German corporation acting by and through its New York branch, having an office at 1211 Avenue of the Americas, New York, New York 10036, as administrative agent (including any of its successors and assigns, the *Administrative Agent*) for itself and such other co-lenders as may exist from time to time (collectively, the *Lenders* and each individually, a *Lender*) (as the same may hereinafter be amended, modified, extended and/or assigned from time to time, the *Loan Agreement*).

The undersigned (the *General Contractor*) understands that the Loan contemplated by the Loan Agreement will be used to finance the acquisition, renovation and construction of the Improvements (the *Improvements*) more particularly described in the Plans and Specifications identified in Exhibit A attached hereto, prepared by the Architect. The General Contractor has been engaged by the Borrower to construct the Improvements, and such engagement of the General Contractor has been confirmed by the Agreement between the Owner and the General Contractor dated as of [____ ____, ____] by and between the General Contractor and the Borrower (the *Contract*).

The General Contractor represents and warrants to the Administrative Agent as follows:

A.    The General Contractor has reviewed and agreed to the Plans and Specifications and the Plans and Specifications have been approved by the General Contractor;

B.    The General Contractor has reviewed and agreed to the Project Budget attached hereto as Exhibit B and acknowledges that the Project can be completed for the total project costs set forth in the Project Budget;

C.    The General Contractor has reviewed the Permits specified in Exhibit C which are designated as having been obtained and such Permits are current, valid, effective and paid for. The balance of the Permits specified on Exhibit T of the Loan

Agreement as having not yet been obtained constitute, to the knowledge and belief of the General Contractor, all the Permits and other governmental licenses, approvals, authorizations, consents, variances, certificates or agreements necessary or desirable for the construction of the Improvements to Final Completion, and as may be required in accordance with Laws currently in effect. The General Contractor has no reason to believe that the Permits in **Exhibit C** which have not yet been obtained will not be obtained in the ordinary course of construction;

D.      to the best of the General Contractor's knowledge, no liens have been asserted in connection with the Project in favor of the General Contractor or any subcontractor hired by the General Contractor, who has performed work, for the work so performed, and/or who supplied labor and/or materials, for the labor and/or materials so supplied, except for such work or labor and/or materials for which payment thereof is requested as of the date hereof;

E.      attached hereto as **Exhibit D** is a true and correct copy of the standard form of subcontract to be used by the General Contractor in connection with the construction of the Improvements.

F.      the provisions set forth in this letter shall be binding upon the General Contractor and the General Contractor's successors and assigns and shall inure to the benefit of the Administrative Agent and the Lenders and the Administrative Agent's and the Lenders' successors and assigns.

**[SIGNATURE ON FOLLOWING PAGE]**

Very truly yours,

[ _____ ]


By:_____
      Name:
      Title:

## EXHIBIT A

### Plans and Specifications

### (See attached)

**EXHIBIT B**

Project Budget

(See attached)

## EXHIBIT C

Permits

# EXHIBIT D

### Standard Form of Subcontract

### (See attached)

## EXHIBIT K
## SCHEDULE OF MINIMUM RELEASE PRICES

Minimum Unit Prices — Based upon the last contracted sales price as of November 22, 2005

**The Sky Lodge**
**Last Sales Price - November 22, 2005**

| | Unit Number | Last Contracted Sales Price |
|---|---|---|
| TWO BEDROOM HOMES | | |
| | 106 | 209,900 |
| | 206 | 209,900 |
| | 306 | 229,900 |
| | 406 | 229,900 |
| | 507 | 259,900 |
| THREE BEDROOM HOMES | | |
| | 202 | 272,900 |
| | 207 | 279,900 |
| | 209 | 329,900 |
| | 301 | 269,910 |
| | 303 | 364,900 |
| | 305 | 269,910 |
| | 309 | 389,900 |
| | 401 | 314,900 |
| | 403 | 314,900 |
| | 405 | 399,900 |
| | 502 | 399,900 |
| | 506 | 439,900 |
| SKY HOMES | | |
| | 204 | 339,900 |
| | 402 | 409,900 |
| | 404 | 419,900 |
| | 504 | 439,900 |
| THE PENTHOUSE | | |
| | 601 | 699,900 |

**EXHIBIT L**
**PERMITTED EXCEPTIONS**

(See attached)

Form No. 1056.70 (10/17/70)
ALTA Loan Policy - Form 1
Policy No.:TBD

Order No.: 2189030
PRO-FORMA

### SCHEDULE B

#### Part I

#### EXCEPTIONS FROM COVERAGE

This policy does not insure against loss or damage (and the Company will not pay costs, attorneys' fees or expenses) which arise by reason of:

(THE FOLLOWING EXCEPTION AFFECTS PARCEL NO. 1)

1.  Taxes for the year 2006 are now accruing as a lien, but are not yet due and payable. Taxes for the year 2005 were paid. (Tax Parcel No. SA-400-F)

(THE FOLLOWING EXCEPTION AFFECTS PARCEL 2)

2.  Taxes for the year 2006 are now accruing as a lien, but are not yet due and payable. Taxes for the year 2005 were paid. (Tax Parcel No. SA-400-A)

(THE FOLLOWING EXCEPTION AFFECTS PARCEL 3)

3.  Taxes for the year 2006 are now accruing as a lien, but are not yet due and payable. Taxes for the year 2005 were paid. (Tax Parcel No. SA-400-406)

(THE FOLLOWING EXCEPTION AFFECTS PARCEL 4)

4.  Taxes for the year 2006 are now accruing as a lien, but are not yet due and payable. Taxes for the year 2005 were paid. (Tax Parcel No. ESB-1)

(THE FOLLOWING EXCEPTION AFFECTS PARCEL4A)


(Continued)

*FIRST AMERICAN TITLE INSURANCE COMPANY*

PAGE 7/37 * RCVD AT 2/23/2006 7:22:06 PM [Eastern Standard Time] * SVR:NYC-US-FAX-01/11 * DNIS:5741 * CSID:18014124688 * DURATION (mm-ss):10-58

Form No. 1056.70 (10/17/70)
ALTA Loan Policy - Form 1
Policy No.:TBD

Order No.: 2189030
PRO-FORMA

### SCHEDULE B

#### Part I Continued

5. Taxes for the year 2006 are now accruing as a lien, but are not yet due and payable. Taxes for the year 2005 were paid (Tax Parcel No. ESB-2)

   (THE FOLLOWING EXCEPTION AFFECTS PARCEL 5)

6. Taxes for the year 2006 are now accruing as a lien, but are not yet due and payable. Taxes for the year 2005 were paid (Tax Parcel No. SA-425-UPL)

   (THE FOLLOWING EXCEPTION AFFECTS PARCEL 6)

7. Intentionally Deleted

8. Said property is located within the boundaries of PARK CITY and is subject to the charges and assessments levied thereunder.

   Said charges  and assessments are current.

9. Said property is located within the boundaries of PARK CITY WATER SERVICE DISTRICT and is subject to the charges and assessments levied thereunder.

   Said charges and assessments are current.

10. Said property is located within the boundaries of SNYDERVILLE BASIN WATER RECLAMATION DISTRICT and is subject to the charges and assessments levied thereunder.

    Said charges and assessments are current.

11. PROSPECTOR LANDSCAPING AND MAINTENANCE OF SOIL COVER ORDINANCE, Recorded AUGUST 1, 1989, as Entry No. 311124, in Book 529, at Page 755, SUMMIT County Recorder's Office.

   (Continued)

*FIRST AMERICAN TITLE INSURANCE COMPANY*

Form No. 1056.70 (10/17/70)
ALTA Loan Policy - Form 1
Policy No.:TBD

Order No.: 2189030
PRO-FORMA

### SCHEDULE B

#### Part I Continued

AND ORDINANCE AMENDING TITLE 11, CHAPTER 14, SECTION 1, OF THE MUNICIPAL
CODE OF PARK CITY TO EXPAND THE AREA SUBJECT TO PROSPECTOR MINIMUM
LANDSCAPING AND TOP SOIL REQUIREMENTS , Recorded AUGUST 10, 1994, as Entry No.
412146, in Book 828, at Page 394, SUMMIT County Recorder's Office.

12. THE TERMS, CONDITIONS COVENANTS, RESTRICTIONS AND PROVISIONS CONTAINED
IN, AND THE EASEMENTS (EXACT LOCATION NOT DISCLOSED) CREATED BY THAT
CERTAIN EASEMENT , Recorded MAY 25, 1936, as Entry No. 57299 AND 57302 , in Book V, at
Page 52 AND 54, SUMMIT County Recorder's Office.

13. EASEMENT FOR A PIPE LINE AS DISCLOSED BY MINING CLAIM MAP WHICH DEPICTS
BLOCK 50, PARK CITY SURVEY AND SURROUNDING AREAS

14. THE TERMS, CONDITIONS COVENANTS, RESTRICTIONS AND PROVISIONS CONTAINED
IN, AND THE EASEMENTS CREATE BY THAT CERTAIN EASEMENT RELOCATION
AGREEMENT, Recorded MARCH 11, 1985, as Entry No. 231552, in Book 334, at Page 551,
SUMMIT County Recorder's Office.

15. THE TERMS, CONDITIONS COVENANTS, RESTRICTIONS AND PROVISIONS CONTAINED
IN ANT THE EASEMENTS CREATED BY THAT CERTAIN INTERLOCAL COOPERATION
AGREEMENT , Recorded OCTOBER 2, 1985, as Entry No. 239615, in Book 356, at Page 454,
SUMMIT County Recorder's Office.

16. THE TERMS, CONDITIONS COVENANTS, RESTRICTIONS AND PROVISIONS CONTAINED
IN, AND THE EASEMENTS CREATE BY THAT CERTAIN EASEMENT RELOCATION
AGREEMENT PACIFIC AVENUE, Recorded DECEMBER 31, 1983, as Entry No. 244339 AND
244340, in Book 368, at Page 635 AND 643, SUMMIT County Recorder's Office.

(THE FOLLOWING EXCEPTION AFFECTS PARCEL 1)

(Continued)

*FIRST AMERICAN TITLE INSURANCE COMPANY*

PAGE 9/37 * RCVD AT 2/23/2006 7:22:06 PM [Eastern Standard Time] * SVR:NYC-US-FAX-01/11 * DNIS:5741 * CSID:18014124688 * DURATION (mm-ss):10-58

Form No. 1056.70 (10/17/70)
ALTA Loan Policy - Form 1
Policy No.:TBD

Order No.: 2189030
PRO-FORMA

### SCHEDULE B

#### Part 1 Continued

17. A PERPETUAL CONSERVATION EASEMENT IN AND TO THE FACADE OF THE STRUCTURE IN FAVOR OF PARK CITY MUNICIPAL CORPORATION, Recorded DECEMBER 31, 1975, as Entry No. 244341, in Book 368, at Page 651, SUMMIT County Recorder's Office.

THE TERMS, CONDITIONS COVENANTS, RESTRICTIONS AND PROVISIONS CONTAINED IN AND THE EASEMENTS CREATED BY THAT CERTAIN CONFIRMATION AND REFORMATION OF RESTRICTIVE COVENANT PRESERVATION EASEMENT , Recorded SEPTEMBER 17, 1987, as Entry No. 276572, in Book 444, at Page 69, SUMMIT County Recorder's Office.

(THE FOLLOWING EXCEPTION AFFECTS PARCEL 1)

18. THE TERMS, CONDITIONS COVENANTS, RESTRICTIONS AND PROVISIONS CONTAINED IN AND THE EASEMENTS CREATED BY THAT CERTAIN GRANT OF EASEMENT IN FAVOR OF MCINTOSH MILL, LTD,, Recorded APRIL 22, 1993, as Entry No. 377986, in Book 721, at Page 484, SUMMIT County Recorder's Office.

(THE FOLLOWING EXCEPTION AFFECTS PARCEL 1)

19. THE TERMS, CONDITIONS COVENANTS, RESTRICTIONS AND PROVISIONS CONTAINED IN, AND THE EASEMENTS CREATED BY THAT CERTAIN GRANT OF EASEMENT (MAIN STREET SIDEWALK ADJACENT TO DEPOT BUILDING) IN FAVOR OF PARK CITY MUNICIPAL CORPORATION, Recorded APRIL 22, 1993, as Entry No. 377993, in Book 721, at Page 498, SUMMIT County Recorder's Office.

(THE FOLLOWING EXCEPTION AFFECTS PARCEL 2)

20. THE TERMS, CONDITIONS COVENANTS, RESTRICTIONS AND PROVISIONS CONTAINED IN AND THE EASEMENTS CREATED BY THAT CERTAIN EASEMENT RELOCATION AGREEMENT ( PATHWAY FROM DEPOT TO 7TH STREET) IN FAVOR OF PARK CITY MUNICIPAL CORPORATION, Recorded JUNE 24, 1994, as Entry No. 408159, in Book 816, at Page 206, SUMMIT County Recorder's Office.

(Continued)

*FIRST AMERICAN TITLE INSURANCE COMPANY*

PAGE 10/37 * RCVD AT 2/23/2006 7:22:06 PM [Eastern Standard Time] * SVR:NYC-US-FAX-01/11 * DNIS:5741 * CSID:18014124688 * DURATION (mm-ss):10-58

Form No. 1056.70 (10/17/70)
ALTA Loan Policy – Form 1
Policy No.:TBD

Order No.: 2189030
PRO-FORMA

### SCHEDULE B

### Part I Continued

(THE FOLLOWING EXCEPTION AFFECTS PARCEL 1)

21. THE TERMS, CONDITIONS COVENANTS, RESTRICTIONS AND PROVISIONS CONTAINED IN, AND THE EASEMENTS CREATED BY THAT CERTAIN GRANT OF EASEMENT (PATH, WEST SIDE OF MORI HEALTH CLUB PARCEL ) IN FAVOR OF PARK CITY MUNICIPAL CORPORATION, Recorded JUNE 24, 1994, as Entry No. 408160, in Book 816, at Page 213, SUMMIT County Recorder's Office.

(THE FOLLOWING EXCEPTION AFFECTS PARCEL 4 AND 4A)

22. THE TERMS, CONDITIONS COVENANTS, RESTRICTIONS AND PROVISIONS CONTAINED IN, AND THE EASEMENTS CREATED BY THAT CERTAIN EASEMENT IN FAVOR OF U.S. WEST COMMUNICATIONS INC., Recorded AUGUST 17, 1994, as Entry No. 412702, in Book 830, at Page 132, SUMMIT County Recorder's Office.

(THE FOLLOWING EXCEPTION AFFECTS PARCEL 4 AND 4A)

23. THE TERMS, CONDITIONS COVENANTS, RESTRICTIONS AND PROVISIONS CONTAINED IN AND THE EASEMENTS CREATED BY THAT CERTAIN GRANT OF EASEMENT IN FAVOR OF SNYDERVILLE BASIN SEWER IMPROVEMENT DISTRICT, Recorded AUGUST 30, 1995, as Entry No. 436370, in Book 904, at Page 474, SUMMIT County Recorder's Office.

(THE FOLLOWING EXCEPTION AFFECTS PARCEL 4 AND 4A)

24. THE TERMS, CONDITIONS COVENANTS, RESTRICTIONS AND PROVISIONS CONTAINED IN AND THE EASEMENTS CREATED BY THAT CERTAIN GRANT OF EASEMENT IN FAVOR OF SNYDERVILLE BASIN SEWER IMPROVEMENT DISTRICT , Recorded SEPTEMBER 8, 1995, as Entry No. 436959, in Book 906, at Page 508, SUMMIT County Recorder's Office.

(THE FOLLOWING EXCEPTION AFFECTS PARCEL NO. 1)


(Continued)

*FIRST AMERICAN TITLE INSURANCE COMPANY*

PAGE 11/37 * RCVD AT 2/23/2006 7:22:06 PM [Eastern Standard Time] * SVR:NYC-US-FAX-01/11 * DNIS:5741 * CSID:18014124688 * DURATION (mm-ss):10-58

Form No. 1056.70 (10/17/70)
ALTA Loan Policy - Form 1
Policy No.:TBD

Order No.: 2189030
PRO-FORMA

### SCHEDULE B

#### Part I Continued

25. THE TERMS, CONDITIONS COVENANTS, RESTRICTIONS AND PROVISIONS CONTAINED
IN, AND THE EASEMENTS CREATED BY THAT CERTAIN ENCROACHMENT PERMIT 660
MAIN STREET-ZOOM , Recorded OCTOBER 14, 1997, as Entry No. 489664, in Book 1084, at Page
46, SUMMIT County Recorder's Office.

(THE FOLLOWING EXCEPTION AFFECTS PARCEL 2)

26. THE TERMS, CONDITIONS COVENANTS, RESTRICTIONS AND PROVISIONS CONTAINED
IN AND THE EASEMENTS CREATED BY THAT CERTAIN GRANT OF EASEMENT
(BUILDING A-1 FIRE EXIT/STAIRWAY) IN FAVOR OFGKM LTD A UTAH LIMITED
LIABILITY PARTNERSHIP, Recorded SEPTEMBER 8, 1998, as Entry No. 517126, in Book 1180, at
Page 426, SUMMIT County Recorder's Office.

(THE FOLLOWING EXCEPTION AFFECTS PARCEL NO. 4 AND 4A)

27. THE TERMS, CONDITIONS COVENANTS, RESTRICTIONS AND PROVISIONS CONTAINED
IN AND THE EASEMENTS CREATED BY THAT CERTAIN FLOATING SEWER EASEMENT
DEED, Recorded NOVEMBER 12, 2002, as Entry No. 637956, in Book 1487, at Page 1522, SUMMIT
County Recorder's Office.

28. RESERVATIONS CONTAINED IN THAT CERTAIN PATENT EXECUTED BY THE UNITED
STATES OF AMERICA, Recorded OCTOBER 14, 1882, as Entry No.  , in Book A, at Page 76,
SUMMIT County Recorder's Office.

SUBJECT TO ANY VESTED AND ACCRUED WATER RIGHTS FOR MINING,
AGRICULTURAL MANUFACTURING OR OTHER PURPOSES AND RIGHTS TO DITCHES
AND RESERVOIRS USED IN CONNECTION WITH SUCH WATER RIGHTS AS MAY BE
RECOGNIZED AND ACKNOWLEDGED BY THE LOCAL CUSTOMS, LAWS AND DECISIONS
OF COURTS, AND ALSO SUBJECT TO THE RIGHT OF THE PROPRIETOR OF A VEIN OR
LODE EXTRACT AND REMOVE HIS ORE THERE FROM, SHOULD THE SAME BE FOUND TO
PENETRATE OR INTERSECT THE PREMISES HEREBY GRANTED AS PROVIDED BY LAW.

(Continued)

*FIRST AMERICAN TITLE INSURANCE COMPANY*

PAGE 12/37 * RCVD AT 2/23/2006 7:22:06 PM [Eastern Standard Time] * SVR:NYC-US-FAX-01/11 * DNIS:5741 * CSID:18014124688 * DURATION (mm-ss):10-58

Form No. 1056.70 (10/17/70)
ALTA Loan Policy - Form 1
Policy No.:TBD

Order No.: 2189030
PRO-FORMA

### SCHEDULE B

#### Part I Continued

29. RESERVATIONS CONTAINED IN THAT CERTAIN PATENT EXECUTED BY THE UNITED
STATES OF AMERICA , Recorded APRIL 14, 1877, as Entry No.  , in Book F, at Page 205, SUMMIT
County Recorder's Office.

SUBJECT TO ANY VESTED AND ACCRUED WATER RIGHTS FOR MINING,
AGRICULTURAL MANUFACTURING OR OTHER PURPOSES AND RIGHTS TO DITCHES
AND RESERVOIRS USED IN CONNECTION WITH SUCH WATER RIGHTS AS MAY BE
RECOGNIZED AND ACKNOWLEDGED BY THE LOCAL CUSTOMS, LAWS AND DECISIONS
OF COURTS, AND ALSO SUBJECT TO THE RIGHT OF THE PROPRIETOR OF A VEIN OR
LODE EXTRACT AND REMOVE HIS ORE THERE FROM, SHOULD THE SAME BE FOUND TO
PENETRATE OR INTERSECT THE PREMISES HEREBY GRANTED AS PROVIDED BY LAW.

30. RESERVATIONS CONTAINED IN THAT CERTAIN PATENT EXECUTED BY THE UNITED
STATES OF AMERICA , Recorded APRIL 14, 1877, as Entry No.  , in Book F, at Page 207, SUMMIT
County Recorder's Office.

SUBJECT TO ANY VESTED AND ACCRUED WATER RIGHTS FOR MINING,
AGRICULTURAL MANUFACTURING OR OTHER PURPOSES AND RIGHTS TO DITCHES
AND RESERVOIRS USED IN CONNECTION WITH SUCH WATER RIGHTS AS MAY BE
RECOGNIZED AND ACKNOWLEDGED BY THE LOCAL CUSTOMS, LAWS AND DECISIONS
OF COURTS, AND ALSO SUBJECT TO THE RIGHT OF THE PROPRIETOR OF A VEIN OR
LODE EXTRACT AND REMOVE HIS ORE THERE FROM, SHOULD THE SAME BE FOUND TO
PENETRATE OR INTERSECT THE PREMISES HEREBY GRANTED AS PROVIDED BY LAW.

(THE FOLLOWING EXCEPTION AFFECTS PARCEL 2)

31. RESERVATIONS CONTAINED IN THAT CERTAIN SPECIAL WARRANTY DEED EXECUTED
BY UNITED PARK CITY MINES COMPANY , Recorded APRIL 14, 1969, as Entry No. 108963, in
Book 20, at Page 615, SUMMIT County Recorder's Office.

(Continued)

*FIRST AMERICAN TITLE INSURANCE COMPANY*

PAGE 13/37 * RCVD AT 2/23/2006 7:22:06 PM [Eastern Standard Time] * SVR:NYC-US-FAX-01/11 * DNIS:5741 * CSID:18014124688 * DURATION (mm-ss):10-58

Form No. 1056.70 (10/17/70)
ALTA Loan Policy - Form 1
Policy No.:TBD

Order No.: 2189030
PRO-FORMA

### SCHEDULE B

#### Part I Continued

EXPRESSLY EXCEPTING AND RESERVING, HOWEVER UNTO THE GRANTOR ITS
SUCCESSORS AND ASSIGNS ALL MINERALS INCLUDING OIL AND GAS UNDERLYING
THE SURFACE OF THE ABOVE DESCRIBED PARCELS AND TRACTS OF LANDS,
TOGETHER WITH RIGHT TO EXTRACT AND REMOVE THE SAME, PROVIDED HOWEVER
THAT GRANTOR FOR ITSELF ITS SUCCESSORS AND ASSIGNS, COVENANTS AND AGREES
TO AND WITH GRANTEE ITS SUCCESSORS AND ASSIGNS THAT GRANTOR ITS
SUCCESSORS OR ASSIGNS IN THE EXTRACTION OR REMOVAL OF THE MINERALS
HEREBY EXCEPTED AND RESERVED OR IN THE CONDUCT OF MINING OR OTHER
OPERATIONS WILL NOT ENTER UPON THE SURFACE OF SAID PREMISES.

32. RESERVATION OF MINERAL RIGHTS AS RESERVED IN THE WARRANTY DEED FROM
UNION PACIFIC LAND RESOURCES CORPORATION AS GRANTOR, IN FAVOR OF JOHN B.
PRINCE AND WALLACE A .WRIGHT, JR. , Recorded SEPTEMBER 22, 1977, as Entry No.
140531, in Book 100, at Page 441, SUMMIT County Recorder's Office.

EXCEPTING FROM THIS GRANT AND RESERVING UNTO THE GRANTOR ITS SUCCESSORS
AND ASSIGNS ALL MINERALS AND ALL MINERAL RIGHTS OF EVERY KIND AND
CHARACTER NOW KNOWN TO EXIST OR HEREAFTER DISCOVERED, INCLUDING
WITHOUT LIMITING THE GENERALITY OF THE FOREGOING OIL AND GAS AND RIGHTS
THERETO, TOGETHER WITH THE SOLE, EXCLUSIVE AND PERPETUAL RIGHT TO
EXPLORE FOR, REMOVE AND DISPOSE OF SAID MINERALS BY ANY MEANS OR
METHODS SUITABLE TO THE GRANTOR ITS SUCCESSORS OR ASSIGNS BUT WITHOUT
ENTERING UPON OR USING THE SURFACE OF THE LANDS CONVEYED AND IN SUCH
MANNER AS NOT TO DAMAGE THE SURFACE OF SAID LANDS OR TO INTERFERE WITH
THE USE THEREOF BY THE GRANTEE.

(THE FOLLOWING EXCEPTION AFFECTS PARCELS 5 AND 6)

33. RESERVATIONS CONTAINED IN THAT CERTAIN QUIT-CLAIM DEED EXECUTED BY THE
UNION PACIFIC RAILROAD COMPANY , Recorded OCTOBER 31, 1979, as Entry No. 160844, in
Book 144, at Page 804, SUMMIT County Recorder's Office.

(Continued)

*FIRST AMERICAN TITLE INSURANCE COMPANY*

PAGE 14/37 * RCVD AT 2/23/2006 7:22:06 PM [Eastern Standard Time] * SVR:NYC-US-FAX-01/11 * DNIS:5741 * CSID:18014124688 * DURATION (mm-ss):10-58

Form No. 1056.70 (10/17/70)
ALTA Loan Policy – Form 1
Policy No.:TBD

Order No.: 2189030
PRO-FORMA

### SCHEDULE B

#### Part I Continued

EXCEPTING FROM THIS GRANT AND RESERVING UNTO THE GRANTOR ITS SUCCESSORS
AND ASSIGNS ALL MINERALS AND ALL MINERAL RIGHTS OF EVERY KIND AND
CHARACTER NOW KNOWN TO EXIST OR HEREAFTER DISCOVERED, INCLUDING
WITHOUT LIMITING THE GENERALITY OF THE FOREGOING OIL AND GAS AND RIGHTS
THERETO, TOGETHER WITH THE SOLE, EXCLUSIVE AND PERPETUAL RIGHT TO
EXPLORE FOR, REMOVE AND DISPOSE OF SAID MINERALS BY ANY MEANS OR
METHODS SUITABLE TO THE GRANTOR ITS SUCCESSORS OR ASSIGNS BUT WITHOUT
ENTERING UPON OR USING THE SURFACE OF THE LANDS CONVEYED AND IN SUCH
MANNER AS NOT TO DAMAGE THE SURFACE OF SAID LANDS OR TO INTERFERE WITH
THE USE THEREOF BY THE GRANTEE.

(THE FOLLOWING EXCEPTION AFFECTS PARCEL 1)

34. THE TERMS, CONDITIONS COVENANTS, RESTRICTIONS AND PROVISIONS CONTAINED
IN THAT CERTAIN NET LEASE AND PURCHASE OPTION AGREEMENT BY AND BETWEEN
AURORA PARTNERS LIMITED AS LESSOR AND SUNDANCE ENTERPRISES INC. AS
LESSEE, Recorded DECEMBER 20, 1996, as Entry No. 469890, in Book 1016, at Page 325,
SUMMIT County Recorder's Office.

ASSIGNMENT OF LESSEE'S INTEREST IN LEASE TO SUNDANCE PARTNERS, LTD, A UTAH
CORPORATION, Recorded DECEMBER 20, 1996, as Entry No. 469891, in Book 1016, at Page 380,
SUMMIT County Recorder's Office.

35. Intentionally Deleted

36. Intentionally Deleted

37. Intentionally Deleted

(Continued)

*FIRST AMERICAN TITLE INSURANCE COMPANY*

Administrative Agent shall be entitled to rely upon the work product of such attorneys to the same extent that any Indemnitor is entitled to rely thereon.

(d)     The Indemnitees shall give written notice to each Indemnitor of any act or occurrence which may lead to an Indemnified Claim promptly upon becoming aware of any such act or occurrence; provided, that failure by the Indemnitees to give such notice shall not affect any Indemnitor's obligations hereunder except to the extent that such failure actually prejudices any Indemnitor's ability to perform hereunder.

## 7.  Procedures Relating to Indemnification.

(a)  In the event that any Indemnitor fails to diligently pursue defense of any claim as required hereunder, the Administrative Agent may, but shall not be obligated to, upon five days' prior written notice to such Indemnitor, employ its own legal counsel and consultants to investigate, prosecute, negotiate, or defend any Indemnified Claim and in such event, the Administrative Agent shall have the right to compromise or settle the same without the necessity of showing actual liability therefor, and without the consent of such Indemnitor.  Such Indemnitor shall reimburse the Administrative Agent, upon demand, for all reasonable costs actually incurred by the Administrative Agent under this Section 7(a), including, without limitation, the amount of all reasonable costs of settlements entered into by the Administrative Agent.

(b)     If the Administrative Agent does not employ its own legal counsel, no Indemnitor shall, without the prior written consent of the Administrative Agent or the applicable Indemnitee, which consent shall not be unreasonably withheld or delayed, (i) settle or compromise any action, suit, proceeding, or claim or consent to the entry of any judgment that does not include as an unconditional term thereof the delivery by the claimant or plaintiff to the Administrative Agent or the applicable Indemnitee of (x) a full and complete written release of the Administrative Agent or the applicable Indemnitee (in form, scope and substance reasonably satisfactory to the Administrative Agent or the applicable Indemnitee) from all liability in respect of such action, suit or proceeding and (y) a dismissal with prejudice of such suit, action or proceeding against the applicable Indemnitee, or (ii) settle or compromise any action, suit, proceeding, or claim in any manner that will adversely affect the Administrative Agent or the applicable Indemnitee as determined by the Administrative Agent or the applicable Indemnitee in its sole discretion, it being understood that compliance with the preceding clause (i) will not adversely affect the Administrative Agent or the applicable Indemnitee.

(c)     Except as otherwise provided in subsections (a) and (b) above, each Indemnitor shall control the defense of any Indemnified Claim.

## 8.  Obligation Independent.

The obligations of each Indemnitor under this Indemnity are independent of, and shall not be measured or affected by (i) any amounts at any time owing under the Loan or secured by the Security Instrument, (ii) the sufficiency or insufficiency of the Property as collateral for the Loan, (iii) the modification, expiration or termination of any of the documents or instruments relating to the Loan, (iv) the discharge or repayment in full of the Loan

84083878_3                                    9

Form No. 1056.70 (10/17/70)
ALTA Loan Policy - Form 1
Policy No.:TBD

Order No.: 2189030
PRO-FORMA

### SCHEDULE B

#### Part I Continued

38. Intentionally Deleted

   (THE FOLLOWING EXCEPTION AFFECTS PARCEL 1)

39. Intentionally Deleted

   (THE FOLLOWING EXCEPTION AFFECTS PARCELS 4 AND 4A)

40. Intentionally Deleted

41. Intentionally Deleted


\* \* \* \* \* \* \*\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*


NOTE: This specimen (Pro forma) policy and its endorsements, is furnished at the request of the
Proposed Insured and it is understood and agreed that it does not reflect the present state of title.
The furnishings of the coverage set forth herein is contingent upon all of the Company's
requirements being satisfied at or prior to closing.

*FIRST AMERICAN TITLE INSURANCE COMPANY*

PAGE 16/37 * RCVD AT 2/23/2006 7:22:06 PM [Eastern Standard Time] * SVR:NYC-US-FAX-01/11 * DNIS:5741 * CSID:18014124688 * DURATION (mm-ss):10-58

# EXHIBIT M
## PRELIMINARY PROJECT BUDGET

DATA REFLECTS THE SKY LODGE PRO FORMA – NOVEMBER 30TH VERSION

| | Total | Initial Cash Equity Funding | Mezz Debt | Senior Debt | Deferred Fees In Escrow | Contingent Expenses Paid From Sales | Contribu Land Equity |
|---|---|---|---|---|---|---|---|
| **Project Costs During Construction** | | | | | | | |
| Land | 9,000,000 | • | 9,000,000 | • | • | • | |
| A&E Fees | 1,108,250 | 690,300 | 82,564 | 353,386 | • | • | |
| Consultants & Fees | 1,329,684 | 214,100 | 116,736 | 998,849 | • | • | |
| Infrastructure | 1,825,281 | • | • | 1,825,281 | • | • | |
| Hard Costs | 19,707,931 | • | • | 19,707,931 | • | • | |
| Soft Construction Costs | 2,581,511 | • | • | 2,581,511 | • | • | |
| FF&E | 3,844,500 | • | • | 3,844,500 | • | • | |
| Developer Fees - Cost Component | 729,484 | 28,041 | • | 701,442 | • | • | |
| Developer Fees - Escrowed Component | 486,323 | • | • | 486,323 | (486,323) | • | |
| Sales & Marketing Exp During Construction | 1,164,064 | 246,214 | 124,800 | 793,050 | • | • | |
| Sales Management Fee - Cost Component | 330,000 | 90,000 | • | 240,000 | • | • | |
| Pre-Opening/HOA Subsidy | 500,000 | • | • | 500,000 | • | • | |
| Start-Up Operating Loss | 686,409 | 94,579 | 18,916 | 572,914 | • | • | |
| Closing Costs & Senior Lender Fees | 2,186094 | 386,766 | 1,699,234 | 100,094 | • | • | |
| Senior Loan Interest | 1,792,294 | • | • | 1,792,294 | • | • | |
| Contingency | 2,502,821 | • | • | 2,502,821 | • | • | |
| **Total Costs Funded During Construction Contingent Costs Funded From Sales & Hotel Cash Flow** | 49,541,224 | 1,750,000 | 11,250,000 | 36,789,936 | (486,323) | • | |
| Developer Fees - Release From Escrow | - | • | • | • | 486,323 | | |
| Sales Management Fee - Escrowed | 1,083,758 | • | • | • | • | 1,083,758 | |
| Sales & Marketing - Expense After Completion | 77,250 | • | • | • | • | 77,250 | |
| End Loan Fees | 433,203 | • | • | • | • | 433,203 | |
| Contributed Land Equity (Smith Trust) | 1,800,000 | • | • | • | • | • | 1,800 |
| **Total Costs Funded From Sales** | 3,638,337 | - | - | - | 486,323 | 1,594,120 | 1,800 |
| **Total Project Capitalization** | 53,179,561 | 1,750,000 | 11,250,000 | 36,789,935 | | 1,594,210 | 1,800 |

Loan To Value Analysis

| | | | | |
|---|---|---|---|---|
| **Capital Funded During Construction** | | | | |
| Equity - Cash Contribution | 1,750,000 | Project Cost Before Land | 42,853,178 | |
| Total Mezzanine Debt | 11,250,000 | Appraised Land Value | 18,200,000 | |
| Total Senior Debt (up to $36.8 million allowed) | 36,789,935 | Escrowed Deposits | 4,000,000 | |
| Contingency Funded From Deposits | - | Escrowed Fees | 1,570,080 | |
| Total Capital Required During Construction | 49,789,935 | Total Asset Value | 66,623,259 | |
| **Capital Funded From Sales** | | Senior Loan | | 36,800,000 |
| Equity - Contingent Fees & Expenses | 1,594,210 | Mezzanine Loan | 11,250,000 | |
| Equity - Contributed Land Equity (Smith Trust) | 1,800,000 | Total Debt | | 48,050,000 |
| Total Capital From Sales & Cash Flow | 3,394,210 | | | |
| | | Loan To Value Ratio | 72.1% | |
| **Total** | 53,184,146 | | | |

**EXHIBIT N**
**FORM OF RECOURSE LIABILITY AGREEMENT**

(See attached)

## RECOURSE LIABILITY AGREEMENT

This **RECOURSE LIABILITY AGREEMENT** (this *Agreement*), is made as of March [_____], 2006, by **CLOUDNINE RESORTS, LLC**, a Utah limited liability company, having an address at 4780 Winchester Court, Park City, Utah 84098 (the *Recourse Liability Party*), to and for the benefit of **WESTLB AG**, a German banking corporation acting through its New York branch, as administrative agent (together with any of its successors or assigns in such capacity, the *Administrative Agent*) for lenders or other financial institutions or entities party, as lenders (the *Lenders*) to the Loan Agreement referred to below.

### W I T N E S S E T H:

**WHEREAS**, Easy Street Partners, LLC, a Utah limited liability company (the *Borrower*) has requested that the Lenders make, and the Administrative Agent administer, a loan in the original principal amount of $[36,779,224.00] to the Borrower (the *Loan*) pursuant to that certain Loan and Security Agreement, dated as of the date hereof, (as amended, supplemented, restated and otherwise modified from time to time, the *Loan Agreement*; all capitalized terms used but not otherwise defined herein shall have the meanings assigned to such terms in the Loan Agreement) among the Borrower, the Administrative Agent and the Lenders, which Loan is evidenced by those certain promissory notes (the *Notes*) made by the Borrower in favor of the Lenders in an original aggregate principal amount of $[36,779,224.00] and secured by, among other things, that certain Construction and Interim Loan Deed of Trust with Security Agreement, Assignment of Leases and Rents and Fixture Filing, dated as of the date hereof, (the *Security Instrument*) encumbering, *inter alia*, certain real property and improvements located in the city of Park City, county of Summit, state of Utah (the *Property*, as such defined term is more particularly described in the Loan Agreement);

**WHEREAS**, the Recourse Liability Party is an Affiliate of the Borrower and will obtain substantial economic benefit from the Lenders making, and the Administrative Agent administering, the Loan; and

**WHEREAS**, to induce the Lenders to make, and the Administrative Agent to administer, the Loan, the Recourse Liability Party has agreed to indemnify and compensate the Administrative Agent and the Lenders as hereinafter set forth.

**NOW, THEREFORE**, for and in consideration of the mutual covenants herein contained and other good and valuable consideration, the receipt and legal sufficiency of which are hereby acknowledged by all parties, the Recourse Liability Party agrees as follows:

Section 1. Recourse Liability Events. For purposes of this Agreement, *Recourse Liability Events* shall mean, collectively, any or all of the following:

(a) any failure by the Borrower to deliver to the Administrative Agent any rents, receipts, sale proceeds (including, without limitation, any Required Release Payments), insurance proceeds or condemnation payments covering all or a portion of the Property in accordance with the Loan Documents or any failure by the Borrower to apply any such proceeds in accordance with the Loan Documents;

84084180_3

(b)     Any failure to procure or maintain policies of insurance as required by the Loan Documents or the Fractional Ownership Documents;

(c)     Any failure to pay amounts necessary to pay Impositions as required by the Loan Agreement or any other liability which would rank senior to the Loan with regard to payment or security on the Property;

(d)     Any fraud, tortious conduct or material misrepresentation by the Borrower or Borrower's Member or any other Loan Party in connection with the Loan, any of the Loan Documents or any of the Collateral;

(e)     Any failure by the Borrower to perform the Borrower's environmental obligations under the Environmental Indemnity or the other Loan Documents;

(f)     Any filing of a voluntary bankruptcy proceeding by the Borrower or an involuntary proceeding by any member of the Borrower not dismissed within the time period(s) set forth in the Loan Documents;

(g)     Any failure to pay all LIBOR Breakage Costs due to any Lender;

(h)     All costs of compliance with the ADA and similar state or local Laws;

(i)     Any transfer of any direct or indirect interest in the Borrower or the Property in violation of the Loan Documents;

(j)     Any failure by the Borrower to maintain unencumbered marketable title to the Property;

(k)     Any costs incurred in connection with the enforcement of remedies in connection with the Loan; and

(l)     Any challenge by the Borrower or any Loan Party to any foreclosure procedure or other exercise of remedies by the Administrative Agent in connection with the Loan.

Section 2. <u>Recourse Liability Indemnity</u>. The Recourse Liability Party hereby irrevocably, unconditionally, absolutely, jointly and severally agrees to indemnify and hold harmless the Administrative Agent and the Lenders from and against any and all loss, cost, damage, liability or expense, including attorney's fees and disbursements, actually suffered or incurred by the Administrative Agent or the Lenders by reason of the occurrence of any of the Recourse Liability Events.

Section 3. <u>Bankruptcy Recourse Liability Events</u>. In the event of the occurrence of any Bankruptcy Liability Event, as defined hereinafter, the Recourse Liability Party hereby irrevocably, unconditionally, absolutely jointly and severally agrees to assume and be responsible for the prompt and complete observance, fulfillment and performance of all the Obligations of the Borrower under the Loan Documents, including the making of all payments of all principal, Interest, additional interest and other sums evidenced by the Notes. Such

2