## Sky Lodge & Easy Street Plaza
Membership Pricing Worksheet
Private Resort Club Memberships

| | | | | |
|---|---|---|---|---|
| Two Bedroom Units | 5 | 5 Hotel Keys | Avg Sq Footage | 1,313 |
| Three Bedroom Units | 12 | 22 Hotel Keys | Avg Sq Footage | 2,264 |
| Deluxe Three Bedroom Units | 5 | 9 Hotel Keys | Avg Sq Footage | 2,757 |
| Two Bedroom Memberships | 40 | 8 Memberships per Unit | | |
| Three Bedroom Memberships | 96 | 8 Memberships per Unit | | |
| Deluxe Three Bedroom Units | 40 | 8 Memberships per Unit | | |
| **TOTAL RESIDENCES** | 22 | 5 Weeks per Membership | | |
| **TOTAL PRC HOTEL KEYS** | 36 | 57 Key-Nights per Membership | | |
| **TOTAL RESIDENT MEMBERSHIPS** | 176 | | | |

| | # of Members | Running Total | Avg Membership Price | Total Membership Deposits | Sales Price per Sq Ft | Whole Ownership Equivalent Price | Range Formula From | Range Formula To |
|---|---|---|---|---|---|---|---|---|
| **Two Bedroom Memberships** | | | | | | | | |
| Phase 1 - Actual / Retail | 5 | 5 | 193,706 | 968,530 $ | 1,160 | 1,549,648 | 0 | 5 |
| Phase 1 - Actual / Retail | 5 | 10 | 201,702 | 1,008,510 $ | 1,229 | 1,613,616 | 6 | 10 |
| Phase 2 | 10 | 20 | 206,811 | 2,068,110 $ | 1,260 | 1,654,488 | 11 | 20 |
| Phase 3 | 10 | 30 | 254,400 | 2,544,000 $ | 1,550 | 2,035,200 | 21 | 30 |
| Phase 4 | 10 | 40 | 279,400 | 2,794,000 $ | 1,702 | 2,235,200 | 31 | 40 |
| Total Two Bedroom Memberships | | 40 | | 9,383,150 $ | 1,429 | 1,876,630 | | |
| Average Deposit: | | | | 234,579 | | | | |
| **Three Bedroom Memberships** | | | | | | | | |
| Phase 1 - Actual / Retail | 12 | 12 | 305,239 | 3,662,870 $ | 1,078 | 2,441,913 | 0 | 12 |
| Phase 1 - Actual / Retail | 12 | 24 | 309,072 | 3,708,860 $ | 1,092 | 2,472,573 | 13 | 24 |
| Phase 2 | 24 | 48 | 375,988 | 9,023,700 $ | 1,329 | 3,007,900 | 25 | 48 |
| Phase 3 | 24 | 72 | 420,983 | 10,103,600 $ | 1,488 | 3,367,867 | 49 | 72 |
| Phase 4 | 24 | 96 | 465,275 | 11,166,600 $ | 1,644 | 3,722,200 | 73 | 96 |
| Total Three Bedroom Memberships | | 96 | | 37,665,630 $ | 1,387 | 3,138,803 | | |
| Average Deposit: | | | | 392,350 | | | | |
| | # of Members | Running Total | | | | | | |
| **Deluxe Three Bedroom Memberships** | | | | | | | | |
| Phase 1 - Actual / Retail | 5 | 5 | 401,902 | 2,009,510 $ | 1,166 | 3,215,218 | 0 | 5 |
| Phase 1 - Actual / Retail | 5 | 10 | 419,900 | 2,099,500 $ | 1,219 | 3,359,200 | 6 | 10 |
| Phase 2 | 10 | 20 | 446,700 | 4,467,000 $ | 1,296 | 3,573,600 | 11 | 20 |
| Phase 3 | 10 | 30 | 377,538 | 3,775,384 $ | 1,095 | 3,020,307 | 21 | 30 |
| Phase 4 | 10 | 40 | 592,115 | 5,921,154 $ | 1,718 | 4,736,924 | 31 | 40 |
| Total Club Memberships | | 40 | | 18,272,548 $ | 1,325 | 3,654,510 | | |
| Average Deposit: | | | | 456,814 | | | | |
| | | Plus difference caused by monthly timing of sales | | | | | | |
| **TOTAL MEMBERSHIP SALES** | | 176 | | 66,072,839 | | | | |
| | # of Members | Running Total | | | | | | |
| **Composite Averages per Phase** | | | | | | | | |
| Phase 1 - Actual / Retail | 22 | 22 | 301,860 | 6,640,910 $ | 1,131 | 2,414,878 | 0 | 22 |
| Phase 1 - Actual / Retail | 22 | 44 | 309,858 | 6,816,870 $ | 1,161 | 2,478,862 | 23 | 44 |
| Phase 2 | 44 | 88 | 353,609 | 15,558,810 $ | 1,302 | 2,828,875 | 45 | 88 |
| Phase 3 | 44 | 132 | 373,250 | 16,422,984 $ | 1,426 | 2,985,997 | 89 | 132 |
| Phase 4 | 44 | 176 | 451,858 | 19,881,754 $ | 1,672 | 3,614,864 | 133 | 176 |
| Total Club Memberships | | 176 | | 66,072,839 $ | 1,391 | 3,003,311 | | |
| Average Deposit: | | | | 375,414 | | | | |

## Sky Lodge & Easy Street Plaza
### Club Residence Pricing Worksheet

**KEY CODE**
- Founder Price -10% off introductory price
- Reserved with Discount
- Reserved with Contract

| Two Bedroom Units | Number of Fractions Per Phase | Charter Phase Phase One Actual / Retail | Charter Phase Phase One Actual / Retail | Price Increase of Prior Phase Phase Two | Price Increase of Prior Phase Phase Three | Price Increase of Prior Phase Phase Four | Sq Ft | Price Sq Ft | Whole Price | Decks & Patio Square Feet |
|---|---|---|---|---|---|---|---|---|---|---|
| 106 - Lock Out / Patio Suite w/ Hot Tub | 2 | 170,910 | 189,900 | 119,950 | 244,900 | 264,900 | 1,325 | $ 1,495 | 1,981,120 | 240 |
| 206 - Lock Out / Large Patio w/ Hot Tub | 2 | 199,900 | 199,900 | 214,900 | 224,900 | 244,900 | 1,325 | $ 1,637 | 2,169,000 | 240 |
| 306 - West Side / 3rd flr / deck w/ hot tub | 2 | 188,910 | 209,900 | 239,900 | 246,400 | 272,400 | 1,325 | $ 1,747 | 2,315,020 | 240 |
| 406 - West Side / 4th flr / deck w/ hot tub | 2 | 188,910 | 188,910 | 209,405 | 276,400 | 307,400 | 1,325 | $ 1,768 | 2,342,050 | 240 |
| 507 - West Side / 5th flr / DV, Ski Valley views | 2 | 219,900 | 219,900 | 249,900 | 279,400 | 307,400 | 1,266 | $ 2,017 | 2,553,000 | 90 |
| **Total Two Bedroom Memberships** | | 968,530 | 1,008,510 | 2,068,110 | 2,544,000 | 2,794,000 | 1,313 | $ 1,730 | 11,360,190 | 1050 |
| **Average Price per Phase:** | | 193,706 | 201,702 | 206,811 | 254,400 | 279,400 | 6,566 | | | |

TH = 3 Bdrm Two Floor Townhome
FL = 3 Bdrm Single Floor Flat

| Three Bedroom Units | Number of Fractions Per Phase | Charter Phase Phase One Actual / Retail | Charter Phase Phase One Actual / Retail | Price Increase of Prior Phase Phase Two | Price Increase of Prior Phase Phase Three | Price Increase of Prior Phase Phase Four | Sq Ft | Price Sq Ft | Whole Price | Decks & Patio Square Feet |
|---|---|---|---|---|---|---|---|---|---|---|
| 202/102 - TH Lock Out / 3 decks / hot tub / east side | 2 | 259,900 | 259,900 | 284,900 | 294,900 | 322,400 | 2160 | $ 1,317 | 2,844,000 | 180 |
| 207/307 - TH Lock out / large patio / Hot Tub / ski view | 2 | 233,910 | 259,900 | 279,900 | 322,400 | 374,900 | 2160 | $ 1,362 | 2,942,020 | 547 |
| 209 - FL with 2 decks / ski views / 2nd flr | 2 | 269,910 | 269,910 | 324,900 | 359,900 | 399,900 | 2225 | $ 1,460 | 3,249,040 | 295 |
| 301/201 - TH Lock out / 2 decks / hot tub / ski & town | 2 | 269,910 | 269,910 | 379,900 | 389,900 | 429,900 | 2160 | $ 1,611 | 3,479,040 | 300 |
| 303/203 - TH Lock out / 2 decks / ski & town views | 2 | 269,910 | 269,910 | 377,400 | 419,900 | 462,400 | 2400 | $ 1,500 | 3,599,040 | 360 |
| 305/205 - TH Lock out / 2 decks / ski & town views | 2 | 269,910 | 269,910 | 419,900 | 439,900 | 483,900 | 2400 | $ 1,570 | 3,767,040 | 180 |
| 309 - FL with 2 decks / ski and valley views | 2 | 314,910 | 314,910 | 424,900 | 449,900 | 499,900 | 2225 | $ 1,802 | 4,009,040 | 295 |
| 401/501 - TH Lock out / 1 deck / hot tub / ski & DV views | 2 | 314,900 | 314,900 | 209,950 | 449,900 | 496,400 | 2160 | $ 1,654 | 3,572,100 | 150 |
| 403/503 - TH Lock out / 1 deck / ski & DV views | 2 | 314,910 | 314,910 | 461,400 | 483,900 | 532,400 | 2400 | $ 1,756 | 4,215,040 | 180 |
| 405/505 - TH Lock out / 1 deck / ski & DV views | 2 | 314,900 | 314,900 | 419,900 | 472,400 | 522,400 | 2400 | $ 1,704 | 4,089,000 | 90 |
| 502/602 - TH Lock out / deck & patio / hot tub / aisle ski vw | 2 | 399,900 | 409,900 | 444,900 | 461,400 | 499,900 | 2239 | $ 1,978 | 4,432,000 | 373 |
| 506/606 - TH Lock out / deck & patio / hot tub / aisle & vall | 2 | 429,900 | 439,900 | 483,900 | 507,400 | 558,900 | 2233 | $ 2,167 | 4,840,000 | 637 |
| **Total Three Bedroom Memberships** | | 3,662,870 | 3,708,860 | 9,023,700 | 10,103,600 | 11,166,600 | 2,264 | $1,658 | 45,037,360 | 3587 |
| **Average Deposit:** | | 305,239 | 309,072 | 375,988 | 420,983 | 465,275 | 27,162 | | | |

TH = 3 Bdrm Two Floor Townhome

| Deluxe Three Bedroom Memberships | Number of Fractions Per Phase | Charter Phase Phase One Actual / Retail | Charter Phase Phase One Actual / Retail | Price Increase of Prior Phase Phase Two | Price Increase of Prior Phase Phase Three | Price Increase of Prior Phase Phase Four | Sq Ft | Price Sq Ft | Whole Price | Decks & Patio Square Feet |
|---|---|---|---|---|---|---|---|---|---|---|
| 204/104 - TH Lock out / 2 decks / aisle view / theater rm | 2 | 339,900 | 339,900 | 389,900 | 429,900 | 469,900 | 2744 | $ 1,435 | 3,939,000 | 270 |
| 402/302 - TH Lock out / 2 decks / hot tub / ski & town view | 2 | 379,900 | 399,900 | 409,900 | 457,498 | 533,623 | 2764 | $ 1,578 | 4,361,839 | 360 |
| 404/304 - TH Lock out / 2 decks / aisle view / theater rm | 2 | 399,900 | 399,900 | 409,900 | 467,896 | 545,754 | 2744 | $ 1,621 | 4,448,700 | 360 |
| 504/604 - TH Lock out / deck / aisle view / theater rm | 2 | 439,900 | 459,900 | 483,900 | 532,400 | 588,400 | 2744 | $ 1,824 | 5,005,000 | 180 |
| Penthouse - 6th flr/patios/ 2 hot tubs / firepit /360 view | 2 | 449,910 | 499,900 | 539,900 | - | 824,900 | 2788 | $ 1,660 | 4,629,220 | 2543 |
| **Total Three Bedroom Memberships** | | 2,009,510 | 2,099,500 | 4,467,000 | 3,775,384 | 5,921,154 | 2,757 | $1,624 | 22,381,558 | 3713 |
| **Average Deposit:** | | 401,902 | 419,900 | 446,700 | 377,538 | 592,115 | 13,784 | | | |

# EXHIBIT AA
# FORM OF CONVERSION TITLE ENDORSEMENT

### ENDORSEMENT

### Issued By

### *FIRST AMERICAN TITLE INSURANCE COMPANY*

The company hereby insures the insured that the estate or interest described in Schedule A is a condominium as defined in Section 57-8 of the Utah Code Annotated 1953, as Amended, in fee, and as such is entitled to be assessed and taxed as a separate parcel.

The Company hereby insures the insured against loss which the insured shall sustain in the event that the assurances herein shall prove to be incorrect.

The total liability of the Company under the policy and any endorsements therein shall not exceed, in the aggregate, the face amount of the policy and costs which the Company is obligated under the conditions and stipulation thereof to be incorrect.

This endorsement is make a part of the policy and is subject to the schedules, conditions and stipulations therein, except as modified by the provisions hereof.

COUNTERSIGNED AT EQUITY TITLE INSURANCE AGENCY, INC.


By: _____
AUTHORIZED OFFICER OR AGENT

F.A. - UT Form 115 (10-05-95)
Condominium
Alta - Owner and Lender

**EXHIBIT BB**
**RATABLE SHARE**

WESTLB AG                                                          100%

# EXHIBIT CC
# AFFILIATE TRANSACTIONS

Carrie Shoaf, the spouse of William Shoaf, a Principal, is a real estate agent for Prudential Utah Real Estate. Carrie Shoaf is entitled to receive real estate sales commissions to be paid to all real estate agents selling Units.

The following Units will be sold to the indicated related Parties:

1. Unit 406- purchased by Carrie Shoaf for $188,910, reserved July 4, 2005.
2. Unit 207 purchased by Philo Smith for $279,900, reserved August 12, 2005.
3. Unit 507 purchased by Elizabeth Rad for $219,900, reserved July 3, 2005.
4. Unit 403 purchased by Michael Feder for $314,910, reserved July 3, 2005.

Additional affiliate transactions include the Development Agreement and Management Agreement.

# EXHIBIT DD
# BUSINESS PLAN

## Business Plan Requirements

- Summary budgeted income, expense, and cash flow statement with comparison versus previous year's activity, including all supporting schedules for each line item.
- Budgeted monthly cash flow statement with detailed income, expense and capital expenditure line items, including all supporting schedules.
- Descriptive narrative of Business Plan based upon the following outline:

A. Market Summary

- Report on how many prospective buyers people visited the property; how many signed contracts, and how many signed a letter of intent
- Property pricing levels versus last year and competition
- Outline of any proposed special advertising/marketing campaigns and sales strategies
- Issues affecting market demand (i.e. changes in major employers, business climate, etc.)
- Description of any new supply planned or in progress

B. Income Summary

- Justification of occupancy and rate levels
- Variance analysis of budget line items versus previous year

C. Expense Summary

- Variance analysis of budget line items versus previous year

D. Capital Expenditure Summary

- List of budgeted capital improvement items with the following information
    (1) Description and purpose of capital improvement
    (2) Anticipated total cost
    (3) Anticipated timing of completion

E. Annual Sales and Marketing Plan including a discussion of market positioning and detail on sales strategy by market segment, a listing of current bookings and prospects, and public relations and advertising program.

F. Other Issues

- Summary of issues which currently or could in the future affect the performance of the Property (i.e. proposed new development, corporate relocations or layoffs, etc.)
- Listing of any known competitive properties and relevant statistics related to these properties during the past year
- Any other items which may be reasonably required by Lender

## EXHIBIT EE
## SUMMARY OF UNIT SALES

None.