Annette W. Jarvis (1649)  
Steven C. Strong (6340)  
Scott A. Cummings (11443)  
**DORSEY & WHITNEY, LLP**  
136 South Main Street Suite 1000  
Salt Lake City, Utah 84101  
Telephone: (801) 933-7360  
Facsimile: (801) 933-7373  
Email: jarvis.annette@dorsey.com  
Email: strong.steven@dorsey.com  
Email: cummings.scott@dorsey.com  

Richard W. Havel  
Christina M. Craige  
Drew A. Norman  
**SIDLEY AUSTIN LLP**  
555 West Fifth Street  
Los Angeles, California 90013  
Telephone: (213) 896-6017  
Facsimile: (213) 896-6600  
Email: rhavel@sidley.com  
Email: ccraige@sidley.com  
Email: danorman@sidley.com  

*Attorneys for WestLB, AG*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>**EASY STREET HOLDING, LLC, *et al.*,**<br><br>Debtors.<br><br>Tax ID Numbers:<br>35-2183713 (Easy Street Holding, LLC),<br>20-4502979 (Easy Street Partners, LLC), and<br>84-1685764 (East Street Mezzanine, LLC) | **Case No. 09-29905**<br>(Jointly Administered with Cases 09-29907 and 09-29908)<br><br>Chapter 11<br><br>Honorable R. Kimball Mosier |

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2009, I caused the "Declaration of James Winikor in Support of Stipulation Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. § 363 and Granting Adequate Protection to WestLB, AG" [Docket No. 85] to be served on the parties below by the means indicated:

**By CM/ECF**

- Troy J. Aramburu    taramburu@joneswaldo.com, sglendening@joneswaldo.com, rbush@joneswaldo.com

- Kenneth L. Cannon    kcannon@djplaw.com, khughes@djplaw.com

- Scott A. Cummings    cummings.scott@dorsey.com

- Mary Margaret Hunt    hunt.peggy@dorsey.com, wardle.gay@dorsey.com

- Annette W. Jarvis    jarvis.annette@dorsey.com, rmith.ron@dorsey.com slc.lit@dorsey.com, brown.patricia@dorsey.com

- Lon A. Jenkins    lajenkins@joneswaldo.com, krichardson@joneswaldo.com, ecf@joneswaldo.com, sglendening@joneswaldo.com

- Michael R. Johnson    mjohnson@rqn.com, agale@rqn.com

- Anthony C. Kaye    kaye@ballardspahr.com

- Benjamin J. Kotter    kotter.benjamin@dorsey.com

- Adelaide Maudsley    maudsley@chapman.com, jemery@chapman.com

- Steven J. McCardell    smccardell@djplaw.com, khughes@djplaw.com

- John T. Morgan tr    john.t.morgan@usdoj.gov, james.gee@usdoj.gov

- Jeffrey L. Shields    jlshields@cnmlaw.com, njpotter@cnmlaw.com

- Jeffrey Weston Shields    jshields@joneswaldo.com, sglendening@joneswaldo.com

- United States Trustee    USTPRegion19.SK.ECF@usdoj.gov

**By Electronic Mail**

- Kenneth L. Cannon    kcannon@djplaw.com

- Steven J. McCardell    smccardell@djplaw.com

- Annette W. Jarvis    jarvis.annette@dorsey.com

- Jeffrey Weston Shields     jshields@joneswaldo.com

- Adelaide Maudsley     maudsley@chapman.com

- John T. Morgan tr     john.t.morgan@usdoj.gov

- Michael R. Johnson     mjohnson@rqn.com

- Jeffrey L. Shields     jlshields@cnmlaw.com

- Michael Blumenthal     MBlumenthal@crowell.com

- Richard Havel     rhavel@Sidley.com

By:     /s/ Scott A. Cummings
Richard W. Havel
Christina M. Craige
Drew A. Norman
SIDLEY AUSTIN LLP
555 West 5th Street, Suite 4000
Los Angeles, CA 90013

Attorneys for WestLB, AG

Annette Jarvis
Steven C. Strong
Scott A. Cummings.
DORSEY & WHITNEY LLP
136 South Main Street, Suite 1000
Salt Lake City, UT 84101-1685

Attorneys for WestLB, AG