**The below described is SIGNED.**

**Dated: October 08, 2009**

R. KIMBALL MOSIER
U.S. Bankruptcy Judge



_____

*Proposed Order Prepared and Submitted By:*
Adelaide Maudsley (#8791)
James K. Tracy (#6668)
CHAPMAN AND CUTLER LLP
201 South Main Street, Suite 2000
Salt Lake City, UT 84111
Telephone: 801-533-0066
Facsimile: 801-533-9595
Email: maudsley@chapman.com
      jtracy@chapman.com

Local Counsel for
BayNorth Realty Fund VI, LP

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>EASY STREET HOLDING, LLC, *et al.*,<br><br>Debtors.<br><br>Address: 201 Heber Avenue<br>         Park City, UT 84060<br><br>Tax ID Numbers:<br>35-2183713 (Easy Street Holding, LLC),<br>20-4502979 (Easy Street Partners, LLC), and<br>84-1685764 (Easy Street Mezzanine, LLC) | Bankruptcy Case No. 09-29905<br>Jointly Administered with<br>Cases 09-29907 and 09-29908<br><br>Chapter 11<br><br>Honorable R. Kimball Mosier<br><br>[FILED ELECTRONICALLY] |

**ORDER GRANTING *EX PARTE* MOTION FOR COUNSEL TO APPEAR
TELEPHONICALLY AT HEARING ON OCTOBER 13, 2009**

2696771.01.02.doc

**Filed: 10/08/09**

Entered On Docket: 10/09/2009

The Court, having considered the "*Ex Parte* Motion for Counsel to Appear Telephonically at Hearing on October 13, 2009" (the "Motion") submitted by BayNorth Realty Fund VI, LP, and good cause appearing,

IT IS HEREBY ORDERED THAT the Motion is GRANTED.

----------------------------------------------------------------------------------------------------------------

END OF DOCUMENT

ORDER SIGNED

**CERTIFICATE OF SERVICE BY CLERK OF COURT**

The undersigned hereby certifies that a copy of the foregoing **ORDER GRANTING *EX PARTE* MOTION FOR COUNSEL TO APPEAR TELEPHONICALLY AT HEARING ON OCTOBER 13, 2009** was served via United States first class mail, postage prepaid, on this

_____ day of _____, 2009 on the following:

| | |
|---|---|
| Adelaide Maudsley<br>Chapman and Cutler LLP<br>201 South Main Street, Suite 2000<br>Salt Lake City, UT 84111 | Kenneth L. Cannon II<br>Steven J. McCardell<br>Durham Jones & Pinegar, P.C.<br>111 East Broadway, Suite 900<br>P.O. Box 4050<br>Salt Lake City, UT 84110 |
| Brian W. Harvey<br>Goodwin Procter LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018-1405 | Office of the United States Trustee<br>405 South Main Street #300<br>Salt Lake City, UT 84111 |
| Jeffrey W. Shields<br>Lon Jenkins<br>Troy J. Aramburu<br>Jones Waldo Holbrook & McDonough, PC<br>170 South Main Street, Suite 1500<br>Salt Lake City, Utah 84101 | |

_____

**CERTIFICATE OF SERVICE BY COUNSEL**

The undersigned hereby certifies that a copy of the foregoing **(PROPOSED) ORDER GRANTING *EX PARTE* MOTION FOR COUNSEL TO APPEAR TELEPHONICALLY AT HEARING ON OCTOBER 13, 2009** was served on the 8th day of October, 2009 in the manner indicated below on each of the following:

Kenneth L. Cannon II
Steven J. McCardell
Durham Jones & Pinegar, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT 84110
(by CM/ECF)

Annette W. Jarvis
Steven C. Strong
Benjamin J. Kotter
Dorsey & Whitney, LLP
136 South Main Street, Suite 1000
Salt Lake City, UT 84101
(by CM/ECF)

Office of the United States Trustee
405 South Main Street #300
Salt Lake City, UT 84111
(by CM/ECF)

Jeffrey W. Shields
Lon Jenkins
Troy J. Aramburu
Jones Waldo Holbrook & McDonugh, PC
170 South Main Street, Suite 1500
Salt Lake City, UT 84101
(by CM/ECF)

Jeffrey L. Shields
Zachary T. Shields
Callister Nebeker & McCullough
Zions Bank Building Suite 900
10 East South Temple
Salt Lake City, UT 84133
(by CM/ECF)

Anthony C. Kaye
Ballard Spahr LLP
One Utah Center, Suite 800
201 South Main Street
Salt Lake City, UT 84111-2221
(by CM/ECF)

4

Michael R. Johnson
Jonathan A. Dibble
Ray Quinney & Nebeker P.C.
36 South State Street, 14th Floor
P.O. Box 45385
Salt Lake City, UT  84145-0385
(by CM/ECF)

                                                       /s/ Adelaide Maudsley

# CERTIFICATE OF NOTICE

```
District/off: 1088-2           User: djf                    Page 1 of 1                   Date Rcvd: Oct 09, 2009
Case: 09-29905                 Form ID: pdfor1              Total Noticed: 5

The following entities were noticed by first class mail on Oct 11, 2009.
aty          +Annette W. Jarvis,    Dorsey & Whitney LLP,    136 South Main Street,   Suite 1000,
               Salt Lake City, UT 84101-1685
aty          +Anthony C. Kaye,    Ballard Spahr Andrews & Ingersoll, LLP,    201 South Main Street,   Suite 600,
               Salt Lake City, UT 84111-2212
aty          +Jeffrey Weston Shields,    Jones Waldo Holbrook & McDonough,    170 South Main Street,   Suite 1500,
               Salt Lake City, UT 84101-1644
aty           Kenneth L. Cannon, II,    Durham Jones & Pinegar,    111 East Broadway, Suite 900,   P O Box 4050,
               Salt Lake City, UT  84110-4050

The following entities were noticed by electronic transmission on Oct 09, 2009.
aty          +Fax: 801-364-9127 Oct 09 2009 22:38:08      Jeffrey L. Shields,    Callister Nebeker & McCullough,
               Zions Bank Building, Suite 900,    10 East South Temple,   Salt Lake City, UT 84133-1101
                                                                                                 TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 11, 2009**                   **Signature:** _Joseph Speetjens_