Kenneth L. Cannon II (kcannon@djplaw.com) (3705)
Steven J. McCardell (smccardell@djplaw.com) (2144)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT   84110-4050
Telephone:  (801) 415-3000/Fax:  (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY   10022
Telephone:  (212) 223-4000/Fax:  (212) 223-4134

Proposed Counsel for Debtors and Debtors in Possession

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re: | |
| EASY STREET HOLDING, LLC, *et al.*, | Bankruptcy Case No. 09-29905 |
| | Jointly Administered with Cases |
| Debtors. | 09-29907 and 09-29908 |
| Address:  201 Heber Avenue | Chapter 11 |
| Park City, UT 84060 | |
| | Honorable R. Kimball Mosier |
| Tax ID Numbers: | DATE:   October 13, 2009 |
| 35-2183713 (Easy Street Holding, LLC), | TIME:    11:00 A.M. |
| 20-4502979 (Easy Street Partners, LLC), and | PLACE:  Courtroom 369 |
| 84-1685764 (Easy Street Mezzanine, LLC) | 350 South Main Street, #301 |
| | Salt Lake City, Utah 84101 |

**AMENDMENT TO STIPULATION AUTHORIZING USE OF CASH COLLATERAL
PURSUANT TO 11 U.S.C. § 363 AND GRANTING ADEQUATE PROTECTION
TO WESTLB, AG – AMENDED EXHIBIT C (BANK ACCOUNTS)**

Easy Street Partners ("Easy Street") and WestLB, AG ("WestLB") hereby amend their

stipulation dated October 9, 2009, authorizing use of cash collateral pursuant to 11 U.S.C. § 363

and granting adequate protection to WestLB (the "Cash Collateral Stipulation") by amending

Exhibit C, Bank Accounts, and substituting into the Cash Collateral Stipulation the attached Amended Exhibit C, Bank Accounts.

| | |
|---|---|
| October 13, 2009 | Agreed and Stipulated: |

Michael V. Blumenthal
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY  10022

Proposed Reorganization Counsel for
Debtors and Debtors in Possession

/s/ Steven J. McCardell
Kenneth L. Cannon II
Steven J. McCardell
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT   84110-4050

Proposed Local Reorganization Counsel
For Debtors and Debtors in Possession


Richard W. Havel
Christina M. Craige
Drew A. Norman
SIDLEY AUSTIN LLP
555 West 5th Street, Suite 4000
Los Angeles, CA  90013

Attorneys for WestLB, AG

/s/ Annette W. Jarvis
Annette W. Jarvis
DORSEY & WHITNEY LLP
136 South Main Street, Suite 1000
Salt Lake City, UT  84101-1685

Attorneys for WestLB, AG

# **AMENDED EXHIBIT C**

Bank Accounts

**AMENDED EXHIBIT C**

**EASY STREET PARTNERS**

**BANK ACCOUNTS AND BALANCES - OCTOBER 8, 2009**

| | | |
|---|---|---:|
| **Wells Fargo Checking Accounts** | | |
| Operating Account | **2679764668** | 40,318.00 |
| Lockbox | **2679764676** | 49,193.99 |
| Easy Street Mezzanine* | **9981223142** | 26.54 |
| **Zion's Bank Checking Accounts** | | |
| Operating Account | **098019060** | 46,862.20 |
| Total Checking | | 136,400.73 |
| | | |
| **Wells Fargo Escrow Accounts** | | |
| ESP - Sky Lodge Sales Proceeds | **12997375** | 2,343,022.08 |
| ESP - Sky Lodge Deposit Acct | **12997367** | 690,403.70 |
| Easy Street Mezzanine* | **12954467** | 78,511.92 |
| Total Escrow | | 3,111,937.70 |
| GRAND TOTAL | | 3,248,338.43 |

**Wells Fargo Account to be Opened and Funded:**
ESP - Sky Lodge Refundable Guest Advance Deposits Trust Account
ESP - Sky Lodge Tax and Insurance Reserve Account
ESP - Sky Lodge FF&E Reserve Account
ESP - Sky Lodge HOA Reserve Account
ESP - Utilities Adequate Assurance Account

*These accounts, and the funds in them, are accounts and property of Easy Street Partners, LLC.