B7 (Official Form 7)(12/07)

# United States Bankruptcy Court
## District of Utah, Central Division

In re   Easy Street Holding, LLC
_____
                    Debtor(s)

Case No.   09-29905
Chapter    11

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☒

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

**NONE**

**2. Income other than from employment or operation of business**

None ☒

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| **NONE** | |

**3. Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None ☒

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|------------------------------|-------------------|-------------|--------------------|
| N/A | | | |

None ☐

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|------------------------------|-----------------------------|-----------------------------------|--------------------|
| *See Exhibit 3(b) annexed hereto.* | | | |

None ☒

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---------------------------------------------------------|-----------------|-------------|--------------------|
| **NONE** | | | |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☒

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---------------------------------|----------------------|------------------------------|------------------------|
| **NONE** | | | |

| Name | Date | Num | Paid Amount | Outstanding Amount | Purpose | |
|---|---|---|---|---|---|---|
| **CBIZ Accounting \*\*\*** | | | | | | |
| 175 S West Temple Suite 650 | | | | | | |
| Salt Lake City, UT 84111 | | | | | | |
| | 09/10/2009 | 1714 | 5,000.00 | | Bill Pmt-Check | ESP/M/H |
| TOTAL | | | **-5,000.00** | 0.00 | | |
| **Fedex** | | | | | | |
| PO Box 7221 | | | | | | |
| Pasadena CA 91109-7321 | | | | | | ESH |
| | 07/28/2009 | 13920 | 66.75 | | | |
| | 07/11/2009 | 14250 | 2,369.25 | | | |
| TOTAL | | | **2,436.00** | 0.00 | | |
| **Pitney Bowes** | | | | | | |
| PO Box 856390 | | | | | | |
| Louisville, KY 40285-6390 | | | | | | ESM/ESH |
| | 06/12/2009 | 14133 | 138.00 | | | |
| TOTAL | | | **138.00** | 0.00 | | |
| **Shaner Design, Inc.\*\*\*** | | | | | | |
| 614 Main Street Suite 4404 PO Box 4560 | | | | | | ESP  ESM/ESH |
| Park City, UT 84060 | | | | | | |
| | 07/28/2009 | 13940 | 420.00 | | | |
| TOTAL | | | **420.00** | 0.00 | | |
| **Staples Credit Plan\*\*\*** | | | | | | |
| PO Box 689020 | | | | | | ESM/ESH |
| Des Moines, IA 50368-9020 | | | | | | |
| | 07/28/2009 | 13944 | 715.52 | | Office Supplies | |
| TOTAL | | | **715.52** | 0.00 | | |
| **CloudNine SL Management** | | | | | | |
| PO Box 683300 | | | | | | ESH |
| Park City, UT 84068 | | | | | | |
| | 06/17/2009 | 14156 | 5,711.92 | | | |
| | 07/17/2009 | 14338 | 9,637.43 | | | |
| TOTAL | | | **15,349.35** | 366,631.39 | | |
| | | | | 0.00 | | |

None ☒    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**NONE**

### 5. Repossessions, foreclosures and returns

None ☒    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**NONE**

### 6. Assignments and receiverships

None ☒    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

**NONE**

None ☒    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**NONE**

### 7. Gifts

None ☒    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**NONE**

4

### 8. Losses

None ☒

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **NONE** | | |

### 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Wrona Law Office, P.C. 1816 Prospector Avenue, Suite 100 Park City, UT 84060 | 07/22/2009 07/28/2009 09/08/2009 09/10/2009 | 4,754.02 11,405.01 2,901.06 16,415.00 |
| CBIZ Accounting 175 South West Temple, Suite 650 Salt Lake City, UT 84111 | 09/10/2009 | 5,000.00 |
| Snell & Willmer 400 East Van Buren Street #10 Phoenix, AZ 85004 | 08/06/2009 | 1,000.00 |
| Wimmer & Pitts 45 W 10000 S # 211 Sandy, Utah 84070 | 08/06/2009 | 1,000.00 |
| Realty Finance Resources 1441 Stockton Street St. Helenca, CA 94574 | 07/02/2009 | 10,000.00 |
| Axis Consulting 4304 El Camino St Salt Lake City, UT 84119-5509 | 08/20/2009 08/27/2009 | 12,000.00 8,000.00 |
| Crowell & Moring LLP 590 Madison Avenue New York, NY 10022 | 08/24/2009, Philo Smith, Jr. 09/10/2009, Philo Smith, Jr. 09/11/2009, Philo Smith, Jr. | 50,000.00 25,000.00 50,000.00 |
| Durham Jones & Pinegar, P.C. 111 East Broadway, Suite 900 Salt Lake City, UT 84111 | 08/12/2009, William Shoaf 09/11/2009, Diane Jordan-Smith Trust | 25,000.00 25,000.00 |

*NOTE: All payments related to debt counseling or bankruptcy are listed on the Statement of Financial Affairs for all three debtors: Easy Street Partners, LLC, Easy Street Mezzanine, LLC, and Easy Street Holding, LLC.*

**10. Other transfers**

None ☒    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

**NONE**

None ☒    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

**NONE**

**11. Closed financial accounts**

None ☒    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**NONE**

**12. Safe deposit boxes**

None ☒    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**NONE**

**13. Setoffs**

None ☒    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**NONE**

**14. Property held for another person**

None ☒    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

☐

**NONE**

### 15.  Prior address of debtor

None
☒

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**NONE**

### 16.  Spouses and Former Spouses

None
☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**NONE**

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
☒

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

**NONE**

None
☒

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

**NONE**

None ☒    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

**NONE**

**18 . Nature, location and name of business**

None ☐    a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

   *If the debtor is a partnership*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

   *If the debtor is a corporation*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |
| The Sky Lodge | 20-5627243 | 201 Heber Ave Park City, UT 84060 | Resort | 12/26/2007 |
| The Amatsu Spa | 20-4502979 | 201 Heber Ave Park City, UT 84060 | Spa | 12/26/2007 |
| The Bar Boheme | 20-4502979 | 201 Heber Ave Park City, UT 84060 | Bar | 12/26/2007 |
| Easy Street Mezzanine | 20-4502979 | 201 Heber Ave Park City, UT 84060 | Mezzanine Borrower; 100% owner of Easy Street Partners, LLC | 12/26/2007 |
| Easy Street Bakery | 20-4502979 | 201 Heber Ave Park City, UT 84060 | Bakery | 12/26/2007 |
| Easy Street Brasserie | 20-4502979 | 201 Heber Ave Park City, UT 84060 | Restaurant | 12/26/2007 |
| Union Square Owners Association | 26-1474237 | 201 Heber Ave Park City, UT 84060 | Homeowners Association | 12/26/2007 |
| Easy Street Partners, LLC | 84-1685764 | 201 Heber Ave Park City, UT 84060 | Owner | 12/26/2007 |
| Easy Street Holding, LLC | 35-2183713 | 201 Heber Ave Park City, UT 84060 | Holding company; 100% owner of Easy Street Mezzanine, LLC | 12/26/2007 |

None ☒    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
| --- | --- |

**NONE**

     The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or

8

owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement* **only** *if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Chipper Leonard, 4130 Hilltop Court, Park City, UT 84098<br>Tel: 435-640-0683 | April 2006 to February 2008 |
| Anne Lynch, 2186 Monarch Drive, Park City, UT 84060 | October 2007 to February 2008 |
| Brenda Nagle, 259 Wild Willow Drive, Francis, UT 84036<br>Tel: 435-655-5224 | January 2008 to March 2009 |
| Amanda Lanier, P.O. Box 1471, 1096 Lowell Avenue, Park City, UT 84060<br>Tel: 435-658-9426 | April 2009 to present |

None ☐    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| Chipper Leonard | 4130 Hilltop Court, Park City, UT 84098<br>Tel: 435-640-0683 | April 2006 to February 2008 |
| Annie Lynch | 2186 Monarch Drive, Park City, UT 84060 | October 2007 to February 2008 |
| Brenda Nagle | 259 Wild Willow Drive, Francis, UT 84036<br>Tel: 435-655-5224 | January 2008 to March 2009 |
| Amanda Lanier | 1096 Lowell Avenue, Park City, UT 84060<br>Tel: 435-658-9426 | April 209 to present |
| CBIZ Accounting, Tax & Advisory<br>Services, LLC | 175 South West Temple, Suite 650, Salt Lake City, UT<br>84101, Tel: 801-364-9300 | |
| McGladrey & Pullen LLP | 5155 Paysphere Circle, Chicago, IL 60674<br>Tel: 312-634-3400 | |

None ☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| Chipper Leonard | 4130 Hilltop Court, Park City, UT 84098 |
| Annie Lynch | 2186 Monarch Drive, Park City, UT 84060 |
| Brenda Nagle | 259 Wild Willow Drive, Francis, UT 84036 |
| Amanda Lanier | P.O. Box 1471, 1096 Lowell Avenue, Park<br>City, UT 84060 |

None ☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within the **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                                    DATE ISSUED

WestLB AG, New York Branch
1211 Sixth Avenue, 25th Floor
New York, NY 10036-8705

BayNorth
One Financial Center, 23rd Fl
Boston, MA 02111

CloudNine Resorts, LLC
PO Box 683300
Park City, UT 84068

Philo Smith, Jr. Trust, LLC
570 Oak Street
Laguna Beach, CA 92651

P.C. 1, LLC
166 Duane St
New York City NY 10013

Alchemy Ventures Trust, LLC
17575 Fitzpatrick Lane
Occidental, CA 95465

### 20. Inventories

None ☒   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

**NONE**

None ☒   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**NONE**

### 21 . Current Partners, Officers, Directors and Shareholders

None ☒   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Park City I, LLC | Membership | 12.5% |
| Utah Coal And Lumber, Inc. | Membership | 10% |
| Alchemy Ventures Group, LLC | Membership | 38.75% |
| CloudNine Resorts, LLC | Membership | 38.75% |

### 22 . Former partners, officers, directors and shareholders

None ☒ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

**NONE**

None ☐ b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| AVG – SL, LLC | Manager | 0% |

**NONE**

### 23 . Withdrawals from a partnership or distributions by a corporation

None ☒ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**NONE**

### 24. Tax Consolidation Group.

None ☒ If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER-IDENTIFICATION NUMBER(EIN) |
|---|---|

**NONE**

### 25. Pension Funds.

None ☒ If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER-IDENTIFICATION NUMBER (EIN) |
|---|---|

**NONE**

11

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto, and that they are true and correct to the best of my knowledge, information and belief.

Date    October 15, 2009    Signature

William Shoaf, Manager
Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. – Evanston, IL – (800) 492-8037          Best Case Bankruptcy

# United States Bankruptcy Court
## District Of Utah, Central Division

In re  <u>Easy Street Holding, LLC,</u>
           Debtor

Case No.  09-29905
Chapter 11

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | | | $0.00 | | |
| B - Personal Property | | | $4,281,778.53* | | |
| C - Property Claimed as Exempt | | | | | |
| D - Creditors Holding Secured Claims | | | | $11,125,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | | | | $0 | |
| F - Creditors Holding Unsecured Nonpriority Claims | | | | $562,179.17 | |
| G - Executory Contracts and Unexpired Leases | | | | | |
| H - Codebtors | | | | | |
| I - Current Income of Individual Debtor(s) | | | | | $ |
| J - Current Expenditures of Individual Debtors(s) | | | | | $ |
| TOTAL | | | $4,281,778.53* | $11,687,179.17 | |

**\* These amounts are based on book value of Easy Street Partners, LLC, and thus the value of the Debtor's ownership of Easy Street Mezzanine, LLC.**

In re    Easy Street Holding, LLC,                                          Case No. 09-29905
                                    Debtor(s)

# SCHEDULE A — REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| NONE | | | | |

|  | Total➔ | 0.00 |
|---|---|---|
|  | (Report also on Summary of Schedules) | |

NYIWDMS: 10600215_1

In re    Easy Street Holding, LLC,                                          Case No. 09-29905
                          Debtor(s)

# SCHEDULE B — PERSONAL PROPERTY

    Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

    **Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

    If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |

  _2_   continuation sheets attached to the Schedule of Personal Property

Sub-Total➔
(Total of this page)

In re   Easy Street Holding, LLC,                                    Case No. 09-29905
                              Debtor(s)

# SCHEDULE B — PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Easy Street Mezzanine, LLC (100% owner of membership interest) | | 4,281,778.53* |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Claim against BayNorth Realty Fund VI, Limited Partnership for return of $5,600,000 and additional damages.  See Adversary Proceeding No. 09-02422 filed on 9/15/09. | | Unliquidated damages at this time.  Debtor believes claim is in excess of $5,600,000. |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |

Sheet __1__ of __2__ continuation sheets attached to the Schedule of Personal Property

Sub-Total➔
(Total of this page)

| 4,281,778.53 |
|---|

\*

* Utilizing book value as reflected in the Schedules of Easy Street Partners, LLC ("Partners") (and the resulting value of Easy Street Mezzanine, LLC's ownership of Partners), this amount would be approximately $4,281,778.53.  However, it is anticipated that Partners will obtain appraisals of Partners' real property assets as of the Petition Date, at which time these Schedules will be amended.

In re   Easy Street Holding, LLC,                                                    Case No. 09-29905
                                    Debtor(s)

# SCHEDULE B — PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. | X | | | |

Sheet __2__ of __2__ continuation sheets attached to the Schedule of Personal Property

| | |
|---|---|
| Sub-Total➔ (Total of this page) | 0.00 |
| Total➔ (Report also on Summary of Schedules) | 4,281,778.53 |

In re   Easy Street Holding, LLC, _____   Case No. _09-29905_____
                        Debtor(s)

# SCHEDULE C — PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
*[Check one box]*
☐  11 U.S.C. §522(b)(1):   Exemptions provided in 11 U.S.C. §522(d). Note: These exemptions are available only in certain states.
☐  11 U.S.C. §522(b)(2):   Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

☐  Check if debtor claims a homestead exemption that exceeds $136,875.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| None | | | |

In re  Easy Street Holding, LLC,                                Case No.  09-29905
                                    Debtor(s)

# SCHEDULE D — CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | X | | |
| BayNorth Realty Fund VI, Limited Partnership, One Financial Center, Floor 23, Boston, MA 02111 | | | Pledge by Easy Street Holding, LLC of its 100% ownership interest in Easy Street Mezzanine, LLC, made in connection with Mezzanine Loan to Easy Street Mezzanine, LLC | | | | | |
| | | | Value $            Undetermined | | | | $  11,1250,000.00 | $ |
| Account No. | | | | | | | | |
| | | | Value $               . | | | | $ | $ |
| Account No. | | | | | | | | |
| | | | Value $               . | | | | $ | $ |
| Account No. | | | | | | | | |
| | | | Value $               . | | | | $ | $ |

  0  continuation sheets attached

|  | Subtotal ➔ (Total of this page) | $  11,125,000.00 |
|---|---|---|
|  | Total ➔ (Report on Summary of Schedules) | $  11,125,000.00 |

In re   Easy Street Holding, LLC,                                          Case No. 09-29905

                              Debtor(s)

# SCHEDULE E — CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐   **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐   **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐   **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to a maximum of $10,950* per person, earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(4).

☐   **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐   **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to a maximum of $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

In re    Easy Street Holding, LLC,                                          Case No. 09-29905
                                    Debtor(s)

☐    **Deposits by individuals**

Claims of individuals up to a maximum of $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐    **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐    **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐    **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

In re    Easy Street Holding, LLC,_____    Case No._09-29905_____

                                                    Debtor(s)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | | | | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals (Totals of this page)    $    $

Total( Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $

Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $    $

    0    continuation sheets attached

**\* Approximately $98,000 in wages and salaries for the employees of Easy Street Partners, LLC, Easy Street Mezzanine, LLC and Easy Street Holding, LLC were owed prepetition. However, these amounts were paid, pursuant to Court Order dated 9/17/09.**

In re    Easy Street Holding, LLC,                                           Case No.  09-29905
_____                          _____
                                    Debtor(s)

# SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | Codebtor | Husband, Wife, Joint or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. FDG2084<br><br>CBIZ Accounting<br>175 S West Temple<br>Suite 650<br>Salt Lake City, UT 84111<br>801-364-9300 Tel<br>801-364-9301 Fax | X | | Accounting | | | | $            36,146.00 |
| Account No.<br><br>CloudNine Resorts SL – Development<br>PO Box 683300<br>Park City, UT 84068 | X | | Professionals | | | | $          1,268,123.00 |
| Account No.<br><br>David Wickline<br>17575 Fitzpatrick Lane<br>Occidental, CA 95465 | X | | | | | | $              4,607.90 |

  3   continuation sheets attached

Subtotal ➔ | $        1,308,876.90
(Total of this page)

In re    Easy Street Holding, LLC,                                      Case No.  09-29905
                                        Debtor(s)

## SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 84105T60<br><br>Frank Rimerman & Co. LLP<br>60 South Market Street<br>San Jose, CA 95113<br>408-279-5566 Tel<br>408-279-8284 Fax | X | | Accounting | | | | $            4,180.65 |
| Account No. E18001<br><br>Goodrich & Thomas, CPAs<br>3200 Park Center Drive<br>Suite 1170<br>Costa Mesa, CA 92626-7153<br>714-546-0755 Tel<br>714-546-4901 Fax | X | | Accounting | | | | $           48,300.00 |
| Account No. 15391-001<br><br>Klehr, Branzburg & Ellers LLP<br>260 South Broad Street<br>Philadelphia, PA 19102<br>215-568-6060 Tel<br>215-568-6603 Fax | X | | Legal Services | | | | $           55,602.52 |
| Account No. 07-sky10<br>Les Olson Company<br>P.O. Box 65598<br>Salt Lake City, UT 84165-0598 | X | | Trade Debt | | | | $            2062.50 |
| Account No.<br><br>Luxury Residence Group<br>P O Box 1225<br>Park City, UT 84060-1225 | X | | | | | | $           74,721.11 |

Subtotal ➔ $            184,866.78
(Total of this page)

In re   Easy Street Holding, LLC,                                    Case No.  09-29905
                                      Debtor(s)

## SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>McGladrey & Pullen<br>One South Wacker Drive<br>Suite 800<br>Chicago, IL 60606<br>312-634-3400<br>312-634-3410 Fax | X | | Accounting | | | | $            15,000.00 |
| Account No.<br><br>Merrit & Harris<br>301 E Glenoaks Blvd., Suite 4<br>Glendale, CA 91207<br>818-500-1174 Tel<br>818-548-0355 Fax | X | | Professional | | | | $             3,200.00 |
| Account No.<br><br>Millcreek Consulting<br>Attn:  Steve Brown<br>3017 East Kempner Road<br>Salt Lake City, UT  84109<br>801-278-2211 Tel<br>801-278-8524 Fax | X | | Professional | | | | $           100,044.00 |
| Account No.<br><br>Park City Surveying<br>P O Box 682993<br>Park City, UT  84068-2993<br>435-649-2918 Tel | X | | Professional | | | | $             1,915.00 |
| Account No. 4115-1878-7<br>Pitney Bowes<br>PO Box 856390<br>Louisville, KY 40285-6390 | X | | Professional | | | | $               161.58 |
| Account No.<br><br>Rimmerman<br>One Embarcadero Center, Suite 2410<br>San Francisco, CA 94111 | X | | Accounting | | | | $             4,030.00 |

_2_ of _3_ continuation sheets attached

Subtotal ➔ $            124,350.58
(Total of this page)

In re   Easy Street Holding, LLC, _____   Case No. _09-29905_____
                            Debtor(s)

# SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 6035-5178-6113-6819<br><br>Staples Credit Plan<br>Dept 51-7861136819<br>PO Box 689020<br>Des Moines, IA 50368-9020<br>800-767-1291 Tel<br>801-779-7425 Fax | X | | Trade Debt | | | | $            978.39 |
| Account No.<br><br>Summit Business Service<br>Attn:  Chipper Leonard<br>4130 Hilltop Court<br>Park City, UT  84098-4715<br>435-658-1558 Tel<br>801-880-0354 Fax | X | | Professional | | | | $              25.00 |

_3_ of _3_  continuation sheets attached

Subtotal➔ $            1,003.39
(Total of this page)

Total➔ $        1,619,097.65
(Report on Summary of Schedules)

In re    Easy Street Holding, LLC,                                                    Case No.  09-29905
                                    Debtor(s)

## SCHEDULE G — EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|

NYIWDMS: 11299947

1

In re  Easy Street Holding, LLC,                                                    Case No.  09-29905
_____                          _____
                                    Debtor(s)

# SCHEDULE H — CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Easy Street Partners, LLC<br>201 Heber Avenue<br>Park City, UT 84060 | CBIZ Accounting<br>175 S West Temple, Suite 650<br>Salt Lake City, UT 84111 |
| Easy Street Mezzanine, LLC<br>201 Heber Avenue<br>Park City, UT 84060 | CBIZ Accounting<br>175 S West Temple, Suite 650<br>Salt Lake City, UT 84111 |
| Easy Street Partners, LLC<br>201 Heber Avenue<br>Park City, UT 84060 | Goodrich & Thomas, CPAs<br>3200 Park Center Drive, Suite 1170<br>Costa Mesa, CA 92626-7153 |
| Easy Street Mezzanine, LLC<br>201 Heber Avenue<br>Park City, UT 84060 | Goodrich & Thomas, CPAs<br>3200 Park Center Drive, Suite 1170<br>Costa Mesa, CA 92626-7153 |
| Easy Street Partners, LLC<br>201 Heber Avenue<br>Park City, UT 84060 | Klehr, Harrison, Harvey, Branzburg & Ellers<br>260 South Broad Street<br>Philadelphia, PA 19120 |
| Easy Street Mezzanine, LLC<br>201 Heber Avenue<br>Park City, UT 84060 | Klehr, Harrison, Harvey, Branzburg & Ellers<br>260 South Broad Street<br>Philadelphia, PA 19120 |
| Easy Street Mezzanine, LLC<br>201 Heber Avenue<br>Park City, UT 84060 | David Wickline<br>17575 Fitzpatrick Lane<br>Occidental, CA 95465 |
| Easy Street Mezzanine, LLC<br>201 Heber Avenue<br>Park City, UT 84060 | Frank Rimerman & Co. LLP<br>60 South Market Street<br>San Jose, CA 95113 |
| Easy Street Mezzanine, LLC<br>201 Heber Avenue<br>Park City, UT 84060 | Pitney Bowes<br>PO Box 856390<br>Louisville, KY 40285-6390 |
| Easy Street Mezzanine, LLC<br>201 Heber Avenue<br>Park City, UT 84060 | Park City Surveying<br>P O Box 682993<br>Park City, UT  84068-2993 |
| Easy Street Mezzanine, LLC<br>201 Heber Avenue<br>Park City, UT 84060 | Shaner Design, Inc.<br>614 Main Street, Suite 404<br>Park City, UT 84060 |
| Easy Street Mezzanine, LLC<br>201 Heber Avenue<br>Park City, UT 84060 | Staples Credit Plan, Dept 51-7861136819<br>PO Box 689020<br>Des Moines, IA 50368-9020 |

NYIWDMS: 11300959

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Utah

In re   Easy Street Holding, LLC                            Case No.   09-29905
_____                            Chapter    11
                              Debtor(s)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the ___ of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __16__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   October 15, 2009          Signature  _____

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.