| | | |
|---|---|---|
| **DEBTOR** | EASY STREET MEZZANINE | **MONTHLY OPERATING REPORT** |
| | | CHAPTER 11 |
| **CASE NO.** | 09-29908 | |

## Form 2-A
## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

### For Period SEPTEMBER 14 to SEPTEMBER 30, 2009

**Accounting Method**     [X] Accrual Basis     [ ] Cash Basis

### THIS REPORT IS DUE 15 DAYS AFTER THE END OF THE MONTH

Mark On Box Each Required Document

Debtor must attach each of the following reports/documents unles the U.S. Trustee has waived the requirement in writing. File the original with the Clerk of Court. Sup,it a duplicate, with original signature, to the U.S. Trustee

| Report /Document Wavied | Previously Waived | REQUIRED REPORTS / DOCUMENTS |
|---|---|---|
| X | | 1. Cash Receipts and Disbursement Schedule (Form 2-B) |
| X | | 2. Balance Sheet (Form 2-C) |
| X | | 3. Profit and Loss Statement (Form 2-D) |
| X | | 4. Supporting Schedules (Form 2-E) |
| X | | 5. Quarterly Fee Summary (Form 2-F) |
| X | | 6. Narrative (Form 2-G) |
| X | | 7. Bank Statements for All Bank Accounts |
| X | | 8. Bank Statement Reconciliations for all Bank Accounts |

*I declare under the penalty of perjury that the following Monthly Operating Reoprt, and any attachments thereto are true, accurate, and correct to the best of my knowledge and belief.*

Executed on  Oct 15, 2009     Print Name  WILLIAM SHONT

                                                    Signature  [signature]

                                                    Tittle  Bookkeeper

**DEBTOR** EASY STREET MEZZANINE     **CASE NO.**     09-29908

**Form 2-B**
**CASH RECEIPTS AND DISBURSEMENTS STATEMENT**

**For Period SEPTEMBER 14 to SEPTEMBER 30, 2009**

| CASH FLOW SUMMARY | CURRENT MONTH | ACCUMULATED |
|---|---|---|
| **1. Beginning Cash Balance** | $ - 1 | $ - 1 |
| 2. Cash Receipts | | |
|    Operations | $ - | $ - |
|    Sales of Assets | $ - | $ - |
|    Loans / Advances | $ - | $ - |
|    Other | $ - | $ - |
|    Total Cash Receipts | $ - | $ - |
| 3. Cash Disbursements | | |
|    Operations | $ - | $ - |
|    Debt Service/Secured Loan Payment | $ - | $ - |
|    Prefessional Fees/US Trustee Fees | $ - | $ - |
|    Other | $ - | $ - |
|    Total Cash Disbursements | $ - | $ - |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | $ - | $ - |
| **5. End Cash Balance (to Form 2-C)** | $ - 2 | $ - 2 |

| CASH BALANCE SUMMARY | Financial Institution | Book Balance |
|---|---|---|
| Petty Cash | | |
| DIP Operating Account | | $ - |
| DIP State Tax Account | | $ - |
| DIP Payroll Account | | $ - |
| Other Operating Account | | $ - |
| Other Interest Bearing Account | | $ - |
| TOTAL | | $ - 3 |

(must agree with Ending Cash Balance above)

**DEBTOR**                                             **CASE NO.**

**Form 2-B**
**CASH RECEIPTS AND DISBURSEMENTS STATEMENT**

For Period _____ to _____

**CASH RECEIPTS DETAIL**                    Account No.    [          ]
*(ATTACH ADDITONAL SHEETS AS NECESSARY)*

| Date | Payer | Description | Amount |
|------|-------|-------------|--------|
|      |       |             |        |

                                                **Total Cash Receipts** _____  1

(1) Total for all accounts should agree with the total cash receipts listed on Form 2-B, page 1

**DEBTOR**                                              **CASE NO.**

**Form 2-B**
**CASH RECEIPTS AND DISBURSEMENTS STATEMENT**
For Period _____ to _____

**CASH DISBURSEMENTS DETAIL**        Account No. [_____]

| Date | Payer | Description | Amount |
|------|-------|-------------|--------|
|      |       |             |        |

**Total Cash Disbursements** _____ 1

(1) Total for all accounts should agree with the total cash disbursements listed on Form 2-B, page 1

**DEBTOR**                                            **CASE NO.**        09-29908
EASY STREET MEZZANINE

**Form 2-C**
**COMPARATIVE BALANCE SHEET**
**For Period Ending** _____

| | CURRENT MONTH | ACCUMULATED |
|---|---|---|
| **ASSETS** | | |
| | | |
| Current Assets | | |
|    Cash (from From 2-B, Line 5) | $ - | $ - |
|    Accounts Recievable (from From 2-E) | $ - | $ - |
|    Receivable from Officers, Employees, Affiliates | $ - | $ - |
|    Inventory | $ - | $ - |
|    Other Current Assets | | |
| | | |
| Total Current Assets | $ - | $ - |
| | | |
| Fixed Assets | | |
|    Land | $ - | $ - |
|    Building | $ - | $ - |
|    Equipment, Furniture & Fixtrues | $ - | $ - |
|    Total Fixed Assets | $ - | $ - |
|    Less: Accumulated Depreciation | | |
|    Net Fixed Assets | $ - | $ - |
|    Other Fixed Assets | $ 17,502,065.00 | $ 17,502,065.00 |
| | | |
| **TOTAL ASSETS** | $ 17,502,065.00 | $ 17,502,065.00 |
| | | |
| **LIABILITIES** | | |
|    Post Petition Accounts Payables (Form 2-E) | $ 539,743.00 | $ 539,743.00 |
|    Post Petition Accrued Professional Fees(Form 2-E | $ - | $ - |
|    Post Petition Taxes Payable (Form 2-E) | $ - | $ - |
|    Post Petition Notes Payable | $ - | $ - |
|    Other Post Petition Payables | $ - | $ - |
| | $ - | $ - |
| Total Post Petition Liabilities | $ 539,743.00 | $ 539,743.00 |
| | | |
| Pre Petition Liabilities | | |
|    Secured Debt | $ 12,379,795.00 | $ 12,379,795.00 |
|    Priority Debt | $ - | $ - |
|    Unsecured Debt | $ - | $ - |
|    Total Pre Petition Debt | $ 12,379,795.00 | $ 12,379,795.00 |
| | | |
| **TOTAL LIABILITIES** | $ 12,919,538.00 | $ 12,919,538.00 |
| | | |
| **OWNER EQUITY** | | |
|    Owner/Stockholder Equity | $ 4,582,527.00 | $ 4,582,527.00 |
|    Retained Earnings - Prepetition | $ - | $ - |
|    Retained Earnings - Post Petition | $ - | $ - |
|    TOTAL OWNERS EQUITY | $ 4,582,527.00 | $ 4,582,527.00 |
| | | |
| **TOTAL LIABILITIES & OWNER EQUITY** | $ 17,502,065.00 | $ 17,502,065.00 |

D EASY STREET MEZZANINE　　　　　　　　　　CASE NO.　　　09-29908

# Form 2-D
## PROFIT AND LOSS STATEMENT
### For Period SEPTEMBER 14 to SEPTEMBER 30, 2009

|  | CURRENT MONTH | ACCUMULATED |
|---|---|---|
| Gross Operating Revenues | $ - | $ - |
| Less: Discounts, Returns, Allowances | $ - | $ - |
| **Net Operating Revenue** | $ - | $ - |
| Cost of Goods Sold | $ - | $ - |
| **Gross Profits** | $ - | $ - |
|  |  |  |
| Operating Expenses |  |  |
| Officer Compensation | $ - | $ - |
| Selling, General & Administrative | $ - | $ - |
| Rents & Leases | $ - | $ - |
| Depreciation, Depletion, & Amortization | $ - | $ - |
| Others | $ - | $ - |
| Total Operating Expenses | $ - | $ - |
|  |  |  |
| **Operating Income (Loss)** | $ - | $ - |
|  |  |  |
| Non Opearating Income and Expenses |  |  |
| Other Non Operating Expenses | $ - | $ - |
| Gains (Losses) on Sale of Assets | $ - | $ - |
| Interest Income | $ - | $ - |
| Interest Expense | $ - | $ - |
| Owner Rental Commissions | $ - | $ - |
|  | $ - | $ - |
| Net Non Operating Income or (Expenses) | $ - | $ - |
|  |  |  |
| Reorganization Expenses |  |  |
| Legal & Professional Expenses | $ - | $ - |
| Other Reorganizational Expenses | $ - | $ - |
| Total Reorganizational Expenses | $ - | $ - |
|  |  |  |
| **Net Income (loss) Before Income Taxes** | $ - | $ - |
|  |  |  |
| Federal & State Income Tax Expense (Benefit) | $ - | $ - |
| **NET INCOME (LOSS)** | $ - | $ - |

**DEBTOR**                                   **CASE NO.**    09-29908
EASY STREET MEZZANINE

Form 2-E
SUPPORTING SCHEDULES
For Period _____ to _____

## POST PETITION TAXES PAYABLE SCHEDULE

|   | Beginning Balance | Amount Accrued | Amount Paid | Date Paid | Check Number | Ending Balance |
|---|---|---|---|---|---|---|
| Income Tax Withheld Federal State |  |  |  |  |  |  |
| FICA Tax Withheld |  |  |  |  |  |  |
| Employeers Fica Tax |  |  |  |  |  |  |
| Unemployment Tax Federal State |  |  |  |  |  |  |
| Sales,Use & Excise Tax |  |  |  |  |  |  |
| Property Tax |  |  |  |  |  |  |
| Accured Income Tax Federal State Other |  |  |  |  |  |  |
| TOTALS | $   - | $   - | $   - |  |  | $   - |

(1) For first report, Beginning Balance will be $0: Beginning Balance will be Ending Balance from prior report

## INSURANCE SCHEDULE

|   | Carrier | Amount of Coverage | Expiration Date | Premium Paid Through |
|---|---|---|---|---|
| Workers Compensation |  |  |  |  |
| General Liability |  |  |  |  |
| Property (Fire Theft) |  |  |  |  |
| Vehicle |  |  |  |  |
| Others |  | $   - |  |  |

**DEBTOR**                                   **CASE NO.**

Form 2-E
SUPPORTING SCHEDULES
For Period _____ to _____

## ACCOUNTS RECEIVABLE & POST PETITION PAYABLE SCHEDULE

| DUE | ACCOUNTS RECEIVABLE | POST PETITION ACCOUNTS PAYABLE |
|---|---|---|
| Under 30 Days | | 539742.56 |
| 31 t0 60 Days | | |
| 61 to 90 Days | | |
| 91 to 120 Days | | |
| Over 120 Days | | |
| **TOTAL POST PETITION** | $      - | |
| **PRE PETITION AMOUNT** | | |
| Total Accounts Receivable | | |
| Less: Bad Debt Reserve | | |
| **Net Accounts Receivable (to Form 2-C** | $      - | |

Total Post Petition
Accounts Payable  $ 539,742.56

*Attach a detail listing accounts receivable and post petition accounts payable

### SCHEDULE OF PAYMENTS TO ATTORNEYS & OTHER PROFESSIONALS

| | Month End Retainer Balance | Current Month's Accrual | Paid in Current Month | Date of Court Approval | | Month End Balance Due* |
|---|---|---|---|---|---|---|
| Debtor's Counsel | | | | | | |
| Counsel for Unsecured Creditors Committee | | | | | | |
| Trustee Counsel | | | | | | |
| Accountant | | | | | | |
| Other | | | | | | |
| Total | $      - | $      - | $      - | | | $      - |

* Balance due to include fees and expenses incurred but not yet paid.

### Schedule of Payments & Transfers to Principals / Executives**

| Payee Name | Position | Nature of Payment | Amount |
|---|---|---|---|
| | | | |

** List payments and transfers of any kind and in any form made to or for the benefit of any proprietor owner, partner, officer, or director.

**DEBTOR**                                            CASE NO.   09-29908

Form 2-F
**QUARTERLY FEE SUMMARY***
FOR THE MONTH ENDED SEPTEMBER 2009

| Month | Year | Cash Disbursement** | Quarterly Fee Due | Check Number | Date Paid |
|---|---|---|---|---|---|
| January | | | | | |
| February | | | | | |
| March | | | | | |
| Total 1st Qtr | | $     - | | | |
| April | | | | | |
| May | | | | | |
| June | | | | | |
| Total 2nd Qtr | | $     - | | | |
| July | | | | | |
| August | | | | | |
| September | | | $   325.00 | | |
| Total 3rd Qtr | | $     - | | | |
| October | | | | | |
| November | | | | | |
| December | | | | | |
| Total 4th Qtr | | $     - | | | |

**FEE SCHEDULE (AS OF JANUARY 1, 2008)**

| Quarterly Disbursements | | | Fee |
|---|---|---|---|
| $          -   | to | $      14,999 | $       325.00 |
| $     15,000   | to | $      74,999 | $       650.00 |
| $     75,000   | to | $     149,999 | $       975.00 |
| $     15,000   | to | $     224,999 | $     1,625.00 |
| $    225,000   | to | $     299,999 | $     1,950.00 |
| $    300,000   | to | $     999,999 | $     4,875.00 |
| $  1,000,000   | to | $   1,999,999 | $    65,000.00 |
| $  2,000,000   | to | $   2,999,999 | $     9,750.00 |
| $  3,000,000   | to | $   4,999,999 | $    10,400.00 |
| $  5,000,000   | to | $  14,999,999 | $    13,000.00 |
| $ 15,000,000   | to | $  29,999,999 | $    20,000.00 |
| $ 30,000,000   | to | more          | $    30,000.00 |

* This summary is to reflect the current year's information cumulative to the end of the preporting period
**Should agree with line 3 Form 2-B. Disbursements are net of transfers tooterh debtor in possesion bank accounts

Failure to pay the quarterly fee is cause for conversion or dismissal of the chapter 11 case.[11USC Sec 112(b)(10)]
In addition, unpadi fees are considered a debt owned the United States and will be assessed interest unde 31 USC 3717

**DEBTOR**     EASY STREET MEZZANINE     **CASE NO.**     09-29907

**Form 2-G**
**NARRATIVE**
**For Period Ending September 30, 2009**

Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors or the court during the reporting period, any unusual or non recurring accounting transactions that are reported inn the financial statements, and any significant changes in the financial conditions of the debtor which have occurred subsequent to the report date.

The Debtor received approval from the court for interim operational funding to ensure continued operations of the property while negotiations for a cash collateral stipulation were conducted.
This iterim funding included funding for payroll and other essential needs.

The employees and condominium owners of the property were informed of the Bankrptcy protection filing by the company.

Various creditors and vendors were informed of the Bankruptcy protection filing by the company.

General press releases were issueb by the company regading the Chapter 11 event.

Efforts to set up the accounting and operational structures to accommodate the requirements of the court and the trustee commenced.

In September the property operated at a profit and exceeded the financail projections intitially provided by the Debtor upon filing

**DEBTOR**                          **POST CONFIRMATION QUARTERLY REPORT**

**CH 11 CASE NO.**                  **FOR QUARTER ENDED**

**SUMMARY OF DISBURSEMENTS MADE DURING QUARTER**

1. Cash Balance, Beginning of Quarter
2. Cash Receipts during Quarter from all Sources
3. Cash Disbursements during Quarter including Plan Payments
4. Cash Balance End of Quarter(or as of repoart date for final report)

**SUMMARY OF AMOUNTS DISBURSED UNDER PLAN**     $         -

|  | Paid During Quarter | Total Paid To Date | Total Pyts Projected Under the Plan |
|---|---|---|---|
| 1. ADMINISTRATIVE EXPENSES |  |  |  |
| Plan Trustee Compensation | $        - | $        - | $        - |
| Plan Trustee Expenses | $        - | $        - | $        - |
| Attorney Fees Trustee | $        - | $        - | $        - |
| Attorney Fees Debtor | $        - | $        - | $        - |
| Other Professionals | $        - | $        - | $        - |
| Other Administrative Expenses | $        - | $        - | $        - |
| TOTAL ADMINISTRATIVE EXPENSES | $        - | $        - | $        - |

2. SECURED CREDITORS

3. PRIORITY CREDITORS

4. UNSECURED CREDITORS

5. EQUITY SECURITY HOLDERS

**TOTAL PLAN PAYMENTS**             $        -        $        -        $        -

**QUARTERLY FEE PAID**              $        -        $        -        $        -

**PLAN STATUS**

|  | YES | NO |
|---|---|---|
| 1. Have all payments been made as set forth in the confirmed plan? |  |  |
| 2. Are all post confirmation obligations current? |  |  |
| 3. Projected date of application for final decree |  |  |

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING POST CONFIRMATION QUARTERLY REPORT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

Reorganized Debtor    _____

By:                   _____
Title
Email & Phone         _____

**DEBTOR**

**CASE NO**

**CASH FLOW PROJECTIONS FOR THE 6 MONTH PERIOD**

| | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | TOTAL |
|---|---|---|---|---|---|---|---|
| | September | October | November | December | January | February | |
| **Cash at Beginning of Month** | | | | | | | |
| **Income & Receipts** | | | | | | | |
| Cash Sales | | | | | | | |
| Accounts Receivable Collection | | | | | | | |
| Sale of Assets | | | | | | | |
| Other (Attached List) | | | | | | | |
| **TOTAL RECEIPTS** | - | - | - | - | - | - | - |
| **EXPENSES & DISBURSEMENTS** | | | | | | | |
| Rent | | | | | | | |
| Employee Salaries | | | | | | | |
| Employee Benefits | | | | | | | |
| Owner/Officer Salaries | | | | | | | |
| Owner/Officer Benefits | | | | | | | |
| Taxes | | | | | | | |
| Bank Notes Payable | | | | | | | |
| Vehicle Notes Payable | | | | | | | |
| Maintenance | | | | | | | |
| Insurance | | | | | | | |
| Inventory | | | | | | | |
| Supplies | | | | | | | |
| Utilities | | | | | | | |
| Professional Fees | | | | | | | |
| US Trustee Fees | | | | | | | |
| Court Costs | | | | | | | |
| Other (List Attached) | | | | | | | |
| **TOTAL DISBURSEMENTS** | - | - | - | - | - | - | - |
| **NET CASH FLOW** | - | - | - | - | - | - | - |
| **Cash at the End of Month** | - | - | - | - | - | - | - |

# EASY STREET MEZZANINE
## Balance Sheet
### As of September 30, 2009

| | |
|---|---|
| Current ratio [A/B] | - |
| Quick ratio [(A-C)/B] | - |
| Cash ratio [D/B] | - |

| | | |
|---|---|---|
| Working capital [A-B] | $ | (539,743) |
| Debt-to-equity ratio [(G+H)/F] | 2.70 | |
| Debt ratio [(G+H)/E] | 0.71 | |

| ASSETS | | % of ASSETS |
|---|---|---|
| **Current assets** | | |
| Cash and cash equivalents [D] | - | 0.0% |
| Short-term investments | - | 0.0% |
| Accounts receivable [I] | - | 0.0% |
| Inventories [C] | - | 0.0% |
| Deferred income taxes | - | 0.0% |
| Prepaid expenses and other current assets | - | 0.0% |
| Total current assets [A] | $ - | 0.0% |
| **Fixed assets** | | |
| Land and Improvements | - | 0.0% |
| Building and Improvements | - | |
| Furniture, Fixtures, and Equipment | - | |
| Less accumulated depreciation | - | 0.0% |
| Total fixed assets | $ - | 0.0% |
| **Other assets** | | |
| Net Equity Easy Street Partners Limited, LLC | 17,502,065 | 100.0% |
| Equity investments | - | 0.0% |
| Deferred income taxes | - | 0.0% |
| Fractional Unit Inventory | - | 0.0% |
| Total other assets | $ 17,502,065 | 100.0% |
| Total assets [E] | $ 17,502,065 | 100.0% |

| LIABILITIES & OWNERS' EQUITY | | % of ASSETS |
|---|---|---|
| **Current liabilities** | | |
| Loans payable and current portion long-term debt [H] | - | 0.0% |
| Accounts payable and accrued expenses | 539,743 | 3.1% |
| Income taxes payable | - | 0.0% |
| Accrued retirement and profit-sharing contributions | - | 0.0% |
| Total current liabilities [B] | $ 539,743 | 3.1% |
| **Other liabilities** | | |
| Long-term debt [G] | 12,379,795 | 70.7% |
| Accrued retirement costs | - | 0.0% |
| Deferred income taxes | - | 0.0% |
| Deferred credits and other liabilities | - | 0.0% |
| Total other liabilities | $ 12,379,795 | 70.7% |
| Total liabilities | $ 12,919,538 | 73.8% |
| Total owners' equity [F] | $ 4,582,527 | 26.2% |
| Total liabilities + owners' equity | $ 17,502,065 | 100.0% |

| EASY STREET MEZZANINE | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| CBIZ Accounting | 0.00 | 0.00 | 0.00 | 0.00 | 12,048.67 | 12,048.67 |
| CloudNine Resorts SL- Developement | 0.00 | 0.00 | 0.00 | 0.00 | 422,737.67 | 422,737.67 |
| David Wickline | 0.00 | 36.66 | 0.00 | 0.00 | 1,499.30 | 1,535.97 |
| Frank Rimerman & Co. LLP | 12.51 | 1,381.03 | 0.00 | 0.00 | 0.00 | 1,393.55 |
| Goodrich & Thomas, CPAs | 0.00 | 4,655.00 | 0.00 | 0.00 | 11,445.00 | 16,100.00 |
| Klehr,Harrison,Harvey,Branzburg & Ellers | 0.00 | 0.00 | 13,621.86 | 4,912.31 | 0.00 | 18,534.17 |
| Les Olson Company | 687.50 | 0.00 | 0.00 | 0.00 | 0.00 | 687.50 |
| Luxury Residence Group | 2,003.99 | 1,935.09 | 1,929.98 | 1,926.30 | 17,111.66 | 24,907.04 |
| McGladrey & Pullen | 0.00 | 0.00 | 0.00 | 0.00 | 5,000.00 | 5,000.00 |
| Merrit & Harris | 0.00 | 0.00 | 0.00 | 0.00 | 1,066.67 | 1,066.67 |
| Millcreek Constulting | 0.00 | 0.00 | 0.00 | 0.00 | 33,348.00 | 33,348.00 |
| Park City Surveying | 0.00 | 0.00 | 0.00 | 0.00 | 638.33 | 638.33 |
| Pitney Bowes | 0.00 | 53.86 | 0.00 | 0.00 | 0.00 | 53.86 |
| Shaner Design, Inc. | 0.00 | 840.00 | 0.00 | 245.00 | 280.00 | 1,365.00 |
| Staples Credit Plan | 194.86 | 131.27 | 0.00 | 0.00 | 0.00 | 326.13 |
|  | 2,898.86 | 9,032.91 | 15,551.84 | 7,083.61 | 505,175.30 | 539,742.56 |

# EASY STREET MEZZANINE
Long Term Liabilites

| Due To | Description | Amount |
|---|---|---|
| Bay North Capital | Mezzanine Loan | 12,379,795.00 |
| | **TOTAL** | **$12,379,795.00** B16 |