Kenneth L. Cannon II (kcannon@djplaw.com) (3705)
Steven J. McCardell (smccardell@djplaw.com) (2144)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT  84110-4050
Telephone:  (801) 415-3000/Fax:  (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com) (admitted pro hac vice)
Steven B. Eichel (seichel@crowell.com) (admitted pro hac vice)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY  10022
Telephone:  (212) 223-4000/Fax:  (212) 223-4134

Proposed Counsel for Debtors and Debtors in Possession

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re: | |
| EASY STREET HOLDING, LLC, *et al.*, | Bankruptcy Case No. 09-29905 |
| | Jointly Administered with Cases |
| Debtors. | 09-29907 and 09-29908 |
| Address:  201 Heber Avenue | Chapter 11 |
| Park City, UT 84060 | |
| | Honorable R. Kimball Mosier |
| Tax ID Numbers: | |
| 35-2183713 (Easy Street Holding, LLC), | |
| 20-4502979 (Easy Street Partners, LLC), and | **[FILED ELECTRONICALLY]** |
| 84-1685764 (Easy Street Mezzanine, LLC) | |

**NOTICE OF OBJECTION DEADLINE AND NOTICE OF HEARING ON
DEBTORS' APPLICATIONS TO EMPLOY WRONA LAW OFFICES, P.C.,
AND CORBIN B. GORDON AS SPECIAL COUNSEL**

**PLEASE TAKE NOTICE** that Easy Street Holding, LLC, Easy Street Partners, LLC,

and Easy Street Mezzanine, LLC (the "Debtors"), have filed (1) Debtors' Application Pursuant

to Bankruptcy Code Section 327(e) and Rules 2014(a) and 2016(b) to Employ Wrona Law

SLC_480337

Offices, P.C. as Special Counsel (the "Wrona Application"), and (2) Debtors' Application Pursuant to Section 327(e) of the Bankruptcy Code and Rules 2014(a) and 2016(b) to Employ Corbin B. Gordon as Special Counsel (the "Gordon Application") (together, the Wrona Application and the Gordon Application will be referred to as the "Professional Applications"). Copies of the Professional Applications and declarations in support thereof, have been served on the United States Trustee's office, on holders of the twenty largest unsecured claims in each case, on holders of secured claims, on governmental authorities including tax and regulatory bodies, and on parties who have entered a notice of appearance in this case. If you do not receive copies of the Professional Applications and the supporting documents, you may obtain copies of these documents by requesting them from the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that your rights may be affected. You should read this Notice and the Professional Applications and supporting documentation carefully and discuss them with your attorney, if you have one in this bankruptcy case.

**PLEASE TAKE FURTHER NOTICE** that, if you do not want the Bankruptcy Court to approve the Professional Applications, or if you want the Bankruptcy Court to consider your views on the Professional Applications, then you or your attorney must file with the Bankruptcy Court and serve on the undersigned counsel for the Debtors a written objection or objections to one or more of the Professional Applications in conformity with Rule 9013 of the Bankruptcy Court's local rules of practice so that it is received no later than **Monday, November 9, 2009, at 4:30 p.m., MDT**. Your objection must be filed at:

>     Clerk
>     United States Bankruptcy Court
>     350 South Main Street, # 301
>     Salt Lake City, Utah 84101

**PLEASE TAKE FURTHER NOTICE** that, if you mail your objection to the Bankruptcy Court for filing, you must mail it early enough so the Court will receive it on or before the time and date stated above.  You must also serve your objection on the undersigned counsel for the Debtors and on other parties in interest.

**PLEASE TAKE FURTHER NOTICE** that the Professional Applications will come on for hearing before the Honorable R. Kimball Mosier, United States Bankruptcy Judge, on **Tuesday, November 24, 2009, at 10:00 a.m., MST**, in his courtroom, Room 369 of the Frank E. Moss United States Courthouse, 350 South Main Street, Salt Lake City, Utah 84101.  You or your attorney must attend the hearing on the Professional Applications if you want your objection(s) to be considered by the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rule 9013-1(c) of the Bankruptcy Court's local rules of practice, absent timely filing and service of objections to the Professional Applications, the Debtors may ask that the Court to approve the Professional Applications without further notice or hearing.  Additionally, upon the resolution of any timely filed and served objections to the Professional Applications, the Debtors may ask the Bankruptcy Court to approve the Professional Applications without further notice or hearing.

SLC_480337

DATED: October 19, 2009

DURHAM JONES & PINEGAR, P.C.


By:  /s/ Kenneth L. Cannon II
Kenneth L. Cannon II (kcannon@djplaw.com)(3705)
Steven J. McCardell (smccardell@djplaw.com)(2144)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT  84110-4050
Telephone:  (801) 415-3000/Fax:  (801) 415-3500

and

Michael V. Blumenthal (mblumenthal@crowell.com)
   (admitted pro hac vice)
Steven B. Eichel (seichel@crowell.com)
   (admitted pro hac vice)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY  10022
Telephone:  (212) 223-4000/Fax:  (212) 223-4134

Proposed Counsel for Debtors and Debtors in Possession

SLC_480337