Kenneth L. Cannon II (kcannon@djplaw.com) (3705)
Steven J. McCardell (smccardell@djplaw.com) (2144)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT 84110-4050
Telephone: (801) 415-3000/Fax: (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com) (pro hac vice application pending)
Steven B. Eichel (seichel@crowell.com) (pro hac vice application pending)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 223-4000/Fax: (212) 223-4134

Proposed Counsel for Debtors and Debtors in Possession

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re: | |
| EASY STREET HOLDING, LLC, *et al.*, | Bankruptcy Case No. 09-29905 |
| | Jointly Administered with Cases |
| | 09-29907 and 09-29908 |
| Address: 201 Heber Avenue | Chapter 11 |
| Park City, UT 84060 | |
| | Honorable R. Kimball Mosier |
| Tax ID Numbers: | |
| 35-2183713 (Easy Street Holding, LLC), | |
| 20-4502979 (Easy Street Partners, LLC), and | **[FILED ELECTRONICALLY]** |
| 84-1685764 (Easy Street Mezzanine, LLC) | |

**CERTIFICATE OF SERVICE FOR NOTICE OF OBJECTION DEADLINE AND
NOTICE OF HEARING ON DEBTORS' APPLICATIONS TO EMPLOY WRONA LAW
OFFICES, P.C. AND CORBIN B. GORDON AS SPECIAL COUNSEL**

I hereby certify that on the 19th day of October, 2009, I caused to be served the Notice of

Objection Deadline and Notice of Hearing on Debtors' Applications to Employ Wrona Law

SLC_480412.1

Offices, P.C. and Corbin B. Gordon as Special Counsel via ECF notification or electronic mail on the parties listed on the attached Exhibit A and via first-class mail, postage prepaid on the parties listed on the attached Exhibit B.

DATED: October 19, 2009

DURHAM JONES & PINEGAR, P.C.

By: /s/ Kenneth L. Cannon II
Kenneth L. Cannon II (kcannon@djplaw.com)(3705)
Steven J. McCardell (smccardell@djplaw.com)(2144)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT   84110-4050
Telephone: (801) 415-3000/Fax: (801) 415-3500

And

Michael V. Blumenthal (mblumenthal@crowell.com)
   (pro hac vice application pending)
Steven B. Eichel (seichel@crowell.com)
   ( pro hac vice application pending)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY   10022
Telephone: (212) 223-4000/Fax: (212) 223-4134

Proposed Counsel for Debtors and Debtors in Possession

SLC_480412.1

# **EXHIBIT A**

**ECF Notification**

| | |
|---|---|
| Troy J. Aramburu | taramburu@joneswaldo.com, sglendening@joneswaldo.com, rbush@joneswaldo.com |
| Scott A. Cummings | cummings.scott@dorsey.com |
| Mary Margaret Hunt | hunt.peggy@dorsey.com, wardle.gay@dorsey.com |
| Annette W. Jarvis | jarvis.annette@dorsey.com, smith.ron@dorsey.com, slc.lit@dorsey.com; brown.patricia@dorsey.com |
| Lon A. Jenkins | lajenkins@joneswaldo.com, krichardson@joneswaldo.com, ecf@joneswaldo.com; sglendening@joneswaldo.com |
| Michael R. Johnson | mjohnson@rqn.com, agale@rqn.com |
| Anthony C. Kaye | kaye@ballardspahr.com |
| Benjamin J. Kotter | kotter.benjamin@dorsey.com |
| Adelaide Maudsley | maudsley@chapman.com, jemery@chapman.com |
| John T. Morgan tr | john.t.morgan@usdoj.gov, james.gee@usdoj.gov |
| Jeffrey L. Shields | jlshields@cnmlaw.com, njpotter@cnmlaw.com |
| Jeffrey Weston Shields | jshields@joneswaldo.com, sglendening@joneswaldo.com |
| United States Trustee | USTPRegion19.SK.ECF@usdoj.gov |

**Electronic Mail**

Securities & Exchange Commission
Attn: Bankruptcy Dept.
44 Montgomery St # 1100
San Francisco, CA 94104-4613
sanfrancisco@sec.gov

State Office of Recovery Services
515 East 100 South
P O Box 45033
Salt Lake City, UT 84145-0033
orswebslc@utah.gov

Utah Department of Workforce Services
P O Box 45249
Salt Lake City, UT 84145-0249
dwscontactus@utah.gov

West LB AG, New York Branch
Attn: Christian Ruehmer
1211 Avenue of the Americas, 24th Flr
New York, NY 10036
christian_ruehmer@westlb.com

West LB AG, New York Branch
Attn: Bruce F. Davidson
1211 Avenue of the Americas, 24th Flr
New York, NY 10036
bruce_davidson@westlb.com

West LB AG, New York Branch
Attn: Duncan Robertson
1211 Sixth Avenue, 25th Floor
New York, NY 10036-8705
duncan_robertson@westlb.com

West LB AG, New York Branch
Attn: Jeff Nelson
1211 Sixth Avenue, 25th Floor
New York, NY 10036-8705
jeff_nelson@westlb.com

West LB AG, New York Branch
Attn: James Winikor
1211 Sixth Avenue, 25th Floor
New York, NY 10036-8705
james_winikor@westlb.com

SLC_480412.1

William D. Ellis, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA  90013
wellis@sidley.com

Richard W. Havel, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA  90013
rhavel@sidley.com

Drew A. Norman, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA  90013
danorman@sidley.com

Christina M. Craige, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA  90013
ccraige@sidley.com

Christopher B. Barker, Esq.
Goodwin Procter LLP
53 State Street
Boston, MA  02109
cbarker@goodwinprocter.com

Francis N. Mastroianni
Goodwin Procter LLP
53 State Street
Boston, MA  02109
fmastroianni@goodwinprocter.com

Timothy G. Little, Esq.
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY  10022-2585
tim.little@kattenlaw.com

Sheri P. Chromow, Esq.
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY  10022-2585
sheri.chromow@kattenlaw.com

David Wickline
17575 Fitzpatrick Land
Occidental, CA 95465
wicklinedavid@cs.com

Shaner Design, Inc.
614 Main Street, Suite 404
PO Box 4560
Park City, UT 84060
trs@shanerdesign.com

Elliott Workgroup
Attn:  Craig Elliott
P O Box 3419
Park City, UT  84060-3419
celliott@elliottworkgroup.com

Michael V. Blumenthal
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
mblumenthal@crowell.com

Steven B. Eichel
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
seichel@crowell.com

Bruce J. Zabarauskas
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
bzabarauskas@crowell.com

Brian W. Harvey
Goodwin Procter LLP
The New York Time Building
620 Eighth Avenue
New York, NY 10018-1405
bharvey@goodwinprocter.com

Joseph E. Wrona
Wrona Law Offices, P.C.
1745 Sidewinder Drive
Park City, UT  84060
wrona@wasatchlaw.com

SLC_480412.1

# **EXHIBIT B**

SLC_480412.1

A.W. Marshall Company
PO Box 16127
Salt Lake City, UT 84116-0127

ACME Thread Ware
6436 N Business Park Loop Rd.
Park City, UT 84098-6233

ADT Security Services Inc
PO Box 371956
Pittsburgh, PA 15250-7956

ALC Snow Removal
PO Box 680442
Park City, UT 84068-0442

AT&T Mobility
PO Box 6463
Carol Stream, IL 60197-6463

Aetna
PO Box 894938
Los Angeles, CA 90189-4938

Air Filter Sales & Service Inc
255 West 2950 South
Salt Lake City, UT 84115-3443

Albert Ulster Imports, Inc.
PO Box 770
Gaithersburg, MD 20884-0770

Alchemy Ventures Trust
17575 Fitzpatrick Lane
Occidental, CA  95465-9355

All-Pro Cleaning Systems, Inc.
166 West Cottage Avenue
Sandy, UT 84070-1433

Allen Distribution Services
3247 South 3690 West
West Valley City, UT 84120-2150

Allied Waste Services
PO Box 78429
Phoenix, AZ 85062-8429

Alsco
PO Box 25717
Salt Lake City, UT 84125-0717

American Express
PO Box 53852
Phoenix, AZ 85072-3852

American Express Travel
2421 West Peoria Avenue
Phoenix, AZ 85029-4939

American Hotel Register CO
16458 Collections Center Drive
Chicago, IL 60693-0001

American Liberty Insurance
3601 N University Ave Suite 100
Provo, UT  84604-6600

Appliance Sales & Service
PO Box 670
55 E Center St., Suite 140
Heber City, UT 84032-1946

Arctic Spas/ Spagoods.com
4575 N. Silver Springs Dr
Park City, UT 84098-7536

BJ Plumbing Supply
1470 South State
Orem, UT 84097-7704

BTC Rob Stevenson
957 East 1300 South
Salt Lake City, UT 84105-1856

Baker Tile Co
1434 West 8040 South
West Jordan, UT 84088-9459

Bay North Capital, LLC
Attn:  Charles J. Flint
One Financial Center, Floor 23
Boston, MA  02111-2621

Bellows Glass
76 West 200 South
Heber City, UT 84032-2005

Bevco2
651 West 600 South
Salt Lake City, UT 84104-1015

Big Four Distributing, Inc
304 East 900 South
Provo, UT  84606-7316

Bill & Carrie Shoaf
4780 Winchester Court
Park City, UT 84098-7528

CBIZ
175 S West Temple, Suite 650
Salt Lake City, UT 84101-1422

Child Support Services
ORS PO Box 45011
Salt Lake City, UT 84145-0011

Cintas Corporation
97627 Eagle Way
Chicago, IL 60678-7627

| | | |
|---|---|---|
| CloudNine Resorts SL- Development<br>PO Box 683300<br>Park City, UT 84068-3300 | CloudNine Resorts SL- Management<br>PO Box 683300<br>Park City, UT 84068-3300 | Colorado Casualty Insurance Co<br>PO Box 85627<br>San Diego, CA 92186-5627 |
| Comcast<br>PO Box 34744<br>Seattle, WA 98124-1744 | CoolWorks.com<br>PO Box 272<br>Gardiner, MT 59030-0272 | Corbin B. Gordon, P.C.<br>345 West 600 South<br>Heber City, UT 84032-2247 |
| Curb It Recycling<br>PO Box 681397<br>Park City, UT 84068-1397 | Cushman & Wakefield<br>50 Broad Street<br>New York, NY 10004-2307 | Dex West<br>PO Box 79167<br>Phoenix, AZ 85062-9167 |
| Diamond Rental<br>4518 South 500 West<br>Salt Lake City, UT 84123-3694 | EM Systems<br>PO Box 540783<br>North Salt Lake, UT 84054-0783 | Easy Street Holding, LLC<br>4780 Winchester Court<br>Park City, UT 84098-7528 |
| Easy Street Mezzanine, LLC<br>4780 Winchester Court<br>Park City, UT 84098-7528 | Easy Street Partners, LLC<br>4780 Winchester Court<br>Park City, UT 84098-7528 | Ecolab<br>PO Box 100512<br>Pasadena, CA 91189-0512 |
| Ecolab Pest Elim. Div<br>PO Box 6007<br>Grand Forks, ND 58206-6007 | Fast Patch<br>2257 Greens Lane<br>Spanish Fork, UT 84660-9599 | FedEx<br>PO Box 7221<br>Pasadena, CA 91109-7321 |
| Five 9's Communication<br>PO Box 348<br>Roy, UT 84067-0348 | Frank Rimerman & Co. LLP<br>60 South Market Street<br>San Jose, CA 95113-2351 | Fuelman<br>PO Box 105080<br>Atlanta, GA 30348-5080 |
| Gateway Center, LLC<br>c/o Commerce CRG<br>PO Box 571530<br>Murray, UT 84157-1530 | General Chemical<br>PO Box 533195<br>Charlotte, NC 28290-3195 | Gentry Finance<br>386 South State Street<br>Orem, UT 84058-5424 |
| Goodrich & Thomas, CPAs<br>3200 Park Center Drive Suite 1170<br>Costa Mesa, CA 92626-7153 | Grazo Electric<br>PO Box 1196<br>Midway, UT 84049-1196 | Gunthers Comfort Air<br>81 South 700 East<br>American Fork, UT 84003-2158 |
| HD Supply Facilities Maintenance<br>PO Box 509058<br>San Diego, CA 92150-9058 | Home Depot Credit Services<br>PO Box 6031<br>The Lakes, NV 88901-6031 | Hood Cleaners of Utah<br>PO Box 342<br>Riverton, UT 84065-0342 |

| | | |
|---|---|---|
| Hotel Amenities Resources LLC<br>2000 Van Ness Avenue Suite 801<br>San Francisco, CA 94109-3023 | Innovative Body Science<br>6350 Yarrow Drive Suite D<br>Carlsbad, CA 92011-1544 | Intermountain Drug Testing<br>PO Box 9800<br>Salt Lake City, UT 84109-9800 |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>P O Box 21126<br>Philadelphia, PA  19114-0326 | Ion Cibuc<br>7 Kafern Drive Apt 1-D<br>Baltimore, MD 21207-4383 | Jacobsen Construction<br>PO Box 27608<br>Salt Lake City, UT 84127-0608 |
| Jacobsen National Group, Inc.<br>c/o Michael R. Johnson, Esq.<br>Ray Quinney & Nebeker<br>36 South State Street, Suite 1400<br>Salt Lake City, UT  84111-1451 | KBIi Properties, LP<br>PO Box 680464<br>Park City, UT 84068-0464 | Kaba Ilco, Inc<br>PO Box 12553 Succ Centre Ville<br>Montreal, QC H3C-6R1<br>CANADA |
| Klehr, Branzburg & Ellers LLP<br>260 South Broad St,<br>Philadelphia, PA 19102-5021 | La Monica's Restaurant Equipment<br>6211 South 380 West<br>Murray, UT 84107-3309 | Les Olson Company<br>PO Box 65598<br>Salt Lake City, UT 84165-0598 |
| Liquor Leasing & Service, L.C.<br>9283 South Jean Drive<br>Sandy, UT  84070-6254 | Living Creations Inc<br>2163 E Lambourne Ave<br>Salt Lake City, UT 84109-2454 | Luxury Residence Group<br>693 Main Street<br>Park City, UT 84060 |
| M & M Distributing<br>531 West 600 North<br>Salt Lake City, UT 84116-3430 | Market Metrix<br>990 A Street Suite 301<br>San Rafael, CA 94901-3000 | McGladrey and Pullin<br>Attn:  Jan Riend<br>One South Wacker Drive, Suite 800<br>Chicago, IL 60606-4650 |
| Merrit & Harris<br>301 E Glenoaks Blvd. Suite 4,<br>Glendale CA 91207-2115 | Michael & Nilda Chang<br>16 Morning Sky Lane<br>Las Vegas, NV 89135-7860 | Millcreek Consulting<br>3017 E Kempner Rd.<br>Salt Lake City UT 84109-3654 |
| Money 4 You & Mr. Money<br>498 North 900 West # 230<br>Kaysville, UT 84037-4213 | Mountain Valley Temperature Control<br>PO Box 429<br>Pleasant Grove, UT 84062-0429 | Muir Copper Canyon Farms<br>PO Box 26775<br>Salt Lake City, UT 84126-0775 |
| Muzak LLC<br>PO Box 71070<br>Charlotte, NC 28272-1070 | Pacific Seafood - Utah<br>c/o Pacific Seafood Co.<br>P O Box 842757<br>Boston, MA 02284-2757 | Park City I, LLC<br>166 Duane Street<br>New York, NY  10013-3398 |
| Park City Surveying<br>2041 Sidewinder Drive, Suite 1<br>Park City, UT  84060-7465 | Philo Smith Jr. Trust<br>684 Glenneyre Street<br>Laguna Beach, CA  92651-2420 | Par Springer-Miller System, Inc<br>782 Mountain Road<br>PO Box 1547<br>Stowe, VT 05672-1547 |

| | | |
|---|---|---|
| Park City Auto Parts/Hardware<br>PO Box 244<br>Heber City, UT 84032-0244 | Park City Municipal Corp.<br>PO Box 1480<br>Park City, UT 84060-1480 | Park City Water<br>PO Box 1480<br>Park City, UT 84060-1480 |
| Park City WinElectric<br>PO Box 681729<br>Park City, UT 84068-1729 | Patricia Wagner<br>PO Box 680322<br>Park City, UT 84068-0322 | PayChex Human Resources Services<br>PO Box 29769<br>New York, NY 10087-9769 |
| Peak Mobile Communications<br>4910 South Warehouse Road<br>Salt Lake City, UT 84118-6354 | Peets Coffee & Tea<br>PO Box 12509<br>Berkeley, CA 94712-3509 | Pitney Bowes<br>PO Box 856390<br>Louisville, KY 40285-6390 |
| Plaza Dry Cleaners<br>PO Box 770-361<br>Park City UT 84060 | Porter Paint<br>1268 South 500 West<br>Salt Lake City, UT 84101-3019 | Proforma<br>PO Box 51925<br>Los Angeles, CA 90051-6225 |
| Protravel International<br>14130 Riverside Drive<br>Sherman Oaks, CA 91423-2313 | Protravel International Inc<br>515 Madison Ave 10th Floor<br>New York, NY 10022-5403 | Questar Gas Company<br>PO Box 45360<br>Salt Lake City, UT 84145-0360 |
| Qwest<br>PO Box 29039<br>Phoenix, AZ 85038-9039 | Qwest Long Distance Business Services<br>PO Box 856169<br>Louisville, KY 40285-6169 | Renegade Oil Inc<br>1141 South 3200 West<br>Salt Lake City, UT 84104-4562 |
| Revco Leasing<br>PO Box 65598<br>Salt Lake City, UT 84165-0598 | Rimmerman<br>One Embarcadero Center, Suite 2410<br>San Francisco, CA 94111-3737 | PacifiCorp<br>Attn:  Bankruptcy<br>P O Box 25308<br>Salt Lake City, UT  84125-0308 |
| RussWoods LLC<br>5148 Silver Springs Road<br>Park City, UT 84098-6034 | SL Convention & Visitors Bureau<br>90 South West Temple<br>Salt Lake City, UT 84101-1406 | Schindler Elevator Corporation<br>PO Box 93050<br>Chicago, IL 60630 |
| Sentry West Insurance Services<br>PO Box 9289<br>Salt Lake City, UT 84109-9289 | Shift4 Corporation<br>1491 Center Crossing Rd<br>Las Vegas, NV 89144-7047 | Shoes For Crews, LLC<br>File LockBox 51151<br>Los Angeles, CA 90074-1151 |
| Squire<br>1329 South 800 East<br>Orem, UT 84097-7700 | Standard Plumbing Supply<br>PO Box 708490<br>Sandy, UT 84070 | Staples Credit Plan<br>Dept 51-7861136819<br>PO Box 689020<br>Des Moines, IA 50368-9020 |

| | | |
|---|---|---|
| State of Utah<br>Office of the Attorney General<br>Tax & Revenue Division<br>P O Box 40874<br>Salt Lake City, UT  84114-0874 | Step Saver Inc.<br>1901 West 2425 South<br>Wood Cross, UT 84087-2463 | Stone Ground Bakery<br>PO Box 581078<br>Salt Lake City, UT 84158-1078 |
| Summit Business Services<br>Attn:  Chipper Leonard<br>4130 Hilltop Court<br>Park City, UT  84098-4715 | Summit County Assessor<br>PO Box 128<br>Coalville, UT 84017-0128 | Summit County Public Health Dept<br>Environmental Laboratory<br>PO Box 128<br>Coalville, UT 84017-0128 |
| Sundance Partners, Ltd.<br>c/o Ballard Spahr<br>201 South Main Street, Suite 600<br>Salt Lake City, UT  84111-2212 | Swire Coca-Cola USA<br>PO Box 1410<br>Draper, UT 84020-1410 | Sysco Intermountain Food Service<br>PO Box 27638<br>Salt Lake City, UT 84127-0638 |
| Target Labels & Packaging<br>40 West 3800 North<br>Hyde Park, UT 84318-4114 | Allen Taylor<br>Taylor Capital Management<br>10 High Street, Suite 810<br>Boston, MA  02110 | The Chef's Garden<br>9009 Huron-Avery Road<br>Huron, OH 44839-2448 |
| The Elevator Company<br>PO Box 736<br>Bountiful, UT 84011-0736 | USA Today<br>PO Box 79782<br>Baltimore, MD 21279-0782 | Union Square Home Owners Association<br>PO Box 683300<br>Park City UT 84068-3300 |
| United Fence Co.<br>PO Box 26933<br>2525 South 2700 West<br>Salt Lake City, UT 84119-1227 | Utah Dept-Alcoholic Beverage Control<br>1625 South 900 West<br>P O Box 30408<br>Salt Lake City, UT  84130-0408 | Utah State Tax Commission<br>Sales Tax<br>210 North 1950 West<br>Salt Lake City, UT  84134-0400 |
| Wasatch Audio-Visual<br>PO Box 770 PMB282<br>Park City, UT 84060-0770 | Wasatch Meats<br>926 South Jefferson Street<br>Salt Lake City, UT 84101-2983 | Water Images<br>PO Box 571393<br>Murray, UT 84157-1393 |
| Water Reclamation District<br>2800 Homestead Rd<br>Park City, UT 84098-4869 | Wells Fargo Equipment Finance<br>NW-8178 PO Box 1450<br>Minneapolis, MN 55485-8178 | Wells Fargo Equipment Finance<br>733 Marquette Avenue Suite 700<br>Minneapolis, MN 55402-2316 |
| Whitney Advertising & Design<br>6410 N Business Park Loop Rd<br>Suite H<br>Park City, UT 84098-6212 | Wrona Law Office, P.C.<br>1816 Prospector Avenue Suite 100<br>Park City, UT 84060-7481 | |