UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

In re: Easy Street Holding, LLC et al.

Case No. 09-29905   Jointly Administered
Chapter 11   with Cases 09-29907 and 09-29908

Debtor(s).

Trustee: _____

## AMENDED MATRIX
**$26 Fee Required**
_____ **IFP Waiver**

**File amended matrix with ONLY the amended creditors. File separate change of address form to change the debtor's address. Fee required except for change of address or adding attorney for listed creditor. Conversion? (13 to 7) ___ Yes ___ No.**

**It is the debtor's responsibility to notify additional creditors by sending a 341 notice and/or Discharge Order to the creditors added.** A certificate of mailing should be filed with the Clerk's office (see below). **If adding more than eight (8) creditors, attach a scannable list to this cover sheet rather than beginning the list on this page. The scannable list needs to be in Courier 10 pitch, Prestige Elite or Letter Gothic fonts and contain no more than four (4) lines per creditor address.**

**Matrix:**    Adding _X_    Correcting_____    Deleting_____
Please type the creditors' address(es) changes/additions below:

1) See Attached         2)

3)         4)

5)         6)

7)         8)

### CERTIFICATE OF MAILING

I hereby certify that a true and correct copy of the foregoing was mailed, postage prepaid, to the creditors added to this estate as follows (please mark the appropriate line(s):

_X_ 341 Notice         ____Discharge Notice         ____Plan/Amended Plan

10/20/2009
DATE

/s/ Kenneth L. Cannon II
ATTORNEY FOR DEBTOR(S)

Rev. 10/05

Alliance Abroad Group LP
1221 South Mopac Expressway, Suite 100
Austin, TX  78746

Alpine Adventures
3020 North Federal Highway # 10
Fort Lauderdale, FL  33306

American Express Travel Relate
2840 South 123rd Court
Omaha, NE  68144

American Ski & Board Association
686 NW York
Bend, OR   97701

ATIV Corporation
722 Nardo Rd
Encinitas, CA  92024

AT&T Mobility
PO Box 6463
Carol Stream, IL  60197

AXIS Group
84 Route 347
Port Jefferson Station, NY 11767

Business Technology Consulting
Rob Stevenson
957 East 1300 South
Salt Lake City, UT  84105

EM Systems
PO Box 540783 North
Salt Lake City, UT  84054

Fog River Fisheries
9554 Wells Circle, Suite A
West Jordan, UT  84081

Get Fresh
1548 18th Street
Santa Monica, CA  90404

Media One of Utah
4770 South 5600 West
West Valley City, UT  84170-4005

Open Table Inc
PO Box 49322
San Jose, CA  95161-9322

Park Avenue Travel
11 Park Avenue
Swathomre, PA  19081

Peak Mobile Communications
4910 South Warehouse Road
Salt Lake City, UT  84118-6354

Summit County Treasurer
60 North Main
PO Box 128
Coalville, UT  84017

N. Allen Taylor
Taylor Capital Management
6641 North Paseo Tamayo
Tucson, AZ  85750

The Park Record
PO Box 3688
Park City, UT  84060

Virtuoso, Ltd
PO Box 99358
Fort Worth, TX  76199-0358