Kenneth L. Cannon II (kcannon@djplaw.com) (3705)
Steven J. McCardell (smccardell@djplaw.com) (2144)
Jessica G. Peterson (jpeterson@djplaw.com) (11210)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT   84110-4050
Telephone:  (801) 415-3000/Fax:  (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com) (admitted pro hac vice)
Bruce J. Zabarauskas (bzabarauskas@crowell.com) (admitted pro hac vice)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY  10022
Telephone:  (212) 223-4000/Fax:  (212) 223-4134

Proposed Counsel for Debtors and Debtors in Possession

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: | |
| EASY STREET HOLDING, LLC, *et al.*, | Bankruptcy Case No. 09-29905 |
| | Jointly Administered with Cases |
| | 09-29907 and 09-29908 |
| Address:  201 Heber Avenue | Chapter 11 |
| Park City, UT 84060 | |
| | Honorable R. Kimball Mosier |
| Tax ID Numbers: | |
| 35-2183713 (Easy Street Holding, LLC), | |
| 20-4502979 (Easy Street Partners, LLC), and | **[FILED ELECTRONICALLY]** |
| 84-1685764 (Easy Street Mezzanine, LLC) | |

**ORDER GRANTING *EX PARTE* MOTION FOR COUNSEL TO APPEAR
TELEPHONICALLY AT HEARING ON OCTOBER 21, 2009 AND OCTOBER 22, 2009**

**Filed: 10/21/09**

2

The Court, having considered the "Ex Parte Motion for Counsel to Appear Telephonically at Hearing on October 21, 2009 and October 22, 2009" (the "Motion") submitted by the Debtors, and good cause appearing,

IT IS HEREBY ORDERED THAT the Motion is GRANTED, and Michael V. Blumenthal of Crowell & Moring LLP is authorized to appear telephonically at the hearing on October 21, 2009 at 2:00 p.m. MT and October 22, 2009 at 2:00 p.m. MDT.

_____

END OF DOCUMENT

## **CLERK OF COURT CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Order Granting *Ex Parte* Motion for Counsel to Appear Telephonically at Hearings on October 21, 2009 and October 22, 2009 was served via United States first class mail, postage prepaid, on this ____ day of _____, 2009 on the following:

Kenneth L. Cannon II
Steven J. McCardell
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT  84110-4050

Michael V. Blumenthal
Bruce J. Zabarauskas
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY  10022

Jeffrey W. Shields
Lon Jenkins
Troy J. Aramburu
Jones Waldo Holbrook & McDonough, PC
170 South Main Street, Suite 1500
Salt Lake City, UT  84101

John T. Morgan
Office of the United States Trustee
405 South Main Street, Suite 300
Salt Lake City, UT  84111

_____

## ATTORNEY'S CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Ex Parte Motion for Counsel to Appear Telephonically at Hearings on October 21, 2009 and October 22, 2009 was served on this 21st day of October, 2009, in the manner indicated below on each of the following:

John T. Morgan
Office of the United States Trustee
405 South Main Street #300
Salt Lake City, UT 84111
(by CM/ECF)

Jeffrey L. Shields
Zachary T. Shields
Callister Nebeker & McCullough
Zions Bank Building Suite 900
10 East South Temple
Salt Lake City, UT 84133
(by CM/ECF)

Michael R. Johnson
Jonathan A. Dibble
Ray Quinney & Nebeker P.C.
36 South State Street, 14th Floor
P.O. Box 45385
Salt Lake City, UT 84145-0385
(by CM/ECF)

Annette W. Jarvis
Mary Margaret Hunt
Steven C. Strong
Benjamin J. Kotter
Dorsey & Whitney, LLP
136 South Main Street, Suite 1000
Salt Lake City, UT 84101
(by EM/ECF)

Jeffrey W. Shields
Lon A. Jenkins
Troy Aramburu
Jones Waldo Holbrook & McDonough, PC
170 South Main Street Suite 1500
Salt Lake City, UT 84101
(by CM/ECF)

Anthony C. Kaye
Ballard Spahr LLP
One Utah Center, Suite 800
201 South Main Street
Salt Lake City, UT 84111-2221
(by CM/ECF)

Adelaide Maudsley
Chapman and Cutler LLP
201 South Main Street, Suite 2000
Salt Lake City, UT 84111
(by CM/ECF)

**DURHAM JONES & PINEGAR**

/s/　Jessica G. Peterson