Kenneth L. Cannon II (kcannon@djplaw.com) (3705)
Steven J. McCardell (smccardell@djplaw.com) (2144)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT   84110-4050
Telephone:  (801) 415-3000/Fax:  (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com) (admitted pro hac vice)
Steven B. Eichel (seichel@crowell.com) (admitted pro hac vice)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY  10022
Telephone:  (212) 223-4000/Fax:  (212) 223-4134

Proposed Counsel for Debtors and Debtors in Possession

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re: | |
| EASY STREET HOLDING, LLC, *et al.*, | Bankruptcy Case No. 09-29905 |
| Debtors. | Jointly Administered with Cases 09-29907 and 09-29908 |
| Address:  201 Heber Avenue     Park City, UT 84060 | Chapter 11 |
| | Honorable R. Kimball Mosier |
| Tax ID Numbers: 35-2183713 (Easy Street Holding, LLC), 20-4502979 (Easy Street Partners, LLC), and 84-1685764 (Easy Street Mezzanine, LLC) | [FILED ELECTRONICALLY] |

**ORDER APPROVING DEBTORS' EMPLOYMENT OF DURHAM JONES & PINEGAR
AS COUNSEL PURSUANT TO BANKRUPTCY CODE SECTION 327(a)**

Filed: 10/22/09

The Application (the "Application") of Easy Street Holding, LLC, Easy Street Mezzanine, LLC and Easy Street Partners, LLC, debtors and debtors in possession (collectively, the "Debtors"), filed September 28, 2009, for an Order authorizing the employment of Durham Jones & Pinegar ("DJP") as counsel for the Debtor pursuant to 11 U.S.C. §327(a), and Rules 2014 and 5002 of the Federal Rules of Bankruptcy Procedure, came on for hearing as scheduled on October 22, 2009.  Appearances were made as noted on the record.  The Court having considered the Application, the declaration of Kenneth L. Cannon II filed September 28, 2009, in support of the Application, having found that notice of the Application is sufficient and that DJP is disinterested, no objection to the Application having been filed, and having made additional findings and conclusions on the record which are by this reference incorporated herein, and good cause appearing therefor, hereby

ORDERS:

1. The Application is granted.

2. The Debtor's employment of DJP for the purposes set forth in the Application is approved, effective as of September 14, 2009, the Debtors' petition date, on the terms set forth in the Application.

2. DJP shall be compensated for its services in this case and reimbursed for associated expenses in accordance with the applicable provisions of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and any future orders of this Court, and all compensation and reimbursement allowed to DJP shall be an administrative expense of this Chapter 11 case.

*  *  *  *  **END OF ORDER**  *  *  *  *

## CLERK'S CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Order Approving Debtor's Employment of Durham Jones & Pinegar as Counsel was served via first-class mail, postage prepaid, on the ____ day of _____, 2009, on the following:

Michael V. Blumenthal
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY  10022

Kenneth L. Cannon II
Durham Jones & Pinegar, P.C.
P O Box 4050
Salt Lake City, UT  84110-4050

Steven J. McCardell
Durham Jones & Pinegar, P.C.
P O Box 4050
Salt Lake City, UT  84110-4050

Lon A. Jenkins
Jones Waldo Holbrook & McDonough
170 South Main Street, Suite 1500
Salt Lake City, UT  84101

John T. Morgan
Office of the United States Trustee
405 South Main Street, Suite 300
Salt Lake City, UT 84111

_____