**The below described is SIGNED.**

**Dated: October 22, 2009**  _____
                                                             **R. KIMBALL MOSIER**
                                                             **U.S. Bankruptcy Judge**



_____

Kenneth L. Cannon II (kcannon@djplaw.com) (3705)
Steven J. McCardell (smccardell@djplaw.com) (2144)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT  84110-4050
Telephone:  (801) 415-3000/Fax:  (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com) (admitted pro hac vice)
Steven B. Eichel (seichel@crowell.com) (admitted pro hac vice)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY  10022
Telephone:  (212) 223-4000/Fax:  (212) 223-4134

Proposed Counsel for Debtors and Debtors in Possession

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: | |
| EASY STREET HOLDING, LLC, *et al.*, | Bankruptcy Case No. 09-29905 |
| | Jointly Administered with Cases |
| | 09-29907 and 09-29908 |
| Address:  201 Heber Avenue | Chapter 11 |
| Park City, UT 84060 | |
| | Honorable R. Kimball Mosier |
| Tax ID Numbers: | |
| 35-2183713 (Easy Street Holding, LLC), | |
| 20-4502979 (Easy Street Partners, LLC), and | [FILED ELECTRONICALLY] |
| 84-1685764 (Easy Street Mezzanine, LLC) | |

**ORDER GRANTING EASY STREET PARTNERS, LLC'S
MOTION FOR ORDER AUTHORIZING THE PAYMENT OF
<u>PREPETITION TAXES IN THE ORDINARY COURSE OF BUSINESS</u>**

This matter coming before the Court on the Motion (the "Motion")[1] of Easy Street Partner, LLC ("Partners") for An Order Authorizing the Payment of Prepetition Taxes in the Ordinary Course of Business, filed by Partners. Appearances were made as noted on the record of the hearing. The Court made its findings and conclusions on the record of the hearing, which findings and conclusions are incorporated into this Order by this reference.

Now, therefore, **IT IS HEREBY ORDERED:**

1. The Motion is granted.

2. Partners is authorized to pay prepetition sales, transient occupancy and prepared food taxes owed to the Utah State Tax Commission, up to the amount of $23,225.04, comprised of $18,850.81 related sales taxes, $1,593.79 related to prepared food taxes, and $2,780.44 related to transient occupancy taxes, in the ordinary course of business, as provided for and estimated in the amount of $23,000, in the budget annexed to the Stipulated Interim Order on Motion of Easy Street Partners, LLC for Interim and Final Orders (I) Authorizing use of Cash Collateral Pursuant to 11 U.S.C. § 363 and Granting Adequate Protection to West LB, AG, and (II) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b) entered on September 16, 2009, by this Court.

* * * **END OF ORDER** * * *

---

[1] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Application.

SLC_460020.1

**CLERK'S CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Order Granting Easy Street Partners, LLC's Motion for Order Authorizing the Payment of Prepetition Taxes in the Ordinary Course of Business was served via first-class mail, postage prepaid, on the _____ day of _____, 2009, on the following:

Michael V. Blumenthal
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022

Kenneth L. Cannon II
Durham Jones & Pinegar, P.C.
P O Box 4050
Salt Lake City, UT 84110-4050

Steven J. McCardell
Durham Jones & Pinegar, P.C.
P O Box 4050
Salt Lake City, UT 84110-4050

Lon A. Jenkins
Jones Waldo Holbrook & McDonough
170 South Main Street, Suite 1500
Salt Lake City, UT 84101

John T. Morgan
Office of the United States Trustee
405 South Main Street, Suite 300
Salt Lake City, UT 84111

_____

SLC_460020.1