**The below described is UNSIGNED: Alternate order to be signed.**

**Dated: October 22, 2009**



---

Kenneth L. Cannon II (kcannon@djplaw.com) (3705)
Steven J. McCardell (smccardell@djplaw.com) (2144)
Jessica G. Peterson (jpeterson@djplaw.com) (11210)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT  84110-4050
Telephone:  (801) 415-3000/Fax:  (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com) (admitted pro hac vice)
Bruce J. Zabarauskas (bzabarauskas@crowell.com) (admitted pro hac vice)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY  10022
Telephone:  (212) 223-4000/Fax:  (212) 223-4134

Proposed Counsel for Debtors and Debtors in Possession

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re: )<br>)<br>EASY STREET HOLDING, LLC, *et al.*, )<br>)<br>)<br>)<br>)<br>Address:  201 Heber Avenue )<br>            Park City, UT 84060 )<br>)<br>Tax ID Numbers: )<br>35-2183713 (Easy Street Holding, LLC), )<br>20-4502979 (Easy Street Partners, LLC), and )<br>84-1685764 (Easy Street Mezzanine, LLC) ) | Bankruptcy Case No. 09-29905<br>Jointly Administered with Cases<br>09-29907 and 09-29908<br><br>Chapter 11<br><br>Honorable R. Kimball Mosier<br><br>[FILED ELECTRONICALLY] |

**ORDER GRANTING *EX PARTE* MOTION FOR COUNSEL TO APPEAR
TELEPHONICALLY AT HEARING ON OCTOBER 21, 2009 AND OCTOBER 22, 2009**

---

**Filed: 10/21/09**

Entered On Docket: 10/22/2009

The Court, having considered the "Ex Parte Motion for Counsel to Appear Telephonically at Hearing on October 21, 2009 and October 22, 2009" (the "Motion") submitted by the Debtors, and good cause appearing,

IT IS HEREBY ORDERED THAT the Motion is GRANTED, and Michael V. Blumenthal of Crowell & Moring LLP is authorized to appear telephonically at the hearing on October 21, 2009 at 2:00 p.m. MT and October 22, 2009 at 2:00 p.m. MDT.

---

END OF DOCUMENT

## CLERK OF COURT CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing Order Granting *Ex Parte* Motion for Counsel to Appear Telephonically at Hearings on October 21, 2009 and October 22, 2009 was served via United States first class mail, postage prepaid, on this ____ day of _____, 2009 on the following:

Kenneth L. Cannon II
Steven J. McCardell
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT  84110-4050

Michael V. Blumenthal
Bruce J. Zabarauskas
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY  10022

Jeffrey W. Shields
Lon Jenkins
Troy J. Aramburu
Jones Waldo Holbrook & McDonough, PC
170 South Main Street, Suite 1500
Salt Lake City, UT  84101

John T. Morgan
Office of the United States Trustee
405 South Main Street, Suite 300
Salt Lake City, UT  84111

                                                _____

## ATTORNEY'S CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Ex Parte Motion for Counsel to Appear Telephonically at Hearings on October 21, 2009 and October 22, 2009 was served on this 21st day of October, 2009, in the manner indicated below on each of the following:

John T. Morgan
Office of the United States Trustee
405 South Main Street #300
Salt Lake City, UT 84111
(by CM/ECF)

Jeffrey L. Shields
Zachary T. Shields
Callister Nebeker & McCullough
Zions Bank Building Suite 900
10 East South Temple
Salt Lake City, UT 84133
(by CM/ECF)

Michael R. Johnson
Jonathan A. Dibble
Ray Quinney & Nebeker P.C.
36 South State Street, 14th Floor
P.O. Box 45385
Salt Lake City, UT 84145-0385
(by CM/ECF)

Annette W. Jarvis
Mary Margaret Hunt
Steven C. Strong
Benjamin J. Kotter
Dorsey & Whitney, LLP
136 South Main Street, Suite 1000
Salt Lake City, UT 84101
(by EM/ECF)

Jeffrey W. Shields
Lon A. Jenkins
Troy Aramburu
Jones Waldo Holbrook & McDonough, PC
170 South Main Street Suite 1500
Salt Lake City, UT 84101
(by CM/ECF)

Anthony C. Kaye
Ballard Spahr LLP
One Utah Center, Suite 800
201 South Main Street
Salt Lake City, UT 84111-2221
(by CM/ECF)

Adelaide Maudsley
Chapman and Cutler LLP
201 South Main Street, Suite 2000
Salt Lake City, UT 84111
(by CM/ECF)

**DURHAM JONES & PINEGAR**

/s/ Jessica G. Peterson

# CERTIFICATE OF NOTICE

```
District/off: 1088-2           User: mtm                  Page 1 of 1                  Date Rcvd: Oct 22, 2009
Case: 09-29905                 Form ID: pdfor1            Total Noticed: 1

The following entities were noticed by first class mail on Oct 24, 2009.
aty          +Jessica G Peterson,   Durham Jones & Pinegar,   111 East Broadway, Suite 900,   PO Box 4050,
              Salt Lake City, UT 84110-4050
The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 24, 2009**                          **Signature:** _Joseph Speetjens_