Jeffrey Weston Shields (USB # 2948)
Lon A. Jenkins (USB # 4060)
Troy J. Aramburu (USB # 10444)
**JONES WALDO HOLBROOK & McDONOUGH, PC**
170 South Main Street, Suite 1500
Salt Lake City, UT 84101
Telephone: (801)521-3200
Facsimile:  (801) 328-0537
Email: jshields@joneswaldo.com
lajenkins@joneswaldo.com
taramburu@joneswaldo.com

### IN THE UNITED STATES BANKRUPTCY COURT
### DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>EASY STREET HOLDINGS, LLC, et al.<br><br>Debtors. | **Bankruptcy No. 09-29905**<br><br>Jointly Administered with Cases:<br>09-29907 RKM and 09-29908 RKM<br><br>Chapter 11<br><br>Honorable R. Kimball Mosier<br><br>[Filed Electronically] |

### NOTICE OF HEARING ON APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AUTHORIZATION TO EMPLOY JONES WALDO HOLBROOK & McDONOUGH, P.C. AS ITS COUNSEL

  The Official Committee of Unsecured Creditors (the **"Committee")** of the above-captioned debtors' ("**Debtors**") pending chapter 11 cases has filed the *Application of the Official Committee of Unsecured Creditors for Authorization to Employ Jones Waldo Holbrook & McDonough, PC as its Counsel* (the "**Application**"), in which the Committee seeks the Court's approval of its decision to engage Jones Waldo Holbrook & McDonough, PC ("**Jones Waldo**") as the Committee's counsel in the above-captioned cases.  If you would like a copy of the Application, you may contact Rebecca Bush of Jones Waldo at (801) 521-3200, and Ms. Bush will send you a copy.

907857\1

**YOUR RIGHTS MAY BE AFFECTED. YOU SHOULD READ THE APPLICATION CAREFULLY, AND DISCUSS IT WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS CASE. (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE).**

A hearing on the Application will be held before the Honorable R. Kimball Mosier, United States Bankruptcy Court Judge, on **November 24, 2009, at 10:00 a.m.** at the United States Bankruptcy Court, located at 350 South Main Street, Room 369, Frank E. Moss Federal Courthouse, Salt Lake City, Utah 84111. The hearing may be continued from time to time without further notice except the announcement in open court of the time and place of such continued hearing.

If you do not want the Court to grant the relief requested in the Application, or if you want the Court to consider your views on the Application, then, not later than **November 16, 2009**, you or your attorney must file a written response or objection with the above-captioned court at:

>Clerk, United States Bankruptcy Court
>Frank E. Moss, United States Courthouse
>350 South Main Street
>Salt Lake City, Utah  84101

If you mail your response or objection to the Court, you must mail it early enough so the Court will **receive** it on or before the deadline described above. You must also mail it or otherwise serve a copy of your response or objection upon the above-listed counsel for the Committee, so that it is received on or before the deadline.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Application. Unless an objection is timely filed, the Court may decide that you do not oppose the relief sought in the Application and may enter an order granting that relief without a hearing.

DATED: October 27, 2009.

>JONES WALDO HOLBROOK & MCDONOUGH
>
>/s/ Troy J. Aramburu
>Jeffrey W. Shields
>Lon A. Jenkins
>Troy J. Aramburu
>*Proposed Attorneys for the Committee*