Jeffrey Weston Shields (USB # 2948)
Lon A. Jenkins (USB # 4060)
Troy J. Aramburu (USB #10444)
**JONES WALDO HOLBROOK & McDONOUGH, PC**
170 South Main Street, Suite 1500
Salt Lake City, Utah  84101
Telephone:  (801) 521-3200
Facsimile:  (801) 328-0537
Email: jshields@joneswaldo.com
  lajenkins@joneswaldo.com
  taramburu@joneswaldo.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| In re: <br><br> **EASY STREET HOLDINGS, LLC, et al.,** <br><br> Debtors. | Bankruptcy No.09-29905 <br><br> Jointly Administered with Cases: <br> 09-29907 RKM and 09-29908 RKM <br><br> Chapter 11 <br><br> Honorable R. Kimball Mosier <br><br> **CERTIFICATE OF SERVICE** <br><br> [Filed Electronically] |

I hereby certify that on October 27, 2009 I caused to be filed with the Court the (i) *Application of the Official Committee of Unsecured Creditors for Authorization to Employ Jones Waldo Holbrook & McDonough, P.C. as it Counsel,*(2) the *Notice of Hearing on Application of the Official Committee of Unsecured Creditors for Authorization to Employ Jones Waldo Holbrook & McDonough, PC as its Counsel* and (3) this *Certificate of Service.*  All parties who

are currently on the list to receive e-mail service via ECF notification have received an electronic copy all the documents listed above via the Court's ECF system.

I further certify that I have caused to be served a true and correct copy of the *Notice of Hearing on Application of The Official Committee Of Unsecured Creditors For Authorization To Employ Jones Waldo Holbrook & McDonough, P.C. As Its Counsel* and this *Certificate of Service* upon the following parties, via United States mail, postage prepaid:

U.S. Trustee
United States Trustee
Ken Garff Bldg.
405 South Main Street
Suite 300
Salt Lake City, UT 84111

John T. Morgan tr
US Trustees Office
Ken Garff Bldg.
405 South Main Street
Suite 300
Salt Lake City, Ut 84111

Kenneth L. Cannon, II
Jessica G Peterson
Steven J. McCardell
Durham Jones & Pinegar
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, UT 84110-4050

Joseph E. Wrona
WRONA LAW OFFICES, P.C.
1745 Sidewinder Drive
Park City, UT 84060

Bruce J. Zabarauskas
Michael V. Blumenthal
Steven B. Eichel
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022

Corbin B. Gordon
345 West 600 South, Suite 108
Heber City, UT 84032

Jacobson Construction
P.O. Box 27608
Salt Lake City, Ut 84127-06080

Millcreek Consulting
3017 E. Kemper Road
Salt Lake City, UT 84109

Elliott Workshop Group
364 Main Street
Park City, UT 84060

Luxury Residence Group
693 Main Street
Park City, UT 84060

902884                                         2

| | |
|---|---|
| Klehr, Branzburg & Ellers LLP<br>260 South Broad Street<br>Philadelphia, PA 19102 | Shaner Design, Inc.<br>614 Main Street, Suite 404<br>PO Box 4560<br>Park City, UT 84060 |
| Goodrich & Thomas, CPAs<br>3200 Park Center Drive, Suite 1170<br>Costa Mesa, CA 92626 | Merrit & Harris<br>301 E Glenoaks Blvd. Suite 4,<br>Glendale CA 91207-2115 |
| CBIZ Accounting<br>175 South West Temple<br>Suite 650<br>Salt Lake City, UT 84111 | Les Olson Company<br>PO Box 65598<br>Salt Lake City, UT 84165-0598 |
| Cushman & Wakefield<br>50 Broad Street<br>New York, NY 10004 | Park City Surveying<br>P O Box 682993<br>Park City, UT  84068-2993 |
| Union Square Home Owners Assoc.<br>PO Box 683300<br>Park City, UT 84068 | Qwest<br>PO Box 29039<br>Phoenix, AZ 85038-9039 |
| Gateway Center LLC<br>c/o Commerce CRG<br>PO Box 571530<br>Murray, UT 84157 | Staples Credit Plan<br>Dept 51-7861136819<br>PO Box 689020<br>Des Moines, IA 50368-9020 |
| Frank Rimerman & Co. LLP<br>60 South Market Street<br>San Jose, CA 951113 | Five 9's Communication<br>PO Box 348<br>Roy, UT 84067-0348 |
| | Pitney Bowes<br>PO Box 856390<br>Louisville, KY 40285-6390 |

902884                                              2

| | |
|---|---|
| FedEx<br>PO Box 7221<br>Pasadena, CA 91109-7321 | Summit Business Service<br>1646 Fox Hollow Lane<br>Park City, UT 84098 |

DATED: October 27, 2009.

**JONES WALDO HOLBROOK & McDONOUGH**

By: /s/ Jeffrey Weston Shields
    Jeffrey Weston Shields
    Lon A. Jenkins
    Troy J. Aramburu
    Proposed Attorneys for the Committee