# OFFICE OF THE
# UNITED STATES TRUSTEE
# FOR THE DISTRICT OF UTAH

**§341 MEETING MINUTE ENTRY:**

| | |
|---|---|
| Date: | **October 21, 2009** |
| Case Name and Number: | **Easy Street Holding, LLC** <br> **09-29905 RKM** |
| Debtor Present? | **Yes, appearing through William Shoaf, one of the managers** |
| Debtor's Attorney Present? | **Yes, Kenneth L. Cannon, Esq.** |
| New Address for Debtor? | **No** |
| Creditor's Committee Appointed? | **Committee appointed in jointly administered case of Easy Street Partners, Bkr. #09-29907** |
| Meeting Concluded? | **Yes, Conducted by John T. Morgan, Attorney for the United States Trustee** |
| Creditors Present: | **Mary Ann Proestakis - representative for the Internal Revenue Service. Adelaide Maudsley, Esq., on behalf of Bay North Realty Fund VI** |

DATED this 28th day of October, 2009.

Office of the United States Trustee

By:_____/s/_____
    John T. Morgan
    Attorney