Jeffrey Weston Shields (USB # 2948)
Lon A. Jenkins (USB # 4060)
Troy J. Aramburu (USB # 10444)
**JONES WALDO HOLBROOK & McDONOUGH, PC**
170 South Main Street, Suite 1500
Salt Lake City, UT 84101
Telephone: (801)521-3200
Facsimile: (801) 328-0537
Email: jshields@joneswaldo.com
   lajenkins@joneswaldo.com
   taramburu@joneswaldo.com

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>EASY STREET HOLDINGS, LLC, et al.<br><br>Debtors. | **Bankruptcy No. 09-29905**<br><br>Jointly Administered with Cases:<br>09-29907 RKM and 09-29908 RKM<br><br>Chapter 11<br><br>Honorable R. Kimball Mosier<br><br>[Filed Electronically] |

**NOTICE OF HEARING ON EX PARTE MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AN ORDER CLARIFYING REQUIREMENTS TO PROVIDE ACCESS TO CONFIDENTIAL OR PRIVILAGED INFORMATION**

  The Official Committee of Unsecured Creditors (the **"Committee"**) of the above-captioned debtors' (**"Debtors"**) pending chapter 11 cases has filed the *Ex Parte Motion of the Official Committee of Unsecured Creditors for an Order Clarifying Requirements to Provide Access to Confidential or Privileged Information*(the **"Motion"**), in which the Committee seeks the Court's clarification as to the Committee's requirement to provide access to confidential or privileged information to creditors. A copy of the motion was served on parties in interest in the case via first class mail, postage prepaid on October 27, 2009.

908128\1

**YOUR RIGHTS MAY BE AFFECTED. YOU SHOULD READ THE MOTION CAREFULLY, AND DISCUSS IT WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS CASE. (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE).**

A hearing on the Motion will be held before the Honorable R. Kimball Mosier, United States Bankruptcy Court Judge, on **November 19, 2009, at 11:00 a.m.** at the United States Bankruptcy Court, located at 350 South Main Street, Room 369, Frank E. Moss Federal Courthouse, Salt Lake City, Utah 84111. The hearing may be continued from time to time without further notice except the announcement in open court of the time and place of such continued hearing.

If you do not want the Court to grant the relief requested in the Motion, or if you want the Court to consider your views on the Motion, then, not later than **November 16, 2009**, you or your attorney must file a written response or objection with the above-captioned court at:

Clerk, United States Bankruptcy Court
Frank E. Moss, United States Courthouse
350 South Main Street
Salt Lake City, Utah  84101

If you mail your response or objection to the Court, you must mail it early enough so the Court will **receive** it on or before the deadline described above. You must also mail it or otherwise serve a copy of your response or objection upon the above-listed counsel for the Committee, so that it is **received** by counsel on or before the deadline.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief without a hearing.

DATED: October 28, 2009.

                                        **JONES WALDO HOLBROOK & MCDONOUGH**

                                        /s/ Lon A. Jenkins
                                        Jeffrey W. Shields
                                        Lon A. Jenkins
                                        Troy J. Aramburu
                                        *Proposed Attorneys for the Committee*

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of October a true and correct copy of the Notice of Hearing on Ex Parte Motion of the Official Committee of Unsecured Creditors for an Order Clarifying Requirement to Provide Access to Confidential or Privileged Information was served by this Court's CM/ECF system and/or by First Class Mail, postage prepaid to the parties liested on the attached distribution list.

By: /s/ Lon A. Jenkins

A.W. Marshall Company
PO Box 16127
Salt Lake City, UT 84116-0127

ACME Thread Ware
6436 N Business Park Loop Rd.
Park City, UT 84098-6233

ADT Security Services Inc
PO Box 371956
Pittsburgh, PA 15250-7956

ALC Snow Removal
PO Box 680442
Park City, UT 84068-0442

AT&T Mobility
PO Box 6463
Carol Stream, IL 60197-6463

Aetna
PO Box 894938
Los Angeles, CA 90189-4938

Air Filter Sales & Service Inc
255 West 2950 South
Salt Lake City, UT 84115-3443

Albert Ulster Imports, Inc.
PO Box 770
Gaithersburg, MD 20884-0770

Alchemy Ventures Trust
17575 Fitzpatrick Lane
Occidental, CA 95465-9355

All-Pro Cleaning Systems, Inc.
166 West Cottage Avenue
Sandy, UT 84070-1433

Allen Distribution Services
3247 South 3690 West
West Valley City, UT 84120-2150

Allied Waste Services
PO Box 78829
Phoenix, AZ 85062-8829

Alsco
PO Box 25717
Salt Lake City, UT 84125-0717

American Express
PO Box 53852
Phoenix, AZ 85072-3852

American Express Travel
2421 West Peoria Avenue
Phoenix, AZ 85029-4939

American Hotel Register CO
16458 Collections Center Drive
Chicago, IL 60693-0001

American Liberty Insurance
3601 N University Ave Suite 100
Provo, UT 84604-6600

Appliance Sales & Service
PO Box 670
55 E Center St., Suite 140
Heber City, UT 84032-1946

Arctic Spas/ Spagoods.com
4575 N. Silver Springs Dr
Park City, UT 84098-7536

BJ Plumbing Supply
1470 South State
Orem, UT 84097-7704

BTC Rob Stevenson
957 East 1300 South
Salt Lake City, UT 84105-1856

Baker Tile Co
1434 West 8040 South
West Jordan, UT 84088-9459

Bay North Capital, LLC
Attn: Charles J. Flint
One Financial Center, Floor 23
Boston, MA 02111-2621

Michael V. Blumenthal
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022-2544

Christine M. Craige, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013-1010

Christopher B. Barker, Esq.
Goodwin Proctor LLP
53 State Street
Boston, MA 02109-2881

907820.1

Bellows Glass  
76 West 200 South  
Heber City, UT 84032-2005  

Bevco2  
651 West 600 South  
Salt Lake City, UT 84104-1015  

Big Four Distributing, Inc  
304 East 900 South  
Provo, UT 84606-7316  

Bill & Carrie Shoaf  
4780 Winchester Court  
Park City, UT 84098-7528  

CBIZ  
175 S West Temple, Suite 650  
Salt Lake City, UT 84101-1422  

Child Support Services  
ORS PO Box 45011  
Salt Lake City, UT 84145-0011  

Cintas Corporation  
97627 Eagle Way  
Chicago, IL 60678-7627  

CloudNine Resorts SL- Development  
PO Box 683300  
Park City, UT 84068-3300  

CloudNine Resorts SL- Management  
PO Box 683300  
Park City, UT 84068-3300  

Colorado Casualty Insurance Co  
PO Box 85627  
San Diego, CA 92186-5627  

Comcast  
PO Box 34744  
Seattle, WA 98124-1744  

CoolWorks.com  
PO Box 272  
Gardiner, MT 59030-0272  

Corbin B. Gordon, P.C.  
345 West 600 South  
Heber City, UT 84032-2247  

Curb It Recycling  
PO Box 681397  
Park City, UT 84068-1397  

Cushman & Wakefield  
50 Broad Street  
New York, NY 10004-2307  

David Wickline  
17575 Fitzpatrick Lane  
Occidental, CA 95465-9355  

Dex West  
PO Box 79167  
Phoenix, AZ 85062-9167  

Diamond Rental  
4518 South 500 West  
Salt Lake City, UT 84123-3694  

Drew A. Norman, Esq.  
Sidley Austin LLP  
555 West Fifth Street  
Los Angeles, CA 90013-1010  

EM Systems  
PO Box 540783  
North Salt Lake, UT 84054-0783  

Easy Street Holding, LLC  
4780 Winchester Court  
Park City, UT 84098-7528  

Easy Street Mezzanine, LLC  
4780 Winchester Court  
Park City, UT 84098-7528  

Easy Street Partners, LLC  
4780 Winchester Court  
Park City, UT 84098-7528  

Ecolab  
PO Box 100512  
Pasadena, CA 91189-0512  

Ecolab Pest Elim. Div  
PO Box 6007  
Grand Forks, ND 58206-6007  

Steven B. Eichel  
Crowell & Moring LLP  
590 Madison Avenue, 20th Floor  
New York, NY 10022-2544  

Elliott Workgroup LLC  
Attn: Craig Elliott  
P O Box 3149  
Park City, UT 84060-3149  

907820.1

Fast Patch
2257 Greens Lane
Spanish Fork, UT 84660-9599

FedEx
PO Box 7221
Pasadena, CA 91109-7321

Tony Fiotto
Eric Lemont
Goodwin Proctor LLP
53 State Street
Boston, MA 02109-2881

Five 9's Communication
PO Box 348
Roy, UT 84067-0348

Frank Rimerman & Co. LLP
60 South Market Street
San Jose, CA 95113-2351

Fuelman
PO Box 105080
Atlanta, GA 30348-5080

Gateway Center, LLC
c/o Commerce CRG
PO Box 571530
Murray, UT 84157-1530

General Chemical
PO Box 533195
Charlotte, NC 28290-3195

Gentry Finance
386 South State Street
Orem, UT 84058-5424

Goodrich & Thomas, CPAs
3200 Park Center Drive Suite 1170
Costa Mesa, CA 92626-7153

Grazo Electric
PO Box 1196
Midway, UT 84049-1196

Gunthers Comfort Air
81 South 700 East
American Fork, UT 84003-2158

HD Supply Facilities Maintenance
PO Box 509058
San Diego, CA 92150-9058

Brian W. Harvey
Goodwin Proctor LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1618

Home Depot Credit Services
PO Box 6031
The Lakes, NV 88901-6031

Hood Cleaners of Utah
PO Box 342
Riverton, UT 84065-0342

Hotel Amenities Resources LLC
2000 Van Ness Avenue Suite 801
San Francisco, CA 94109-3023

Innovative Body Science
6350 Yarrow Drive Suite D
Carlsbad, CA 92011-1544

Intermountain Drug Testing
PO Box 9800
Salt Lake City, UT 84109-9800

Internal Revenue Service
Centralized Insolvency Operations
P O Box 21126
Philadelphia, PA 19114-0326

Ion Cibuc
7 Kafern Drive Apt 1-D
Baltimore, MD 21207-4383

Jacobsen Construction
PO Box 27608
Salt Lake City, UT 84127-0608

Jacobsen National Group, Inc.
c/o Michael R. Johnson, Esq.
(Via ECF Notification)
mjohnson@rqn.com, agale@rqn.com

KBIi Properties, LP
PO Box 680464
Park City, UT 84068-0464

Kaba Ilco, Inc
PO Box 12553 Succ Centre Ville
Montreal, QC H3C-6R1
CANADA

907820.1

Anthony C. Kaye
(Via ECF Notification)
Kaye@ballardspahr.com

Benjamin J. Kotter
Scott A. Cummings
Mary Margaret Hunt
Annette W. Jarvis
(Via ECF Notification)
Kotter.benjamin@dorsey.com
Cummings.scott@dorsey.com
Hunt.peggy@dorsey.com;
wardle.gay@dorsey.com;
Jarvis.annette@dorsey.com
Smith.ron@dorsey.com
Slc.lit@dorsey.com;
Brown.patricia@dorsey.com

Klehr, Branzburg & Ellers LLP
260 South Broad St,
Philadelphia, PA 19102-5021

La Monica's Restaurant Equipment
6211 South 380 West
Murray, UT 84107-3309

Les Olson Company
PO Box 65598
Salt Lake City, UT 84165-0598

Liquor Leasing & Service, L.C.
9283 South Jean Drive
Sandy, UT 84070-6254

Living Creations Inc
2163 E Lambourne Ave
Salt Lake City, UT 84109-2454

Luxury Residence Group
P O Box 1225
Park City, UT 84060-1225

M & M Distributing
531 West 600 North
Salt Lake City, UT 84116-3430

Market Metrix
990 A Street Suite 301
San Rafael, CA 94901-3000

Adelaide Maudsley
(Via ECF Notification)
maudsley@chapman.com,
jemery@chapman.com

McGladrey and Pullin
Attn: Jan Riend
One South Wacker Drive, Suite 800
Chicago, IL 60606-4650

Merrit & Harris
301 E Glenoaks Blvd. Suite 4,
Glendale CA 91207-2115

Michael & Nilda Chang
16 Morning Sky Lane
Las Vegas, NV 89135-7860

Millcreek Consulting
3017 E Kempner Rd.
Salt Lake City UT 84109-3654

Money 4 You & Mr. Money
498 North 900 West # 230
Kaysville, UT 84037-4213

John T. Morgan Tr
US Trustees Office
(Via ECF Notification)
John.t.morgan@usdoj.gov;
james.gee@usdoj.gov

Mountain Valley Temperature Control
PO Box 429
Pleasant Grove, UT 84062-0429

Muir Copper Canyon Farms
PO Box 26775
Salt Lake City, UT 84126-0775

Muzak LLC
PO Box 71070
Charlotte, NC 28272-1070

Pacific Seafood - Utah
c/o Pacific Seafood Co.
P O Box 842757
Boston, MA 02284-2757

Park City I, LLC
166 Duane Street
New York, NY 10013-3398

Park City Surveying
P O Box 682993
Park City, UT 84068-2993

Philo Smith Jr. Trust
684 Glenneyre Street
Laguna Beach, CA 92651-2420

907820.1

Par Springer-Miller System, Inc
782 Mountain Road
PO Box 1547
Stowe, VT 05672-1547

Park City Auto Parts/Hardware
PO Box 244
Heber City, UT 84032-0244

Park City Municipal Corp.
PO Box 1480
Park City, UT 84060-1480

Park City Water
PO Box 1480
Park City, UT 84060-1480

Park City WinElectric
PO Box 681729
Park City, UT 84068-1729

Patricia Wagner
PO Box 680322
Park City, UT 84068-0322

PayChex Human Resources Services
PO Box 29769
New York, NY 10087-9769

Peak Mobile Communications
4910 South Warehouse Road
Salt Lake City, UT 84118-6354

Peets Coffee & Tea
PO Box 12509
Berkeley, CA 94712-3509

Pitney Bowes
PO Box 856390
Louisville, KY 40285-6390

Plaza Dry Cleaners
PO Box 770-361
Park City UT 84060

Porter Paint
1268 South 500 West
Salt Lake City, UT 84101-3019

Proforma
PO Box 51925
Los Angeles, CA 90051-6225

Protravel International
14130 Riverside Drive
Sherman Oaks, CA 91423-2313

Protravel International Inc
515 Madison Ave 10th Floor
New York, NY 10022-5403

Questar Gas Company
PO Box 45360
Salt Lake City, UT 84145-0360

Qwest
PO Box 29039
Phoenix, AZ 85038-9039

Qwest Long Distance Business Services
PO Box 856169
Louisville, KY 40285-6169

Renegade Oil Inc
1141 South 3200 West
Salt Lake City, UT 84104-4562

Revco Leasing
PO Box 65598
Salt Lake City, UT 84165-0598

Richard W. Havel, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013-1010

Rimmerman
One Embarcadero Center, Suite 2410
San Francisco, CA 94111-3737

PacifiCorp
Attn: Bankruptcy
P O Box 25308
Salt Lake City, UT 84125-0308

RussWoods LLC
5148 Silver Springs Road
Park City, UT 84098-6034

SL Convention & Visitors Bureau
90 South West Temple
Salt Lake City, UT 84101-1406

Schindler Elevator Corporation
PO Box 93050
Chicago, IL 60630

907820.1

Securities & Exchange Commission
Attn: Bankruptcy Dept.
44 Montgomery St # 1100
San Francisco, CA 94104-4613

Sentry West Insurance Services
PO Box 9289
Salt Lake City, UT 84109-9289

Shaner Design, Inc.
614 Main Street, Suite 404
PO Box 4560
Park City, UT 84060-4560

Sheri P. Chromow, Esq.
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY 10022-2585

Shift4 Corporation
1491 Center Crossing Rd
Las Vegas, NV 89144-7047

Shoes For Crews, LLC
File LockBox 51151
Los Angeles, CA 90074-1151

Squire
1329 South 800 East
Orem, UT 84097-7700

Standard Plumbing Supply
PO Box 708490
Sandy, UT 84070

Staples Credit Plan
Dept 51-7861136819
PO Box 689020
Des Moines, IA 50368-9020

State Office of Recovery Services
515 East 100 South
P O Box 45033
Salt Lake City, UT 84145-0033

State of Utah
Office of the Attorney General
Tax & Revenue Division
P O Box 40874
Salt Lake City, UT 84114-0874

Step Saver Inc.
1901 West 2425 South
Wood Cross, UT 84087-2463

Stone Ground Bakery
PO Box 581078
Salt Lake City, UT 84158-1078

Summit Business Services
Attn: Chipper Leonard
4130 Hilltop Court
Park City, UT 84098-4715

Summit County Assessor
PO Box 128
Coalville, UT 84017-0128

Summit County Public Health Dept
Environmental Laboratory
PO Box 128
Coalville, UT 84017-0128

Sundance Partners, Ltd.
c/o Ballard Spahr
201 South Main Street, Suite 600
Salt Lake City, UT 84111-2212

Swire Coca-Cola USA
PO Box 1410
Draper, UT 84020-1410

Sysco Intermountain Food Service
PO Box 27638
Salt Lake City, UT 84127-0638

Target Labels & Packaging
40 West 3800 North
Hyde Park, UT 84318-4114

N. Allen Taylor
Taylor Capital Management
6641 North Paseo Tamayo
Tucson, AZ 85750

The Chef's Garden
9009 Huron-Avery Road
Huron, OH 44839-2448

The Elevator Company
PO Box 736
Bountiful, UT 84011-0736

Timothy G. Little, Esq.
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY 10022-2585

USA Today
PO Box 79782
Baltimore, MD 21279-0782

907820.1

Union Square Home Owners Association
PO Box 683300
Park City UT 84068-3300

United Fence Co.
PO Box 26933
2525 South 2700 West
Salt Lake City, UT 84119-1227

Utah Dept-Alcoholic Beverage Control
1625 South 900 West
P O Box 30408
Salt Lake City, UT 84130-0408

Utah Dept of Workforce Services
P O Box 45249
Salt Lake City, UT 84145-0249

Utah State Tax Commission
Sales Tax
210 North 1950 West
Salt Lake City, UT 84134-0400

Wasatch Audio-Visual
PO Box 770 PMB282
Park City, UT 84060-0770

Wasatch Meats
926 South Jefferson Street
Salt Lake City, UT 84101-2983

Water Images
PO Box 571393
Murray, UT 84157-1393

Water Reclamation District
2800 Homestead Rd
Park City, UT 84098-4869

Wells Fargo Equipment Finance
NW-8178 PO Box 1450
Minneapolis, MN 55485-8178

Wells Fargo Equipment Finance
733 Marquette Avenue Suite 700
Minneapolis, MN 55402-2316

West LB AG, New York Branch
Attn: Christian Ruehmer
1211 Avenue of the Americas, 24th Flr
New York, NY 10036-8705

West LB AG, New York Branch
Attn: Bruce F. Davidson
1211 Avenue of the Americas, 24th Flr
New York, NY 10036-8705

West LB AG, New York Branch
Attn: Duncan Robertson
1211 Sixth Avenue, 25th Floor
New York, NY 10036-8705

West LB AG, New York Branch
Attn: Jeff Nelson
1211 Sixth Avenue, 25th Floor
New York, NY 10036-8705

West LB AG, New York Branch
Attn: James Winikor
1211 Sixth Avenue, 25th Floor
New York, NY 10036-8705

Whitney Advertising & Design
6410 N Business Park Loop Rd
Suite H
Park City, UT 84098-6212

William D. Ellis, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013

Wrona Law Office, P.C.
1816 Prospector Avenue Suite 100
Park City, UT 84060-7481

Bruce J. Zabarauskas
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022-2544

Kenneth L. Cannon II
Steven J. McCardell
Jessica G. Peterson
(Via ECF Notification)
Kcannon@djplaw.com; khughes@djplaw.com
smccardell@djplaw.com;
jpeterson@djplaw.com

United States Trustess
(Via ECF Notification)
USTPRegion19.SK.ECF@usdoj.gov

907820.1