Kenneth L. Cannon II (kcannon@djplaw.com) (3705)
Steven J. McCardell (smccardell@djplaw.com) (2144)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT   84110-4050
Telephone:  (801) 415-3000/Fax:  (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com) (admitted pro hac vice)
Bruce J. Zabarauskas (bzabarauskas@crowell.com) (admitted pro hac vice)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY   10022
Telephone:  (212) 223-4000/Fax:  (212) 223-4134

Counsel for Debtors and Debtors in Possession

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re: | |
| EASY STREET HOLDING, LLC, *et al.*, | Bankruptcy Case No. 09-29905 |
| | Jointly Administered with Cases 09-29907 and 09-29908 |
| Address:  201 Heber Avenue<br>            Park City, UT 84060 | Chapter 11 |
| | Honorable R. Kimball Mosier |
| Tax ID Numbers:<br>35-2183713 (Easy Street Holding, LLC),<br>20-4502979 (Easy Street Partners, LLC), and<br>84-1685764 (Easy Street Mezzanine, LLC) | **[FILED ELECTRONICALLY]** |

**CERTIFICATE OF SERVICE**

I certify that on the 3rd day of November, 2009, I caused to be served a copy of the (1)

**Notice, (2) Motion, and (3) Order Authorizing the Debtors to Conduct Examination**

**Pursuant to Rule 2004 of the Bankruptcy Rules** (all pertaining to the examination of and

production of documents by David Wickline, Alchemy Ventures Group, LLC, and Alchemy Ventures Trust, LLC), along with a **Subpoena** for the examination and production of documents as set forth in the Order by depositing the same in the United States mails, postage prepaid, overnight and hand delivery, and by electronic mail, as set forth below, and addressed as follows:

| | |
|---|---|
| Overnight and Email<br>William N. Hebert<br>Calvo & Clark,LLP<br>One Lombard Street, Second Floor<br>San Francisco, CA 94111<br>whebert@calvoclark.com | Overnight and Email<br>David L. Wickline<br>Alchemy Ventures Trust, LLC<br>Alchemy Ventures Group, LLC<br>17575 Fitzpatrick Lane<br>Occidental, California 95465<br>wicklinedavid@cs.com |
| Overnight and Email<br>David L. Wickline<br>Alchemy Ventures Trust, LLC<br>Alchemy Ventures Group, LLC<br>4780 Winchester Court<br>Park City, Utah 84098<br>wicklinedavid@cs.com | Hand delivery and Email<br>Alchemy Ventures Group, LLC<br>c/o Michael Carlston, Registered Agent<br>Snow, Christensen & Martineau<br>10 Exchange Place<br>Salt Lake City, Utah 84111<br>mcarlston@scmlaw.com |

DATED: November 3, 2009

DURHAM JONES & PINEGAR, P.C.

By: /s/ Steven J. McCardell
    Kenneth L. Cannon II (kcannon@djplaw.com)
    Steven J. McCardell (smccardell@djplaw.com)
    DURHAM JONES & PINEGAR, P.C.
    111 East Broadway, Suite 900
    P.O. Box 4050
    Salt Lake City, UT 84110-4050
    Telephone: (801) 415-3000/Fax: (801) 415-3500

    and

SLC_483094

Michael V. Blumenthal
(mblumenthal@crowell.com)
(admitted pro hac vice)
Bruce J. Zabarauskas
(bzabarauskas@crowell.com) (admitted pro hac vice)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY  10022
Telephone:  (212) 223-4000/Fax:  (212) 223-4134

Counsel for Debtors and Debtors in Possession

SLC_483094