Kenneth L. Cannon II (kcannon@djplaw.com) (3705)
Steven J. McCardell (smccardell@djplaw.com) (2144)
DURHAM JONES & PINEGAR
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT  84110-4050
Telephone:  (801) 415-3000/Fax:  (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com) (admitted pro hac vice)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY  10022
Telephone:  (212) 223-4000/Fax:  (212) 223-4134

Counsel for Debtors and Debtors in Possession

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>EASY STREET HOLDING, LLC, *et al.*,<br><br>Debtors.<br><br>Address:  201 Heber Avenue<br>           Park City, UT 84060<br><br>Tax ID Numbers:<br>35-2183713 (Easy Street Holding, LLC),<br>20-4502979 (Easy Street Partners, LLC), and<br>84-1685764 (Easy Street Mezzanine, LLC) | Bankruptcy Case No. 09-29905<br>Jointly Administered with Cases<br>09-29907 and 09-29908<br><br>Chapter 11<br><br>Honorable R. Kimball Mosier<br><br>[FILED ELECTRONICALLY] |

### APPLICATION OF DEBTOR IN POSSESSION TO EMPLOY
### APPRAISAL GROUP, INC. AS EXPERT APPRAISERS

Easy Street Partners, LLC (the "Debtor" or "Partners"), debtor in possession, applies for an order authorizing the employment of Appraisal Group Inc. and Paul W. Throndsen ("AGI") as appraiser experts for the Debtor pursuant to 11 U.S.C. §327(a), and Rule 2014 of the Federal

SLC_489059

Rules of Bankruptcy Procedure. In support of this Application, the Debtor respectfully represents as follows:

1. Partners commenced this case under Chapter 11 of the United States Bankruptcy Code by filing a voluntary petition on September 14, 2009.

## JURISDICTION

2. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A).

## EMPLOYMENT OF AGI

3. Subject to approval of this Court, the Debtor wishes to retain AGI as experts in appraisal services to work for the Debtor in this case as described below and in the declaration of Paul W. Throndsen filed herewith and in support hereof ("Throndsen Declaration"). Such services include:

   a. Preparation of an appraisal of Debtor's property located in Park City, Utah for all purposes in this case.

   b. Any follow up expert testimony related to such appraisal.

   c. Rendering such other related services as may be necessary to accomplish the work set forth in the foregoing paragraphs.

4. The Debtor seeks to retain AGI because of its experience and knowledge in the fields of its proposed employment specifically preparing and testifying about appraisal reports as set forth in the Throndsen Declaration. Debtor believes that AGI is well qualified and able to perform the scope of services set forth above. The appraiser which the Debtor proposes to work

with at AGI is primarily Paul W. Throndsen; Mr. Throndsen's resumé and qualifications are attached to the Throndsen Declaration.

5. AGI has stated its desire and willingness to act in this case and render the necessary professional services as professionals for the Debtor as set forth in the AGI Declaration.

6. To the best of the Debtor's knowledge, AGI does not have any connection with or hold or represent any interest adverse to the Debtor, its creditors, or any other party in interest, or the attorneys or other professionals for the Debtor, as set forth in the Throndsen Declaration filed herewith. All connections with the Debtor and its creditors are set forth in the Throndsen Declaration.

7. AGI has not been paid any retainer in the case.

8. The Debtor understands that AGI intends to apply to the Court for allowance of compensation and reimbursement of expenses in accordance with applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local rules and orders of this Court for all services performed and expenses incurred in connection with its retention in this case.

9. The Debtor, subject to the provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and Orders of the Court, proposes that AGI charge for its legal services on an hourly basis in accordance with its ordinary and customary hourly rates for cases of this nature as in effect on the date services are rendered, as set forth in the exhibit to the Throndsen Declaration and that AGI be reimbursed for its out-of-pocket costs and expenses according to its ordinary and customary reimbursement policies. AGI has estimated its fee to be

$14,300 with respect to the actual preparation and production of the appraisal, with fees for expert testimony additional.

## NOTICE

10. No trustee, examiner, or creditors' committee has been appointed in the Debtor's Chapter 11 case. Notice of this Application has been given to the United States Trustee for the District of Utah, counsel for the Debtors' prepetition secured lenders, and counsel for the Unsecured Creditors Committee.

11. No previous request for the relief sought has been made to this or any other Court.

WHEREFORE, the Debtor respectfully requests entry of an Order authorizing it to employ AGI as appraiser as set forth above pursuant to 11 U.S.C. § 327(a) and applicable Bankruptcy Rules, effective October 23, 2009, and granting such other and further relief as this Court deems just and proper.

DATED: November 5, 2009

EASY STREET PARTNERS LLC
By: _____
Its: _____

Agreed to:

APPRAISAL GROUP INC.
By: _____
Its: President