Kenneth L. Cannon II (kcannon@djplaw.com) (3705)
Steven J. McCardell (smccardell@djplaw.com) (2144)
DURHAM JONES & PINEGAR
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT  84110-4050
Telephone:  (801) 415-3000/Fax:  (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com) (admitted pro hac vice)
Steven B. Eichel (seichel@crowell.com) (admitted pro hac vice)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY  10022
Telephone:  (212) 223-4000/Fax:  (212) 223-4134

Counsel for Debtors and Debtors in Possession

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re:<br><br>EASY STREET HOLDING, LLC, *et al.*,<br><br>Debtors.<br><br>Address:  201 Heber Avenue<br>         Park City, UT 84060<br><br>Tax ID Numbers:<br>35-2183713 (Easy Street Holding, LLC),<br>20-4502979 (Easy Street Partners, LLC), and<br>84-1685764 (Easy Street Mezzanine, LLC) | Bankruptcy Case No. 09-29905<br>Jointly Administered with Cases<br>09-29907 and 09-29908<br><br>Chapter 11<br><br>Honorable R. Kimball Mosier<br><br>[FILED ELECTRONICALLY] |

**DECLARATION OF PAUL W. THRONDSEN, MAI PURSUANT TO 11 U.S.C. § 329(a)
AND FED. R. BANKR. P. 2014(a) IN SUPPORT OF APPLICATION OF DEBTOR IN
POSSESSION TO EMPLOY APPRAISAL GROUP, INC. AS EXPERT APPRAISERS**

The undersigned, Paul W. Throndsen, hereby declares as follows:

SLC_489198

1. I am licensed by the State of Utah as a Certified General appraiser, and hold the MAI professional designation. I work for Appraisal Group Inc. ("AGI") in Midvale, Utah. To the best of my knowledge, based upon the inquiries described below, the following statements are true.

2. AGI has agreed with Easy Street Partners, LLC (the "Debtor" or "Partners") to render appraisal services as set forth in the Debtor's application to employ AGI (the "Application") filed in bankruptcy court herewith.

3. AGI is and I am capable of rendering the services contracted for by the Debtor; I have attached my resume hereto explaining my qualifications.

4. I have received from the Debtor and reviewed the complete list of creditors (mailing matrix) involved in this case. Based on this information, I have concluded that I have no connections to parties in interest listed on the mailing matrix. Insofar as I have been able to determine, I do not currently represent any party in interest in any matter related to the Debtor and I believe that I am qualified to represent the Debtor in its Chapter 11 reorganization case to perform the work set forth in the Application. There is no outstanding indebtedness between AGI and the Debtor and AGI has filed no claim in the Debtor's bankruptcy case.

5. Insofar as I am aware, I have no connections with the office of the United States Trustee or its staff other than working on matters in bankruptcy court in which such parties appear.

6. I am not nor have I been an equity security holder of the Debtor.

7. I am not and have not been an insider of the Debtor or of its affiliates, Easy Street Mezzanine, LLC or Easy Street Holding, LLC. I have never been a member of the Debtor,

officer of the Debtor, person in control of the Debtor, partnership in which the Debtor is a general partner, or relative of a director, officer, or person in control of the Debtor.

8.    I have not been a manager, director, officer, or employee of the Debtor as specified in 11 U.S.C. §101(14)(B) or (C).

9.    AGI has agreed to render the appraisal report for $14,300. In addition, for expert testimony and other expert services, I will charge my set billing rate of $185 per hour. I understand and agree to the fee application process required for payment of fees and reimbursement of expenses of professionals in bankruptcy cases.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing statements are true and correct.

DATED: November 5, 2009

_____
Paul W. Throndsen, MAI

**RESUME**

## PAUL W. THRONDSEN, MAI

| | |
|---|---|
| Address: | Appraisal Group, Inc.<br>7396 So. Union Park Ave., #301<br>Midvale, Utah 84047 |
| Telephone: | Business:    (801) 263-1200    Park City (435) 649-8449<br>Fax:            (801) 352-4951<br>E-Mail:       paul@agiutah.com |
| Education: | Bachelors of Science (Finance Major), University of Utah, 1974.<br>Masters of Business Administration, University of Utah, 1976 |
| Experience:<br>1993-present | Owner of Appraisal Group, Inc., Salt Lake City, Utah<br>Full time appraiser/consultant. Devoting 100% of time to commercial assignments in Utah and other Western States. |
| 1985-1993 | Part owner of Appraisal Associates, Inc., Salt Lake City, Utah<br>Full-time appraiser/consultant. |
| 1981-1985 | Self-employed; appraiser/consultant with Appraisal Associates, Inc., Salt Lake City, Utah. Duties included both residential and commercial assignments. Managed residential staff from 1982 to 1985 while devoting nearly 100% of appraising to commercial assignments in Utah. |
| 1976-1981 | Staff appraiser with Mulcock Appraising Company, Salt Lake City, Utah. Duties included residential assignments and construction inspections. |
| 1975-1976 | Loan Officer & Branch Manager for Lomas and Nettleton, Salt Lake City, Utah. Office manager overseeing loan production. |
| Professional<br>Courses: | Intro to Appraising Real Estate         Case Studies/Real Estate Valuation<br>Capitalization Theory & Techniques   Standards of Professional Practice<br>Valuation Analysis & Report Writing    Highest & Best Use & Market Analysis<br>Industrial Valuation                         Separating Real & Personal Property<br>Adv. Sales Comparison & Cost Approach   from Intangible Business Assets<br>Residential Appraising |
| Seminars: | Cash Equivalency & Creative Financing        Mortgage - Equity Analysis<br>Value of Leased Fee & Leasehold Estates     Developing Hotel/Motel Prop.<br>Highest & Best Use                                        Easement Valuation<br>Computer Appraisal Applications                  Bank Regulations and Appraisal<br>Reviewing Appraisals                                      American with Disabilities Act<br>Subdivision Analysis                                        Understanding Limited Appraisals<br>Feasibility Analysis & Highest & Best Use      Data Confirmation/Verification Methods<br>Environmental Risk & the Appraisal Process  Understanding/Testing DCF Analysis<br>Special Purpose Properties                             Scope of Work<br>Appraisal of Non-Conforming Properties |

| | |
|---|---|
| Memberships & Affiliations: | Member Appraisal Institute (MAI #6981)<br>Utah State Certified General Appraiser, No. 5451070-CG00, (expires 6-30-11)<br>Wyoming State Certified Appraiser, No. 341, (expires 4-28-10)<br>Associate Member of Salt Lake Board of Realtors<br>Affiliate Member of Park City Board of Realtors |
| Appraisal Experience: | Experienced in the appraisal of office buildings, shopping centers, industrial properties, apartments, hotels/motels, mini-warehouses, nursing homes, residential care facilities, commercial developments, residential subdivisions, partial interest, and raw land. Specializing in income-producing properties and project approvals. Also, specializing in Summit County (Park City) properties. |
| Professional: | Past President of Utah Chapter of the Appraisal Institute (1994). National Board of Examiners for Experience - Term 1986-1992. Member of Regional Ethics Panel. Past Chairman of Chapter Government Affairs Committee, Admissions Committee and Education Committee. Awarded Utah Chapter "Appraiser of the Year - 2004".<br><br>Past President and Chairman of the Board of Comp-U-Share, Inc. (Market data system; group of 18 appraisal offices), and past Chairman of Quality Control Committee.<br><br>President of Utah Association of Appraisers - 1996 to 1997 and 2002 to 2003<br><br>Experience Review Committee for Utah State Board of Appraisers |

Clients:
(partial list)

| | |
|---|---|
| JPMorgan Chase | Wells Fargo Bank |
| Brighton Bank | U.S. Bank |
| American First Credit Union | Citicorp Bank |
| Republic Mortgage | Small Business Administration |
| Key Bank | Zions Securities Corp. |
| Salt Lake City Credit Union | Zions First National Bank |
| Bank of Utah | L.D.S. Church |
| Holiday Oil Company | Holladay Bank |
| S-DevCorp. (F.C. Stangl) | Roderick Enterprises |
| Boyer & Company | Kennecott Copper Corporation |
| Commerce Colliers CRG | Granite School District |
| AEGON Realty Advisors | CB Richard Ellis |
| State of Utah | Salt Lake County |
| Washington Mutual Savings Bank | Salt Lake City RDA |
| First Utah Bank | Utah Dept. of Transportation |
| First National Bank of Layton | Bank of the West |
| GE Capital | Deutsche Bank |
| Bank of America | Merrill Lynch Mortgage Capital |
| Amsource | Security National Financial |
| Woodbury Corp. | Summit County |
| Frontier Bank | Park City |
| Bank of American Fork | Artesia Mortgage |
| Barnes Bank | Interbay Funding |
| Utah First Credit Union | Mountain America Credit Union |
| Jordan Credit Union | Utah Transit Authority (UTA) |

Other local real estate brokers, developers, and attorneys
References:    Available upon request.