Kenneth L. Cannon II (kcannon@djplaw.com) (3705)
Steven J. McCardell (smccardell@djplaw.com) (2144)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT   84110-4050
Telephone:  (801) 415-3000/Fax:  (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com) (pro hac vice application pending)
Steven B. Eichel (seichel@crowell.com) (pro hac vice application pending)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY  10022
Telephone:  (212) 223-4000/Fax:  (212) 223-4134

Proposed Counsel for Debtors and Debtors in Possession

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) |
| EASY STREET HOLDING, LLC, *et al.*, | ) Bankruptcy Case No. 09-29905 |
| | ) Jointly Administered with Cases |
| | ) 09-29907 and 09-29908 |
| | ) |
| Address:  201 Heber Avenue | ) Chapter 11 |
|           Park City, UT 84060 | ) |
| | ) Honorable R. Kimball Mosier |
| Tax ID Numbers: | ) |
| 35-2183713 (Easy Street Holding, LLC), | ) |
| 20-4502979 (Easy Street Partners, LLC), and | ) **[FILED ELECTRONICALLY]** |
| 84-1685764 (Easy Street Mezzanine, LLC) | ) |
| | ) |

**CERTIFICATE OF SERVICE FOR APPLICATION PURSUANT TO SECTION 327(a)
OF THE BANKRUPTCY CODE FOR ENTRY OF AN ORDER AUTHORIZING
DEBTORS TO RETAIN APPRAISAL GROUP, INC. AS EXPERT APPRAISERS
AND RELATED DOCUMENTS**

SLC_493171.1

I hereby certify that on this 5th day of November, 2009, I caused to be served the following documents via ECF notification, electronic mail and/or first-class mail, postage prepaid as listed on the attached pages.

1. Application of Debtor in Possession to Employ Appraisal Group, Inc. as Expert Appraisers.

2. Declaration of Paul W. Throndsen, pursuant to 11 U.S.C. §329(a) and Fed. R. Bankr. P. 2014(a) and 2016(a) in Support of Application of Debtor in Possession to Employ Appraisal Group, Inc. as Expert Appraisers.

DATED: November 5, 2009

DURHAM JONES & PINEGAR, P.C.

By: /s/ Kenneth L. Cannon II
Kenneth L. Cannon II (kcannon@djplaw.com)(3705)
Steven J. McCardell (smccardell@djplaw.com)(2144)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT  84110-4050
Telephone:  (801) 415-3000/Fax:  (801) 415-3500

And

Michael V. Blumenthal (mblumenthal@crowell.com)
  (pro hac vice application pending)
Steven B. Eichel (seichel@crowell.com)
  ( pro hac vice application pending)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY  10022
Telephone:  (212) 223-4000/Fax:  (212) 223-4134

Proposed Counsel for Debtors and Debtors in Possession

**ECF Notification**

| | |
|---|---|
| Troy J. Aramburu | taramburu@joneswaldo.com, sglendening@joneswaldo.com, rbush@joneswaldo.com |
| Scott A. Cummings | cummings.scott@dorsey.com |
| Mary Margaret Hunt | hunt.peggy@dorsey.com, wardle.gay@dorsey.com |
| Annette W. Jarvis | jarvis.annette@dorsey.com, smith.ron@dorsey.com, slc.lit@dorsey.com; brown.patricia@dorsey.com |
| Lon A. Jenkins | lajenkins@joneswaldo.com, krichardson@joneswaldo.com, ecf@joneswaldo.com; sglendening@joneswaldo.com |
| Michael R. Johnson | mjohnson@rqn.com, agale@rqn.com |
| Anthony C. Kaye | kaye@ballardspahr.com |
| Benjamin J. Kotter | kotter.benjamin@dorsey.com |
| Adelaide Maudsley | maudsley@chapman.com, jemery@chapman.com |
| John T. Morgan tr | john.t.morgan@usdoj.gov, james.gee@usdoj.gov |
| Jeffrey L. Shields | jlshields@cnmlaw.com, njpotter@cnmlaw.com |
| Jeffrey Weston Shields | jshields@joneswaldo.com, sglendening@joneswaldo.com |
| United States Trustee | USTPRegion19.SK.ECF@usdoj.gov |

**Electronic Mail**

Securities & Exchange Commission
Attn: Bankruptcy Dept.
44 Montgomery St # 1100
San Francisco, CA 94104-4613
sanfrancisco@sec.gov

State Office of Recovery Services
515 East 100 South
P O Box 45033
Salt Lake City, UT 84145-0033
orswebslc@utah.gov

Utah Department of Workforce Services
P O Box 45249
Salt Lake City, UT 84145-0249
dwscontactus@utah.gov

West LB AG, New York Branch
Attn: Christian Ruehmer
1211 Avenue of the Americas, 24th Flr
New York, NY 10036
christian_ruehmer@westlb.com

West LB AG, New York Branch
Attn: Bruce F. Davidson
1211 Avenue of the Americas, 24th Flr
New York, NY 10036
bruce_davidson@westlb.com

West LB AG, New York Branch
Attn: Duncan Robertson
1211 Sixth Avenue, 25th Floor
New York, NY 10036-8705
duncan_robertson@westlb.com

West LB AG, New York Branch
Attn: Jeff Nelson
1211 Sixth Avenue, 25th Floor
New York, NY 10036-8705
jeff_nelson@westlb.com

West LB AG, New York Branch
Attn: James Winikor
1211 Sixth Avenue, 25th Floor
New York, NY 10036-8705
james_winikor@westlb.com

William D. Ellis, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013
wellis@sidley.com

SLC_493171.1

Richard W. Havel, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA  90013
rhavel@sidley.com

Drew A. Norman, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA  90013
danorman@sidley.com

Christina M. Craige, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA  90013
ccraige@sidley.com

BayNorth Capital, LLC
Attn:  Charles J. Flint
One Financial Center, Floor 23
Boston, MA  02111-2621
cflint@baynorthcapital.com

Christopher B. Barker, Esq.
Goodwin Procter LLP
53 State Street
Boston, MA  02109
cbarker@goodwinprocter.com

Anthony S. Fiotto
Goodwin Procter LLP
53 State Street
Boston, MA  02109
afiotto@goodwinprocter.com

Eric D. Lemont
Goodwin Procter LLP
53 State Street
Boston, MA  02109
elemont@goodwinprocter.com

Timothy G. Little, Esq.
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY  10022-2585
tim.little@kattenlaw.com

Sheri P. Chromow, Esq.
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY  10022-2585
sheri.chromow@kattenlaw.com

David Wickline
17575 Fitzpatrick Land
Occidental, CA 95465
wicklinedavid@cs.com

Shaner Design, Inc.
614 Main Street, Suite 404
PO Box 4560
Park City, UT 84060
trs@shanerdesign.com

Elliott Workgroup
Attn:  Craig Elliott
P O Box 3419
Park City, UT  84060-3419
celliott@elliottworkgroup.com

Michael V. Blumenthal
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
mblumenthal@crowell.com

Steven B. Eichel
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
seichel@crowell.com

Bruce J. Zabarauskas
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
bzabarauskas@crowell.com

Brian W. Harvey
Goodwin Procter LLP
The New York Time Building
620 Eighth Avenue
New York, NY 10018-1405
bharvey@goodwinprocter.com

Paul W. Throndsen, MAI
Appraisal Group, Inc.
7396 South Union Park Ave., #301
Midvale, UT  84047
paul@agiutah.com

SLC_493171.1

**First-Class Mail**

State of Utah
Office of the Attorney General
Tax & Revenue Division
350 North State Street, Suite 230
Salt Lake City, UT  84114

Utah State Tax Commission
Sales Tax
210 North 1950 West
Salt Lake City, UT 84134-0400

Utah Department of Alcoholic Beverage Control
1625 South 900 West
PO Box 30408
Salt Lake City, UT 84103

Millcreek Consulting
3017 East Kempner Road
Salt Lake City, UT  84109

Les Olson Company
3244 S 300 W
Salt Lake City, UT 84115-3411

Jacobsen Construction
3131 West 2210 South
Salt Lake City, UT 84119

Luxury Residence Group
P O Box 1225
Park City, UT  84060-1225

Klehr, Branzburg & Ellers LLP
260 South Broad St.
Philadelphia, PA  19102

Goodrich & Thomas, CPAs
3200 Park Center Drive
Suite 1170
Costa Mesa, CA  92626

CBIZ Accounting
175 South West Temple
Suite 650
Salt Lake City, UT 84010

McGladrey & Pullen
One South Wacker Drive
Suite 800
Chicago, IL 60606

Cushman & Wakefield
50 Broad Street
New York, NY  10004

Union Square Home Owners Association
PO Box 683300
Park City, UT 84068

Staples Credit Plan
Dept 51-7861136819
PO Box 689020
Des Moines, IA 50368-9020

Gateway Center LLC
c/o Commerce CRG
PO Box 571530
Murray UT 84157

Frank Rimerman & Co. LLP
60 South Market Street
San Jose, CA 95113

Merrit & Harris
301 E Glenoaks Blvd., Suite 4
Glendale, CA 91207

Park City Surveying
P O Box 682993
Park City, UT  84068-2993

Summit Business Service
Attn:  Chipper Leonard
4130 Hilltop Court
Park City, UT  84098

Five 9's Communication
PO Box 348
Roy, UT 84067

Pitney Bowles
PO Box 856390
Louisville, KY 40285-6390

Federal Express
PO Box 7221
Pasadena, CA 91109-7321

SLC_493171.1

Sysco Intermountain Food Service
Attn:  Steve Lewis
PO Box 27638
Salt Lake City, UT 84127

Rocky Mountain Power
1033 NE 6th Avenue
Portland, OR 97256-00001

Whitney Advertising Design
6410 N Business Park Loop Road
Suite H
Park City, UT 84098

American Liberty Insurance
3601 N University Avenue
Suite 100
Provo, UT  84604-6600

Questar Gas Company
PO Box 45360
Salt Lake City, UT 84145-0360

Internal Revenue Service
Centralized Insolvency Operations
P O Box 21126
Philadelphia, PA  19114-0326

Qwest
Attn:  Bankruptcy Dept.
PO Box 29039
Phoenix, AZ 85038-9039

AT&T Mobility
P O Box 6463
Carol Stream, IL  60197

Comcast
P O Box 34744
Seattle, WA  98124-1744

Park City Municipal Corp.
P O Box 1480
Park City, UT  84060

Park City Water
P O Box 1480
Park City, UT  84060

Water Reclamation District
2800 Homestead Road
Park City, UT  84098-4869

Corbin B. Gordon
345 West 600 South, Suite 108
Heber City, UT  84032

SLC_493171.1