Kenneth L. Cannon II (kcannon@djplaw.com) (3705)
Steven J. McCardell (smccardell@djplaw.com) (2144)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT 84110-4050
Telephone:  (801) 415-3000/Fax:  (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com) (admitted pro hac vice)
Steven B. Eichel (seichel@crowell.com) (admitted pro hac vice)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 223-4000/Fax: (212) 223-4134

Counsel for Debtors and Debtors in Possession

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re: | |
| EASY STREET HOLDING, LLC, *et al.*, | Bankruptcy Case No. 09-29905 |
| Debtors. | Jointly Administered with Cases 09-29907 and 09-29908 |
| Address:  201 Heber Avenue | Chapter 11 |
| Park City, UT 84060 | |
| | Honorable R. Kimball Mosier |
| Tax ID Numbers: | |
| 35-2183713 (Easy Street Holding, LLC), | |
| 20-4502979 (Easy Street Partners, LLC), and | |
| 84-1685764 (Easy Street Mezzanine, LLC) | |

**SUPPLEMENTAL STATEMENT AND**
**DISCLOSURE OF COMPENSATION OF CROWELL &**
**MORING LLP, COUNSEL FOR THE DEBTORS**

Pursuant to § 329 of the Bankruptcy Code and Bankruptcy Rule 2016 (b), Crowell &

Moring LLP ("C&M"), respectfully represents:

1.      As indicated in the Order dated October 22, 2009 Authorizing the Retention and Employment of C&M as counsel for the Debtors, C&M is receiving periodic payments from Philo Smith, Jr., as guarantor of its fees.

2.      On October 23, 2009, C&M received $75,000 from Philo Smith, Jr., a co-manager of the debtors (the "Debtors") in the above-captioned cases, and the representative of the Philo Smith, Jr. Trust, a 10% member of Easy Street Holding LLC, one of the Debtors.

3.      C&M's compensation for services rendered on behalf of the Debtors and costs incurred on their behalf will be paid by the Debtors as authorized by this Court.  Mr. Smith, however, has agreed to guarantee payment for these services and costs.  C&M will continue to disclose all payments consistent with the requirements of § 329 of the Bankruptcy Code and Bankruptcy Rule 2016 (b).

4.      C&M has not agreed to share the above-disclosed compensation with any other person unless such person is a member, counsel, or associate of C&M.

Dated: November 10, 2009
       New York, New York

Respectfully submitted,

CROWELL & MORING LLP
Counsel for the Debtors and Debtors in Possession
590 Madison Avenue, 20th Floor
New York, New York 10022
(212) 223-400

By: /s/ Michael V. Blumenthal
      Michael V. Blumenthal

NYIWDMS: 11361093_2

# CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of November, 2009, I caused to be served the Supplemental Statement and Disclosure of Compensation of Crowell & Moring LLP, Counsel for the Debtors via ECF notification on the following:

| | |
|---|---|
| Troy J. Aramburu | taramburu@joneswaldo.com, sglendening@joneswaldo.com, rbush@joneswaldo.com |
| Scott A. Cummings | cummings.scott@dorsey.com |
| Mary Margaret Hunt | hunt.peggy@dorsey.com, wardle.gay@dorsey.com |
| Annette W. Jarvis | jarvis.annette@dorsey.com, smith.ron@dorsey.com, slc.lit@dorsey.com; brown.patricia@dorsey.com |
| Lon A. Jenkins | lajenkins@joneswaldo.com, krichardson@joneswaldo.com, ecf@joneswaldo.com; sglendening@joneswaldo.com |
| Michael R. Johnson | mjohnson@rqn.com, agale@rqn.com |
| Anthony C. Kaye | kaye@ballardspahr.com |
| Benjamin J. Kotter | kotter.benjamin@dorsey.com |
| Adelaide Maudsley | maudsley@chapman.com, jemery@chapman.com |
| John T. Morgan tr | john.t.morgan@usdoj.gov, james.gee@usdoj.gov |
| Jeffrey L. Shields | jlshields@cnmlaw.com, njpotter@cnmlaw.com |
| Jeffrey Weston Shields | jshields@joneswaldo.com, sglendening@joneswaldo.com |
| United States Trustee | USTPRegion19.SK.ECF@usdoj.gov |

/s/  Kristin Hughes