David W. Overholt - 3846
**RICHER & OVERHOLT, P.C.**
901 West Baxter Drive
South Jordan, Utah 84095
Telephone: (801) 561-4750

Attorneys for Sysco Intermountain Food Services, Inc.

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF UTAH

| In Re: | Bankruptcy No. 09-29905 |
|---|---|
| EASY STREET HOLDING, LLC, | Chapter 11 |
| Debtor. | Judge R. Kimball Mosier |

### NOTICE OF APPEARANCE OF COUNSEL, REQUEST TO BE ADDED TO MAILING MATRIX, AND SPECIAL REQUEST FOR NOTICE OF ALL PROCEEDINGS

The undersigned attorney, David W. Overholt, hereby enters his appearance for and in behalf of Sysco Intermountain Food Services, Inc. in the above-entitled matter for all creditor matters, and hereby requests that on behalf of Sysco Intermountain Food Services, Inc., he be provided with special notice of all filings made by the Debtor with the above-referenced Bankruptcy Court, and that he be added to the mailing matrix as attorney for Sysco Intermountain Food Services, Inc. as follows:

David W. Overholt
**RICHER & OVERHOLT, P.C.**
901 West Baxter Drive
South Jordan, Utah 84095

Case 09-29905    Doc 147    Filed 11/13/09    Entered 11/13/09 14:07:13    Desc Main
            Document      Page 2 of 2

DATED this **12** day of November, 2009.

RICHER & OVERHOLT, P.C.

_____
David W. Overholt
Attorney for Sysco Intermountain Food Services, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the **13** day of November, 2009, I caused a true and correct copy of the foregoing to be served upon the following parties via ECF and/or by placing the same in the United States mail, postage prepaid, addressed as follows:

Easy Street Partners, LLC
Debtor In Possession
4780 Winchester Court
Park City, UT 84098

Kenneth L. Cannon, II
**Attorney for the Debtor**
[Via Electronic Notification]

John T. Morgan
**US Trustee's Office**
[Via Electronic Notification]

_____

09.21202ab.wpd                                2                                SYS 448