Kenneth L. Cannon II (kcannon@djplaw.com) (3705)
Steven J. McCardell (smccardell@djplaw.com) (2144)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT   84110-4050
Telephone:  (801) 415-3000/Fax:  (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com) (admitted pro hac vice)
Steven B. Eichel (seichel@crowell.com) (admitted pro hac vice)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY   10022
Telephone:  (212) 223-4000/Fax:  (212) 223-4134

Counsel for Debtors and Debtors in Possession

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| EASY STREET HOLDING, LLC, *et al.*, | ) | Bankruptcy Case No. 09-29905 |
| | ) | Jointly Administered with Cases |
| Debtors. | ) | 09-29907 and 09-29908 |
| | ) | |
| Address:  201 Heber Avenue | ) | Chapter 11 |
|           Park City, UT 84060 | ) | |
| | ) | Honorable R. Kimball Mosier |
| Tax ID Numbers: | ) | |
| 35-2183713 (Easy Street Holding, LLC), | ) | |
| 20-4502979 (Easy Street Partners, LLC), and | ) | **[FILED ELECTRONICALLY]** |
| 84-1685764 (Easy Street Mezzanine, LLC) | ) | |

**NOTICE OF OBJECTION DEADLINE AND NOTICE OF HEARING ON DEBTOR'S
APPLICATION TO EMPLOY BDRC 4 SITE, LLC AS CO-MANAGER**

**PLEASE TAKE NOTICE** that Easy Street Partners, LLC (the "Debtor"), has filed its

Application to Employ BDRC 4 Site, LLC ("BDRC") as Co-Manager (the "Application").

Copies of the Application have been served on the United States Trustee's office for the District

of Utah, counsel for the Debtors' prepetition secured lenders, counsel for the Unsecured

SLC_497258

Creditors Committee, and on parties who have entered an appearance. If you do not receive a copy of the Application and the supporting documents, you may obtain copies of these documents by requesting them from the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that your rights may be affected. You should read this Notice and the Application and supporting documentation carefully and discuss them with your attorney, if you have one in this bankruptcy case.

**PLEASE TAKE FURTHER NOTICE** that, if you do not want the Bankruptcy Court to approve the Application, or if you want the Bankruptcy Court to consider your views on the Application, then you or your attorney must file with the Bankruptcy Court and serve on the undersigned counsel for the Debtor a written objection to the Application in conformity with Rule 9013-1 of the Bankruptcy Court's local rules of practice so that it is received no later than **Monday, November 23, 2009, at 4:30 p.m., MST**. Your objection must be filed at:

> Clerk
> United States Bankruptcy Court
> 350 South Main Street, # 301
> Salt Lake City, Utah  84101

The Debtor has filed an <u>ex parte</u> motion to approve notice of this objection deadline and of hearing on the Application.

**PLEASE TAKE FURTHER NOTICE** that, if you mail your objection to the Bankruptcy Court for filing, you must mail it early enough so the Court will receive it on or before the time and date stated above. You must also serve your objection on the undersigned counsel for the Debtor and on other parties in interest.

**PLEASE TAKE FURTHER NOTICE** that the Application will come on for hearing before the Honorable R. Kimball Mosier, United States Bankruptcy Judge, on **Tuesday,**

**November 24, 2009, at 10:00 a.m., MST**, in his courtroom, Room 369 of the Frank E. Moss United States Courthouse, 350 South Main Street, Salt Lake City, Utah 84101. You or your attorney must attend the hearing on the Application if you want your objection to be considered by the Bankruptcy Court. As noted above, the Debtor has filed an ex parte motion to approve notice of the objection deadline and of hearing on the Application.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rule 9013-1(c) of the Bankruptcy Court's local rules of practice, absent timely filing and service of objections to the Application, the Debtor may ask that the Court to approve the Application without further notice or hearing. Additionally, upon the resolution of any timely filed and served objections to the Application, the Debtor may ask the Bankruptcy Court to approve the Application without further notice or hearing.

DATED: November 13, 2009

                      DURHAM JONES & PINEGAR, P.C.

                      By: /s/ Kenneth L. Cannon II
                            Kenneth L. Cannon II (kcannon@djplaw.com)(3705)
                            Steven J. McCardell (smccardell@djplaw.com)(2144)

                            and

                            Michael V. Blumenthal (mblumenthal@crowell.com)
                              (admitted pro hac vice)
                            CROWELL & MORING LLP

                            Counsel for Debtors and Debtors in Possession

SLC_497258

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of November, 2009, I caused to be served the Notice of Objection Deadline and Notice of Hearing on Debtor's Application to Employ BDRC 4Site, LLC as Co-Manager via ECF notification, electronic mail and/or first-class mail, postage prepaid as listed on the attached pages.

      /s/   Kristin Hughes

**ECF Notification**

- Troy J. Aramburu   taramburu@joneswaldo.com, sglendening@joneswaldo.com; rbush@joneswaldo.com

- Scott A. Cummings   cummings.scott@dorsey.com

- Mary Margaret Hunt   hunt.peggy@dorsey.com, wardle.gay@dorsey.com

- Annette W. Jarvis   jarvis.annette@dorsey.com, smith.ron@dorsey.com; slc.lit@dorsey.com;brown.patricia@dorsey.com

- Lon A. Jenkins   lajenkins@joneswaldo.com, krichardson@joneswaldo.com; ecf@joneswaldo.com;sglendening@joneswaldo.com

- Michael R. Johnson   mjohnson@rqn.com, agale@rqn.com

- Anthony C. Kaye   kaye@ballardspahr.com

- Benjamin J. Kotter   kotter.benjamin@dorsey.com

- Adelaide Maudsley   maudsley@chapman.com, jemery@chapman.com

- Steven J. McCardell   smccardell@djplaw.com, khughes@djplaw.com

- John T. Morgan tr   john.t.morgan@usdoj.gov, james.gee@usdoj.gov

- David W. Overholt   doverholt@rsolaw.com, abachman@rsolaw.com

- Jessica G Peterson   jpeterson@djplaw.com

- Jeffrey L. Shields   jlshields@cnmlaw.com, njpotter@cnmlaw.com

- Jeffrey Weston Shields   jshields@joneswaldo.com, sglendening@joneswaldo.com

- United States Trustee   USTPRegion19.SK.ECF

**Electronic Mail**

Securities & Exchange Commission
Attn: Bankruptcy Dept.
44 Montgomery St # 1100
San Francisco, CA 94104-4613
sanfrancisco@sec.gov

State Office of Recovery Services
515 East 100 South
P O Box 45033
Salt Lake City, UT 84145-0033
orswebslc@utah.gov

SLC_497258

Utah Department of Workforce Services
P O Box 45249
Salt Lake City, UT 84145-0249
dwscontactus@utah.gov

West LB AG, New York Branch
Attn: Christian Ruehmer
1211 Avenue of the Americas, 24th Flr
New York, NY 10036
christian_ruehmer@westlb.com

West LB AG, New York Branch
Attn: Bruce F. Davidson
1211 Avenue of the Americas, 24th Flr
New York, NY 10036
bruce_davidson@westlb.com

West LB AG, New York Branch
Attn: Duncan Robertson
1211 Sixth Avenue, 25th Floor
New York, NY 10036-8705
duncan_robertson@westlb.com

West LB AG, New York Branch
Attn: Jeff Nelson
1211 Sixth Avenue, 25th Floor
New York, NY 10036-8705
jeff_nelson@westlb.com

West LB AG, New York Branch
Attn: James Winikor
1211 Sixth Avenue, 25th Floor
New York, NY 10036-8705
james_winikor@westlb.com

William D. Ellis, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013
wellis@sidley.com

Richard W. Havel, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013
rhavel@sidley.com

Drew A. Norman, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013
danorman@sidley.com

Christina M. Craige, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013
ccraige@sidley.com

Christopher B. Barker, Esq.
Goodwin Procter LLP
53 State Street
Boston, MA 02109
cbarker@goodwinprocter.com

Francis N. Mastroianni
Goodwin Procter LLP
53 State Street
Boston, MA 02109
fmastroianni@goodwinprocter.com

Timothy G. Little, Esq.
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY 10022-2585
tim.little@kattenlaw.com

Sheri P. Chromow, Esq.
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY 10022-2585
sheri.chromow@kattenlaw.com

David Wickline
17575 Fitzpatrick Land
Occidental, CA 95465
wicklinedavid@cs.com

SLC_497258

Shaner Design, Inc.
614 Main Street, Suite 404
PO Box 4560
Park City, UT 84060
trs@shanerdesign.com

Elliott Workgroup
Attn: Craig Elliott
P O Box 3419
Park City, UT 84060-3419
celliott@elliottworkgroup.com

Michael V. Blumenthal
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
mblumenthal@crowell.com

Steven B. Eichel
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
seichel@crowell.com

Bruce J. Zabarauskas
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
bzabarauskas@crowell.com

Brian W. Harvey
Goodwin Procter LLP
The New York Time Building
620 Eighth Avenue
New York, NY 10018-1405
bharvey@goodwinprocter.com

Joseph E. Wrona
Wrona Law Offices, P.C.
1745 Sidewinder Drive
Park City, UT 84060
wrona@wasatchlaw.com

A.W. Marshall Company
PO Box 16127
Salt Lake City, UT 84116-0127

ACME Thread Ware
6436 N Business Park Loop Rd.
Park City, UT 84098-6233

ADT Security Services Inc
PO Box 371956
Pittsburgh, PA 15250-7956

ALC Snow Removal
PO Box 680442
Park City, UT 84068-0442

AT&T Mobility
PO Box 6463
Carol Stream, IL 60197-6463

ATIV Corporation
722 Nardo Rd
Encinitas, CA 92024

AXIS Group
84 Route 347
Port Jefferson Station, NY 11767

Aetna
PO Box 894938
Los Angeles, CA 90189-4938

Air Filter Sales & Service Inc
255 West 2950 South
Salt Lake City, UT 84115-3443

Albert Ulster Imports, Inc.
PO Box 770
Gaithersburg, MD 20884-0770

Alchemy Ventures Trust
17575 Fitzpatrick Lane
Occidental, CA 95465-9355

Alliance Abroad Group LP
1221 South Mopac Expressway
Suite 100
Austin, TX 78746

Alpine Adventures
3020 North Federal Highway # 10
Fort Lauderdale, FL 33306

American Express Travel Relate
2840 South 123rd Court
Omaha, NE 68144

American Ski & Board Association
686 NW York
Bend, OR 97701

All-Pro Cleaning Systems, Inc.
166 West Cottage Avenue
Sandy, UT 84070-1433

Allen Distribution Services
3247 South 3690 West
West Valley City, UT 84120-2150

Allied Waste Services
PO Box 78829
Phoenix, AZ 85062-8829

Alsco
PO Box 25717
Salt Lake City, UT 84125-0717

American Express
PO Box 53852
Phoenix, AZ 85072-3852

American Express Travel
2421 West Peoria Avenue
Phoenix, AZ 85029-4939

American Hotel Register CO
16458 Collections Center Drive
Chicago, IL 60693-0001

American Liberty Insurance
3601 N University Ave Suite 100
Provo, UT 84604-6600

Appliance Sales & Service
PO Box 670
55 E Center St., Suite 140
Heber City, UT 84032-1946

Troy J. Aramburu
Jones Waldo Holbrook & McDonough
170 South Main Street, Suite 1500
Salt Lake City, UT 84101-1644

Arctic Spas/ Spagoods.com
4575 N. Silver Springs Dr
Park City, UT 84098-7536

BJ Plumbing Supply
1470 South State
Orem, UT 84097-7704

BTC Rob Stevenson
957 East 1300 South
Salt Lake City, UT 84105-1856

Baker Tile Co
1434 West 8040 South
West Jordan, UT 84088-9459

Bay North Capital, LLC
Attn: Charles J. Flint
One Financial Center, Floor 23
Boston, MA 02111-2621

Michael V. Blumenthal
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY  10022-2544

Business Technology Consulting
Rob Stevenson
957 East 1300 South
Salt Lake City, UT  84105

Christine M. Craige, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA  90013-1010

Christopher B. Barker, Esq.
Goodwin Proctor LLP
53 State Street
Boston, MA  02109-2881

Bellows Glass
76 West 200 South
Heber City, UT 84032-2005

Bevco2
651 West 600 South
Salt Lake City, UT 84104-1015

Big Four Distributing, Inc
304 East 900 South
Provo, UT  84606-7316

Bill & Carrie Shoaf
4780 Winchester Court
Park City, UT 84098-7528

CBIZ
175 S West Temple, Suite 650
Salt Lake City, UT 84101-1422

Child Support Services
ORS PO Box 45011
Salt Lake City, UT 84145-0011

Cintas Corporation
97627 Eagle Way
Chicago, IL 60678-7627

CloudNine Resorts SL- Development
PO Box 683300
Park City, UT 84068-3300

CloudNine Resorts SL- Management
PO Box 683300
Park City, UT 84068-3300

Colorado Casualty Insurance Co
PO Box 85627
San Diego, CA 92186-5627

Comcast
PO Box 34744
Seattle, WA 98124-1744

CoolWorks.com
PO Box 272
Gardiner, MT 59030-0272

Committee of Unsecured Creditors
Jones Waldo Holbrook & McDonough
170 South Main Street, Suite 1500
Salt Lake City, UT  84101-1644

Corbin B. Gordon, P.C.
345 West 600 South
Heber City, UT 84032-2247

Scott A. Cummings
Dorsey & Whitney LLP
136 South Main Street, Suite 1000
Salt Lake City, UT  84101-1685

Curb It Recycling
PO Box 681397
Park City, UT 84068-1397

Cushman & Wakefield
50 Broad Street
New York, NY 10004-2307

David Wickline
17575 Fitzpatrick Lane
Occidental, CA  95465-9355

Dex West
PO Box 79167
Phoenix, AZ 85062-9167

Diamond Rental
4518 South 500 West
Salt Lake City, UT 84123-3694

Drew A. Norman, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA  90013-1010

EM Systems
PO Box 540783
North Salt Lake, UT 84054-0783

Easy Street Holding, LLC
4780 Winchester Court
Park City, UT  84098-7528

Easy Street Mezzanine, LLC
4780 Winchester Court
Park City, UT  84098-7528

Easy Street Partners, LLC
4780 Winchester Court
Park City, UT  84098-7528

Ecolab
PO Box 100512
Pasadena, CA 91189-0512

Ecolab Pest Elim. Div
PO Box 6007
Grand Forks, ND 58206-6007

Steven B. Eichel
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY  10022-2544

Elliott Workgroup LLC
Attn:  Craig Elliott
P O Box 3149
Park City, UT 84060-3149

Fast Patch
2257 Greens Lane
Spanish Fork, UT 84660-9599

FedEx
PO Box 7221
Pasadena, CA 91109-7321

Anthony S. Fiotto
Goodwin Proctor LLP
53 State Street
Boston, MA  02109-2881

Five 9's Communication
PO Box 348
Roy, UT 84067-0348

Fog River Fisheries
9554 Wells Circle, Suite A
West Jordan, UT  84081

Frank Rimerman & Co. LLP
60 South Market Street
San Jose, CA 95113-2351

Fuelman
PO Box 105080
Atlanta, GA 30348-5080

Gateway Center, LLC
c/o Commerce CRG
PO Box 571530
Murray, UT 84157-1530

General Chemical
PO Box 533195
Charlotte, NC 28290-3195

Gentry Finance
386 South State Street
Orem, UT 84058-5424

Get Fresh
1548 18th Street
Santa Monica, CA  90404

Goodrich & Thomas, CPAs
3200 Park Center Drive Suite 1170
Costa Mesa, CA  92626-7153

Grazo Electric
PO Box 1196
Midway, UT 84049-1196

Gunthers Comfort Air
81 South 700 East
American Fork, UT 84003-2158

HD Supply Facilities Maintenance
PO Box 509058
San Diego, CA 92150-9058

Brian W. Harvey
Goodwin Proctor LLP
The New York Times Building
620 Eighth Avenue
New York, NY  10018-1618

Home Depot Credit Services
PO Box 6031
The Lakes, NV 88901-6031

Hood Cleaners of Utah
PO Box 342
Riverton, UT 84065-0342

Hotel Amenities Resources LLC
2000 Van Ness Avenue Suite 801
San Francisco, CA 94109-3023

Mary Margaret Hunt
Dorsey & Whitney LLP
136 South Main Street, Suite 1000
Salt Lake City, UT  84101-1685

Innovative Body Science
6350 Yarrow Drive Suite D
Carlsbad, CA 92011-1544

Intermountain Drug Testing
PO Box 9800
Salt Lake City, UT 84109-9800

Internal Revenue Service
Centralized Insolvency Operations
P O Box 21126
Philadelphia, PA  19114-0326

Ion Cibuc
7 Kafern Drive Apt 1-D
Baltimore, MD 21207-4383

Jacobsen Construction
PO Box 27608
Salt Lake City, UT 84127-0608

Jacobsen National Group, Inc.
c/o Michael R. Johnson, Esq.
Ray Quinney & Nebeker
36 South State Street, Suite 1400
Salt Lake City, UT  84111-1451

Annette W. Jarvis, Esq.
Dorsey & Whitney LLP
136 South Main Street, Suite 1000
Salt Lake City, UT  84101-1685

Lon A. Jenkins  
Jones Waldo Holbrook & McDonough  
170 South Main Street, Suite 1500  
Salt Lake City, UT  84101-1644

Michael R. Johnson, Esq.  
Ray Quinney & Nebeker  
36 South State Street, Suite 1400  
P O Box 45385  
Salt Lake City, UT  84145-0385

KBli Properties, LP  
PO Box 680464  
Park City, UT 84068-0464

Kaba Ilco, Inc  
PO Box 12553 Succ Centre Ville  
Montreal, QC H3C-6R1  
CANADA

Anthony C. Kaye  
Ballard Spahr Andrews & Ingersoll, LLP  
201 South Main Street, Suite 600  
Salt Lake City, UT  84111-2212

Benjamin J. Kotter  
Dorsey & Whitney LLP  
136 South Main Street, Suite 1000  
Salt Lake City, UT  84101-1685

Klehr, Branzburg & Ellers LLP  
260 South Broad St,  
Philadelphia, PA 19102-5021

La Monica's Restaurant Equipment  
6211 South 380 West  
Murray, UT 84107-3309

Eric D. Lemont  
Goodwin Procter LLP  
53 State Street  
Boston, MA  02109-2881

Les Olson Company  
PO Box 65598  
Salt Lake City, UT 84165-0598

Liquor Leasing & Service, L.C.  
9283 South Jean Drive  
Sandy, UT  84070-6254

Living Creations Inc  
2163 E Lambourne Ave  
Salt Lake City, UT 84109-2454

Luxury Residence Group  
Attn:  Carrie Shoaf  
693 Main Street  
P O Box 1225  
Park City, UT  84060

M & M Distributing  
531 West 600 North  
Salt Lake City, UT 84116-3430

Market Metrix  
990 A Street Suite 301  
San Rafael, CA 94901-3000

Adelaide Maudsley  
Chapman & Cutler LLP  
201 South Main Street, Suite 2000  
Salt Lake City, UT  84111-2298

McGladrey and Pullin  
Attn:  Jan Riend  
One South Wacker Drive, Suite 800  
Chicago, IL 60606-4650

Media One of Utah  
4770 South 5600 West  
West Valley City, UT  84170-4005

Merrit & Harris  
301 E Glenoaks Blvd. Suite 4,  
Glendale CA 91207-2115

Michael & Nilda Chang  
16 Morning Sky Lane  
Las Vegas, NV 89135-7860

Millcreek Consulting  
3017 E Kempner Rd.  
Salt Lake City UT 84109-3654

Money 4 You & Mr. Money  
498 North 900 West # 230  
Kaysville, UT 84037-4213

John T. Morgan Tr  
US Trustees Office  
405 South Main Street, Suite 300  
Salt Lake City, UT  84111-3402

Mountain Valley Temperature Control  
PO Box 429  
Pleasant Grove, UT 84062-0429

Muir Copper Canyon Farms  
PO Box 26775  
Salt Lake City, UT 84126-0775

Muzak LLC  
PO Box 71070  
Charlotte, NC 28272-1070

Open Table Inc  
PO Box 49322  
San Jose, CA  95161-9322

Pacific Seafood - Utah  
c/o Pacific Seafood Co.  
P O Box 842757  
Boston, MA 02284-2757

Park Avenue Travel  
11 Park Avenue  
Swathomre, PA  19081

Park City I, LLC  
166 Duane Street  
New York, NY  10013-3398

Park City Surveying  
P O Box 682993  
Park City, UT 84068-2993

Philo Smith Jr. Trust  
684 Glenneyre Street  
Laguna Beach, CA 92651-2420

Par Springer-Miller System, Inc  
782 Mountain Road  
PO Box 1547  
Stowe, VT 05672-1547

Park City Auto Parts/Hardware  
PO Box 244  
Heber City, UT 84032-0244

Park City Municipal Corp.  
PO Box 1480  
Park City, UT 84060-1480

Park City Water  
PO Box 1480  
Park City, UT 84060-1480

Park City WinElectric  
PO Box 681729  
Park City, UT 84068-1729

Patricia Wagner  
PO Box 680322  
Park City, UT 84068-0322

PayChex Human Resources Services  
PO Box 29769  
New York, NY 10087-9769

Peak Mobile Communications  
4910 South Warehouse Road  
Salt Lake City, UT 84118-6354

Peets Coffee & Tea  
PO Box 12509  
Berkeley, CA 94712-3509

Pitney Bowes  
PO Box 856390  
Louisville, KY 40285-6390

Plaza Dry Cleaners  
PO Box 770-361  
Park City UT 84060

Porter Paint  
1268 South 500 West  
Salt Lake City, UT 84101-3019

Proforma  
PO Box 51925  
Los Angeles, CA 90051-6225

Protravel International  
14130 Riverside Drive  
Sherman Oaks, CA 91423-2313

Protravel International Inc  
515 Madison Ave 10th Floor  
New York, NY 10022-5403

Questar Gas Company  
PO Box 45360  
Salt Lake City, UT 84145-0360

Qwest  
PO Box 29039  
Phoenix, AZ 85038-9039

Qwest  
Attn: Jane Frey  
1801 California Street, Room 900  
Denver, CO 80202-2609

Qwest Long Distance Business Services  
PO Box 856169  
Louisville, KY 40285-6169

Renegade Oil Inc  
1141 South 3200 West  
Salt Lake City, UT 84104-4562

Revco Leasing  
PO Box 65598  
Salt Lake City, UT 84165-0598

Richard W. Havel, Esq.  
Sidley Austin LLP  
555 West Fifth Street  
Los Angeles, CA 90013-1010

Rimmerman  
One Embarcadero Center, Suite 2410  
San Francisco, CA 94111-3737

PacifiCorp  
Attn: Bankruptcy  
P O Box 25308  
Salt Lake City, UT 84125-0308

RussWoods LLC  
5148 Silver Springs Road  
Park City, UT 84098-6034

SL Convention & Visitors Bureau  
90 South West Temple  
Salt Lake City, UT 84101-1406

Schindler Elevator Corporation  
PO Box 93050  
Chicago, IL 60630

Securities & Exchange Commission  
Attn: Bankruptcy Dept.  
44 Montgomery St # 1100  
San Francisco, CA 94104-4613

Sentry West Insurance Services
PO Box 9289
Salt Lake City, UT 84109-9289

Shaner Design, Inc.
614 Main Street, Suite 404
PO Box 4560
Park City, UT 84060-4560

Sheri P. Chromow, Esq.
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY 10022-2585

Jeffrey L. Shields
Callister Nebeker & McCullough
10 East South Temple, Suite 900
Salt Lake City, UT 84133-1101

Jeffrey Weston Shields
Jones Waldo Holbrook & McDonough
170 South Main Street, Suite 1500
Salt Lake City, UT 84101-1644

Shift4 Corporation
1491 Center Crossing Rd
Las Vegas, NV 89144-7047

Shoes For Crews, LLC
File LockBox 51151
Los Angeles, CA 90074-1151

Squire
Attn: Ray Chipman
1329 South 800 East
Orem, UT 84097-7700

Standard Plumbing Supply
PO Box 708490
Sandy, UT 84070

Staples Credit Plan
Dept 51-7861136819
PO Box 689020
Des Moines, IA 50368-9020

State Office of Recovery Services
515 East 100 South
P O Box 45033
Salt Lake City, UT 84145-0033

State of Utah
Office of the Attorney General
Tax & Revenue Division
P O Box 40874
Salt Lake City, UT 84114-0874

Step Saver Inc.
1901 West 2425 South
Wood Cross, UT 84087-2463

Stone Ground Bakery
PO Box 581078
Salt Lake City, UT 84158-1078

Summit Business Services
Attn: Chipper Leonard
4130 Hilltop Court
Park City, UT 84098-4715

Summit County Assessor
PO Box 128
Coalville, UT 84017-0128

Summit County Treasurer
60 North Main
PO Box 128
Coalville, UT 84017

Summit County Public Health Dept
Environmental Laboratory
PO Box 128
Coalville, UT 84017-0128

Sundance Partners, Ltd.
c/o Ballard Spahr
201 South Main Street, Suite 800
Salt Lake City, UT 84111-2212

Swire Coca-Cola USA
PO Box 1410
Draper, UT 84020-1410

Sysco Intermountain Food Service
PO Box 27638
Salt Lake City, UT 84127-0638

Sysco Intermountain Food Services, Inc.
c/o David W. Overholt
Richer & Overholt, PC
901 West Baxter Drive
South Jordan, UT 84095-8687

Target Labels & Packaging
40 West 3800 North
Hyde Park, UT 84318-4114

N. Allen Taylor
Taylor Capital Management
6641 North Paseo Tamayo
Tucson, AZ 85750

The Chef's Garden
9009 Huron-Avery Road
Huron, OH 44839-2448

The Elevator Company
PO Box 736
Bountiful, UT 84011-0736

The Park Record
PO Box 3688
Park City, UT 84060

Paul W. Throndsen, MAI
Appraisal Group, Inc.
7396 South Union Park Ave., #301
Midvale, UT 84047

Timothy G. Little, Esq.
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY 10022-2585

USA Today
PO Box 79782
Baltimore, MD 21279-0782

| | | |
|---|---|---|
| Union Square Home Owners Association<br>PO Box 683300<br>Park City UT 84068-3300 | United Fence Co.<br>PO Box 26933<br>2525 South 2700 West<br>Salt Lake City, UT 84119-1227 | Utah Dept-Alcoholic Beverage Control<br>1625 South 900 West<br>P O Box 30408<br>Salt Lake City, UT 84130-0408 |
| Utah Dept of Workforce Services<br>P O Box 45249<br>Salt Lake City, UT 84145-0249 | Utah State Tax Commission<br>Sales Tax<br>210 North 1950 West<br>Salt Lake City, UT 84134-0400 | Virtuoso, Ltd<br>PO Box 99358<br>Fort Worth, TX 76199-0358 |
| Wasatch Audio-Visual<br>PO Box 770 PMB282<br>Park City, UT 84060-0770 | Wasatch Meats<br>926 South Jefferson Street<br>Salt Lake City, UT 84101-2983 | Water Images<br>PO Box 571393<br>Murray, UT 84157-1393 |
| Water Reclamation District<br>2800 Homestead Rd<br>Park City, UT 84098-4869 | Wells Fargo Equipment Finance<br>NW-8178 PO Box 1450<br>Minneapolis, MN 55485-8178 | Wells Fargo Equipment Finance<br>733 Marquette Avenue Suite 700<br>Minneapolis, MN 55402-2316 |
| West LB AG, New York Branch<br>Attn: Christian Ruehmer<br>1211 Avenue of the Americas, 24th Flr<br>New York, NY 10036-8705 | West LB AG, New York Branch<br>Attn: Duncan Robertson<br>1211 Sixth Avenue, 25th Floor<br>New York, NY 10036-8705 | West LB AG, New York Branch<br>Attn: Jeff Nelson<br>1211 Sixth Avenue, 25th Floor<br>New York, NY 10036-8705 |
| West LB AG, New York Branch<br>Attn: James Winikor<br>1211 Sixth Avenue, 25th Floor<br>New York, NY 10036-8705 | Whitney Advertising & Design<br>6410 N Business Park Loop Rd<br>Suite H<br>Park City, UT 84098-6212 | William D. Ellis, Esq.<br>Sidley Austin LLP<br>555 West Fifth Street<br>Los Angeles, CA 90013 |
| Wrona Law Office, P.C.<br>1816 Prospector Avenue Suite 100<br>Park City, UT 84060-7481 | Bruce J. Zabarauskas<br>Crowell & Moring LLP<br>590 Madison Avenue, 20th Floor<br>New York, NY 10022-2544 | |