Kenneth L. Cannon II (kcannon@djplaw.com) (3705)
Steven J. McCardell (smccardell@djplaw.com) (2144)
DURHAM JONES & PINEGAR
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT   84110-4050
Telephone:  (801) 415-3000/Fax:  (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com) (admitted pro hac vice)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY   10022
Telephone:  (212) 223-4000/Fax:  (212) 223-4134

Counsel for Debtors and Debtors in Possession

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re: | )<br>) |
| EASY STREET HOLDING, LLC, *et al.*, | ) Bankruptcy Case No. 09-29905<br>) Jointly Administered with Cases |
| Debtors. | ) 09-29907 and 09-29908<br>) |
| Address:  201 Heber Avenue<br>Park City, UT 84060 | ) Chapter 11<br>)<br>) Honorable R. Kimball Mosier |
| Tax ID Numbers:<br>35-2183713 (Easy Street Holding, LLC),<br>20-4502979 (Easy Street Partners, LLC), and<br>84-1685764 (Easy Street Mezzanine, LLC) | )<br>)<br>) **[FILED ELECTRONICALLY]**<br>) |

**ORDER APPROVING DEBTOR'S EX PARTE MOTION TO APPROVE NOTICE ON
DEBTOR'S APPLICATION TO EMPLOY BDRC 4 SITE, LLC AS CO-MANAGER**

The Court, having considered the ex parte motion (the "Ex Parte Motion") of Easy Street

Partners, LLC (the "Debtor" or "Partners"), debtor in possession, for an Order approving the time

for notice of hearing and objection deadline on the Debtor's application (the "Co-Manager

Application") for an order authorizing it to employ BDRC 4 Site, LLC ("BDRC") as a co-manager

SLC_497247

**Filed: 11/13/09**

("Co-Manager") to assist Partners in managing its business operations and restructuring its obligations, so that notice sent on Friday, November 13, 2009, of an objection deadline of Monday, November 23, 2009 and of hearing on Tuesday, November 24, 2009, is sufficient, and cause appearing for the requested relief, hereby

ORDERS:

1. The <u>Ex Parte</u> Motion is granted.

2. Notice served by mail and ECF on Friday, November 13, 2009, of a response deadline of Monday, November 23, 2009, and of hearing on Tuesday, November 24, 2009, is sufficient.

******END OF DOCUMENT******

SLC_497247

## CLERK'S CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Order Debtor's <u>Ex Parte</u> Motion to Approve Notice on Debtor's Application to Employ BDRC 4 Site, LLC as Co-Manager was served via first-class mail, postage prepaid, on the ____ day of _____, 2009, on the following:

> Michael V. Blumenthal
> Crowell & Moring LLP
> 590 Madison Avenue, 20th Floor
> New York, NY 10022
>
> Kenneth L. Cannon II
> Durham Jones & Pinegar, P.C.
> P O Box 4050
> Salt Lake City, UT 84110-4050

_____