| | | |
|---|---|---|
| **DEBTOR** | EASY STREET HOLDING | **MONTHLY OPERATING REPORT** |
| **CASE NO.** | 09-29905 | CHAPTER 11 |

### Form 2-A
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT

#### For Period October 1 - 31, 2009

**Accounting Method**    [ X ] Accrual Basis    [  ] Cash Basis

### THIS REPORT IS DUE 15 DAYS AFTER THE END OF THE MONTH

Debtor must attach each of the following reports/documents unles the U.S. Trustee has waived the requirement in writing. File the original with the Clerk of Court. Sup,it a duplicate, with original signature, to the U.S. Trustee

Mark On Box Each Required Document

| Report /Document Wavied | Previously Waived | REQUIRED REPORTS / DOCUMENTS |
|---|---|---|
| X | | 1. Cash Receipts and Disbursement Schedule (Form 2-B) |
| X | | 2. Balance Sheet (Form 2-C) |
| X | | 3. Profit and Loss Statement (Form 2-D) |
| X | | 4. Supporting Schedules (Form 2-E) |
| X | | 5. Quarterly Fee Summary (Form 2-F) |
| X | | 6. Narrative (Form 2-G) |
| X | | 7. Bank Statements for All Bank Accounts |
| X | | 8. Bank Statement Reconciliations for all Bank Accounts |

*I declare under the penalty of perjury that the following Monthly Operating Reoprt, and any attachements thereto are true, accurate, and correct to the best of my knowledge and belief.*

**Executed on**   Nov. 14, 2009    **Print Name**   William Shoaf.

**Signature**   [signature]

**Tittle**   Manager.

**DEBTOR** EASY STREET HOLDING          **CASE NO.**          09-29905

## Form 2-B
## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

### For Period October 1 - 31, 2009

| CASH FLOW SUMMARY | CURRENT MONTH | ACCUMULATED |
|---|---|---|
| **1. Beginning Cash Balance** | $ -   1 | $ -   1 |
| **2. Cash Receipts** | | |
|    Operations | $ - | $ - |
|    Sales of Assets | $ - | $ - |
|    Loans / Advances | $ - | $ - |
|    Other | $ - | $ - |
|    Total Cash Receipts | $ - | $ - |
| **3. Cash Disbursements** | | |
|    Operations | $ - | $ - |
|    Debt Service/Secured Loan Payment | $ - | $ - |
|    Prefessional Fees/US Trustee Fees | $ - | $ - |
|    Other | $ - | $ - |
|    Total Cash Disbursements | $ - | $ - |
| **4. Net Cash Flow** (Total Cash Receipts less Total Cash Disbursements) | $ - | $ - |
| **5. End Cash Balance (to Form 2-C)** | $ -   2 | $ -   2 |

| CASH BALANCE SUMMARY | Financial Institution | Book Balance |
|---|---|---|
| Petty Cash | | |
| DIP Operating Account | | $ - |
| DIP State Tax Account | | $ - |
| DIP Payroll Account | | $ - |
| Other Operating Account | | $ - |
| Other Interest Bearing Account | | $ - |
| TOTAL | | $ -   3 |

(must agree with Ending Cash Balance above)

**DEBTOR** EASY STREET HOLDING        **CASE NO.**        09-29905

## Form 2-B
## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

### For Period October 1 - 31, 2009

**CASH RECEIPTS DETAIL**        **Account No.**

*(ATTACH ADDITONAL SHEETS AS NECESSARY)*

| Date | Payer | Description | Amount |
|------|-------|-------------|--------|

**Total Cash Receipts**        1

(1) Total for all accounts should agree with the total cash receipts listed on Form 2-B, page 1

**DEBTOR** EASY STREET HOLDING       **CASE NO.**       09-29905

**Form 2-B**
**CASH RECEIPTS AND DISBURSEMENTS STATEMENT**
For Period October 1 - 31, 2009

**CASH DISBURSEMENTS DETAIL**       **Account No.**

| Date | Payer | Description | Amount |
|------|-------|-------------|--------|
|      |       |             |        |

Total Cash Disbursements _____ 1

(1) Total for all accounts should agree with the total cash disbursements listed on Form 2-B, page 1

| DEBTOR | | CASE NO. | 09-29905 |
|---|---|---|---|
| EASY STREET HOLDING | | | |

**Form 2-C**
**COMPARATIVE BALANCE SHEET**
**For Period Ending October 31, 2009**

| | CURRENT MONTH | ACCUMULATED |
|---|---|---|
| **ASSETS** | | |
| Current Assets | | |
| Cash (from From 2-B, Line 5) | $ - | $ - |
| Accounts Recievable (from From 2-E) | $ - | $ - |
| Receivable from Officers, Employees, Affiliates | $ - | $ - |
| Inventory | $ - | $ - |
| Other Current Assets | | |
| Total Current Assets | $ - | $ - |
| Fixed Assets | | |
| Land | $ - | $ - |
| Building | $ - | $ - |
| Equipment, Furniture & Fixtrues | $ - | $ - |
| Total Fixed Assets | $ - | $ - |
| Less: Accumulated Depreciation | | |
| Net Fixed Assets | $ - | $ - |
| Other Fixed Assets | $ 4,435,789.00 | $ 4,435,789.00 |
| **TOTAL ASSETS** | $ 4,435,789.00 | $ 4,435,789.00 |
| **LIABILITIES** | | |
| Post Petition Accounts Payables (Form 2-E) | $ - | $ - |
| Post Petition Accrued Professional Fees(Form 2-E) | $ - | $ - |
| Post Petition Taxes Payable (Form 2-E) | $ - | $ - |
| Post Petition Notes Payable | $ - | $ - |
| Other Post Petition Payables | $ - | $ - |
| | $ - | $ - |
| Total Post Petition Liabilities | $ - | $ - |
| Pre Petition Liabilities | | |
| Secured Debt | $ - | $ - |
| Priority Debt | $ - | $ - |
| Unsecured Debt | $ 539,742.56 | $ 539,742.56 |
| Total Pre Petition Debt | $ 539,742.56 | $ 539,742.56 |
| **TOTAL LIABILITIES** | $ 539,742.56 | $ 539,742.56 |
| **OWNER EQUITY** | | |
| Owner/Stockholder Equity | $ 3,896,046.00 | $ 3,896,046.00 |
| Retained Earnings - Prepetition | $ - | $ - |
| Retained Earnings - Post Petition | $ - | $ - |
| TOTAL OWNERS EQUITY | $ 3,896,046.00 | $ 3,896,046.00 |
| **TOTAL LIABILITIES & OWNER EQUITY** | $ 4,435,788.56 | $ 4,435,788.56 |

| EASY STREET HOLDINGS | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| CBIZ Accounting | 0.00 | 0.00 | 0.00 | 0.00 | 12,048.67 | 12,048.67 |
| CloudNine Resorts SL- Developement | 0.00 | 0.00 | 0.00 | 0.00 | 422,737.67 | 422,737.67 |
| David Wickline | 0.00 | 36.66 | 0.00 | 0.00 | 1,499.30 | 1,535.97 |
| Frank Rimerman & Co. LLP | 12.51 | 1,381.03 | 0.00 | 0.00 | 0.00 | 1,393.55 |
| Goodrich & Thomas, CPAs | 0.00 | 4,655.00 | 0.00 | 0.00 | 11,445.00 | 16,100.00 |
| Klehr,Harrison,Harvey,Branzburg & Ellers | 0.00 | 0.00 | 13,621.86 | 4,912.31 | 0.00 | 18,534.17 |
| Les Olson Company | 687.50 | 0.00 | 0.00 | 0.00 | 0.00 | 687.50 |
| Luxury Residence Group | 2,003.99 | 1,935.09 | 1,929.98 | 1,926.30 | 17,111.66 | 24,907.04 |
| McGladrey & Pullen | 0.00 | 0.00 | 0.00 | 0.00 | 5,000.00 | 5,000.00 |
| Merrit & Harris | 0.00 | 0.00 | 0.00 | 0.00 | 1,066.67 | 1,066.67 |
| Millcreek Constulting | 0.00 | 0.00 | 0.00 | 0.00 | 33,348.00 | 33,348.00 |
| Park City Surveying | 0.00 | 0.00 | 0.00 | 0.00 | 638.33 | 638.33 |
| Pitney Bowes | 0.00 | 53.86 | 0.00 | 0.00 | 0.00 | 53.86 |
| Shaner Design, Inc. | 0.00 | 840.00 | 0.00 | 245.00 | 280.00 | 1,365.00 |
| Staples Credit Plan | 194.86 | 131.27 | 0.00 | 0.00 | 0.00 | 326.13 |
| | 2,898.86 | 9,032.91 | 15,551.84 | 7,083.61 | 505,175.30 | 539,742.56 |

D EASY STREET HOLDING **CASE NO.** 09-29905

## Form 2-D
## PROFIT AND LOSS STATEMENT
### For Period October 1 - 31, 2009

|  | CURRENT MONTH | ACCUMULATED |
|---|---|---|
| Gross Operating Revenues | $      - | $      - |
| Less: Discounts, Returns, Allowances | $      - | $      - |
| **Net Operating Revenue** | $      - | $      - |
| Cost of Goods Sold | $      - | $      - |
| **Gross Profits** | $      - | $      - |
|  |  |  |
| Operating Expenses |  |  |
| Officer Compensation | $      - | $      - |
| Selling, General & Administrative | $      - | $      - |
| Rents & Leases | $      - | $      - |
| Depreciation, Depletion, & Amortization | $      - | $      - |
| Others | $      - | $      - |
| Total Operating Expenses | $      - | $      - |
|  |  |  |
| **Operating Income (Loss)** | $      - | $      - |
|  |  |  |
| Non Opearating Income and Expenses |  |  |
| Other Non Operating Expenses | $      - | $      - |
| Gains (Losses) on Sale of Assets | $      - | $      - |
| Interest Income | $      - | $      - |
| Interest Expense | $      - | $      - |
| Owner Rental Commissions | $      - | $      - |
|  | $      - | $      - |
| Net Non Operating Income or (Expenses) | $      - | $      - |
|  |  |  |
| Reorganization Expenses |  |  |
| Legal & Professional Expenses | $      - | $      - |
| Other Reorganizational Expenses | $      - | $      - |
| Total Reorganizational Expenses | $      - | $      - |
|  |  |  |
| **Net Income (loss) Before Income Taxes** | $      - | $      - |
|  |  |  |
| Federal & State Income Tax Expense (Benefit) | $      - | $      - |
| **NET INCOME (LOSS)** | $      - | $      - |

**DEBTOR**    EASY STREET HOLDING    **CASE NO.**    09-29905

**Form 2-E**
**SUPPORTING SCHEDULES**
**For Period October 1 - 31, 2009**

**POST PETITION TAXES PAYABLE SCHEDULE**

|  | Beginning Balance | Amount Accrued | Amount Paid | Date Paid | Check Number | Ending Balance |
|---|---|---|---|---|---|---|
| Income Tax Withheld |  |  |  |  |  |  |
|   Federal |  |  |  |  |  |  |
|   State |  |  |  |  |  |  |
| FICA Tax Withheld |  |  |  |  |  |  |
| Employeers Fica Tax |  |  |  |  |  |  |
| Unemployment Tax |  |  |  |  |  |  |
|   Federal |  |  |  |  |  |  |
|   State |  |  |  |  |  |  |
| Sales,Use & Excise Tax |  |  |  |  |  |  |
| Property Tax |  |  |  |  |  |  |
| Accured Income Tax |  |  |  |  |  |  |
|   Federal |  |  |  |  |  |  |
|   State |  |  |  |  |  |  |
|   Other |  |  |  |  |  |  |
| TOTALS | $ - | $ - | $ - |  |  | $ - |

(1) For first report, Beginning Balance will be $0: Beginning Balance will be Ending Balance from prior report

**INSURANCE SCHEDULE**

|  | Carrier | Amount of Coverage | Expiration Date | Premium Paid Through |
|---|---|---|---|---|
| Workers Compensation |  |  |  |  |
| General Liability |  |  |  |  |
| Property (Fire Theft) |  |  |  |  |
| Vehicle |  |  |  |  |
| Others |  |  |  |  |
|  |  | $ - |  |  |

**DEBTOR** EASY STREET HOLDING   **CASE NO.**   09-29905

## Form 2-E
## SUPPORTING SCHEDULES
### For Period October 1 - 31, 2009

### ACCOUNTS RECEIVABLE & POST PETITION PAYABLE SCHEDULE

| DUE | ACCOUNTS RECEIVABLE | POST PETTITION ACCOUNTS PAYABLE |
|---|---|---|
| Under 30 Days | | |
| 31 t0 60 Days | | |
| 61 to 90 Days | | |
| 91 to 120 Days | | |
| Over 120 Days | | |
| **TOTAL POST PETITION** | $    - | |
| **PRE PETITION AMOUNT** | | |
| Total Accounts Receivable | | |
| Less: Bad Debt Reserve | | |
| **Net Accounts Receivable (to Form 2-C)** | $    - | |

Total Post Petition
Accounts Payable  $    -

*Attach a detail listing accounts receivable and post petition accounts payable

### SCHEDULE OF PAYMENTS TO ATTORNEYS & OTHER PROFESSIONALS

| | Month End Retainer Balance | Current Month's Accrual | Paid in Current Month | Date of Court Approval | | Month End Balance Due* |
|---|---|---|---|---|---|---|
| Debtor's Counsel | | | | | | |
| Counsel for Unsecured Creditors Committee | | | | | | |
| Trustee Counsel | | | | | | |
| Accountant | | | | | | |
| Other | | | | | | |
| Total | $    - | $    - | $    - | | | $    - |

* Balance due to include fees and expenses incurred but not yet paid.

### Schedule of Payments & Transfers to Principals / Executives**

| Payee Name | Position | Nature of Payment | Amount |
|---|---|---|---|
| | | | |

** List payments and transfers of any kind and in any form made to or for the benefit of any proprietor owner, partner, officer, or director.

**DEBTOR**                                              CASE NO.    09-29905

Form 2-F
**QUARTERLY FEE SUMMARY***
For Period Ending October 31, 2009

| Month | Year | Cash Disbursement** | Quarterly Fee Due | Check Number | Date Paid |
|---|---|---|---|---|---|
| January |  |  |  |  |  |
| February |  |  |  |  |  |
| March |  |  |  |  |  |
| Total 1st Qtr |  | $      - |  |  |  |
| April |  |  |  |  |  |
| May |  |  |  |  |  |
| June |  |  |  |  |  |
| Total 2nd Qtr |  | $      - |  |  |  |
| July |  |  |  |  |  |
| August |  |  |  |  |  |
| September |  |  | $  325.00 |  |  |
| Total 3rd Qtr |  | $      - |  |  |  |
| October |  |  | $  325.00 |  |  |
| November |  |  |  |  |  |
| December |  |  |  |  |  |
| Total 4th Qtr |  | $      - |  |  |  |

**FEE SCHEDULE (AS OF JANUARY 1, 2008)**

Quarterly Disbursements                              Fee
$          -            to    $     14,999          $       325.00
$     15,000            to    $     74,999          $       650.00
$     75,000            to    $    149,999          $       975.00
$     15,000            to    $    224,999          $     1,625.00
$    225,000            to    $    299,999          $     1,950.00
$    300,000            to    $    999,999          $     4,875.00
$  1,000,000            to    $  1,999,999          $    65,000.00
$  2,000,000            to    $  2,999,999          $     9,750.00
$  3,000,000            to    $  4,999,999          $    10,400.00
$  5,000,000            to    $ 14,999,999          $    13,000.00
$ 15,000,000            to    $ 29,999,999          $    20,000.00
$ 30,000,000            to           more           $    30,000.00

* This summary is to reflect the current year's information cumulative to the end of the preporting period
**Should agree with line 3 Form 2-B. Disbursements are net of transfers tooterh debtor in
possesion bank accounts

Failure to pay the quarterly fee is cause for conversion or dismissal of the chapter 11 case.[11USC Sec 112(b)(10)
In addition, unpadi fees are considered a debt owned the United States and will be assessed interest unde 31 USC 3717

**DEBTOR**    EASY STREET HOLDING        **CASE NO.**    09-29905

### Form 2-G
### NARRATIVE
### For Period Ending October 31, 2009

Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors or the court during the reporting period, any unusual or non recurring accounting transactions that are reported inn the financial statements, and any significant changes in the financial conditions of the debtor which have occurred subsequent to the report date.

The Cash Collateral Stipulation was approved to provide funding from the Escrow Accounts for the property through December 31, 2009.

The Unsecured Creditors Committee was formed. The committee retained local counsel to represent their interests.

The property has establshed a weekly process for funding requests to the Senior Lender. A worksheet was developed and approved that the Borrower is to use and submit to the Senior Lender for funding. The Borrower is to provide the request and the Senior Lender is to review and provide funds within two working days per the Stipulation.

Four firms to provide co manager / restructuring to the Borrower were interviewed by the Borrower and Senior Lender. It is anticipated that the selection will be made the first week of November.

In October the property operated a levels that were well above budgeted expectations approved by the Court.

The Cash Collateral Stipulation was approved to provide funding from the Escrow Accounts for the property through December 31, 2009.

# EASY STREET HOLDINGS
## Balance Sheet
### As of October 31, 2009

| | | | | | |
|---|---|---|---|---|---|
| Current ratio [A/B] | - | | Working capital [A-B] | $ | (539,743) |
| Quick ratio [(A-C)/B] | - | | Debt-to-equity ratio [(G+H)/F] | 0.00 | |
| Cash ratio [D/B] | - | | Debt ratio [(G+H)/E] | 0.00 | |

| ASSETS | | % of ASSETS | LIABILITIES & OWNERS' EQUITY | | % of ASSETS |
|---|---|---|---|---|---|
| **Current assets** | | | **Current liabilities** | | |
| Cash and cash equivalents [D] | - | 0.0% | Loans payable and current portion long-term debt [H] | - | 0.0% |
| Short-term investments | - | 0.0% | Accounts payable and accrued expenses | 539,743 | 12.2% |
| Accounts receivable [I] | - | 0.0% | Income taxes payable | - | 0.0% |
| Inventories [C] | - | 0.0% | Accrued retirement and profit-sharing contributions | - | 0.0% |
| Deferred income taxes | - | 0.0% | | | |
| Prepaid expenses and other current assets | - | 0.0% | | | |
| Total current assets [A] | $ - | 0.0% | Total current liabilities [B] | $ 539,743 | 12.2% |
| **Fixed assets** | | | **Other liabilities** | | |
| Land and Improvements | - | 0.0% | Long-term debt [G] | - | 0.0% |
| Building and Improvements | - | | Accrued retirement costs | - | 0.0% |
| Furniture, Fixtures, and Equipment | - | | Deferred income taxes | - | 0.0% |
| Less accumulated depreciation | - | 0.0% | Deferred credits and other liabilities | - | 0.0% |
| Total fixed assets | $ - | 0.0% | | | |
| **Other assets** | | | | | |
| Net Equity Easy Street Mezzanine | 4,435,789 | 100.0% | Total other liabilities | $ - | 0.0% |
| Equity investments | - | 0.0% | Total liabilities | $ 539,743 | 12.2% |
| Deferred income taxes | - | 0.0% | Total owners' equity [F] | $ 3,896,046 | 87.8% |
| Fractional Unit Inventory | - | 0.0% | Total liabilities + owners' equity | $ 4,435,789 | 100.0% |
| Total other assets | $ 4,435,789 | 100.0% | | | |
| Total assets [E] | $ 4,435,789 | 100.0% | Bay North has secured interest in all assets of Easy Street Holdings. | | |

| EASY STREET HOLDINGS | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| CBIZ Accounting | 0.00 | 0.00 | 0.00 | 0.00 | 12,048.67 | 12,048.67 |
| CloudNine Resorts SL- Developement | 0.00 | 0.00 | 0.00 | 0.00 | 422,737.67 | 422,737.67 |
| David Wickline | 0.00 | 36.66 | 0.00 | 0.00 | 1,499.30 | 1,535.97 |
| Frank Rimerman & Co. LLP | 12.51 | 1,381.03 | 0.00 | 0.00 | 0.00 | 1,393.55 |
| Goodrich & Thomas, CPAs | 0.00 | 4,655.00 | 0.00 | 0.00 | 11,445.00 | 16,100.00 |
| Klehr,Harrison,Harvey,Branzburg & Ellers | 0.00 | 0.00 | 13,621.86 | 4,912.31 | 0.00 | 18,534.17 |
| Les Olson Company | 687.50 | 0.00 | 0.00 | 0.00 | 0.00 | 687.50 |
| Luxury Residence Group | 2,003.99 | 1,935.09 | 1,929.98 | 1,926.30 | 17,111.66 | 24,907.04 |
| McGladrey & Pullen | 0.00 | 0.00 | 0.00 | 0.00 | 5,000.00 | 5,000.00 |
| Merrit & Harris | 0.00 | 0.00 | 0.00 | 0.00 | 1,066.67 | 1,066.67 |
| Millcreek Constulting | 0.00 | 0.00 | 0.00 | 0.00 | 33,348.00 | 33,348.00 |
| Park City Surveying | 0.00 | 0.00 | 0.00 | 0.00 | 638.33 | 638.33 |
| Pitney Bowes | 0.00 | 53.86 | 0.00 | 0.00 | 0.00 | 53.86 |
| Shaner Design, Inc. | 0.00 | 840.00 | 0.00 | 245.00 | 280.00 | 1,365.00 |
| Staples Credit Plan | 194.86 | 131.27 | 0.00 | 0.00 | 0.00 | 326.13 |
| | 2,898.86 | 9,032.91 | 15,551.84 | 7,083.61 | 505,175.30 | 539,742.56 |