Kenneth L. Cannon II (kcannon@djplaw.com) (3705)
Steven J. McCardell (smccardell@djplaw.com) (2144)
DURHAM JONES & PINEGAR
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT  84110-4050
Telephone: (801) 415-3000/Fax: (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com) (admitted pro hac vice)
Steven B. Eichel (seichel@crowell.com) (admitted pro hac vice)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY  10022
Telephone: (212) 223-4000/Fax: (212) 223-4134

Counsel for Debtors and Debtors in Possession

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: | |
| EASY STREET HOLDING, LLC, *et al.*, | Bankruptcy Case No. 09-29905 |
|  | Jointly Administered with Cases |
| Debtors. | 09-29907 and 09-29908 |
| Address: 201 Heber Avenue | Chapter 11 |
| Park City, UT 84060 | |
|  | Honorable R. Kimball Mosier |
| Tax ID Numbers: | |
| 35-2183713 (Easy Street Holding, LLC), | |
| 20-4502979 (Easy Street Partners, LLC), and | **[FILED ELECTRONICALLY]** |
| 84-1685764 (Easy Street Mezzanine, LLC) | |

**DECLARATION OF BRYAN W. DORSEY PURSUANT TO 11 U.S.C. § 329(a)
AND FED. R. BANKR. P. 2014(a) IN SUPPORT OF APPLICATION OF DEBTOR IN
POSSESSION TO EMPLOY BDRC 4 SITE, LLC AS CO-MANAGER**

The undersigned, Bryan W. Dorsey, hereby declares and states as follows:

SLC_498492

1.　　I am a principal and director of marketing and projects of BDRC 4 Site, LLC ("BDRC"). BDRC has extensive expertise and experience in the fields of financial advice, workout and restructuring, hospitality management, and procuring new equity investment and exit financing. I submit this declaration in support of the Application (the "Application") of Easy Street Partners, LLC (the "Debtor" or "Partners") to employ BDRC as co-manager to services as co-manager, as set forth in the Application.

2.　　BDRC is capable of rendering the services contracted for by the Debtor.

3.　　BDRC has received from the Debtor and reviewed the complete list of creditors (mailing matrix) involved in this case. Based on this information, BDRC has concluded that it have no connections to parties in interest listed on the mailing matrix. Insofar as we have been able to determine, BDRC does not currently represent any party in interest in any matter related to the Debtor and I believe that BDRC is qualified to represent the Debtor in its Chapter 11 reorganization case as set forth in the Application. There is no outstanding indebtedness between BDRC and the Debtor and BDRC has filed no claim in the Debtor's bankruptcy case.

4.　　Insofar as I am aware, BDRC has no connections with the office of the United States Trustee or its staff other than working on matters in bankruptcy court in which such parties appear.

5.　　BDRC is not nor has it been an equity security holder of the Debtor.

6.　　Neither BDRC nor any principal or employee of BDRC is an insider of the Debtor or of its affiliates, Easy Street Mezzanine, LLC or Easy Street Holding, LLC. Neither BDRC nor

SLC_498492

any principal or employee of BDRC has ever been a member of the Debtor, officer of the Debtor, person in control of the Debtor, partnership in which the Debtor is a general partner, or relative of a director, officer, or person in control of the Debtor.

7. BDRC has agreed to render the services set forth in the Application and the services agreement attached thereto as an exhibit with compensation of $33,000 per month for the first two months, and $23,000 per month thereafter plus out-of-pocket expenses, including travel, a termination fee equal to two times the monthly fee, and an additional fee, if applicable, for procuring either exit financing or new equity, which additional fee would be negotiated and determined at a later date (and would be subject to Court approval). I understand and agree that BDRC will be required to file fee applications subject to ultimate approval by the Court.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing statements are true and correct.

DATED: 11-12-2009

*Bryan W. Dorsey*
Bryan W. Dorsey

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of November, 2009, I caused to be served the Declaration of Bryan W. Dorsey in Support of Debtor's Application to Employ BDRC 4 Site, LLC as Co-Manager via ECF notification, electronic mail and/or first-class mail, postage prepaid as listed on the attached pages.

/s/ Kristin Hughes

SLC_498492

**ECF Notification**

- Troy J. Aramburu  taramburu@joneswaldo.com, sglendening@joneswaldo.com; rbush@joneswaldo.com

- Scott A. Cummings  cummings.scott@dorsey.com

- Mary Margaret Hunt  hunt.peggy@dorsey.com, wardle.gay@dorsey.com

- Annette W. Jarvis  jarvis.annette@dorsey.com, smith.ron@dorsey.com; slc.lit@dorsey.com;brown.patricia@dorsey.com

- Lon A. Jenkins  lajenkins@joneswaldo.com, krichardson@joneswaldo.com; ecf@joneswaldo.com;sglendening@joneswaldo.com

- Michael R. Johnson  mjohnson@rqn.com, agale@rqn.com

- Anthony C. Kaye  kaye@ballardspahr.com

- Benjamin J. Kotter  kotter.benjamin@dorsey.com

- Adelaide Maudsley  maudsley@chapman.com, jemery@chapman.com

- John T. Morgan tr  john.t.morgan@usdoj.gov, james.gee@usdoj.gov

- David W. Overholt  doverholt@rsolaw.com, abachman@rsolaw.com

- Jeffrey L. Shields  jlshields@cnmlaw.com, njpotter@cnmlaw.com

- Jeffrey Weston Shields  jshields@joneswaldo.com, sglendening@joneswaldo.com

- United States Trustee  USTPRegion19.SK.ECF

**Electronic Mail**

Securities & Exchange Commission
Attn: Bankruptcy Dept.
44 Montgomery St # 1100
San Francisco, CA 94104-4613
sanfrancisco@sec.gov

Utah Department of Workforce Services
P O Box 45249
Salt Lake City, UT 84145-0249
dwscontactus@utah.gov

West LB AG, New York Branch
Attn: Christian Ruehmer
1211 Avenue of the Americas, 24th Flr
New York, NY 10036
christian_ruehmer@westlb.com

West LB AG, New York Branch
Attn: Duncan Robertson
1211 Sixth Avenue, 25th Floor
New York, NY 10036-8705
duncan_robertson@westlb.com

SLC_498492

West LB AG, New York Branch
Attn: Jeff Nelson
1211 Sixth Avenue, 25th Floor
New York, NY 10036-8705
jeff_nelson@westlb.com

West LB AG, New York Branch
Attn: James Winikor
1211 Sixth Avenue, 25th Floor
New York, NY 10036-8705
james_winikor@westlb.com

William D. Ellis, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013
wellis@sidley.com

Richard W. Havel, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013
rhavel@sidley.com

Drew A. Norman, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013
danorman@sidley.com

Christina M. Craige, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013
ccraige@sidley.com

BayNorth Capital, LLC
Attn: Charles J. Flint
One Financial Center, Floor 23
Boston, MA 02111-2621
cflint@baynorthcapital.com

Christopher B. Barker, Esq.
Goodwin Procter LLP
53 State Street
Boston, MA 02109
cbarker@goodwinprocter.com

Anthony S. Fiotto
Goodwin Procter LLP
53 State Street
Boston, MA 02109
afiotto@goodwinprocter.com

Eric D. Lemont
Goodwin Procter LLP
53 State Street
Boston, MA 02109
elemont@goodwinprocter.com

Timothy G. Little, Esq.
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY 10022-2585
tim.little@kattenlaw.com

Sheri P. Chromow, Esq.
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY 10022-2585
sheri.chromow@kattenlaw.com

David Wickline
17575 Fitzpatrick Land
Occidental, CA 95465
wicklinedavid@cs.com

Shaner Design, Inc.
614 Main Street, Suite 404
PO Box 4560
Park City, UT 84060
trs@shanerdesign.com

Elliott Workgroup
Attn: Craig Elliott
P O Box 3419
Park City, UT 84060-3419
celliott@elliottworkgroup.com

Michael V. Blumenthal
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
mblumenthal@crowell.com

Steven B. Eichel
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
seichel@crowell.com

Bruce J. Zabarauskas
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
bzabarauskas@crowell.com

SLC_498492

Brian W. Harvey
Goodwin Procter LLP
The New York Time Building
620 Eighth Avenue
New York, NY 10018-1405
bharvey@goodwinprocter.com

Paul W. Throndsen, MAI
Appraisal Group, Inc.
7396 South Union Park Ave., #301
Midvale, UT 84047
paul@agiutah.com

**First-Class Mail**

State of Utah
Office of the Attorney General
Tax & Revenue Division
350 North State Street, Suite 230
Salt Lake City, UT 84114

Utah State Tax Commission
Sales Tax
210 North 1950 West
Salt Lake City, UT 84134-0400

Utah Department of Alcoholic Beverage Control
1625 South 900 West
PO Box 30408
Salt Lake City, UT 84103

Millcreek Consulting
3017 East Kempner Road
Salt Lake City, UT 84109

Les Olson Company
3244 S 300 W
Salt Lake City, UT 84115-3411

Jacobsen Construction
3131 West 2210 South
Salt Lake City, UT 84119

Luxury Residence Group
P O Box 1225
Park City, UT 84060-1225

Klehr, Branzburg & Ellers LLP
260 South Broad St.
Philadelphia, PA 19102

Goodrich & Thomas, CPAs
3200 Park Center Drive
Suite 1170
Costa Mesa, CA 92626

CBIZ Accounting
175 South West Temple
Suite 650
Salt Lake City, UT 84010

McGladrey & Pullen
One South Wacker Drive
Suite 800
Chicago, IL 60606

Cushman & Wakefield
50 Broad Street
New York, NY 10004

Union Square Home Owners Association
PO Box 683300
Park City, UT 84068

Staples Credit Plan
Dept 51-7861136819
PO Box 689020
Des Moines, IA 50368-9020

Gateway Center LLC
c/o Commerce CRG
PO Box 571530
Murray UT 84157

Frank Rimerman & Co. LLP
60 South Market Street
San Jose, CA 95113

Merrit & Harris
301 E Glenoaks Blvd., Suite 4
Glendale, CA 91207

Park City Surveying
P O Box 682993
Park City, UT 84068-2993

SLC_498492

Summit Business Service
Attn: Chipper Leonard
4130 Hilltop Court
Park City, UT 84098

Five 9's Communication
PO Box 348
Roy, UT 84067

Pitney Bowles
PO Box 856390
Louisville, KY 40285-6390

Federal Express
PO Box 7221
Pasadena, CA 91109-7321

Sysco Intermountain Food Service
Attn: Steve Lewis
PO Box 27638
Salt Lake City, UT 84127

PacifiCorp
Attn: Bankruptcy
P O Box 25308
Salt Lake City, UT 84125-0308

Whitney Advertising Design
6410 N Business Park Loop Road
Suite H
Park City, UT 84098

American Liberty Insurance
3601 N University Avenue
Suite 100
Provo, UT 84604-6600

Questar Gas Company
PO Box 45360
Salt Lake City, UT 84145-0360

Internal Revenue Service
Centralized Insolvency Operations
P O Box 21126
Philadelphia, PA 19114-0326

Qwest
Attn: Bankruptcy Dept.
PO Box 29039
Phoenix, AZ 85038-9039

AT&T Mobility
P O Box 6463
Carol Stream, IL 60197

Comcast
P O Box 34744
Seattle, WA 98124-1744

Park City Municipal Corp.
P O Box 1480
Park City, UT 84060

Park City Water
P O Box 1480
Park City, UT 84060

Water Reclamation District
2800 Homestead Road
Park City, UT 84098-4869

SLC_498492