Kenneth L. Cannon II (kcannon@djplaw.com) (3705)
Steven J. McCardell (smccardell@djplaw.com) (2144)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT   84110-4050
Telephone:  (801) 415-3000/Fax:  (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com) (admitted pro hac vice)
Steven B. Eichel (seichel@crowell.com) (admitted pro hac vice)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY  10022
Telephone:  (212) 223-4000/Fax:  (212) 223-4134

Counsel for Debtors and Debtors in Possession

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re: | |
| EASY STREET HOLDING, LLC, *et al.*, | Bankruptcy Case No. 09-29905 |
| | Jointly Administered with Cases |
| Debtors. | 09-29907 and 09-29908 |
| Address:  201 Heber Avenue | Chapter 11 |
| Park City, UT 84060 | |
| | Honorable R. Kimball Mosier |
| Tax ID Numbers: | |
| 35-2183713 (Easy Street Holding, LLC), | |
| 20-4502979 (Easy Street Partners, LLC), and | **[FILED ELECTRONICALLY]** |
| 84-1685764 (Easy Street Mezzanine, LLC) | |

**NOTICE OF CONTINUED HEARING AND NOTICE OF
EXTENSION OF OBJECTION DEADLINE ON DEBTOR'S
APPLICATION TO EMPLOY BDRC 4 SITE, LLC AS CO-MANAGER**

**PLEASE TAKE NOTICE** that the hearing on the Application of Easy Street Partners,

LLC (the "Debtor"), to Employ BDRC 4 Site, LLC ("BDRC") as Co-Manager (the

"Application"), currently set for Tuesday, November 24, 2009 at 10:00 a.m., MST, has been

continued.  Notice of the Application, of hearing on the Application, and of your right to object

to the Application was earlier served on you.

PLEASE TAKE FURTHER NOTICE that the Application will now come on for

hearing before the Honorable R. Kimball Mosier, United States Bankruptcy Judge, on

**Thursday, December 3, 2009, at 10:00 a.m., MST**, in his courtroom, Room 369 of the Frank E.

Moss United States Courthouse, 350 South Main Street, Salt Lake City, Utah 84101.  As

previously indicated, you or your attorney must attend the hearing on the Application if you want

your objection to be considered by the Bankruptcy Court.

PLEASE TAKE FURTHER NOTICE that the deadline to object to the Application,

currently set for Monday, November 23, 2009, at 4:30 p.m., MST, has been extended.  If you do

not want the Bankruptcy Court to approve the Application, or if you want the Bankruptcy Court

to consider your views on the Application, then you or your attorney must file with the

Bankruptcy Court and serve on the undersigned counsel for the Debtor a written objection to the

Application in conformity with Rule 9013-1 of the Bankruptcy Court's local rules of practice so

that it is received no later than the extended deadline to object, **Monday, November 30, 2009, at**

**4:30 p.m., MST**.  Your objection must be filed at:

> Clerk
> United States Bankruptcy Court
> 350 South Main Street, # 301
> Salt Lake City, Utah  84101

PLEASE TAKE FURTHER NOTICE that, if you mail your objection to the

Bankruptcy Court for filing, you must mail it early enough so the Court will receive it on or

before the time and date stated above.  You must also serve your objection on the undersigned

counsel for the Debtor and on other parties in interest.

SLC_500202

**PLEASE TAKE FURTHER NOTICE** that, as indicated in the earlier Notice, pursuant

to Rule 9013-1(c) of the Bankruptcy Court's local rules of practice, absent timely filing and

service of objections to the Application, the Debtor may ask that the Court to approve the

Application without further notice or hearing.  Additionally, upon the resolution of any timely

filed and served objections to the Application, the Debtor may ask the Bankruptcy Court to

approve the Application without further notice or hearing.

       DATED:  November 20, 2009

                        DURHAM JONES & PINEGAR, P.C.


               By:   /s/  Kenneth L. Cannon II
                        Kenneth L. Cannon II (kcannon@djplaw.com)(3705)
                        Steven J. McCardell (smccardell@djplaw.com)(2144)

                        and

                        Michael V. Blumenthal (mblumenthal@crowell.com)
                          (admitted pro hac vice)
                        CROWELL & MORING LLP

                        Counsel for Debtors and Debtors in Possession

SLC_500202

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of November, 2009, I caused to be served the Notice

of Continued Notice of Hearing and of Notice of Extended Objection Deadline on Debtor's

Application to Employ BDRC 4Site, LLC as Co-Manager via ECF notification, electronic mail

and/or first-class mail, postage prepaid as listed on the attached pages.


         /s/   Kristin Hughes

SLC_500202

**ECF Notification**

- Troy J. Aramburu     taramburu@joneswaldo.com, sglendening@joneswaldo.com; rbush@joneswaldo.com

- Scott A. Cummings     cummings.scott@dorsey.com

- Mary Margaret Hunt     hunt.peggy@dorsey.com, wardle.gay@dorsey.com

- Annette W. Jarvis     jarvis.annette@dorsey.com, smith.ron@dorsey.com; slc.lit@dorsey.com;brown.patricia@dorsey.com

- Lon A. Jenkins     lajenkins@joneswaldo.com, krichardson@joneswaldo.com; ecf@joneswaldo.com;sglendening@joneswaldo.com

- Michael R. Johnson     mjohnson@rqn.com, agale@rqn.com

- Anthony C. Kaye     kaye@ballardspahr.com

- Benjamin J. Kotter     kotter.benjamin@dorsey.com

- Adelaide Maudsley     maudsley@chapman.com, jemery@chapman.com

- John T. Morgan tr     john.t.morgan@usdoj.gov, james.gee@usdoj.gov

- David W. Overholt     doverholt@rsolaw.com, abachman@rsolaw.com

- Jeffrey L. Shields     jlshields@cnmlaw.com, njpotter@cnmlaw.com

- Jeffrey Weston Shields     jshields@joneswaldo.com, sglendening@joneswaldo.com

- United States Trustee     USTPRegion19.SK.ECF

**Electronic Mail**

Securities & Exchange Commission
Attn:  Bankruptcy Dept.
44 Montgomery St # 1100
San Francisco, CA 94104-4613
sanfrancisco@sec.gov

West LB AG, New York Branch
Attn:  Christian Ruehmer
1211 Avenue of the Americas, 24th Flr
New York, NY  10036
christian_ruehmer@westlb.com

Utah Department of Workforce Services
P O Box 45249
Salt Lake City, UT  84145-0249
dwscontactus@utah.gov

West LB AG, New York Branch
Attn:  Duncan Robertson
1211 Sixth Avenue, 25th Floor
New York, NY  10036-8705
duncan_robertson@westlb.com

SLC_500202

West LB AG, New York Branch
Attn:  Jeff Nelson
1211 Sixth Avenue, 25th Floor
New York, NY  10036-8705
jeff_nelson@westlb.com

West LB AG, New York Branch
Attn:  James Winikor
1211 Sixth Avenue, 25th Floor
New York, NY  10036-8705
james_winikor@westlb.com

William D. Ellis, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA  90013
wellis@sidley.com

Richard W. Havel, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA  90013
rhavel@sidley.com

Drew A. Norman, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA  90013
danorman@sidley.com

Christina M. Craige, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA  90013
ccraige@sidley.com

BayNorth Capital, LLC
Attn:  Charles J. Flint
One Financial Center, Floor 23
Boston, MA  02111-2621
cflint@baynorthcapital.com

Christopher B. Barker, Esq.
Goodwin Procter LLP
53 State Street
Boston, MA  02109
cbarker@goodwinprocter.com

Anthony S. Fiotto
Goodwin Procter LLP
53 State Street
Boston, MA  02109
afiotto@goodwinprocter.com

Eric D. Lemont
Goodwin Procter LLP
53 State Street
Boston, MA  02109
elemont@goodwinprocter.com

Timothy G. Little, Esq.
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY  10022-2585
tim.little@kattenlaw.com

Sheri P. Chromow, Esq.
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY  10022-2585
sheri.chromow@kattenlaw.com

David Wickline
17575 Fitzpatrick Land
Occidental, CA 95465
wicklinedavid@cs.com

Shaner Design, Inc.
614 Main Street, Suite 404
PO Box 4560
Park City, UT 84060
trs@shanerdesign.com

Elliott Workgroup
Attn:  Craig Elliott
P O Box 3419
Park City, UT  84060-3419
celliott@elliottworkgroup.com

Michael V. Blumenthal
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
mblumenthal@crowell.com

Steven B. Eichel
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
seichel@crowell.com

Bruce J. Zabarauskas
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
bzabarauskas@crowell.com

SLC_500202

Brian W. Harvey
Goodwin Procter LLP
The New York Time Building
620 Eighth Avenue
New York, NY 10018-1405
bharvey@goodwinprocter.com

Joseph E. Wrona
Wrona Law Offices, P.C.
1745 Sidewinder Drive
Park City, UT  84060
wrona@wasatchlaw.com

SLC_500202

A.W. Marshall Company
PO Box 16127
Salt Lake City, UT 84116-0127

ACME Thread Ware
6436 N Business Park Loop Rd.
Park City, UT 84098-6233

ADT Security Services Inc
PO Box 371956
Pittsburgh, PA 15250-7956

ALC Snow Removal
PO Box 680442
Park City, UT 84068-0442

AT&T Mobility
PO Box 6463
Carol Stream, IL 60197-6463

ATIV Corporation
722 Nardo Rd
Encinitas, CA  92024

AXIS Group
84 Route 347
Port Jefferson Station, NY 11767

Aetna
PO Box 894938
Los Angeles, CA 90189-4938

Air Filter Sales & Service Inc
255 West 2950 South
Salt Lake City, UT 84115-3443

Albert Ulster Imports, Inc.
PO Box 770
Gaithersburg, MD 20884-0770

Alchemy Ventures Trust
17575 Fitzpatrick Lane
Occidental, CA  95465-9355

Alliance Abroad Group LP
1221 South Mopac Expressway, Suite 100
Austin, TX  78746

Alpine Adventures
3020 North Federal Highway # 10
Fort Lauderdale, FL  33306

American Express Travel Relate
2840 South 123rd Court
Omaha, NE  68144

American Ski & Board Association
686 NW York
Bend, OR   97701

All-Pro Cleaning Systems, Inc.
166 West Cottage Avenue
Sandy, UT 84070-1433

Allen Distribution Services
3247 South 3690 West
West Valley City, UT 84120-2150

Allied Waste Services
PO Box 78829
Phoenix, AZ 85062-8829

Alsco
PO Box 25717
Salt Lake City, UT 84125-0717

American Express
PO Box 53852
Phoenix, AZ 85072-3852

American Express Travel
2421 West Peoria Avenue
Phoenix, AZ 85029-4939

American Hotel Register CO
16458 Collections Center Drive
Chicago, IL 60693-0001

American Liberty Insurance
3601 N University Ave Suite 100
Provo, UT  84604-6600

Appliance Sales & Service
PO Box 670
55 E Center St., Suite 140
Heber City, UT 84032-1946

Troy J. Aramburu
Jones Waldo Holbrook & McDonough PC
170 South Main Street, Suite 1500
Salt Lake City, UT  84101-1644

Arctic Spas/ Spagoods.com
4575 N. Silver Springs Dr
Park City, UT 84098-7536

BDRC 4 Site, LLC
Attn:  Brian W. Dorsey
305 NE Loop 820, St. 109
Hurst, TX  76053-7211

BJ Plumbing Supply
1470 South State
Orem, UT 84097-7704

BTC Rob Stevenson
957 East 1300 South
Salt Lake City, UT 84105-1856

Baker Tile Co
1434 West 8040 South
West Jordan, UT 84088-9459

Bay North Capital, LLC
Attn:  Charles J. Flint
One Financial Center, Floor 23
Boston, MA  02111-2621

Michael V. Blumenthal
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY  10022-2544

Business Technology Consulting
Rob Stevenson
957 East 1300 South
Salt Lake City, UT  84105

Christine M. Craige, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA  90013-1010

Christopher B. Barker, Esq.
Goodwin Proctor LLP
53 State Street
Boston, MA  02109-2881

Bellows Glass
76 West 200 South
Heber City, UT 84032-2005

Bevco2
651 West 600 South
Salt Lake City, UT 84104-1015

Big Four Distributing, Inc
304 East 900 South
Provo, UT  84606-7316

Bill & Carrie Shoaf
4780 Winchester Court
Park City, UT 84098-7528

CBIZ
175 S West Temple, Suite 650
Salt Lake City, UT 84101-1422

Child Support Services
ORS PO Box 45011
Salt Lake City, UT 84145-0011

Cintas Corporation
97627 Eagle Way
Chicago, IL 60678-7627

CloudNine Resorts SL- Development
PO Box 683300
Park City, UT 84068-3300

CloudNine Resorts SL- Management
PO Box 683300
Park City, UT 84068-3300

Colorado Casualty Insurance Co
PO Box 85627
San Diego, CA 92186-5627

Comcast
PO Box 34744
Seattle, WA 98124-1744

CoolWorks.com
PO Box 272
Gardiner, MT 59030-0272

Committee of Unsecured Creditors
Jones Waldo Holbrook & McDonough PC
170 South Main Street, Suite 1500
Salt Lake City, UT  84101-1644

Corbin B. Gordon, P.C.
345 West 600 South
Heber City, UT 84032-2247

Scott A. Cummings
Dorsey & Whitney LLP
136 South Main Street, Suite 1000
Salt Lake City, UT  84101-1685

Curb It Recycling
PO Box 681397
Park City, UT 84068-1397

Cushman & Wakefield
50 Broad Street
New York, NY 10004-2307

David Wickline
17575 Fitzpatrick Lane
Occidental, CA  95465-9355

Dex West
PO Box 79167
Phoenix, AZ 85062-9167

Diamond Rental
4518 South 500 West
Salt Lake City, UT 84123-3694

Drew A. Norman, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA  90013-1010

EM Systems
PO Box 540783
North Salt Lake, UT 84054-0783

Easy Street Holding, LLC
4780 Winchester Court
Park City, UT  84098-7528

Easy Street Mezzanine, LLC
4780 Winchester Court
Park City, UT  84098-7528

Easy Street Partners, LLC
4780 Winchester Court
Park City, UT  84098-7528

Ecolab
PO Box 100512
Pasadena, CA 91189-0512

Ecolab Pest Elim. Div
PO Box 6007
Grand Forks, ND 58206-6007

Steven B. Eichel
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY  10022-2544

Elliott Workgroup LLC
Attn:  Craig Elliott
P O Box 3149
Park City, UT  84060-3149

Fast Patch
2257 Greens Lane
Spanish Fork, UT 84660-9599

FedEx
PO Box 7221
Pasadena, CA 91109-7321

Anthony S. Fiotto
Goodwin Proctor LLP
53 State Street
Boston, MA  02109-2881

Five 9's Communication
PO Box 348
Roy, UT 84067-0348

Fog River Fisheries
9554 Wells Circle, Suite A
West Jordan, UT  84081

Frank Rimerman & Co. LLP
60 South Market Street
San Jose, CA 95113-2351

Fuelman
PO Box 105080
Atlanta, GA 30348-5080

Gateway Center, LLC
c/o Commerce CRG
PO Box 571530
Murray, UT 84157-1530

General Chemical
PO Box 533195
Charlotte, NC 28290-3195

Gentry Finance
386 South State Street
Orem, UT 84058-5424

Get Fresh
1548 18th Street
Santa Monica, CA  90404

Goodrich & Thomas, CPAs
3200 Park Center Drive Suite 1170
Costa Mesa, CA  92626-7153

Grazo Electric
PO Box 1196
Midway, UT 84049-1196

Gunthers Comfort Air
81 South 700 East
American Fork, UT 84003-2158

HD Supply Facilities Maintenance
PO Box 509058
San Diego, CA 92150-9058

Brian W. Harvey
Goodwin Proctor LLP
The New York Times Building
620 Eighth Avenue
New York, NY  10018-1618

Home Depot Credit Services
PO Box 6031
The Lakes, NV 88901-6031

Hood Cleaners of Utah
PO Box 342
Riverton, UT 84065-0342

Hotel Amenities Resources LLC
2000 Van Ness Avenue Suite 801
San Francisco, CA 94109-3023

Mary Margaret Hunt
Dorsey & Whitney LLP
136 South Main Street, Suite 1000
Salt Lake City, UT  84101-1685

Innovative Body Science
6350 Yarrow Drive Suite D
Carlsbad, CA 92011-1544

Intermountain Drug Testing
PO Box 9800
Salt Lake City, UT 84109-9800

Internal Revenue Service
Centralized Insolvency Operations
P O Box 21126
Philadelphia, PA  19114-0326

Ion Cibuc
7 Kafern Drive Apt 1-D
Baltimore, MD 21207-4383

Jacobsen Construction
PO Box 27608
Salt Lake City, UT 84127-0608

Jacobsen National Group, Inc.
c/o Michael R. Johnson, Esq.
Ray Quinney & Nebeker
36 South State Street, Suite 1400
Salt Lake City, UT  84111-1451

Annette W. Jarvis, Esq.
Dorsey & Whitney LLP
136 South Main Street, Suite 1000
Salt Lake City, UT  84101-1685

Lon A. Jenkins
Jones Waldo Holbrook & McDonough PC
170 South Main Street, Suite 1500
Salt Lake City, UT  84101-1644

Michael R. Johnson, Esq.
Ray Quinney & Nebeker
36 South State Street, Suite 1400
P O Box 45385
Salt Lake City, UT  84145-0385

KBIi Properties, LP
PO Box 680464
Park City, UT 84068-0464

Kaba Ilco, Inc
PO Box 12553 Succ Centre Ville
Montreal, QC H3C-6R1
CANADA

Anthony C. Kaye
Ballard Spahr Andrews & Ingersoll, LLP
201 South Main Street, Suite 600
Salt Lake City, UT  84111-2212

Benjamin J. Kotter
Dorsey & Whitney LLP
136 South Main Street, Suite 1000
Salt Lake City, UT  84101-1685

Klehr, Branzburg & Ellers LLP
260 South Broad St,
Philadelphia, PA 19102-5021

La Monica's Restaurant Equipment
6211 South 380 West
Murray, UT 84107-3309

Eric D. Lemont
Goodwin Proctor LLP
53 State Street
Boston, MA  02109-2881

Les Olson Company
PO Box 65598
Salt Lake City, UT 84165-0598

Liquor Leasing & Service, L.C.
9283 South Jean Drive
Sandy, UT  84070-6254

Living Creations Inc
2163 E Lambourne Ave
Salt Lake City, UT 84109-2454

Luxury Residence Group
Attn:  Carrie Shoaf
693 Main Street
P O Box 1225
Park City, UT  84060

M & M Distributing
531 West 600 North
Salt Lake City, UT 84116-3430

Market Metrix
990 A Street Suite 301
San Rafael, CA 94901-3000

Adelaide Maudsley
Chapman & Cutler LLP
201 South Main Street, Suite 2000
Salt Lake City, UT  84111-2298

McGladrey and Pullin
Attn:  Jan Riend
One South Wacker Drive, Suite 800
Chicago, IL 60606-4650

Media One of Utah
4770 South 5600 West
West Valley City, UT  84170-4005

Merrit & Harris
301 E Glenoaks Blvd. Suite 4,
Glendale CA 91207-2115

Michael & Nilda Chang
16 Morning Sky Lane
Las Vegas, NV 89135-7860

Millcreek Consulting
3017 E Kempner Rd.
Salt Lake City UT 84109-3654

Money 4 You & Mr. Money
498 North 900 West # 230
Kaysville, UT 84037-4213

John T. Morgan Tr
US Trustees Office
405 South Main Street, Suite 300
Salt Lake City, UT  84111-3402

Mountain Valley Temperature Control
PO Box 429
Pleasant Grove, UT 84062-0429

Muir Copper Canyon Farms
PO Box 26775
Salt Lake City, UT 84126-0775

Muzak LLC
PO Box 71070
Charlotte, NC 28272-1070

Open Table Inc
PO Box 49322
San Jose, CA  95161-9322

Pacific Seafood - Utah
c/o Pacific Seafood Co.
P O Box 842757
Boston, MA 02284-2757

Park Avenue Travel
11 Park Avenue
Swarthmore, PA  19081

Park City I, LLC
166 Duane Street
New York, NY  10013-3398

Park City Surveying
P O Box 682993
Park City, UT  84068-2993

Philo Smith Jr. Trust
684 Glenneyre Street
Laguna Beach, CA  92651-2420

Par Springer-Miller System, Inc
782 Mountain Road
PO Box 1547
Stowe, VT 05672-1547

Park City Auto Parts/Hardware
PO Box 244
Heber City, UT 84032-0244

Park City Municipal Corp.
PO Box 1480
Park City, UT 84060-1480

Park City Water
PO Box 1480
Park City, UT 84060-1480

Park City WinElectric
PO Box 681729
Park City, UT 84068-1729

Patricia Wagner
PO Box 680322
Park City, UT 84068-0322

PayChex Human Resources Services
PO Box 29769
New York, NY 10087-9769

Peak Mobile Communications
4910 South Warehouse Road
Salt Lake City, UT 84118-6354

Peets Coffee & Tea
PO Box 12509
Berkeley, CA 94712-3509

Pitney Bowes
PO Box 856390
Louisville, KY 40285-6390

Plaza Dry Cleaners
PO Box 770-361
Park City UT 84060

Porter Paint
1268 South 500 West
Salt Lake City, UT 84101-3019

Proforma
PO Box 51925
Los Angeles, CA 90051-6225

Protravel International
14130 Riverside Drive
Sherman Oaks, CA 91423-2313

Protravel International Inc
515 Madison Ave 10th Floor
New York, NY 10022-5403

Questar Gas Company
PO Box 45360
Salt Lake City, UT 84145-0360

Qwest
PO Box 29039
Phoenix, AZ 85038-9039

Qwest
Attn:  Jane Frey
1801 California Street, Room 900
Denver, CO  80202-2609

Qwest Long Distance Business Services
PO Box 856169
Louisville, KY 40285-6169

Renegade Oil Inc
1141 South 3200 West
Salt Lake City, UT 84104-4562

Revco Leasing
PO Box 65598
Salt Lake City, UT 84165-0598

Richard W. Havel, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA  90013-1010

Rimmerman
One Embarcadero Center, Suite 2410
San Francisco, CA 94111-3737

PacifiCorp
Attn:  Bankruptcy
P O Box 25308
Salt Lake City, UT  84125-0308

RussWoods LLC
5148 Silver Springs Road
Park City, UT 84098-6034

SL Convention & Visitors Bureau
90 South West Temple
Salt Lake City, UT 84101-1406

Schindler Elevator Corporation
PO Box 93050
Chicago, IL 60630

Securities & Exchange Commission
Attn:  Bankruptcy Dept.
44 Montgomery St # 1100
San Francisco, CA 94104-4613

Sentry West Insurance Services
PO Box 9289
Salt Lake City, UT 84109-9289

Shaner Design, Inc.
614 Main Street, Suite 404
PO Box 4560
Park City, UT 84060-4560

Sheri P. Chromow, Esq.
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY  10022-2585

Jeffrey L. Shields
Callister Nebeker & McCullough
10 East South Temple, Suite 900
Salt Lake City, UT  84133-1101

Jeffrey Weston Shields
Jones Waldo Holbrook & McDonough
170 South Main Street, Suite 1500
Salt Lake City, UT  84101-1644

Shift4 Corporation
1491 Center Crossing Rd
Las Vegas, NV 89144-7047

Shoes For Crews, LLC
File LockBox 51151
Los Angeles, CA 90074-1151

Squire
Attn:  Ray Chipman
1329 South 800 East
Orem, UT 84097-7700

Standard Plumbing Supply
PO Box 708490
Sandy, UT 84070

Staples Credit Plan
Dept 51-7861136819
PO Box 689020
Des Moines, IA 50368-9020

State Office of Recovery Services
515 East 100 South
P O Box 45033
Salt Lake City, UT  84145-0033

State of Utah
Office of the Attorney General
Tax & Revenue Division
P O Box 40874
Salt Lake City, UT  84114-0874

Step Saver Inc.
1901 West 2425 South
Wood Cross, UT 84087-2463

Stone Ground Bakery
PO Box 581078
Salt Lake City, UT 84158-1078

Summit Business Services
Attn:  Chipper Leonard
4130 Hilltop Court
Park City, UT  84098-4715

Summit County Assessor
PO Box 128
Coalville, UT 84017-0128

Summit County Treasurer
60 North Main
PO Box 128
Coalville, UT  84017

Summit County Public Health Dept
Environmental Laboratory
PO Box 128
Coalville, UT 84017-0128

Sundance Partners, Ltd.
c/o Ballard Spahr
201 South Main Street, Suite 800
Salt Lake City, UT  84111-2212

Swire Coca-Cola USA
PO Box 1410
Draper, UT 84020-1410

Sysco Intermountain Food Service
PO Box 27638
Salt Lake City, UT 84127-0638

Sysco Intermountain Food Services, Inc.
c/o David W. Overholt
Richer & Overholt, PC
901 West Baxter Drive
South Jordan, UT  84095-8687

Target Labels & Packaging
40 West 3800 North
Hyde Park, UT 84318-4114

N. Allen Taylor
Taylor Capital Management
6641 North Paseo Tamayo
Tucson, AZ  85750

The Chef's Garden
9009 Huron-Avery Road
Huron, OH 44839-2448

The Elevator Company
PO Box 736
Bountiful, UT 84011-0736

The Park Record
PO Box 3688
Park City, UT  84060

Paul W. Throndsen, MAI
Appraisal Group, Inc.
7396 South Union Park Ave., #301
Midvale, UT  84047

Timothy G. Little, Esq.
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY  10022-2585

USA Today
PO Box 79782
Baltimore, MD 21279-0782

Union Square Home Owners Association
PO Box 683300
Park City UT 84068-3300

United Fence Co.
PO Box 26933
2525 South 2700 West
Salt Lake City, UT 84119-1227

Utah Dept-Alcoholic Beverage Control
1625 South 900 West
P O Box 30408
Salt Lake City, UT  84130-0408

Utah Dept of Workforce Services
P O Box 45249
Salt Lake City, UT  84145-0249

Utah State Tax Commission
Sales Tax
210 North 1950 West
Salt Lake City, UT  84134-0400

Virtuoso, Ltd
PO Box 99358
Fort Worth, TX  76199-0358

Wasatch Audio-Visual
PO Box 770 PMB282
Park City, UT 84060-0770

Wasatch Meats
926 South Jefferson Street
Salt Lake City, UT 84101-2983

Water Images
PO Box 571393
Murray, UT 84157-1393

Water Reclamation District
2800 Homestead Rd
Park City, UT, 84098-4869

Wells Fargo Equipment Finance
NW-8178 PO Box 1450
Minneapolis, MN 55485-8178

Wells Fargo Equipment Finance
733 Marquette Avenue Suite 700
Minneapolis, MN 55402-2316

West LB AG, New York Branch
Attn:  Christian Ruehmer
1211 Avenue of the Americas, 24th Flr
New York, NY  10036-8705

West LB AG, New York Branch
Attn:  Duncan Robertson
1211 Sixth Avenue, 25th Floor
New York, NY  10036-8705

West LB AG, New York Branch
Attn:  Jeff Nelson
1211 Sixth Avenue, 25th Floor
New York, NY  10036-8705

West LB AG, New York Branch
Attn:  James Winikor
1211 Sixth Avenue, 25th Floor
New York, NY  10036-8705

Whitney Advertising & Design
6410 N Business Park Loop Rd
Suite H
Park City, UT 84098-6212

William D. Ellis, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA  90013

Joseph E. Wrona
Wrona Law Office, P.C.
1745 Sidewinder Dr.
Park City, UT  84060

Bruce J. Zabarauskas
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY  10022-2544