**The below described is SIGNED.**

**Dated: November 17, 2009**

_____
R. KIMBALL MOSIER
**U.S. Bankruptcy Judge**

Kenneth L. Cannon II (kcannon@djplaw.com)
Steven J. McCardell (smccardell@djplaw.com)
DURHAM JONES & PINEGAR
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT  84110-4050
Telephone:  (801) 415-3000/Fax:  (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com) (admitted pro hac vice)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY  10022
Telephone:  (212) 223-4000/Fax:  (212) 223-4134

Counsel for Debtors and Debtors in Possession

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) |
| EASY STREET HOLDING, LLC, *et al.*, | ) Bankruptcy Case No. 09-29905 |
| | ) Jointly Administered with Cases |
| Debtors. | ) 09-29907 and 09-29908 |
| | ) |
| Address:  201 Heber Avenue | ) Chapter 11 |
| Park City, UT 84060 | ) |
| | ) Honorable R. Kimball Mosier |
| Tax ID Numbers: | ) |
| 35-2183713 (Easy Street Holding, LLC), | ) |
| 20-4502979 (Easy Street Partners, LLC), and | ) **[FILED ELECTRONICALLY]** |
| 84-1685764 (Easy Street Mezzanine, LLC) | ) |

**ORDER APPROVING DEBTOR'S <u>EX PARTE</u> MOTION TO APPROVE NOTICE ON
DEBTOR'S APPLICATION TO EMPLOY BDRC 4 SITE, LLC AS CO-MANAGER**

The Court, having considered the ex parte motion (the "Ex Parte Motion") of Easy Street

Partners, LLC (the "Debtor" or "Partners"), debtor in possession, for an Order approving the time

for notice of hearing and objection deadline on the Debtor's application (the "Co-Manager

Application") for an order authorizing it to employ BDRC 4 Site, LLC ("BDRC") as a co-manager

SLC_497247

**Filed: 11/13/09**

Entered On Docket: 11/18/2009

("Co-Manager") to assist Partners in managing its business operations and restructuring its obligations, so that notice sent on Friday, November 13, 2009, of an objection deadline of Monday, November 23, 2009 and of hearing on Tuesday, November 24, 2009, is sufficient, and cause appearing for the requested relief, hereby

ORDERS:

1.  The Ex Parte Motion is granted.

2.  Notice served by mail and ECF on Friday, November 13, 2009, of a response deadline of Monday, November 23, 2009, and of hearing on Tuesday, November 24, 2009, is sufficient.

******END OF DOCUMENT******

SLC_497247

**CLERK'S CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Order Debtor's <u>Ex  Parte</u> Motion to Approve Notice on Debtor's Application to Employ BDRC 4 Site, LLC as Co-Manager was served via first-class mail, postage prepaid, on the ____ day of _____, 2009, on the following:

Michael V. Blumenthal
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY  10022

Kenneth L. Cannon II
Durham Jones & Pinegar, P.C.
P O Box 4050
Salt Lake City, UT  84110-4050

_____

# CERTIFICATE OF NOTICE

```
District/off: 1088-2          User: mtm                    Page 1 of 1                Date Rcvd: Nov 18, 2009
Case: 09-29905                Form ID: pdfor1              Total Noticed: 2

The following entities were noticed by first class mail on Nov 20, 2009.
aty           Kenneth L. Cannon, II,   Durham Jones & Pinegar,   111 East Broadway, Suite 900,   P O Box 4050,
               Salt Lake City, UT   84110-4050
aty          +Michael V. Blumenthal,   Crowell & Moring LLP,   590 Madison Avenue, 20th Floor,
               New York, NY 10022-2544

The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 20, 2009**                    **Signature:** _Joseph Speetjens_