*So Ordered* 11/24/2009
R. Kimball Mosier

*Order Prepared and Submitted by:*

Jeffrey Weston Shields (USB # 2948)
Lon A. Jenkins (USB # 4060)
Troy J. Aramburu (USB # 10444)
**JONES WALDO HOLBROOK & McDONOUGH, PC**
170 South Main Street, Suite 1500
Salt Lake City, UT 84101
Telephone: (801)521-3200
Facsimile: (801) 328-0537
Email: jshields@joneswaldo.com
        lajenkins@joneswaldo.com
        taramburu@joneswaldo.com



RECEIVED
US BANKRUPTCY COURT
DISTRICT OF UTAH

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>EASY STREET HOLDINGS, LLC, et al.<br><br>Debtors. | **Bankruptcy No. 09-29905**<br><br>Jointly Administered with Cases:<br>09-29907 RKM and 09-29908 RKM<br><br>Chapter 11<br><br>Honorable R. Kimball Mosier |

**ORDER AUTHORIZING EMPLOYMENT OF JONES WALDO HOLBROOK &
McDONOUGH, P.C. AS COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS**

This matter having came before the Court upon the Application of the Official

Committee of Unsecured Creditors of the above-captioned debtors (the "**Committee**") for



905706.1

Authorization to Employ Jones Waldo Holbrook & McDonough, PC ("**Jones Waldo**") as its Counsel (the "**Application**"), and the Verified Statement of Jeffrey Weston Shields in Support of the Application (the "**Shields Statement**"). It appearing from the Shields Statement that, except as disclosed in the Shields Statement, Jones Waldo does not represent any other entity having adverse interest in connection with the above-captioned cases, and that, with respect to such entities, Jones Waldo is not disqualified from representing the Committee as a result thereof. It appearing from the Certificate of Service that adequate notice has been given under Rule 2014 of the Federal Rules of Bankruptcy Procedure, and sufficient cause appearing for the relief requested in the Application, it is hereby

**ORDERED** that the Application is granted in all respects and the Committee is hereby authorized to employ Jones Waldo as its counsel, effective as of October 6, 2009, with payment of fees and reimbursement of costs to be subject to approval of the Court under 11 U.S.C. § 330.

END OF DOCUMENT