So Ordered 11/24/2009

R. Kimball Mosier

Corbin B. Gordon
345 West 600 South. Suite 108
Heber City, UT 84032
Telephone: (435) 657-0984
Facsimile: (888) 822-8796



Proposed Special Counsel for Debtors and
   Debtors in Possession

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: | |
| EASY STREET HOLDING, LLC, *et al.*, | Bankruptcy Case No. 09-29905 |
| Debtors. | Jointly Administered with Cases 09-29907 and 09-29908 |
| Address: 201 Heber Avenue<br>Park City, UT 84060 | Chapter 11 |
| | Honorable R. Kimball Mosier |
| Tax ID Numbers:<br>35-2183713 (Easy Street Holding, LLC),<br>20-4502979 (Easy Street Partners, LLC), and<br>84-1685764 (Easy Street Mezzanine, LLC) | [FILED ELECTRONICALLY] |

**ORDER APPROVING DEBTORS' EMPLOYMENT OF CORBIN B. GORDON
AS SPECIAL COUNSEL PURSUANT TO BANKRUPTCY CODE SECTION 327(e)**

The Application (the "Application") of Easy Street Holding, LLC, Easy Street

Mezzanine, LLC and Easy Street Partners, LLC, debtors and debtors in possession (collectively,

the "Debtors"), filed October 29, 2009, for entry of an Order authorizing the employment of

Corbin B. Gordon ("Gordon") as special counsel for the Debtors pursuant to 11 U.S.C. §327(e),



and Rules 2014 and 5002 of the Federal Rules of Bankruptcy Procedure, came on for hearing as scheduled on November 24, 2009. Appearances were made as noted on the record. The Court having considered the Application, the declaration of Corbin B. Gordon filed October 19, 2009, in support of the Application, the objection of the Unsecured Creditors Committee to the Application, and the arguments of counsel and evidence presented and/or proffered; having found that notice of the Application is sufficient and that Gordon does not represent or hold an interest adverse to any of the Debtors or their estates; and having made additional findings and conclusions on the record which are by this reference incorporated herein, and good cause appearing therefor, hereby

ORDERS:

1.   The Application is granted.

2.   The Debtor's employment of Gordon for the special purposes of representing and advising the Debtors with regard to matters involving the Gateway Center lease to which Easy Street Partners is a party, effective as of September 14, 2009, the Debtors' petition date, on the terms set forth in the Application.

3.   Gordon shall be compensated for its services in this case and reimbursed for associated expenses in accordance with the applicable provisions of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and any future orders of this Court, and all compensation and reimbursement allowed to Gordon shall be an administrative expense of this Chapter 11 case.

* * * **END OF ORDER** * * *

## CLERK'S CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Order Approving Debtor's Employment of Corbin B. Gordon as Special Counsel Pursuant to Bankruptcy Code Section 327(e) was served via first-class mail, postage prepaid, on the ____ day of _____, 2009, on the following:

Michael V. Blumenthal
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022

Kenneth L. Cannon II
Durham Jones & Pinegar, P.C.
P O Box 4050
Salt Lake City, UT 84110-4050

Steven J. McCardell
Durham Jones & Pinegar, P.C.
P O Box 4050
Salt Lake City, UT 84110-4050

Lon A. Jenkins
Jones Waldo Holbrook & McDonough
170 South Main Street, Suite 1500
Salt Lake City, UT 84101

John T. Morgan
Office of the United States Trustee
405 South Main Street, Suite 300
Salt Lake City, UT 84111

Corbin B. Gordon
345 West 600 South, # 108
Heber City, UT 84032

_____