| | |
|---|---|
| Annette Jarvis (1649) | Kenneth L. Cannon II (3705 |
| Peggy Hunt (6060) | Steven J. McCardell (2144) |
| Benjamin J. Kotter (9592) | DURHAM JONES & PINEGAR, P.C. |
| DORSEY & WHITNEY LLP | 111 East Broadway, Suite 900 |
| 136 South Main Street, Suite 1000 | P.O. Box 4050 |
| Salt Lake City, UT 84101-1685 | Salt Lake City, Utah 84110-4050 |
| Telephone: (801) 933-7360 | Telephone: (801) 415-3000 |
| Facsimile: (801) 933-7373 | Facsimile: (801) 415-3500 |
| Email: jarvis.annette@dorsey.com | Email: kcannon@djplaw.com |
| hunt.peggy@dorsey.com | smccardell@djplaw.com |
| kotter.benjamin@dorsey.com | |

Michael V. Blumenthal
Richard W. Havel (10759)             CROWELL & MORING LLP
SIDLEY AUSTIN LLP                    590 Madison Avenue, 20th Floor
555 West Fifth Street, Suite 4000    New York, NY 10022
Los Angeles, CA 90013-1010           Telephone: (212) 223-400
Telephone: (213) 896-6000            Facsimile: (212) 223-4134
Facsimile: (213) 896-6600            Email: mblumenthal@crowell.com
Email: rhavel@sidley.com

*Attorneys for WestLB, AG*           *Attorneys for Debtors and Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | |
| EASY STREET HOLDING, LLC, *et al.*, ) | Bankr. Case No. 09-29905 |
| ) | Jointly Administered with Bankr. Case Nos. |
| Debtors. ) | 09-29907 and 09-29908 |
| ) | |
| Address: 201 Heber Avenue ) | Chapter 11 |
| Park City, UT 84060 ) | |
| ) | Honorable R. Kimball Mosier |
| Tax ID Numbers: ) | |
| 35-2183713 (Easy Street Holding, LLC), ) | **[FILED ELECTRONICALLY]** |
| 20-4502979 (Easy Street Partners, LLC), and ) | |
| 84-1685764 (Easy Street Mezzanine, LLC) ) | |

*EX PARTE* **MOTION FOR EXPEDITED
HEARING AND SHORTENING TIME**

The Debtors, Easy Street Holding, LLC, Easy Street Partners, LLC and Easy Street Mezzanine, LLC (collectively, the "Debtors") and WestLB, AG ("WestLB") (collectively, the "Movants"), hereby move this Court to reduce the time for notice of, response to, and the hearing on the *Joint Motion to Approve Amendments to Stipulation Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. § 363 and Granting Adequate Protection*, filed on November 25, 2009 (the "Joint Motion").  In support hereof, the Movants state as follows.

1. On November 25, 2009, concurrently with the filing of this Motion, the Joint Motion and a Notice of Hearing were filed with the Court and served.

2. In the Joint Motion, the Movants are seeking an Order of the Court approving a consensual amendment to the *Stipulation Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. § 363 and Granting Adequate Protection to WestLB, AG* [Docket No. 84], as amended by that certain *Amendment to Stipulation Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. § 363 and Granting Adequate Protection to WestLB, AG – Amended Exhibit C (Bank Accounts)* filed on or about October 13, 2009 [Docket No. 91] (as amended, the "Stipulation"), and as further modified and approved by this Court's *Order on Stipulation Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. § 363 and Granting Adequate Protection to WestLB, AG* [Docket No. 95] (the "Cash Collateral Order").

3. As set forth in the Notice of Hearing, an evidentiary hearing on the Joint Motion is scheduled to be heard by the Court on Monday, December 14, 2009.

4. Rule 4001(d)(2) of the Federal Rules of Bankruptcy Procedure provides that objections to the Joint Motion are to be filed "within 15 days of the mailing of notice" and Local Rule 9006-1(c) allows an additional three days for mailing.  Thus, under the applicable Rules,

2

absent an Order granting this Motion, objections to the Joint Motion will be due on the day of the hearing.

5. The Movants request that the time for notice of the hearing on and objection deadline to the Joint Motion be shortened, so as to reduce the period to object to the Joint Motion by a single business day--to noon, Friday, December 11, 2009.

6. The relief requested is necessary to insure timely effectuation of the proposed amendments to the Stipulation and Cash Collateral Order so as to facilitate the administration of the Debtors' cases.

Accordingly, the Movants respectfully request that the Court shorten the time for notice of the Joint Motion, and require any objections to the Motion to be filed with the Court and served on counsel by no later than noon, Friday, December 11, 2009.

DATED this 25th day of November, 2009.

| /s/ Benjamin J. Kotter | /s/ Kenneth L. Cannon II |
|---|---|
| Annette Jarvis | Kenneth L. Cannon II |
| Peggy Hunt | Steven J. McCardell |
| Benjamin J. Kotter | DURHAM JONES & PINEGAR, P.C. |
| DORSEY & WHITNEY LLP | |
| and | and |
| | Michael V. Blumenthal |
| Richard W. Havel | CROWELL & MORING LLP |
| SIDLEY AUSTIN LLP | |
| | *Attorneys for Debtors and Debtors in Possession* |
| *Attorneys for WestLB, AG* | |

3