*Order Prepared and Submitted By:*

| | |
|---|---|
| Annette Jarvis (1649) | Kenneth L. Cannon II (3705 |
| Peggy Hunt (6060) | Steven J. McCardell (2144) |
| Benjamin J. Kotter (9592) | DURHAM JONES & PINEGAR, P.C. |
| DORSEY & WHITNEY LLP | 111 East Broadway, Suite 900 |
| 136 South Main Street, Suite 1000 | P.O. Box 4050 |
| Salt Lake City, UT 84101-1685 | Salt Lake City, Utah 84110-4050 |
| Telephone: (801) 933-7360 | Telephone: (801) 415-3000 |
| Facsimile: (801) 933-7373 | Facsimile: (801) 415-3500 |
| Email: jarvis.annette@dorsey.com | Email: kcannon@djplaw.com |
| hunt.peggy@dorsey.com | smccardell@djplaw.com |
| kotter.benjamin@dorsey.com | |

Michael V. Blumenthal
CROWELL & MORING LLP
Richard W. Havel (10759)             590 Madison Avenue, 20th Floor
SIDLEY AUSTIN LLP                    New York, NY 10022
555 West Fifth Street, Suite 4000    Telephone: (212) 223-400
Los Angeles, CA 90013-1010           Facsimile: (212) 223-4134
Telephone: (213) 896-6000            Email: mblumenthal@crowell.com
Facsimile: (213) 896-6600
Email: rhavel@sidley.com

*Attorneys for Debtors and Debtors*
*Attorneys for WestLB, AG*            *in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| EASY STREET HOLDING, LLC, *et al.*, | ) | Bankr. Case No. 09-29905 |
| | ) | Jointly Administered with Bankr. Case Nos. |
| Debtors. | ) | 09-29907 and 09-29908 |
| | ) | |
| Address: 201 Heber Avenue | ) | Chapter 11 |
| Park City, UT 84060 | ) | |
| | ) | Honorable R. Kimball Mosier |
| Tax ID Numbers: | ) | |
| 35-2183713 (Easy Street Holding, LLC), | ) | **[FILED ELECTRONICALLY]** |
| 20-4502979 (Easy Street Partners, LLC), and | ) | |
| 84-1685764 (Easy Street Mezzanine, LLC) | ) | |

**ORDER GRANTING *EX PARTE* MOTION FOR**
**EXPEDITED HEARING AND SHORTENING TIME**

**Filed: 11/25/09**

The matter before the Court is the *Ex Parte Motion for Expedited Hearing and Shortening Time* filed on November 25, 2009 by Debtors, Easy Street Holding, LLC, Easy Street Partners, LLC and Easy Street Mezzanine, LLC, and WestLB AG (the "Motion"), seeking an Order of the Court reducing the time for notice of and the hearing on the *Joint Motion to Approve Amendment to Stipulation Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. § 363 and Granting Adequate Protection to WestLB, AG*.  The Court has reviewed the Motion and the applicable law, and good cause appearing,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

_____End of Document_____