Kenneth L. Cannon II (kcannon@djplaw.com) (3705)
Steven J. McCardell (smccardell@djplaw.com) (2144)
DURHAM JONES & PINEGAR
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT  84110-4050
Telephone:  (801) 415-3000/Fax:  (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com) (admitted pro hac vice)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY  10022
Telephone:  (212) 223-4000/Fax:  (212) 223-4134

Counsel for Debtors and Debtors in Possession

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: | |
| | |
| EASY STREET HOLDING, LLC, *et al.*, | Bankruptcy Case No. 09-29905 |
| | Jointly Administered with Cases |
| Debtors. | 09-29907 and 09-29908 |
| | |
| Address:  201 Heber Avenue | Chapter 11 |
| Park City, UT 84060 | |
| | Honorable R. Kimball Mosier |
| Tax ID Numbers: | |
| 35-2183713 (Easy Street Holding, LLC), | |
| 20-4502979 (Easy Street Partners, LLC), and | **[FILED ELECTRONICALLY]** |
| 84-1685764 (Easy Street Mezzanine, LLC) | |

## ORDER APPROVING DEBTOR'S EX PARTE MOTION TO APPROVE NOTICE OF OBJECTION DEADLINE ON MOTION FOR ORDER ESTABLISHING MONTHLY FEE AND EXPENSE REIMBURSEMENT PROCEDURES

SLC_504003

**Filed: 11/25/09**

The Court, having considered the ex parte motion (the"Ex Parte Motion") of Easy Street Partners, LLC (the "Debtor" or "Partners"), debtor in possession, for an Order approving the time for notice of objection deadline on the Motion for Order Establishing Monthly Fee and Expense Reimbursement Procedures, so that notice sent on Wednesday, November 25, 2009, of an objection deadline of Thursday, December 10, 2009, is sufficient, and cause appearing for the requested relief, hereby

ORDERS:

1.　　　The Ex Parte Motion is granted.

2.　　　Notice served by mail and ECF on Wednesday, November 25, 2009, of an objection deadline of Thursday, December 10, 2009, is sufficient.


******END OF DOCUMENT******

SLC_504003

## CLERK'S CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Order Debtor's <u>Ex  Parte</u>

Motion to Approve Notice of Objection Deadline on Motion for an Order Establishing Monthly

Fee and Expense Reimbursement Procedures Debtor's Application to Employ Gemstone Hotels &

Resorts, LLC as a consultant was served via first-class mail, postage prepaid, on the _____ day of

_____, 2009, on the following:

> Michael V. Blumenthal
> Crowell & Moring LLP
> 590 Madison Avenue, 20th Floor
> New York, NY  10022
>
> Kenneth L. Cannon II
> Durham Jones & Pinegar, P.C.
> P O Box 4050
> Salt Lake City, UT  84110-4050

_____

SLC_504003