*So Ordered* 11/24/2009

R. Kimball Mosier

Corbin B. Gordon
345 West 600 South. Suite 108
Heber City, UT 84032
Telephone: (435) 657-0984
Facsimile: (888) 822-8796

Proposed Special Counsel for Debtors and
Debtors in Possession



RECEIVED

US BANKRUPTCY COURT
DISTRICT OF UTAH

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: | |
| EASY STREET HOLDING, LLC, *et al.*, | Bankruptcy Case No. 09-29905 |
| | Jointly Administered with Cases |
| Debtors. | 09-29907 and 09-29908 |
| Address:  201 Heber Avenue | Chapter 11 |
| Park City, UT 84060 | |
| | Honorable R. Kimball Mosier |
| Tax ID Numbers: | |
| 35-2183713 (Easy Street Holding, LLC), | |
| 20-4502979 (Easy Street Partners, LLC), and | [FILED ELECTRONICALLY] |
| 84-1685764 (Easy Street Mezzanine, LLC) | |

**ORDER APPROVING DEBTORS' EMPLOYMENT OF CORBIN B. GORDON
AS SPECIAL COUNSEL PURSUANT TO BANKRUPTCY CODE SECTION 327(e)**

The Application (the "Application") of Easy Street Holding, LLC, Easy Street

Mezzanine, LLC and Easy Street Partners, LLC, debtors and debtors in possession (collectively,

the "Debtors"), filed October 29, 2009, for entry of an Order authorizing the employment of

Corbin B. Gordon ("Gordon") as special counsel for the Debtors pursuant to 11 U.S.C. §327(e),

Entered On Docket: 11/25/2009

and Rules 2014 and 5002 of the Federal Rules of Bankruptcy Procedure, came on for hearing as scheduled on November 24, 2009. Appearances were made as noted on the record. The Court having considered the Application, the declaration of Corbin B. Gordon filed October 19, 2009, in support of the Application, the objection of the Unsecured Creditors Committee to the Application, and the arguments of counsel and evidence presented and/or proffered; having found that notice of the Application is sufficient and that Gordon does not represent or hold an interest adverse to any of the Debtors or their estates; and having made additional findings and conclusions on the record which are by this reference incorporated herein, and good cause appearing therefor, hereby

ORDERS:

1. The Application is granted.

2. The Debtor's employment of Gordon for the special purposes of representing and advising the Debtors with regard to matters involving the Gateway Center lease to which Easy Street Partners is a party, effective as of September 14, 2009, the Debtors' petition date, on the terms set forth in the Application.

3. Gordon shall be compensated for its services in this case and reimbursed for associated expenses in accordance with the applicable provisions of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and any future orders of this Court, and all compensation and reimbursement allowed to Gordon shall be an administrative expense of this Chapter 11 case.

* * * * **END OF ORDER** * * * *

2

## CLERK'S CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Order Approving Debtor's Employment of Corbin B. Gordon as Special Counsel Pursuant to Bankruptcy Code Section 327(e) was served via first-class mail, postage prepaid, on the ____ day of _____, 2009, on the following:

Michael V. Blumenthal
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022

Kenneth L. Cannon II
Durham Jones & Pinegar, P.C.
P O Box 4050
Salt Lake City, UT 84110-4050

Steven J. McCardell
Durham Jones & Pinegar, P.C.
P O Box 4050
Salt Lake City, UT 84110-4050

Lon A. Jenkins
Jones Waldo Holbrook & McDonough
170 South Main Street, Suite 1500
Salt Lake City, UT 84101

John T. Morgan
Office of the United States Trustee
405 South Main Street, Suite 300
Salt Lake City, UT 84111

Corbin B. Gordon
345 West 600 South, # 108
Heber City, UT 84032

_____

3

# CERTIFICATE OF NOTICE

```
District/off: 1088-2           User: mtm                    Page 1 of 1                   Date Rcvd: Nov 25, 2009
Case: 09-29905                 Form ID: pdfor1              Total Noticed: 6

The following entities were noticed by first class mail on Nov 27, 2009.
aty          +Corbin B. Gordon,    345 West 600 South, Suite 108,    Heber City, UT 84032-2282
aty          +John T. Morgan tr,    US Trustees Office,    Ken Garff Bldg.,    405 South Main Street,    Suite 300,
               Salt Lake City, Ut 84111-3402
aty           Kenneth L. Cannon, II,    Durham Jones & Pinegar,    111 East Broadway, Suite 900,    P O Box 4050,
               Salt Lake City, UT 84110-4050
aty          +Lon A. Jenkins,    Jones Waldo Holbrook & McDonough,    170 South Main St.,    Suite 1500,
               Salt Lake City, UT 84101-1644
aty          +Michael V. Blumenthal,    Crowell & Moring LLP,    590 Madison Avenue, 20th Floor,
               New York, NY 10022-2544
aty           Steven J. McCardell,    Durham Jones & Pinegar,    111 East Broadway, Suite 900,    P O Box 4050,
               Salt Lake City, UT 84110-4050

The following entities were noticed by electronic transmission.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 27, 2009**                    **Signature:** _Joseph Speetjens_