**The below described is SIGNED.**

**Dated: November 30, 2009**

*R. KIMBALL MOSIER*
**R. KIMBALL MOSIER**
**U.S. Bankruptcy Judge**



_____

Kenneth L. Cannon II (kcannon@djplaw.com) (3705)
Steven J. McCardell (smccardell@djplaw.com) (2144)
DURHAM JONES & PINEGAR
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT  84110-4050
Telephone:  (801) 415-3000/Fax:  (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com) (admitted pro hac vice)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY  10022
Telephone:  (212) 223-4000/Fax:  (212) 223-4134

Counsel for Debtors and Debtors in Possession

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | |
| EASY STREET HOLDING, LLC, *et al.*, ) | Bankruptcy Case No. 09-29905 |
| ) | Jointly Administered with Cases |
| Debtors. ) | 09-29907 and 09-29908 |
| ) | |
| Address:  201 Heber Avenue ) | Chapter 11 |
| Park City, UT 84060 ) | |
| ) | Honorable R. Kimball Mosier |
| Tax ID Numbers: ) | |
| 35-2183713 (Easy Street Holding, LLC), ) | |
| 20-4502979 (Easy Street Partners, LLC), and ) | **[FILED ELECTRONICALLY]** |
| 84-1685764 (Easy Street Mezzanine, LLC) ) | |

**ORDER APPROVING DEBTOR'S EX PARTE MOTION TO APPROVE
NOTICE OF OBJECTION DEADLINE ON MOTION FOR ORDER ESTABLISHING
MONTHLY FEE AND EXPENSE REIMBURSEMENT PROCEDURES**

SLC_504003

**Filed: 11/25/09**

The Court, having considered the ex parte motion (the "Ex Parte Motion") of Easy Street Partners, LLC (the "Debtor" or "Partners"), debtor in possession, for an Order approving the time for notice of objection deadline on the Motion for Order Establishing Monthly Fee and Expense Reimbursement Procedures, so that notice sent on Wednesday, November 25, 2009, of an objection deadline of Thursday, December 10, 2009, is sufficient, and cause appearing for the requested relief, hereby

ORDERS:

1.    The Ex Parte Motion is granted.

2.    Notice served by mail and ECF on Wednesday, November 25, 2009, of an objection deadline of Thursday, December 10, 2009, is sufficient.

******END OF DOCUMENT******

2

SLC_504003

## CLERK'S CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Order Debtor's Ex Parte Motion to Approve Notice of Objection Deadline on Motion for an Order Establishing Monthly Fee and Expense Reimbursement Procedures Debtor's Application to Employ Gemstone Hotels & Resorts, LLC as a consultant was served via first-class mail, postage prepaid, on the ____ day of _____, 2009, on the following:

    Michael V. Blumenthal
    Crowell & Moring LLP
    590 Madison Avenue, 20th Floor
    New York, NY 10022

    Kenneth L. Cannon II
    Durham Jones & Pinegar, P.C.
    P O Box 4050
    Salt Lake City, UT 84110-4050

                                                                              _____

3