**Prepared and Submitted by:**

| | |
|---|---|
| Annette W. Jarvis (1649) | Richard W. Havel (10759) |
| Peggy Hunt (6060) | **SIDLEY AUSTIN LLP** |
| Benjamin J. Kotter (9592) | 555 West Fifth Street |
| **DORSEY & WHITNEY, LLP** | Los Angeles, California 90013 |
| 136 South Main Street Suite 1000 | Telephone: (213) 896-6017 |
| Salt Lake City, Utah 84101 | Facsimile: (213) 896-6600 |
| Telephone: (801) 933-7360 | Email: rhavel@sidley.com |
| Facsimile: (801) 933-7373 | |
| Email: jarvis.annette@dorsey.com | |
| Email: hunt.peggy@dorsey.com | |
| Email: kotter.benjamin@dorsey.com | |

*Attorneys for WestLB AG*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: | **Case No. 09-29905** |
| **EASY STREET HOLDING, LLC,** *et al.,* | (Jointly Administered with Cases 09-29907 and 09-29908) |
| Tax ID Numbers: | |
| 35-2183713 (Easy Street Holding, LLC), | Chapter 11 |
| 20-4502979 (Easy Street Partners, LLC), and | |
| 84-1685764 (East Street Mezzanine, LLC) | Honorable R. Kimball Mosier |

**ORDER GRANTING *EX PARTE* MOTION FOR ORDER ALLOWING COUNSEL FOR WESTLB, AG TO PARTICIPATE TELEPHONICALLY**

**Filed: 12/02/09**

-2-

Upon the motion of WestLB, AG, a secured creditor in the above-captioned bankruptcy case, for leave for WestLB, AG's counsel, Mr. Richard W. Havel, of Sidley Austin, LLP, located in Los Angeles, California to participate telephonically in the December 3, 2009 hearing and to appear telephonically at subsequent hearings, and good cause having been shown therefore, it is hereby:

**ORDERED** that the *Ex Parte* Motion for Order Allowing Counsel for WestLB, AG to Participate Telephonically is **GRANTED**; and it is further

**ORDERED** that WestLB, AG's counsel, Mr. Richard W. Havel may participate telephonically in the December 3, 2009 hearing and at subsequent hearings in this bankruptcy case as permitted by the Court.

(End of Document)

4853-1705-7540\1 9/15/2009 6:25 PM