**The below described is SIGNED.**

**Dated: November 30, 2009**

_____
**R. KIMBALL MOSIER**
**U.S. Bankruptcy Judge**



_____

Kenneth L. Cannon II (kcannon@djplaw.com) (3705)
Steven J. McCardell (smccardell@djplaw.com) (2144)
DURHAM JONES & PINEGAR
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT   84110-4050
Telephone:  (801) 415-3000/Fax:  (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com) (admitted pro hac vice)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY  10022
Telephone:  (212) 223-4000/Fax:  (212) 223-4134

Counsel for Debtors and Debtors in Possession

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: | |
| EASY STREET HOLDING, LLC, *et al.*, | Bankruptcy Case No. 09-29905 |
| | Jointly Administered with Cases |
| Debtors. | 09-29907 and 09-29908 |
| Address:  201 Heber Avenue | Chapter 11 |
| Park City, UT 84060 | |
| | Honorable R. Kimball Mosier |
| Tax ID Numbers: | |
| 35-2183713 (Easy Street Holding, LLC), | |
| 20-4502979 (Easy Street Partners, LLC), and | **[FILED ELECTRONICALLY]** |
| 84-1685764 (Easy Street Mezzanine, LLC) | |

### ORDER APPROVING DEBTOR'S EX PARTE MOTION TO APPROVE
### NOTICE OF OBJECTION DEADLINE ON MOTION FOR ORDER ESTABLISHING
### MONTHLY FEE AND EXPENSE REIMBURSEMENT PROCEDURES

SLC_504003

**Filed: 11/25/09**

Entered On Docket: 11/30/2009

The Court, having considered the ex parte motion (the"Ex Parte Motion") of Easy Street Partners, LLC (the "Debtor" or "Partners"), debtor in possession, for an Order approving the time for notice of objection deadline on the Motion for Order Establishing Monthly Fee and Expense Reimbursement Procedures, so that notice sent on Wednesday, November 25, 2009, of an objection deadline of Thursday, December 10, 2009, is sufficient, and cause appearing for the requested relief, hereby

ORDERS:

1. The Ex Parte Motion is granted.

2. Notice served by mail and ECF on Wednesday, November 25, 2009, of an objection deadline of Thursday, December 10, 2009, is sufficient.

******END OF DOCUMENT******

## **CLERK'S CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Order Debtor's Ex Parte Motion to Approve Notice of Objection Deadline on Motion for an Order Establishing Monthly Fee and Expense Reimbursement Procedures Debtor's Application to Employ Gemstone Hotels & Resorts, LLC as a consultant was served via first-class mail, postage prepaid, on the ____ day of _____, 2009, on the following:

Michael V. Blumenthal
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY  10022

Kenneth L. Cannon II
Durham Jones & Pinegar, P.C.
P O Box 4050
Salt Lake City, UT  84110-4050

_____

# CERTIFICATE OF NOTICE

```
District/off: 1088-2          User: mtm               Page 1 of 1             Date Rcvd: Nov 30, 2009
Case: 09-29905                Form ID: pdfor1         Total Noticed: 2

The following entities were noticed by first class mail on Dec 02, 2009.
aty          Kenneth L. Cannon, II,   Durham Jones & Pinegar,   111 East Broadway, Suite 900,   P O Box 4050,
              Salt Lake City, UT  84110-4050
aty         +Michael V. Blumenthal,   Crowell & Moring LLP,   590 Madison Avenue, 20th Floor,
              New York, NY 10022-2544

The following entities were noticed by electronic transmission.
NONE.                                                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 02, 2009**                    **Signature:**    *Joseph Speetjens*