**The below described is SIGNED.**

**Dated: December 03, 2009**

*R. KIMBALL MOSIER*
**R. KIMBALL MOSIER**
**U.S. Bankruptcy Judge**



_____

**Prepared and Submitted by:**

Annette W. Jarvis (1649)
Peggy Hunt (6060)
Benjamin J. Kotter (9592)
**DORSEY & WHITNEY, LLP**
136 South Main Street Suite 1000
Salt Lake City, Utah 84101
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
Email: jarvis.annette@dorsey.com
Email: hunt.peggy@dorsey.com
Email: kotter.benjamin@dorsey.com

Richard W. Havel (10759)
**SIDLEY AUSTIN LLP**
555 West Fifth Street
Los Angeles, California 90013
Telephone: (213) 896-6017
Facsimile: (213) 896-6600
Email: rhavel@sidley.com

*Attorneys for WestLB AG*

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>**EASY STREET HOLDING, LLC,** *et al.,*<br><br>Tax ID Numbers:<br>35-2183713 (Easy Street Holding, LLC),<br>20-4502979 (Easy Street Partners, LLC), and<br>84-1685764 (East Street Mezzanine, LLC) | **Case No. 09-29905**<br>(Jointly Administered with Cases 09-29907 and 09-29908)<br><br>Chapter 11<br><br>Honorable R. Kimball Mosier |

**ORDER GRANTING *EX PARTE* MOTION FOR ORDER ALLOWING COUNSEL FOR WESTLB, AG TO PARTICIPATE TELEPHONICALLY**

**Filed: 12/02/09**

Upon the motion of WestLB, AG, a secured creditor in the above-captioned bankruptcy case, for leave for WestLB, AG's counsel, Mr. Richard W. Havel, of Sidley Austin, LLP, located in Los Angeles, California to participate telephonically in the December 3, 2009 hearing and to appear telephonically at subsequent hearings, and good cause having been shown therefore, it is hereby:

**ORDERED** that the *Ex Parte* Motion for Order Allowing Counsel for WestLB, AG to Participate Telephonically is **GRANTED**; and it is further

**ORDERED** that WestLB, AG's counsel, Mr. Richard W. Havel may participate telephonically in the December 3, 2009 hearing and at subsequent hearings in this bankruptcy case as permitted by the Court.

(End of Document)

-2-