Kenneth L. Cannon II (kcannon@djplaw.com) (3705)
Steven J. McCardell (smccardell@djplaw.com) (2144)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT  84110-4050
Telephone:  (801) 415-3000/Fax:  (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com) (admitted pro hac vice )
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY  10022
Telephone:  (212) 223-4000/Fax:  (212) 223-4134

Counsel for Debtors and Debtors in Possession

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | |
| EASY STREET HOLDING, LLC, *et al.*, ) | Bankruptcy Case No. 09-29905 |
| ) | Jointly Administered with Cases |
| ) | 09-29907 and 09-29908 |
| ) | |
| Address:  201 Heber Avenue ) | Chapter 11 |
| Park City, UT 84060 ) | |
| ) | Honorable R. Kimball Mosier |
| Tax ID Numbers: ) | |
| 35-2183713 (Easy Street Holding, LLC), ) | |
| 20-4502979 (Easy Street Partners, LLC), and ) | **[FILED ELECTRONICALLY]** |
| 84-1685764 (Easy Street Mezzanine, LLC) ) | |

**ORDER GRANTING DEBTOR'S APPLICATION TO EMPLOY
GEMSTONE HOTELS & RESORTS, LLC AS A CONSULTANT**

On December 3, 2009, the Application of Easy Street Partners, LLC (the "Application,"

Docket No. 160 herein), for an order authorizing Easy Street Partners, LLC (the "Debtor") to

SLC_505791.1

**Filed: 12/03/09**

employ Gemstone Hotels & Resorts, LLC ("Gemstone") as a consultant to consult with and

advise the Debtor and its proposed co-manager BDRC 4 Site, LLC, effective as of November 13,

2009, came before the Court for hearing.  Appearances were made as noted on the record of the

hearing.  The Court made its findings and conclusions on the record of the hearing, which

findings and conclusions are hereby incorporated into this Order.

Now, therefore, IT IS HEREBY ORDERED:

1.      The Application is granted.

2.      The Debtors are authorized to retain and employ Gemstone as a consultant as set

forth in the Application.

3.      Gemstone shall be compensated for its services and reimbursed for any related

expenses in accordance with the Consulting Services Agreement submitted as Exhibit 1 to the

Application, subject to any other or further orders of the Court.

4.      On or before the fifteenth (15th) calendar day of each month for which Gemstone

is engaged, the Debtor shall file with the Court a report describing, on a project basis, the

services performed by Gemstone during the prior month.

5.      A final application seeking final approval of amounts paid to or requested by

Gemstone shall be filed with the Court and noticed to parties in interest.

-------------------END OF ORDER---------------------

2

SLC_505791.1

## CLERK'S CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Order Granting Debtor's

Application to Employ Gemstone Hotels & Resorts, LLC as a Consultant was served via first-

class mail, postage prepaid, on the _____ day of December, 2009, on the following:

| | |
|---|---|
| Michael V. Blumenthal<br>Crowell & Moring LLP<br>590 Madison Avenue, 20th Floor<br>New York, NY  10022 | Lon A. Jenkins<br>Jones Waldo Holbrook & McDonough<br>170 South Main Street, Suite 1500<br>Salt Lake City, UT  84101 |
| Kenneth L. Cannon II<br>Durham Jones & Pinegar, P.C.<br>P O Box 4050<br>Salt Lake City, UT  84110-4050 | Adelaide Maudsley<br>Chapman & Cutler LLP<br>201 South Main Street, Suite 2000<br>Salt Lake City, UT  84111-2298 |
| Steven J. McCardell<br>Durham Jones & Pinegar, P.C.<br>P O Box 4050<br>Salt Lake City, UT  84110-4050 | Annette W. Jarvis, Esq.<br>Dorsey & Whitney LLP<br>136 South Main Street, Suite 1000<br>Salt Lake City, UT  84101-1685 |
| John T. Morgan<br>Office of the United States Trustee<br>405 South Main Street, Suite 300<br>Salt Lake City, UT 84111 | Richard W. Havel, Esq.<br>Sidley Austin LLP<br>555 West Fifth Street<br>Los Angeles, CA  90013-1010 |

_____

3

SLC_505791.1