**The below described is SIGNED.**

**Dated: December 04, 2009**

*R. Kimball Mosier* (signature)

**R. KIMBALL MOSIER**
**U.S. Bankruptcy Judge**



_____

Kenneth L. Cannon II (kcannon@djplaw.com) (3705)
Steven J. McCardell (smccardell@djplaw.com) (2144)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT  84110-4050
Telephone:  (801) 415-3000/Fax:  (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com) (admitted pro hac vice )
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY  10022
Telephone:  (212) 223-4000/Fax:  (212) 223-4134

Counsel for Debtors and Debtors in Possession

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: | |
| EASY STREET HOLDING, LLC, *et al.*, | Bankruptcy Case No. 09-29905 |
| | Jointly Administered with Cases |
| | 09-29907 and 09-29908 |
| Address:  201 Heber Avenue | Chapter 11 |
| Park City, UT 84060 | |
| | Honorable R. Kimball Mosier |
| Tax ID Numbers: | |
| 35-2183713 (Easy Street Holding, LLC), | |
| 20-4502979 (Easy Street Partners, LLC), and | **[FILED ELECTRONICALLY]** |
| 84-1685764 (Easy Street Mezzanine, LLC) | |

### ORDER GRANTING DEBTOR'S APPLICATION TO EMPLOY
### GEMSTONE HOTELS & RESORTS, LLC AS A CONSULTANT

On December 3, 2009, the Application of Easy Street Partners, LLC (the "Application,"

Docket No. 160 herein), for an order authorizing Easy Street Partners, LLC (the "Debtor") to

SLC_505791.1

**Filed: 12/03/09**

employ Gemstone Hotels & Resorts, LLC ("Gemstone") as a consultant to consult with and advise the Debtor and its proposed co-manager BDRC 4 Site, LLC, effective as of November 13, 2009, came before the Court for hearing. Appearances were made as noted on the record of the hearing. The Court made its findings and conclusions on the record of the hearing, which findings and conclusions are hereby incorporated into this Order.

Now, therefore, IT IS HEREBY ORDERED:

1. The Application is granted.

2. The Debtors are authorized to retain and employ Gemstone as a consultant as set forth in the Application.

3. Gemstone shall be compensated for its services and reimbursed for any related expenses in accordance with the Consulting Services Agreement submitted as Exhibit 1 to the Application, subject to any other or further orders of the Court.

4. On or before the fifteenth (15th) calendar day of each month for which Gemstone is engaged, the Debtor shall file with the Court a report describing, on a project basis, the services performed by Gemstone during the prior month.

5. A final application seeking final approval of amounts paid to or requested by Gemstone shall be filed with the Court and noticed to parties in interest.

-------------------END OF ORDER---------------------

SLC_505791.1

## CLERK'S CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Order Granting Debtor's Application to Employ Gemstone Hotels & Resorts, LLC as a Consultant was served via first-class mail, postage prepaid, on the _____ day of December, 2009, on the following:

Michael V. Blumenthal
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY  10022

Kenneth L. Cannon II
Durham Jones & Pinegar, P.C.
P O Box 4050
Salt Lake City, UT  84110-4050

Steven J. McCardell
Durham Jones & Pinegar, P.C.
P O Box 4050
Salt Lake City, UT  84110-4050

John T. Morgan
Office of the United States Trustee
405 South Main Street, Suite 300
Salt Lake City, UT 84111

Lon A. Jenkins
Jones Waldo Holbrook & McDonough
170 South Main Street, Suite 1500
Salt Lake City, UT  84101

Adelaide Maudsley
Chapman & Cutler LLP
201 South Main Street, Suite 2000
Salt Lake City, UT  84111-2298

Annette W. Jarvis, Esq.
Dorsey & Whitney LLP
136 South Main Street, Suite 1000
Salt Lake City, UT  84101-1685

Richard W. Havel, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA  90013-1010

_____

3

SLC_505791.1