So Ordered 12/8/2009

*R. Kimball Mosier*

Kenneth L. Cannon II (kcannon@djplaw.com) (3705)
Steven J. McCardell (smccardell@djplaw.com) (2144)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT 84110-4050
Telephone: (801) 415-3000/Fax: (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com) (admitted pro hac vice )
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 223-4000/Fax: (212) 223-4134

Counsel for Debtors and Debtors in Possession

RECEIVED
DEC 0 8 2009
US BANKRUPTCY COURT
DISTRICT OF UTAH

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: | |
| EASY STREET HOLDING, LLC, *et al.*, | Bankruptcy Case No. 09-29905 Jointly Administered with Cases 09-29907 and 09-29908 |
| Address: 201 Heber Avenue Park City, UT 84060 | Chapter 11 |
| | Honorable R. Kimball Mosier |
| Tax ID Numbers: 35-2183713 (Easy Street Holding, LLC), 20-4502979 (Easy Street Partners, LLC), and 84-1685764 (Easy Street Mezzanine, LLC) | [FILED ELECTRONICALLY] |

### ORDER GRANTING DEBTOR'S APPLICATION TO EMPLOY
### APPRAISAL GROUP, INC. AS EXPERT APPRAISERS

The Application of Easy Street Partners, LLC (the "Application"), for an order

authorizing Easy Street Partners, LLC (the "Debtor") to employ Appraisal Group Inc. and Paul

SLC_508201.1

W. Throndsen ("AGI") as appraiser experts for the Debtor pursuant to 11 U.S.C.C. § 327(a) and Bankruptcy Rule 2014, effective as of October 23, 2009, came before the Court for hearing. Appearances were made as noted on the record of the hearing. The Court, having made its findings and conclusions on the record of the hearing, which findings and conclusions are hereby incorporated into this Order, hereby

ORDERS:

1. The Application is granted.

2. The Debtor is authorized to retain and employ AGI as expert appraisers as set forth in the Application.

3. AGI shall be compensated for its services for any related expenses in accordance with the Application, subject to any other or further orders of the Court.

--------------------END OF ORDER----------------------

SLC_508201.1

## CLERK'S CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Order Granting Debtor's Application to Employ Appraisal Group Inc. as Expert Appraisers was served via first-class mail, postage prepaid, on the ____ day of December, 2009, on the following:

Michael V. Blumenthal
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022

Kenneth L. Cannon II
Steven J. McCardell
Durham Jones & Pinegar, P.C.
P O Box 4050
Salt Lake City, UT 84110-4050

John T. Morgan
Office of the United States Trustee
405 South Main Street, Suite 300
Salt Lake City, UT 84111

Lon A. Jenkins
Jones Waldo Holbrook & McDonough
170 South Main Street, Suite 1500
Salt Lake City, UT 84101

_____