Kenneth L. Cannon II (kcannon@djplaw.com) (3705)
Steven J. McCardell (smccardell@djplaw.com) (2144)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT   84110-4050
Telephone:  (801) 415-3000/Fax:  (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com) (admitted pro hac vice)
Steven B. Eichel (seichel@crowell.com) (admitted pro hac vice)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY  10022
Telephone:  (212) 223-4000/Fax:  (212) 223-4134

Counsel for Debtors and Debtors in Possession

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | |
| EASY STREET HOLDING, LLC, *et al.*, ) | Bankruptcy Case No. 09-29905 |
| ) | Jointly Administered with Cases |
| Debtors. ) | 09-29907 and 09-29908 |
| ) | |
| Address:  201 Heber Avenue ) | Chapter 11 |
|              Park City, UT 84060 ) | |
| ) | Honorable R. Kimball Mosier |
| Tax ID Numbers: ) | |
| 35-2183713 (Easy Street Holding, LLC), ) | |
| 20-4502979 (Easy Street Partners, LLC), and ) | **[FILED ELECTRONICALLY]** |
| 84-1685764 (Easy Street Mezzanine, LLC) ) | |

**NOTICE OF HEARINGS IN ADVERSARY PROCEEDING NOS. 09-02422 AND 09-02735**

**PLEASE TAKE FURTHER NOTICE** that the Motion to Dismiss ( "BayNorth's Motion

to Dismiss") filed by BayNorth Realty Fund VI, LP ("BayNorth") in Adversary Proceeding No.

09-02422, and Debtors' Motion for (i) an Order Staying BayNorth's Prosecution of a

Massachusetts Action Pursuant to 11 U.S.C. § 105, and/or (ii) Extending the Automatic Stay

SLC_508807

Pursuant to Section 362 of the Bankruptcy Code (the "Debtors' Stay Motion") filed by Easy Street Partners, LLC, Easy Street Mezzanine, LLC, and Easy Street Holding, LLC (collectively, the "Debtors") in Adversary Proceeding No. 09-02735, will come on for hearing before the Honorable R. Kimball Mosier, United States Bankruptcy Judge, on **Tuesday, December 22, 2009, at 2:00 p.m., MST**, in his courtroom, Room 369 of the Frank E. Moss United States Courthouse, 350 South Main Street, Salt Lake City, Utah 84101. Hearing on the Debtors' Stay Motion was previously scheduled for hearing on Wednesday, December 16, 2009, at 3:00 p.m., MST and has been continued to the date noted.

**PLEASE TAKE NOTICE** that BayNorth and the Debtors have the following deadlines to file remaining briefs and memoranda with respect to BayNorth's Motion to Dismiss and the Debtors' Stay Motion. In Adversary Proceeding No. 09-02422, BayNorth will file its reply to the Debtors' response to BayNorth's Motion to Dismiss no later than Wednesday, December 16, 2009. In Adversary Proceeding No. 09-02735, BayNorth will respond to the Debtors' Stay Motion no later than Wednesday, December 16, 2009 and the Debtors will file their reply to this response no later than Monday, December 21, 2009, at 12:00 noon, MST.

DATED: December 10, 2009

                                                DURHAM JONES & PINEGAR, P.C.

                                By: /s/ Kenneth L. Cannon II
                                            Kenneth L. Cannon II (kcannon@djplaw.com)(3705)
                                            Steven J. McCardell (smccardell@djplaw.com)(2144)

                                            Michael V. Blumenthal (mblumenthal@crowell.com)
                                              (admitted pro hac vice)
                                            CROWELL & MORING LLP

                                            Counsel for Debtors and Debtors in Possession

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of December, 2009, I caused to be served the Notice of Hearings in Adversary Proceeding Nos. 09-02422 and 09-02735 via ECF notification, electronic mail and/or first-class mail, postage prepaid as listed on the attached pages.

　　　　　　　　　　　　　　　　　　　　　　　 /s/   Kristin Hughes

**ECF Notification**

- Troy J. Aramburu    taramburu@joneswaldo.com, sglendening@joneswaldo.com; rbush@joneswaldo.com

- Scott A. Cummings    cummings.scott@dorsey.com

- Mary Margaret Hunt    hunt.peggy@dorsey.com, wardle.gay@dorsey.com

- Annette W. Jarvis    jarvis.annette@dorsey.com, smith.ron@dorsey.com; slc.lit@dorsey.com;brown.patricia@dorsey.com

- Lon A. Jenkins    lajenkins@joneswaldo.com, krichardson@joneswaldo.com; ecf@joneswaldo.com;sglendening@joneswaldo.com

- Michael R. Johnson    mjohnson@rqn.com, agale@rqn.com

- Anthony C. Kaye    kaye@ballardspahr.com

- Benjamin J. Kotter    kotter.benjamin@dorsey.com

- Adelaide Maudsley    maudsley@chapman.com, jemery@chapman.com

- John T. Morgan tr    john.t.morgan@usdoj.gov, james.gee@usdoj.gov

- David W. Overholt    doverholt@rsolaw.com, abachman@rsolaw.com

- Jeffrey L. Shields    jlshields@cnmlaw.com, njpotter@cnmlaw.com

- Jeffrey Weston Shields    jshields@joneswaldo.com, sglendening@joneswaldo.com

- United States Trustee    USTPRegion19.SK.ECF


**Electronic Mail**

Securities & Exchange Commission
Attn: Bankruptcy Dept.
44 Montgomery St # 1100
San Francisco, CA 94104-4613
sanfrancisco@sec.gov

Utah Department of Workforce Services
P O Box 45249
Salt Lake City, UT 84145-0249
dwscontactus@utah.gov

West LB AG, New York Branch
Attn: Christian Ruehmer
1211 Avenue of the Americas, 24th Flr
New York, NY 10036
christian_ruehmer@westlb.com

West LB AG, New York Branch
Attn: Duncan Robertson
1211 Sixth Avenue, 25th Floor
New York, NY 10036-8705
duncan_robertson@westlb.com

SLC_508807

West LB AG, New York Branch
Attn: Jeff Nelson
1211 Sixth Avenue, 25th Floor
New York, NY  10036-8705
jeff_nelson@westlb.com

West LB AG, New York Branch
Attn: James Winikor
1211 Sixth Avenue, 25th Floor
New York, NY  10036-8705
james_winikor@westlb.com

William D. Ellis, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA  90013
wellis@sidley.com

Richard W. Havel, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA  90013
rhavel@sidley.com

Drew A. Norman, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA  90013
danorman@sidley.com

Christina M. Craige, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA  90013
ccraige@sidley.com

BayNorth Capital, LLC
Attn: Charles J. Flint
One Financial Center, Floor 23
Boston, MA  02111-2621
cflint@baynorthcapital.com

Christopher B. Barker, Esq.
Goodwin Procter LLP
53 State Street
Boston, MA  02109
cbarker@goodwinprocter.com

Anthony S. Fiotto
Goodwin Procter LLP
53 State Street
Boston, MA  02109
afiotto@goodwinprocter.com

Eric D. Lemont
Goodwin Procter LLP
53 State Street
Boston, MA  02109
elemont@goodwinprocter.com

Timothy G. Little, Esq.
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY  10022-2585
tim.little@kattenlaw.com

Sheri P. Chromow, Esq.
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY  10022-2585
sheri.chromow@kattenlaw.com

David Wickline
17575 Fitzpatrick Land
Occidental, CA 95465
wicklinedavid@cs.com

Shaner Design, Inc.
614 Main Street, Suite 404
PO Box 4560
Park City, UT 84060
trs@shanerdesign.com

Elliott Workgroup
Attn: Craig Elliott
P O Box 3419
Park City, UT  84060-3419
celliott@elliottworkgroup.com

Michael V. Blumenthal
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
mblumenthal@crowell.com

Steven B. Eichel
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
seichel@crowell.com

Bruce J. Zabarauskas
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
bzabarauskas@crowell.com

Brian W. Harvey
Goodwin Procter LLP
The New York Time Building
620 Eighth Avenue
New York, NY 10018-1405
bharvey@goodwinprocter.com

Joseph E. Wrona
Wrona Law Offices, P.C.
1745 Sidewinder Drive
Park City, UT  84060
wrona@wasatchlaw.com

A.W. Marshall Company
PO Box 16127
Salt Lake City, UT 84116-0127

ACME Thread Ware
6436 N Business Park Loop Rd.
Park City, UT 84098-6233

ADT Security Services Inc
PO Box 371956
Pittsburgh, PA 15250-7956

ALC Snow Removal
PO Box 680442
Park City, UT 84068-0442

AT&T Mobility
PO Box 6463
Carol Stream, IL 60197-6463

ATIV Corporation
722 Nardo Rd
Encinitas, CA 92024

AXIS Group
84 Route 347
Port Jefferson Station, NY 11767

Aetna
PO Box 894938
Los Angeles, CA 90189-4938

Air Filter Sales & Service Inc
255 West 2950 South
Salt Lake City, UT 84115-3443

Albert Ulster Imports, Inc.
PO Box 770
Gaithersburg, MD 20884-0770

Alchemy Ventures Trust
17575 Fitzpatrick Lane
Occidental, CA 95465-9355

Alliance Abroad Group LP
1221 South Mopac Expressway, Suite 100
Austin, TX 78746

Alpine Adventures
3020 North Federal Highway # 10
Fort Lauderdale, FL 33306

American Express Travel Relate
2840 South 123rd Court
Omaha, NE 68144

American Ski & Board Association
686 NW York
Bend, OR 97701

All-Pro Cleaning Systems, Inc.
166 West Cottage Avenue
Sandy, UT 84070-1433

Allen Distribution Services
3247 South 3690 West
West Valley City, UT 84120-2150

Allied Waste Services
PO Box 78829
Phoenix, AZ 85062-8829

Alsco
PO Box 25717
Salt Lake City, UT 84125-0717

American Express
PO Box 53852
Phoenix, AZ 85072-3852

American Express Travel
2421 West Peoria Avenue
Phoenix, AZ 85029-4939

American Hotel Register CO
16458 Collections Center Drive
Chicago, IL 60693-0001

American Liberty Insurance
3601 N University Ave Suite 100
Provo, UT 84604-6600

Appliance Sales & Service
PO Box 670
55 E Center St., Suite 140
Heber City, UT 84032-1946

Troy J. Aramburu
Jones Waldo Holbrook & McDonough
170 South Main Street, Suite 1500
Salt Lake City, UT 84101-1644

Arctic Spas/ Spagoods.com
4575 N. Silver Springs Dr
Park City, UT 84098-7536

BDRC 4 Site, LLC
Attn: Brian W. Dorsey
305 NE Loop 820, St. 109
Hurst, TX 76053-7211

BJ Plumbing Supply
1470 South State
Orem, UT 84097-7704

BTC Rob Stevenson
957 East 1300 South
Salt Lake City, UT 84105-1856

Baker Tile Co
1434 West 8040 South
West Jordan, UT 84088-9459

| | | |
|---|---|---|
| Bay North Capital, LLC<br>Attn: Charles J. Flint<br>One Financial Center, Floor 23<br>Boston, MA 02111-2621 | Michael V. Blumenthal<br>Crowell & Moring LLP<br>590 Madison Avenue, 20th Floor<br>New York, NY 10022-2544 | Business Technology Consulting<br>Rob Stevenson<br>957 East 1300 South<br>Salt Lake City, UT 84105 |
| Christine M. Craige, Esq.<br>Sidley Austin LLP<br>555 West Fifth Street<br>Los Angeles, CA 90013-1010 | Christopher B. Barker, Esq.<br>Goodwin Proctor LLP<br>53 State Street<br>Boston, MA 02109-2881 | Bellows Glass<br>76 West 200 South<br>Heber City, UT 84032-2005 |
| Bevco2<br>651 West 600 South<br>Salt Lake City, UT 84104-1015 | Big Four Distributing, Inc<br>304 East 900 South<br>Provo, UT 84606-7316 | Bill & Carrie Shoaf<br>4780 Winchester Court<br>Park City, UT 84098-7528 |
| CBIZ<br>175 S West Temple, Suite 650<br>Salt Lake City, UT 84101-1422 | Child Support Services<br>ORS PO Box 45011<br>Salt Lake City, UT 84145-0011 | Cintas Corporation<br>97627 Eagle Way<br>Chicago, IL 60678-7627 |
| CloudNine Resorts SL- Development<br>PO Box 683300<br>Park City, UT 84068-3300 | CloudNine Resorts SL- Management<br>PO Box 683300<br>Park City, UT 84068-3300 | Colorado Casualty Insurance Co<br>PO Box 85627<br>San Diego, CA 92186-5627 |
| Comcast<br>PO Box 34744<br>Seattle, WA 98124-1744 | CoolWorks.com<br>PO Box 272<br>Gardiner, MT 59030-0272 | Committee of Unsecured Creditors<br>Jones Waldo Holbrook & McDonough<br>170 South Main Street, Suite 1500<br>Salt Lake City, UT 84101-1644 |
| Corbin B. Gordon<br>Corbin B. Gordon, P.C.<br>345 West 600 South<br>Heber City, UT 84032-2247 | Scott A. Cummings<br>Dorsey & Whitney LLP<br>136 South Main Street, Suite 1000<br>Salt Lake City, UT 84101-1685 | Curb It Recycling<br>PO Box 681397<br>Park City, UT 84068-1397 |
| Cushman & Wakefield<br>50 Broad Street<br>New York, NY 10004-2307 | David Wickline<br>17575 Fitzpatrick Lane<br>Occidental, CA 95465-9355 | Dex West<br>PO Box 79167<br>Phoenix, AZ 85062-9167 |
| Diamond Rental<br>4518 South 500 West<br>Salt Lake City, UT 84123-3694 | Drew A. Norman, Esq.<br>Sidley Austin LLP<br>555 West Fifth Street<br>Los Angeles, CA 90013-1010 | EM Systems<br>PO Box 540783<br>North Salt Lake, UT 84054-0783 |
| Easy Street Holding, LLC<br>4780 Winchester Court<br>Park City, UT 84098-7528 | Easy Street Mezzanine, LLC<br>4780 Winchester Court<br>Park City, UT 84098-7528 | Easy Street Partners, LLC<br>4780 Winchester Court<br>Park City, UT 84098-7528 |

Ecolab
PO Box 100512
Pasadena, CA 91189-0512

Ecolab Pest Elim. Div
PO Box 6007
Grand Forks, ND 58206-6007

Steven B. Eichel
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY  10022-2544


Elliott Workgroup LLC
Attn:  Craig Elliott
P O Box 3149
Park City, UT  84060-3149

Fast Patch
2257 Greens Lane
Spanish Fork, UT 84660-9599

FedEx
PO Box 7221
Pasadena, CA 91109-7321


Anthony S. Fiotto
Goodwin Proctor LLP
53 State Street
Boston, MA  02109-2881

Five 9's Communication
PO Box 348
Roy, UT 84067-0348

Fog River Fisheries
9554 Wells Circle, Suite A
West Jordan, UT  84081


Frank Rimerman & Co. LLP
60 South Market Street
San Jose, CA 95113-2351

Fuelman
PO Box 105080
Atlanta, GA 30348-5080

Gateway Center, LLC
c/o Commerce
32 West 200 South, Suite 501
Salt Lake City, UT  84101


Gemstone Hotels & Resorts, LLC
Attn:  Jeff McIntyre, Principal
1912 Sidewinder Drive, # 104
Park City, UT  84060

General Chemical
PO Box 533195
Charlotte, NC 28290-3195

Gentry Finance
386 South State Street
Orem, UT 84058-5424


Get Fresh
1548 18th Street
Santa Monica, CA  90404

Goodrich & Thomas, CPAs
3200 Park Center Drive Suite 1170
Costa Mesa, CA  92626-7153

Grazo Electric
PO Box 1196
Midway, UT 84049-1196


Gunthers Comfort Air
81 South 700 East
American Fork, UT 84003-2158

HD Supply Facilities Maintenance
PO Box 509058
San Diego, CA 92150-9058

Brian W. Harvey
Goodwin Proctor LLP
The New York Times Building
620 Eighth Avenue
New York, NY  10018-1618


Home Depot Credit Services
PO Box 6031
The Lakes, NV 88901-6031

Hood Cleaners of Utah
PO Box 342
Riverton, UT 84065-0342

Hotel Amenities Resources LLC
2000 Van Ness Avenue Suite 801
San Francisco, CA 94109-3023


Mary Margaret Hunt
Dorsey & Whitney LLP
136 South Main Street, Suite 1000
Salt Lake City, UT  84101-1685

Innovative Body Science
6350 Yarrow Drive Suite D
Carlsbad, CA 92011-1544

Intermountain Drug Testing
PO Box 9800
Salt Lake City, UT 84109-9800


Internal Revenue Service
Centralized Insolvency Operations
P O Box 21126
Philadelphia, PA  19114-0326

Ion Cibuc
7 Kafern Drive Apt 1-D
Baltimore, MD 21207-4383

Jacobsen Construction
PO Box 27608
Salt Lake City, UT 84127-0608

Jacobsen National Group, Inc.
c/o Michael R. Johnson, Esq.
Ray Quinney & Nebeker
36 South State Street, Suite 1400
Salt Lake City, UT  84111-1451

Annette W. Jarvis, Esq.
Dorsey & Whitney LLP
136 South Main Street, Suite 1000
Salt Lake City, UT  84101-1685

Lon A. Jenkins
Jones Waldo Holbrook & McDonough
170 South Main Street, Suite 1500
Salt Lake City, UT  84101-1644

Michael R. Johnson, Esq.
Ray Quinney & Nebeker
36 South State Street, Suite 1400
P O Box 45385
Salt Lake City, UT  84145-0385

KBIi Properties, LP
PO Box 680464
Park City, UT 84068-0464

Kaba Ilco, Inc
PO Box 12553 Succ Centre Ville
Montreal, QC H3C-6R1
CANADA

Anthony C. Kaye
Ballard Spahr Andrews & Ingersoll, LLP
201 South Main Street, Suite 600
Salt Lake City, UT  84111-2212

Benjamin J. Kotter
Dorsey & Whitney LLP
136 South Main Street, Suite 1000
Salt Lake City, UT  84101-1685

Klehr, Branzburg & Ellers LLP
260 South Broad St,
Philadelphia, PA 19102-5021

La Monica's Restaurant Equipment
6211 South 380 West
Murray, UT 84107-3309

Eric D. Lemont
Goodwin Proctor LLP
53 State Street
Boston, MA  02109-2881

Les Olson Company
PO Box 65598
Salt Lake City, UT 84165-0598

Liquor Leasing & Service, L.C.
9283 South Jean Drive
Sandy, UT  84070-6254

Living Creations Inc
2163 E Lambourne Ave
Salt Lake City, UT 84109-2454

Luxury Residence Group
Attn:  Carrie Shoaf
693 Main Street
P O Box 1225
Park City, UT  84060

M & M Distributing
531 West 600 North
Salt Lake City, UT 84116-3430

Market Metrix
990 A Street Suite 301
San Rafael, CA 94901-3000

Adelaide Maudsley
Chapman & Cutler LLP
201 South Main Street, Suite 2000
Salt Lake City, UT  84111-2298

McGladrey and Pullin
Attn:  Jan Riend
One South Wacker Drive, Suite 800
Chicago, IL 60606-4650

Media One of Utah
4770 South 5600 West
West Valley City, UT  84170-4005

Merrit & Harris
301 E Glenoaks Blvd. Suite 4,
Glendale CA 91207-2115

Michael & Nilda Chang
16 Morning Sky Lane
Las Vegas, NV 89135-7860

Millcreek Consulting
3017 E Kempner Rd.
Salt Lake City UT 84109-3654

Money 4 You & Mr. Money
498 North 900 West # 230
Kaysville, UT 84037-4213

John T. Morgan Tr
US Trustees Office
405 South Main Street, Suite 300
Salt Lake City, UT  84111-3402

Mountain Valley Temperature Control
PO Box 429
Pleasant Grove, UT 84062-0429

Muir Copper Canyon Farms
PO Box 26775
Salt Lake City, UT 84126-0775

Muzak LLC
PO Box 71070
Charlotte, NC 28272-1070

Open Table Inc
PO Box 49322
San Jose, CA  95161-9322

Pacific Seafood - Utah
c/o Pacific Seafood Co.
P O Box 842757
Boston, MA 02284-2757

Park Avenue Travel
11 Park Avenue
Swarthmore, PA 19081

Park City I, LLC
166 Duane Street
New York, NY 10013-3398

Park City Surveying
P O Box 682993
Park City, UT 84068-2993

Philo Smith Jr. Trust
684 Glenneyre Street
Laguna Beach, CA 92651-2420

Par Springer-Miller System, Inc
782 Mountain Road
PO Box 1547
Stowe, VT 05672-1547

Park City Auto Parts/Hardware
PO Box 244
Heber City, UT 84032-0244

Park City Municipal Corp.
PO Box 1480
Park City, UT 84060-1480

Park City Water
PO Box 1480
Park City, UT 84060-1480

Park City WinElectric
PO Box 681729
Park City, UT 84068-1729

Patricia Wagner
PO Box 680322
Park City, UT 84068-0322

PayChex Human Resources Services
PO Box 29769
New York, NY 10087-9769

Peak Mobile Communications
4910 South Warehouse Road
Salt Lake City, UT 84118-6354

Peets Coffee & Tea
PO Box 12509
Berkeley, CA 94712-3509

Pitney Bowes
PO Box 856390
Louisville, KY 40285-6390

Plaza Dry Cleaners
PO Box 770-361
Park City UT 84060

Porter Paint
1268 South 500 West
Salt Lake City, UT 84101-3019

Proforma
PO Box 51925
Los Angeles, CA 90051-6225

Protravel International
14130 Riverside Drive
Sherman Oaks, CA 91423-2313

Protravel International Inc
515 Madison Ave 10th Floor
New York, NY 10022-5403

Questar Gas Company
PO Box 45360
Salt Lake City, UT 84145-0360

Qwest
Attn: Bankruptcy Department
PO Box 29039
Phoenix, AZ 85038-9039

Qwest
Attn: Jane Frey
1801 California Street, Room 900
Denver, CO 80202-2609

Qwest Long Distance Business Services
PO Box 856169
Louisville, KY 40285-6169

Renegade Oil Inc
1141 South 3200 West
Salt Lake City, UT 84104-4562

Revco Leasing
PO Box 65598
Salt Lake City, UT 84165-0598

Richard W. Havel, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013-1010

Rimmerman
One Embarcadero Center, Suite 2410
San Francisco, CA 94111-3737

PacifiCorp
Attn: Bankruptcy
P O Box 25308
Salt Lake City, UT 84125-0308

RussWoods LLC
5148 Silver Springs Road
Park City, UT 84098-6034

SL Convention & Visitors Bureau
90 South West Temple
Salt Lake City, UT 84101-1406

Schindler Elevator Corporation
PO Box 93050
Chicago, IL 60630

Securities & Exchange Commission
Attn:  Bankruptcy Dept.
44 Montgomery St # 1100
San Francisco, CA 94104-4613

Sentry West Insurance Services
PO Box 9289
Salt Lake City, UT 84109-9289

Shaner Design, Inc.
614 Main Street, Suite 404
PO Box 4560
Park City, UT 84060-4560

Sheri P. Chromow, Esq.
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY  10022-2585

Jeffrey L. Shields
Callister Nebeker & McCullough
10 East South Temple, Suite 900
Salt Lake City, UT  84133-1101

Jeffrey Weston Shields
Jones Waldo Holbrook & McDonough
170 South Main Street, Suite 1500
Salt Lake City, UT  84101-1644

Shift4 Corporation
1491 Center Crossing Rd
Las Vegas, NV 89144-7047

Shoes For Crews, LLC
File LockBox 51151
Los Angeles, CA 90074-1151

Squire
Attn:  Ray Chipman
1329 South 800 East
Orem, UT 84097-7700

Standard Plumbing Supply
PO Box 708490
Sandy, UT 84070

Staples Credit Plan
Dept 51-7861136819
PO Box 689020
Des Moines, IA 50368-9020

State Office of Recovery Services
515 East 100 South
P O Box 45033
Salt Lake City, UT  84145-0033

State of Utah
Office of the Attorney General
Tax & Revenue Division
P O Box 40874
Salt Lake City, UT  84114-0874

Step Saver Inc.
1901 West 2425 South
Wood Cross, UT 84087-2463

Stone Ground Bakery
PO Box 581078
Salt Lake City, UT 84158-1078

Summit Business Services
Attn:  Chipper Leonard
4130 Hilltop Court
Park City, UT  84098-4715

Summit County Assessor
PO Box 128
Coalville, UT 84017-0128

Summit County Treasurer
60 North Main
PO Box 128
Coalville, UT  84017

Summit County Public Health Dept
Environmental Laboratory
PO Box 128
Coalville, UT 84017-0128

Sundance Partners, Ltd.
c/o Ballard Spahr
201 South Main Street, Suite 800
Salt Lake City, UT  84111-2212

Swire Coca-Cola USA
PO Box 1410
Draper, UT 84020-1410

Sysco Intermountain Food Service
Attn:  Steve Lewis
PO Box 27638
Salt Lake City, UT 84127-0638

Sysco Intermountain Food Services, Inc.
c/o David W. Overholt
Richer & Overholt, PC
901 West Baxter Drive
South Jordan, UT  84095-8687

Target Labels & Packaging
40 West 3800 North
Hyde Park, UT 84318-4114

N. Allen Taylor
Taylor Capital Management
6641 North Paseo Tamayo
Tucson, AZ  85750

The Chef's Garden
9009 Huron-Avery Road
Huron, OH 44839-2448

The Elevator Company
PO Box 736
Bountiful, UT 84011-0736

The Park Record
PO Box 3688
Park City, UT  84060

Paul W. Throndsen, MAI
Appraisal Group, Inc.
7396 South Union Park Ave., #301
Midvale, UT  84047

| | | |
|---|---|---|
| Timothy G. Little, Esq.<br>Katten Muchin Rosenman LLP<br>575 Madison Avenue<br>New York, NY  10022-2585 | USA Today<br>PO Box 79782<br>Baltimore, MD 21279-0782 | Union Square Home Owners Association<br>PO Box 683300<br>Park City UT 84068-3300 |
| United Fence Co.<br>PO Box 26933<br>2525 South 2700 West<br>Salt Lake City, UT 84119-1227 | Utah Dept-Alcoholic Beverage Control<br>1625 South 900 West<br>P O Box 30408<br>Salt Lake City, UT  84130-0408 | Utah Dept of Workforce Services<br>P O Box 45249<br>Salt Lake City, UT  84145-0249 |
| Utah State Tax Commission<br>Sales Tax<br>210 North 1950 West<br>Salt Lake City, UT  84134-0400 | Virtuoso, Ltd<br>PO Box 99358<br>Fort Worth, TX  76199-0358 | Wasatch Audio-Visual<br>PO Box 770 PMB282<br>Park City, UT 84060-0770 |
| Wasatch Meats<br>926 South Jefferson Street<br>Salt Lake City, UT 84101-2983 | Water Images<br>PO Box 571393<br>Murray, UT 84157-1393 | Water Reclamation District<br>2800 Homestead Rd<br>Park City, UT 84098-4869 |
| Wells Fargo Equipment Finance<br>NW-8178 PO Box 1450<br>Minneapolis, MN 55485-8178 | Wells Fargo Equipment Finance<br>733 Marquette Avenue Suite 700<br>Minneapolis, MN 55402-2316 | West LB AG, New York Branch<br>Attn:  Christian Ruehmer<br>1211 Avenue of the Americas, 24th Flr<br>New York, NY  10036-8705 |
| West LB AG, New York Branch<br>Attn:  Duncan Robertson<br>1211 Sixth Avenue, 25th Floor<br>New York, NY  10036-8705 | West LB AG, New York Branch<br>Attn:  Jeff Nelson<br>1211 Sixth Avenue, 25th Floor<br>New York, NY  10036-8705 | West LB AG, New York Branch<br>Attn:  James Winikor<br>1211 Sixth Avenue, 25th Floor<br>New York, NY  10036-8705 |
| Whitney Advertising & Design<br>6410 N Business Park Loop Rd<br>Suite H<br>Park City, UT 84098-6212 | William D. Ellis, Esq.<br>Sidley Austin LLP<br>555 West Fifth Street<br>Los Angeles, CA  90013 | Joseph E. Wrona<br>Wrona Law Office, P.C.<br>1745 Sidewinder Dr.<br>Park City, UT  84060 |
| Bruce J. Zabarauskas<br>Crowell & Moring LLP<br>590 Madison Avenue, 20th Floor<br>New York, NY  10022-2544 | | |