**The below described is SIGNED.**

**Dated: December 11, 2009**

R. KIMBALL MOSIER
U.S. Bankruptcy Judge



_____

Kenneth L. Cannon II (kcannon@djplaw.com) (3705)
Steven J. McCardell (smccardell@djplaw.com) (2144)
Jessica G. Peterson (jpeterson@djplaw.com) (11210)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT   84110-4050
Telephone:  (801) 415-3000/Fax:  (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com) (admitted pro hac vice)
Bruce J. Zabarauskas (bzabarauskas@crowell.com) (admitted pro hac vice)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY   10022
Telephone:  (212) 223-4000/Fax:  (212) 223-4134

Proposed Counsel for Debtors and Debtors in Possession

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re: | |
| EASY STREET HOLDING, LLC, *et al.*, | Bankruptcy Case No. 09-29905 |
| | Jointly Administered with Cases |
| | 09-29907 and 09-29908 |
| Address:  201 Heber Avenue | Chapter 11 |
| Park City, UT 84060 | |
| | Honorable R. Kimball Mosier |
| Tax ID Numbers: | |
| 35-2183713 (Easy Street Holding, LLC), | |
| 20-4502979 (Easy Street Partners, LLC), and | **[FILED ELECTRONICALLY]** |
| 84-1685764 (Easy Street Mezzanine, LLC) | |

**ORDER GRANTING *EX PARTE* MOTION FOR COUNSEL TO APPEAR
TELEPHONICALLY AT HEARINGS ON DECEMBER 14, 2009**

**Filed: 12/10/09**

Entered On Docket: 12/11/2009

The Court, having considered the "Ex Parte Motion for Counsel to Appear Telephonically at Hearings on December 14, 2009" (the "Motion") submitted by the Debtors, and good cause appearing,

IT IS HEREBY ORDERED THAT the Motion is GRANTED, and Michael V. Blumenthal of Crowell & Moring LLP is authorized to appear telephonically at the hearings on December 14, 2009 at 2:00 p.m. MDT.

_____

END OF DOCUMENT

ORDER SIGNED

## CLERK OF COURT CERTIFICATE OF SERVICE

  The undersigned hereby certifies that a copy of the foregoing Order Granting *Ex Parte* Motion for Counsel to Appear Telephonically at Hearings on December 14, 2009 was served via United States first class mail, postage prepaid, on this ____ day of _____, 2009 on the following:

Kenneth L. Cannon II
Steven J. McCardell
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT 84110-4050

Michael V. Blumenthal
Bruce J. Zabarauskas
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY 10022

Jeffrey W. Shields
Lon Jenkins
Troy J. Aramburu
Jones Waldo Holbrook & McDonough, PC
170 South Main Street, Suite 1500
Salt Lake City, UT 84101

John T. Morgan
Office of the United States Trustee
405 South Main Street, Suite 300
Salt Lake City, UT 84111

          _____

# CERTIFICATE OF NOTICE

```
District/off: 1088-2          User: lb              Page 1 of 1             Date Rcvd: Dec 11, 2009
Case: 09-29905                Form ID: pdfor1       Total Noticed: 7

The following entities were noticed by first class mail on Dec 13, 2009.
aty         +Bruce J. Zabarauskas,   Crowell & Moring LLp,   590 Madison Avenue, 20th Floor,
              New York, NY 10022-2544
aty          Kenneth L. Cannon, II,   Durham Jones & Pinegar,   111 East Broadway, Suite 900,   P O Box 4050,
              Salt Lake City, UT  84110-4050
aty         +Lon A. Jenkins,   Jones Waldo Holbrook & McDonough,   170 South Main St.,   Suite 1500,
              Salt Lake City, UT 84101-1644
aty         +Michael V. Blumenthal,   Crowell & Moring LLP,   590 Madison Avenue, 20th Floor,
              New York, NY 10022-2544
aty          Steven J. McCardell,   Durham Jones & Pinegar,   111 East Broadway, Suite 900,   P O Box 4050,
              Salt Lake City, UT  84110-4050
aty         +Troy J. Aramburu,   Jones Waldo Holbrook & McDonough PC,   170 South Main Street,   Suite 1500,
              Salt Lake City, UT 84101-1644
The following entities were noticed by electronic transmission on Dec 11, 2009.
aty         +Fax: 801-364-9127 Dec 11 2009 22:58:37     Jeffrey L. Shields,   Callister Nebeker & McCullough,
              Zions Bank Building, Suite 900,   10 East South Temple,   Salt Lake City UT 84133-1101
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 13, 2009**                        **Signature:** _/s/ Joseph Speetjens_