Jeffrey W. Shields (USB #2948)
Lon A. Jenkins (USB #4060)
Troy J. Aramburu (USB #10444)
**JONES WALDO HOLBROOK & McDONOUGH, PC**
170 South Main Street, Suite 1500
Salt Lake City, Utah 84101
Telephone: (801) 521-3200

*Counsel to Unsecured Creditors Committee*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re: | Bankruptcy No.09-29905 |
| **EASY STREET HOLDING, LLC et al.,**[1] | (Jointly Administered with Cases 09-29907 and 09-29908) |
| Debtors. | Chapter 11 |
| | Honorable R. Kimball Mosier |

### CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2009, a true and correct copy of the **Objection of the Unsecured Creditors' Committee to Joint Motion to Approve Amendments to Stipulation Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. § 363 and Granting Additional Adequate Protection to West LB, AG** was electronically filed with the United States Bankruptcy Court for the District of Utah and served via the Bankruptcy Court's ECF/CM system to the individuals listed at Exhibit A. In addition, the Objection was also served via First Class U.S. mail, postage prepaid, upon the individuals at the addresses listed at Exhibit B.

---

[1] The Debtor entities are Easy Street Holding, LLC, Easy Street Partners, LLC, and Easy Street Mezzanine, LLC.

913033.1

DATED this 14th day of December, 2009.

                                      Respectfully submitted,

**JONES WALDO HOLBROOK & McDONOUGH, P.C.**

/s/ Jeffrey W. Shields
Jeffery W. Shields
Lon A. Jenkins
Troy J. Aramburu

*Counsel to Unsecured Creditors' Committee*

# EXHIBIT A

913033.1

Kenneth L. Cannon (kcannon@djplaw.com, khughes@djplaw.com)

Scott A. Cummings (cummings.scott@dorsey.com)

Mary Margaret Hunt (hunt.peggy@dorsey.com, wardle.gay@dorsey.com)

Annette W. Jarvis (Jarvis.annette@dorsey.com, smith.ron@dorsey.com, slc.lit@dorsey.com, brown.patricia@dorsey.com)

Michael R. Johnson (mjohnson@rqn.com, agale@rqn.com)

Anthony C. Kaye (kaye@ballardspahr.com)

Benjamin J. Kotter (kotter.benjamin@dorsey.com)

Adelaide Maudsley (maudsley@chapman.com, jemery@chapman.com)

Steven McCardell (smccardell@djplaw.com, khughes@djplaw.com)

John T. Morgan (john.t.morgan@usdoj.gov, james.gee@usdoj.gov)

David W. Overholt (doverholt@rsolaw.com, abachman@rsolaw.com)

Jessica G. Peterson (jpeterson@djplaw.com)

Jeffrey L. Shields (jlshields@cnmlaw.com, njpotter@cnmlaw.com)

United States Trustee (USTPRegion19.SK.ECF@usdoj.gov)

907958.1

# EXHIBIT B

913033.1

U.S. Trustee
United States Trustee
Ken Garff Bldg.
405 South Main Street
Suite 300
Salt Lake City, UT 84111

John T. Morgan tr
US Trustees Office
Ken Garff Bldg.
405 South Main Street
Suite 300
Salt Lake City, Ut 84111

Kenneth L. Cannon, II
Jessica G Peterson
Steven J. McCardell
Durham Jones & Pinegar
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, UT 84110-4050

Joseph E. Wrona
WRONA LAW OFFICES, P.C.
1745 Sidewinder Drive
Park City, UT 84060

Bruce J. Zabarauskas
Michael V. Blumenthal
Steven B. Eichel
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022

Corbin B. Gordon
345 West 600 South, Suite 108
Heber City, UT 84032

Jacobsen Construction
P.O. Box 27608
Salt Lake City, Ut 84127-06080

Millcreek Consulting
3017 E. Kemper Road
Salt Lake City, UT 84109

Elliott Workshop Group
364 Main Street
Park City, UT 84060

Luxury Residence Group
693 Main Street
Park City, UT 84060

Klehr, Branzburg & Ellers LLP
260 South Broad Street
Philadelphia, PA 19102

Goodrich & Thomas, CPAs
3200 Park Center Drive, Suite 1170
Costa Mesa, CA 92626

CBIZ Accounting
175 South West Temple
Suite 650
Salt Lake City, UT 84111

Cushman & Wakefield
50 Broad Street
New York, NY 10004

Union Square Home Owners Assoc.
PO Box 683300
Park City, UT 84068

Gateway Center LLC
c/o Commerce CRG
PO Box 571530
Murray, UT 84157

Frank Rimerman & Co. LLP
60 South Market Street
San Jose, CA 951113

Shaner Design, Inc.
614 Main Street, Suite 404
PO Box 4560
Park City, UT 84060

Merrit & Harris
301 E Glenoaks Blvd. Suite 4,
Glendale CA 91207-2115

907958.1

Les Olson Company
PO Box 65598
Salt Lake City, UT 84165-0598

Park City Surveying
P O Box 682993
Park City, UT 84068-2993

Qwest
PO Box 29039
Phoenix, AZ 85038-9039

Staples Credit Plan
Dept 51-7861136819
PO Box 689020
Des Moines, IA 50368-9020

Five 9's Communication
PO Box 348
Roy, UT 84067-0348

Securities & Exchange Commission
Attn: Bankruptcy Dept.
44 Montgomery St. #1100
San Francisco, CA 94104-4613

Bill & Carrie Shoaf
4780 Winchester Court
Park City, UT 84098-7528

Timothy G. Little, Esq.
Sheri P. Chromow, Esq.
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY 10022-2585

David Wickline
17575 Fitzpatrick Lane
Occidental, CA 95465-9355

Utah Sales Tax Commission
Sales Tax
210 North 1950 West
Salt Lake City, UT 84134-0400

Pitney Bowes
PO Box 856390
Louisville, KY 40285-6390

FedEx
PO Box 7221
Pasadena, CA 91109-7321

Summit Business Service
1646 Fox Hollow Lane
Park City, UT 84098

Bay North Capital, LLC
Attn: Charles J. Flint
One Financial Center, Floor 23
Boston, MA 02111-2621

Brian W. Harvey
Goodwin Proctor LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1618

Christopher B. Barker, Esq.
Anthony S. Fiatto, Esq.
Eric D. Lamont, Esq.
Goodwin Proctor LLP
53 State Street
Boston, MA 02109-2881

Easy Street Holding, LLC
4780 Winchester Court
Park City, UT 84098-7528

Easy Street Mezzanine, LLC
4780 Winchester Court
Park City, UT 84098-7528

Easy Street Partners, LLC
4780 Winchester Court
Park City, UT 84098-7528

Utah Dept. of Workforce Services
PO Box 45249
Salt Lake City, UT 84145-0249

907958.1

West LB AG, New York Branch
Attn: Christian Ruehmer
1211 Ave. of the Americas, 24th Flr.
New York, NY 10036-8705

West LB AG, New York Branch
Attn: Duncan Robertson
1211 Ave. of the Americas, 24th Flr.
New York, NY 10036-8705

Appraisal Group, Inc.
Attn: Paul W. Throndsen, MAI
7396 S. Union Park Avenue, #301
Midvale, UT 84047

BDRC 4 Site. LLC
Attn: Bryan W. Dorsey
305 NE Loop 820, Ste 109
Hurst, TX 76053

West LB AG, New York Branch
Attn: Jeff Nelson
1211 Ave. of the Americas, 24th Flr.
New York, NY 10036-8705

West LB AG, New York Branch
Attn: James Winikor
1211 Ave. of the Americas, 24th Flr.
New York, NY 10036-8705

Gemstone Hotels & Resorts, LLC
Attn: Jeff McIntyre, Principal
1912 Sidewinder Drive, #104
Park City, UT 84060

Ambica Mohabir
Goodwin Procter LLP
Exchange Place
Boston, MA 02109