**The below described is SIGNED.**

**Dated: December 15, 2009**

_____
**R. KIMBALL MOSIER**
**U.S. Bankruptcy Judge**

_____

**WRONA LAW OFFICES, P.C.**
Joseph E. Wrona (#8746)
1745 Sidewinder Drive
Park City, Utah 84060
Telephone: (435) 649-2525
Facsimile: (435) 649-5959

*Proposed Special Counsel for Debtors*

---

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>EASY STREET HOLDING, LLC, *et al.*,<br><br>       Debtors.<br><br>Address:  201 Heber Avenue<br>              Park City, UT 84060<br><br>Tax ID Numbers:<br>35-2183713 (Easy Street Holding, LLC),<br>20-4502979 (Easy Street Partners, LLC), and<br>84-1685764 (Easy Street Mezzanine, LLC) | Bankruptcy Case No. 09-29905<br>Jointly Administered with Cases<br>09-29907 and 09-29908<br><br>Chapter 11<br><br>Honorable R. Kimball Mosier<br><br>[FILED ELECTRONICALLY] |

### ORDER APPROVING DEBTORS' EMPLOYMENT OF WRONA LAW OFFICES, P.C. AS SPECIAL COUNSEL PURSUANT TO 11 U.S.C. § 327(e)

The Application (the "Application") of Easy Street Holding, LLC, Easy Street

Mezzanine, LLC and Easy Street Partners, LLC, debtors and debtors in possession (collectively,

the "Debtors"), filed October 19, 2009, for entry of an order authorizing the Debtors to employ

Wrona Law Offices, P.C. ("Wrona Law Offices") as special counsel effective as of

Filed: 12/02/09

September 14, 2009, the petition date in these cases, pursuant to 11 U.S.C. §327(e), and Rules 2014 and 5002 of the Federal Rules of Bankruptcy Procedure, came on for hearing as scheduled on November 24, 2009.  Appearances were made as noted on the record.  The Court, having considered the Application, the declaration of Joseph E. Wrona filed October 19, 2009, in support of the Application, the objection of the Unsecured Creditors Committee to the Application, and the arguments of counsel and evidence presented and/or proffered; having found that notice of the Application is sufficient and that Wrona Law does not represent or hold an interest adverse to any of the Debtors or their estates; and having made additional findings and conclusions on the record which are by this reference incorporated herein, and good cause appearing therefor, hereby

ORDERS:

1. The Application is granted.

2. The Debtor's employment of Wrona Law Offices for the special purposes of representing and advising the Debtors with regard to corporate governance issues, the complex relationships within the Debtors organization and between the Debtors and fractional unit homeowners, and with respect to participating in the negotiation and structuring of debtor in possession financing, as set forth in the Application, is approved, effective as of September 14, 2009, the Debtors' petition date, on the terms set forth in the Application.

3. Wrona Law Offices shall be compensated for its services in this case and reimbursed for associated expenses in accordance with the applicable provisions of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and any future orders of this Court,

3

and all compensation and reimbursement allowed to Wrona Law Offices shall be an administrative expense of this Chapter 11 case.

*  *  *  *  **END OF ORDER**  *  *  *  *



## CLERK'S CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing Order Approving Debtor's Employment of Wrona Law Offices, P.C. as Special Counsel Pursuant to 11 U.S.C. § 327(e) was served via first-class mail, postage prepaid, on the ____ day of _____, 2009, on the following:

Michael V. Blumenthal
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY  10022

Kenneth L. Cannon II
Durham Jones & Pinegar, P.C.
P O Box 4050
Salt Lake City, UT  84110-4050

Steven J. McCardell
Durham Jones & Pinegar, P.C.
P O Box 4050
Salt Lake City, UT  84110-4050

Jeffrey W. Shields
Jones Waldo Holbrook & McDonough
170 South Main Street, Suite 1500
Salt Lake City, UT  84101

Lon A. Jenkins
Jones Waldo Holbrook & McDonough
170 South Main Street, Suite 1500
Salt Lake City, UT  84101

John T. Morgan
Office of the United States Trustee
405 South Main Street, Suite 300
Salt Lake City, UT 84111

Joseph E. Wrona
Wrona Law Offices, P.C.
1745 Sidewinder Drive
Park City, UT  84060

                                              _____