Kenneth L. Cannon II (kcannon@djplaw.com) (3705)
Steven J. McCardell (smccardell@djplaw.com) (2144)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT 84110-4050
Telephone: (801) 415-3000/Fax: (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com) (admitted pro hac vice)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 223-4000/Fax: (212) 223-4134

Counsel for Debtors and Debtors in Possession

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>EASY STREET HOLDING, LLC, et al.,<br><br><br><br>Address: 201 Heber Avenue<br>　　　　　Park City, UT 84060<br><br>Tax ID Numbers:<br>35-2183713 (Easy Street Holding, LLC),<br>20-4502979 (Easy Street Partners, LLC), and<br>84-1685764 (Easy Street Mezzanine, LLC) | Bankruptcy Case No. 09-29905<br>Jointly Administered with Cases<br>09-29907 and 09-29908<br><br>Chapter 11<br><br>Honorable R. Kimball Mosier<br><br><br>[FILED ELECTRONICALLY] |

### CROWELL & MORING LLP'S FIRST PROFESSIONAL FEE REQUEST FOR THE PERIOD SEPTEMBER 14, 2009 THROUGH NOVEMBER 30, 2009

Crowell & Moring LLP ("C&M"), counsel for Easy Street Partners, LLC ("Partners"), Easy Street Mezzanine, LLC ("Mezzanine"), and Easy Street Holding, LLC ("Holding"), debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"), pursuant to the Court's Order entered December 15, 2009 Approving Motion and Establishing Monthly Fee and Expense Reimbursement Procedures (the "Interim Payment Order") hereby submits its first

professional fee request (the "Fee Request"), for the period from September 14, 2009, through November 30, 2009 (the "Fee Period").

Pursuant to the Interim Payment Order, professionals employed pursuant to Order of the Court to represent the Debtors or the Official Committee of Unsecured Creditors (the "Committee") are authorized to request from the Debtors payment of 80% of their fees and 100% of their expenses on a monthly basis. C&M's professional fees and expenses for the Fee Period are as follows:

| MONTH | HOURS | FEES | 80% OF FEES** | EXPENSES | TOTALS (80% FEES AND 100% EXPENSES) |
|---|---|---|---|---|---|
| September | 152.4 | $82,559.00[1] | $63,324.00** | $1,029.22 | $64,353.22 |
| October | 236.8 | $119,816.00[2] | $87,904.50** | $12,683.42 | $100,587.92 |
| November | 155.2 | $83,869.00[3] | $67,095.20 | $2,386.69 | $69,481.89 |
| TOTALS | 544.4 | $286,244.00 | $218,323.70 | $16,099.33 | $234,423.03 |

Attached as Exhibits A, B & C are detailed statements of services for which payment is sought for September 2009, October 2009 and November 2009, respectively, redacted to exclude privileged, work product, and confidential information, and expenses incurred, on a monthly and on a matter basis. Each statement includes total time expended, identity of professionals providing services, hourly billing rates, and a detailed listing of time.

C&M understands that other professionals providing services to the Debtors and the Committee may submit separate fee requests seeking payment of professional fees and reimbursement of expenses. The amount available under the cash collateral budget for

---

[1] Of this amount $19,235.00 is attributed to the Adversary Proceeding (as defined in the paragraph 10(j) of the Order on Stipulation Authorizing use of Cash Collateral Dated October 13, 2009).
[2] Of this amount $31,911.50 is attributed to the Adversary Proceeding.
[3] Of this amount $2,957.00 is attributed to the Adversary Proceeding.
** Reduced by an amount such that C&M is not receiving funds on account of the Adversary Proceeding.

payment of professional fees and expenses of estate professionals in the Easy Street Partners case for the each month of the Fee Period is $125,000, for a total of $375,000 for the Fee Period, and it may be that total fees and expenses of estate professionals in the Easy Street Partners case in any given month may exceed this amount. In such event, C&M's fees and expenses will be pro rated with other estate professionals.

Pursuant to the Interim Fee Order, parties must file objections to the Fee Request within ten days from the date it is received. Any objection must have a description of the specific subject matter and services in dispute and state the amount in dispute. It shall not be sufficient simply to object to all fees and expenses. Fees and expenses not objected to will be paid by the Debtors or, if the total of 80% of fees and 100% of expenses of estate professionals exceeds $125,000 for any month within the Fee Period, the fees and expenses will be pro-rated among fees and expenses for that month that are not objected to.

DATED: December 17, 2009.

            CROWELL & MORING LLP

By: _____
Michael V. Blumenthal (mblumenthal@crowell.com)(0505)
Crowell & Moring LLP
590 Madison Avenue
New York, New York 10022
Telephone: (212) 233-4000 / Fax: (212) 895-4201
Counsel for the Debtors

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of December, 2009, I caused to be served a copy of Crowell & Moring LLP's First Professional Fee Request for the period September 14, 2009 through November 30, 2009 via ECF notification, electronic mail and/or first-class mail, postage prepaid as listed below.

_____
Michael V. Blumenthal

John T. Morgan
Office of the US Trustee
405 South Main Street, Suite 300
Salt Lake City, UT 84111

Lon A. Jenkins, Esq.
Jones Waldo Holbrook & McDonough
170 South Main Street, Suite 1500
Salt Lake City, UT 84101

Richard Havel
Sidley Austin LLP
555 West Fifth Street
Suite 4000
Los Angeles, CA 90013

James Winikor
WestLB AG- New York Branch
1211 Avenue of the Americas, 25th Floor
New York, NY 10036