**The below described is SIGNED.**



**Dated: December 15, 2009** _____
**R. KIMBALL MOSIER**
**U.S. Bankruptcy Judge**

_____

**WRONA LAW OFFICES, P.C.**
Joseph E. Wrona (#8746)
1745 Sidewinder Drive
Park City, Utah  84060
Telephone:  (435) 649-2525
Facsimile:  (435) 649-5959

*Proposed Special Counsel for Debtors*

---

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>EASY STREET HOLDING, LLC, *et al.*,<br><br>Debtors.<br><br>Address:  201 Heber Avenue<br>Park City, UT 84060<br><br>Tax ID Numbers:<br>35-2183713 (Easy Street Holding, LLC),<br>20-4502979 (Easy Street Partners, LLC), and<br>84-1685764 (Easy Street Mezzanine, LLC) | Bankruptcy Case No. 09-29905<br>Jointly Administered with Cases<br>09-29907 and 09-29908<br><br>Chapter 11<br><br>Honorable R. Kimball Mosier<br><br>[FILED ELECTRONICALLY] |

### ORDER APPROVING DEBTORS' EMPLOYMENT OF WRONA LAW
### OFFICES, P.C. AS SPECIAL COUNSEL PURSUANT TO 11 U.S.C. § 327(e)

The Application (the "Application") of Easy Street Holding, LLC, Easy Street

Mezzanine, LLC and Easy Street Partners, LLC, debtors and debtors in possession (collectively,

the "Debtors"), filed October 19, 2009, for entry of an order authorizing the Debtors to employ

Wrona Law Offices, P.C. ("Wrona Law Offices") as special counsel effective as of

September 14, 2009, the petition date in these cases, pursuant to 11 U.S.C. §327(e), and Rules

2014 and 5002 of the Federal Rules of Bankruptcy Procedure, came on for hearing as scheduled

on November 24, 2009.  Appearances were made as noted on the record.  The Court, having

considered the Application, the declaration of Joseph E. Wrona filed October 19, 2009, in

support of the Application, the objection of the Unsecured Creditors Committee to the

Application, and the arguments of counsel and evidence presented and/or proffered; having

found that notice of the Application is sufficient and that Wrona Law does not represent or hold

an interest adverse to any of the Debtors or their estates; and having made additional findings

and conclusions on the record which are by this reference incorporated herein, and good cause

appearing therefor, hereby

ORDERS:

1.      The Application is granted.

2.      The Debtor's employment of Wrona Law Offices for the special purposes of

representing and advising the Debtors with regard to corporate governance issues, the complex

relationships within the Debtors organization and between the Debtors and fractional unit

homeowners, and with respect to participating in the negotiation and structuring of debtor in

possession financing, as set forth in the Application, is approved, effective as of September 14,

2009, the Debtors' petition date, on the terms set forth in the Application.

3.      Wrona Law Offices shall be compensated for its services in this case and

reimbursed for associated expenses in accordance with the applicable provisions of the

Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and any future orders of this Court,

and all compensation and reimbursement allowed to Wrona Law Offices shall be an

administrative expense of this Chapter 11 case.

**\* \* \* \* END OF ORDER \* \* \* \***



## CLERK'S CERTIFICATE OF SERVICE

   I hereby certify that a true and correct copy of the foregoing Order Approving Debtor's Employment of Wrona Law Offices, P.C. as Special Counsel Pursuant to 11 U.S.C. § 327(e) was served via first-class mail, postage prepaid, on the _____ day of _____, 2009, on the following:

Michael V. Blumenthal
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY  10022

Kenneth L. Cannon II
Durham Jones & Pinegar, P.C.
P O Box 4050
Salt Lake City, UT  84110-4050

Steven J. McCardell
Durham Jones & Pinegar, P.C.
P O Box 4050
Salt Lake City, UT  84110-4050

Jeffrey W. Shields
Jones Waldo Holbrook & McDonough
170 South Main Street, Suite 1500
Salt Lake City, UT  84101

Lon A. Jenkins
Jones Waldo Holbrook & McDonough
170 South Main Street, Suite 1500
Salt Lake City, UT  84101

John T. Morgan
Office of the United States Trustee
405 South Main Street, Suite 300
Salt Lake City, UT 84111

Joseph E. Wrona
Wrona Law Offices, P.C.
1745 Sidewinder Drive
Park City, UT  84060

          _____

# CERTIFICATE OF NOTICE

```
District/off: 1088-2        User: mtm            Page 1 of 1           Date Rcvd: Dec 15, 2009
Case: 09-29905              Form ID: pdfor1      Total Noticed: 7
```

The following entities were noticed by first class mail on Dec 17, 2009.
```
aty         +Jeffrey Weston Shields,   Jones Waldo Holbrook & McDonough,   170 South Main Street,   Suite 1500,
             Salt Lake City, UT 84101-1644
aty         +John T. Morgan tr,   US Trustees Office,   Ken Garff Bldg.,   405 South Main Street,   Suite 300,
             Salt Lake City, Ut 84111-3402
aty         +Joseph E. Wrona,   WRONA LAW OFFICES, P.C.,   1745 Sidewinder Drive,   Park City, UT 84060-7218
aty          Kenneth L. Cannon, II,   Durham Jones & Pinegar,   111 East Broadway, Suite 900,   P O Box 4050,
             Salt Lake City, UT  84110-4050
aty         +Lon A. Jenkins,   Jones Waldo Holbrook & McDonough,   170 South Main St.,   Suite 1500,
             Salt Lake City, UT 84101-1644
aty         +Michael V. Blumenthal,   Crowell & Moring LLP,   590 Madison Avenue, 20th Floor,
             New York, NY 10022-2544
aty          Steven J. McCardell,   Durham Jones & Pinegar,   111 East Broadway, Suite 900,   P O Box 4050,
             Salt Lake City, UT  84110-4050
```

The following entities were noticed by electronic transmission.
```
NONE.                                                                       TOTAL: 0
```

```
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                       TOTAL: 0
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 17, 2009                    Signature:    _Joseph Speetjens_