Jeffrey W. Shields (USB #2948)
Lon A. Jenkins (USB #4060)
Troy J. Aramburu (USB #10444)
**JONES WALDO HOLBROOK & McDONOUGH, PC**
170 South Main Street, Suite 1500
Salt Lake City, Utah 84101
Telephone: (801) 521-3200

*Counsel to Unsecured Creditors' Committee*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re: | Bankruptcy No.09-29905 |
| **EASY STREET HOLDING, LLC et al.,**[1] | (Jointly Administered with Cases 09-29907 and 09-29908) |
| Debtors. | Chapter 11 |
| | Honorable R. Kimball Mosier |

**FIRST PROFESSIONAL FEE REQUEST FOR JONES WALDO HOLBROOK & MCDONOUGH, PC, COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR THE PERIOD OCTOBER 6, 2009 THROUGH AND INCLUDING NOVEMBER 30, 2009.**

The Official Committee of Unsecured Creditors (the "**Committee**") for the above captioned debtors and debtors in possession (collectively the "**Debtors**"), by its counsel, Jones Waldo Holbrook & McDonough, PC, ("**Jones Waldo**") pursuant to the Court's Order entered December 15, 2009 establishing monthly fee and expense reimbursement procedures ("**Interim Payment Order**") hereby submits its first fee request (the "**Fee Request**") for the period of October 6, 2009 through and including November 30, 2009 (the "**Fee Period**").

---

[1]  The Debtor entities are Easy Street Holding, LLC, Easy Street Partners, LLC, and Easy Street Mezzanine, LLC.

913912.1

Pursuant to the Interim Payment Order, professionals employed by Order of the Court to represent the Debtor or the Official Committee of Unsecured Creditors are authorized to request from the Debtor payment for services rendered and expenses incurred during the fee period equal to eighty percent (80%) of the fees sought and one hundred percent (100%) of the expenses incurred during the Fee Period. Jones Waldo's fees and expenses are as follows:

| Month | Hours | Fees | 80% of Fees | Expenses | Total (80% of Fees and 100% of expenses) |
|---|---|---|---|---|---|
| October | 105.00[2] | $28,441.50 | $22,753.20 | $0.00 | $22,753.20 |
| November | 75.30 | $23,599.00 | $18,879.20 | $185.68 | $19,064.88 |
| Total | 180.3 | $52,040.50 | $41,632.40 | $185.68 | $41,818.08 |

Attached as Exhibits A and B are detailed statements for which payment is being sought. Each statement is redacted, to the extent necessary, to exclude, privileged, work product, litigation strategy and confidential information. Each statement includes the total time expended, identity of professional providing services, hourly billing rate, and detailed description of services rendered.

DATED this 18th day of December, 2009.                                  .

              JONES WALDO HOLBROOK &
              McDONOUGH, PC

              /s/ Lon A. Jenkins
              Jeffery W. Shields
              Lon A. Jenkins
              Troy J. Aramburu

              *Counsel to Unsecured Creditors' Committee*

---

[2] The time noted as 10/02/2009 in the amount of .20 hours by JWS has not been included in the Fee Request nor will it be sought in any subsequent Fee Request, although that entry appears on the attached Exhibit A.

2

913912.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 18th Day of December, 2009 I caused a true and correct copy of the foregoing **First Professional Fee Request for Jones Waldo Holbrook & McDonough, PC, Counsel for the Official Committee of Unsecured Creditors, for the Period October 6, 2009 Through and Including November 30, 2009** to be served in the manner indicated below.

ECF Notification:

- Kenneth L. Cannon    kcannon@djplaw.com, khughes@djplaw.com
- Scott A. Cummings    cummings.scott@dorsey.com
- Mary Margaret Hunt    hunt.peggy@dorsey.com, wardle.gay@dorsey.com
- Annette W. Jarvis    jarvis.annette@dorsey.com, smith.ron@dorsey.com;slc.lit@dorsey.com;brown.patricia@dorsey.com
- Michael R. Johnson    mjohnson@rqn.com, agale@rqn.com
- Anthony C. Kaye    kaye@ballardspahr.com
- Benjamin J. Kotter    kotter.benjamin@dorsey.com
- Adelaide Maudsley    maudsley@chapman.com, jemery@chapman.com
- Steven J. McCardell    smccardell@djplaw.com, khughes@djplaw.com
- John T. Morgan tr    john.t.morgan@usdoj.gov, james.gee@usdoj.gov
- David W. Overholt    doverholt@rsolaw.com, abachman@rsolaw.com
- Jessica G Peterson    jpeterson@djplaw.com
- Knute Rife    karife@rifelegal.com
- Jeffrey L. Shields    jlshields@cnmlaw.com, njpotter@cnmlaw.com
- United States Trustee    USTPRegion19.SK.ECF@usdoj.gov

And via first class mail, postage prepaid upon the following:

Appraisal Group, Inc.
Attn: Paul W. Throndsen, MAI
7396 S Union Park Avenue, #301
Midvale, UT 84047

BDRC 4 Site, LLC
Attn: Bryan W. Dorsey
305 NE Loop 820, Ste 109
Hurst, TX 76053

Michael V. Blumenthal
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022

Steven B. Eichel
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022

3

913912.1

Anthony S. Fiotto
Goodwin Procter LLP
Exchange Place
Boston, MA 02109

Gemstone Hotels & Resorts, LLC
Attn: Jeff McIntyre, Principal
1912 Sidewinder Drive, #104
Park City, UT 84060

Corbin B. Gordon
345 West 600 South, Suite 108
Heber City, UT 84032

Brian W. Harvey
Goodwin Procter LLP
The New York Time Building
620 Eighth Avenue
New, NY 10018-1405

Joseph E. Wrona
WRONA LAW OFFICES, P.C.
1745 Sidewinder Drive
Park City, UT 84060

Bruce J. Zabarauskas
Crowell & Moring LLp
590 Madison Avenue, 20th Floor
New York, NY 10022

Ambica Mohabir
Goodwin Procter LLP
Exchange Place
Boston, MA 02109

WestLB, AG
1211 Ave. of the Americas, 24th Floor
New York, NY 10036-8705

Easy Street Holding, LLC
4780 Winchester Court
Park City, UT 84098

Easy Street Partners, LLC
4780 Winchester Court
Park City, UT 84098

Easy Street Mezzanine, LLC
4780 Winchester Court
Park City, UT 84098

/s/ Sherry D. Glendening

913912.1