Kenneth L. Cannon II (kcannon@djplaw.com) (3705)
Steven J. McCardell (smccardell@djplaw.com) (2144)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT  84110-4050
Telephone:  (801) 415-3000/Fax:  (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com) (admitted pro hac vice)
Steven B. Eichel (seichel@crowell.com) (admitted pro hac vice)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY  10022
Telephone:  (212) 223-4000/Fax:  (212) 223-4134

Counsel for Debtors and Debtors in Possession

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: | |
| EASY STREET HOLDING, LLC, *et. al*. | Bankruptcy Case No. 09-29905 |
| Debtors | Jointly Administered with Cases 09-29907 and 09-29908 |
| Address:   201 Heber Avenue              Park City, UT 84060 | Chapter 11 |
| Tax ID Numbers: | Honorable R. Kimball Mosier |
| 35-2183713 (Easy Street Holding, LLC), 20-4502979 (Easy Street Partners, LLC), and 84-1685764 (Easy Street Mezzanine, LLC) | **[FILED ELECTRONICALLY]** |

## DEBTORS' MOTION TO EXTEND THE EXCLUSIVE PERIODS
## FOR FILING CHAPTER 11 PLANS OF REORGANIZATION
## AND OBTAINING ACCEPTANCES OF SUCH PLANS

Easy Street Partners, LLC ("Partners"), Easy Street Mezzanine, LLC ("Mezzanine"), and

Easy Street Holding, LLC ("Holding"), debtors and debtors in possession in the above captioned

cases (collectively, the "Debtors") hereby move for entry of an order under 11 U.S.C. §1121(d)

extending for approximately 60 days their initial exclusive periods for proposing and obtaining

acceptances of one or more plans of reorganization (the "Motion").  In support of the Motion, the

Debtors respectfully represent as follows:

### Background

1.      On September 14, 2009 (the "Petition Date"), each of the Debtors filed a

voluntary petition in this Court under chapter 11 of title 11 of the United States Code §§ 101, et

seq. (the "Bankruptcy Code").  The Debtors continue to operate their business and manage their

property as debtors-in-possession.

2.      On October 2, 2009, the Office of the United States Trustee appointed an official

committee of unsecured creditors (the "Committee") to serve in these cases pursuant to

Bankruptcy Code sections 1102 and 1103.

3.      The Debtors are limited liability companies and affiliates of one another.  Partners

owns real estate and improvements constituting the Sky Lodge in Park City, Utah.  Mezzanine is

the 100% owner and managing member of Partners.  Holding is the 100% owner and managing

member of Mezzanine.  Michael Feder, representing Park City I, LLC, Philo Smith, Jr.,

representing the Philo Smith, Jr. Trust, and William Shoaf, representing CloudNine Resorts,

LLC are the co-managers of Holding and the other Debtors.  The members of Holding are Park

City I, LLC, Philo Smith Jr. Trust, Alchemy Ventures Trust, and CloudNine Resorts, LLC.  Park

City I, Philo Smith Jr. Trust and CloudNine Resorts, LLC constitute 61.25% of the membership

interests of Holding.  The remaining 38.75% of Holding is held by Alchemy Ventures Trust.

4.      The Debtors maintain their corporate offices in 201 Heber Avenue, Park City,

Utah 84060, and currently employ approximately ninety-nine full-time and part-time employees

(excluding insiders).

5.      The Sky Lodge is a luxury boutique hotel located in the middle of historic Main

Street in Old Town Park City.  It is an ultra stylish resort hotel offering all of Park City's

amenities plus a restaurant offering both casual and fine dining, a bar and lounge, the spa

Amatsu, and meeting and event venues and more.

6.      The Sky Lodge is being sold as fractional ownership with a total of 176 one-

eighth shares offered.  There are 22 units in total, ranging from 1260 to 2700 square feet for the

penthouse model.  Owners buy individual units and not just the rights to a stay.  Each owner is

guaranteed two ski weeks (mid Dec. – mid April) each year plus 21 other days throughout the

year for their own use.  Stays not used by the owner may be rented out by the hotel and proceeds

are split equally with the owner.

7.      This Court has jurisdiction over the Motion under 28 U.S.C. § 1334. This is a core

proceeding pursuant to 28 U. S. C. § 157(b). Venue is proper before this Court pursuant to

28 U.S.C. §§ 1408 and 1409.

## Exclusive Periods

8.      Section 1121(b) of the Bankruptcy Code provides for an initial period of 120 days

after the commencement of a chapter 11 case during which a debtor has the exclusive right to

propose a plan of reorganization (the "Exclusive Proposal Period").  In addition, section

1121(c)(3) of the Bankruptcy Code provides that if a debtor proposes a plan within the Exclusive

Proposal Period, it has the balance of 180 days after the commencement of the chapter 11 case to

3

solicit acceptances of such plan (the "Exclusive Solicitation Period").  During the Exclusive

Proposal Period and the Exclusive Solicitation Period (together, the "Exclusive Periods"), plans

of reorganization may not be proposed by any party in interest other than the debtor.

9.      In these cases, the Debtors' Exclusive Proposal Period will expire on January 12,

2010, unless extended, and their corresponding Exclusive Solicitation Period will expire on

March 15, 2010, unless extended.[1]

## Relief Requested

10.      By this Motion, the Debtors request entry of an order extending their Exclusive

Proposal Period for approximately 60 days, to and including March 15, 2010, and extending their

Exclusive Solicitation Period also for 60 days, to and including May 14, 2010.  The Debtors

further request that their right to seek additional extensions of one or both of the Exclusive

Periods be preserved, without prejudice to the rights of other parties in interest to object to any

additional extensions or to seek a reduction of the Exclusive Periods as previously extended.

## Basis for Relief

11.      The Exclusive Periods are intended to afford the Debtors a full and fair

opportunity to rehabilitate their businesses and to negotiate and propose one or more

reorganization plans without the disruption and deterioration of their businesses that might be

caused by the filing of competing plans of reorganization by nondebtor parties.

12.      Although the Debtors have made significant progress towards rehabilitation since

the Petition Date, the Debtors are seeking to extend each of their Exclusive Periods by

---

[1] The Exclusive Solicitation Period actually expires on Saturday, March 13, 2010.  However, since the expiration date occurs on a Saturday, under Bankruptcy Rule 9006, the expiration of the Exclusive Solicitation Period is Monday, March 15, 2010.

approximately 60 days in order to afford the Debtors additional time to develop, negotiate and

propose one or more reorganization plans.

13.     Section 1121(d) of the Bankruptcy Code provides, in pertinent part, that this

Court may extend the Exclusive Periods for cause:

> [O]n request of a party in interest made within the respective
> periods specified in subsections (b) and (c) of this section and after
> notice and a hearing, the court may for cause reduce or increase the
> 120-day period or the 180-day period referred to in this section.

11 U.S.C.§ 1121(d).

14.     The decision of whether to extend the Exclusive Periods is within the sound

discretion of the Court given the facts and circumstances of each case.  See In re Texaco, 76 B.R.

322, 326 (Bankr. S.D.N.Y. 1987).  Courts have typically found guidance in and derived certain

relevant factors from the legislative history of section 1121.  See, e.g., Bunch v. Hollinger Indus.,

Inc. (In re Hoffinger Indus., Inc.), 292 B.R. 639, 643 (B.A.P. 8th Cir. 2003).  These factors

include:  (1) the size and complexity of the case, (2) whether there has been sufficient time to

negotiate a plan of reorganization and prepare adequate information, (3) the existence of good

faith progress toward reorganization, (4) whether the debtor is paying its debts, (5) whether the

debtor has demonstrated reasonable prospects for a viable plan, (6) whether the debtor has made

progress in negotiating with creditors, (7) the length of time the case has been pending, (8)

whether the debtor is seeking the extension to pressure creditors, and (9) whether unresolved

contingencies exist.  In re Dow Corning Corp., 208 B.R. 661, 664-665 (Bankr. E.D. Mich. 1997).

### **Cause Exists to Extend Exclusive Periods**

15.     The Debtors believe that the relevant factors weigh in favor of granting the

Motion and extending the Exclusive Periods for the reasons set forth below.

a.      Size and Complexity.  Courts frequently grant an extension of the exclusive periods based upon the size and complexity of a chapter 11 case.  See Gaines v. Perkins (In re Perkins), 71 B.R. 294, 297-300 (W.D. Tenn. 1987) (in case involving approximately 100 creditors holding approximately 225 claims aggregating $10 million against estate valued at $13 million, district court held that bankruptcy court's enlargements of the exclusivity period were not erroneous as a matter of law where, among other things, case was unusually large and complex).  This case involves a boutique hotel which opened during the worst economic downturn in generations.  The Debtors commenced operating the hotel at the end of December 2007 and had to file for bankruptcy protection due to the improper actions of one of its lenders -- BayNorth Realty Fund VI, LP ("BayNorth").  Moreover, the actions of BayNorth, which are fully set forth in the adversary proceeding commenced by the Debtors against BayNorth (the "Adversary Proceeding") have resulted, *inter alia*, in liens being placed on the Debtors' property, thereby disrupting sales of the fractional units.

(1)      Partners' financial structure consists of (i) the prepetition secured obligations of WestLB AG ("WestLB") in the aggregate amount in excess of $15,000,000, (ii) other prepetition secured obligations including mechanics' liens in excess of $1.4 million, and (iii) trade and other general unsecured obligations of approximately $2.5 million.  It is clear from the foregoing that that there are numerous creditors and other parties in interest in these cases.

(2)     Mezzanine allegedly owes BayNorth in excess of $11 million and

has other unsecured debt of at least $1,868,856.[2]

(3)     Holdings has pledged its 100% interest in Mezzanine to BayNorth.

In addition, Holdings has unsecured debt in the amount of at least $1,852,904.

(4)     Furthermore, an additional layer of complexity is the Adversary

Proceeding commenced against BayNorth seeking the return from BayNorth of $5.6

million that it has improperly retained, notwithstanding requests to return the money.

b.     <u>Sufficient Time to Prepare Adequate Information/Good Faith Progress to
Reorganization/Progress in Negotiating with Creditors</u>. Since the Petition Date, the Debtors have

made significant progress in their chapter 11 cases, including the following:

(1)     Early on, the Debtors' management focused on preparing the
budget and responding to the many time-consuming demands that
inevitably accompany the commencement of a chapter 11 case,
including responding to myriad inquiries from vendors, concerned
employees and other parties in interest.

(2)     The Debtors obtained approval of the various first-day motions
filed in this case and have taken necessary steps to implement the
authorizations granted by such orders.

(3)     The Debtors negotiated a cash collateral stipulation with WestLB
(the "Cash Collateral Stipulation"), which was approved by the
Court.

(4)     The Debtors have complied with the various reporting
requirements imposed by the United States Trustee, including the
submission of initial and monthly reports.

---

[2] Certain of the unsecured debt of Mezzanine and Holding include debt that is owed by more than
one Debtor, and thus may appear duplicative.

(5)     The Debtors have prepared and filed statements of financial affairs and schedules of assets, liabilities and contracts consistent with the Bankruptcy Code and Bankruptcy Rules.

(6)     In accordance with the terms of the Cash Collateral Stipulation, Partners has retained BDRC 4Site, LLC ("BDRC") as a co-manager of the Sky Lodge hotel to assist Partners in managing its business operations and restructuring its obligations.

(7)     In accordance with the terms of the Cash Collateral Stipulation, Partners has retained Gemstone Hotels & Resorts, LLC ("Gemstone") as a consultant to consult with and advise Partners and BDRC with respect to, among other things, the development of an effective business plan, operating projections, and project management.

(8)     Partners has retained Appraisal Group, Inc. and Paul W. Throndsen ("AGI") as appraisal experts to, among other things, prepare an appraisal of the Debtor's' property for all purposes in this case.

(9)     The Debtors have submitted its business plan to WestLB, BDRC and Gemstone for comments and are awaiting comments.

(10)    The Debtors have discussed the basic terms of a plan of reorganization with West LB, and will circulate a draft term sheet outlining the terms of a plan of reorganization later this month.

(11)    The Debtors have commenced a lender liability action against BayNorth seeking the return of $5.6 million from BayNorth, which recovery may assist in funding a plan of reorganization.

(12)    The Debtors have communicated with several different potential lenders and investors to provide exit financing and additional capital in this case. These parties have executed confidentiality agreements in connection therewith, and active discussions are ongoing.

Although the Debtors have made substantial progress and have retained additional professionals to assist in improving the business operations and refinancing the business plan, the Debtors need additional time to continue discussing the terms of a consensual plan of reorganization with WestLB, the creditors' committee and the other constituents in this case.

Moreover, an appraisal is not expected to be completed until later this month, which is essential

to finalize the ultimate treatment of various creditors' claims and interests under a plan of

reorganization.  It is expected that a plan of reorganization will be filed in January 2010.

      c.    <u>Paying Debts</u>.  The Debtors have been paying their postpetition debts on

an ongoing basis.

      d.    <u>Length of Time</u>.  The Debtors' case are three months old and they have

not previously requested an extension of the Exclusive Periods.  There has not been an undue

passage of time.

      e.    <u>Creditors Will Not Be Prejudiced By An Extension</u>.  The requested

extension of the Exclusive Periods will not prejudice the legitimate interests of any creditor or

other party in interest.  To the contrary, the proposed extension will advance the Debtors' efforts

to preserve value and avoid unnecessary and wasteful motion practice.  Moreover, given the

current posture of these cases and certain unresolved issues, it would be premature and counter-

productive for any non-Debtor party in interest to initiate the plan proposal process.  Instead, the

requested extension will increase the likelihood of a consensual resolution of these cases that

preserves reorganization value much more than any plan that the Debtors might file at this time

simply to preserve their exclusive rights -- or any creditor initiated plan process that lacks

necessary foundation and support.

    16.    Based on the reorganization progress demonstrated to date, this first requested

extension of the Exclusive Periods is justified on the particular facts of these cases.  Moreover, a

premature termination of the Exclusive Periods would deny the Debtors a meaningful

opportunity to negotiate and propose a confirmable plan, and would be antithetical to the

paramount reorganization objective of chapter 11.  A termination of the Debtors' Exclusive

Periods at this time would encourage the development of competing multiple plans that could

lead to unwarranted confrontations, litigation and increased administrative costs.

WHEREFORE, the Debtor respectfully requests that the Court extend by sixty days the

Exclusive Periods.

DATED:  December 18, 2009

DURHAM JONES & PINEGAR, P.C.

By:   /s/  Kenneth L. Cannon II
Kenneth L. Cannon II (kcannon@djplaw.com)(3705)
Steven J. McCardell (smccardell@djplaw.com)(2144)

and

Michael V. Blumenthal (mblumenthal@crowell.com)
  (admitted pro hac vice)
CROWELL & MORING LLP

Counsel for Debtors and Debtors in Possession

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Debtor's Motion to Extend the Exclusive Periods to File and Confirm a Plan of Reorganization was served this 18th of December, 2009 via ECF notification, electronic mail and/or first-class mail, postage prepaid on the parties listed on the attached pages.

  /s/  Kristin Hughes

**ECF Notification**

- Troy J. Aramburu    taramburu@joneswaldo.com, sglendening@joneswaldo.com;
  rbush@joneswaldo.com

- Scott A. Cummings    cummings.scott@dorsey.com

- Mary Margaret Hunt    hunt.peggy@dorsey.com, wardle.gay@dorsey.com

- Annette W. Jarvis    jarvis.annette@dorsey.com, smith.ron@dorsey.com;
  slc.lit@dorsey.com;brown.patricia@dorsey.com

- Lon A. Jenkins    lajenkins@joneswaldo.com, krichardson@joneswaldo.com;
  ecf@joneswaldo.com;sglendening@joneswaldo.com

- Michael R. Johnson    mjohnson@rqn.com, agale@rqn.com

- Anthony C. Kaye    kaye@ballardspahr.com

- Benjamin J. Kotter    kotter.benjamin@dorsey.com

- Adelaide Maudsley    maudsley@chapman.com, jemery@chapman.com

- John T. Morgan tr    john.t.morgan@usdoj.gov, james.gee@usdoj.gov

- David W. Overholt    doverholt@rsolaw.com, abachman@rsolaw.com

- Knute Rife    karife@rifelegal.com

- Jeffrey L. Shields    jlshields@cnmlaw.com, njpotter@cnmlaw.com

- Jeffrey Weston Shields    jshields@joneswaldo.com, sglendening@joneswaldo.com

- United States Trustee    USTPRegion19.SK.ECF

**Electronic Mail**

Securities & Exchange Commission
Attn: Bankruptcy Dept.
44 Montgomery St # 1100
San Francisco, CA 94104-4613
sanfrancisco@sec.gov

Utah Department of Workforce Services
P O Box 45249
Salt Lake City, UT  84145-0249
dwscontactus@utah.gov

West LB AG, New York Branch
Attn: Christian Ruehmer
1211 Avenue of the Americas, 24th Flr
New York, NY  10036
christian_ruehmer@westlb.com

West LB AG, New York Branch
Attn: Duncan Robertson
1211 Sixth Avenue, 25th Floor
New York, NY  10036-8705
duncan_robertson@westlb.com

West LB AG, New York Branch
Attn:  Jeff Nelson
1211 Sixth Avenue, 25th Floor
New York, NY  10036-8705
jeff_nelson@westlb.com

West LB AG, New York Branch
Attn:  James Winikor
1211 Sixth Avenue, 25th Floor
New York, NY  10036-8705
james_winikor@westlb.com

William D. Ellis, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA  90013
wellis@sidley.com

Richard W. Havel, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA  90013
rhavel@sidley.com

Drew A. Norman, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA  90013
danorman@sidley.com

Christina M. Craige, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA  90013
ccraige@sidley.com

BayNorth Capital, LLC
Attn:  Charles J. Flint
One Financial Center, Floor 23
Boston, MA  02111-2621
cflint@baynorthcapital.com

Christopher B. Barker, Esq.
Goodwin Procter LLP
53 State Street
Boston, MA  02109
cbarker@goodwinprocter.com

Anthony S. Fiotto
Goodwin Procter LLP
53 State Street
Boston, MA  02109
afiotto@goodwinprocter.com

Eric D. Lemont
Goodwin Procter LLP
53 State Street
Boston, MA  02109
elemont@goodwinprocter.com

Timothy G. Little, Esq.
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY  10022-2585
tim.little@kattenlaw.com

Sheri P. Chromow, Esq.
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY  10022-2585
sheri.chromow@kattenlaw.com

David Wickline
17575 Fitzpatrick Land
Occidental, CA 95465
wicklinedavid@cs.com

Shaner Design, Inc.
614 Main Street, Suite 404
PO Box 4560
Park City, UT 84060
trs@shanerdesign.com

Elliott Workgroup
Attn:  Craig Elliott
P O Box 3419
Park City, UT  84060-3419
celliott@elliottworkgroup.com

Michael V. Blumenthal
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
mblumenthal@crowell.com

Steven B. Eichel
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
seichel@crowell.com

Bruce J. Zabarauskas
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
bzabarauskas@crowell.com

Brian W. Harvey
Goodwin Procter LLP
The New York Time Building
620 Eighth Avenue
New York, NY 10018-1405
bharvey@goodwinprocter.com

Joseph E. Wrona
Wrona Law Offices, P.C.
1745 Sidewinder Drive
Park City, UT  84060
wrona@wasatchlaw.com

A.W. Marshall Company
PO Box 16127
Salt Lake City, UT 84116-0127

ACME Thread Ware
6436 N Business Park Loop Rd.
Park City, UT 84098-6233

ADT Security Services Inc
PO Box 371956
Pittsburgh, PA 15250-7956

ALC Snow Removal
PO Box 680442
Park City, UT 84068-0442

AT&T Mobility
PO Box 6463
Carol Stream, IL 60197-6463

ATIV Corporation
722 Nardo Rd
Encinitas, CA  92024

AXIS Group
84 Route 347
Port Jefferson Station, NY 11767

Aetna
PO Box 894938
Los Angeles, CA 90189-4938

Air Filter Sales & Service Inc
255 West 2950 South
Salt Lake City, UT 84115-3443

Albert Ulster Imports, Inc.
PO Box 770
Gaithersburg, MD 20884-0770

Alchemy Ventures Trust
17575 Fitzpatrick Lane
Occidental, CA  95465-9355

Alliance Abroad Group LP
1221 South Mopac Expressway
Suite 100
Austin, TX  78746

Alpine Adventures
3020 North Federal Highway # 10
Fort Lauderdale, FL  33306

American Express Travel Relate
2840 South 123rd Court
Omaha, NE  68144

American Ski & Board Association
686 NW York
Bend, OR  97701

All-Pro Cleaning Systems, Inc.
166 West Cottage Avenue
Sandy, UT 84070-1433

Allen Distribution Services
3247 South 3690 West
West Valley City, UT 84120-2150

Allied Waste Services
PO Box 78829
Phoenix, AZ 85062-8829

Alsco
PO Box 25717
Salt Lake City, UT 84125-0717

American Express
PO Box 53852
Phoenix, AZ 85072-3852

American Express Travel
2421 West Peoria Avenue
Phoenix, AZ 85029-4939

American Hotel Register CO
16458 Collections Center Drive
Chicago, IL 60693-0001

American Liberty Insurance
3601 N University Ave Suite 100
Provo, UT  84604-6600

Appliance Sales & Service
P O Box 670
55 E Center St., Suite 140
Heber City, UT 84032-1946

Troy J. Aramburu
Jones Waldo Holbrook & McDonough
170 South Main Street, Suite 1500
Salt Lake City, UT  84101-1644

Arctic Spas/ Spagoods.com
4575 N. Silver Springs Dr
Park City, UT 84098-7536

BDRC 4 Site, LLC
Attn:  Brian W. Dorsey
305 NE Loop 820, St. 109
Hurst, TX  76053-7211

BJ Plumbing Supply
1470 South State
Orem, UT 84097-7704

BTC Rob Stevenson
957 East 1300 South
Salt Lake City, UT 84105-1856

Baker Tile Co
1434 West 8040 South
West Jordan, UT 84088-9459

Bay North Capital, LLC
Attn:  Charles J. Flint
One Financial Center, Floor 23
Boston, MA  02111-2621

Michael V. Blumenthal
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY  10022-2544

Business Technology Consulting
Rob Stevenson
957 East 1300 South
Salt Lake City, UT  84105

Christine M. Craige, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA  90013-1010

Christopher B. Barker, Esq.
Goodwin Proctor LLP
53 State Street
Boston, MA  02109-2881

Bellows Glass
76 West 200 South
Heber City, UT 84032-2005

Bevco2
651 West 600 South
Salt Lake City, UT 84104-1015

Big Four Distributing, Inc
304 East 900 South
Provo, UT  84606-7316

Bill & Carrie Shoaf
4780 Winchester Court
Park City, UT 84098-7528

CBIZ
175 S West Temple, Suite 650
Salt Lake City, UT 84101-1422

Child Support Services
ORS PO Box 45011
Salt Lake City, UT 84145-0011

Cintas Corporation
97627 Eagle Way
Chicago, IL 60678-7627

CloudNine Resorts SL- Development
PO Box 683300
Park City, UT 84068-3300

CloudNine Resorts SL- Management
PO Box 683300
Park City, UT 84068-3300

Colorado Casualty Insurance Co
PO Box 85627
San Diego, CA 92186-5627

Comcast
PO Box 34744
Seattle, WA 98124-1744

CoolWorks.com
PO Box 272
Gardiner, MT 59030-0272

Committee of Unsecured Creditors
Jones Waldo Holbrook & McDonough
170 South Main Street, Suite 1500
Salt Lake City, UT  84101-1644

Corbin B. Gordon
Corbin B. Gordon, P.C.
345 West 600 South
Heber City, UT 84032-2247

Scott A. Cummings
Dorsey & Whitney LLP
136 South Main Street, Suite 1000
Salt Lake City, UT  84101-1685

Curb It Recycling
PO Box 681397
Park City, UT 84068-1397

Cushman & Wakefield
50 Broad Street
New York, NY 10004-2307

David Wickline
17575 Fitzpatrick Lane
Occidental, CA  95465-9355

Dex West
PO Box 79167
Phoenix, AZ 85062-9167

Diamond Rental
4518 South 500 West
Salt Lake City, UT 84123-3694

Drew A. Norman, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA  90013-1010

EM Systems
PO Box 540783
North Salt Lake, UT 84054-0783

Easy Street Holding, LLC
4780 Winchester Court
Park City, UT  84098-7528

Easy Street Mezzanine, LLC
4780 Winchester Court
Park City, UT  84098-7528

Easy Street Partners, LLC
4780 Winchester Court
Park City, UT  84098-7528

Ecolab
PO Box 100512
Pasadena, CA 91189-0512

Ecolab Pest Elim. Div
PO Box 6007
Grand Forks, ND 58206-6007

Steven B. Eichel
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY  10022-2544

Elliott Workgroup LLC
Attn:  Craig Elliott
P O Box 3149
Park City, UT  84060-3149

Fast Patch
2257 Greens Lane
Spanish Fork, UT 84660-9599

FedEx
PO Box 7221
Pasadena, CA 91109-7321

Anthony S. Fiotto
Goodwin Proctor LLP
53 State Street
Boston, MA  02109-2881

Five 9's Communication
PO Box 348
Roy, UT 84067-0348

Fog River Fisheries
9554 Wells Circle, Suite A
West Jordan, UT  84081

Frank Rimerman & Co. LLP
60 South Market Street
San Jose, CA 95113-2351

Fuelman
PO Box 105080
Atlanta, GA 30348-5080

Gateway Center, LLC
c/o Commerce
32 West 200 South, Suite 501
Salt Lake City, UT  84101

Gemstone Hotels & Resorts, LLC
Attn:  Jeff McIntyre, Principal
1912 Sidewinder Drive, # 104
Park City, UT  84060

General Chemical
PO Box 533195
Charlotte, NC 28290-3195

Gentry Finance
386 South State Street
Orem, UT 84058-5424

Get Fresh
1548 18th Street
Santa Monica, CA  90404

Goodrich & Thomas, CPAs
3200 Park Center Drive Suite 1170
Costa Mesa, CA  92626-7153

Grazo Electric
PO Box 1196
Midway, UT 84049-1196

Gunthers Comfort Air
81 South 700 East
American Fork, UT 84003-2158

HD Supply Facilities Maintenance
PO Box 509058
San Diego, CA 92150-9058

Brian W. Harvey
Goodwin Proctor LLP
The New York Times Building
620 Eighth Avenue
New York, NY  10018-1618

Home Depot Credit Services
PO Box 6031
The Lakes, NV 88901-6031

Hood Cleaners of Utah
PO Box 342
Riverton, UT 84065-0342

Hotel Amenities Resources LLC
2000 Van Ness Avenue Suite 801
San Francisco, CA 94109-3023

Mary Margaret Hunt
Dorsey & Whitney LLP
136 South Main Street, Suite 1000
Salt Lake City, UT  84101-1685

Innovative Body Science
6350 Yarrow Drive Suite D
Carlsbad, CA 92011-1544

Intermountain Drug Testing
PO Box 9800
Salt Lake City, UT 84109-9800

Internal Revenue Service
Centralized Insolvency Operations
P O Box 21126
Philadelphia, PA  19114-0326

Ion Cibuc
7 Kafern Drive Apt 1-D
Baltimore, MD 21207-4383

Jacobsen Construction
PO Box 27608
Salt Lake City, UT 84127-0608

Jacobsen National Group, Inc.
c/o Michael R. Johnson, Esq.
Ray Quinney & Nebeker
36 South State Street, Suite 1400
Salt Lake City, UT  84111-1451

Michael R. Johnson, Esq.
Ray Quinney & Nebeker
36 South State Street, Suite 1400
P O Box 45385
Salt Lake City, UT  84145-0385

Anthony C. Kaye
Ballard Spahr Andrews & Ingersoll, LLP
201 South Main Street, Suite 600
Salt Lake City, UT  84111-2212

La Monica's Restaurant Equipment
6211 South 380 West
Murray, UT 84107-3309

Liquor Leasing & Service, L.C.
9283 South Jean Drive
Sandy, UT  84070-6254

M & M Distributing
531 West 600 North
Salt Lake City, UT 84116-3430

McGladrey and Pullin
Attn:  Jan Riend
One South Wacker Drive, Suite 800
Chicago, IL 60606-4650

Michael & Nilda Chang
16 Morning Sky Lane
Las Vegas, NV 89135-7860

John T. Morgan Tr
US Trustees Office
405 South Main Street, Suite 300
Salt Lake City, UT  84111-3402

Muzak LLC
PO Box 71070
Charlotte, NC 28272-1070

Annette W. Jarvis, Esq.
Dorsey & Whitney LLP
136 South Main Street, Suite 1000
Salt Lake City, UT 84101-1685

KBli Properties, LP
PO Box 680464
Park City, UT 84068-0464

Benjamin J. Kotter
Dorsey & Whitney LLP
136 South Main Street, Suite 1000
Salt Lake City, UT 84101-1685

Eric D. Lemont
Goodwin Proctor LLP
53 State Street
Boston, MA  02109-2881

Living Creations Inc
2163 E Lambourne Ave
Salt Lake City, UT 84109-2454

Market Metrix
990 A Street Suite 301
San Rafael, CA 94901-3000

Media One of Utah
4770 South 5600 West
West Valley City, UT  84170-4005

Millcreek Consulting
3017 E Kempner Rd.
Salt Lake City UT 84109-3654

Mountain Valley Temperature Control
PO Box 429
Pleasant Grove, UT 84062-0429

Nicholas Co.
PO Box 45005
Salt Lake City, UT  84145-0005

Lon A. Jenkins
Jones Waldo Holbrook & McDonough
170 South Main Street, Suite 1500
Salt Lake City, UT 84101-1644

**Kaba Ilco, Inc
PO Box 12553 Succ Centre Ville
Montreal, QC H3C-6R1
CANADA**

Klehr, Branzburg & Ellers LLP
Attn:  William A. Harvey
260 South Broad St,
Philadelphia, PA 19102-5021

Les Olson Company
PO Box 65598
Salt Lake City, UT 84165-0598

Luxury Residence Group
Attn:  Carrie Shoaf
693 Main Street
P O Box 1225
Park City, UT  84060

Adelaide Maudsley
Chapman & Cutler LLP
201 South Main Street, Suite 2000
Salt Lake City, UT  84111-2298

Merrit & Harris
301 E Glenoaks Blvd. Suite 4,
Glendale CA 91207-2115

Money 4 You & Mr. Money
498 North 900 West # 230
Kaysville, UT 84037-4213

Muir Copper Canyon Farms
PO Box 26775
Salt Lake City, UT 84126-0775

Open Table Inc
PO Box 49322
San Jose, CA  95161-9322

Pacific Seafood - Utah
P O Box 97
Clackmas, OR  97015-0097

Park Avenue Travel
11 Park Avenue
Swarthmore, PA  19081

Park City I, LLC
166 Duane Street
New York, NY  10013-3398

Park City Surveying
P O Box 682993
Park City, UT  84068-2993

Philo Smith Jr. Trust
684 Glenneyre Street
Laguna Beach, CA  92651-2420

Par Springer-Miller System, Inc
782 Mountain Road
PO Box 1547
Stowe, VT 05672-1547

Park City Auto Parts/Hardware
PO Box 244
Heber City, UT 84032-0244

Park City Municipal Corp.
PO Box 1480
Park City, UT 84060-1480

Park City Water
PO Box 1480
Park City, UT 84060-1480

Park City WinElectric
PO Box 681729
Park City, UT 84068-1729

Patricia Wagner
PO Box 680322
Park City, UT 84068-0322

PayChex Human Resources Services
PO Box 29769
New York, NY 10087-9769

Peak Mobile Communications
4910 South Warehouse Road
Salt Lake City, UT 84118-6354

Peets Coffee & Tea
PO Box 12509
Berkeley, CA 94712-3509

Pitney Bowes
PO Box 856390
Louisville, KY 40285-6390

Plaza Dry Cleaners
PO Box 770-361
Park City UT 84060

Porter Paint
1268 South 500 West
Salt Lake City, UT 84101-3019

Proforma
PO Box 51925
Los Angeles, CA 90051-6225

Protravel International
14130 Riverside Drive
Sherman Oaks, CA 91423-2313

Protravel International Inc
 515 Madison Ave 10th Floor
New York, NY 10022-5403

Questar Gas Company
PO Box 45360
Salt Lake City, UT 84145-0360

Qwest
Attn:  Bankruptcy Department
PO Box 29039
Phoenix, AZ 85038-9039

Qwest
Attn:  Jane Frey
1801 California Street, Room 900
Denver, CO  80202-2609

Qwest Long Distance Business
Services
PO Box 856169
Louisville, KY 40285-6169

Renegade Oil Inc
1141 South 3200 West
Salt Lake City, UT 84104-4562

Revco Leasing
PO Box 65598
Salt Lake City, UT 84165-0598

Richard W. Havel, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA  90013-1010

Knute Rife
Wrona Law Offices
11650 South State Street, Suite 103
Draper, UT  84020-7144

Rimmerman
One Embarcadero Center, Suite 2410
San Francisco, CA 94111-3737

PacifiCorp
Attn:  Bankruptcy
P O Box 25308
Salt Lake City, UT  84125-0308

RussWoods LLC
5148 Silver Springs Road
Park City, UT 84098-6034

SL Convention & Visitors Bureau
90 South West Temple
Salt Lake City, UT 84101-1406

Schindler Elevator Corporation
PO Box 93050
Chicago, IL 60630

Securities & Exchange Commission
Attn:  Bankruptcy Dept.
44 Montgomery St # 1100
San Francisco, CA 94104-4613

Sentry West Insurance Services
PO Box 9289
Salt Lake City, UT 84109-9289

Shaner Design, Inc.
614 Main Street, Suite 404
PO Box 4560
Park City, UT 84060-4560

Sheri P. Chromow, Esq.
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY  10022-2585

Jeffrey L. Shields
Callister Nebeker & McCullough
10 East South Temple, Suite 900
Salt Lake City, UT  84133-1101

Jeffrey Weston Shields
Jones Waldo Holbrook & McDonough
170 South Main Street, Suite 1500
Salt Lake City, UT  84101-1644

Shift4 Corporation
1491 Center Crossing Rd
Las Vegas, NV 89144-7047

Shoes For Crews, LLC
File LockBox 51151
Los Angeles, CA 90074-1151

Squire
Attn:  Ray Chipman
1329 South 800 East
Orem, UT 84097-7700

Standard Plumbing Supply
PO Box 708490
Sandy, UT 84070

Staples Credit Plan
Dept 51-7861136819
PO Box 689020
Des Moines, IA 50368-9020

State Office of Recovery Services
515 East 100 South
P O Box 45033
Salt Lake City, UT  84145-0033

State of Utah
Office of the Attorney General
Tax & Revenue Division
P O Box 40874
Salt Lake City, UT  84114-0874

Step Saver Inc.
1901 West 2425 South
Wood Cross, UT 84087-2463

Stone Ground Bakery
PO Box 581078
Salt Lake City, UT 84158-1078

Summit Business Services
Attn:  Chipper Leonard
4130 Hilltop Court
Park City, UT  84098-4715

Summit County Assessor
PO Box 128
Coalville, UT 84017-0128

Summit County Treasurer
60 North Main
PO Box 128
Coalville, UT  84017

Summit County Public Health Dept
Environmental Laboratory
PO Box 128
Coalville, UT 84017-0128

Sundance Partners, Ltd.
c/o Ballard Spahr
201 South Main Street, Suite 800
Salt Lake City, UT  84111-2212

Swire Coca-Cola USA
PO Box 1410
Draper, UT 84020-1410

Sysco Intermountain Food Service
Attn:  Steve Lewis
PO Box 27638
Salt Lake City, UT 84127-0638

Sysco Intermountain Food Services, Inc.
c/o David W. Overholt
Richer & Overholt, PC
901 West Baxter Drive
South Jordan, UT  84095-8687

Target Labels & Packaging
40 West 3800 North
Hyde Park, UT 84318-4114

N. Allen Taylor
Taylor Capital Management
6641 North Paseo Tamayo
Tucson, AZ  85750

The Chef's Garden
9009 Huron-Avery Road
Huron, OH 44839-2448

The Elevator Company
PO Box 736
Bountiful, UT 84011-0736

The Park Record
PO Box 3688
Park City, UT  84060

Paul W. Throndsen, MAI
Appraisal Group, Inc.
7396 South Union Park Ave., #301
Midvale, UT  84047

Timothy G. Little, Esq.
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY  10022-2585

USA Today
PO Box 79782
Baltimore, MD 21279-0782

Union Square Home Owners
Association
PO Box 683300
Park City UT 84068-3300

United Fence Co.
PO Box 26933
2525 South 2700 West
Salt Lake City, UT 84119-1227

Utah Dept-Alcoholic Beverage Control
1625 South 900 West
P O Box 30408
Salt Lake City, UT  84130-0408

Utah Dept of Workforce Services
P O Box 45249
Salt Lake City, UT  84145-0249

Utah State Tax Commission
Sales Tax
210 North 1950 West
Salt Lake City, UT  84134-0400

Virtuoso, Ltd
PO Box 99358
Fort Worth, TX  76199-0358

Wasatch Audio-Visual
PO Box 770 PMB282
Park City, UT 84060-0770

Wasatch Meats
926 South Jefferson Street
Salt Lake City, UT 84101-2983

Water Images
PO Box 571393
Murray, UT 84157-1393

Water Reclamation District
2800 Homestead Rd
Park City, UT 84098-4869

Wells Fargo Equipment Finance
NW-8178 PO Box 1450
Minneapolis, MN 55485-8178

Wells Fargo Equipment Finance
733 Marquette Avenue Suite 700
Minneapolis, MN 55402-2316

West LB AG, New York Branch
Attn:  Christian Ruehmer
1211 Avenue of the Americas, 24th Flr
New York, NY  10036-8705

West LB AG, New York Branch
Attn:  Duncan Robertson
1211 Sixth Avenue, 25th Floor
New York, NY  10036-8705

West LB AG, New York Branch
Attn:  Jeff Nelson
1211 Sixth Avenue, 25th Floor
New York, NY  10036-8705

West LB AG, New York Branch
Attn:  James Winikor
1211 Sixth Avenue, 25th Floor
New York, NY  10036-8705

Whitney Advertising & Design
6410 N Business Park Loop Rd
Suite H
Park City, UT 84098-6212

William D. Ellis, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA  90013

Joseph E. Wrona
Wrona Law Office, P.C.
1745 Sidewinder Dr.
Park City, UT  84060

Bruce J. Zabarauskas
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY  10022-2544