Kenneth L. Cannon II (kcannon@djplaw.com) (3705)
Steven J. McCardell (smccardell@djplaw.com) (2144)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT  84110-4050
Telephone:  (801) 415-3000/Fax:  (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com) (admitted pro hac vice)
Steven B. Eichel (seichel@crowell.com) (admitted pro hac vice)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY  10022
Telephone:  (212) 223-4000/Fax:  (212) 223-4134
Counsel for Debtors and Debtors in Possession

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | |
| EASY STREET HOLDING, LLC, *et. al*. ) | Bankruptcy Case No. 09-29905 |
| ) | Jointly Administered with Cases |
| Debtors ) | 09-29907 and 09-29908 |
| ) | |
| Address:    201 Heber Avenue ) | Chapter 11 |
|                   Park City, UT 84060 ) | |
| ) | Honorable R. Kimball Mosier |
| Tax ID Numbers: ) | |
| 35-2183713 (Easy Street Holding, LLC), ) | |
| 20-4502979 (Easy Street Partners, LLC), and ) | **[FILED ELECTRONICALLY]** |
| 84-1685764 (Easy Street Mezzanine, LLC) ) | |
| ) | |

**NOTICE OF HEARING ON DEBTORS' MOTION TO EXTEND THE EXCLUSIVE
PERIODS FOR FILING CHAPTER 11 PLANS OF REORGANIZATION
AND OBTAINING ACCEPTANCES OF SUCH PLANS**

**PLEASE TAKE NOTICE** that Easy Street Partners, LLC ("Partners"), Easy Street

Mezzanine, LLC ("Mezzanine"), and Easy Street Holding, LLC ("Holding"), debtors and

debtors in possession in the above captioned cases (collectively, the "Debtors") have filed a

motion (the "Motion") for entry of an order under 11 U.S.C. §1121(d) extending for

SLC_516742.1

approximately 60 days their initial exclusive periods for proposing and obtaining acceptances of one or more plans of reorganization. A copy of the Motion is served contemporaneously with this Notice

**PLEASE TAKE FURTHER NOTICE** that your rights may be affected. You should read this Notice and the Motion carefully and discuss them with your attorney, if you have one in this bankruptcy case.

**PLEASE TAKE FURTHER NOTICE** that, if you do not want the Bankruptcy Court to approve the Motion and grant the relief contemplated thereby, or if you want the Bankruptcy Court to consider your views on the Motion, then you or your attorney must file with the Bankruptcy Court and serve on the undersigned counsel for the Debtor a written objection to the Motion in conformity with Rule 9013 of the Bankruptcy Court's local rules of practice so that it is received no later than **Tuesday, January 5, 2010, at 4:30 p.m., MDT**. Your objection must be filed at:

>Clerk
>United States Bankruptcy Court
>350 South Main Street, # 301
>Salt Lake City, Utah 84101

**PLEASE TAKE FURTHER NOTICE** that, if you mail your objection to the Bankruptcy Court for filing, you must mail it early enough so the Court will receive it on or before the time and date stated above. You must also serve your objection on the undersigned counsel for the Debtors and on other parties in interest.

**PLEASE TAKE FURTHER NOTICE** that the Motion will come on for hearing before the Honorable R. Kimball Mosier, United States Bankruptcy Judge, on **Tuesday, January 12, 2010, at 9:30 a.m., MST**, in his courtroom, Room 369 of the Frank E. Moss United States

Courthouse, 350 South Main Street, Salt Lake City, Utah 84101. You or your attorney must attend the hearing on the Motion if you want your objection to be considered by the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rule 9013-1(c) of the Bankruptcy Court's local rules of practice, absent timely filing and service of objections to the Motion, the Debtors may ask that the Court to grant the Motion without further notice or hearing. Additionally, upon the resolution of any timely filed and served objections to the Motion, the hearing may be stricken and the relief sought therein may be granted by the Bankruptcy Court without further notice or hearing.

DATED: December 18, 2009

        DURHAM JONES & PINEGAR, P.C.

By:   /s/ Kenneth L. Cannon II
      Kenneth L. Cannon II (kcannon@djplaw.com)(3705)
      Steven J. McCardell (smccardell@djplaw.com)(2144)

      and

      Michael V. Blumenthal (mblumenthal@crowell.com)
        (admitted pro hac vice)
      CROWELL & MORING LLP

      Counsel for Debtors and Debtors in Possession

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Hearing on Debtor's Motion to Extend the Exclusive Periods to File and Confirm a Plan of Reorganization was served this 18th of December, 2009 via ECF notification, electronic mail and/or first-class mail, postage prepaid on the parties listed on the attached pages.

      /s/  Kristin Hughes

**ECF Notification**

- Troy J. Aramburu  taramburu@joneswaldo.com, sglendening@joneswaldo.com; rbush@joneswaldo.com

- Scott A. Cummings  cummings.scott@dorsey.com

- Mary Margaret Hunt  hunt.peggy@dorsey.com, wardle.gay@dorsey.com

- Annette W. Jarvis  jarvis.annette@dorsey.com, smith.ron@dorsey.com; slc.lit@dorsey.com;brown.patricia@dorsey.com

- Lon A. Jenkins  lajenkins@joneswaldo.com, krichardson@joneswaldo.com; ecf@joneswaldo.com;sglendening@joneswaldo.com

- Michael R. Johnson  mjohnson@rqn.com, agale@rqn.com

- Anthony C. Kaye  kaye@ballardspahr.com

- Benjamin J. Kotter  kotter.benjamin@dorsey.com

- Adelaide Maudsley  maudsley@chapman.com, jemery@chapman.com

- John T. Morgan tr  john.t.morgan@usdoj.gov, james.gee@usdoj.gov

- David W. Overholt  doverholt@rsolaw.com, abachman@rsolaw.com

- Knute Rife  karife@rifelegal.com

- Jeffrey L. Shields  jlshields@cnmlaw.com, njpotter@cnmlaw.com

- Jeffrey Weston Shields  jshields@joneswaldo.com, sglendening@joneswaldo.com

- United States Trustee  USTPRegion19.SK.ECF

**Electronic Mail**

Securities & Exchange Commission
Attn: Bankruptcy Dept.
44 Montgomery St # 1100
San Francisco, CA 94104-4613
sanfrancisco@sec.gov

Utah Department of Workforce Services
P O Box 45249
Salt Lake City, UT 84145-0249
dwscontactus@utah.gov

West LB AG, New York Branch
Attn: Christian Ruehmer
1211 Avenue of the Americas, 24th Flr
New York, NY 10036
christian_ruehmer@westlb.com

West LB AG, New York Branch
Attn: Duncan Robertson
1211 Sixth Avenue, 25th Floor
New York, NY 10036-8705
duncan_robertson@westlb.com

West LB AG, New York Branch
Attn:  Jeff Nelson
1211 Sixth Avenue, 25th Floor
New York, NY  10036-8705
jeff_nelson@westlb.com

West LB AG, New York Branch
Attn:  James Winikor
1211 Sixth Avenue, 25th Floor
New York, NY  10036-8705
james_winikor@westlb.com

William D. Ellis, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA  90013
wellis@sidley.com

Richard W. Havel, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA  90013
rhavel@sidley.com

Drew A. Norman, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA  90013
danorman@sidley.com

Christina M. Craige, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA  90013
ccraige@sidley.com

BayNorth Capital, LLC
Attn:  Charles J. Flint
One Financial Center, Floor 23
Boston, MA  02111-2621
cflint@baynorthcapital.com

Christopher B. Barker, Esq.
Goodwin Procter LLP
53 State Street
Boston, MA  02109
cbarker@goodwinprocter.com

Anthony S. Fiotto
Goodwin Procter LLP
53 State Street
Boston, MA  02109
afiotto@goodwinprocter.com

Eric D. Lemont
Goodwin Procter LLP
53 State Street
Boston, MA  02109
elemont@goodwinprocter.com

Timothy G. Little, Esq.
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY  10022-2585
tim.little@kattenlaw.com

Sheri P. Chromow, Esq.
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY  10022-2585
sheri.chromow@kattenlaw.com

David Wickline
17575 Fitzpatrick Land
Occidental, CA 95465
wicklinedavid@cs.com

Shaner Design, Inc.
614 Main Street, Suite 404
PO Box 4560
Park City, UT 84060
trs@shanerdesign.com

Elliott Workgroup
Attn:  Craig Elliott
P O Box 3419
Park City, UT  84060-3419
celliott@elliottworkgroup.com

Michael V. Blumenthal
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
mblumenthal@crowell.com

Steven B. Eichel
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
seichel@crowell.com

Bruce J. Zabarauskas
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
bzabarauskas@crowell.com

Brian W. Harvey  
Goodwin Procter LLP  
The New York Time Building  
620 Eighth Avenue  
New York, NY 10018-1405  
bharvey@goodwinprocter.com  

Joseph E. Wrona  
Wrona Law Offices, P.C.  
1745 Sidewinder Drive  
Park City, UT  84060  
wrona@wasatchlaw.com  

SLC_516742.1

A.W. Marshall Company
PO Box 16127
Salt Lake City, UT 84116-0127

ACME Thread Ware
6436 N Business Park Loop Rd.
Park City, UT 84098-6233

ADT Security Services Inc
PO Box 371956
Pittsburgh, PA 15250-7956

ALC Snow Removal
PO Box 680442
Park City, UT 84068-0442

AT&T Mobility
PO Box 6463
Carol Stream, IL 60197-6463

ATIV Corporation
722 Nardo Rd
Encinitas, CA 92024

AXIS Group
84 Route 347
Port Jefferson Station, NY 11767

Aetna
PO Box 894938
Los Angeles, CA 90189-4938

Air Filter Sales & Service Inc
255 West 2950 South
Salt Lake City, UT 84115-3443

Albert Ulster Imports, Inc.
PO Box 770
Gaithersburg, MD 20884-0770

Alchemy Ventures Trust
17575 Fitzpatrick Lane
Occidental, CA 95465-9355

Alliance Abroad Group LP
1221 South Mopac Expressway
Suite 100
Austin, TX 78746

Alpine Adventures
3020 North Federal Highway # 10
Fort Lauderdale, FL 33306

American Express Travel Relate
2840 South 123rd Court
Omaha, NE 68144

American Ski & Board Association
686 NW York
Bend, OR 97701

All-Pro Cleaning Systems, Inc.
166 West Cottage Avenue
Sandy, UT 84070-1433

Allen Distribution Services
3247 South 3690 West
West Valley City, UT 84120-2150

Allied Waste Services
PO Box 78829
Phoenix, AZ 85062-8829

Alsco
PO Box 25717
Salt Lake City, UT 84125-0717

American Express
PO Box 53852
Phoenix, AZ 85072-3852

American Express Travel
2421 West Peoria Avenue
Phoenix, AZ 85029-4939

American Hotel Register CO
16458 Collections Center Drive
Chicago, IL 60693-0001

American Liberty Insurance
3601 N University Ave Suite 100
Provo, UT 84604-6600

Appliance Sales & Service
P O Box 670
55 E Center St., Suite 140
Heber City, UT 84032-1946

Troy J. Aramburu
Jones Waldo Holbrook & McDonough
170 South Main Street, Suite 1500
Salt Lake City, UT 84101-1644

Arctic Spas/ Spagoods.com
4575 N. Silver Springs Dr
Park City, UT 84098-7536

BDRC 4 Site, LLC
Attn: Brian W. Dorsey
305 NE Loop 820, St. 109
Hurst, TX 76053-7211

BJ Plumbing Supply
1470 South State
Orem, UT 84097-7704

BTC Rob Stevenson
957 East 1300 South
Salt Lake City, UT 84105-1856

Baker Tile Co
1434 West 8040 South
West Jordan, UT 84088-9459

Bay North Capital, LLC
Attn:  Charles J. Flint
One Financial Center, Floor 23
Boston, MA  02111-2621

Michael V. Blumenthal
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY  10022-2544

Business Technology Consulting
Rob Stevenson
957 East 1300 South
Salt Lake City, UT 84105

Christine M. Craige, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA  90013-1010

Christopher B. Barker, Esq.
Goodwin Proctor LLP
53 State Street
Boston, MA  02109-2881

Bellows Glass
76 West 200 South
Heber City, UT 84032-2005

Bevco2
651 West 600 South
Salt Lake City, UT 84104-1015

Big Four Distributing, Inc
304 East 900 South
Provo, UT  84606-7316

Bill & Carrie Shoaf
4780 Winchester Court
Park City, UT 84098-7528

CBIZ
175 S West Temple, Suite 650
Salt Lake City, UT 84101-1422

Child Support Services
ORS PO Box 45011
Salt Lake City, UT 84145-0011

Cintas Corporation
97627 Eagle Way
Chicago, IL 60678-7627

CloudNine Resorts SL- Development
PO Box 683300
Park City, UT 84068-3300

CloudNine Resorts SL- Management
PO Box 683300
Park City, UT 84068-3300

Colorado Casualty Insurance Co
PO Box 85627
San Diego, CA 92186-5627

Comcast
PO Box 34744
Seattle, WA 98124-1744

CoolWorks.com
PO Box 272
Gardiner, MT 59030-0272

Committee of Unsecured Creditors
Jones Waldo Holbrook & McDonough
170 South Main Street, Suite 1500
Salt Lake City, UT  84101-1644

Corbin B. Gordon
Corbin B. Gordon, P.C.
345 West 600 South
Heber City, UT 84032-2247

Scott A. Cummings
Dorsey & Whitney LLP
136 South Main Street, Suite 1000
Salt Lake City, UT  84101-1685

Curb It Recycling
PO Box 681397
Park City, UT 84068-1397

Cushman & Wakefield
50 Broad Street
New York, NY 10004-2307

David Wickline
17575 Fitzpatrick Lane
Occidental, CA  95465-9355

Dex West
PO Box 79167
Phoenix, AZ 85062-9167

Diamond Rental
4518 South 500 West
Salt Lake City, UT 84123-3694

Drew A. Norman, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA  90013-1010

EM Systems
PO Box 540783
North Salt Lake, UT 84054-0783

Easy Street Holding, LLC
4780 Winchester Court
Park City, UT  84098-7528

Easy Street Mezzanine, LLC
4780 Winchester Court
Park City, UT  84098-7528

Easy Street Partners, LLC
4780 Winchester Court
Park City, UT  84098-7528

Ecolab
PO Box 100512
Pasadena, CA 91189-0512

Ecolab Pest Elim. Div
PO Box 6007
Grand Forks, ND 58206-6007

Steven B. Eichel
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY  10022-2544

Elliott Workgroup LLC
Attn:  Craig Elliott
P O Box 3149
Park City, UT  84060-3149

Fast Patch
2257 Greens Lane
Spanish Fork, UT 84660-9599

FedEx
PO Box 7221
Pasadena, CA 91109-7321

Anthony S. Fiotto
Goodwin Proctor LLP
53 State Street
Boston, MA  02109-2881

Five 9's Communication
PO Box 348
Roy, UT 84067-0348

Fog River Fisheries
9554 Wells Circle, Suite A
West Jordan, UT  84081

Frank Rimerman & Co. LLP
60 South Market Street
San Jose, CA 95113-2351

Fuelman
PO Box 105080
Atlanta, GA 30348-5080

Gateway Center, LLC
c/o Commerce
32 West 200 South, Suite 501
Salt Lake City, UT  84101

Gemstone Hotels & Resorts, LLC
Attn:  Jeff McIntyre, Principal
1912 Sidewinder Drive, # 104
Park City, UT  84060

General Chemical
PO Box 533195
Charlotte, NC 28290-3195

Gentry Finance
386 South State Street
Orem, UT 84058-5424

Get Fresh
1548 18th Street
Santa Monica, CA  90404

Goodrich & Thomas, CPAs
3200 Park Center Drive Suite 1170
Costa Mesa, CA  92626-7153

Grazo Electric
PO Box 1196
Midway, UT 84049-1196

Gunthers Comfort Air
81 South 700 East
American Fork, UT 84003-2158

HD Supply Facilities Maintenance
PO Box 509058
San Diego, CA 92150-9058

Brian W. Harvey
Goodwin Proctor LLP
The New York Times Building
620 Eighth Avenue
New York, NY  10018-1618

Home Depot Credit Services
PO Box 6031
The Lakes, NV 88901-6031

Hood Cleaners of Utah
PO Box 342
Riverton, UT 84065-0342

Hotel Amenities Resources LLC
2000 Van Ness Avenue Suite 801
San Francisco, CA 94109-3023

Mary Margaret Hunt
Dorsey & Whitney LLP
136 South Main Street, Suite 1000
Salt Lake City, UT  84101-1685

Innovative Body Science
6350 Yarrow Drive Suite D
Carlsbad, CA 92011-1544

Intermountain Drug Testing
PO Box 9800
Salt Lake City, UT 84109-9800

Internal Revenue Service
Centralized Insolvency Operations
P O Box 21126
Philadelphia, PA  19114-0326

Ion Cibuc
7 Kafern Drive Apt 1-D
Baltimore, MD 21207-4383

Jacobsen Construction
PO Box 27608
Salt Lake City, UT 84127-0608

| | | |
|---|---|---|
| Jacobsen National Group, Inc.<br>c/o Michael R. Johnson, Esq.<br>Ray Quinney & Nebeker<br>36 South State Street, Suite 1400<br>Salt Lake City, UT  84111-1451 | Annette W. Jarvis, Esq.<br>Dorsey & Whitney LLP<br>136 South Main Street, Suite 1000<br>Salt Lake City, UT  84101-1685 | Lon A. Jenkins<br>Jones Waldo Holbrook & McDonough<br>170 South Main Street, Suite 1500<br>Salt Lake City, UT  84101-1644 |
| Michael R. Johnson, Esq.<br>Ray Quinney & Nebeker<br>36 South State Street, Suite 1400<br>P O Box 45385<br>Salt Lake City, UT  84145-0385 | KBIi Properties, LP<br>PO Box 680464<br>Park City, UT 84068-0464 | **Kaba Ilco, Inc**<br>**PO Box 12553 Succ Centre Ville**<br>**Montreal, QC H3C-6R1**<br>**CANADA** |
| Anthony C. Kaye<br>Ballard Spahr Andrews & Ingersoll, LLP<br>201 South Main Street, Suite 600<br>Salt Lake City, UT  84111-2212 | Benjamin J. Kotter<br>Dorsey & Whitney LLP<br>136 South Main Street, Suite 1000<br>Salt Lake City, UT  84101-1685 | Klehr, Branzburg & Ellers LLP<br>Attn:  William A. Harvey<br>260 South Broad St,<br>Philadelphia, PA 19102-5021 |
| La Monica's Restaurant Equipment<br>6211 South 380 West<br>Murray, UT 84107-3309 | Eric D. Lemont<br>Goodwin Proctor LLP<br>53 State Street<br>Boston, MA  02109-2881 | Les Olson Company<br>PO Box 65598<br>Salt Lake City, UT 84165-0598 |
| Liquor Leasing & Service, L.C.<br>9283 South Jean Drive<br>Sandy, UT  84070-6254 | Living Creations Inc<br>2163 E Lambourne Ave<br>Salt Lake City, UT 84109-2454 | Luxury Residence Group<br>Attn:  Carrie Shoaf<br>693 Main Street<br>P O Box 1225<br>Park City, UT  84060 |
| M & M Distributing<br>531 West 600 North<br>Salt Lake City, UT 84116-3430 | Market Metrix<br>990 A Street Suite 301<br>San Rafael, CA 94901-3000 | Adelaide Maudsley<br>Chapman & Cutler LLP<br>201 South Main Street, Suite 2000<br>Salt Lake City, UT  84111-2298 |
| McGladrey and Pullin<br>Attn:  Jan Riend<br>One South Wacker Drive, Suite 800<br>Chicago, IL 60606-4650 | Media One of Utah<br>4770 South 5600 West<br>West Valley City, UT  84170-4005 | Merrit & Harris<br>301 E Glenoaks Blvd. Suite 4,<br>Glendale CA 91207-2115 |
| Michael & Nilda Chang<br>16 Morning Sky Lane<br>Las Vegas, NV 89135-7860 | Millcreek Consulting<br>3017 E Kempner Rd.<br>Salt Lake City UT 84109-3654 | Money 4 You & Mr. Money<br>498 North 900 West # 230<br>Kaysville, UT 84037-4213 |
| John T. Morgan Tr<br>US Trustees Office<br>405 South Main Street, Suite 300<br>Salt Lake City, UT  84111-3402 | Mountain Valley Temperature Control<br>PO Box 429<br>Pleasant Grove, UT 84062-0429 | Muir Copper Canyon Farms<br>PO Box 26775<br>Salt Lake City, UT 84126-0775 |
| Muzak LLC<br>PO Box 71070<br>Charlotte, NC 28272-1070 | Nicholas Co.<br>PO Box 45005<br>Salt Lake City, UT  84145-0005 | Open Table Inc<br>PO Box 49322<br>San Jose, CA  95161-9322 |

| | | |
|---|---|---|
| Pacific Seafood - Utah<br>P O Box 97<br>Clackmas, OR  97015-0097 | Park Avenue Travel<br>11 Park Avenue<br>Swarthmore, PA  19081 | Park City I, LLC<br>166 Duane Street<br>New York, NY  10013-3398 |
| Park City Surveying<br>P O Box 682993<br>Park City, UT  84068-2993 | Philo Smith Jr. Trust<br>684 Glenneyre Street<br>Laguna Beach, CA  92651-2420 | Par Springer-Miller System, Inc<br>782 Mountain Road<br>PO Box 1547<br>Stowe, VT 05672-1547 |
| Park City Auto Parts/Hardware<br>PO Box 244<br>Heber City, UT 84032-0244 | Park City Municipal Corp.<br>PO Box 1480<br>Park City, UT 84060-1480 | Park City Water<br>PO Box 1480<br>Park City, UT 84060-1480 |
| Park City WinElectric<br>PO Box 681729<br>Park City, UT 84068-1729 | Patricia Wagner<br>PO Box 680322<br>Park City, UT 84068-0322 | PayChex Human Resources Services<br>PO Box 29769<br>New York, NY 10087-9769 |
| Peak Mobile Communications<br>4910 South Warehouse Road<br>Salt Lake City, UT 84118-6354 | Peets Coffee & Tea<br>PO Box 12509<br>Berkeley, CA 94712-3509 | Pitney Bowes<br>PO Box 856390<br>Louisville, KY 40285-6390 |
| Plaza Dry Cleaners<br>PO Box 770-361<br>Park City UT 84060 | Porter Paint<br>1268 South 500 West<br>Salt Lake City, UT 84101-3019 | Proforma<br>PO Box 51925<br>Los Angeles, CA 90051-6225 |
| Protravel International<br>14130 Riverside Drive<br>Sherman Oaks, CA 91423-2313 | Protravel International Inc<br> 515 Madison Ave 10th Floor<br>New York, NY 10022-5403 | Questar Gas Company<br>PO Box 45360<br>Salt Lake City, UT 84145-0360 |
| Qwest<br>Attn:  Bankruptcy Department<br>PO Box 29039<br>Phoenix, AZ 85038-9039 | Qwest<br>Attn:  Jane Frey<br>1801 California Street, Room 900<br>Denver, CO  80202-2609 | Qwest Long Distance Business Services<br>PO Box 856169<br>Louisville, KY 40285-6169 |
| Renegade Oil Inc<br>1141 South 3200 West<br>Salt Lake City, UT 84104-4562 | Revco Leasing<br>PO Box 65598<br>Salt Lake City, UT 84165-0598 | Richard W. Havel, Esq.<br>Sidley Austin LLP<br>555 West Fifth Street<br>Los Angeles, CA  90013-1010 |
| Knute Rife<br>Wrona Law Offices<br>11650 South State Street, Suite 103<br>Draper, UT  84020-7144 | Rimmerman<br>One Embarcadero Center, Suite 2410<br>San Francisco, CA 94111-3737 | PacifiCorp<br>Attn:  Bankruptcy<br>P O Box 25308<br>Salt Lake City, UT  84125-0308 |

RussWoods LLC
5148 Silver Springs Road
Park City, UT 84098-6034

SL Convention & Visitors Bureau
90 South West Temple
Salt Lake City, UT 84101-1406

Schindler Elevator Corporation
PO Box 93050
Chicago, IL 60630

Securities & Exchange Commission
Attn:  Bankruptcy Dept.
44 Montgomery St # 1100
San Francisco, CA 94104-4613

Sentry West Insurance Services
PO Box 9289
Salt Lake City, UT 84109-9289

Shaner Design, Inc.
614 Main Street, Suite 404
PO Box 4560
Park City, UT 84060-4560

Sheri P. Chromow, Esq.
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY  10022-2585

Jeffrey L. Shields
Callister Nebeker & McCullough
10 East South Temple, Suite 900
Salt Lake City, UT  84133-1101

Jeffrey Weston Shields
Jones Waldo Holbrook & McDonough
170 South Main Street, Suite 1500
Salt Lake City, UT  84101-1644

Shift4 Corporation
1491 Center Crossing Rd
Las Vegas, NV 89144-7047

Shoes For Crews, LLC
File LockBox 51151
Los Angeles, CA 90074-1151

Squire
Attn:  Ray Chipman
1329 South 800 East
Orem, UT 84097-7700

Standard Plumbing Supply
PO Box 708490
Sandy, UT 84070

Staples Credit Plan
Dept 51-7861136819
PO Box 689020
Des Moines, IA 50368-9020

State Office of Recovery Services
515 East 100 South
P O Box 45033
Salt Lake City, UT  84145-0033

State of Utah
Office of the Attorney General
Tax & Revenue Division
P O Box 40874
Salt Lake City, UT  84114-0874

Step Saver Inc.
1901 West 2425 South
Wood Cross, UT 84087-2463

Stone Ground Bakery
PO Box 581078
Salt Lake City, UT 84158-1078

Summit Business Services
Attn:  Chipper Leonard
4130 Hilltop Court
Park City, UT  84098-4715

Summit County Assessor
PO Box 128
Coalville, UT 84017-0128

Summit County Treasurer
60 North Main
PO Box 128
Coalville, UT  84017

Summit County Public Health Dept
Environmental Laboratory
PO Box 128
Coalville, UT 84017-0128

Sundance Partners, Ltd.
c/o Ballard Spahr
201 South Main Street, Suite 800
Salt Lake City, UT  84111-2212

Swire Coca-Cola USA
PO Box 1410
Draper, UT 84020-1410

Sysco Intermountain Food Service
Attn:  Steve Lewis
PO Box 27638
Salt Lake City, UT 84127-0638

Sysco Intermountain Food Services, Inc.
c/o David W. Overholt
Richer & Overholt, PC
901 West Baxter Drive
South Jordan, UT  84095-8687

Target Labels & Packaging
40 West 3800 North
Hyde Park, UT 84318-4114

N. Allen Taylor
Taylor Capital Management
6641 North Paseo Tamayo
Tucson, AZ  85750

The Chef's Garden
9009 Huron-Avery Road
Huron, OH 44839-2448

The Elevator Company
PO Box 736
Bountiful, UT 84011-0736

| | | |
|---|---|---|
| The Park Record<br>PO Box 3688<br>Park City, UT  84060 | Paul W. Throndsen, MAI<br>Appraisal Group, Inc.<br>7396 South Union Park Ave., #301<br>Midvale, UT  84047 | Timothy G. Little, Esq.<br>Katten Muchin Rosenman LLP<br>575 Madison Avenue<br>New York, NY  10022-2585 |
| USA Today<br>PO Box 79782<br>Baltimore, MD 21279-0782 | Union Square Home Owners Association<br>PO Box 683300<br>Park City UT 84068-3300 | United Fence Co.<br>PO Box 26933<br>2525 South 2700 West<br>Salt Lake City, UT 84119-1227 |
| Utah Dept-Alcoholic Beverage Control<br>1625 South 900 West<br>P O Box 30408<br>Salt Lake City, UT  84130-0408 | Utah Dept of Workforce Services<br>P O Box 45249<br>Salt Lake City, UT  84145-0249 | Utah State Tax Commission<br>Sales Tax<br>210 North 1950 West<br>Salt Lake City, UT  84134-0400 |
| Virtuoso, Ltd<br>PO Box 99358<br>Fort Worth, TX  76199-0358 | Wasatch Audio-Visual<br>PO Box 770 PMB282<br>Park City, UT  84060-0770 | Wasatch Meats<br>926 South Jefferson Street<br>Salt Lake City, UT 84101-2983 |
| Water Images<br>PO Box 571393<br>Murray, UT 84157-1393 | Water Reclamation District<br>2800 Homestead Rd<br>Park City, UT 84098-4869 | Wells Fargo Equipment Finance<br>NW-8178 PO Box 1450<br>Minneapolis, MN 55485-8178 |
| Wells Fargo Equipment Finance<br>733 Marquette Avenue Suite 700<br>Minneapolis, MN 55402-2316 | West LB AG, New York Branch<br>Attn:  Christian Ruehmer<br>1211 Avenue of the Americas, 24th Flr<br>New York, NY  10036-8705 | West LB AG, New York Branch<br>Attn:  Duncan Robertson<br>1211 Sixth Avenue, 25th Floor<br>New York, NY  10036-8705 |
| West LB AG, New York Branch<br>Attn:  Jeff Nelson<br>1211 Sixth Avenue, 25th Floor<br>New York, NY  10036-8705 | West LB AG, New York Branch<br>Attn:  James Winikor<br>1211 Sixth Avenue, 25th Floor<br>New York, NY  10036-8705 | Whitney Advertising & Design<br>6410 N Business Park Loop Rd<br>Suite H<br>Park City, UT 84098-6212 |
| William D. Ellis, Esq.<br>Sidley Austin LLP<br>555 West Fifth Street<br>Los Angeles, CA  90013 | Joseph E. Wrona<br>Wrona Law Office, P.C.<br>1745 Sidewinder Dr.<br>Park City, UT  84060 | Bruce J. Zabarauskas<br>Crowell & Moring LLP<br>590 Madison Avenue, 20th Floor<br>New York, NY  10022-2544 |