Michael R. Johnson, Esq. (#7070)
Jonathan A. Dibble, Esq. (#0881)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, 14th Floor
P.O. Box 45385
Salt Lake City, Utah  84145-0385
Telephone:  (801) 532-1500
Facsimile: (801) 532-7543
E-mail:  mjohnson@rqn.com
E-mail:  jdibble@rqn.com

*Attorneys for Jacobsen National Group, Inc.*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>**EASY STREET HOLDING, LLC, et al.,**<br><br>   Debtors.<br><br>Address:  201 Heber Avenue<br>         Park City, UT 84060<br><br>Tax ID Numbers:<br><br>35-2183713 (Easy Street Holdings, LLC),<br>20-4502979 (Easy Street Partners, LLC), and<br>84-1685864 (Easy Street Mezzanine, LLC) | **Bankruptcy No. 09-29905 RKM**<br><br>(Jointly Administered with Cases 09-29907 and 09-29908)<br><br>Chapter 11<br><br>Honorable R. Kimball Mosier |

**CERTIFICATE OF SERVICE OF JACOBSEN NATIONAL GROUP, INC.'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO WEST LB, AG REGARDING JOINT MOTION TO APPROVE AMENDMENTS TO STIPULATION AUTHORIZING USE OF CASH COLLATERAL**

I hereby certify that on the 21st day of December, 2009, I caused a true and correct copy of (i) Jacobsen National Group, Inc.'s *First Set of Requests for Production of Documents to West LB, AG Regarding Joint Motion to Approve Amendments to Stipulation Authorizing Use of Cash Collateral,* along with (ii) this *Certificate of Service*, to be served on the following parties by both first class U.S. mail and e-mail as a pdf document, addressed as follows:

> Annette W. Jarvis
> Peggy Hunt
> Benjamin J. Kotter
> **DORSEY & WHITNEY LLP**
> 136 South Main Street
> Suite 1000
> Salt Lake City, UT 84101-1655
> Email:  jarvis.annette@dorsey.com
>             hunt.peggy@dorsey.com
>             kotter.benjamin@dorsey.com
>
> Richard W. Havel
> **SIDLEY AUSTIN LLP**
> 555 West Fifth Street, Suite 4000
> Los Angeles, CA  90013-1010
> Email:  rhavel@sidley.com
>
> Kenneth L. Cannon II
> Steven J. McCardell
> **DURHAM JONES & PINEGAR**
> 111 East Broadway, Suite 900
> PO Box 4050
> Salt Lake City, UT 84110-4050
> Email:   kcannon@djplaw.com
>              smccardell@djplaw.com
>
> Michael V. Blumenthal
> **CROWELL & MORING LLP**
> 590 Madison Avenue, 20th Floor
> New York, NY 10022
> Email: mblumenthal@crowell.com

**1064397**                                                                     2

DATED this 21st day of December, 2009.

**RAY QUINNEY & NEBEKER, P.C.**


/s/ Michael R. Johnson
_____
Michael R. Johnson
Jonathan A. Dibble
*Attorneys for Jacobsen National Group, Inc.*

**1064397**                                    3