Kenneth L. Cannon II (kcannon@djplaw.com) (3705)
Steven J. McCardell (smccardell@djplaw.com) (2144)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT  84110-4050
Telephone:  (801) 415-3000/Fax:  (801) 415-3500


Michael V. Blumenthal (mblumenthal@crowell.com) (admitted pro hac vice)
Steven B. Eichel (seichel@crowell.com) (admitted pro hac vice)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY  10022
Telephone:  (212) 223-4000/Fax:  (212) 223-4134


Counsel for Debtors and Debtors in Possession

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: | |
| | |
| EASY STREET HOLDING, LLC, *et al.*, | Bankruptcy Case No. 09-29905 |
| | Jointly Administered with Cases |
| | 09-29907 and 09-29908 |
| | |
| Address:  201 Heber Avenue | Chapter 11 |
| Park City, UT 84060 | |
| | Honorable R. Kimball Mosier |
| Tax ID Numbers: | |
| 35-2183713 (Easy Street Holding, LLC), | |
| 20-4502979 (Easy Street Partners, LLC), and | **[FILED ELECTRONICALLY]** |
| 84-1685764 (Easy Street Mezzanine, LLC) | |
| | |

## DURHAM JONES & PINEGAR'S FIRST PROFESSIONAL FEE REQUEST FOR THE PERIOD SEPTEMBER 14, 2009 THROUGH NOVEMBER 30, 2009

Durham Jones & Pinegar ("DJP"), co-counsel for Easy Street Partners, LLC ("Partners"),

Easy Street Mezzanine, LLC ("Mezzanine"), and Easy Street Holding, LLC ("Holding"), debtors

and debtors in possession in the above-captioned cases (collectively, the "Debtors"), pursuant to

the Court's Order entered December 15, 2009 Approving Motion and Establishing Monthly Fee

and Expense Reimbursement Procedures (the "Interim Payment Order") hereby submits its first

professional fee request (the "Fee Request"), for the period from September 14, 2009, through

November 30, 2009 (the "Fee Period").

Pursuant to the Interim Payment Order, professionals employed pursuant to Order of the

Court to represent the Debtors or the Official Committee of Unsecured Creditors (the

"Committee") are authorized to request from the Debtors payment of 80% of their fees and

100% of their expenses on a monthly basis.   DJP's professional fees for the Fee Period are as

follows:

| MONTH | HOURS | FEES | 80% OF FEES | EXPENSES | TOTALS (80% FEES AND 100% EXPENSES) |
|---|---|---|---|---|---|
| September | 97.70 | $31,472.50[1] | $25,178.00 | $532.21 | $25,710.21 |
| October | 165.90 | $53,302.50[2] | $42,642.00 | $502.05 | $43,144.05 |
| November | 166.90 | $37,992.50[3] | $30,394.00 | $1,354.43 | $31,748.43 |
| TOTALS | 430.50 | $122,767.50 | $98,214.00 | $2,388.69 | $100,602.69 |

Attached are detailed statements of services for which payment is sought, redacted to

exclude privileged, work product, and confidential information, and expenses incurred, on a

monthly and on a matter basis.  Each statement includes total time expended, identity of

professionals providing services, hourly billing rates, and a detailed listing of time.

DJP understands that other professionals providing services to the Debtors and the

Committee may submit separate fee requests seeking payment of professional fees and

---

[1] This amount includes $1,402.50 in fees in the BayNorth Litigation matter.

[2] This amount includes $97.50 in fees in the BayNorth Litigation matter.

[3] This amount includes $422.50 in fees in the BayNorth Litigation matter.

reimbursement of expenses.  The amount available under the cash collateral budget for payment

of professional fees and expenses of estate professionals in the Easy Street Partners case for the

each month of the Fee Period is $125,000, for a total of $375,000 for the Fee Period, and it may

be that total fees and expenses of estate professionals in the Easy Street Partners case in any

given month may exceed this amount.  In such event, DJP's fees and expenses will be pro rated

with other estate professionals.

Pursuant to the Interim Fee Order, parties must file objections to the Fee Request within

ten days from the date it is received.  Any objection must have a description of the specific

subject matter and services in dispute and state the amount in dispute.  It shall not be sufficient

simply to object to all fees and expenses.  Fees and expenses not objected to will be paid by the

Debtors or, if the total of 80% of fees and 100% of expenses of estate professionals exceeds

$125,000 for any month within the Fee Period, the fees and expenses will be pro-rated among

fees and expenses for that month that are not objected to.

DATED:  December 22, 2009.

DURHAM JONES & PINEGAR, P.C.

By:   /s/  Kenneth L. Cannon II
      Kenneth L. Cannon II (kcannon@djplaw.com)(3705)
      Steven J. McCardell (smccardell@djplaw.com)(2144)
      DURHAM JONES & PINEGAR, P.C.
      111 East Broadway, Suite 900
      P.O. Box 4050
      Salt Lake City, UT   84110-4050
      Telephone:  (801) 415-3000/Fax:  (801) 415-3500

      Co-Counsel for the Debtors

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of December, 2009, I caused to be served a copy of

Durham Jones & Pinegar's First Professional Fee Request for the period September 14, 2009

through November 30, 2009 via email on the following:

Easy Street Partners, LLC
Easy Street Mezzanine, LLC
Easy Street Holding, LLC
Attn:  William Shoaf
4780 Winchester Court
Park City, UT  84098-7528
bshoaf@cloudnineresorts.com

Jeffrey W. Shields
Lon A. Jenkins
Jones Waldo Holbrook & McDonough
170 South Main Street, Suite 1500
Salt Lake City, UT  84101
jshields@joneswaldo.com
lajenkins@joneswaldo.com

Michael V. Blumenthal
Crowell & Moring
590 Madison Avenue, 20th Floor
New York, NY  10022
mblumenthal@crowell.com

James Winikor
West LB AG, New York Branch
1211 Sixth Avenue, 25th Floor
New York, NY  10036-8705
james_winikor@westlb.com

John T. Morgan
Office of the United States Trustee
405 South Main Street, Suite 300
Salt Lake City, UT  84111
john.t.morgan@usdoj.gov

Richard W. Havel
Sidley  Austin LLP
555 Wset Fifth Street
Los Angeles, CA 90013
rhavel@sidley.com

Annette W. Jarvis
Dorsey & Whitney, LLP
136 South Main Street, Suite 1000
Salt Lake City, UT  84101
jarvis.annette@dorsey.com

  /s/ Kristin Hughes

# SEPTEMBER 2009

D U R H A M

J O N E S  &

P I N E G A R

Durham Jones & Pinegar, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

December 21, 2009
Invoice No.        179660   KLC
File No.            26481   00004
Services Rendered Through 09/30/2009

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

**Claims Administration**

**Summary of Account**

| | | |
|---|---|---|
| Previous balance as of invoice dated | 01/01/1900 | $0.00 |
| Payments received since last invoice | | 0.00 CR |
| A/R adjustment since last invoice | | 0.00 |
| Net balance forward | | 0.00 |
| Interest charge on past due balance | | 0.00 |
| New charges as itemized below | | 1,948.50 |
| Prepaid cash applied | | 0.00 CR |
| **Total Balance Due Upon Receipt** | | **$1,948.50** |

*Interest will accrue at 1.5% per month on balance not paid by end of month.*

**Detail of New Charges**

Professional Services

| | | | | |
|---|---|---|---|---|
| 09/18/2009 KLC | 0.40 | hours | | $130.00 |

Reviewing draft amended lists of 20 largest unsecured creditors

| | | | | |
|---|---|---|---|---|
| 09/21/2009 SJM | 1.80 | hours | | $585.00 |

conference with M. Blumenthal on Jacobsen construction issues (.10);
follow up call with M. Blumenthal on Jacobsen construction issues
(.30); analysis of Jacobsen foreclosure issues as they may affect the
Debtor's reorganization and ability to sell units (.60); analysis of
potential injuctive relief and issues with seeking injunctive relief
against Jacobsen foreclosure (.80)

| | | | | |
|---|---|---|---|---|
| 09/21/2009 SJM | 0.30 | hours | | $97.50 |

Conference with J. Dibble, counsel for Jacobsen and prepare report to
client and co-counsel regarding his position

| | | | | |
|---|---|---|---|---|
| 09/23/2009 SJM | 2.30 | hours | | $747.50 |

Review Jacobsen mechanics lien foreclosure complaint (.80) and
distribute to WestLB (.10) and analysis of stay and injunction issues

as to Jacobsen suit (1.20) and review of letter from Jacobsen's counsel
requeting information (.20)

09/24/2009  SJM          1.10   hours                              $357.50

Review notice of lien filing by Jacobsen and Jacobsen notice of
bankruptcy (.40); analysis of stay and 105 issues as to Jacobsen and
conference with B. Shoaf regarding arrangements with purchasers
(.70)

|  |  |
|---|---|
|  | $1,917.50 |

Client Expenses Advanced

09/16/2009  Lunch                                                  $31.00

|  |  |
|---|---|
|  | $31.00 |

New Charges for This Matter                                      $1,948.50

D U R H A M

J O N E S &

P I N E G A R

Durham Jones & Pinegar, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

December 21, 2009
Invoice No.        179661    KLC
File No.            26481    00005
Services Rendered Through  09/30/2009

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

**Employ & Fee Apps - Durham**

**Summary of Account**

| | | |
|---|---|---|
| Previous balance as of invoice dated | 01/01/1900 | $0.00 |
| Payments received since last invoice | | 0.00 CR |
| A/R adjustment since last invoice | | 0.00 |
| Net balance forward | | 0.00 |
| Interest charge on past due balance | | 0.00 |
| New charges as itemized below | | 4,186.96 |
| Prepaid cash applied | | 0.00 CR |
| **Total Balance Due Upon Receipt** | | **$4,186.96** |

*Interest will accrue at 1.5% per month on balance not paid by end of month.*

**Detail of New Charges**

Professional Services

| | | | |
|---|---|---|---|
| 09/15/2009 SJM | 0.60 | hours | $195.00 |
| | Begin draft of DJP employment application | | |
| 09/16/2009 KLC | 1.20 | hours | $390.00 |
| | Drafting employment application | | |
| 09/17/2009 KLC | 1.80 | hours | $585.00 |
| | Drafting declaration in support of application to employ DJP as counsel | | |
| 09/17/2009 KLC | 0.20 | hours | $65.00 |
| | Email to Bill Shoaf regarding employment application and declaration | | |
| 09/17/2009 KLC | 1.90 | hours | $617.50 |
| | Drafting application to employ DJP as counsel for debtors | | |
| 09/17/2009 SJM | 0.30 | hours | $97.50 |
| | Review and edit draft application to employ DJP | | |

| | | | | |
|---|---|---|---|---|
| 09/18/2009 KLC | 0.20 | hours | | $65.00 |
| Email to Bill Shoaf regarding employment application | | | | |
| 09/18/2009 KLC | 0.90 | hours | | $292.50 |
| Revising declaration on employment application | | | | |
| 09/18/2009KLC | 0.60 | hours | | $195.00 |
| Finalizing employment application | | | | |
| 09/18/2009 KLC | 0.60 | hours | | $195.00 |
| Reviewing billing data | | | | |
| 09/21/2009 KLC | 0.40 | hours | | $130.00 |
| Revising application to employ DJP | | | | |
| 09/22/2009 KLC | 1.60 | hours | | $520.00 |
| Drafting, revising employment applications, declarations in support thereof | | | | |
| 09/23/2009 KLC | 0.60 | hours | | $195.00 |
| Revising DJP declaration, application, final review | | | | |
| 09/25/2009 KLC | 0.50 | hours | | $162.50 |
| Revising application to employ DJP | | | | |
| 09/25/2009 KLC | 0.20 | hours | | $65.00 |
| Telephone conference to court regarding date on employment applications | | | | |
| 09/25/2009 KLC | 0.80 | hours | | $260.00 |
| Drafting notice of hearing on employment applications | | | | |
| | | | | $4,030.00 |

Client Expenses Advanced

| | |
|---|---|
| 09/30/2009 Pacer On-Line Research | $0.96 |
| 09/30/2009 Equitrac Copy charge | $156.00 |
| | $156.96 |

| | |
|---|---|
| New Charges for This Matter | $4,186.96 |

DURHAM

JONES &

PINEGAR

Durham Jones & Pinegar, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

December 21, 2009
Invoice No.        179662   KLC
File No.              26481   00006
Services Rendered Through 09/30/2009

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

**Employ & Fee Apps - Others**

**Summary of Account**

| | | |
|---|---|---|
| Previous balance as of invoice dated   01/01/1900 | $0.00 | |
| Payments received since last invoice | 0.00 | CR |
| A/R adjustment since last invoice | 0.00 | |
| Net balance forward | 0.00 | |
| Interest charge on past due balance | 0.00 | |
| New charges as itemized below | 1,228.95 | |
| Prepaid cash applied | 0.00 | CR |
| **Total Balance Due Upon Receipt** | **$1,228.95** | |

*Interest will accrue at 1.5% per month on balance not paid by end of month.*

**Detail of New Charges**

Professional Services

| 10/22/2009 KLC | 0.50 | hours | $162.50 |
|---|---|---|---|
| Reviewing emails regarding co-manager issues | | | |
| 09/23/2009 KLC | 0.20 | hours | $65.00 |
| Emails regarding CM employment application | | | |
| 09/25/2009 KLC | 1.90 | hours | $617.50 |
| Drafting employment application for special counsel | | | |
| 09/25/2009 KLC | 0.20 | hours | $65.00 |
| Email to Joe Wrona regarding employment application | | | |
| 09/28/2009 KLC | 0.20 | hours | $65.00 |
| Email to Bill Shoaf regarding C&M employment application | | | |
| | | | $975.00 |

Client Expenses Advanced
| 09/30/2009 Equitrac Copy charge | $253.95 |
|---|---|

26481                                    Invoice # 179662              Page 2

                                                                          $253.95

New Charges for This Matter                                            $1,228.95

DURHAM

JONES &

PINEGAR

Durham Jones & Pinegar, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

December 21, 2009
Invoice No.        179663    KLC
File No.             26481    00007
Services Rendered Through  09/30/2009

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

**Travel**

**Summary of Account**

| | | |
|---|---|---|
| Previous balance as of invoice dated    01/01/1900 | $0.00 | |
| Payments received since last invoice | 0.00 | CR |
| A/R adjustment since last invoice | 0.00 | |
| Net balance forward | 0.00 | |
| Interest charge on past due balance | 0.00 | |
| New charges as itemized below | 162.50 | |
| Prepaid cash applied | 0.00 | CR |
| **Total Balance Due Upon Receipt** | **$162.50** | |

*Interest will accrue at 1.5% per month on balance not paid by end of month.*

**Detail of New Charges**

Professional Services

| | | | |
|---|---|---|---|
| 09/29/2009 KLC | 1.50   hours | | $162.50 |
| | Travel to, from Park City for initial debtor interview with US Trustee | | |
| | | | $162.50 |
| | | | |
| New Charges for This Matter | | | $162.50 |

DURHAM

JONES &

PINEGAR

Durham Jones & Pinegar, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

December 21, 2009
Invoice No.        179664    KLC
File No.            26481    00008
Services Rendered Through  09/30/2009

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

**Plan and Disc. Statement**

**Summary of Account**

| | | |
|---|---|---|
| Previous balance as of invoice dated    01/01/1900 | $0.00 | |
| Payments received since last invoice | 0.00 | CR |
| A/R adjustment since last invoice | 0.00 | |
| Net balance forward | 0.00 | |
| Interest charge on past due balance | 0.00 | |
| New charges as itemized below | 357.50 | |
| Prepaid cash applied | 0.00 | CR |
| **Total Balance Due Upon Receipt** | **$357.50** | |

*Interest will accrue at 1.5% per month on balance not paid by end of month.*

**Detail of New Charges**

Professional Services

| | | | |
|---|---|---|---|
| 09/22/2009 SJM | 0.10  hours | | $32.50 |
| | Conference with M. Blumenthal regarding potential plan provisions | | |
| 09/23/2009 KLC | 0.30  hours | | $97.50 |
| | Telephone conference with Michael Blumenthal regarding plan concepts | | |
| 09/24/2009 KLC | 0.70  hours | | $227.50 |
| | Telephone conference with Bill Shoaf, Philo Smith, and Mike Blumenthal regarding plan issues | | |
| | | | $357.50 |

New Charges for This Matter                                         $357.50

```
D U R H A M

J O N E S  &

P I N E G A R
```

Durham Jones & Pinegar, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

December 21, 2009
Invoice No.        179665    KLC
File No.           26481     00009
Services Rendered Through  09/30/2009

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

**Misc. Contested Matters**

**Summary of Account**

| | | |
|---|---:|---|
| Previous balance as of invoice dated   01/01/1900 | $0.00 | |
| Payments received since last invoice | 0.00 | CR |
| A/R adjustment since last invoice | 0.00 | |
| Net balance forward | 0.00 | |
| Interest charge on past due balance | 0.00 | |
| New charges as itemized below | 105.00 | |
| Prepaid cash applied | 0.00 | CR |
| **Total Balance Due Upon Receipt** | **$105.00** | |

*Interest will accrue at 1.5% per month on balance not paid by end of month.*

**Detail of New Charges**

<u>Professional Services</u>

| | | | |
|---|---|---|---:|
| 09/24/2009 JRN | 0.30 | hours | $105.00 |
| | Conference with Steve McCardell discussing matters related to Jacobsen | | |
| | | | $105.00 |

| | |
|---|---:|
| New Charges for This Matter | $105.00 |

D U R H A M

J O N E S &

P I N E G A R

Durham Jones & Pinegar, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

December 21, 2009
Invoice No.        179666   KLC
File No.            26481   00010
Services Rendered Through  09/30/2009

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

## Case Administration

### Summary of Account

| | | |
|---|---:|---|
| Previous balance as of invoice dated  01/01/1900 | $0.00 | |
| Payments received since last invoice | 0.00 | CR |
| A/R adjustment since last invoice | 0.00 | |
| Net balance forward | 0.00 | |
| Interest charge on past due balance | 0.00 | |
| New charges as itemized below | 17,217.80 | |
| Prepaid cash applied | 0.00 | CR |
| **Total Balance Due Upon Receipt** | **$17,217.80** | |

*Interest will accrue at 1.5% per month on balance not paid by end of month.*

### Detail of New Charges

Professional Services

| | | | |
|---|---|---|---:|
| 09/14/2009 KLC | 1.10 hours | | $357.50 |
| | Reviewing documents in preparation for filing cases | | |
| 09/14/2009 KLC | 0.60 hours | | $195.00 |
| | Telephone conferences with Crowell attorneys, client, conferences with Steve McCardell regarding preparation for filing cases | | |
| 09/14/2009 SJM | 11.60 hours | | $3,770.00 |

Preparation of petitions, lists, and joint administration motion and order and coordinate with co-counsel and staff on filing of petitions (5.20); after filing petitions, conferee with Court's judicial assistant, revise and finalize motion for joint administration and order and give instructions on filing (.80); review and revise motion for use of cash collateral and prepare draft order on interim use of cash collateral (2.20); review and revise remaining first day motions and analysis of preparation needed for hearing, including testimony and exhibits and notice (3.40)

| | | | |
|---|---|---|---|
| 09/15/2009 | SJM | 2.80   hours | $910.00 |

Analysis of noticing requirements for first day motions; request
information from Debtor on noticing; and prepare notice plan for use
by assistant and paralegal (.40); supervise noticing and review and
sign certificate of service (.20);; finalize utilities motion, employee
motion, motion to extend time for schedules and statement, and
motion for use of cash collateral and direct filing; confirm that 345
motion is not necessary (.70);  review email from D. Wickline upset
about filing (.10); revise notice of first day motions and give
instructions on filing and service (.30);  request employee related
exhibit for hearing tomorrow from B. Shoaf (.10); participate in
phone conference with co-counsel and counsel for WestLB and
confernce after with Debtor regarding cash collateral issues (.80);
make assignment on review of complaint against Bay North to R.
Nelson and review information on complaint to be filed (.20)

| | | | |
|---|---|---|---|
| 09/15/2009 | SJM | 3.60   hours | $1,170.00 |

Conference with US Trustee's office, P.Kuhn and J. Gee, regarding
case filings and informatin needed (.30); follow up email with debtor
and co-counsel providing report on meeting and copies of US Trustee
guidelines, report forms, environmental questionnarie (.30);
coordinate with Court's law clerk on hearing on motions and tranmit
courtesy copies of motions (.10); review and revise proposed orders
on utilities, employee, and extension motion (.50); review and edit
draft pro hac motions, orders, and declarations for S. Eichel and M.
Blumenthal (.60);  make assignment on hearing exhibits and books
and prepare for hearing (.70); review information from West LB on
contacts (.10); review and respond to inquiry on exhibits to petition
(.10); provide copies to co-counsel, client, and West LB; conference
with W. Shoaf regarding complaint status (.9)

| | | | |
|---|---|---|---|
| 09/16/2009 | KLC | 1.70   hours | $552.50 |

Preparation for hearings - meeting with Bill Shoaf, Philo Smith,
Michael Blumenthal, and Steve McCardell, telephone conferences
with lender

| | | | |
|---|---|---|---|
| 09/16/2009 | KLC | 0.50   hours | $162.50 |

Revising orders

| | | | |
|---|---|---|---|
| 09/16/2009 | KLC | 1.80   hours | $585.00 |

Attending hearing on first day motions

| | | | |
|---|---|---|---|
| 09/16/2009 | KLC | 0.30   hours | $97.50 |

Conference with Bill Shoaf, Philo Smith, Michael Blumenthal
regarding forward forward

| | | | |
|---|---|---|---|
| 09/16/2009 | KLC | 0.20   hours | $65.00 |

Telephone conference with regarding orders

| | | | |
|---|---|---|---|
| 09/16/2009 | KLC | 0.20   hours | $65.00 |

Telephone conference with Mike Johnson regarding issues in case

| | | | |
|---|---|---|---|
| 09/16/2009 | KLC | 0.70   hours | $227.50 |

| | | | |
|---|---|---|---|
| | | Reviewing, revising draft press release | |
| 09/16/2009 | KLC | 0.20   hours | $65.00 |
| | | Telephone conference with Michael Blumenthal regarding Jacobsen Construction issues | |
| 09/16/2009 | SJM | 6.30   hours | $2,047.50 |
| | | Prepare for hearing on first day motions and conference with counsel for WestLB and co-counsel; circulate draft agenda to counsel and court's law clerk; finalize orders for uploading (2.40); meetings with client and co-counsel to prepare for hearing, including further conferences with West LB, updating and filing agenda for hearing, reviewing objection of Jacobsen Construction and conferring with Jacobsen counsel on resolving (2.20)  review draft revisions by West LB to cash collateral order and make revisions (.40); attend hearing on first day motions and assist with matters, iincluding conferences wtih counsel for USTrustee and creditors, presentation of information to court, and obtaining entry of orders  (1.0); lunch meeting with co-counsel and clients after hearing (1.0 - no charge); after hearing, conferences with co-counsel to resolve language of order and obtain entry of orders, including conference with Judge's law clerk on status (.30) | |
| 09/16/2009 | SJM | 0.40   hours | $130.00 |
| | | Review and comment on draft press release | |
| 09/17/2009 | SJM | 0.20   hours | $65.00 |
| | | Analysis of issues as to motion to pay taxes associated with liquor license | |
| 09/17/2009 | SJM | 0.50   hours | $162.50 |
| | | Review revised lists of 20 largest unsecured creditors with phone and fax numbers added; request information from co-counsel and client on lists and review responses | |
| 09/17/2009 | KLC | 0.20   hours | $65.00 |
| | | Telephone conference with Michael Blumenthal regarding press release issues | |
| 09/17/2009 | KLC | 0.40   hours | $130.00 |
| | | Revising proposed press release on Debtors' filings | |
| 09/17/2009 | KLC | 0.30   hours | $97.50 |
| | | Telephone conference with Joe Wrona regarding press release | |
| 09/17/2009 | KLC | 0.40   hours | $130.00 |
| | | Reviewing emails regarding schedules and statements, initial meeting with the US Trustee, initial financial report, etc. | |
| 09/17/2009 | SJM | 0.60   hours | $195.00 |
| | | Review letter from US Trustee and transmit to client with instructions about 341 meeting, reports, questionnaires, meeting with US Trustee and quarterly fees | |
| 09/17/2009 | SJM | 0.30   hours | $97.50 |

Transmit first day orders to client and co-counsel with instructions to
client

| 09/18/2009 | SJM | 0.50 hours | $162.50 |

Conference with S. Eichel on revisions to lists of 20 largest unsecured
creditors for each debtor; analysis of revisions and notify US Trustee
of revisions

| 09/18/2009 | SJM | 0.10 hours | $32.50 |

Review and respond to voice message from J. Gee of US Trustee's
office and sign consent forms for contact with client

| 09/21/2009 | SJM | 0.20 hours | $65.00 |

Review and comment on draft motion to pay taxes to avoid liquor
license issues

| 09/21/2009 | KLC | 0.30 hours | $97.50 |

Reviewing emails regarding various matters

| 09/21/2009 | SJM | 1.10 hours | $357.50 |

Conference call with S. Eichel and W. Shoaf regarding schedules and
statements (.70); review follow up information received from W.
Shoaf on contracts, vehicles, deposits, and accounts payable (.40)

| 09/21/2009 | SJM | 0.20 hours | $65.00 |

Conference with vendor Water Images, Don Jackson, regarding
requested delivery

| 09/22/2009 | KLC | 0.80 hours | $260.00 |

Revising motion to pay prepetition sales taxes, supporting documents

| 09/22/2009 | KLC | 0.40 hours | $130.00 |

Reviewing emails

| 09/22/2009 | SJM | 0.30 hours | $97.50 |

Review and respond to inquiries from W. Shoaf and his controller on
pre-petition v. post petition claims

| 09/22/2009 | SJM | 0.50 hours | $162.50 |

Analysis of Jacobsen foreclosure and potential SEction 105 issues

| 09/22/2009 | SJM | 0.20 hours | $65.00 |

Conference with M. Blumenthal regarding Jacobsen claim and
position

| 09/23/2009 | KLC | 0.80 hours | $260.00 |

Final review, editing of motion to pay prepetition sales taxes

| 09/23/2009 | KLC | 0.20 hours | $65.00 |

Telephone conference with Bill Shoaf regarding tax motion

| 09/24/2009 | KLC | 0.80 hours | $260.00 |

Meeting with Bill Shoaf regarding documents to be filed

| 09/24/2009 | KLC | 0.30 hours | $97.50 |

Telephone conference with Steve Eichel regarding lists of 20 largest
unsecured creditors

| Date | Timekeeper | Hours | | Amount |
|------|-----------|-------|---|--------|
| 09/24/2009 | KLC | 0.40 | hours | $130.00 |
| | Final preparation for filing documents | | | |
| 09/25/2009 | KLC | 0.40 | hours | $130.00 |
| | Emails regarding tax motion | | | |
| 09/25/2009 | KLC | 0.20 | hours | $65.00 |
| | Telephone conference to court regarding hearing date on tax motion | | | |
| 09/25/2009 | SJM | 0.20 | hours | $65.00 |
| | Conference with W. Shoaf regarding motion to pay tax claims and regarding meeting requested by US Trustee (.10); prepare email to US Trustee regarding meeting; prepare second email to US Trustee regarding bank accounts (.10) | | | |
| 09/28/2009 | KLC | 0.70 | hours | $227.50 |
| | Reviewing proposed budget | | | |
| 09/28/2009 | KLC | 0.20 | hours | $65.00 |
| | Conference with Steve McCardell regarding status | | | |
| 09/28/2009 | KLC | 0.30 | hours | $97.50 |
| | Telephone conference with Bill Shoaf regarding meeting with US Trustee in initial debtor interview | | | |
| 09/28/2009 | SJM | 0.50 | hours | $162.50 |
| | Review and respond to emails from J. Gee of US Trustee's office regarding initial meeting with debtor, including transmission of draft lists of 20 largest unsecured creditors (.20); confernece witn C. Elliott regarding a mailing he is looking for and refer to US Trustee's office (.10); confirm meeting address with W. Shoaf and transmit, again, information needed by US Trustee for initial meeting (.20) | | | |
| 09/29/2009 | KLC | 0.60 | hours | $195.00 |
| | Reviewing materials regarding initial debtor interview | | | |
| 09/29/2009 | KLC | 3.60 | hours | $1,170.00 |
| | Meeting with Bill Shoaf, Philo Smith, and John Morgan, Rinehart Peshell for initial debtor interview | | | |
| 09/29/2009 | KLC | 0.30 | hours | $97.50 |
| | Telephone conference with Steve Eichel regarding lists of largest unsecured creditors, schedules and statements | | | |
| 09/29/2009 | KLC | 0.20 | hours | $65.00 |
| | Telephone conference with Bill Shoaf regarding Jacobsen Construction issues | | | |
| 09/29/2009 | SJM | 0.30 | hours | $97.50 |
| | Conference with K. Cannon regarding meeting with US Trustee (.10); conference with M. Cox, counsel for Elliott, regarding case status and issues (.20) | | | |
| 09/30/2009 | KLC | 0.30 | hours | $97.50 |
| | Telephone conference with Steve Eichel and Marina Soto regarding | | | |

schedules and statements

| | | | | |
|---|---|---|---|---|
| 09/30/2009 KLC | 0.20 | hours | | $65.00 |

Telephone conference with Bill Shoaf regarding various issues

| | | | | |
|---|---|---|---|---|
| 09/30/2009 KLC | 1.10 | hours | | $357.50 |

Conference call with Bill Shoaf, Philo Smith, Michael Blumenthal, and Steve Eichel regarding tasks at hand

| | | | | |
|---|---|---|---|---|
| 09/30/2009 KLC | 0.50 | hours | | $162.50 |

Revising motion to pay certain prepetition taxes

| | | | | |
|---|---|---|---|---|
| 09/30/2009 KLC | 0.90 | hours | | $292.50 |

Drafting notice on motion to pay certain prepetition taxes

| | | | | |
|---|---|---|---|---|
| 09/30/2009 KLC | 0.20 | hours | | $65.00 |

Telephone conference with Bill Shoaf regarding tax motion

$17,127.50

Client Expenses Advanced
09/30/2009 Equitrac Copy charge                                      $90.30

$90.30

New Charges for This Matter                                      $17,217.80

DURHAM

JONES &

PINEGAR

Durham Jones & Pinegar, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

December 21, 2009
Invoice No.        179667   KLC
File No.            26481   00011
Services Rendered Through 09/30/2009

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

## Cash Collateral/DIP Lending

### Summary of Account

| | | |
|---|---:|---|
| Previous balance as of invoice dated   01/01/1900 | $0.00 | |
| Payments received since last invoice | 0.00 | CR |
| A/R adjustment since last invoice | 0.00 | |
| Net balance forward | 0.00 | |
| Interest charge on past due balance | 0.00 | |
| New charges as itemized below | 3,185.00 | |
| Prepaid cash applied | 0.00 | CR |
| **Total Balance Due Upon Receipt** | **$3,185.00** | |

*Interest will accrue at 1.5% per month on balance not paid by end of month.*

### Detail of New Charges
Professional Services

| | | | |
|---|---|---|---:|
| 09/16/2009 KLC | 0.50 | hours | $162.50 |
| Revising order on cash collateral | | | |
| 09/16/2009 KLC | 0.20 | hours | $65.00 |
| Emails to parties regarding order on cash collateral | | | |
| 09/16/2009 KLC | 0.20 | hours | $65.00 |
| Telephone conference with Michael Blumenthal regarding proposed changes to cash collateral order | | | |
| 09/15/2009 SJM | 2.70 | hours | $877.50 |
| Review and analysis of information on bankruptcy provisions of documents, in preparation for hearings (1.3); review and respond to requests from counsel for Jacobsen and WestLB AG regarding first day motions (.10); prepare for meeting on cash collateral (.60); prepare for first day hearings (.70) | | | |
| 09/15/2009 SJM | 0.70 | hours | $227.50 |
| Review financial information for hearing on cash collateral and | | | |

communications with W. Shoaf on financial information

| 09/18/2009 | KLC | 0.30 | hours | $97.50 |

Telephone conference regarding DIP loan issues

| 09/18/2009 | KLC | 0.30 | hours | $97.50 |

Telephone conference with Michael Blumenthal regarding DIP loan issues

| 09/18/2009 | KLC | 0.40 | hours | $130.00 |

Outlining financing issues

| 09/21/2009 | SJM | 1.70 | hours | $552.50 |

Conference with M. Blumenthal and W. Shoaf regarding Wells Fargo and Zions Bank accounts and requirements from WestLB (.10); review information received from W. Shoaf regarding bank accounts and respond to email from R. Havel counsel for WestLB regarding bank accounts (.60); conference with counsel for West LB regarding control agreement (.10); request Zions Bank form account control agreement (.10); conference with Zions Bank counsel on account control agreement, review agreement, and transmit to counsel for WestLB (.80)

| 09/22/2009 | SJM | 0.10 | hours | $32.50 |

Review and respond to inquiry from WestLB counsel regarding bank accounts

| 09/23/2009 | SJM | 0.30 | hours | $97.50 |

Confernce with J. Tillack of Zions Bank regarding account opened by Sky Lodge and information needed (.20); prepare message for W. Shoaf about information needed by Zions and request status from WestLB regarding account (.10)

| 09/24/2009 | SJM | 0.30 | hours | $97.50 |

Conference with West LB's local counsel A. Jarvis concerning bank accounts (.10); conference with West LB's counsel D. Normam concerning his position that he does not like Zions Bank's forms and that they will discuss their issues directly with Zions (.10); prepare update email for W. Shoaf concerning WestLB's position and possibility that debtor may be requried to use Wells Fargo accounts (.10)

| 09/25/2009 | SJM | 0.20 | hours | $65.00 |

Review detailed email from counsel for West LB regarding Zions Bank account agreements

| 09/28/2009 | SJM | 0.20 | hours | $65.00 |

Conference with counsel for Zions Bank Angelina Tsu (.10); prepare email to client and co-counsel regarding Zions Bank's position on accounts (.10)

| 09/29/2009 | SJM | 0.20 | hours | $65.00 |

Conference with A. Jarvis regarding Zions Bank's position on bank accounts (.20)

| | | | |
|---|---|---|---|
| 09/30/2009 SJM | 1.50 | hours | $487.50 |

Phone meeting with client and co-counsel regarding cash collateral
and case management issues (1.30); conference with counsel for
WestLB regarding cash collateral accounts and cash collateral
stipulation and prepare email on call for client and co-counsel (.20)

$3,185.00

New Charges for This Matter                                    $3,185.00

DURHAM

JONES &

PINEGAR

Durham Jones & Pinegar, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

December 21, 2009
Invoice No.          179668    KLC
File No.               26481    00012
Services Rendered Through 09/30/2009

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

**BayNorth Litigation**

**Summary of Account**

| | |
|---|---|
| Previous balance as of invoice dated    01/01/1900 | $0.00 |
| Payments received since last invoice | 0.00  CR |
| A/R adjustment since last invoice | 0.00 |
| Net balance forward | 0.00 |
| Interest charge on past due balance | 0.00 |
| New charges as itemized below | 1,402.50 |
| Prepaid cash applied | 0.00  CR |
| **Total Balance Due Upon Receipt** | **$1,402.50** |

*Interest will accrue at 1.5% per month on balance not paid by end of month.*

**Detail of New Charges**

Professional Services

| | | | |
|---|---|---|---|
| 10/06/2009 KLC | 1.10 | hours | $357.50 |
| Reviewing case on yield maintenance issues | | | |
| 10/21/2009 SJM | 0.40 | hours | $130.00 |
| Review revised complaint against Bay North and give instructions on filing | | | |
| 09/15/2009 JRN | 1.50 | hours | $525.00 |
| Reviewing and commenting on complaint against lender | | | |
| 09/15/2009 SJM | 0.40 | hours | $130.00 |
| Review complaint against Bay North and direct filing | | | |
| 09/16/2009 SJM | 0.60 | hours | $195.00 |
| Review status of BayNorth complaint and place call to BayNorth counsel on accepting service of complaint (.10); analysis of causes of action against Bay North and next steps (.50) | | | |
| 09/17/2009 SJM | 0.20 | hours | $65.00 |

Review affidavit of service on Bay North; give instructions on
correcting caption on affidavit and filing

$1,402.50

New Charges for This Matter                                    $1,402.50

D U R H A M

J O N E S  &

P I N E G A R

Durham Jones & Pinegar, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

December 21, 2009
File No.          26481     00012

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

## Attorney Hours

Services Rendered Through 09/30/2009

| Attorney | Hours | Rate | Total |
|----------|-------|------|-------|
| JRN | 1.8 | $350.00 | $630.00 |
| KLC | 49.9 | $325.00 | $18,980.00 |
| SJM | 46 | $325.00 | $14,950.00 |
| | | | $31,472.50 |

# OCTOBER 2009

```
D U R H A M

J O N E S  &

P I N E G A R
```

Durham Jones & Pinegar, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

December 21, 2009
Invoice No.        179669   KLC
File No.             26481   00001
Services Rendered Through  10/31/2009

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

**Asset Analysis & Investigation**

**Summary of Account**

| | | |
|---|---|---|
| Previous balance as of invoice dated  01/01/1900 | $0.00 | |
| Payments received since last invoice | 0.00 | CR |
| A/R adjustment since last invoice | 0.00 | |
| Net balance forward | 0.00 | |
| Interest charge on past due balance | 0.00 | |
| New charges as itemized below | 1,690.00 | |
| Prepaid cash applied | 0.00 | CR |
| **Total Balance Due Upon Receipt** | **$1,690.00** | |

*Interest will accrue at 1.5% per month on balance not paid by end of month.*

**Detail of New Charges**

Professional Services

10/23/2009  SJM          0.90   hours                                                    $292.50
Review and respond to inquiry on Wickline examination and research
issues as to out of state examination (.70); initial revisions to draft
motion and order on Wickline examinatino (.20)

10/27/2009  SJM          2.60   hours                                                    $845.00
Review and revise draft papers on Wickline examination and transmit
to co-counsel for review and prepare for examination of Wickline and
affiliates

10/30/2009  SJM          1.70   hours                                                    $552.50
Reviewing state construction registry report for property (.30);
request information from committee on Elliot Consulting lien (.20);
conference wtih M. Blumenthal regarding claim evaluation as to
WestLB claim (.50); finalize examination motion/order for
examination of D. Wickline and his affiliated entities and give
instructions on filing (.70)

26481                                             Invoice # 179669                   Page  2

                                                                                    $1,690.00

New Charges for This Matter                                                         $1,690.00

D U R H A M

J O N E S &

P I N E G A R

Durham Jones & Pinegar, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

December 21, 2009
Invoice No.        179670   KLC
File No.           26481    00003
Services Rendered Through  10/31/2009

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

**Avoiding Actions**

**Summary of Account**

| | | |
|---|---|---|
| Previous balance as of invoice dated   01/01/1900 | $0.00 | |
| Payments received since last invoice | 0.00 | CR |
| A/R adjustment since last invoice | 0.00 | |
| Net balance forward | 0.00 | |
| Interest charge on past due balance | 0.00 | |
| New charges as itemized below | 32.50 | |
| Prepaid cash applied | 0.00 | CR |
| **Total Balance Due Upon Receipt** | **$32.50** | |

*Interest will accrue at 1.5% per month on balance not paid by end of month.*

**Detail of New Charges**

<u>Professional Services</u>

| | | | | |
|---|---|---|---|---|
| 10/15/2009 | SJM | 0.10 | hours | $32.50 |

Review and sign stipulation on extension if time for Bay North to
answer adversary complaint

$32.50

New Charges for This Matter                                           $32.50

D U R H A M

J O N E S  &

P I N E G A R

Durham Jones & Pinegar, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

December 21, 2009
Invoice No.        179671    KLC
File No.              26481    00004
Services Rendered Through 10/31/2009

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

## Claims Administration

### Summary of Account

| | | |
|---|---:|---|
| Previous balance as of invoice dated    01/01/1900 | 0.00 | |
| Payments received since last invoice | 0.00 | CR |
| A/R adjustment since last invoice | 0.00 | |
| Net balance forward | 0.00 | |
| Interest charge on past due balance | 0.00 | |
| New charges as itemized below | 1,982.50 | |
| Prepaid cash applied | 0.00 | CR |
| **Total Balance Due Upon Receipt** | **$1,982.50** | |

*Interest will accrue at 1.5% per month on balance not paid by end of month.*

### Detail of New Charges

Professional Services

| | | | |
|---|---|---|---:|
| 10/06/2009 SJM | 0.20 | hours | $65.00 |

Review and comment on draft Rule 2004 motion and order pm
examination of David Wickline (.10); review draft letter to counsel
for David Wickline responding to claims concerning manager
changes (.10)

| | | | |
|---|---|---|---:|
| 10/07/2009 SJM | 0.50 | hours | $162.50 |

Review and obtain information about Rule 2004 examination
proposed of David Wickline

| | | | |
|---|---|---|---:|
| 10/13/2009 SJM | 0.50 | hours | $162.50 |

Review documents requested by Jacobsen's counsel and analysis of
Jacobsen claim to bank account proceeds

| | | | |
|---|---|---|---:|
| 10/14/2009 KLC | 0.30 | hours | $97.50 |

Telephone conference to Rich Havel and Bill Ellis regarding
mechanic's lien issues

| | | | |
|---|---|---|---:|
| 10/16/2009 SJM | 0.10 | hours | $32.50 |

Review letter from counsel for Gunther

| 10/20/2009 | KLC | 0.80 | hours | $260.00 |
|---|---|---|---|---|

Reviewing issues with respect to Jacobsen litigation, emails regarding same

| 10/20/2009 | KLC | 0.30 | hours | $97.50 |
|---|---|---|---|---|

Telephone conference with Bill Shoaf regarding Jacobsen litigation

| 10/20/2009 | SJM | 0.60 | hours | $195.00 |
|---|---|---|---|---|

Review and repond to inquiry from S. Eichel regarding case law on 105 injunction as to claims that also extend to third parties, research and provide information (.50); review letter from debtor to homeowners as to litigation of Jacobsen (.10)

| 10/26/2009 | SJM | 2.20 | hours | $715.00 |
|---|---|---|---|---|

Analysis of Jacobsen claims as to individual units owned by Debtor, including research of mechanics lien case law in Utah as to individual lots or units; review Jacobsen notice and statutory provisions and prepare research assignment for associate

| 10/27/2009 | SJM | 0.40 | hours | $130.00 |
|---|---|---|---|---|

Continued analysis of Jacobsen claim and issues as to its enforcement agaisnt owners (.,30); conference with W. Shoaf regarding Jacobsen claim as to individual units and interests in units (.10)

| 10/29/2009 | KLC | 0.20 | hours | $65.00 |
|---|---|---|---|---|

Responding to Bill Shoaf emails regarding taxes

$1,982.50

New Charges for This Matter                                    $1,982.50

DURHAM

JONES &

PINEGAR

Durham Jones & Pinegar, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

December 21, 2009
Invoice No.        179672   KLC
File No.             26481   00005
Services Rendered Through 10/31/2009

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

**Employ & Fee Apps - Durham**

**Summary of Account**

| | |
|---|---|
| Previous balance as of invoice dated   01/01/1900 | 0.00 |
| Payments received since last invoice | 0.00 CR |
| A/R adjustment since last invoice | 0.00 |
| Net balance forward | 0.00 |
| Interest charge on past due balance | 0.00 |
| New charges as itemized below | 2,294.47 |
| Prepaid cash applied | 0.00 CR |
| **Total Balance Due Upon Receipt** | **$2,294.47** |

*Interest will accrue at 1.5% per month on balance not paid by end of month.*

**Detail of New Charges**

Professional Services

| | | | | |
|---|---|---|---|---|
| 10/08/2009 KLC | 0.40 | hours | | $130.00 |
| Reviewing application and declaration of Corbin Gordon, email to Bill Shoaf regarding same | | | | |
| 10/19/2009 KLC | 0.80 | hours | | $260.00 |
| Outlining fee procedures motion | | | | |
| 10/20/2009 KLC | 0.40 | hours | | $130.00 |
| Reviewing conflicts information | | | | |
| 10/21/2009 KLC | 1.10 | hours | | $357.50 |
| Drafting proposed order on DJP employment application | | | | |
| 10/21/2009 SJM | 0.10 | hours | | $32.50 |
| Review draft order on DJP employment | | | | |
| 10/22/2009 KLC | 0.30 | hours | | $97.50 |
| Revising order on application to employ DJP | | | | |
| 10/22/2009 KLC | 0.50 | hours | | $162.50 |

|  |  |  |  |  |
|---|---|---|---|---|
| | Preparing for hearing on application to employ DJP | | | |
| 10/22/2009 | KLC | 0.20 | hours | $65.00 |
| | Attending hearing on application to employ DJP | | | |
| 10/22/2009 | SJM | 0.40 | hours | $130.00 |
| | prepare for and attend hearing on DJP and Crowell employment applications | | | |
| 10/27/2009 | KLC | 2.10 | hours | $682.50 |
| | Drafting motion for approval of interim monthly fee procedures | | | |
| 10/27/2009 | SJM | 0.20 | hours | $65.00 |
| | Review draft motion on fee procedures | | | |
| 10/28/2009 | KLC | 0.40 | hours | $130.00 |
| | Revising motion for interim fee stipulation | | | |

$2,242.50

Client Expenses Advanced

| | | |
|---|---|---|
| 10/31/2009 | Equitrac Copy charge | $2.10 |
| 10/31/2009 | Pacer On-Line Research | $0.72 |
| 10/31/2009 | Postage | $49.15 |

$51.97

New Charges for This Matter                    $2,294.47

DURHAM

JONES &

PINEGAR

Durham Jones & Pinegar, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

December 21, 2009
Invoice No.      179673   KLC
File No.          26481    00006
Services Rendered Through 10/31/2009

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

**Employ & Fee Apps - Others**

**Summary of Account**

| | | |
|---|---|---|
| Previous balance as of invoice dated   01/01/1900 | 0.00 | |
| Payments received since last invoice | 0.00 | CR |
| A/R adjustment since last invoice | 0.00 | |
| Net balance forward | 0.00 | |
| Interest charge on past due balance | 0.00 | |
| New charges as itemized below | 3,561.96 | |
| Prepaid cash applied | 0.00 | CR |
| **Total Balance Due Upon Receipt** | **$3,561.96** | |

*Interest will accrue at 1.5% per month on balance not paid by end of month.*

**Detail of New Charges**

Professional Services

| | | | |
|---|---|---|---|
| 10/01/2009 KLC | 1.10 | hours | $357.50 |
| Drafting application, declaration for Corbin Gordon as special counsel | | | |
| 10/01/2009 KLC | 0.20 | hours | $65.00 |
| Email to Corbin Gordon regarding employment application and declaration in support thereof | | | |
| 10/01/2009 KLC | 0.30 | hours | $97.50 |
| Telephone conference to Joe Wrona regarding application to employ his firm | | | |
| 10/01/2009 KLC | 0.90 | hours | $292.50 |
| Drafting proposed declaration in support of application to employ Wrona Law Offices as special counsel | | | |
| 10/01/2009 KLC | 0.20 | hours | $65.00 |
| Telephone conference with Bill Shoaf regarding employment of Corbin Gordon as special counsel | | | |

| | | | |
|---|---|---|---|
| 10/12/2009 | KLC | 0.70 hours | $227.50 |
| | Reviewing employment application, declaration from Joe Wrona regarding same | | |
| 10/14/2009 | KLC | 0.30 hours | $97.50 |
| | Researching appraisers, attempted call to appraiser | | |
| 10/19/2009 | KLC | 0.20 hours | $65.00 |
| | Telephone conference with Bill Shoaf regarding co-manager issues | | |
| 10/19/2009 | KLC | 0.40 hours | $130.00 |
| | Telephone conference from potential co-manager regarding issues | | |
| 10/19/2009 | KLC | 0.20 hours | $65.00 |
| | Telephone conference to court regarding hearing for special counsel applications | | |
| 10/19/2009 | KLC | 0.70 hours | $227.50 |
| | Drafting notice of special counsel applications and notice of hearing | | |
| 10/20/2009 | KLC | 0.20 hours | $65.00 |
| | Reviewing docket regarding employment applications | | |
| 10/20/2009 | KLC | 0.20 hours | $65.00 |
| | Email to Michael Blumenthal, Steve Eichel regarding employment applications | | |
| 10/21/2009 | KLC | 0.30 hours | $97.50 |
| | Reviewing draft order on Crowell & Moring employment, revising same | | |
| 10/22/2009 | KLC | 0.30 hours | $97.50 |
| | Reviewing application and declaration on Crowell & Moring application | | |
| 10/22/2009 | KLC | 0.20 hours | $65.00 |
| | Telephone conference with Michael Blumenthal regarding hearing | | |
| 10/22/2009 | KLC | 0.40 hours | $130.00 |
| | Attending hearing on application to employ Crowell & Moring | | |
| 10/27/2009 | KLC | 0.50 hours | $162.50 |
| | Reviewing materials on possible co-managers | | |
| 10/28/2009 | KLC | 0.70 hours | $227.50 |
| | Telephone conference with Michael Blumenthal, Rich Havel, and Bill Ellis regarding co-manager, other issues | | |
| 10/28/2009 | KLC | 0.40 hours | $130.00 |
| | Telephone conference with Michael Blumenthal regarding co-manager, other WestLB issues | | |
| 10/29/2009 | KLC | 0.30 hours | $97.50 |
| | Telephone conference with Bill Shoaf regarding co-manager issues | | |
| 10/30/2009 | KLC | 0.20 hours | $65.00 |
| | Telephone conference to Paul Throndsen regarding appraisal | | |

| | | | |
|---|---|---|---|
| 10/30/2009 KLC | 0.30 | hours | $97.50 |
| | Reviewing Throndsen's proposed engagement letter, email to Bill Shoaf regarding same | | |
| 10/30/2009 KLC | 0.70 | hours | $227.50 |
| | Drafting application to employ Throndsen's firm, declaration in support thereof | | |
| | | | $3,217.50 |

**Client Expenses Advanced**

| | | |
|---|---|---|
| 10/31/2009 | Equitrac Copy charge | $268.95 |
| 10/31/2009 | Pacer On-Line Research | $0.32 |
| 10/31/2009 | Postage | $75.19 |
| | | $344.46 |

New Charges for This Matter                                $3,561.96

DURHAM

JONES &

PINEGAR

Durham Jones & Pinegar, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

December 21, 2009
Invoice No.        179674   KLC
File No.           26481    00008
Services Rendered Through 10/31/2009

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

**Plan and Disc. Statement**

**Summary of Account**

| | |
|---|---|
| Previous balance as of invoice dated  01/01/1900 | 0.00 |
| Payments received since last invoice | 0.00 CR |
| A/R adjustment since last invoice | 0.00 |
| Net balance forward | 0.00 |
| Interest charge on past due balance | 0.00 |
| New charges as itemized below | 877.50 |
| Prepaid cash applied | 0.00 CR |
| **Total Balance Due Upon Receipt** | **$877.50** |

*Interest will accrue at 1.5% per month on balance not paid by end of month.*

**Detail of New Charges**

Professional Services

| | | | |
|---|---|---|---|
| 10/27/2009 KLC | 0.80 | hours | $260.00 |
| Reviewing, revising narrative of draft business plan | | | |
| 10/27/2009 KLC | 0.70 | hours | $227.50 |
| Telephone conference with Michael Blumenthal regarding business plan, co-manager issues, telephone conference with Michael Blumenthal with Bill Shoaf regarding same | | | |
| 10/29/2009 KLC | 1.20 | hours | $390.00 |
| Reviewing revised business plan | | | |
| | | | $877.50 |

New Charges for This Matter                    $877.50

DURHAM

JONES &

PINEGAR

Durham Jones & Pinegar, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

December 21, 2009
Invoice No.      179675   KLC
File No.         26481 . 00009
Services Rendered Through 10/31/2009

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

**Misc. Contested Matters**

**Summary of Account**

| | |
|---|---|
| Previous balance as of invoice dated   01/01/1900 | $0.00 |
| Payments received since last invoice | 0.00  CR |
| A/R adjustment since last invoice | 0.00 |
| Net balance forward | 0.00 |
| Interest charge on past due balance | 0.00 |
| New charges as itemized below | 619.10 |
| Prepaid cash applied | 0.00  CR |
| **Total Balance Due Upon Receipt** | **$619.10** |

*Interest will accrue at 1.5% per month on balance not paid by end of month.*

**Detail of New Charges**

Professional Services

| | | | |
|---|---|---|---|
| 10/06/2009 KLC | 0.30 | hours | $97.50 |
| Reviewing draft letter to Wickline's counsel. | | | |
| 10/07/2009 KLC | 0.20 | hours | $65.00 |
| Telephone conference with Bill Shoaf regarding David Wickline | | | |
| 10/08/2009 KLC | 0.20 | hours | $65.00 |
| Telephone conference with Bill Shoaf regarding Jacobsen issues | | | |
| 10/19/2009 KLC | 1.20 | hours | $390.00 |
| Research on injunctions | | | |
| | | | $617.50 |

Client Expenses Advanced

| | |
|---|---|
| 10/31/2009 Pacer On-Line Research | $1.60 |
| | $1.60 |

| | |
|---|---|
| New Charges for This Matter | $619.10 |

DURHAM

JONES &

PINEGAR

Durham Jones & Pinegar, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

December 21, 2009
Invoice No.        179676   KLC
File No.            26481   00010
Services Rendered Through 10/31/2009

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

## Case Administration

### Summary of Account

| | |
|---|---|
| Previous balance as of invoice dated    01/01/1900 | $0.00 |
| Payments received since last invoice | 0.00 CR |
| A/R adjustment since last invoice | 0.00 |
| Net balance forward | 0.00 |
| Interest charge on past due balance | 0.00 |
| New charges as itemized below | 17,607.96 |
| Prepaid cash applied | 0.00 CR |
| **Total Balance Due Upon Receipt** | **$17,607.96** |

*Interest will accrue at 1.5% per month on balance not paid by end of month.*

### Detail of New Charges

Professional Services

| 09/11/2009 KLC | 2.70 | hours | $877.50 |
|---|---|---|---|

Reviewing, revising motions

| 09/12/2009 KLC | 1.80 | hours | $585.00 |
|---|---|---|---|

Revising motions, orders, addressing procedural issues

| 09/12/2009 KLC | 0.20 | hours | $65.00 |
|---|---|---|---|

Telephone conference with Steve Eichel regarding motions, issues
related to same

| 09/12/2009 KLC | 0.20 | hours | $65.00 |
|---|---|---|---|

Telephone conference with Steve McCardell regarding filing issues

| 09/13/2009 KLC | 0.30 | hours | $97.50 |
|---|---|---|---|

Telephone conference with Steve Eichel regarding motions, other
documents, filing issues

| 09/13/2009 KLC | 3.20 | hours | $1,040.00 |
|---|---|---|---|

Reviewing, revising motions, orders, lists of creditors, declaration in

support of motions

| 09/13/2009 KLC | 0.40 | hours | $130.00 |
|---|---|---|---|

Emails to, from parties

| 10/01/2009 KLC | 0.30 | hours | $97.50 |
|---|---|---|---|

Telephone conference with Bill Shoaf regarding lease issues

| 10/01/2009 KLC | 0.20 | hours | $65.00 |
|---|---|---|---|

Conference with Steve McCardell regarding issues in case

| 10/01/2009 KLC | 0.50 | hours | $162.50 |
|---|---|---|---|

Reviewing administrative issues on first meeting of creditors,
schedules and statements, etc.

| 10/05/2009 KLC | 0.20 | hours | $65.00 |
|---|---|---|---|

Telephone conference from vendor regarding Easy Street bankruptcy

| 10/05/2009 KLC | 0.20 | hours | $65.00 |
|---|---|---|---|

Responding to email from Steve Eichler regarding schedules and
statements

| 10/05/2009 KLC | 0.30 | hours | $97.50 |
|---|---|---|---|

Reviewing email traffic from client

| 10/05/2009 KLC | 0.20 | hours | $65.00 |
|---|---|---|---|

Reviewing email from Michael Johnson regarding Jacobsen
Construction

| 10/05/2009 KLC | 0.20 | hours | $65.00 |
|---|---|---|---|

Telephone conference to Michael Johnson regarding Jacobsen
Construction

| 10/05/2009 KLC | 0.20 | hours | $65.00 |
|---|---|---|---|

Telephone conference with Lon Jenkins regarding committee issues

| 10/05/2009 KLC | 0.20 | hours | $65.00 |
|---|---|---|---|

Telephone conference with Michael Blumenthal regarding cash
collateral issues

| 10/05/2009 KLC | 0.30 | hours | $97.50 |
|---|---|---|---|

Reviewing correspondence on cash collateral issues

| 10/06/2009 KLC | 0.20 | hours | $65.00 |
|---|---|---|---|

Telephone conference with Michael Blumenthal regarding various
issues

| 10/06/2009 KLC | 0.30 | hours | $97.50 |
|---|---|---|---|

Telephone conference with Steve McCardell and Michael Blumenthal
regarding various issues

| 10/07/2009 KLC | 0.60 | hours | $195.00 |
|---|---|---|---|

Reviewing financials from Bill Shoaf for US Trustee

| 10/07/2009 KLC | 0.10 | hours | $32.50 |
|---|---|---|---|

Email to John Morgan regarding financials

| 10/07/2009 KLC | 0.20 | hours | $65.00 |
|---|---|---|---|

Telephone conference with Mike Johnson and Jon Dibble regarding Jacobsen issues

| 10/07/2009 | KLC | 0.20 hours | $65.00 |

Telephone conference with Bill Shoaf regarding Jacobsen issues

| 10/07/2009 | KLC | 0.90 hours | $292.50 |

Reviewing drafts of statements and schedules

| 10/07/2009 | KLC | 0.20 hours | $65.00 |

Telephone conference with John Morgan regarding US Trustee issues

| 10/07/2009 | KLC | 0.20 hours | $65.00 |

Telephone conference with John Morgan and Rinehart Peshell regarding US Trustee issues

| 10/07/2009 | KLC | 0.20 hours | $65.00 |

Telephone conference with Mike Johnson regarding Jacobsen issues

| 10/07/2009 | KLC | 0.30 hours | $97.50 |

Telephone conference with Bill Shoaf regarding US Trustee issues

| 10/08/2009 | KLC | 1.30 hours | $422.50 |

Reviewing schedules, statement of financial affairs issues

| 10/08/2009 | KLC | 0.50 hours | $162.50 |

Reviewing Holding schedules

| 10/08/2009 | SJM | 0.20 hours | $65.00 |

Conference with J. L. Shields regarding Gunther claim and case background (.10); review and respond to call from J. Telak of Zions Bank regarding debtor's account (.10)

| 10/09/2009 | KLC | 0.60 hours | $195.00 |

Reviewing issues with schedules

| 10/09/2009 | JGP | 1.80 hours | $324.00 |

Draft ex parte motion to appear telephonically

| 10/12/2009 | KLC | 0.50 hours | $162.50 |

Addressing utility order issues

| 10/12/2009 | KLC | 0.20 hours | $65.00 |

Telephone conference with Steve Eichel regarding schedules and utility order issues

| 10/12/2009 | KLC | 0.20 hours | $65.00 |

Email to Bill Shoaf regarding utility order issues

| 10/12/2009 | SJM | 0.20 hours | $65.00 |

Review and respond to inquiry from W. Shoaf on forms for monthly reports as required by US Trustee

| 10/13/2009 | DPR | 3.90 hours | $1,131.00 |

Conference with K. Cannon re background and mechanic's lien issues for fractional interest holders; review a title policy issued for one of the fractional interest holders; review the America Land Title

comparison documents regarding the 2006 ALTA policy of title insurance, insured coverage versus exceptions to coverage, search for possible ways to establish coverage, etc.; conference with K. Cannon re my findings, discussion of the timing of Jacobsen's filing its notice of lien for work done after fractional interest owners made their purchases, and other related issues

| Date | Initials | Hours | | Amount |
|---|---|---|---|---|
| 10/13/2009 | KLC | 1.90 | hours | $617.50 |

Reviewing, suggesting changes on schedules of assets and liabilities and statement of financial affairs

| 10/13/2009 | KLC | 0.20 | hours | $65.00 |

Telephone conference to Vivian Arias regarding schedules and statements

| 10/13/2009 | KLC | 0.30 | hours | $97.50 |

Conference with Dade Rose regarding title policy on owner units of Sky Lodge

| 10/13/2009 | KLC | 0.40 | hours | $130.00 |

Reviewing title issues

| 10/13/2009 | KLC | 0.20 | hours | $65.00 |

Email to Bill Shoaf regarding title issues

| 10/13/2009 | SJM | 1.50 | hours | $487.50 |

Review draft schedules and sofa and make comments as to bank accounts as listed in cash collateral papers

| 10/14/2009 | KLC | 1.00 | hours | $325.00 |

Conference call with Bill Shoaf, Philo Smith, Michael Blumenthal, and Steve McCardell regarding various issues, including appraisals, co-manager issues and possibilities, plan issues

| 10/14/2009 | KLC | 0.50 | hours | $162.50 |

Telephone conference from Bill Shoaf regarding strategy questions

| 10/14/2009 | KLC | 0.30 | hours | $97.50 |

Telephone conference from Steve Eichel and Vivian Arias regarding schedules and statement issues

| 10/14/2009 | KLC | 0.30 | hours | $97.50 |

Telephone conference from Vivian Arias regarding schedules

| 10/14/2009 | KLC | 0.40 | hours | $130.00 |

Reviewing spreadsheets of newly-recognized claims

| 10/14/2009 | KLC | 0.20 | hours | $65.00 |

Conference with Steve McCardell regarding various issues

| 10/14/2009 | SJM | 0.10 | hours | $32.50 |

Conference with K. Cannon concerning schedules

| 10/15/2009 | KLC | 1.50 | hours | $487.50 |

Reviewing schedules of assets and liabilities for three Easy Street entities, editing same

| 10/15/2009 | KLC | 1.20 hours | $390.00 |
|---|---|---|---|

Reviewing statement of financial affairs for the three Easy Street entities

| 10/15/2009 | KLC | 0.20 hours | $65.00 |
|---|---|---|---|

Telephone conference with Bill Shoaf regarding issues in schedules

| 10/15/2009 | KLC | 0.60 hours | $195.00 |
|---|---|---|---|

Telephone conference with Steve Eichel and Marina Soto regarding issues in schedules

| 10/15/2009 | KLC | 0.40 hours | $130.00 |
|---|---|---|---|

Reviewing revised schedule F for Easy Street Partners

| 10/15/2009 | KLC | 0.20 hours | $65.00 |
|---|---|---|---|

Telephone conference to Bill Shoaf regarding schedules, monthly financial reports

| 10/15/2009 | KLC | 0.30 hours | $97.50 |
|---|---|---|---|

Conference with Steve McCardell regarding schedules issues

| 10/15/2009 | KLC | 0.50 hours | $162.50 |
|---|---|---|---|

Reviewing tax motion and employee motion regarding claims

| 10/15/2009 | KLC | 0.90 hours | $292.50 |
|---|---|---|---|

Final review of schedules of assets and liabilities and statement of financial affairs for the three Easy Street entities, revising notes therein

| 10/15/2009 | SJM | 0.50 hours | $162.50 |
|---|---|---|---|

Respond to inquiries from R. Havel and W .Shoaf on reporting and review and transmit reports/schedules

| 10/16/2009 | KLC | 0.60 hours | $195.00 |
|---|---|---|---|

Telephone conference with Bill Shoaf, Brenda Ripley, Marina Soto regarding accounting issues

| 10/16/2009 | KLC | 0.90 hours | $292.50 |
|---|---|---|---|

Conference with Steve McCardell, Lon Jenkins, and Jeff Shields regarding debtors, committee views

| 10/16/2009 | KLC | 0.20 hours | $65.00 |
|---|---|---|---|

Telephone conference from creditor regarding schedules

| 10/16/2009 | SJM | 1.50 hours | $487.50 |
|---|---|---|---|

Conference call with W. Shoaf and accounting personnel regarding questions on invoice payments and process with West LB (.80); prepare information for W. Shoaf to use with owners (.20); meeting with creditors committee to discuss case issues (.50)

| 10/19/2009 | KLC | 0.40 hours | $130.00 |
|---|---|---|---|

Telephone conference from Bill Shoaf regarding various issues in case

| 10/19/2009 | KLC | 0.30 hours | $97.50 |
|---|---|---|---|

Telephone conference with Michael Blumenthal regarding