Annette Jarvis (1649)
Peggy Hunt (6060)
Benjamin J. Kotter (9592)
DORSEY & WHITNEY LLP
136 South Main Street, Suite 1000
Salt Lake City, UT  84101-1685
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
Email: jarvis.annette@dorsey.com
        hunt.peggy@dorsey.com
        kotter.benjamin@dorsey.com

Richard W. Havel (10759)
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA  90013-1010
Telephone:  (213) 896-6000
Facsimile:  (213) 896-6600
Email: rhavel@sidley.com

*Attorneys for WestLB, AG*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | |
| EASY STREET HOLDING, LLC, *et al.*, ) | Bankr. Case No. 09-29905 |
| ) | Jointly Administered with Bankr. Case Nos. |
| Debtors. ) | 09-29907 and 09-29908 |
| ) | |
| Address:  201 Heber Avenue ) | Chapter 11 |
| Park City, UT 84060 ) | |
| ) | Honorable R. Kimball Mosier |
| Tax ID Numbers: ) | |
| 35-2183713 (Easy Street Holding, LLC), ) | **[FILED ELECTRONICALLY]** |
| 20-4502979 (Easy Street Partners, LLC), and ) | |
| 84-1685764 (Easy Street Mezzanine, LLC) ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2009, true and correct copy of the *Notice of Extension of Certain Deadlines of Stipulation Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. § 363 and Granting Adequate Protection to WestLB, AG* (the "Extension Notice") was electronically filed with the United States Bankruptcy Court for the District of Utah as Docket No. 235 and served via the Bankruptcy Court's ECF/CM system.  In addition, the Extension Notice was also served on December 28, 2009, upon the individuals and in the manner set forth on the attached Exhibit A.

DATED this 28th day of December, 2009.

   */s/ Benjamin J. Kotter*
Annette Jarvis
Peggy Hunt
Benjamin J. Kotter
DORSEY & WHITNEY LLP

and

Richard W. Havel
SIDLEY AUSTIN LLP

*Attorneys for WestLB, AG*

# Exhibit A

**Electronic Mail**

Kenneth L. Cannon
Durham Jones & Pinegar, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, Utah 84110-4050
kcannon@djplaw.com

Michael R. Johnson
Ray Quinney & Nebeker, P.C.
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
mjohnson@rqn.com

Lon A. Jenkins
Jeffrey Weston Shields
Troy Aramburu
Jones Waldo Holbrook & McDonough
170 South Main Street, Suite 1500
Salt Lake City, Utah 84101
lajenkins@joneswaldo.com
jshields@joneswaldo.com
taramburu@joneswaldo.com

Anthony C. Kaye
Ballard Spahr, LLP
201 South Main Street, Suite 600
Salt Lake City, Utah 84111
kaye@ballardspahr.com

Adelaide Maudsley
Chapman & Cutler, LLP
201 South Main Street, Suite 2000
Salt Lake City, Utah 84111
maudsley@chapman.com

John T. Morgan
United States Trustee's Office
405 South Main Street, Suite 300
Salt Lake City, Utah 84111
john.t.morgan@usdoj.gov
USTPRegion19.SK.ECF@usdoj.gov

David W. Overholt
Richer & Overholt, P.C.
901 West Baxter Drive
South Jordan, Utah 84095
doverholt@rsolaw.com

Jeffrey L. Shields
Callister Neveker & McCullough
10 East South Temple, Suite 900
Salt Lake City, Utah 84133
jlshields@cnmlaw.com

Securities & Exchange Commission
Attn:  Bankruptcy Dept.
44 Montgomery St # 1100
San Francisco, CA 94104-4613
sanfrancisco@sec.gov

Utah Department of Workforce Services
P O Box 45249
Salt Lake City, UT  84145-0249
dwscontactus@utah.gov

West LB AG, New York Branch
Attn:  Christian Ruehmer
1211 Avenue of the Americas, 24th Flr
New York, NY  10036
christian_ruehmer@westlb.com

West LB AG, New York Branch
Attn:  Duncan Robertson
1211 Sixth Avenue, 25th Floor
New York, NY  10036-8705
duncan_robertson@westlb.com

West LB AG, New York Branch
Attn:  Jeff Nelson
1211 Sixth Avenue, 25th Floor
New York, NY  10036-8705
jeff_nelson@westlb.com

West LB AG, New York Branch
Attn:  James Winikor
1211 Sixth Avenue, 25th Floor
New York, NY  10036-8705
james_winikor@westlb.com

BayNorth Capital, LLC
Attn:  Charles J. Flint
One Financial Center, Floor 23
Boston, MA  02111-2621
cflint@baynorthcapital.com

Christopher B. Barker, Esq.
Goodwin Procter LLP
53 State Street
Boston, MA  02109
cbarker@goodwinprocter.com

Anthony S. Fiotto
Goodwin Procter LLP
53 State Street
Boston, MA  02109
afiotto@goodwinprocter.com

Eric D. Lemont
Goodwin Procter LLP
53 State Street
Boston, MA  02109
elemont@goodwinprocter.com

Timothy G. Little, Esq.
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY  10022-2585
tim.little@kattenlaw.com

Sheri P. Chromow, Esq.
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY  10022-2585
sheri.chromow@kattenlaw.com

David Wickline
17575 Fitzpatrick Land
Occidental, CA 95465
wicklinedavid@cs.com

Shaner Design, Inc.
614 Main Street, Suite 404
PO Box 4560
Park City, UT 84060
trs@shanerdesign.com

*Elliott Workgroup*
*Attn:  Craig Elliott*
*P O Box 3419*
*Park City, UT  84060-3419*
*celliott@elliottworkgroup.com*

Michael V. Blumenthal
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
mblumenthal@crowell.com

Steven B. Eichel
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
seichel@crowell.com

Bruce J. Zabarauskas
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
bzabarauskas@crowell.com

Brian W. Harvey
Goodwin Procter LLP
The New York Time Building
620 Eighth Avenue
New York, NY 10018-1405
bharvey@goodwinprocter.com

Joseph E. Wrona
Wrona Law Offices, P.C.
1745 Sidewinder Drive
Park City, UT  84060
wrona@wasatchlaw.com

**United States First Class Mail**

Appraisal Group, Inc.
Attn: Paul W. Throndsen, MAI
7396 S. Union Park Avenue, #301
Midvale, UT 84047

BDRC 4 Site, LLC
Attn:  Bryan W. Dorsey
305 NE Loop 820, Ste 109
Hurst, TX 76053

Gemstone Hotels & Resorts, LLC
Attn:  Jeff McIntyre, Principal
1912 Sidewinder Drive, #104
Park City, UT 84060

Corbin B. Gordon
345 West 600 South, Suite 108
Heber City, UT 84032

Ambica Mohabir
Goodwin Procter LLP
Exchange Place
Boston, MA 02109