Case 09-29905 Doc 238 Filed 12/29/09 Entered 12/29/09 17:35:24 Desc Main
Document Page 1 of 2

Annette Jarvis (1649)
Peggy Hunt (6060)
Benjamin J. Kotter (9592)
DORSEY & WHITNEY LLP
136 South Main Street, Suite 1000
Salt Lake City, UT 84101-1685
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
Email: jarvis.annette@dorsey.com
      hunt.peggy@dorsey.com
      kotter.benjamin@dorsey.com

Richard W. Havel (10759)
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600
Email: rhavel@sidley.com

*Attorneys for WestLB, AG*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>EASY STREET HOLDING, LLC, *et al.*,<br><br>    Debtors.<br><br>Tax ID Numbers:<br>35-2183713 (Easy Street Holding, LLC),<br>20-4502979 (Easy Street Partners, LLC), and<br>84-1685764 (Easy Street Mezzanine, LLC) | **Bankr. Case No. 09-29905**<br><br>Jointly Administered with Bankr. Case Nos. 09-29907 and 09-29908<br><br>Chapter 11<br><br>Honorable R. Kimball Mosier<br><br>[FILED ELECTRONICALLY] |

**CERTIFICATE OF SERVICE FOR WESTLB, AG'S AND THE DEBTORS'
FIRST SET OF DOCUMENT PRODUCTION REQUESTS TO JACOBSEN NATIONAL
GROUP, INC. d/b/a JACOBSEN CONSTRUCTION**

I hereby certify that on the 29th day of December, 2009, a true and correct copy of *WestLB, AG's and the Debtors' First Set of Document Production Requests to Jacobsen National Group, Inc. d/b/a Jacobsen Construction* was served on the following parties via email, addressed as follows:

Michael R. Johnson
Jonathan A. Dibble
**RAY QUINNEY & NEBEKER, P.C.**
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Email: mjohnson@rqn.com
jdibble@rqn.com

John T. Morgan
**OFFICE OF THE UNITED STATES TRUSTEE**
Ken Garff Building
405 South Main Street, Suite 300
Salt Lake City, Utah 84111
Email: john.t.morgan@usdoj.gov

Lon A. Jenkins
Jeffrey W. Shields
**JONES WALDO HOLBROOK & MCDONOUGH, P.C.**
170 South Main Street, Suite 1500
Salt Lake City, Utah 84101
Email: lajenkins@joneswaldo.com
jshields@joneswaldo.com

DATED this 29th day of December, 2009.

　/s/ Benjamin J. Kotter
Annette Jarvis
Peggy Hunt
Benjamin J. Kotter
DORSEY & WHITNEY LLP

and

Richard W. Havel (10759)
SIDLEY AUSTIN LLP

*Attorneys for WestLB, AG*

-2-