*Proposed order prepared and submitted by*:
Annette Jarvis (1649)
Peggy Hunt (6060)
Benjamin J. Kotter (9592)
DORSEY & WHITNEY LLP
136 South Main Street, Suite 1000
Salt Lake City, UT  84101-1685
Email: jarvis.annette@dorsey.com
          hunt.peggy@dorsey.com
          kotter.benjamin@dorsey.com

Richard W. Havel (10759)
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA  90013-1010
Telephone:  (213) 896-6000
Facsimile:  (213) 896-6600
Email: rhavel@sidley.com
   *Attorneys for WestLB, AG*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | |
| EASY STREET HOLDING, LLC, *et al.*, ) | Bankruptcy Case No. 09-29905 |
| ) | Jointly Administered with Cases |
| Debtors. ) | 09-29907 and 09-29908 |
| ) | |
| Address:  201 Heber Avenue ) | Chapter 11 |
|                Park City, UT 84060 ) | |
| ) | Honorable R. Kimball Mosier |
| Tax ID Numbers: ) | |
| 35-2183713 (Easy Street Holding, LLC), ) | |
| 20-4502979 (Easy Street Partners, LLC), and ) | |
| 84-1685764 (Easy Street Mezzanine, LLC) ) | |
| ) | |

**ORDER ON EXTENSION OF CERTAIN DEADLINES OF STIPULATION
AUTHORIZING USE OF CASH COLLATERAL PURSUANT TO 11 U.S.C. § 363 AND
<u>GRANTING ADEQUATE PROTECTION TO WESTLB, AG</u>**

1

**Filed: 01/05/10**

This order (the "Order") approves an extension of certain deadlines (the "Extension of Deadlines") to the Stipulation Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. § 363 and Granting Adequate Protection to WestLB, AG ("WestLB"), filed on or about October 9, 2009 [Docket No. 84], as initially amended by that certain Amendment to Stipulation Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. § 363 and Granting Adequate Protection to WestLB, AG – Amended Exhibit C (Bank Accounts) filed on or about October 13, 2009 [Docket No. 91], as further amended by this Court's Order on Stipulation Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. § 363 and Granting Adequate Protection to WestLB, AG (the "Original Cash Collateral Order"), dated as of October 13, 2009, and as further amended by that certain Amendment to Stipulation Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. § 363 and Granting Additional Adequate Protection to WestLB, AG (Docket No. 172) filed on or about November 25, 2009 (the "First Amendment"), as approved by the Court's Order on Joint Motion to Approve Amendment to Stipulation Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. § 363 and Granting Adequate Protection to WestLB, AG (the "First Amendment Cash Collateral Order") entered on or about December 14, 2009, (as amended, the "Stipulation"), reached by Easy Street Partners, LLC ("Easy Street") and WestLB governing the consensual use of cash collateral.

Now, therefore, IT IS HEREBY ORDERED:

1. The Extension of Deadlines and the alterations to the Stipulation embodied by the Extension of Deadlines are approved.

2. To the extent inconsistent with this Order and the Extension of Deadlines, the Court's Order on Stipulation Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. § 363

and Granting Adequate Protection to WestLB, AG dated as of October 13, 2009 (the "<u>Original Cash Collateral Order</u>") is superseded by this Order.

   3.  Except as otherwise provided in Paragraph 2 of this Order, both the Original Cash Collateral Order and the First Amendment Cash Collateral Order remain in full force and effect.

   4.  This Order shall be binding and effective despite any conversion of the Case[1] to a case under any other chapter of title 11 of the United States Code.

   5.  This Court shall retain jurisdiction with respect to all matters relating to the interpretation, enforcement, or implementation of the Extension of Deadlines and this Order.

-------------------END OF ORDER---------------------

---

[1] Capitalized terms not otherwise defined herein shall take the meaning ascribed to them in the Original Cash Collateral Order.