Michael R. Johnson, Esq. (#7070)
Jonathan A. Dibble, Esq. (#0881)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, 14th Floor
P.O. Box 45385
Salt Lake City, Utah  84145-0385
Telephone:  (801) 532-1500
Facsimile: (801) 532-7543
E-mail:  mjohnson@rqn.com
E-mail:  jdibble@rqn.com

*Attorneys for Jacobsen National Group, Inc.*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re: **EASY STREET HOLDING, LLC, et al.,**   Debtors.  Address:  201 Heber Avenue   Park City, UT 84060  Tax ID Numbers:  35-2183713 (Easy Street Holdings, LLC), 20-4502979 (Easy Street Partners, LLC), and 84-1685864 (Easy Street Mezzanine, LLC) | **Bankruptcy No. 09-29905 RKM**  (Jointly Administered with Cases 09-29907 and 09-29908)  Chapter 11  Honorable R. Kimball Mosier |

**NOTICE OF CONTINUANCE OF RULE 30(b)(6) DEPOSITION OF EASY STREET PARTNERS, LLC**

PLEASE TAKE NOTICE that the Rule 30(b)(6) deposition of Easy Street Partners, LLC, previously scheduled for Thursday, January 7, 2010, at 10:00 a.m. MST, at the law offices of Ray Quinney & Nebeker P.C., 36 South State Street, Suite 1400, Salt Lake City, Utah 84111, has been continued without date and without prejudice to the right of Jacobsen National Group, Inc, dba Jacobsen Construction to re-notice the deposition for a different date and time.

DATED this 7th day of January, 2010.

**RAY QUINNEY & NEBEKER, P.C.**


/s/ Michael R. Johnson
_____
Michael R. Johnson
Jonathan A. Dibble
*Attorneys for Jacobsen National Group, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of January, 2010, a true and correct copy of the foregoing was served on the following parties by both first class U.S. mail and e-mail, addressed as follows:

>Kenneth L. Cannon II
>Steven J. McCardell
>**DURHAM JONES & PINEGAR**
>111 East Broadway, Suite 900
>PO Box 4050
>Salt Lake City, UT 84110-4050
>Email:  kcannon@djplaw.com
>        smccardell@djplaw.com
>
>Michael V. Blumenthal
>**CROWELL & MORING LLP**
>590 Madison Avenue, 20th Floor
>New York, NY 10022
>Email: mblumenthal@crowell.com
>
>Annette W. Jarvis
>Peggy Hunt
>Cameron Hancock
>Benjamin J. Kotter
>**DORSEY & WHITNEY LLP**
>136 South Main Street
>Suite 1000
>Salt Lake City, UT 84101-1655
>Email: jarvis.annette@dorsey.com
>        hunt.peggy@dorsey.com
>        hancock.cameron@dorsey.com
>        kotter.benjamin@dorsey.com
>
>Richard W. Havel
>**SIDLEY AUSTIN LLP**
>555 West Fifth Street, Suite 4000
>Los Angeles, CA  90013-1010
>Email: rhavel@sidley.com

John T. Morgan
**OFFICE OF THE UNITED STATES TRUSTEE**
Ken Garff Bldg.
405 South Main Street, Suite 300
Salt Lake City, UT  84111
Email:  john.t.morgan@usdoj.gov

Jeffrey W. Shields
Lon Jenkins
**JONES WALDO HOLBROOK & McDONOUGH, PC**
170 South Main Street, Suite 1500
Salt Lake City, UT 84101
Email:  jshields@joneswaldo.com
         lajenkins@joneswaldo.com


/s/ Aya Gale
_____