Kenneth L. Cannon II (kcannon@djplaw.com) (3705)
Steven J. McCardell (smccardell@djplaw.com) (2144)
Jessica G. Peterson (jpeterson@djplaw.com) (11210)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT 84110-4050
Telephone: (801) 415-3000/Fax: (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com) (admitted pro hac vice)
Bruce J. Zabarauskas (bzabarauskas@crowell.com) (admitted pro hac vice)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 223-4000/Fax: (212) 223-4134

Counsel for Debtors and Debtors in Possession

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re: | |
| EASY STREET HOLDING, LLC, *et al.*, | Bankruptcy Case No. 09-29905 |
| | Jointly Administered with Cases |
| | 09-29907 and 09-29908 |
| Address: 201 Heber Avenue | Chapter 11 |
| Park City, UT 84060 | |
| | Honorable R. Kimball Mosier |
| Tax ID Numbers: | |
| 35-2183713 (Easy Street Holding, LLC), | |
| 20-4502979 (Easy Street Partners, LLC), and | **[FILED ELECTRONICALLY]** |
| 84-1685764 (Easy Street Mezzanine, LLC) | |

***EX PARTE* MOTION FOR COUNSEL TO APPEAR TELEPHONICALLY AT HEARING
ON JANUARY 12, 2010 AND TO APPEAR TELEPHONICALLY AT ALL HEARINGS**

Easy Street Holding, LLC, et al, (the "Debtors") hereby move this Court ex parte for an

order authorizing Michael V. Blumenthal of Crowell & Moring LLP, counsel for Easy Street, to

appear telephonically at the hearing set for January 12, 2010 at 9:30 a.m. Mountain Time in the above-captioned proceedings, and that Michael V. Blumenthal be permitted to appear at all hearings via telephonic means subsequent to the January 12, 2010 hearing (the "Motion"). In support of this Motion, the Debtor states as follows:

1. On September 14, 2009, the Debtors filed voluntary chapter 11 petitions in this Court.

2. On January 12, 2010 at 9:30 a.m. MT the Court is hearing the Debtors' Motion for Order Extending Exclusive Periods for Filing Chapter 11 Plans and Obtaining Acceptances of Such Plans.

3. Subsequent to the January 12, 2010 hearing, the Debtors assume that the Court will be hearing multiple other motions and matters in this case and any other adversary proceedings related thereto.

4. Michael Blumenthal of Crowell & Moring, LLP is counsel for the Debtors in New York. His appearance at the hearings is necessary as his firm is national counsel for the Debtors, and he is familiar with the facts and circumstances of these matters and of the Debtors' relationships with the creditors and other entities involved in the hearings. Mr. Blumenthal has been involved with the Debtors' decision to file bankruptcy and he has assisted in the management of property and other matters in this case. As required by the local rules, local counsel will be present at the hearing on January 12, 2010 and at all other hearings in this case that they are required to attend as well.

5. Mr. Blumenthal's contact information is provided below. Mr. Blumenthal is also willing to make whatever other arrangements the Court requests.

      Michael V. Blumenthal
      Crowell & Moring LLP
      590 Madison Avenue, 20th Floor
      New York, NY 10022-2544
      mblumenthal@crowell.com
      (212) 895-4201 – Fax
      (212) 895-4241 – Phone

6. A proposed form of Order authorizing the telephonic appearance of Mr. Blumenthal is submitted contemporaneously herewith.

WHEREFORE, the Debtors respectfully request that this Court order that Mr. Blumenthal be permitted to appear telephonically at the hearing on January 12, 2010 at 9:30 a.m. MT, at all other hearings in this case, and grant such other and further relief as the Court deems just and proper.

DATED this 11th day of January, 2010.

                DURHAM JONES & PINEGAR, P.C.

                By: /s/ Jessica G. Peterson
                Kenneth L. Cannon II (kcannon@djplaw.com)(3705)
                Steven J. McCardell (smccardell@djplaw.com) (2144)
                Jessica G. Peterson (jpeterson@djplaw.com) (11210)
                DURHAM JONES & PINEGAR, P.C.
                111 East Broadway, Suite 900
                P.O. Box 4050
                Salt Lake City, UT 84110-4050
                Telephone: (801) 415-3000/Fax: (801) 415-3500

                And

                Michael V. Blumenthal (mblumenthal@crowell.com)
                  (admitted pro hac vice)
                Bruce J. Zabarauskas (bzabarauskas@crowell.com)
                  (admitted pro hac vice)
                CROWELL & MORING LLP
                590 Madison Avenue, 20th Floor
                New York, NY 10022
                Telephone: (212) 223-4000/Fax: (212) 223-4134

                Counsel for Debtors and Debtors in Possession

**CERTIFICATE OF SERVICE**

   I hereby certify that a copy of the foregoing *Ex Parte* Motion for Counsel to Appear Telephonically at Hearings on January 12, 2010, was served on this 11th day of January, 2010, in the manner indicated below on each of the following:

John T. Morgan
Office of the United States Trustee
405 South Main Street #300
Salt Lake City, UT 84111
(by CM/ECF)

Jeffrey L. Shields
Zachary T. Shields
Callister Nebeker & McCullough
Zions Bank Building Suite 900
10 East South Temple
Salt Lake City, UT 84133
(by CM/ECF)

Michael R. Johnson
Jonathan A. Dibble
Ray Quinney & Nebeker P.C.
36 South State Street, 14th Floor
P.O. Box 45385
Salt Lake City, UT 84145-0385
(by CM/ECF)

Brian W. Harvey
Goodwin Procter LLP
The New York Time Building
620 Eight Avenue
New York, NY  10018-1405
(by CM/ECF)

Annette W. Jarvis
Mary Margaret Hunt
Steven C. Strong
Benjamin J. Kotter
Scott A. Cummings
Dorsey & Whitney, LLP
136 South Main Street, Suite 1000
Salt Lake City, UT 84101
(by CM/ECF)

Jeffrey W. Shields
Lon A. Jenkins
Troy Aramburu
Jones Waldo Holbrook & McDonough, PC
170 South Main Street Suite 1500
Salt Lake City, UT 84101
(by CM/ECF)

Anthony C. Kaye
Ballard Spahr LLP
One Utah Center, Suite 800
201 South Main Street
Salt Lake City, UT 84111-2221
(by CM/ECF)

Adelaide Maudsley
Chapman and Cutler LLP
201 South Main Street, Suite 2000
Salt Lake City, UT 84111
(by CM/ECF)

             **DURHAM JONES & PINEGAR**

              /s/  Jessica G. Peterson