**The below described is SIGNED.**

**Dated: January 11, 2010**

*R. Kimball Mosier* (signature)

**R. KIMBALL MOSIER**
**U.S. Bankruptcy Judge**



_____

Kenneth L. Cannon II (kcannon@djplaw.com) (3705)
Steven J. McCardell (smccardell@djplaw.com) (2144)
Jessica G. Peterson (jpeterson@djplaw.com) (11210)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT 84110-4050
Telephone: (801) 415-3000/Fax: (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com) (admitted pro hac vice)
Bruce J. Zabarauskas (bzabarauskas@crowell.com) (admitted pro hac vice)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 223-4000/Fax: (212) 223-4134

Counsel for Debtors and Debtors in Possession

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: | )<br>) |
| EASY STREET HOLDING, LLC, *et al.*, | ) Bankruptcy Case No. 09-29905<br>) Jointly Administered with Cases<br>) 09-29907 and 09-29908 |
| Address: 201 Heber Avenue<br>Park City, UT 84060 | ) Chapter 11<br>)<br>) Honorable R. Kimball Mosier |
| Tax ID Numbers:<br>35-2183713 (Easy Street Holding, LLC),<br>20-4502979 (Easy Street Partners, LLC), and<br>84-1685764 (Easy Street Mezzanine, LLC) | )<br>)<br>) **[FILED ELECTRONICALLY]**<br>) |

**ORDER GRANTING *EX PARTE* MOTION FOR COUNSEL TO APPEAR
TELEPHONICALLY AT HEARING ON JANUARY 12, 2010 AND AT ALL HEARINGS**

Filed: 01/11/10

The Court, having considered the "Ex Parte Motion for Counsel to Appear Telephonically at Hearing on January 12, 2010 and at All Hearings" (the "Motion") submitted by the Debtors, and good cause appearing,

IT IS HEREBY ORDERED THAT the Motion is GRANTED, and Michael V. Blumenthal of Crowell & Moring LLP is authorized to appear telephonically at the hearing on January 12, 2010 at 9:30 a.m.; and

IT IS FURTHER ORDERED THAT Michael V. Blumenthal of Crowell & Moring LLP is authorized to appear telephonically at all hearings in this case.

_____

END OF DOCUMENT

## CLERK OF COURT CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Order Granting *Ex Parte* Motion for Counsel to Appear Telephonically at Hearings on January 12, 2010 was served via United States first class mail, postage prepaid, on this ____ day of _____, 2009 on the following:

Kenneth L. Cannon II
Steven J. McCardell
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT  84110-4050

Michael V. Blumenthal
Bruce J. Zabarauskas
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY  10022

Jeffrey W. Shields
Lon Jenkins
Troy J. Aramburu
Jones Waldo Holbrook & McDonough, PC
170 South Main Street, Suite 1500
Salt Lake City, UT  84101

John T. Morgan
Office of the United States Trustee
405 South Main Street, Suite 300
Salt Lake City, UT  84111

_____