# EXHIBIT A



1745 Sidewinder Drive
Park City, Utah 84060

Ph:(435) 649-2525
Fax:(435) 649-5959

William Shoaf
P. O. Box 683300
Park City, UT 84068

January 6, 2010

Attention:

File #:    04186.12
Inv #:    14376

RE:  Chapter 11 - Easy Street Partners, LLC

| DATE | DESCRIPTION | ATTY | HRS | RATE | AMT |
|---|---|---|---|---|---|
| Dec-01-09 | Corr. w/ Bill on Wickline issues (.3); tele con w/ Bill Hebert to negotiate terms of assignment (.5); review doc sent by Hebert and comment on same (.4); review Philo's comments and respond (.1). | JEW | 1.30 | $350.00 | $455.00 |
| Dec-07-09 | Corr. w/ Hebert on how to settle assignment issue; tele w/ Bill Shoaf on same; obtain redline from Hebert and review same and forward Bill FShoaf. | JEW | 0.60 | $350.00 | $210.00 |
| Dec-09-09 | Tele from Bill to determine status of Strategic Partners, Bruce MacClean and Wickline assignment (.4); pull and review latest redline of assignment and work on Bill Shoaf's comments (.4). | JEW | 0.80 | $350.00 | $280.00 |
| Dec-10-09 | Tele from Bill on status of Assignment and discuss change to assignment (.3); tele w/ Tesch on buyer under contract at Sky who is seeking a return of earnest money (.3). | JEW | 0.60 | $350.00 | $210.00 |
| Dec-11-09 | Receive and review Bill's draft analysis of removal of manager (.1); tele w/ Bill to confirm additona of entities to Wickline assignment (.2). | JEW | 0.30 | $350.00 | $105.00 |
| Dec-15-09 | Corr. w/ Bill on structure of Alchemy Ventures (.2); draft redline comments to Assignment agreements and forward to Shoaf for review (.3); review Bill's comments, make changes and forward to Bill Hebert (.3) | JEW | 0.80 | $350.00 | $280.00 |
| Dec-17-09 | Consult w/ Bill Shoaf on structure of current proposal for assignment from Wickline (.2); draft redlines to require Wickline to assign | JEW | 1.20 | $350.00 | $420.00 |

Invoice #:　14376　　　　　　　　　Page　2　　　　　　　　　　　　　　January 6, 2010

| Date | Description | Atty | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | entire interest in project (.4); submit redlines to Bill Shoaf for review and provide comments (.1); tele from Bill Shoaf with additonal comments (.2); review Bill's redline, make changes and forward to Bill Hebert with explanation of new changes (.3). Work on 1st request for legal fees | BCJ | 1.90 | $90.00 | $171.00 |
| Dec-21-09 | Tele from Tantillo on status of workout and how to assist in that workout. | JEW | 0.30 | $350.00 | $105.00 |
| Dec-24-09 | Corr. w/ Hebert on status of Wickline assignment (.2); tele w/ Bill on same (.2). | JEW | 0.40 | $350.00 | $140.00 |
| Dec-29-09 | Working on objections from WestLB to professional fees. | JEW | 0.30 | $350.00 | $105.00 |
| Dec-30-09 | Field calls from disgruntled unit owners who are concerned about ongoing funding to operate hotel (Levine (.3), Smith (.3), Fleming (.2)); respond to WestLB's question regarding retainers (.1). | JEW | 0.90 | $350.00 | $315.00 |
| | Totals | | 9.40 | | $2,796.00 |
| | Total fee & disbursements this month | | | | $2,796.00 |

TAX ID Number　　87-0676597