reconcile any inconsistency in the Plan in such manner as may be necessary to carry out the purpose and intent of the Plan. A holder of an Allowed Claim that has accepted the Plan shall be deemed to have accepted the Plan as modified if the proposed modification does not materially and adversely change the treatment of the Claim of such holder.

11.8 Withdrawal or Revocation of the Plan. Partners may withdraw or revoke the Plan at any time prior to the Confirmation Date. If Partners revokes or withdraws the Plan prior to the Confirmation Date, or if the Confirmation Date does not occur, then the Plan shall be deemed null and void. In such event, nothing contained in the Plan or Disclosure Statement shall be deemed to constitute a waiver or release of any Claim by or against Partners or the Other Debtors or any other person or to prejudice in any manner the rights of Partners or the Other Debtors or any other person in any further proceedings involving Partners or the Other Debtors.

11.9 Section 1146 Exemption. Pursuant to Bankruptcy Code § 1146(c), (a) the issuance, transfer, or exchange of notes or equity securities under the Plan; (b) the creation of any mortgage, deed of trust, lien, pledge or other security interest; (c) the making or assignment of any contract, lease or sublease; or (d) the making or delivery of any deed or other instrument or transfer under, in furtherance of, or in connection with the Plan, will not be subject to any stamp tax, or other similar tax held to be a stamp tax or other similar tax by applicable law.

11.10 Dissolution of the Creditors' Committee. On the Effective Date, the Creditors' Committee shall be dissolved and the members thereof shall be released and discharged of and from all further authority, duties, responsibilities, and obligations related to and arising from and in connection with the Chapter 11 Cases, and the retention and employment of the Committee's attorneys shall terminate. The Committee shall continue in existence after the Effective Date solely for the purpose of reviewing and being heard by the Bankruptcy Court, and on any appeal,

NYIWDMS: 11434131_11

29

with respect to applications for compensation and reimbursement of expenses pursuant to section 330 and/or 503(b) of the Bankruptcy Code.

11.11   Severability.  In the event that the Bankruptcy Court determines, prior to the Confirmation Date, that any provision of the Plan is invalid, void or unenforceable, the Bankruptcy Court shall, with the consent of the Reorganized Debtor and the Committee, have the power to alter and interpret such term or provision to make it valid or enforceable to the maximum extent practicable, consistent with the original purpose of the term or provision held to be invalid, void or unenforceable, and such term or provision shall then be applicable as altered or interpreted.  Notwithstanding any such holding, alteration or interpretation, the remainder of the terms and provisions of the Plan shall remain in full force and effect and shall in no way be affected, impaired or invalidated by such holding, alteration or interpretation.  The Confirmation Order shall constitute a judicial determination and shall provide that each term and provision of the Plan, as it may have been altered or interpreted in accordance with the foregoing, is valid and enforceable pursuant to its terms.  Notwithstanding the foregoing, the provisions in the Plan relating to releases and exculpations are not severable from the remainder of the Plan.

11.12   Governing Law.  Except to the extent the Bankruptcy Code or Bankruptcy Rules are applicable and except as may otherwise be provided in the Modified Loan Documents, the rights and obligations arising under the Plan shall be governed by, and construed and enforced in accordance with, the federal laws of the United States and, to the extent there is no applicable federal law, the domestic laws of the State of Utah, without giving effect to Utah's principles of conflicts of law.

11.13   Binding Effect.  Except as otherwise provided in section 1141(d)(3) of the Bankruptcy Code, on and after the Confirmation Date, the provisions of the Plan shall bind any

NYIWDMS: 11434131_11

holder of a Claim against or Interest in Partners and its respective successors and assigns, whether or not the Claim of such holder is impaired under the Plan and whether or not such holder has accepted the Plan. The rights, benefits and obligations of any entity named or referred to in the Plan, whose actions may be required to effectuate the term of the Plan, shall be binding on, and shall inure to the benefit of, any heir, executor, administrator, successor or assign of such Entity (including, but not limited to, any trustee appointed for the Other Debtors under chapters 7 or 11 of the Bankruptcy Code).

11.14　<u>Payment of Statutory Fees</u>. All fees payable pursuant to 28 U.S.C. § 1930(a)(6) of the United States Code, as determined by the Bankruptcy Court on the Confirmation Date, shall be paid on the Effective Date by Partners. Any Statutory Fees accruing after the Confirmation Date also shall be paid by the Reorganized Debtor.

11.15　<u>Notices.</u> Any notice required or permitted to be provided to Partners, the Creditors' Committee, or WestLB under the Plan shall be in writing and served by (a) certified mail, return receipt requested, (b) hand delivery, or (c) overnight receipted delivery to be addressed as follows:

    If to Partners:

        William Shoaf
        Easy Street Partners, LLC
        201 Heber Avenue
        Park City, Utah 84060

        with a copy to

        Kenneth L. Cannon II, Esq.
        Steven J. McCardell, Esq.
        DURHAM JONES & PINEGAR, P.C.
        111 East Broadway, Suite 900
        P.O. Box 4050
        Salt Lake City, UT  84110-4050

NYIWDMS: 11434131_11

-and-

Michael V. Blumenthal, Esq.
Steven B. Eichel, Esq.
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY 10022

If to Reorganized Debtor or the Disbursing Agent

[To be provided in Plan Supplement]

If to the Creditors' Committee

Lon A. Jenkins, Esq.
Jeffrey Weston Shields, Esq.
JONES WALDO HOLBROOK & MCDONOUGH, P.C.
1700 S. Main Street, Suite 1500
Salt Lake City, Utah 84101-1644

If to WestLB:

WestLB AG
1211 Avenue of the Americas
New York, NY 10036
Attention: Jeff Nelson

with a copy to

Richard W. Havel, Esq.
SIDLEY AUSTIN LLP
555 West Fifth Street, suite 4000
Los Angeles, CA 90013

11.16 <u>Retention of Causes of Action/Reservation of Rights</u>. Except as provided in Articles 11.4 and 11.5 of this Plan, nothing contained in the Plan or the Confirmation Order shall be deemed to be a waiver or relinquishment of any claim (as that term is defined in section 101(5) of the Bankruptcy Code), rights, causes of action, right of setoff, or other legal or equitable defense that Partners, the Reorganized Debtor or the Other Debtors may have or choose to assert on behalf of their respective estates under any provision of the Bankruptcy Code

NYIWDMS: 11434131_11

32

or any applicable nonbankruptcy law, including, without limitation, (i) any and all claims against any person or entity, to the extent such person or entity asserts a crossclaim, counterclaim, and/or Claim for setoff which seeks affirmative relief against Partners or the Other Debtors, their officers, directors, or representatives, (ii) any and all claims under chapter 5 of the Bankruptcy Code, (iii) the turnover of any property of Partners or the Other Debtors' estates, (iv) any and all claims against BayNorth, and (v) any and all claims against Jacobsen, which upon the Effective Date, shall be the warranty claims against Jacobsen.

11.17 <u>Retention of Committee's Action Against WestLB.</u> Nothing contained in the Plan or the Confirmation Order shall be deemed to be a waiver or relinquishment of any claim, rights, causes of action, right of setoff, or other legal or equitable defense that the Creditors' Committee may have or choose to assert on behalf of the Debtors' respective estates under any provision of the Bankruptcy Code or any applicable nonbankruptcy law, including, without limitation, any and all claims asserted by the Creditors' Committee against WestLB in the WestLB Adversary Proceeding.

11.18 <u>Section 506(c) Reservation.</u> Except as provided in the Order On Stipulation Authorizing Use of Cash Collateral entered on October 14. 2009, Partners and the Reorganized Debtor reserve all rights under section 506(c) of the Bankruptcy Code with respect to any and all Secured Claims.

11.19 <u>Plan Supplement.</u> The documents comprising the Plan Supplement shall be filed with the Clerk of the Bankruptcy Court on the earlier of (a) ten (10) days prior to the hearing to confirm the Plan and (b) two (2) business days prior to the deadline to vote on or object to the Plan. Upon its filing with the Bankruptcy Court, the Plan Supplement may be inspected in the office of the Clerk of the Bankruptcy Court during normal court hours. Holders of Claims or

NYIWDMS: 11434131_11

33

Interests may obtain a copy of the Plan Supplement upon written request to Partners' bankruptcy counsel.

11.20   Effectuating Documents and Further Transactions. Upon entry of the Confirmation Order, Partners and the Reorganized Debtor, shall be authorized and are instructed to execute, deliver, file or record such contracts, instruments, releases, indentures and other agreements or documents and take such actions as may be reasonably necessary or appropriate to effectuate and further evidence the terms and conditions of the Plan.

## ARTICLE XII.
### Retention of Jurisdiction

12.1   The Bankruptcy Court shall retain exclusive jurisdiction of this case as long as necessary for the following purposes:

(a)   To determine any and all objections to the allowance, disallowance or subordination of Claims or any controversy as to the classification of Claims.

(b)   To determine any and all applications for professional and similar fees and for the reimbursement of disbursements and expenses.

(c)   To liquidate any disputed, contingent, or unliquidated Claims.

(d)   To determine any and all pending motions and applications for assumption or rejection of executory contracts and leases and the allowance and classification of any Claims resulting from the rejection of executory contracts and leases.

(e)   To determine any and all motions, applications, adversary proceedings, contested and litigated matters or such other matters over which the Bankruptcy Court had jurisdiction prior to the Confirmation Date, including the enforcement, prosecution, litigation, settlement and/or other disposition of claims and counterclaims of the Debtor and to recover preferences and fraudulent transfers.

(f)   To enforce the provisions of, and resolve any and all disputes under or pertaining to the Plan, or the Debtor's bankruptcy case.

(g)   To modify the Plan or to correct any defect, cure any omission or reconcile any inconsistency in the Plan or in the order of the Bankruptcy Court confirming the Plan, or to enter such orders as may be necessary to effectuate the terms

and conditions of the Plan to the extent authorized by the Bankruptcy Code as may be necessary to carry out the purpose and intent of the Plan.

(h) To determine such other matters as may be provided for in the order of the Bankruptcy Court confirming the Plan or as may be authorized under the provisions of the Bankruptcy Code.

(i) To hear and determine all controversies, suits and disputes, if any, as may arise with regard to orders of this Court in the Bankruptcy Case;

(j) To hear and determine any and all controversies and disputes arising under, or in connection with, the Plan or the order confirming the Plan;

(k) To adjudicate all controversies concerning the classification of any Claim;

(l) To liquidate damages in connection with any disputed, contingent or unliquidated Claims;

(m) To adjudicate all Claims to a security or ownership interest in any property of Partners or in any proceeds thereof;

(n) To adjudicate all Claims or controversies arising out of any purchases, sales or contracts made or undertaken during the pendency of this bankruptcy case;

(o) To recover all assets and Property of Partners wherever located, including the prosecution and adjudication of all causes of action available to Partners as at the Confirmation Date;

(p) To determine all questions and disputes regarding recovery of and entitlement to Partners' assets and determine all claims and disputes between Partners and any other Entity, whether or not subject to an action pending as of the Confirmation Date;

(q) To enter any order, including injunctions, necessary to enforce the title, rights and powers of Partners and to impose such limitations, restrictions, terms and conditions on such title, rights and powers as the Court may deem necessary or appropriate;

(r) To enter an order or final decree closing and terminating the Bankruptcy Case; and

(s) To make such orders as are necessary or appropriate to carry out the provisions of this Plan, including but not limited to orders interpreting, clarifying or enforcing the provisions thereof and/or confirming the Plan.

DATED this 15th day of January, 2010.

EASY STREET PARTNERS, LLC

By: _____
William Shoaf

DURHAM JONES & PINEGAR, P.C.

By: _____
Kenneth L. Cannon II (kcannon@djplaw.com)(3705)
Steven J. McCardell (smccardell@djplaw.com)(2144)
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT 84111-4050
Telephone: (801) 415-3000
~~Facsimile: (801) 415-3500~~

and

CROWELL & MORING LLP
Michael V. Blumenthal (mblumenthal@crowell.com)
(admitted pro hac vice)
Steven B. Eichel (sdeichel@crowell.com)
(admitted pro hac vice)
590 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 223-4000
Facsimile: (212) 223-4134

Counsel for Debtors and Debtors in Possession

# Exhibit 2-1

THE SKY LODGE
2010 RESORT BUDGET
SUMMARY

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **HOTEL PROJECTED OCCUPANCY** | | | | | | | | | | | | | |
| Transient Occupancy | 60.7% | 66.3% | 69.5% | 32.3% | 37.9% | 55.6% | 63.0% | 60.9% | 44.7% | 39.4% | 35.4% | 62.3% | 52.3% |
| Owner Occupancy | 48.1% | 59.0% | 58.0% | 34.4% | 48.7% | 48.7% | 54.7% | 35.3% | 35.3% | 33.5% | 50.8% | 44.2% |
| Room Occupancy | 14.5% | 7.4% | 13.5% | 8.4% | 3.5% | 6.9% | 13.4% | 6.2% | 6.0% | 4.1% | 1.8% | 11.4% | 8.1% |
| Room Nights Occupied | 621 | 613 | 711 | 320 | 368 | 550 | 644 | 623 | 443 | 403 | 350 | 637 | 6,303 |
| ADR | $563.36 | $770.62 | $851.22 | $294.62 | $133.00 | $232.39 | $231.63 | $232.14 | $233.33 | $150.00 | $206.14 | $763.70 | $459.69 |
| % of Project Sold Out | 64.2% | 64.2% | 64.2% | 64.2% | 64.2% | 64.2% | 64.8% | 65.3% | 65.5% | 67.0% | 67.0% | 67.0% | |
| **PROPERTY MGT PROJECTED OCCUPANCY** | | | | | | | | | | | | | |
| Transient Occupancy | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 20.0% | 35.0% | 35.0% | 35.0% | 0.0% | 0.0% | 50.0% | 24.5% |
| Room Nights Occupied | - | - | - | - | - | 60 | 109 | 109 | 105 | - | - | 155 | 537 |
| ADR | $ - | $ - | $ - | $ - | $ 2 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ - | $ - | $ 850.00 | $ 459.69 |
| **TOTAL CONDO UNITS** | | | | | | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 6 |
| **REVENUE** | | | | | | | | | | | | | |
| Hotel Rooms Revenue | 505,629 | 470,265 | 546,052 | 85,505 | 59,887 | 142,350 | 154,102 | 106,739 | 67,726 | 72,922 | 442,886 | 2,792,110 |
| Property Management Revenue | - | - | - | - | 31,800 | 57,505 | 55,650 | 580 | 141,361 | 182,900 | 385,360 |
| F&B Revenue | 516,347 | 256,550 | 247,999 | 81,247 | 81,584 | 204,929 | 325,516 | 317,948 | 141,831 | 128,115 | 235,973 | 2,713,582 |
| Spa Revenue | 61,127 | 58,188 | 61,769 | 25,549 | 40,220 | 54,160 | 56,969 | 62,924 | 43,148 | 38,238 | 32,320 | 53,503 | 689,747 |
| Sky Club Memberships | 32,560 | 32,560 | 32,560 | 32,560 | 32,560 | 32,560 | 32,560 | 32,560 | 32,560 | 32,560 | 32,560 | 390,720 |
| Zoom Rental Revenue | 10,000 | 10,000 | 75,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 19,000 | 10,000 | 10,000 | 10,000 | 194,000 |
| **TOTAL REVENUE** | 1,125,663 | 827,552 | 963,381 | 234,860 | 224,261 | 463,397 | 624,900 | 635,039 | 399,928 | 245,156 | 264,971 | 1,046,526 | 7,075,519 |
| | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| **EXPENSES** | | | | | | | | | | | | | |
| Rooms Division | 156,633 | 152,350 | 165,748 | 90,855 | 74,666 | 87,820 | 105,644 | 104,639 | 82,707 | 83,647 | 72,922 | 146,012 | 1,323,641 |
| Property Management | - | - | - | - | 19,475 | 34,229 | 34,229 | 33,164 | 580 | 54,419 | 176,675 |
| Food & Beverage | 306,710 | 229,891 | 228,714 | 124,580 | 110,292 | 181,089 | 233,073 | 228,706 | 136,274 | 128,115 | 141,361 | 235,973 | 2,282,778 |
| Spa | 63,090 | 51,612 | 56,179 | 29,807 | 34,639 | 41,589 | 43,046 | 46,073 | 35,577 | 38,238 | 32,320 | 53,503 | 515,774 |
| Facilities | 74,822 | 66,347 | 71,255 | 64,351 | 52,489 | 55,726 | 64,168 | 54,183 | 56,001 | 55,922 | 62,143 | 68,080 | 737,495 |
| HOA Credit - Facilities | (47,682) | (47,682) | (47,682) | (47,682) | (51,305) | (51,305) | (51,305) | (51,305) | (51,305) | (47,682) | (47,682) | (593,922) |
| HOA Credit - Other | (20,574) | (20,574) | (20,574) | (20,574) | (20,574) | (20,574) | (20,574) | (20,574) | (20,574) | (20,574) | (20,574) | (20,574) | (246,888) |
| Sales & Marketing | 91,303 | 82,007 | 69,351 | 57,254 | 53,005 | 54,608 | 58,834 | 50,188 | 46,680 | 68,080 | 706,084 |
| Administration | 44,698 | 39,939 | 41,597 | 30,218 | 37,877 | 41,430 | 43,568 | 43,853 | 40,050 | 40,302 | 44,696 | 68,457 | 516,484 |
| **TOTAL EXPENSES** | 618,714 | 563,186 | 575,243 | 340,907 | 285,138 | 408,255 | 485,446 | 494,420 | 372,828 | 325,112 | 312,446 | 604,427 | 5,418,121 |
| | 54.3% | 68.7% | 59.7% | 143.2% | 131.6% | 88.0% | 78.3% | 77.9% | 93.5% | 132.6% | 116.7% | 57.7% | 76.6% |
| **NET OPERATING PROFIT/(LOSS)** | 514,949 | 264,367 | 388,138 | (106,046) | (70,877) | 55,732 | 139,454 | 140,620 | 26,100 | (79,957) | (47,475) | 442,393 | 1,657,398 |
| | 45.7% | 31.9% | 40.3% | (45.2%) | (31.6%) | 12.0% | 20.7% | 22.1% | 6.5% | (32.6%) | (16.7%) | 42.3% | 23.4% |
| Property Taxes | - | - | - | - | - | - | - | - | - | 50,000 | 50,000 |
| Management Fees | 39,398 | 28,964 | 33,718 | 8,220 | 7,849 | 16,240 | 21,872 | 22,226 | 13,962 | 8,580 | 9,974 | 36,639 | 247,643 |
| | 3.5% | 3.5% | 3.5% | 3.5% | 3.5% | 3.5% | 3.5% | 3.5% | 3.5% | 3.5% | 3.5% | 3.5% | 3.5% |
| **RESORT OPERATING PROFIT/(LOSS)** | 475,551 | 235,402 | 354,420 | (114,266) | (78,726) | 39,493 | 107,582 | 118,393 | 12,137 | (88,537) | (107,449) | 405,754 | 1,359,754 |
| | 42.2% | 28.4% | 36.8% | (48.7%) | (35.1%) | 8.5% | 17.2% | 18.6% | 3.0% | (36.1%) | (37.7%) | 38.8% | 19.2% |

PRIVILEGED AND CONFIDENTIAL

PRIVILEDGED AND CONFIDENTIAL

EASY STREET PARTNERS
2010 BUDGET
CONSOLIDATED

| OPERATING STATISTICS | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HOTEL OCCUPANCY | | | | | | | | | | | | | |
| Transient Occupancy | 80.7% | 85.3% | 69.5% | 32.3% | 37.9% | 55.6% | 63.0% | 60.9% | 44.7% | 39.4% | 35.4% | 62.3% | 52.3% |
| Owner Occupancy | 46.1% | 59.0% | 56.0% | 23.1% | 34.4% | 48.7% | 49.6% | 54.7% | 38.8% | 33.5% | 33.5% | 50.8% | 44.2% |
| Room Occupancy | 14.6% | 7.4% | 13.5% | 8.4% | 3.5% | 6.9% | 6.0% | 6.2% | 6.0% | 4.1% | 1.4% | 11.4% | 8.1% |
| Room Nights Occupied | 821 | 613 | 711 | 323 | 50 | 141 | 644 | 623 | 443 | 403 | 137 | 837 | 6,303 |
| ADR | $361.35 | $370.52 | $361.72 | $234.52 | $232.50 | $232.28 | $231.63 | $222.14 | $233.33 | $150.00 | $206.14 | $763.70 | $459.69 |
| % of P/ded Sold Out | 64.2% | 64.2% | 64.2% | 64.2% | 64.2% | 64.2% | 64.8% | 65.3% | 66.5% | 67.0% | 67.0% | 67.0% | |
| PROPERTY MANAGEMENT OCCUPANCY | | | | | | | | | | | | | |
| Transient Occupancy | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 20.0% | 35.0% | 35.0% | 35.0% | 0.0% | 0.0% | 50.0% | 24.5% |
| Room Nights Occupied | | | | | | 60 | 109 | 109 | 105 | | | 155 | 537 |
| ADR | | | | | | $300.00 | $300.00 | $300.00 | | | | $650.00 | $459.69 |
| TOTAL CONDO UNITS | | | | | | 2 | 10 | 10 | 10 | 10 | 10 | 10 | 6 |
| HOTEL & PROPERTY MANAGEMENT | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | TOTAL |
| TOTAL REVENUES | 1,125,663 100.0% | 827,552 100.0% | 963,381 100.0% | 234,860 100.0% | 224,261 100.0% | 453,987 100.0% | 624,900 100.0% | 635,039 100.0% | 399,928 100.0% | 245,155 100.0% | 284,971 100.0% | 1,046,820 100.0% | 7,075,519 100.0% |
| TOTAL OPERATING EXPENSES | 610,714 54.3% | 563,186 68.1% | 575,243 59.7% | 340,907 145.7% | 295,138 131.6% | 408,255 89.9% | 495,446 79.3% | 372,828 58.7% | 325,112 132.6% | 332,445 115.7% | 804,427 57.7% | 5,418,121 76.6% |
| NET OPERATING PROFIT/(LOSS) | 514,949 45.7% | 264,367 31.9% | 388,138 40.3% | (106,046) (45.2%) | (70,877) (31.6%) | 55,732 12.3% | 128,454 20.7% | 140,620 22.1% | 26,100 6.5% | (79,957) (32.6%) | (47,475) (16.7%) | 442,393 42.3% | 1,657,398 23.4% |
| TOTAL UNDISTRIBUTED EXPENSES | 39,398 | 28,964 | 33,718 | 8,220 | 7,849 | 16,240 | 21,872 | 22,226 | 13,962 | 8,580 | 59,974 | 36,639 | 297,643 |
| TOTAL OWNER RENTAL COMMISSIONS | 134,294 11.9% | 124,040 15.0% | 144,053 15.0% | 10,311 4.4% | 6,813 3.1% | 26,693 5.9% | 53,042 8.5% | 56,753 8.9% | 44,063 11.1% | 7,996 3.3% | 10,106 3.5% | 141,693 13.5% | 759,985 10.7% |
| NET HOTEL & PROP MGT PROFIT/(LOSS) | 341,257 30.3% | 111,362 13.5% | 210,367 21.8% | (124,577) (53.0%) | (85,640) (38.2%) | 12,800 2.8% | 54,541 8.7% | 61,641 9.7% | (31,996) (8.0%) | (96,533) (39.4%) | (117,555) (41.3%) | 264,061 25.2% | 599,769 8.5% |
| REAL ESTATE SALES | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | TOTAL |
| FRACTIONAL UNITS SOLD | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 2 | 1 | 0 | 0 | 5 |
| TOTAL GROSS SALES | 0 | 0 | 0 | 0 | 0 | 0 | 389,000 | 275,000 | 864,000 | 389,000 | 0 | 0 | 1,917,000 |
| TOTAL COSTS & COMMISSIONS | 0 | 0 | 0 | 20,833 | 20,833 | 20,833 | 48,063 | 40,083 | 81,313 | 48,063 | 20,833 | 20,833 | 321,690 17% |
| NET REAL ESTATE PROFIT/(LOSS) | | | | (20,833) | (20,833) | (20,833) | 340,937 | 234,917 | 782,687 | 340,937 | (20,833) | (20,833) | 1,595,310 |
| EASY STREET PARTNERS | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | TOTAL |
| HOA DUES | | | | | | | | | | | | | |
| Residential Dues | 25,011 | 25,011 | 25,011 | 25,011 | 25,011 | 25,011 | 24,614 | 24,217 | 23,423 | 23,026 | 23,026 | 23,026 | 291,398 |
| Commercial Dues | 21,369 | 21,369 | 21,369 | 21,369 | 21,369 | 21,369 | 21,369 | 21,369 | 21,369 | 21,369 | 21,369 | 21,369 | 256,428 |
| Total Dues | 46,380 | 46,380 | 46,380 | 46,380 | 46,380 | 46,380 | 45,983 | 45,586 | 44,792 | 44,395 | 44,395 | 44,395 | 547,828 |
| ADMINISTRATIVE & GENERAL | | | | | | | | | | | | | |
| ESP Legal & Related | 150,000 | 150,000 | 150,000 | 100,000 | 50,000 | 25,000 | 25,000 | 25,000 | | | | | 675,000 |
| WLB Legal & Related | 100,000 | 100,000 | 100,000 | 25,000 | | | | | | | | | 325,000 |
| Professional Fees | 41,000 | 31,000 | 31,000 | 31,000 | | | | | | | | | 134,000 |
| Accounting | | | 25,000 | 15,000 | | | | | | | | | 40,000 |
| Residential Condominium Property Taxes | | | | | | | | | | | 57,550 | | 57,550 |
| Rent & Other | 11,000 | 11,000 | 11,000 | | | | | | | | | | 22,000 |
| Total Administrative & General | 302,000 | 292,000 | 306,000 | 171,000 | 50,000 | 25,000 | 25,000 | 25,000 | | | 57,550 | | 1,253,550 |
| NET ESP EXPENSES | 348,380 | 338,380 | 352,380 | 217,380 | 96,380 | 71,380 | 70,983 | 70,586 | 44,792 | 44,395 | 101,945 | 44,395 | 1,801,378 |
| NET CASH AVAILABLE FOR DEBT | (7,123) | (227,018) | (142,013) | (362,791) | (202,853) | (79,413) | 324,495 | 224,971 | 705,939 | 200,008 | (240,333) | 198,833 | 393,703 |

# Exhibit 2-2

**THE SKY LODGE - FIVE YEAR CONSOLIDATED PRO FORMA**　　　　　　　　　　　13-Jan-10

| | 2009 | 2010 | 2011 | 2012 | 2013 | TOTAL |
|---|---|---|---|---|---|---|
| **REVENUES** | | | | | | |
| Resort Operations | 4,935,838 | 7,075,519 | 8,922,240 | 11,548,914 | 13,843,203 | 46,325,714 |
| Fractional Real Estate Sales | - | 1,917,000 | 6,648,150 | 7,894,268 | 9,385,583 | 25,845,000 |
| Total Revenues | 4,935,838 | 8,992,519 | 15,570,390 | 19,443,181 | 23,228,785 | 72,170,714 |
| **EXPENSES** | | | | | | |
| Resort Operations | 4,619,063 | 6,475,750 | 7,715,994 | 9,842,318 | 11,581,800 | 40,234,925 |
| Fractional Real Estate Sales | 20,437 | 321,687 | 652,868 | 802,599 | 831,991 | 2,629,581 |
| Total Expenses | 4,639,500 | 6,797,437 | 8,368,861 | 10,644,917 | 12,413,791 | 42,864,506 |
| **NET INCOME** | 296,338 | 2,195,082 | 7,201,529 | 8,798,264 | 10,814,994 | 29,306,207 |
| **FIXED EXPENSES** | | | | | | |
| Easy Street Partners - A&G | 166,604 | 62,000 | 35,000 | 35,000 | 35,000 | 333,604 |
| Capital Expenditures | | 163,650 | 178,445 | 230,978 | 276,864 | 849,937 |
| WestLB - Legal & Other | 300,000 | 325,000 | | | | 625,000 |
| Easy Street Partners - Legal & Other | 472,787 | 809,000 | | | | 1,281,787 |
| Residential Condo Property Taxes | | 57,550 | 48,918 | 20,143 | | 126,610 |
| Loan Interest | 102,000 | 797,960 | 905,044 | 593,289 | 224,522 | 2,622,815 |
| Developer HOA Residential Fees | 267,395 | 291,398 | 274,804 | 196,800 | 105,000 | 1,135,397 |
| Developer HOA Commercial Fees | 275,321 | 256,428 | 264,121 | 272,044 | 280,206 | 1,348,120 |
| Total Fixed Expenses | 1,584,107 | 2,762,986 | 1,706,331 | 1,348,254 | 921,592 | 6,739,163 |
| Net Cash Available | (1,287,769) | (567,904) | 5,495,198 | 7,450,010 | 9,893,402 | 20,982,937 |

| | 2009 | 2010 | 2011 | 2012 | 2013 | |
|---|---|---|---|---|---|---|
| **CASH POSITION** | | | | | | |
| Working Cash Reserves | 3,109,504 | 1,821,735 | (22,420) | 272,779 | 322,789 | |
| Add: Cash to Reserves | (1,287,769) | (567,904) | 5,495,198 | 7,450,010 | 9,893,402 | |
| Less: Cash Distributions | | (1,276,250) | (5,200,000) | (7,400,000) | (10,000,000) | |
| Ending Cash Balance | 1,821,735 | (22,420) | 272,779 | 322,789 | 216,191 | |
| **CASH DISTRIBUTIONS** | | | | | | |
| Loan Principal Paydowns** | - | 1,276,250 | 4,796,226 | 5,673,335 | 3,454,189 | |
| ESP Distirbution | - | - | 403,774 | 1,726,665 | 6,545,811 | |
| Total | - | 1,276,250 | 5,200,000 | 7,400,000 | 10,000,000 | |

**\*\*Notes**　80% of Net Real Fractional Sales to WestLB

# THE SKY LODGE - FIVE YEAR HOTEL OPERATION PRO FORMA

1/13/10

| | 2009 | 2010 | 2011 | 2012 | 2013 |
|---|---|---|---|---|---|
| **HOTEL PROJECTED OCCUPANCY** | | | | | |
| Transient Occupancy | 41.10% | 52.33% | 62.80% | 68.80% | 70.80% |
| Owner Occupancy | 35.90% | 44.24% | 48.00% | 54.00% | 56.00% |
| Room Nights Sold | 5.20% | 8.09% | 14.80% | 14.80% | 14.80% |
| Room Nights Occupied | 4,324 | 5,405 | 5,782 | 6,504 | 6,745 |
| ADR | 4,950 | 6,396 | 7,564 | 8,287 | 8,528 |
| % of Project Sold Out | $498.01 | $459.69 | $505.66 | $530.94 | $557.49 |
| | 64.80% | 69.30% | 93.20% | 100% | 100% |
| **PROPERTY MANAGEMENT OCCUPANCY** | | | | | |
| Number of Properties | - | 10 | 25 | 50 | 70 |
| Transient Occupancy | | 26.10% | 26% | 26% | 26% |
| Room Nights Sold | | 636 | 2,382 | 4,763 | 6,669 |
| ADR | $ 622.94 | $ 450.00 | $ 472.50 | $ 496.13 | |
| **REVENUE** | | | | | |
| Hotel Rooms Revenue | 2,153,465 | 2,792,110 | 3,215,864 | 3,798,740 | 4,136,405 |
| Property Management Revenue | | 385,360 | 1,071,731 | 2,250,636 | 3,308,434 |
| F&B Revenue | 2,024,386 | 2,713,582 | 3,256,299 | 3,907,558 | 4,689,070 |
| Spa Revenue | 287,847 | 599,747 | 756,426 | 911,566 | 980,704 |
| Sky Club Membership | 285,140 | 390,720 | 422,100 | 474,600 | 516,600 |
| Zoom Rental Revenue | 185,000 | 194,000 | 199,820 | 205,815 | 211,989 |
| **TOTAL REVENUE** | 4,935,838 | 7,075,519 | 8,922,240 | 11,548,914 | 13,843,203 |
| **TOTAL OPERATING EXPENSES** | 3,943,484 | 5,418,121 | 6,066,504 | 7,237,970 | 8,190,522 |
| **NET OPERATION PROFIT/(LOSS)** | 992,354 | 1,657,398 | 2,855,737 | 4,310,944 | 5,652,681 |
| Sky Lodge Owner Rental Commissions | 463,041 | 612,302 | 643,173 | 797,735 | 868,645 |
| Property Management Rental Commissions | | 147,683 | 643,039 | 1,350,381 | 1,985,061 |
| Management Fees | 168,914 | 247,643 | 312,278 | 404,212 | 484,512 |
| Property Taxes | 43,624 | 50,000 | 51,000 | 52,020 | 53,060 |
| **NET OPERATIONAL PROFIT/(LOSS)** | 316,775 | 599,769 | 1,206,247 | 1,706,596 | 2,261,402 |

(After owner rental commissions and management fees)

# THE SKY LODGE - REAL STATE PRO - FORMA

1/13/10

| | 2009 | 2010 | 2011 | 2012 | 2013 | TOTAL |
|---|---|---|---|---|---|---|
| **PROJECTED FRACTIONAL SALES** | | | | | | |
| Two Bedroom Fractions | 0 | 1 | 5 | 5 | 0 | 11 |
| Three Bedroom Fractions | 0 | 3 | 7 | 10 | 17 | 37 |
| Deluxe Three Bedroom Fractions | 0 | 1 | 5 | 5 | 4 | 15 |
| Total Fractions Sold | 0 | 5 | 17 | 20 | 21 | 63 |
| % of Project Sold Out | 64.20% | 67.05% | 76.70% | 88.07% | 100.00% | |
| Units Remaining to be Sold | 63 | 58 | 41 | 21 | 0 | |
| | | | | | | |
| **REVENUE** | | | | | | |
| Two Bedroom Fractions | 0 | 275,000 | 1,416,250 | 1,155,000 | 0 | 2,846,250 |
| Three Bedroom Fractions | 0 | 1,167,000 | 2,761,900 | 4,145,768 | 7,290,833 | 15,365,500 |
| Deluxe Three Bedroom Fractions | 0 | 475,000 | 2,470,000 | 2,593,500 | 2,094,750 | 7,633,250 |
| **TOTAL REVENUES** | 0 | 1,917,000 | 6,648,150 | 7,894,268 | 9,385,583 | 25,845,000 |
| | | | | | | |
| **EXPENSES** | | | | | | |
| Commissions | 0 | 115,020 | 398,889 | 473,656 | 563,135 | 1,550,700 |
| Closing Costs | 0 | 19,170 | 66,482 | 78,943 | 93,856 | 258,450 |
| Marketing & Administration | 20,437 | 187,497 | 187,497 | 250,000 | 175,000 | 820,431 |
| **TOTAL EXPENSES** | 20,437 | 321,687 | 652,868 | 802,599 | 831,991 | 2,629,581 |
| | | | | | | |
| **NET OPERATION PROFIT/(LOSS)** | -20,437 | 1,595,313 | 5,995,283 | 7,091,669 | 8,553,592 | 23,215,419 |

# Exhibit 2-3

**THE SKY LODGE**
**CAPITAL BUDGET 2010**

| DEPARTMENT | EXPENDITURE | PROJECT DESCRIPTION |
|---|---|---|
| **FOOD & BEVERAGE** | | |
| **Upgrade of Current Meeting Space** | | **Project Overview** |
| * Upgrade carpet area to slate floors & area rugs | 21,000.00 | Upgragde of the current PDR to provide a more flexible space that can not only accommodate meetings but provide a venue that is an extension of the Bar Bohme for hotel special events & private parties |
| Slate Floor 2,400 sq ft @$12/ft | 2,400.00 | |
| Area carpets | 2,500.00 | |
| * Ceiling Mount for HD Big Screen | | |
| * Double sided fireplace - west wall Gas fireplace inserts 2 @ $1,500 | 3,000.00 | **Project Benefits** |
| Dry rock and mechanicals | 3,500.00 | Upgrades will make the area more valuable during Sundance Film Festival were nightly rental can be $15,000. Will provide a year round venue for weddings, special event dinners, and expansion of Bar Boheme druing peak days and major sports events. |
| Rock surround mantle | 12,500.00 | |
| | 44,900.00 | |
| **Renovate Bakery to Events Room** | | **Project Overview** |
| | | The current bakery operations does not provide a positive cash flow. |
| * Remove current FFE | 1,000.00 | With breakfast service in the main restaurant the function filled by this outlet can be moved to Easy Street with little additional cost. This space can be refitted to be an events room that can sold to in house and outside groups. |
| * Patch in floor to match the old wood now in place | 7,500.00 | |
| * Repaint | 750.00 | |
| * Upgrade lighting | 1,500.00 | |
| * Décor and FFE | 3,500.00 | **Project Benefits** |
| | 14,250.00 | Elimiates a current operation that is a drain on the bottom line and increases the venues for special events that can be sold throughout the year. |
| **Pizza Deck Oven - Main Kitchen** | 5,500.00 | **Project Overview** Add a deck oven to main kitchen to allow for production of pizza and other bakery items for restaurant and special events |
| Replace FFE in Sky Bar | 20,000.00 | Replace current lounge furniture with more comfortable product |

| DEPARTMENT | EXPENDITURE | PROJECT DESCRIPTION |
|---|---|---|
| **ACCOUNTING** | | |
| **Upgrade SMS Front Office System** | | Project Overview |
| * Programmers time | | The current programming for the front office system does not properly |
| 2 programmers @ $850/day for | 8,500.00 | take full advantage of the capabilities of the system as it pertains to |
| 5 days | | efficiencies and reporting. |
| * Airfare and other costs | 3,000.00 | |
| | 11,500.00 | Project Benefits |
| | | Adjustments to the programming and set up will allow the accounting |
| | | department to eliminate a number of manually executed worksheets |
| | | to improve accuracy and efficiency. |
| **Convert Back Office System** | | Project Overview |
| * New software | 27,500.00 | The current back office system is DOS based and the system will not be |
| | | converted to window format in the future. The lack of proper interface |
| | | with SMS front office and other window based programs creates many |
| | | interface problems |
| | | Project Benefits |
| | | Steamline the transfer and management of all accounting related |
| | | efforts and provdes a more effective accounting system. |
| **HOTEL** | | |
| **UPGRADE HOTEL ENTRANCE** | | Project Overview |
| * Extent stone surface to sidewalk | 22,000.00 | The current entry for the hotel does not sufficient curb appeal and |
| area. 1000 sq ft @ $22/ft | | visual prescence. Need to improve the overall first impression of this |
| * Install theatrical lighting in entry | 10,000.00 | area. |
| and courtyard | 5,000.00 | |
| * Add décor items and landscape | 2,000.00 | |
| * Reupholster entry furniture | 39,000.00 | |
| **GUEST COMPUTERS** | 1,000.00 | Project Overview |
| | | Two loaner lap tops for guest use. |
| **TOTAL CAPITAL INVESTMENTS** | **163,650.00** | |