Kenneth L. Cannon II (kcannon@djplaw.com) (3705)
Steven J. McCardell (smccardell@djplaw.com) (2144)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT  84110-4050
Telephone:  (801) 415-3000/Fax:  (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com) (admitted pro hac vice)
Steven B. Eichel (seichel@crowell.com) (admitted pro hac vice)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY  10022
Telephone:  (212) 223-4000/Fax:  (212) 223-4134

Counsel for Easy Street Partners, LLC, Debtor and Debtor in Possession

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re: | |
| EASY STREET HOLDING, LLC, *et al.*, | Bankruptcy Case No. 09-29905 |
| Debtors. | Jointly Administered with Cases 09-29907 and 09-29908 |
| Address:  201 Heber Avenue          Park City, UT 84060 | Chapter 11 |
| | Honorable R. Kimball Mosier |
| Tax ID Numbers: 35-2183713 (Easy Street Holding, LLC), 20-4502979 (Easy Street Partners, LLC), and 84-1685764 (Easy Street Mezzanine, LLC) | **[FILED ELECTRONICALLY]** |

**NOTICE OF HEARING ON THE DISCLOSURE STATEMENT WITH RESPECT
TO PLAN OF REORGANIZATION OF EASY STREET PARTNERS, LLC**

**PLEASE TAKE NOTICE** that Easy Street Partners, LLC ("Partners" or the "Debtor"), has filed a disclosure statement (the "Disclosure Statement") and a plan of reorganization (the "Plan") under Chapter 11 of the Bankruptcy Code.  Copies of the Disclosure Statement and Plan

SLC_528864

have been served on certain parties in the Debtor's Chapter 11 case as required by Fed. R. Bankr. P. 3017(a). If you have not received copies of the Disclosure Statement and Plan, you may obtain copies by requesting them from the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that the hearing on approval of the Disclosure Statement will be held before the Honorable R. Kimball Mosier, United States Bankruptcy Judge, on **Thursday, February 18, 2010, at 1:30 p.m., MST**, in courtroom, room 369 of the Frank E. Moss United States Courthouse, 350 South Main Street, Salt Lake City, Utah 84101.

**PLEASE TAKE FURTHER NOTICE** that **Friday, February 12, 2010, at 4:30 p.m., MST**, is the deadline for filing and serving objections to the Disclosure Statement. Objections must be in writing and must be filed and served in accordance with Fed. R. Bankr. P. 3017(a) on or before that date to be considered by the Court. Objections must be filed at:

> Clerk
> United States Bankruptcy Court
> 350 South Main Street, # 301
> Salt Lake City, Utah  84101

Copies of objections must be served on the counsel for the Debtor listed below, on counsel for the Official Committee of Unsecured Creditors, Lon A. Jenkins, Jones Waldo Holbrook & McDonough PC, 170 South Main Street, # 1500, Salt Lake City, Utah  84101, email: lajenkins@joneswaldo.com, and on counsel for WestLB, AG, Richard W. Havel, Sidley Austin LLP, 555 West Fifth Street, Suite 4000, Los Angeles, California  90013, email: RHavel@Sidley.com (collectively, the "Notice Parties"). You or your attorney must attend the hearing on the Disclosure Statement if you want your objection to be considered by the Bankruptcy Court.

2

**PLEASE TAKE FURTHER NOTICE** that, if you mail your objection to the Bankruptcy Court for filing, you must mail it early enough so that the Court and the Notice Parties will receive it on or before the time and date stated above.

DATED:  January 15, 2010.

                        DURHAM JONES & PINEGAR, P.C.

            By:   /s/  Kenneth L. Cannon II
                   Kenneth L. Cannon II (kcannon@djplaw.com)(3705)
                   Steven J. McCardell (smccardell@djplaw.com)(2144)
                   111 East Broadway, Suite 900
                   P.O. Box 4050
                   Salt Lake City, UT   84110-4050
                   Telephone:  (801) 415-3000/Fax:  (801) 415-3500

                   and

                   Michael V. Blumenthal (mblumenthal@crowell.com)
                     (admitted pro hac vice)
                   Steven B. Eichel (seichel@crowell.com)(admitted
                      pro hac vice)
                   CROWELL & MORING LLP
                   590 Madison Avenue, 20th Floor
                   New York, NY  10022
                   Telephone:  (212) 223-4000/Fax:  (212) 223-4134

                   Counsel for Easy Street Partners, LLC, Debtor and
                   Debtor in Possession