**DEBTOR**    EASY STREET PARTNERS, LLC          **MONTHLY OPERATING REPORT**
                                                  CHAPTER 11

**CASE NO.**    09-29907

### Form 2-A
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT

### For Period NOVEMBER 1 to NOVEMBER 30, 2009

**Accounting Method**        | x | Accrual Basis |          | Cash Basis

---

### THIS REPORT IS DUE 15 DAYS AFTER THE END OF THE MONTH

Mark On Box Each           Debtor must attach each of the following reports/documents unles the U.S. Trustee
Required Document          has waived the requirement in writing. File the original with the Clerk of Court.
                           Sup,it a duplicate, with original signature, to the U.S. Trustee

| Report /Document Wavied | Previously Waived | REQUIRED REPORTS / DOCUMENTS |
|---|---|---|
| X | | 1. Cash Receipts and Disbursement Schedule (Form 2-B) |
| X | | 2. Balance Sheet (Form 2-C) |
| X | | 3. Profit and Loss Statement (Form 2-D) |
| X | | 4. Supporting Schedules (Form 2-E) |
| X | | 5. Quarterly Fee Summary (Form 2-F) |
| X | | 6. Narrative (Form 2-G) |
| X | | 7. Bank Statements for All Bank Accounts |
| X | | 8. Bank Statement Reconciliations for all Bank Accounts |

---

*I declare under the penalty of perjury that the following Monthly Operating Reoprt, and any attachements thereto are true, accurate, and correct to the best of my knowledge and belief.*

**Executed on**        15-Dec-09   **Print Name**   William H Shoaf

                        **Signature**

                        **Title**        Manager

DEBTOR EASY STREET PARTNERS, LLC          **CASE NO.**          09-29907

## Form 2-B
## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

### For Period NOVEMBER 1 to NOVEMBER 30, 2009

| CASH FLOW SUMMARY | | CURRENT MONTH | | ACCUMULATED | |
|---|---|---|---|---|---|
| **1. Beginning  Cash Balance** | $ | 203,723.68 | 1  $ | 203,723.68 | 1 |
| 2. Cash Receipts | | | | | |
| Operations | $ | 337,439.69 | $ | 337,439.69 | |
| Sales of Assets | $ | - | $ | - | |
| Loans / Advances | $ | 176,729.45 | $ | 176,729.45 | |
| Funds from Escrow Accounts | $ | - | $ | - | |
| | | | $ | | |
| | | | $ | - | |
| Total Cash Receipts | $ | 514,169.14 | $ | 514,169.14 | |
| 3. Cash Disbursements | | | | | |
| Operations | $ | 487,413.40 | $ | 487,413.40 | |
| Debt Service/Secured Loan Payment | $ | 34,000.00 | $ | 34,000.00 | |
| Professional Fees/US Trustee Fees | $ | - | $ | - | |
| Owner Rental Commissions | $ | - | $ | - | |
| HOA Dues - Residential & Commercial | $ | - | $ | - | |
| Reorganization Costs | $ | - | $ | - | |
| Total Cash Disbursements | $ | 521,413.40 | $ | 521,413.40 | |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | $ | (7,244.26) | $ | (7,244.26) | |
| **5. End Cash Balance (to Form 2-C)** | $ | 196,479.42 | 2  $ | 196,479.42 | 2 |

| CASH BALANCE SUMMARY | Financial Institution | Book Balance | |
|---|---|---|---|
| Petty Cash | | | |
| DIP Operating Account | | $ | - |
| DIP State Tax Account | | $ | - |
| DIP Payroll Account | | $ | - |
| Other Operating Account | | $ | - |
| Other Interest Bearing Account | | $ | - |
| TOTAL | | $ | 196,479.43 | 3 |

(must agree with Ending Cash Balance above)

(1) Accumulated beginning cash balance is the cash available at the commencement of the case
      Current month beginning cash balance should equal the previous month ending balance
(2) All cash balance should be the same

**DEBTOR** EASY STREET PARTNERS, LLC          **CASE NO.**          09-29907

### Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT

### For Period NOVEMBER 1 to NOVEMBER 30, 2009

**CASH RECEIPTS DETAIL**                     **Account No.**    [                    ]
*(ATTACH ADDITONAL SHEETS AS NECESSARY)*

| Date | Payer | Description | Amount |
|------|-------|-------------|--------|
|      |       |             |        |

Please see exhibit 1

Total Cash Receipts _____ 1

(1) Total for all accounts should agree with the total cash receipts listed on Form 2-B, page 1

**DEBTOR** EASY STREET PARTNERS, LLC          **CASE NO.**          09-29907

### Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
### For Period NOVEMBER 1 to NOVEMBER 30, 2009

**CASH DISBURSEMENTS DETAIL**          **Account No.** [                    ]

| Date | Payer | Description | Amount |
|------|-------|-------------|--------|

Please see exhibit 2

**Total Cash Disbursements** _____  1

(1) Total for all accounts should agree with the total cash disbursements listed on Form 2-B, page 1

**Easy Street Partners, LLC**

**Case NO: 09-29907**

**Exhibit 7**

**Cash Disbursements – Operations**

- **Checks Register**
- **Payroll Reports**

ACCOUNT    WELLLS FARGO - SKY LODGE LOCKBOX ACCOUNT    2679764676

| DATE | DESCRIPTION | DEPOSITS CASH & CHECK | DEPOSIT AMEX | DEPOSIT VISA/MC | DEPOSIT WIRES | TOTAL DEPOSITS | TOTAL ACCOUNT BALANCE |
|---|---|---|---|---|---|---|---|
| NOVEMBER | Beginning Balance | | | | | $ 140,691.10 | 293709.02 |
| 1 | | $ 753.18 | $ 1,485.30 | $ 3,919.85 | $ - | $ 6,158.33 | |
| 2 | | $ 819.29 | $ 11,514.57 | $ 1,748.81 | $ - | $ 14,082.67 | |
| 3 | | $ 11,753.24 | $ 2,159.81 | $ 11,898.52 | $ - | $ 25,811.57 | |
| 4 | | $ 288.85 | $ 1,072.56 | $ 1,532.30 | $ - | $ 2,893.71 | |
| 5 | | $ 254.53 | $ 854.86 | $ 1,349.96 | $ - | $ 2,459.35 | |
| 6 | | $ 865.29 | $ 3,231.40 | $ 2,284.65 | $ - | $ 6,381.34 | |
| 7 | | $ 728.12 | $ 3,177.37 | $ 4,169.42 | $ - | $ 8,074.91 | |
| 8 | | $ 585.05 | $ 1,607.81 | $ 2,669.03 | $ - | $ 4,861.89 | |
| 9 | | $ 90.27 | $ 1,930.86 | $ 1,075.77 | $ - | $ 3,096.90 | |
| 10 | | $ 3,679.55 | $ 5,053.57 | $ 4,454.61 | $ - | $ 13,187.73 | |
| 11 | | $ 128.47 | $ 16,166.39 | $ 15,354.17 | $ - | $ 31,649.03 | |
| 12 | | $ 7,130.72 | $ 2,159.66 | $ 3,415.77 | $ - | $ 12,706.15 | |
| 13 | | $ 201.87 | $ 1,648.93 | $ 4,157.33 | $ - | $ 6,008.13 | |
| 14 | | $ 196.72 | $ 2,144.54 | $ 4,327.61 | $ - | $ 6,668.87 | |
| 15 | | $ 429.10 | $ 634.32 | $ 2,628.38 | $ - | $ 3,691.80 | |
| 16 | | $ 385.54 | $ 4,434.30 | $ 4,272.35 | $ - | $ 9,092.19 | |
| 17 | | $ 257.83 | $ 1,912.84 | $ 1,461.35 | $ - | $ 3,632.02 | |
| 18 | | $ 178.47 | $ 4,774.56 | $ 2,520.60 | $ - | $ 7,473.63 | |
| 19 | | $ 211.60 | $ 1,678.22 | $ 507.00 | $ - | $ 2,396.82 | |
| 20 | | $ 8,132.41 | $ 1,596.16 | $ 5,489.20 | $ - | $ 15,217.77 | |
| 21 | | $ 436.67 | $ 2,620.46 | $ 1,572.79 | $ - | $ 4,629.92 | |
| 22 | | $ 438.10 | $ 5,601.64 | $ 4,332.32 | $ - | $ 10,372.06 | |
| 23 | | $ 38.23 | $ 9,811.86 | $ 6,753.14 | $ - | $ 16,603.23 | |
| 24 | | $ 217.26 | $ 981.44 | $ 15,055.79 | $ - | $ 16,254.49 | |
| 25 | | $ 314.88 | $ 1,049.54 | $ 748.90 | $ - | $ 2,113.32 | |
| 26 | | $ 1,051.16 | $ 1,878.05 | $ 2,851.37 | $ - | $ 5,780.58 | |
| 27 | | $ 1,533.13 | $ 2,987.50 | $ 4,353.15 | $ - | $ 8,873.78 | |
| 28 | | $ 12,113.27 | $ 17,703.57 | $ 18,433.04 | $ - | $ 48,249.88 | |
| 29 | | $ 303.80 | $ 1,794.49 | $ 5,528.93 | $ - | $ 7,627.22 | |
| 30 | | $ 60.55 | $ 881.10 | $ 3,482.82 | $ - | $ 4,424.47 | |
| 31 | | $ - | $ - | $ - | $ - | | |
| TOTAL | | $ 53,577.15 | $ 114,557.68 | $ 142,348.93 | $ - | $ 451,164.86 | |

| DATE | CHECK # | DESCRIPTION | CHECKS ISSUED | TRANS/MISC | |
|---|---|---|---|---|---|
| 11/4/2009 | transfer from operating | | | $ 52,496.12 | $ (153,443.59) |
| 11/4/2009 | transfer from Easy St. Partners | | | $ 46,907.18 | |
| 11/5/2009 | transfer from Easy St. Partners | | | $ 164,841.37 | |
| 11/19/2009 | transfer from operating | | | $ 445,439.85 | |
| 11/19/2009 | transfer from Easy St. Partners | | | $ 59,930.99 | |
| 10/30/2009 | transfer to operating | | | $ (94,950.08) | |
| 11/4/2009 | transfer to operating | | | $ (104,992.24) | |
| 11/5/2009 | transfer to operating | | | $ (102,532.51) | |
| 11/19/2009 | transfer to operating | | | $ (593,919.80) | |
| 11/19/2009 | transfer to operating | | | $ (26,664.47) | |
| 11/12/2009 | bank fee | | | $ (25.00) | |
| | October cc fees deducted from deposits | | | $ (1,524.54) | |
| | October cc fees deducted from deposits | | | $ (840.16) | |
| | October cc fees deducted from deposits | | | $ (315.30) | |
| | October cc fees deducted from deposits | | | $ (82.43) | |
| | October cc fees deducted from deposits | | | $ (30.00) | |
| | October cc fees deducted from deposits | | | $ (30.00) | |
| | October cc fees deducted from deposits | | | $ (30.00) | |
| | October cc fees deducted from deposits | | | $ (30.00) | |
| | Oct Amex fee deducted from deposits | | | $ (1,088.72) | |
| | less returned check | | | $ - | |
| | Add Oct cc fees deducted from deposits | | | $ (4.19) | |
| | cash over short | | | $ (11.92) | |
| | TOTAL | | | $ (157,456.85) | |

$0.00

*Cash Disbursements Nov.*

| ACCOUNT | /ELLS FARGO - OPERATING ACCOUNT | | | BALANCE |
|---|---|---|---|---|

2679764668

| DATE | CHECK# | DESCRIPTION | CHECKS ISSUED | TRANS/MISC | 97229(59) |
|---|---|---|---|---|---|
| | | BEGININNG BALANCE | | $ 89,998.51 | |
| 11/2/09 | 20090 | Alsco | $ 1,545.66 | | 321398.42 |
| 11/2/09 | 20091 | Bevco2 | $ 23.51 | | |
| 11/2/09 | 20092 | Scott Boberek | $ 123.53 | | |
| 11/2/09 | 20093 | BTC | $ 885.00 | | |
| 11/2/09 | 20094 | Catherine Johnson | $ 93.51 | | |
| 11/2/09 | 20095 | Child Support Services | $ 408.92 | | |
| 11/2/09 | 20096 | Swire Coca-Cola | $ 333.17 | | |
| 11/2/09 | 20097 | Colorado Casualty Insurance | $ 1,588.66 | | |
| 11/2/09 | 20098 | Comcast Cable | $ 1,422.96 | | |
| 11/2/09 | 20099 | Dex West | $ 165.30 | | |
| 11/2/09 | 20100 | Ecolab Pest Elim. | $ 616.00 | | |
| 11/2/09 | 20101 | Fedex | $ 278.93 | | |
| 11/2/09 | 20102 | Gentry Finance | $ 259.50 | | |
| 11/2/09 | 20103 | Green Girl, Inc | $ 280.00 | | |
| 11/2/09 | 20104 | Craig & Ann Guernsey VOID | $ - | | |
| 11/2/09 | 20105 | Home Depot | $ 503.11 | | |
| 11/2/09 | 20106 | Hy-Ko Supply | $ 809.17 | | |
| 11/2/09 | 20107 | Intermountaing Drug Screen | $ 45.00 | | |
| 11/2/09 | 20108 | Liquor Leasing & Services | $ 175.25 | | |
| 11/2/09 | 20109 | Muir | $ 5,799.88 | | |
| 11/2/09 | 20110 | Park City Auto Parts | $ 22.61 | | |
| 11/2/09 | 20111 | Park City Chamber | $ 1,706.00 | | |
| 11/2/09 | 20113 | Peets Coffe | $ 2,132.40 | | |
| 11/2/09 | 20114 | Philadelphia Insurance | $ 3,033.33 | | |
| 11/2/09 | 20115 | Pitney Bowes | $ 342.31 | | |
| 11/2/09 | 20116 | Peak Mobile Comm | $ 49.69 | | |
| 11/2/09 | 20117 | Questar Gas Company | $ 420.45 | | |
| 11/2/09 | 20120 | Sentry West Insurance | $ 660.00 | | |
| 11/2/09 | 20121 | Shift4 Corporation | $ 375.00 | | |
| 11/2/2009 | 20122 | Nick Smurthwaite | $ 11.55 | | |
| 11/2/2009 | 20123 | Staples Credit Plan | $ 91.00 | | |
| 11/2/2009 | 20124 | Step Saver Inc | $ 104.95 | | |
| 11/2/2009 | 20126 | Wasatch Meats | $ 863.62 | | |
| 11/2/2009 | 20127 | Wasatch Audio Visual | $ 80.59 | | |
| 11/2/2009 | 20128 | Water Images | $ 177.60 | | |
| 11/2/2009 | 20129 | William Ekblad | $ 135.90 | | |
| 11/2/2009 | 20130 | William Powers-Bank | $ 140.02 | | |
| 11/2/2009 | 20131 | Xandria Salonen -Bank | $ 227.88 | | |
| 11/2/2009 | 20132 | Swire Coca-Cola | $ 200.80 | | |
| 11/2/2009 | 20133 | Aetna | $ 6,461.30 | | |
| 11/2/2009 | 20134 | American Liberty Ins | $ 3,163.00 | | |
| 11/2/2009 | 20135 | Child Support Services | $ 204.46 | | |
| 11/2/2009 | 20136 | Dental Select | $ 1,416.47 | | |
| 11/2/2009 | 20137 | Gentry Fianance | $ 158.89 | | |
| 11/2/2009 | 20138 | Hotel Amenities Resouces | $ 818.34 | | |
| 11/2/2009 | 20139 | Liquor Leasing $ Service | $ 320.55 | | |
| 11/2/2009 | 20140 | Philadelphia Insurance | $ 50.00 | | |
| 11/2/2009 | 20141 | Questar Gas Company | $ 5,333.60 | | |
| 11/2/2009 | 20142 | Space Place Storage | $ 291.00 | | |
| 11/2/2009 | 20143 | Child Support Services | $ 17,521.00 | | |
| 11/2/2009 | 20144 | Utah State Tax Commission | $ 4,725.00 | | |
| 11/2/2009 | 20145 | Wasatch Meats | $ 882.80 | | |
| 11/3/2009 | 20146 | Park City Municipal | $ 1,331.41 | | |
| 11/3/2009 | 20147 | Qwest | $ 2,364.47 | | |
| 11/3/2009 | 20148 | Revco Leasing | $ 714.11 | | |
| 11/3/2009 | 20149 | USA Today | $ 31.00 | | |
| 11/4/2009 | 20152 | Step Saver Inc | $ 240.66 | | |
| 11/6/2009 | 20153 | Wasatch Meats | $ 337.89 | | |
| 11/6/2009 | 20154 | The Spa Depot | $ 129.95 | | |
| 11/10/2009 | 20159 | Alsco | $ 1,153.27 | | |

| Date | Number | Payee | Amount | |
|------|--------|-------|-------:|--|
| 11/10/2009 | 20160 | Meredith Berkman | $ 1,915.57 | |
| 11/10/2009 | 20161 | Scott Boberek | $ 77.08 | |
| 11/10/2009 | 20162 | Curb it Reclying | $ 580.00 | |
| 11/10/2009 | 20163 | Fedex | $ 214.08 | |
| 11/10/2009 | 20164 | Five 9's Communication | $ 160.28 | |
| 11/10/2009 | 20165 | HD Supply Facilities | $ 401.04 | |
| 11/10/2009 | 20166 | Living Creations | $ 1,405.08 | |
| 11/10/2009 | 20167 | Luke Matson | $ 2.36 | |
| 11/10/2009 | 20168 | Gabriel Morin | $ 25.27 | |
| 11/10/2009 | 20169 | Muir | $ 1,300.93 | |
| 11/10/2009 | 20170 | PC Premier Transportation | $ 630.00 | |
| 11/10/2009 | 20171 | Stephen Monticone | $ 60.00 | |
| 11/10/2009 | 20172 | Triar Seafood | $ 929.76 | |
| 11/10/2009 | 20173 | Universal Companies | $ 20.00 | |
| 11/10/2009 | 20174 | Wasatch Audio Visual | $ 26.86 | |
| 11/10/2009 | 20175 | Whitney Advertising | $ 135.24 | |
| 11/10/2009 | 20176 | Alsco | $ 540.08 | |
| 11/10/2009 | 20177 | Wells Fargo Equipment | $ 886.54 | |
| 11/10/2009 | 20178 | Muzak LLC | $ 233.75 | |
| 11/10/2009 | 20179 | CloudNine SL Management | $ 6,296.33 | |
| 11/10/2009 | 20180 | Deborah DePaoli | $ 575.82 | |
| 11/10/2009 | 20180 | Voided checks | $ (575.82) | |
| 11/10/2009 | 20181 | Robert DiOrio | $ 76.43 | |
| 11/10/2009 | 20182 | Gary Eide | $ 737.50 | |
| 11/10/2009 | 20183 | KBI Properties | $ 230.85 | |
| 11/10/2009 | 20188 | Donald Porteous | $ 729.11 | |
| 11/10/2009 | 20189 | Acme Holding | $ 187.57 | |
| 11/10/2009 | 20190 | Angela Rayner | $ 549.50 | |
| 11/10/2009 | 20191 | Philo Smith | $ 346.14 | |
| 11/11/2009 | 20192 | Erasmo Flores | $ 748.19 | |
| 11/13/2009 | 20193 | Swire Coca-Cola | $ 278.80 | |
| 11/13/2009 | 20194 | Wasatch Meats | $ 998.36 | |
| 11/13/2009 | 20195 | Comcast Cable | $ 1,320.84 | |
| 11/16/2009 | 20196 | Alsco | $ 2,375.55 | |
| 11/16/2009 | 20197 | Cintas | $ 3,460.93 | |
| 11/16/2009 | 20198 | Ecolab | $ 113.70 | |
| 11/16/2009 | 20199 | Ecolab Pest Elim. | $ 602.00 | |
| 11/16/2009 | 20200 | Fedex | $ 12.90 | |
| 11/16/2009 | 20201 | Frosch International Travel | $ 35.80 | |
| 11/16/2009 | 20202 | Home Depot | $ 194.87 | |
| 11/16/2009 | 20203 | Muir | $ 561.43 | |
| 11/16/2009 | 20204 | PC Premier Transportation | $ 370.00 | |
| 11/16/2009 | 20205 | Qwest | $ 384.47 | |
| 11/16/2009 | 20206 | Qwest | $ 601.93 | |
| 11/16/2009 | 20207 | Revco Leasing | $ 782.03 | |
| 11/16/2009 | 20208 | Rick's Sprinkler Repair | $ 106.00 | |
| 11/16/2009 | 20209 | Rocky Mountain Power | $ 7,489.52 | |
| 11/15/2009 | 20211 | Alsco | $ 316.11 | |
| 11/16/2009 | 20212 | Wasatch Meats | $ 1,368.27 | |
| 11/16/2009 | 20213 | CloudNine SL Management | $ 4,491.28 | |
| 11/17/2009 | 20214 | California State Disb | $ 130.00 | |
| 11/17/2009 | 20215 | Child Support Services | $ 244.15 | |
| 11/17/2009 | 20216 | Child Support Services | $ 461.22 | |
| 11/18/2009 | 20217 | Briah Ahern | $ 884.05 | |
| 11/18/2009 | 20218 | Lisa Bugajski | $ 230.60 | |
| 11/18/2009 | 20219 | Amy Casey | $ 264.44 | |
| 11/18/2009 | 20220 | Robert DiOrio | $ 229.28 | |
| 11/18/2009 | 20221 | James & Suzanne Duffield | $ 588.35 | |
| 11/18/2009 | 20222 | Joe Fick & Scott Davis | $ 1,028.68 | |
| 11/18/2009 | 20223 | Mark Greenquist | $ 383.46 | |
| 11/18/2009 | 20224 | Home Saving Bank | $ 245.10 | |
| 11/18/2009 | 20225 | William Lamkin | $ 1,320.83 | |
| 11/18/2009 | 20226 | Kevin McCarthy | $ 384.82 | |
| 11/18/2009 | 20227 | Acme Holding | $ 187.57 | |

| Date | Check # | Payee | Amount | |
|---|---|---|---|---|
| 11/18/2009 | 20228 | Skyboozers, LLC | $ 337.77 | |
| 11/18/2009 | 20229 | Deborah DePaoli | $ 454.53 | |
| 11/18/2009 | 20230 | Jan Ferraris | $ 454.53 | |
| 11/18/2009 | 20231 | Malinda Luke -Belly Dancer | $ 50.00 | |
| 11/19/2009 | 20232 | EM Systems | $ 253.77 | |
| 11/20/2009 | 20233 | Swire Coca-Cola | $ 200.80 | |
| 11/20/2009 | 20234 | HyKo | $ 1,724.46 | |
| 11/20/2009 | 20235 | Rhonda Adams | $ 306.86 | |
| 11/20/2009 | 20238 | Antonio Nava | $ 734.12 | |
| 11/20/2009 | 20239 | Wasatch Meats | $ 224.09 | |
| 11/23/2009 | 20240 | Wasatch Meats | $ 1,071.60 | |
| 11/23/2009 | 20241 | Alsco | $ 210.55 | |
| 11/23/2009 | 20242 | Gateway Center | $ 9,885.38 | |
| 11/23/2009 | 20243 | Muir | $ 1,232.66 | |
| 11/23/2009 | 20244 | Rocky Mountain Power | $ 5,601.55 | |
| 11/23/2009 | 20245 | Wells Fargo Equipment | $ 886.54 | |
| 11/24/2009 | 20249 | Brenday Ripley | $ 330.71 | |
| 11/24/2009 | 20250 | Alan Kessler | $ 287.45 | \ |
| 11/24/2009 | 20251 | Best Buy | $ 491.10 | |
| 11/24/2009 | 20252 | Nat'l Drafting | $ 38.66 | |
| 11/25/2009 | 20253 | EM Systems | $ 51.17 | |
| 11/25/2009 | 20254 | California State Disb | $ 130.00 | |
| 11/25/2009 | 20255 | Child Support Services | $ 461.22 | |
| 11/25/2009 | 20256 | Child Support Services | $ 244.15 | |
| 11/25/2009 | 20257 | Wasatch Meats | $ 25.90 | |
| 11/27/2009 | 20258 | Swire Coca-Cola | $ 230.70 | |
| 11/27/2009 | 20259 | Wasatch Meats | $ 152.07 | |
| 11/28/2009 | 20260 | Luke Matson | $ 606.01 | |
| 11/28/2009 | 20261 | Shwan Barrowes | $ 200.00 | |
| 11/29/2009 | 20262 | Alsco | $ 1,166.70 | |
| 11/29/2009 | 20263 | Bevco2 | $ 23.51 | |
| 11/29/2009 | 20264 | BTC | $ 1,865.00 | |
| 11/29/2009 | 20265 | Comcast Cable | $ 1,450.59 | |
| 11/29/2009 | 20266 | Curb it Reclying | $ 195.00 | |
| 11/29/2009 | 20267 | Dental Select | $ 1,787.99 | |
| 11/29/2009 | 20268 | Home Depot | $ 279.80 | |
| 11/29/2009 | 20269 | HD Supply Facilities | $ 142.93 | |
| 11/29/2009 | 20270 | Hotel Amenities Resouces | $ 814.78 | |
| 11/29/2009 | 20271 | Living Creations | $ 1,102.69 | |
| 11/29/2009 | 20272 | Muir | $ 1,593.50 | |
| 11/29/2009 | 20273 | Park City Chamber | $ 1,597.00 | |
| 11/29/2009 | 20274 | Park City Municipal | $ 2,761.37 | |
| 11/29/2009 | 20275 | Philadelphia Insurance | $ 50.00 | |
| 11/29/2009 | 20276 | Rocky Mountain Power | $ 7,000.42 | |
| 11/29/2009 | 20277 | Summit County Public Health | $ 135.00 | |
| 11/29/2009 | 20278 | Ski.com | $ 4,408.43 | |
| 11/29/2009 | 20279 | Voided checks | | |
| 11/29/2009 | 20280 | Sorrel River Ranch | $ 1,009.60 | |
| 11/29/2009 | 20281 | Staples Credit Plan | $ 122.42 | |
| 11/29/2009 | 20282 | Stephen Monticone | $ 80.80 | |
| 11/29/2009 | 20283 | Summit county Treasurer | $ 6,890.40 | |
| 11/29/2009 | 20284 | Triar Seafood | $ 585.44 | |
| 11/29/2009 | 20285 | U.S. Trustee | $ 650.00 | |
| 11/29/2009 | 20286 | USA Today | $ 77.50 | |
| 11/29/2009 | 20287 | Water Reclamation D | $ 1,840.91 | |

| Date | Number | Payee | Amount | |
|---|---|---|---|---|
| 11/29/2009 | 20288 | Whitney Advertising | $ 187.25 | |
| 11/29/2009 | 20289 | Summit county Treasurer | $ 19,026.90 | |
| 11/29/2009 | 20290 | Summit county Treasurer | $ 16,364.70 | |
| 11/29/2009 | 20291 | Summit county treasure | $ 4,541.40 | |
| 11/29/2009 | 20292 | Park City Premier Transportation | $ 180.00 | |
| 11/30/2009 | 20296 | Sherwin Williams | $ 212.65 | |
| 11/30/2009 | 20297 | Summit County Treasurer | $ 16,521.30 | |
| 11/30/2009 | 20298 | Acme thread Ware | $ 753.76 | |
| 11/30/2009 | 20299 | sct | $ 1,370.26 | |
| 11/30/2009 | 20300 | sct | $ 3,523.52 | |
| 11/30/2009 | 20301 | sct | $ 4,698.00 | |
| 11/30/2009 | 20302 | sct | $ 1,370.26 | |
| 11/30/2009 | 20303 | sct | $ 1,761.76 | |
| 11/30/2009 | 20304 | sct | $ 3,523.52 | |
| 11/30/2009 | 20305 | sct | $ 2,642.64 | |
| 11/30/2009 | 20306 | sct | $ 2,642.64 | |
| 11/30/2009 | 20307 | sct | $ 2,055.39 | |
| 11/30/2009 | 20308 | sct | $ 3,523.52 | |
| 11/30/2009 | 20309 | sct | $ 880.88 | |
| 11/30/2009 | 20310 | sct | $ 2,349.00 | |
| 11/30/2009 | 20311 | sct | $ 2,349.00 | |
| 11/30/2009 | 20312 | sct | $ 2,642.64 | |
| 11/30/2009 | 20313 | sct | $ 1,761.76 | |
| 11/30/2009 | 20314 | sct | $ 1,370.26 | |
| 11/30/2009 | 20315 | sct | $ 5,285.28 | |
| 11/30/2009 | 20316 | sct | $ 3,523.52 | |
| 11/30/2009 | 20317 | sct | $ 2,055.39 | |
| 11/30/2009 | 20318 | sct | $ 5,872.50 | |
| 11/30/2009 | 20319 | sct | $ 2,349.00 | |
| 11/30/2009 | 20320 | sct | $ 1,057.34 | |
| 11/30/2009 | 20321 | sct | $ 14,817.54 | |
| 11/20/2009 | 20236-20237 | Voided checks | | |
| 11/29/2009 | 20293-20295 | ACH's | | |
| 11/20/2009 | ach | Client Analysis fee | | -121.77 |
| 11/27/2009 | ach | Open table | $ 453.40 | |
| 11/6/2009 | ach | Pay Chex fees | | -402.20 |
| 11/20/2009 | ach | Pay Chex fees | | -428.16 |
| 11/23/2009 | ach | Pay chex-reimburse for manual ck | | -734.12 |
| 11/17/2009 | deposit | Paychex | | 3131.29 |
| 11/6/2009 | ach | Paychex payroll | | 81.87 |
| 11/19/2009 | ach | Pay-chex payroll | | -28849.70 |
| 11/19/2009 | ach | Pay-chex payroll | | -24498.17 |
| 11/20/2009 | ach | Pay-chex payroll | | -16833.39 |
| 11/6/2009 | ach | PayChex-fees | | -237.45 |
| 11/5/2009 | ach | PayChex-payroll | | -56614.66 |
| 11/6/2009 | ach | PayChex-payroll | | -18110.56 |
| 11/17/2009 | ach | Shift4 Corporation | | -178.45 |
| 11/23/2009 | 20246 -ACH | Sysco | $ 5,258.51 | |
| 11/9/2009 | ach | Sysco | $ 4,930.21 | |
| 11/16/2009 | ach | Sysco | $ 2,453.96 | |
| 11/30/2009 | ach | Sysco | $ 3,063.37 | |
| 11/4/2009 | transfer | transfer from lockboc | | 52496.12 |
| 11/5/2009 | transfer | transfer from lockboc | | 102532.51 |
| 11/19/2009 | transfer | transfer from lockboc | | 148479.95 |
| 11/19/2009 | transfer | transfer from lockboc | | 26664.46 |
| 11/23/2009 | 20248-ach | UDABC | $ 884.02 | |
| 11/20/2009 | ach | UDABC | $ 2,156.79 | |
| 11/27/2009 | ach | UDABC | $ 121.69 | |
| 11/30/2009 | ach | UDABC | $ 953.54 | |
| | ach | West LB | | -34000.00 |
| | | adjustment for diff in ck cleared | | 600.00 |
| | | | | |
| | | | | |
| | | TOTAL | $ 341,673.91 | 244444.32 |

.CLOUDNINE RESORTS - SKY LODGE MANAG - M470       CHECK DATE :    11/20/2009  WEEK 46
LLC                                               PERIOD BEGIN : 11/02/2009
1816 PROSPECTOR AVE STE 100                       PERIOD END :   11/15/2009
PARK CITY, UT 84060-7481

Dear Paychex Preview Client,

Enclosed are your payroll reports and checks.  Please verify that all information is accurate and correct.
If there are any questions or concerns, please contact us immediately.

If you have tax deposits due, ensure the deposits are made on or before the due date to avoid
penalties.  We will assume that these deposits were made on the due dates and they will be reflected
on your returns accordingly.

Please contact us for more information on special reports, Taxpay, Direct Deposit, Readychex,
Check Signing and Stuffing, 401K Reporting, Time Off Accrual Tracking, Timeclock, GL Interfacing,
Garnishment Payment Services (GPS), Online W-2 Service, Workers' Compensation Payment Service (WCPS)
and many other Preview features.

## PAYROLL TOTALS

| | | | |
|---|---|---|---|
| DIRECT DEPOSIT DEBITED FROM YOUR ACCOUNT | 28849.70 | | |
| READYCHEX DEBITED FROM YOUR ACCOUNT | 24498.17 | NUMBER OF PAYROLL CHECKS | 85 |
| MANUAL CHECKS | 748.19 | | |
| **TOTAL NET PAYROLL** | 54096.06 | | |
| | | | |
| BILLING PAYMENT | 428.16 | Withdrawal made by PAYCHEX INC. on above check date. | |
| | | | |
| AMOUNT DEBITED FROM GPS ACCOUNT(S) | 0.00 | | |
| | | | |
| AMOUNT DEBITED FROM TAX ACCOUNT | 16833.39 | | |
| TOTAL TAX LIABILITY DUE BY CLIENT | 0.00 | | |
| TOTAL TAX LIABILITY | 16833.39 | **NUMBER OF CHECKS PRINTED** | 85 |
| **TOTAL NET PAYROLL, TAX LIABILITY,** | | | |
| **AND SERVICES** | 70929.45 | | |
| **TOTAL COST OF PAYROLL** | 71357.61 | NUMBER OF MANUAL/VOID TRANSACTIONS | 1 |

| AGENCY | TOTALS | | |
|---|---|---|---|
| GPS | 0.00 | Deposit made by PAYCHEX INC. on your behalf. | |
| NON-GPS | 0.00 | You are responsible for making the deposit on or before the due date. | |

## TAX DEPOSITS DUE

| TAX AGENCY | TAXPAY | NON-TAXPAY | DUE DATE | |
|---|---|---|---|---|
| FEDERAL | 13585.46 | | 11/25/2009 | Deposit made by PAYCHEX INC. on your behalf. |
| STATE - UT | 3749.63 | | 12/31/2009 | Deposit made by PAYCHEX INC. on your behalf. |

**CLOUDNINE RESORTS - SKY LODGE MANAG - M470**
**LLC**
**1816 PROSPECTOR AVE STE 100**
**PARK CITY, UT 84060-7481**

**CHECK DATE :**  11/20/2009  WEEK 46
**PERIOD BEGIN :** 11/02/2009
**PERIOD END :**  11/15/2009

<u>**NEXT PERIOD DATES**</u>

CHECK DATE :        12/04/2009  WEEK 48   TRANSMIT DATE :      12/02/2009
PERIOD BEGIN :      11/16/2009
PERIOD END :        11/29/2009

| | | |
|---|---|---|
| **CLOUDNINE RESORTS - SKY LODGE MANAG - M470 LLC** | CHECK DATE : | 12/04/2009 WEEK 48 |
| | PERIOD BEGIN : | 11/16/2009 |
| 1816 PROSPECTOR AVE STE 100 | PERIOD END : | 11/29/2009 |
| PARK CITY, UT 84060-7481 | | |

Dear Paychex Preview Client,

Enclosed are your payroll reports and checks.  Please verify that all information is accurate and correct.
If there are any questions or concerns, please contact us immediately.

If you have tax deposits due, ensure the deposits are made on or before the due date to avoid
penalties.  We will assume that these deposits were made on the due dates and they will be reflected
on your returns accordingly.

Please contact us for more information on special reports, Taxpay, Direct Deposit, Readychex,
Check Signing and Stuffing, 401K Reporting, Time Off Accrual Tracking, Timeclock, GL Interfacing,
Garnishment Payment Services (GPS), Online W-2 Service, Workers' Compensation Payment Service (WCPS)
and many other Preview features.

### PAYROLL TOTALS

| | | | |
|---|---|---|---|
| DIRECT DEPOSIT DEBITED FROM YOUR ACCOUNT | 32894.17 | | |
| READYCHEX DEBITED FROM YOUR ACCOUNT | 33572.38 | NUMBER OF PAYROLL CHECKS | 95 |
| MANUAL CHECKS | 912.87 | | |
| **TOTAL NET PAYROLL** | 67379.42 | | |
| | | | |
| BILLING PAYMENT | 439.47 | Withdrawal made by PAYCHEX INC. on above check date. | |
| | | | |
| AMOUNT DEBITED FROM GPS ACCOUNT(S) | 0.00 | | |
| | | | |
| AMOUNT DEBITED FROM TAX ACCOUNT | 21285.04 | | |
| TOTAL TAX LIABILITY DUE BY CLIENT | 0.00 | | |
| **TOTAL TAX LIABILITY** | 21285.04 | **NUMBER OF CHECKS PRINTED** | 95 |
| **TOTAL NET PAYROLL, TAX LIABILITY,** | | | |
| **AND SERVICES** | 88664.46 | | |
| **TOTAL COST OF PAYROLL** | 89103.93 | NUMBER OF MANUAL/VOID TRANSACTIONS | 2 |

| AGENCY | TOTALS | |
|---|---|---|
| GPS | 0.00 | Deposit made by PAYCHEX INC. on your behalf. |
| NON-GPS | 0.00 | You are responsible for making the deposit on or before the due date. |

### TAX DEPOSITS DUE

| TAX AGENCY | TAXPAY | NON-TAXPAY | DUE DATE | |
|---|---|---|---|---|
| FEDERAL | 16965.14 | | 12/09/2009 | Deposit made by PAYCHEX INC. on your behalf. |

DEC 1, 2009

**CLOUDNINE RESORTS - SKY LODGE MANAG - M470**
**LLC**
**1816 PROSPECTOR AVE STE 100**
**PARK CITY, UT 84060-7481**

**CHECK DATE :** 12/04/2009 WEEK 48
**PERIOD BEGIN :** 11/16/2009
**PERIOD END :** 11/29/2009

**NEXT PERIOD DATES**

CHECK DATE :        12/18/2009 WEEK 50  TRANSMIT DATE :      12/16/2009
PERIOD BEGIN :      11/30/2009
PERIOD END :        12/13/2009

**DEBTOR**                      **CASE NO.**        09-29907

EASY STREET PARTNERS

## Form 2-C
## COMPARATIVE BALANCE SHEET
### For Period Ending NOVEMBER 30, 2009

|  | CURRENT MONTH | ACCUMULATED |
|---|---|---|
| **ASSETS** | | |
| Current Assets | | |
| Cash (from From 2-B, Line 5) | $ 196,479.00 | $ 196,479.00 |
| Accounts Recievable (from From 2-E) | $ 447,237.00 | $ 447,237.00 |
| Receivable from Officers, Employees, Affiliates | $ - | $ - |
| Inventory | $ 362,029.00 | $ 362,029.00 |
| Other Current Assets | $ 2,840,640.00 | $ 2,840,640.00 |
| Total Current Assets | $ 3,846,385.00 | $ 3,846,385.00 |
| Fixed Assets | | |
| Land | $ 869,009.00 | $ 869,009.00 |
| Building | $ 8,437,797.00 | $ 8,437,797.00 |
| Equipment, Furniture & Fixtrues | $ 2,056,996.00 | $ 2,056,996.00 |
| Total Fixed Assets | $ - | $ - |
| Less: Accumulated Depreciation | $ (153,276.00) | $ (153,276.00) |
| Net Fixed Assets | $ 11,210,526.00 | $ 11,210,526.00 |
| Other Fixed Assets | $ 20,824,938.00 | $ 20,824,938.00 |
| **TOTAL ASSETS** | $ 35,881,849.00 | $ 35,881,849.00 |
| **LIABILITIES** | | |
| Post Petition Accounts Payables (Form 2-E) | $ 30,434.45 | $ 30,434.45 |
| Post Petition Accrued Professional Fees(Form 2-E | $ - | $ - |
| Post Petition Taxes Payable (Form 2-E) | $ - | $ - |
| Post Petition Notes Payable | $ - | $ - |
| Other Post Petition Payables | $ - | $ - |
| | $ - | $ - |
| Total Post Petition Liabilities | $ 30,434.45 | $ 30,434.45 |
| Pre Petition Liabilities | | |
| Secured Debt | $ 15,164,331.00 | $ 15,164,331.00 |
| Priority Debt | $ - | $ - |
| Unsecured Debt | $ 3,501,489.55 | $ 3,501,489.55 |
| Total Pre Petition Debt | $ 18,665,820.55 | $ 18,665,820.55 |
| **TOTAL LIABILITIES** | $ 18,696,255.00 | $ 18,696,255.00 |
| **OWNER EQUITY** | | |
| Owner/Stockholder Equity | $ 17,330,888.00 | $ 17,330,888.00 |
| Retained Earnings - Prepetition | $ - | $ - |
| Retained Earnings - Post Petition | $ (145,294.00) | $ (145,294.00) |
| TOTAL OWNERS EQUITY | $ 17,185,594.00 | $ 17,185,594.00 |
| **TOTAL LIABILITIES & OWNER EQUITY** | $ 35,881,849.00 | $ 35,881,849.00 |

DEBTOR  EASY STREET PARTNERS, LLC        CASE NO.        09-29906

**Form 2-D**
**PROFIT AND LOSS STATEMENT**
**For Period NOVEMBER 1 to NOVEMBER 30, 2009**

| | CURRENT MONTH | ACCUMULATED |
|---|---|---|
| Gross Operating Revenues | $ 186,464.00 | $ 531,597.00 |
| Less: Discounts, Returns, Allowances | | $ - |
| **Net Operating Revenue** | $ 186,464.00 | $ 531,597.00 |
| Cost of Goods Sold | $ 31,776.00 | $ 81,397.00 |
| **Gross Profits** | $ 154,688.00 | $ 450,200.00 |
| | | |
| Operating Expenses | | |
| Officer Compensation | $ - | $ - |
| Selling, General & Administrative | $ 23,047.00 | $ 75,680.50 |
| Rents & Leases | $ 9,885.00 | $ 25,308.00 |
| Depreciation, Depletion, & Amortization | $ | $ - |
| Others | $ 153,467.00 | $ 374,412.50 |
| Total Operating Expenses | $ 186,399.00 | $ 475,401.00 |
| | | |
| **Operating Income (Loss)** | $ (31,711.00) | $ (25,201.00) |
| | | |
| Non Opearating Income and Expenses | | |
| Other Non Operating Expenses | $ 46,823.00 | $ 46,823.00 |
| Gains (Losses) on Sale of Assets | $ - | $ - |
| Interest Income | | $ 882.00 |
| Interest Expense | $ 34,000.00 | $ 68,000.00 |
| Owner Rental Commissions | $ 13,110.00 | $ 38,996.50 |
| HOA Dues - Residential & Commercial | | $ 183,610.00 |
| Net Non Operating Income or (Expenses) | $ 93,933.00 | $ 338,311.50 |
| | | |
| Reorganization Expenses | | |
| Legal & Professional Expenses | $ 19,650.00 | $ 19,650.00 |
| Other Reorganizational Expenses | $ - | $ 24,092.00 |
| Total Reorganizational Expenses | $ 19,650.00 | $ 43,742.00 |
| | | |
| **Net Income (loss) Before Income Taxes** | $ (145,294.00) | $ (407,254.50) |
| | | |
| Federal & State Income Tax Expense (Benefit) | $ - | $ - |
| | | |
| **NET INCOME (LOSS)** | $ (145,294.00) | $ (407,254.50) |

(1) Accumulated totals include all revenues and expenses since the petition date.

**DEBTOR**      Easy Street Partners,LLC      **CASE NO.**      09-29907

## Form 2-E
## SUPPORTING SCHEDULES
### For Period Nov 1,2009  to Nov 30,2009

### POST PETITION TAXES PAYABLE SCHEDULE

| | Beginning Balance | Amount Accrued | Amount Paid | Date Paid | Check Number | Ending Balance |
|---|---|---|---|---|---|---|
| Income Tax Withheld | | | | | | |
| Federal | $ 3,184.73 | $ 8,115.77 | $ 6,770.86 | 11/21/13 | Bank Debit | $ 4,529.64 |
| State | $ 1,911.18 | $ 4,284.93 | $ 3,749.63 | 11/21/13 | Bank Debit | $ 2,446.48 |
| FICA Tax Withheld | $ 5,222.44 | $ 11,217.31 | $ 10,222.06 | 11/21/13 | Bank Debit | $ 6,217.69 |
| Employeers Fica Tax | $ 5,222.44 | $ 11,217.41 | $ 10,222.11 | 11/21/13 | Bank Debit | $ 6,217.74 |
| Unemployment Tax | | | | | | |
| Federal | $ 138.60 | $ 312.57 | $ 273.61 | 11/21/13 | Bank Debit | $ 177.56 |
| State | $ 2,431.11 | $ 2,970.36 | $ 3,705.59 | 11/21/13 | Bank Debit | $ 1,695.88 |
| Sales,Use & Excise Tax | $ 14,817.54 | $ 12,047.34 | $ 14,817.54 | 11/30/09 | 20321 | $ 12,047.34 |
| Property Tax | | $ 120,895.44 | $ 120,895.44 | 11/30/09 | checks | $          - |
| Accured Income Tax | Not availeble at this time - Information Pending | | | | | |
| Federal | | | | | | |
| State | | | | | | |
| Other | | | | | | |
| TOTALS | $ 29,743.31 | $ 171,061.13 | $ 170,656.84 | | | $ 33,332.33 |

### INSURANCE SCHEDULE

| | Carrier | Amount of Coverage | Expiration Date | Premium Paid Through |
|---|---|---|---|---|
| Workers Compensation | American Liberty Insurance | See exhibit 5 | 12/2/2014 | |
| General Liability | Sentry West | See exhibit 6 | | |
| Property (Fire Theft) | Sentry West | See exhibit 6 | | |
| Vehicle | Sentry West | See exhibit 6 | 11/27/2014 | |
| Others (Directors Liabil | Sentry West | | 11/28/2014 | |
| | | $          - | | |

Easy Street Partners, LLC
Case NO: 09-29907

Exhibit 6

General Liability Insurance
Property (fire, theft)
Vehicle

# The Union Square Owners Association
## dba: The Sky Lodge
## 2009-2010 Insurance Summary

| | | |
|---|---|---:|
| **Buildings** | Blanket Buildings & Contents | $31,605,000 |
| | Business Income | $100,000 |
| | Equipment Breakdown | $36,605,000 |
| | Special Form Coverage | |
| | Property Deductible | $5,000 |
| | Agreed Value | |
| | No Coinsurance | |
| | Extended Replacement Cost Endorsement | |
| | Business Personal Property | $5,000,000 |
| | Fungus, Rot, Bacteria | $100,000 |
| | Earthquake | $10,000,000 |
| | Earthquake Deductible | $100,000 |
| **Fidelity Bond** | Employee Dishonesty | $100,000 |
| **General Liability** | General Aggregate | $3,000,000 |
| | Products & Completed Operations | $3,000,000 |
| | Personal & Advertising Injury | $1,000,000 |
| | Each Occurrence | $1,000,000 |
| | Fire Damage Liability | $100,000 |
| | Medical Expense | $5,000 |
| | Non Owned / Hired Auto Liability | $1,000,000 |
| | Swimming Pool Liability | $1,000,000 |
| **Total Annual Premium** | | $37,577 |
| **Insurance Company** | Philadelphia Insurance Company | |
| **Flood** | Building Coverage | $5,000,000 |
| | Deductible | $5,000 |
| **Total Annual Premium** | | $5,125 |
| **Insurance Company** | National Flood 3/19/10 | |

**Umbrella Liability Policy**                                      $10,000,000

**Annual Premium**                                            $   1,719.00

**Insurance Company**        National Union Fire


**Directors & Officers**     Limit of Liability                  $2,000,000
                             Each Loss                           $2,000,000
                             Each Policy Year                    $2,000,000
                             Deductible                              $2,500

**Total Annual Premium**     (Annual Installment) 2009-2010          $2,217


**Insurance Company**        Travelers Casualty & Surety Company

COMMERCIAL INSURANCE

FOR

# The Sky Lodge

### POLICY PERIOD
11/27/09 to 11/27/10

## COMMERCIAL PACKAGE POLICY

PRESENTED BY
**CELIA NASH**

**SENTRY WEST INSURANCE SERVICES**
3860 South 2300 East
Salt Lake City, UT 84109
Phone (801) 272-8468 Fax (801) 277-3511



# Philadelphia Indemnity Insurance Company

One Bala Plaza, Suite 100, Bala Cynwyd, Pennsylvania 19004

## COMMON POLICY DECLARATIONS

**Policy Number:** PHPK485852

**Named Insured and Mailing Address:**
The Sky Lodge; The Union Square Owners A
PO Box 683300
Park City, UT 84068-3300

**Producer:** 12661
Sentry West Insurance Services
P.O. Box 9289
Salt Lake City, UT 84109

**Policy Period From:** 11/27/2009 **To:** 11/27/2010    at 12:01 A.M. Standard Time at your mailing address shown above.

**Business Description:** Condominium Association

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED.  THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.

| | PREMIUM |
|---|---|
| Commercial Property Coverage Part | |
| Commercial General Liability Coverage Part | 2,629.00 |
| Commercial Crime Coverage Part | |
| Commercial Inland Marine Coverage Part | |
| Commercial Auto Coverage Part | 212.00 |
| Businessowners | |
| Workers Compensation | |
| UltimateCover Property Coverage Part | 34,736.00 |

| | Total | $ 37,577.00 |
|---|---|---|

Total Includes Federal Terrorism Risk Insurance Act Coverage    624.00

FORM (S) AND ENDORSEMENT (S) MADE A PART OF THIS POLICY AT THE TIME OF ISSUE
Refer To Forms Schedule

*Omits applicable Forms and Endorsements if shown in specific Coverage Part/Coverage Form Declarations

CPD- PIIC (01/07)

11-11-2009

Countersignature Date

Authorized Representative

Philadelphia Indemnity Insurance Company

Form Schedule – Policy

**Policy Number:** PHPK485852

Forms and Endorsements applying to this Coverage Part and made a part of this policy at time of issue:

| Form | Edition | Description |
|---|---|---|
| BJP-190-1 | 1298 | Commercial Lines Policy Jacket |
| CPD-PIIC | 0107 | Common Policy Declarations |
| Location Schedule | 0100 | Location Schedule |
| Additional Insured Schedule | 0100 | Additional Insured Schedule |
| PP 0701 | 0701 | Privacy Policy Notice |
| PI-BELL-1 | 0907 | Bell Endorsement |
| IL0017 | 1198 | Common Policy Conditions |
| IL0021 | 0908 | Nuclear Energy Liability Exclusion Endorsement |
| IL0266 | 0908 | Utah Changes - Cancellation and Nonrenewal |
| IL0985 | 0108 | Disclosure Pursuant to Terrorism Risk Insurance Act |
| PI-CME-1 | 0807 | Crisis Management Enhancement Endorsement |

# Philadelphia Indemnity Insurance Company

## Locations Schedule

**Policy Number:** PHPK485852

| Prems. No. | Bldg. No. | Address |
|---|---|---|
| 001 | 001 | 201 Heber Ave<br>Park City, UT 84068 |
| 001 | 002 | 201 Heber Ave<br>Park City, UT 84068 |

## Philadelphia Indemnity Insurance Company

## Additional Insured Schedule

**Policy Number:** PHPK485852

Additional Insured

Park City Restaurant Association
PO Box 3162
Park City, UT 84060-3162

CG2026 - UT - Loc #1

Additional Insured

Park City Jazz Foundation
PO Box 680720
Park City, UT 84068-0720

CG2026 - UT - Loc #1

## Philadelphia Indemnity Insurance Company

# COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS

Policy Number:  PHPK485852

Agent #  12661

☒ See Supplemental Schedule

### LIMITS OF INSURANCE

| | | |
|---|---|---|
| $ | 3,000,000 | General Aggregate Limit (Other Than Products – Completed Operations) |
| $ | 3,000,000 | Products/Completed Operations Aggregate Limit  (Any One Person Or Organization) |
| $ | 1,000,000 | Personal and Advertising Injury Limit |
| $ | 1,000,000 | Each Occurrence Limit |
| $ | 100,000 | Rented To You Limit |
| $ | 5,000 | Medical Expense Limit (Any One Person) |

**FORM OF BUSINESS:**  ASSOCIATION

Business Description: Condominium Association

Location of All Premises You Own, Rent or Occupy:    **SEE SCHEDULE ATTACHED**

AUDIT PERIOD, ANNUAL, UNLESS OTHERWISE STATED: N/A

| | | | Rates | | Advance Premiums | |
|---|---|---|---|---|---|---|
| Classifications | Code No. | Premium Basis | Prem./ Ops. | Prod./ Comp. Ops | Prem./ Ops. | Prod./ Comp. Ops. |
| SEE SCHEDULE ATTACHED | | | | | | |
| **TOTAL PREMIUM FOR THIS COVERAGE PART:** | | | | | $  2,629.00 | $ |

### RETROACTIVE DATE (CG 00 02 ONLY)

This insurance does not apply to "Bodily Injury", "Property Damage", or "Personal and Advertising Injury" which occurs before the retroactive date, if any, shown below.

Retroactive Date: _____

**FORM (S) AND ENDORSEMENT (S) APPLICABLE TO THIS COVERAGE PART:**  Refer To Forms Schedule

| | |
|---|---|
| _____ | _____ |
| Countersignature Date | Authorized Representative |

Philadelphia Indemnity Insurance Company

Form Schedule – General Liability

**Policy Number:** PHPK485852

Forms and Endorsements applying to this Coverage Part and made a part of this policy at time of issue:

| Form | Edition | Description |
|------|---------|-------------|
| CGP011 | 0509 | Recording and Distribution of Material or Information |
| Gen Liab Dec | 1004 | Commercial General Liability Coverage Part Declaration |
| Gen Liab Schedule | 0100 | General Liability Schedule |
| CG0001 | 1207 | Commercial General Liability Coverage Form |
| CG0068 | 0509 | Recording and Distribution of Material or Information |
| CG0186 | 1204 | Utah Changes |
| CG2004 | 1185 | Addl Ins - Condominium Unit Owners |
| CG2026 | 0704 | Addl Ins - Designated Person or Organization |
| CG2146 | 0798 | Abuse Or Molestation Exclusion |
| CG2147 | 1207 | Employment-Related Practices Exclusion |
| CG2167 | 1204 | Fungi or Bacteria Exclusion |
| CG2170 | 0108 | Cap on Losses From Certified Acts of Terrorism |
| CG2402 | 1204 | Binding Arbitration |
| PI-CO-5 | 0403 | Exclusion - Subsidence |
| PI-CO-6 | 1106 | General Liability Deluxe Endt: Condominium Association |
| PI-GL-001 | 0894 | Exclusion - Lead Liability |
| PI-GL-002 | 0894 | Exclusion - Asbestos Liability |

# Philadelphia Indemnity Insurance Company

## COMMERCIAL GENERAL LIABILITY COVERAGE PART
### SUPPLEMENTAL SCHEDULE

Policy Number:  PHPK485852

Agent #  12661

| Classifications | Code No. | Premium Basis | Rates Prem./ Ops. | Rates Prod./ Comp. Ops. | Advance Premiums Prem./ Ops. | Advance Premiums Prod./ Comp. Ops. |
|---|---|---|---|---|---|---|
| UT      PREM NO. 001 CONDO-RESIDENTIAL | 62003 | 22 UNIT | 43.264 | INCL | 956 | INCL |
| PROD/COMP OP SUBJ TO GEN AGG LIMIT | | | | | | |
| UT      PREM NO. 001 CONDO-COMM'L-BANK/MERC/MFG | 62000 | 19,514 AREA | 45.653 | INCL | 899 | INCL |
| PROD/COMP OP SUBJ TO GEN AGG LIMIT | | | | | | |
| UT      PREM NO. 001 SWIMMING POOL-NOC | 48925 | 1 POOL | 771.095 | INCL | 774 | INCL |
| PROD/COMP OP SUBJ TO GEN AGG LIMIT | | | | | | |

# Philadelphia Indemnity Insurance Company

POLICY NUMBER: PHPK485852

**COMMERCIAL AUTO**
**CA DS 03 03 06**

## BUSINESS AUTO DECLARATIONS

**ITEM ONE**

| |
|---|
| **Named Insured and Mailing Address:**<br>The Sky Lodge; The Union Square Owners A<br>PO Box 683300<br>Park City, UT 84068-3300 |

| Policy Period | |
|---|---|
| **From:**  11/27/2009 | |
| **To:**     11/27/2010 | At 12:01 A.M. Standard Time at your mailing address. |
| **Previous Policy Number:**  PHPK356823 | |

**Form Of Business:**  ASSOCIATION

In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.

| |
|---|
| **Premium shown is payable at inception:**   $ |
| **Audit Period (If Applicable):**  ☐ Annually   ☐ Semi-Annually   ☐ Quarterly   ☐ Monthly |

| Endorsements Attached To This Policy: |
|---|
| **See Schedule Attached** |
| |
| |

| Countersignature Of Authorized Representative |
|---|
| Name: |
| Title: |
| Signature: |
| Date: |

**ITEM TWO**

**Schedule Of Coverages And Covered Autos**
This policy provides only those coverages where a charge is shown in the premium column below. Each of these coverages will apply only to those "autos" shown as covered "autos". **"Autos" are shown as covered "autos" for a particular coverage by the entry of one or more of the symbols from the Covered Autos Section of the Business Auto Coverage Form next to the name of the coverage.**

| Coverages | Covered Autos | Limit | Premium |
|---|---|---|---|
| Liability | 08, 09 | $ 1,000,000     CSL | $          211 |
| Personal Injury Protection (Or Equivalent No-Fault Coverage) | | Separately Stated In Each Personal Injury Protection Endorsement Minus $          Deductible. | $ |
| Added Personal Injury Protection (Or Equivalent Added No-Fault Coverage) | | Separately Stated In Each Added Personal Injury Protection Endorsement. | $ |
| Property Protection Insurance (Michigan Only) | | Separately Stated In The Property Protection Insurance Endorsement Minus $          Deductible For Each Accident. | $ |
| Auto Medical Payments | | $ | $ |
| Medical Expense And Income Loss Benefits (Virginia Only) | | Separately Stated In Each Medical Expense And Income Loss Benefits Endorsement. | $ |
| Uninsured Motorists | | $ | $ |
| Underinsured Motorists (When Not Included In Uninsured Motorists Coverage) | | $ | $ |

© ISO Properties, Inc., 2005                    CA DS 03 03 06     ☐

Philadelphia Indemnity Insurance Company

Form Schedule – Commercial Auto

**Policy Number:** PHPK485852

## Forms and Endorsements applying to this Coverage Part and made a part of this policy at time of issue:

| Form | Edition | Description |
|------|---------|-------------|
| CADS03 | 0306 | Business Auto Declarations |
| Hired or Borrowed Auto Sche | 0706 | Schedule of Hired or Borrowed Covered Auto |
| CA0001 | 0306 | Business Auto Coverage Form |
| CA2356 | 1102 | Cap on Losses From Certified Acts of Terrorism |

PI-ULTD-002 11.98

# ULTIMATECOVER
## PROPERTY COVERAGE PART DECLARATIONS

**Policy Number** PHPK485852

**Effective Date:** 11/27/2009

**Expiration Date:** 11/27/2010
**12:01 a.m., Standard Time**

☐ Extension of Declarations is attached

### Business Description

Condominium Association

### Description of Premises

| Prem. No. | Bldg. No. | Location, Construction and Occupancy | |
|-----------|-----------|--------------------------------------|---|
| 0001 | 0001 | 201 Heber Ave<br>Park City, UT 84068<br>CONDOMINIUMS | MODIFIED FIRE RESISTIVE |
| 0001 | 0002 | 201 Heber Ave<br>Park City, UT 84068<br>CONDOMINIUMS | MODIFIED FIRE RESISTIVE |

### Limits of Insurance

Insurance applies only for coverage for which a Limit of Insurance is shown.

### Property at Specified Premises

| Prem. No. | Bldg. No. | Your Business Personal Property | Personal Property of Others | Buildings |
|-----------|-----------|-------------------------------|-----------------------------|-----------|
| 0001 | 0001 | $   5,000,000 | | BKT #1 |
| 0001 | 0002 | | | BKT #1 |

PI-ULTD-002 11.98

Personal Property at Location not Specifically Identified: $100,000, unless a higher limit is shown on the Additional Coverage Summary Declarations.

Personal Property in Transit: $50,000, unless a higher limit is shown on the Additional Coverage Summary Declarations.

These declarations are part of the policy declarations containing the Name of the Insured and the policy period.

## Applications of Limits

☐ Specific                    ☒ Blanket - See Form PI-ULTD-006
☐ Exceptions:

## Deductibles

Building $    5,000    Business Personal Property $    5,000    Transit $    5,000

## Coinsurance

☐ 80%        ☐ 90%        ☐ 100%        ☒ Agreed Value        _X_ Extended RC

## Mortgage Holders

Prem. No.    Bldg. No.    Mortgage Holder Name and Address

SEE SCHEDULE ATTACHED

## Forms and Endorsement

Forms and endorsements applying to this Coverage Part and made part of this policy at time of issue:

See Schedule of Forms and Endorsements, PI-ULTD-004, attached.

## Premium

Premium for this Coverage Part $    34,736.00

PI-ULTD-005 11.98

# ADDITIONAL COVERAGE SUMMARY DECLARATIONS

**Policy Number**

As per the Property Coverage Part Declarations this Coverage Part provides the following Additional Coverages and Coverage Extensions, subject to the Limits of Insurance shown below.

|  | **Limits of Insurance** |
|---|---|
| Brands and Labels | Included in Policy Limits |
| Claim Expenses | $   10,000 |
| Contract Penalty Clause | $   25,000 |
| Computer Property | Included in Personal Property Limits |
| Excavation and Landscaping | $   25,000 |
| Fine Arts | $   25,000 |
| Fines for False Alarms | $     5,000 |
| Fire Department Service Charge | $   50,000 |
| Fire, Sprinkler or Burglar Alarm Upgrade | $   50,000 |
| Fish in Aquariums | $     1,000 |
| Glass | Included in Policy Limits |
| Guard Dogs | $     1,000 |
| Lost Key Replacement | $     2,500 |
| Newly Acquired Property | $1,000,000 Blanket Limit Real and Personal Property |
| New Construction | $  500,000 |
| Ordinance or Law – Undamaged Portion | Included in Building Limit |
| Ordinance or Law – Demolition | $  300,000 |
| Ordinance or Law – Increased Cost of Construction | $  300,000 |
| Personal Effects – Portable Electronic Equipment – Away from Premises | $     1,000 |
| Personal Effects - Premises | $   25,000 |
| Personal Effects – Spouses | $        500 |
| Personal Effects – Worldwide | $     1,000 |
| Pollutant Cleanup and Removal | $   25,000 |
| Precious Metals | $     2,500 |
| Signs | Included in Personal Property Limits |
| Theft Damage to Building | Included in Personal Property Limits |
| Utility Service | $   10,000 |
| Voluntary Parting | $   10,000 |

For the Additional Coverages and Coverage Extensions shown below, if a Superceding Limit of Insurance is shown, that Superceding Limit is the applicable Limit of Insurance.

|  | **Limits of Insurance** | **Superseding Limits** |
|---|---|---|
| Accounts Receivable | $  250,000 | $ |
| Arson Reward | $   25,000 | $ |
| Computer Virus Extraction Expense | $     2,500 | $ |
| Consequential Damage | $   25,000 | $ |
| Debris Removal | $  250,000 | $ |
| Personal Property in Transit | $   50,000 | $ |
| Personal Property at Locations not Specifically Identified | $  100,000 | $ |
| Valuable Papers and Records – Cost of Research | $  250,000 | $ |

Philadelphia Indemnity Insurance Company

Form Schedule – UltimateCover

**Policy Number:** PHPK485852

Forms and Endorsements applying to this Coverage Part and made a part of this policy at time of issue:

| Form | Edition | Description |
|---|---|---|
| CP P 003 | 0706 | Excl of Loss Due to Virus or Bacteria Advisory Notice |
| PI-ULTD-002 | 1198 | Property Coverage Part Declarations |
| PI-ULTD-005 | 1198 | Additional Coverage Summary Declarations |
| PI-ULTD-006 | 1198 | UltimateCover Program Blanket Limits |
| CP0090 | 0788 | Commercial Property Conditions |
| CP0127 | 0396 | Utah Changes |
| CP0140 | 0706 | Exclusion of Loss Due to Virus or Bacteria |
| PI-SP-M-B | 1005 | Exclusion of Certain Earthquake Coverage |
| PI-ULT-007 | 1198 | Property Coverage Form |
| PI-ULT-008 | 1198 | Causes of Loss Form |
| PI-ULT-009 | 1198 | Crime Coverage Form |
| PI-ULT-015 | 1198 | Agreed Value Endorsement |
| PI-ULT-019 | 0906 | Earthquake Endorsement |
| PI-ULT-023 | 0701 | Boiler and Machinery Endorsement |
| PI-ULT-030 | 0605 | Condominium Association Coverage Endorsement |
| PI-ULT-072 | 0502 | Limitations on Fungus, Wet Rot, Dry Rot and Bacteria |
| PI-ULT-085 | 0108 | Cap on Losses From Certified Acts of Terrorism |
| PI-ULT-088 | 0204 | Changes - Electronic Data |
| PI-ULT-093 | 1106 | Elite Property Enhancement: Condominium Association |
| PI-ULT-095 | 1106 | Extended Replacement Cost |
| PI-MANU-1 | 0100 | PI-ULT-072, LIMITATIONS ON FUNGUS, WET ROT, DRY ROT AND BACTERIA |

# UltimateCover Program
## Blanket Limits

Policy Number: PHPK485852

Agent # 12661

**ULTIMATECOVER PROPERTY – BLANKET STATEMENT OF VALUES**

| Blanket No. | Coverage | Limit of Insurance | Co-Insurance |
|---|---|---|---|
| 1 | Building | $ 31,605,000 | 100% |

These declarations are part of the policy declarations containing the name of the insured and the policy period.

POLICY NUMBER:   PHPK485852

COMMERCIAL GENERAL LIABILITY
CG 20 26 07 04

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED – DESIGNATED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

| Name Of Additional Insured Person(s) Or Organization(s) |
|---|
| Park City Jazz Foundation |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by your acts or omissions or the acts or omissions of those acting on your behalf:

**A.** In the performance of your ongoing operations; or

**B.** In connection with your premises owned by or rented to you.

CG 20 26 07 04                © ISO Properties, Inc., 2004                Page 1 of 1   □

POLICY NUMBER:   PHPK485852

COMMERCIAL GENERAL LIABILITY<br>CG 20 26 07 04

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – DESIGNATED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

## SCHEDULE

| Name Of Additional Insured Person(s) Or Organization(s) |
|---|
| Park City Restaurant Association |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by your acts or omissions or the acts or omissions of those acting on your behalf:

**A.** In the performance of your ongoing operations; or

**B.** In connection with your premises owned by or rented to you.

© ISO Properties, Inc., 2004

POLICY NUMBER: PHPK485852

CRIME AND FIDELITY
CR 25 02 05 06

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# INCLUDE DESIGNATED AGENTS AS EMPLOYEES

This endorsement modifies insurance provided under the following:

COMMERCIAL CRIME COVERAGE FORM
COMMERCIAL CRIME POLICY
EMPLOYEE THEFT AND FORGERY POLICY
GOVERNMENT CRIME COVERAGE FORM
GOVERNMENT CRIME POLICY

and applies to the Employee Theft Insuring Agreement:

### SCHEDULE

| Capacity Of Agent | Limit Of Insurance |
|---|---|
| Property Managers | $ |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

1. The definition of "Employee" is amended to include each natural person, partnership or corporation you appoint in writing to act as your agent in the capacity shown in the Schedule while acting on your behalf or while in possession of covered property. These natural persons, partnerships or corporations are not covered for faithful performance of duty, even in the event that this insurance may have been amended by endorsement to provide such coverage on other "employees". Only coverage for "theft" applies to the agents scheduled above.

2. Each such agent and the partners, officers and employees of that agent are considered to be, collectively, one "employee" for the purposes of this insurance. However, the Termination As To Any Employee Condition applies individually to each of them.

3. The most we will pay under this insurance for loss caused by an agent included as an "employee" by this endorsement is the Limit of Insurance shown in the Schedule. That Limit of Insurance is part of, not in addition to, the Limit of Insurance shown in the Declarations as applicable to the Employee Theft Insuring Agreement.

PI-ULT-009 11.98

# CRIME COVERAGE FORM

Various provisions in the policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this Coverage Form the words **"you"** and **"your"** refer to the Named Insured shown in the Declarations. The words **"we"**, **"us"**, and **"our"** refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **G., Definitions**.

**Coverage Summary**

|  | Basic Limit Of Insurance | Basic Deductible | Superseding Limit Of Insurance | Superseding Deductible |
|---|---|---|---|---|
| **"Money"** and **"Securities"**- Inside the Premises | $ 5,000 | $ 500 | $ | $ |
| **"Money"** and **"Securities"**- Outside the Premises | $ 5,000 | $500 | $ | $ |
| Money Orders and Counterfeit Paper Currency | $ 5,000 | $500 | $ | $ |
| Kidnap and Ransom – Extortion | $25,000 | None |  |  |

**Optional Coverage Summary**

|  | Limit of Insurance | Deductible |
|---|---|---|
| Forgery or Alteration | $ | $ |
| Computer Fraud | $ | $ |
| Employee Dishonesty | $    100,000 | $    1,000 |

☐   If this box is marked with **"X", Clause B.1.f., Coverage Extension - Welfare and Pension Plan ERISA Compliance**, applies to this policy.

## A. Coverage

### 1. Money and Securities

Covered Property, as used in this Coverage, means **"money"** and **"securities"** used in your business.

**a.** We will pay for all loss to Covered Property:

**(1) Inside the Premises** - while at a bank or savings institution, at the **"premises"**, or

**(2) Outside the Premises** - in transit between any of the places described in **1. a. (1)** above; resulting directly from:

Includes copyrighted material of Insurance Services Office, with its permission.
Copyright, Insurance Services Office, Inc. 1989, 1994