| **DEBTOR** | EASY STREET PARTNERS, LLC | **MONTHLY OPERATING REPORT** |
|---|---|---|
| | | CHAPTER 11 |
| **CASE NO.** | 09-29907 | |

## Form 2-A
## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

### For Period December 1 to December 31, 2009

| **Accounting Method** | | x | Accrual Basis | | Cash Basis |
|---|---|---|---|---|---|

### THIS REPORT IS DUE 15 DAYS AFTER THE END OF THE MONTH

Mark On Box Each
Required Document

Debtor must attach each of the following reports/documents unles the U.S. Trustee has waived the requirement in writing. File the original with the Clerk of Court. Sup,it a duplicate, with original signature, to the U.S. Trustee

| Report /Document Wavied | Previously Waived | **REQUIRED REPORTS / DOCUMENTS** |
|---|---|---|
| X | | 1. Cash Receipts and Disbursement Schedule (Form 2-B) |
| X | | 2. Balance Sheet (Form 2-C) |
| X | | 3. Profit and Loss Statement (Form 2-D) |
| X | | 4. Supporting Schedules (Form 2-E) |
| X | | 5. Quarterly Fee Summary (Form 2-F) |
| X | | 6. Narrative (Form 2-G) |
| X | | 7. Bank Statements for All Bank Accounts |
| X | | 8. Bank Statement Reconciliations for all Bank Accounts |

*I declare under the penalty of perjury that the following Monthly Operating Reoprt, and any attachements thereto are true, accurate, and correct to the best of my knowledge and belief.*

| **Executed on** | 15-Jan-10 | **Print Name** | William H Shoaf |
|---|---|---|---|
| | | **Signature** | |
| | | **Title** | Manager |

**DEBTOR** EASY STREET PARTNERS, LLC          **CASE NO.**          09-29907

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT

### For Period DECEMBER 1 to DECEMBER 31, 2009

er 1 to December 31, 2009

| CASH FLOW SUMMARY | | CURRENT MONTH | | ACCUMULATED | |
|---|---|---|---|---|---|
| **1. Beginning Cash Balance** | $ | 192,026.15 | 1 | $ 192,026.15 | 1 |
| 2. Cash Receipts | | | | | |
| Operations | $ | 1,653,404.47 | | $ 1,653,404.47 | |
| Sales of Assets | $ | - | | $ - | |
| Loans / Advances | | | | $ - | |
| Funds from Escrow Accounts | $ | 1,018,931.40 | | $ 1,018,931.40 | |
| | | | | $ - | |
| | | | | $ - | |
| Total Cash Receipts | $ | 2,672,335.87 | | $ 2,672,335.87 | |
| 3. Cash Disbursements | | | | | |
| Operations | $ | 772,378.96 | | $ 772,378.96 | |
| Debt Service/Secured Loan Payment | $ | 34,000.00 | | $ 34,000.00 | |
| Professional Fees/US Trustee Fees | $ | 352,000.00 | | $ 352,000.00 | |
| Owner Rental Commissions | $ | - | | $ - | |
| HOA Dues - Residential & Commercial | $ | - | | $ - | |
| Reorganization Costs | $ | - | | $ - | |
| Total Cash Disbursements | $ | 1,158,378.96 | | $ 1,158,378.96 | |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | $ | 1,513,956.91 | | $ 1,513,956.91 | |
| **5. End Cash Balance (to Form 2-C)** | $ | 1,705,983.06 | 2 | $ 1,705,983.06 | 2 |

| CASH BALANCE SUMMARY | Financial Institution | Book Balance | |
|---|---|---|---|
| Petty Cash | | | |
| DIP Operating Account | | $ 1,705,983.06 | |
| DIP State Tax Account | | $ - | |
| DIP Payroll Account | | $ - | |
| Other Operating Account | | $ - | |
| Other Interest Bearing Account | | $ - | |
| TOTAL | | $ 1,705,983.06 | 3 |

(must agree with Ending Cash Balance above)

(1) Accumulated beginning cash balance is the cash available at the commencement of the case
    Current month beginning cash balance should equal the previous month ending balance
(2) All cash balance should be the same

**DEBTOR** EASY STREET PARTNERS, LLC          **CASE NO.**          09-29907

### Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT

### For Period DECEMBER 1 to DECEMBER 31, 2009

**CASH RECEIPTS DETAIL**          **Account No.** [                    ]

*(ATTACH ADDITONAL SHEETS AS NECESSARY)*

| Date | Payer | Description | Amount |
|------|-------|-------------|--------|

Please see exhibit 1

**Total Cash Receipts** [                    ] 1

(1) Total for all accounts should agree with the total cash receipts listed on Form 2-B, page 1

| ACCOUNT | WELLLS FARGO - SKY LODGE LOCKBOX ACCOUNT | | | 2679764676 | | | | |

| DATE | DESCRIPTION | DEPOSIT CASH&CHECK | DEPOSIT AMEX | DEPOSIT VISA/MC | DEPOSIT WIRES | TOTAL DEPOSITS | TOTAL ACCOUNT BALANCE |
|---|---|---|---|---|---|---|---|
| DECEMBER | Beginning Balance | | | | | $ 293,709.02 | 1185621.09 |
| 1 | | $ 216.63 | $ 5,563.04 | $ 2,004.00 | $ - | $ 7,783.67 | |
| 2 | | $ 274.36 | $ 2,260.36 | $ 3,174.83 | $ - | $ 5,709.55 | |
| 3 | | $ 228.13 | $ 1,203.04 | $ 1,946.01 | $ - | $ 3,377.18 | |
| 4 | | $ 1,232.31 | $ 42,707.23 | $ 2,699.61 | $ - | $ 46,639.15 | |
| 5 | | $ 579.73 | $ 2,400.28 | $ 7,423.45 | $ - | $ 10,403.46 | |
| 6 | | $ 677.73 | $ 4,542.53 | $ 5,502.12 | $ - | $ 10,722.38 | |
| 7 | | $ 264.12 | $ 1,660.39 | $ 1,627.56 | $ - | $ 3,552.07 | |
| 8 | | $ 416.86 | $ 7,295.53 | $ 1,753.47 | $ - | $ 9,465.86 | |
| 9 | | $ 134.00 | $ 2,256.17 | $ 39,443.29 | $ - | $ 41,833.46 | |
| 10 | | $ 192.72 | $ 27,407.59 | $ 23,087.06 | $ - | $ 50,687.37 | |
| 11 | | $ 766.05 | $ 2,438.30 | $ 42,822.51 | $ - | $ 46,026.86 | |
| 12 | | $ 1,281.87 | $ 4,563.33 | $ 6,718.98 | $ - | $ 12,564.18 | |
| 13 | | $ 843.18 | $ 1,656.05 | $ 15,786.44 | $ - | $ 18,285.67 | |
| 14 | | $ 311.21 | $ 33,750.38 | $ 3,666.74 | $ - | $ 37,728.33 | |
| 15 | | $ 305.96 | $ 11,618.90 | $ 11,108.74 | $ - | $ 23,033.60 | |
| 16 | | $ 459.14 | $ 4,393.62 | $ 4,149.52 | $ - | $ 9,002.28 | |
| 17 | | $ 480.25 | $ 2,379.37 | $ 7,999.99 | $ - | $ 10,859.61 | |
| 18 | | $ 17,222.16 | $ 3,565.01 | $ 9,367.90 | $ - | $ 30,155.07 | |
| 19 | | $ 1,786.52 | $ 4,496.15 | $ 6,561.00 | $ - | $ 12,843.67 | |
| 20 | | $ 1,155.98 | $ 4,824.14 | $ 7,820.48 | $ - | $ 13,800.60 | |
| 21 | | $ 1,692.06 | $ 4,185.30 | $ 7,826.56 | $ - | $ 13,703.92 | |
| 22 | | $ 660.07 | $ 27,808.96 | $ 6,635.06 | $ - | $ 35,104.09 | |
| 23 | | $ 2,025.46 | $ 29,243.85 | $ 7,596.67 | $ - | $ 38,865.98 | |
| 24 | | $ 388.96 | $ 3,457.46 | $ 6,405.83 | $ - | $ 10,252.25 | |
| 25 | | $ 1,488.85 | $ 6,423.28 | $ 6,606.53 | $ - | $ 14,518.66 | |
| 26 | | $ 1,093.53 | $ 6,795.60 | $ 7,863.61 | $ - | $ 15,752.74 | |
| 27 | | $ 1,048.79 | $ 4,438.43 | $ 8,508.41 | $ - | $ 13,995.63 | |
| 28 | | $ 9,268.59 | $ 2,790.31 | $ 11,114.51 | | $ 23,173.41 | |
| 29 | | $ 41,819.54 | $ 33,108.74 | $ 25,018.68 | $ - | $ 99,946.96 | |
| 30 | | $ 2,474.12 | $ 19,446.99 | $ 12,205.92 | $ - | $ 34,127.03 | |
| 31 | | $ 6,963.51 | $ 27,295.79 | $ 16,175.29 | $ - | $ 50,434.59 | |
| TOTAL | | $ 97,752.39 | $ 335,976.14 | $ 320,620.77 | $ - | $ 1,048,058.32 | |

| DATE | CHECK # | DESCRIPTION | CHECKS ISSUED | TRANS/MISC | | |
|---|---|---|---|---|---|---|
| 12/2/2009 | transfer to operating | | | $ (508,870.63) | | |
| 12/14/2009 | transfer to operating | | | $ (76,300.43) | | |
| 12/10/2009 | bankcard fee | | | $ (50.00) | $ 754,349.30 | |
| 12/10/2009 | bankcard fee | | | $ (50.14) | | |
| 12/10/2009 | bankcard fee | | | $ (50.18) | | |
| 12/10/2009 | bankcard fee | | | $ (51.07) | | |
| 12/28/2009 | transfer to operating | | | $ (100,617.28) | | |
| | transfer to operating | | | $ (184,017.21) | | |
| | transfer to lockbox | | | $ 1,018,931.40 | | |
| | cc fees | | | $ (55.96) | | |
| | cc fees-Amex net | | | $ 788.20 | | |
| | cc fees-Amex net | | | $ (4,453.28) | | |
| | cc fees-Amex net | | | $ (7,640.65) | | |
| | | | TOTAL | $ 137,562.77 | | $0.00 |

**DEBTOR** EASY STREET PARTNERS, LLC          **CASE NO.**          09-29907

### Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
### For Period December1 to December 31, 2009

**CASH DISBURSEMENTS DETAIL**          **Account No.**          [          ]

| Date | Payer | Description | Amount |
|------|-------|-------------|--------|

Please see exhibit 2

**Total Cash Disbursements**          1

(1) Total for all accounts should agree with the total cash disbursements listed on Form 2-B, page 1

ACCOUNT     /ELLS FARGO - OPERATING ACCOUNT                                    BALANCE

2679764668

| DATE | CHECK # | DESCRIPTION | CHECKS ISSUED | TRANS/MISC | 520362.25 |
|------|---------|-------------|---------------|------------|-----------|
|  |  | BEGININNG BALANCE |  | $    (97,229.59) |  |
| 12/14/2009 | 1714 | check cleared from Sept | $    47.54 |  |  |
| 12/1/09 | 20322 | Swire | $    95.00 |  |  |
| 12/1/09 | 20323 | Deborah DePaoli | $    287.91 |  |  |
| 12/1/09 | 20324 | Jan Ferraris | $    287.91 |  |  |
| 12/2/09 | 20329 | Brenda Ripley -Trustee | $    96.80 |  |  |
| 12/2/09 | 20330 | Appliance Sales & Services | $    1,650.50 |  |  |
| 12/2/09 | 20331 | Sherwin Williams | $    212.65 |  |  |
| 12/2/09 | 20332 | Christmas Décor | $    1,106.25 |  |  |
| 12/3/09 | 20333 | Mehaz Services Center | $    42.00 |  |  |
| 12/3/09 | 20334 | CloudNine Resort | $    200.00 |  |  |
| 12/3/09 | 20335 | ESP Account | $    100.00 |  |  |
| 12/3/09 | 20336 | ESP Utilities Acocunt | $    100.00 |  |  |
| 12/4/09 | 20337 | ALC Snow Removal | $    250.00 |  |  |
| 12/4/09 | 20338 | Hy-Ko | $    810.67 |  |  |
| 12/4/09 | 20339 | Porter Paint | $    80.34 |  |  |
| 12/4/09 | 20340 | WinElectric | $    398.77 |  |  |
|  | 20341 | VOIDED |  |  |  |
|  | 20342 | Abraham Nava | $    344.52 |  |  |
| 12/7/09 | 20343 | 1320 Kfan | $    1,250.00 |  |  |
| 12/7/09 | 20344 | Architectural Bldg Supply | $    1,892.00 |  |  |
| 12/7/09 | 20345 | VOIDED CHECK |  |  |  |
| 12/7/09 | 20346 | Alsco | $    344.31 |  |  |
| 12/7/09 | 20347 | Ecolab | $    113.70 |  |  |
| 12/7/09 | 20348 | Ecolab Pest Elim | $    602.00 |  |  |
| 12/7/09 | 20349 | Home Depot Credit | $    45.56 |  |  |
| 12/7/09 | 20350 | Media one of Utah | $    31.50 |  |  |
| 12/7/09 | 20351 | Muir | $    1,850.13 |  |  |
| 12/7/09 | 20352 | Muzak LLC | $    233.75 |  |  |
| 12/7/09 | 20353 | PC Premier Transportation | $    180.00 |  |  |
| 12/7/09 | 20354 | Questar Gas Company | $    6,286.29 |  |  |
| 12/7/09 | 20355 | Qwest | $    93.27 |  |  |
| 12/7/09 | 20356 | Renegade Oil Inc | $    250.00 |  |  |
| 12/7/09 | 20357 | William Shoaf | $    2,124.61 |  |  |
| 12/7/09 | 20358 | Siemens Bldg Techonologies | $    2,745.00 |  |  |
| 12/7/09 | 20359 | Space Place Storage | $    291.00 |  |  |
| 12/7/09 | 20360 | Triar Seafood Company | $    809.32 |  |  |
| 12/7/09 | 20361 | Utah Fires Systems | $    481.00 |  |  |
| 12/7/09 | 20362 | Whitney Advertising & Design | $    4,336.24 |  |  |
| 12/7/09 | 20363 | American Liberty Insurance | $    8,300.00 |  |  |
| 12/7/09 | 20364 | Park City Municipal Corp | $    100.00 |  |  |
| 12/7/09 | 20365 | Aetna | $    7,579.00 |  |  |
| 12/7/09 | 20366 | Park City Municipal Corp | $    100.00 |  |  |
| 12/7/09 | 20367 | Park City Municipal Corp | $    100.00 |  |  |
| 12/7/09 | 20368 | Park City Municipal Corp | $    100.00 |  |  |
| 12/7/2009 | 20372 | Brenda Ripley-trustee | $    104.68 |  |  |
| 12/7/2009 | 20373 | Joe Fick | $    1,028.68 |  |  |
| 12/7/2009 | 20374 | Nelson Coates | $    434.61 |  |  |
| 12/7/2009 | 20375 | Larry Loznesky | $    314.92 |  |  |
| 12/7/2009 | 20376 | Michael Feder | $    354.33 |  |  |
| 12/7/2009 | 20377 | Sky Investments | $    324.54 |  |  |
| 12/7/2009 | 20378 | Michael & Veronica Hojel | $    346.63 |  |  |
| 12/7/2009 | 20379 | Daniel Miller | $    587.25 |  |  |
| 12/7/2009 | 20380 | Fred Monnot | $    843.68 |  |  |
| 12/7/2009 | 20381 | Peter Blythe | $    76.87 |  |  |
| 12/7/2009 | 20382 | John Butsch | $    79.77 |  |  |
| 12/8/2009 | 20384 | Chase Associates | $    1,278.99 |  |  |
| 12/8/2009 | 20385 | Patti Rea | $    16.41 |  |  |

| 12/8/2009 | 20386 | VOIDED | | |
|---|---|---|---|---|
| 12/8/2009 | 20387 | Natl Drafting & office Supply | $ 311.12 | |
| 12/8/2009 | 20388 | Wasatch Meats | $ 1,287.13 | |
| 12/9/2009 | 20389 | Wasatch Meats | $ 1,748.01 | |
| 12/9/2009 | 20390 | Big Four Distributing | $ 541.70 | |
| 12/10/2009 | 20391 | Johnson Riddle & Mark | $ 273.10 | |
| 12/10/2009 | 20392 | Step Saver Inc | $ 215.19 | |
| 12/10/2009 | 20393 | Xandria Salonen | $ 865.20 | |
| 12/11/2009 | 20394 | Swire Coca-Cola | $ 275.35 | |
| 12/11/2009 | 20395 | Summit Engineering Group | $ 1,500.00 | |
| 12/11/2009 | 20396 | Wasatch Meats | $ 165.98 | |
| 12/11/2009 | 20397 | GM Collins | $ 589.40 | |
| 12/11/2009 | 20398 | PC Printink | $ 287.59 | |
| 12/11/2009 | 20399 | Shade Clothing | $ 375.45 | |
| 12/15/2009 | 20422 | 1320KFan | $ 1,250.00 | |
| 12/15/2009 | 20423 | ALC Snow Removal | $ 250.00 | |
| 12/15/2009 | 20424 | Alsco | $ 214.70 | |
| 12/15/2009 | 20425 | Shawn Barrowes | $ 400.00 | |
| 12/15/2009 | 20426 | Scott Boberek | $ 60.00 | |
| 12/15/2009 | 20427 | Cintas Corporation | $ 2,009.37 | |
| 12/15/2009 | 20428 | Curb it Recycling | $ 375.00 | |
| 12/15/2009 | 20429 | Evans Laundry Equip | $ 186.45 | |
| 12/15/2009 | 20430 | Home Depot Credit | $ 498.57 | |
| 12/15/2009 | 20431 | Ron Holman Drywall | $ 380.00 | |
| 12/15/2009 | 20432 | Home Saving Bank | $ 162.47 | |
| 12/15/2009 | 20433 | Gabriel Morin | $ 27.75 | |
| 12/15/2009 | 20434 | Muir | $ 1,705.55 | |
| 12/15/2009 | 20435 | PC Premier Transportation | $ 270.00 | |
| 12/15/2009 | 20436 | Peets Coffee & Tea | $ 1,440.00 | |
| 12/15/2009 | 20437 | Proforma | $ 179.51 | |
| 12/15/2009 | 20438 | Revco Leasing | $ 714.01 | |
| 12/15/2009 | 20439 | Scott James Jewelry | $ 12.75 | |
| 12/15/2009 | 20440 | William Shoaf | $ 299.85 | |
| 12/15/2009 | 20441 | Marina Soto | $ 66.14 | |
| 12/15/2009 | 20442 | Patricia Wagner | $ 13.96 | |
| 12/15/2009 | 20443 | Whitney Advertising & Design | $ 3,979.80 | |
| 12/15/2009 | 20444 | Wells Fargo Equipment | $ 1,861.74 | |
| 12/15/2009 | 20445 | ach | | |
| 12/15/2009 | 20446 | Thomas & Debra Bradley | $ 159.54 | |
| 12/15/2009 | 20447 | Alan Kessler | $ 688.27 | |
| 12/15/2009 | 20448 | Mark Kramer & Louise Walton | $ 201.89 | |
| 12/15/2009 | 20449 | Brian & Teri Laidlaw | $ 46.12 | |
| 12/15/2009 | 20450 | William Lamkin | $ 1,291.27 | |
| 12/15/2009 | 20451 | Josh Mettle | $ 479.66 | |
| 12/15/2009 | 20452 | Amer & Yvette | $ 484.02 | |
| 12/15/2009 | 20453 | Mark & Joan Tattersall | $ 484.02 | |
| 12/15/2009 | 20454 | Ken Yonemura | $ 351.94 | |
| 12/15/2009 | 20455 | Travel & Luggage Agency | $ 79.60 | |
| 12/15/2009 | 20456 | Shawn Barrowes | $ 500.00 | |
| 12/16/2009 | 20457 | United State Treasury | $ 361.38 | |
| 12/16/2009 | 20458 | Wasatch Meats | $ 3,062.58 | |
| 12/17/2009 | 20459 | EM System | $ 407.64 | |
| 12/17/2009 | 20460 | Kearra Markowich | $ 116.36 | |
| 12/18/2009 | 20461 | Union Square HOA | $ 183,613.69 | |
| 12/18/2009 | 20462 | Swire Coca-Cola | $ 409.30 | |
| 12/18/2009 | 20463 | Swire Coca-Cola | $ 85.10 | |
| 12/18/2009 | 20464 | Wasatch Meats | $ 683.91 | |
| 12/18/2009 | 20465 | Marriott Entertainment | $ 150.00 | |
| 12/21/2009 | 20466 | Wagstaff Worldwide, Inc | $ 5,000.00 | |
| 12/21/2009 | 20467 | Hy-Ko | $ 687.62 | |
| 12/22/2009 | 20468 | Alsco | $ 1,429.36 | |

| | | | | |
|---|---|---|---|---|
| 12/22/2009 | 20469 | Brenda Ripley -Trustee | $ | 97.90 |
| 12/22/2009 | 20470 | Utah Brewers Cooperative | $ | 64.32 |
| 12/22/2009 | 20471 | BTC | $ | 1,855.00 |
| 12/22/2009 | 20472 | Christmas Décor | $ | 3,800.00 |
| 12/22/2009 | 20473 | Eric Harmsen | $ | 409.83 |
| 12/22/2009 | 20474 | Home Depot Credit | $ | 67.94 |
| 12/22/2009 | 20475 | Innovative Body Science | $ | 250.02 |
| 12/22/2009 | 20476 | Muir | $ | 930.09 |
| 12/22/2009 | 20477 | Peak Wireless Services | $ | 450.00 |
| 12/22/2009 | 20478 | William Powers | $ | 46.90 |
| 12/22/2009 | 20479 | Qwest | $ | 3,880.85 |
| 12/22/2009 | 20480 | Sentry West Ins | $ | 1,755.00 |
| 12/22/2009 | 20481 | Par Springer Miller Syst | $ | 18,007.00 |
| 12/22/2009 | 20482 | Stephen Monticone | $ | 105.45 |
| 12/22/2009 | 20483 | Triar Seafood Company | $ | 548.85 |
| 12/22/2009 | 20484 | USA Today | $ | 58.90 |
| 12/22/2009 | 20485 | Utah.com | $ | 1,112.50 |
| 12/22/2009 | 20486 | Whitney Advertising & Design | $ | 185.89 |
| 12/22/2009 | 20487 | Xandria Salonen | $ | 64.75 |
| 12/22/2009 | 20488 | Muir | $ | 860.08 |
| 12/22/2009 | 20489 | Qwest | $ | 307.71 |
| 12/22/2009 | 20490 | Gabriel Morin | $ | 24.54 |
| 12/22/2009 | 20491 | Park City Municipal Corp | $ | 1,208.35 |
| 12/22/2009 | 20492 | Park City Municipal Corp | $ | 628.00 |
| 12/22/2009 | 20493 | Park City Municipal Corp | $ | 603.25 |
| 12/22/2009 | 20494 | Park City Municipal Corp | $ | 265.00 |
| 12/22/2009 | 20495 | Park City Municipal Corp | $ | 542.47 |
| 12/22/2009 | 20496 | Park City Municipal Corp | $ | 517.95 |
| 12/22/2009 | 20497 | VOIDED | | |
| 12/22/2009 | 20498 | Muir | $ | 525.93 |
| 12/22/2009 | 20499 | Summit County Public Health | $ | 100.00 |
| 12/22/2009 | 20500 | Squire | $ | 330.84 |
| 12/22/2009 | 20501 | ach | $ | 4,754.22 |
| 12/22/2009 | 20502 | ach -sysco | $ | 2,824.61 |
| 12/22/2009 | 20503 | Big Four Distributing | $ | 424.80 |
| 12/22/2009 | 20504 | Natl Drafting & office Supply | $ | 175.24 |
| 12/22/2009 | 20505 | Appliance Sales & Services | $ | 230.56 |
| 12/22/2009 | 20506 | European Tile Works | $ | 1,737.30 |
| 12/22/2009 | 20507 | Hood Cleaners | $ | 1,450.00 |
| 12/22/2009 | 20508 | Park City Mountain Resort | $ | 4,080.00 |
| 12/22/2009 | 20509 | Utah State Tax Commission | $ | 9,610.32 |
| 12/22/2009 | 20510 | Swire Coca-Cola | $ | 200.80 |
| 12/23/2009 | 20511 | Brenda Ripley-trustee | $ | 1,000.00 |
| 12/23/2009 | 20512 | VOIDED | | |
| 12/23/2009 | 20513 | Sheri Hameed | $ | 616.70 |
| 12/23/2009 | 20514 | Wasatch Meats | $ | 5,033.87 |
| | 20515 | | $ | 236.75 |
| | 20516 | Brenda Ripley-Trustee | $ | 310.08 |
| 12/24/2009 | 20517 | Sentry West | $ | 927.00 |
| 12/26/2009 | 20518 | Shawn Barrowes | $ | 500.00 |
| 12/28/2009 | 20519 | VOIDED | | |
| 12/28/2009 | 20520 | Scott Boberek | $ | 86.43 |
| 12/28/2009 | 20521 | Brenda Ripley -Trustee | $ | 102.25 |
| 12/28/2009 | 20522 | Chase Associates | $ | 731.12 |
| 12/28/2009 | 20523 | CloudNine SL Management | $ | 6,526.21 |
| 12/28/2009 | 20524 | Comcast | $ | 1,483.21 |
| 12/28/2009 | 20525 | Data Plus Incorporated | $ | 3,824.00 |
| 12/28/2009 | 20526 | Home Depot | $ | 535.18 |
| 12/28/2009 | 20527 | Hotel Amenities Resources | $ | 1,018.02 |
| 12/28/2009 | 20528 | Living Creations | $ | 1,177.49 |
| 12/28/2009 | 20529 | Media one of Utah | $ | 7.50 |

| | | | | |
|---|---|---|---|---|
| 12/28/2009 | 20530 | Muir | $ 3,653.57 | |
| 12/28/2009 | 20531 | Park City Water | $ 1,736.01 | |
| 12/28/2009 | 20532 | Qwest | $ 1,738.61 | |
| 12/28/2009 | 20533 | Brenda Ripley | $ 60.00 | |
| 12/28/2009 | 20534 | Schindler Elevator | $ 3,870.00 | |
| 12/28/2009 | 20535 | William Shoaf | $ 183.50 | |
| 12/28/2009 | 20536 | Squire | $ 500.00 | |
| 12/28/2009 | 20537 | Gary M Stoddard | $ 375.00 | |
| 12/28/2009 | 20538 | Summit County Motor Vehicle | $ 413.00 | |
| 12/28/2009 | 20539 | Triar Seafood | $ 783.02 | |
| 12/28/2009 | 20540 | Union Square | $ 974.01 | |
| 12/28/2009 | 20541 | Universal Companies | $ 324.27 | |
| 12/28/2009 | 20542 | Whitney Advertising | $ 668.96 | |
| 12/28/2009 | 20543 | Wasatch meats | $ 4,382.21 | |
| 12/29/2009 | 20544 | VOIDED | | |
| 12/29/2009 | 20545 | Get Fresh | $ 442.89 | |
| 12/29/2009 | 20546 | Swire Coca-Cola | $ 301.20 | |
| 12/29/2009 | 20547 | Plaza Dry Cleaners | $ 35.43 | |
| 12/29/2009 | 20548 | Alsco | $ 1,895.47 | |
| 12/29/2009 | 20549 | ach- | $ 1,895.47 | |
| 12/29/2009 | 20550 | Schindler Elevator | $ 1,416.60 | |
| 12/29/2009 | 20551 | ach | $ 2,360.56 | |
| 12/29/2009 | 20552 | ach | $ 6,159.86 | |
| 12/29/2009 | 20553 | Utah State Tax Commission | $ 2,309.43 | |
| 12/29/2009 | 20554 | Wasatch Timber Products | $ 539.72 | |
| 12/29/2009 | 20555 | The Chef's Garden | $ 589.00 | |
| 12/30/2009 | 20556 | Wasatch Meats | $ 1,445.73 | |
| 12/30/2009 | 20557 | Step Saver Inc | $ 214.88 | |
| 12/30/2009 | 20558 | M&M Distributing | $ 38.20 | |
| 12/1/09 | 20325-328 | ach | | |
| 12/7/09 | 20369-70 | ach | | |
| 12/15/2009 | 20400-20421 | VOIDED printer | | |
| 12/8/2009 | ach | | | |
| 12/7/2009 | ach | Amex Discount | | -877.64 |
| 12/21/2009 | ach | Bank Fee | | -199.46 |
| 12/15/2009 | ach | BDRC 4 Site LLC (wire) | $ 33,000.00 | |
| 12/30/2009 | ach | Open Table | $ 442.65 | |
| 12/17/2009 | ach | Pay checks pr | $ 71,732.29 | |
| 12/18/2009 | ach | Pay checks pr | $ 23,258.11 | |
| 12/31/2009 | ach | Pay checks pr | $ 33,273.16 | |
| 12/3/2009 | ach | Pay checks pr | $ 87,751.59 | |
| 12/30/2009 | ach | Pay checks pr | $ 40,555.63 | |
| 12/30/2009 | ach | Pay checks pr | $ 62,817.73 | |
| 12/18/2009 | ach | Paycheck invoice | $ 517.78 | |
| 12/31/2009 | ach | Paycheck invoice | $ 525.34 | |
| 12/11/2009 | ach | Paycheck invoice | $ 237.45 | |
| 12/4/2009 | ach | Paycheck invoice | $ 439.47 | |
| 12/29/2009 | ach | Shift Four Fees | | -151.76 |
| 12/7/2009 | ach | Sysco | $ 3,588.20 | |
| 12/14/2009 | ach | Sysco | $ 7,516.57 | |
| 12/21/2009 | ach | Sysco | $ 5,201.48 | |
| 12/28/2009 | ACH | Sysco | $ 8,368.09 | |
| 12/2/2009 | ach | transfer from Lockbox | | 508870.63 |
| 12/14/2009 | ach | transfer from Lockbox | | 76300.44 |
| 12/17/2009 | ach | transfer from Lockbox | | 184017.20 |
| 12/28/2009 | ach | transfer from Lockbox | | 100617.28 |
| 12/31/2009 | ach | transfer from Lockbox | | 906166.00 |
| 12/8/2009 | ach | UDABC | $ 97.20 | |
| 12/8/2009 | ach | UDABC | $ 1,155.76 | |
| 12/4/2009 | ach | UDABC | $ 1,262.23 | |
| 12/14/2009 | ach | UDABC | $ 2,153.00 | |

| 12/14/2009 | ach | UDABC | $ 1,348.26 | |
| 12/21/2009 | ach | UDABC | $ 697.65 | |
| 12/21/2009 | ach | UDABC | $ 2,035.83 | |
| 12/28/2009 | ach | UDABC | $ 1,416.60 | |
| 12/28/2009 | ACH | UDABC | $ 5,109.40 | |
| 12/17/2009 | ach | UDABC | $ 3,426.80 | |
| 12/2/2009 | wire | Axis group | $ 19,000.00 | |
| 12/31/2009 | wire | Dorsey & Whitney | $ 63,344.79 | |
| 12/31/2009 | wire | Sidley Austin | $ 236,655.21 | |
| 12/24/2009 | wire | West LB | | 34000.00 |
| | | TOTAL | $ 1,123,150.85 | $ 1,643,513.10 |

**DEBTOR**                                          **CASE NO.**            09-29907
EASY STREET PARTNERS

### Form 2-C
### COMPARATIVE BALANCE SHEET
### For Period Ending December 31, 2009

For Period December 1 to December 31, 2009

| ASSETS | | CURRENT MONTH | | ACCUMULATED |
|---|---|---|---|---|
| **Current Assets** | | | | |
| Cash (from From 2-B, Line 5) | $ | 1,705,983.00 | $ | 1,705,983.00 |
| Accounts Recievable (from From 2-E) | $ | 454,045.00 | $ | 454,045.00 |
| Receivable from Officers, Employees, Affiliates | $ | - | $ | - |
| Inventory | $ | 362,029.00 | $ | 362,029.00 |
| Other Current Assets | $ | 1,821,737.00 | $ | 1,821,737.00 |
| Total Current Assets | $ | 4,343,794.00 | $ | 4,343,794.00 |
| **Fixed Assets** | | | | |
| Land | $ | 869,009.00 | $ | 869,009.00 |
| Building | $ | 8,437,797.00 | $ | 8,437,797.00 |
| Equipment, Furniture & Fixtrues | $ | 2,056,996.00 | $ | 2,056,996.00 |
| Total Fixed Assets | $ | - | $ | |
| Less: Accumulated Depreciation | $ | (153,276.00) | $ | (153,276.00) |
| Net Fixed Assets | $ | 11,210,526.00 | $ | 11,210,526.00 |
| Other Fixed Assets | $ | 20,824,938.00 | $ | 20,824,938.00 |
| **TOTAL ASSETS** | $ | 36,379,258.00 | $ | 36,379,258.00 |
| **LIABILITIES** | | | | |
| Post Petition Accounts Payables (Form 2-E) | $ | 204,832.02 | $ | 204,832.02 |
| Post Petition Accrued Professional Fees(Form 2-E | $ | - | $ | - |
| Post Petition Taxes Payable (Form 2-E) | $ | - | $ | - |
| Post Petition Notes Payable | $ | - | $ | - |
| Other Post Petition Payables | $ | - | $ | - |
| | $ | - | $ | - |
| Total Post Petition Liabilities | $ | 204,832.02 | $ | 204,832.02 |
| Pre Petition Liabilities | | | | |
| Secured Debt | $ | 15,164,331.00 | $ | 15,164,331.00 |
| Priority Debt | $ | - | $ | - |
| Unsecured Debt | $ | 4,022,038.27 | $ | 4,022,038.27 |
| Total Pre Petition Debt | $ | 19,186,369.27 | $ | 19,186,369.27 |
| **TOTAL LIABILITIES** | $ | 19,391,201.29 | $ | 19,391,201.29 |
| **OWNER EQUITY** | | | | |
| Owner/Stockholder Equity | $ | 17,642,707.00 | $ | 17,642,707.00 |
| Retained Earnings - Prepetition | $ | - | $ | - |
| Retained Earnings - Post Petition | $ | (654,650.00) | $ | (654,650.00) |
| TOTAL OWNERS EQUITY | $ | 16,988,057.00 | $ | 16,988,057.00 |
| **TOTAL LIABILITIES & OWNER EQUITY** | $ | 36,379,258.29 | $ | 36,379,258.29 |

DEBTOR  EASY STREET PARTNERS, LLC          CASE NO.          09-29906

## Form 2-D
### PROFIT AND LOSS STATEMENT
### For Period December 1 to December 31, 2009

| For Period December 1 to December 31, 2009 | CURRENT MONTH | ACCUMULATED |
|---|---|---|
| Gross Operating Revenues | $      538,095.00 | $  1,198,014.00 |
| Less: Discounts, Returns, Allowances |  | $                - |
| **Net Operating Revenue** | $      538,095.00 | $  1,198,014.00 |
| Cost of Goods Sold | $        75,389.00 | $      172,650.00 |
| **Gross Profits** | $      462,706.00 | $  1,025,364.00 |
|  |  |  |
| Operating Expenses |  |  |
| Officer Compensation | $                - | $                - |
| Selling, General & Administrative | $        77,252.00 | $      207,500.00 |
| Rents & Leases | $          9,885.00 | $        25,308.00 |
| Depreciation, Depletion, & Amortization |  | $                - |
| Others | $      273,578.00 | $      722,858.00 |
| Total Operating Expenses | $      360,715.00 | $      955,666.00 |
|  |  |  |
| **Operating Income (Loss)** | $      101,991.00 | $        69,698.00 |
|  |  |  |
| Non Opearating Income and Expenses |  |  |
| Other Non Operating Expenses | $                - | $        17,521.00 |
| Gains (Losses) on Sale of Assets | $                - | $                - |
| Interest Income |  | $             882.00 |
| Interest Expense | $        34,000.00 | $      102,000.00 |
| Owner Rental Commissions | $          6,641.00 | $        49,703.00 |
| HOA Dues - Residential & Commercial |  | $      183,610.00 |
| Net Non Operating Income or (Expenses) | $        40,641.00 | $      353,716.00 |
|  |  |  |
| Reorganization Expenses |  |  |
| Legal & Professional Expenses | $      716,000.00 | $      757,739.00 |
| Other Reorganizational Expenses | $                - | $        24,092.00 |
| Total Reorganizational Expenses | $      716,000.00 | $      781,831.00 |
|  |  |  |
| **Net Income (loss) Before Income Taxes** | $      (654,650.00) | $ (1,065,849.00) |
|  |  |  |
| Federal & State Income Tax Expense (Benefit) | $                - | $                - |
| **NET INCOME (LOSS)** | $      (654,650.00) | $ (1,065,849.00) |

(1) Accumulated totals include all revenues and expenses since the petition date.

DEBTOR                Easy Street Partners,LLC    **CASE NO.**    09-29907

## Form 2-E
## SUPPORTING SCHEDULES
### For Period Dec 1,2009  to Dec 31,2009

### POST PETITION TAXES PAYABLE SCHEDULE

| | Beginning Balance | Amount Accrued | Amount Paid | Date Paid | Check Number | Ending Balance |
|---|---|---|---|---|---|---|
| Income Tax Withheld | | | | | | |
| Federal | $  4,529.64 | $   23,800.24 | $   18,092.93 | 11/21/13 | Bank Debit | $   10,236.95 |
| State | $  2,446.48 | $   12,307.05 | $    9,756.98 | 11/21/13 | Bank Debit | $    4,996.55 |
| FICA Tax Withheld | $  6,217.69 | $   24,462.58 | $   21,470.86 | 11/21/13 | Bank Debit | $    9,209.41 |
| Employeers Fica Tax | $  6,217.74 | $   24,462.53 | $   21,470.86 | 11/21/13 | Bank Debit | $    9,209.41 |
| Unemployment Tax | | | | | | |
| Federal | $    177.56 | $    1,655.56 | $      760.31 | 11/21/13 | Bank Debit | $    1,072.81 |
| State | $  1,695.88 | $    7,920.95 | $    6,264.38 | 11/21/13 | Bank Debit | $    3,352.45 |
| Sales,Use & Excise Ta | $ 12,047.34 | $   42,905.35 | $   12,047.34 | 12/31/09 | 20509 | $   42,905.35 |
| Property Tax | | | | | checks | $        - |
| Accured Income Tax | Not availalbe at this time - Information Pending | | | | | |
| Federal | | | | | | |
| State | | | | | | |
| Other | | | | | | |
| TOTALS | $ 33,332.33 | $  137,514.26 | $   89,863.66 | | | $   80,982.93 |

### INSURANCE SCHEDULE

| | Carrier | Amount of Coverage | Expiration Date | Premium Paid Through |
|---|---|---|---|---|
| Workers Compensatio | American Liberty Insurance | See exhibit 5 | 12/2/2014 | |
| General Liability | Sentry West | See exhibit 6 | | |
| Property (Fire Theft) | Sentry West | See exhibit 6 | | |
| Vehicle | Sentry West | See exhibit 6 | 11/27/2014 | |
| Others (Directors Liab | Sentry West | | 11/28/2014 | |
| | | $         - | | |

DEBTOR        EASY STREET PARTNERS,LLC   **CASE NO.**   09-29907

**Form 2-E**
**SUPPORTING SCHEDULES**
**For Period Dec 1,2009 to Dec 31,2009**

**ACCOUNTS RECEIVABLE & POST PETITION PAYABLE SCHEDULE**

| DUE | ACCOUNTS RECEIVABLE | POST PETTITION ACCOUNTS PAYABLE |
|---|---|---|
| Under 30 Days | $ 454,045.00 | 204,832.02 |
| 31 t0 60 Days | | |
| 61 to 90 Days | | |
| 91 to 120 Days | | |
| Over 120 Days | | |
| **TOTAL POST PETITION** | $ 454,045.00 | |
| | | |
| **PRE PETITION AMOUNT** | $ 116,174.28 | |
| | | |
| Total Accounts Receivable | $ 570,219.28 | |
| Less: Bad Debt Reserve | | |
| Net Accounts Receivable | $ 570,219.28 | |

Total Post Petition
Accounts Payable  $       204,832.02

**\*Attach a detail listing accounts receivable and post petition accounts payable**

**SCHEDULE OF PAYMENTS TO ATTORNEYS & OTHER PROFESSIONALS**

| | Month End Retainer Balance | Current Month's Accrual | Paid in Current Month | Date of Court Approval | | Month End Balance Due* |
|---|---|---|---|---|---|---|
| Debtor's Counsel | | ** Information pending at time of submittal | | | | |
| Counsel for Unsecured Creditors Committee | | ** Information pending at time of submittal | | | | |
| Trustee Counsel | | ** Information pending at time of submittal | | | | |
| Accountant | | ** Information pending at time of submittal | | | | |
| Other | | ** Information pending at time of submittal | | | | |
| Total | $      - | $      - | $      - | | | $      - |

**Schedule of Payments & Transfers to Principals / Executives\*\***

| Payee Name | Position | Nature of Payment | Amount |
|---|---|---|---|
| None | | | |

\*\* List payments and transfers of any kind and in any form made to or for the benefit of any proprietor owner, partner, officer, or director.

**CLOUDNINE RESORTS - SKY LODGE MANAG - M470
LLC
1816 PROSPECTOR AVE STE 100
PARK CITY, UT 84060-7481**

CHECK DATE : 12/18/2009  WEEK 50
PERIOD BEGIN : 11/30/2009
PERIOD END : 12/13/2009

Dear Paychex Preview Client,

Enclosed are your payroll reports and checks.  Please verify that all information is accurate and correct.
If there are any questions or concerns, please contact us immediately.

If you have tax deposits due, ensure the deposits are made on or before the due date to avoid
penalties.  We will assume that these deposits were made on the due dates and they will be reflected
on your returns accordingly.

Please contact us for more information on special reports, Taxpay, Direct Deposit, Readychex,
Check Signing and Stuffing, 401K Reporting, Time Off Accrual Tracking, Timeclock, GL Interfacing,
Garnishment Payment Services (GPS), Online W-2 Service, Workers' Compensation Payment Service (WCPS)
and many other Preview features.

**PAYROLL TOTALS**

| | | | |
|---|---|---|---|
| DIRECT DEPOSIT DEBITED FROM YOUR ACCOUNT | 34692.21 | | |
| READYCHEX DEBITED FROM YOUR ACCOUNT | 37040.08 | NUMBER OF PAYROLL CHECKS | 106 |
| MANUAL CHECKS | 1209.76 | | |
| **TOTAL NET PAYROLL** | 72942.05 | | |
| BILLING PAYMENT | 517.78 | Withdrawal made by PAYCHEX INC. on above check date. | |
| AMOUNT DEBITED FROM GPS ACCOUNT(S) | 0.00 | | |
| AMOUNT DEBITED FROM TAX ACCOUNT | 23258.11 | | |
| TOTAL TAX LIABILITY DUE BY CLIENT | 0.00 | | |
| **TOTAL TAX LIABILITY** | 23258.11 | **NUMBER OF CHECKS PRINTED** | 106 |
| **TOTAL NET PAYROLL, TAX LIABILITY,** | | | |
| **AND SERVICES** | 96200.16 | | |
| **TOTAL COST OF PAYROLL** | 96717.94 | NUMBER OF MANUAL/VOID TRANSACTIONS | 2 |

| AGENCY | TOTALS | |
|---|---|---|
| GPS | 0.00 | Deposit made by PAYCHEX INC. on your behalf. |
| NON-GPS | 0.00 | You are responsible for making the deposit on or before the due date. |

**TAX DEPOSITS DUE**

| TAX AGENCY | TAXPAY | NON-TAXPAY | DUE DATE | |
|---|---|---|---|---|
| FEDERAL | 18552.31 | | 12/23/2009 | Deposit made by PAYCHEX INC. on your behalf. |

**CLOUDNINE RESORTS - SKY LODGE MANAG - M470
LLC**
**1816 PROSPECTOR AVE STE 100**
**PARK CITY, UT 84060-7481**

CHECK DATE :   12/31/2009  WEEK 52
PERIOD BEGIN :  12/14/2009
PERIOD END :    12/27/2009

Dear Paychex Preview Client,

Enclosed are your payroll reports and checks.  Please verify that all information is accurate and correct.
If there are any questions or concerns, please contact us immediately.

If you have tax deposits due, ensure the deposits are made on or before the due date to avoid
penalties.  We will assume that these deposits were made on the due dates and they will be reflected
on your returns accordingly.

Please contact us for more information on special reports, Taxpay, Direct Deposit, Readychex,
Check Signing and Stuffing, 401K Reporting, Time Off Accrual Tracking, Timeclock, GL Interfacing,
Garnishment Payment Services (GPS), Online W-2 Service, Workers' Compensation Payment Service (WCPS)
and many other Preview features.

**PAYROLL TOTALS**

| | | | |
|---|---|---|---|
| DIRECT DEPOSIT DEBITED FROM YOUR ACCOUNT | 40555.63 | | |
| READYCHEX DEBITED FROM YOUR ACCOUNT | 62817.73 | NUMBER OF PAYROLL CHECKS | 117 |
| MANUAL CHECKS | 733.06 | | |
| **TOTAL NET PAYROLL** | 104106.42 | | |
| BILLING PAYMENT | 525.34 | Withdrawal made by PAYCHEX INC. on above check date. | |
| AMOUNT DEBITED FROM GPS ACCOUNT(S) | 0.00 | | |
| AMOUNT DEBITED FROM TAX ACCOUNT | 33273.16 | | |
| TOTAL TAX LIABILITY DUE BY CLIENT | 0.00 | | |
| **TOTAL TAX LIABILITY** | 33273.16 | **NUMBER OF CHECKS PRINTED** | 117 |
| **TOTAL NET PAYROLL, TAX LIABILITY,** | | | |
| **AND SERVICES** | 137379.58 | | |
| **TOTAL COST OF PAYROLL** | 137904.92 | NUMBER OF MANUAL/VOID TRANSACTIONS | 2 |

| AGENCY | TOTALS | |
|---|---|---|
| GPS | 0.00 | Deposit made by PAYCHEX INC. on your behalf. |
| NON-GPS | 0.00 | You are responsible for making the deposit on or before the due date. |

**TAX DEPOSITS DUE**

| TAX AGENCY | TAXPAY | NON-TAXPAY | DUE DATE | |
|---|---|---|---|---|
| FEDERAL | 25517.24 | | 01/06/2010 | Deposit made by PAYCHEX INC. on your behalf. |
| STATE - UT | 9756.98 | | 02/01/2010 | Deposit made by PAYCHEX INC. on your behalf. |

# PAYROLL TAX REPORT
Document CHECK DATE 01/14/2010   WEEK 2        01/11/2010

**CLOUDNINE RESORTS - SKY LODGE MANAG - M470** PERIOD BEGIN 12/28/2009  PERIOD END 01/10/2010   PAGE   1

| TAX TYPE | RATE | TAX-ID | AMOUNT | WAGES | # EMPLS | FREQ |
|----------|------|--------|--------|-------|---------|------|
| **TAX INFORMATION** | | | | | | |
| FEDERAL TAXES | | | | | | |
| FEDERAL WITHHOLDING | | 20-4502918 | 10236.95 | 134097.81 | 118 | SEMI-WEEKLY |
| EMPLOYEE OASDI | 0.06200000 | 20-4502918 | 7463.84 | 120384.47 | 103 | |
| EMPLOYEE MEDICARE | 0.01450000 | 20-4502918 | 1745.57 | 120384.47 | 103 | |
| EMPLOYER OASDI | 0.06200000 | 20-4502918 | 7463.84 | 120384.47 | 103 | |
| EMPLOYER MEDICARE | 0.01450000 | 20-4502918 | 1745.57 | 120384.47 | 103 | |
| **FEDERAL 941 LIABILITY** | | | 28655.77 | | | |
| | | | | | | |
| EMPLOYER FUI | 0.00800000 | 20-4502918 | 1072.78 | 134097.81 | 118 | QUARTERLY |
| **TOTAL FEDERAL TAXES** | | | 29728.55 | | | |
| | | | | | | |
| STATE WITHHOLDING | | | | | | |
| UT STATE WITHHOLDING | | 12557004004WTH | 4996.55 | 134097.81 | 118 | SEMI-WEEKLY |
| **TOTAL STATE WITHHOLDING** | | | 4996.55 | | | |
| | | | | | | |
| EMPLOYER SUI | | | | | | |
| UT EMPLOYER SUI | 0.02500000 | 2-366611-2 | 3352.45 | 134097.81 | 118 | QUARTERLY |
| **TOTAL EMPLOYER SUI** | | | 3352.45 | | | |
| | | | | | | |
| | | | | | | |
| **TOTAL EMPLOYEE TAXES** | | | 24442.91 | | | |
| **TOTAL EMPLOYER TAXES** | | | 13634.64 | | | |
| | | | ============ | | | |
| **TOTAL TAX LIABILITY** | | | 38077.55 | | | |
| | | | | | | |
| **TOTAL AMOUNT DEBITED FROM YOUR TAX ACCOUNT** | | | 38077.55 | | | |
| **TOTAL LIABILITY YOU ARE RESPONSIBLE FOR** | | | 0.00 | | | |

**PLEASE VERIFY ALL DEPOSIT FREQUENCIES AND TAX RATES FOR ACCURACY**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | | |
|---|---|---|
| **PAYROLL INFORMATION** | | |
| DIRECT DEPOSIT | 49963.49 | |
| READYCHEX CHECKS | 58966.04 | |
| MANUAL CHECKS | 0.00 | |
| VOID CHECKS | 0.00 | |
| | ============ | |
| **TOTAL NET PAYROLL** | 108929.53 | |
| | | |
| GARNISHMENT PAYMENT SERVICE | 0.00 | |
| AGENCY CHECKS | 0.00 | |
| BILLING PAYMENT | 1964.38 | |
| | ============ | |
| | | |
| **TOTAL COST OF PAYROLL** | 148971.46 | |

Easy Street Partners, LLC
Case NO: 09-29907

Exhibit 6

General Liability Insurance
Property (fire, theft)
Vehicle

# The Union Square Owners Association
## dba: The Sky Lodge
## 2009-2010 Insurance Summary

| | | |
|---|---|---|
| **Buildings** | Blanket Buildings & Contents | $31,605,000 |
| | Business Income | $100,000 |
| | Equipment Breakdown | $36,605,000 |
| | Special Form Coverage | |
| | Property Deductible | $5,000 |
| | Agreed Value | |
| | No Coinsurance | |
| | Extended Replacement Cost Endorsement | |
| | Business Personal Property | $5,000,000 |
| | Fungus, Rot, Bacteria | $100,000 |
| | Earthquake | $10,000,000 |
| | Earthquake Deductible | $100,000 |
| **Fidelity Bond** | Employee Dishonesty | $100,000 |
| **General Liability** | General Aggregate | $3,000,000 |
| | Products & Completed Operations | $3,000,000 |
| | Personal & Advertising Injury | $1,000,000 |
| | Each Occurrence | $1,000,000 |
| | Fire Damage Liability | $100,000 |
| | Medical Expense | $5,000 |
| | Non Owned / Hired Auto Liability | $1,000,000 |
| | Swimming Pool Liability | $1,000,000 |
| **Total Annual Premium** | | $37,577 |
| **Insurance Company** | Philadelphia Insurance Company | |
| **Flood** | Building Coverage | $5,000,000 |
| | Deductible | $5,000 |
| **Total Annual Premium** | | $5,125 |
| **Insurance Company** | National Flood 3/19/10 | |

**Umbrella Liability Policy**                                          $10,000,000

**Annual Premium**                                              $  1,719.00

**Insurance Company**         National Union Fire

**Directors & Officers**      Limit of Liability                  $2,000,000
                              Each Loss                           $2,000,000
                              Each Policy Year                    $2,000,000
                              Deductible                              $2,500

**Total Annual Premium**      (Annual Installment) 2009-2010          $2,217

**Insurance Company**         Travelers Casualty & Surety Company

COMMERCIAL INSURANCE

FOR

# The Sky Lodge

POLICY PERIOD
11/27/09 to 11/27/10

COMMERCIAL PACKAGE POLICY

PRESENTED BY
**CELIA NASH**

**SENTRY WEST INSURANCE SERVICES**
3860 South 2300 East
Salt Lake City, UT 84109
Phone (801) 272-8468 Fax (801) 277-3511



# Philadelphia Indemnity Insurance Company

One Bala Plaza, Suite 100, Bala Cynwyd, Pennsylvania 19004

## COMMON POLICY DECLARATIONS

**Policy Number:** PHPK485852

**Named Insured and Mailing Address:**
The Sky Lodge; The Union Square Owners A
PO Box 683300
Park City, UT 84068-3300

**Producer:** 12661
Sentry West Insurance Services
P.O. Box 9289
Salt Lake City, UT 84109

**Policy Period From:** 11/27/2009 **To:** 11/27/2010

at 12:01 A.M. Standard Time at your mailing
address shown above.

**Business Description:** Condominium Association

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS
POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS
INDICATED.  THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.

|  | PREMIUM |
|---|---|
| Commercial Property Coverage Part | |
| Commercial General Liability Coverage Part | 2,629.00 |
| Commercial Crime Coverage Part | |
| Commercial Inland Marine Coverage Part | |
| Commercial Auto Coverage Part | 212.00 |
| Businessowners | |
| Workers Compensation | |
| UltimateCover Property Coverage Part | 34,736.00 |

| Total | $  37,577.00 |
|---|---|
| Total Includes Federal Terrorism Risk Insurance Act Coverage | 624.00 |

FORM (S) AND ENDORSEMENT (S) MADE A PART OF THIS POLICY AT THE TIME OF ISSUE
Refer To Forms Schedule

*Omits applicable Forms and Endorsements if shown in specific Coverage Part/Coverage Form Declarations

CPD- PIIC (01/07)

11-11-2009

Countersignature Date

Authorized Representative

Philadelphia Indemnity Insurance Company

Form Schedule – Policy

**Policy Number:** PHPK485852

## Forms and Endorsements applying to this Coverage Part and made a part of this policy at time of issue:

| Form | Edition | Description |
|------|---------|-------------|
| BJP-190-1 | 1298 | Commercial Lines Policy Jacket |
| CPD-PIIC | 0107 | Common Policy Declarations |
| Location Schedule | 0100 | Location Schedule |
| Additional Insured Schedule | 0100 | Additional Insured Schedule |
| PP 0701 | 0701 | Privacy Policy Notice |
| PI-BELL-1 | 0907 | Bell Endorsement |
| IL0017 | 1198 | Common Policy Conditions |
| IL0021 | 0908 | Nuclear Energy Liability Exclusion Endorsement |
| IL0266 | 0908 | Utah Changes - Cancellation and Nonrenewal |
| IL0985 | 0108 | Disclosure Pursuant to Terrorism Risk Insurance Act |
| PI-CME-1 | 0807 | Crisis Management Enhancement Endorsement |

# Philadelphia Indemnity Insurance Company

## Locations Schedule

Policy Number: PHPK485852

| Prems. No. | Bldg. No. | Address |
|---|---|---|
| 001 | 001 | 201 Heber Ave<br>Park City, UT 84068 |
| 001 | 002 | 201 Heber Ave<br>Park City, UT 84068 |

Philadelphia Indemnity Insurance Company

## Additional Insured Schedule

**Policy Number:** PHPK485852


Additional Insured

Park City Restaurant Association
PO Box 3162
Park City, UT 84060-3162

CG2026 - UT - Loc #1

Additional Insured

Park City Jazz Foundation
PO Box 680720
Park City, UT 84068-0720

CG2026 - UT - Loc #1

# Philadelphia Indemnity Insurance Company

## COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS

Policy Number: PHPK485852

Agent #  12661

☒ See Supplemental Schedule

## LIMITS OF INSURANCE

| | | |
|---|---|---|
| $ | 3,000,000 | General Aggregate Limit (Other Than Products – Completed Operations) |
| $ | 3,000,000 | Products/Completed Operations Aggregate Limit  (Any One Person Or Organization) |
| $ | 1,000,000 | Personal and Advertising Injury Limit |
| $ | 1,000,000 | Each Occurrence Limit |
| $ | 100,000 | Rented To You Limit |
| $ | 5,000 | Medical Expense Limit (Any One Person) |

FORM OF BUSINESS:  ASSOCIATION

Business Description: Condominium Association

Location of All Premises You Own, Rent or Occupy:      SEE SCHEDULE ATTACHED

AUDIT PERIOD, ANNUAL, UNLESS OTHERWISE STATED: N/A

| | | | Rates | | Advance Premiums | |
|---|---|---|---|---|---|---|
| Classifications | Code No. | Premium Basis | Prem./ Ops. | Prod./ Comp. Ops | Prem./ Ops. | Prod./ Comp. Ops. |
| SEE SCHEDULE ATTACHED | | | | | | |

| | | |
|---|---|---|
| TOTAL PREMIUM FOR THIS COVERAGE PART: | $   2,629.00 | $ |

### RETROACTIVE DATE (CG 00 02 ONLY)

This insurance does not apply to "Bodily Injury", "Property Damage", or "Personal and Advertising Injury" which occurs before the retroactive date, if any, shown below.

Retroactive Date: _____

FORM (S) AND ENDORSEMENT (S) APPLICABLE TO THIS COVERAGE PART: Refer To Forms Schedule

_____        _____
Countersignature Date                      Authorized Representative

Philadelphia Indemnity Insurance Company

Form Schedule – General Liability

Policy Number: PHPK485852

Forms and Endorsements applying to this Coverage Part and made a part of this policy at time of issue:

| Form | Edition | Description |
|---|---|---|
| CGP011 | 0509 | Recording and Distribution of Material or Information |
| Gen Liab Dec | 1004 | Commercial General Liability Coverage Part Declaration |
| Gen Liab Schedule | 0100 | General Liability Schedule |
| CG0001 | 1207 | Commercial General Liability Coverage Form |
| CG0068 | 0509 | Recording and Distribution of Material or Information |
| CG0186 | 1204 | Utah Changes |
| CG2004 | 1185 | Addl Ins - Condominium Unit Owners |
| CG2026 | 0704 | Addl Ins - Designated Person or Organization |
| CG2146 | 0798 | Abuse Or Molestation Exclusion |
| CG2147 | 1207 | Employment-Related Practices Exclusion |
| CG2167 | 1204 | Fungi or Bacteria Exclusion |
| CG2170 | 0108 | Cap on Losses From Certified Acts of Terrorism |
| CG2402 | 1204 | Binding Arbitration |
| PI-CO-5 | 0403 | Exclusion - Subsidence |
| PI-CO-6 | 1106 | General Liability Deluxe Endt: Condominium Association |
| PI-GL-001 | 0894 | Exclusion - Lead Liability |
| PI-GL-002 | 0894 | Exclusion - Asbestos Liability |

# Philadelphia Indemnity Insurance Company

## COMMERCIAL GENERAL LIABILITY COVERAGE PART
### SUPPLEMENTAL SCHEDULE

Policy Number:  PHPK485852

Agent #  12661

| Classifications | Code No. | Premium Basis | | Rates | | Advance Premiums | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Prem./ Ops. | Prod./ Comp. Ops. | Prem./ Ops. | Prod./ Comp. Ops. |
| UT      PREM NO. 001 CONDO-RESIDENTIAL | 62003 | 22 | UNIT | 43.264 | INCL | 956 | INCL |
| PROD/COMP OP SUBJ TO GEN AGG LIMIT | | | | | | | |
| UT      PREM NO. 001 CONDO-COMM'L-BANK/MERC/MFG | 62000 | 19,514 | AREA | 45.653 | INCL | 899 | INCL |
| PROD/COMP OP SUBJ TO GEN AGG LIMIT | | | | | | | |
| UT      PREM NO. 001 SWIMMING POOL-NOC | 48925 | 1 | POOL | 771.095 | INCL | 774 | INCL |
| PROD/COMP OP SUBJ TO GEN AGG LIMIT | | | | | | | |

# Philadelphia Indemnity Insurance Company

POLICY NUMBER: PHPK485852

COMMERCIAL AUTO
CA DS 03 03 06

## BUSINESS AUTO DECLARATIONS

ITEM ONE

**Named Insured and Mailing Address:**
The Sky Lodge; The Union Square Owners A
PO Box 683300
Park City, UT 84068-3300

| Policy Period | |
|---|---|
| **From:** 11/27/2009 | |
| **To:** 11/27/2010 | At 12:01 A.M. Standard Time at your mailing address. |
| **Previous Policy Number:** PHPK356823 | |

**Form Of Business:** ASSOCIATION

In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.

| Premium shown is payable at inception: $ | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Audit Period (If Applicable):** | ☐ | Annually | ☐ | Semi-Annually | ☐ | Quarterly | ☐ Monthly |

| Endorsements Attached To This Policy: |
|---|
| **See Schedule Attached** |
| |
| |

| Countersignature Of Authorized Representative |
|---|
| Name: |
| Title: |
| Signature: |
| Date: |

## ITEM TWO

**Schedule Of Coverages And Covered Autos**
This policy provides only those coverages where a charge is shown in the premium column below. Each of these coverages will apply only to those "autos" shown as covered "autos". "Autos" are shown as covered "autos" for a particular coverage by the entry of one or more of the symbols from the Covered Autos Section of the Business Auto Coverage Form next to the name of the coverage.

| Coverages | Covered Autos | Limit | Premium |
|---|---|---|---|
| Liability | 08, 09 | $ 1,000,000        CSL | $           211 |
| Personal Injury Protection (Or Equivalent No-Fault Coverage) | | Separately Stated In Each Personal Injury Protection Endorsement Minus $              Deductible. | $ |
| Added Personal Injury Protection (Or Equivalent Added No-Fault Coverage) | | Separately Stated In Each Added Personal Injury Protection Endorsement. | $ |
| Property Protection Insurance (Michigan Only) | | Separately Stated In The Property Protection Insurance Endorsement Minus $              Deductible For Each Accident. | $ |
| Auto Medical Payments | | $ | $ |
| Medical Expense And Income Loss Benefits (Virginia Only) | | Separately Stated In Each Medical Expense And Income Loss Benefits Endorsement. | $ |
| Uninsured Motorists | | $ | $ |
| Underinsured Motorists (When Not Included In Uninsured Motorists Coverage) | | $ | $ |

© ISO Properties, Inc., 2005                    CA DS 03 03 06        □

Philadelphia Indemnity Insurance Company

Form Schedule – Commercial Auto

**Policy Number:** PHPK485852

Forms and Endorsements applying to this Coverage Part and made a part of this policy at time of issue:

| Form | Edition | Description |
|------|---------|-------------|
| CADS03 | 0306 | Business Auto Declarations |
| Hired or Borrowed Auto Sche | 0706 | Schedule of Hired or Borrowed Covered Auto |
| CA0001 | 0306 | Business Auto Coverage Form |
| CA2356 | 1102 | Cap on Losses From Certified Acts of Terrorism |

PI-ULTD-002 11.98

# ULTIMATECOVER
## PROPERTY COVERAGE PART DECLARATIONS

Policy Number  PHPK485852

Effective Date:  11/27/2009
Expiration Date:  11/27/2010
12:01 a.m., Standard Time

☐  Extension of Declarations is attached

## Business Description

Condominium Association

## Description of Premises

| Prem. No. | Bldg. No. | Location, Construction and Occupancy | |
|---|---|---|---|
| 0001 | 0001 | 201 Heber Ave<br>Park City, UT 84068<br>CONDOMINIUMS | MODIFIED FIRE RESISTIVE |
| 0001 | 0002 | 201 Heber Ave<br>Park City, UT 84068<br>CONDOMINIUMS | MODIFIED.FIRE RESISTIVE |

## Limits of Insurance

Insurance applies only for coverage for which a Limit of Insurance is shown.

### Property at Specified Premises

| Prem. No. | Bldg. No. | Your Business Personal Property | Personal Property of Others | Buildings |
|---|---|---|---|---|
| 0001 | 0001 | $    5,000,000 | | BKT #1 |
| 0001 | 0002 | | | BKT #1 |

PI-ULTD-002 11.98

Personal Property at Location not Specifically Identified: $100,000, unless a higher limit is shown on the Additional Coverage Summary Declarations.

Personal Property in Transit: $50,000, unless a higher limit is shown on the Additional Coverage Summary Declarations.

These declarations are part of the policy declarations containing the Name of the Insured and the policy period.

## Applications of Limits

☐ Specific                        ☒ Blanket - See Form PI-ULTD-006
☐ Exceptions:

## Deductibles

Building $    5,000        Business Personal Property $    5,000      Transit $    5,000

## Coinsurance

☐ 80%        ☐ 90%        ☐ 100%        ☒ Agreed Value      _X_ Extended RC

## Mortgage Holders

Prem. No.      Bldg. No.      Mortgage Holder Name and Address

SEE SCHEDULE ATTACHED

## Forms and Endorsement

Forms and endorsements applying to this Coverage Part and made part of this policy at time of issue:

See Schedule of Forms and Endorsements, PI-ULTD-004, attached.

## Premium

Premium for this Coverage Part $    34,736.00

Page 2 of 2

PI-ULTD-005 11.98

# ADDITIONAL COVERAGE SUMMARY DECLARATIONS

**Policy Number**

As per the Property Coverage Part Declarations this Coverage Part provides the following Additional Coverages and Coverage Extensions, subject to the Limits of Insurance shown below.

| | Limits of Insurance |
|---|---|
| Brands and Labels | Included in Policy Limits |
| Claim Expenses | $   10,000 |
| Contract Penalty Clause | $   25,000 |
| Computer Property | Included in Personal Property Limits |
| Excavation and Landscaping | $   25,000 |
| Fine Arts | $   25,000 |
| Fines for False Alarms | $     5,000 |
| Fire Department Service Charge | $   50,000 |
| Fire, Sprinkler or Burglar Alarm Upgrade | $   50,000 |
| Fish in Aquariums | $     1,000 |
| Glass | Included in Policy Limits |
| Guard Dogs | $     1,000 |
| Lost Key Replacement | $     2,500 |
| Newly Acquired Property | $1,000,000 Blanket Limit Real and Personal Property |
| New Construction | $   500,000 |
| Ordinance or Law – Undamaged Portion | Included in Building Limit |
| Ordinance or Law – Demolition | $   300,000 |
| Ordinance or Law – Increased Cost of Construction | $   300,000 |
| Personal Effects – Portable Electronic Equipment – Away from Premises | $     1,000 |
| Personal Effects - Premises | $   25,000 |
| Personal Effects – Spouses | $        500 |
| Personal Effects – Worldwide | $     1,000 |
| Pollutant Cleanup and Removal | $   25,000 |
| Precious Metals | $     2,500 |
| Signs | Included in Personal Property Limits |
| Theft Damage to Building | Included in Personal Property Limits |
| Utility Service | $   10,000 |
| Voluntary Parting | $   10,000 |

For the Additional Coverages and Coverage Extensions shown below, if a Superceding Limit of Insurance is shown, that Superceding Limit is the applicable Limit of Insurance.

| | Limits of Insurance | Superseding Limits |
|---|---|---|
| Accounts Receivable | $   250,000 | $ |
| Arson Reward | $   25,000 | $ |
| Computer Virus Extraction Expense | $     2,500 | $ |
| Consequential Damage | $   25,000 | $ |
| Debris Removal | $   250,000 | $ |
| Personal Property in Transit | $   50,000 | $ |
| Personal Property at Locations not Specifically Identified | $   100,000 | $ |
| Valuable Papers and Records – Cost of Research | $   250,000 | $ |

Page 1 of 1

Philadelphia Indemnity Insurance Company

Form Schedule – UltimateCover

**Policy Number:** PHPK485852

Forms and Endorsements applying to this Coverage Part and made a part of this policy at time of issue:

| Form | Edition | Description |
|---|---|---|
| CP P 003 | 0706 | Excl of Loss Due to Virus or Bacteria Advisory Notice |
| PI-ULTD-002 | 1198 | Property Coverage Part Declarations |
| PI-ULTD-005 | 1198 | Additional Coverage Summary Declarations |
| PI-ULTD-006 | 1198 | UltimateCover Program Blanket Limits |
| CP0090 | 0788 | Commercial Property Conditions |
| CP0127 | 0396 | Utah Changes |
| CP0140 | 0706 | Exclusion of Loss Due to Virus or Bacteria |
| PI-SP-M-B | 1005 | Exclusion of Certain Earthquake Coverage |
| PI-ULT-007 | 1198 | Property Coverage Form |
| PI-ULT-008 | 1198 | Causes of Loss Form |
| PI-ULT-009 | 1198 | Crime Coverage Form |
| PI-ULT-015 | 1198 | Agreed Value Endorsement |
| PI-ULT-019 | 0906 | Earthquake Endorsement |
| PI-ULT-023 | 0701 | Boiler and Machinery Endorsement |
| PI-ULT-030 | 0605 | Condominium Association Coverage Endorsement |
| PI-ULT-072 | 0502 | Limitations on Fungus, Wet Rot, Dry Rot and Bacteria |
| PI-ULT-085 | 0108 | Cap on Losses From Certified Acts of Terrorism |
| PI-ULT-088 | 0204 | Changes - Electronic Data |
| PI-ULT-093 | 1106 | Elite Property Enhancement: Condominium Association |
| PI-ULT-095 | 1106 | Extended Replacement Cost |
| PI-MANU-1 | 0100 | PI-ULT-072, LIMITATIONS ON FUNGUS, WET ROT, DRY ROT AND BACTERIA |

# UltimateCover Program
## Blanket Limits

Policy Number: PHPK485852                                          Agent # 12661

ULTIMATECOVER PROPERTY – BLANKET STATEMENT OF VALUES

| Blanket No. | Coverage | Limit of Insurance | Co-Insurance |
|---|---|---|---|
| 1 | Building | $  31,605,000 | 100% |

These declarations are part of the policy declarations containing the name of the insured and the policy period.

POLICY NUMBER:   PHPK485852

COMMERCIAL GENERAL LIABILITY
CG 20 26 07 04

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED – DESIGNATED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

| Name Of Additional Insured Person(s) Or Organization(s) |
|---|
| Park City Jazz Foundation |
| |
| |
| |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by your acts or omissions or the acts or omissions of those acting on your behalf:

A. In the performance of your ongoing operations; or

B. In connection with your premises owned by or rented to you.

© ISO Properties, Inc., 2004      Page 1 of 1      ☐

POLICY NUMBER:   PHPK485852

COMMERCIAL GENERAL LIABILITY
CG 20 26 07 04

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED – DESIGNATED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

SCHEDULE

| Name Of Additional Insured Person(s) Or Organization(s) |
| --- |
| Park City Restaurant Association |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by your acts or omissions or the acts or omissions of those acting on your behalf:

A. In the performance of your ongoing operations; or

B. In connection with your premises owned by or rented to you.

© ISO Properties, Inc., 2004

POLICY NUMBER: PHPK485852

CRIME AND FIDELITY
CR 25 02 05 06

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# INCLUDE DESIGNATED AGENTS AS EMPLOYEES

This endorsement modifies insurance provided under the following:

COMMERCIAL CRIME COVERAGE FORM
COMMERCIAL CRIME POLICY
EMPLOYEE THEFT AND FORGERY POLICY
GOVERNMENT CRIME COVERAGE FORM
GOVERNMENT CRIME POLICY

and applies to the Employee Theft Insuring Agreement:

### SCHEDULE

| Capacity Of Agent | Limit Of Insurance |
|---|---|
| Property Managers | $ |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

1. The definition of "Employee" is amended to include each natural person, partnership or corporation you appoint in writing to act as your agent in the capacity shown in the Schedule while acting on your behalf or while in possession of covered property. These natural persons, partnerships or corporations are not covered for faithful performance of duty, even in the event that this insurance may have been amended by endorsement to provide such coverage on other "employees". Only coverage for "theft" applies to the agents scheduled above.

2. Each such agent and the partners, officers and employees of that agent are considered to be, collectively, one "employee" for the purposes of this insurance. However, the Termination As To Any Employee Condition applies individually to each of them.

3. The most we will pay under this insurance for loss caused by an agent included as an "employee" by this endorsement is the Limit of Insurance shown in the Schedule. That Limit of Insurance is part of, not in addition to, the Limit of Insurance shown in the Declarations as applicable to the Employee Theft Insuring Agreement.

PI-ULT-009 11.98

# CRIME COVERAGE FORM

Various provisions in the policy restrict coverage.  Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this Coverage Form the words **"you"** and **"your"** refer to the Named Insured shown in the Declarations.  The words **"we"**, **"us"**, and **"our"** refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning.  Refer to Section G., **Definitions**.

## Coverage Summary

|  | Basic Limit Of Insurance | Basic Deductible | Superseding Limit Of Insurance | Superseding Deductible |
|---|---|---|---|---|
| **"Money"** and **"Securities"**- Inside the Premises | $ 5,000 | $ 500 | $ | $ |
| **"Money"** and **"Securities"**- Outside the Premises | $ 5,000 | $500 | $ | $ |
| Money Orders and Counterfeit Paper Currency | $ 5,000 | $500 | $ | $ |
| Kidnap and Ransom – Extortion | $25,000 | None |  |  |

## Optional Coverage Summary

|  | Limit of Insurance | Deductible |
|---|---|---|
| Forgery or Alteration | $ | $ |
| Computer Fraud | $ | $ |
| Employee Dishonesty | $    100,000 | $    1,000 |

☐   If this box is marked with **"X"**, Clause B.1.f., Coverage Extension - **Welfare and Pension Plan ERISA Compliance**, applies to this policy.

## A. Coverage

### 1. Money and Securities

Covered Property, as used in this Coverage, means **"money"** and **"securities"** used in your business.

a. We will pay for all loss to Covered Property:

(1) **Inside the Premises** - while at a bank or savings institution, at the **"premises"**, or

(2) **Outside the Premises** - in transit between any of the places described in **1. a. (1)** above; resulting directly from:

Includes copyrighted material of Insurance Services Office, with its permission.
Copyright, Insurance Services Office, Inc. 1989, 1994