**The below described is SIGNED.**

**Dated: January 12, 2010** 

_____
**R. KIMBALL MOSIER**
**U.S. Bankruptcy Judge**



_____

Kenneth L. Cannon II (kcannon@djplaw.com) (3705)
Steven J. McCardell (smccardell@djplaw.com) (2144)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT  84110-4050
Telephone:  (801) 415-3000/Fax:  (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com) (admitted pro hac vice)
Steven B. Eichel (seichel@crowell.com) (admitted pro hac vice)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY  10022
Telephone:  (212) 223-4000/Fax:  (212) 223-4134

Counsel for Debtors and Debtors in Possession

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | |
| EASY STREET HOLDING, LLC, *et. al*. ) | Bankruptcy Case No. 09-29905 |
| ) | Jointly Administered with Cases |
| Debtors ) | 09-29907 and 09-29908 |
| ) | |
| Address:   201 Heber Avenue ) | Chapter 11 |
| Park City, UT 84060 ) | |
| ) | Honorable R. Kimball Mosier |
| Tax ID Numbers: ) | |
| 35-2183713 (Easy Street Holding, LLC), ) | |
| 20-4502979 (Easy Street Partners, LLC), and ) | |
| 84-1685764 (Easy Street Mezzanine, LLC) ) | |
| ) | |

**ORDER EXTENDING EXCLUSIVE PERIODS FOR FILING CHAPTER 11**
**PLANS AND OBTAINING ACCEPTANCES OF SUCH PLANS**

**Filed: 01/11/10**

Entered On Docket: 01/13/2010

The "Motion for Order Extending Exclusive Periods for Filing Chapter 11 Plans and Obtaining Acceptances of such Plans" filed on December 18, 2009 by Easy Street Partners, LLC ("Partners"), Easy Street Mezzanine, LLC ("Mezzanine"), and Easy Street Holdings, LLC ("Holding"), debtors and debtors in possession in the above captioned cases (collectively, the "Debtors"), came on for hearing on January 12, 2010.  Appearances were made as noted on the record for the hearing.  The Court made its findings and conclusions of law on the record and the hearing, which findings and conclusions are incorporated herein by reference.  Now, therefore

**IT IS HEREBY ORDERED:**

1. The Motion is GRANTED, as modified herein.

2. The Debtors' initial 120-day exclusive period for proposing plans of reorganization (the "Exclusive Proposal Period") is extended for Mezzanine and Holdings through and including March 15, 2010.

3. The Debtors' initial 180-day exclusive period for obtaining acceptances of plans of reorganization (the "Exclusive Solicitation Period" and together with the Exclusive Proposal Period, the "Exclusive Periods") for Mezzanine and Holdings is extended through and including May 14, 2010.

4. The Debtors' Exclusive Proposal Period is extended for Partners through and including January 15, 2010, and the Exclusive Solicitation Period for a plan of reorganization filed by Partners on or before January 15, 2010, as well as any amended plans of reorganization or amendments to previously filed plans of reorganization, shall be extended through and including March 31, 2010.

5. Once a plan of reorganization is filed by Partners, Mezzanine or Holdings within their respective Exclusive Proposal Periods, no other person or entity shall be allowed to file a plan of reorganization or plan of liquidation during the Exclusive Solicitation Periods for Partners, Mezzanine or Holdings, as appropriate, irrespective whether Partners, Mezzanine or Holdings is proceeding to confirm the original plan of reorganization filed, amended plans thereafter filed, or amendments to either the original plan of reorganization or such amended plans of reorganization.

6. Notwithstanding anything contained herein, entry of this Order is without prejudice to (a) the Debtors' right to seek from this Court other or further extensions of the Exclusive Periods, or (b) any party in interest's right to seek to reduce the Exclusive Periods for cause pursuant to 11 U.S.C. § 1121(d).

------------------------------------------------END OF ORDER-----------------------------------------

NYIWDMS: 11421421_3

**CLERK'S CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Order Extending Exclusive Periods for Filing Chapter 11 Plans and Obtaining Acceptances of Such Plans was served via first-class mail, postage prepaid, on the ____ day of January, 2010, on the following:

Michael V. Blumenthal
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY  10022

Kenneth L. Cannon II
Steven J. McCardell
Durham Jones & Pinegar, P.C.
P O Box 4050
Salt Lake City, UT  84110-4050

John T. Morgan
Office of the United States Trustee
405 South Main Street, Suite 300
Salt Lake City, UT 84111

Lon A. Jenkins
Jones Waldo Holbrook & McDonough
170 South Main Street, Suite 1500
Salt Lake City, UT  84101

Adelaide Maudsley
Chapman & Cutler LLP
201 South Main Street, Suite 2000
Salt Lake City, UT  84111-2298

Annette W. Jarvis, Esq.
Dorsey & Whitney LLP
136 South Main Street, Suite 1000
Salt Lake City, UT  84101-1685

Richard W. Havel, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA  90013-1010

_____

# CERTIFICATE OF NOTICE

```
District/off: 1088-2           User: mtm                    Page 1 of 1                   Date Rcvd: Jan 13, 2010
Case: 09-29905                 Form ID: pdfor1              Total Noticed: 7

The following entities were noticed by first class mail on Jan 15, 2010.
aty          +Adelaide Maudsley,   Chapman and Cutler LLP,    201 South Main Street,    Suite 2000,
               Salt Lake City, UT 84111-2298
aty          +Annette W. Jarvis,   Dorsey & Whitney LLP,    136 South Main Street,    Suite 1000,
               Salt Lake City, UT 84101-1685
aty          +John T. Morgan tr,   US Trustees Office,    Ken Garff Bldg.,    405 South Main Street,    Suite 300,
               Salt Lake City, Ut 84111-3402
aty           Kenneth L. Cannon, II,   Durham Jones & Pinegar,    111 East Broadway, Suite 900,    P O Box 4050,
               Salt Lake City, UT  84110-4050
aty          +Lon A. Jenkins,   Jones Waldo Holbrook & McDonough,    170 South Main St.,    Suite 1500,
               Salt Lake City, UT 84101-1644
aty          +Michael V. Blumenthal,   Crowell & Moring LLP,    590 Madison Avenue, 20th Floor,
               New York, NY 10022-2544
              Richard W. Havel, Esq.,   Sidley Austin LLP,    555 West Fifth Street,
               Los Angeles, CA  90013-1010

The following entities were noticed by electronic transmission.
NONE.                                                                                                   TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 15, 2010**                                   **Signature:**    *Joseph Speetjens*