Annette Jarvis (1649)
Peggy Hunt (6060)
Benjamin J. Kotter (9592)
DORSEY & WHITNEY LLP
136 South Main Street, Suite 1000
Salt Lake City, UT  84101-1685
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
Email: jarvis.annette@dorsey.com
Email: hunt.peggy@dorsey.com
Email: kotter.benjamin@dorsey.com

Richard W. Havel (10759)
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA  90013-1010
Telephone:  (213) 896-6000
Facsimile:  (213) 896-6600
Email: rhavel@sidley.com

*Attorneys for WestLB, AG*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re: ) <br> ) <br> EASY STREET HOLDING, LLC, *et al.*, ) <br> ) <br> Debtors. ) <br> ) <br> Tax ID Numbers: ) <br> 35-2183713 (Easy Street Holding, LLC), ) <br> 20-4502979 (Easy Street Partners, LLC), and ) <br> 84-1685764 (Easy Street Mezzanine, LLC) ) <br> ) | Bankruptcy Case No. 09-29905 <br> Jointly Administered with Cases <br> 09-29907 and 09-29908 <br><br> Chapter 11 <br><br> Honorable R. Kimball Mosier |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of January, 2010, the Second Limited Objection and Reservation of Rights of WestLB, AG to Second Interim Fee Request of Crowell & Moring [Docket No. 269] was filed with the Bankruptcy Court and served via the ECF/CM system upon the following:

>Troy J. Aramburu (taramburu@joneswaldo.com, sglendening@joneswaldo.com; rbush@joneswaldo.com)

>Kenneth L. Cannon (kcannon@djplaw.com, khughes@djplaw.com)

-2-

Lon A. Jenkins (lajenkins@joneswaldo.com, krichardson@joneswaldo.com, ecf@joneswaldo.com, sglendening@joneswaldo.com)

Michael R. Johnson (mjohnson@rqn.com, agale@rqn.com)

Anthony C. Kaye (kaye@ballardspahr.com)

Adelaide Maudsley (maudsley@chapman.com, jemery@chapman.com)

Steven J. McCardell (smccardell@djplaw.com, khughes@djplaw.com)

John T. Morgan (john.t.morgan@usdoj.gov, james.gee@usdoj.gov)

David W. Overholt (doverholt@rsolaw.com, abachman@rsolaw.com)

Douglas J. Payne (dpayne@fabianlaw.com, jshowalter@fabianlaw.com)

Jessica G Peterson (jpeterson@djplaw.com)

Knute Rife (karife@rifelegal.com)

Jeffrey L. Shields (jlshields@cnmlaw.com, njpotter@cnmlaw.com)

Jeffrey Weston Shields (jshields@joneswaldo.com, sglendening@joneswaldo.com)

Bradley L. Tilt (btilt@fabianlaw.com, rmellor@fabianlaw.com)

United States Trustee (USTPRegion19.SK.ECF@usdoj.gov)

Kim R. Wilson (bankruptcy_krw@scmlaw.com)

DATED this 25th of January, 2010.

DORSEY & WHITNEY LLP

  /s/ Benjamin J. Kotter
Annette W. Jarvis
Peggy Hunt
Benjamin J. Kotter
  *Attorneys for WestLB, AG*