Corbin B. Gordon (corbingordon@yahoo.com) (9194)
CORBIN B. GORDON, P.C.
345 West 600 South, Suite 108
Heber City, UT 84032
Telephone: (435) 657-0984/Fax: (888) 822-8796

Special Counsel for Debtors and Debtors in Possession

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: | |
| EASY STREET HOLDING, LLC, *et al.*, | Bankruptcy Case No. 09-29905 |
| | Jointly Administered with Cases |
| | 09-29907 and 09-29908 |
| Address: 201 Heber Avenue | Chapter 11 |
| Park City, UT 84060 | |
| | Honorable R. Kimball Mosier |
| Tax ID Numbers: | |
| 35-2183713 (Easy Street Holding, LLC), | |
| 20-4502979 (Easy Street Partners, LLC), and | [FILED ELECTRONICALLY] |
| 84-1685764 (Easy Street Mezzanine, LLC) | |

### CORBIN B. GORDON, P.C.'S FIRST PROFESSIONAL FEE REQUEST FOR THE PERIOD SEPTEMBER 14, 2009 THROUGH NOVEMBER 30, 2009

Corbin B. Gordon, P.C., special appointed counsel for Easy Street Partners, LLC ("Partners"), Easy Street Mezzanine, LLC ("Mezzanine"), and Easy Street Holding, LLC ("Holding"), debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"), pursuant to the Court's Order entered December 15, 2009 Approving Motion and Establishing Monthly Fee and Expense Reimbursement Procedures (the "Interim Payment Order") hereby submits its first professional fee request (the "Fee Request"), for the period from September 14, 2009, through November 30, 2009 (the "Fee Period").

Pursuant to the Interim Payment Order, professionals employed pursuant to Order of the Court to represent the Debtors or the Official Committee of Unsecured Creditors (the "Committee") are authorized to request from the Debtors payment of 80% of their fees and 100% of their expenses on a monthly basis. Corbin B. Gordon, P.C.'s professional fees for the Fee Period are as follows:

| MONTH | HOURS | FEES | 80% OF FEES | EXPENSES | TOTALS (80% FEES AND 100% EXPENSES) |
|---|---|---|---|---|---|
| September | 3.42 | $684.00 | $547.20 | $0.00 | $547.20 |
| October | 9.88 | $1,976.00 | $1,580.80 | $0.00 | $1,580.80 |
| November | 6.40 | $1,280.00 | $1,024.00 | $0.00 | $1,024.00 |
| TOTALS | 19.70 | $3,940.00 | $3,152.00 | $0.00 | $3,152.00 |

Attached are detailed statements of services for which payment is sought, redacted to exclude privileged, work product, and confidential information, and expenses incurred, on a monthly and on a matter basis. Each statement includes total time expended, identity of professionals providing services, hourly billing rates, and a detailed listing of time.

Corbin B. Gordon, P.C. understands that other professionals providing services to the Debtors and the Committee may submit separate fee requests seeking payment of professional fees and reimbursement of expenses. The amount available under the cash collateral budget for payment of professional fees and expenses of estate professionals in the Easy Street Partners case for the each month of the Fee Period is $125,000, for a total of $375,000 for the Fee Period, and it may be that total fees and expenses of estate professionals in the Easy Street Partners case in

any given month may exceed this amount. In such event, Corbin B. Gordon, P.C.'s fees and expenses will be pro rated with other estate professionals.

Pursuant to the Interim Fee Order, parties must file objections to the Fee Request within ten days from the date it is received. Any objection must have a description of the specific subject matter and services in dispute and state the amount in dispute. It shall not be sufficient simply to object to all fees and expenses. Fees and expenses not objected to will be paid by the Debtors or, if the total of 80% of fees and 100% of expenses of estate professionals exceeds $125,000 for any month within the Fee Period, the fees and expenses will be pro-rated among fees and expenses for that month that are not objected to.

DATED: January 20, 2010.

CORBIN B. GORDON, P.C.

By:  /s/ Corbin B. Gordon
Corbin B. Gordon (corbingordon@yahoo.com) (9194)
CORBIN B. GORDON, P.C.
345 West 600 South, Suite 108
Heber City, UT  84032
Telephone:  (435) 657-0984/Fax:  (888) 822-8796

Special Counsel for the Debtors

# **CERTIFICATE OF SERVICE**

I hereby certify that on this __27th__ day of January, 2010, I caused to be served a copy of Corbin B. Gordon's First Professional Fee Request for the period September 14, 2009 through November 30, 2009 via email on the following:

Easy Street Partners, LLC
Easy Street Mezzanine, LLC
Easy Street Holding, LLC
Attn: William Shoaf
4780 Winchester Court
Park City, UT 84098-7528
bshoaf@cloudnineresorts.com

Michael V. Blumenthal
Crowell & Moring
590 Madison Avenue, 20th Floor
New York, NY 10022
mblumenthal@crowell.com

John T. Morgan
Office of the United States Trustee
405 South Main Street, Suite 300
Salt Lake City, UT 84111
john.t.morgan@usdoj.gov

Jeffrey W. Shields
Lon A. Jenkins
Jones Waldo Holbrook & McDonough
170 South Main Street, Suite 1500
Salt Lake City, UT 84101
jshields@joneswaldo.com
lajenkins@joneswaldo.com

James Winikor
West LB AG, New York Branch
1211 Sixth Avenue, 25th Floor
New York, NY 10036-8705
james_winikor@westlb.com

Richard W. Havel
Sidley Austin LLP
555 Wset Fifth Street
Los Angeles, CA 90013
rhavel@sidley.com

Annette W. Jarvis
Dorsey & Whitney, LLP
136 South Main Street, Suite 1000
Salt Lake City, UT 84101
jarvis.annette@dorsey.com

/s/ Corbin Gordon

4

# SEPTEMBER 2009

# Corbin B. Gordon, P.C.

345 West 600 South
Heber City, , UT 84032

Ph:435-657-0984　　　　　　　　Fax:435-657-2436

Easy Street Partners, L.L.C.　　　　　　　　　　　　　　　October 1, 2009
Gateway Center, Suite 303
136 Heber Avenue
Park City, Utah
84060
　　　　　　　　　　　　　　　　　　　　　　File #:　　SheoffBill
**Attention:**　Bill Shoaf　　　　　　　　　　　　　　　Inv #:　　　494

RE:　　Lease Dispute

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Sep-04-09 | Speak with Bob and make a plan on what to do with letter. | 0.18 | 36.00 | CBG |
| Sep-08-09 | Draft letter to landlord. | 1.30 | 260.00 | CBG |
| Sep-11-09 | Edit letter based on Tom's research. Speak with Bill. Finalize and e-mail letter. Speak with Tom. Add ADA info. E-mail again. | 1.10 | 220.00 | CBG |
| Sep-14-09 | Read e-mail from Bill. Speak with Sean Potter about HOA issues in Park City. Speak with Tom about visit to building office. Speak with Bill. Edit and send letter. | 0.70 | 140.00 | CBG |
| Sep-21-09 | Speak with Bill about issues with letter on lease. | 0.14 | 28.00 | CBG |
| | Totals | 3.42 | $684.00 | |

| | |
|---|---|
| **Total Fee & Disbursements** | $684.00 |
| Previous Balance | 2,670.00 |
| Previous Payments | 2,670.00 |
| **Balance Now Due** | **$684.00** |

TAX ID Number　　11-3649782

**PAYMENT DETAILS**

Sep-14-09     2,670.00

**Total Payments**     **$2,670.00**

# OCTOBER 2009

# Corbin B. Gordon, P.C.
345 West 600 South
Heber City, , UT 84032

Ph:435-657-0984          Fax:435-657-2436

Easy Street Partners, L.L.C.                              October 31, 2009
Gateway Center, Suite 303
136 Heber Avenue
Park City, Utah
84060
                                                    File #:      SheoffBill
**Attention:**   Bill Shoaf                         Inv #:       527

**RE:**   Lease Dispute

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Oct-01-09 | Speak with Bill about letter from Fabian. Discuss response. | 0.14 | 28.00 | CBG |
| Oct-05-09 | Fill out application for Special Counsel. | 0.80 | 160.00 | CBG |
| Oct-07-09 | Draft response letter to Diane. Review operating budget on Cams. Call Bill with questions. | 0.89 | 178.00 | CBG |
| Oct-12-09 | Meet client in Park City. Go over access and easement issues. Go through operating budget for Gateway Center. Outline issues to be included in letter. | 2.80 | 560.00 | CBG |
| Oct-14-09 | Draft response letter to Fabian and Clendenin. | 2.40 | 480.00 | CBG |
| Oct-19-09 | Review edits from Bill on letter. Add edits and send to bill. Run to engineering firm and scan plats to reduce their size. | 0.85 | 170.00 | CBG |
| Oct-20-09 | Create attachments. | 1.23 | 246.00 | CBG |
|  | Edit attachments with new pictures. Speak with architect to confirm 44 inch requirements. Edit and finalize letter. | 0.77 | 154.00 | CBG |
|  | Totals | 9.88 | $1,976.00 | |

|  |  |
|---|---:|
| **Total Fee & Disbursements** | $1,976.00 |
| Previous Balance | 684.00 |
| **Balance Now Due** | $2,660.00 |

TAX ID Number     11-3649782

# NOVEMBER 2009

### *Corbin B. Gordon, P.C.*
345 West 600 South
Heber City, , UT 84032

Ph:435-657-0984      Fax:435-657-2436

Easy Street Partners, L.L.C.                                December 2, 2009
Gateway Center, Suite 303
136 Heber Avenue
Park City, Utah
84060

File #:      SheoffBill

**Attention:**   Bill Shoaf                                   Inv #:        553

RE:      Lease Dispute

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Nov-09-09 | Review letter from Fabian. Scan and send to Bill. Speak with Bill about letter. | 0.63 | 126.00 | CBG |
| Nov-23-09 | Speak to Bill about getting estimate from Alliance Engineering. | 0.13 | 26.00 | CBG |
|  | Speak with Alliance Engineering. Get references. Speak with Summit and explain situation. Get quote. Speak with Bill and recieve instruction to have Summit call. Speak with Summit. | 0.63 | 126.00 | CBG |
|  | Speak with Ken Cannon in preparation for hearing tomorrow. | 0.26 | 52.00 | CBG |
| Nov-24-09 | Prepare for and attend court hearing in bankruptcy court in Salt Lake. | 3.00 | 600.00 | CBG |
| Dec-01-09 | Meet with engineer and go over past letters and plans of building. | 1.75 | 350.00 | CBG |
|  | Totals | 6.40 | $1,280.00 | |

**Total Fee & Disbursements**                                 $1,280.00
Previous Balance                                              2,660.00

**Balance Now Due**                                           $3,940.00

TAX ID Number    11-3649782