Jeffrey W. Shields (USB #2948)
Lon A. Jenkins (USB #4060)
Troy J. Aramburu (USB #10444)
**JONES WALDO HOLBROOK & McDONOUGH, PC**
170 South Main Street, Suite 1500
Salt Lake City, Utah 84101
Telephone: (801) 521-3200

*Counsel to Unsecured Creditors' Committee*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| | | |
|---|---|---|
| In re: | : | Bankruptcy No. 09-29905 |
| **EASY STREET HOLDING, LLC et al.,**[1] | : | (Jointly Administered with Cases 09-29907 and 09-29908) |
| Debtors. | : | Chapter 11 |
| | : | Honorable R. Kimball Mosier |

**SECOND PROFESSIONAL FEE REQUEST FOR JONES WALDO HOLBROOK & MCDONOUGH, PC, COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR THE PERIOD DECEMBER 1, 2009 THROUGH AND INCLUDING DECEMBER 31, 2009.**

The Official Committee of Unsecured Creditors (the "**Committee**") for the above captioned debtors and debtors in possession (collectively the "**Debtors**"), by its counsel, Jones Waldo Holbrook & McDonough, PC, ("**Jones Waldo**") pursuant to the Court's Order entered December 15, 2009 establishing monthly fee and expense reimbursement procedures ("**Interim Payment Order**") hereby submits its second fee request (the "**Fee Request**") for the period of December 1, 2009 through and including December 31, 2009 (the "**Fee Period**").

---

[1] The Debtor entities are Easy Street Holding, LLC, Easy Street Partners, LLC, and Easy Street Mezzanine, LLC.

918258.1

Jones Waldo professionals have recorded their time spent in performing services, as shown in the attached Exhibit "A," into the following matters:

| Matter No. | Matter Name |
|---|---|
| 0001 | Asset Analysis and Recovery |
| 0002 | Asset Disposition |
| 0003 | Case Administration |
| 0004 | Claims Administration & Objections |
| 0005 | Fee/Employment Applicants |
| 0006 | Fee/Employment Objections |
| 0007 | Financing/Cash Collateral |
| 0008 | Litigation |
| 0009 | Plan and Disclosure Statement |
| 0010 | Lien/Security Interest Investigation |
| 0011 | BayNorth Litigation |
| 0012 | WestLB Litigation |

Pursuant to the Interim Payment Order, professionals employed by Order of the Court to represent the Debtor or the Official Committee of Unsecured Creditors are authorized to request from the Debtor payment for services rendered and expenses incurred during the fee period equal to eighty percent (80%) of the fees sought and one hundred percent (100%) of the expenses incurred during the Fee Period. Jones Waldo's fees and expenses are as follows:

| Month | Hours | Fees | 80% of Fees | Expenses | Total (80% of Fees and 100% of expenses) |
|---|---|---|---|---|---|
| December | 90.80 | $24,915.50[2] | $19,932.40 | $126.05 | $20,058.45 |

Attached as Exhibit "A" are detailed statements for which payment is being sought. Each statement is redacted, to the extent necessary, to exclude, privileged, work product, litigation strategy and confidential information. Each statement includes the total time expended, identity

---

[2] This amount includes $2,293.00 in fees incurred in the BayNorth Litigation matter.

918258.1

of professional providing services, hourly billing rate, and detailed description of services rendered.

Pursuant to Interim Fee Order, parties must file objections to the Fee Request within ten (10) days from the date it is received. Any objection must have a description of the specific subject matter and services in dispute and state the amount in dispute. It is not sufficient to simply object to all fees and expenses. Fees and expense not objected to will be paid by the Debtors or, if the total of 80% of fees and 100% of expenses of estate professionals exceeds $125,000 per month, the fees and expenses will be pro-rated among fees and expenses of estate professionals for that month which are not objected to.

DATED this 27th day of January, 2010.

JONES WALDO HOLBROOK &
McDONOUGH, PC

/s/ Lon A. Jenkins
Jeffery W. Shields
Lon A. Jenkins
Troy J. Aramburu

*Counsel to Unsecured Creditors' Committee*

918258.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th Day of January, 2010 I caused a true and correct copy of

the foregoing **Second Professional Fee Request for Jones Waldo Holbrook & McDonough,**

**PC, Counsel for the Official Committee of Unsecured Creditors, for the Period December**

**1, 2009 Through and Including December 31, 2009** to be served in the manner indicated

below.

ECF Notification:

- Kenneth L. Cannon    kcannon@djplaw.com, khughes@djplaw.com
- Scott A. Cummings    cummings.scott@dorsey.com
- Mary Margaret Hunt    hunt.peggy@dorsey.com, wardle.gay@dorsey.com
- Annette W. Jarvis    jarvis.annette@dorsey.com,
  smith.ron@dorsey.com;slc.lit@dorsey.com;brown.patricia@dorsey.com
- Michael R. Johnson    mjohnson@rqn.com, agale@rqn.com
- Anthony C. Kaye    kaye@ballardspahr.com
- Benjamin J. Kotter    kotter.benjamin@dorsey.com
- Adelaide Maudsley    maudsley@chapman.com, jemery@chapman.com
- Steven J. McCardell    smccardell@djplaw.com, khughes@djplaw.com
- John T. Morgan tr    john.t.morgan@usdoj.gov, james.gee@usdoj.gov
- David W. Overholt    doverholt@rsolaw.com, abachman@rsolaw.com
- Jessica G Peterson    jpeterson@djplaw.com
- Knute Rife    karife@rifelegal.com
- Jeffrey L. Shields    jlshields@cnmlaw.com, njpotter@cnmlaw.com
- United States Trustee    USTPRegion19.SK.ECF@usdoj.gov

And via first class mail, postage prepaid upon the following:

Appraisal Group, Inc.                          BDRC 4 Site, LLC
Attn: Paul W. Throndsen, MAI                    Attn: Bryan W. Dorsey
7396 S Union Park Avenue, #301                  305 NE Loop 820, Ste 109
Midvale, UT 84047                               Hurst, TX 76053

918258.1

Michael V. Blumenthal
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022

Steven B. Eichel
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022

Anthony S. Fiotto
Goodwin Procter LLP
Exchange Place
Boston, MA 02109

Gemstone Hotels & Resorts, LLC
Attn: Jeff McIntyre, Principal
1912 Sidewinder Drive, #104
Park City, UT 84060

Corbin B. Gordon
345 West 600 South, Suite 108
Heber City, UT 84032

Brian W. Harvey
Goodwin Procter LLP
The New York Time Building
620 Eighth Avenue
New, NY 10018-1405

Ambica Mohabir
Goodwin Procter LLP
Exchange Place
Boston, MA 02109

WestLB, AG
1211 Ave. of the Americas, 24th
Floor
New York, NY 10036-8705

Easy Street Holding, LLC
4780 Winchester Court
Park City, UT 84098

Easy Street Partners, LLC
4780 Winchester Court
Park City, UT 84098

Easy Street Mezzanine, LLC
4780 Winchester Court
Park City, UT 84098

Joseph E. Wrona
WRONA LAW OFFICES, P.C.
1745 Sidewinder Drive
Park City, UT 84060

Bruce J. Zabarauskas
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022

/s/ Sherry D. Glendening

918258.1

# EXHIBIT A

# JONES, WALDO, HOLBROOK & MCDONOUGH
A Professional Corporation

ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe

,

January 27, 2010
Invoice: 1484008

22414.0001
Asset Anaylsis and Recovery

## STATEMENT OF ACCOUNT

**Current Activity**

| | |
|---|---:|
| Current Fees | 1,987.00 |
| Current Expenses | 126.05 |
| **Total Current Balance Due for Invoice 1484008** | **$ 2,113.05** |

| | |
|---|---:|
| **Total Due** (For Past Due Activity and Current Activity) | **$ 2,113.05** |

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

22414.0001                                                                    January 27, 2010
Asset Anaylsis and Recovery                                                    Invoice No.:1484008


Fee for legal services rendered in caption from date of last bill to and including December 31, 2009.


### Fee Detail

| Date | Atty | Hours | Description |
|------|------|-------|-------------|
| 12/01/09 | LAJ | 0.60 | Research re issues relating to Jacobsen interest in accounts for call with Havel and Jarvis. |
| 12/01/09 | LAJ | 0.30 | Telephone conference with K. Cannon re issues relating to Debtors' bank accounts and West LB interest. |
| 12/07/09 | JYS | 1.30 | Prepare for and conduct meeting with counsel for Jacobsen Construction and Jacobsen's CFO with Mr. Jenkins. |
| 12/07/09 | LAJ | 1.50 | Meet with Mike Johnson, Jeff Shields, R. Kirkland, J. Dibble |
| 12/07/09 | LAJ | 0.70 | Analyze issues relating to possible settlement to allow pre-confirmation unit sales. |
| 12/14/09 | LAJ | 0.80 | Read emails and correspondence provided by Debtor. |
| 12/14/09 | LAJ | 1.00 | Continue review of emails, correspondence, documents provided by Debtors. |

**Total Hours**          **6.20**


### Fee Summary

| Attorney | Rate | Hours | Amount |
|----------|------|-------|--------|
| Shields, Jeffery | $ 360.00 | 1.30 | $ 468.00 |
| Jenkins, Lon A | 310.00 | 4.90 | 1,519.00 |
| **Total Hours and Fees:** | | **6.20** | **$ 1,987.00** |


### Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 12/10/09 | Online Legal Research | 40.00 |
| | Long Distance Telephone Charges | 12.45 |
| | In house photo copies - 368 pages @ 0.20 | 73.60 |
| **Disbursements Total** | | **$ 126.05** |

# JONES, WALDO, HOLBROOK & McDONOUGH

A Professional Corporation

### ATTORNEYS AND COUNSELORS

Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe

,

January 27, 2010
Invoice:  1484009

22414.0003
Case Administration

## STATEMENT OF ACCOUNT

**Prior Activity**

**Current Activity**

| | |
|---|---:|
| Current Fees | 3,567.00 |
| Current Expenses | 0.00 |
| **Total Current Balance Due for Invoice 1484009** | **$ 3,567.00** |
| **Total Due** (For Past Due Activity and Current Activity) | **$ 3,567.00** |

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

Fee for legal services rendered in caption from date of last bill to and including December 31, 2009.

### Fee Detail

| Date | Atty | Hours | Description |
|------|------|-------|-------------|
| 12/01/09 | LAJ | 0.50 | Draft Minutes of 11/25/09 meeting. |
| 12/01/09 | LAJ | 0.30 | Complete draft of minutes of 11/25/09 meeting. |
| 12/01/09 | LAJ | 0.50 | Telephone conference with R. Havel, A. Jarvis, Jeff Shields re reorganization issues. |
| 12/01/09 | LAJ | 0.30 | Post-meeting conference with Jeff Shields re tasks. |
| 12/02/09 | LAJ | 0.30 | Review notes for meeting with West LB to prepare for Committee meeting. |
| 12/02/09 | LAJ | 0.80 | Participate in Committee meeting. |
| 12/02/09 | LAJ | 0.20 | Arrange for delivery of pleadings in case to Committee Members. |
| 12/02/09 | LAJ | 0.20 | Conference with Jeff Shields re report on Committee Meeting. |
| 12/03/09 | LAJ | 1.10 | Draft minutes from 12/02 meeting. |
| 12/07/09 | SDG | 0.20 | Review filings |
| 12/14/09 | SDG | 0.30 | Review filings |
| 12/15/09 | SDG | 0.20 | Review daily docket; print same |
| 12/16/09 | JYS | 1.00 | Participate in Committee conference call. |
| 12/16/09 | JYS | 0.40 | Review Debtor's Monthly Financial reports. |
| 12/16/09 | LAJ | 1.10 | Attend, participate in Committee Meeting. |
| 12/16/09 | LAJ | 0.20 | Post-meeting conference with Jeff Shields re tasks. |
| 12/16/09 | LAJ | 1.00 | Draft Minutes from 12/16 Committee Meeting. |
| 12/16/09 | SDG | 0.70 | Assemble and email monthly operating reports to members of the committee |
| 12/22/09 | LAJ | 0.30 | Draft Agenda for 12/23 meeting; transmit to Members. |
| 12/23/09 | LAJ | 0.90 | Attend Committee meeting. |
| 12/28/09 | SDG | 0.80 | Catalogue Monthly operating reports and Statements and Schedules |
| 12/29/09 | LAJ | 0.20 | Emails with F. Goodrich re Committee materials. |
| 12/29/09 | LAJ | 0.20 | Conference with Sherry Glendening re monthly reports. |
| 12/30/09 | LAJ | 0.40 | Prepare minutes from 12/23 meeting. |
| 12/30/09 | LAJ | 0.60 | Prepare minutes from 12/23 meeting. |

**Total Hours**          **12.70**

### Fee Summary

| Attorney | Rate | Hours | Amount |
|----------|------|-------|--------|
| Shields, Jeffery | $ 360.00 | 1.40 | $ 504.00 |
| Jenkins, Lon A | 310.00 | 9.10 | 2,821.00 |
| Glendening, Sherry D | 110.00 | 2.20 | 242.00 |
| **Total Hours and Fees:** | | **12.70** | **$ 3,567.00** |

# JONES, WALDO, HOLBROOK & McDONOUGH

A Professional Corporation

## ATTORNEYS AND COUNSELORS

Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe

,

January 27, 2010
Invoice:  1484012

22414.0004
Claims Administration & Objections

## STATEMENT OF ACCOUNT

**Prior Activity**

**Current Activity**

| | |
|---|---:|
| Current Fees | 124.00 |
| Current Expenses | 0.00 |
| **Total Current Balance Due for Invoice 1484012** | **$ 124.00** |

| | |
|---|---:|
| **Total Due** (For Past Due Activity and Current Activity) | **$ 124.00** |

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

22414.0004
Claims Administration &
Objections

January 27, 2010
Invoice No.:1484012

Fee for legal services rendered in caption from date of last bill to and including December 31, 2009.

## Fee Detail

| Date | Atty | Hours | Description |
|------|------|-------|-------------|
| 12/03/09 | LAJ | 0.40 | Conference with Committee Member re claim procedures; email to Members re filing claims, claim form. |

**Total Hours**          **0.40**

## Fee Summary

| Attorney | Rate | Hours | Amount |
|----------|------|-------|--------|
| Jenkins, Lon A | $ 310.00 | 0.40 | $ 124.00 |
| **Total Hours and Fees:** | | **0.40** | **$ 124.00** |

# JONES, WALDO, HOLBROOK & McDONOUGH
A Professional Corporation

ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe

,

January 27, 2010
Invoice: 1484013

22414.0005
Fee / Employment Applicants

## STATEMENT OF ACCOUNT

**Prior Activity**

**Current Activity**

| | |
|---|---:|
| Current Fees | 4,594.00 |
| Current Expenses | 0.00 |
| **Total Current Balance Due for Invoice 1484013** | **$ 4,594.00** |
| | |
| **Total Due** (For Past Due Activity and Current Activity) | **$ 4,594.00** |

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

Fee for legal services rendered in caption from date of last bill to and including December 31, 2009.

| Date | Atty | Hours | Description |
|------|------|-------|-------------|
| | | | **Fee Detail** |
| 12/01/09 | JYS | 0.90 | Two telephone conferences with Rich Havel and Annette Jarvis (.4); telephone call with Craig Elliott (.2); confer with Mr. Jenkins on objection to Gemstone application (.3). |
| 12/01/09 | JYS | 0.30 | Review Jacobsen objection to Motion to Shorten (.1); review Mr. Jenkins' draft of Committee minutes (.1); review and provide comments to agenda (.1). |
| 12/01/09 | SDG | 0.80 | Review UCC's response to Application to Employ BDRC and application to employ GemStone. Review order establishing deadline for Objection to Debtor's Motion for Order establishing Monthly Fee Expense |
| 12/02/09 | LAJ | 0.70 | Read West LB Reply Memo and Declaration in reply re Gemstone Application. |
| 12/02/09 | LAJ | 0.30 | Analyze West LB reply; reconcile with Committee concern. |
| 12/03/09 | LAJ | 0.30 | Review orders to be endorsed re BDRC, Gemstone Applications. |
| 12/03/09 | SDG | 0.40 | Review reply to Committee's response to employment application; review applications allowing telephonic appearance |
| 12/03/09 | SDG | 0.30 | Initial conference with L. Jenkins re endorsement of applications to employ |
| 12/04/09 | SDG | 0.40 | Review minute entry re applications of employment and orders re same |
| 12/07/09 | LAJ | 0.20 | Emails with K. Cannon re hearing tomorrow. |
| 12/07/09 | LAJ | 0.50 | Review, revise November invoices for compliance with billing procedures. |
| 12/08/09 | LAJ | 0.30 | Review agreement re proposed compensation to appraiser; conference with K. Cannon re same. |
| 12/08/09 | LAJ | 0.80 | Review pleadings for hearing; attend hearing on employment of appraiser, return from court. |
| 12/08/09 | SDG | 0.10 | Review order approving employment of GemStone & BDRC |
| 12/09/09 | JYS | 0.20 | Telephone call with Annette Jarvis and Rich Havel. |
| 12/10/09 | SDG | 0.30 | Review docket in regards to Objection deadline on monthly fee application reimbursement; email correspondence with L. Jenkins re same |
| 12/14/09 | JYS | 0.40 | Review proposed amended order from Mr. Kotter (.1); review proposed order on interim fee applications (.1); review additional batch of emails from Ken Cannon (.2). |
| 12/15/09 | LAJ | 0.40 | Review Dorsey fee submission. |
| 12/15/09 | LAJ | 0.20 | Telephone conference with K. Cannon re payment procedures. |
| 12/15/09 | LAJ | 0.60 | Review West LB fee submission. |
| 12/16/09 | LAJ | 0.40 | Review Dorsey (West LB counsel) invoices. |
| 12/16/09 | LAJ | 0.40 | Read, comment, revise Jones Waldo invoices. |
| 12/17/09 | LAJ | 0.70 | Work on fee payment submissions for service and filing. |
| 12/17/09 | LAJ | 0.70 | Conferences with Sherry Glendening and work with Sherry re fee request submission. |
| 12/17/09 | SDG | 0.60 | Review order establishing Monthly Fee & Expense procedure; calendar and date deadlines for fee requests. |
| 12/17/09 | SDG | 0.20 | Conference with L. Jenkins re fee request |
| 12/17/09 | SDG | 0.60 | Draft notice of Fee Request; conference with L. Jenkins re same |
| 12/18/09 | LAJ | 0.40 | Revise notice of fee submission for service and filing. |
| 12/18/09 | LAJ | 1.00 | Invoice review for fee submission. |
| 12/18/09 | SDG | 1.60 | Finalize and file Fee Request |
| 12/21/09 | JYS | 0.40 | Review Debtor's reply memo (.2); review Shoaf declarations (.2). |
| 12/21/09 | LAJ | 0.90 | Review Sidley, Dorsey fee statements. |
| 12/22/09 | LAJ | 0.30 | Review Durham Jones & Pinegar fee submission. |
| 12/23/09 | LAJ | 0.30 | Email exchange re payment of West LB fees. |

22414.0005
Fee / Employment Applicants

January 27, 2010
Invoice No.:1484013

## Fee Detail

| Date | Atty | Hours | Description |
|------|------|-------|-------------|
| 12/29/09 | LAJ | 0.20 | Conference with Sherry Glendening re revisions to billing format. |
| 12/29/09 | LAJ | 0.50 | Email exchanges with counsel re adjustments to payments, address Jones Waldo adjustments. |
| 12/29/09 | SDG | 0.80 | Research re Trustee's guidelines re billing; conference with L. Jenkins re same; conference with C. Hipp re restructure of billing |

**Total Hours**       **18.40**

## Fee Summary

| Attorney | Rate | Hours | Amount |
|----------|------|-------|--------|
| Shields, Jeffery | $ 360.00 | 2.20 | $ 792.00 |
| Jenkins, Lon A | 310.00 | 10.10 | 3,131.00 |
| Glendening, Sherry D | 110.00 | 6.10 | 671.00 |
| **Total Hours and Fees:** | | **18.40** | **$ 4,594.00** |

# JONES, WALDO, HOLBROOK & McDONOUGH

A Professional Corporation

### ATTORNEYS AND COUNSELORS

Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe

,

January 27, 2010
Invoice: 1484010

22414.0006
Fee / Employment Objections

### STATEMENT OF ACCOUNT

**Prior Activity**

**Current Activity**

| | |
|---|---|
| Current Fees | 1,730.00 |
| Current Expenses | 0.00 |
| **Total Current Balance Due for Invoice 1484010** | **$ 1,730.00** |

| | |
|---|---|
| **Total Due** (For Past Due Activity and Current Activity) | **$ 1,730.00** |

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

22414.0006
Fee / Employment Objections

January 27, 2010
Invoice No.:1484010

Fee for legal services rendered in caption from date of last bill to and including December 31, 2009.

## Fee Detail

| Date | Atty | Hours | Description |
|------|------|-------|-------------|
| 12/02/09 | JYS | 0.50 | Review West LB replies to Committee objections to appoint managers (.2); confer with Mr. Jenkins (.1); review West LB motion to amend cash order (.2); email to and from Mr. Havel (.1). |
| 12/03/09 | LAJ | 0.30 | Read Jacobsen Objection re Motion of Debtors to Shorten Time. |
| 12/03/09 | LAJ | 0.40 | Prepare outline for hearing on Gemstone Application. |
| 12/03/09 | LAJ | 1.40 | To Court; attend hearing on BDRC, Gemstone Applications. |
| 12/10/09 | JYS | 0.80 | Telephone call with Rich Havel (.2); followup email (.1); review email documents furnished by Mr. Cannon (.3); review West LB's conditional objection (.2). |
| 12/11/09 | JYS | 0.70 | Telephone call with Ben Kotter and Rich Hovel (.1); edit and file Committee objection (.2); review proposed order (.2); review Jacobsen blackline and cover email (.2). |
| 12/21/09 | SDG | 0.40 | Catalogue WestLB's fees and costs |
| 12/23/09 | SDG | 0.20 | Review fee request of Durham Jones; calendar and docket objection deadline |
| 12/28/09 | JYS | 0.60 | Confer with Mr. Jenkins (.2); review West LB objections to professional fee applications (.2); email to and from Michael Johnson (.2). |
| 12/28/09 | SDG | 0.70 | Review Objection to fee request filed by Debtor; review order approving procedures for monthly fee request; email J. Shields and L. Jenkins re same |

**Total Hours**          **6.00**

## Fee Summary

| Attorney | Rate | Hours | Amount |
|----------|------|-------|--------|
| Shields, Jeffery | $ 360.00 | 2.60 | $ 936.00 |
| Jenkins, Lon A | 310.00 | 2.10 | 651.00 |
| Glendening, Sherry D | 110.00 | 1.30 | 143.00 |
| **Total Hours and Fees:** | | **6.00** | **$ 1,730.00** |

# JONES, WALDO, HOLBROOK & McDONOUGH

A Professional Corporation

## ATTORNEYS AND COUNSELORS

Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe

,

January 27, 2010
Invoice:  1484014

22414.0007
Financing / Cash Collateral

## STATEMENT OF ACCOUNT

**Prior Activity**

**Current Activity**

| | |
|---|---:|
| Current Fees | 6,390.50 |
| Current Expenses | 0.00 |
| **Total Current Balance Due for Invoice 1484014** | **$ 6,390.50** |
| **Total Due** (For Past Due Activity and Current Activity) | **$ 6,390.50** |

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

Fee for legal services rendered in caption from date of last bill to and including December 31, 2009.

| | | | Fee Detail |
|---|---|---|---|
| **Date** | **Atty** | **Hours** | **Description** |
| 12/02/09 | JYS | 0.30 | Confer with Mr. Jenkins re Motion of West LB to amend cash order (.2); email to and from Michael Johnson, Esq. (.1). |
| 12/02/09 | SDG | 0.50 | Review objections to Ex-parte cash collateral |
| 12/07/09 | LAJ | 1.10 | Read, analyze Debtors' West LB Motion to Modify Cash Collateral Order and Exhibits. |
| 12/08/09 | LAJ | 0.20 | Emails with Jeff Shields re financing litigation. |
| 12/09/09 | LAJ | 0.20 | Conference with Jeff Shields re response to motion by Debtors to amend cash collateral. |
| 12/09/09 | LAJ | 0.90 | Read, analyze proposed cash collateral stipulation amendments. |
| 12/09/09 | LAJ | 0.70 | Telephone conference with K. Cannon re questions on cash collateral amendments and related issues. |
| 12/09/09 | LAJ | 0.20 | Finalize letter to K. Cannon re request for documents. |
| 12/09/09 | LAJ | 0.20 | Conference with Jeff Shields re further discussion of response to Cash Collateral Amendment. |
| 12/09/09 | LAJ | 0.20 | Telephone conference with C. Elliott re Cash Collateral Amendment. |
| 12/09/09 | LAJ | 0.90 | Draft lengthy email to Committee re response to Joint Motion to Amend Cash Collateral Stipulation. |
| 12/09/09 | LAJ | 0.20 | Conference with Jeff Shields re West LB entitlement to additional adequate protection; email to Brock Worthen re research needed. |
| 12/10/09 | BQW | 4.10 | Research re attorneys' fees provision in adequate protection requests; draft argument for opposition to modification of cash collateral order; email to/from Jeff Shields and Lon Jenkins re cash collateral amendments. |
| 12/10/09 | LAJ | 0.20 | Telephone conference with Brock Worthen re research project on 361 adequate protection. |
| 12/10/09 | LAJ | 0.30 | Various emails with Jeff Shields re objection to cash collateral amendments, his conferences with West LB counsel. |
| 12/10/09 | LAJ | 0.50 | Telephone conference with K. Cannon re explanation of correspondence and documents produced. |
| 12/11/09 | LAJ | 0.80 | Read Joint Motion to Modify Cash Collateral Stipulation. |
| 12/11/09 | LAJ | 2.80 | Draft objection for filing by noon - Objection to Joint Motion to Amend Cash Collateral Stipulation. |
| 12/11/09 | LAJ | 0.50 | Conference with Jeff Shields and review terms of order re Amendment to Cash Collateral Stipulation/Order to respond to objections. |
| 12/11/09 | LAJ | 1.00 | Various conferences with Jeff Shields; emails with Jacobsen and West LB counsel re form of order and resolving objections for Monday hearing. |
| 12/14/09 | LAJ | 0.40 | Review final proposed orders on cash collateral amendment and payment procedures for hearing today. |
| 12/14/09 | LAJ | 1.10 | Further conference with Jeff Shields and emails with counsel for Jacobsen, West LB, and Debtors re final terms of Order amending Cash Collateral Order; review final order. |
| 12/14/09 | LAJ | 0.30 | Prepare presentation for hearing on Cash Collateral Amendment. |
| 12/14/09 | LAJ | 0.90 | To court, attend hearing on Cash Collateral Amendment, return from court. |
| 12/17/09 | SDG | 0.60 | Review order on Joint Motion to approve amendment to stipulation authorizing cash collateral; calendar and docket deadlines re same |
| 12/22/09 | JYS | 0.20 | Review deposition notices from Jacobsen. |
| 12/22/09 | LAJ | 0.30 | Review subpoenas issued by Jacobsen. |
| 12/22/09 | LAJ | 0.20 | Review subpoena to Millcreek Design; email M. Johnson. |

22414.0007                                                                                          January 27, 2010
Financing / Cash Collateral                                                                         Invoice No.:1484014

## Fee Detail

| Date | Atty | Hours | Description |
|------|------|-------|-------------|
| 12/22/09 | SDG | 0.20 | Review Certificate of Service re Jacobsen's Requests for Production of Documents; calendar and docket response deadline re same |
| 12/23/09 | JYS | 0.20 | Review correspondence from Mr. Havel (.2). |
| 12/23/09 | SDG | 0.60 | Review notice of Deposition of Easy Street; calendar and docket deposition date (.20) Review Notice of Deposition of WestLB; calendar and docket same (.20) Review Notice of Subpoena Duces Tecum re same (.2) |
| 12/28/09 | SDG | 0.20 | Review stipulation re extension of deadlines |
| 12/29/09 | JYS | 0.20 | Review West LB's discovery to Jacobsen (.2). |
| 12/29/09 | LAJ | 0.50 | Review West LB discovery requests. |
| 12/29/09 | LAJ | 0.60 | Brief review of documents produced by Millcreek Design to Jacobsen. |
| 12/29/09 | SDG | 1.60 | Assemble responses to Subpoena duces Tecum served on S. Brown by Jacobson National; prepare break out file re same |
| 12/30/09 | LAJ | 0.30 | Telephone conference with K. Cannon re plan, cash collateral extension. |
| 12/30/09 | SDG | 0.50 | Review docket (.30) review Notice of Deposition of Jacobsen National; calendar and docket same (.20) |

**Total Hours**          **24.70**

## Fee Summary

| Attorney | Rate | Hours | Amount |
|----------|------|-------|--------|
| Shields, Jeffery | $ 360.00 | 0.90 | $ 324.00 |
| Jenkins, Lon A | 310.00 | 15.50 | 4,805.00 |
| Worthen, Brock | 195.00 | 4.10 | 799.50 |
| Glendening, Sherry D | 110.00 | 4.20 | 462.00 |
| **Total Hours and Fees:** | | **24.70** | **$ 6,390.50** |

# Jones, Waldo, Holbrook & McDonough
A Professional Corporation

### ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe

,

January 27, 2010
Invoice: 1484011

22414.0008
Litigation

### STATEMENT OF ACCOUNT

**Prior Activity**

**Current Activity**

| | |
|---|---:|
| Current Fees | 1,147.00 |
| Current Expenses | 0.00 |
| **Total Current Balance Due for Invoice 1484011** | **$ 1,147.00** |
| | |
| **Total Due** (For Past Due Activity and Current Activity) | **$ 1,147.00** |

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

22414.0008
Litigation

January 27, 2010
Invoice No.:1484011

Fee for legal services rendered in caption from date of last bill to and including December 31, 2009.

| | | | Fee Detail | | | | | | | |
|---|---|---|---|

| Date | Atty | Hours | Description |
|------|------|-------|-------------|
| 12/15/09 | LAJ | 0.30 | Conference with Jeff Shields re issues related to potential actions. |
| 12/16/09 | LAJ | 0.20 | Conference with K. Cannon re issues relating to Bay North payment. |
| 12/18/09 | LAJ | 0.30 | Conference with Brock Worthen re research on ██████████████ |
| 12/21/09 | LAJ | 0.40 | Conference with Brock Worthen re ████████████████ |
| 12/21/09 | LAJ | 0.50 | Read research from Brock Worthen. |
| 12/21/09 | LAJ | 0.80 | Read pleadings from Debtors re Section 105 motion. |
| 12/22/09 | LAJ | 0.40 | Meet with Brock Worthen re discussion of ████████████████ |
| 12/22/09 | LAJ | 0.60 | Review reasearch materials from Brock Worthen re ██████████████ |
| 12/30/09 | LAJ | 0.20 | Conference with Brock Worthen re ██████████████ |

**Total Hours**    **3.70**

| | | Fee Summary | | |
|---|---|---|---|

| Attorney | Rate | Hours | Amount |
|----------|------|-------|--------|
| Jenkins, Lon A | $ 310.00 | 3.70 | $ 1,147.00 |
| **Total Hours and Fees:** | | **3.70** | **$ 1,147.00** |

# JONES, WALDO, HOLBROOK & MCDONOUGH
### A Professional Corporation

ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe                          January 27, 2010
                                                                  Invoice: 1484015
,

22414.0009
Plan & Disclosure Statement

## STATEMENT OF ACCOUNT

**Prior Activity**

| | |
|---|---|
| **Current Activity** | |
| Current Fees | 684.00 |
| Current Expenses | 0.00 |
| **Total Current Balance Due for Invoice 1484015** | **$ 684.00** |
| | |
| **Total Due** (For Past Due Activity and Current Activity) | **$ 684.00** |

Fee for legal services rendered in caption from date of last bill to and including December 31, 2009.

## Fee Detail

| Date | Atty | Hours | Description |
|---|---|---|---|
| 12/01/09 | LAJ | 0.50 | Telephone conference with R. Havel, A. Jarvis, Jeff Shields re reorganization issues and related matters. |
| 12/01/09 | LAJ | 0.20 | Telephone conference with C. Elliott re report on conference with West LB counsel. |
| 12/03/09 | LAJ | 0.20 | Post-hearing conferences with opposing counsel re case developments. |
| 12/21/09 | LAJ | 0.70 | Read, analyze Debtors' Motion to Extend Exclusivity. |
| 12/21/09 | SDG | 0.30 | Review Debtor's motion to extend exclusive period to file plan; calendar and docket hearing and deadline for response |
| 12/23/09 | LAJ | 0.50 | Review Debtors' motion to extend exclusivity. |

**Total Hours**          **2.40**

## Fee Summary

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Jenkins, Lon A | $ 310.00 | 2.10 | $ 651.00 |
| Glendening, Sherry D | 110.00 | 0.30 | 33.00 |
| **Total Hours and Fees:** | | **2.40** | **$ 684.00** |

# JONES, WALDO, HOLBROOK & McDONOUGH

A Professional Corporation

## ATTORNEYS AND COUNSELORS

Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe

,

January 27, 2010
Invoice:  1484016

22414.0010
Lien/Security Interest Investigation

## STATEMENT OF ACCOUNT

**Prior Activity**

**Current Activity**

| | |
|---|---:|
| Current Fees | 2,399.00 |
| Current Expenses | 0.00 |
| **Total Current Balance Due for Invoice 1484016** | **$ 2,399.00** |
| **Total Due** (For Past Due Activity and Current Activity) | **$ 2,399.00** |

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

22414.0010
Lien/Security Interest
Investigation

January 27, 2010
Invoice No.:1484016

Fee for legal services rendered in caption from date of last bill to and including December 31, 2009.

## Fee Detail

| Date | Atty | Hours | Description |
|------|------|-------|-------------|
| 12/01/09 | LAJ | 0.60 | Read applications for meeting with West LB counsel; read Forebearance Agreement. |
| 12/04/09 | LAJ | 2.40 | Read, analyze prepared analysis and review source documents re: validity of liens, security interests, and waivers. |
| 12/08/09 | LAJ | 0.20 | Conference with K. Cannon re request for emails from B. Shoaf. |
| 12/08/09 | LAJ | 0.30 | Draft letter to K. Cannon re requesting emails from B. Shoaf. |
| 12/15/09 | LAJ | 0.90 | Read Forebearance, selected loan document provisions re $5.6 million payment to Bay North. |
| 12/15/09 | LAJ | 1.20 | Read, evaluate, documents re: validity of liens. |
| 12/18/09 | BQW | 1.10 | Conference with Lon Jenkins re effect of ███████████████████████████████ ██████████████████ begin research re same. |
| 12/21/09 | BQW | 2.30 | Research re ████████████████████ conference with Lon Jenkins re research. |

**Total Hours**       **9.00**

## Fee Summary

| Attorney | Rate | Hours | Amount |
|----------|------|-------|--------|
| Jenkins, Lon A | $ 310.00 | 5.60 | $ 1,736.00 |
| Worthen, Brock | 195.00 | 3.40 | 663.00 |
| **Total Hours and Fees:** | | **9.00** | **$ 2,399.00** |

# JONES, WALDO, HOLBROOK & McDONOUGH
A Professional Corporation

ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe
,

January 27, 2010
Invoice:  1484017

22414.0011
Bay North Litigation

## STATEMENT OF ACCOUNT

**Prior Activity**

**Current Activity**

| | |
|---|---:|
| Current Fees | 2,293.00 |
| Current Expenses | 0.00 |
| **Total Current Balance Due for Invoice 1484017** | **$ 2,293.00** |
| **Total Due** (For Past Due Activity and Current Activity) | **$ 2,293.00** |

22414.0011
Bay North Litigation

January 27, 2010
Invoice No.:1484017

Fee for legal services rendered in caption from date of last bill to and including December 31, 2009.

## Fee Detail

| Date | Atty | Hours | Description |
|---|---|---|---|
| 12/02/09 | JYS | 0.30 | Review Baynorth Motion to Dismiss Complaint of Debtor. |
| 12/02/09 | LAJ | 0.80 | Read Bay North Motion to Dismiss adv. Pro Complaint in Easy Street v. Bay North for issues relating to $5.6 M payment. |
| 12/02/09 | SDG | 0.50 | Review verified complaint filed by Debtor against Baynorth, catalogue same; calendar and docket response to complaint; email L. Jenkins re same. |
| 12/03/09 | LAJ | 0.70 | Brief review of Debtors' opposition to motion to dismiss. |
| 12/03/09 | LAJ | 0.20 | Conference with K. Cannon re Bay North adversary and new proceeding filing. |
| 12/22/09 | JYS | 2.30 | Attend hearings on Bay North Motion to Dismiss Complaint and Motion to Extend (2.0); confer with Mike Blumenthal (.2); review agenda (.1). |
| 12/22/09 | LAJ | 2.30 | Attend hearing on Bay North motion for dismissal of adversary proceeding; Debtor's motion for Section 105 stay of proceedings. |
| 12/30/09 | LAJ | 0.20 | Review Decision on Bay North motion to dismiss. |

| **Total Hours** | | **7.30** | |

## Fee Summary

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Shields, Jeffery | $ 360.00 | 2.60 | $ 936.00 |
| Jenkins, Lon A | 310.00 | 4.20 | 1,302.00 |
| Glendening, Sherry D | 110.00 | 0.50 | 55.00 |
| **Total Hours and Fees:** | | **7.30** | **$ 2,293.00** |