Corbin B. Gordon (corbingordon@yahoo.com) (9194)
CORBIN B. GORDON, P.C.
345 West 600 South, Suite 108
Heber City, UT  84032
Telephone:  (435) 657-0984/Fax:  (888) 822-8796

Special Counsel for Debtors and Debtors in Possession

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: | |
| | |
| EASY STREET HOLDING, LLC, *et al.*, | Bankruptcy Case No. 09-29905 |
| | Jointly Administered with Cases |
| | 09-29907 and 09-29908 |
| | |
| Address:  201 Heber Avenue | Chapter 11 |
|      Park City, UT 84060 | |
| | Honorable R. Kimball Mosier |
| Tax ID Numbers: | |
| 35-2183713 (Easy Street Holding, LLC), | |
| 20-4502979 (Easy Street Partners, LLC), and | **[FILED ELECTRONICALLY]** |
| 84-1685764 (Easy Street Mezzanine, LLC) | |

### CORBIN B. GORDON, P.C.'S SECOND PROFESSIONAL FEE REQUEST FOR THE PERIOD DECEMBER 1, 2009 THROUGH DECEMBER 31, 2009

Corbin B. Gordon, P.C., special appointed counsel for Easy Street Partners, LLC

("Partners"), Easy Street Mezzanine, LLC ("Mezzanine"), and Easy Street Holding, LLC

("Holding"), debtors and debtors in possession in the above-captioned cases (collectively, the

"Debtors"), pursuant to the Court's Order entered December 15, 2009 Approving Motion and

Establishing Monthly Fee and Expense Reimbursement Procedures (the "Interim Payment

Order") hereby submits its second professional fee request (the "Fee Request"), for the period

from December 1, 2010 through December 31, 2009 (the "Fee Period").

Pursuant to the Interim Payment Order, professionals employed pursuant to Order of the Court to represent the Debtors or the Official Committee of Unsecured Creditors (the "Committee") are authorized to request from the Debtors payment of 80% of their fees and 100% of their expenses on a monthly basis.   Corbin B. Gordon, P.C.'s professional fees for the Fee Period are as follows:

| MONTH | HOURS | FEES | 80% OF FEES | EXPENSES | TOTALS (80% FEES AND 100% EXPENSES) |
|---|---|---|---|---|---|
| December | 2.66 | $532.00 | $425.60 | 0.00 | $425.60 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
| TOTALS | 2.66 | $532.00 | $425.60 | $0.00 | $425.60 |

Attached are detailed statements of services for which payment is sought, redacted to exclude privileged, work product, and confidential information, and expenses incurred, on a monthly and on a matter basis.  Each statement includes total time expended, identity of professionals providing services, hourly billing rates, and a detailed listing of time.

Corbin B. Gordon, P.C. understands that other professionals providing services to the Debtors and the Committee may submit separate fee requests seeking payment of professional fees and reimbursement of expenses.  The amount available under the cash collateral budget for payment of professional fees and expenses of estate professionals in the Easy Street Partners case for the each month of the Fee Period is $125,000, and it may be that total fees and expenses of estate professionals in the Easy Street Partners case in any given month may exceed this amount.

In such event, Corbin B. Gordon, P.C.'s fees and expenses will be pro rated with other estate professionals.

Pursuant to the Interim Fee Order, parties must file objections to the Fee Request within ten days from the date it is received.  Any objection must have a description of the specific subject matter and services in dispute and state the amount in dispute.  It shall not be sufficient simply to object to all fees and expenses.  Fees and expenses not objected to will be paid by the Debtors or, if the total of 80% of fees and 100% of expenses of estate professionals exceeds $125,000 for any month within the Fee Period, the fees and expenses will be pro-rated among fees and expenses for that month that are not objected to.

DATED:  January 27, 2010.

CORBIN B. GORDON, P.C.

By:   /s/ Corbin B. Gordon
        Corbin B. Gordon (corbingordon@yahoo.com) (9194)
        CORBIN B. GORDON, P.C.
        345 West 600 South, Suite 108
        Heber City, UT  84032
        Telephone:  (435) 657-0984/Fax:  (888) 822-8796

        Special Counsel for the Debtors

## CERTIFICATE OF SERVICE

I hereby certify that on this 27 day of January, 2010, I caused to be served a copy of

Corbin B. Gordon's Second Professional Fee Request for the period December 1, 2009 through

December 31, 2009 via email on the following:

Easy Street Partners, LLC
Easy Street Mezzanine, LLC
Easy Street Holding, LLC
Attn:  William Shoaf
4780 Winchester Court
Park City, UT  84098-7528
bshoaf@cloudnineresorts.com

Jeffrey W. Shields
Lon A. Jenkins
Jones Waldo Holbrook & McDonough
170 South Main Street, Suite 1500
Salt Lake City, UT  84101
jshields@joneswaldo.com
lajenkins@joneswaldo.com

Michael V. Blumenthal
Crowell & Moring
590 Madison Avenue, 20th Floor
New York, NY  10022
mblumenthal@crowell.com

James Winikor
West LB AG, New York Branch
1211 Sixth Avenue, 25th Floor
New York, NY  10036-8705
james_winikor@westlb.com

John T. Morgan
Office of the United States Trustee
405 South Main Street, Suite 300
Salt Lake City, UT  84111
john.t.morgan@usdoj.gov

Richard W. Havel
Sidley  Austin LLP
555 Wset Fifth Street
Los Angeles, CA 90013
rhavel@sidley.com

Annette W. Jarvis
Dorsey & Whitney, LLP
136 South Main Street, Suite 1000
Salt Lake City, UT  84101
jarvis.annette@dorsey.com

/s/ Corbin Gordon

# DECEMBER 2009

### *Corbin B. Gordon, P.C.*
345 West 600 South
Heber City, , UT 84032

Ph:435-657-0984          Fax:435-657-2436

Easy Street Partners, L.L.C.                                    January 8, 2010
Gateway Center, Suite 303
136 Heber Avenue
Park City, Utah
84060

| | | |
|---|---|---|
| | File #: | SheoffBill |
| **Attention:** Bill Shoaf | Inv #: | 579 |

**RE:**      Lease Dispute

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Dec-07-09 | Read e-mails about Tozer knowledge of problems with space.  Send reply to Bill. | 0.40 | 80.00 | CBG |
| Dec-08-09 | | 0.00 | 0.00 | CBG |
| Dec-10-09 | Review e-mails from Bill about prior correspondence with Tozier.  Speak with Bill about call from Jeff Blatt. | 0.90 | 180.00 | CBG |
| Dec-30-09 | Meet with Mike and go over his analysis. | 0.90 | 180.00 | CBG |
| Jan-05-10 | Review final report.  Read e-mail from Bill. Speak with Bill about report and items that we need to put into the report. | 0.46 | 92.00 | CBG |
| | Totals | 2.66 | $532.00 | |

| | |
|---|---|
| **Total Fee & Disbursements** | **$532.00** |
| Previous Balance | 3,940.00 |
| **Balance Now Due** | **$4,472.00** |

TAX ID Number      11-3649782