Kenneth L. Cannon II (kcannon@djplaw.com) (3705)
Steven J. McCardell (smccardell@djplaw.com) (2144)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT 84110-4050
Telephone: (801) 415-3000/Fax: (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com) (admitted pro hac vice)
Steven B. Eichel (seichel@crowell.com) (admitted pro hac vice)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 223-4000/Fax: (212) 223-4134

Counsel for Debtors and Debtors in Possession

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>EASY STREET HOLDING, LLC, et al.,<br><br><br>Address: 201 Heber Avenue<br>Park City, UT 84060<br><br>Tax ID Numbers:<br>35-2183713 (Easy Street Holding, LLC),<br>20-4502979 (Easy Street Partners, LLC), and<br>84-1685764 (Easy Street Mezzanine, LLC) | Bankruptcy Case No. 09-29905<br>Jointly Administered with Cases<br>09-29907 and 09-29908<br><br>Chapter 11<br><br>Honorable R. Kimball Mosier<br><br>[FILED ELECTRONICALLY] |

### FEE APPLICATION FOR ALLOWANCE OF
### COMPENSATION BY APPRAISAL GROUP, INC.

Appraisal Group, Inc. and Paul W. Throndsen ("AGI") hereby submits its interim application pursuant to 11 U.S.C. §§ 330 and Federal Rule of Bankruptcy Procedure 2016 for allowance and payment of interim compensation in the amount of $14,300 for an appraisal completed on Easy Street Partners, LLC's ("Partners") property located in Park City, Utah.

SLC_535653.1

A. **BACKGROUND**

1. Partners commenced this case under Chapter 11 of the United States Bankruptcy Code by filing a voluntary petition on September 14, 2009.

2. Partners filed its application to employ AGI as an appraiser on November 5, 2001 (the "Employment Application"). The Court approved Partners' application by Order entered on December 12, 2009 (the "Order Approving Application").

3. As disclosed in the Employment Application and approved in the Order Approving Application, AGI is to be paid $14,300 with respect to the actual preparation and production of the appraisal, with fees for expert testimony additional. AGI has completed and delivered to Partners an appraisal.

4. There is no agreement or understanding between AGI and any other person for the sharing of compensation to be received for services rendered in this case except among the members of AGI.

5. All professional services for which compensation is requested were performed for and on behalf of Partners and not on behalf of any committee, creditor, or other person.

6. Attached as Exhibit A is a vita showing the qualifications and experience of the Paul W. Throndsen, MAI who performed and/or supervised the services for which compensation is sought.

B.   PROJECT NARRATIVE DESCRIPTION

The services performed broadly entail the appraisal of Partners' property consisting of the Sky Lodge, a luxury boutique hotel located in the middle of historic Main Street in Old Town Park City offering numerous amenities including a spa, a bar and lounge, meeting and event venues, and, in buildings adjacent to the Sky Lodge, restaurants.

C.   COMEPNSATION FOR SERVICES RENDERED

The reasonable value of services rendered by applicant as appraisers for Partners for the appraisal is $14,300, the amount agreed to by the parties and approved by the Court..

WHEREFORE, applicant AGI requests allowance of professional compensation in the amount of $14,300 as compensation for professional services rendered and that payment of the allowed amount as an administrative expense.

DATED this 28th day of January, 2010.

Paul W. Throndsen, MAI
APPRAISAL GROUP, INC.
Appraisers for Debtor-In-Possession

STATE OF UTAH            )
                         : ss.
COUNTY OF SALT LAKE )

I verify under penalty of perjury that the above statements are true and correct to the best of my knowledge and that the attached breakdown of time and expenses were incurred on behalf of Easy Street Partners, LLC as set forth therein.

_____
Paul W. Throndsen, MAI

Subscribed and Sworn to before me on this 26 day of January, 2010.

_____
Notary Public

ANTHONY CATENZARO
NOTARY PUBLIC • STATE OF UTAH
My Comm. Exp. 10/28/2012
Commission # 576938

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of January, 2010, I caused to be served a copy of the Fee Application for Allowance of Compensation by Appraisal Group, Inc. via email on the following:

Easy Street Partners, LLC
Easy Street Mezzanine, LLC
Easy Street Holding, LLC
Attn: William Shoaf
4780 Winchester Court
Park City, UT 84098-7528
bshoaf@cloudnineresorts.com

Michael V. Blumenthal
Crowell & Moring
590 Madison Avenue, 20th Floor
New York, NY 10022
mblumenthal@crowell.com

John T. Morgan
Office of the United States Trustee
405 South Main Street, Suite 300
Salt Lake City, UT 84111
john.t.morgan@usdoj.gov

Jeffrey W. Shields
Lon A. Jenkins
Jones Waldo Holbrook & McDonough
170 South Main Street, Suite 1500
Salt Lake City, UT 84101
jshields@joneswaldo.com
lajenkins@joneswaldo.com

James Winikor
West LB AG, New York Branch
1211 Sixth Avenue, 25th Floor
New York, NY 10036-8705
james_winikor@westlb.com

Richard W. Havel
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013
rhavel@sidley.com

Annette W. Jarvis
Dorsey & Whitney, LLP
136 South Main Street, Suite 1000
Salt Lake City, UT 84101
jarvis.annette@dorsey.com

/s/ Kristin Hughes

# EXHIBIT A

SLC_535653.1

# RESUME

# PAUL W. THRONDSEN, MAI

| | |
|---|---|
| Address: | Appraisal Group, Inc.<br>7396 So. Union Park Ave., #301<br>Midvale, Utah 84047 |
| Telephone: | Business:  (801) 263-1200    Park City (435) 649-8449<br>Fax:       (801) 352-4951<br>E-Mail:    paul@agiutah.com |
| Education: | Bachelors of Science (Finance Major), University of Utah, 1974.<br>Masters of Business Administration, University of Utah, 1976 |
| Experience:<br>1993-present | Owner of Appraisal Group, Inc., Salt Lake City, Utah<br>Full time appraiser/consultant. Devoting 100% of time to commercial assignments in Utah and other Western States. |
| 1985-1993 | Part owner of Appraisal Associates, Inc., Salt Lake City, Utah<br>Full-time appraiser/consultant. |
| 1981-1985 | Self-employed; appraiser/consultant with Appraisal Associates, Inc., Salt Lake City, Utah. Duties included both residential and commercial assignments. Managed residential staff from 1982 to 1985 while devoting nearly 100% of appraising to commercial assignments in Utah. |
| 1976-1981 | Staff appraiser with Mulcock Appraising Company, Salt Lake City, Utah. Duties included residential assignments and construction inspections. |
| 1975-1976 | Loan Officer & Branch Manager for Lomas and Nettleton, Salt Lake City, Utah. Office manager overseeing loan production. |

| | | |
|---|---|---|
| Professional<br>Courses: | Intro to Appraising Real Estate<br>Capitalization Theory & Techniques<br>Valuation Analysis & Report Writing<br>Industrial Valuation<br>Adv. Sales Comparison & Cost Approach<br>Residential Appraising | Case Studies/Real Estate Valuation<br>Standards of Professional Practice<br>Highest & Best Use & Market Analysis<br>Separating Real & Personal Property<br>from Intangible Business Assets |
| Seminars: | Cash Equivalency & Creative Financing<br>Value of Leased Fee & Leasehold Estates<br>Highest & Best Use<br>Computer Appraisal Applications<br>Reviewing Appraisals<br>Subdivision Analysis<br>Feasibility Analysis & Highest & Best Use<br>Environmental Risk & the Appraisal Process<br>Special Purpose Properties<br>Appraisal of Non-Conforming Properties | Mortgage - Equity Analysis<br>Developing Hotel/Motel Prop.<br>Easement Valuation<br>Bank Regulations and Appraisal<br>American with Disabilities Act<br>Understanding Limited Appraisals<br>Data Confirmation/Verification Methods<br>Understanding/Testing DCF Analysis<br>Scope of Work |

| | |
|---|---|
| Memberships & Affiliations: | Member Appraisal Institute (MAI #6981)<br>Utah State Certified General Appraiser, No. 5451070-CG00, (expires 6-30-11)<br>Wyoming State Certified Appraiser, No. 341, (expires 4-28-10)<br>Associate Member of Salt Lake Board of Realtors<br>Affiliate Member of Park City Board of Realtors |
| Appraisal Experience: | Experienced in the appraisal of office buildings, shopping centers, industrial properties, apartments, hotels/motels, mini-warehouses, nursing homes, residential care facilities, commercial developments, residential subdivisions, partial interest, and raw land. Specializing in income-producing properties and project approvals. Also, specializing in Summit County (Park City) properties. |
| Professional: | Past President of Utah Chapter of the Appraisal Institute (1994). National Board of Examiners for Experience - Term 1986-1992. Member of Regional Ethics Panel. Past Chairman of Chapter Government Affairs Committee, Admissions Committee and Education Committee. Awarded Utah Chapter "Appraiser of the Year - 2004".<br><br>Past President and Chairman of the Board of Comp-U-Share, Inc. (Market data system; group of 18 appraisal offices), and past Chairman of Quality Control Committee.<br><br>President of Utah Association of Appraisers - 1996 to 1997 and 2002 to 2003<br><br>Experience Review Committee for Utah State Board of Appraisers |

Clients:
(partial list)

| | |
|---|---|
| JPMorgan Chase | Wells Fargo Bank |
| Brighton Bank | U.S. Bank |
| American First Credit Union | Citicorp Bank |
| Republic Mortgage | Small Business Administration |
| Key Bank | Zions Securities Corp. |
| Salt Lake City Credit Union | Zions First National Bank |
| Bank of Utah | L.D.S. Church |
| Holiday Oil Company | Holladay Bank |
| S-DevCorp. (F.C. Stangl) | Roderick Enterprises |
| Boyer & Company | Kennecott Copper Corporation |
| Commerce Colliers CRG | Granite School District |
| AEGON Realty Advisors | CB Richard Ellis |
| State of Utah | Salt Lake County |
| Washington Mutual Savings Bank | Salt Lake City RDA |
| First Utah Bank | Utah Dept. of Transportation |
| First National Bank of Layton | Bank of the West |
| GE Capital | Deutsche Bank |
| Bank of America | Merrill Lynch Mortgage Capital |
| Amsource | Security National Financial |
| Woodbury Corp. | Summit County |
| Frontier Bank | Park City |
| Bank of American Fork | Artesia Mortgage |
| Barnes Bank | Interbay Funding |
| Utah First Credit Union | Mountain America Credit Union |
| Jordan Credit Union | Utah Transit Authority (UTA) |

Other local real estate brokers, developers, and attorneys
References:    Available upon request.