**The below described is SIGNED.**



**Dated: January 25, 2010** _____
R. KIMBALL MOSIER
U.S. Bankruptcy Judge



_____

| | |
|---|---|
| Annette Jarvis (1649) | Kenneth L. Cannon II (3705) |
| Peggy Hunt (6060) | Steven J. McCardell (2144) |
| Benjamin J. Kotter (9592) | DURHAM JONES & PINEGAR, P.C. |
| DORSEY & WHITNEY LLP | 111 East Broadway, Suite 900 |
| 136 South Main Street, Suite 1000 | P.O. Box 4050 |
| Salt Lake City, UT 84101-1685 | Salt Lake City, Utah 84110-4050 |
| Telephone: (801) 933-7360 | Telephone: (801) 415-3000 |
| Facsimile: (801) 933-7373 | Facsimile: (801) 415-3500 |
| Email: jarvis.annette@dorsey.com | Email: kcannon@djplaw.com |
| hunt.peggy@dorsey.com | smccardell@djplaw.com |
| kotter.benjamin@dorsey.com | |
| | Michael V. Blumenthal |
| Richard W. Havel (10759) | CROWELL & MORING LLP |
| SIDLEY AUSTIN LLP | 590 Madison Avenue, 20th Floor |
| 555 West Fifth Street, Suite 4000 | New York, NY 10022 |
| Los Angeles, CA 90013-1010 | Telephone: (212) 223-400 |
| Telephone: (213) 896-6000 | Facsimile: (212) 223-4134 |
| Facsimile: (213) 896-6600 | Email: mblumenthal@crowell.com |
| Email: rhavel@sidley.com | |
| | *Attorneys for Debtors and Debtors* |
| *Attorneys for WestLB, AG* | *in Possession* |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | |
| EASY STREET HOLDING, LLC, *et al.*, ) | Bankr. Case No. 09-29905 |
| ) | Jointly Administered with Bankr. |
| ) | Case Nos. |
| Debtors. ) | 09-29907 and 09-29908 |
| ) | |
| Address: 201 Heber Avenue ) | Chapter 11 |
| Park City, UT 84060 ) | |
| ) | Honorable R. Kimball Mosier |
| Tax ID Numbers: ) | |
| 35-2183713 (Easy Street Holding, LLC), ) | **[FILED ELECTRONICALLY]** |
| 20-4502979 (Easy Street Partners, LLC), and 84-1685764 ) | |
| (Easy Street Mezzanine, LLC) ) | |

SLC_530078.1

**Filed: 01/19/10**

Entered On Docket: 01/26/2010

**ORDER MODIFYING ORDER (DOCKET NO. 219) ENTERED DECEMBER 15, 2009 ON JOINT MOTION TO APPROVE AMENDMENT TO STIPULATION AUTHORIZING USE OF CASH COLLATERAL PURSUANT TO 11 U.S.C. § 363 AND GRANTING ADEQUATE PROTECTION TO WESTLB, AG**

On November 25, 2009, Easy Street Partners, LLC (the "Debtor") and WestLB, AG ("WestLB") filed their Joint Motion to Approve Amendments to Stipulation Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. § 363 and Granting Adequate Protection to WestLB, AG (the "Joint Amendment Motion") [Docket No. 172]. The Joint Amendment Motion provided, among other matters, that a set aside of $1.7 million from certain accounts (the "$1.7 Million Set Aside") agreed to by the Debtor and WestLB in an earlier cash collateral stipulation would no longer be required. Jacobsen National Group ("Jacobsen") filed its Protective, Conditional and Limited Response to the Joint Motion Joint Motion to Approve Amendments to Stipulation Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. § 363 and Granting Adequate Protection to WestLB, AG (the "Jacobsen Response") [Docket No. 210] and argued against termination of the $1.7 Million Set Aside. The Debtor and WestLB agreed that the $1.7 Million Set Aside would remain part of their cash collateral stipulation, as modified, and of orders approving that stipulation, as modified, pending resolution of the issues related to the $1.7 Million Set Aside. On December 15, 2009, this Court entered its Order on Joint Motion to Approve Amendments to Stipulation Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. § 363 and Granting Adequate Protection to WestLB, AG (the "Amendment Approval Order") [Docket No. 219]. The Court scheduled continued hearing on Jacobsen Response for January 19, 2010 and the parties served discovery on each other.

Thereafter, the Debtor and Jacobsen negotiated treatment of Jacobsen's claims to be incorporated into a plan of reorganization by the Debtor. On January 15, 2010, the Debtor filed

its Plan of Reorganization (the "Debtor's Plan") [Docket No. 256] which incorporates that negotiated treatment of Jacobsen's claims against the Debtor. As part of that negotiation, the Debtor, Jacobsen, and WestLB agreed that the amount to be set aside from certain accounts would be reduced from $1.7 million to $600,000. The parties have agreed to preserve their rights with respect to whether Jacobsen has an interest in the Sales Proceeds Accounts (as defined below) pending the Court's consideration of the Debtor's Plan.

Now, therefore, IT IS HEREBY ORDERED:

1. The Amendment Approval Order is amended to provide that the $1.7 Million Set Aside is reduced to $600,000, so that $600,000 (the $600,000 Set Aside") will remain on deposit in the existing Wells Fargo Escrow Accounts (account no. 12997375 and account no. 12997367) or the $600,000 Set Aside will be moved to a similar, interest bearing account at JPMorgan Chase Bank if the Debtor moves its funds to that financial institution and that the balance in such account or accounts (collectively, the "Sales Proceeds Accounts") will not go below $600,000. The Debtor, WestLB, and Jacobsen reserve their rights with respect to whether Jacobsen holds an interest in the Sales Proceeds Accounts pending the Court's consideration of the Debtor's Plan.

2. Except as provided in Paragraph 1 of this Order, the Amendment Approval Order and prior Orders approving the cash collateral stipulation between the Debtor and WestLB will remain in full force and effect.

-------------------END OF ORDER---------------------

## CLERK'S CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing **ORDER MODIFYING ORDER (DOCKET NO. 219 ENTERED DECEMBER 15, 2009 ON JOINT MOTION TO APPROVE AMENDMENT TO STIPULATION AUTHORIZING USE OF CASH COLLATERAL AND GRANTING ADEQUATE PROTECTION TO WESTLB, AG** was served this _____ day of January, 2010, via regular U.S. mail, postage prepaid upon the following:

Michael V. Blumenthal
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY  10022

Kenneth L. Cannon II
Steven J. McCardell
Durham Jones & Pinegar, P.C.
P O Box 4050
Salt Lake City, UT  84110-4050

John T. Morgan
Office of the United States Trustee
405 South Main Street, Suite 300
Salt Lake City, UT 84111

Lon A. Jenkins
Jones Waldo Holbrook & McDonough
170 South Main Street, Suite 1500
Salt Lake City, UT  84101

Adelaide Maudsley
Chapman & Cutler LLP
201 South Main Street, Suite 2000
Salt Lake City, UT  84111-2298

Annette W. Jarvis, Esq.
Dorsey & Whitney LLP
136 South Main Street, Suite 1000
Salt Lake City, UT  84101-1685

Richard W. Havel, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA  90013-1010

                              BY THE COURT:

                              _____
                              Deputy Clerk

# CERTIFICATE OF NOTICE

```
District/off: 1088-2          User: mtm                   Page 1 of 1                  Date Rcvd: Jan 26, 2010
Case: 09-29905                Form ID: pdfor1             Total Noticed: 7

The following entities were noticed by first class mail on Jan 28, 2010.
aty          +Adelaide Maudsley,   Chapman and Cutler LLP,   201 South Main Street,   Suite 2000,
               Salt Lake City, UT 84111-2298
aty          +Annette W. Jarvis,   Dorsey & Whitney LLP,   136 South Main Street,   Suite 1000,
               Salt Lake City, UT 84101-1685
aty          +John T. Morgan tr,   US Trustees Office,   Ken Garff Bldg.,   405 South Main Street,   Suite 300,
               Salt Lake City, Ut 84111-3402
aty           Kenneth L. Cannon, II,   Durham Jones & Pinegar,   111 East Broadway, Suite 900,   P O Box 4050,
               Salt Lake City, UT 84110-4050
aty          +Lon A. Jenkins,   Jones Waldo Holbrook & McDonough,   170 South Main St.,   Suite 1500,
               Salt Lake City, UT 84101-1644
aty          +Michael V. Blumenthal,   Crowell & Moring LLP,   590 Madison Avenue, 20th Floor,
               New York, NY 10022-2544
              Richard W. Havel, Esq.,   Sidley Austin LLP,   555 West Fifth Street,
               Los Angeles, CA  90013-1010

The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 28, 2010**                    **Signature:**    _/s/ Joseph Speetjens_