# OCTOBER 2009

DURHAM

JONES &

PINEGAR

Durham Jones & Pinegar, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

December 21, 2009
Invoice No.          179669    KLC
File No.                26481    00001
Services Rendered Through 10/31/2009

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

**Asset Analysis & Investigation**

**Summary of Account**

| | | |
|---|---|---|
| Previous balance as of invoice dated  01/01/1900 | $0.00 | |
| Payments received since last invoice | 0.00 | CR |
| A/R adjustment since last invoice | 0.00 | |
| Net balance forward | 0.00 | |
| Interest charge on past due balance | 0.00 | |
| New charges as itemized below | 1,690.00 | |
| Prepaid cash applied | 0.00 | CR |
| **Total Balance Due Upon Receipt** | **$1,690.00** | |

*Interest will accrue at 1.5% per month on balance not paid by end of month.*

**Detail of New Charges**

<u>Professional Services</u>

| | | | | |
|---|---|---|---|---|
| 10/23/2009 | SJM | 0.90 | hours | $292.50 |

Review and respond to inquiry on Wickline examination and research issues as to out of state examination (.70); initial revisions to draft motion and order on Wickline examinatino (.20).

| | | | | |
|---|---|---|---|---|
| 10/27/2009 | SJM | 2.60 | hours | $845.00 |

Review and revise draft papers on Wickline examination and transmit to co-counsel for review and prepare for examination of Wickline and affiliates

| | | | | |
|---|---|---|---|---|
| 10/30/2009 | SJM | 1.70 | hours | $552.50 |

Reviewing state construction registry report for property (.30); request information from committee on Elliot Consulting lien (.20); conference with M. Blumenthal regarding claim evaluation as to WestLB claim (.50); finalize examination motion/order for examination of D. Wickline and his affiliated entities and give instructions on filing (.70)

$1,690.00

New Charges for This Matter                              $1,690.00

DURHAM

JONES &

PINEGAR

Durham Jones & Pinegar, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

December 21, 2009
Invoice No.        179671    KLC
File No.           26481     00004
Services Rendered Through 10/31/2009

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

## Claims Administration

### Summary of Account

| | | |
|---|---|---|
| Previous balance as of invoice dated   01/01/1900 | 0.00 | |
| Payments received since last invoice | 0.00 | CR |
| A/R adjustment since last invoice | 0.00 | |
| Net balance forward | 0.00 | |
| Interest charge on past due balance | 0.00 | |
| New charges as itemized below | 1,982.50 | |
| Prepaid cash applied | 0.00 | CR |
| **Total Balance Due Upon Receipt** | **$1,982.50** | |

*Interest will accrue at 1.5% per month on balance not paid by end of month.*

### Detail of New Charges

Professional Services

| | | | |
|---|---|---|---|
| 10/06/2009 SJM | 0.20   hours | | $65.00 |

Review and comment on draft Rule 2004 motion and order pm examination of David Wickline (.10); review draft letter to counsel for David Wickline responding to claims concerning manager changes (.10)

| | | | |
|---|---|---|---|
| 10/07/2009 SJM | 0.50   hours | | $162.50 |

Review and obtain information about Rule 2004 examination proposed of David Wickline

| | | | |
|---|---|---|---|
| 10/13/2009 SJM | 0.50   hours | | $162.50 |

Review documents requested by Jacobsen's counsel and analysis of Jacobsen claim to bank account proceeds

| | | | |
|---|---|---|---|
| 10/14/2009 KLC | 0.30   hours | | $97.50 |

Telephone conference to Rich Havel and Bill Ellis regarding mechanic's lien issues

| | | | |
|---|---|---|---|
| 10/16/2009 SJM | 0.10   hours | | $32.50 |

26481                                      Invoice #  179671                Page  2

Review letter from counsel for Gunther

| 10/20/2009 | KLC | 0.80 | hours | $260.00 |

Reviewing issues with respect to Jacobsen litigation, emails regarding same

| 10/20/2009 | KLC | 0.30 | hours | $97.50 |

Telephone conference with Bill Shoaf regarding Jacobsen litigation

| 10/20/2009 | SJM | 0.60 | hours | $195.00 |

Review and repond to inquiry from S. Eichel regarding case law on 105 injunction as to claims that also extend to third parties, research and provide information (.50); review letter from debtor to homeowners as to litigation of Jacobsen (.10)

| 10/26/2009 | SJM | 2.20 | hours | $715.00 |

Analysis of Jacobsen claims as to individual units owned by Debtor, including research of mechanics lien case law in Utah as to individual lots or units; review Jacobsen notice and statutory provisions and prepare research assignment for associate

| 10/27/2009 | SJM | 0.40 | hours | $130.00 |

Continued analysis of Jacobsen claim and issues as to its enforcement agaisnt owners (.,30); conference with W. Shoaf regarding Jacobsen claim as to individual units and interests in units (.10)

| 10/29/2009 | KLC | 0.20 | hours | $65.00 |

Responding to Bill Shoaf emails regarding taxes

_____

$1,982.50

New Charges for This Matter                                    $1,982.50

```
D U R H A M

J O N E S  &

P I N E G A R
```

Durham Jones & Pinegar, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

December 21, 2009
Invoice No.      179672    KLC
File No.          26481    00005
Services Rendered Through 10/31/2009

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

**Employ & Fee Apps - Durham**

**Summary of Account**

| | | |
|---|---|---|
| Previous balance as of invoice dated | 01/01/1900 | 0.00 |
| Payments received since last invoice | | 0.00 CR |
| A/R adjustment since last invoice | | 0.00 |
| Net balance forward | | 0.00 |
| Interest charge on past due balance | | 0.00 |
| New charges as itemized below | | 2,294.47 |
| Prepaid cash applied | | 0.00 CR |
| **Total Balance Due Upon Receipt** | | **$2,294.47** |

*Interest will accrue at 1.5% per month on balance not paid by end of month.*

**Detail of New Charges**

Professional Services

| | | | |
|---|---|---|---|
| 10/08/2009 KLC | 0.40 | hours | $130.00 |
| | Reviewing application and declaration of Corbin Gordon, email to Bill Shoaf regarding same | | |
| 10/19/2009 KLC | 0.80 | hours | $260.00 |
| | Outlining fee procedures motion | | |
| 10/20/2009 KLC | 0.40 | hours | $130.00 |
| | Reviewing conflicts information | | |
| 10/21/2009 KLC | 1.10 | hours | $357.50 |
| | Drafting proposed order on DJP employment application | | |
| 10/21/2009 SJM | 0.10 | hours | $32.50 |
| | Review draft order on DJP employment | | |
| 10/22/2009 KLC | 0.30 | hours | $97.50 |
| | Revising order on application to employ DJP | | |
| 10/22/2009 KLC | 0.50 | hours | $162.50 |

|  |  |  |  |
|---|---|---|---|
| | Preparing for hearing on application to employ DJP | | |
| 10/22/2009 KLC | 0.20 | hours | $65.00 |
| | Attending hearing on application to employ DJP | | |
| 10/22/2009 SJM | 0.40 | hours | $130.00 |
| | prepare for and attend hearing on DJP and Crowell employment applications | | |
| 10/27/2009 KLC | 2.10 | hours | $682.50 |
| | Drafting motion for approval of interim monthly fee procedures | | |
| 10/27/2009 SJM | 0.20 | hours | $65.00 |
| | Review draft motion on fee procedures | | |
| 10/28/2009 KLC | 0.40 | hours | $130.00 |
| | Revising motion for interim fee stipulation | | |

$2,242.50

Client Expenses Advanced

| 10/31/2009 Equitrac Copy charge | $2.10 |
|---|---|
| 10/31/2009 Pacer On-Line Research | $0.72 |
| 10/31/2009 Postage | $49.15 |

$51.97

New Charges for This Matter                                    $2,294.47

```
┌─────────────────────┐
│   D U R H A M        │
│                      │
│   J O N E S &        │
│                      │
│   P I N E G A R      │
└─────────────────────┘
```

Durham Jones & Pinegar, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

December 21, 2009
Invoice No.        179673    KLC
File No.            26481    00006
Services Rendered Through 10/31/2009

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

## Employ & Fee Apps - Others

### Summary of Account

| | | |
|---|---|---|
| Previous balance as of invoice dated   01/01/1900 | 0.00 | |
| Payments received since last invoice | 0.00 | CR |
| A/R adjustment since last invoice | 0.00 | |
| Net balance forward | 0.00 | |
| Interest charge on past due balance | 0.00 | |
| New charges as itemized below | 3,561.96 | |
| Prepaid cash applied | 0.00 | CR |
| **Total Balance Due Upon Receipt** | **$3,561.96** | |

*Interest will accrue at 1.5% per month on balance not paid by end of month.*

### Detail of New Charges

<u>Professional Services</u>

| | | | | |
|---|---|---|---|---|
| 10/01/2009 KLC | 1.10 | hours | | $357.50 |
| | Drafting application, declaration for Corbin Gordon as special counsel | | | |
| 10/01/2009 KLC | 0.20 | hours | | $65.00 |
| | Email to Corbin Gordon regarding employment application and declaration in support thereof | | | |
| 10/01/2009 KLC | 0.30 | hours | | $97.50 |
| | Telephone conference to Joe Wrona regarding application to employ his firm | | | |
| 10/01/2009 KLC | 0.90 | hours | | $292.50 |
| | Drafting proposed declaration in support of application to employ Wrona Law Offices as special counsel | | | |
| 10/01/2009 KLC | 0.20 | hours | | $65.00 |
| | Telephone conference with Bill Shoaf regarding employment of Corbin Gordon as special counsel | | | |

26481                                    Invoice # 179673              Page 2

| | | | |
|---|---|---|---|
| 10/12/2009 KLC | 0.70 | hours | $227.50 |

Reviewing employment application, declaration from Joe Wrona regarding same

| | | | |
|---|---|---|---|
| 10/14/2009 KLC | 0.30 | hours | $97.50 |

Researching appraisers, attempted call to appraiser

| | | | |
|---|---|---|---|
| 10/19/2009 KLC | 0.20 | hours | $65.00 |

Telephone conference with Bill Shoaf regarding co-manager issues

| | | | |
|---|---|---|---|
| 10/19/2009 KLC | 0.40 | hours | $130.00 |

Telephone conference from potential co-manager regarding issues

| | | | |
|---|---|---|---|
| 10/19/2009 KLC | 0.20 | hours | $65.00 |

Telephone conference to court regarding hearing for special counsel applications

| | | | |
|---|---|---|---|
| 10/19/2009 KLC | 0.70 | hours | $227.50 |

Drafting notice of special counsel applications and notice of hearing

| | | | |
|---|---|---|---|
| 10/20/2009 KLC | 0.20 | hours | $65.00 |

Reviewing docket regarding employment applications

| | | | |
|---|---|---|---|
| 10/20/2009 KLC | 0.20 | hours | $65.00 |

Email to Michael Blumenthal, Steve Eichel regarding employment applications

| | | | |
|---|---|---|---|
| 10/21/2009 KLC | 0.30 | hours | $97.50 |

Reviewing draft order on Crowell & Moring employment, revising same

| | | | |
|---|---|---|---|
| 10/22/2009 KLC | 0.30 | hours | $97.50 |

Reviewing application and declaration on Crowell & Moring application

| | | | |
|---|---|---|---|
| 10/22/2009 KLC | 0.20 | hours | $65.00 |

Telephone conference with Michael Blumenthal regarding hearing

| | | | |
|---|---|---|---|
| 10/22/2009 KLC | 0.40 | hours | $130.00 |

Attending hearing on application to employ Crowell & Moring

| | | | |
|---|---|---|---|
| 10/27/2009 KLC | 0.50 | hours | $162.50 |

Reviewing materials on possible co-managers

| | | | |
|---|---|---|---|
| 10/28/2009 KLC | 0.70 | hours | $227.50 |

Telephone conference with Michael Blumenthal, Rich Havel, and Bill Ellis regarding co-manager, other issues

| | | | |
|---|---|---|---|
| 10/28/2009 KLC | 0.40 | hours | $130.00 |

Telephone conference with Michael Blumenthal regarding co-manager, other WestLB issues

| | | | |
|---|---|---|---|
| 10/29/2009 KLC | 0.30 | hours | $97.50 |

Telephone conference with Bill Shoaf regarding co-manager issues

| | | | |
|---|---|---|---|
| 10/30/2009 KLC | 0.20 | hours | $65.00 |

Telephone conference to Paul Throndsen regarding appraisal

26481                                    Invoice #  179673              Page  3

| | | | | |
|---|---|---|---|---|
| 10/30/2009 | KLC | 0.30 | hours | $97.50 |
| | Reviewing Throndsen's proposed engagement letter, email to Bill Shoaf regarding same | | | |
| 10/30/2009 | KLC | 0.70 | hours | $227.50 |
| | Drafting application to employ Throndsen's firm, declaration in support thereof | | | |

$3,217.50

Client Expenses Advanced

| | | |
|---|---|---|
| 10/31/2009 | Equitrac Copy charge | $268.95 |
| 10/31/2009 | Pacer On-Line Research | $0.32 |
| 10/31/2009 | Postage | $75.19 |

$344.46

New Charges for This Matter                           $3,561.96

D U R H A M

J O N E S &

P I N E G A R

Durham Jones & Pinegar, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

December 21, 2009
Invoice No.        179674    KLC
File No.              26481    00008
Services Rendered Through 10/31/2009

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

**Plan and Disc. Statement**

**Summary of Account**

| | | |
|---|---|---|
| Previous balance as of invoice dated    01/01/1900 | 0.00 | |
| Payments received since last invoice | 0.00 | CR |
| A/R adjustment since last invoice | 0.00 | |
| Net balance forward | 0.00 | |
| Interest charge on past due balance | 0.00 | |
| New charges as itemized below | 877.50 | |
| Prepaid cash applied | 0.00 | CR |
| **Total Balance Due Upon Receipt** | **$877.50** | |

*Interest will accrue at 1.5% per month on balance not paid by end of month.*

**Detail of New Charges**

Professional Services

| | | | | |
|---|---|---|---|---|
| 10/27/2009 KLC | 0.80 | hours | Reviewing, revising narrative of draft business plan | $260.00 |
| 10/27/2009 KLC | 0.70 | hours | Telephone conference with Michael Blumenthal regarding business plan, co-manager issues, telephone conference with Michael Blumenthal with Bill Shoaf regarding same | $227.50 |
| 10/29/2009 KLC | 1.20 | hours | Reviewing revised business plan | $390.00 |
| | | | | $877.50 |

New Charges for This Matter                    $877.50

**D U R H A M**

**J O N E S &**

**P I N E G A R**

Durham Jones & Pinegar, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

December 21, 2009
Invoice No.       179675    KLC
File No.          26481 . 00009
Services Rendered Through 10/31/2009

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

### Misc. Contested Matters

#### Summary of Account

| | | |
|---|---:|---|
| Previous balance as of invoice dated  01/01/1900 | $0.00 | |
| Payments received since last invoice | 0.00 | CR |
| A/R adjustment since last invoice | 0.00 | |
| Net balance forward | 0.00 | |
| Interest charge on past due balance | 0.00 | |
| New charges as itemized below | 619.10 | |
| Prepaid cash applied | 0.00 | CR |
| **Total Balance Due Upon Receipt** | **$619.10** | |

*Interest will accrue at 1.5% per month on balance not paid by end of month.*

#### Detail of New Charges

Professional Services

| | | | |
|---|---|---|---:|
| 10/06/2009 KLC | 0.30 | hours | $97.50 |
| Reviewing draft letter to Wickline's counsel. | | | |
| 10/07/2009 KLC | 0.20 | hours | $65.00 |
| Telephone conference with Bill Shoaf regarding David Wickline | | | |
| 10/08/2009 KLC | 0.20 | hours | $65.00 |
| Telephone conference with Bill Shoaf regarding Jacobsen issues | | | |
| 10/19/2009 KLC | 1.20 | hours | $390.00 |
| Research on injunctions | | | |
| | | | $617.50 |

Client Expenses Advanced

| | |
|---|---:|
| 10/31/2009 Pacer On-Line Research | $1.60 |
| | $1.60 |

| | |
|---|---:|
| New Charges for This Matter | $619.10 |

```
D U R H A M

J O N E S  &

P I N E G A R
```

Durham Jones & Pinegar, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

December 21, 2009
Invoice No.         179676   KLC
File No.               26481   00010
Services Rendered Through 10/31/2009

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

## Case Administration

### Summary of Account

| | | |
|---|---|---|
| Previous balance as of invoice dated   01/01/1900 | $0.00 | |
| Payments received since last invoice | 0.00 | CR |
| A/R adjustment since last invoice | 0.00 | |
| Net balance forward | 0.00 | |
| Interest charge on past due balance | 0.00 | |
| New charges as itemized below | 17,607.96 | |
| Prepaid cash applied | 0.00 | CR |
| **Total Balance Due Upon Receipt** | **$17,607.96** | |

*Interest will accrue at 1.5% per month on balance not paid by end of month.*

### Detail of New Charges

Professional Services

| | | | |
|---|---|---|---|
| 09/11/2009 KLC | 2.70 hours | | $877.50 |
| | Reviewing, revising motions | | |
| 09/12/2009 KLC | 1.80 hours | | $585.00 |
| | Revising motions, orders, addressing procedural issues | | |
| 09/12/2009 KLC | 0.20 hours | | $65.00 |
| | Telephone conference with Steve Eichel regarding motions, issues related to same | | |
| 09/12/2009 KLC | 0.20 hours | | $65.00 |
| | Telephone conference with Steve McCardell regarding filing issues | | |
| 09/13/2009 KLC | 0.30 hours | | $97.50 |
| | Telephone conference with Steve Eichel regarding motions, other documents, filing issues | | |
| 09/13/2009 KLC | 3.20 hours | | $1,040.00 |
| | Reviewing, revising motions, orders, lists of creditors, declaration in | | |

26481                                    Invoice #  179676                Page  2

support of motions

| Date | | | | Amount |
|---|---|---|---|---|
| 09/13/2009 | KLC | 0.40 | hours | $130.00 |
| | Emails to, from parties | | | |
| 10/01/2009 | KLC | 0.30 | hours | $97.50 |
| | Telephone conference with Bill Shoaf regarding lease issues | | | |
| 10/01/2009 | KLC | 0.20 | hours | $65.00 |
| | Conference with Steve McCardell regarding issues in case | | | |
| 10/01/2009 | KLC | 0.50 | hours | $162.50 |
| | Reviewing administrative issues on first meeting of creditors, schedules and statements, etc. | | | |
| 10/05/2009 | KLC | 0.20 | hours | $65.00 |
| | Telephone conference from vendor regarding Easy Street bankruptcy | | | |
| 10/05/2009 | KLC | 0.20 | hours | $65.00 |
| | Responding to email from Steve Eichler regarding schedules and statements | | | |
| 10/05/2009 | KLC | 0.30 | hours | $97.50 |
| | Reviewing email traffic from client | | | |
| 10/05/2009 | KLC | 0.20 | hours | $65.00 |
| | Reviewing email from Michael Johnson regarding Jacobsen Construction | | | |
| 10/05/2009 | KLC | 0.20 | hours | $65.00 |
| | Telephone conference to Michael Johnson regarding Jacobsen Construction | | | |
| 10/05/2009 | KLC | 0.20 | hours | $65.00 |
| | Telephone conference with Lon Jenkins regarding committee issues | | | |
| 10/05/2009 | KLC | 0.20 | hours | $65.00 |
| | Telephone conference with Michael Blumenthal regarding cash collateral issues | | | |
| 10/05/2009 | KLC | 0.30 | hours | $97.50 |
| | Reviewing correspondence on cash collateral issues | | | |
| 10/06/2009 | KLC | 0.20 | hours | $65.00 |
| | Telephone conference with Michael Blumenthal regarding various issues | | | |
| 10/06/2009 | KLC | 0.30 | hours | $97.50 |
| | Telephone conference with Steve McCardell and Michael Blumenthal regarding various issues | | | |
| 10/07/2009 | KLC | 0.60 | hours | $195.00 |
| | Reviewing financials from Bill Shoaf for US Trustee | | | |
| 10/07/2009 | KLC | 0.10 | hours | $32.50 |
| | Email to John Morgan regarding financials | | | |
| 10/07/2009 | KLC | 0.20 | hours | $65.00 |

Telephone conference with Mike Johnson and Jon Dibble regarding
Jacobsen issues

| 10/07/2009 | KLC | 0.20 | hours | $65.00 |

Telephone conference with Bill Shoaf regarding Jacobsen issues

| 10/07/2009 | KLC | 0.90 | hours | $292.50 |

Reviewing drafts of statements and schedules

| 10/07/2009 | KLC | 0.20 | hours | $65.00 |

Telephone conference with John Morgan regarding US Trustee issues

| 10/07/2009 | KLC | 0.20 | hours | $65.00 |

Telephone conference with John Morgan and Rinehart Peshell
regarding US Trustee issues

| 10/07/2009 | KLC | 0.20 | hours | $65.00 |

Telephone conference with Mike Johnson regarding Jacobsen issues

| 10/07/2009 | KLC | 0.30 | hours | $97.50 |

Telephone conference with Bill Shoaf regarding US Trustee issues

| 10/08/2009 | KLC | 1.30 | hours | $422.50 |

Reviewing schedules, statement of financial affairs issues

| 10/08/2009 | KLC | 0.50 | hours | $162.50 |

Reviewing Holding schedules

| 10/08/2009 | SJM | 0.20 | hours | $65.00 |

Conference with J. L. Shields regarding Gunther claim and case
background (.10); review and respond to call from J. Telak of Zions
Bank regarding debtor's account (.10)

| 10/09/2009 | KLC | 0.60 | hours | $195.00 |

Reviewing issues with schedules

| 10/09/2009 | JGP | 1.80 | hours | $324.00 |

Draft ex parte motion to appear telephonically

| 10/12/2009 | KLC | 0.50 | hours | $162.50 |

Addressing utility order issues

| 10/12/2009 | KLC | 0.20 | hours | $65.00 |

Telephone conference with Steve Eichel regarding schedules and
utility order issues

| 10/12/2009 | KLC | 0.20 | hours | $65.00 |

Email to Bill Shoaf regarding utility order issues

| 10/12/2009 | SJM | 0.20 | hours | $65.00 |

Review and respond to inquiry from W. Shoaf on forms for monthly
reports as required by US Trustee

| 10/13/2009 | DPR | 3.90 | hours | $1,131.00 |

Conference with K. Cannon re background and mechanic's lien issues
for fractional interest holders; review a title policy issued for one of
the fractional interest holders; review the America Land Title

26481                                       Invoice #  179676              Page 4

comparison documents regarding the 2006 ALTA policy of title
insurance, insured coverage versus exceptions to coverage, search for
possible ways to establish coverage, etc.; conference with K. Cannon
re my findings, discussion of the timing of Jacobsen's filing its notice
of lien for work done after fractional interest owners made their
purchases, and other related issues

| | | | |
|---|---|---|---|
| 10/13/2009 KLC | 1.90 | hours | $617.50 |

Reviewing, suggesting changes on schedules of assets and liabilities
and statement of financial affairs

| | | | |
|---|---|---|---|
| 10/13/2009 KLC | 0.20 | hours | $65.00 |

Telephone conference to Vivian Arias regarding schedules and
statements

| | | | |
|---|---|---|---|
| 10/13/2009 KLC | 0.30 | hours | $97.50 |

Conference with Dade Rose regarding title policy on owner units of
Sky Lodge

| | | | |
|---|---|---|---|
| 10/13/2009 KLC | 0.40 | hours | $130.00 |

Reviewing title issues

| | | | |
|---|---|---|---|
| 10/13/2009 KLC | 0.20 | hours | $65.00 |

Email to Bill Shoaf regarding title issues

| | | | |
|---|---|---|---|
| 10/13/2009 SJM | 1.50 | hours | $487.50 |

Review draft schedules and sofa and make comments as to bank
accounts as listed in cash collateral papers

| | | | |
|---|---|---|---|
| 10/14/2009 KLC | 1.00 | hours | $325.00 |

Conference call with Bill Shoaf, Philo Smith, Michael Blumenthal,
and Steve McCardell regarding various issues, including appraisals,
co-manager issues and possibilities, plan issues

| | | | |
|---|---|---|---|
| 10/14/2009 KLC | 0.50 | hours | $162.50 |

Telephone conference from Bill Shoaf regarding strategy questions

| | | | |
|---|---|---|---|
| 10/14/2009 KLC | 0.30 | hours | $97.50 |

Telephone conference from Steve Eichel and Vivian Arias regarding
schedules and statement issues

| | | | |
|---|---|---|---|
| 10/14/2009 KLC | 0.30 | hours | $97.50 |

Telephone conference from Vivian Arias regarding schedules

| | | | |
|---|---|---|---|
| 10/14/2009 KLC | 0.40 | hours | $130.00 |

Reviewing spreadsheets of newly-recognized claims

| | | | |
|---|---|---|---|
| 10/14/2009 KLC | 0.20 | hours | $65.00 |

Conference with Steve McCardell regarding various issues

| | | | |
|---|---|---|---|
| 10/14/2009 SJM | 0.10 | hours | $32.50 |

Conference with K. Cannon concerning schedules

| | | | |
|---|---|---|---|
| 10/15/2009 KLC | 1.50 | hours | $487.50 |

Reviewing schedules of assets and liabilities for three Easy Street
entities, editing same

| | | | | |
|---|---|---|---|---|
| 10/15/2009 | KLC | 1.20 | hours | $390.00 |

Reviewing statement of financial affairs for the three Easy Street
entities

| 10/15/2009 | KLC | 0.20 | hours | $65.00 |

Telephone conference with Bill Shoaf regarding issues in schedules

| 10/15/2009 | KLC | 0.60 | hours | $195.00 |

Telephone conference with Steve Eichel and Marina Soto regarding
issues in schedules

| 10/15/2009 | KLC | 0.40 | hours | $130.00 |

Reviewing revised schedule F for Easy Street Partners

| 10/15/2009 | KLC | 0.20 | hours | $65.00 |

Telephone conference to Bill Shoaf regarding schedules, monthly
financial reports

| 10/15/2009 | KLC | 0.30 | hours | $97.50 |

Conference with Steve McCardell regarding schedules issues

| 10/15/2009 | KLC | 0.50 | hours | $162.50 |

Reviewing tax motion and employee motion regarding claims

| 10/15/2009 | KLC | 0.90 | hours | $292.50 |

Final review of schedules of assets and liabilities and statement of
financial affairs for the three Easy Street entities, revising notes
therein

| 10/15/2009 | SJM | 0.50 | hours | $162.50 |

Respond to inquiries from R. Havel and W .Shoaf on reporting and
review and transmit reports/schedules

| 10/16/2009 | KLC | 0.60 | hours | $195.00 |

Telephone conference with Bill Shoaf, Brenda Ripley, Marina Soto
regarding accounting issues

| 10/16/2009 | KLC | 0.90 | hours | $292.50 |

Conference with Steve McCardell, Lon Jenkins, and Jeff Shields
regarding debtors, committee views

| 10/16/2009 | KLC | 0.20 | hours | $65.00 |

Telephone conference from creditor regarding schedules

| 10/16/2009 | SJM | 1.50 | hours | $487.50 |

Conference call with W. Shoaf and accounting personnel regarding
questions on invoice payments and process with West LB (.80);
prepare information for W. Shoaf to use with owners (.20); meeting
with creditors committee to discuss case issues (.50)

| 10/19/2009 | KLC | 0.40 | hours | $130.00 |

Telephone conference from Bill Shoaf regarding various issues in
case

| 10/19/2009 | KLC | 0.30 | hours | $97.50 |

Telephone conference with Michael Blumenthal regarding

outstanding tasks

| Date | | | | |
|---|---|---|---|---|
| 10/20/2009 | KLC | 1.10 | hours | $357.50 |

Preparing for first meeting of creditors

| 10/20/2009 | KLC | 0.20 | hours | $65.00 |

Telephone conference with Bill Shoaf regarding first meeting of creditors

| 10/20/2009 | KLC | 0.30 | hours | $97.50 |

Telephone conference with creditor regarding first meeting of creditors

| 10/21/2009 | KLC | 1.80 | hours | $585.00 |

Reviewing schedules and statements in preparation for section 341 meeting in Easy Street cases

| 10/21/2009 | KLC | 1.20 | hours | $390.00 |

Conference with Bill Shoaf preparing for first meetings of creditors

| 10/21/2009 | KLC | 2.50 | hours | $812.50 |

Attending first meetings of creditors in Easy Street cases

| 10/21/2009 | KLC | 0.30 | hours | $97.50 |

Telephone conference with Michael Blumenthal regarding first meetings of creditors, professional application issues

| 10/21/2009 | JGP | 1.30 | hours | $234.00 |

Draft ex parte motion and order to appear telephonically

| 10/22/2009 | KLC | 0.40 | hours | $130.00 |

Revising order on motion to pay prepetition taxes

| 10/22/2009 | KLC | 0.70 | hours | $227.50 |

Preparing for hearing on motion to pay prepetition taxes

| 10/22/2009 | KLC | 0.20 | hours | $65.00 |

Attending hearing on motion to pay certain prepetition taxes

| 10/22/2009 | KLC | 0.20 | hours | $65.00 |

Telephone conference with Paul Throndsen on appraisal

| 10/22/2009 | KLC | 0.20 | hours | $65.00 |

Telephone conference with Bill Shoaf regarding motion on prepetition taxes

| 10/22/2009 | KLC | 0.10 | hours | $32.50 |

Email regarding appraisal

| 10/22/2009 | JGP | 0.10 | hours | $18.00 |

Conference with Judge Mosieri Chanbers

| 10/23/2009 | KLC | 0.30 | hours | $97.50 |

Reviewing emails regarding business plan, meeting with committee

| 10/23/2009 | SJM | 0.40 | hours | $130.00 |

Review draft information motion from committee

| 10/26/2009 | KLC | 0.20 | hours | $65.00 |

26481                           Invoice #  179676              Page  7

| | | | |
|---|---|---|---|
| | Telephone conference with Bill Shoaf regarding liquor license issues | | |
| 10/26/2009 KLC | 0.30  hours | | $97.50 |
| | Telephone conference to Ryan Jensen at State Tax Commission regarding liquor license issues | | |
| 10/26/2009 KLC | 0.10  hours | | $32.50 |
| | Email to Bill Shoaf regarding Tax Commission issues | | |
| 10/27/2009 KLC | 0.20  hours | | $65.00 |
| | Telephone conference from Michael Johnson regarding workers' comp insurance | | |
| 10/28/2009 KLC | 0.10  hours | | $32.50 |
| | Telephone conference to Michael Johnson regarding workers comp insurance premium | | |
| 10/29/2009 KLC | 0.30  hours | | $97.50 |
| | Telephone conference from Diane Banks regarding Jacobsen issues | | |
| 10/29/2009 SJM | 0.30  hours | | $97.50 |
| | Communications with committee on confidentiality agreement and begin drafting language for agreement | | |
| 10/30/2009 KLC | 0.40  hours | | $130.00 |
| | Reviewing proposed confidentiality letter with committee | | |
| 10/30/2009 KLC | 0.20  hours | | $65.00 |
| | Conference with Steve McCardell regarding outstanding issues | | |
| 10/30/2009 SJM | 0.50  hours | | $162.50 |
| | Prepare final draft language for confidentiality letter with committee and transmit to committee counsel (.40); propose meeting with committee counsel and review responses (.10) | | |

$17,534.50

Client Expenses Advanced

| | | |
|---|---|---|
| 10/09/2009 Courier Service | | $7.00 |
| 10/16/2009 Salt City Couriers, Inc. | | $6.00 |
| 10/20/2009 US Bankruptcy Court | | $26.00 |
| 10/20/2009 Courier Service | | $7.00 |
| 10/31/2009 Equitrac Copy charge | | $13.80 |
| 10/31/2009 Pacer On-Line Research | | $0.56 |
| 10/31/2009 Postage | | $12.60 |
| 10/31/2009 Telefax | | $0.50 |

$73.46

New Charges for This Matter                              $17,607.96

DURHAM

JONES &

PINEGAR

Durham Jones & Pinegar, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

December 21, 2009
Invoice No.        179677    KLC
File No.           26481     00011
Services Rendered Through 10/31/2009

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

## Cash Collateral/DIP Lending

### Summary of Account

| | | |
|---|---|---|
| Previous balance as of invoice dated   01/01/1900 | $0.00 | |
| Payments received since last invoice | 0.00 | CR |
| A/R adjustment since last invoice | 0.00 | |
| Net balance forward | 0.00 | |
| Interest charge on past due balance | 0.00 | |
| New charges as itemized below | 27,251.06 | |
| Prepaid cash applied | 0.00 | CR |
| **Total Balance Due Upon Receipt** | **$27,251.06** | |

*Interest will accrue at 1.5% per month on balance not paid by end of month.*

### Detail of New Charges

Professional Services

| | | | |
|---|---|---|---|
| 10/01/2009 SJM | 0.40 | hours | $130.00 |
| Conference with A. Jarvis regarding consent to contact Wellls Fargo on debtor's accounts and prepare consent and transmit to A. Jarvis (.10); review updated budgets and cash projections received from W. Shoaf (.30) | | | |
| 10/06/2009 KLC | 1.40 | hours | $455.00 |
| Telephone conference on cash collateral issues | | | |
| 10/06/2009 KLC | 0.90 | hours | $292.50 |
| Reviewing cash collateral stipulation | | | |
| 10/06/2009 SJM | 1.20 | hours | $390.00 |
| Conference with K. Cannon and M. Blumenthal on cash collateral issues (.50); conference with committee counsel L. Jenkins and J. Shields regarding cash collateral issues (.10); review lender's proposed cash collateral stipulation and issues if approved (.60) | | | |
| 10/07/2009 KLC | 0.20 | hours | $65.00 |

26481                                    Invoice #  179677              Page 2

Reviewing proposed stipulation on extension of time to file objection to cash collateral motion

| | | | | |
|---|---|---|---|---|
| 10/07/2009 | KLC | 0.50 | hours | $162.50 |

Reviewing revised cash collateral stipulation

| | | | | |
|---|---|---|---|---|
| 10/07/2009 | KLC | 0.60 | hours | $195.00 |

Reviewing new draft of cash collateral stipulation, Michael Blumenthal's comments thereon

| | | | | |
|---|---|---|---|---|
| 10/07/2009 | KLC | 0.20 | hours | $65.00 |

Telephone conference with Bill Shoaf regarding various issues on cash collateral

| | | | | |
|---|---|---|---|---|
| 10/07/2009 | KLC | 2.00 | hours | $650.00 |

Telephone conference with Michael Blumenthal, Steve McCardell, Rich Havel, Bill Ellis, and Annette Jarvis regarding cash collateral stipulation

| | | | | |
|---|---|---|---|---|
| 10/07/2009 | SJM | 6.40 | hours | $2,080.00 |

Prepare for and participate in conference call with co-counsel and West LB to discuss and negotiate cash collateral stipulation (2.0); review and respond to inquiry from counsel for West LB regarding Wells Fargo accounts (.20); review information transmitted by the Debtor concerning cash collateral information required by West LB (1.20) ; conference call with W. Shoaf, P. Smith, and M. Blumenthal regarding cash collateral stipulation, reporting requested and ability of debtors to provide reporting  (1.50); review information provided by W. Shoaf on WestLB claim calculations as to claim requested by WestLB in draft stipulation (1.20); review revised draft cash collateral stipulation  and prepare for call with co-counsel and West LB Counsel(.50)

| | | | | |
|---|---|---|---|---|
| 10/08/2009 | KLC | 1.00 | hours | $325.00 |

Conference call with parties on cash collateral stipulation

| | | | | |
|---|---|---|---|---|
| 10/08/2009 | KLC | 0.50 | hours | $162.50 |

Reviewing budget

| | | | | |
|---|---|---|---|---|
| 10/08/2009 | KLC | 0.60 | hours | $195.00 |

Reviewing email traffic on cash collateral issues

| | | | | |
|---|---|---|---|---|
| 10/08/2009 | KLC | 0.20 | hours | $65.00 |

Telephone conference with Bill Shoaf regarding budget issues

| | | | | |
|---|---|---|---|---|
| 10/08/2009 | SJM | 7.10 | hours | $2,307.50 |

Conference call with WestLB and counsel and co-counsel regarding cash collateral stipulation and moving forward and follow up call with M. Blumenthal and W. Shoaf on same (1.70); exchanges of emails with client, co-counsel, and counsel for WestLB with comments on draft stipulation, informational issues, and drafting issues, and prepare for further discussions with committee and other parties as to cash collateral stipulation, and hearing on October 13 (5.30); review objection of Jacobsen to cash collateral use (.10)

| | | | |
|---|---|---|---|
| 10/09/2009 KLC | 0.60 | hours | $195.00 |

Reviewing draft notice of cash collateral stipulation

| | | | |
|---|---|---|---|
| 10/09/2009 KLC | 0.20 | hours | $65.00 |

Telephone conference with Michael Johnson regarding cash collateral

| | | | |
|---|---|---|---|
| 10/09/2009 KLC | 0.20 | hours | $65.00 |

Conference with Steve McCardell regarding notice of cash collateral stipulation

| | | | |
|---|---|---|---|
| 10/09/2009 KLC | 0.60 | hours | $195.00 |

Reviewing modifications to cash collateral stipulation, exhibits thereto

| | | | |
|---|---|---|---|
| 10/09/2009 KLC | 1.10 | hours | $357.50 |

Conference call on cash collateral issues with Steve McCardell, Michael Blumenthal, clients, Rich Havel, Bill Ellis and Annette Jarvis

| | | | |
|---|---|---|---|
| 10/09/2009 KLC | 0.50 | hours | $162.50 |

Conference call on form of order approving cash collateral stipulation

| | | | |
|---|---|---|---|
| 10/09/2009 KLC | 0.60 | hours | $195.00 |

Revising provision of cash collateral stipulation on weekly release of guest deposits

| | | | |
|---|---|---|---|
| 10/09/2009 KLC | 0.50 | hours | $162.50 |

Conference call following up on cash collateral issues

| | | | |
|---|---|---|---|
| 10/09/2009 SJM | 9.20 | hours | $2,990.00 |

Continuing negotiations over cash collateral amd form of stipulation and orders, wtih several conferences with WestLB and co-counsel, reviewing drafts and revised drafts, preparing suggested language (5.20); continued conferences with WestLB and co-counsel regarding cash collateral stipulatin, order, and revisions, notify committee counsel and arrange for information for committee counsel and suggest Monday meeting on stipulation and order; review and revise draft notice of stipulation for filin gwith the Court (3.20); prepare draft agenda for hearing and circulate (.20); prepare for meeting with committee on cash collateral (.60)

| | | | |
|---|---|---|---|
| 10/12/2009 KLC | 0.50 | hours | $162.50 |

Reviewing committee's comments on cash collateral stipulation

| | | | |
|---|---|---|---|
| 10/12/2009 KLC | 0.20 | hours | $65.00 |

Telephone conference with Steve McCardell, Michael Blumenthal regarding committee's comments on cash collateral stipulation

| | | | |
|---|---|---|---|
| 10/12/2009 KLC | 0.50 | hours | $162.50 |

Conference call with WestLB counsel regarding committee comments on cash collateral stipulation

| | | | |
|---|---|---|---|
| 10/12/2009 KLC | 0.50 | hours | $162.50 |

Telephone conference with Jeff Shields, Steve McCardell and Annette Jarvis regarding committee's comments on cash collateral stipulation

| 10/12/2009 | KLC | 0.70 hours | $227.50 |
|---|---|---|---|

Drafting revisions to draft order on cash collateral and drafting amendment to cash collateral stipulation, email to parties regarding same

| 10/12/2009 | KLC | 0.20 hours | $65.00 |
|---|---|---|---|

Conference with Steve McCardell regarding cash collateral issues

| 10/12/2009 | SJM | 2.00 hours | $650.00 |
|---|---|---|---|

Conference with M. Blumenthal regarding cash collateral status and hearing tomorrow (.10); review email from counsel to committee on cash collateral stpulation (.10); conferences with West LB and and committee to resolve committee concerns and revise proposed order (1.80)

| 10/13/2009 | KLC | 0.70 hours | $227.50 |
|---|---|---|---|

Final preparation for hearing on cash collateral

| 10/13/2009 | KLC | 0.10 hours | $32.50 |
|---|---|---|---|

Reviewing email from Mike Johnson regarding Jacobsen objections to cash collateral stipulation

| 10/13/2009 | KLC | 0.30 hours | $97.50 |
|---|---|---|---|

Reviewing, filing proposed agenda and amendment to cash collateral stipulation

| 10/13/2009 | KLC | 0.20 hours | $65.00 |
|---|---|---|---|

Telephone conference with Mike Johnson regarding Jacobsen objections to cash collateral stipulation and order

| 10/13/2009 | KLC | 0.20 hours | $65.00 |
|---|---|---|---|

Conference with Steve McCardell regarding Jacobsen

| 10/13/2009 | KLC | 0.20 hours | $65.00 |
|---|---|---|---|

Telephone conference with Steve McCardell, Rich Havel, and Annette Jarvis regarding cash collateral issues

| 10/13/2009 | KLC | 0.20 hours | $65.00 |
|---|---|---|---|

Emails regarding changes to proposed order on cash collateral

| 10/13/2009 | KLC | 1.20 hours | $390.00 |
|---|---|---|---|

Attending hearing on cash collateral

| 10/13/2009 | KLC | 0.20 hours | $65.00 |
|---|---|---|---|

Telephone conference from Michael Blumenthal regarding hearing on cash collateral

| 10/13/2009 | SJM | 3.30 hours | $1,072.50 |
|---|---|---|---|

Review email from committee counsel concerning cash collateral; revise proposed agenda and amendment to stipulation and transmit to J. Straley and counsel for parties in interest (.40); review email from counsel for Jacobsen regarding cash collateral stipulation (.10); conferences with K. Cannon and counsel for WestLB regarding Jacobsen comments and prepare proposed revisions (.50); prepare for hearing on cash collateral 1.40); attend hearing on cash collateral and

present changes to proposed order and, after hearing, conference with
client and prepare report to co-counsel (1.10)

| | | | |
|---|---|---|---|
| 10/13/2009 | JGP | 0.10   hours | $18.00 |

Call Court and A.Maudsley regarding conference call for hearing on
motion use cash collateral

| | | | |
|---|---|---|---|
| 10/14/2009 | SJM | 1.00   hours | $325.00 |

Conference call with co-counsel and client regarding implementation
of cash collateral order (1.0); distribute order as executed by Judge
Mosier (n/c)

| | | | |
|---|---|---|---|
| 10/16/2009 | SJM | 0.50   hours | $162.50 |

Review information from W. Shoaf on Tactical Financial, candidate
for co-manager

| | | | |
|---|---|---|---|
| 10/19/2009 | SJM | 1.30   hours | $422.50 |

Review information from W. Shoaf and K. Cannon regarding bank
accounts and implementation of cash collateral agreement as to
accounts and comanager (.90); conferences with K. Cannon on
implementation of accounts provisions (.40)

| | | | |
|---|---|---|---|
| 10/20/2009 | KLC | 0.80   hours | $260.00 |

Reviewing cash collateral stipulation and order regarding cash
collateral issues

| | | | |
|---|---|---|---|
| 10/20/2009 | KLC | 0.30   hours | $97.50 |

Telephone conference with Bill Shoaf regarding cash collateral issues

| | | | |
|---|---|---|---|
| 10/20/2009 | KLC | 0.40   hours | $130.00 |

Emails to, from Rich Havel regarding bank accounts and cash
collateral issues

| | | | |
|---|---|---|---|
| 10/20/2009 | KLC | 0.20   hours | $65.00 |

Telephone conference with Steve McCardell regarding cash collateral
issues

| | | | |
|---|---|---|---|
| 10/20/2009 | KLC | 0.40   hours | $130.00 |

Drafting letter to Annette Jarvis regarding executory contract issues

| | | | |
|---|---|---|---|
| 10/20/2009 | SJM | 1.30   hours | $422.50 |

Review information from K. Cannon on co-manager as required by
cash collateral stipulation and analysis of issues (.90); review and
respond to inquiry from WestLB on contracts and make assignment
on transmision of contracts (.30); conferences with K. Cannon on
bank accounts (.10)

| | | | |
|---|---|---|---|
| 10/21/2009 | KLC | 0.50   hours | $162.50 |

Reviewing cash collateral stipulation and order regarding accounts
and mechanical operation and procedures

| | | | |
|---|---|---|---|
| 10/21/2009 | KLC | 0.40   hours | $130.00 |

Emails regarding bank account issues

| | | | |
|---|---|---|---|
| 10/21/2009 | KLC | 1.00   hours | $325.00 |

Telephone conference with Bill Shoaf, Rich Havel, Drew Norman,

and Jamie Winikor regarding accounts, procedures for obtaining cash collateral disbursements

| | | | | |
|---|---|---|---|---|
| 10/21/2009 | KLC | 0.30 | hours | $97.50 |

Drafting letter requesting disbursement from lockbox for payroll and payment of WestLB adequate protection payment

| | | | | |
|---|---|---|---|---|
| 10/21/2009 | SJM | 1.60 | hours | $520.00 |

Review email from WestLB counsel on issues with Wells Fargo and accounts and follow-up information from K. Cannon (.40); review information transmitted to WestLB in compliance with cash collateral stipulation (.30); review information on appraisals (.10); review further information from WestLB Counsel D. Norman on bank acounts at Wells Fargo (.20); review requests for disbursements (.40); review information from K. Cannon and W. Shoaf on co-manager as required by stipulation (.20)

| | | | | |
|---|---|---|---|---|
| 10/22/2009 | KLC | 0.20 | hours | $65.00 |

Telephone conference with Rich Havel regarding cash collateral issues

| | | | | |
|---|---|---|---|---|
| 10/22/2009 | KLC | 0.20 | hours | $65.00 |

Telephone conference to Bill Shoaf regarding cash collateral issues

| | | | | |
|---|---|---|---|---|
| 10/22/2009 | KLC | 0.20 | hours | $65.00 |

Telephone conference with Bill Shoaf regarding meeting with WestLB

| | | | | |
|---|---|---|---|---|
| 10/22/2009 | SJM | 0.40 | hours | $130.00 |

Review draft business plan required under cash collateral order and draft comanager job description prepared by WestLB

| | | | | |
|---|---|---|---|---|
| 10/23/2009 | KLC | 0.20 | hours | $65.00 |

Emails from, to Drew Norman

| | | | | |
|---|---|---|---|---|
| 10/23/2009 | KLC | 0.40 | hours | $130.00 |

Reviewing control agreements

| | | | | |
|---|---|---|---|---|
| 10/23/2009 | KLC | 0.20 | hours | $65.00 |

Telephone conference with Bill Shoaf regarding conference call next week

| | | | | |
|---|---|---|---|---|
| 10/26/2009 | KLC | 0.30 | hours | $97.50 |

Reviewing emails regarding requests for funding

| | | | | |
|---|---|---|---|---|
| 10/26/2009 | SJM | 1.30 | hours | $422.50 |

Review and advise B. Shoaf on funding request (.20); review information from WestLB attorneys regarding accounts in preparation for call on bank accounts (.50); review information to be provided to WestLB and information on WestLB provided by W. Shoaf (.40); review and respond to inquiry from D. Leta on Vision Capital (.20)

| | | | | |
|---|---|---|---|---|
| 10/27/2009 | KLC | 0.50 | hours | $162.50 |

Reviewing cash collateral stipulation, notes from prior all on accounts

| | | | | |
|---|---|---|---|---|
| 10/27/2009 | KLC | 0.90 | hours | $292.50 |

Participating in call with WestLB representatives regarding accounts, co-manager issues, cash collateral issues

| | | | |
|---|---|---|---|
| 10/27/2009 | SJM | 3.00 hours | $975.00 |

Conference call with WestLB and client regarding cash collateral stipulation implementation issues (1.0); review information from W. Shoaf on candidates for co-manager position (.50); review PACE reports required by WestLB and provided by debtor today (.20); join portion of conference with W. Shoaf, M. Blumenthal, and K. Cannon regarding implementation of cash collateral compliance points (.40); review budget and business plan (.60); review information from D. Leta on proposed lender and prepare for call (.30)

| | | | |
|---|---|---|---|
| 10/28/2009 | KLC | 0.20 hours | $65.00 |

Telephone conference to Bill Shoaf regarding cash collateral requests

| | | | |
|---|---|---|---|
| 10/28/2009 | KLC | 0.20 hours | $65.00 |

Follow-up telephone conference with Bill Shoaf regarding cash collateral issues

| | | | |
|---|---|---|---|
| 10/28/2009 | KLC | 0.50 hours | $162.50 |

Reviewing cash collateral requests as set to WestLB

| | | | |
|---|---|---|---|
| 10/28/2009 | KLC | 0.40 hours | $130.00 |

Reviewing, responding to emails from Drew Norman regarding requests for transfer of cash collateral funds

| | | | |
|---|---|---|---|
| 10/28/2009 | KLC | 0.20 hours | $65.00 |

Telephone conference with Bill Shoaf regarding cash collateral requests

| | | | |
|---|---|---|---|
| 10/28/2009 | KLC | 0.20 hours | $65.00 |

Follow-up to Drew Norman regarding cash collateral request

| | | | |
|---|---|---|---|
| 10/28/2009 | KLC | 0.20 hours | $65.00 |

Telephone conference with Michael Blumenthal regarding cash collateral request, co-manager issues

| | | | |
|---|---|---|---|
| 10/28/2009 | KLC | 0.10 hours | $32.50 |

Telephone conference with Michael Blumenthal regarding co-manager issues

| | | | |
|---|---|---|---|
| 10/28/2009 | KLC | 0.90 hours | $292.50 |

Reviewing proposed revised cash collateral transfer request form

| | | | |
|---|---|---|---|
| 10/28/2009 | KLC | 0.30 hours | $97.50 |

Telephone conference with Bill Shoaf regarding cash collateral transfer request form

| | | | |
|---|---|---|---|
| 10/28/2009 | KLC | 0.80 hours | $260.00 |

Reviewing cash collateral stipulation and order, conference with Steve McCardell regarding same

| | | | |
|---|---|---|---|
| 10/28/2009 | KLC | 0.50 hours | $162.50 |

Drafting email to Rich Havel regarding comments on cash collateral request form

| | | | |
|---|---|---|---|
| 10/28/2009 | SJM | 1.10 hours | $357.50 |

Conference with K. Cannon regarding issues with reporting formatting proposed by WestLB and review and comment on forms and issues with C-1 reconcilitation requiring weekly reconciliation to budget

| 10/29/2009 | KLC | 0.30 hours | $97.50 |
|---|---|---|---|

Telephone conference with Bill Shoaf regarding cash collateral issues

| 10/29/2009 | KLC | 0.40 hours | $130.00 |
|---|---|---|---|

Addressing issues with cash collateral transfer requests

| 10/29/2009 | KLC | 0.50 hours | $162.50 |
|---|---|---|---|

Reviewing email from Drew Norman, reviewing cash collateral stipulation

| 10/29/2009 | KLC | 1.30 hours | $422.50 |
|---|---|---|---|

Telephone conference with Bill Shoaf, Michael Blumenthal, Steve McCardell, David Leta, Vision Capital representatives regarding investment loan issues

| 10/29/2009 | KLC | 1.00 hours | $325.00 |
|---|---|---|---|

Telephone conference with Bill Shoaf, Michael Blumenthal, Steve McCardell, Drew Norman and Jamie Winikor regarding cash collateral request issues

| 10/29/2009 | KLC | 0.20 hours | $65.00 |
|---|---|---|---|

Telephone conference with Bill Shoaf regarding cash collateral transfer request

| 10/29/2009 | KLC | 0.20 hours | $65.00 |
|---|---|---|---|

Reviewing email from Drew Norman regarding cash collateral transfer request

| 10/29/2009 | SJM | 1.10 hours | $357.50 |
|---|---|---|---|

Conference call with West LB and client as to cash collateral procedural issues -- bank's inability to fund certain requests today and requests for information on budget

| 10/29/2009 | SJM | 1.50 hours | $487.50 |
|---|---|---|---|

Conference call with Vision Capital and counsel, and with co-counsel and client, as to case facts and potential interest of Vision Capital and confernece with K. Cannon after call

| 10/30/2009 | KLC | 0.20 hours | $65.00 |
|---|---|---|---|

Telephone conference from Bill Shoaf regarding cash collateral transfers

| 10/30/2009 | KLC | 0.50 hours | $162.50 |
|---|---|---|---|

Telephone conference with Bill Shoaf, Michael Blumenthal, potential co-manager regarding co-manager issues

| 10/30/2009 | KLC | 0.20 hours | $65.00 |
|---|---|---|---|

Telephone conference with Bill Shoaf, Michael Blumenthal regarding release of cash collateral funds

Invoice #  179677                Page  9

| Date | | | | |
|---|---|---|---|---|
| 10/30/2009 | KLC | 0.30 | hours | $97.50 |

Telephone conference with Drew Norman regarding release of cash collateral funds

| 10/30/2009 | KLC | 0.20 | hours | $65.00 |

Telephone conference with Bill Shoaf regarding cash collateral issues

| 10/30/2009 | KLC | 0.50 | hours | $162.50 |

Drafting authorization for Wells Fargo to approve transfer of funds from escrow account to lockbox account

| 10/30/2009 | KLC | 0.30 | hours | $97.50 |

Outlining remaining bank account issues

| 10/30/2009 | KLC | 0.20 | hours | $65.00 |

Telephone conference to Drew Norman regarding issues on cash collateral transfer

| 10/30/2009 | KLC | 0.20 | hours | $65.00 |

Email to Wells Fargo regarding authorization to release funds

| 10/30/2009 | KLC | 0.50 | hours | $162.50 |

Reviewing draft transfer request no. 4, emails to, from Bill Shoaf regarding same

| 10/30/2009 | KLC | 0.40 | hours | $130.00 |

Reviewing materials from Gemstone in response to request for proposals

| 10/30/2009 | KLC | 0.20 | hours | $65.00 |

Telephone conference with Bill Shoaf regarding Gemstone

| 10/30/2009 | SJM | 2.20 | hours | $715.00 |

Review information from D. Norman on disbursements being funded and information from W. Ellis on proposed candidate for co-manager; review detailed information received from co-manager candidate; review business plan information distributed by W. Shoaf

|  |  |  |  | $27,220.50 |

Client Expenses Advanced

| 10/31/2009 | Equitrac Copy charge | | | $30.00 |
| 10/31/2009 | Pacer On-Line Research | | | $0.56 |
|  |  |  |  | $30.56 |

New Charges for This Matter                $27,251.06

DURHAM

JONES &

PINEGAR

Durham Jones & Pinegar, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

December 21, 2009
Invoice No.          179678    KLC
File No.               26481    00012
Services Rendered Through 10/31/2009

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

**BayNorth Litigation**

**Summary of Account**

| | | |
|---|---|---|
| Previous balance as of invoice dated    01/01/1900 | $0.00 | |
| Payments received since last invoice | 0.00 | CR |
| A/R adjustment since last invoice | 0.00 | |
| Net balance forward | 0.00 | |
| Interest charge on past due balance | 0.00 | |
| New charges as itemized below | 97.50 | |
| Prepaid cash applied | 0.00 | CR |
| **Total Balance Due Upon Receipt** | **$97.50** | |

*Interest will accrue at 1.5% per month on balance not paid by end of month.*

**Detail of New Charges**

<u>Professional Services</u>

| | | | |
|---|---|---|---|
| 10/08/2009 KLC | 0.30   hours | | $97.50 |
| | Email regarding scheduling BayNorth | | |
| | | | $97.50 |

| | |
|---|---|
| New Charges for This Matter | $97.50 |