# NOVEMBER 2009

DURHAM

JONES &

PINEGAR

Durham Jones & Pinegar, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

December 21, 2009
Invoice No.          179679    KLC
File No.              26481    00001
Services Rendered Through 11/30/2009

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

## Asset Analysis & Investigation

### Summary of Account

| | | |
|---|---|---|
| Previous balance as of invoice dated | 01/01/1900 | $0.00 |
| Payments received since last invoice | | 0.00 CR |
| A/R adjustment since last invoice | | 0.00 |
| Net balance forward | | 0.00 |
| Interest charge on past due balance | | 0.00 |
| New charges as itemized below | | 724.74 |
| Prepaid cash applied | | 0.00 CR |
| **Total Balance Due Upon Receipt** | | **$724.74** |

*Interest will accrue at 1.5% per month on balance not paid by end of month.*

### Detail of New Charges

#### Professional Services

| | | | | |
|---|---|---|---|---|
| 11/03/2009 | SJM | 1.30 | hours | $422.50 |

Make assignments to paralegal and assistant on order on Wickline 2004 examination, review signed order, finalize subpoena, notice, and certificate of service, and give instructions on service, give notice to co-counsel of order and service

| | | | | |
|---|---|---|---|---|
| 11/10/2009 | SJM | 0.70 | hours | $227.50 |

Review and respond to letter from ADT regarding ADT contract

$650.00

#### Client Expenses Advanced

| | |
|---|---|
| 11/03/2009 Courier Service | $7.00 |
| 11/12/2009 Federal Express | $23.70 |
| 11/12/2009 Federal Express | $16.92 |
| 11/12/2009 Federal Express | $16.92 |

26481                                    Invoice #  179679              Page  2

11/30/2009 Equitrac Copy charge                                          $10.20
                                                                    _____
                                                                         $74.74

New Charges for This Matter                                             $724.74

DURHAM

JONES &

PINEGAR

Durham Jones & Pinegar, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

December 21, 2009
Invoice No.       179681    KLC
File No.          26481    00004
Services Rendered Through 11/30/2009

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

## Claims Administration

### Summary of Account

| | | |
|---|---|---|
| Previous balance as of invoice dated    01/01/1900 | $0.00 | |
| Payments received since last invoice | 0.00 | CR |
| A/R adjustment since last invoice | 0.00 | |
| Net balance forward | 0.00 | |
| Interest charge on past due balance | 0.00 | |
| New charges as itemized below | 1,430.00 | |
| Prepaid cash applied | 0.00 | CR |
| **Total Balance Due Upon Receipt** | **$1,430.00** | |

*Interest will accrue at 1.5% per month on balance not paid by end of month.*

### Detail of New Charges

#### Professional Services

| 11/03/2009 SJM | 1.00 | hours | | $325.00 |
|---|---|---|---|---|

Conference with G. Hofmann, counsel for Park City I, LLC regarding his retention and issue of whether Park City I has a claim (.20); identify documents related to interests of members of Holding and transmit to G. Hofmann (.30); analysis of potential claims of Park City I against Holding under organic documentss (.50)

| 11/05/2009 KLC | 0.30 | hours | | $97.50 |
|---|---|---|---|---|

Telephone conference from Andelin at Richer Overholt firm regarding Sysco claim

| 11/12/2009 SJM | 0.30 | hours | | $292.50 |
|---|---|---|---|---|

Review Jacobsen claim and compare to prior filings

| 11/16/2009 SJM | 0.50 | hours | | $162.50 |
|---|---|---|---|---|

Review claims filed against Partners, including administrative 503(b)(9) claims and provide update to B. Shoaf on claims

| 11/24/2009 SJM | 1.60 | hours | | $520.00 |
|---|---|---|---|---|

26481                                    Invoice #  179681              Page  2

Review draft complaint and memo on Section 105 injunction

11/24/2009 SJM         0.10   hours                                        $32.50

Review voice message from D. Jackson of Water Images regarding
check received for invoices on post-petition shipment; conference
with Mr. Jackson; request information from debtor on this issue and
review

_____
$1,430.00

New Charges for This Matter                                  $1,430.00

DURHAM

JONES &

PINEGAR

Durham Jones & Pinegar, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

December 21, 2009
Invoice No.        179682    KLC
File No.           26481     00005
Services Rendered Through 11/30/2009

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

## Employ & Fee Apps - Durham

### Summary of Account

| | | |
|---|---|---|
| Previous balance as of invoice dated   01/01/1900 | $0.00 | |
| Payments received since last invoice | 0.00 | CR |
| A/R adjustment since last invoice | 0.00 | |
| Net balance forward | 0.00 | |
| Interest charge on past due balance | 0.00 | |
| New charges as itemized below | 838.48 | |
| Prepaid cash applied | 0.00 | CR |
| **Total Balance Due Upon Receipt** | **$838.48** | |

*Interest will accrue at 1.5% per month on balance not paid by end of month.*

### Detail of New Charges

Professional Services

| | | | | |
|---|---|---|---|---|
| 11/02/2009 KLC | 0.50 | hours | | $162.50 |
| | Drafting supplemental declaration regarding connections | | | |
| 11/13/2009 KLC | 0.20 | hours | | $65.00 |
| | Email to Rich Havel regarding draft motion on interim fee procedures | | | |
| 11/20/2009 KLC | 0.40 | hours | | $130.00 |
| | Reviewing proposed changes to motion for approval of interim fee procedures | | | |
| 11/20/2009 KLC | 0.80 | hours | | $260.00 |
| | Reviewing time records to send totals to WestLB | | | |
| | | | | $617.50 |

Client Expenses Advanced

| | |
|---|---|
| 11/30/2009 Equitrac Copy charge | $127.20 |
| 11/30/2009 Postage | $93.78 |

26481                          Invoice #  179682              Page  2

$220.98

New Charges for This Matter                              $838.48

DURHAM

JONES &

PINEGAR

Durham Jones & Pinegar, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

December 21, 2009
Invoice No.        179683    KLC
File No.            26481    00006
Services Rendered Through 11/30/2009

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

**Employ & Fee Apps - Others**

**Summary of Account**

| | | |
|---|---|---|
| Previous balance as of invoice dated | 01/01/1900 | $0.00 |
| Payments received since last invoice | | 0.00  CR |
| A/R adjustment since last invoice | | 0.00 |
| Net balance forward | | 0.00 |
| Interest charge on past due balance | | 0.00 |
| New charges as itemized below | | 16,065.81 |
| Prepaid cash applied | | 0.00  CR |
| **Total Balance Due Upon Receipt** | | **$16,065.81** |

*Interest will accrue at 1.5% per month on balance not paid by end of month.*

**Detail of New Charges**

Professional Services

| | | | |
|---|---|---|---|
| 11/02/2009 KLC | 0.50 | hours | $162.50 |
| | Reviewing materials from Gemstone, BDRC regarding co-manager proposals | | |
| 11/02/2009 KLC | 0.30 | hours | $97.50 |
| | Telephone conference with Michael Blumenthal regarding co-manager issues | | |
| 11/02/2009 KLC | 0.20 | hours | $65.00 |
| | Conference with Steve McCardell regarding co-manager issues | | |
| 11/02/2009 KLC | 0.20 | hours | $65.00 |
| | Conference with Steve McCardell regarding committee issues with professionals | | |
| 11/02/2009 KLC | 0.50 | hours | $162.50 |
| | Reviewing special counsel applications, declarations | | |
| 11/03/2009 KLC | 0.30 | hours | $97.50 |

| | | | |
|---|---|---|---|
| | Addressing issues with appraiser | | |
| 11/03/2009 KLC | 0.50 hours | | $162.50 |
| | Reviewing co-manager issues, emails regarding same | | |
| 11/05/2009 KLC | 0.30 hours | | $97.50 |
| | Telephone conference with Michael Blumenthal, Steve McCardell regarding co-manager issues | | |
| 11/05/2009 KLC | 0.20 hours | | $65.00 |
| | Telephone conference with Drew Norman regarding co-manager, other issues | | |
| 11/05/2009 KLC | 0.40 hours | | $130.00 |
| | Reviewing information needed by appraiser, email to Bill Shoaf regarding same | | |
| 11/05/2009 KLC | 0.50 hours | | $162.50 |
| | Finalizing application, declaration for appointment of appraiser | | |
| 11/05/2009 KLC | 0.20 hours | | $65.00 |
| | Telephone conference with Paul Throndsen regarding appraisal issues, scheduling hearing on application to employ | | |
| 11/05/2009 SJM | 1.40 hours | | $455.00 |
| | Conferences with M. Blumenthal and K. Cannon on next contacts with committee and WestLB on engagement of comanager (.20); review and respond to email from committee on engagement of comanager and suggest phone meeting tomorrow (.20); review and respond to inquiries from committee and WestLB on co-manger, analysis of issues as to comanager and set up meetings with committee and WestLB on comanager issue (.80); analysis of West LB points on comanager (.20) | | |
| 11/05/2009 SJM | 0.40 hours | | $130.00 |
| | Review application to employ Paul Throndsen as appraiser | | |
| 11/06/2009 KLC | 0.90 hours | | $292.50 |
| | Revising draft motion on professional interim fee procedures | | |
| 11/09/2009 KLC | 2.70 hours | | $877.50 |
| | Drafting application to employ BRDC as co-manager | | |
| 11/09/2009 KLC | 0.20 hours | | $65.00 |
| | Email regarding draft application to employ BDRC as co-manager | | |
| 11/09/2009 SJM | 0.50 hours | | $162.50 |
| | Review and comment on draft application to employ BDRC | | |
| 11/10/2009 KLC | 0.30 hours | | $97.50 |
| | Telephone conference with Bill Shoaf regarding co-manager issues | | |
| 11/11/2009 KLC | 0.30 hours | | $97.50 |
| | Email to parties regarding co-manager issues | | |
| 11/11/2009 KLC | 0.50 hours | | $162.50 |
| | Revising application to employ BDRC as co-manager | | |

| 11/12/2009 KLC | 0.30 hours | $97.50 |
|---|---|---|
| Drafting proposed response to West LB on co-manager issues | | |
| 11/12/2009 KLC | 0.40 hours | $130.00 |
| Revising draft application to employ BDRC as co-manager | | |
| 11/12/2009 KLC | 0.20 hours | $65.00 |
| Emails to Michael Blumenthal regarding co-manager issue | | |
| 11/13/2009 KLC | 0.20 hours | $65.00 |
| Email to Bill Ellis regarding Gemstone | | |
| 11/13/2009 KLC | 0.20 hours | $65.00 |
| Reviewing email from Bill Ellis regarding Gemstone | | |
| 11/13/2009 KLC | 0.20 hours | $65.00 |
| Telephone conference to Paul Throndsen regarding appraisal | | |
| 11/13/2009 KLC | 0.20 hours | $65.00 |
| Telephone conference with Bill Shoaf regarding appraisal | | |
| 11/13/2009 KLC | 0.40 hours | $130.00 |
| Reviewing final agreement between Partners and BDRC | | |
| 11/13/2009 KLC | 0.80 hours | $260.00 |
| Revising application to employ BDRC as co-manager | | |
| 11/13/2009 KLC | 0.20 hours | $65.00 |
| Telephone conference to court regarding hearing date for application on BDRC | | |
| 11/13/2009 KLC | 1.90 hours | $617.50 |
| Drafting motion to approve notice, proposed order on same, notice of application on BDRC | | |
| 11/13/2009 KLC | 0.60 hours | $195.00 |
| Further revisions to application to employ BDRC as co-manager | | |
| 11/13/2009 KLC | 0.20 hours | $65.00 |
| Telephone conference with Bill Shoaf regarding BDRC | | |
| 11/13/2009 KLC | 0.20 hours | $65.00 |
| Telephone conference with Bryan Dorsey regarding BDRC | | |
| 11/13/2009 KLC | 0.20 hours | $65.00 |
| Telephone conference with Michael Blumenthal regarding BDRC application | | |
| 11/13/2009 KLC | 0.20 hours | $65.00 |
| Email to Bill Ellis regarding application to employ BDRC | | |
| 11/13/2009 KLC | 0.60 hours | $195.00 |
| Reviewing docket regarding Wrona, Gordon special counsel applications, reviewing committee objection to same, emails regarding same | | |
| 11/13/2009 KLC | 0.70 hours | $227.50 |
| Drafting letter to Bill Ellis regarding Gemstone | | |

| | | | |
|---|---|---|---|
| 11/13/2009 KLC | 0.40 | hours | $130.00 |
| Telephone conference with Michael Blumenthal regarding Gemstone, BDRC issues | | | |
| 11/16/2009 KLC | 1.20 | hours | $390.00 |
| Drafting proposed declaration of disinterestedness for BDRC | | | |
| 11/16/2009 KLC | 0.30 | hours | $97.50 |
| Telephone conference with Michael Blumenthal regarding Gemstone issues | | | |
| 11/16/2009 KLC | 0.30 | hours | $97.50 |
| Telephone conference with Michael Blumenthal, Rich Havel regarding Gemstone, other issues | | | |
| 11/16/2009 KLC | 0.20 | hours | $65.00 |
| Telephone conference with Michael Blumenthal regarding Gemstone | | | |
| 11/16/2009 KLC | 0.80 | hours | $260.00 |
| Drafting proposed application on Gemstone | | | |
| 11/16/2009 SJM | 0.20 | hours | $65.00 |
| Conferences with K. Cannon regarding employment of advisor for Debtor and issues with WestLB position | | | |
| 11/17/2009 KLC | 0.70 | hours | $227.50 |
| Drafting application to employ Gemstone as a consultant | | | |
| 11/17/2009 KLC | 0.50 | hours | $162.50 |
| Telephone conference with Michael Blumenthal regarding Gemstone agreement, BDRC agreement | | | |
| 11/17/2009 KLC | 1.20 | hours | $390.00 |
| Drafting proposed revisions to BDRC agreement | | | |
| 11/18/2009 KLC | 0.30 | hours | $97.50 |
| Telephone conference with Michael Blumenthal regarding BDRC and Gemstone | | | |
| 11/18/2009 KLC | 0.70 | hours | $227.50 |
| Drafting application to employ Gemstone as a consultant | | | |
| 11/18/2009 KLC | 0.20 | hours | $65.00 |
| Telephone conference with Bill Shoaf regarding BDRC issues | | | |
| 11/18/2009 KLC | 0.20 | hours | $65.00 |
| Telephone conference with Kim Sallinger regarding proposed changes to BDRC professional services agreement | | | |
| 11/18/2009 KLC | 0.20 | hours | $65.00 |
| Telephone conference to court regarding dates for co-manager, consultant applications | | | |
| 11/18/2009 KLC | 0.20 | hours | $65.00 |
| Telephone conference with Michael Blumenthal regarding various issues on co-manager application | | | |

| Date | | Hours | | Amount |
|------|--|-------|--|--------|
| 11/18/2009 KLC | 0.40 | hours | | $130.00 |
| Telephone conference with Michael Blumenthal, Rich Havel regarding BDRC, Gemstone applications | | | | |
| 11/18/2009 KLC | 0.20 | hours | | $65.00 |
| Telephone conference to court regarding hearing date | | | | |
| 11/18/2009 KLC | 0.70 | hours | | $227.50 |
| Drafting notice of continued hearing on BDRC application | | | | |
| 11/18/2009 KLC | 0.20 | hours | | $65.00 |
| Telephone conference to Jeff Shields regarding continued hearing on applications | | | | |
| 11/18/2009 KLC | 0.20 | hours | | $65.00 |
| Reviewing emails regarding continued hearing on applications | | | | |
| 11/18/2009 KLC | 0.20 | hours | | $65.00 |
| Telephone conference from Peggy Hunt on contracts with BDRC and Gemstone | | | | |
| 11/18/2009 KLC | 0.50 | hours | | $162.50 |
| Revising disinterestedness declaration from BDRC | | | | |
| 11/19/2009 KLC | 0.50 | hours | | $162.50 |
| Revising BDRC agreement | | | | |
| 11/19/2009 KLC | 0.20 | hours | | $65.00 |
| Emails to Bill Ellis and BDRC regarding revised agreement | | | | |
| 11/19/2009 KLC | 0.40 | hours | | $130.00 |
| Reviewing revised Gemstone agreement | | | | |
| 11/19/2009 KLC | 0.40 | hours | | $130.00 |
| Reviewing Gemstone materials | | | | |
| 11/19/2009 KLC | 0.80 | hours | | $260.00 |
| Drafting application to employ Gemstone | | | | |
| 11/19/2009 KLC | 0.40 | hours | | $130.00 |
| Reviewing Bill Ellis' issues with revised BDRC agreement, email to parties regarding same | | | | |
| 11/19/2009 KLC | 0.60 | hours | | $195.00 |
| Drafting proposed declaration of disinterestedness for Gemstone | | | | |
| 11/19/2009 KLC | 0.40 | hours | | $130.00 |
| Telephone conference with Michael Blumenthal regarding BDRC agreement | | | | |
| 11/20/2009 KLC | 0.40 | hours | | $130.00 |
| Reviewing materials from Gemstone | | | | |
| 11/20/2009 KLC | 1.10 | hours | | $357.50 |
| Revising application, declaration from Gemstone | | | | |
| 11/20/2009 KLC | 0.40 | hours | | $130.00 |
| Reviewing Bill Ellis' comments on BDRC agreement | | | | |

| 11/20/2009 KLC | 0.30 | hours | $97.50 |

Telephone conference with Michael Blumenthal regarding comments on BDRC agreement

| 11/23/2009 KLC | 0.20 | hours | $65.00 |

Telephone conference with Bill Shoaf regarding BDRC and Gemstone issues

| 11/23/2009 KLC | 0.30 | hours | $97.50 |

Telephone conference with Michael Blumenthal regarding BDRC agreement

| 11/23/2009 KLC | 0.30 | hours | $97.50 |

Revising BDRC agreement

| 11/23/2009 KLC | 0.40 | hours | $130.00 |

Reviewing committee's objections to Wrona and Gordon

| 11/23/2009 KLC | 0.20 | hours | $65.00 |

Telephone conference to Lon Jenkins regarding objections to Wrona and Gordon

| 11/23/2009 KLC | 0.50 | hours | $162.50 |

Reviewing applications, declarations on Gordon and Wrona

| 11/23/2009 KLC | 0.30 | hours | $97.50 |

Telephone conference with Corbin Gordon regarding employment application

| 11/23/2009 KLC | 0.20 | hours | $65.00 |

Telephone conference with Joe Wrona regarding employment applications

| 11/23/2009 KLC | 1.20 | hours | $390.00 |

Drafting orders on Wrona and Gordon employment applications

| 11/23/2009 KLC | 0.20 | hours | $65.00 |

Telephone conference with John Straley regarding scheduling of hearings on employment applications

| 11/23/2009 KLC | 0.40 | hours | $130.00 |

Revising proposed Gemstone declaration

| 11/23/2009 KLC | 0.20 | hours | $65.00 |

Telephone conference to Janet van Hartsvelt regarding Gemstone declaration

| 11/24/2009 KLC | 0.80 | hours | $260.00 |

Preparing for hearing on applications to employ Corbin Gordon and Wrona Law Offices

| 11/24/2009 KLC | 0.90 | hours | $292.50 |

Attending hearing on applications to employ Wrona and Gordon as special counsel

| 11/24/2009 KLC | 0.60 | hours | $195.00 |

Invoice #  179683                    Page  7

Revising motion for approval of interim fee procedures

| Date | Person | Hours | | Amount |
|------|--------|-------|---|--------|
| 11/24/2009 | KLC | 0.40 | hours | $130.00 |

Revising agreement with BDRC, emails regarding same

11/24/2009 KLC    0.90   hours                          $292.50

Drafting ex parte motion, order for approval of notice of Gemstone application

11/24/2009 KLC    0.20   hours                          $65.00

Drafting cover pleading on revised BDRC agreement

11/24/2009 SJM    0.50   hours                          $162.50

Assist with hearing on employment of Wrona and Gordon firms, including by conferneces with committee and prospective counsel prior to hearing and consulting on arguments at hearing

11/25/2009 KLC    0.20   hours                          $65.00

Telephone conference with Lon Jenkins regarding professional fee procedures motion

11/25/2009 KLC    0.10   hours                          $32.50

Email to parties regarding proposed changes to fee procedures motion

11/25/2009 KLC    0.20   hours                          $65.00

Telephone conference with Michael Blumenthal regarding fee procedures motion

11/25/2009 KLC    0.60   hours                          $195.00

Drafting ex parte motion, order on objection deadline for motion for professional fee procedures

11/25/2009 KLC    0.50   hours                          $162.50

Revising motion for approval of professional fee procedures

11/30/2009 KLC    0.20   hours                          $65.00

Reviewing email from Joe Wrona regarding revised proposed order on application to employ special counsel

11/30/2009 KLC    0.20   hours                          $65.00

Reviewing docket regarding BDRC, Gemstone applications

11/30/2009 KLC    0.60   hours                          $195.00

Reviewing committee response to BDRC, Gemstone applications, email to co-counsel regarding same

                                                       $15,015.00

Client Expenses Advanced

11/30/2009 Equitrac Copy charge                          $709.05

11/30/2009 Postage                                       $340.26

11/30/2009 Telefax                                         $1.50

                                                        $1,050.81

New Charges for This Matter                             $16,065.81

DURHAM

JONES &

PINEGAR

Durham Jones & Pinegar, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

December 21, 2009
Invoice No.        179684    KLC
File No.            26481    00007
Services Rendered Through 11/30/2009

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

**Travel**

**Summary of Account**

| | | |
|---|---|---|
| Previous balance as of invoice dated   01/01/1900 | $0.00 | |
| Payments received since last invoice | 0.00 | CR |
| A/R adjustment since last invoice | 0.00 | |
| Net balance forward | 0.00 | |
| Interest charge on past due balance | 0.00 | |
| New charges as itemized below | 178.75 | |
| Prepaid cash applied | 0.00 | CR |
| **Total Balance Due Upon Receipt** | **$178.75** | |

*Interest will accrue at 1.5% per month on balance not paid by end of month.*

**Detail of New Charges**

Professional Services

| | | | |
|---|---|---|---|
| 11/17/2009 KLC | 0.60   hours | | $97.50 |
| | Travel to Park City for meeting with creditors committee | | |
| 11/17/2009 KLC | 0.50   hours | | $81.25 |
| | Travel to Salt Lake City after meeting with creditors committee | | |
| | | | $178.75 |

| | |
|---|---|
| New Charges for This Matter | $178.75 |

DURHAM

JONES &

PINEGAR

Durham Jones & Pinegar, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

December 21, 2009
Invoice No.          179685    KLC
File No.              26481    00008
Services Rendered Through 11/30/2009

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

## Plan and Disc. Statement

### Summary of Account

| | |
|---|---|
| Previous balance as of invoice dated    01/01/1900 | $0.00 |
| Payments received since last invoice | 0.00  CR |
| A/R adjustment since last invoice | 0.00 |
| Net balance forward | 0.00 |
| Interest charge on past due balance | 0.00 |
| New charges as itemized below | 942.50 |
| Prepaid cash applied | 0.00  CR |
| **Total Balance Due Upon Receipt** | **$942.50** |

*Interest will accrue at 1.5% per month on balance not paid by end of month.*

### Detail of New Charges

#### Professional Services

| | | | | |
|---|---|---|---|---|
| 11/17/2009 | KLC | 2.20 | hours | $715.00 |
| | Meeting with creditors committee regarding business plan and other matters | | | |
| 11/30/2009 | KLC | 0.70 | hours | $227.50 |
| | Reviewing revised business plan | | | |
| | | | | $942.50 |

| | |
|---|---|
| New Charges for This Matter | $942.50 |

DURHAM

JONES &

PINEGAR

Durham Jones & Pinegar, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

December 21, 2009
Invoice No.        179686   KLC
File No.           26481    00009
Services Rendered Through 11/30/2009

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

## Misc. Contested Matters

### Summary of Account

| | | |
|---|---|---|
| Previous balance as of invoice dated   01/01/1900 | $0.00 | |
| Payments received since last invoice | 0.00 | CR |
| A/R adjustment since last invoice | 0.00 | |
| Net balance forward | 0.00 | |
| Interest charge on past due balance | 0.00 | |
| New charges as itemized below | 3,477.50 | |
| Prepaid cash applied | 0.00 | CR |
| **Total Balance Due Upon Receipt** | **$3,477.50** | |

*Interest will accrue at 1.5% per month on balance not paid by end of month.*

### Detail of New Charges

#### Professional Services

| | | | | |
|---|---|---|---|---|
| 11/03/2009 KLC | 0.80 | hours | | $260.00 |
| | Telephone conference with Bruce Zabarauskas regarding motion practice in Utah, reviewing examples of motions and memos, email to Bruce Zabarauskas and Steve Eichel regarding same | | | |
| 11/04/2009 KLC | 0.30 | hours | | $97.50 |
| | Telephone conference from Diane Banks regarding Jacobsen action | | | |
| 11/05/2009 KLC | 0.30 | hours | | $97.50 |
| | Telephone conference with Diane Banks regarding Jacobsen issues | | | |
| 11/05/2009 KLC | 0.20 | hours | | $65.00 |
| | Conference with Steve McCardell regarding Jacobsen issues | | | |
| 11/16/2009 KLC | 0.20 | hours | | $65.00 |
| | Telephone conference to Annette Jarvis, Ben Kotter regarding Jacobsen issues | | | |
| 11/24/2009 KLC | 1.10 | hours | | $357.50 |

26481                                    Invoice #  179686          Page 2

Reviewing draft complaint on section 105 injunction, email to Bruce
Zabarauskas regarding same

| | | | | |
|---|---|---|---|---|
| 11/24/2009 | KLC | 0.90 | hours | $292.50 |

Reviewing draft memorandum on section 105 injunction, email to
parties regarding same

| | | | | |
|---|---|---|---|---|
| 11/25/2009 | KLC | 0.20 | hours | $65.00 |

Telephone conference with Bruce Zabarauskas regarding 105 stay
pleadings

| | | | | |
|---|---|---|---|---|
| 11/25/2009 | KLC | 0.80 | hours | $260.00 |

Revising memorandum in support of 105 stay motion

| | | | | |
|---|---|---|---|---|
| 11/25/2009 | KLC | 0.60 | hours | $195.00 |

Reviewing issues on memorandum, telephone conferences to Michael
Blumenthal and Bruce Zabarauskas regarding same

| | | | | |
|---|---|---|---|---|
| 11/25/2009 | KLC | 0.60 | hours | $195.00 |

Drafting ex parte motion, order on memorandum on section 105

| | | | | |
|---|---|---|---|---|
| 11/25/2009 | KLC | 0.20 | hours | $65.00 |

Conference with Steve McCardell regarding 105 issues

| | | | | |
|---|---|---|---|---|
| 11/25/2009 | SJM | 3.60 | hours | $1,170.00 |

Review and edit section 105 injunction complaint and memo (1.50);
legal reserach regarding springing guaranty claims (1.70); review
further comments on complaint and memorandum from co-counsel
and make final changes (.40)

| | | | | |
|---|---|---|---|---|
| 11/30/2009 | KLC | 0.30 | hours | $97.50 |

Telephone conference from Michael Blumenthal and Bruce
Zabarauskas regarding pleadings on section 105 stay

| | | | | |
|---|---|---|---|---|
| 11/30/2009 | KLC | 0.60 | hours | $195.00 |

Reviewing pleadings on section 105 stay

                                                                    —————
                                                                    $3,477.50


New Charges for This Matter                                         $3,477.50

DURHAM

JONES &

PINEGAR

Durham Jones & Pinegar, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

December 21, 2009
Invoice No.        179687    KLC
File No.           26481     00010
Services Rendered Through 11/30/2009

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

## Case Administration

### Summary of Account

| | | |
|---|---|---|
| Previous balance as of invoice dated   01/01/1900 | $0.00 | |
| Payments received since last invoice | 0.00 | CR |
| A/R adjustment since last invoice | 0.00 | |
| Net balance forward | 0.00 | |
| Interest charge on past due balance | 0.00 | |
| New charges as itemized below | 2,055.40 | |
| Prepaid cash applied | 0.00 | CR |
| **Total Balance Due Upon Receipt** | **$2,055.40** | |

*Interest will accrue at 1.5% per month on balance not paid by end of month.*

### Detail of New Charges

#### Professional Services

11/03/2009 KLC          0.30   hours                                      $97.50
          Telephone conference with Lon Jenkins regarding committee issues

11/05/2009 KLC          0.20   hours                                      $65.00
          Emails to, from Michael Johnson regarding workers' comp issues

11/05/2009 SJM          0.40   hours                                     $130.00
          Continued work on confidentiality agreement with committee

11/06/2009 KLC          0.70   hours                                     $227.50
          Reviewing materials going to appraiser

11/06/2009 KLC          0.20   hours                                      $65.00
          Emails regarding workers compensation issues

11/06/2009 SJM          0.60   hours                                     $195.00
          Finalize letter to committee on confidentiality of business information
          (.20); reviewing calendar on hearing and objection dates in November
          (.20); review email from committee counsel on confidentiality letter

26481                                    Invoice #  179687              Page 2

and coordinate on call with West LB on open issues under cash collateral stip (.20)

| Date | | | | Amount |
|------|------|------|------|--------|
| 11/10/2009 | SJM | 1.20 | hours | $390.00 |

Conference with committee counsel on meeting wtih committee and set up meeting wtih committee to discuss business plan; review business plan in preparation for further meetings with committee on plan issues (.80); review inquiry from Office of recovery services about notices in case and make assignment on response (.10); review and respond to inquiry from R2 advisors about comanager position (.20); coordinate with counsel for committee on meeting with committee 11/17 (.10)

| 11/11/2009 | SJM | 0.50 | hours | $162.50 |
|------|------|------|------|--------|

Review signatures of committee members from committee counsel and emails from committee counsel, confirm all signatures; request counsel signatures, and transmit business plan to committee counsel

| 11/13/2009 | KLC | 0.20 | hours | $65.00 |
|------|------|------|------|--------|

Emails with committee regarding meeting on Tuesday

| 11/16/2009 | KLC | 0.20 | hours | $65.00 |
|------|------|------|------|--------|

Telephone conference with Bill Shoaf regarding meeting with committee

| 11/16/2009 | KLC | 0.20 | hours | $65.00 |
|------|------|------|------|--------|

Telephone conference with Jeff Shields regarding committee meeting

| 11/16/2009 | KLC | 1.40 | hours | $455.00 |
|------|------|------|------|--------|

Reviewing materials in preparation for committee meeting

| 11/30/2009 | KLC | 0.20 | hours | $65.00 |
|------|------|------|------|--------|

Conference with Steve McCardell regarding upcoming hearings

|  |  |  |  | $2,047.50 |
|------|------|------|------|--------|

Client Expenses Advanced

| 11/06/2009 | Courier Service | | | $7.00 |
|------|------|------|------|--------|
| 11/30/2009 | Equitrac Copy charge | | | $0.90 |

|  |  |  |  | $7.90 |
|------|------|------|------|--------|

New Charges for This Matter                          $2,055.40

DURHAM

JONES &

PINEGAR

Durham Jones & Pinegar, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

December 21, 2009
Invoice No.        179688    KLC
File No.           26481    00011
Services Rendered Through 11/30/2009

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

**Cash Collateral/DIP Lending**

**Summary of Account**

| | | |
|---|---|---|
| Previous balance as of invoice dated | 01/01/1900 | $0.00 |
| Payments received since last invoice | | 0.00 CR |
| A/R adjustment since last invoice | | 0.00 |
| Net balance forward | | 0.00 |
| Interest charge on past due balance | | 0.00 |
| New charges as itemized below | | 12,480.00 |
| Prepaid cash applied | | 0.00 CR |
| **Total Balance Due Upon Receipt** | | **$12,480.00** |

*Interest will accrue at 1.5% per month on balance not paid by end of month.*

**Detail of New Charges**

Professional Services

| 11/02/2009 SJM | 1.40 hours | $455.00 |
|---|---|---|

Prepare for and participate in call with committee on cash collateral stipulation and comanager issues and, after call, transmit copies of comanager information to counsel for committee

| 11/03/2009 KLC | 0.20 hours | $65.00 |
|---|---|---|

Reviewing emails from WestLB regarding adequate protection payment

| 11/03/2009 KLC | 0.30 hours | $97.50 |
|---|---|---|

Reviewing emails on transfer requests

| 11/03/2009 KLC | 0.30 hours | $97.50 |
|---|---|---|

Telephone conference from Bill Shoaf regarding transfer requests

| 11/03/2009 KLC | 0.20 hours | $65.00 |
|---|---|---|

Email from Drew Norman regarding control account issues

| 11/03/2009 KLC | 0.20 hours | $65.00 |
|---|---|---|

26481                                    Invoice #  179688                    Page 2

|            |     |             |       |          |
|------------|-----|-------------|-------|----------|
|            |     | Email to Drew Norman regarding transfer request | | |
| 11/03/2009 | KLC | 0.30 | hours | $97.50 |

Reviewing transfer request no. 4

| 11/03/2009 | SJM | 1.50 | hours | $487.50 |

Review/analysis of co-manager proposals (1.20); conference with M. Blumenthal regaridng implementation of cash collateral stipulation as to co-manager (.30)

| 11/04/2009 | KLC | 0.30 | hours | $97.50 |

Reviewing emails from Bill Shoaf, Michael Blumenthal regarding cash collateral transfers

| 11/04/2009 | KLC | 0.20 | hours | $65.00 |

Telephone conference to Tom Degenaars at Wells Fargo Brokerage Services regarding status of cash collateral transfers

| 11/04/2009 | KLC | 0.20 | hours | $65.00 |

Telephone conference from Bill Shoaf regarding cash collateral issues

| 11/04/2009 | KLC | 0.20 | hours | $65.00 |

Telephone conference to Drew Norman regarding status of cash collateral transfers

| 11/04/2009 | KLC | 0.20 | hours | $65.00 |

Email to Bill Shoaf regarding issues in cash collateral transfer requests

| 11/04/2009 | KLC | 0.20 | hours | $65.00 |

Telephone conference to Bill Shoaf regarding cash collateral issues

| 11/04/2009 | KLC | 0.30 | hours | $97.50 |

Telephone conference to Drew Norman regarding transfer request no. 4, email to client regarding same

| 11/04/2009 | SJM | 0.40 | hours | $130.00 |

Review and respond to inquiry from R. Havel on whether documents have been produced that need to be provided to WestLB under Par. 24(k) of the cash collateral stipulation (.20); review emails from W. Shoaf regarding issues with obtaining funds under disbursement requests (.20)

| 11/05/2009 | KLC | 0.20 | hours | $65.00 |

Telephone conference with Bill Shoaf regarding cash collateral issues

| 11/05/2009 | KLC | 0.20 | hours | $65.00 |

Reviewing emails regarding funding of transfer request 4, telephone conference with Bill Shoaf regarding same

| 11/06/2009 | KLC | 0.60 | hours | $195.00 |

Telephone conference with WestLB lawyers regarding cash collateral issues

| 11/06/2009 | KLC | 0.20 | hours | $65.00 |

Telephone conference to Bill Shoaf regarding bank accounts

| Date | | Hours | | Amount |
|---|---|---|---|---|
| 11/06/2009 | KLC | 0.20 | hours | $65.00 |

Telephone conference with Bill Shoaf to Ben Symington from Wells Fargo regarding bank accounts

| | | | | |
|---|---|---|---|---|
| 11/06/2009 | KLC | 0.30 | hours | $97.50 |

Telephone conference with Tom Degenaars from Wells Fargo regarding bank accounts

| | | | | |
|---|---|---|---|---|
| 11/06/2009 | KLC | 0.20 | hours | $65.00 |

Telephone conference to Bill Shoaf regarding bank accounts

| | | | | |
|---|---|---|---|---|
| 11/06/2009 | KLC | 0.20 | hours | $65.00 |

Telephone conference with Michael Blumenthal regarding interim fee procedures

| | | | | |
|---|---|---|---|---|
| 11/06/2009 | KLC | 0.30 | hours | $97.50 |

Emails with Bill Shoaf regarding interim fee procedure motion

| | | | | |
|---|---|---|---|---|
| 11/06/2009 | SJM | 1.20 | hours | $390.00 |

Conference call with committee on co-manager issues and conference after with M. Blumenthal (.50); conference with WestLB regarding cash collateral compliance issues (.50); review compliance issues under cash collateral stipulation (.20)

| | | | | |
|---|---|---|---|---|
| 11/09/2009 | KLC | 0.70 | hours | $227.50 |

Telephone conference with Bill Shoaf and Michael Blumenthal regarding account issues and co-manager issues

| | | | | |
|---|---|---|---|---|
| 11/09/2009 | KLC | 0.80 | hours | $260.00 |

Reviewing cash collateral stipulation, BDRC proposal

| | | | | |
|---|---|---|---|---|
| 11/09/2009 | KLC | 0.30 | hours | $97.50 |

Telephone conference with Danielle Shaw of Wells Fargo Commercial Mortgage Services

| | | | | |
|---|---|---|---|---|
| 11/10/2009 | KLC | 0.30 | hours | $97.50 |

Telephone conference with Danielle Shaw of Wells Fargo Commercial Mortgage Services regarding account for refundable guest deposits

| | | | | |
|---|---|---|---|---|
| 11/10/2009 | KLC | 0.20 | hours | $65.00 |

Telephone conference with Bill Shoaf regarding account issues

| | | | | |
|---|---|---|---|---|
| 11/10/2009 | KLC | 0.30 | hours | $97.50 |

Telephone conference with Tom Degenaars regarding utility account issues

| | | | | |
|---|---|---|---|---|
| 11/10/2009 | KLC | 0.40 | hours | $130.00 |

Reviewing, responding to emails regarding accounts, co-manager issues

| | | | | |
|---|---|---|---|---|
| 11/11/2009 | KLC | 0.60 | hours | $195.00 |

Telephone conference with Michael Blumenthal regarding accounts and co-manager issues

| | | | | |
|---|---|---|---|---|
| 11/11/2009 | KLC | 0.30 | hours | $97.50 |

26481                                   Invoice #  179688                    Page  4

Telephone conference with Bill Shoaf regarding accounts and
co-manager issues

| | | | | |
|---|---|---|---|---|
| 11/11/2009 | SJM | 0.30 | hours | $97.50 |

Conferences with K. Cannon regarding comanager issue given
WestLB position and review email from K. Cannon on comanager
engagement issue

| | | | | |
|---|---|---|---|---|
| 11/12/2009 | KLC | 0.20 | hours | $65.00 |

Telephone conference with Bill Shoaf regarding transfer request
issues

| | | | | |
|---|---|---|---|---|
| 11/12/2009 | KLC | 0.60 | hours | $195.00 |

Telephone conference with Bill Shoaf, Michael Blumenthal regarding
co-manager issues, operating issues

| | | | | |
|---|---|---|---|---|
| 11/12/2009 | KLC | 0.20 | hours | $65.00 |

Telephone conference to Tom Degenaars regarding account issues

| | | | | |
|---|---|---|---|---|
| 11/12/2009 | KLC | 0.40 | hours | $130.00 |

Emails to, from Drew Norman regarding account issues

| | | | | |
|---|---|---|---|---|
| 11/12/2009 | KLC | 0.20 | hours | $65.00 |

Telephone conference with Michael Blumenthal regarding cash
collateral, co-manager issues

| | | | | |
|---|---|---|---|---|
| 11/12/2009 | SJM | 2.00 | hours | $650.00 |

Review WestLB position on comanager and proposed agreement with
comanager (.80); conference with K. Cannon regarding comanager
issue (.10); analysis of response to WestLB position on comanager
issue (.40); review information from K. Cannon on bank accounts
required under cash collateral stipulation (.30); review email from W.
Shoaf on cost of accounts (.10); review draft response to WestLB on
comanager issue (.30)

| | | | | |
|---|---|---|---|---|
| 11/13/2009 | KLC | 0.20 | hours | $65.00 |

Telephone conference with Bill Shoaf regarding letter to Bill Ellis

| | | | | |
|---|---|---|---|---|
| 11/16/2009 | KLC | 0.30 | hours | $97.50 |

Telephone conference to Tom Degenaars at Wells Fargo Brokerage
Services regarding account issues

| | | | | |
|---|---|---|---|---|
| 11/16/2009 | KLC | 0.20 | hours | $65.00 |

Email to Drew Norman regarding account issues

| | | | | |
|---|---|---|---|---|
| 11/16/2009 | KLC | 0.20 | hours | $65.00 |

Telephone conference with Drew Norman regarding account issues

| | | | | |
|---|---|---|---|---|
| 11/16/2009 | KLC | 0.30 | hours | $97.50 |

Telephone conference with Michael Blumenthal regarding account
issues

| | | | | |
|---|---|---|---|---|
| 11/16/2009 | KLC | 0.60 | hours | $195.00 |

Reviewing Transfer Request no. 6

| | | | | |
|---|---|---|---|---|
| 11/17/2009 | KLC | 0.60 | hours | $195.00 |

26481                                    Invoice #  179688            Page  5

Reviewing transfer requests 5 and 6, cash collateral stipulation

| 11/17/2009 KLC | 0.80 hours | $260.00 |
|---|---|---|

Conference call regarding accounts, transfer requests

| 11/17/2009 KLC | 0.30 hours | $97.50 |
|---|---|---|

Telephone conference with Terry Steinbrenner at Chase regarding DIP accounts

| 11/17/2009 KLC | 0.50 hours | $162.50 |
|---|---|---|

Reviewing Chase control agreements

| 11/17/2009 KLC | 0.40 hours | $130.00 |
|---|---|---|

Reviewing revised transfer requests 5 and 6

| 11/18/2009 KLC | 0.50 hours | $162.50 |
|---|---|---|

Reviewing emails on transfer requests, revised requests

| 11/18/2009 KLC | 0.30 hours | $97.50 |
|---|---|---|

Telephone conference with Bill Shoaf regarding transfer requests

| 11/18/2009 KLC | 0.20 hours | $65.00 |
|---|---|---|

Telephone conference to Drew Norman regarding transfer requests

| 11/19/2009 KLC | 0.10 hours | $32.50 |
|---|---|---|

Reviewing email on cash collateral transfer authorization

| 11/19/2009 KLC | 0.20 hours | $65.00 |
|---|---|---|

Telephone conference with Bill Shoaf regarding cash collateral transfer snafu

| 11/19/2009 KLC | 0.50 hours | $162.50 |
|---|---|---|

Reviewing block account agreements with Chase

| 11/19/2009 KLC | 0.30 hours | $97.50 |
|---|---|---|

Telephone conference to Drew Norman regarding Chase agreements

| 11/20/2009 KLC | 1.00 hours | $325.00 |
|---|---|---|

Reviewing proposed revisions to cash collateral stipulation

| 11/20/2009 KLC | 0.20 hours | $65.00 |
|---|---|---|

Email to Bill Shoaf regarding status of bank account issues with Chase

| 11/20/2009 KLC | 0.30 hours | $97.50 |
|---|---|---|

Email to Bill Shoaf regarding cash collateral issues

| 11/20/2009 KLC | 0.40 hours | $130.00 |
|---|---|---|

Reviewing draft declaration for Bill Shoaf on cash collateral issues

| 11/23/2009 KLC | 0.70 hours | $227.50 |
|---|---|---|

Reviewing proposed amendments to cash collateral stipulation

| 11/23/2009 KLC | 0.30 hours | $97.50 |
|---|---|---|

Telephone conference with Michael Blumenthal regarding cash collateral, application issues

| 11/23/2009 KLC | 0.50 hours | $162.50 |
|---|---|---|

Reviewing materials from Drew Norman regarding accounts

26481                                           Invoice #  179688                    Page  6

| Date | | | | |
|---|---|---|---|---|
| 11/23/2009 | KLC | 0.30 | hours | $97.50 |

Telephone conference with Drew Norman regarding accounts at JP Morgan Chase

| 11/23/2009 | KLC | 0.30 | hours | $97.50 |
|---|---|---|---|---|

Reviewing Wells bank account issues

| 11/23/2009 | KLC | 0.20 | hours | $65.00 |
|---|---|---|---|---|

Telephone conference with Annette Jarvis regarding proposed declaration

| 11/23/2009 | KLC | 0.40 | hours | $130.00 |
|---|---|---|---|---|

Reviewing, proposing revisions to proposed declaration of Bill Shoaf

| 11/23/2009 | KLC | 0.30 | hours | $97.50 |
|---|---|---|---|---|

Telephone conference with Michael Blumenthal regarding Shoaf declaration

| 11/23/2009 | KLC | 0.20 | hours | $65.00 |
|---|---|---|---|---|

Telephone conference with Bill Shoaf regarding declaration, reporting issues

| 11/23/2009 | SJM | 0.40 | hours | $130.00 |
|---|---|---|---|---|

Review draft revisions to cash collateral stipulation and proposed declaration of W. Shoaf

| 11/24/2009 | KLC | 0.30 | hours | $97.50 |
|---|---|---|---|---|

Telephone conference with Michael Blumenthal regarding cash collateral issues

| 11/24/2009 | KLC | 1.00 | hours | $325.00 |
|---|---|---|---|---|

Telephone conference with Bill Shoaf, Philo Smith, Michael Blumenthal, and BDRC representatives regarding cash collateral issues

| 11/24/2009 | KLC | 1.80 | hours | $585.00 |
|---|---|---|---|---|

Telephone conference with Michael Blumenthal, Rich Havel, Bill Ellis, and Annette Jarvis on cash collateral issues

| 11/24/2009 | KLC | 0.60 | hours | $195.00 |
|---|---|---|---|---|

Reviewing revised cash collateral stipulation

| 11/24/2009 | KLC | 0.30 | hours | $97.50 |
|---|---|---|---|---|

Revising Shoaf declaration on accounts, emails regarding same

| 11/25/2009 | KLC | 0.70 | hours | $227.50 |
|---|---|---|---|---|

Reviewing motion for approval of cash collateral amendments

| 11/25/2009 | KLC | 0.50 | hours | $162.50 |
|---|---|---|---|---|

Telephone conference with Michael Blumenthal regarding motion on cash collateral amendments, reviewing Michael's changes

| 11/25/2009 | KLC | 0.60 | hours | $195.00 |
|---|---|---|---|---|

Reviewing modifications to cash collateral stipulation, reviewing Michael Blumenthal's changes thereto

| | | | | |
|---|---|---|---|---|
| 11/25/2009 | KLC | 0.50 | hours | $162.50 |
| | Making proposed revisions to motion to cash collateral amendments | | | |
| 11/25/2009 | KLC | 0.20 | hours | $65.00 |
| | Telephone conference with Peggy Hunt regarding cash collateral issues | | | |
| 11/25/2009 | KLC | 0.80 | hours | $260.00 |
| | Reviewing, revising proposed notice on cash collateral motion | | | |
| 11/25/2009 | KLC | 0.30 | hours | $97.50 |
| | Emails to, from Peggy Hunt, Ben Kotter regarding cash collateral pleadings | | | |
| 11/25/2009 | KLC | 0.20 | hours | $65.00 |
| | Reviewing proposed order on cash collateral motion | | | |
| 11/25/2009 | KLC | 0.20 | hours | $65.00 |
| | Email to WestLB lawyers regarding comments on motion on cash collateral amendments | | | |
| 11/30/2009 | KLC | 0.20 | hours | $65.00 |
| | Reviewing docket regarding cash collateral | | | |
| 11/30/2009 | SJM | 0.40 | hours | $130.00 |
| | Review motion to revise cash collateral stipulation | | | |

$12,480.00

New Charges for This Matter                                    $12,480.00

**D U R H A M**

**· J O N E S &**

**P I N E G A R**

Durham Jones & Pinegar, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

December 21, 2009
Invoice No.        179689    KLC
File No.           26481    00012
Services Rendered Through 11/30/2009

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

### BayNorth Litigation

### Summary of Account

| | | |
|---|---|---|
| Previous balance as of invoice dated    01/01/1900 | $0.00 | |
| Payments received since last invoice | 0.00 | CR |
| A/R adjustment since last invoice | 0.00 | |
| Net balance forward | 0.00 | |
| Interest charge on past due balance | 0.00 | |
| New charges as itemized below | 422.50 | |
| Prepaid cash applied | 0.00 | CR |
| **Total Balance Due Upon Receipt** | **$422.50** | |

*Interest will accrue at 1.5% per month on balance not paid by end of month.*

### Detail of New Charges

<u>Professional Services</u>

| | | | |
|---|---|---|---|
| 11/10/2009 KLC | 0.60 | hours | $195.00 |
| | Reviewing letter regarding Rule 11 issues | | |
| 11/10/2009 KLC | 0.20 | hours | $65.00 |
| | Conference with Steve McCardell regarding Rule 11 issues | | |
| 11/17/2009 KLC | 0.50 | hours | $162.50 |
| | Drafting stipulation to extend time to respond to motion | | |
| | | | $422.50 |
| | | | |
| New Charges for This Matter | | | $422.50 |