# DECEMBER 2009

SLC_530489.1

D U R H A M

J O N E S &

P I N E G A R

Durham Jones & Pinegar, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

January 22, 2010
Invoice No.        181243    KLC
File No.           26481 · 00001
Services Rendered Through 12/31/2009

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

## Asset Analysis & Investigation

### Summary of Account

| | | |
|---|---|---|
| Previous balance as of invoice dated | $0.00 | |
| Payments received since last invoice | 0.00 | CR |
| A/R adjustment since last invoice | 0.00 | |
| Net balance forward | 0.00 | |
| Interest charge on past due balance | 0.00 | |
| New charges as itemized below | 1,270.50 | |
| Prepaid cash applied | 0.00 | CR |
| **Total Balance Due Upon Receipt** | **$1,270.50** | |

*Interest will accrue at 1.5% per month on balance not paid by end of month.*

### Detail of New Charges
<u>Professional Services</u>

| | | | | |
|---|---|---|---|---|
| 12/01/2009 KLC | 0.20 | hours | Telephone conference to Paul Throndsen regarding appraisal issues | $65.00 |
| 12/01/2009 KLC | 0.20 | hours | Telephone conference with Bill Shoaf regarding appraiser | $65.00 |
| 12/02/2009 JGP | 1.10 | hours | Draft and file telephonic appearance motion and order for M.Blumenthal | $198.00 |
| 12/21/2009 SJM | 0.20 | hours | Review notice letter from Sundance Partners Ltr. of Extension of Lease Agreement | $65.00 |
| 12/23/2009 KLC | 0.50 | hours | Telephone conference with Paul Throndsen, appraiser, emails to, from Bill Shoaf regarding appraiser | $162.50 |
| 12/28/2009 SJM | 0.10 | hours | | $32.50 |

26481                              Invoice #  181243            Page  2

|            |     | Review information from appraiser as to appraisal completion |         |
|------------|-----|-------|---------|
| 12/29/2009 | KLC | 0.20  hours | $65.00 |
|            |     | Emails regarding appraisal |         |
| 12/29/2009 | KLC | 0.20  hours | $65.00 |
|            |     | Telephone conference with Paul Throndsen regarding appraisal |         |
| 12/29/2009 | KLC | 0.20  hours | $65.00 |
|            |     | Telephone conference with Bill Shoaf regarding appraisal issues |         |
| 12/29/2009 | KLC | 0.60  hours | $195.00 |
|            |     | Reviewing appraisal issues |         |
| 12/29/2009 | KLC | 0.30  hours | $97.50 |
|            |     | Telephone conference with Bill Shoaf regarding Zoom lease, reviewing request to extend Zoom lease |         |
| 12/30/2009 | KLC | 0.20  hours | $65.00 |
|            |     | Telephone conference with Bill Shoaf regarding appraiser |         |
| 12/31/2009 | KLC | 0.40  hours | $130.00 |
|            |     | Telephone conferences with Bill Shoaf regarding transfer request no. 12 |         |

                                                                 $1,270.50


New Charges for This Matter                                      $1,270.50

DURHAM

JONES &

PINEGAR

Durham Jones & Pinegar, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

January 22, 2010
Invoice No.       181244    KLC
File No.          26481     00004
Services Rendered Through 12/31/2009

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

## Claims Administration

### Summary of Account

| | |
|---|---|
| Previous balance as of invoice dated | $0.00 |
| Payments received since last invoice | 0.00 CR |
| A/R adjustment since last invoice | 0.00 |
| Net balance forward | 0.00 |
| Interest charge on past due balance | 0.00 |
| New charges as itemized below | 585.00 |
| Prepaid cash applied | 0.00 CR |
| **Total Balance Due Upon Receipt** | **$585.00** |

*Interest will accrue at 1.5% per month on balance not paid by end of month.*

### Detail of New Charges

Professional Services

| | | | |
|---|---|---|---|
| 12/07/2009 SJM | 1.60 | hours | $520.00 |

Review emails on pre-bankruptcy negotiations with WestLB received from K. Cannon and evaluate company's position as to actions taken by WestLB and BayNorth

| | | | |
|---|---|---|---|
| 12/28/2009 SJM | 0.20 | hours | $65.00 |

Review email request from W. Shoaf as to claims and respond to provide requested information

$585.00

New Charges for This Matter                                      $585.00

D U R H A M

J O N E S &

P I N E G A R

Durham Jones & Pinegar, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

January 22, 2010
Invoice No.        181245   KLC
File No.           26481   00005
Services Rendered Through 12/31/2009

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

**Employ & Fee Apps - Durham**

**Summary of Account**

| | | |
|---|---:|---|
| Previous balance as of invoice dated | $0.00 | |
| Payments received since last invoice | 0.00 | CR |
| A/R adjustment since last invoice | 0.00 | |
| Net balance forward | 0.00 | |
| Interest charge on past due balance | 0.00 | |
| New charges as itemized below | 1,949.45 | |
| Prepaid cash applied | 0.00 | CR |
| **Total Balance Due Upon Receipt** | **$1,949.45** | |

*Interest will accrue at 1.5% per month on balance not paid by end of month.*

**Detail of New Charges**

Professional Services

| | | | | |
|---|---|---|---|---:|
| 12/09/2009 KLC | 0.50 | hours | | $162.50 |
| | | Reviewing fees and expenses for DJP | | |
| 12/14/2009 KLC | 0.80 | hours | | $260.00 |
| | | Reviewing time for fee request | | |
| 12/15/2009 KLC | 1.50 | hours | | $487.50 |
| | | Drafting cover pleading for interim fee requests | | |
| 12/15/2009 KLC | 0.20 | hours | | $65.00 |
| | | Telephone conference with Steve McCardell regarding fee requests | | |
| 12/15/2009 KLC | 0.20 | hours | | $65.00 |
| | | Telephone conference with Michael Blumenthal regarding fee issues | | |
| 12/16/2009 KLC | 1.20 | hours | | $390.00 |
| | | Reviewing DJP time, drafting first fee request | | |
| 12/17/2009 KLC | 0.40 | hours | | $130.00 |
| | | Drafting cover regarding DJP fees, reviewing detailed billing reports | | |

26481                                    Invoice #  181245              Page 2

| 12/18/2009 | KLC | 0.60 hours | $195.00 |
| | Reviewing DJP detailed billings, conference with accounting personnel regarding same | | |
| 12/21/2009 | KLC | 0.50 hours | $162.50 |
| | Reviewing, revising fee request | | |

$1,917.50

**Client Expenses Advanced**

| 12/31/2009 | Equitrac Copy charge | $31.95 |

$31.95

New Charges for This Matter                                    $1,949.45

DURHAM

JONES &

PINEGAR

Durham Jones & Pinegar, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

January 22, 2010
Invoice No.        181246   KLC
File No.           26481    00006
Services Rendered Through 12/31/2009

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

## Employ & Fee Apps - Others

### Summary of Account

| | | |
|---|---|---|
| Previous balance as of invoice dated | $0.00 | |
| Payments received since last invoice | 0.00 | CR |
| A/R adjustment since last invoice | 0.00 | |
| Net balance forward | 0.00 | |
| Interest charge on past due balance | 0.00 | |
| New charges as itemized below | 6,538.42 | |
| Prepaid cash applied | 0.00 | CR |
| **Total Balance Due Upon Receipt** | **$6,538.42** | |

*Interest will accrue at 1.5% per month on balance not paid by end of month.*

### Detail of New Charges
<u>Professional Services</u>

| | | | | |
|---|---|---|---|---|
| 12/01/2009 | SJM | 0.40 | hours | $130.00 |

Review committee response to applications to employ BDRC and Gemstone

| | | | | |
|---|---|---|---|---|
| 12/02/2009 | KLC | 0.40 | hours | $130.00 |

Reviewing committee response to BDRC and Gemstone applications

| | | | | |
|---|---|---|---|---|
| 12/02/2009 | KLC | 0.20 | hours | $65.00 |

Conference with Steve McCardell regarding BDRC and Gemstone applications

| | | | | |
|---|---|---|---|---|
| 12/02/2009 | KLC | 0.50 | hours | $162.50 |

Reviewing WestLB's response, Robertson declaration regarding same

| | | | | |
|---|---|---|---|---|
| 12/02/2009 | KLC | 2.90 | hours | $942.50 |

Reviewing applications, related documents, docket in preparation for hearing on BDRC, Gemstone applications, outlining presentation for hearing thereon

26481                                    Invoice # 181246          Page 2

| Date | Initials | Hours | | Amount |
|------|----------|-------|---|--------|
| 12/02/2009 | KLC | 0.30 hours | Emails to, from Rich Havel, Annette Jarvis, and Michael Blumenthal regarding BDRC and Gemstone applications | $97.50 |
| 12/02/2009 | KLC | 0.20 hours | Conference with Steve McCardell regarding BDRC and Gemstone applications | $65.00 |
| 12/02/2009 | KLC | 0.30 hours | Reviewing, revising proposed orders on BDRC and Gemstone | $97.50 |
| 12/02/2009 | SJM | 1.60 hours | Review WestLB reply and declaration concerning employment of consultants and prepare for hearing, including preparation of orders and exhibit | $520.00 |
| 12/03/2009 | KLC | 0.90 hours | Preparing for hearing on BDRC and Gemstone applications | $292.50 |
| 12/03/2009 | KLC | 1.20 hours | Attending hearing on BDRC and Gemstone applications | $390.00 |
| 12/03/2009 | KLC | 0.40 hours | Reviewing revised orders, email to parties regarding same | $130.00 |
| 12/03/2009 | KLC | 0.40 hours | Emails to, from Gemstone regarding court's modification of agreement | $130.00 |
| 12/03/2009 | SJM | 1.40 hours | Prepare for (including preparation of orders and exhibits) and attend hearing on employment applications of BDRC and Gemstone and before, after, and during break in hearing, conferences with counsel for parties in interest regardign the applications and resolution of open issues (1.0); after hearing, preapare revised orders on BDRC and Gemstone including provisions required by Court's rulings and parties' agreed modifications (.40) | $455.00 |
| 12/04/2009 | SJM | 0.20 hours | Review information from K. Cannon on orders as to employment of BDRC and Gemstone, verify endorsements and notify K. Cannon and co-counsel that all endorsements received | $65.00 |
| 12/07/2009 | KLC | 0.30 hours | Responding to communications from Corbin Gordon and Joe Wrona regarding fees, telephone conference with Lon Jenkins regarding application to employ appraiser | $97.50 |
| 12/08/2009 | KLC | 0.70 hours | Preparing proposed order, otherwise preparing for hearing on application to employ Appraisal Group Inc. | $227.50 |
| 12/08/2009 | KLC | 0.70 hours | Attending hearing on application to employ AGI | $227.50 |
| 12/10/2009 | KLC | 0.50 hours | | $162.50 |

26481                                   Invoice #  181246                    Page  3

Telephone conference with Lon Jenkins regarding motions for
monthly payment of professionals

| | | | |
|---|---|---|---|
| 12/10/2009 KLC | 0.50 | hours | $162.50 |

Reviewing WestLB conditional objection to motion for monthly
payment of professionals

| | | | |
|---|---|---|---|
| 12/14/2009 KLC | 1.20 | hours | $390.00 |

Reviewing motion for approval of procedures for monthly fees and
expenses, notice, ex parte motion and order, preparing for hearing
thereon

| | | | |
|---|---|---|---|
| 12/14/2009 KLC | 0.90 | hours | $292.50 |

Drafting order on interim fee procedures motion

| | | | |
|---|---|---|---|
| 12/14/2009 KLC | 0.70 | hours | $227.50 |

Attending hearing on motion for interim fee procedures

| | | | |
|---|---|---|---|
| 12/14/2009 KLC | 0.20 | hours | $65.00 |

Email to Bill Shoaf and Philo Smith regarding order on interim fee
procedures

| | | | |
|---|---|---|---|
| 12/16/2009 KLC | 0.30 | hours | $97.50 |

Reviewing Crowell & Moring fee request

| | | | |
|---|---|---|---|
| 12/17/2009 KLC | 0.40 | hours | $130.00 |

Reviewing Crowell fee request, telephone conference with Michael
Blumenthal regarding same

| | | | |
|---|---|---|---|
| 12/17/2009 KLC | 0.30 | hours | $97.50 |

Telephone conference with Joe Wrona regarding fee procedures

| | | | |
|---|---|---|---|
| 12/17/2009 KLC | 0.20 | hours | $65.00 |

Emails to Joe Wrona, Corbin Gordon, special counsel

| | | | |
|---|---|---|---|
| 12/29/2009 KLC | 0.20 | hours | $65.00 |

Emails to, from Lon Jenkins regarding estate professional fees

| | | | |
|---|---|---|---|
| 12/29/2009 KLC | 0.40 | hours | $130.00 |

Reviewing emails on objection to fee statements

| | | | |
|---|---|---|---|
| 12/29/2009 KLC | 0.20 | hours | $65.00 |

Telephone conference with Bill Shoaf regarding fee issues

| | | | |
|---|---|---|---|
| 12/29/2009 KLC | 0.20 | hours | $65.00 |

Emails from Joe Wrona regarding fee request

| | | | |
|---|---|---|---|
| 12/30/2009 KLC | 0.20 | hours | $65.00 |

Reviewing correspondence regarding payment of professional fees

| | | | |
|---|---|---|---|
| 12/30/2009 KLC | 0.20 | hours | $65.00 |

Telephone conference with Lon Jenkins regarding committee legal
fees

| | | | |
|---|---|---|---|
| 12/30/2009 KLC | 0.30 | hours | $97.50 |

Telephone conference with Michael Blumenthal regarding fee issues

| | | | |
|---|---|---|---|
| 12/31/2009 KLC | 0.20 | hours | $65.00 |

26481                          Invoice #  181246              Page  4

Telephone conference with Rich Havel regarding fees

$6,532.50

Client Expenses Advanced

11/30/2009 Pacer On-Line Research                              $5.92

$5.92

New Charges for This Matter                                   $6,538.42

DURHAM

JONES &

PINEGAR

Durham Jones & Pinegar, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

January 22, 2010
Invoice No.        181247    KLC
File No.              26481    00008
Services Rendered Through 12/31/2009

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

**Plan and Disc. Statement**

**Summary of Account**

| | |
|---|---|
| Previous balance as of invoice dated | $0.00 |
| Payments received since last invoice | 0.00  CR |
| A/R adjustment since last invoice | 0.00 |
| Net balance forward | 0.00 |
| Interest charge on past due balance | 0.00 |
| New charges as itemized below | 5,643.63 |
| Prepaid cash applied | 0.00  CR |
| **Total Balance Due Upon Receipt** | **$5,643.63** |

*Interest will accrue at 1.5% per month on balance not paid by end of month.*

**Detail of New Charges**

Professional Services

| | | | | |
|---|---|---|---|---|
| 12/03/2009 KLC | 0.20 | hours | | $65.00 |
| Conference with Philo Smith regarding plan issues | | | | |
| 12/03/2009 KLC | 0.30 | hours | | $97.50 |
| Telephone conference with Michael Blumenthal regarding plan issues | | | | |
| 12/07/2009 KLC | 0.30 | hours | | $97.50 |
| Telephone conference with Michael Blumenthal regarding plan issues | | | | |
| 12/09/2009 KLC | 0.80 | hours | | $260.00 |
| Reviewing plan outline from Michael Blumenthal | | | | |
| 12/09/2009 KLC | 0.20 | hours | | $65.00 |
| Telephone conference with Michael Blumenthal regarding plan outline | | | | |
| 12/10/2009 KLC | 0.30 | hours | | $97.50 |
| Emails to, from Michael Blumenthal regarding plan issues | | | | |
| 12/11/2009 SJM | 0.50 | hours | | $162.50 |

|            |     |      |       |          |
|------------|-----|------|-------|----------|
|            |     | Conference call with M. Blumenthal, W. Shoaf, and P. Smith on plan outline | | |
| 12/14/2009 | SJM | 0.40 | hours | $130.00 |
|            |     | Conference with M. Blumenthal and S. Eichel regarding plan issues | | |
| 12/14/2009 | SJM | 0.50 | hours | $162.50 |
|            |     | Review BDRC financial information on operations | | |
| 12/15/2009 | JGP | 2.30 | hours | $414.00 |
|            |     | Research 10th Circuit and BAP case law regarding extending plan exclusivity | | |
| 12/16/2009 | KLC | 0.40 | hours | $130.00 |
|            |     | Reviewing revised plan outline | | |
| 12/17/2009 | KLC | 1.10 | hours | $357.50 |
|            |     | Reviewing, revising motion to extend exclusivity | | |
| 12/18/2009 | KLC | 0.30 | hours | $97.50 |
|            |     | Revising motion for extension of exclusivity | | |
| 12/18/2009 | KLC | 0.20 | hours | $65.00 |
|            |     | Telephone conference to court for hearing date | | |
| 12/18/2009 | KLC | 0.60 | hours | $195.00 |
|            |     | Drafting notice of hearing on motion to extend exclusivity | | |
| 12/21/2009 | SJM | 0.70 | hours | $227.50 |
|            |     | Review and comment on plan term sheet | | |
| 12/23/2009 | KLC | 2.50 | hours | $812.50 |
|            |     | Conference call regarding plan term sheet with Bill Shoaf, Michael Blumenthal, BDRC representatives | | |
| 12/23/2009 | KLC | 0.60 | hours | $195.00 |
|            |     | Reviewing revised plan term sheet | | |
| 12/23/2009 | KLC | 0.40 | hours | $130.00 |
|            |     | Telephone conference with Bill Shoaf regarding plan issues | | |
| 12/30/2009 | KLC | 0.20 | hours | $65.00 |
|            |     | Telephone conference with Michael Blumenthal regarding term sheet | | |
| 12/30/2009 | KLC | 0.80 | hours | $260.00 |
|            |     | Reviewing West LB comments on plan term sheet | | |
| 12/30/2009 | KLC | 0.20 | hours | $65.00 |
|            |     | Telephone conference to Lon Jenkins regarding plan term sheet | | |
| 12/31/2009 | KLC | 0.30 | hours | $97.50 |
|            |     | Telephone conference with Michael Blumenthal regarding plan | | |
| 12/31/2009 | KLC | 1.80 | hours | $585.00 |
|            |     | Reviewing draft disclosure statement | | |
| 12/31/2009 | SJM | 0.50 | hours | $162.50 |
|            |     | Begin review of disclosure statement and make inquiry of K. Cannon via email on joint plan issue | | |

26481                              Invoice #  181247              Page  3

|  |  |
| --- | ---: |
|  | $4,996.50 |

**Client Expenses Advanced**

| | |
| --- | ---: |
| 12/31/2009 Equitrac Copy charge | $352.50 |
| 12/31/2009 Postage | $175.35 |
| 12/31/2009 Westlaw Computerized Legal Research | $119.28 |
| | $647.13 |

| | |
| --- | ---: |
| New Charges for This Matter | $5,643.63 |

**DURHAM**

**JONES &**

**PINEGAR**

Durham Jones & Pinegar, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

January 22, 2010
Invoice No.      181248   KLC
File No.          26481   00009
Services Rendered Through 12/31/2009

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

### Misc. Contested Matters

### Summary of Account

| | |
|---|---:|
| Previous balance as of invoice dated | $0.00 |
| Payments received since last invoice | 0.00  CR |
| A/R adjustment since last invoice | 0.00 |
| Net balance forward | 0.00 |
| Interest charge on past due balance | 0.00 |
| New charges as itemized below | 6,283.12 |
| Prepaid cash applied | 0.00  CR |
| **Total Balance Due Upon Receipt** | **$6,283.12** |

*Interest will accrue at 1.5% per month on balance not paid by end of month.*

### Detail of New Charges
<u>Professional Services</u>

| | | | | |
|---|---|---|---|---:|
| 12/01/2009 KLC | 0.50 | hours | | $162.50 |
| | Final review of complaint on section 105 stay | | | |
| 12/01/2009 KLC | 0.90 | hours | | $292.50 |
| | Drafting motion for a stay | | | |
| 12/01/2009 KLC | 0.80 | hours | | $260.00 |
| | Final revisions to memorandum in support of a section 105 stay | | | |
| 12/01/2009 KLC | 1.40 | hours | | $455.00 |
| | Drafting ex parte motion, orders on overlength memorandum, expedited hearing on motion for stay | | | |
| 12/01/2009 KLC | 0.30 | hours | | $97.50 |
| | Emails to co-counsel regarding pleadings filed today, to opposing counsel | | | |
| 12/01/2009 SJM | 2.50 | hours | | $812.50 |
| | Review and edit draft motion and memorandum on request for stay of | | | |

proceedings againsg Mr. Shoaf (.60); conference with K. Cannon on motion and leave voice message with Court's law clerk concerning complaint, motion, and motion to shorten time in advance of a 12-18 deadline in the Massachusetts action (.20); review final complaint on stay, motion, memo and ancillary motions to schedule and approve length, summons (1.70)

| | | | | |
|---|---|---|---|---|
| 12/02/2009 | KLC | 0.10 | hours | $32.50 |

Telephone conference with court regarding hearing time for 105 stay motion

| | | | | |
|---|---|---|---|---|
| 12/02/2009 | KLC | 0.30 | hours | $97.50 |

Telephone conferences with Michael Blumenthal and Bruce Zabarauskas regarding hearing date, notice on 105 stay motion

| | | | | |
|---|---|---|---|---|
| 12/02/2009 | KLC | 0.20 | hours | $65.00 |

Telephone conference with Addie Maudsley regarding 105 stay motion

| | | | | |
|---|---|---|---|---|
| 12/02/2009 | KLC | 1.30 | hours | $422.50 |

Drafting notice of hearing on 105 stay motion

| | | | | |
|---|---|---|---|---|
| 12/02/2009 | SJM | 0.60 | hours | $195.00 |

Review and comment on draft motion/memorandum on stay as to BayNorth's prosecution of Massachusetts proceeding

| | | | | |
|---|---|---|---|---|
| 12/09/2009 | KLC | 0.50 | hours | $162.50 |

Drafting notice of hearings in adversary proceedings

| | | | | |
|---|---|---|---|---|
| 12/09/2009 | KLC | 0.10 | hours | $32.50 |

Email to Addie Maudsley regarding notice

| | | | | |
|---|---|---|---|---|
| 12/10/2009 | KLC | 1.00 | hours | $325.00 |

Reviewing emails from Bill Shoaf requested by committee

| | | | | |
|---|---|---|---|---|
| 12/16/2009 | KLC | 0.40 | hours | $130.00 |

Reviewing response to motion for 105 injunction

| | | | | |
|---|---|---|---|---|
| 12/20/2009 | KLC | 1.10 | hours | $357.50 |

Reviewing reply memorandum, Shoaf reply declaration in section 105 stay motion

| | | | | |
|---|---|---|---|---|
| 12/21/2009 | KLC | 1.70 | hours | $552.50 |

Reviewing reply memorandum in section 105 stay proceeding, reviewing exhibits related to same

| | | | | |
|---|---|---|---|---|
| 12/21/2009 | KLC | 0.20 | hours | $65.00 |

Telephone conference to chambers regarding providing copies of exhibits to chambers

| | | | | |
|---|---|---|---|---|
| 12/21/2009 | KLC | 0.20 | hours | $65.00 |

Telephone conference to Addie Maudsley regarding hearing

| | | | | |
|---|---|---|---|---|
| 12/21/2009 | KLC | 0.30 | hours | $97.50 |

Conference with Michael Blumenthal and Bruce Zabarauskas regarding preparation for hearing on motions

26481                              Invoice #  181248           Page  3

| | | | | |
|---|---|---|---|---|
| 12/21/2009 | JGP | 1.50 | hours | $270.00 |

Prepare exhibit binders for hearings on December 21, 2009 regarding complaints between debtor and North Bay, LLC

| 12/22/2009 | KLC | 0.80 | hours | $260.00 |
|---|---|---|---|---|

Reviewing pleadings in 105 motion proceeding

| 12/22/2009 | KLC | 0.50 | hours | $162.50 |
|---|---|---|---|---|

Conference with Michael Blumenthal, Bruce Zabarauskas regarding preparation for hearing

| 12/22/2009 | KLC | 0.70 | hours | $227.50 |
|---|---|---|---|---|

Preparation for hearing on motion for a stay

| 12/22/2009 | KLC | 0.70 | hours | $227.50 |
|---|---|---|---|---|

Attending hearing on motion for a 105 stay

| 12/22/2009 | KLC | 0.50 | hours | $162.50 |
|---|---|---|---|---|

Preparation for hearing on motion for a stay

| 12/30/2009 | KLC | 0.10 | hours | $32.50 |
|---|---|---|---|---|

Telephone conference to Addie Maudsley regarding order on 105 injunction

| 12/30/2009 | KLC | 0.20 | hours | $65.00 |
|---|---|---|---|---|

Reviewing, endorsing order

| 12/30/2009 | KLC | 0.40 | hours | $130.00 |
|---|---|---|---|---|

Reviewing court's order on motion to dismiss

| 12/30/2009 | KLC | 0.20 | hours | $65.00 |
|---|---|---|---|---|

Telephone conference with Bruce Zabarauskas regarding orders

$6,282.50

<u>Client Expenses Advanced</u>

| 11/30/2009 | Pacer On-Line Research | $0.32 |
|---|---|---|
| 12/31/2009 | Equitrac Copy charge | $0.30 |

$0.62

New Charges for This Matter                                      $6,283.12

DURHAM

JONES &

PINEGAR

Durham Jones & Pinegar, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

January 22, 2009
Invoice No.        181526    KLC
File No.           26481     00010
Services Rendered Through 12/31/2009

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

## Case Administration

## Summary of Account

| | |
|---|---|
| Previous balance as of invoice dated | $0.00 |
| Payments received since last invoice | 0.00 CR |
| A/R adjustment since last invoice | 0.00 |
| Net balance forward | 0.00 |
| Interest charge on past due balance | 0.00 |
| New charges as itemized below | 3,828.40 |
| Prepaid cash applied | 0.00 CR |
| **Total Balance Due Upon Receipt** | **$3,828.40** |

*Interest will accrue at 1.5% per month on balance not paid by end of month.*

## Detail of New Charges

Professional Services

| | | | |
|---|---|---|---|
| 12/07/2009 KLC | 0.80 hours | | $260.00 |
| | Reviewing documents regarding various transactions | | |
| 12/10/2009 SJM | 0.30 hours | | $97.50 |
| | Review information from W. Shoaf regarding legal and practical issues in the event of change of managers for the property and need to replace systems and agreements | | |
| 12/10/2009 JGP | 0.70 hours | | $126.00 |
| | Draft ex parte motion to appear telephonically for hearing on Monday December 14 | | |
| 12/10/2009 JGP | 0.20 hours | | $36.00 |
| | Draft order to appear telephonically for hearing on Monday December 14 | | |
| 12/11/2009 JGP | 0.10 hours | | $18.00 |
| | Telephone conference with S.Robinson in Judge Mosier's chambers regarding ex parte motion to appear telephonically | | |

| | | | |
|---|---|---|---|
| 12/14/2009 | JGP | 0.10  hours | $18.00 |
| | Email M.Blumenthal regarding telephonic appearance | | |
| 12/22/2009 | KLC | 1.50  hours | $487.50 |
| | Conference with Bill Shoaf, Michael Blumenthal, Bruce Zabarauskas regarding next steps | | |
| 12/29/2009 | KLC | 0.20  hours | $65.00 |
| | Telephone conference with Michael Blumenthal regarding various issues | | |
| 12/30/2009 | KLC | 0.20  hours | $65.00 |
| | Telephone conference with Michael Blumenthal regarding various matters | | |
| 12/30/2009 | JGP | 0.20  hours | $36.00 |
| | Call Bill Shoaf | | |

$1,209.00

Client Expenses Advanced

| | | |
|---|---|---|
| 09/15/2009 | Courier Service | $7.00 |
| 09/15/2009 | Courier Service | $18.33 |
| 09/15/2009 | Courier Service | $18.33 |
| 09/15/2009 | Courier Service | $7.00 |
| 09/15/2009 | Filing Fee | $26.00 |
| 09/15/2009 | Salt City Couriers, Inc. | $11.30 |
| 09/15/2009 | Salt City Couriers, Inc. | $25.95 |
| 09/30/2009 | Pacer On-Line Research | $0.64 |
| 09/30/2009 | Pacer On-Line Research | $2.88 |
| 09/30/2009 | Pacer On-Line Research | $35.60 |
| 10/31/2009 | Pacer On-Line Research | $31.44 |
| 11/30/2009 | Pacer On-Line Research | $7.76 |
| 11/30/2009 | Pacer On-Line Research | $1.60 |
| 11/30/2009 | Pacer On-Line Research | $1.28 |
| 11/30/2009 | Pacer On-Line Research | $0.56 |
| 12/01/2009 | Division of Corporations Filing Fee | $250.00 |
| 12/31/2009 | Equitrac Copy charge | $1,454.10 |
| 12/31/2009 | Pacer On-Line Research | $2.00 |
| 12/31/2009 | Postage | $85.13 |
| 12/31/2009 | Telefax | $632.50 |

$2,619.40

New Charges for This Matter                                   $3,828.40

DURHAM

JONES &

PINEGAR

Durham Jones & Pinegar, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

January 22, 2010
Invoice No.        181250    KLC
File No.             26481    00011
Services Rendered Through 12/31/2009

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

### Cash Collateral/DIP Lending

### Summary of Account

| | | |
|---|---|---|
| Previous balance as of invoice dated | $0.00 | |
| Payments received since last invoice | 0.00 | CR |
| A/R adjustment since last invoice | 0.00 | |
| Net balance forward | 0.00 | |
| Interest charge on past due balance | 0.00 | |
| New charges as itemized below | 20,851.98 | |
| Prepaid cash applied | 0.00 | CR |
| **Total Balance Due Upon Receipt** | **$20,851.98** | |

*Interest will accrue at 1.5% per month on balance not paid by end of month.*

### Detail of New Charges

Professional Services

| | | |
|---|---|---|
| 12/01/2009 KLC          0.20   hours | | $65.00 |
| Telephone conference from Rich Havel and Annette Jarvis regarding cash collateral hearing | | |
| 12/01/2009 KLC          0.30   hours | | $97.50 |
| Emails to, from Bill Shoaf regarding transfer requests | | |
| 12/01/2009 KLC          0.20   hours | | $65.00 |
| Telephone conference with Bill Shoaf regarding funds in escrow accounts | | |
| 12/01/2009 KLC          0.20   hours | | $65.00 |
| Telephone conference with Bill Shoaf regarding transfer requests | | |
| 12/01/2009 KLC          0.20   hours | | $65.00 |
| Telephone conference from Rich Havel regarding WestLB's discussions with committee | | |
| 12/01/2009 KLC          0.20   hours | | $65.00 |

Emails to, from Rich Havel regarding issues

| 12/01/2009 | KLC | 0.20 hours | $65.00 |

Telephone conference from Michael Johnson regarding Jacobsen issues on cash collateral

| 12/01/2009 | KLC | 0.20 hours | $65.00 |

Telephone conference with Lon Jenkins regarding committee issues on cash collateral

| 12/02/2009 | KLC | 1.10 hours | $357.50 |

Conference call with Michael Blumenthal, Rich Havel, Bill Ellis, and Annette Jarvis regarding cash collateral issues, co-manager and consultant applications, committee issues

| 12/02/2009 | KLC | 0.20 hours | $65.00 |

Telephone conference with Michael Blumenthal regarding various issues involving cash collateral

| 12/02/2009 | KLC | 0.20 hours | $65.00 |

Conference with Steve McCardell regarding cash collateral issues

| 12/02/2009 | KLC | 0.30 hours | $97.50 |

Emails to, from Michael Johnson regarding cash collateral, Jacobsen issue related thereto

| 12/02/2009 | KLC | 0.30 hours | $97.50 |

Reviewing email correspondence regarding transfer request no. 8

| 12/02/2009 | KLC | 0.20 hours | $65.00 |

Telephone conference with Drew Norman regarding account, transfer request issues

| 12/02/2009 | SJM | 0.60 hours | $195.00 |

Review and analysis of Jacobsen's email claiming an adversary proceeding is required to modify the stipulation so as not to withhold funds to protect Jacobsen's claimed lien and prepare email to co-counsel on this point and analogy to Utah Aircraft Alliance case

| 12/02/2009 | SJM | 0.30 hours | $97.50 |

Review accounts balance and request 7 and 8 as summarized by W. Shoaf

| 12/03/2009 | KLC | 0.30 hours | $97.50 |

Conference with Bill Shoaf regarding cash collateral issues

| 12/03/2009 | KLC | 0.30 hours | $97.50 |

Reviewing, responding to Mike Johnson email on Jacobsen issues

| 12/03/2009 | KLC | 0.20 hours | $65.00 |

Telephone conference to Drew Norman regarding account issues

| 12/03/2009 | SJM | 1.80 hours | $585.00 |

Review and analysis of Jacobsen position on cash collateral and accounts, including Jacobsen demand that accounts remain intact (.60); legal research regarding Jacobsen assertions regarding its claim

of lien (1.20)

| | | | | |
|---|---|---|---|---|
| 12/04/2009 | KLC | 0.40 | hours | $130.00 |

Reviewing Chase forms

| | | | | |
|---|---|---|---|---|
| 12/04/2009 | KLC | 0.40 | hours | $130.00 |

Reviewing emails on Jacobsen issues

| | | | | |
|---|---|---|---|---|
| 12/04/2009 | KLC | 0.30 | hours | $97.50 |

Reviewing response to objection on cash collateral issues

| | | | | |
|---|---|---|---|---|
| 12/04/2009 | SJM | 2.70 | hours | $877.50 |

Conference call with A. Jarvis and R. Havel regarding response to Jacobsen and preparation for hearing on the 14th (.30); analysis of and legal research regarding Objection and Motion filed by Jacobsen and prepare draft response for review by co-counsel (2.30); review comments on draft and approve revisions (.10)

| | | | | |
|---|---|---|---|---|
| 12/07/2009 | KLC | 0.60 | hours | $195.00 |

Reviewing emails from Bill Shoaf regarding various cash collateral issues

| | | | | |
|---|---|---|---|---|
| 12/07/2009 | KLC | 0.80 | hours | $260.00 |

Telephone conference with Michael Blumenthal, Rich Havel, Bill Ellis, Kim Sallinger, Jeff Blatt, Jeff McIntyre, Greg Hooper regarding various issues

| | | | | |
|---|---|---|---|---|
| 12/07/2009 | KLC | 1.30 | hours | $422.50 |

Telephone conference with Bill Shoaf, Philo Smith, Michael Blumenthal, Kim Sallinger regarding various issues

| | | | | |
|---|---|---|---|---|
| 12/07/2009 | KLC | 0.60 | hours | $195.00 |

Reviewing Chase documents

| | | | | |
|---|---|---|---|---|
| 12/07/2009 | KLC | 0.20 | hours | $65.00 |

Conference with Steve McCardell regarding cash collateral issues

| | | | | |
|---|---|---|---|---|
| 12/08/2009 | DFK | 2.20 | hours | $682.00 |

Conference with K. Cannon; reviewed documents and researched UCC issue; reviewed with K. Cannon.

| | | | | |
|---|---|---|---|---|
| 12/08/2009 | KLC | 0.60 | hours | $195.00 |

Reviewing transfer request 9

| | | | | |
|---|---|---|---|---|
| 12/08/2009 | KLC | 1.50 | hours | $487.50 |

Telephone conference with Bill Shoaf, Philo Smith, and Michael Blumenthal regarding debtor issues on cash collateral

| | | | | |
|---|---|---|---|---|
| 12/08/2009 | KLC | 0.20 | hours | $65.00 |

Telephone conference with Drew Norman regarding accounts issues

| | | | | |
|---|---|---|---|---|
| 12/08/2009 | KLC | 0.60 | hours | $195.00 |

Reviewing five year budget

| | | | | |
|---|---|---|---|---|
| 12/08/2009 | KLC | 1.00 | hours | $325.00 |

Telephone conference with Michael Blumenthal, Steve McCardell regarding issues with WestLB

| | | | | |
|---|---|---|---|---|
| 12/08/2009 | SJM | 1.20 | hours | $390.00 |

Review and respond to call from A. Jarvis and R. Havel regarding Jacobsen objection and December 14 hearing (.10); conference with K. Cannon regarding cash collateral modification hearing (.10); conference with K. Cannon and M. Blumenthal regarding follow up with WestLB, and regarding term sheet, plan, and issues with implementing cash collateral stipulation (1.0)

| | | | | |
|---|---|---|---|---|
| 12/09/2009 | KLC | 2.00 | hours | $650.00 |

Telephone conference with Bill Shoaf, Michael Blumenthal, Steve McCardell, WestLB representatives, BDRC and Gemstone representatives regarding cash collateral issues

| | | | | |
|---|---|---|---|---|
| 12/09/2009 | KLC | 0.40 | hours | $130.00 |

Telephone conference with Michael Blumenthal, Steve McCardell regarding cash collateral issues

| | | | | |
|---|---|---|---|---|
| 12/09/2009 | KLC | 0.40 | hours | $130.00 |

Reviewing Chase account issues

| | | | | |
|---|---|---|---|---|
| 12/09/2009 | KLC | 0.50 | hours | $162.50 |

Reviewing email communications on transfer request no. 8

| | | | | |
|---|---|---|---|---|
| 12/09/2009 | KLC | 0.30 | hours | $97.50 |

Conference with David Klomp regarding issues on Chase accounts

| | | | | |
|---|---|---|---|---|
| 12/09/2009 | KLC | 0.20 | hours | $65.00 |

Telephone conference with Drew Norman regarding issues on Chase accounts

| | | | | |
|---|---|---|---|---|
| 12/09/2009 | KLC | 0.20 | hours | $65.00 |

Conference with Steve McCardell regarding stipulation issues

| | | | | |
|---|---|---|---|---|
| 12/09/2009 | KLC | 0.60 | hours | $195.00 |

Telephone conference with Lon Jenkins regarding cash collateral stipulation changes

| | | | | |
|---|---|---|---|---|
| 12/09/2009 | KLC | 0.20 | hours | $65.00 |

Telephone conference with Rich Havel regarding guest deposits, committee issues on cash collateral changes

| | | | | |
|---|---|---|---|---|
| 12/09/2009 | SJM | 2.70 | hours | $877.50 |

Conference with R. Havel regarding preparation for hearing on cash collateral stipulation amendments (.10); draft declaration of W. Shoaf for use at hearing (.40)Participate in portion of call with Debtor, c-counsel, WestLB, WestLB's counsel, and consultants regarding cash collateral stipulation changes, plan term sheet as required by stipulation, consultant work as required by stipulation, and conference with W. Shoaf, M. Blumenthal, and K. Cannon afterward  (2.20)

| | | | | |
|---|---|---|---|---|
| 12/10/2009 | KLC | 0.60 | hours | $195.00 |

Telephone conference with Bill Shoaf regarding cash collateral issues, account issues

| | | | | |
|---|---|---|---|---|
| 12/10/2009 | KLC | 1.50 | hours | $487.50 |

Reviewing Chase bank account issues, email to Terry Steinbrenner at Chase

| 12/10/2009 | KLC | 0.20 hours | $65.00 |

Telephone conference with Drew Norman regarding bank account issues

| 12/10/2009 | KLC | 0.30 hours | $97.50 |

Reviewing Bill Shoaf declaration regarding cash collateral issues

| 12/10/2009 | SJM | 0.30 hours | $97.50 |

Conference with K. Cannon regarding accounts and work needed under cash collateral stipulation (.10); review and respond to email from R. Havel regarding supplemental declaration of W. Shoaf (.10); follow-up with W. Shoaf on declaration and transmit to WestLB's counsel (.10)

| 12/11/2009 | KLC | 0.50 hours | $162.50 |

Reviewing emails on cash collateral amendments motion

| 12/11/2009 | SJM | 0.50 hours | $162.50 |

Review information from M. Blumenthal on onfirmation being provided on plan terms in compliance wtih cash collateral stipulation (.30); review information from W. Shoaf on recommendations as to cash flow under cash collateral stpulation (.20); review extension for term sheet (n/c)

| 12/11/2009 | SJM | 1.70 hours | $552.50 |

Further conference with client and co-counsel on cash collateral hearing and objections (.40); Review committee and Jacobsen objections to motion to revise cash collateral (.80); Conference with A. Jarvis and R. Havel regarding potential resolution of objections to cash collateral motion (.10); review proposed order and comments of Jacobsen and WestLB to resolve issues with proposed order (.40)

| 12/14/2009 | KLC | 0.70 hours | $227.50 |

Reviewing cash collateral motion, objection, proposed order for hearing on modifications to stipulation, reviewing emails on same

| 12/14/2009 | KLC | 0.20 hours | $65.00 |

Conference with Steve McCardell regarding cash collateral modifications

| 12/14/2009 | KLC | 0.40 hours | $130.00 |

Outlining issues on Chase accounts

| 12/14/2009 | KLC | 0.20 hours | $65.00 |

Reviewing email correspondence on reporting

| 12/14/2009 | SJM | 2.00 hours | $650.00 |

Notify court of resolution of issues for today's hearing and review response from M. Johnson (.20); prepare for hearing on cash collateral amendments (.70); attend hearing and conferences before and after hearing with committee and WestLB counsel (.50); review emails from W. Shoaf on West LB shared with committee (.30);

review November management report and financials received from
W. Shoaf (.30)

| 12/15/2009 KLC | 0.80 hours | $260.00 |

Reviewing account issues, account agreements

| 12/15/2009 KLC | 0.70 hours | $227.50 |

Reviewing Draw Request 10

| 12/15/2009 KLC | 0.30 hours | $97.50 |

Emails regarding draw requests

| 12/15/2009 KLC | 0.90 hours | $292.50 |

Reviewing statements of fees from Sidley & Austin and Dorsey &
Whitney

| 12/15/2009 KLC | 0.30 hours | $97.50 |

Telephone conference with Michael Blumenthal regarding statements

| 12/16/2009 KLC | 1.30 hours | $422.50 |

Telephone conference with Bill Shoaf, Michael Blumenthal, BDRC
representatives regarding issues

| 12/16/2009 KLC | 1.40 hours | $455.00 |

Conference call with Michael Blumenthal, BDRC representatives,
Gemstone representatives, West LB, representatives and counsel
regarding business plan, cash collateral issues

| 12/16/2009 KLC | 0.30 hours | $97.50 |

Telephone conference with Rich Havel, telephone conference with
Rich Havel to Michael Johnson regarding holdback, Jacobsen issues

| 12/16/2009 KLC | 0.20 hours | $65.00 |

Telephone conference with Michael Blumenthal regarding holdback
issues

| 12/16/2009 KLC | 0.20 hours | $65.00 |

Telephone conference with Terri Steinbrenner regarding bank account
issues

| 12/16/2009 KLC | 0.40 hours | $130.00 |

Outlining issues for accounts

| 12/17/2009 KLC | 0.80 hours | $260.00 |

Reviewing fee requests of Sidley Austin, Dorsey Whitney

| 12/17/2009 KLC | 0.50 hours | $162.50 |

Responding to Chase issues

| 12/17/2009 KLC | 0.30 hours | $97.50 |

Emails to, telephone conference with Bill Shoaf regarding Chase
accounts

| 12/18/2009 KLC | 0.30 hours | $97.50 |

Telephone conference with Michael Blumenthal regarding cash
collateral issues

| | | | | |
|---|---|---|---|---|
| 12/18/2009 | KLC | 0.40 | hours | $130.00 |
| | Reviewing suggested changes to cash collateral stipulation | | | |
| 12/18/2009 | KLC | 1.90 | hours | $617.50 |
| | Drafting proposed changes to cash collateral stipulation | | | |
| 12/18/2009 | KLC | 0.40 | hours | $130.00 |
| | Revising changes to the cash collateral stipulation | | | |
| 12/18/2009 | KLC | 0.20 | hours | $65.00 |
| | Email to Rich Havel regarding changes to stipulation | | | |
| 12/18/2009 | KLC | 0.20 | hours | $65.00 |
| | Telephone conference to Bill Shoaf regarding bank account issues | | | |
| 12/18/2009 | KLC | 0.20 | hours | $65.00 |
| | Telephone conference with Michael Blumenthal regarding cash collateral stipulation | | | |
| 12/21/2009 | KLC | 0.40 | hours | $130.00 |
| | Reviewing W-9 from Easy Street Partners, telephone conference to Bill Shoaf regarding same | | | |
| 12/21/2009 | JGP | 2.80 | hours | $504.00 |
| | Research and draft memo regarding Jacobsen National Group, Inc., Notice of Interest in § 546(b) real property and improvements | | | |
| 12/23/2009 | KLC | 0.40 | hours | $130.00 |
| | Reviewing transfer request no. 11 | | | |
| 12/23/2009 | KLC | 1.30 | hours | $422.50 |
| | Reviewing discovery from Jacobsen, cover emails regarding same | | | |
| 12/23/2009 | KLC | 0.30 | hours | $97.50 |
| | Conference with Jessica Peterson regarding Jacobsen discovery | | | |
| 12/23/2009 | KLC | 0.20 | hours | $65.00 |
| | Telephone conference with Jessica Peterson from Ben Kotter, Cameron Hancock regarding Jacobsen discovery | | | |
| 12/23/2009 | SJM | 0.70 | hours | $227.50 |
| | Review discovery requests served by Jacobsen | | | |
| 12/23/2009 | JGP | 0.30 | hours | $54.00 |
| | Conference with K.Cannon regarding discovery requests from Jacobsen Construction | | | |
| 12/24/2009 | SJM | 0.40 | hours | $130.00 |
| | Review Jacobsen notices of deposition | | | |
| 12/27/2009 | JGP | 0.10 | hours | $18.00 |
| | Review 30(b)(6) request to debtor from Jacobsen | | | |
| 12/28/2009 | KLC | 0.30 | hours | $97.50 |
| | Reviewing discovery issues in Jacobsen matter | | | |
| 12/28/2009 | SJM | 0.10 | hours | $32.50 |
| | Review extension of cash collateral deadlines | | | |

26481                                 Invoice #  181250                    Page 8

| Date | | Hours | | Amount |
|---|---|---|---|---|
| 12/29/2009 | KLC | 1.20 | hours | $390.00 |
| | Reviewing draft discovery to Jacobsen | | | |
| 12/29/2009 | KLC | 0.20 | hours | $65.00 |
| | Emails to, from Ben Kotter regarding draft discovery | | | |
| 12/29/2009 | KLC | 0.20 | hours | $65.00 |
| | Conference with Jessica Peterson regarding discovery | | | |
| 12/29/2009 | SJM | 0.60 | hours | $195.00 |
| | Review WestLB deposition notices for Jacobsen and discovery requests | | | |
| 12/30/2009 | KLC | 0.20 | hours | $65.00 |
| | Telephone conference from Ben Kotter regarding discovery to Jacobsen | | | |
| 12/30/2009 | KLC | 0.30 | hours | $97.50 |
| | Reviewing emails from Michael Johnson regarding discovery | | | |
| 12/30/2009 | KLC | 1.20 | hours | $390.00 |
| | Reviewing discovery with Jacobsen | | | |
| 12/30/2009 | SJM | 0.30 | hours | $97.50 |
| | Review information from M. Johnson on discovery issues with Jacobsen; review follow up information from M> Johnson on discovery issues with Jacobsen | | | |
| 12/31/2009 | KLC | 0.20 | hours | $65.00 |
| | Telephone conference with Bill Shoaf regarding discovery | | | |
| 12/31/2009 | KLC | 0.20 | hours | $65.00 |
| | Conference with Jessica Peterson regarding discovery issues | | | |
| 12/31/2009 | KLC | 0.20 | hours | $65.00 |
| | Telephone conference with Steve McCardell regarding Easy Street documents | | | |
| 12/31/2009 | KLC | 0.90 | hours | $292.50 |
| | Reviewing Easy Street documents | | | |
| 12/31/2009 | JGP | 2.30 | hours | $414.00 |
| | Answer interrogatories | | | |
| 12/31/2009 | JGP | 0.50 | hours | $90.00 |
| | Conference with Bill Shoaf regarding interrogatories | | | |
| 12/31/2009 | JGP | 0.40 | hours | $72.00 |
| | Review document production for Easy Street | | | |
| 12/31/2009 | JGP | 0.30 | hours | $54.00 |
| | Meet with Steve Durham to learn about document production | | | |

                                                              $20,835.50

Client Expenses Advanced

11/30/2009 Pacer On-Line Research                                 $2.32

26481                                    Invoice #  181250              Page  9

| | | |
|---|---|---|
| 11/30/2009 | Pacer On-Line Research | $8.16 |
| 12/31/2009 | Equitrac Copy charge | $6.00 |

$16.48

New Charges for This Matter                              $20,851.98

DURHAM

JONES &

PINEGAR

Durham Jones & Pinegar, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

January 22, 2009
Invoice No.        181251   KLC
File No.           26481    00012
Services Rendered Through 12/31/2009

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

**BayNorth Litigation**

**Summary of Account**

| | | |
|---|---|---|
| Previous balance as of invoice dated | $0.00 | |
| Payments received since last invoice | 0.00 | CR |
| A/R adjustment since last invoice | 0.00 | |
| Net balance forward | 0.00 | |
| Interest charge on past due balance | 0.00 | |
| New charges as itemized below | 5,961.00 | |
| Prepaid cash applied | 0.00 | CR |
| **Total Balance Due Upon Receipt** | **$5,961.00** | |

*Interest will accrue at 1.5% per month on balance not paid by end of month.*

**Detail of New Charges**

<u>Professional Services</u>

| 10/15/2009 SJM | 0.10 hours | $32.50 |
|---|---|---|
| | Review and sign stipulation on extension if time for Bay North to answer adversary complaint | |
| 11/09/2009 SJM | 1.60 hours | $520.00 |
| | Review motion to dismiss litigation filed by Bay North and analysis of arguments of Bay North; transmit to co-counsel | |
| 11/10/2009 SJM | 0.50 hours | $162.50 |
| | Review letter from Bay North counsel on complaint and conference with M. Blumenthal on letter | |
| 12/03/2009 KLC | 0.30 hours | $97.50 |
| | Emails to, from Bruce Zabarauskas regarding opposition to BayNorth motion to dismiss | |
| 12/03/2009 KLC | 0.60 hours | $195.00 |
| | Reviewing Utah case law on motions to dismiss | |
| 12/03/2009 KLC | 2.50 hours | $812.50 |
| | Reviewing, revising responsive memorandum to BayNorth motion to dismiss adversary proceeding | |
| 12/03/2009 SJM | 1.50 hours | $487.50 |

Review message from B. Zabaruskas regarding 10th Circuit law on motions to dismiss and conduct brief research and preparation of paragraph on post-twombly formulations of standard in the 10th Circuit (.80); review and edit draft response to BayNorth motion to dismiss the debtor's complaing (.70)

12/10/2009 SJM          0.40   hours                                      $130.00

Review and respond to inquiry from B. Zabaruskas on pretrial procedures in BayNorth adversary proceedings and provide exemplar of planning report for use in proposing schedule for BayNorth litigation

12/11/2009 SJM          0.60   hours                                      $195.00

Review and respond to inquiry from B. Zabaruskas as to affidavit of W. Shoaf and prepare notice of errata; review exhibit to Shoaf declaration

12/16/2009 KLC          0.40   hours                                      $130.00

Reviewing reply to response to motion to dismiss

12/17/2009 KLC          0.30   hours                                       $97.50

Reviewing emails regarding hearings on BayNorth matters

12/17/2009 KLC          2.10   hours                                      $682.50

Reviewing pleadings

12/17/2009 KLC          0.20   hours                                       $65.00

Telephone conference with Bruce Zabarauskas regarding hearing

12/17/2009 KLC          0.20   hours                                       $65.00

Telephone conference with Michael Blumenthal regarding hearings next week

12/18/2009 KLC          0.30   hours                                       $97.50

Telephone conference with Michael Blumenthal and Bruce Zabarauskas regarding hearings on Tuesday

12/21/2009 KLC          1.10   hours                                      $357.50

Reviewing exhibits for hearing on BayNorth motion to dismiss

12/21/2009 KLC          0.80   hours                                      $260.00

Reviewing BayNorth's response to ESP's objection to motion to dismiss

12/21/2009 SJM          1.10   hours                                      $357.50

Review draft reply to opposition to motion for stay, and declaration of Wm. Shoaf (.40); conferences with co-counsel to prepare for hearing on motions ot dismiss and for stay (.70)

12/22/2009 KLC          0.70   hours                                      $227.50

Reviewing pleadings related to motion to dismiss

12/22/2009 KLC          0.40   hours                                      $130.00

Conference with Michael Blumenthal, Bruce Zabarauskas regarding preparation for hearing

12/22/2009 KLC          1.50   hours                                      $487.50

Attending hearing on motion to dismiss

12/23/2009 JGP          0.20   hours                                       $36.00

Conference with K.Cannon regarding drafting discovery to Bay North

| | | | |
|---|---|---|---|
| 12/28/2009 JGP | 1.40 | hours | $252.00 |
| Review 30(b)(6) questions and answers requests | | | |
| 12/28/2009 JGP | 0.10 | hours | $18.00 |
| Draft 30(b)(6) deposition questions for Bay North | | | |
| 12/30/2009 SJM | 0.20 | hours | $65.00 |
| Review order on BayNorth motion to dismiss and emails from B. Zabaruskas and W. Shoaf | | | |

$5,961.00

New Charges for This Matter                                    $5,961.00