# EXHIBIT 3

SLC_535768

# SEPTEMBER 2009

DURHAM

JONES &

PINEGAR

Durham Jones & Pinegar, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

December 21, 2009
Invoice No.        179660    KLC
File No.             26481    00004
Services Rendered Through  09/30/2009

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

## Claims Administration

### Summary of Account

| | | |
|---|---|---|
| Previous balance as of invoice dated  01/01/1900 | $0.00 | |
| Payments received since last invoice | 0.00 | CR |
| A/R adjustment since last invoice | 0.00 | |
| Net balance forward | 0.00 | |
| Interest charge on past due balance | 0.00 | |
| New charges as itemized below | 1,948.50 | |
| Prepaid cash applied | 0.00 | CR |
| **Total Balance Due Upon Receipt** | **$1,948.50** | |

*Interest will accrue at 1.5% per month on balance not paid by end of month.*

### Detail of New Charges

#### Professional Services

09/18/2009 KLC        0.40    hours                                                                $130.00
Reviewing draft amended lists of 20 largest unsecured creditors

09/21/2009 SJM        1.80    hours                                                                $585.00
conference with M. Blumenthal on Jacobsen construction issues (.10);
follow up call with M. Blumenthal on Jacobsen construction issues
(.30); analysis of Jacobsen foreclosure issues as they may affect the
Debtor's reorganization and ability to sell units (.60); analysis of
potential injuctive relief and issues with seeking injunctive relief
against Jacobsen foreclosure (.80)

09/21/2009 SJM        0.30    hours                                                                $97.50
Conference with J. Dibble, counsel for Jacobsen and prepare report to
client and co-counsel regarding his position

09/23/2009 SJM        2.30    hours                                                                $747.50
Review Jacobsen mechanics lien foreclosure complaint (.80) and
distribute to WestLB (.10) and analysis of stay and injunction issues

26481                                         Invoice # 179660                    Page 2

as to Jacobsen suit (1.20) and review of letter from Jacobsen's counsel requeting information (.20)

| 09/24/2009 | SJM | 1.10 | hours | $357.50 |
|---|---|---|---|---|

Review notice of lien filing by Jacobsen and Jacobsen notice of bankruptcy (.40); analysis of stay and 105 issues as to Jacobsen and conference with B. Shoaf regarding arrangements with purchasers (.70)

$1,917.50

Client Expenses Advanced

09/16/2009 Lunch                                                       $31.00

$31.00

New Charges for This Matter                                   $1,948.50

DURHAM

JONES &

PINEGAR

Durham Jones & Pinegar, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

December 21, 2009
Invoice No.        179661    KLC
File No.           26481     00005
Services Rendered Through  09/30/2009

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

**Employ & Fee Apps - Durham**

**Summary of Account**

| | | |
|---|---|---|
| Previous balance as of invoice dated    01/01/1900 | $0.00 | |
| Payments received since last invoice | 0.00 | CR |
| A/R adjustment since last invoice | 0.00 | |
| Net balance forward | 0.00 | |
| Interest charge on past due balance | 0.00 | |
| New charges as itemized below | 4,186.96 | |
| Prepaid cash applied | 0.00 | CR |
| **Total Balance Due Upon Receipt** | **$4,186.96** | |

*Interest will accrue at 1.5% per month on balance not paid by end of month.*

**Detail of New Charges**

<u>Professional Services</u>

| | | | | |
|---|---|---|---|---|
| 09/15/2009 | SJM | 0.60 | hours | $195.00 |
| | Begin draft of DJP employment application | | | |
| 09/16/2009 | KLC | 1.20 | hours | $390.00 |
| | Drafting employment application | | | |
| 09/17/2009 | KLC | 1.80 | hours | $585.00 |
| | Drafting declaration in support of application to employ DJP as counsel | | | |
| 09/17/2009 | KLC | 0.20 | hours | $65.00 |
| | Email to Bill Shoaf regarding employment application and declaration | | | |
| 09/17/2009 | KLC | 1.90 | hours | $617.50 |
| | Drafting application to employ DJP as counsel for debtors | | | |
| 09/17/2009 | SJM | 0.30 | hours | $97.50 |
| | Review and edit draft application to employ DJP | | | |

| 09/18/2009 KLC | 0.20 | hours | $65.00 |
|---|---|---|---|
| Email to Bill Shoaf regarding employment application | | | |
| 09/18/2009 KLC | 0.90 | hours | $292.50 |
| Revising declaration on employment application | | | |
| 09/18/2009KLC | 0.60 | hours | $195.00 |
| Finalizing employment application | | | |
| 09/18/2009 KLC | 0.60 | hours | $195.00 |
| Reviewing billing data | | | |
| 09/21/2009 KLC | 0.40 | hours | $130.00 |
| Revising application to employ DJP | | | |
| 09/22/2009 KLC | 1.60 | hours | $520.00 |
| Drafting, revising employment applications, declarations in support thereof | | | |
| 09/23/2009 KLC | 0.60 | hours | $195.00 |
| Revising DJP declaration, application, final review | | | |
| 09/25/2009 KLC | 0.50 | hours | $162.50 |
| Revising application to employ DJP | | | |
| 09/25/2009 KLC | 0.20 | hours | $65.00 |
| Telephone conference to court regarding date on employment applications | | | |
| 09/25/2009 KLC | 0.80 | hours | $260.00 |
| Drafting notice of hearing on employment applications | | | |
| | | | $4,030.00 |

Client Expenses Advanced

| 09/30/2009 Pacer On-Line Research | $0.96 |
|---|---|
| 09/30/2009 Equitrac Copy charge | $156.00 |
| | $156.96 |

| New Charges for This Matter | $4,186.96 |
|---|---|

D U R H A M

J O N E S &

P I N E G A R

Durham Jones & Pinegar, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

December 21, 2009
Invoice No.        179662   KLC
File No.            26481   00006
Services Rendered Through  09/30/2009

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

## Employ & Fee Apps - Others

### Summary of Account

| | | |
|---|---:|---|
| Previous balance as of invoice dated   01/01/1900 | $0.00 | |
| Payments received since last invoice | 0.00 | CR |
| A/R adjustment since last invoice | 0.00 | |
| Net balance forward | 0.00 | |
| Interest charge on past due balance | 0.00 | |
| New charges as itemized below | 1,228.95 | |
| Prepaid cash applied | 0.00 | CR |
| **Total Balance Due Upon Receipt** | **$1,228.95** | |

*Interest will accrue at 1.5% per month on balance not paid by end of month.*

### Detail of New Charges

#### Professional Services

| | | | |
|---|---|---|---:|
| 10/22/2009 KLC | 0.50 | hours | $162.50 |
| Reviewing emails regarding co-manager issues | | | |
| 09/23/2009 KLC | 0.20 | hours | $65.00 |
| Emails regarding CM employment application | | | |
| 09/25/2009 KLC | 1.90 | hours | $617.50 |
| Drafting employment application for special counsel | | | |
| 09/25/2009 KLC | 0.20 | hours | $65.00 |
| Email to Joe Wrona regarding employment application | | | |
| 09/28/2009 KLC | 0.20 | hours | $65.00 |
| Email to Bill Shoaf regarding C&M employment application | | | |
| | | | $975.00 |

#### Client Expenses Advanced

| | |
|---|---:|
| 09/30/2009 Equitrac Copy charge | $253.95 |

26481                                   Invoice #  179662                Page  2

                                                                              $253.95

New Charges for This Matter                                        $1,228.95

DURHAM

JONES &

PINEGAR

Durham Jones & Pinegar, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

December 21, 2009
Invoice No.        179663   KLC
File No.           26481    00007
Services Rendered Through 11/30/2009

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

## Travel

### Summary of Account

| | | |
|---|---:|---|
| Previous balance as of invoice dated    01/01/1900 | $0.00 | |
| Payments received since last invoice | 0.00 | CR |
| A/R adjustment since last invoice | 0.00 | |
| Net balance forward | 0.00 | |
| Interest charge on past due balance | 0.00 | |
| New charges as itemized below | 243.75 | |
| Prepaid cash applied | 0.00 | CR |
| **Total Balance Due Upon Receipt** | **$243.75** | |

*Interest will accrue at 1.5% per month on balance not paid by end of month.*

### Detail of New Charges
Professional Services

| | | | |
|---|---|---|---:|
| 09/29/2009 KLC | 1.50   hours | | $243.75 |
| | Travel to, from Park City for initial debtor interview with US Trustee | | |
| | | | $243.75 |
| | | | |
| New Charges for This Matter | | | $243.75 |

DURHAM

JONES &

PINEGAR

Durham Jones & Pinegar, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

December 21, 2009
Invoice No.          179664   KLC
File No.              26481   00008
Services Rendered Through  09/30/2009

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

**Plan and Disc. Statement**

**Summary of Account**

| | | |
|---|---|---|
| Previous balance as of invoice dated    01/01/1900 | $0.00 | |
| Payments received since last invoice | 0.00 | CR |
| A/R adjustment since last invoice | 0.00 | |
| Net balance forward | 0.00 | |
| Interest charge on past due balance | 0.00 | |
| New charges as itemized below | 357.50 | |
| Prepaid cash applied | 0.00 | CR |
| **Total Balance Due Upon Receipt** | **$357.50** | |

*Interest will accrue at 1.5% per month on balance not paid by end of month.*

**Detail of New Charges**

Professional Services

| | | | |
|---|---|---|---|
| 09/22/2009 SJM | 0.10 hours | | $32.50 |
| | Conference with M. Blumenthal regarding potential plan provisions | | |
| 09/23/2009 KLC | 0.30 hours | | $97.50 |
| | Telephone conference with Michael Blumenthal regarding plan concepts | | |
| 09/24/2009 KLC | 0.70 hours | | $227.50 |
| | Telephone conference with Bill Shoaf, Philo Smith, and Mike Blumenthal regarding plan issues | | |
| | | | $357.50 |

New Charges for This Matter                                       $357.50

DURHAM

JONES &

PINEGAR

Durham Jones & Pinegar, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

December 21, 2009
Invoice No.        179665    KLC
File No.           26481     00009
Services Rendered Through  09/30/2009

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

### Misc. Contested Matters

### Summary of Account

| | | |
|---|---|---|
| Previous balance as of invoice dated   01/01/1900 | $0.00 | |
| Payments received since last invoice | 0.00 | CR |
| A/R adjustment since last invoice | 0.00 | |
| Net balance forward | 0.00 | |
| Interest charge on past due balance | 0.00 | |
| New charges as itemized below | 105.00 | |
| Prepaid cash applied | 0.00 | CR |
| **Total Balance Due Upon Receipt** | **$105.00** | |

*Interest will accrue at 1.5% per month on balance not paid by end of month.*

### Detail of New Charges

Professional Services

| | | | | |
|---|---|---|---|---|
| 09/24/2009 | JRN | 0.30  hours | | $105.00 |
| | Conference with Steve McCardell discussing matters related to Jacobsen | | | |
| | | | | $105.00 |

New Charges for This Matter                                    $105.00

**· D U R H A M ·**

**J O N E S &**

**P I N E G A R**

Durham Jones & Pinegar, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

December 21, 2009
Invoice No.        179666    KLC
File No.           26481    00010
Services Rendered Through  09/30/2009

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

## Case Administration

### Summary of Account

| | | |
|---|---|---|
| Previous balance as of invoice dated    01/01/1900 | $0.00 | |
| Payments received since last invoice | 0.00 | CR |
| A/R adjustment since last invoice | 0.00 | |
| Net balance forward | 0.00 | |
| Interest charge on past due balance | 0.00 | |
| New charges as itemized below | 17,217.80 | |
| Prepaid cash applied | 0.00 | CR |
| **Total Balance Due Upon Receipt** | **$17,217.80** | |

*Interest will accrue at 1.5% per month on balance not paid by end of month.*

### Detail of New Charges
#### Professional Services

| | | | | |
|---|---|---|---|---|
| 09/14/2009 KLC | 1.10 | hours | | $357.50 |
| | Reviewing documents in preparation for filing cases | | | |
| 09/14/2009 KLC | 0.60 | hours | | $195.00 |
| | Telephone conferences with Crowell attorneys, client, conferences with Steve McCardell regarding preparation for filing cases | | | |
| 09/14/2009 SJM | 11.60 | hours | | $3,770.00 |
| | Preparation of petitions, lists, and joint administration motion and order and coordinate with co-counsel and staff on filing of petitions (5.20); after filing petitions, conferee with Court's judicial assistant, revise and finalize motion for joint administration and order and give instructions on filing (.80); review and revise motion for use of cash collateral and prepare draft order on interim use of cash collateral (2.20); review and revise remaining first day motions and analysis of preparation needed for hearing, including testimony and exhibits and notice (3.40) | | | |

Invoice # 179666              Page 2

| | | | | |
|---|---|---|---|---|
| 09/15/2009 | SJM | 2.80 | hours | $910.00 |

Analysis of noticing requirements for first day motions; request information from Debtor on noticing; and prepare notice plan for use by assistant and paralegal (.40); supervise noticing and review and sign certificate of service (.20);; finalize utilities motion, employee motion, motion to extend time for schedules and statement, and motion for use of cash collateral and direct filing; confirm that 345 motion is not necessary (.70);  review email from D. Wickline upset about filing (.10); revise notice of first day motions and give instructions on filing and service (.30);  request employee related exhibit for hearing tomorrow from B. Shoaf (.10); participate in phone conference with co-counsel and counsel for WestLB and confernce after with Debtor regarding cash collateral issues (.80); make assignment on review of complaint against Bay North to R. Nelson and review information on complaint to be filed (.20)

| | | | | |
|---|---|---|---|---|
| 09/15/2009 | SJM | 3.60 | hours | $1,170.00 |

Conference with US Trustee's office, P.Kuhn and J. Gee, regarding case filings and informatin needed (.30); follow up email with debtor and co-counsel providing report on meeting and copies of US Trustee guidelines, report forms, environmental questionnarie (.30); coordinate with Court's law clerk on hearing on motions and tranmit courtesy copies of motions (.10); review and revise proposed orders on utilities, employee, and extension motion (.50); review and edit draft pro hac motions, orders, and declarations for S. Eichel and M. Blumenthal (.60);  make assignment on hearing exhibits and books and prepare for hearing (.70); review information from West LB on contacts (.10); review and respond to inquiry on exhibits to petition (.10); provide copies to co-counsel, client, and West LB; conference with W. Shoaf regarding complaint status (.9)

| | | | | |
|---|---|---|---|---|
| 09/16/2009 | KLC | 1.70 | hours | $552.50 |

Preparation for hearings - meeting with Bill Shoaf, Philo Smith, Michael Blumenthal, and Steve McCardell, telephone conferences with lender

| | | | | |
|---|---|---|---|---|
| 09/16/2009 | KLC | 0.50 | hours | $162.50 |

Revising orders

| | | | | |
|---|---|---|---|---|
| 09/16/2009 | KLC | 1.80 | hours | $585.00 |

Attending hearing on first day motions

| | | | | |
|---|---|---|---|---|
| 09/16/2009 | KLC | 0.30 | hours | $97.50 |

Conference with Bill Shoaf, Philo Smith, Michael Blumenthal regarding forward forward

| | | | | |
|---|---|---|---|---|
| 09/16/2009 | KLC | 0.20 | hours | $65.00 |

Telephone conference with regarding orders

| | | | | |
|---|---|---|---|---|
| 09/16/2009 | KLC | 0.20 | hours | $65.00 |

Telephone conference with Mike Johnson regarding issues in case

| | | | | |
|---|---|---|---|---|
| 09/16/2009 | KLC | 0.70 | hours | $227.50 |

26481                                    Invoice #  179666                Page 3

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | Reviewing, revising draft press release |  |  |
| 09/16/2009 | KLC | 0.20 | hours | $65.00 |
|  |  | Telephone conference with Michael Blumenthal regarding Jacobsen Construction issues |  |  |
| 09/16/2009 | SJM | 6.30 | hours | $2,047.50 |

Prepare for hearing on first day motions and conference with counsel for WestLB and co-counsel; circulate draft agenda to counsel and court's law clerk; finalize orders for uploading (2.40); meetings with client and co-counsel to prepare for hearing, including further conferences with West LB, updating and filing agenda for hearing, reviewing objection of Jacobsen Construction and conferring with Jacobsen counsel on resolving (2.20)  review draft revisions by West LB to cash collateral order and make revisions (.40); attend hearing on first day motions and assist with matters, iincluding conferences wtih counsel for USTrustee and creditors, presentation of information to court, and obtaining entry of orders  (1.0); lunch meeting with co-counsel and clients after hearing (1.0 - no charge); after hearing, conferences with co-counsel to resolve language of order and obtain entry of orders, including conference with Judge's law clerk on status (.30)

| 09/16/2009 | SJM | 0.40 | hours | $130.00 |
|---|---|---|---|---|
|  |  | Review and comment on draft press release |  |  |
| 09/17/2009 | SJM | 0.20 | hours | $65.00 |
|  |  | Analysis of issues as to motion to pay taxes associated with liquor license |  |  |
| 09/17/2009 | SJM | 0.50 | hours | $162.50 |
|  |  | Review revised lists of 20 largest unsecured creditors with phone and fax numbers added; request information from co-counsel and client on lists and review responses |  |  |
| 09/17/2009 | KLC | 0.20 | hours | $65.00 |
|  |  | Telephone conference with Michael Blumenthal regarding press release issues |  |  |
| 09/17/2009 | KLC | 0.40 | hours | $130.00 |
|  |  | Revising proposed press release on Debtors' filings |  |  |
| 09/17/2009 | KLC | 0.30 | hours | $97.50 |
|  |  | Telephone conference with Joe Wrona regarding press release |  |  |
| 09/17/2009 | KLC | 0.40 | hours | $130.00 |
|  |  | Reviewing emails regarding schedules and statements, initial meeting with the US Trustee, initial financial report, etc. |  |  |
| 09/17/2009 | SJM | 0.60 | hours | $195.00 |
|  |  | Review letter from US Trustee and transmit to client with instructions about 341 meeting, reports, questionnaires, meeting with US Trustee and quarterly fees |  |  |
| 09/17/2009 | SJM | 0.30 | hours | $97.50 |

26481                                    Invoice #  179666              Page  4

Transmit first day orders to client and co-counsel with instructions to
client

09/18/2009  SJM         0.50    hours                                    $162.50
Conference with S. Eichel on revisions to lists of 20 largest unsecured
creditors for each debtor; analysis of revisions and notify US Trustee
of revisions

09/18/2009  SJM         0.10    hours                                     $32.50
Review and respond to voice message from J. Gee of US Trustee's
office and sign consent forms for contact with client

09/21/2009  SJM         0.20    hours                                     $65.00
Review and comment on draft motion to pay taxes to avoid liquor
license issues

09/21/2009  KLC         0.30    hours                                     $97.50
Reviewing emails regarding various matters

09/21/2009  SJM         1.10    hours                                    $357.50
Conference call with S. Eichel and W. Shoaf regarding schedules and
statements (.70); review follow up information received from W.
Shoaf on contracts, vehicles, deposits, and accounts payable (.40)

09/21/2009  SJM         0.20    hours                                     $65.00
Conference with vendor Water Images, Don Jackson, regarding
requested delivery

09/22/2009  KLC         0.80    hours                                    $260.00
Revising motion to pay prepetition sales taxes, supporting documents

09/22/2009  KLC         0.40    hours                                    $130.00
Reviewing emails

09/22/2009  SJM         0.30    hours                                     $97.50
Review and respond to inquiries from W. Shoaf and his controller on
pre-petition v. post petition claims

09/22/2009  SJM         0.50    hours                                    $162.50
Analysis of Jacobsen foreclosure and potential SEction 105 issues

09/22/2009  SJM         0.20    hours                                     $65.00
Conference with M. Blumenthal regarding Jacobsen claim and
position

09/23/2009  KLC         0.80    hours                                    $260.00
Final review, editing of motion to pay prepetition sales taxes

09/23/2009  KLC         0.20    hours                                     $65.00
Telephone conference with Bill Shoaf regarding tax motion

09/24/2009  KLC         0.80    hours                                    $260.00
Meeting with Bill Shoaf regarding documents to be filed

09/24/2009  KLC         0.30    hours                                     $97.50
Telephone conference with Steve Eichel regarding lists of 20 largest
unsecured creditors

26481                                          Invoice # 179666          Page 5

| Date | | Hours | | Amount |
|---|---|---|---|---|

09/24/2009  KLC       0.40   hours                              $130.00
Final preparation for filing documents

09/25/2009  KLC       0.40   hours                              $130.00
Emails regarding tax motion

09/25/2009  KLC       0.20   hours                              $65.00
Telephone conference to court regarding hearing date on tax motion

09/25/2009  SJM       0.20   hours                              $65.00
Conference with W. Shoaf regarding motion to pay tax claims and
regarding meeting requested by US Trustee (.10); prepare email to US
Trustee regarding meeting; prepare second email to US Trustee
regarding bank accounts (.10)

09/28/2009  KLC       0.70   hours                              $227.50
Reviewing proposed budget

09/28/2009  KLC       0.20   hours                              $65.00
Conference with Steve McCardell regarding status

09/28/2009  KLC       0.30   hours                              $97.50
Telephone conference with Bill Shoaf regarding meeting with US
Trustee in initial debtor interview

09/28/2009  SJM       0.50   hours                              $162.50
Review and respond to emails from J. Gee of US Trustee's office
regarding initial meeting with debtor, including transmission of draft
lists of 20 largest unsecured creditors (.20); confernece witn C. Elliott
regarding a mailing he is looking for and refer to US Trustee's office
(.10); confirm meeting address with W. Shoaf and transmit, again,
information needed by US Trustee for initial meeting (.20)

09/29/2009  KLC       0.60   hours                              $195.00
Reviewing materials regarding initial debtor interview

09/29/2009  KLC       3.60   hours                              $1,170.00
Meeting with Bill Shoaf, Philo Smith, and John Morgan, Rinehart
Peshell for initial debtor interview

09/29/2009  KLC       0.30   hours                              $97.50
Telephone conference with Steve Eichel regarding lists of largest
unsecured creditors, schedules and statements

09/29/2009  KLC       0.20   hours                              $65.00
Telephone conference with Bill Shoaf regarding Jacobsen
Construction issues

09/29/2009  SJM       0.30   hours                              $97.50
Conference with K. Cannon regarding meeting with US Trustee (.10);
conference with M. Cox, counsel for Elliott, regarding case status and
issues (.20)

09/30/2009  KLC       0.30   hours                              $97.50
Telephone conference with Steve Eichel and Marina Soto regarding

26481                                Invoice #  179666                Page  6

schedules and statements

| 09/30/2009 KLC | 0.20 | hours | $65.00 |
| | Telephone conference with Bill Shoaf regarding various issues | | |

| 09/30/2009 KLC | 1.10 | hours | $357.50 |
| | Conference call with Bill Shoaf, Philo Smith, Michael Blumenthal, and Steve Eichel regarding tasks at hand | | |

| 09/30/2009 KLC | 0.50 | hours | $162.50 |
| | Revising motion to pay certain prepetition taxes | | |

| 09/30/2009 KLC | 0.90 | hours | $292.50 |
| | Drafting notice on motion to pay certain prepetition taxes | | |

| 09/30/2009 KLC | 0.20 | hours | $65.00 |
| | Telephone conference with Bill Shoaf regarding tax motion | | |

                                                                $17,127.50

Client Expenses Advanced

09/30/2009 Equitrac Copy charge                                    $90.30

                                                                  $90.30

New Charges for This Matter                                    $17,217.80

DURHAM

JONES &

PINEGAR

Durham Jones & Pinegar, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

December 21, 2009
Invoice No.        179667    KLC
File No.           26481    00011
Services Rendered Through  09/30/2009

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

**Cash Collateral/DIP Lending**

**Summary of Account**

| | | |
|---|---|---|
| Previous balance as of invoice dated | 01/01/1900 | $0.00 |
| Payments received since last invoice | | 0.00  CR |
| A/R adjustment since last invoice | | 0.00 |
| Net balance forward | | 0.00 |
| Interest charge on past due balance | | 0.00 |
| New charges as itemized below | | 3,185.00 |
| Prepaid cash applied | | 0.00  CR |
| **Total Balance Due Upon Receipt** | | **$3,185.00** |

*Interest will accrue at 1.5% per month on balance not paid by end of month.*

**Detail of New Charges**

Professional Services

| | | | | |
|---|---|---|---|---|
| 09/16/2009 KLC | 0.50 | hours | | $162.50 |
| | Revising order on cash collateral | | | |
| 09/16/2009 KLC | 0.20 | hours | | $65.00 |
| | Emails to parties regarding order on cash collateral | | | |
| 09/16/2009 KLC | 0.20 | hours | | $65.00 |
| | Telephone conference with Michael Blumenthal regarding proposed changes to cash collateral order | | | |
| 09/15/2009 SJM | 2.70 | hours | | $877.50 |
| | Review and analysis of information on bankruptcy provisions of documents, in preparation for hearings (1.3); review and respond to requests from counsel for Jacobsen and WestLB AG regarding first day motions (.10); prepare for meeting on cash collateral (.60); prepare for first day hearings (.70) | | | |
| 09/15/2009 SJM | 0.70 | hours | | $227.50 |
| | Review financial information for hearing on cash collateral and | | | |

communications with W. Shoaf on financial information

| 09/18/2009 | KLC | 0.30 hours | $97.50 |

Telephone conference regarding DIP loan issues

| 09/18/2009 | KLC | 0.30 hours | $97.50 |

Telephone conference with Michael Blumenthal regarding DIP loan issues

| 09/18/2009 | KLC | 0.40 hours | $130.00 |

Outlining financing issues

| 09/21/2009 | SJM | 1.70 hours | $552.50 |

Conference with M. Blumenthal and W. Shoaf regarding Wells Fargo and Zions Bank accounts and requirements from WestLB (.10); review information received from W. Shoaf regarding bank accounts and respond to email from R. Havel counsel for WestLB regarding bank accounts (.60); conference with counsel for West LB regarding control agreement (.10); request Zions Bank form account control agreement (.10); conference with Zions Bank counsel on account control agreement, review agreement, and transmit to counsel for WestLB (.80)

| 09/22/2009 | SJM | 0.10 hours | $32.50 |

Review and respond to inquiry from WestLB counsel regarding bank accounts

| 09/23/2009 | SJM | 0.30 hours | $97.50 |

Confernce with J. Tillack of Zions Bank regarding account opened by Sky Lodge and information needed (.20); prepare message for W. Shoaf about information needed by Zions and request status from WestLB regarding account (.10)

| 09/24/2009 | SJM | 0.30 hours | $97.50 |

Conference with West LB's local counsel A. Jarvis concerning bank accounts (.10); conference with West LB's counsel D. Normam concerning his position that he does not like Zions Bank's forms and that they will discuss their issues directly with Zions (.10); prepare update email for W. Shoaf concerning WestLB's position and possibility that debtor may be requried to use Wells Fargo accounts (.10)

| 09/25/2009 | SJM | 0.20 hours | $65.00 |

Review detailed email from counsel for West LB regarding Zions Bank account agreements

| 09/28/2009 | SJM | 0.20 hours | $65.00 |

Conference with counsel for Zions Bank Angelina Tsu (.10); prepare email to client and co-counsel regarding Zions Bank's position on accounts (.10)

| 09/29/2009 | SJM | 0.20 hours | $65.00 |

Conference with A. Jarvis regarding Zions Bank's position on bank accounts (.20)

26481                              Invoice #  179667                Page  3

09/30/2009  SJM          1.50   hours                                    $487.50
            Phone meeting with client and co-counsel regarding cash collateral
            and case management issues (1.30); conference with counsel for
            WestLB regarding cash collateral accounts and cash collateral
            stipulation and prepare email on call for client and co-counsel (.20)
                                                                    _____
                                                                    $3,185.00


New Charges for This Matter                                         $3,185.00

DURHAM

JONES &

PINEGAR

Durham Jones & Pinegar, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax.
www.djplaw.com

December 21, 2009
Invoice No.        179668    KLC
File No.           26481     00012
Services Rendered Through  09/30/2009

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

## BayNorth Litigation

### Summary of Account

| | | |
|---|---|---|
| Previous balance as of invoice dated  01/01/1900 | $0.00 | |
| Payments received since last invoice | 0.00 | CR |
| A/R adjustment since last invoice | 0.00 | |
| Net balance forward | 0.00 | |
| Interest charge on past due balance | 0.00 | |
| New charges as itemized below | 1,402.50 | |
| Prepaid cash applied | 0.00 | CR |
| **Total Balance Due Upon Receipt** | **$1,402.50** | |

*Interest will accrue at 1.5% per month on balance not paid by end of month.*

### Detail of New Charges

#### Professional Services

| | | | |
|---|---|---|---|
| 10/06/2009 KLC | 1.10 | hours | $357.50 |
| Reviewing case on yield maintenance issues | | | |
| 10/21/2009 SJM | 0.40 | hours | $130.00 |
| Review revised complaint against Bay North and give instructions on filing | | | |
| 09/15/2009 JRN | 1.50 | hours | $525.00 |
| Reviewing and commenting on complaint against lender | | | |
| 09/15/2009 SJM | 0.40 | hours | $130.00 |
| Review complaint against Bay North and direct filing | | | |
| 09/16/2009 SJM | 0.60 | hours | $195.00 |
| Review status of BayNorth complaint and place call to BayNorth counsel on accepting service of complaint (.10); analysis of causes of action against Bay North and next steps (.50) | | | |
| 09/17/2009 SJM | 0.20 | hours | $65.00 |

Review affidavit of service on Bay North; give instructions on
correcting caption on affidavit and filing

$1,402.50

New Charges for This Matter                                    $1,402.50