# EXHIBIT 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re: | ) | |
|---|---|---|
| | ) | |
| | ) | Bankruptcy No. 09-23584 |
| CK MANAGEMENT, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor in Possession. | ) | |
| | ) | Honorable William T. Thurman |
| EIN: 20-8402627 | ) | |
| | ) | |

**SUMMARY REQUIRED BY UNITED STATES TRUSTEE GUIDELINES**

| | | | |
|---|---|---|---|
| Fees Previously Requested: | $0.00 | NAME OF APPLICANT: | |
| Fees Previously Paid: | $0.00 | Wrona Law Firm, P.C. | |
| Expenses Previously Requested: | $0.00 | ROLE IN THE CASE: | |
| Expenses Previously Paid: | $0.00 | Co-Counsel for Debtor in Possession | |
| Retainer Paid: | $.00 | CURRENT APPLICATION: | |
| | | Fees Requested | $33,001.00 |
| | | Expenses Requested | $.00 |

| NAME OF PROFESSIONAL/ PARALEGAL | YEAR ADMITTED TO PRACTICE | HOURS BILLED CURRENT APPLICATION | RATE | TOTAL FOR APPLICATION |
|---|---|---|---|---|
| **ATTORNEYS** | | | | |
| Joseph E. Wrona | 1992 | 93.8 | $350 | $32,830.00 |
| **PARALEGALS** | | | | |
| Brian Joyce | | 1.9 | $90 | $171.00 |
| TOTAL | | 95.7 | | $33,001.00 |