# EXHIBIT 2

## Summary of Qualifications of Billing Employees of Wrona Law Firm, P.C.

**JOSEPH E. WRONA** is the managing partner of Wrona Law Firm P.C. Mr. Wrona has been practicing law for more than eighteen (18) years and his practice focuses on commercial litigation and real estate law, including litigation in bankruptcy court. Mr. Wrona and his firm maintain a substantial presence in Park City, Utah, and Mr. Wrona serves on the Board of Trustees for the non-profit organization that oversees the operation of KCPW radio station in Park City. Mr. Wrona is a former District Attorney for the state of Alaska and has acted as lead counsel in over one hundred trials. Mr. Wrona graduated from the University of Utah College of Law in 1992, and while in law school he was a Clyde Fellow, Leary Scholar and was published in the George Washington Law Review. Mr. Wrona received his undergraduate degrees from the University of Utah in 1989, and graduated magna cum laude with two bachelor of science degrees.

**BRIAN JOYCE** is a paralegal at Wrona Law Firm, P.C. who graduated from the University of Willamette College of Law in 1995, and practiced law for several years before going to work for a consumer finance firm in Portland, Oregon in 1999. In 2004, Mr. Joyce returned to Utah where he began working as a paralegal at Wrona Law Firm, P.C. where he currently performs a wide variety of services. Mr. Joyce received his undergraduate degrees from the University of Utah in 1992.