# EXHIBIT 3



1745 Sidewinder Drive
Park City, Utah 84060

Ph:(435) 649-2525
Fax:(435) 649-5959

William Shoaf
P. O. Box 683300
Park City, UT 84068

October 5, 2009

File #:    04186.12
Inv #:     13483

**Attention:**

RE:   Chapter 11 - Easy Street Partners, LLC

| DATE | DESCRIPTION | ATTY | HRS | RATE | AMT |
|---|---|---|---|---|---|
| Sep-14-09 | Several calls w/ Bill on several items, including notice to employee and to owners (.7 total); draft notice to employees (.5); draft notice to owners (.8); review comments to both (.3); review draft Chapter 11 pleadings (.3); tele w/ Philo on Wickline (.3); contact Hebert (.4). | JEW | 3.30 | $350.00 | $1,155.00 |
| Sep-15-09 | Working throughout day on reviewing pleadings; several calls w/ Bill on status (.4 total), on employee contact (.5), on unit owner communication, on press release (.4), correspond w/ Hebert on Wickline (.3); working on Wickline communication (.4); tele w/ Tantillo (.1); tele w/ Bensen (.3); obtain and review final Baynorth Complaint; forward same to Bensen. | JEW | 3.00 | $350.00 | $1,050.00 |
| Sep-16-09 | Drafting Press Release and reviewing Complaint for incorporation into Press Release (.7); tele w/ Bill on release of funds (.3); 2nd call w/ Bill (.2); tele w/ Tantillo (.2); evening call w/ Bill (.3). | JEW | 1.70 | $350.00 | $595.00 |
| Sep-17-09 | Working on press release (.4); tele w/ Cannon on same (.3); revise same (.3); tele w/ Bill on status (.2); issue press release with attachment to three sources; tele w/ Bill on status (.2). | JEW | 1.40 | $350.00 | $490.00 |
| Sep-18-09 | Short tele w/ Hamburger on Park Record story (.3); email w/ Hamburger; very long conference call w/ Hamburger walking him thru Complaint and correcting misunderstandings (.8); tele w/ Bill on same | JEW | 2.20 | $350.00 | $770.00 |

| Date | Description | Atty | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | (.4); tele w/ Teri Orr on same (.4); follow up w/ Bill; short tele w/ Rick Brough (.3). | | | | |
| Sep-19-09 | Weekend call from Bill on unit owners being served with Jacobsen Complaint (.3); researching issue (.3); return call to Bill on same. | JEW | 0.60 | $350.00 | $210.00 |
| Sep-21-09 | Fielding calls from Sky Lodge unit owners (at least 10 calls)(2hrs total); tele w/ KPCW (.3); review new filings (.3); tele w/ teri Orr (.3); tele w/ Hambuger (.5). | JEW | 3.40 | $350.00 | $1,190.00 |
| Sep-22-09 | Review Bill's question on unit owners and Jacobsen suit (.2); correspond w/ attorneys (.2); tele w/ Knute; working on solution (.2). | JEW | 0.60 | $350.00 | $210.00 |
| Sep-23-09 | Obtain and review Jacobsen Complaint (.2); correspond w/ DJP on same (.2); correspond w/ Bill on same (.1); tele from Bensen on same (.2). | JEW | 0.70 | $350.00 | $245.00 |
| Sep-24-09 | Tele from Bill on Jacobsen situation and on overture to Wickline (.3); working on Jacobsen situation, conference w/ Ken Cannon on same, tele w/ Bensen on same, tele w/ radio on same (.7 total) correspond w/ Bill Hebert on Wickline (.3). | JEW | 1.30 | $350.00 | $455.00 |
| Sep-25-09 | Working on Wickline issue (.4); tele from Bill on Jacobsen. | JEW | 0.40 | $350.00 | $140.00 |
| Sep-27-09 | Obtain and review 1st term sheet from Axis (.3); correspond w/ Bill on same (.1); tele w/ radio on Jacobsen lawsuit (.4). | JEW | 0.40 | $350.00 | $140.00 |
| Sep-28-09 | Tele from Bill on term sheet (.3); review term sheet provided by Axis for DIP financing (.4); tele w/ Axis on terms (.4); tele w/ Bill on DIP term sheet and on Tesch solicitation of creditors (.4); tele from Bill on how to approach Jocobsen on staying foreclosure action (.3). | JEW | 1.80 | $350.00 | $630.00 |
| Sep-29-09 | Review docs from Cannon on special counsel (.3); tele w/ Tantillo on term sheet (.3); working on strategy items (.3). | JEW | 0.90 | $350.00 | $315.00 |
| | Totals | | 21.70 | | $7,595.00 |

| | |
|---|---|
| Total fee & disbursements this month | $7,595.00 |
| Interest Due (18%) | $0.00 |

**Balance Now Due**     **$7,595.00**

TAX ID Number    87-0676597



1745 Sidewinder Drive
Park City, Utah  84060

Ph:(435) 649-2525

Fax:(435) 649-5959

William Shoaf
P. O. Box 683300
Park City, UT 84068

November 5, 2009

File #:   04186.12
Inv #:    13807

**Attention:**

RE:   Chapter 11 - Easy Street Partners, LLC

| DATE | DESCRIPTION | ATTY | HRS | RATE | AMT |
|---|---|---|---|---|---|
| Oct-01-09 | Work w/ clients and with Wickline on 2007 and 2008 tax return issues (.6); tele w/ Philo (.3); tele w/ Bill (.3); tele w/ Tantillo (.4); | JEW | 1.60 | $350.00 | $560.00 |
| Oct-02-09 | Working on Declaration (.4); review DJP Declaration and edit same (.3). | JEW | 0.70 | $350.00 | $245.00 |
| Oct-05-09 | Tele w/ Cannon on Jacobsen, on status of BK, on WestLB, on funding (.3); tele w/ Tantillo pressing for details of DIP (.3). | JEW | 0.60 | $350.00 | $210.00 |
| Oct-06-09 | Working on Declaration for filing in court (.4); edit DJP declaration (.3); review Wickline's request for buyout and tax discussion and make notes for call with client (.3); tele w/ Bill Shoaf on Wickline's request and on tax issues (.4); follow up work on Wickline's request and how to tmanage (.3). | JEW | 1.70 | $350.00 | $595.00 |
| Oct-07-09 | Tele from Philo regarding update on BK, investor, Wickline, WestLB, Baynorth, etc. (.4); tele w/ Bill on Wickline (.3); review Wickline's email request and tax demands (.3); 2nd tele w/ Bill to discuss Wickline's request and how to respond (.3); tele w/ Tantillo on DIP strategy (.4). | JEW | 1.30 | $350.00 | $455.00 |
| Oct-08-09 | Tele w/ Bill and Philo on Wickline negotiation (.4); tele w/ Tantillo on buyout of lenders (.3); corr w/ Bill Hebert on Wickline buyout (.3); working on structure of proposed Wickline buyout (.4); corr w/ Bill on same (.2). | JEW | 1.60 | $350.00 | $560.00 |
| Oct-09-09 | Tele from Bill on Wickline situation (.3); correspond w/ Hebert on Wickline proposal and tele w/ Hebert (.4); review pre-exitsing | JEW | 3.20 | $350.00 | $1,120.00 |

Invoice #: 13807     Page 2     November 5, 2009
Case 09-29905    Doc 281-3    Filed 01/29/10    Entered 01/29/10 16:26:14    Desc Exhibit
Ex 3    Page 5 of 12

| Date | Description | Atty | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | Wickline Assignment docs and begin revising (.4); 2nd tele from Bill on Wickline and how to respond (.3); corr w/ Bill and Philo on Wickline (.3); evening call from Philo on Axis demand (.4); tele w/ Tantillo ons ame (.4); review cash collatral stipulation and consult w/ Bill on how to deal with Axis (.4); review Budget and discuss w/ Axis (.3). | | | | |
| Oct-10-09 | Obtain and review email from Bill to Paul on consulting fee (.3); correspond w/ Axis on same (.2); tele w/ Paul on managing clients (..3); working on David Wickline assignment issues (.6). | JEW | 1.40 | $350.00 | $490.00 |
| Oct-12-09 | Review Bill Hebert's comments on David Wickline's issues (.3); work w/ Bill on same (.4); work w/ Hebert on same (.4); tele w/ Bill on Tantillo and Axis (.3); working on assignment issues (.3). | JEW | 1.70 | $350.00 | $595.00 |
| Oct-13-09 | Obtain and review Baynorth action, then tele w/ Bill on same (.6); tele from Bill on Blumenthal comments on Tantillo (.4); working on Axis and ability to cover re-org (.4); working on issues raised by Philo related to funding and Titan relationship (.3). | JEW | 1.70 | $350.00 | $595.00 |
| Oct-14-09 | Tele from Bill on his conversation w/ Mike Blumenthal regarding DIP and McLean (.5); working on Boston action (.4); tele from Philo on Axis and obtain update from Philo (.4); corr. w/ Axis (.3); peforming due diligence at request of Bill and Philo on McLean (1.5hrs). | JEW | 3.10 | $350.00 | $1,085.00 |
| Oct-15-09 | Edit Decalaration and Application (.3); tele w/ Ken Cannon on Boston action, collateral use, Axis (.4); tele w/ Paul Tantillo and Bill Dollard on McLean and funding (.5); tele w/ Bill Shoaf and Philo Smith about Crowell Mooring structure, Axis, payment to Axis, payment to Crowell, Mooring, cash collateral, tax situation (.5); review cash collateral order and advise client (.3); negotiate with Hebert on Wickline settlement/assignment (.3); working on Wickline assignment (.4). | JEW | 2.70 | $350.00 | $945.00 |
| Oct-16-09 | Tele from Tantillo on Exit Financing strategy and other issues (.4); steady stream of email communication from Bill Hebert, David Wickline and Bill Shoaf regarding settlement of Wickline (1hr total); review three diffferent versions of settlements docs from Hebert and comment to Bill Shoaf (.8); several calls w/ Shoaf on how to respond to Hebert in light of Sky Lodge bankruptcy and how to establish | JEW | 2.70 | $350.00 | $945.00 |

| Date | Description | | | | |
|---|---|---|---|---|---|
| | quid pro quo for signing Sky Lodge agreement (.5 total). | | | | |
| Oct-19-09 | Reviewing additional sets of docs from Wickline (.5 total); correspond w/ Bill on same (.3); tele w/ Hanlon on insurance issues related to Jacobsen suit (.5); tele w/ From Levine on unit reaction to lien foreclosures (.4); tele from bensen on same (.4); tele from Velasquez on same (.3); tele w/ Bill on letter to Unit owners (.3); review letter to unit owners and comment (.3); tele w/ Bill on Feders' proposal for Denver group (.4). | JEW | 3.10 | $350.00 | $1,085.00 |
| Oct-20-09 | Working on Wickline/Alchemy settlement: corr/ w/ Bill Hebert, tele w/ Hebert, corr. w/ Bill Shoaf, tele w/ Bill (.7 total); working on mechancis lien issues: review corr from Bill, tele w/ several owners, working with Bill on how to portray situation to woners; working on identification fo collective attorney for unit owners (.8 total); working on tax issues and review spreadsheet from Bill (.4); working w/ Bill and Philo on how to get reimbursement (.4). | JEW | 2.30 | $350.00 | $805.00 |
| Oct-21-09 | Mtg w/ Steve Sandholtz and Strategic Capital to go over Sky situation and work on possible DIP Plan (1.1hr); tele w/ Bill Shoaf on David Wickline and status of assignment of Easy Street membership (.4); corr. w/ Bill Hebert on Wickline's assignment throughotu day (.4 total); tele w/ Tantillo on West LB note (.3); Long Conference call w/ Bill Shoaf in evening on creditors committee mtg; Jacobsen, unit owner reaction, Strategic Capital, Axis, MacLean, etc. (.8). | JEW | 3.00 | $350.00 | $1,050.00 |
| Oct-22-09 | Working throughout day on Wickline assignment: corr. Hebrt, corr. w/ Shoaf, review new docs; press for global assignment; tele w/ Hebert; 2 calls w/ Bill Shoaf (2hrs total); working on lien issues (calls from 4 different unit owners for 1hr total on calls); review tax issues and work on same regarding Wickline assignment (.4); tele from Philo on more cash, tele w/ Bill Shoaf on demand, tele w/ Tantillo on demand (1.2 total for the three calls). | JEW | 4.60 | $350.00 | $1,610.00 |
| Oct-23-09 | Corr. w/ Hebert throughout day on negotiations between Shoaf and Wickline (.5 total); review docs from Hebert (.3); pull Easy Street assignment draft and review w/ Bill Shoaf (.5); tele w/ Bill Shoaf on tax issue in | JEW | 4.10 | $350.00 | $1,435.00 |

|   |   |   |   |   |   |
|---|---|---|---|---|---|
|  | Assignment (.3); 2nd tele w/ Shoaf on status of Wickline negotiation (.3); tele from Hebert on same (.6); working with Sandholtz on DIP financing/exit financing and bringing in Strategic Captial (.4); due dilgience on same (.3); schedule mtg; tele w/ Philo to report on same (.4); working w/ Bill Shoaf and Crowell attorneys on issues related to sending out notices of 2004 exam to Wickline (.5). |  |  |  |  |
| Oct-26-09 | Working throughout day on Bill Hebert pressure (.1); tele w/ Bill Shoaf on same (.2); tele w/ Bill Shoaf on MacLean (.2). | JEW | 0.50 | $350.00 | $175.00 |
| Oct-27-09 | Corr throughout day with Bill Hebert on Wickline issues and demands, on assignment of interest, on 2004 exam (.5 total); tele w/ Bill Shoaf on Wickline's redline of assignment (.3); 2nd tele w/ Bill on Wickline's position on management contract (.3); working with Strategic Capital on DIP or exit financing (.4). | JEW | 1.00 | $350.00 | $350.00 |
| Oct-28-09 | Fielding calls from several unit owners about status and news (.6 total); corr. w/ Hebert on Easy Street assignment and on potential AVGSL assignment (.3); tele w/ Bill Shoaf on same (.3). | JEW | 1.20 | $350.00 | $420.00 |
| Oct-29-09 | Mtg w/ Strategic Capital; corr/ w/ clients on same. | JEW | 0.80 | $350.00 | $280.00 |
| Oct-30-09 | Review motion and memo filed by unsecured creditor's comm. (.1); working w/ Strategic Capital (.3); tele w/ Tantillo (.3). | JEW | 0.70 | $350.00 | $245.00 |
|  | Totals |  | 45.30 |  | $15,855.00 |

|   |   |
|---|---|
| Total fee & disbursements this month | $15,855.00 |
| Interest Due (18%) | $0.00 |
| **Balance Now Due** | **$15,855.00** |

TAX ID Number     87-0676597



1745 Sidewinder Drive  
Park City, Utah  84060

Ph:(435) 649-2525  
Fax:(435) 649-5959

William Shoaf  
P. O. Box 683300  
Park City, UT 84068

December 4, 2009

**Attention:**

File #: 04186.12  
Inv #: 14100

RE:   Chapter 11 - Easy Street Partners, LLC

| DATE | DESCRIPTION | ATTY | HRS | RATE | AMT |
|---|---|---|---|---|---|
| Nov-03-09 | Tele w/ Bill on how to manage issuance of 2004 deposition notice to Wickline and whether to press for assignment before that notice (.3); review 2004 Wickline deposition documents to prep for contact with Bill Hebert (.2); contact Bill Hebert to discuss 2004 exam of Wickline and Assignment (.3); Working w/ Strategic Capital to screen and determine if SC constitutes valid DIP source (.3); tele to Bill on SC and whether Easy Street wants mtg w/ SC (.3). | JEW | 1.40 | $350.00 | $490.00 |
| Nov-04-09 | Telecon w/ Liese on bringing Timbers in as DIP source, outline opportunity and needs (.4); work w/ Tantillo on whether Silver Queen opportunity benefits Easy Street needs (.3); mtg w/ Strategic Capital (.8); follow up communication w/ Easy Street on SC (.3); negotiate w/ Hebert on Wickline assignment (.3). | JEW | 1.70 | $350.00 | $595.00 |
| Nov-05-09 | Review NDA related to Strategic Capital; tele w/ Bill on SC mtg. | JEW | 0.30 | $350.00 | $105.00 |
| Nov-06-09 | Review 3rd Amendment to Declaration and related docs (.4); working on due diligence to Strategic Capital (.4); corr/ w/ Philo on Strategic Capital; tele w/ Sandholtz (.4); corr. w/ Sandholtz (.3). | JEW | 1.50 | $350.00 | $525.00 |
| Nov-09-09 | Corr. w/ Strategic Captial about mtg (.3); corr. w/ Bill Shoaf about same (.2); travel to Sky and conduct mtg with SC and leave early to | JEW | 1.70 | $350.00 | $595.00 |

| Date | Description | Atty | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | minimize legal fees (.7); obtain and review letter from Hebert on Wickline situation (.2); discuss same with Bill Shoaf (.3). | | | | |
| Nov-10-09 | Tele from Bill on Strategic Capital(.2); corr. w/ Philo(.2); review docs from Bill Hebert(.1). | JEW | 0.50 | $350.00 | $175.00 |
| Nov-11-09 | Tele from Bill on David Luber(.2); corr. w/ Bill Hebert on Wickline assignment(.2). | JEW | 0.40 | $350.00 | $140.00 |
| Nov-13-09 | Corr. w/ Cannon on objection (.2); review objection (.3); corr/ Shoaf on same (.3); tele w/ Bill Wickline(.4); review Tantillo docs(.2); corr/ W/ Tantillo on Ironpoint (.3); review and respond to Wickline's demand for assignment (.3); review Wickline's demand for indemnification and tele w/ Bill on same (.4). | JEW | 2.50 | $350.00 | $875.00 |
| Nov-16-09 | Corr. w/ clients on objection from creditors' comm.(.2); tele w/ Bill on Axis(.2). | JEW | 0.40 | $350.00 | $140.00 |
| | Tele w/ Philo on Ironpoint Titan and on Strategic Capital (.3); corr. w/ auditors on request(.1); corr. w/ Cannon on objections(.1). | JEW | 0.50 | $350.00 | $175.00 |
| Nov-17-09 | Corr w/ Hebert on Wickline assignment. | JEW | 0.30 | $350.00 | $105.00 |
| Nov-20-09 | Cor. w/ Hebert on Wickline assignment(.2); corr. w/ Bill on same(.2); working on attorney fee issue(.1). | JEW | 0.40 | $350.00 | $140.00 |
| Nov-22-09 | review email from Wickline to Shoaf(.1); corr. w/ Bill(.2); tele w/ Bill on several issues, including Wickline(.4). | JEW | 0.70 | $350.00 | $245.00 |
| Nov-23-09 | Corr. w/ Tantillo on status (.3); corr. w/ Hebert on Wickline (.3); working with Easy Street on Wickline issues (.3); corr. w/ Ken Cannon on scope of representation and tele w/ Ken on same (.4); | JEW | 1.30 | $350.00 | $455.00 |
| Nov-24-09 | Work w/ Ken Cannon on proposed order regarding fees (.3); travel to SLC and appear at hrg, consult w/ Cannon and return (1hr); working on Wickline assignment and consult with Bill on whether to demand complete release of all interest by Wickline (.4). | JEW | 1.70 | $350.00 | $595.00 |
| Nov-25-09 | Corr. w/ Ken Cannon on order, review order and consent (.3); receive corr. from Hebert on Wickline assignment and consult with Shoaf on same (.4); review corr. from Wickline to Shoaf on same and respond (.3); corr. w/ Tantillo on status of DIP groups in order to determine value of assignment from Wickline (.3). | JEW | 1.30 | $350.00 | $455.00 |
| Nov-27-09 | Corr. w/ Bill on Wickline assignment; and need for walkaway; corr. w/ Mchael Hebert on same (.3); working on Strategic Partners involvement as potential source of DIP | JEW | 1.00 | $350.00 | $350.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | financing (.4); corr. w/ Philo on Wickline communication (.3). |  |  |  |  |
| Nov-29-09 | Work w/ Bill Shoaf on Philo's pending conference w/ Wickline(.1); corr. w/ both Bill and Philo on same(.1); corr. w/ Bill on whether to reach out to Bill Hebert(.1); confirm with Bill what Easy Stret's position is regarding assignment(.1). | JEW | 0.40 | $350.00 | $140.00 |
| Nov-30-09 | Working w/ Philo on negotiation of Wickline of interest (.3); working w/ Bill Shoaf on same and confirm Bill's position regarding what is assignable (.3); evening conference call w/ Philo regarding Wickline's conference w/ Philo and how to respond (.4); working on communication to Bill Hebert related to assignment (.3). | JEW | 1.30 | $350.00 | $455.00 |
|  | Totals |  | 19.30 |  | $6,755.00 |

Total fee & disbursements this month                                           $6,755.00

Interest Due (18%)                                                                          $0.00

**Balance Now Due**                                                               **$6,755.00**

TAX ID Number    87-0676597



1745 Sidewinder Drive
Park City, Utah 84060

Ph:(435) 649-2525
Fax:(435) 649-5959

William Shoaf
P. O. Box 683300
Park City, UT 84068

January 6, 2010

**Attention:**

File #:    04186.12
Inv #:     14376

RE:    Chapter 11 - Easy Street Partners, LLC

| DATE | DESCRIPTION | ATTY | HRS | RATE | AMT |
|---|---|---|---|---|---|
| Dec-01-09 | Corr. w/ Bill on Wickline issues (.3); tele con w/ Bill Hebert to negotiate terms of assignment (.5); review doc sent by Hebert and comment on same (.4); review Philo's comments and respond (.1). | JEW | 1.30 | $350.00 | $455.00 |
| Dec-07-09 | Corr. w/ Hebert on how to settle assignment issue; tele w/ Bill Shoaf on same; obtain redline from Hebert and review same and forward Bill FShoaf. | JEW | 0.60 | $350.00 | $210.00 |
| Dec-09-09 | Tele from Bill to determine status of Strategic Partners, Bruce MacClean and Wickline assignment (.4); pull and review latest redline of assignment and work on Bill Shoaf's comments (.4). | JEW | 0.80 | $350.00 | $280.00 |
| Dec-10-09 | Tele from Bill on status of Assignment and discuss change to assignment (.3); tele w/ Tesch on buyer under contract at Sky who is seeking a return of earnest money (.3). | JEW | 0.60 | $350.00 | $210.00 |
| Dec-11-09 | Receive and review Bill's draft analysis of removal of manager (.1); tele w/ Bill to confirm additona of entities to Wickline assignment (.2). | JEW | 0.30 | $350.00 | $105.00 |
| Dec-15-09 | Corr. w/ Bill on structure of Alchemy Ventures (.2); draft redline comments to Assignment agreements and forward to Shoaf for review (.3); review Bill's comments, make changes and forward to Bill Hebert (.3) | JEW | 0.80 | $350.00 | $280.00 |
| Dec-17-09 | Consult w/ Bill Shoaf on structure of current proposal for assignment from Wickline (.2); draft redlines to require Wickline to assign | JEW | 1.20 | $350.00 | $420.00 |

| Date | Description | Atty | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | entire interest in project (.4); submit redlines to Bill Shoaf for review and provide comments (.1); tele from Bill Shoaf with additonal comments (.2); review Bill's redline, make changes and forward to Bill Hebert with explanation of new changes (.3). | | | | |
| | Work on 1st request for legal fees | BCJ | 1.90 | $90.00 | $171.00 |
| Dec-21-09 | Tele from Tantillo on status of workout and how to assist in that workout. | JEW | 0.30 | $350.00 | $105.00 |
| Dec-24-09 | Corr. w/ Hebert on status of Wickline assignment (.2); tele w/ Bill on same (.2). | JEW | 0.40 | $350.00 | $140.00 |
| Dec-29-09 | Working on objections from WestLB to professional fees. | JEW | 0.30 | $350.00 | $105.00 |
| Dec-30-09 | Field calls from disgruntled unit owners who are concerned about ongoing funding to operate hotel (Levine (.3), Smith (.3), Fleming (.2)); respond to WestLB's question regarding retainers (.1). | JEW | 0.90 | $350.00 | $315.00 |

|  |  |  |
|---|---|---|
| Totals | 9.40 | $2,796.00 |
| Total fee & disbursements this month | | $2,796.00 |
| Previous Balance | | $30,205.00 |
| Previous Payments | | 0.00 |
| Interest Due (18%) | | $498.17 |
| **Balance Now Due** | | **$33,499.17** |

TAX ID Number     87-0676597