# EXHIBIT 4

# crowell｜moring

590 Madison Avenue, 20th Floor, New York, NY 10022-2524
p 212.223.4000 ■ f 212.223.4134
Taxpayer ID # 52-1150358

October 9, 2009

Easy Street Holding, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah 84098

Attn:  William Shoaf

Matter: 105773.0000001
Invoice: 1304946

---

Statement of Account

## RE: General Advice

| | |
|---|---|
| Professional Services Rendered Through September 30, 2009 | $2,930.00 |
| Other Services and Expenses | 1,009.95 |
| Total Due this Invoice | $3,939.95 |

## Professional Services:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 09/22/09 | MVB | Telephone call with S. McCardell re: sales tax motion, conversation with W. Ellis, potential plan and overall strategy (.2); review and revise sales tax motion (.2); telephone call with W. Shoaf re: all of the foregoing (.3); office conference with V. Arias and review email ███████████ (.2). | 0.90 | 630.00 |
| 09/24/09 | MVB | Review emails re: Zion accounts. | 0.10 | 70.00 |
| 09/30/09 | S E | Tel conf with M. Blumenthal, P. Smith, B. Shoaf, K. Cannon, and S. McCardell re status of US trustee issues, bank accounts, schedules and statements; Jacobson issue; appraisal; budgets, discovery and strategy (1.2) | 1.20 | 690.00 |
| 09/30/09 | MVB | Review 180 day budgets and 2010 business plan (.7); email agenda for conference call (.3); conference call with S. McCardell, K. Cannon, P. Smith, W. Shoaf and S. Eichel per agenda (1.2). | 2.20 | 1,540.00 |
| | | **Total Professional Services** | **4.40** | **$2,930.00** |

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Michael V. Blumenthal | 700.00 | 3.20 | 2,240.00 |
| Steven Eichel | 575.00 | 1.20 | 690.00 |
| **Total Professional Services** | | **4.40** | **$2,930.00** |

## Other Services & Expenses:

| Description | Amount |
|-------------|--------|
| Postage | 11.35 |
| Inhouse Duplicating | 951.60 |
| Binding, Inhouse Charged | 16.00 |
| Long Distance Telephone | 31.00 |
| **Total Other Services & Expenses** | **$1,009.95** |

# crowell moring

590 Madison Avenue, 20th Floor, New York, NY 10022-2524
p 212.223.4000 ▪ f 212.223.4134
Taxpayer ID # 52-1150358

October 7, 2009

Easy Street Holding, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah  84098

Attn:  William Shoaf

Matter: 105773.0000002
Invoice: 1304958

---

Statement of Account

RE: Automatic Stay

| | |
|---|---:|
| Professional Services Rendered Through September 30, 2009 | $230.00 |
| Other Services and Expenses | 8.40 |
| Total Due this Invoice | $238.40 |

Crowell & Moring LLP ▪ www.crowell.com ▪ Washington, DC ▪ California ▪ New York ▪ London ▪ Brussels

Statement Number: 1304958
Page #: 2

## Professional Services:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 09/15/09 | S E | Draft email to Bay North and its counsel re filing of bankruptcy and stay letter. | 0.20 | 115.00 |
| 09/15/09 | S E | Draft subsequent email to another of Bay North's counsel at Goodwin Procter . | 0.10 | 57.50 |
| 09/15/09 | S E | Review email from M. Blumenthal re contacting Bay North's counsel and respond to same. | 0.10 | 57.50 |
| | | **Total Professional Services** | **0.40** | **$230.00** |

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Steven Eichel | 575.00 | 0.40 | 230.00 |
| **Total Professional Services** | | **0.40** | **$230.00** |

## Other Services & Expenses:

| Description | Amount |
|-------------|--------|
| Inhouse Duplicating | 8.40 |
| **Total Other Services & Expenses** | **$8.40** |



590 Madison Avenue, 20th Floor, New York, NY 10022-2524
p 212.223.4000 • f 212.223.4134
Taxpayer ID # 52-1150358

October 9, 2009

Easy Street Holding, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah  84098

Attn:  William Shoaf

Matter: 105773.0000003
Invoice: 1304964

---

Statement of Account

RE: Case Administration

| | |
|---|---|
| Professional Services Rendered Through September 30, 2009 | $2,606.00 |
| Other Services and Expenses | 2.36 |
| Total Due this Invoice | $2,608.36 |

Crowell & Moring LLP • www.crowell.com • Washington, DC • California • New York • London • Brussels

Statement Number: 1304964
Page #: 2

## Professional Services:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 09/15/09 | S L | Office conference with S. Eichel and M. Lichtenstein regarding contacts, coordination of same via email. | 0.20 | 47.00 |
| 09/16/09 | S L | Draft and revise contact list. | 1.30 | 305.50 |
| 09/16/09 | S L | Retrieve and organize copies of each pleading filed in Easy Street Partners, Easy Street Holding, Easy Street Mezzanine and Adversary Proceeding. | 1.20 | 282.00 |
| 09/17/09 | S L | Continue to coordinate copies of each pleading filed in Easy Street Partners, Easy Street Holding, Easy Street Mezzanine and Adversary Proceeding. | 0.60 | 141.00 |
| 09/18/09 | S L | Office conference with Michael V. Blumenthal regarding pleadings in Easy Street (.1), coordinate and retrieve first day orders (.5). | 0.60 | 141.00 |
| 09/21/09 | S E | Conf w/S. Leung re case calendar. | 0.20 | 115.00 |
| 09/21/09 | MVB | Review and revise motion to pay prepetition sales tax (.;2) and office conference with L. Brenner re: same (.1). | 0.30 | 210.00 |
| 09/21/09 | S L | Coordination of emails for Bruce J. Zabarauskas. | 0.30 | 70.50 |
| 09/22/09 | S E | Review email from W. Shoaf re Bay North notice of appearance and review notice (.1); review email from S. McCardell re bank accounts (.1). | 0.20 | 115.00 |
| 09/22/09 | MVB | Review emails from client and S. McCardell re: vendor issues and payments. | 0.10 | 70.00 |
| 09/23/09 | S E | Review emails from S. Leung and M. Blumenthal re case calendar (.1) | 0.10 | 57.50 |
| 09/23/09 | MVB | Telephone calls and emails with S. McCardell re: Zion accounts. | 0.20 | 140.00 |
| 09/23/09 | S L | Updated files (.80); Draft case calendar (.50). | 1.30 | 305.50 |
| 09/23/09 | S L | Prepare copies of various emails with Bruce J. Zabarauskas for binder. | 0.30 | 70.50 |
| 09/25/09 | S E | Tel confs with M. Blumenthal re AVG-SL articles and operating agreement (.1) obtaining information re same (.1). | 0.20 | 115.00 |
| 09/27/09 | S E | Review email from M. Soto re vendor inquiry (.1); draft email response to M. Soto responding to her inquiry re vendor (.1) | 0.20 | 115.00 |
| 09/30/09 | S L | Updated contact list. | 0.40 | 94.00 |

Statement Number: 1304964
Page # 3

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 09/30/09 | S L | Coordination and organization of files per Michael V. Blumenthal. | 0.90 | 211.50 |
| | | **Total Professional Services** | **8.60** | **$2,606.00** |

| Name | Rate | Hours | Value |
|---|---|---|---|
| Michael V. Blumenthal | 700.00 | 0.60 | 420.00 |
| Steven Eichel | 575.00 | 0.90 | 517.50 |
| Stella Leung | 235.00 | 7.10 | 1,668.50 |
| **Total Professional Services** | | **8.60** | **$2,606.00** |

## Other Services & Expenses:

| Description | Amount |
|---|---|
| Long Distance Telephone | 2.36 |
| **Total Other Services & Expenses** | **$2.36** |



590 Madison Avenue, 20ᵗʰ Floor, New York, NY 10022-2524
p 212.223.4000 ▪ f 212.223.4134
Taxpayer ID # 52-1150358

October 7, 2009

Easy Street Holding LLC; Easy Street Mezzanine LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah 84098

Matter: 105773.0000004
Invoice: 1304967

Statement of Account

RE: Claims Administration

| | |
|---|---:|
| Professional Services Rendered Through September 30, 2009 | $70.00 |
| Other Services and Expenses | 0.00 |
| Total Due this Invoice | $70.00 |

Statement Number:  1304967
Page #: 2

## Professional Services:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 09/25/09 | MVB | Review and send emails re: scheduling of C&M retention application. | 0.10 | 70.00 |
| | | **Total Professional Services** | **0.10** | **$70.00** |

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Michael V. Blumenthal | 700.00 | 0.10 | 70.00 |
| **Total Professional Services** | | **0.10** | **$70.00** |



590 Madison Avenue, 20th Floor, New York, NY 10022-2524
p 212.223.4000 ▪ f 212.223.4134
Taxpayer ID # 52-1150358

October 14, 2009

Easy Street Holding, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah 84098

Attn: William Shoaf

Matter: 105773.0000007
Invoice: 1304970

---

Statement of Account

RE: Financing

| | |
|---|---|
| Professional Services Rendered Through September 30, 2009 | $3,500.00 |
| Other Services and Expenses | 0.95 |
| **Total Due this Invoice** | **$3,500.95** |

## Professional Services:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 09/16/09 | WMO | Tc M. Blumenthal re DIP loan negotiation ▬▬▬ | 0.20 | 145.00 |
| 09/16/09 | MVB | Meeting with W. Shoaf and telephone calls re: potential DIP financing (.5). | 0.50 | 350.00 |
| 09/17/09 | WMO | Sc S. Eichel re commitment letter for DIP. | 0.20 | 145.00 |
| 09/17/09 | S E | Conference with W. O'Connor re: commitment letter (.2); commence drafting commitment letter (1.2). | 1.40 | 805.00 |
| 09/17/09 | MVB | Telephone call with W. Shoaf re: DIP financing (.2); telephone call with W. O'Connor (.1) and M. Lichtenstein (.2) re: DIP financing. | 0.50 | 350.00 |
| 09/18/09 | MVB | Office conference with M. Lichtenstein re: draft letter of intent on DIP facility (.4). | 0.40 | 280.00 |
| 09/21/09 | WMO | Review and revise DIP letter, sc M. Lichtenstein | 0.40 | 290.00 |
| 09/22/09 | S E | Conf with ▬▬▬ potential DIP financing . | 0.30 | 172.50 |
| 09/22/09 | MVB | Office conference with M. Lichtenstein re: status of DIP proposal ▬▬▬ | 0.10 | 70.00 |
| 09/23/09 | S E | Draft, review and revise confidentiality agreement to potential DIP lender (.7) conf with M. Liechtenstein re: confidentiality agreement (.1); draft email to potential DIP Lender (.1) | 0.90 | 517.50 |
| 09/24/09 | S E | Review email from ▬▬▬ re executed confidentiality agreement with respect to potential DIP financing (.1); draft email to W. Shoaf and P. Smith re executing confidentiality agreement (.1); review email from W. Shoaf re executed confidentiality agreement and discuss same w/M. Lichtenstein (.1). | 0.30 | 172.50 |
| 09/30/09 | WMO | Tc with ▬▬▬ re: potential DIP term sheet | 0.20 | 145.00 |
| 09/30/09 | S E | Tel conf with ▬▬▬ re potential DIP financing (.1) | 0.10 | 57.50 |
|  |  | **Total Professional Services** | **5.50** | **$3,500.00** |

Statement Number: 1304970
Page #: 3

| Name | Rate | Hours | Value |
|---|---|---|---|
| Michael V. Blumenthal | 700.00 | 1.50 | 1,050.00 |
| William M. O'Connor | 725.00 | 1.00 | 725.00 |
| Steven Eichel | 575.00 | 3.00 | 1,725.00 |
| **Total Professional Services** | | **5.50** | **$3,500.00** |

## Other Services & Expenses:

| Description | Amount |
|---|---|
| Long Distance Telephone | 0.95 |
| **Total Other Services & Expenses** | **$0.95** |

Crowell & Moring LLP  ▪  www.crowell.com  ▪  Washington, DC  ▪  California  ▪  New York  ▪  London  ▪  Brussels



590 Madison Avenue, 20th Floor, New York, NY 10022-2524
p 212.223.4000 ▪ f 212.223.4134
Taxpayer ID # 52-1150358

October 9, 2009

Easy Street Holding, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah   84098

Attn:  William Shoaf

Matter: 105773.0000008
Invoice: 1304971

---

Statement of Account

RE: 2004 Exams

| | |
|---|---|
| Professional Services Rendered Through September 30, 2009 | $2,285.00 |
| Other Services and Expenses | 0.00 |
| Total Due this Invoice | $2,285.00 |

Statement Number: 1304971

Page #: 2

## Professional Services:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 09/22/09 | B Z | Draft Rule 2004 motion of Davod Wickline and document request. | 2.20 | 1,210.00 |
| 09/22/09 | MVB | Office conference with B. Zabarauskas re: Wickline 2004 exams and documents to produce. | 0.20 | 140.00 |
| 09/24/09 | B Z | Revisions to Rule 2004 motion of Wickline. | 0.50 | 275.00 |
| 09/30/09 | B Z | Review documents relating to BayNorth (.6); prepare document requests (.6). | 1.20 | 660.00 |
| | | **Total Professional Services** | **4.10** | **$2,285.00** |

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Michael V. Blumenthal | 700.00 | 0.20 | 140.00 |
| Bruce Zabarauskas | 550.00 | 3.90 | 2,145.00 |
| **Total Professional Services** | | **4.10** | **$2,285.00** |

# crowell ( moring

590 Madison Avenue, 20th Floor, New York, NY 10022-2524
p 212.223.4000 ■ f 212.223.4134
Taxpayer ID # 52-1150358

October 8, 2009

Easy Street Holding, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah 84098

Attn:  William Shoaf

Matter: 105773.0000009
Invoice: 1304976

---

Statement of Account

RE: Bay North Litigation

| | |
|---|---:|
| Professional Services Rendered Through September 29, 2009 | $19,235.00 |
| Other Services and Expenses | 0.00 |
| Total Due this Invoice | $19,235.00 |

## Professional Services:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 09/14/09 | B Z | Draft and revise complaint against BayNorth (5.4); review V. Arias memo and research with respect to claims to be asserted against BayNorth (.4). | 5.80 | 3,190.00 |
| 09/14/09 | MVB | Review Bay North and WestLB loan documents. | 0.80 | 560.00 |
| 09/14/09 | V A | Research elements cause of action ▮▮▮▮▮▮▮ for ▮▮▮▮▮; research ▮▮▮▮▮▮▮ ▮▮▮ research re ▮▮▮▮▮ | 1.90 | 684.00 |
| 09/15/09 | B Z | Revisions to complaint against BayNorth (4.3); review final exhibits to complaint (1.4); review additional research re: claims against BayNorth (.4). | 6.10 | 3,355.00 |
| 09/16/09 | B Z | Check Bankruptcy Rules relating to service of summons and complaint (.3); discuss service of Summons and complaint with S. Leung (.3); discussion with S. McCardell re: service of summons and complaint on BayNorth (.1). | 0.70 | 385.00 |
| 09/16/09 | V A | Draft document preservation letter to BayNorth | 1.70 | 612.00 |
| 09/16/09 | S L | Finalized Summons and complaint with Exhibits with Bruce J. Zabarauskas (.50); served summons and complaint on BayNorth Realty Fund c/o BayNorth Realty Capital LLC via first class mail, copy of same to B. Harvey via Federal Express, prepare letter for same with Bruce J. Zabarauskas (.60). | 1.10 | 258.50 |
| 09/17/09 | S L | Draft affidavit of service for service of summons and complaint, office conference with Bruce J. Zabarauskas regarding same, finalized same. | 0.70 | 164.50 |
| 09/18/09 | B Z | Review documents relating to BayNorth (1.8); Review and revise letter to BayNorth counsel relating to document which may be subject to discovery (.3) | 2.10 | 1,155.00 |
| 09/21/09 | B Z | Review documents relating to BayNorth (.4); revise and finalize letter to counsel for BayNorth re: preservation of documents (.3); discussion with M. Blumenthal re: strategy (.3). | 1.00 | 550.00 |
| 09/21/09 | V A | Review case law re enforceability of ▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮ on loans in bankruptcy context | 4.50 | 1,620.00 |
| 09/22/09 | V A | Review case and statutory law re yield maintenance provisions as prepetition interest and confer with M. Blumenthal re same; review Utah limited liability company law re ▮▮▮▮▮ ▮▮▮▮▮▮ and draft summary re same | 2.10 | 756.00 |

Statement Number: 1304976
Page # 3

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 09/23/09 | B Z | Review documents relating to BayNorth claims | 1.30 | 715.00 |
| 09/28/09 | B Z | Review correspondence binder relating to BayNorh. | 4.00 | 2,200.00 |
| 09/29/09 | B Z | Review binder of corespondence re: BayNorth | 5.00 | 2,750.00 |
| 09/30/09 | MVB | Office conference with J. Bricker re: YMF BayNorth Note. | 0.40 | 280.00 |
| | | **Total Professional Services** | **39.20** | **$19,235.00** |

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Michael V. Blumenthal | 700.00 | 1.20 | 840.00 |
| Bruce Zabarauskas | 550.00 | 26.00 | 14,300.00 |
| Vivian Arias | 360.00 | 10.20 | 3,672.00 |
| Stella Leung | 235.00 | 1.80 | 423.00 |
| **Total Professional Services** | | **39.20** | **$19,235.00** |



590 Madison Avenue, 20th Floor, New York, NY 10022-2524
p 212.223.4000 ▪ f 212.223.4134
Taxpayer ID # 52-1150358

October 8, 2009

Easy Street Holdihng, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah 84098

Attn:  William Shoaf

Matter: 105773.0000012
Invoice: 1304977

---

Statement of Account

RE: Reorganization Plan/Disclosure Statement

| | |
|---|---:|
| Professional Services Rendered Through September 30, 2009 | $815.00 |
| Other Services and Expenses | 0.00 |
| Total Due this Invoice | $815.00 |

Crowell & Moring LLP ▪ www.crowell.com ▪ Washington, DC ▪ California ▪ New York ▪ London ▪ Brussels

Statement Number: 1304977
Page #: 2

## Professional Services:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 09/18/09 | S E | Conf with M. Blumenthal and B. Zabarauskas re strategy re filing plan of reorganization. | 0.20 | 115.00 |
| 09/18/09 | MVB | Office conference with S. Eichel and B. Zabarauskas re: plan strategy (.2). | 0.20 | 140.00 |
| 09/24/09 | MVB | Telephone call with P. Smith re: plan strategies and funding (.4); conference call with P. Smith, W. Shoaf and K. Cannon re: plan strategies (.4). | 0.80 | 560.00 |
| | | **Total Professional Services** | **1.20** | **$815.00** |

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Michael V. Blumenthal | 700.00 | 1.00 | 700.00 |
| Steven Eichel | 575.00 | 0.20 | 115.00 |
| **Total Professional Services** | | **1.20** | **$815.00** |

Crowell & Moring LLP ▪ www.crowell.com ▪ Washington, DC ▪ California ▪ New York ▪ London ▪ Brussels

# crowell &moring

590 Madison Avenue, 20th Floor, New York, NY 10022-2524
p 212.223.4000 ▪ f 212.223.4134
Taxpayer ID # 52-1150358

October 9, 2009

Easy Street Hollding, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah 84098

Attn:  William Shoaf

Matter: 105773.0000013
Invoice: 1304987

Statement of Account

### RE: Reports & Schedules/First Day Motions

| | |
|---|---|
| Professional Services Rendered Through September 30, 2009 | $41,468.00 |
| Other Services and Expenses | 7.56 |
| Total Due this Invoice | $41,475.56 |

## Professional Services:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 09/14/09 | MSL | Work on cash collateral papers. | 2.50 | 1,350.00 |
| 09/14/09 | S E | Review email from K. Cannon re court calendars (.1); tel conf w/M. Blumenthal and S. McCardell re filing of petition (.2) | 0.30 | 172.50 |
| 09/14/09 | S E | Analyze potential ████ issues (1.2); tel conf with W. Shoaf re potential ████ issues (.2); conf with M. Blumenthal re ████████ (.2); review emails re filing first day motions (.6); review and revise pro hac vice affidavit (.2); commence drafting stay letter against Bay North (.3). | 2.70 | 1,552.50 |
| 09/14/09 | S E | Draft email to K. Cannon re: business form motion and creditor matrix; work on issues in connection with M. Blumenthal's affidavit. | 0.60 | 345.00 |
| 09/14/09 | MVB | Finalize all first day motions, including cash collateral, wages, extension of schedules and utilities, and retention applications and complaint against Bay North (2.9); numerous emails and telephone calls with P. Smith and B. Shoaf re: foregoing and budget (.9); review and discuss draft budgets with B. Shoaf and M. Lichtenstein (1.2); numerous emails and telephone calls with S. McCardell re: foregoing, strategy and scheduling of first day motions (.8); telephone call and emails with J. Wrona re: redraft of letter to employees and homeowners (.3); numerous office conferences with M. Lichtenstein, B. Zabarauskas, S. Eichel and L. Brenner re: foregoing (2.6). | 8.70 | 6,090.00 |
| 09/14/09 | L B | Revise documents re: motions for admission pro hac vice, declarations in support of pro hac motions, proposed orders granting pro hac motions (1.6); confer with M. Blumenthal re: same (.2); revise documents re: the declaration of William Shoaf (.9). | 2.70 | 1,309.50 |
| 09/14/09 | S L | Draft matrix for Easy Street Holding and revisions to Easy Street Mezzanine matrix. | 1.30 | 305.50 |
| 09/15/09 | MSL | Reviewed revisions to cash collateral motion and participate in calls with West LB and revise order. | 1.20 | 648.00 |
| 09/15/09 | S E | Conf with M. Blumenthal re preparing for first day hearing. | 0.10 | 57.50 |

Statement Number: 1304987
Page # 3

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 09/15/09 | S E | Tel conf with M. Blumenthal re employee motion, utilities motion and foreclosure sale (.2); draft email to M. Soto re workers comp issue (.2); review email from Bay North's counsel confirming that the foreclosure sale has been adjourned and draft response (.1); review email form M. Soto re status of workers compensation costs (.1); review email from M. Blumenthal re workers comp issue (1); respond to M. Blumenthal's inquire re workers comp issue. | 1.60 | 920.00 |
| 09/15/09 | S E | Review notice of first day motions. | 0.10 | 57.50 |
| 09/15/09 | S E | Work on gathering information for notice issues; draft emails to W. Shoaf re obtaining information for notice. | 0.70 | 402.50 |
| 09/15/09 | S E | Review email from M. Blumenthal re issues re utilities and employee motion; draft response email to M. Blumenthal answering issues re employee motion and utilities. | 0.50 | 287.50 |
| 09/15/09 | MVB | Prepare for hearing on first day motions (3.6); review West LB and Bay North loan documents and emals and correspondence with banks (.8); telephone calls with W. Shoaf re: foregoing (.7). | 4.40 | 3,080.00 |
| 09/16/09 | MSL | Participate in conference call re: cash collateral. | 1.20 | 648.00 |
| 09/16/09 | S E | Tel conf w/M. Lichtenstein re cash collateral motion (.1) draft email to M. Lichtenstein re cash collateral order (.1); review numerous emails re cash collateral order (.1); tel conf with M. Blumenthal re status and sales tax motion (.1). | 0.40 | 230.00 |
| 09/16/09 | MVB | Meeting with clients to review all after hearing and advise on strategy and tasks going forward (1.0); meeting with P. Smith to discuss exit strategies (1.0). | 2.00 | 1,400.00 |
| 09/16/09 | MVB | Conference calls with West LB attorneys and business reps, W. Shoaf, P. Smith, K. Cannon, S. McCardell and M. Lichtenstein re: resolution of interim use of cash collateral (1.3); office conferences with W. Shoaf, P. Smith, K. Cannon and S. McCardell re: same and finalize budgets (1.0); review and revise redrafts of stipulation and order to use cash collateral on interim basis (.4); telephone calls with M. Hoffman re: Jacobson's requested changes to cash collateral order. | 2.80 | 1,960.00 |
| 09/16/09 | MVB | Prepare for (1.0) and attend hearings on First Day Motions, including use of cash collateral, payment of pre-petition wages, extend time to file schedules and Section 366 utility adequate assurance (1.3). | 2.30 | 1,610.00 |
| 09/16/09 | L B | Drafting document re: declaration in support of motion for admission pro hac vice of B. Zabarauskas (.3), motion for admission of B. Zabarauskas pro hac vice (.1) and proposed order granting motion to admit B. Zabarauskas pro hac vice (.1). | 0.50 | 242.50 |

Statement Number: 1304987
Page # 4

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 09/17/09 | S E | Draft email to S. McCardell re sales tax motion (.1); commence working on sales tax motion (.3); conf with L. Brenner re sales tax motion (.2); draft email to client re gathering information for schedules (.1); review email from W. Shoaf re schedules (.1); review emails from S. McCardell re list of 20 creditors (.1). | 0.90 | 517.50 |
| 09/17/09 | MVB | Telephone call with S. Eichel re: preparation of motion to authorize payment of pre-petition Sales Tax (.2); emails re: preparation of schedules and statement of affairs and amended list of 20 largest (.3). | 0.50 | 350.00 |
| 09/17/09 | L B | Confer with S. Eichel re: tax motion (.2); draft email to B. Shoaf re: same (.1); draft document re: same (.7). | 1.00 | 485.00 |
| 09/18/09 | S E | Tel conf with W. Shoaf re revising creditor list (.9); tel conf with S. McCardell re revisions to top 20 creditor list (.3); draft email to W. Shoaf follow up questions to finalizing amended top 20 creditor list (.1); review and revise sales tax motion (.3); review emails from S. McCardell re revised list of creditors (.1). | 1.70 | 977.50 |
| 09/18/09 | S E | Review and revise list of 20 largest creditors. | 0.40 | 230.00 |
| 09/18/09 | MVB | Review letter from Richard Havel re: cash management and interim cash collateral order (.2). | 0.20 | 140.00 |
| 09/18/09 | L B | Drafting document re: tax motion (1.3); reserach re: Utah sales tax (.8). | 2.10 | 1,018.50 |
| 09/21/09 | S E | Tel conf w/W. Shoaf, S. McCardell and V. Arias re preparing schedules and statement of financial affairs (.5); review and revise list of top 20 creditors (.4); draft email to W. Shoaf re issues re list of top 20 creditors of Partners (.1); review and revise sales tax motion (.6); review email from S. McCardell re checking each debtor for UCC filings (.1); work on issues re schedules and statement of financial affairs (.4). | 2.10 | 1,207.50 |
| 09/21/09 | MVB | Office conference with S. Eichel re: schedules and statement of affairs. | 0.20 | 140.00 |
| 09/21/09 | L B | Sheppardizing tax motion (.3); revise documents re: tax motion (1.8); declaration in support of tax motion (.6); drafting document re: proposed order granting tax motion (.6); confer with M. Blumenthal re: tax motion and related documents (.1). | 3.40 | 1,649.00 |
| 09/21/09 | V A | Telephone call with S. Eichel, S. McCardle, W. Shoaf re schedules and SOFA (.5); review correspondence with W. Shoaf re same (.1). | 0.60 | 216.00 |

Statement Number: 1304987
Page # 5

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 09/22/09 | S E | Review and revise list of top 20 creditors, including reviewing information from client (.3); conf w/S. Leung re revising list of top 20 creditors (.1); draft email to W. Shoaf re information for creditor list (.2); tel conf w/S. McCardell re list of top 20 creditors (.1); draft email to S. McCardell re list of top 20 creditors and treating of specific creditors disputed (.1). | 0.80 | 460.00 |
| 09/22/09 | S L | Revisions to amended 20 largest list in Partner. | 0.40 | 94.00 |
| 09/23/09 | S E | Tel conf with V. Arias re forms of schedules and statement of financial affairs for 3 cases (.1); review email from V. Arias re same (.1); draft email to V. Arias re UCC search to determine liens on property (.1); conf with V. Arias re UCC search (.1); review email form S. McCardell re suggestion of Bankruptcy and draft email to him re same (.1); draft email to W. Shoaf re question re debtors' creditors in connection with list of top 20 creditors and for schedules (.1) review email from S. McCardell re creditor lit and first day motions, such as retention (.1); draft response to S. McCardell re updating of creditor list (.1); review emails from M. Soto re information re debtor's creditors (.2); draft emails to M. Soto re updated list of debtor's creditors (.2); tel conf with M. Soto re information re creditors (.2); review and revise creditor lists for each debtor based on revised information (1.0). | 2.40 | 1,380.00 |
| 09/23/09 | MVB | Finalize motion to pay prepetition sales tax (.2) and telephone call with S. McCardell re: same (.4). | 0.60 | 420.00 |
| 09/23/09 | V A | Confer with S. Eichel re preparation of Schedules and SOFA, review local procedure and required forms for preparation of Schedules and SOFA | 1.00 | 360.00 |
| 09/24/09 | S E | Review and revise list of creditors for top 20 creditor lists and for schedules (.7); tel conf with S. McCardell re finalizing list of top 20 creditors (.1); tel confs with K. Cannon re top list of creditors and related issues (.2); tel confs with M. Soto re information for list of top creditors (.3); conf with S. Leung re revisions to creditor list (.2); tel conf with S. Leung and M. Soto re revisions to creditor list (.1); review email form S. McCardell re list of Easy Street Mezzanine creditors (.1) | 1.70 | 977.50 |
| 09/27/09 | S E | Commence preparing schedules and statement of financial affairs (2.2); draft email to client re information needed for schedules and statement of financial affairs (.4). | 2.60 | 1,495.00 |
| 09/28/09 | V A | Prepare Schedules A, B, C, D and E and review client documents re same | 2.70 | 972.00 |

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 09/29/09 | S E | Tel conf w/W. Shoaf re information needed for U.S. Trustee (.1); work on issues re preparing schedules and statement of financial affairs (1.0); conf w/S. Leung re working on list of all unsecured creditors for each debtor (.2); draft email to V. Arias re information re schedules and SOFA and missing information (.1); conf w/S. Leung re revisions to list of creditors for schedules (.1); tel conf w/K. Cannon re list of creditors and schedules (.2); draft email to M. Soto re creditor information and questions for schedules (.2); review email from M. Soto re status (.1). | 2.00 | 1,150.00 |
| 09/29/09 | V A | Prepare Schedules F, G, H, I and J and Statement of Financial Affairs for Easy Street Partners, Easy Street Mezzanine and Easy Street Holding | 4.10 | 1,476.00 |
| 09/29/09 | S L | Reviewed amended 20 largest for all entities with A/P Aging report with S. Eichel, prepare list of creditors not previously list on the 20 largest and coordination same with entities they are associated with. | 1.80 | 423.00 |
| 09/30/09 | S E | Prepare for conf call with M. Soto re schedules and statement of financial affairs (.2); tel conf with M. Soto (and K. Cannon for part of call) re information needed for schedules and statements (.4); conf with V. Arias re schedules and statement of financial affairs (.2); work on issues re schedules and statement of financial affairs (1.2); review emails from M. Soto re requested information (.6); tel confs with M. Soto re schedules and statement of financial affairs (.4). | 3.00 | 1,725.00 |
| 09/30/09 | V A | Further prepare Schedules, SOFAs for Easy Street Partners, Easy Street Holding, and Easy Street Mezzanine (2.0); discussions with S. Eichel (0.2); telephone call with M. Soto and S. Eichel re same (0.4) | 2.60 | 936.00 |

Total Professional Services        **75.40**   **$41,468.00**

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Michael V. Blumenthal | 700.00 | 21.70 | 15,190.00 |
| Mark S. Lichtenstein | 540.00 | 4.90 | 2,646.00 |
| Steven Eichel | 575.00 | 24.60 | 14,145.00 |
| Vivian Arias | 360.00 | 11.00 | 3,960.00 |
| Lawrence Brenner | 485.00 | 9.70 | 4,704.50 |
| Stella Leung | 235.00 | 3.50 | 822.50 |

Statement Number: 1304987
Page #: 7

| Total Professional Services | 75.40 | $41,468.00 |
|---|---|---|

## Other Services & Expenses:

| Description | Amount |
|---|---|
| Long Distance Telephone | 7.56 |
| Total Other Services & Expenses | $7.56 |

# crowell ꛱ moring

590 Madison Avenue, 20th Floor, New York, NY  10022-2524
p 212.223.4000  ▪  f 212.223.4134
Taxpayer ID # 52-1150358

September 30, 2009

Easy Street Holding, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah 84098

Attn:  William Shoaf

Matter: 105773.0000014
Invoice: 1304628

---

Statement of Account

### RE: Retention/Fee Matters

| | |
|---|---|
| Professional Services Rendered Through September 29, 2009 | $110.00 |
| Other Services and Expenses | 0.00 |
| Total Due this Invoice | $110.00 |

Crowell & Moring LLP  ▪  www.crowell.com  ▪  Washington, DC  ▪  California  ▪  New York  ▪  London  ▪  Brussels

Statement Number: 1304628
Page #: 2

## Professional Services:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 09/16/09 | B Z | Prepare pro hac vice application (.2) | 0.20 | 110.00 |
| | | **Total Professional Services** | **0.20** | **$110.00** |

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Bruce Zabarauskas | 550.00 | 0.20 | 110.00 |
| **Total Professional Services** | | **0.20** | **$110.00** |



590 Madison Avenue, 20th Floor, New York, NY 10022-2524
p 212.223.4000 ▪ f 212.223.4134
Taxpayer ID # 52-1150358

October 9, 2009

Easy Street Holding, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah  84098

Attn:  William Shoaf

Matter: 105773.0000015
Invoice: 1304989

---

Statement of Account

### RE: Secured Claims (WestLB)

| | |
|---|---:|
| Professional Services Rendered Through September 30, 2009 | $350.00 |
| Other Services and Expenses | 0.00 |
| | |
| Total Due this Invoice | $350.00 |

Crowell & Moring LLP ▪ www.crowell.com ▪ Washington, DC ▪ California ▪ New York ▪ London ▪ Brussels

Statement Number:  1304989
Page #: 2

## Professional Services:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 09/22/09 | MVB | Telephone call with W. Ellis and R. Havel (counsel to West LB) re: Jacobsen, final cash collateral stipulation and potential plan. | 0.30 | 210.00 |
| 09/23/09 | MVB | Telephone call with W. Shoaf re: cash collateral stipulation and budget for 2010 for presentation for WestLB. | 0.20 | 140.00 |
| | | **Total Professional Services** | **0.50** | **$350.00** |

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Michael V. Blumenthal | 700.00 | 0.50 | 350.00 |
| **Total Professional Services** | | **0.50** | **$350.00** |



590 Madison Avenue, 20th Floor, New York, NY 10022-2524
p 212.223.4000 ■ f 212.223.4134
Taxpayer ID # 52-1150358

October 9, 2009

Easy Street Holding, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah 84098

Attn: William Shoaf

Matter: 105773.0000016
Invoice: 1304992

Statement of Account

RE: Secured Claimis (Jacobsen)

| | |
|---|---|
| Professional Services Rendered Through September 30, 2009 | $1,050.00 |
| Other Services and Expenses | 0.00 |
| Total Due this Invoice | $1,050.00 |

Statement Number:  1304992
Page #: 2

## Professional Services:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 09/17/09 | MVB | Telephone call with W. Shoaf re: ▮▮▮▮▮ Jacobson claim (.1). | 0.10 | 70.00 |
| 09/18/09 | MVB | Telephone call with W. Shoaf re: issues concerning Jacobson mechanic's lien (.2). | 0.20 | 140.00 |
| 09/21/09 | MVB | Conference call with S. McCardell and W. Shoaf re: Jacobson lien and strategy re: same. | 0.20 | 140.00 |
| 09/22/09 | MVB | Review email from S. McCardell re: 105 injunction summary. | 0.10 | 70.00 |
| 09/23/09 | MVB | Telephone call with W. Shoaf re: discussions with Jacobsen. | 0.20 | 140.00 |
| 09/24/09 | MVB | Conference call with P. Smith, W. Shoaf and K. Cannon re: Jacobsen and appraisal (.4); review Jacobsen complaint (.3). | 0.70 | 490.00 |
| | | **Total Professional Services** | **1.50** | **$1,050.00** |

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Michael V. Blumenthal | 700.00 | 1.50 | 1,050.00 |
| **Total Professional Services** | | **1.50** | **$1,050.00** |

# crowell **(** moring

590 Madison Avenue, 20th Floor, New York, NY  10022-2524
p 212.223.4000  ■  f 212.223.4134
Taxpayer ID # 52-1150358

September 30, 2009


Easy Street Holding, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah 84098

Attn:  William Shoaf

Matter: 105773.0000019
Invoice: 1304633

---

Statement of Account

### RE: Non-Billable Travel

| | |
|---|---:|
| Professional Services Rendered Through September 29, 2009 | $7,700.00 |
| Other Services and Expenses | 0.00 |
| Total Due this Invoice | $7,700.00 |

Crowell & Moring LLP  ■  www.crowell.com  ■  Washington, DC  ■  California  ■  New York  ■  London  ■  Brussels

Statement Number: 1304633
Page #: 2

## Professional Services:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 09/15/09 | MVB | Non billable travel. | 5.00 | 3,500.00 |
| 09/17/09 | MVB | Non Billable travel (6.00). | 6.00 | 4,200.00 |
| | | **Total Professional Services** | **11.00** | **$7,700.00** |

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Michael V. Blumenthal | 700.00 | 11.00 | 7,700.00 |
| **Total Professional Services** | | **11.00** | **$7,700.00** |



590 Madison Avenue, 20th Floor, New York, NY  10022-2524
p 212.223.4000  ■  f 212.223.4134
Taxpayer ID # 52-1150358

October 9, 2009

Easy Street Holding, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah 84098

Attn:  William Shoaf

Matter: 105773.0000020
Invoice: 1305285

---

Statement of Account

RE: Corporate Issues

Professional Services Rendered Through September 30, 2009                $210.00

Other Services and Expenses                                                 0.00

Total Due this Invoice                                                   $210.00

Crowell & Moring LLP  ■  www.crowell.com  ■  Washington, DC  ■  California  ■  New York  ■  London  ■  Brussels

Statement Number:  1305285
Page #: 2

## Professional Services:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 09/25/09 | MVB | Review AVG-SL operating agreement. | 0.30 | 210.00 |
| | | **Total Professional Services** | **0.30** | **$210.00** |

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Michael V. Blumenthal | 700.00 | 0.30 | 210.00 |
| **Total Professional Services** | | **0.30** | **$210.00** |

Crowell & Moring LLP ■ www.crowell.com ■ Washington, DC ■ California ■ New York ■ London ■ Brussels