# EXHIBIT 5



590 Madison Avenue, 20th Floor, New York, NY 10022-2524
p 212.223.4000 ■ f 212.223.4134
Taxpayer ID # 52-1150358

November 30, 2009

Easy Street Holding, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah 84098

Attn: William Shoaf

Matter: 105773.0000001
Invoice: 1309259

Statement of Account

RE: General Advice

| | |
|---|---:|
| Professional Services Rendered Through October 31, 2009 | $2,127.00 |
| Other Services and Expenses | 8,917.20 |
| Total Professional Fees and Expenses | 11,044.20 |

Statement Number:  1309259
Page #: 2

## Professional Services:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 10/06/09 | S L | Office conference with S. Eichel regarding case calendar. | 0.10 | 23.50 |
| 10/07/09 | S L | Updated legal document from docket sheets. | 0.80 | 188.00 |
| 10/14/09 | MVB | Conference call with S. McCardell, K. Cannon, B. Shoaf and P. Smith re: appraiser, co-manager, potential financing and strategy. | 1.00 | 700.00 |
| 10/18/09 | MVB | Review and edit Business Plan. | 1.30 | 910.00 |
| 10/22/09 | S L | Updated legal documents from docket sheet. | 0.70 | 164.50 |
| 10/29/09 | S L | Updated files. | 0.60 | 141.00 |
| | | **Total Professional Services** | **4.50** | **$2,127.00** |

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Michael V. Blumenthal | 700.00 | 2.30 | 1,610.00 |
| Stella Leung | 235.00 | 2.20 | 517.00 |
| **Total Professional Services** | | **4.50** | **$2,127.00** |

## Other Services & Expenses:

| Description | Amount |
|-------------|--------|
| Postage | 0.88 |
| Express Delivery | 26.87 |
| Local Transportation | 389.15 |
| Comp. Library Research | 5,773.86 |
| Administrative overtime | 135.00 |
| Inhouse Duplicating | 296.20 |
| Binding, Inhouse Charged | 4.00 |
| Meals | 78.40 |
| Air fare | 1,840.20 |
| Long Distance Telephone | 174.97 |
| Long Distance Telephone | 29.91 |
| Express Delivery | 112.56 |
| Miscellaneous | 55.20 |
| **Total Other Services & Expenses** | **$8,917.20** |

## Trust Summary

| | |
|---|---|
| Beginning Trust Balance | $6,277.62 |
| Less: Amount Applied | -6,277.62 |
| **Ending Trust Balance** | **$0.00** |



590 Madison Avenue, 20th Floor, New York, NY 10022-2524
p 212.223.4000 ▪ f 212.223.4134
Taxpayer ID # 52-1150358

November 30, 2009

Easy Street Holding, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah  84098

Attn:  William Shoaf

Matter: 105773.0000003
Invoice: 1309261

---

Statement of Account

RE: Case Administration

| | |
|---|---|
| Professional Services Rendered Through October 31, 2009 | $2,183.00 |
| Other Services and Expenses | 0.00 |
| Total Due this Invoice | $2,183.00 |

Statement Number:  1309261
Page #: 2

## Professional Services:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 10/01/09 | S L | Updated legal documents from Docket sheet (1.40); Retrieve copy of Complaint and first day declaration for S .Eichel (.20). | 1.60 | 376.00 |
| 10/06/09 | S E | Tel conf with S. Leung re case calendar and interim financial report (.1); tel conf with K. Cannon re interim financial report (.1) | 0.20 | 115.00 |
| 10/07/09 | S L | Coordination of updated spreadsheets and various e-mail. | 0.60 | 141.00 |
| 10/07/09 | S L | Finalized retrieval of legal documents from docket sheet. | 0.80 | 188.00 |
| 10/08/09 | S L | Updated files with Michael V. Blumenthal regarding BayNorth, Jacobsen Construction, and D. Wickline. | 0.80 | 188.00 |
| 10/09/09 | S L | Continue to update files with Michael V. Blumenthal. | 1.30 | 305.50 |
| 10/16/09 | S L | Updated files and emails. | 0.90 | 211.50 |
| 10/20/09 | S L | Reviewed docket sheet for Joint Administration Order for case caption and reviewed docket sheet. | 0.50 | 117.50 |
| 10/21/09 | S L | Reviewed original conflict list and compare with recent creditor list and schedules of Easy Street Partners, Mezz and Holding, prepare copy of same to Conflict report to check names, Office conference with S. Eichel regarding same. | 2.30 | 540.50 |

**Total Professional Services**    **9.00**    **$2,183.00**

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Steven Eichel | 575.00 | 0.20 | 115.00 |
| Stella Leung | 235.00 | 8.80 | 2,068.00 |
| **Total Professional Services** | | **9.00** | **$2,183.00** |



590 Madison Avenue, 20th Floor, New York, NY 10022-2524
p 212.223.4000 ◼ f 212.223.4134
Taxpayer ID # 52-1150358

November 30, 2009

Easy Street Holding, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah 84098

Attn:  William Shoaf

Matter: 105773.0000005
Invoice: 1309262

---

Statement of Account

RE: Creditor Meetings/Statutory Committees

| | |
|---|---|
| Professional Services Rendered Through October 31, 2009 | $350.00 |
| Other Services and Expenses | 0.00 |
| Total Due this Invoice | $350.00 |

**Professional Services:**

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 10/30/09 | MVB | Telephone call with S. McCardell re: issues to discuss with creditors' committee counsel concerning Bay North and West LB (.3); office conference with L. Brenner re: research (.2). | 0.50 | 350.00 |

| | | **Total Professional Services** | 0.50 | $350.00 |

| Name | Rate | Hours | Value |
|---|---|---|---|
| Michael V. Blumenthal | 700.00 | 0.50 | 350.00 |
| **Total Professional Services** | | 0.50 | $350.00 |



590 Madison Avenue, 20th Floor, New York, NY 10022-2524
p 212.223.4000  ▪  f 212.223.4134
Taxpayer ID # 52-1150358

November 30, 2009

Easy Street Holding, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah  84098

Attn: William Shoaf

Matter: 105773.0000006
Invoice: 1309263

_____

Statement of Account

RE: Executory Contracts/Leases

Professional Services Rendered Through October 31, 2009          $460.00

Other Services and Expenses                                          0.00

Total Due this Invoice                                            $460.00

Statement Number: 1309263

Page #: 2

## Professional Services:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 10/12/09 | S E | ████████████████████████ (.2) tel conf with V. Arias re Gateway lease (.1); draft email to W. Shoaf re Gateway lease (.1) | 0.40 | 230.00 |
| 10/20/09 | S E | Review email from S. McCardell re turning over executory contracts and other agreements (.1); review Axis agreement (.1); tel conf with M. Blumenthal re Axis Agreement (.1); draft email to M. Blumenthal re ████████████████ (.1); draft email to W. Shoaf re status of Gateway lease (.1) | 0.40 | 230.00 |

|  |  | **Total Professional Services** | **0.80** | **$460.00** |

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Steven Eichel | 575.00 | 0.80 | 460.00 |
| **Total Professional Services** |  | **0.80** | **$460.00** |



590 Madison Avenue, 20th Floor, New York, NY 10022-2524
p 212.223.4000  ▪  f 212.223.4134
Taxpayer ID # 52-1150358

November 30, 2009

Easy Street Holding, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah 84098

Attn: William Shoaf

Matter: 105773.0000007
Invoice: 1309264

Statement of Account

RE: Financing

| | |
|---|---|
| Professional Services Rendered Through October 31, 2009 | $11,585.00 |
| Other Services and Expenses | 0.24 |
| Total Due this Invoice | $11,585.24 |

Statement Number:  1309264
Page #: 2

## Professional Services:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 10/01/09 | WMO | Tc ▇▇▇▇ re DIP term sheet | 0.20 | 145.00 |
| 10/01/09 | S E | Tel conf w/M. Blumenthal ▇▇▇▇▇▇▇▇ re potential DIP Financing (.3); draft email to ▇▇▇▇ providing her with additional documentation for her review in connection with potential DIP financing (.1). | 0.50 | 287.50 |
| 10/01/09 | MVB | Office conference with M. Lichtenstein and W. O'Connor re: DIP financing alternatives (.2).; conference call with S. Eichel, ▇▇▇▇▇▇ re: potential DIP and/or exit financing (.3). | 0.50 | 350.00 |
| 10/01/09 | S L | Prepare copies of Sky Lodge 180 Day Cash Flow and 2010 Budget for Michael V. Blumenthal. | 0.40 | 94.00 |
| 10/05/09 | WMO | Telephone call with ▇▇▇▇ re DIP (.3); conf with M. Blumenthal re additional financial information needed (.2). | 0.50 | 362.50 |
| 10/05/09 | WMO | Conf call with ▇▇▇▇ re DIP financing terms. | 0.30 | 217.50 |
| 10/05/09 | MSL | T/c with ▇▇▇ re: DIP; t/c with ▇▇▇▇ re: DIP. | 0.60 | 324.00 |
| 10/05/09 | MVB | Telephone call with ▇▇▇ re: potential DIP financing (.2); telephone call with W. O'Connor re: potential DIP financing and email financials (.2); telephone call with W. Shoaf re: foregoing (.2). | 0.60 | 420.00 |
| 10/05/09 | S L | Retrieve copies of 2009 Q4 operating budget for Michael V. Blumenthal. | 0.20 | 47.00 |
| 10/06/09 | WMO | Tc ▇▇▇▇ re DIP; tc from ▇▇▇▇ re DIP terms | 0.90 | 652.50 |
| 10/07/09 | S E | Draft email to M. Blumenthal and W. O'Connor re confidentiality agreement for potential DIP lender. | 0.20 | 115.00 |
| 10/08/09 | S E | Work on revisions to confidentiality agreement to send to potential DIP lender ▇▇▇ (.2). | 0.20 | 115.00 |
| 10/08/09 | MVB | Telephone call with ▇▇▇ re: exit financing ▇▇▇ | 0.40 | 280.00 |
| 10/09/09 | MVB | Telephone calls with W. Shoaf re: foregoing, budgets, potential exit financing and strategy (.4) and conference call with ▇▇▇ re: exit financing (.4). | 0.80 | 560.00 |
| 10/12/09 | WMO | ▇▇▇▇▇▇▇▇▇ | 0.50 | 362.50 |
| 10/12/09 | WMO | Tc from ▇▇▇ re financing terms | 0.40 | 290.00 |

Crowell & Moring LLP ▪ www.crowell.com ▪ Washington, DC ▪ California ▪ New York ▪ London ▪ Brussels

Statement Number: 1309264

Page # 3

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 10/12/09 | MVB | Telephone call with W. Shoaf re: exit financing and business plan. | 0.20 | 140.00 |
| 10/13/09 | S E | Conf with M. Blumenthal re: ███████████████ | 0.10 | 57.50 |
| 10/13/09 | MVB | Telephone call with ████████ re: exit financing (.7); conference call with W. Shoaf and P. Smith re: potential financing and exit strategies (.8). | 1.50 | 1,050.00 |
| 10/14/09 | WMO | Tc ████████ te takeout financing. | 0.30 | 217.50 |
| 10/14/09 | S E | Review email from ████████████ re conf call re DIP Funding (.1) | 0.10 | 57.50 |
| 10/14/09 | MVB | Office conference with J. Bricker re: potential exit financing (.4); conference call with J. Bricker and ████████ ████████ re: exit financing (.7). | 1.10 | 770.00 |
| 10/16/09 | WMO | Tc M. Lichtenstein re cash collateral and re-finance. | 0.30 | 217.50 |
| 10/16/09 | S L | Coordination of September 2009 financials for Michael V. Blumenthal. | 0.60 | 141.00 |
| 10/20/09 | J B | Conference call with M.Blumenthal and ████████ of ████████████ regarding client restructuring and financing alternatives. | 0.80 | 428.00 |
| 10/22/09 | S E | Tel conf with M. Blumenthal and ████████ ████████ re potential bridge or exit financing (.5) | 0.50 | 287.50 |
| 10/23/09 | MVB | Telephone call with ████████ re: ████████ and restructuring issues (.6); review ████████ proposal (.3). | 0.90 | 630.00 |
| 10/26/09 | MVB | Review revised business plan (.5); telephone call with ████ ████████ (.2); conference call with ████ ████████ and P. Smith re: exit/plan funding; follow up with P. Smith (.3) and ████ re (.2). | 2.20 | 1,540.00 |
| 10/28/09 | S L | Meeting with Michael V. Blumenthal and Vivian Arias regarding financing documents including business plans, coordination of files for same. | 1.00 | 235.00 |
| 10/29/09 | MVB | Conference call with ████████ re: potential funding. | 1.50 | 1,050.00 |
| 10/29/09 | S L | Prepare copies of final business plan, Budgets, 5 year consolidated, 2010 Revenue forecast and related for Michael V. Blumenthal as final dated October 29. | 0.60 | 141.00 |
| | | **Total Professional Services** | **18.90** | **$11,585.00** |

Crowell & Moring LLP • www.crowell.com • Washington, DC • California • New York • London • Brussels

Statement Number:  1309264
Page #: 4

| Name | Rate | Hours | Value |
|------|-----:|------:|------:|
| Michael V. Blumenthal | 700.00 | 9.70 | 6,790.00 |
| Mark S. Lichtenstein | 540.00 | 0.60 | 324.00 |
| William M. O'Connor | 725.00 | 3.40 | 2,465.00 |
| John Bricker | 535.00 | 0.80 | 428.00 |
| Steven Eichel | 575.00 | 1.60 | 920.00 |
| Stella Leung | 235.00 | 2.80 | 658.00 |
| **Total Professional Services** | | **18.90** | **$11,585.00** |

## Other Services & Expenses:

| Description | Amount |
|-------------|-------:|
| Long Distance Telephone | 0.24 |
| **Total Other Services & Expenses** | **$0.24** |

Crowell & Moring LLP ▪ www.crowell.com ▪ Washington, DC ▪ California ▪ New York ▪ London ▪ Brussels



590 Madison Avenue, 20th Floor, New York, NY 10022-2524
p 212.223.4000  ■  f 212.223.4134
Taxpayer ID # 52-1150358

November 30, 2009

Easy Street Holding, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah   84098

Attn:  William Shoaf

Matter: 105773.0000008
Invoice: 1309265

Statement of Account

RE: 2004 Exams

| | |
|---|---|
| Professional Services Rendered Through October 31, 2009 | $4,270.50 |
| Other Services and Expenses | 521.72 |
| Total Due this Invoice | $4,792.22 |

Statement Number: 1309265
Page #: 2

## Professional Services:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 10/01/09 | B Z | Draft and revise document request on Wickline. | 1.20 | 660.00 |
| 10/01/09 | B Z | Revisions to Wickline 2004 motion. | 0.50 | 275.00 |
| 10/01/09 | MVB | Review and revise motion for 2004 exam of Wickline and document request. | 0.30 | 210.00 |
| 10/02/09 | B Z | Meeting with M. Blumenthal re: discovery in adversary proceeding (.4); revissions to Wickline 2004 motion (.4); revisions to document request (.3) | 1.10 | 605.00 |
| 10/02/09 | MVB | Office conference with B. Zabarauskas re: revisions to Wickline 2004 exam and application and document request. | 0.30 | 210.00 |
| 10/06/09 | B Z | Revisions to Rule 2004 examination motion concerning D. Wickline (2.1); revise document request to Wickline (.7). | 2.80 | 1,540.00 |
| 10/06/09 | L B | Research re: Rule 2004 (.9); draft document re: 2009 application (.4). | 1.30 | 630.50 |
| 10/23/09 | MVB | Emails re: setting Wickline deposition. | 0.20 | 140.00 |
| | | **Total Professional Services** | **7.70** | **$4,270.50** |

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Michael V. Blumenthal | 700.00 | 0.80 | 560.00 |
| Bruce Zabarauskas | 550.00 | 5.60 | 3,080.00 |
| Lawrence Brenner | 485.00 | 1.30 | 630.50 |
| **Total Professional Services** | | **7.70** | **$4,270.50** |

## Other Services & Expenses:

| Description | Amount |
|-------------|--------|
| Comp. Library Research | 521.72 |
| **Total Other Services & Expenses** | **$521.72** |



**590 Madison Avenue, 20ᵗʰ Floor, New York, NY  10022-2524**
**p 212.223.4000  ▪  f 212.223.4134**
**Taxpayer ID # 52-1150358**

November 30, 2009

Easy Street Holding, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah 84098

Attn:  William Shoaf

Matter: 105773.0000009
Invoice: 1309266

Statement of Account

RE: Bay North Litigation

| | |
|---|---:|
| Professional Services Rendered Through October 31, 2009 | $26,849.50 |
| Other Services and Expenses | 3,019.25 |
| Total Due this Invoice | $29,868.75 |

Crowell & Moring LLP ▪ www.crowell.com ▪ Washington, DC ▪ California ▪ New York ▪ London ▪ Brussels

Statement Number:  1309266
Page #: 2

## Professional Services:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 10/02/09 | B Z | Review clients documents in connection with complaint against BayNorth. | 0.40 | 220.00 |
| 10/05/09 | B Z | Review documents relating to adversary proceeding, | 2.00 | 1,100.00 |
| 10/06/09 | B Z | Review documents relating to BayNorth loan. | 1.80 | 990.00 |
| 10/06/09 | S L | Retrieve copies of spreadsheets for SkyLodge Deal Modifications, comparative analysis, distributions from proceeds and related for Bruce J. Zabarauskas and coordination of same. | 0.70 | 164.50 |
| 10/07/09 | B Z | Meeting with M. Blumenthal re: emails re: Wickline and Baynorth. | 0.40 | 220.00 |
| 10/08/09 | MVB | Emails and telephone calls with M. Grillo (Goodwin Proctor) re: extension of time to answer (.2); office conference with B. Zabarauskas re: amendment to complaint (.2). | 0.40 | 280.00 |
| 10/09/09 | MVB | Telephone call with M. Grillo re: extension of time to answer Bay North complaint and potential settlement. | 0.20 | 140.00 |
| 10/12/09 | B Z | Meeting with M. Blumenthal re: strategy in adversary proceeding against BayNorth | 0.40 | 220.00 |
| 10/12/09 | V A | Confer with  M. Blumenthal and B. Zabarauskas re amended complaint | 0.80 | 288.00 |
| 10/13/09 | B Z | Discussions with M. Blumenthal re: amending complaint in adversary proceeding. | 0.20 | 110.00 |
| 10/14/09 | B Z | Review Massachusetts caselaw ▮▮▮▮▮▮ (.8); review additional emails relating to BayNorth claim (1.4) | 2.20 | 1,210.00 |
| 10/14/09 | MVB | Office conference with B. Zabarauskas and V. Arias re: amendment to Bay North complaint (.3); office conference with B. Zabarauskas and V. Arias re: amendment to Bay North complaint (.3); telephone call with W. Shoaf re: complaint filed by Bay North (.2); office conference with B. Zabarauskas re: 105 injunction (.2). | 1.00 | 700.00 |
| 10/15/09 | B Z | Review pleadings in state court guaranty action | 0.40 | 220.00 |
| 10/15/09 | V A | Draft sections of BayNorth Amended Complaint (1.0); research Massachusetts statutory and case law ▮▮▮▮▮▮▮▮ ▮▮▮▮s (2.0); research Massachusetts statutory and case law ▮▮▮▮▮▮▮▮▮▮(1.0) | 4.00 | 1,440.00 |

Statement Number: 1309266
Page # 3

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 10/16/09 | B Z | Revisions to amended complaint re: BayNorth (2.2); research ███████████ (1.7); review correspondence from W. Shoaf re: response to BayNoth default (.2); discussions with M. Blumenthal re: same (.3) | 4.40 | 2,420.00 |
| 10/19/09 | B Z | Review research re: amended complaint (.4); discussion with M. Blumenthal re: same (.3). | 0.70 | 385.00 |
| 10/19/09 | MVB | Telephone call with B. Zabarauskas re: issues on amended complaint vs. Bay North. | 0.30 | 210.00 |
| 10/19/09 | V A | Further review case and statutory law re ███████████ research Massachusetts case and statutory law re ███████ revise draft allegations for complaint ████ | 2.30 | 828.00 |
| 10/20/09 | B Z | Research Massahchuseets law issues,███████ ████ (4.1); discussions with V. Arias re: same (.1). | 4.20 | 2,310.00 |
| 10/20/09 | MVB | Conference call with J. Bricker and RJ Guttroff re: exit financing/fund plan (.4); telephone call with B. Zabarauskas re: amending Bay North complaint and strategy (.4); telephone call with S. Eichel re: 105 injunction for Shoaf suit and legal theories (.3). | 1.10 | 770.00 |
| 10/20/09 | V A | Further review case law re Massachusetts law re ███████ further review case and statutory law in Utah re █████████; research Utah case and statutory law re ████████ ████████ | 3.30 | 1,188.00 |
| 10/21/09 | B Z | Revise and finalize amended complaint (1.2); final review of case law on ███████ (2.1); discussions with V. Arias re: same (.2); discussion with M. Blumenthal re: same (.3) | 3.80 | 2,090.00 |
| 10/21/09 | MVB | Telephone call with B. Zabarauskas re: finalizing Bay North complaint. | 0.20 | 140.00 |
| 10/21/09 | V A | Further research re ██████████████ | 1.00 | 360.00 |
| 10/22/09 | B Z | Dioscussion with S. Leung re: service of amended complaint; review email from K. Cannon re: filing of amended complaint (.1); discussions with M. Blumenthal re: same (.2) | 0.30 | 165.00 |
| 10/23/09 | MVB | Office conference with B. Zabarauskas re: service of amended complaint on Bay North. | 0.20 | 140.00 |
| 10/23/09 | S L | Prepare copy of amended complaint with exhibits to be served on Anthony S. Fiotto of Goodwin Procter LLP, office conference with Bruce J. Zabarauskas regarding same, served same via federal express, draft letter and revisions for same (1.80) | 1.80 | 423.00 |

Crowell & Moring LLP • www.crowell.com • Washington, DC • California • New York • London • Brussels

Statement Number: 1309266

Page # 4

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 10/26/09 | B Z | Review documents relating to request for 105 relief | 0.40 | 220.00 |
| 10/26/09 | MVB | Office conference with S. Eichel re: 105 injunction. | 0.20 | 140.00 |
| 10/27/09 | B Z | Discussion with M. Blumenthal re: strategy on 105 complaint (.3); research Massachusetts law re: ▮▮▮ (.3) | 0.60 | 330.00 |
| 10/27/09 | MVB | Office conference with S. Eichel re: 105 injunction papers (.3). | 0.30 | 210.00 |
| 10/28/09 | B Z | Review and comment on 105 complaint | 2.40 | 1,320.00 |
| 10/28/09 | V A | Confer with M. Blumenthal and B. Zabarauskas re ▮▮▮ ▮▮▮ research and drafting Memo of Law; review draft memoranda of law; begin review of case and statutory law re ▮▮▮ | 6.00 | 2,160.00 |
| 10/29/09 | V A | Further review case and statutory law re ▮▮▮ ▮▮▮; review case and statutory law re ▮▮▮▮▮▮; draft argument section for Memo of Law in support of section 105 motion | 5.20 | 1,872.00 |
| 10/30/09 | MVB | Office conferences with V. Arias and S. Eichel re: brief in support of 105 injunction. | 0.30 | 210.00 |
| 10/30/09 | V A | Further draft and revise brief in support of section 105 motion | 2.00 | 720.00 |
| 10/31/09 | V A | Further draft and revise argument section of brief in support of 105 motion | 2.60 | 936.00 |

**Total Professional Services** — 58.50 — $26,849.50

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Michael V. Blumenthal | 700.00 | 4.20 | 2,940.00 |
| Bruce Zabarauskas | 550.00 | 24.60 | 13,530.00 |
| Vivian Arias | 360.00 | 27.20 | 9,792.00 |
| Stella Leung | 235.00 | 2.50 | 587.50 |
| **Total Professional Services** | | 58.50 | $26,849.50 |

## Other Services & Expenses:

| Description | Amount |
|-------------|--------|
| Comp. Library Research | 3,019.25 |
| **Total Other Services & Expenses** | $3,019.25 |



590 Madison Avenue, 20th Floor, New York, NY 10022-2524
p 212.223.4000 ▪ f 212.223.4134
Taxpayer ID # 52-1150358

November 30, 2009

Easy Street Holding, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah  84098

Attn:  William Shoaf

Matter: 105773.0000010
Invoice: 1309267

Statement of Account

RE: Other Litigation

| | |
|---|---:|
| Professional Services Rendered Through October 31, 2009 | $11,566.50 |
| Other Services and Expenses | 67.21 |
| Total Due this Invoice | $11,633.71 |

Crowell & Moring LLP ▪ www.crowell.com ▪ Washington, DC ▪ California ▪ New York ▪ London ▪ Brussels

Statement Number: 1309267
Page #: 2

## Professional Services:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 10/19/09 | B Z | Review pleadings re: state court action against Shoaf (.3); review materials relating to section 105 relief (.4) | 0.70 | 385.00 |
| 10/19/09 | S L | Office conference with S. Eichel regarding Section 105 Injunction, reviewed dockets in Lyondell, Enron and GM same. | 0.70 | 164.50 |
| 10/20/09 | S E | Research re section 105 injunction in connection with drafting complaint (.9); work on issues re complaint (.3); draft email to S. McCardell re section 105 injunction precedent in Utah (.1); review response from S. McCardell re precedent and potential arguments to assert (.1); commence drafting complaint (.9); tel conf with M. Blumenthal re 105 injunction (.3). | 2.60 | 1,495.00 |
| 10/20/09 | S L | Telephone conferences and meetings with S. Eichel regarding Section 105 Injunctions, and related, prepare copy of said motion and related documents to be used as a form. | 1.20 | 282.00 |
| 10/22/09 | S E | Draft, review and revise complaint seeking to enjoin litigation against W. Shoaf (.8); tel conf with W. Shoaf re drafting complaint (.2). | 1.00 | 0.00 |
| 10/23/09 | B Z | Discussion with M. Blumenathal re: section 105 issues. | 0.50 | 275.00 |
| 10/25/09 | S E | Review and revise section 105 complaint against BayNorth (3.2); draft email to W. Shoaf re ▮▮▮▮▮▮ (.1) | 3.30 | 1,897.50 |
| 10/26/09 | S E | Tel conf with W. Shoaf re ▮▮▮▮▮ (.2) | 0.20 | 115.00 |
| 10/26/09 | S E | Conf with M. Blumenthal re complaint seeking to extend automatic stay (.3); review and revise complaint (1.2) | 1.50 | 862.50 |
| 10/27/09 | S E | Conf with S. Leung re operating agreements (.2); draft, review and revise complaint (1.4); draft motion for preliminary injunction (.8); draft temporary restraining order (.4) | 2.80 | 1,610.00 |
| 10/29/09 | B Z | Meeting with M. Blumenthal, S. Eichel and V. Aria re: 105 adversary proceeding (.8); review 105 complaint (1.0); begin revisions to 105 Complaint (.8) | 3.60 | 1,980.00 |
| 10/30/09 | B Z | Revisions to 105 complaint against BayNorth. | 2.20 | 1,210.00 |
| 10/31/09 | S E | Review and revise memo of law in support of preliminary injunction motion (1.0). | 1.00 | 575.00 |
| 10/31/09 | B Z | Revisions to 105 Complaint. | 1.30 | 715.00 |

Statement Number:  1309267
Page #: 3

**Total Professional Services**                    22.60  $11,566.50

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Steven Eichel | 575.00 | 11.40 | 6,555.00 |
| Bruce Zabarauskas | 550.00 | 8.30 | 4,565.00 |
| Stella Leung | 235.00 | 1.90 | 446.50 |
| **Total Professional Services** | | **22.60** | **$11,566.50** |

## Other Services & Expenses:

| Description | Amount |
|-------------|--------|
| Comp. Library Research | 63.19 |
| Long Distance Telephone | 4.02 |
| **Total Other Services & Expenses** | **$67.21** |

# crowell ❨ moring

**590 Madison Avenue, 20th Floor, New York, NY 10022-2524**
**p 212.223.4000 ▪ f 212.223.4134**
**Taxpayer ID # 52-1150358**

November 30, 2009

Easy Street Holding, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah  84098

Attn:  William Shoaf

Matter: 105773.0000011
Invoice: 1309268

---

Statement of Account

### RE: Real Estate

| | |
|---|---:|
| Professional Services Rendered Through October 31, 2009 | $0.00 |
| Other Services and Expenses | 0.47 |
| Total Due this Invoice | $0.47 |

Statement Number: 1309268
Page #: 2

## Professional Services:

| | | |
|---|---|---|
| Total Professional Services | 0.00 | $0.00 |

## Other Services & Expenses:

| Description | Amount |
|---|---|
| Long Distance Telephone | 0.47 |
| Total Other Services & Expenses | $0.47 |



590 Madison Avenue, 20th Floor, New York, NY 10022-2524
p 212.223.4000 ▪ f 212.223.4134
Taxpayer ID # 52-1150358

November 30, 2009

Easy Street Holdihng, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah 84098

Attn:  William Shoaf

Matter: 105773.0000012
Invoice: 1309270

Statement of Account

RE: Reorganization Plan/Disclosure Statement

| | |
|---|---|
| Professional Services Rendered Through October 31, 2009 | $1,890.00 |
| Other Services and Expenses | 0.00 |
| Total Due this Invoice | $1,890.00 |

Statement Number: 1309270
Page #: 2

**Professional Services:**

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 10/15/09 | MVB | Telephone call with W. Shoaf re: restructuring and plan issues (.3); email W. Shoaf re: debt restructure and plan issues (.3). | 0.60 | 420.00 |
| 10/22/09 | MVB | Review and comment on business plan. | 0.60 | 420.00 |
| 10/27/09 | MVB | Review revised business plan (.8); conference call with W. Shoaf and K. Cannon re: business plan and co-manager candidates (.4). | 1.20 | 840.00 |
| 10/30/09 | MVB | Telephone call with B. Shoaf re: funding sources and various issues re: term sheet for plan. | 0.30 | 210.00 |
| | | **Total Professional Services** | **2.70** | **$1,890.00** |

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Michael V. Blumenthal | 700.00 | 2.70 | 1,890.00 |
| **Total Professional Services** | | **2.70** | **$1,890.00** |



590 Madison Avenue, 20th Floor, New York, NY 10022-2524
p 212.223.4000  ■  f 212.223.4134
Taxpayer ID # 52-1150358

November 30, 2009

Easy Street Hollding, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah 84098

Attn:  William Shoaf

Matter: 105773.0000013
Invoice: 1309271

---

Statement of Account

RE: Reports & Schedules/First Day Motions

| | |
|---|---:|
| Professional Services Rendered Through October 31, 2009 | $26,162.50 |
| Other Services and Expenses | 144.93 |
| Total Due this Invoice | $26,307.43 |

Crowell & Moring LLP  ■  www.crowell.com  ■  Washington, DC  ■  California  ■  New York  ■  London  ■  Brussels

Statement Number:  1309271
Page #: 2

## Professional Services:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 10/01/09 | S E | Work on issues re schedules and statement of financial affairs (1.4); tel conf w. V. Arias re information needed for schedules and statement of financial affairs (.1); tel conf w/V. Arias and M. Soto re schedules and statement of financial affairs (.2); conf w/S. Leung re schedules and statement of financial affairs (.1); draft email to M. Soto re information re personal property schedule of Easy Street Partners (.2); tel conf w/M. Soto re information for schedules and SOFA (.1); review email from M. Soto re information for SOFA (.1); review email from V. Arias re outstanding issues pertaining to SOFA and schedules (.2); draft email to V. Arias re coordination issues re list of creditors for schedules (.1). | 2.50 | 1,437.50 |
| 10/01/09 | V A | Further draft and prepare Statement of Financial Affairs, Schedule F and Schedule D for each Debtor (); telephone call with M. Soto and S. Eichel re Schedules and SOFA (0.2) | 3.20 | 1,152.00 |
| 10/01/09 | S L | Reviewed Statement of Financial Affairs with S. Eichel and V. Arias, coordination of missing addresses to the Statement of Financial Affairs for ESP, ESP and ESH. | 4.30 | 1,010.50 |
| 10/02/09 | S E | Work on issues re schedules and statement of financial affairs (.8); review and revise statement of financial affairs (.8); conf with V. Arias re statement of financial affairs (.4); tel conf with V. Arias and M. Soto re information needed for schedules and statement of financial affairs (.3); review email from M. Soto re information for schedules and statement of financial affairs (.1); draft email to V. Arias re obtaining tax information for schedules and statement of financial affairs (.1) | 2.50 | 1,437.50 |
| 10/02/09 | V A | Further complete Schedules and SOFA | 3.60 | 1,296.00 |
| 10/02/09 | K L | Search for liens, litigation, and other adverse filings per Ms. Arias' request. | 0.60 | 114.00 |
| 10/05/09 | S E | Tel conf with V. Arias re information for Easy Street schedules and statement of financial affairs (.2);work on issues re Easy Street Partners schedules of unsecured creditors (.8); draft email to M. Soto re information for schedules and SOFA (.1); conf with V. Arias re Easy Street Partners schedules and statement of financial affairs (.4); tel conf with V. Arias answering questions re information for schedules and SOFA (.1). | 1.60 | 920.00 |

Statement Number: 1309271
Page # 3

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 10/05/09 | V A | Prepare Schedules and SOFA, finalize first draft of Schedules and SOFA for ESP; review client documents; research case and statutory law re███████ research case and statutory law re█████ | 5.80 | 2,088.00 |
| 10/06/09 | S E | Review email from M. Soto re schedules (.1); tel confs with V. Arias re schedules an SOFA (.1); tel con with K. Cannon re schedules and SOFA (.1); review email from V. Arias re ESP's schedules and SOFA and outstanding issues (.3). | 0.60 | 345.00 |
| 10/06/09 | V A | Further complete and revise schedules and SOFAs for each debtor | 3.20 | 1,152.00 |
| 10/07/09 | S E | Tel conf with W. Shoaf re schedules and Statement of Financial Affairs ("SOFA:) (.1); draft email to V. Arias re schedules and sofa (.1); review emails from V. Arias re schedules (.1); review email from M. Blumenthal re schedules and SOFA (.1); review email from V. Arias re scheduling Bay North claim (.1). | 0.50 | 287.50 |
| 10/08/09 | S E | Tel conf with M. Blumenthal and V. Arias re schedules and statement of financial affairs (.7); review email from K. Cannon re██████████████ Bay North claim███████████(.1); review emails from V. Arias re schedules (.2); draft emails to V. Arias re schedules and related issues (.2). | 1.20 | 690.00 |
| 10/08/09 | MVB | Review schedules and SOFA (.6); telephone call with S. Eichel and V. Arias re: numerous issues and modificatgions (.5); emails re: same (.3). | 1.40 | 980.00 |
| 10/08/09 | V A | Further revise Schedule F for each debtor re unsecured creditors; review correspondence and revise SOFAs; multiple correspondence with M. Soto, W. Shoaf, S. Eichel, M. Blumenthal re same | 2.60 | 936.00 |
| 10/08/09 | S L | Telephone conferences with V. Arias regarding Creditors list filed on docket sheet of each entities to compare to current schedule F, revisions to Schedule F to include all creditors, | 2.60 | 611.00 |
| 10/09/09 | S E | Review email from V. Arias re conference call with M. Soto re schedules and SOFA (.1); draft emails to V. Arias re schedules and outstanding issues (.1); review emails from M. Soto re executory contracts for schedules (.2); review email from M. Blumenthal re scheduling Bay North Claim (.1). | 0.50 | 287.50 |
| 10/11/09 | S E | Review emails from V. Arias re schedules and sofa (.1); draft emails to V. Arias re outstanding issues re schedules (.1). | 0.20 | 115.00 |

Statement Number: 1309271

Page # 4

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 10/12/09 | S E | Conf with V. Arias and M. Blumenthal (for part of conference) re schedules and statement of financial affairs (.3); tel conf with V. Arias and M. Soto re information for schedules (.3); review email form M. Soto re revised schedule F; review utility motion and order (.2); draft email to M. Soto re segregated account and paying utility bills (.2) tel conf with K. Cannon re schedules (.1). | 1.10 | 632.50 |
| 10/12/09 | MVB | Office conference with S. Eichel and V. Arias to review issues concerning schedules and SOFA. | 0.30 | 210.00 |
| 10/12/09 | V A | Further revise and draft schedules and SOFA; confer with S. Eichel and M. Blumenthal; multiple telephone calls with B. Ripley, M. Soto, W. Shoaf; | 3.90 | 1,404.00 |
| 10/13/09 | S E | Several tel confs with V. Arias re issues relating to schedules and sofa (.4); review emails from V. Arias re schedules and sofa (.4); review emails from K. Cannon re schedules and sofa and related issues (.1); review emails from S. McCardell re schedules and sofa and related issues (.1). | 1.00 | 575.00 |
| 10/13/09 | MVB | Office conference with V. Arias to review and revise schedules and SOFA. | 0.40 | 280.00 |
| 10/13/09 | V A | Further draft and revise schedules and SOFAs for each debtor; multiple telephone calls with B. Ripley and W. Shoaf | 4.00 | 1,440.00 |
| 10/14/09 | S E | Review email from M. Soto re Sysco claim (.1); tel conf with counsel for Sysco re its claim (.2); tel conf with V. Arias and K. Cannon (part of call) re issues re schedules (.5); review email from Sysco's counsel re Sysco's claim (.1); tel conf with V. Arias re whether a certain creditor has an executory contract with the debtor (.1); numerous tel conf with V. Arias re issues re schedules (.8). | 1.70 | 977.50 |
| 10/14/09 | MVB | Office conference with V. Arias re: issues concerning finalizing schedules and SOFA. | 0.50 | 350.00 |
| 10/14/09 | V A | Further draft and revise schedules, and statments of financial affairs for ESP, ESM and ESH | 8.60 | 3,096.00 |
| 10/15/09 | S E | Review and revise schedules (1.6); review emails from V. Arias re schedules (.1); tel conf with K. Cannon re revised schedule F for Easy Street partners (.1); review ██████ contract in connection with finalizing schedule G (.2); draft email to K. Cannon re Revco agreement in connection with schedule G (.1); tel confs with K. Cannon and M. Soto (pt of calls) re finalizing schedules (.2); review email from M. Soto re Wells Fargo equipment finance re vans (.1). | 2.40 | 1,380.00 |
| 10/15/09 | MVB | Review schedules and statement of affairs (.8); telephone call with V. Arias re: issues (.3). | 1.10 | 770.00 |

Statement Number: 1309271

Page # 5

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 10/27/09 | S L | Retrieve copies of corporate documents from debtor's link regarding ████████████████████████ for Holding, Partners and Mezzanine for S. Eichel and the files. | 0.80 | 188.00 |

**Total Professional Services** 62.70 $26,162.50

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Michael V. Blumenthal | 700.00 | 3.70 | 2,590.00 |
| Steven Eichel | 575.00 | 15.80 | 9,085.00 |
| Vivian Arias | 360.00 | 34.90 | 12,564.00 |
| Stella Leung | 235.00 | 7.70 | 1,809.50 |
| Kreig Kitts | 190.00 | 0.60 | 114.00 |
| **Total Professional Services** | | **62.70** | **$26,162.50** |

## Other Services & Expenses:

| Description | Amount |
|-------------|--------|
| Local Transportation | 40.80 |
| Comp. Library Research | 86.50 |
| Long Distance Telephone | 17.31 |
| Miscellaneous | 0.32 |
| **Total Other Services & Expenses** | **$144.93** |



590 Madison Avenue, 20th Floor, New York, NY 10022-2524
p 212.223.4000  ■  f 212.223.4134
Taxpayer ID # 52-1150358

November 30, 2009

Easy Street Holding, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah 84098

Attn:  William Shoaf

Matter: 105773.0000014
Invoice: 1309272

---

Statement of Account

RE: Retention/Fee Matters

| | |
|---|---|
| Professional Services Rendered Through October 31, 2009 | $7,990.00 |
| Other Services and Expenses | 0.00 |
| Total Due this Invoice | $7,990.00 |

Statement Number: 1309272
Page #: 2

## Professional Services:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 10/14/09 | MVB | Conference call with ████████████re; potential co-manager under cash collateral stipulation. | 0.80 | 560.00 |
| 10/19/09 | MVB | Meeting with ████████as potential co-manager. | 1.00 | 700.00 |
| 10/19/09 | MVB | Telephone call with K. Cannon re: co-manager, fee order for periodic professional payments. | 0.30 | 210.00 |
| 10/21/09 | S E | Draft email to M. Blumenthal re revisions to retention order (.1); tel confs with M. Blumenthal re Crowell retention order (.2); review and revise retention order (.4); draft email to K. Cannon re Crowell retention order (.1). | 0.80 | 460.00 |
| 10/21/09 | MVB | Telephone call with S. Eichel re: retention application of C&M (.2); review and revise C&M retention application (.2); telephone call with K. Cannon re: retention application, prepetition accounts at Wells Fargo, homeowners and Jacobsen, issues concerning 341 meeting (.4). | 0.80 | 560.00 |
| 10/22/09 | S E | Work on issues re review of creditors in case to determine whether supplemental disclosure is required (.4) | 0.40 | 230.00 |
| 10/22/09 | MVB | Conference call with W. Shoaf re: Gemstone (.3); review████ ████████ (.2) and telephone call with P. Smith and W. Shoaf re: same (.3); telephone hearing on C&M retention and payment of prepetition sales taxes (.4); review emails from K. Cannon and W. Shoaf re: Paul Throndsen, appraiser (.2). | 1.40 | 980.00 |
| 10/26/09 | MVB | Conference call with B. Shoaf, P. Smith, B. Dorsey, K. Salinger re: co-manager position; telephone call with B. Shoaf re:████ ████████████████████████ | 1.00 | 700.00 |
| 10/27/09 | MVB | Telephone call with W. Shoaf re: co-manager candidates. | 0.40 | 280.00 |
| 10/28/09 | MVB | Conference call with K. Cannon, R. Havel and B. Ellis re: co-manager candidates (.8); follow up call with K. Cannon (.3); followup call with B. Shoaf (.3); telephone calls and emails with B. Dorsey (.3); review and comment on Motion to Pay Monthly Fees (.4). | 2.10 | 1,470.00 |
| 10/30/09 | WMO | Tc with BDRC reps re proposal for management and advisory services | 0.80 | 580.00 |

Statement Number: 1309272
Page # 3

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 10/30/09 | MVB | Conference call with B. Dorsey, K. Sallinger, K. Cannon and West LB reps re: retention of BDRC as co-manager (.8); telephone call follow up with B. Shoaf and K. Cannon re: same (.2); follow up with B. Dorsey and K. Sallinger re: same (.3); communicate with B. Ellis re: issues concerning Gemstone as proposed cop\-managers and review Gemstone materials (.5); review email and proposal from appraiser, Paul Throndsen, as appraiser for debtor (.2). | 1.80 | 1,260.00 |

|  |  | **Total Professional Services** | **11.60** | **$7,990.00** |

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Michael V. Blumenthal | 700.00 | 9.60 | 6,720.00 |
| William M. O'Connor | 725.00 | 0.80 | 580.00 |
| Steven Eichel | 575.00 | 1.20 | 690.00 |
| **Total Professional Services** |  | **11.60** | **$7,990.00** |



590 Madison Avenue, 20th Floor, New York, NY 10022-2524
p 212.223.4000 ■ f 212.223.4134
Taxpayer ID # 52-1150358

November 30, 2009

Easy Street Holding, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah 84098

Attn: William Shoaf

Matter: 105773.0000015
Invoice: 1309273

---

Statement of Account

RE: Secured Claims (WestLB)

| | |
|---|---:|
| Professional Services Rendered Through October 31, 2009 | $15,820.00 |
| Other Services and Expenses | 0.00 |
| Total Due this Invoice | $15,820.00 |

Crowell & Moring LLP ■ www.crowell.com ■ Washington, DC ■ California ■ New York ■ London ■ Brussels

## Professional Services:

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 10/01/09 | MVB | Review revised 180 day budget (.3); telephone call with W. Shoaf re: same and discussions with WestLB (.3); review emails between W. Shoaf and J. Winikor (.1); telephone call with W. Ellis re: cash collateral stipulation, payment to Jacobsen and carve out (.3). | 1.00 | 700.00 |
| 10/02/09 | MVB | Review revised 4Q budget (.2); telephone call with W. Shoaf re: same, cash collateral stipulation and strategy; office conference with R. Frucht re: response to Wickline (.2) and review draft response (.2); | 0.60 | 420.00 |
| 10/03/09 | MVB | Review draft cash collateral stipulation send by West LB (.8) and prepare email to client and W. Wansel re: issues (.5); telephone call with W. Shoaf re: same and strategy (.3). | 1.60 | 1,120.00 |
| 10/05/09 | MVB | Telephone call with R. Havel re: issues concerning cash collateral stipulation (.3); telephone calls with W. Shoaf (.4) and K. Cannon (.2) re: same; prepare emails to R. Havel and W. Ellis re: issues for negotiation of cash collateral stipulation (.4). | 1.30 | 910.00 |
| 10/06/09 | MVB | Prepare email to W. Ellis and R. Havel re: issues and points for discussion on cash collateral stipulation (.7); conference call with W. Ellis, R. Havel, A. Jarvis and K. Cannon to negotiate cash collateral stipulation (1.5); telephone calls with K. Cannon re: foregoing (.4); telephone calls with W. Shoaf re: foregoing (.5). | 3.10 | 2,170.00 |
| 10/08/09 | MVB | Conference call with S. McCardell, K. Cannon, R. Havel, C. Roener, D. Robinson, Renatta, P. Smith, W. Shoaf and A. Jarvis re: negotiate cash collateral stipulation (1.2); follow up with S. McCardell and W. Shoaf (.2); review redraft of cash collateral stipulation and proposed exhibits (.6); emails to W. Shoaf and McCardell re: same (.2); telephone call with S. McCardell re: same (.2). | 2.40 | 1,680.00 |
| 10/09/09 | MVB | Review and comment on several redrafts of cash collateral stipulation (1.8) and order approving same (.8). numerous emails with counsel re: same (.8); conference calls with West LB counsel and co-counsel to negotiate same (.8); telephone calls with S. McCardell re: foregoing (.6). | 4.80 | 3,360.00 |
| 10/12/09 | MVB | Review Committee's objections and comments on cash collateral stipulation (.4); conference call with S. McCardell and K. Cannon re: same (.3); conference call with R. Havel, A. Jarvis, S. McCardell to discuss response and amendments to order and cash collateral stipulation (.5). | 1.20 | 840.00 |

Statement Number: 1309273

Page # 3

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 10/13/09 | MVB | Review supplemental objection of committee (.2); conference call with S. McCardell and K. Cannon to resolve same; conference call with J. Jarvis, R. Havel, S. McCardell and K. Cannon re: changes to cash collateral stipulation to resolve committee objections (.4); telephone calls with S. McCardell and K. Cannon re: follow up after hearing (.3); review email from M. Johnson re: objection to cash collateral stipulation (.2). | 1.10 | 770.00 |
| 10/19/09 | MVB | Telephone call with W. Shoaf re: edits to business plan, co-manager candidates, payment under cash collateral stipulation to West LB. | 0.40 | 280.00 |
| 10/23/09 | MVB | Telephone call with Gemstone as potential co-manager (1.3); follow up with B. Shoaf and P. Smith (.3). | 1.60 | 1,120.00 |
| 10/27/09 | MVB | Review and reply to S. McCardell email re: issues raised by West LB: co-manager, Jacobsen, bank accounts, reports. | 0.30 | 210.00 |
| 10/28/09 | MVB | Meeting with V. Arias and S. Leung reP organization of financial information and business plan files (.3); review emails re: use of cash collateral (.2). | 0.50 | 350.00 |
| 10/29/09 | MVB | Conference call with Drew Norman, Jamie Winoker, K. Cannon and S. McCardell re: draw requests under cash collateral stipulation (.8); review revised business plan (.6). | 1.40 | 980.00 |
| 10/30/09 | MVB | Assist B. Shoaf finalize business plan (.4) and emails re: same (.2); emails with D. Norman and K. Cannon re: draw request (.4); telephone call with K. Cannon re: same (.2); review emails from D. Norman and K. Cannon re: Wells Fargo account (.1). | 1.30 | 910.00 |
| | | **Total Professional Services** | **22.60** | **$15,820.00** |

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Michael V. Blumenthal | 700.00 | 22.60 | 15,820.00 |
| **Total Professional Services** | | **22.60** | **$15,820.00** |



590 Madison Avenue, 20th Floor, New York, NY 10022-2524
p 212.223.4000 ▪ f 212.223.4134
Taxpayer ID # 52-1150358

November 30, 2009

Easy Street Holding, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah 84098

Attn: William Shoaf

Matter: 105773.0000016
Invoice: 1309274

Statement of Account

RE: Secured Claimis (Jacobsen)

| | |
|---|---|
| Professional Services Rendered Through October 31, 2009 | $770.00 |
| Other Services and Expenses | 0.00 |
| Total Due this Invoice | $770.00 |

Statement Number: 1309274
Page #: 2

## Professional Services:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 10/20/09 | MVB | Telephone call with W. Shoaf re: homeowners and Jacobsen (.2); telephone call with W. Shoaf re: Business Plan (.2); meeting with ▇▇▇▇▇ as potential co-manager (.5). | 0.90 | 630.00 |
| 10/30/09 | MVB | Review filing registry re: Jacobsen liens. | 0.20 | 140.00 |
| | | **Total Professional Services** | **1.10** | **$770.00** |

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Michael V. Blumenthal | 700.00 | 1.10 | 770.00 |
| **Total Professional Services** | | **1.10** | **$770.00** |



590 Madison Avenue, 20th Floor, New York, NY 10022-2524
p 212.223.4000  ∎  f 212.223.4134
Taxpayer ID # 52-1150358

November 30, 2009

Easy Street Hollding, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah 84098

Attn:  William Shoaf

Matter: 105773.0000017
Invoice: 1309275

---

Statement of Account

RE: Secured Claims (Bay North)

Professional Services Rendered Through October 31, 2009          $5,062.00

Other Services and Expenses                                          12.40

Total Due this Invoice                                            $5,074.40

Crowell & Moring LLP ∎ www.crowell.com ∎ Washington, DC ∎ California ∎ New York ∎ London ∎ Brussels

Statement Number: 1309275
Page #: 2

## Professional Services:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 09/15/09 | S L | Document production with Bruce Zabarauskas regarding exhibits to Complaint. | 1.90 | 446.50 |
| 09/17/09 | MVB | Review research on ▓▓▓▓▓▓▓▓▓▓▓ (.4). | 0.40 | 280.00 |
| 09/18/09 | S E | Conf with M. Blumenthal r▓▓▓▓▓▓▓▓. | 0.20 | 115.00 |
| 09/18/09 | MVB | Followup research on ▓▓▓▓▓▓▓ (.3). | 0.30 | 210.00 |
| 09/21/09 | S E | Conf with M. Blumenthal and V. Arias re ▓▓▓▓▓ | 0.30 | 172.50 |
| 09/21/09 | MVB | Office conference with S. Eichel and V. Arias to review research ▓▓▓▓▓ (.3); review research o▓▓▓▓▓▓▓ (.7). | 1.00 | 700.00 |
| 09/22/09 | MVB | Review emails and correspondence from client re: Wickline and Bay North. | 0.30 | 210.00 |
| 09/23/09 | MVB | Review emails to/from Charlie Flint. | 0.40 | 280.00 |
| 09/30/09 | J B | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 0.90 | 481.50 |
| 10/08/09 | MVB | Review cases on ▓▓▓ | 0.70 | 490.00 |
| 10/12/09 | MVB | Continue review of research ▓▓▓▓▓ (.8); office conference with B. Zabarauskas and V. Arias to amend complaint to ▓▓▓▓▓ (.6). | 1.40 | 980.00 |
| 10/14/09 | J B | Conference with M.Blumenthal regarding scenarios for DIP Financing, equity investment or combination of debt and equity investment (.4); conferences with ▓▓▓▓▓ and ▓▓▓▓▓ (.7). | 1.10 | 588.50 |
| 10/20/09 | MSL | Work on 105 analysis. | 0.20 | 108.00 |
| | | **Total Professional Services** | **9.10** | **$5,062.00** |

Crowell & Moring LLP ▪ www.crowell.com ▪ Washington, DC ▪ California ▪ New York ▪ London ▪ Brussels

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Michael V. Blumenthal | 700.00 | 4.50 | 3,150.00 |
| Mark S. Lichtenstein | 540.00 | 0.20 | 108.00 |
| John Bricker | 535.00 | 2.00 | 1,070.00 |
| Steven Eichel | 575.00 | 0.50 | 287.50 |
| Stella Leung | 235.00 | 1.90 | 446.50 |
| **Total Professional Services** | | **9.10** | **$5,062.00** |

## Other Services & Expenses:

| Description | Amount |
|-------------|--------|
| Overtime Meals | 12.40 |
| **Total Other Services & Expenses** | **$12.40** |

Crowell & Moring LLP  ▪  www.crowell.com  ▪  Washington, DC  ▪  California  ▪  New York  ▪  London  ▪  Brussels



590 Madison Avenue, 20th Floor, New York, NY 10022-2524
p 212.223.4000 ▪ f 212.223.4134
Taxpayer ID # 52-1150358

November 30, 2009

Easy Street Holding, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah 84098

Attn: William Shoaf

Matter: 105773.0000018
Invoice: 1309276

Statement of Account

RE: US Trustee Matters (341 Meetings)

| | |
|---|---|
| Professional Services Rendered Through October 31, 2009 | $140.00 |
| Other Services and Expenses | 0.00 |
| Total Due this Invoice | $140.00 |

Statement Number: 1309276

Page #: 2

## Professional Services:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 10/22/09 | MVB | Review emails from K. Cannon re: 341 meeting. | 0.20 | 140.00 |
| | | **Total Professional Services** | **0.20** | **$140.00** |

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Michael V. Blumenthal | 700.00 | 0.20 | 140.00 |
| **Total Professional Services** | | **0.20** | **$140.00** |

Crowell & Moring LLP ■ www.crowell.com ■ Washington, DC ■ California ■ New York ■ London ■ Brussels



590 Madison Avenue, 20th Floor, New York, NY 10022-2524
p 212.223.4000 ■ f 212.223.4134
Taxpayer ID # 52-1150358

November 30, 2009

Easy Street Holding, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah 84098

Attn:  William Shoaf

Matter: 105773.0000020
Invoice: 1309277

---

Statement of Account

### RE: Corporate Issues

| | |
|---|---:|
| Professional Services Rendered Through October 31, 2009 | $2,590.00 |
| Other Services and Expenses | 0.00 |
| Total Due this Invoice | $2,590.00 |

Statement Number: 1309277
Page #: 2

## Professional Services:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 10/01/09 | RGF | Confs M. Blumenthal re response to corr. re ▮▮▮▮▮▮▮▮▮▮▮▮ (.2); analysis docs re same (.3); draft, rev, corr. responding to Wickline's letter (.5). | 1.00 | 690.00 |
| 10/01/09 | T N | Consult with Mr. Frucht re response letter to Mr. Hebert (.2) and begin drafting response to the same (.4). | 0.60 | 216.00 |
| 10/01/09 | MVB | Office conference with B. Frucht re: response to Wickline's letters. | 0.30 | 210.00 |
| 10/01/09 | MVB | Review emails from P. Smith re: creditors' committee and Bob Goodrich. | 0.10 | 70.00 |
| 10/02/09 | RGF | Confs M. Blumenthal r▮▮▮▮▮▮▮▮▮▮▮▮ | 0.20 | 138.00 |
| 10/02/09 | T N | Make further revisions to response letter to Mr. Hebert (.6). | 0.60 | 216.00 |
| 10/02/09 | MVB | Office conference with V. Arias re: research▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 0.20 | 140.00 |
| 10/05/09 | MVB | Review research ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (.4); office conference with V. Arias re: same (.2); redraft response to Wickline's attorney re: removal (.2). | 0.80 | 560.00 |
| 10/12/09 | MVB | Telephone call with W. Shoaf re: Wickline issues and strategy. | 0.20 | 140.00 |
| 10/27/09 | MVB | Office conference with V. Arias re: ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮ | 0.30 | 210.00 |
| | | **Total Professional Services** | **4.30** | **$2,590.00** |

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Michael V. Blumenthal | 700.00 | 1.90 | 1,330.00 |
| Robert G. Frucht | 690.00 | 1.20 | 828.00 |
| Tasneem Novak | 360.00 | 1.20 | 432.00 |
| **Total Professional Services** | | **4.30** | **$2,590.00** |

Crowell & Moring LLP ▪ www.crowell.com ▪ Washington, DC ▪ California ▪ New York ▪ London ▪ Brussels