# EXHIBIT 6



590 Madison Avenue, 20th Floor, New York, NY 10022-2524
p 212.223.4000 ▪ f 212.223.4134
Taxpayer ID # 52-1150358

December 9, 2009

Easy Street Holding, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah 84098

Attn: William Shoaf

Matter: 105773.0000001
Invoice: 1311588

---

Statement of Account

RE: General Advice

| | |
|---|---|
| Professional Services Rendered Through November 30, 2009 | $889.50 |
| Other Services and Expenses | 429.20 |
| Total Due this Invoice | $1,318.70 |

Statement Number:  1311588

Page #: 2

## Professional Services:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 11/03/09 | S L | Updated files with Michael V. Blumenthal. | 0.80 | 188.00 |
| 11/04/09 | S L | Continue to update files with Michael V. Blumenthal. | 0.90 | 211.50 |
| 11/18/09 | MVB | Telephone call B. Shoaf re: Gemstone, BDRC, ███████ D. Wickline, 105 injunction, ████████ potential funding. | 0.70 | 490.00 |
| | | **Total Professional Services** | **2.40** | **$889.50** |

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Michael V. Blumenthal | 700.00 | 0.70 | 490.00 |
| Stella Leung | 235.00 | 1.70 | 399.50 |
| **Total Professional Services** | | **2.40** | **$889.50** |

## Other Services & Expenses:

| Description | Amount |
|-------------|--------|
| Inhouse Duplicating | 140.80 |
| Binding, Inhouse Charged | 4.00 |
| Air fare | 35.00 |
| Long Distance Telephone | 173.75 |
| Long Distance Telephone | 54.50 |
| Express Delivery | 21.15 |
| **Total Other Services & Expenses** | **$429.20** |



590 Madison Avenue, 20th Floor, New York, NY 10022-2524
p 212.223.4000 ■ f 212.223.4134
Taxpayer ID # 52-1150358

December 9, 2009

Easy Street Holding, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah  84098

Attn:  William Shoaf

Matter: 105773.0000003
Invoice: 1311589

Statement of Account

RE: Case Administration

Professional Services Rendered Through November 30, 2009          $601.00

Other Services and Expenses                                                         0.24

Total Due this Invoice                                                            $601.24

Statement Number: 1311589
Page #: 2

## Professional Services:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 11/11/09 | S L | Updated files. | 0.50 | 117.50 |
| 11/17/09 | S L | Retrieve copy of list of creditor's committee for Michael V. Blumenthal. | 0.10 | 23.50 |
| 11/25/09 | S E | Draft, review and revise confidentiality agreement for ▮▮▮▮▮ (.4); conf with M. Blumenthal re ▮▮▮▮ confidentiality agreement (.1); draft email to ▮▮▮▮ re confidentiality agreement (.1); review response email from ▮▮▮▮ the executed confidentiality agreement(.1); draft email to B. Shoaf re executing the ▮▮▮▮ confidentiality agreement (.1) | 0.80 | 460.00 |
| | | **Total Professional Services** | **1.40** | **$601.00** |

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Steven Eichel | 575.00 | 0.80 | 460.00 |
| Stella Leung | 235.00 | 0.60 | 141.00 |
| **Total Professional Services** | | **1.40** | **$601.00** |

## Other Services & Expenses:

| Description | Amount |
|-------------|--------|
| Long Distance Telephone | 0.24 |
| **Total Other Services & Expenses** | **$0.24** |



590 Madison Avenue, 20th Floor, New York, NY 10022-2524
p 212.223.4000  ▪  f 212.223.4134
Taxpayer ID # 52-1150358

December 9, 2009

Easy Street Holding, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah  84098

Attn:  William Shoaf

Matter: 105773.0000005
Invoice: 1311590

---

Statement of Account

### RE: Creditor Meetings/Statutory Committees

| | |
|---|---|
| Professional Services Rendered Through November 30, 2009 | $3,290.00 |
| Other Services and Expenses | 0.00 |
| | |
| Total Due this Invoice | $3,290.00 |

Crowell & Moring LLP  ▪  www.crowell.com  ▪  Washington, DC  ▪  California  ▪  New York  ▪  London  ▪  Brussels

Statement Number: 1311590
Page #: 2

## Professional Services:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 11/02/09 | MVB | Conference call with committee counsel and S. McCardell re: issues concerning cash collateral stipulation, co-manager and information requests (1.0); telephone call with S. McCardell re: preparation for call with committee counsel (.2). | 1.20 | 840.00 |
| 11/06/09 | MVB | Conference call with Committee counsel and S. McCardell re: co-manager and business plan (.5); follow up with S. McCardell re: same and strategy (.3). | 0.80 | 560.00 |
| 11/17/09 | MVB | Attend committee meeting by telephone (2.3); follow up with K. Cannon (.3). | 2.60 | 1,820.00 |
| 11/18/09 | MVB | Review mail from Committee re: confidentiality. | 0.10 | 70.00 |
| | | **Total Professional Services** | **4.70** | **$3,290.00** |

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Michael V. Blumenthal | 700.00 | 4.70 | 3,290.00 |
| **Total Professional Services** | | **4.70** | **$3,290.00** |

# crowell ( moring

590 Madison Avenue, 20th Floor, New York, NY 10022-2524
p 212.223.4000 ■ f 212.223.4134
Taxpayer ID # 52-1150358

December 9, 2009

Easy Street Holding, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah  84098

Attn: William Shoaf

Matter: 105773.0000006
Invoice: 1311591

---

Statement of Account

RE: Executory Contracts/Leases

| | |
|---|---:|
| Professional Services Rendered Through November 30, 2009 | $140.00 |
| Other Services and Expenses | 0.00 |
| Total Due this Invoice | $140.00 |

Statement Number: 1311591
Page #: 2

## Professional Services:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 11/10/09 | MVB | Review correspondence from ADT re: assumption/rejection and emails with B. Shoaf and K. Cannon re: same. | 0.20 | 140.00 |
| | | **Total Professional Services** | **0.20** | **$140.00** |

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Michael V. Blumenthal | 700.00 | 0.20 | 140.00 |
| **Total Professional Services** | | **0.20** | **$140.00** |



590 Madison Avenue, 20th Floor, New York, NY 10022-2524
p 212.223.4000  ▪  f 212.223.4134
Taxpayer ID # 52-1150358

December 9, 2009

Easy Street Holding, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah  84098

Attn:  William Shoaf

Matter: 105773.0000007
Invoice: 1311592

---

Statement of Account

### RE: Financing

| | |
|---|---|
| Professional Services Rendered Through November 30, 2009 | $4,882.50 |
| Other Services and Expenses | 0.00 |
| Total Due this Invoice | $4,882.50 |

Statement Number: 1311592
Page #: 2

## Professional Services:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 11/10/09 | MVB | Prepare confidentiality agreement for ▮▮▮▮▮ | 0.30 | 210.00 |
| 11/11/09 | MVB | Telephone call with W. Shoaf re: potential investors for plan and exit strategy. | 0.80 | 560.00 |
| 11/12/09 | MVB | Conference call with W. Shoaf, P. Smith and ▮▮▮▮ re: exit/plan funding. | 1.00 | 700.00 |
| 11/13/09 | MVB | Conference call ▮▮▮▮▮▮ re: exit financing and plan funding (1.0); telephone call with B. Shoaf re: same (.3). | 1.30 | 910.00 |
| 11/16/09 | MVB | Review confidentiality agreement from ▮▮▮▮ | 0.20 | 140.00 |
| 11/17/09 | S E | Prepare confidentiality agreement for ▮▮▮▮ in connection with financing (.2); draft email to M. Blumenthal re confidentiality agreement (.1); draft confidentiality agreement to ▮▮▮▮ (.1) | 0.40 | 230.00 |
| 11/17/09 | MVB | Telephone call with ▮▮▮▮ re: potential exit investment by ▮▮▮▮ | 0.40 | 280.00 |
| 11/20/09 | MVB | Teleconference B. Shoaf re: ▮▮▮▮ | 0.30 | 210.00 |
| 11/24/09 | S E | Draft, review and revise form of confidentiality agreement (.2); draft email to M. Blumenthal re form of confidentiality agreement (.1) | 0.30 | 172.50 |
| 11/24/09 | MVB | Telephone call with ▮▮▮▮ re: potential plan funder (.8); follow up telephone call with W. Shoaf re: same (.2); conference call with K. Cannon, P. Smith, B. Shoaf, J. Blatt & K. Salinger re: operating issues and strategy with potential investors (.7). | 1.70 | 1,190.00 |
| 11/25/09 | MVB | Telephone call with ▮▮▮▮ re ▮▮▮▮ (.3) and email to ▮▮▮▮ (.1). | 0.40 | 280.00 |

| | | **Total Professional Services** | **7.10** | **$4,882.50** |

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Michael V. Blumenthal | 700.00 | 6.40 | 4,480.00 |

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Steven Eichel | 575.00 | 0.70 | 402.50 |
| **Total Professional Services** | | **7.10** | **$4,882.50** |



590 Madison Avenue, 20th Floor, New York, NY 10022-2524
p 212.223.4000 ▪ f 212.223.4134
Taxpayer ID # 52-1150358

December 11, 2009

Easy Street Holding, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah  84098

Attn:  William Shoaf

Matter: 105773.0000008
Invoice: 1311593

---

Statement of Account

### RE: 2004 Exams

| | |
|---|---:|
| Professional Services Rendered Through November 30, 2009 | $840.00 |
| Other Services and Expenses | 0.00 |
| Total Due this Invoice | $840.00 |

Crowell & Moring LLP ▪ www.crowell.com ▪ Washington, DC ▪ California ▪ New York ▪ London ▪ Brussels

Statement Number: 1311593

Page #: 2

## Professional Services:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 11/03/09 | MVB | Review order and documents re: Wickline 2004 exam. | 0.20 | 140.00 |
| 11/13/09 | MVB | Telephone calls with K. Cannon re: Hebert's call re: Wickline and response and strategy to same. | 0.30 | 210.00 |
| 11/17/09 | MVB | Telephone call with Hebert re: Wickline deposition and document production. | 0.20 | 140.00 |
| 11/20/09 | MVB | Teleconference W. Heber re: obtaining Wickline's information in lieu of 2004 exam. | 0.30 | 210.00 |
| 11/20/09 | MVB | Teleconference B. Shoaf re: Wickline issues. | 0.20 | 140.00 |
| | | **Total Professional Services** | **1.20** | **$840.00** |

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Michael V. Blumenthal | 700.00 | 1.20 | 840.00 |
| **Total Professional Services** | | **1.20** | **$840.00** |



590 Madison Avenue, 20th Floor, New York, NY 10022-2524
p 212.223.4000  ■  f 212.223.4134
Taxpayer ID # 52-1150358

December 14, 2009

Easy Street Holding, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah 84098

Attn:  William Shoaf

Matter: 105773.0000009
Invoice: 1311594

---

Statement of Account

RE: Bay North Litigation

| | |
|---|---|
| Professional Services Rendered Through November 30, 2009 | $50,357.50 |
| Other Services and Expenses | 267.81 |
| Total Due this Invoice | $50,625.31 |

Crowell & Moring LLP  ■  www.crowell.com  ■  Washington, DC  ■  California  ■  New York  ■  London  ■  Brussels

Statement Number:  1311594
Page #: 2

## Professional Services:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 11/01/09 | S E | Draft e-mail to W. Shoaf requesting information re services he renders in connection with injunction complaint and memo of law (.1); draft, review and revise memo of law in support of preliminary injunction motion (1.6). | 1.70 | 977.50 |
| 11/02/09 | B Z | Draft and revise 105 complaint (5.4); discussions with S Eichel re: same (.3) | 5.70 | 3,135.00 |
| 11/02/09 | MVB | Office conference with B. Zabarauskas and V. Arias re: brief in support of 105 injunction (.3); review and revise complaint (1.2). | 1.50 | 1,050.00 |
| 11/02/09 | V A | Further draft brief in support of motion for 105 injunciton | 2.10 | 756.00 |
| 11/03/09 | B Z | Revisions to 105 papers | 3.80 | 2,090.00 |
| 11/03/09 | V A | Review complaint seeking injunctive relief and revise same; draft causes of action for complaint; review case and statutory law cited in Memorandum of Law | 3.10 | 1,116.00 |
| 11/04/09 | B Z | Discussion with M. Blumenthal and V. Arias re: Strategy in 105 action. | 0.50 | 275.00 |
| 11/04/09 | V A | Further draft memo of law in support of injunctive relief (2.0); revise complaint (1.3); conference call with M. Blumenthal and B. Zabarauskas (.5) | 3.80 | 1,368.00 |
| 11/05/09 | V A | Further draft and revise Complaint seeking injunctive relief under section 105 (1.5); further review case and statutory law re ▓▓▓▓▓▓▓ (.5); review of debtors organizational documents (.5). | 2.50 | 900.00 |
| 11/06/09 | V A | Further draft and revise argument section for brief in support of motion seeking declaratory relief under section 362 and injunctive relief under 105 (1.8); confer with M. Blumenthal re same (.4). | 2.20 | 792.00 |
| 11/09/09 | V A | Further draft and revise injunction complaint (2.3); further draft and revise Memorandum of Law in support of motion for 105 injunction (1.5); review default letters from BayNorth (.3). | 5.40 | 1,944.00 |
| 11/10/09 | MVB | Review letter from Bay North's counsel re: ▓▓▓▓ (.4); ▓▓▓▓▓▓▓▓▓▓▓▓ (.8). | 1.20 | 840.00 |
| 11/10/09 | V A | Review correspondence among creditors and managers of Debtors, Debtors' organizational documents, and other relevant documents (.8); draft sections of brief in support of 105 injunction (1.4). | 2.20 | 792.00 |

Statement Number: 1311594
Page # 3

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 11/11/09 | MVB | Revise 105 brief (1.8); telephone call with W. Shoaf re: Bay North correspondence (.5). | 2.30 | 1,610.00 |
| 11/11/09 | V A | Further draft and revise sections of brief in support of motion seeking injunctive relief. | 2.40 | 864.00 |
| 11/13/09 | MVB | Office conference with V. Arias to review caselaw for 105 brief. | 0.50 | 350.00 |
| 11/13/09 | V A | Further review and revise brief in support of injunction (.9); confer with M. Blumenthal re ▮▮▮▮ (.5); review operating agreements of each Debtor entity (.7). | 2.10 | 756.00 |
| 11/15/09 | B Z | Revisions to 105 memo of law. | 1.40 | 770.00 |
| 11/16/09 | B Z | Revisions to 105 complaint (.5) and memo of law (2.8); office conference with M. Blumenthal re: ▮▮▮ (.6). | 3.90 | 2,145.00 |
| 11/16/09 | MVB | Office conference with B. Zabarauskas re: revisions to 105 complaint and injunction and review ▮▮▮ | 0.60 | 420.00 |
| 11/16/09 | V A | Further review and revise complaint and brief in support of stay against Massachusetts Action | 1.60 | 576.00 |
| 11/17/09 | B Z | Draft and revise 105 memo of law | 7.60 | 4,180.00 |
| 11/18/09 | B Z | Review springing and completion guaranties and operating agreements for use in verfified complaint (1.3); discussions with M. Blumenthal re: status of motion (.3); revise verified petition and memo of law in support of section 105 relief (4.8) | 6.40 | 3,520.00 |
| 11/19/09 | B Z | Revisions to 105 memorandum of law in support of stay. | 4.50 | 2,475.00 |
| 11/19/09 | L B | Revise documents re: injunction complaint (.3), memorandum of law in support of injunction (.3); draft email re: same (.1). | 0.70 | 339.50 |
| 11/20/09 | B Z | Review BayNorth motion to dismiss and begin formulating a response thereto. | 0.80 | 440.00 |
| 11/20/09 | B Z | Revisions to 105 complaint (1.1) and memo of law in support thereof (1.3) | 2.40 | 1,320.00 |
| 11/23/09 | B Z | Revise and finalize 105 complaint (.3) and memo of law in support of 105 relief (3.3) | 3.60 | 1,980.00 |
| 11/23/09 | B Z | Review motion to dismiss (.8); review loan documents in connection therewith (1.3); discussion with M. Blumenthal re: same (.4); begin drafting response to motion to dismiss (1.4) | 3.90 | 2,145.00 |
| 11/23/09 | MVB | Office conference with B. Zabarauskas to finalize 105 injunction papers. | 0.40 | 280.00 |
| 11/23/09 | L B | Revise document re: injunction complaint (.1); shephardizing document re: memorandum in support of injunction (1.6). | 1.70 | 824.50 |

Statement Number: 1311594

Page # 4

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 11/23/09 | V A | Further review of Organizational Documents of Debtors for Complaint seeking stay of Massachusetts Action in preparation of filing complaint and brief | 1.80 | 648.00 |
| 11/24/09 | B Z | Review and analysis of ▮▮▮▮▮▮▮▮▮ | 1.70 | 935.00 |
| 11/24/09 | MVB | Review comments from S. McCardell and K. Cannon re: 105 injunction complaint and memo. | 0.30 | 210.00 |
| 11/25/09 | B Z | Draft response to motion to dismiss (1.6); review documents received from client for use in same (2.1) | 3.60 | 1,980.00 |
| 11/25/09 | MVB | Office conference with B. Zabarauskas re: analysis of underlying documents and memos, strategy and structure of reply to Bay North motion to dismiss (.6); review emails from S. McCardell (.3) and office conference with B. Zabarauskas re: 105 injunction (.2). | 1.10 | 770.00 |
| 11/25/09 | V A | Review case and statutory law re: ▮▮▮▮▮▮▮▮▮ | 2.20 | 792.00 |
| 11/30/09 | B Z | Discussion with K. Cannon re: filing of motion. | 0.20 | 110.00 |
| 11/30/09 | B Z | Discussions with W. Shoaf re: ▮▮▮▮▮▮ ▮▮▮▮▮ (.4); review calculations re: same (.3); draft response to motion to dismiss (2.3) | 3.00 | 1,650.00 |
| 11/30/09 | V A | Draft brief in opposition to motion to dismiss | 6.20 | 2,232.00 |
| | | **Total Professional Services** | **102.60** | **$50,357.50** |

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Michael V. Blumenthal | 700.00 | 7.90 | 5,530.00 |
| Steven Eichel | 575.00 | 1.70 | 977.50 |
| Bruce Zabarauskas | 550.00 | 53.00 | 29,150.00 |
| Vivian Arias | 360.00 | 37.60 | 13,536.00 |
| Lawrence Brenner | 485.00 | 2.40 | 1,164.00 |
| **Total Professional Services** | | **102.60** | **$50,357.50** |

## Other Services & Expenses:

Statement Number: 1311594
Page #: 5

| Description | Amount |
|---|---|
| Local Transportation | 13.68 |
| Comp. Library Research | 252.09 |
| Inhouse Duplicating | 1.80 |
| Long Distance Telephone | 0.24 |
| **Total Other Services & Expenses** | **$267.81** |



590 Madison Avenue, 20th Floor, New York, NY 10022-2524
p 212.223.4000  ▪  f 212.223.4134
Taxpayer ID # 52-1150358

December 9, 2009


Easy Street Holdihng, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah 84098

Attn:  William Shoaf

Matter: 105773.0000012
Invoice: 1311596

---

Statement of Account

### RE: Reorganization Plan/Disclosure Statement

| | |
|---|---|
| Professional Services Rendered Through November 30, 2009 | $57.50 |
| Other Services and Expenses | 0.00 |
| **Total Due this Invoice** | **$57.50** |

Crowell & Moring LLP ▪ www.crowell.com ▪ Washington, DC ▪ California ▪ New York ▪ London ▪ Brussels

## Professional Services:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 11/25/09 | S E | Conf with M. Blumenthal re disclosure statement and drafting motion to extend exclusivity (.1) | 0.10 | 57.50 |
|  |  | **Total Professional Services** | **0.10** | **$57.50** |

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Steven Eichel | 575.00 | 0.10 | 57.50 |
| **Total Professional Services** |  | **0.10** | **$57.50** |

Crowell & Moring LLP ▪ www.crowell.com ▪ Washington, DC ▪ California ▪ New York ▪ London ▪ Brussels



590 Madison Avenue, 20th Floor, New York, NY 10022-2524
p 212.223.4000  ▪  f 212.223.4134
Taxpayer ID # 52-1150358

December 9, 2009

Easy Street Hollding, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah 84098

Attn:  William Shoaf

Matter: 105773.0000013
Invoice: 1311597

---

Statement of Account

RE: Reports & Schedules/First Day Motions

| | |
|---|---|
| Professional Services Rendered Through November 30, 2009 | $0.00 |
| Other Services and Expenses | 380.20 |
| Total Due this Invoice | $380.20 |

Crowell & Moring LLP ▪ www.crowell.com ▪ Washington, DC ▪ California ▪ New York ▪ London ▪ Brussels

## Professional Services:

|  |  |  |
|---|---|---|
| **Total Professional Services** | <u>**0.00**</u> | <u>**$0.00**</u> |

## Other Services & Expenses:

| Description | Amount |
|---|---|
| Comp. Library Research | 363.24 |
| Comp. Library Research | 16.96 |
| **Total Other Services & Expenses** | <u>**$380.20**</u> |



590 Madison Avenue, 20th Floor, New York, NY 10022-2524
p 212.223.4000  •  f 212.223.4134
Taxpayer ID # 52-1150358

December 11, 2009


Easy Street Holding, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah 84098

Attn:  William Shoaf

Matter: 105773.0000014
Invoice: 1311598

---

Statement of Account

RE: Retention/Fee Matters

| | |
|---|---:|
| Professional Services Rendered Through November 30, 2009 | $9,084.00 |
| Other Services and Expenses | 0.00 |
| Total Due this Invoice | $9,084.00 |

Crowell & Moring LLP  ■  www.crowell.com  ■  Washington, DC  ■  California  ■  New York  ■  London  ■  Brussels

Statement Number: 1311598
Page #: 2

## Professional Services:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 11/01/09 | MVB | Review BDRL proposal for co-manager. | 0.30 | 210.00 |
| 11/02/09 | MVB | Review revised BDRC proposal (.5); telephone call with K. Sallenger of BDRC (.6); telephone call with W. Ellis re: co-manager (.2); telephone call with K. Cannon re: co-manager issues (.2). | 1.50 | 1,050.00 |
| 11/03/09 | MVB | Telephone call with W. Ellis re: co-manager (.2); comment on BDRC proposal (.7); telephone call with S. McCardell re: retention of appraiser (.1). | 1.00 | 700.00 |
| 11/05/09 | MVB | Telephone call with S. McCardell re: same. | 0.20 | 140.00 |
| 11/05/09 | L B | Draft document re: statement and disclosure of compensation. | 0.20 | 97.00 |
| 11/06/09 | MVB | Review and revise motion to allow for monthly professional fee payments (.2) and telephone call with K. Cannon re: same (.1). | 0.30 | 210.00 |
| 11/09/09 | MVB | Follow up call with W. Ellis re: BDRC and Gemstone (.3); review and revise application to retain BDRC (.3). | 0.60 | 420.00 |
| 11/09/09 | L B | Revise document re: supplemental statement and disclosure of compensation. | 0.20 | 97.00 |
| 11/10/09 | MVB | Review email from W. Ellis re: BDRC and telephone call with K. Cannon re: issues (.3); emails and telephone call with K. Sallinger re: BDRC retention agreement (.2); revise C&M 2016(b) disclosure (.2). | 0.70 | 490.00 |
| 11/11/09 | MVB | Telephone calls with W. Shoaf re: BDRC. | 0.30 | 210.00 |
| 11/12/09 | MVB | Telephone call with K. Sallinger re: BDRC retention agreement (.2); review and revise same (.4). | 0.60 | 420.00 |
| 11/13/09 | MVB | Review and revise letter to W. Ellis re: BDRC and Gemstone (.4); review and revise application to retain BDRC (.5); telephone calls with K. Cannon re: same (.4). | 1.30 | 910.00 |
| 11/16/09 | MVB | Conference call with R. Havel and K. Cannon re: issues concerning retention of BDRC and Gemstone (.6); follow up with K. Cannon re: same (.3); review W. Ellis' markup of BDRC agreement (.3); review and comment on proposed Gemstone agreement (.3). | 1.50 | 1,050.00 |
| 11/17/09 | MVB | Telephone call with K. Cannon re: Gemstone and W. Ellis' comments to BDRC agreement. | 0.60 | 420.00 |

Crowell & Moring LLP ▪ www.crowell.com ▪ Washington, DC ▪ California ▪ New York ▪ London ▪ Brussels

Statement Number: 1311598

Page # 3

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 11/18/09 | MVB | Conference call with K. Cannon re: Gemstone, BDRC, hearing and strategy (.5); conference call with K. Cannon and R. Havel re: Gemstone, BDRC, hearing and cash collateral stipulation (.4); review modifications to BDRC and Gemstone (.3). | 1.20 | 840.00 |
| 11/19/09 | MVB | Conference call with B. Shoaf, P. Smith, B. Dorsey and K. Salinger re: preliminary Findings and WestLB's comments to BDRC retention agreement. | 0.70 | 490.00 |
| 11/19/09 | MVB | Teleconference K. Cannon to review WestLB's comments to BDRC agreement and Gemstone retention (0.3); teleconference J. McIntrye re: Gemstone retention (0.2). | 0.50 | 350.00 |
| 11/20/09 | MVB | Review R. Havel's comments to monthly fee procedures. | 0.20 | 140.00 |
| 11/20/09 | MVB | Teleconference K. Salinger re: BDRC retention and initial overview. | 0.30 | 210.00 |
| 11/20/09 | MVB | Teleconference J. McIntyre re: Finalize Gemstone Agreement (0.2); teleconference K. Cannon re: issues concerning Gemstone and BDRC retentions (0.20); review and revise Gemstone application (0.3). | 0.70 | 490.00 |
| 11/23/09 | MVB | Telephone call with W. Ellis re: comments to BDRC retention. | 0.20 | 140.00 |
| | | **Total Professional Services** | **13.10** | **$9,084.00** |

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Michael V. Blumenthal | 700.00 | 12.70 | 8,890.00 |
| Lawrence Brenner | 485.00 | 0.40 | 194.00 |
| **Total Professional Services** | | **13.10** | **$9,084.00** |



590 Madison Avenue, 20th Floor, New York, NY 10022-2524
p 212.223.4000  ▪  f 212.223.4134
Taxpayer ID # 52-1150358

December 11, 2009

Easy Street Holding, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah  84098

Attn:  William Shoaf

Matter: 105773.0000015
Invoice: 1311599

---

Statement of Account

RE: Secured Claims (WestLB)

| | |
|---|---|
| Professional Services Rendered Through November 30, 2009 | $7,770.50 |
| Other Services and Expenses | 697.64 |
| Total Due this Invoice | $8,468.14 |

Crowell & Moring LLP ▪ www.crowell.com ▪ Washington, DC ▪ California ▪ New York ▪ London ▪ Brussels

**Professional Services:**

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 11/03/09 | MVB | Emails re: draw requests 3 and 4. | 0.20 | 140.00 |
| 11/06/09 | MVB | Conference call with B. Ellis, D. Norman, K. Cannon and R. Havel re: co-manager, Business Plan, bank accounts and Jacobsen (.5); follow up with K. Cannon (.2); follow up with W. Shoaf re: same (.3). | 1.00 | 700.00 |
| 11/09/09 | MVB | Conference call with B. Shoaf and K. Cannon re: co-manager and bank account issues raised by West LB. | 0.80 | 560.00 |
| 11/10/09 | MVB | Emails and telephone calls with K. Cannon and B. Shoaf re: bank account/control agreement issues. | 0.20 | 140.00 |
| 11/11/09 | MVB | Emails and telephone calls with K. Cannon re: bank accounts (.1) and BDRC retention issues raised by WestLB (.2). | 0.30 | 210.00 |
| 11/12/09 | MVB | Conference call with W. Shoaf and K. Cannon re: bank accounts and co-manager comments by WestLB. | 1.20 | 840.00 |
| 11/13/09 | MVB | Review October managers report to be submitted to WestLB(.8) and telephone call with W. Shoaf re: same (.3). | 1.10 | 770.00 |
| 11/13/09 | S L | Meeting with Michael V. Blumenthal regarding ▮▮▮▮▮▮▮▮▮▮▮▮▮ prepare service for copy of complaint. | 0.30 | 70.50 |
| 11/16/09 | MVB | Telephone calls and emails with W. Shoaf and K. Cannon re: status of bank accounts at Wells Fargo and moving to JP Morgan Chase. | 0.20 | 140.00 |
| 11/17/09 | MVB | Conference call with D. Norman, K. Cannon, B. Shoaf, D. Robertson and J. Winkler re: budget reconciliation, cash collateral, account structure, moving accounts to J.P. Morgan Chase, control agreements, guest deposits and requests 5 & 6. | 0.80 | 560.00 |
| 11/18/09 | MVB | Review emails re: requests 5 & 6 under cash collateral stipulation. | 0.20 | 140.00 |
| 11/19/09 | MVB | Teleconference K. Cannon re: cash coll. stip. and strategy re: same (0.2); review BDRC e-mails re: accounting issues and reporting to WestLB (0.2). | 0.40 | 280.00 |
| 11/20/09 | MVB | Review draft amendment to Cash Collateral Stipulation sent by R. Havel. | 0.50 | 350.00 |
| 11/23/09 | MVB | Telephone calls with K. Cannon re: cash collateral stipulation changes proposed by Havel (.4); telephone call with K. Cannon re: proposed Shoaf affidavit re: ▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮ amendment to cash collateral stipulation (.2). | 0.60 | 420.00 |

Statement Number: 1311599
Page # 3

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 11/24/09 | MVB | Conference call with K. Cannon in preparation of call with Bank Group (.3); conference call with K. Cannon, R. Havel, W. Ellis, A. Jarvis and B. Cotter re: amendments to cash collateral stipulation, Shoaf affidavit, BDRC & Gemstone retention, comments to motion for interim professional fee procedures (1.7); telephone call with B. Shoaf re: Jacobsen affidavit (.2). | 2.20 | 1,540.00 |
| 11/25/09 | MVB | Review and comment on redraft of: amendments to cash collateral stipulation (.3) and motion to approve amendments (.6); telephone call with K. Cannon re: foregoing (.2); review emails from Bank counsel re: foregoing (.2). | 1.30 | 910.00 |
| | | **Total Professional Services** | **11.30** | **$7,770.50** |

| Name | Rate | Hours | Value |
|---|---|---|---|
| Michael V. Blumenthal | 700.00 | 11.00 | 7,700.00 |
| Stella Leung | 235.00 | 0.30 | 70.50 |
| **Total Professional Services** | | **11.30** | **$7,770.50** |

## Other Services & Expenses:

| Description | Amount |
|---|---|
| Comp. Library Research | 697.64 |
| **Total Other Services & Expenses** | **$697.64** |



590 Madison Avenue, 20ᵗʰ Floor, New York, NY  10022-2524
p 212.223.4000  ▪  f 212.223.4134
Taxpayer ID # 52-1150358

December 10, 2009

Easy Street Hollding, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah 84098

Attn:  William Shoaf

Matter: 105773.0000017
Invoice: 1311687

_____

Statement of Account

RE: Secured Claims (Bay North)

Professional Services Rendered Through November 30, 2009          $5,040.00

Other Services and Expenses                                        611.60

Total Due this Invoice                                           $5,651.60

Statement Number: 1311687
Page #: 2

## Professional Services:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 11/03/09 | MVB | Office conference with B. Zabarauskas re: 105 injunction papers (.2), begin review and revise of same (.8) and telephone call with S. McCardell re: same (.2). | 1.20 | 840.00 |
| 11/04/09 | MVB | Review and revise 105 complaint (.7); meeting with V. Arias and B. Zabarauskas to redraft 105 complaint (.8). | 0.80 | 560.00 |
| 11/05/09 | MVB | Review and revise 105 brief. | 1.00 | 700.00 |
| 11/06/09 | MVB | Review and revise 105 complaint and brief (2.2); office conferences with V. Arias re: same (.4). | 2.60 | 1,820.00 |
| 11/09/09 | MVB | Begin review of Bay North's m/d adversary proceeding (.8); office conference with V. Arias re: redrafting memo in support of 105 injunction (.8). | 1.60 | 1,120.00 |
| | | **Total Professional Services** | **7.20** | **$5,040.00** |

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Michael V. Blumenthal | 700.00 | 7.20 | 5,040.00 |
| **Total Professional Services** | | **7.20** | **$5,040.00** |

## Other Services & Expenses:

| Description | Amount |
|-------------|--------|
| Comp. Library Research | 611.60 |
| **Total Other Services & Expenses** | **$611.60** |



590 Madison Avenue, 20ᵗʰ Floor, New York, NY 10022-2524
p 212.223.4000  ▪  f 212.223.4134
Taxpayer ID # 52-1150358

December 10, 2009

Easy Street Holding, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah 84098

Attn:  William Shoaf

Matter: 105773.0000020
Invoice: 1311694

Statement of Account

RE: Corporate Issues

Professional Services Rendered Through November 30, 2009          $916.50

Other Services and Expenses                                            0.00

Total Due this Invoice                                            $916.50

Statement Number: 1311694
Page #: 2

## Professional Services:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 11/02/09 | S L | Research for ▮▮▮▮▮▮▮▮ | 0.60 | 141.00 |
| 11/04/09 | S L | Research re ▮▮▮▮▮▮▮▮ | 1.90 | 446.50 |
| 11/05/09 | S L | Coordination of document relating to advancement of funds for Michael V. Blumenthal. | 0.60 | 141.00 |
| 11/10/09 | S L | Retrieve copies of Articles of Organization for each Debtor for V. Arias, coordination of link of corporate documents for V. Arias. | 0.80 | 188.00 |
| | | **Total Professional Services** | **3.90** | **$916.50** |

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Stella Leung | 235.00 | 3.90 | 916.50 |
| **Total Professional Services** | | **3.90** | **$916.50** |