# EXHIBIT 7



590 Madison Avenue, 20ᵗʰ Floor, New York, NY 10022-2524
p 212.223.4000 ▪ f 212.223.4134
Taxpayer ID # 52-1150358

January 11, 2010

Easy Street Holding, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah 84098

Attn:  William Shoaf

Matter: 105773.0000001
Invoice: 1314391

---

Statement of Account

RE: General Advice

| | |
|---|---|
| Professional Services Rendered Through December 31, 2009 | $1,681.00 |
| Other Services and Expenses | 4,911.50 |
| Total Due this Invoice | $6,592.50 |

## Professional Services:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 12/07/09 | MVB | Conference call with R. Havel, B. Ellis, K. Cannon, J. Blatt, K. Sallinger, J. McIntyre, G. Hooper re: BDRC and Gemstone integration and business plan (1.0); follow up with K. Sallinger and J. Blatt re: BDRC tasks (.7). | 1.70 | 1,190.00 |
| 12/08/09 | MVB | Telephone call with A. Fiotta re: rescheduling and briefing of 105 motion and motion to dismiss adversary (.3); telephone calls with K. Cannon re: same and coordinate with Bankruptcy Court (.2). | 0.50 | 350.00 |
| 12/17/09 | S L | Retrieve legal documents from docket sheet for Bruce J. Zabarauskas and PDF same. | 0.30 | 70.50 |
| 12/30/09 | S L | Office conferences with S. Eichel retrieval of various documents from docket sheet. | 0.30 | 70.50 |
| | | **Total Professional Services** | **2.80** | **$1,681.00** |

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Michael V. Blumenthal | 700.00 | 2.20 | 1,540.00 |
| Stella Leung | 235.00 | 0.60 | 141.00 |
| **Total Professional Services** | | **2.80** | **$1,681.00** |

## Other Services & Expenses:

| Description | Amount |
|-------------|--------|
| Postage | 31.05 |
| Local Transportation | 4.50 |
| Comp. Library Research | 4,041.64 |
| Inhouse Duplicating | 520.80 |
| Long Distance Telephone | 166.70 |
| Process Server Fees | 69.83 |
| Long Distance Telephone | 76.98 |
| **Total Other Services & Expenses** | **$4,911.50** |



590 Madison Avenue, 20th Floor, New York, NY 10022-2524
p 212.223.4000 ▪ f 212.223.4134
Taxpayer ID # 52-1150358

January 11, 2010

Easy Street Holding, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah  84098

Attn:  William Shoaf

Matter: 105773.0000003
Invoice: 1314392

---

Statement of Account

RE: Case Administration

| | |
|---|---:|
| Professional Services Rendered Through December 31, 2009 | $655.50 |
| Other Services and Expenses | 0.00 |
| Total Due this Invoice | $655.50 |

Statement Number: 1314392
Page #: 2

## Professional Services:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 12/04/09 | S E | Work on issue re updating case calendar, including conf with M. Blumenthal (.1); conf with S. leung re updating case calendar (.1) | 0.20 | 115.00 |
| 12/04/09 | S L | Updated weekly calendar. | 0.20 | 47.00 |
| 12/08/09 | S L | Organize filed for S. Eichel in relations to Cash Collateral, 2004 Exams, BDRC 4Site LLC, Gemstone, Fee Procedures and Appraisal Group. | 0.80 | 188.00 |
| 12/09/09 | S L | Reviewed docket sheet for entry of Order approving Appraisal Group, Inc. | 0.20 | 47.00 |
| 12/15/09 | S L | Updated case calendar for department. | 0.30 | 70.50 |
| 12/23/09 | S L | Retrieve copies of retention orders, committee appointment and related. | 0.80 | 188.00 |
| | | **Total Professional Services** | **2.50** | **$655.50** |

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Steven Eichel | 575.00 | 0.20 | 115.00 |
| Stella Leung | 235.00 | 2.30 | 540.50 |
| **Total Professional Services** | | **2.50** | **$655.50** |



590 Madison Avenue, 20th Floor, New York, NY 10022-2524
p 212.223.4000 ▪ f 212.223.4134
Taxpayer ID # 52-1150358

January 11, 2010

Easy Street Holding LLC; Easy Street Mezzanine LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah 84098

Matter: 105773.0000004
Invoice: 1314393

---

Statement of Account

RE: Claims Administration

Professional Services Rendered Through December 31, 2009          $428.50

Other Services and Expenses                                           0.00

Total Due this Invoice                                            $428.50

Statement Number: 1314393
Page #: 2

## Professional Services:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 12/10/09 | S E | Draft email to S. Leung re claims of Mezzanine (.1); draft email to K. Cannon re bar date (.1); review email from K. Cannon re claims bar date (.1). | 0.30 | 172.50 |
| 12/11/09 | S L | Reviewed creditor list of Partners and Mezz for S. Eichel, compare same and office conference with S. Eichel regarding same. | 0.60 | 141.00 |
| 12/28/09 | S E | Daft email to W. Shoaf re claims (.1); tel conf with W. Shoaf re claims (.1) | 0.20 | 115.00 |
| | | **Total Professional Services** | **1.10** | **$428.50** |

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Steven Eichel | 575.00 | 0.50 | 287.50 |
| Stella Leung | 235.00 | 0.60 | 141.00 |
| **Total Professional Services** | | **1.10** | **$428.50** |

# crowell moring

590 Madison Avenue, 20th Floor, New York, NY 10022-2524
p 212.223.4000  ▪  f 212.223.4134
Taxpayer ID # 52-1150358

January 11, 2010

Easy Street Holding, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah 84098

Attn: William Shoaf

Matter: 105773.0000006
Invoice: 1314394

Statement of Account

RE: Executory Contracts/Leases

| | |
|---|---|
| Professional Services Rendered Through December 31, 2009 | $1,282.50 |
| Other Services and Expenses | 0.00 |
| Total Due this Invoice | $1,282.50 |

Statement Number:  1314394
Page #: 2

## Professional Services:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 12/30/09 | S E | Review and analyze zoom lease and amendment (.8); conf with M. Blumenthal re analysis of Zoom lease (.7) | 1.50 | 862.50 |
| 12/30/09 | MVB | Office conf. w/S. Eichel re: issues concerning Zoom lease (.3); conf. call w/Shoaf, Smith & Sallinger re: strategy for Zoom lease (.3). | 0.60 | 420.00 |
| | | Total Professional Services | 2.10 | $1,282.50 |

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Michael V. Blumenthal | 700.00 | 0.60 | 420.00 |
| Steven Eichel | 575.00 | 1.50 | 862.50 |
| Total Professional Services | | 2.10 | $1,282.50 |



590 Madison Avenue, 20th Floor, New York, NY 10022-2524
p 212.223.4000  ▪  f 212.223.4134
Taxpayer ID # 52-1150358

January 11, 2010

Easy Street Holding, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah  84098

Attn:  William Shoaf

Matter: 105773.0000007
Invoice: 1314395

Statement of Account

RE: Financing

| | |
|---|---|
| Professional Services Rendered Through December 31, 2009 | $5,952.50 |
| Other Services and Expenses | 0.00 |
| Total Due this Invoice | $5,952.50 |

Statement Number: 1314395
Page #: 2

## Professional Services:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 12/01/09 | WMO | Tc ▮▮▮▮▮ re financing for re-org | 0.40 | 290.00 |
| 12/01/09 | S E | Draft confidentiality agreement for new potential interested party in providing financing (.2); draft email to M. Blumenthal re same (.1) | 0.30 | 172.50 |
| 12/01/09 | MVB | Telephone call with ▮▮▮▮▮ re: ▮▮▮▮ (.2); prepare and email confidentiality agreement to ▮▮▮▮ (.2); telephone call with B. Shoaf re: potential investors, operations, draw requests (.3); emails and telephone calls with K. Cannon re: 105 injunction (.3). | 1.00 | 700.00 |
| 12/02/09 | MVB | Telephone call with ▮▮▮▮ re: plan and operational issues and potential plan funders and flow of financial information (.3); telephone call with B. Shoaf re: potential funders and financial information (.4); emails re: foregoing (.3). | 1.00 | 700.00 |
| 12/03/09 | S E | Tel conf with ▮▮▮▮ re potential exit financing (.2) | 0.20 | 115.00 |
| 12/03/09 | MVB | Telephone call with ▮▮▮▮ re: potential investment (.3); telephone call with B. Shoaf re: sending financial information to potential investors and strategy re: same (.3). | 0.60 | 420.00 |
| 12/04/09 | MVB | Telephone call with ▮▮▮▮ and ▮▮▮▮ of ▮▮▮ re: potential investment. | 0.70 | 490.00 |
| 12/11/09 | MVB | Conference call with ▮▮▮▮ re: ▮▮▮▮ interest in project. | 0.30 | 210.00 |
| 12/13/09 | WMO | Review ▮▮▮▮ package re financing; and M. Blumenthal comments | 0.70 | 507.50 |
| 12/13/09 | MVB | Begin review of Skylodge information package prepared by ▮▮▮▮ and revise operating budget. | 0.80 | 560.00 |
| 12/14/09 | WMO | Meeting with ▮▮▮▮ re equity raise, financing alternatives, presentation. | 0.90 | 652.50 |
| 12/15/09 | MVB | Telephone calls with ▮▮▮▮ re: plan funding. | 0.40 | 280.00 |
| 12/16/09 | WMO | Meeting and tc with ▮▮▮▮▮▮ re approach to equity raise, review underlying assumptions. | 0.40 | 290.00 |
| 12/16/09 | MVB | Office conference with ▮▮▮▮ re: potential investors. | 0.60 | 420.00 |
| 12/17/09 | WMO | Conf. with M. Blumenthal re financing term sheet. | 0.20 | 145.00 |
| | | **Total Professional Services** | **8.50** | **$5,952.50** |

| Name | Rate | Hours | Value |
|---|---|---|---|
| Michael V. Blumenthal | 700.00 | 5.40 | 3,780.00 |
| William M. O'Connor | 725.00 | 2.60 | 1,885.00 |
| Steven Eichel | 575.00 | 0.50 | 287.50 |
| | | | |
| **Total Professional Services** | | **8.50** | **$5,952.50** |



590 Madison Avenue, 20th Floor, New York, NY  10022-2524
p 212.223.4000  ▪  f 212.223.4134
Taxpayer ID # 52-1150358

January 11, 2010

Easy Street Holding, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah   84098

Attn:  William Shoaf

Matter: 105773.0000008
Invoice: 1314396

---

Statement of Account

RE: 2004 Exams

Professional Services Rendered Through December 31, 2009          $140.00

Other Services and Expenses                                                          0.00

Total Due this Invoice                                                              $140.00

Statement Number:  1314396

Page #: 2

## Professional Services:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 12/02/09 | MVB | Telephone call with B. Heber re: Wickline documents and interview in lieu of 2004 exam. | 0.20 | 140.00 |
| | | **Total Professional Services** | **0.20** | **$140.00** |

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Michael V. Blumenthal | 700.00 | 0.20 | 140.00 |
| **Total Professional Services** | | **0.20** | **$140.00** |



590 Madison Avenue, 20th Floor, New York, NY 10022-2524
p 212.223.4000  ▪  f 212.223.4134
Taxpayer ID # 52-1150358

January 13, 2010

Easy Street Holding, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah 84098

Attn:  William Shoaf

Matter: 105773.0000009
Invoice: 1314397

---

Statement of Account

### RE: Bay North Litigation

| | |
|---|---:|
| Professional Services Rendered Through December 31, 2009 | $48,181.00 |
| Other Services and Expenses | 3,458.25 |
| Total Due this Invoice | $51,639.25 |

Crowell & Moring LLP  ▪  www.crowell.com  ▪  Washington, DC  ▪  California  ▪  New York  ▪  London  ▪  Brussels

Statement Number: 1314397
Page #: 2

## Professional Services:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 12/01/09 | B Z | Discussions with M. Blumenthal concerning motion to dismiss and treatment of BayNorth Transfer (.3); discussions with V. Arias re: ▓▓▓▓ (.2); draft response to motion to dismiss (4.8). | 5.30 | 2,915.00 |
| 12/01/09 | MVB | Telephone call with B. Shoaf re: ▓▓▓▓ sale proceeds and Bay North litigation (.5); office conference with B. Zabarauskas re: reply to Bay North motion to dismiss (.4). | 0.90 | 630.00 |
| 12/01/09 | V A | Further draft memorandum of law in opposition to BayNorth's motion to dismiss | 2.90 | 1,044.00 |
| 12/02/09 | B Z | Conference with M. Blumenthal and W. Shoaf concerning BayNorth Transfer and loan documents (.4); conference with M. Blumenthal re: same and comments to draft motion (.3); discussion with V. Arias re: ▓▓▓▓ (.2); review research ▓▓▓▓ (1.0); perform additional research re: same (.7); revisions to objection to motion to dismiss (3.2); review audited financial statement for 2007 (.1) | 4.90 | 2,695.00 |
| 12/02/09 | MVB | Review and revise reply to Bay North's motion to dismiss adversary (1.2); office conferences with B. Zabarauskas re: same (.8); review schedules of sources and uses (.5); conference call with B. Zabarauskas and B. Shoaf re: same (.8). | 3.30 | 2,310.00 |
| 12/02/09 | V A | Further draft and revise sections of memorandum of law in opposition to BayNorth's motion to dismiss adversary proceeding re: ▓▓▓▓ | 5.30 | 1,908.00 |
| 12/03/09 | J A | Research ▓▓▓▓ | 2.40 | 648.00 |
| 12/03/09 | B Z | Revisions to memo of law in opposition to motion to dismiss (3.6); review ▓▓▓▓ (.4); review ▓▓▓▓ (.5); review revisions to points written by V. Arias re: ▓▓▓▓ (.5); draft Shoaf declaration (1.2); discussions with M. Blumenthal re: revisions to memo of law (.4); discussions with K. Cannon re: final memo of law (.3) | 6.90 | 3,795.00 |
| 12/03/09 | MVB | Review, revise and finalize reply to Bay North motion to dismiss (2.3); office conferences with B. Zabarauskas and V. Arias re: same (1.0); telephone calls with K. Cannon re: same (.3); telephone call with B. Shoaf re: affidavit re: same (.2). | 3.80 | 2,660.00 |

Statement Number: 1314397

Page # 3

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 12/03/09 | V A | Finalize objection to BayNorth's motion to dismiss adversary proceeding (3.1); further review case and statutory law re ▮▮▮▮▮▮ and further draft and revise same (2.0); confer with M. Blumenthal and B. Zabarauskas re same (1.0) | 6.10 | 2,196.00 |
| 12/04/09 | MVB | Prepare letter to Goodwin Proctor ▮▮▮▮▮ | 0.20 | 140.00 |
| 12/08/09 | B Z | Review documents in connection with BayNorth litigation for possible use in action (3.6). | 3.60 | 1,980.00 |
| 12/10/09 | B Z | Research re: ▮▮▮▮▮▮ (.3); review S. McCardell email re: same (.2); begin preparing Initial Disclosures (1.4); Begin drafting document requests (1.7); discussion with M. Blumenthal re: Strategy (.5); review loan documents and other documents including correspondence relating to BayNorth to determine documents to request (3.2) | 7.30 | 4,015.00 |
| 12/11/09 | B Z | Review and analysis of BayNorth default notices and response thereto, and compare with Mezz Loan documents (2.7); draft interrogatories to BayNorth (1.6); Draft document requests to BayNorth (.8); Review documents in connection with BayNorth loan (1.3). | 6.40 | 3,520.00 |
| 12/13/09 | B Z | Revisions to interrogatories (.4); review emails relating to forbearance period and BayNorth Transfer (1.6) | 2.00 | 1,100.00 |
| 12/13/09 | MVB | Review all pleadings in connection with motion to dismiss to begin preparation for hearing on 12/22. | 1.30 | 910.00 |
| 12/14/09 | B Z | Revisions to document requests (.4); revisions to interrogatories (.4); review emails relating to BayNorth Transfer (.8). | 1.60 | 880.00 |
| 12/14/09 | MVB | Review case law re: ▮▮▮▮▮ | 0.60 | 420.00 |
| 12/15/09 | B Z | Meeting w. M. Blumenthal re: preparation for hearing on motion to dismiss (.5); review case law ▮▮▮▮▮▮ (.3); prepare material on motion to dismiss re: BayNorth transfer claims (1.2) | 2.00 | 1,100.00 |
| 12/16/09 | B Z | Meeting with M. Blumenthal re: preparation for hearing on motion to dismiss (.5); prepare materials for use in connection with motion to dismiss hearing concerning BayNorth Transfer (3.2); review ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ (1.1); prepare materials for use in connection with motion to dismiss with respect ▮▮▮▮▮ (1.2); review response to motion to dismiss (.6); review loan documents in connection with claims made by BayNorth in response to motion to dismiss (.5); | 7.10 | 3,905.00 |

Statement Number: 1314397

Page # 4

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 12/16/09 | MVB | Office conference with B. Zabarauskas re: preparation for motion to dismiss Bay North adversary (.4); review Bay North's reply to motion to dismiss (.7). | 1.10 | 770.00 |
| 12/17/09 | B Z | Discussion with M. Blumenthal re: BayNorth reply in further support of motion to dismiss (.3); review BayNorth Note and Loan Agreement in connection with allegations made in BayNorth reply (.3) | 0.60 | 330.00 |
| 12/17/09 | MVB | Lender Liability Adversary: Review Bay North's reply in connection with motion to dismiss adversary (.8); office conference with B. Zabarauskas re: ▬▬▬▬▬▬▬ (.4); begin preparation for hearing (.7) | 1.90 | 1,330.00 |
| 12/18/09 | MVB | Motion to Dismiss: review pleadings (1.5) and prepare for hearing (.7). | 2.20 | 1,540.00 |
| 12/21/09 | B Z | Meet with M. Blumenthal and K. Cannon re: preparation for hearing on motion to dismiss. | 1.50 | 825.00 |
| 12/21/09 | MVB | Motion to Dismiss: prepare for hearing. | 4.00 | 2,800.00 |
| 12/22/09 | B Z | Meeting with M. Blumenthal and K. Cannon re: preparation for hearing on motion to dismiss. | 1.40 | 770.00 |
| 12/22/09 | B Z | Attend hearing on motion to dismiss. | 1.50 | 825.00 |
| 12/30/09 | B Z | Check docket on motion to dismiss and review court's order re: same (.1); discussion with M. Blumenthal re: same and strategy (.3) | 0.40 | 220.00 |

**Total Professional Services**    **88.50**  **$48,181.00**

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Michael V. Blumenthal | 700.00 | 19.30 | 13,510.00 |
| Bruce Zabarauskas | 550.00 | 52.50 | 28,875.00 |
| Jonathan Anastasia | 270.00 | 2.40 | 648.00 |
| Vivian Arias | 360.00 | 14.30 | 5,148.00 |
| **Total Professional Services** | | **88.50** | **$48,181.00** |

## Other Services & Expenses:

| Description | Amount |
|-------------|--------|
| Local Transportation | 94.39 |

Statement Number: 1314397
Page #: 5

| Description | Amount |
|---|---|
| Comp. Library Research | 3,362.68 |
| Long Distance Telephone | 1.18 |
| **Total Other Services & Expenses** | **$3,458.25** |



590 Madison Avenue, 20th Floor, New York, NY 10022-2524
p 212.223.4000 ▪ f 212.223.4134
Taxpayer ID # 52-1150358

January 11, 2010

Easy Street Holding, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah  84098

Attn:  William Shoaf

Matter: 105773.0000010
Invoice: 1314398

---

Statement of Account

RE: Other Litigation

| | |
|---|---:|
| Professional Services Rendered Through December 31, 2009 | $42,272.00 |
| Other Services and Expenses | 383.56 |
| Total Due this Invoice | $42,655.56 |

Statement Number: 1314398
Page #: 2

## Professional Services:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 12/01/09 | B Z | Discussions with K. Cannon re: filing of 105 stay adversary proceeding, including possible hearings dates, application for expedited hearing (.3) | 0.30 | 165.00 |
| 12/02/09 | B Z | Discussion with M. Blumenthal re: hearing on motion for section 105 stay | 0.30 | 165.00 |
| 12/04/09 | B Z | Review of documents relating to Massachusetts state court action to determine exhibits to be introduced at hearing on motion for 105 stay (.3); discussion with M. Blumenthal re: same and scheduling issues (.2) | 0.50 | 275.00 |
| 12/07/09 | B Z | Preparation for 105 Hearing – review documents to prepare list of exhibits to be used at hearing (.8); discussions with M. Bluemnthal re: same (.6) | 1.40 | 770.00 |
| 12/08/09 | B Z | Review state court pleadings with resoect to 105 adversary proceeding. | 1.00 | 550.00 |
| 12/08/09 | B Z | Discussion with M. Blumenthal re: strategy (.3); preparation for 105 hearing (1.7). | 2.00 | 1,100.00 |
| 12/10/09 | B Z | Preparation for 105 hearing - reviewing emails for use as exhibits at evidentiary hearing. | 0.60 | 330.00 |
| 12/11/09 | B Z | Meeting with M. Blumenthal re: preparation for hearing on section 105 stay (.5); discussion with S. McCardle re: need to file notice of errata on Shoaf Declaration because Exhibit A was missing (.1). | 0.60 | 330.00 |
| 12/11/09 | MVB | Office conference with B. Zabarauskas re: prepare for hearings on 105 injunction (.3); begin review of pleadings and prepare for hearing re: same (.5) | 0.80 | 560.00 |
| 12/14/09 | B Z | Discussion with M. Blumenthal re: preparation for hearing on 105 stay. | 0.40 | 220.00 |
| 12/15/09 | B Z | Preparation of materials for use at section 105 hearing (2.0); review case law re: same (1.0). | 3.00 | 1,650.00 |
| 12/15/09 | MVB | Office conference with B. Zabarauskas re: prepare for 105 hearing. | 0.70 | 490.00 |
| 12/16/09 | B Z | Discussion with S. McCardle re: ▓▓▓▓▓▓▓▓ (.1); Review BayNorth response to 105 motion (8); research re: ▓▓▓▓▓▓▓▓ discussion with S. Eichel re: same (.2); discussion with S. McCardle re: same (.2); | 1.90 | 1,045.00 |

Crowell & Moring LLP ▪ www.crowell.com ▪ Washington, DC ▪ California ▪ New York ▪ London ▪ Brussels

Statement Number: 1314398

Page # 3

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 12/16/09 | MVB | Office conference with B. Zabarauskas in preparation for hearing on 105 injunction (.3); review B.N. reply to 105 injunction (.8). | 1.10 | 770.00 |
| 12/17/09 | J A | Reviewing cases for 105 issues at the request of Mr. Zabarauskas. | 2.10 | 567.00 |
| 12/17/09 | B Z | Conference call with M. Blumenthal and W. Shoaf concerning BayNorth transfer (.3); review documents sent by client re: same (.4); discussions with W. Shoaf concerning reply to BayNorth allegations▓▓▓▓▓▓▓▓ (.3); Draft and revise reply memo of law on 105 injunction (7.2); discussion with J. Anastasia re: ▓▓▓▓▓▓▓▓ (.3); additional research on ▓▓▓▓▓▓▓▓ (.4) | 8.90 | 4,895.00 |
| 12/17/09 | MVB | 105 injunction: Review reply memo and affidavit filed by Bay North (1.6); office conferences with B. Zabarauskas re: strategy and reply memo and affidavit from W. Shoaf (.7); conference call with B. Zabarauskas and W. Shoaf re: factual allegations and reply affidavit (.6). | 2.90 | 2,030.00 |
| 12/18/09 | B Z | Research ▓▓▓▓▓▓▓▓ (.5); discussion with J. Anastasia re: ▓▓▓▓▓▓▓▓ (.2); conference with M. Blumenthal re: comments to initial partial draft of 105 reply (.5); discussion with K. Cannon re: procedural issues relating to hearing and evidence (.1); review▓▓▓▓▓▓▓▓ (.2); assemnble exhibits for 105 reply memo (.6); review BayNorth exhibits in connection with 105 motion (.3); Draft and revise reply in further support of 105 stay (6.9) | 9.30 | 5,115.00 |
| 12/18/09 | MVB | 105 Injunction:  numerous telephone calls with B. Shoaf re: preparation of reply affidavit (.8); review emails and backup re: same (.7); review and revise reply memo (1.2) and office conferences with B. Zabarauskas re: same (.7); prepare of oral argument re: same (1.2). | 4.60 | 3,220.00 |
| 12/20/09 | B Z | Revise and finalize response to opposition to 105 stay motion (7.1); discussions with M. Blumenthal re: same (.4); draft, revise snd finalze Shoaf declaration in opposition to same (1.7); discussion with M. Blumenthal re: same (.3) | 9.50 | 5,225.00 |
| 12/21/09 | B Z | Meet with M. Blumenthal and K. Cannon re: preparation for hearing on motion for 105 stay. | 1.50 | 825.00 |
| 12/21/09 | MVB | 105 Injunction:  Prepare for hearing. | 4.00 | 2,800.00 |
| 12/22/09 | B Z | Meeting with M. Blumenthal and K. Cannon re: preparation for hearing on 105 stay. | 1.40 | 770.00 |
| 12/22/09 | B Z | Attend hearing on motion for 105 stay. | 1.50 | 825.00 |

Statement Number: 1314398
Page # 4

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 12/22/09 | B Z | Meeting with W. Shoaf, M. Blumenthal, K. Cannon and S. McCardle re: follow-up from 105 stay hearing and options facing the Debtors. | 1.30 | 715.00 |
| 12/22/09 | MVB | Prepare for and attend hearing on motion to dismiss (4.0); prepare for and attend hearing on 105 injunction (4.0). | 8.00 | 5,600.00 |
| 12/30/09 | B Z | Research ██████████████████████ | 2.30 | 1,265.00 |

**Total Professional Services** 71.90 $42,272.00

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Michael V. Blumenthal | 700.00 | 22.10 | 15,470.00 |
| Bruce Zabarauskas | 550.00 | 47.70 | 26,235.00 |
| Jonathan Anastasia | 270.00 | 2.10 | 567.00 |
| **Total Professional Services** | | **71.90** | **$42,272.00** |

## Other Services & Expenses:

| Description | Amount |
|-------------|--------|
| Comp. Library Research | 383.56 |
| **Total Other Services & Expenses** | **$383.56** |

# crowell moring

590 Madison Avenue, 20th Floor, New York, NY 10022-2524
p 212.223.4000 ▪ f 212.223.4134
Taxpayer ID # 52-1150358

January 13, 2010

Easy Street Holdihng, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah 84098

Attn:  William Shoaf

Matter: 105773.0000012
Invoice: 1314399

---

Statement of Account

RE: Reorganization Plan/Disclosure Statement

| | |
|---|---|
| Professional Services Rendered Through December 31, 2009 | $61,126.50 |
| Other Services and Expenses | 124.66 |
| Total Due this Invoice | $61,251.16 |

## Professional Services:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 12/03/09 | MVB | Telephone call with R. Havel re: plan issues. | 0.80 | 560.00 |
| 12/03/09 | S L | Retrieve copy of motion to extend exclusivity and related order for S. Eichel. | 0.40 | 94.00 |
| 12/04/09 | S E | Draft disclosure statement (.2) | 0.20 | 115.00 |
| 12/04/09 | S L | Retrieve copy of docket sheet in Easy Street for S. Eichel. | 0.30 | 70.50 |
| 12/06/09 | S E | Work on disclosure statement (.8); commence drafting motion to extend exclusivity (1.0) | 1.80 | 1,035.00 |
| 12/07/09 | S E | Draft, review and revise motion to extend exclusivity (.7) | 0.70 | 402.50 |
| 12/07/09 | MVB | Conference call with K. Cannon, K. Sallinger, J. Blatt, B. Shoaf and P. Smith re: business plan, plan of reorganization and potential funders re: same. | 1.40 | 980.00 |
| 12/08/09 | S E | Draft, review and revise motion to extend exclusivity (2.8); research in connection with drafting motion to extend exclusivity (1.6); draft disclosure statement (1.6) | 6.00 | 3,450.00 |
| 12/08/09 | MVB | Prepare outline of plan. | 1.20 | 840.00 |
| 12/09/09 | S E | Conf with M. Blumenthal re term sheet and plan of reorganization (.4); review and revise term sheet (.3); review and revise motion to extend exclusivity (.3); work on issues re disclosure statement (.4); review and revise disclosure statement (1.8); conf with M. Blumenthal re deadlines to file plan and disclosure statement (.1) | 3.30 | 1,897.50 |
| 12/09/09 | MVB | Revise and finalize outline of Plan. | 1.00 | 700.00 |
| 12/09/09 | S L | Office conferences with S. Eichel regarding Disclosure statement and assist S. Eichel to provide information for same. | 0.40 | 94.00 |
| 12/10/09 | S E | Conf with M. Blumenthal re ▮▮▮▮▮▮▮▮▮ (.5); analyze issues re drafting disclosures statement (1.3) | 1.80 | 1,035.00 |
| 12/10/09 | MVB | Office conference with S. Eichel re: ▮▮▮▮▮▮▮ (.5); review cases re: same (.4); work on term sheet (.4); email to client re: plan strategy (.3); office conference with S. Eichel re: disclosure statement (.4); office conference with B. Zabarauskas re: drafting and structure of plan (.3). | 2.30 | 1,610.00 |

Statement Number: 1314399

Page # 3

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 12/11/09 | S E | Continue drafting disclosure statement (1.8); conf w/M. Blumenthal re information for disclosure statement (.1); conf with S. Leung re ███████████ (.1); analyze results of S. Leung's analysis re ███████ (.1) | 2.10 | 1,207.50 |
| 12/11/09 | MVB | Conference call with S. McCardell, P. Smith and B. Shoaf re: plan issues and strategy (1.2); office conference with S. Eichel re: disclosure statement (.2). | 1.40 | 980.00 |
| 12/12/09 | S E | Draft, review and revise disclosure statement. | 2.60 | 1,495.00 |
| 12/14/09 | S E | Conf with M. Blumenthal re classification of claims issue (.1); draft, review and revise disclosure statement (.4); tel conf with S. McCardell and M. Blumenthal re classification of claims in connection with structure of a plan of reorganization (.4); tel conf with M. Blumenthal and R. Havel re open issues and structure of proposed plan of reorganization (.5) | 1.40 | 805.00 |
| 12/14/09 | S E | Review and revise disclosure statement (.6) | 0.60 | 345.00 |
| 12/14/09 | MVB | Revise motion to extend exclusivity (.3); conference call with S. McCardell, R. Havel and S. Eichel re: plan issues (.5); follow up call with S. McCardell re: plan issues (.3); office conference with S. Eichel re: term sheet and issues re: ███████ (.4). | 1.50 | 1,050.00 |
| 12/15/09 | S E | Conf with M. Blumenthal re motion to extend exclusivity (.3); draft form of order extending exclusive periods (.8); draft email to S. McCardell re ███████████████ and review response (.1); review and revise motion to extend exclusive periods (1.8); draft email to M. Blumenthal re exclusivity order (.1); review email re ██████ (.2); draft email to K. Cannon re draft of exclusivity motion and accompanying order (.1) | 3.40 | 1,955.00 |
| 12/15/09 | MVB | Office conference with S. Eichel re: plan issues and exclusivity. | 0.30 | 210.00 |
| 12/17/09 | S E | Conf with M. Blumenthal re final comments to exclusivity motion (.1); finalize exclusivity motion (.2); draft email to K. Cannon re finalizing and filing exclusivity motion and order (.1) | 0.40 | 230.00 |
| 12/17/09 | MVB | Drafting of plan term sheet. | 0.60 | 420.00 |
| 12/18/09 | S E | Draft email to K. Cannon re exclusivity motion (.1); conf with M. Blumenthal re term sheet (.5); draft, review and revise term sheet (2.0) | 2.60 | 1,495.00 |
| 12/18/09 | MVB | Continue to draft term sheet (1.2) and office conferences with S. Eichel re: same (.7). | 0.90 | 630.00 |

Statement Number: 1314399

Page # 4

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 12/21/09 | S E | Draft, review and revise disclosure statement (2.6); analyze issues relating to term sheet and comment on current version of term sheet (2.2); draft email to S. Leung re schedules in connection with drafting disclosure statement (.1); draft email to M. Blumenthal re comments to term sheet (.1). | 5.00 | 2,875.00 |
| 12/22/09 | S E | Review and revise term sheet (.4); tel conf with M. Blumenthal re term sheet (.1); draft emails to B. Shoaf, P. Smith and M. Blumenthal re revised term sheet (.1); analyze classification issues in connection with term sheet and plan of reorganization (.9); draft email to M. Blumenthal re classification issues (.2); analyze intercompany claims issues and effect on plan of reorganization (.8); draft email to M. Blumenthal re ██████████ (.2); review and revise disclosure statement (3.6); review emails from W. Shoaf re term sheet (.1). | 6.40 | 3,680.00 |
| 12/23/09 | S E | Telephone conf call with M. Blumenthal re term sheet and proposed revisions (.3); draft ███████████████ for term sheet (.2); draft email to M. Blumenthal, K. Canon and B. Shoaf re revised term sheet (.2); analyze plan related issues in connection with term sheet and drafting disclosure statement (.3); review and revise disclosure statement (2.6); conf with M. Blumenthal, B. Shoaf, P. Smith, K. Cannon ████████ re revisions to term sheet (1.0); review and revise term sheet and circulate revised draft to M. Blumenthal, B. Shoaf and K. Cannon, P. Smith (.4); draft email to R. Havel attaching term sheet (.1); review claims spreadsheet (.1). | 5.20 | 2,990.00 |
| 12/23/09 | MVB | Finalize term sheet (2.3) and office conferences with B. Shoaf (1.0) and telephone calls with K. Cannon (.7) and S. Eichel (.3) re: same. | 4.30 | 3,010.00 |
| 12/24/09 | S E | Draft, review and revise disclosure statement (4.8); analyze plan issues in connection with drafting disclosure statement (.6) | 5.40 | 3,105.00 |
| 12/27/09 | S E | Draft, review and revise disclosure statement (2.4); draft email to S. Leung re information needed for disclosure statement (.1). | 2.50 | 1,437.50 |
| 12/28/09 | S E | Conf with M. Blumenthal re plan and disclsoure statement (.1); review and revise disclosure statement (3.2) ; analyze issues re plan of reorganization (.5); review documents in connection with drafting disclosure statement (2.0); commence drafting plan of reorganization (1.2) | 7.00 | 4,025.00 |

Statement Number: 1314399

Page # 5

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 12/29/09 | S E | Conf with B. Zabarauskas re drafting section of disclosure statement re BayNorth litigation (.1); draft email to B. Zabarauskas attaching relevant section of disclosure statement re BayNorth in connection with his drafting BayNorth litigation section for disclosure statement (.1); review docket in connection with drafting disclosure statement (.2); draft, review and revise plan of reorganization (2.6); draft, review and revise disclosure statement (1.6) | 4.60 | 2,645.00 |
| 12/29/09 | B Z | Draft section on disclosure statement re: litigation | 1.30 | 715.00 |
| 12/29/09 | B Z | Research issues relating to reorganizaiton plan | 1.80 | 990.00 |
| 12/29/09 | S L | Retrieve various legal documents for S. Eichel from Docket sheet for disclosure statement. | 0.80 | 188.00 |
| 12/30/09 | S E | Draft, review and revise disclosure statement (4.2); conf with M. Blumenthal re WestLb loan in connection with plan treatment (.2); review WestLB's comments to term sheet (.3); review and revise plan of reorganization (.9) | 5.60 | 3,220.00 |
| 12/30/09 | MVB | Telephone conf. w/R. Havel re: Plan term sheet (.2); review comments from Havel on Plan term sheet (.4); e-mail same with comments to clients (.2); office conf. w/S. Eichel re: Plan and Disclosure Statement (.4); review and revise Disclosure Statement (1.5). | 2.70 | 1,890.00 |
| 12/31/09 | S E | Draft, review and revise disclosure statement (3.8); confs with M. Blumenthal re disclosure statement (.5); draft, review and revise plan of reorganization (1.2); draft email to K. Cannon re disclosure statement (.1), | 5.60 | 3,220.00 |
| 12/31/09 | MVB | Review and revise Disclosure Statement (4.4); office conferences w/S. Eichel re: changes to Disclosure Statement and drafting of Plan (.5). | 4.90 | 3,430.00 |

Total Professional Services   102.50  $61,126.50

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Michael V. Blumenthal | 700.00 | 23.30 | 16,310.00 |
| Steven Eichel | 575.00 | 74.20 | 42,665.00 |
| Bruce Zabarauskas | 550.00 | 3.10 | 1,705.00 |
| Stella Leung | 235.00 | 1.90 | 446.50 |
| **Total Professional Services** | | **102.50** | **$61,126.50** |

Statement Number: 1314399

Page #: 6

## Other Services & Expenses:

| Description | Amount |
|---|---|
| Comp. Library Research | 94.55 |
| Inhouse Duplicating | 0.60 |
| Long Distance Telephone | 29.51 |
| **Total Other Services & Expenses** | **$124.66** |



590 Madison Avenue, 20th Floor, New York, NY  10022-2524
p 212.223.4000  ▪  f 212.223.4134
Taxpayer ID # 52-1150358

January 13, 2010


Easy Street Holding, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah 84098

Attn:  William Shoaf

Matter: 105773.0000014
Invoice: 1314400

---

Statement of Account

### RE: Retention/Fee Matters

| | |
|---|---:|
| Professional Services Rendered Through December 31, 2009 | $8,301.00 |
| Other Services and Expenses | 0.00 |
| Total Due this Invoice | $8,301.00 |

Crowell & Moring LLP  ▪  www.crowell.com  ▪  Washington, DC  ▪  California  ▪  New York  ▪  London  ▪  Brussels

Statement Number: 1314400
Page #: 2

## Professional Services:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 12/01/09 | MVB | Telephone call with K. Cannon re: objection of Committee to Gemstone and strategy. | 0.20 | 140.00 |
| 12/03/09 | MVB | Attend hearing on retention of BDRC and Gemstone by telephone. | 0.80 | 560.00 |
| 12/11/09 | S L | Updated September bills per Michael V. Blumenthal. | 0.30 | 70.50 |
| 12/14/09 | MVB | Review order re: interim fee procedures (.2); attend hearing re: interim payment of attorneys' fees (.2). | 0.40 | 280.00 |
| 12/15/09 | S E | Review redacted time detail (1.2) | 1.20 | 690.00 |
| 12/15/09 | MVB | Office conference with S. Leung and L. Brenner re: preparation of interim fee request (.5); review underlying bills re: same (.4); telephone K. Cannon re: process (.2). | 1.10 | 770.00 |
| 12/15/09 | L B | Confer with M. Blumenthal and S. Leung re: fee application (.2); reviewing and redacting documents re: C&M bills (2.2). | 2.40 | 1,164.00 |
| 12/15/09 | S L | Meetings with Michael V. Blumenthal and Lawrence Brenner regarding interim fee application, reviewed September thru November bills and summarized same (1.90); meeting with Lawrence Brenner regarding same and finalized same (.80). | 2.70 | 634.50 |
| 12/16/09 | MVB | Office conferences with S. Leung in connection with preparation of interim fee request (.5); review and revise same (.4); telephone call with K. Cannon re: form of cover sheet for fee request (.2). | 1.10 | 770.00 |
| 12/16/09 | S L | Draft Monthly Interim Fee Application with Michael V. Blumenthal (.50), reviewed exhibits with Lawrence Brenner for redaction and updated exhibits (1.80); meetings with Michael V. Blumenthal regarding filing of same (.7); office conference with S. Barth regarding invoices (.30); prepare copy of draft application to co-counsel for comments (.20). | 3.50 | 822.50 |
| 12/17/09 | MVB | Finalize fee request for September, October and November (.3) and office conference with S. Leung re: same (.3); telephone call wlith K. Cannon re: same (.1); review bills from Sidley for September, October and November (.6). | 1.30 | 910.00 |
| 12/17/09 | S L | Revisions to First Interim Fee requests, meetings with Michael V. Blumenthal regarding same, served copy of same on WestLB, WestLB's counsel, creditors committee and US Trustee via regular mail. | 1.70 | 399.50 |

Statement Number: 1314400

Page # 3

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 12/28/09 | S E | Tel confs with M. Blumenthal re gathering information for W. Shoaf re C& M's fees and WestLB's objection to C&M's fee request (.3); gather and revise information for tel conf with M. Blumenthal re responding to inquiries re fees and expenses (.1); review WestLB's objection to fee request (.1); tel conf with M. Blumenthal re interim payments to C&M (.1); draft email to W. Shoaf re same (.1); review emails from W, Shoaf re gathering information re interim payments (.1) | 0.80 | 460.00 |
| 12/30/09 | MVB | Telephone conf. w/W. Shoaf (.3) and K. Cannon (.3) re: payment of Debtors' professionals; emails (.1) and telephone conf. w/R. Havel re: same (.2). | 0.90 | 630.00 |
| | | **Total Professional Services** | 18.40 | $8,301.00 |

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Michael V. Blumenthal | 700.00 | 5.80 | 4,060.00 |
| Steven Eichel | 575.00 | 2.00 | 1,150.00 |
| Lawrence Brenner | 485.00 | 2.40 | 1,164.00 |
| Stella Leung | 235.00 | 8.20 | 1,927.00 |
| **Total Professional Services** | | 18.40 | $8,301.00 |



590 Madison Avenue, 20th Floor, New York, NY 10022-2524
p 212.223.4000 ■ f 212.223.4134
Taxpayer ID # 52-1150358

January 11, 2010

Easy Street Holding, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah 84098

Attn: William Shoaf

Matter: 105773.0000015
Invoice: 1314401

Statement of Account

RE: Secured Claims (WestLB)

| | |
|---|---:|
| Professional Services Rendered Through December 31, 2009 | $10,560.00 |
| Other Services and Expenses | 0.00 |
| Total Due this Invoice | $10,560.00 |

Statement Number: 1314401
Page #: 2

**Professional Services:**

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 12/02/09 | MVB | Conference call with R. Havel, W. Ellis, A. Jarvis and K. Cannon re: BDRC/Gemstone retention, cash collateral and plan issues (1.2); follow up call with K. Cannon re: same (.3). | 1.50 | 1,050.00 |
| 12/04/09 | MVB | Review and respond to emails re: meeting with West LB, consultants to Debtors. | 0.20 | 140.00 |
| 12/07/09 | B Z | Review documents relating to WestLB loan. | 1.00 | 550.00 |
| 12/07/09 | MVB | Review emails and attachments from B. Shoaf re: West LB's pre-petition actions (.8); review Jan.-Apr. 2010 budget for cash collateral stipulation (.5). | 1.30 | 910.00 |
| 12/08/09 | MVB | Prepare for and conference call with K. Cannon, B. Shoaf and P. Smith re: preparation for call with WestLB on Wed., including cash collateral stipulation, plan, budget and 5 year plan. | 1.10 | 770.00 |
| 12/09/09 | MVB | Conference call with Bank Group, BDRC, Gemstone, K. Cannon, S. McCardell and B. Shoaf re: extension of cash collateral, plan of reorganization and business plan (2.3); follow up with K. Cannon and S. McCardell (.2); follow up with ███ (.3). | 2.80 | 1,960.00 |
| 12/11/09 | MVB | Review objections of Committee and Jacobsen to amendment to cash collateral stip. (.3); telephone call with S. McCardell re: objections of Committee and Jacobsen to cash collateral amendment (.2). | 0.50 | 350.00 |
| 12/14/09 | MVB | Attend hearing in connection with cash collateral stipulation. | 0.30 | 210.00 |
| 12/15/09 | MVB | Telephone calls with J. Blatt re: January - April 2010 budget for extension of cash collateral stipulation (.7); review and comment on budgets (.5). | 1.20 | 840.00 |
| 12/16/09 | MVB | Telephone call with J. Blatt re: budget for cash collateral, 2010 budget and business plan in preparation for call with West LB (.6); ████████████████ (1.0); conference call with R. Havel, W. Ellis, BDRC reps, Gemstone reps and business people from West LB re: extension of cash collateral, business plan and misc. issues (1.4); telephone call with R. Havel re: agenda for bank group call (.5). | 3.50 | 2,450.00 |
| 12/17/09 | MVB | Review and comment on amendment to extension of cash collateral stipulation drafted by R. Havel. | 0.80 | 560.00 |

Crowell & Moring LLP ■ www.crowell.com ■ Washington, DC ■ California ■ New York ■ London ■ Brussels

Statement Number: 1314401

Page # 3

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 12/18/09 | MVB | Telephone calls with K.Cannon re: extension of cash collateral stipulation and comments to same (.3); revise and comment on cash collateral stipulation (.8). | 1.10 | 770.00 |
| | | **Total Professional Services** | **15.30** | **$10,560.00** |

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Michael V. Blumenthal | 700.00 | 14.30 | 10,010.00 |
| Bruce Zabarauskas | 550.00 | 1.00 | 550.00 |
| **Total Professional Services** | | **15.30** | **$10,560.00** |



590 Madison Avenue, 20th Floor, New York, NY 10022-2524
p 212.223.4000 ▪ f 212.223.4134
Taxpayer ID # 52-1150358

January 11, 2010

Easy Street Holding, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah 84098

Attn:  William Shoaf

Matter: 105773.0000016
Invoice: 1314402

_____

Statement of Account

RE: Secured Claimis (Jacobsen)

Professional Services Rendered Through December 31, 2009          $350.00

Other Services and Expenses                                         0.00
                                                                _____

Total Due this Invoice                                           $350.00
                                                                =========

Statement Number: 1314402
Page #: 2

## Professional Services:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 12/04/09 | MVB | Review response to Jacobsen objection to shorten time on motion to amend cash collateral stipulation (.3); review emails re: same (.2). | 0.50 | 350.00 |
| | | **Total Professional Services** | **0.50** | **$350.00** |

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Michael V. Blumenthal | 700.00 | 0.50 | 350.00 |
| **Total Professional Services** | | **0.50** | **$350.00** |



590 Madison Avenue, 20th Floor, New York, NY 10022-2524
p 212.223.4000  ▪  f 212.223.4134
Taxpayer ID # 52-1150358

January 11, 2010

Easy Street Hollding, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah 84098

Attn: William Shoaf

Matter: 105773.0000017
Invoice: 1314403

---

Statement of Account

### RE: Secured Claims (Bay North)

| | |
|---|---:|
| Professional Services Rendered Through January 11, 2010 | $2,640.00 |
| Other Services and Expenses | 0.00 |
| Total Due this Invoice | $2,640.00 |

Statement Number:  1314403
Page #: 2

## Professional Services:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 12/07/09 | B Z | Document review relating to claims against BayNorth. | 4.80 | 2,640.00 |
| | | **Total Professional Services** | **4.80** | **$2,640.00** |

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Bruce Zabarauskas | 550.00 | 4.80 | 2,640.00 |
| **Total Professional Services** | | **4.80** | **$2,640.00** |



590 Madison Avenue, 20ᵗʰ Floor, New York, NY 10022-2524
p 212.223.4000 ▪ f 212.223.4134
Taxpayer ID # 52-1150358

January 11, 2010

Easy Street Holding, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah 84098

Attn:  William Shoaf

Matter: 105773.0000019
Invoice: 1314404

---

Statement of Account

RE: Non-Billable Travel

| | |
|---|---|
| Professional Services Rendered Through December 31, 2009 | $22,825.00 |
| Other Services and Expenses | 0.00 |
| Total Due this Invoice | $22,825.00 |

Statement Number:  1314404

Page #: 2

## Professional Services:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 12/21/09 | B Z | Travel to Utah for hearing | 10.00 | 5,500.00 |
| 12/21/09 | MVB | Travel to Salt Lake City, UT. | 4.50 | 3,150.00 |
| 12/22/09 | B Z | Travel to Durham Jones from Sky Lodge. | 0.70 | 385.00 |
| 12/22/09 | B Z | Travel from Durham Jones to Sky Lodge. | 1.30 | 715.00 |
| 12/22/09 | MVB | Return from Salt Lake City. | 6.00 | 4,200.00 |
| 12/23/09 | B Z | Travel back to New York. | 8.50 | 4,675.00 |
| 12/23/09 | MVB | Travel from Salt Lake City, UT. | 6.00 | 4,200.00 |
| | | **Total Professional Services** | **37.00** | **$22,825.00** |

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Michael V. Blumenthal | 700.00 | 16.50 | 11,550.00 |
| Bruce Zabarauskas | 550.00 | 20.50 | 11,275.00 |
| **Total Professional Services** | | **37.00** | **$22,825.00** |