**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | |
| EASY STREET HOLDING, LLC, *et. al.* ) | Bankruptcy Case No. 09-29905 |
| ) | Jointly Administered with Cases |
| Debtors ) | 09-29907 and 09-29908 |
| ) | |
| Address: 201 Heber Avenue ) | Chapter 11 |
| Park City, UT 84060 ) | |
| ) | Honorable R. Kimball Mosier |
| Tax ID Numbers: ) | |
| 35-2183713 (Easy Street Holding, LLC), ) | |
| 20-4502979 (Easy Street Partners, LLC), and ) | |
| 84-1685764 (Easy Street Mezzanine, LLC) ) | |
| ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of January, 2010, I caused to be served a copy of the First Application of Crowell & Moring LLP for Interim Compensation and Reimbursement Pursuant to 11 U.S.C. §§ 330 and 331 as Attorneys for Debtors in Possession for the Period September 14, 2009 through December 31, 2009 via first-class mail, postage prepaid as listed below.

       /s/ Steven B. Eichel
          Steven B. Eichel

John T. Morgan, Esq.
US Trustees Office
Ken Garff Bldg.
405 South Main Street, Suite 300
Salt Lake City, UT 84111


Annette Jarvis, Esq.
Peggy Hunt, Esq.
Benjamin J. Kotter, Esq.
DORSEY & WHITNEY LLP
136 South Main Street, Suite 1000
Salt Lake City, UT 84101-1685
*Attorneys for WestLB, AG*

NYIWDMS: 11468691_1

Richard W. Havel, Esq.
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite  4000
Los Angeles, CA 9013-1010
*Attorneys for WestLB, AG*


Jeffrey W. Shields, Esq.
Lon A. Jenkins, Esq.
Troy J. Aramburu, Esq.
JONES WALDO HOLBROOK & McDONOUGH, PC
170 South Main Street, Suite  1500
Salt Lake City, UT 84101
*Counsel for the Committee*


James Winikor
WestLB, AG-New York Branch
1211 Avenue of the Americas
24th Floor
New York, NY 10036-8705


William Shoaf
CloudNine Resorts
136 Heber Avenue, Suite 303
PO Box 683300
Park City, UT 84068