JONES, WALDO, HOLBROOK & McDONOUGH
A Professional Corporation

ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Committee of Unsecured Creditors of the                          November 30, 2009
,

## STATEMENT OF ACCOUNT

**Prior Activity**

**Current Activity**

| | |
|---|---:|
| Total Fees For October | 29,032.50 |
| Current Expenses | 0.00 |
| **Total Current Balance Due for Invoice 1481325** | **$ 29,032.50** |
| | |
| **Total Due** (For Past Due Activity and Current Activity) | **$ 29,032.50** |

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

# JONES, WALDO, HOLBROOK & McDONOUGH
A Professional Corporation

ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Committee of Unsecured Creditors of the
,

November 30, 2009
Invoice: 1481325

22414.0001
Asset Analysis and Recovery

## STATEMENT OF ACCOUNT

**Prior Activity**

**Current Activity**

| | |
|---|---:|
| Current Fees | 575.00 |
| Current Expenses | 0.00 |
| **Total Current Balance Due for Invoice 1481325** | **$ 575.00** |
| | |
| **Total Due** (For Past Due Activity and Current Activity) | **$ 575.00** |

Fee for legal services rendered in caption from date of last bill to and including October 31, 2009.

## Fee Detail

| Date | Atty | Hours | Description |
|------|------|-------|-------------|
| 10/12/09 | TJA | 0.30 | Analyze bankruptcy documents for potential impact on unsecured creditors. |
| 10/23/09 | LAJ | 0.20 | Emails to Committee re co-debtor issue. |
| 10/27/09 | JYS | 0.50 | Review material from Mackinae consultants and email to Craig Elliott. |
| 10/27/09 | LAJ | 0.60 | Review Machinac Partners Hospitality Consultant Materials. |
| 10/30/09 | JYS | 0.20 | Review state construction registry item from Mr. McCardell and his cover email. |

**Total Hours**        **1.80**

## Fee Summary

| Attorney | Rate | Hours | Amount |
|----------|------|-------|--------|
| Shields, Jeffery | $ 360.00 | 0.70 | $ 252.00 |
| Jenkins, Lon A | 310.00 | 0.80 | 248.00 |
| Aramburu, Troy J | 250.00 | 0.30 | 75.00 |
| **Total Hours and Fees:** | | **1.80** | **$ 575.00** |

# JONES, WALDO, HOLBROOK & McDONOUGH
A Professional Corporation

ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Committee of Unsecured Creditors of the                    November 30, 2009
,                                                          Invoice: 1481325B

22414.0003
Case Administration

## STATEMENT OF ACCOUNT

**Prior Activity**

**Current Activity**
Current Fees                                                        14,135.00
Current Expenses                                                         0.00
**Total Current Balance Due for Invoice 1481325**              **$ 14,135.00**

**Total Due** (For Past Due Activity and Current Activity)     **$ 14,135.00**

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

Fee for legal services rendered in caption from date of last bill to and including October 31, 2009.

| | | | Fee Detail |
|---|---|---|---|
| **Date** | **Atty** | **Hours** | **Description** |
| 10/02/09 | JYS | 0.20 | Telephone conference with Bob Nelson. |
| 10/02/09 | LAJ | 0.70 | Review case information from Jeff Shields to prepare for Committee presentation. |
| 10/05/09 | SDG | 0.20 | Review docket and tentatively calendar 341 hearing |
| 10/06/09 | LAJ | 0.70 | Review docket and selected pleadings. |
| 10/06/09 | LAJ | 0.90 | Read "First Day Motions' Affidavit for case background. |
| 10/06/09 | LAJ | 0.40 | Conference with K. Cannon re case background. |
| 10/06/09 | LAJ | 0.30 | Conference with Jeff Shields re tasks in case upon selection as Committee counsel. |
| 10/07/09 | JYS | 1.70 | Email to and from Craig Elliot (.1); review key pleadings in case (.8); analysis of first-day declaration filed by Debtors (.5); work on bylaws (.3). |
| 10/07/09 | LAJ | 0.90 | Draft Bylaws for Committee. |
| 10/07/09 | LAJ | 1.00 | Meet with Troy Aramburu, Jeff Shields re duties, tasks, responsibilities, strategies in case of Committee counsel. |
| 10/08/09 | LAJ | 0.20 | Emails with Committee members re meeting schedule. |
| 10/08/09 | LAJ | 0.20 | Conference with Jeff Shields re schedule of Committee meetings. |
| 10/08/09 | LAJ | 0.30 | Various emails with Committee members re organizational matters. |
| 10/09/09 | JYS | 0.80 | Prepare supplemental objection to cash collateral motion. |
| 10/09/09 | JYS | 0.20 | Email to and from Steve McCardell. |
| 10/09/09 | JYS | 0.30 | Review Debtor's draft agenda (.1); confer with Mr. Jenkins (.2). |
| 10/09/09 | LAJ | 0.20 | Conference with Sherry Glendening re notice of appearance for Lon Jenkins. |
| 10/09/09 | LAJ | 1.00 | Review background documents provided by Debtors' counsel. |
| 10/09/09 | LAJ | 0.70 | Further draft of Bylaws. |
| 10/12/09 | JYS | 0.10 | Review draft bylaws. |
| 10/12/09 | LAJ | 1.40 | Draft, finalize Committee Bylaws. |
| 10/13/09 | JYS | 0.30 | Telephone call with Diane Banks, attorney for certain owner creditors (.2); email to and from Mr. McCardell (.1). |
| 10/13/09 | LAJ | 0.20 | Emails with Committee members re status of hearing today. |
| 10/13/09 | LAJ | 0.30 | Draft, circulate agenda for tomorrow's meeting. |
| 10/14/09 | JYS | 1.10 | Host Committee conference call. |
| 10/14/09 | LAJ | 0.20 | Prepare for Committee meeting; review agenda and materials. |
| 10/14/09 | LAJ | 1.10 | Attend Committee Meeting. |
| 10/14/09 | LAJ | 0.90 | Draft, circulate minutes of meeting to Jeff Shields, Committee Members, revisions to same. |
| 10/14/09 | LAJ | 0.20 | Conference with RB re ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| 10/14/09 | LAJ | 0.20 | Review, revise Minutes for dissemination to Members. |
| 10/14/09 | LAJ | 0.30 | Review, revise contact list for distribution per new information. |
| 10/14/09 | TJA | 0.40 | Participate in Committee conference call. |
| 10/15/09 | JYS | 0.60 | Telephone conference with Rich Havel (.2); email to Craig Elliott concerning Havel phone call (.2); confer with Lon Jenkins (.1); reply email to Mr. Havel (.1). |
| 10/15/09 | JYS | 0.70 | Review budget reconciliation report from Debtor and cover email from Mr. McCardell (.2); review statements and schedules uploaded by Mr. McCardell (.3); prepare notes for meeting with Debtor counsel (.2). |
| 10/15/09 | LAJ | 0.20 | Emails with S. McCardell, Jeff Shields re meeting with Debtor's counsel. |
| 10/15/09 | LAJ | 0.20 | Section 341 meeting and email to Members re timing of meeting and explanation. |
| 10/15/09 | LAJ | 0.50 | Review reconciliation report received from Debtors. |
| 10/16/09 | JYS | 1.00 | Office conference; debtor interview with S. McCardell and Ken Cannon (with Lon Jenkins). |

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIN THIRTY (30) DAYS OF INVOICE DATE

WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

## Fee Detail

| Date | Atty | Hours | Description |
|------|------|-------|-------------|
| 10/16/09 | LAJ | 0.20 | Deliver final Bylaws to Committee, transmittal email to Members. |
| 10/16/09 | LAJ | 0.50 | Draft Agenda for October 20 Committee meeting. |
| 10/16/09 | LAJ | 1.40 | Review Debtors' Schedules and Statements of Affairs. |
| 10/16/09 | LAJ | 1.10 | Attend with Jeff Shields to DJP offices to meet with Debtors' counsel to discuss case, strategies, plan issues, financing, and related issues. |
| 10/16/09 | MAC | 0.20 | Meet with Lon Jenkins regarding upcoming creditors meeting. |
| 10/16/09 | SDG | 2.60 | Review Monthly Operating Reports filed by the Easy Street Debtors (Easy Street Partners, Easy Street Mezzanine and Easy Street Holdings); Assist L. Jenkins and J. Shields with preparations for meeting with Debtor's Counsel; Create email distribution list |
| 10/19/09 | SDG | 0.20 | Edit Agenda for 10-20-2009 conference and email same to committee members |
| 10/20/09 | JYS | 1.10 | Conduct Committee conference call. |
| 10/20/09 | JYS | 0.20 | Confer with Melissa Clark; attend first meeting of creditors. |
| 10/20/09 | LAJ | 0.20 | Prepare for Committee meeting; review Agenda and materials. |
| 10/20/09 | LAJ | 1.10 | Attend Committee member's meeting. |
| 10/20/09 | MAC | 0.10 | Email correspondence with Jeffrey Shields regarding upcoming 341 meeting. |
| 10/20/09 | SDG | 0.20 | Email statement and schedules to committee members |
| 10/21/09 | MAC | 2.80 | Review statements and schedules in preparation for 341 meeting; attend 341 hearing. |
| 10/21/09 | SDG | 0.10 | Review amended matrix |
| 10/22/09 | SDG | 0.30 | Review Ex Parte application to allow counsel to appear telephonically |
| 10/23/09 | JYS | 3.20 | Prepare Motion to Clarify Duty of Confidentiality of Committee (2.8); email to Mr. McCardell (.2); review update master service list (.2); draft proposed order on Clarification Motion (.5). |
| 10/23/09 | LAJ | 0.30 | Emails with counsel for Debtors and Jeff Shields re "Refco" motion. |
| 10/23/09 | LAJ | 0.70 | Draft minutes of 10/20 meeting; transmit to Committee members. |
| 10/23/09 | LAJ | 0.40 | Read Monthly Reports from Debtors. |
| 10/26/09 | JYS | 0.30 | Review and edit agenda (.1); prepare ntoes for 10/27/09 Committee call. |
| 10/26/09 | LAJ | 0.30 | Draft agenda for 10/27 meeting. |
| 10/26/09 | LAJ | 0.40 | Review schedules, email Members re questions. |
| 10/26/09 | LAJ | 0.40 | Review Schedules for agenda items. |
| 10/26/09 | LAJ | 0.70 | Read Section 1102; read draft Motion, Order to Clarify Requirement of Committee to Share Information with Creditors. |
| 10/26/09 | LAJ | 0.30 | Final review of clarification motion re Committee documents. |
| 10/26/09 | LAJ | 0.20 | Telephone conference with Court re schedule hearing on motion by Committee to clarify. |
| 10/26/09 | MAC | 0.10 | Meet with Jeffrey Shields and Lon Jenkins regarding status of case. |
| 10/26/09 | SDG | 1.20 | Review mailing list provided by debtor's counsel, compare with docket to ensure accuracy; prepare service list |
| 10/26/09 | TJA | 0.30 | Analyze pleadings filed in the bankruptcy case for potential impact on unsecured creditors. |
| 10/27/09 | JYS | 1.10 | Host committee conference call. |
| 10/27/09 | LAJ | 0.30 | Prepare for Committee meeting; meet with M. Clark re report. |
| 10/27/09 | LAJ | 1.10 | Attend Committee meeting. |
| 10/27/09 | LAJ | 0.30 | Post-meeting conference with Jeff Shields re tasks. |
| 10/27/09 | LAJ | 0.10 | Conference with Jeff Shields re filing Refco motion. |
| 10/27/09 | LAJ | 0.80 | Draft, revise Minutes for 10/27 meeting; deliver to Committee. |
| 10/27/09 | MAC | 0.20 | Meet with Long Jenkins regarding 341 meeting. |
| 10/27/09 | SDG | 1.20 | Review, file and serve Ex-parte Motion for order clarifying confidential documents release |
| 10/28/09 | JYS | 0.20 | Email to and from Mr. McCardell regarding confidentiality motion. |
| 10/28/09 | LAJ | 0.20 | Review, edit Notice of Hearing on Committee's Clarification Motion. |
| 10/28/09 | LAJ | 0.20 | Email exchange with S. McCardell re confidentiality of business plan. |
| 10/28/09 | LAJ | 0.20 | Conference with Sherry Glendening re noticing out Clarification Motion. |
| 10/28/09 | SDG | 0.70 | Draft Notice of Hearing on Ex Parte Motion for order clarifying; file and serve same |
| 10/29/09 | LAJ | 0.40 | Review pleadings filed and received. |

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

## Fee Detail

| Date | Atty | Hours | Description |
|------|------|-------|-------------|
| 10/29/09 | SDG | 0.20 | Review Notice of hearing on Committee's Motion for Order clarifying requirements to disclose confidential documents |
| 10/30/09 | JYS | 0.20 | Email to and from Steve McCardell on confidentiality issues. |
| **Total Hours** | | **49.30** | |

## Fee Summary

| Attorney | Rate | Hours | Amount |
|----------|------|-------|--------|
| Shields, Jeffery | $ 360.00 | 13.30 | $ 4,788.00 |
| Jenkins, Lon A | 310.00 | 25.00 | 7,750.00 |
| Aramburu, Troy J | 250.00 | 0.70 | 175.00 |
| Clark, Melissa A | 195.00 | 3.40 | 663.00 |
| Glendening, Sherry D | 110.00 | 6.90 | 759.00 |
| **Total Hours and Fees:** | | **49.30** | **$ 14,135.00** |

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIN THIRTY (30) DAYS OF INVOICE DATE

WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

# JONES, WALDO, HOLBROOK & McDONOUGH
A Professional Corporation

ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Committee of Unsecured Creditors of the
,

November 30, 2009
Invoice: 1481325C

22414.0004
Claims Administration & Objections

## STATEMENT OF ACCOUNT

**Prior Activity**

**Current Activity**

| | |
|---|---|
| Current Fees | 62.00 |
| Current Expenses | 0.00 |
| **Total Current Balance Due for Invoice 1481325** | **$ 62.00** |

| | |
|---|---|
| **Total Due** (For Past Due Activity and Current Activity) | **$ 62.00** |

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

Fee for legal services rendered in caption from date of last bill to and including October 31, 2009.

### Fee Detail

| Date | Atty | Hours | Description |
|------|------|-------|-------------|
| 10/30/09 | LAJ | 0.20 | Emails to S. McCardell, C. Elliott re status of claim schedules. |
| **Total Hours** | | **0.20** | |

### Fee Summary

| Attorney | Rate | Hours | Amount |
|----------|------|-------|--------|
| Jenkins, Lon A | 310.00 | 0.20 | 62.00 |
| **Total Hours and Fees:** | | **0.20** | **$ 62.00** |

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

JONES, WALDO, HOLBROOK & McDONOUGH
A Professional Corporation

ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Committee of Unsecured Creditors of the
,

November 30, 2009
Invoice:  1481325D

22414.0005
Fee / Employment

### STATEMENT OF ACCOUNT

**Prior Activity**

| | |
|---|---:|
| **Current Activity** | |
| Current Fees | 3,467.00 |
| Current Expenses | 0.00 |
| **Total Current Balance Due for Invoice 1481325** | **$ 3,467.00** |
| | |
| **Total Due** (For Past Due Activity and Current Activity) | **$ 3,467.00** |

Fee for legal services rendered in caption from date of last bill to and including October 31, 2009.

## Fee Detail

| Date | Atty | Hours | Description |
|------|------|-------|-------------|
| 10/07/09 | LAJ | 0.20 | Conference with Sherry Glendening re employment application for Jones Waldo. |
| 10/07/09 | SDG | 4.10 | Research re Application to Employ JW as Counsel for Unsecured Creditors Committee; Draft Application to Employ JW as Counsel for Unsecured Creditors committee and order re same; Review Docket for upcoming hearings and deadlines; calendar and docket same |
| 10/12/09 | TJA | 0.70 | Analyze issues related to Application to Employe Jones Waldo as counsel for the Unsecured Creditors Committee. |
| 10/13/09 | TJA | 0.90 | Review and revise the Application to Employ Jones Waldo as counsel for Creditors Committee and all related documents. |
| 10/14/09 | TJA | 1.20 | Prepare Application to Employ Jones Waldo as counsel to Committee, and review various connections with parties in interest for disclosure of same. |
| 10/16/09 | JYS | 0.25 | Review and edit draft motion to employ from Mr. Aramburu. |
| 10/16/09 | LAJ | 0.40 | Brief review of draft Jones Waldo employment papers prepared by Troy Aramburu. |
| 10/16/09 | TJA | 2.10 | Review and revise all pleadings necessary to approve Jones Waldo as counsel to committee. |
| 10/20/09 | SDG | 0.30 | Review Application to employ Wrona Law office as special counsel to debtor; review supporting declaration of J. Wrong; review application and supporting declaration to employ C. Gordan as special counsel; calendar and docket hearing date and response deadline |
| 10/22/09 | LAJ | 0.50 | Read employment applications by Debtors for hearing; DJP and Crowell. |
| 10/22/09 | LAJ | 0.90 | To court; attend hearing on employment of Debtors' counsel and payment of pre-petition taxes; conference with Debtors' counsel; return from court. |
| 10/22/09 | LAJ | 0.60 | Read Wrona, Gordon applications to be employed. |
| 10/22/09 | TJA | 0.90 | Finalize Application to Employ Jones Waldo, and related pleadings. |
| 10/23/09 | LAJ | 0.20 | Review order on employment of counsel, tax payments. |
| 10/26/09 | LAJ | 0.50 | Read comment on employment papers. |
| 10/26/09 | TJA | 0.80 | Review and revise Application to Employ Jones Waldo as Committee counsel. |
| 10/27/09 | SDG | 1.10 | Draft Certificate of Service on Application to Employ JW as Counsel to Committee; review list of 20 largest creditors to ensure their inclusion in certificate |
| 10/27/09 | SDG | 0.70 | Review, File and Serve Application to Employ JW as counsel for Committee |
| 10/28/09 | SDG | 0.20 | Review Notice of hearing on JW application for employment; calendar and docket hearing and deadline for response |

**Total Hours**          **16.55**

## Fee Summary

| Attorney | Rate | Hours | Amount |
|----------|------|-------|--------|
| Shields, Jeffery | $ 360.00 | 0.25 | $ 90.00 |
| Jenkins, Lon A | 310.00 | 3.30 | 1,023.00 |
| Aramburu, Troy J | 250.00 | 6.60 | 1,650.00 |
| Glendening, Sherry D | 110.00 | 6.40 | 704.00 |
| **Total Hours and Fees:** | | **16.55** | **$ 3,467.00** |

# JONES, WALDO, HOLBROOK & McDONOUGH
A Professional Corporation

## ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Committee of Unsecured Creditors of the

,

November 30, 2009
Invoice: 1481325E

22414.0007
Financing / Cash Collateral

## STATEMENT OF ACCOUNT

**Prior Activity**

**Current Activity**

| | |
|---|---:|
| Current Fees | 6,912.00 |
| Current Expenses | 0.00 |
| **Total Current Balance Due for Invoice 1481325** | **$ 6,912.00** |
| | |
| **Total Due** (For Past Due Activity and Current Activity) | **$ 6,912.00** |

Fee for legal services rendered in caption from date of last bill to and including October 31, 2009.

## Fee Detail

| Date | Atty | Hours | Description |
|------|------|-------|-------------|
| 10/06/09 | LAJ | 0.30 | Telephone conference with Jeff Shields, S. McCardell re hearing on motion to use cash collateral. |
| 10/07/09 | JYS | 1.80 | Draft response to cash collateral motion (1.20); confer with Mr. Jenkins on alternate form (.20); edit and file response (.20); confer with Mr. Jenkins on upcoming case deadline (.20). |
| 10/07/09 | LAJ | 0.40 | Various emails with Jeff Shields, Committee Chair re filing opposition by noon today. |
| 10/07/09 | LAJ | 0.70 | Read, evaluate Debtor's motion for use of cash collateral for possible objection. |
| 10/07/09 | LAJ | 0.90 | Draft, revise Limited Objection to Cash Collateral motion; review for filing. |
| 10/07/09 | LAJ | 0.40 | Read Jeff Shields' draft of supplemental objection to cash collateral. |
| 10/08/09 | JYS | 0.40 | Email to and from Jim Tozer (.2); review limited objection to cash order from Aya Gail (.2). |
| 10/08/09 | LAJ | 0.30 | Draft Supplemental Objection to Cash Collateral Motion. |
| 10/08/09 | LAJ | 0.20 | Conference with Jeff Shields re response to Cash Collateral Motion. |
| 10/08/09 | LAJ | 0.60 | Draft Supplemental Objection to Cash Collateral Motion. |
| 10/08/09 | LAJ | 1.40 | Draft Supplemental Objection to Cash Collateral Motion. |
| 10/08/09 | SDG | 0.30 | Review stipulation between debtor and WestLB extending deadline for which WestLB need to respond to cash collateral motion.  Review Limited objection filed by Committee of Unsecured Creditors |
| 10/09/09 | JYS | 0.80 | Prepare supplemental objection to cash collateral motion. |
| 10/09/09 | JYS | 1.10 | Review Winoker declaration, attachments thereto, and emails accompanying same from Scott Cummings. |
| 10/09/09 | LAJ | 0.30 | Emails with Debtors' counsel re Cash Collateral Stipulation. |
| 10/09/09 | LAJ | 0.60 | Final revision to Supplemental Objection to Cash Collateral Motion. |
| 10/09/09 | LAJ | 0.80 | Initial review of Cash Collateral Stipulation received from Debtors' counsel. |
| 10/09/09 | SDG | 0.40 | Review Ex Parte Motion for Counsel to Appear telephonically filed by Baynorth; Review Limited Objection to cash collateral motion filed by Jacobsen National Group; review supplemental objection to cash collateral motion filed by Committee |
| 10/09/09 | SDG | 3.60 | Assist J. Shields and L. Jenkins in preparation for hearing on Cash Collateral Motion |
| 10/09/09 | TJA | 0.60 | Analyze the theories raised in the Jacobsen Objection to Cash Collateral. |
| 10/12/09 | JYS | 0.55 | Conference call with Annette Jarvis and Steve McCardell regarding form of cash collateral order (.25); email to and from Mr. McCardell (.2); review blackline of order from Mr. McCardell (.1). |
| 10/12/09 | JYS | 0.20 | Email traffic concerning approval of form of order. |
| 10/12/09 | LAJ | 0.60 | Read, analyze Order (proposed) to Approve Cash Collateral Stipulation. |
| 10/12/09 | LAJ | 0.60 | Draft email to Team, Committee re comments on Proposed Cash Collateral Stipulation and Order. |
| 10/12/09 | LAJ | 0.20 | Email to Committee to explain cash. |
| 10/12/09 | LAJ | 0.30 | Review Jeff Shields' comments on Proposed Cash Collateral Order. |
| 10/12/09 | LAJ | 0.50 | Review cash collateral Stipulation; compare to proposed Order. |
| 10/12/09 | LAJ | 0.40 | Review blackline of cash collateral order from debtor's counsel; conference with Jeff Shields re same. |
| 10/12/09 | SDG | 2.00 | Review stipulation authorizing cash collateral by and between Debtor and WestLB, AG. Review Notice and supporting affidavit of J. Winikor; finalize preparations for hearing on cash collateral |
| 10/12/09 | TJA | 0.30 | Analyze issues related to use of cash collateral by the Debtors. |

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

## Fee Detail

| Date | Atty | Hours | Description |
|------|------|-------|-------------|
| 10/13/09 | JYS | 1.20 | Court appearance -- motion for use of cash collateral (.8); review final form of master cash stipulation (.2); email to and from M. Johnson (attorney for Jacobsen) and limited objection (.2). |
| 10/13/09 | LAJ | 0.20 | Emails with J. McCardell, Jeff Shields re approval of cash collateral order. |
| 10/13/09 | LAJ | 0.40 | Review Jacobsen Construction further objection to cash collateral; conference with Jeff Shields re same. |
| 10/13/09 | LAJ | 0.30 | Review revised Cash Collateral Stipulation and Order. |
| 10/13/09 | LAJ | 0.80 | To Court, attend hearing on Debtors' cash collateral motion; post-hearing conferences with counsel for parties and C. Elliott, Jeff Shields; return from court. |
| 10/13/09 | SDG | 0.70 | Review email correspondence between debtor and interested parties, review docket for additional filings that relate to cash collateral hearing; review amendment to stipulation; update hearing binders re same. |
| 10/14/09 | LAJ | 0.40 | Review Cash Collateral Stipulation and Order (both final) for circulation, explanation to Committee; review budget. |
| 10/14/09 | SDG | 0.65 | Review proposed Order re stipulation authorizing cash collateral |
| 10/15/09 | SDG | 0.20 | Review order on Stipulation granting cash collateral; calendar and docket deadline for debtor to file a plan and deadline for debtor to provide reconciliation report |
| 10/23/09 | SDG | 0.45 | Review pending orders and cause same to be endorsed |

**Total Hours**       **26.85**

## Fee Summary

| Attorney | Rate | Hours | Amount |
|----------|------|-------|--------|
| Shields, Jeffery | $ 360.00 | 6.05 | 2,178.00 |
| Jenkins, Lon A | 310.00 | 11.60 | 3,596.00 |
| Aramburu, Troy J | 250.00 | 0.90 | 225.00 |
| Glendening, Sherry D | 110.00 | 8.30 | 913.00 |
| **Total Hours and Fees:** | | **26.85** | **$ 6,912.00** |

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

JONES, WALDO, HOLBROOK & McDONOUGH
A Professional Corporation

ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Committee of Unsecured Creditors of the                    November 30, 2009
,                                                          Invoice:  1481325F

22414.0009
Plan & Disclosure Statement

**STATEMENT OF ACCOUNT**

**Prior Activity**

**Current Activity**
Current Fees                                                          289.00
Current Expenses                                                       0.00
**Total Current Balance Due for Invoice 1481325**                **$ 289.00**


**Total Due** (For Past Due Activity and Current Activity)         **$ 289.00**

Fee for legal services rendered in caption from date of last bill to and including October 31, 2009.

## Fee Detail

| Date | Atty | Hours | Description |
|------|------|-------|-------------|
| 10/15/09 | LAJ | 0.20 | Conference with Jeff Shields re West LB representative meeting with C. Elliott. |
| 10/16/09 | LAJ | 0.10 | Email exchange with C. Elliott re meeting with West LB representative. |
| 10/22/09 | JYS | 0.20 | Review Craig Elliott's email report of meeting with West LB Officer. |
| 10/22/09 | LAJ | 0.20 | Telephone conference with C. Elliott re discuss with Craig his upcoming meeting with Duncan Robertson. |
| 10/22/09 | LAJ | 0.20 | Read C. Elliott report on meeting with Duncan Robertson. |

**Total Hours**  **0.90**

## Fee Summary

| Attorney | Rate | Hours | Amount |
|----------|------|-------|--------|
| Shields, Jeffery | $ 360.00 | 0.20 | 72.00 |
| Jenkins, Lon A | 310.00 | 0.70 | 217.00 |
| **Total Hours and Fees:** | | **0.90** | **$ 289.00** |

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

## JONES, WALDO, HOLBROOK & MCDONOUGH
A Professional Corporation

ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Committee of Unsecured Creditors of the

,

November 30, 2009
Invoice: 1481325G

22414.0010
Lien / Security Interest Investigation

### STATEMENT OF ACCOUNT

**Prior Activity**

**Current Activity**

| | |
|---|---|
| Current Fees | 3,251.50 |
| Current Expenses | 0.00 |
| **Total Current Balance Due for Invoice 1481325** | **$ 3,251.50** |
| | |
| **Total Due** (For Past Due Activity and Current Activity) | **$ 3,251.50** |

Fee for legal services rendered in caption from date of last bill to and including October 31, 2009.

## Fee Detail

| Date | Atty | Hours | Description |
|------|------|-------|-------------|
| 10/07/09 | TJA | 0.40 | Analyze docket for issues that may impact unsecured creditors. |
| 10/07/09 | TJA | 0.90 | Strategize with Lon Jenkins and Jeff Shields re issues related to the Committee and potential areas of investigation. |
| 10/13/09 | LAJ | 0.20 | Conferences with Jeff Shields re ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| 10/14/09 | TJA | 0.70 | Analyze documents filed in Easy Street bankruptcy case for impact on unsecured creditors▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| 10/21/09 | KMR | 1.00 | Begin review of loan documents. |
| 10/22/09 | KMR | 2.20 | Continue review of first priority loan documents. |
| 10/24/09 | SBP | 1.70 | Review loan agreement. |
| 10/25/09 | KMR | 1.00 | Complete review of Deed of Trust. |
| 10/26/09 | SBP | 0.30 | Conference with Keven Rowe. |
| 10/27/09 | JYS | 0.70 | Office conference with Lon Jenkins and Keven Rowe and Susan Peterson of Real Estate Department concerning review of lending documents per committee investiation. |
| 10/27/09 | KMR | 0.70 | Meeting with team re first lien protection issues and other potential claims again first lien holder. |
| 10/27/09 | LAJ | 0.70 | Conference with K. Rowe, S. Peterson, Jeff Shields re report on review of Easy Street Loan documents. |
| 10/27/09 | LAJ | 0.20 | Conference with Troy Aramburu re ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| 10/27/09 | SBP | 0.70 | Conference with Keven Rowe, Lon Jenkins, and Jeff Shields. |

**Total Hours**        **11.40**

## Fee Summary

| Attorney | Rate | Hours | Amount |
|----------|------|-------|--------|
| Shields, Jeffery | $ 360.00 | 0.70 | 252.00 |
| Jenkins, Lon A | 310.00 | 1.10 | 341.00 |
| Rowe, Keven M. | 300.00 | 4.90 | 1,470.00 |
| Peterson, Susan B. | 255.00 | 2.70 | 688.50 |
| Aramburu, Troy J | 250.00 | 2.00 | 500.00 |
| **Total Hours and Fees:** | | **11.40** | **$ 3,251.50** |

## JONES, WALDO, HOLBROOK & McDONOUGH
### A Professional Corporation

ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Committee of Unsecured Creditors of the

,

November 30, 2009
Invoice:  1481325H

22414.0011
Bay North Litigation

## STATEMENT OF ACCOUNT

**Prior Activity**

**Current Activity**

| | |
|---|---:|
| Current Fees | 341.00 |
| Current Expenses | 0.00 |
| **Total Current Balance Due for Invoice 1481325** | **$ 341.00** |
| | |
| **Total Due** (For Past Due Activity and Current Activity) | **$ 341.00** |

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

Fee for legal services rendered in caption from date of last bill to and including October 31, 2009.

## Fee Detail

| Date | Atty | Hours | Description |
|---|---|---|---|
| 10/09/09 | LAJ | 0.50 | Read Debtors vs. Bay North adversary proceeding. |
| 10/13/09 | LAJ | 0.60 | Read, analyze Adversary vs. Bay North re conversion, etc. |
| **Total Hours** | | **1.10** | |

## Fee Summary

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Jenkins, Lon A | 310.00 | 1.10 | 341.00 |
| **Total Hours and Fees:** | | **1.10** | **$ 341.00** |

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.