# JONES, WALDO, HOLBROOK & MCDONOUGH
A Professional Corporation

ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe                                December 30, 2009
,

## STATEMENT OF ACCOUNT

**Current Activity**

| | |
|---|---:|
| Total Fees For November | 23,656.00 |
| Current Expenses | 185.68 |
| **Total Current Balance Due for Invoice 1482569** | **$ 23,841.68** |
| | |
| **Total Due** (For Past Due Activity and Current Activity) | **$ 23,841.68** |

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

### JONES, WALDO, HOLBROOK & MCDONOUGH
A Professional Corporation

ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe
,

December 30, 2009
Invoice: 1482569

22414.0001
Asset Anaylsis and Recovery

### STATEMENT OF ACCOUNT

| | |
|---|---:|
| **Current Activity** | |
| Current Fees | 886.00 |
| Current Expenses | 0.00 |
| **Total Current Balance Due for Invoice 1482569** | **$ 886.00** |
| | |
| **Total Due** (For Past Due Activity and Current Activity) | **$ 886.00** |

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

Fee for legal services rendered in caption from date of last bill to and including November 30, 2009.

### Fee Detail

| Date | Atty | Hours | Description |
|---|---|---|---|
| 11/02/09 | JYS | 0.40 | Review materials from Mackinac Consultants (.2); telephone call with Susan Gordon of Mackinac Consultants (.2). |
| 11/02/09 | LAJ | 0.60 | Read Mackinack Partners materials for prospective co-manager position. |
| 11/02/09 | LAJ | 0.20 | Review lien registry on property provided by Debtors. |
| 11/04/09 | JYS | 0.30 | Email to and from Susan Gordon of Mackinac. |
| 11/04/09 | LAJ | 0.20 | Conference with Brock Worthen re research on special counsel objections. |
| 11/05/09 | JYS | 0.40 | Telephone call with Susan Gordon (.2); email to and from Susan Gordon (.2). |
| 11/06/09 | JYS | 0.30 | Telephone call with Susan Gordon and other partners of Mackinac re potential role as Committee advisor. |
| 11/12/09 | JYS | 0.20 | Email to and from Susan Gordon of Mackinac Partners. |

**Total Hours**  2.60

### Fee Summary

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Shields, Jeffery | $ 360.00 | 1.60 | $ 576.00 |
| Jenkins, Lon A | 310.00 | 1.00 | 310.00 |
| **Total Hours and Fees:** | | **2.60** | **$ 886.00** |

# JONES, WALDO, HOLBROOK & MCDONOUGH
A Professional Corporation

ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe

,

December 30, 2009
Invoice: 1482569B

22414.0003
Case Administration

## STATEMENT OF ACCOUNT

| | |
|---|---:|
| **Current Activity** | |
| Current Fees | 8,508.00 |
| Current Expenses | 185.68 |
| **Total Current Balance Due for Invoice 1482569** | **$ 8,693.68** |
| | |
| **Total Due** (For Past Due Activity and Current Activity) | **$ 8,639.68** |

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

Fee for legal services rendered in caption from date of last bill to and including November 30, 2009.

### Fee Detail

| Date | Atty | Hours | Description |
|---|---|---|---|
| 11/02/09 | LAJ | 0.40 | Revise Agenda, transmit to Members for tomorrow's meeting. |
| 11/03/09 | JYS | 1.10 | Committee conference call. |
| 11/03/09 | LAJ | 1.30 | Attend Committee meeting. |
| 11/03/09 | LAJ | 0.70 | Draft Minutes from today's meeting - distributions. |
| 11/04/09 | JYS | 0.10 | Review minutes. |
| 11/05/09 | JYS | 0.60 | Review Wickline 2004 pleadings and email from Steve McCardell (.2); email concerning call schedule (.2); finalize NDA and email to counsel (.2). |
| 11/07/09 | JYS | 0.30 | Email to and from Jim Tozier and review attachments. |
| 11/09/09 | JYS | 0.20 | Confer on agenda for 11/10 call. |
| 11/09/09 | LAJ | 0.20 | Revise Agenda for 11/10/09 meeting. |
| 11/10/09 | JYS | 1.20 | Prepare for and conduct weekly Committee call and conference with Lon Jenkins. |
| 11/10/09 | LAJ | 0.80 | Attend Committee meeting. |
| 11/10/09 | LAJ | 0.20 | Post-meeting conference with Jeff Shields and telephone conference with McCardell re in-person meeting. |
| 11/10/09 | LAJ | 0.20 | Draft email to Committee re meeting with Debtor's representative. |
| 11/12/09 | JYS | 0.10 | Review draft minutes of 11/10/09. |
| 11/12/09 | LAJ | 0.70 | Draft Minutes of November 10 meeting for dissemination to Committee. |
| 11/13/09 | LAJ | 0.10 | Email to Members re meeting in Park City Tuesday. |
| 11/15/09 | JYS | 0.20 | Review email and attachments regarding Committee issues from Steve Brown. |
| 11/16/09 | JYS | 0.80 | Prepare notes for Committee meeting of 11/17/09. |
| 11/16/09 | JYS | 0.30 | Email to and from Craig Elliott (.2); email to and from Steve Brown (.1). |
| 11/16/09 | LAJ | 0.50 | Revise, edit invoice for delivery to Committee chair. |
| 11/16/09 | SDG | 0.20 | Review notice of appearance filed by D. Overholt on behalf of Sysco Intermountain; update service list re same. |
| 11/17/09 | JYS | 3.10 | Travel to and from Park City office of firm (1.0 round trip); conduct all-hands meeting with Lon Jenkins, Ken Cannon, Bill Shoaf, Philo Smith, Craig Elliott, Steve Brown, Bob Goodrich and others regarding Debtor/Committee issues (2.1). |
| 11/17/09 | JYS | 0.40 | Followup emails concerning meeting of today (.2); review Mr. McCardell's email exchange with an unsecured creditor (.2). |
| 11/17/09 | LAJ | 3.50 | To Park City, attend Meeting of Committee Members with Debtor's representatives to discuss business plan draft and case issues - return to Salt Lake City office. |
| 11/17/09 | SDG | 0.40 | Review Monthly Operating reports filed by Debtor. Email correspondence with L. Jenkins re same |
| 11/17/09 | SDG | 0.40 | Review docket for objections to Committee's request for clarification re confidential information; conference with J.Shields re same; catalogue hearing binder re same |
| 11/18/09 | JYS | 0.90 | Email to and from Ms. Levine (.1); telephone call with Judge Mosier's setting clerk (.1); check docket for objections to Motion for Confidentiality order (.2); instruct paralegal (.1); email to counsel concerning hearing (.2). |
| 11/18/09 | LAJ | 0.20 | Conference with Jeff Shields re hearing on 11/19 on motion to clarify. |
| 11/19/09 | JYS | 1.70 | Conduct special committee conference call (1.3); email to counsel regarding revised order on confidentiality motion (.2); email to and from John Morgan (.2). |
| 11/19/09 | LAJ | 0.20 | Review red-line order on motion to clarify. |
| 11/19/09 | LAJ | 1.30 | Meet with Committee at Special Meeting to discuss meeting with Debtor on Tuesday and to discuss positions on applications by Debtors to employ special counsel. |
| 11/23/09 | LAJ | 0.20 | Email exchange with C. Elliott, S. Brown re attendance at tomorrow's hearings. |

## Fee Detail

| Date | Atty | Hours | Description |
|---|---|---|---|
| 11/24/09 | JYS | 0.20 | Review minutes of 11/19 meeting. |
| 11/24/09 | LAJ | 0.80 | Draft Minutes, revise same re Special Meeting held on November 19; email to Members. |
| 11/24/09 | LAJ | 0.30 | Assemble agenda for 11/25 meeting; email to Members. |
| 11/25/09 | JYS | 1.10 | Prepare for and host creditor committee conference call. |
| 11/25/09 | LAJ | 1.10 | Attend Committee Meeting |
| 11/25/09 | SDG | 0.30 | Review Order clarifying requirement of committee to provide access to confidential information. |

**Total Hours**  26.30

## Fee Summary

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Shields, Jeffery | $ 360.00 | 12.30 | $ 4428.00 |
| Jenkins, Lon A | 310.00 | 12.70 | 3,937.00 |
| Glendening, Sherry D | 110.00 | 1.30 | 143.00 |
| **Total Hours and Fees:** | | **26.30** | **$ 8,508.00** |

## Expenses

| Date | Description | Amount |
|---|---|---|
| 11/20/09 | Business Meals - Elizabeth M. Thompson; business meal 11/17/09 | 30.15 |
| | Long Distance Telephone Charges | 5.07 |
| | In house photo copies - 429 pages @ 0.20 | 85.80 |
| | Postage | 64.66 |
| **Disbursements Total** | | **$ 185.68** |

# JONES, WALDO, HOLBROOK & McDONOUGH
A Professional Corporation

ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe
,

December 30, 2009
Invoice: 1482569C

22414.0005
Fee / Employment Applicants

## STATEMENT OF ACCOUNT

| | |
|---|---:|
| **Current Activity** | |
| Current Fees | 4,739.00 |
| Current Expenses | 0.00 |
| **Total Current Balance Due for Invoice 1482569** | **$ 4,739.00** |
| | |
| **Total Due** (For Past Due Activity and Current Activity) | **$ 4,739.00** |

Fee for legal services rendered in caption from date of last bill to and including November 30, 2009.

## Fee Detail

| Date | Atty | Hours | Description |
|---|---|---|---|
| 11/02/09 | JYS | 1.60 | Telephone conference with Mike Blumenthal and Steve McCardell (.9); review consultant materials furnished by Mr. McCardell (.5); prepare notes for 11/3/09 Committee call (.2). |
| 11/02/09 | LAJ | 1.10 | Telephone conference with Jeff Shields, M. Blumenthal, S. McCardell re issues relating to co-manager. |
| 11/02/09 | LAJ | 1.20 | Read "Co-Manager" marketing materials from Debtors. |
| 11/03/09 | JYS | 0.70 | Review consultant proposals (.5); review application for appointment (Wrona, etc.)(.2). |
| 11/03/09 | LAJ | 0.20 | Telephone conference with Jeff Shields re debtor's applications to employ special counsel and respond. |
| 11/03/09 | LAJ | 0.20 | Telephone conference with K. Cannon re issues relating to Debtor's applications to employ special counsel. |
| 11/04/09 | JYS | 0.20 | Confer with G. Cropper about Gemstone. |
| 11/04/09 | LAJ | 0.50 | Read emails from S. McCardell and review BDRC proposal attached; emails with Jeff Shields re call with Debtors. |
| 11/05/09 | JYS | 0.60 | Email to M. Blumenthal (.2); email to and from S. McCardell (.2); review updated BDRC proposal (.2). |
| 11/05/09 | LAJ | 0.30 | Emails exchange with S. McCardell, Jeff Shields re election by Debtor of financial consultant.. |
| 11/06/09 | JYS | 1.40 | Thorough review of BDRC proposal (.4); conference call with Steve McCardell and Mike Blumenthal (.5); confer with Mr. Jenkins (.2); email to and from Craig Elliott (.2); email to and from Steve McCardell (.1). |
| 11/06/09 | JYS | 0.30 | Review email from Ken Cannon and attached payment procedures motion; confer with Mr. Jenkins on same. |
| 11/06/09 | LAJ | 0.60 | Telephone conference with Jeff Shields, M. Blumenthal, M.S. McCardell re employment of co-manager and related issues. |
| 11/06/09 | SDG | 0.20 | Review application & supporting declaration to employ AGI as appraiser expert |
| 11/10/09 | SDG | 0.30 | Review Notice of Hearing on Application to Employ Expert appraisers; calendar and docket hearing and response deadline |
| 11/13/09 | JYS | 0.10 | Email to and from Ms. Craig of Sidley & Austin. |
| 11/13/09 | LAJ | 0.20 | Read payment procedures email; conference with Jeff Shields. |
| 11/15/09 | JYS | 0.20 | Rreview Debtor's Motion to Appoint BDRC. |
| 11/16/09 | LAJ | 0.30 | Email exhange with Jeff Shields and Craig Elliott re merits of co-manager application, hotel operations. |
| 11/16/09 | LAJ | 1.10 | Read Debtor's application (w/attachment) to employ BDRC as co-manager. |
| 11/16/09 | LAJ | 0.20 | Emails to Committee re application to employ special counsel. |
| 11/16/09 | LAJ | 0.20 | Conference with Jeff Shields re case; professional payment procedures. |
| 11/16/09 | SDG | 0.20 | Review Debtor's application to employ co-manager; calendar and docket hearing and deadline to respond |
| 11/18/09 | LAJ | 0.30 | Review employment applications for 11/19 meeting. |
| 11/18/09 | LAJ | 0.20 | Telephone conference with K. Cannon; conference with Jeff Shields re continuance of hearing on BDRC application. |
| 11/23/09 | SDG | 0.40 | Review Notice of Continued Hearing re application to employ BDRC 4 site. Update calendar and docket re same |
| 11/24/09 | JYS | 0.20 | Review Mr. Cannon's revised draft fee procedures order and discuss with Mr. Jenkins. |
| 11/24/09 | LAJ | 0.70 | Read, evaluate Debtors' Motion to Employ Gemstone. |
| 11/24/09 | LAJ | 0.50 | Read, evaluate Debtor's draft aof Motion for Fee and Expense Reimbursement Procedures; comment on same. |

## Fee Detail

| Date | Atty | Hours | Description |
|---|---|---|---|
| 11/25/09 | LAJ | 0.40 | Conference with K. Cannon; review draft motion for payment procedures - comments. |
| 11/25/09 | LAJ | 0.20 | Review draft motion for payment procedures. |
| 11/25/09 | LAJ | 0.20 | Emails with A. Jarvis re conference with her and Rich Havel. |
| 11/25/09 | SDG | 0.20 | Review Debtor's application to employ Gemstone Hotels & Resorts as consultants and supporting declaration of J. McIntyre; review Notice of Hearing re same, calendar and docket (.7); review order authorizing employment of Jones Waldo (.2); review Notice of Revised professional agreement between debtor and BDRC(.3). |
| 11/27/09 | SDG | 0.20 | Review motion for order establishing monthly fee applications for professionals; calendar and docket hearing date and deadline for responses |

**Total Hours**     15.40

## Fee Summary

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Shields, Jeffery | $ 360.00 | 5.30 | $ 1,908.00 |
| Jenkins, Lon A | 310.00 | 8.60 | 2,666.00 |
| Glendening, Sherry D | 110.00 | 1.50 | 165.00 |
| **Total Hours and Fees:** | | **15.40** | **$ 4,739.00** |

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

# JONES, WALDO, HOLBROOK & MCDONOUGH
A Professional Corporation

ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe

,

December 30, 2009
Invoice: 1482569D

22414.0006
Fee / Employment Objections

## STATEMENT OF ACCOUNT

| | |
|---|---:|
| **Current Activity** | |
| Current Fees | 4,579.50 |
| Current Expenses | 0.00 |
| **Total Current Balance Due for Invoice 1482569** | **$ 4,579.50** |
| | |
| Total Due (For Past Due Activity and Current Activity) | $ 4,579.50 |

Fee for legal services rendered in caption from date of last bill to and including November 30, 2009.

## Fee Detail

| Date | Atty | Hours | Description |
|---|---|---|---|
| 11/03/09 | LAJ | 0.20 | Telephone conference with Jeff Shields re debtor's applications to employ special counsel and respond. |
| 11/04/09 | BQW | 0.70 | Conference with Jeff Shields re 327(e) applications filed; research re appointment of special counsel, situations allowed. |
| 11/04/09 | JYS | 0.70 | Email to and from Bob Goodrich (.2); confer with Lon Jenkins on objections to Section 329 applications (.2); brief research on standards (.3). |
| 11/04/09 | LAJ | 0.20 | Conference with Brock Worthen re research on special counsel objections. |
| 11/05/09 | JYS | 0.30 | Confer with Mr. Jenkins on objections. |
| 11/09/09 | BQW | 1.80 | Research re Section 327(e) appointment of special counsel; conference with Lon Jenkins re research. |
| 11/09/09 | JYS | 0.20 | Review and advise on objections to applications to employ. |
| 11/09/09 | LAJ | 1.30 | Draft objection to Wrona application to be special counsel. |
| 11/09/09 | LAJ | 1.20 | Draft objection to Gordon special counsel application. |
| 11/23/09 | LAJ | 0.20 | Telephone conference with K. Cannon re objections to employment applications for special counsel. |
| 11/23/09 | LAJ | 0.70 | Read counsel applications and objections to prepare for hearings tomorrow. |
| 11/24/09 | JYS | 0.60 | Court appearance -- various motions (to approve retention, objection to Gordon application, etc.). |
| 11/24/09 | JYS | 0.40 | Review Debtor's revised motion to hire Gemstone as co-manager and analysis of same. |
| 11/24/09 | LAJ | 0.40 | Outline presentations on motions to employ Debtors' special counsel and Committee counsel. |
| 11/24/09 | LAJ | 0.60 | Prepare for hearing; complete outline presentation to court on 3 motions. |
| 11/24/09 | LAJ | 1.10 | Attend, participate in hearings on motions to employ Debtor's special counsel and Committee counsel. |
| 11/27/09 | LAJ | 2.40 | Draft Committee's response to Debtor's motion to employ BDBC and Gemstone. |
| 11/29/09 | JYS | 0.50 | Confer with Mr. Jenkins on objection to hiring co-manager and review same for filing. |
| 11/29/09 | LAJ | 1.10 | Complete draft of Response to Applications to Employ BDRC and Gemstone as Co-Managers. |
| 11/29/09 | LAJ | 0.20 | Email to Jeff Shields, R. Huot re filing response to Applications. |
| 11/30/09 | JYS | 0.40 | Review, edit and file Committee response to Application to Appoint BDRC4 and Gemstone as special managers. |

**Total Hours**     15.20

## Fee Summary

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Shields, Jeffery | $ 360.00 | 3.10 | $ 1,116.00 |
| Jenkins, Lon A | 310.00 | 9.60 | 2,976.00 |
| Worthen, Brock | 195.00 | 2.50 | 487.50 |
| **Total Hours and Fees:** | | 15.20 | $ 4,579.50 |

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIIN THIRTY (30) DAYS OF INVOICE DATE WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

## Expenses

| Date | Description | Amount |
|---|---|---|
| 11/20/09 | Business Meals - Elizabeth M. Thompson; business meal 11/17/09 | 30.15 |
| | Long Distance Telephone Charges | 5.07 |
| | In house photo copies - 429 pages @ 0.20 | 85.80 |
| | Postage | 64.66 |
| **Disbursements Total** | | **$ 185.68** |

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

## JONES, WALDO, HOLBROOK & MCDONOUGH
A Professional Corporation

ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe
,

December 30, 2009
Invoice: 1482569E

22414.0007
Financing / Cash Collateral

### STATEMENT OF ACCOUNT

**Current Activity**
| | |
|---|---:|
| Current Fees | 282.00 |
| Current Expenses | 0.00 |
| **Total Current Balance Due for Invoice 1482569** | **$ 282.00** |
| | |
| **Total Due** (For Past Due Activity and Current Activity) | **$ 282.00** |

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

Fee for legal services rendered in caption from date of last bill to and including November 30, 2009.

## Fee Detail

| Date | Atty | Hours | Description |
|---|---|---|---|
| 11/05/09 | SDG | 0.40 | Review Motion for and Order granting 2004 exams; docket and calendar same |
| 11/06/09 | JYS | 0.60 | Emails to and from Craig Elliott on unit owner issues (.2); obtain Committee signatures on NDA with several emails (.4). |
| 11/27/09 | SDG | 0.20 | Review motion to approve amendment to cash collateral; review supporting documents and ex parte motion to shorten time for responses; calendar and docket hearing and response deadline |

**Total Hours**     1.20

## Fee Summary

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Shields, Jeffery | $ 360.00 | 0.60 | $ 216.00 |
| Glendening, Sherry D | 110.00 | 0.60 | 66.00 |
| **Total Hours and Fees:** | | 1.20 | $ 282.00 |

## JONES, WALDO, HOLBROOK & McDONOUGH
A Professional Corporation

ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe
,

December 30, 2009
Invoice: 1482569F

22414.0009
Plan & Disclosure Statement

### STATEMENT OF ACCOUNT

| | |
|---|---:|
| **Current Activity** | |
| Current Fees | 2,354.00 |
| Current Expenses | 0.00 |
| **Total Current Balance Due for Invoice 1482569** | **$ 2,354.00** |
| | |
| **Total Due** (For Past Due Activity and Current Activity) | **$ 2,354.00** |

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

Fee for legal services rendered in caption from date of last bill to and including November 30, 2009.

## Fee Detail

| Date | Atty | Hours | Description |
|---|---|---|---|
| 11/02/09 | LAJ | 0.50 | Read, evaluate draft confidentiality agreement from Debtors. |
| 11/05/09 | JYS | 0.30 | Review proposed confidentiality letter from Mr. McCardell and confer with Mr. Jenkins. |
| 11/06/09 | JYS | 0.60 | Emails to and from Craig Elliott on unit owner issues (.2); obtain Committee signatures on NDA with several emails (.4). |
| 11/11/09 | JYS | 1.90 | Track and compile NDA signatures (.3); review email from Mr. McCardell and review and analysis of the Confidential Business Plan (1.0); confer with Lon Jenkins (.3); email to Committee Chair (.1); prepare email of Plan to Committee (.2). |
| 11/13/09 | LAJ | 2.10 | Review, study business plan received from Debtors. |
| 11/16/09 | JYS | 1.10 | Confer with Mr. Jenkins (.2); telephone call with Ken Cannon (.1); email to and from Ken Cannon (.2); email to and from Craig Elliott (.2); additional analysis of business plan (.4). |
| 11/17/09 | JYS | 0.20 | Email to and from Mr. Blumenthal. |
| 11/22/09 | JYS | 0.20 | Emails to and from Steve McCardell. |

**Total Hours**    6.90

## Fee Summary

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Shields, Jeffery | $ 360.00 | 4.30 | $ 1,548.00 |
| Jenkins, Lon A | 310.00 | 2.60 | 806.00 |
| **Total Hours and Fees:** | | 6.90 | $ 2,354.00 |

JONES, WALDO, HOLBROOK & McDONOUGH
A Professional Corporation

ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe                                  December 30, 2009
,                                                                          Invoice: 1482569G

22414.0010
Lien / Security Interest Investigation

**STATEMENT OF ACCOUNT**

| | |
|---|---:|
| **Current Activity** | |
| Current Fees | 1,838.50 |
| Current Expenses | 0.00 |
| **Total Current Balance Due for Invoice 1482569** | **$ 1,838.50** |
| | |
| **Total Due** (For Past Due Activity and Current Activity) | **$ 1,838.50** |

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

Fee for legal services rendered in caption from date of last bill to and including November 30, 2009.

## Fee Detail

| Date | Atty | Hours | Description |
|------|------|-------|-------------|
| 11/02/09 | SBP | 0.30 | Review First Day Declaration. |
| 11/09/09 | SBP | 1.20 | Review intercreditor agreement; conference with Keven Rowe. |
| 11/10/09 | KMR | 0.50 | Conference with Susan Peterson re misapplication of proceeds among secured lenders. |
| 11/19/09 | JYS | 0.10 | Confer with Susan Peterson. |
| 11/23/09 | JYS | 0.40 | Review West LB forebearance agreement (.2); review ▬▬▬▬▬ (.2). |
| 11/23/09 | LAJ | 0.40 | Review Forbearance Agreement received from Debtors' counsel. |
| 11/23/09 | LAJ | 0.30 | Review ▬▬▬▬▬ document review. |
| 11/23/09 | KMR | 1.50 | Review Forbearance Agreement; review ▬▬▬▬▬ |
| 11/23/09 | SBP | 1.80 | Conferences with Keven Rowe; ▬▬▬▬▬ security interest. |

**Total Hours**   6.50

## Fee Summary

| Attorney | Rate | Hours | Amount |
|----------|------|-------|--------|
| Shields, Jeffery | $ 360.00 | 0.50 | $ 180.00 |
| Jenkins, Lon A | 310.00 | 0.70 | 217.00 |
| Rowe, Keven M. | 300.00 | 2.00 | 600.00 |
| Peterson, Susan B. | 255.00 | 3.30 | 841.50 |
| **Total Hours and Fees:** | | **6.50** | **$ 1,838.50** |

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

JONES, WALDO, HOLBROOK & MCDONOUGH

A Professional Corporation

ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe

, 

December 30, 2009
Invoice: 1482569H

22414.0011
Bay North Litigation

### STATEMENT OF ACCOUNT

| | |
|---|---:|
| **Current Activity** | |
| Total Fees For December | 469.00 |
| Current Expenses | 0.00 |
| **Total Current Balance Due for Invoice 1482569** | **$ 469.00** |
| | |
| **Total Due** (For Past Due Activity and Current Activity) | **$ 469.00** |

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

Fee for legal services rendered in caption from date of last bill to and including November 30, 2009.

### Fee Detail

| Date | Atty | Hours | Description |
|---|---|---|---|
| 11/04/09 | JYS | 0.70 | Email to and from Bob Goodrich (.2); confer with Lon Jenkins on objections to Section 329 applications (.2); brief research on standards (.3). |
| 11/12/09 | LAJ | 0.70 | Read pleadings in Debtors v. Bay North. |
| **Total Hours** | | **1.40** | |

### Fee Summary

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Shields, Jeffery | $ 360.00 | 0.70 | $ 252.00 |
| Jenkins, Lon A | 310.00 | 0.70 | 217.00 |
| **Total Hours and Fees:** | | **1.40** | **$ 469.00** |

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.