# JONES, WALDO, HOLBROOK & McDONOUGH

A Professional Corporation

ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe                    January 27, 2010

,

## STATEMENT OF ACCOUNT

**Current Activity**

| | |
|---|---|
| Total Fees For December | 24,915.50 |
| Current Expenses | 126.05 |
| **Total Current Balance Due for Invoice 1482569** | **$ 25,041.55** |

| | |
|---|---|
| **Total Due** (For Past Due Activity and Current Activity) | **$ 25,041.55** |

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

## JONES, WALDO, HOLBROOK & McDONOUGH
A Professional Corporation

### ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe

,

January 27, 2010
Invoice: 1484008

22414.0001
Asset Anaylsis and Recovery

### STATEMENT OF ACCOUNT

| | |
|---|---:|
| **Current Activity** | |
| Current Fees | 1,987.00 |
| Current Expenses | 126.05 |
| **Total Current Balance Due for Invoice 1484008** | **$ 2,113.05** |
| | |
| **Total Due** (For Past Due Activity and Current Activity) | **$ 2,113.05** |

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIN THIRTY (30) DAYS OF INVOICE DATE WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

22414.0001                                                    January 27, 2010
Asset Anaylsis and Recovery                    Page 2            Invoice No.:1484008

Fee for legal services rendered in caption from date of last bill to and including December 31, 2009.

| | | | Fee Detail |
|---|---|---|---|
| **Date** | **Atty** | **Hours** | **Description** |
| 12/01/09 | LAJ | 0.60 | Research re issues relating to Jacobsen interest in accounts for call with Havel and Jarvis. |
| 12/01/09 | LAJ | 0.30 | Telephone conference with K. Cannon re issues relating to Debtors' bank accounts and West LB interest. |
| 12/07/09 | JYS | 1.30 | Prepare for and conduct meeting with counsel for Jacobsen Construction and Jacobsen's CFO with Mr. Jenkins. |
| 12/07/09 | LAJ | 1.50 | Meet with Mike Johnson, Jeff Shields, R. Kirkland, J. Dibble |
| 12/07/09 | LAJ | 0.70 | Analyze issues relating to possible settlement to allow pre-confirmation unit sales. |
| 12/14/09 | LAJ | 0.80 | Read emails and correspondence provided by Debtor. |
| 12/14/09 | LAJ | 1.00 | Continue review of emails, correspondence, documents provided by Debtors. |
| **Total Hours** | | **6.20** | |

| | | Fee Summary | |
|---|---|---|---|
| **Attorney** | **Rate** | **Hours** | **Amount** |
| Shields, Jeffery | $ 360.00 | 1.30 | $ 468.00 |
| Jenkins, Lon A | 310.00 | 4.90 | 1,519.00 |
| **Total Hours and Fees:** | | **6.20** | **$ 1,987.00** |

| | | Expenses |
|---|---|---|
| **Date** | **Description** | **Amount** |
| 12/10/09 | Online Legal Research | 40.00 |
| | Long Distance Telephone Charges | 12.45 |
| | In house photo copies - 368 pages @ 0.20 | 73.60 |
| **Disbursements Total** | | **$ 126.05** |

## JONES, WALDO, HOLBROOK & MCDONOUGH
### A Professional Corporation

**ATTORNEYS AND COUNSELORS**
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe

,

January 27, 2010
Invoice:  1484009

22414.0003
Case Administration

### STATEMENT OF ACCOUNT

**Prior Activity**

**Current Activity**

| | |
|---|---:|
| Current Fees | 3,567.00 |
| Current Expenses | 0.00 |
| **Total Current Balance Due for Invoice 1484009** | **$ 3,567.00** |
| | |
| **Total Due** (For Past Due Activity and Current Activity) | **$ 3,567.00** |

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

22414.0003                                    Page 2                                    January 27, 2010
Case Administration                                                                    Invoice No.:1484009

Fee for legal services rendered in caption from date of last bill to and including December 31, 2009.

## Fee Detail

| Date | Atty | Hours | Description |
|------|------|-------|-------------|
| 12/01/09 | LAJ | 0.50 | Draft Minutes of 11/25/09 meeting. |
| 12/01/09 | LAJ | 0.30 | Complete draft of minutes of 11/25/09 meeting. |
| 12/01/09 | LAJ | 0.50 | Telephone conference with R. Havel, A. Jarvis, Jeff Shields re reorganization issues. |
| 12/01/09 | LAJ | 0.30 | Post-meeting conference with Jeff Shields re tasks. |
| 12/02/09 | LAJ | 0.30 | Review notes for meeting with West LB to prepare for Committee meeting. |
| 12/02/09 | LAJ | 0.80 | Participate in Committee meeting. |
| 12/02/09 | LAJ | 0.20 | Arrange for delivery of pleadings in case to Committee Members. |
| 12/02/09 | LAJ | 0.20 | Conference with Jeff Shields re report on Committee Meeting. |
| 12/03/09 | LAJ | 1.10 | Draft minutes from 12/02 meeting. |
| 12/07/09 | SDG | 0.20 | Review filings |
| 12/14/09 | SDG | 0.30 | Review filings |
| 12/15/09 | SDG | 0.20 | Review daily docket; print same |
| 12/16/09 | JYS | 1.00 | Participate in Committee conference call. |
| 12/16/09 | JYS | 0.40 | Review Debtor's Monthly Financial reports. |
| 12/16/09 | LAJ | 1.10 | Attend, participate in Committee Meeting. |
| 12/16/09 | LAJ | 0.20 | Post-meeting conference with Jeff Shields re tasks. |
| 12/16/09 | LAJ | 1.00 | Draft Minutes from 12/16 Committee Meeting. |
| 12/16/09 | SDG | 0.70 | Assemble and email monthly operating reports to members of the committee |
| 12/22/09 | LAJ | 0.30 | Draft Agenda for 12/23 meeting; transmit to Members. |
| 12/23/09 | LAJ | 0.90 | Attend Committee meeting. |
| 12/28/09 | SDG | 0.80 | Catalogue Monthly operating reports and Statements and Schedules |
| 12/29/09 | LAJ | 0.20 | Emails with F. Goodrich re Committee materials. |
| 12/29/09 | LAJ | 0.20 | Conference with Sherry Glendening re monthly reports. |
| 12/30/09 | LAJ | 0.40 | Prepare minutes from 12/23 meeting. |
| 12/30/09 | LAJ | 0.60 | Prepare minutes from 12/23 meeting. |

**Total Hours**         **12.70**

## Fee Summary

| Attorney | Rate | Hours | Amount |
|----------|------|-------|--------|
| Shields, Jeffery | $ 360.00 | 1.40 | $ 504.00 |
| Jenkins, Lon A | 310.00 | 9.10 | 2,821.00 |
| Glendening, Sherry D | 110.00 | 2.20 | 242.00 |
| **Total Hours and Fees:** | | **12.70** | **$ 3,567.00** |

# JONES, WALDO, HOLBROOK & McDONOUGH

A Professional Corporation

### ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe                            January 27, 2010
    ,                                                          Invoice:  1484012


22414.0004
Claims Administration & Objections


### STATEMENT OF ACCOUNT

**Prior Activity**

**Current Activity**

| | |
|---|---:|
| Current Fees | 124.00 |
| Current Expenses | 0.00 |
| **Total Current Balance Due for Invoice 1484012** | **$ 124.00** |

| | |
|---|---:|
| **Total Due** (For Past Due Activity and Current Activity) | **$ 124.00** |

22414.0004
Claims Administration &
Objections

Page 2

January 27, 2010
Invoice No.:1484012

Fee for legal services rendered in caption from date of last bill to and including December 31, 2009.

## Fee Detail

| Date | Atty | Hours | Description |
|------|------|-------|-------------|
| 12/03/09 | LAJ | 0.40 | Conference with Committee Member re claim procedures; email to Members re filing claims, claim form. |
| **Total Hours** | | **0.40** | |

## Fee Summary

| Attorney | Rate | Hours | Amount |
|----------|------|-------|--------|
| Jenkins, Lon A | $ 310.00 | 0.40 | $ 124.00 |
| **Total Hours and Fees:** | | **0.40** | **$ 124.00** |

# JONES, WALDO, HOLBROOK & McDONOUGH

A Professional Corporation

ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe                    January 27, 2010
,                                                            Invoice:  1484013

22414.0005
Fee / Employment Applicants

## STATEMENT OF ACCOUNT

**Prior Activity**

**Current Activity**

| | |
|---|---:|
| Current Fees | 4,594.00 |
| Current Expenses | 0.00 |
| **Total Current Balance Due for Invoice 1484013** | **$ 4,594.00** |
| | |
| **Total Due (For Past Due Activity and Current Activity)** | **$ 4,594.00** |

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

22414.0005
Fee / Employment Applicants

Page 2

January 27, 2010
Invoice No.:1484013

Fee for legal services rendered in caption from date of last bill to and including December 31, 2009.

| Date | Atty | Hours | Description |
|------|------|-------|-------------|
| 12/01/09 | JYS | 0.90 | Two telephone conferences with Rich Havel and Annette Jarvis (.4); telephone call with Craig Elliott (.2); confer with Mr. Jenkins on objection to Gemstone application (.3). |
| 12/01/09 | JYS | 0.30 | Review Jacobsen objection to Motion to Shorten (.1); review Mr. Jenkins' draft of Committee minutes (.1); review and provide comments to agenda (.1). |
| 12/01/09 | SDG | 0.80 | Review UCC's response to Application to Employ BDRC and application to employ GemStone. Review order establishing deadline for Objection to Debtor's Motion for Order establishing Monthly Fee Expense |
| 12/02/09 | LAJ | 0.70 | Read West LB Reply Memo and Declaration in reply re Gemstone Application. |
| 12/02/09 | LAJ | 0.30 | Analyze West LB reply; reconcile with Committee concern. |
| 12/03/09 | LAJ | 0.30 | Review orders to be endorsed re BDRC, Gemstone Applications. |
| 12/03/09 | SDG | 0.40 | Review reply to Committee's response to employment application; review applications allowing telephonic appearance |
| 12/03/09 | SDG | 0.30 | Initial conference with L. Jenkins re endorsement of applications to employ |
| 12/04/09 | SDG | 0.40 | Review minute entry re applications of employment and orders re same |
| 12/07/09 | LAJ | 0.20 | Emails with K. Cannon re hearing tomorrow. |
| 12/07/09 | LAJ | 0.50 | Review, revise November invoices for compliance with billing procedures. |
| 12/08/09 | LAJ | 0.30 | Review agreement re proposed compensation to appraiser; conference with K. Cannon re same. |
| 12/08/09 | LAJ | 0.80 | Review pleadings for hearing; attend hearing on employment of appraiser, return from court. |
| 12/08/09 | SDG | 0.10 | Review order approving employment of GemStone & BDRC |
| 12/09/09 | JYS | 0.20 | Telephone call with Annette Jarvis and Rich Havel. |
| 12/10/09 | SDG | 0.30 | Review docket in regards to Objection deadline on monthly fee application reimbursement; email correspondence with L. Jenkins re same |
| 12/14/09 | JYS | 0.40 | Review proposed amended order from Mr. Kotter (.1); review proposed order on interim fee applications (.1); review additional batch of emails from Ken Cannon (.2). |
| 12/15/09 | LAJ | 0.40 | Review Dorsey fee submission. |
| 12/15/09 | LAJ | 0.20 | Telephone conference with K. Cannon re payment procedures. |
| 12/15/09 | LAJ | 0.60 | Review West LB fee submission. |
| 12/16/09 | LAJ | 0.40 | Review Dorsey (West LB counsel) invoices. |
| 12/16/09 | LAJ | 0.40 | Read, comment, revise Jones Waldo invoices. |
| 12/17/09 | LAJ | 0.70 | Work on fee payment submissions for service and filing. |
| 12/17/09 | LAJ | 0.70 | Conferences with Sherry Glendening and work with Sherry re fee request submission. |
| 12/17/09 | SDG | 0.60 | Review order establishing Monthly Fee & Expense procedure; calendar and date deadlines for fee requests. |
| 12/17/09 | SDG | 0.20 | Conference with L. Jenkins re fee request |
| 12/17/09 | SDG | 0.60 | Draft notice of Fee Request; conference with L. Jenkins re same |
| 12/18/09 | LAJ | 0.40 | Revise notice of fee submission for service and filing. |
| 12/18/09 | LAJ | 1.00 | Invoice review for fee submission. |
| 12/18/09 | SDG | 1.60 | Finalize and file Fee Request |
| 12/21/09 | JYS | 0.40 | Review Debtor's reply memo (.2); review Shoaf declarations (.2). |
| 12/21/09 | LAJ | 0.90 | Review Sidley, Dorsey fee statements. |
| 12/22/09 | LAJ | 0.30 | Review Durham Jones & Pinegar fee submission. |
| 12/23/09 | LAJ | 0.30 | Email exchange re payment of West LB fees. |

Page 3

22414.0005
Fee / Employment Applicants

January 27, 2010
Invoice No.:1484013

## Fee Detail

| Date | Atty | Hours | Description |
|------|------|-------|-------------|
| 12/29/09 | LAJ | 0.20 | Conference with Sherry Glendening re revisions to billing format. |
| 12/29/09 | LAJ | 0.50 | Email exchanges with counsel re adjustments to payments, address Jones Waldo adjustments. |
| 12/29/09 | SDG | 0.80 | Research re Trustee's guidelines re billing; conference with L. Jenkins re same; conference with C. Hipp re restructure of billing |

**Total Hours**      **18.40**

## Fee Summary

| Attorney | Rate | Hours | Amount |
|----------|------|-------|--------|
| Shields, Jeffery | $ 360.00 | 2.20 | $ 792.00 |
| Jenkins, Lon A | 310.00 | 10.10 | 3,131.00 |
| Glendening, Sherry D | 110.00 | 6.10 | 671.00 |
| **Total Hours and Fees:** | | **18.40** | **$ 4,594.00** |

# JONES, WALDO, HOLBROOK & McDONOUGH
### A Professional Corporation

## ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe
,

January 27, 2010
Invoice:  1484010

22414.0006
Fee / Employment Objections

## STATEMENT OF ACCOUNT

**Prior Activity**

**Current Activity**

| | |
|---|---:|
| Current Fees | 1,730.00 |
| Current Expenses | 0.00 |
| **Total Current Balance Due for Invoice 1484010** | **$ 1,730.00** |
| **Total Due** (For Past Due Activity and Current Activity) | **$ 1,730.00** |

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

22414.0006
Fee / Employment Objections

Page 2

January 27, 2010
Invoice No.:1484010

Fee for legal services rendered in caption from date of last bill to and including December 31, 2009.

### Fee Detail

| Date | Atty | Hours | Description |
|---|---|---|---|
| 12/02/09 | JYS | 0.50 | Review West LB replies to Committee objections to appoint managers (.2); confer with Mr. Jenkins (.1); review West LB motion to amend cash order (.2); email to and from Mr. Havel (.1). |
| 12/03/09 | LAJ | 0.30 | Read Jacobsen Objection re Motion of Debtors to Shorten Time. |
| 12/03/09 | LAJ | 0.40 | Prepare outline for hearing on Gemstone Application. |
| 12/03/09 | LAJ | 1.40 | To Court; attend hearing on BDRC, Gemstone Applications. |
| 12/10/09 | JYS | 0.80 | Telephone call with Rich Havel (.2); followup email (.1); review email documents furnished by Mr. Cannon (.3); review West LB's conditional objection (.2). |
| 12/11/09 | JYS | 0.70 | Telephone call with Ben Kotter and Rich Hovel (.1); edit and file Committee objection (.2); review proposed order (.2); review Jacobsen blackline and cover email (.2). |
| 12/21/09 | SDG | 0.40 | Catalogue WestLB's fees and costs |
| 12/23/09 | SDG | 0.20 | Review fee request of Durham Jones; calendar and docket objection deadline |
| 12/28/09 | JYS | 0.60 | Confer with Mr. Jenkins (.2); review West LB objections to professional fee applications (.2); email to and from Michael Johnson (.2). |
| 12/28/09 | SDG | 0.70 | Review Objection to fee request filed by Debtor; review order approving procedures for monthly fee request; email J. Shields and L. Jenkins re same |

**Total Hours**   **6.00**

### Fee Summary

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Shields, Jeffery | $ 360.00 | 2.60 | $ 936.00 |
| Jenkins, Lon A | 310.00 | 2.10 | 651.00 |
| Glendening, Sherry D | 110.00 | 1.30 | 143.00 |
| **Total Hours and Fees:** | | **6.00** | **$ 1,730.00** |

## JONES, WALDO, HOLBROOK & McDONOUGH
A Professional Corporation

### ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe
,

January 27, 2010
Invoice:  1484014

22414.0007
Financing / Cash Collateral

### STATEMENT OF ACCOUNT

**Prior Activity**

**Current Activity**
Current Fees                                                          6,390.50
Current Expenses                                                         0.00
**Total Current Balance Due for Invoice 1484014**          **$ 6,390.50**

**Total Due** (For Past Due Activity and Current Activity)        **$ 6,390.50**

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

22414.0007                                                                    January 27, 2010
Financing / Cash Collateral                                                   Invoice No.:1484014

Fee for legal services rendered in caption from date of last bill to and including December 31, 2009.

## Fee Detail

| Date | Atty | Hours | Description |
|------|------|-------|-------------|
| 12/02/09 | JYS | 0.30 | Confer with Mr. Jenkins re Motion of West LB to amend cash order (.2); email to and from Michael Johnson, Esq. (.1). |
| 12/02/09 | SDG | 0.50 | Review objections to Ex-parte cash collateral |
| 12/07/09 | LAJ | 1.10 | Read, analyze Debtors' West LB Motion to Modify Cash Collateral Order and Exhibits. |
| 12/08/09 | LAJ | 0.20 | Emails with Jeff Shields re financing litigation. |
| 12/09/09 | LAJ | 0.20 | Conference with Jeff Shields re response to motion by Debtors to amend cash collateral. |
| 12/09/09 | LAJ | 0.90 | Read, analyze proposed cash collateral stipulation amendments. |
| 12/09/09 | LAJ | 0.70 | Telephone conference with K. Cannon re questions on cash collateral amendments and related issues. |
| 12/09/09 | LAJ | 0.20 | Finalize letter to K. Cannon re request for documents. |
| 12/09/09 | LAJ | 0.20 | Conference with Jeff Shields re further discussion of response to Cash Collateral Amendment. |
| 12/09/09 | LAJ | 0.20 | Telephone conference with C. Elliott re Cash Collateral Amendment. |
| 12/09/09 | LAJ | 0.90 | Draft lengthy email to Committee re response to Joint Motion to Amend Cash Collateral Stipulation. |
| 12/09/09 | LAJ | 0.20 | Conference with Jeff Shields re West LB entitlement to additional adequate protection; email to Brock Worthen re research needed. |
| 12/10/09 | BQW | 4.10 | Research re attorneys' fees provision in adequate protection requests; draft argument for opposition to modification of cash collateral order; email to/from Jeff Shields and Lon Jenkins re cash collateral amendments. |
| 12/10/09 | LAJ | 0.20 | Telephone conference with Brock Worthen re research project on 361 adequate protection. |
| 12/10/09 | LAJ | 0.30 | Various emails with Jeff Shields re objection to cash collateral amendments, his conferences with West LB counsel. |
| 12/10/09 | LAJ | 0.50 | Telephone conference with K. Cannon re explanation of correspondence and documents produced. |
| 12/11/09 | LAJ | 0.80 | Read Joint Motion to Modify Cash Collateral Stipulation. |
| 12/11/09 | LAJ | 2.80 | Draft objection for filing by noon - Objection to Joint Motion to Amend Cash Collateral Stipulation. |
| 12/11/09 | LAJ | 0.50 | Conference with Jeff Shields and review terms of order re Amendment to Cash Collateral Stipulation/Order to respond to objections. |
| 12/11/09 | LAJ | 1.00 | Various conferences with Jeff Shields; emails with Jacobsen and West LB counsel re form of order and resolving objections for Monday hearing. |
| 12/14/09 | LAJ | 0.40 | Review final proposed orders on cash collateral amendment and payment procedures for hearing today. |
| 12/14/09 | LAJ | 1.10 | Further conference with Jeff Shields and emails with counsel for Jacobsen, West LB, and Debtors re final terms of Order amending Cash Collateral Order; review final order. |
| 12/14/09 | LAJ | 0.30 | Prepare presentation for hearing on Cash Collateral Amendment. |
| 12/14/09 | LAJ | 0.90 | To court, attend hearing on Cash Collateral Amendment, return from court. |
| 12/17/09 | SDG | 0.60 | Review order on Joint Motion to approve amendment to stipulation authorizing cash collateral; calendar and docket deadlines re same |
| 12/22/09 | JYS | 0.20 | Review deposition notices from Jacobsen. |
| 12/22/09 | LAJ | 0.30 | Review subpoenas issued by Jacobsen. |
| 12/22/09 | LAJ | 0.20 | Review subpoena to Millcreek Design; email M. Johnson. |

22414.0007                                    Page 3                           January 27, 2010
Financing / Cash Collateral                                                Invoice No.:1484014

## Fee Detail

| Date | Atty | Hours | Description |
|------|------|-------|-------------|
| 12/22/09 | SDG | 0.20 | Review Certificate of Service re Jacobsen's Requests for Production of Documents; calendar and docket response deadline re same |
| 12/23/09 | JYS | 0.20 | Review correspondence from Mr. Havel (.2). |
| 12/23/09 | SDG | 0.60 | Review notice of Deposition of Easy Street; calendar and docket deposition date (.20) Review Notice of Deposition of WestLB; calendar and docket same (.20) Review Notice of Subpoena Duces Tecum re same (.2) |
| 12/28/09 | SDG | 0.20 | Review stipulation re extension of deadlines |
| 12/29/09 | JYS | 0.20 | Review West LB's discovery to Jacobsen (.2). |
| 12/29/09 | LAJ | 0.50 | Review West LB discovery requests. |
| 12/29/09 | LAJ | 0.60 | Brief review of documents produced by Millcreek Design to Jacobsen. |
| 12/29/09 | SDG | 1.60 | Assemble responses to Subpoena duces Tecum served on S. Brown by Jacobson National; prepare break out file re same |
| 12/30/09 | LAJ | 0.30 | Telephone conference with K. Cannon re plan, cash collateral extension. |
| 12/30/09 | SDG | 0.50 | Review docket (.30) review Notice of Deposition of Jacobsen National; calendar and docket same (.20) |

**Total Hours**          **24.70**

## Fee Summary

| Attorney | Rate | Hours | Amount |
|----------|------|-------|--------|
| Shields, Jeffery | $ 360.00 | 0.90 | $ 324.00 |
| Jenkins, Lon A | 310.00 | 15.50 | 4,805.00 |
| Worthen, Brock | 195.00 | 4.10 | 799.50 |
| Glendening, Sherry D | 110.00 | 4.20 | 462.00 |
| **Total Hours and Fees:** | | **24.70** | **$ 6,390.50** |

# JONES, WALDO, HOLBROOK & MCDONOUGH
### A Professional Corporation

## ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe

,

January 27, 2010
Invoice: 1484011

22414.0008
Litigation

## STATEMENT OF ACCOUNT

**Prior Activity**

**Current Activity**

| | |
|---|---:|
| Current Fees | 1,147.00 |
| Current Expenses | 0.00 |
| **Total Current Balance Due for Invoice 1484011** | **$ 1,147.00** |
| | |
| **Total Due** (For Past Due Activity and Current Activity) | **$ 1,147.00** |

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

22414.0008
Litigation

January 27, 2010
Invoice No.:1484011

Fee for legal services rendered in caption from date of last bill to and including December 31, 2009.

## Fee Detail

| Date | Atty | Hours | Description |
|---|---|---|---|
| 12/15/09 | LAJ | 0.30 | Conference with Jeff Shields re issues related to potential actions. |
| 12/16/09 | LAJ | 0.20 | Conference with K. Cannon re issues relating to Bay North payment. |
| 12/18/09 | LAJ | 0.30 | Conference with Brock Worthen re research on ███████████████████ |
| 12/21/09 | LAJ | 0.40 | Conference with Brock Worthen re ████████████████████ |
| 12/21/09 | LAJ | 0.50 | Read research from Brock Worthen. |
| 12/21/09 | LAJ | 0.80 | Read pleadings from Debtors re Section 105 motion. |
| 12/22/09 | LAJ | 0.40 | Meet with Brock Worthen re discussion of ████████████████ |
| 12/22/09 | LAJ | 0.60 | Review reasearch materials from Brock Worthen re ████████████████ |
| 12/30/09 | LAJ | 0.20 | Conference with Brock Worthen re ████████████████ |

**Total Hours**        **3.70**

## Fee Summary

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Jenkins, Lon A | $ 310.00 | 3.70 | $ 1,147.00 |
| **Total Hours and Fees:** | | **3.70** | **$ 1,147.00** |

# JONES, WALDO, HOLBROOK & MCDONOUGH
### A Professional Corporation

ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe                          January 27, 2010
,                                                                 Invoice:  1484015


22414.0009
Plan & Disclosure Statement


## STATEMENT OF ACCOUNT


**Prior Activity**

**Current Activity**
Current Fees                                                        684.00
Current Expenses                                                      0.00
                                                                   _____
**Total Current Balance Due for Invoice 1484015**                 **$ 684.00**


**Total Due** (For Past Due Activity and Current Activity)        **$ 684.00**

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

22414.0009
Plan & Disclosure Statement

Page 2

January 27, 2010
Invoice No.:1484015

Fee for legal services rendered in caption from date of last bill to and including December 31, 2009.

## Fee Detail

| Date | Atty | Hours | Description |
|------|------|-------|-------------|
| 12/01/09 | LAJ | 0.50 | Telephone conference with R. Havel, A. Jarvis, Jeff Shields re reorganization issues and related matters. |
| 12/01/09 | LAJ | 0.20 | Telephone conference with C. Elliott re report on conference with West LB counsel. |
| 12/03/09 | LAJ | 0.20 | Post-hearing conferences with opposing counsel re case developments. |
| 12/21/09 | LAJ | 0.70 | Read, analyze Debtors' Motion to Extend Exclusivity. |
| 12/21/09 | SDG | 0.30 | Review Debtor's motion to extend exclusive period to file plan; calendar and docket hearing and deadline for response |
| 12/23/09 | LAJ | 0.50 | Review Debtors' motion to extend exclusivity. |

**Total Hours**      **2.40**

## Fee Summary

| Attorney | Rate | Hours | Amount |
|----------|------|-------|--------|
| Jenkins, Lon A | $ 310.00 | 2.10 | $ 651.00 |
| Glendening, Sherry D | 110.00 | 0.30 | 33.00 |
| **Total Hours and Fees:** | | **2.40** | **$ 684.00** |

### JONES, WALDO, HOLBROOK & McDONOUGH
A Professional Corporation

ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe

,

January 27, 2010
Invoice: 1484016

22414.0010
Lien/Security Interest Investigation

## STATEMENT OF ACCOUNT

**Prior Activity**

**Current Activity**

| | |
|---|---:|
| Current Fees | 2,399.00 |
| Current Expenses | 0.00 |
| **Total Current Balance Due for Invoice 1484016** | **$ 2,399.00** |
| | |
| **Total Due** (For Past Due Activity and Current Activity) | **$ 2,399.00** |

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

22414.0010                                                                                           January 27, 2010
Lien/Security Interest                                                                              Invoice No.:1484016
Investigation                                                                          Page 2

Fee for legal services rendered in caption from date of last bill to and including December 31, 2009.

### Fee Detail

| Date | Atty | Hours | Description |
|------|------|-------|-------------|
| 12/01/09 | LAJ | 0.60 | Read applications for meeting with West LB counsel; read Forebearance Agreement. |
| 12/04/09 | LAJ | 2.40 | Read, analyze prepared analysis and review source documents re: validity of liens, security interests, and waivers. |
| 12/08/09 | LAJ | 0.20 | Conference with K. Cannon re request for emails from B. Shoaf. |
| 12/08/09 | LAJ | 0.30 | Draft letter to K. Cannon re requesting emails from B. Shoaf. |
| 12/15/09 | LAJ | 0.90 | Read Forebearance, selected loan document provisions re $5.6 million payment to Bay North. |
| 12/15/09 | LAJ | 1.20 | Read, evaluate, documents re: validity of liens. |
| 12/18/09 | BQW | 1.10 | Conference with Lon Jenkins re effect of ███████████████████ ████████████████ begin research re same. |
| 12/21/09 | BQW | 2.30 | Research re ████████████████ conference with Lon Jenkins re research. |

**Total Hours**        **9.00**

### Fee Summary

| Attorney | Rate | Hours | Amount |
|----------|------|-------|--------|
| Jenkins, Lon A | $ 310.00 | 5.60 | $ 1,736.00 |
| Worthen, Brock | 195.00 | 3.40 | 663.00 |
| **Total Hours and Fees:** | | **9.00** | **$ 2,399.00** |

JONES, WALDO, HOLBROOK & MCDONOUGH
A Professional Corporation

ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe                          January 27, 2010
                                                                  Invoice:  1484017
,

22414.0011
Bay North Litigation

## STATEMENT OF ACCOUNT

**Prior Activity**

**Current Activity**

| | |
|---|---:|
| Current Fees | 2,293.00 |
| Current Expenses | 0.00 |
| **Total Current Balance Due for Invoice 1484017** | **$ 2,293.00** |
| | |
| **Total Due** (For Past Due Activity and Current Activity) | **$ 2,293.00** |

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

22414.0011                                                                                 January 27, 2010
Bay North Litigation                            Page 2                           Invoice No.:1484017

Fee for legal services rendered in caption from date of last bill to and including December 31, 2009.

### Fee Detail

| Date | Atty | Hours | Description |
|------|------|-------|-------------|
| 12/02/09 | JYS | 0.30 | Review Baynorth Motion to Dismiss Complaint of Debtor. |
| 12/02/09 | LAJ | 0.80 | Read Bay North Motion to Dismiss adv. Pro Complaint in Easy Street v. Bay North for issues relating to $5.6 M payment. |
| 12/02/09 | SDG | 0.50 | Review verified complaint filed by Debtor against Baynorth, catalogue same; calendar and docket response to complaint; email L. Jenkins re same. |
| 12/03/09 | LAJ | 0.70 | Brief review of Debtors' opposition to motion to dismiss. |
| 12/03/09 | LAJ | 0.20 | Conference with K. Cannon re Bay North adversary and new proceeding filing. |
| 12/22/09 | JYS | 2.30 | Attend hearings on Bay North Motion to Dismiss Complaint and Motion to Extend (2.0); confer with Mike Blumenthal (.2); review agenda (.1). |
| 12/22/09 | LAJ | 2.30 | Attend hearing on Bay North motion for dismissal of adversary proceeding; Debtor's motion for Section 105 stay of proceedings. |
| 12/30/09 | LAJ | 0.20 | Review Decision on Bay North motion to dismiss. |

**Total Hours**        **7.30**

### Fee Summary

| Attorney | Rate | Hours | Amount |
|----------|------|-------|--------|
| Shields, Jeffery | $ 360.00 | 2.60 | $ 936.00 |
| Jenkins, Lon A | 310.00 | 4.20 | 1,302.00 |
| Glendening, Sherry D | 110.00 | 0.50 | 55.00 |
| **Total Hours and Fees:** | | **7.30** | **$ 2,293.00** |