Jeffrey W. Shields (USB #2948)
Lon A. Jenkins (USB #4060)
Troy J. Aramburu (USB #10444)
**JONES WALDO HOLBROOK & McDONOUGH, PC**
170 South Main Street, Suite 1500
Salt Lake City, Utah  84101
Telephone:  (801) 521-3200
Email:  jshields@joneswaldo.com
ljenkins@joneswaldo.com
taramburu@joneswaldo.com

*Counsel to Unsecured Creditors' Committee*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH

| In re: **EASY STREET HOLDING, LLC et al.,** Debtor. | Bankruptcy No.09-29905<br><br>(Jointly Administered with Cases 09-29907 and 09-29908)<br><br>Chapter 11<br><br>Honorable R. Kimball Mosier<br><br>CERTIFICATE OF SERVICE |
|---|---|

I hereby certify that on January 29, 2010 I caused to be served a true and correct copy of the *First Interim Application of Jones Waldo Holbrook & McDonough, PC for Allowance of Fees and Expenses as Counsel for the Official Committee of Unsecured Creditors, for the Period of October 6, 2009 through and Including December 31, 2009* upon the following parties, via United States mail, postage prepaid and via ECF Notification:

ECF Notification:

- Kenneth L. Cannon    kcannon@djplaw.com, khughes@djplaw.com

- Scott A. Cummings    cummings.scott@dorsey.com

- Mary Margaret Hunt    hunt.peggy@dorsey.com, wardle.gay@dorsey.com

- Annette W. Jarvis    jarvis.annette@dorsey.com, smith.ron@dorsey.com;slc.lit@dorsey.com;brown.patricia@dorsey.com

- Michael R. Johnson    mjohnson@rqn.com, agale@rqn.com

- Anthony C. Kaye    kaye@ballardspahr.com

- Benjamin J. Kotter    kotter.benjamin@dorsey.com

- Adelaide Maudsley    maudsley@chapman.com, jemery@chapman.com

- Steven J. McCardell    smccardell@djplaw.com, khughes@djplaw.com

- John T. Morgan tr    john.t.morgan@usdoj.gov, james.gee@usdoj.gov

- David W. Overholt    doverholt@rsolaw.com, abachman@rsolaw.com

- Jessica G Peterson    jpeterson@djplaw.com

- Knute Rife    karife@rifelegal.com

- Jeffrey L. Shields    jlshields@cnmlaw.com, njpotter@cnmlaw.com

- United States Trustee    USTPRegion19.SK.ECF@usdoj.gov

First class mail, postage prepaid upon the following:

| | |
|---|---|
| Appraisal Group, Inc.<br>Attn: Paul W. Throndsen, MAI<br>7396 S Union Park Avenue, #301<br>Midvale, UT 84047 | Steven B. Eichel<br>Crowell & Moring LLP<br>590 Madison Avenue, 20th Floor<br>New York, NY 10022 |
| BDRC 4 Site, LLC<br>Attn: Bryan W. Dorsey<br>305 NE Loop 820, Ste 109<br>Hurst, TX 76053 | Anthony S. Fiotto<br>Goodwin Procter LLP<br>Exchange Place<br>Boston, MA 02109 |
| Michael V. Blumenthal<br>Crowell & Moring LLP<br>590 Madison Avenue, 20th Floor<br>New York, NY 10022 | Gemstone Hotels & Resorts, LLC<br>Attn: Jeff McIntyre, Principal<br>1912 Sidewinder Drive, #104<br>Park City, UT 84060 |

2

918844.1

| | |
|---|---|
| Corbin B. Gordon<br>345 West 600 South, Suite 108<br>Heber City, UT 84032 | WestLB, AG<br>1211 Ave. of the Americas, 24th Floor<br>New York, NY 10036-8705 |
| Brian W. Harvey<br>Goodwin Procter LLP<br>The New York Time Building<br>620 Eighth Avenue<br>New, NY 10018-1405 | Easy Street Holding, LLC<br>4780 Winchester Court<br>Park City, UT 84098 |
| Ambica Mohabir<br>Goodwin Procter LLP<br>Exchange Place<br>Boston, MA 02109 | Easy Street Partners, LLC<br>4780 Winchester Court<br>Park City, UT 84098 |
| Joseph E. Wrona<br>WRONA LAW OFFICES, P.C.<br>1745 Sidewinder Drive<br>Park City, UT 84060 | Easy Street Mezzanine, LLC<br>4780 Winchester Court<br>Park City, UT 84098 |
| Bruce J. Zabarauskas<br>Crowell & Moring LLp<br>590 Madison Avenue, 20th Floor<br>New York, NY 10022 | |

DATED: February 1, 2010.

**JONES WALDO HOLBROOK & McDONOUGH, PC**

By: /s/ Lon A. Jenkins
    Lon A. Jenkins
    Troy J. Aramburu

3

918844.1