Kenneth L. Cannon II (kcannon@djplaw.com) (3705)
Steven J. McCardell (smccardell@djplaw.com) (2144)
DURHAM JONES & PINEGAR
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT   84110-4050
Telephone:  (801) 415-3000/Fax:  (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com) (admitted pro hac vice)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY  10022
Telephone:  (212) 223-4000/Fax:  (212) 223-4134

Counsel for Debtors and Debtors in Possession

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re: | |
| EASY STREET HOLDING, LLC, *et al.*, | Bankruptcy Case No. 09-29905 |
| Debtors. | Jointly Administered with Cases 09-29907 and 09-29908 |
| Address:  201 Heber Avenue<br>         Park City, UT 84060 | Chapter 11 |
| | Honorable R. Kimball Mosier |
| Tax ID Numbers:<br>35-2183713 (Easy Street Holding, LLC),<br>20-4502979 (Easy Street Partners, LLC), and<br>84-1685764 (Easy Street Mezzanine, LLC) | **[FILED ELECTRONICALLY]** |

**NOTICE OF HEARING ON FIRST APPLICATIONS FOR INTERIM
COMPENSATION AND REIMBURSEMENT OF (1) CROWELL & MORING,
AS CO-COUNSEL FOR THE DEBTORS, (2) DURHAM JONES & PINEGAR
AS CO-COUNSEL FOR THE DEBTORS, (3) WRONA LAW OFFICES AS
SPECIAL COUNSEL FOR THE DEBTORS, (4) CORBIN B. GORDON AS SPECIAL
COUNSEL FOR THE DEBTORS, (5) APPRAISAL GROUP, INC. AS EXPERT
APPRAISERS FOR EASY STREET PARTNERS, LLC, AND (6) JONES WALDO
HOLBROOK & McDONOUGH AS COUNSEL FOR THE OFFICIAL UNSECURED
CREDITORS COMMITTEE, AND OF OPPORTUNITY TO OBJECT THERETO**

**PLEASE TAKE NOTICE** that the following interim fee applications have been filed in this case:

(1) First Application of Crowell & Moring LLP for Interim Compensation and Reimbursement Pursuant to 11 U.S.C. §§ 330 and 331 as Attorneys for Debtors in Possession for the Period September 14, 2009 through December 31, 2009 (the "Crowell Application"). The Crowell Application requests approval for interim compensation in the amount of $477,377.00 for professional services rendered and interim reimbursement of expenses in the amount of $20,900.70. If you have not received a copy of the Crowell Application, you may obtain a copy from the Court's electronic PACER service or by requesting a copy from Steven B. Eichel, Crowell & Moring, 590 Madison Avenue, 20th Floor, New York, New York 10022, email: seichel@crowell.com.

(2) First Application of Durham Jones & Pinegar for Interim Compensation and Reimbursement Pursuant to 11 U.S.C. §§ 330 and 331 as Attorneys for the Debtors for the Period September 14, 2009 through December 31, 2009 (the "DJP Application"). The DJP Application requests approval for interim compensation in the amount of $171,675.00 for professional services rendered and interim reimbursement of expenses in the amount of $4,587.19. If you have not received a copy of the DJP Application, you may obtain a copy from the Court's electronic PACER service or by requesting a copy from Kenneth L. Cannon II, Durham Jones & Pinegar, 111 East Broadway, Suite 900, P.O. Box 4050, Salt Lake City, Utah 84110-4050, email: kcannon@djplaw.com.

(3) First Application of Wrona Law Firm, P.C. for Interim Compensation and Reimbursement Pursuant to 11 U.S.C. §§ 330 and 331 as Attorneys for the Debtors for the Period September 14, 2009 through December 31, 2009 (the "Wrona Application"). The Wrona Application requests approval for interim compensation in the amount of $33,001.00 for professional services rendered and interim reimbursement of expenses in the amount of $0.00. If you have not received a copy of the Wrona Application, you may obtain a copy from the Court's electronic PACER service or by requesting a copy from Joseph E. Wrona, Wrona Law Firm, 1745 Sidewinder Drive, Park City, Utah 84060, email: wrona@wasatchlaw.com.

(4) First Application of Corbin B. Gordon for Interim Compensation and Reimbursement Pursuant to 11 U.S.C. §§ 330 and 331 as Special Counsel for the Debtors for the Period September 14, 2009 through December 31, 2009 (the "Gordon Application"). The Gordon Application requests approval for interim compensation in the amount of $3,956.00 for professional services rendered and interim reimbursement of expenses in the amount of $0.00. If you have not

received a copy of the Gordon Application, you may obtain a copy from the Court's electronic PACER service or by requesting a copy from Corbin B. Gordon, Corbin B. Gordon, P.C., 345 West 600 South, Suite 108, Heber City, Utah 84032, email: corbingordon@yahoo.com.

(5) Fee Application for Allowance of Compensation by Appraisal Group, Inc. (the "AGI Application"). The AGI Application requests approval for interim compensation of $14,300 for an appraisal completed on Easy Street Partners, LLC's property located in Park City, Utah. If you have not received a copy of the AGI Application, you may obtain a copy from the Court's electronic PACER service or by requesting a copy from Kenneth L. Cannon II, Durham Jones & Pinegar, 111 East Broadway, Suite 900, P.O. Box 4050, Salt Lake City, Utah 84110-4050, email: kcannon@djplaw.com.

(6) First Interim Application of Jones Waldo Holbrook & McDonough, PC for Allowance of Fee and Expenses as Counsel for the Official Committee of Unsecured Creditors for the Period of October 6, 2009 through and including December 31, 2009 (the "Jones Waldo Application"). The Jones Waldo Application requests approval for interim compensation in the amount of $77,532.00 for professional services rendered and interim reimbursement of expenses in the amount of $311.73. If you have not received a copy of the Jones Waldo Application, you may obtain a copy from the Court's electronic PACER service or by requesting a copy from Lon A. Jenkins, Jones Waldo Holbrook & McDonough, 170 South Main Street, Suite 1500, Salt Lake City, Utah 84101, email: lajenkins@joneswaldo.com.

The Crowell, DJP, Wrona, Gordon, AGI, and Jones Waldo Applications will be referred to collectively herein as the "Applications" and individually as an "Application."

**PLEASE TAKE FURTHER NOTICE** that your rights may be affected. You should read this Notice and the Applications carefully and discuss them with your attorney, if you have one, in this bankruptcy case.

**PLEASE TAKE FURTHER NOTICE** that, if you do not want the Bankruptcy Court to approve any or all of the Applications in whole or in part, or if you want the Bankruptcy Court to consider your views on the Applications or any of them, then you or your attorney must file with the Bankruptcy Court a written objection to an Application in conformity with Rule 9013-1(c) of

3

the Bankruptcy Court's local rules of practice so that it is **received** no later than **Monday, March 6, 2010, at 4:30 p.m. MST**.  Your objection must be filed at:

>  Clerk
>  United States Bankruptcy Court
>  350 South Main Street
>  Salt Lake City, Utah  84101

Copies of objections must be served on the counsel for the Debtor listed below; on counsel for the Official Committee of Unsecured Creditors, Lon A. Jenkins, Jones Waldo Holbrook & McDonough PC, 170 South Main Street, # 1500, Salt Lake City, Utah  84101, email: lajenkins@joneswaldo.com; on special counsel for the Debtors, Joseph E. Wrona, Wrona Law Firm, 1745 Sidewinder Drive, Park City, Utah 84060, email:  wrona@wasatchlaw.com; and Corbin B. Gordon, Corbin B. Gordon, P.C., 345 West 600  South, Suite 108, Heber City, Utah 84032, email:  corbingordon@yahoo.com; and on counsel for WestLB, AG, Richard W. Havel, Sidley Austin LLP, 555 West Fifth Street, Suite 4000, Los Angeles, California  90013, email: RHavel@Sidley.com.

**PLEASE TAKE FURTHER NOTICE** that, if you mail your objection to the Bankruptcy Court for filing, you must mail it early enough so the Court will **receive** it on or before the time and date stated above.  You must also serve your objection on the undersigned counsel for the Debtor and on the applicant for the specific Application to which you are objecting.

**PLEASE TAKE FURTHER NOTICE** that the Applications will come on for hearing before the Honorable R. Kimball Mosier, United States Bankruptcy Judge, on **Tuesday, March 16, 2010, at 2:00 p.m., MST**, in his courtroom, Room 369, Frank E. Moss United States Courthouse, 350 South Main Street, Salt Lake City, Utah 84101.  You or your attorney must

4

attend the hearing on the Applications if you want your objection to be considered by the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Rule 9013(c), absent timely filing and service of objections to an Application, the respective applicant may request that the Court approve that applicant's Application without further notice or hearing.

DATED this 3rd day of February, 2010.

                            DURHAM JONES & PINEGAR, P.C.

By:   /s/  Kenneth L. Cannon II
       Kenneth L. Cannon II (kcannon@djplaw.com)(3705)
       Steven J. McCardell (smccardell@djplaw.com)(2144)
       111 East Broadway, Suite 900
       P.O. Box 4050
       Salt Lake City, UT 84111-4050
       Telephone: (801) 415-3000
       Facsimile: (801) 415-3500

and

CROWELL & MORING LLP
Michael V. Blumenthal (mblumenthal@crowell.com)
(admitted pro hac vice)
Steven B. Eichel (seichel@crowell.com)
(admitted pro hac vice)
590 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 223-4000
Facsimile: (212) 223-4134

Counsel for Debtors and Debtors in Possession

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2010, a true and correct copy of the foregoing Notice of Hearing was served by first-class mail, postage prepaid upon the parties listed on the attached pages.

      /s/  Kristin Hughes

A.W. Marshall Company  
P O Box 16127  
Salt Lake City, UT  84116-0127

ACME Thread Ware  
6436 N Business Park Loop Rd.  
Park City, UT  84098-6233

ADT Security Services Inc  
P O Box 371956  
Pittsburgh, PA  15250-7956

ALC Snow Removal  
PO Box 680442  
Park City, UT  84068-0442

AT&T Mobility  
P O Box 6463  
Carol Stream, IL  60197-6463

ATIV Corporation  
722 Nardo Rd  
Encinitas, CA  92024

AXIS Group  
84 Route 347  
Port Jefferson Station, NY  11767

Aetna  
PO Box 894938  
Los Angeles, CA  90189-4938

W Brian Ahern  
c/o Robert Dale & Bradley Tilt  
Fabian & Clendenin  
215 South State Street, Suite 1200  
Salt Lake City, UT  84111-2323

Air Filter Sales & Service Inc  
255 West 2950 South  
Salt Lake City, UT  84115-3443

Albert Ulster Imports, Inc.  
PO Box 770  
Gaithersburg, MD 20884-0770

Albert and Roxann Albiana  
c/o Robert Dale & Bradley Tilt  
Fabian & Clendenin  
215 South State Street, Suite 1200  
Salt Lake City, UT  84111-2323

Alchemy Ventures Trust  
17575 Fitzpatrick Lane  
Occidental, CA  95465-9355

Alchemy Ventures Trust  
c/o Kim R. Wilson  
Snow Christensen & Martineau  
P O Box 45000  
Salt Lake City, UT  84145-5000

Gilbert & Jeanette Alder  
c/o Robert Dale & Bradley Tilt  
Fabian & Clendenin  
215 South State Street, Suite 1200  
Salt Lake City, UT  84111-2323

All-Pro Cleaning Systems, Inc.  
166 West Cottage Avenue  
Sandy, UT 84070-1433

Allen Distribution Services  
3247 South 3690 West  
West Valley City, UT 84120-2150

Alliance Abroad Group LP  
1221 South Mopac Expressway  
Suite 100  
Austin, TX  78746

Allied Waste Services  
PO Box 78829  
Phoenix, AZ 85062-8829

Stephen Allis  
c/o Robert Dale & Bradley Tilt  
Fabian & Clendenin  
215 South State Street, Suite 1200  
Salt Lake City, UT  84111-2323

Alpine Adventures  
3020 North Federal Highway # 10  
Fort Lauderdale, FL  33306

Alsco  
P O Box 25717  
Salt Lake City, UT 84125-0717

Brian D. Althaver  
c/o Robert Dale & Bradley Tilt  
Fabian & Clendenin  
215 South State Street, Suite 1200  
Salt Lake City, UT  84111-2323

American Express  
PO Box 53852  
Phoenix, AZ 85072-3852

American Express Travel  
2421 West Peoria Avenue  
Phoenix, AZ  85029-4939

American Express Travel Relate  
2840 South 123rd Court  
Omaha, NE  68144

American Ski & Board Association  
686 NW York  
Bend, OR  97701

Jonathan & Joanne Ames  
c/o Robert Dale & Bradley Tilt  
Fabian & Clendenin  
215 South State Street, Suite 1200  
Salt Lake City, UT  84111-2323

American Hotel Register CO  
16458 Collections Center Drive  
Chicago, IL  60693-0001

American Liberty Insurance  
3601 N University Ave Suite 100  
Provo, UT  84604-6600

| | | |
|---|---|---|
| Allan & Amy Anderson<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 | Appliance Sales & Service<br>P O Box 670<br>55 E Center St., Suite 140<br>Heber City, UT 84032-1946 | Troy J. Aramburu<br>Jones Waldo Holbrook & McDonough<br>170 South Main Street, Suite 1500<br>Salt Lake City, UT  84101-1644 |
| Arctic Spas/ Spagoods.com<br>4575 N. Silver Springs Dr<br>Park City, UT 84098-7536 | BDRC 4 Site, LLC<br>Attn:  Brian W. Dorsey<br>305 NE Loop 820, St. 109<br>Hurst, TX  76053-7211 | BJ Plumbing Supply<br>1470 South State<br>Orem, UT 84097-7704 |
| BTC Rob Stevenson<br>957 East 1300 South<br>Salt Lake City, UT 84105-1856 | Diane H. Banks<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 | Baker Tile Co<br>1434 West 8040 South<br>West Jordan, UT 84088-9459 |
| Bank Living Trust<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 | Christopher B. Barker, Esq.<br>Goodwin Proctor LLP<br>53 State Street<br>Boston, MA  02109-2881 | James and Marianne Barickman<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 |
| Bay North Capital, LLC<br>Attn:  Charles J. Flint<br>One Financial Center, Floor 23<br>Boston, MA  02111-2621 | Bellows Glass<br>76 West 200 South<br>Heber City, UT 84032-2005 | Bevco2<br>651 West 600 South<br>Salt Lake City, UT  84104-1015 |
| Big Four Distributing, Inc<br>304 East 900 South<br>Provo, UT  84606-7316 | Michael V. Blumenthal<br>Crowell & Moring LLP<br>590 Madison Avenue, 20th Floor<br>New York, NY  10022-2544 | Peter Blythe<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 |
| Scott Boberek<br>P O Box 680514<br>Park City, UT  84068 | Thomas S. Bradley<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 | Lisa A. Bugaski, Trustee<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 |
| Business Technology Consulting<br>Rob Stevenson<br>957 East 1300 South<br>Salt Lake City, UT  84105 | Josh Butsch<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 | C & G Velasquez Family Trust<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 |
| CBIZ Accounting<br>175 S West Temple, Suite 650<br>Salt Lake City, UT  84111 | CRC Design<br>298 South Center<br>Midway, UT  84049 | Cameron & Associates<br>P O Box 5<br>Orem, UT  84059 |
| Amy Casey<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 | Castillo Trust<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 | Michael & Nilda Chang<br>16 Morning Sky Lane<br>Las Vegas, NV 89135-7860 |

Chang Family Trust
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Child Support Services
ORS PO Box 45011
Salt Lake City, UT 84145-0011

Cintas Corporation
97627 Eagle Way
Chicago, IL 60678-7627

CloudNine Resorts - Sky Lodge Dev
c/o Kim R. Wilson
Snow Christensen & Martineau
P O Box 45000
Salt Lake City, UT  84145-5000

CloudNine Resorts SL Development
Attn:  Bill Shoaf
P O Box 683300
Park City, UT 84068-3300

CloudNine Resorts SL Management
Attn:  Bill Shoaf
P O Box 683300
Park City, UT 84068-3300

Nelson Coats
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Colorado Casualty Insurance Co
PO Box 85627
San Diego, CA 92186-5627

Comcast
P O Box 34744
Seattle, WA  98124-1744

CoolWorks.com
PO Box 272
Gardiner, MT 59030-0272

Committee of Unsecured Creditors
Jones Waldo Holbrook & McDonough PC
170 South Main Street, Suite 1500
Salt Lake City, UT  84101-1644

Jonathan B. and Marie Connor
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Corrado Properties
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Christine M. Craige, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA  90013-1010

Scott A. Cummings
Dorsey & Whitney LLP
136 South Main Street, Suite 1000
Salt Lake City, UT  84101-1685

Curb It Recycling
P O Box 681397
Park City, UT  84068-1397

Cushman & Wakefield
50 Broad Street
New York, NY 10004-2307

Robert J. Dale
Bradley L. Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Phillip A & Ruth M Davidson
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Kenneth A & Marcie B. Davis
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Michael Scott Davis
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Dex West
P O Box 79167
Phoenix, AZ  85062-9167

Diamond Rental
4518 South 500 West
Salt Lake City, UT 84123-3694

K Dickey, S Dickey & P Bradley
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Robert A. & Bianka M. Diorio
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

James I and Suzanne Duffield
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Drew A. Norman, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA  90013-1010

EM Systems
P O Box 540783
North Salt Lake, UT  84054-0783

Easy Street Holding, LLC
4780 Winchester Court
Park City, UT  84098-7528

Easy Street Mezzanine, LLC
4780 Winchester Court
Park City, UT  84098-7528

| | | |
|---|---|---|
| Easy Street Partners, LLC<br>4780 Winchester Court<br>Park City, UT 84098-7528 | Ecolab<br>P O Box 100512<br>Pasadena, CA 91189-0512 | Ecolab Pest Elim. Div<br>P O Box 6007<br>Grand Forks, ND 58206-6007 |
| Steven B. Eichel<br>Crowell & Moring LLP<br>590 Madison Avenue, 20th Floor<br>New York, NY 10022-2544 | Elliott Workgroup LLC<br>Attn: Craig Elliott<br>P O Box 3149<br>Park City, UT 84060-3149 | William D. Ellis, Esq.<br>Sidley Austin LLP<br>555 West Fifth Street<br>Los Angeles, CA 90013 |
| Stephen Elrick<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT 84111-2323 | William S. Escudier<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT 84111-2323 | W Escudier, M. Escudier, T Escudier,<br>W Escudier<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT 84111-2323 |
| Fabian & Clendenin<br>c/o Robert Dale & Bradley Tilt<br>215 South State Street, Suite 1200<br>Salt Lake City, UT 84111-2323 | Fast Patch<br>2257 Greens Lane<br>Spanish Fork, UT 84660-9599 | Michael A. Feder<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT 84111-2323 |
| FedEx<br>PO Box 7221<br>Pasadena, CA 91109-7321 | Diana Ferguson<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT 84111-2323 | Janis J Ferraris & Deborah J Depaoli<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT 84111-2323 |
| Stephen N. Finberg<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT 84111-2323 | Dena A. Fleming & Steve Chin<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT 84111-2323 | Joshua Fick<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT 84111-2323 |
| Anthony S. Fiotto<br>Goodwin Proctor LLP<br>53 State Street<br>Boston, MA 02109-2881 | Five 9's Communication<br>P O Box 348<br>Roy, UT 84067-0348 | Ruben Flores<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT 84111-2323 |
| Fog River Fisheries<br>9554 Wells Circle, Suite A<br>West Jordan, UT 84081 | Ronald A. Fragen<br>64896 Saragossa<br>Palm Springs, CA 92264 | Frank Rimerman & Co. LLP<br>60 South Market Street<br>San Jose, CA 95113-2351 |
| Fuelman<br>PO Box 105080<br>Atlanta, GA 30348-5080 | G.M. Collin Skin Care Inc.<br>613 State Route 3, Suite 100<br>Plattsburgh, NY 12901 | Curtis & Patricia Gardner<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT 84111-2323 |
| Gateway Center, LLC<br>c/o Commerce<br>32 West 200 South, Suite 501<br>Salt Lake City, UT 84101 | Gateway Center, LLC<br>c/o Vectra Management Group<br>424 West 33rd Street, Suite 540<br>New York, NY 10001-2641 | Gemstone Hotels & Resorts, LLC<br>Attn: Jeff McIntyre, Principal<br>1912 Sidewinder Drive, # 104<br>Park City, UT 84060 |

General Chemical
PO Box 533195
Charlotte, NC 28290-3195

Gentry Finance
386 South State Street
Orem, UT  84058-5424

Get Fresh
1548 18th Street
Santa Monica, CA  90404


Andrew & Karen Gilligan
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Goodrich & Thomas, CPAs
3200 Park Center Drive Suite 1170
Costa Mesa, CA  92626-7153

Corbin B. Gordon
Corbin B. Gordon, P.C.
345 West 600 South
Heber City, UT 84032-2247


Grazo Electric
PO Box 1196
Midway, UT 84049-1196

Mark T. Greenquist
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Marcia L. Griffiths
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323


Merrick L & Rosa S. Gross
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Craig & Ann Guernsey
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Gunthers Comfort Air
81 South 700 East
American Fork, UT 84003-2158


Gunthers Comfort Air
c/o Jeffrey L. Shields
Callister Nebeker & McCullough
10 East South Temple, Suite 900
Salt Lake City, UT  84133-1101

HD Supply Facilities Maintenance
P O Box 509058
San Diego, CA  92150-9058

HY-KO Supply Co.
1980 West Industrial Cir
P O Box 26116
Salt Lake City, UT  84126


Suzanne Harris
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Brian W. Harvey
Goodwin Proctor LLP
The New York Times Building
620 Eighth Avenue
New York, NY  10018-1618

Richard W. Havel, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA  90013-1010


George F.J. and Ruth Hill
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Dane C. Hillyard
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

William A & Constance F Hindle
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323


John M. Hojel & Veronica Hojel
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Brooks Hoven and Brenda Schmid
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Home Depot Credit Services
P O Box 6031
The Lakes, NV  88901-6031


Hood Cleaners of Utah
P O Box 342
Riverton, UT 84065-0342

Hop To It Living Trust
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Hotel Amenities Resources LLC
2000 Van Ness Avenue Suite 801
San Francisco, CA  94109-3023


Mary Margaret Hunt
Dorsey & Whitney LLP
136 South Main Street, Suite 1000
Salt Lake City, UT  84101-1685

Innovative Body Science
6350 Yarrow Drive Suite D
Carlsbad, CA 92011-1544

Intermountain Drug Testing
PO Box 9800
Salt Lake City, UT  84109-9800

Internal Revenue Service
Centralized Insolvency Operations
P O Box 21126
Philadelphia, PA  19114-0326

Ion Cibuc
7 Kafern Drive Apt 1-D
Baltimore, MD 21207-4383

Jacobsen Construction
PO Box 27608
Salt Lake City, UT 84127-0608

Jacobsen National Group, Inc.
c/o Michael R. Johnson, Esq.
Ray Quinney & Nebeker
36 South State Street, Suite 1400
Salt Lake City, UT  84111-1451

Annette W. Jarvis, Esq.
Dorsey & Whitney LLP
136 South Main Street, Suite 1000
Salt Lake City, UT  84101-1685

Lon A. Jenkins
Jones Waldo Holbrook & McDonough
170 South Main Street, Suite 1500
Salt Lake City, UT  84101-1644

Catherine Johnson
3182 Creek Road
Park City, UT  84098

Michael R. Johnson, Esq.
Ray Quinney & Nebeker
36 South State Street, Suite 1400
P O Box 45385
Salt Lake City, UT  84145-0385

**Kaba Ilco, Inc
PO Box 12553 Succ Centre Ville
Montreal, QC H3C-6R1
CANADA**

KBIi Properties, LP
PO Box 680464
Park City, UT 84068-0464

Darren T & Alona Kavinoky
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Anthony C. Kaye
Ballard Spahr Andrews & Ingersoll, LLP
201 South Main Street, Suite 600
Salt Lake City, UT  84111-2212

John P. and Melissa B. Kelly
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Klehr, Branzburg & Ellers LLP
Attn:  William A. Harvey
260 South Broad St,
Philadelphia, PA 19102-5021

Benjamin J. Kotter
Dorsey & Whitney LLP
136 South Main Street, Suite 1000
Salt Lake City, UT  84101-1685

Mark C. Kramer Trust
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Rishi & Ashima Kumar
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Steve LaFredo
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Brian & Teri Laidlaw
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

La Monica's Restaurant Equipment
6211 South 380 West
Murray, UT 84107-3309

Janet & William Lamkin
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Robert Lamkin & Ray Bidenhost
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Eric D. Lemont
Goodwin Proctor LLP
53 State Street
Boston, MA  02109-2881

Les Olson Company
P O Box 65598
Salt Lake City, UT  84165-0598

Levine Holdings, LLC
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Linda Marie Eide Residuary Family Trust
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Liquor Leasing & Service, L.C.
9283 South Jean Drive
Sandy, UT  84070-6254

Mark Litchfield & Kristin Rotter
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Living Creations Inc
2163 E Lambourne Ave
Salt Lake City, UT 84109-2454

Lovejoy Sky Lodge
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Larry L. Lozensky
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

James A. Lundin
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Luxury Residence Group
Attn:  Carrie Shoaf
693 Main Street
P O Box 1225
Park City, UT  84060


M & M Distributing
531 West 600 North
Salt Lake City, UT 84116-3430

Market Metrix
990 A Street Suite 301
San Rafael, CA 94901-3000

Mascioni Hospitality, Inc.
915 Broadway, Suite 1909
New York, NY  10010


Adelaide Maudsley
Chapman & Cutler LLP
201 South Main Street, Suite 2000
Salt Lake City, UT  84111-2298

Kevin McCarthy
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Tracy McCarthy
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323


Clint McClellan
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

McGladrey and Pullin
Attn:  Jan Riend
One South Wacker Drive, Suite 800
Chicago, IL  60606-4650

John E. McIlwaine
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323


Claudia McMullin & Timothy Douglas
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Joshua A. Mettle
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Media One of Utah
4770 South 5600 West
West Valley City, UT  84170-4005


Merrit & Harris
301 E Glenoaks Blvd. Suite 4
Glendale CA 91207-2115

Thomas & Julie B. Millar
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Millcreek Consulting
Attn:  Steve Brown
3017 E Kempner Rd.
Salt Lake City UT  84109-3654


Daniel S. Miller DDS
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Robert A. Miller
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Money 4 You & Mr. Money
498 North 900 West # 230
Kaysville, UT 84037-4213


Frederic Monnot
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Stephen Monticone
592 North 200 West
Heber City, UT  84032

John T. Morgan Tr
US Trustees Office
405 South Main Street, Suite 300
Salt Lake City, UT  84111-3402


Mountain Valley Temperature Control
PO Box 429
Pleasant Grove, UT 84062-0429

Muir Copper Canyon Farms
PO Box 26775
Salt Lake City, UT 84126-0775

Muzak LLC
PO Box 71070
Charlotte, NC 28272-1070


Nicholas & Company, Inc.
P O Box 45005
Salt Lake City, UT  84145-0005

Night Vision Landscape Light
2859 West 7550 South
West Jordan, UT  84084-3712

Open Table Inc
PO Box 49322
San Jose, CA  95161-9322

Pacific Seafood - Utah
P O Box 97
Clackmas, OR  97015-0097

Park Avenue Travel
11 Park Avenue
Swarthmore, PA  19081

Park City I, LLC
c/o George B. Hofmann
Parsons Kinghorn Harris
111 East Broadway, Suite 1100
Salt Lake City, UT  84111

Park City Surveying
P O Box 682993
Park City, UT  84068-2993

Daniel H. & Vanessa I. Payne
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Douglas J. Payne
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Philo Smith
684 Glenneyre Street
Laguna Beach, CA  92651-2420

Philo Smith Jr. Trust
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Par Springer-Miller System, Inc
782 Mountain Road
PO Box 1547
Stowe, VT 05672-1547

Park City Auto Parts/Hardware
P O Box 244
Heber City, UT  84032-0244

Park City Chamber Bureau
P O Box 1630
Park City, UT  84060

Park City Lock & Key
2065 Sidewinder Drive, #101
Park City, UT  84060-7216

Park City Municipal Corp.
PO Box 1480
Park City, UT 84060-1480

Park City Water
PO Box 1480
Park City, UT 84060-1480

Park City WinElectric
PO Box 681729
Park City, UT  84068-1729

Patricia Wagner
P O Box 680322
Park City, UT  84068-0322

PayChex Human Resources Services
P O Box 29769
New York, NY  10087-9769

Peak Mobile Communications
4910 South Warehouse Road
Salt Lake City, UT  84118-6354

Peets Coffee & Tea
P O Box 12509
Berkeley, CA  94712-3509

Pitney Bowes
P O Box 856390
Louisville, KY  40285-6390

Plaza Dry Cleaners
PO Box 770-361
Park City UT 84060

Donald E. Porteous
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Porter Paint
1268 South 500 West
Salt Lake City, UT  84101-3019

Proforma
PO Box 51925
Los Angeles, CA 90051-6225

Protravel International
14130 Riverside Drive
Sherman Oaks, CA 91423-2313

Protravel International Inc
515 Madison Ave 10th Floor
New York, NY 10022-5403

Questar Gas Company
PO Box 45360
Salt Lake City, UT 84145-0360

Qwest
Attn:  Bankruptcy Department
PO Box 29039
Phoenix, AZ 85038-9039

Qwest Corp.
Attn: Jane Frey
1801 California Street, Room 900
Denver, CO  80202-2658

Qwest Communications Company
Attn:  Jane Frey
1801 California Street, Room 900
Denver, CO  80202-2658

Qwest Long Distance Business Services
PO Box 856169
Louisville, KY 40285-6169

Elizabeth Rad
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Charles & Vicki P. Raeburn
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Angela Rayner
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Steve Reich
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Steve Reich, Scott Coleman & Ashley Coleman
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Renegade Oil Inc
1141 South 3200 West
Salt Lake City, UT  84104-4562

Revco Leasing
P O Box 65598
Salt Lake City, UT  84165-0598

Richard W. Havel, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA  90013-1010

Knute Rife
Wrona Law Offices
11650 South State Street, Suite 103
Draper, UT  84020-7144

Rimmerman
One Embarcadero Center, Suite 2410
San Francisco, CA  94111-3737

PacifiCorp
Attn:  Bankruptcy
P O Box 25308
Salt Lake City, UT  84125-0308

Eric & Susan Rothchild
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Rocky Mountain Power
c/o RussWoods LLC
5148 Silver Springs Road
Park City, UT 84098-6034

SL Convention & Visitors Bureau
90 South West Temple
Salt Lake City, UT 84101-1406

Safeguard
P O Box 5
Orem, UT  84059

Schindler Elevator Corporation
P O Box 93050
Chicago, IL  60630

Scott James Jewelry
32 South Main Street
Heber City, UT  84032

Securities & Exchange Commission
Attn:  Bankruptcy Dept.
44 Montgomery St # 1100
San Francisco, CA 94104-4613

Sentry West Insurance Services
PO Box 9289
Salt Lake City, UT 84109-9289

Shaner Design, Inc.
Attn:  Tom Shaner
614 Main Street, Suite 404
PO Box 4560
Park City, UT 84060-4560

Sheri P. Chromow, Esq.
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY  10022-2585

Jeffrey L. Shields
Callister Nebeker & McCullough
10 East South Temple, Suite 900
Salt Lake City, UT  84133-1101

Jeffrey Weston Shields
Jones Waldo Holbrook & McDonough
170 South Main Street, Suite 1500
Salt Lake City, UT  84101-1644

Shift4 Corporation
1491 Center Crossing Rd
Las Vegas, NV 89144-7047

William & Carrie Shoaf
4780 Winchester Court
Park City, UT 84098-7528

Shoes For Crews, LLC
File LockBox 51151
Los Angeles, CA 90074-1151

Matthew & Terry L. Sidford
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Siemens Building Technologies, Inc.
9707 Sandy Parkway
Sandy, UT  84070-2500

Charles H. & Andrea E. Silverman
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Robert K & Lynn K Simons
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Amer & Yvette Soudani
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Staples Credit Plan
Dept 51-7861136819
PO Box 689020
Des Moines, IA  50368-9020

State of Utah
Office of the Attorney General
Tax & Revenue Division
P O Box 40874
Salt Lake City, UT  84114-0874

Sugar House Awning
7526 South State Street
Midvale, UT  84047

Summit County Treasurer
60 North Main
PO Box 128
Coalville, UT  84017

Swire Coca-Cola USA
P O Box 1410
Draper, UT  84020-1410

TCF Holdings - Fred Mommot
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Tenderfoot Holdings LLC
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

The Barbara A Casale Revocable Trust
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Skyboozers LLC
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Squire
Attn:  Ray Chipman
1329 South 800 East
Orem, UT 84097-7700

David L & Louise A. Stark
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Step Saver Inc.
1901 West 2425 South
Wood Cross, UT  84087-2463

Summit Business Services
Attn:  Chipper Leonard
4130 Hilltop Court
Park City, UT  84098-4715

Summit County Public Health Dept
Environmental Laboratory
PO Box 128
Coalville, UT 84017-0128

Sysco Intermountain Food Service
Attn:  Steve Lewis
P O Box 27638
Salt Lake City, UT  84127-0638

Target Labels & Packaging
40 West 3800 North
Hyde Park, UT  84318-4114

Teresa Martha Wiss Trust
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

The Chef's Garden
9009 Huron-Avery Road
Huron, OH 44839-2448

**Small Luxury Hotels**
**2nd Floor-Grantham House**
**North Street Leatherhead**
**Surrey KT22 7AZ**
**GREAT BRITAIN**

Standard Plumbing Supply
PO Box 708490
Sandy, UT 84070

State Office of Recovery Services
515 East 100 South
P O Box 45033
Salt Lake City, UT  84145-0033

Stone Ground Bakery
P O Box 581078
Salt Lake City, UT  84158-1078

Summit County Assessor
PO Box 128
Coalville, UT 84017-0128

Sundance Partners, Ltd.
c/o Ballard Spahr
201 South Main Street, Suite 800
Salt Lake City, UT  84111-2212

Sysco Intermountain Food Services, Inc.
c/o David W. Overholt
Richer & Overholt, PC
901 West Baxter Drive
South Jordan, UT  84095-8687

N. Allen Taylor
Taylor Capital Management
6641 North Paseo Tamayo
Tucson, AZ  85750

The Aspen Times
Colorado Mountains News Media
P O Box 540
Gypsum, CO  81637

The Elevator Company
PO Box 736
Bountiful, UT 84011-0736

| | | |
|---|---|---|
| The Mark and Joann Tattersall Trust<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 | The Park Record<br>P O Box 3688<br>Park City, UT  84060 | The Richard C. Casale Revocable Trust<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 |
| The Shoaf Family Trust Jan 16 2002<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 | Paul W. Throndsen, MAI<br>Appraisal Group, Inc.<br>7396 South Union Park Ave., #301<br>Midvale, UT  84047 | Timothy G. Little, Esq.<br>Katten Muchin Rosenman LLP<br>575 Madison Avenue<br>New York, NY  10022-2585 |
| USA Today<br>P O Box 79782<br>Baltimore, MD  21279-0782 | Union Square Home Owners<br>Association<br>PO Box 683300<br>Park City UT 84068-3300 | United Fence Co.<br>PO Box 26933<br>2525 South 2700 West<br>Salt Lake City, UT 84119-1227 |
| Universal Companies<br>18260 Oak Park Drive<br>Abingdon, VA  24210 | Utah Dept-Alcoholic Beverage Control<br>1625 South 900 West<br>P O Box 30408<br>Salt Lake City, UT  84130-0408 | Utah Dept of Workforce Services<br>P O Box 45249<br>Salt Lake City, UT  84145-0249 |
| Utah Fire Equipment<br>152 West 1700 South<br>Salt Lake City, UT  84134 | Utah State Tax Commission<br>Sales Tax<br>210 North 1950 West<br>Salt Lake City, UT  84134-0400 | Stephen P. & Barbara Vermut<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 |
| Virtuoso, Ltd<br>P O Box 99358<br>Fort Worth, TX  76199-0358 | Virtuoso, Ltd<br>R. Jason Pierce<br>401 W Belknap, Suite 1500<br>Fort Worth, TX  76102-1913 | Graham Wagner & Kati Irwin<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 |
| Wasatch Audio-Visual<br>PO Box 770 PMB282<br>Park City, UT  84060-0770 | Wasatch Meats<br>926 South Jefferson Street<br>Salt Lake City, UT  84101-2983 | Water Images<br>P O Box 571393<br>Murray, UT 84157-1393 |
| Water Reclamation District<br>2800 Homestead Rd<br>Park City, UT  84098-4869 | Alfred M. Wesser<br>2353 South Waldby Avenue<br>Fresno, CA  93725 | Wells Fargo Equipment Finance<br>NW-8178 PO Box 1450<br>Minneapolis, MN 55485-8178 |
| Wells Fargo Equipment Finance<br>733 Marquette Avenue Suite 700<br>Minneapolis, MN 55402-2316 | West LB AG, New York Branch<br>Attn:  Christian Ruehmer<br>1211 Avenue of the Americas, 24th Flr<br>New York, NY  10036-8705 | West LB AG, New York Branch<br>Attn:  Duncan Robertson<br>1211 Sixth Avenue, 25th Floor<br>New York, NY  10036-8705 |
| West LB AG, New York Branch<br>Attn:  Jeff Nelson<br>1211 Sixth Avenue, 25th Floor<br>New York, NY  10036-8705 | West LB AG, New York Branch<br>Attn:  James Winikor<br>1211 Sixth Avenue, 25th Floor<br>New York, NY  10036-8705 | Whitney Advertising & Design<br>6410 N Business Park Loop Rd<br>Suite H<br>Park City, UT  84098-6212 |

Jim & Robin Whitney
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

David Wickline
17575 Fitzpatrick Lane
Occidental, CA  95465-9355

David L. Wickline
c/o Kim R. Wilson
Snow Christensen & Martineau
P O Box 45000
Salt Lake City, UT  84145-5000

Kim R. Wilson
Snow Christensen & Martineau
10 Exchange Place, Suite 1100
P O Box 45000
Salt Lake City, UT  84145-5000

Joseph E. Wrona
Wrona Law Office, P.C.
1745 Sidewinder Dr.
Park City, UT  84060

Francine Wynn
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Kenneth Yonemura & Grace Noda-Yonemura
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Phillip & Ruth Yuan
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Bruce J. Zabarauskas
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY  10022-2544

Anthony & Teresa Meno Zingale
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323