Kenneth L. Cannon II (kcannon@djplaw.com)(3705)
Steven J. McCardell (smccardell@djplaw.com)(2144)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
Salt Lake City, UT 84111
Telephone: (801) 415-3000/Fax: (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com)
Bruce J. Zabarauskas (bzabarauskas@crowell.com)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 223-4000/Fax: (212) 223-4134
Counsel for Debtors and Debtors in Possession

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | |
| EASY STREET HOLDING, LLC, *et al.* ) | Bankruptcy Case No. 09-29905 |
| ) | Jointly Administered with Cases |
| Debtors. ) | 09-29907 and 09-29908 |
| ) | |
| Address: 201 Heber Avenue ) | Chapter 11 |
| Park City, UT 84060 ) | |
| ) | Honorable R. Kimball Mosier |
| Tax ID Numbers: ) | |
| 35-2183713 (East Street Holding, LLC), ) | **CORRECTED NOTICE OF** |
| 20-4502979 (Easy Street Partners, LLC), and ) | **DEPOSITION** |
| 84-1685764 (Easy Street Mezzanine, LLC) ) | |

PLEASE TAKE NOTICE that, pursuant to Rules 30 of the Federal Rules of Civil Procedure, made applicable herein by Rules 7030 of the Federal Rules of Bankruptcy Procedure, East Street Partners, LLC, Easy Street Mezzanine, LLC and Easy Street Holding LLC (collectively, the "Debtors") will take the deposition upon oral testimony of BayNorth Realty Fund VI, Limited Partnership with respect to: (i) all matters concerning the Objection To Proof of Interest Of BayNorth Realty Fund VI, L.P. In Easy Street Partners, LLC, which was filed

with the Court on January 25, 2010 (Doc. 271); and (ii) other matters pertinent to the foregoing, on March 4, 2010 at 10:00 a.m. **(MST)** at the offices of Durham Jones & Pinegar, P.C., 111 East Broadway, Suite 900, Salt Lake City, Utah 84111.  Pursuant to Rule 30(b)(2) of the Federal Rules of Civil Procedure, made applicable herein by Rules 7030 of the Federal Rules of Bankruptcy Procedure, please be advised that the deposition shall be recorded by stenographic means.

You are invited to attend and cross-examine.

Dated:  February 5, 2010

           DURHAM JONES & PINEGAR, P.C.

           /s/  Kenneth L. Cannon II
Kenneth L. Cannon II (kcannon@djplaw.com)(3705)
Steven J. McCardell (smccardell@djplaw.com)(2144)
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT 84111-4050
Telephone:  (801) 415-3000
Facsimile:  (801) 415-3500

And

CROWELL & MORING LLP
Michael V. Blumenthal (mblumenthal@crowell.com)
*(admitted pro hac vice)*
Bruce J. Zabarauskas (bzabarauskas@crowell.com)
*(admitted pro hac vice)*
590 Madison Avenue, 20th Floor
New York, NY  10022
Telephone:  (212) 223-4000
Facsimile:  (212) 223-4134

Counsel for Debtors and Debtors in Possession

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing Notice of Deposition was served on this 5th day of February, 2010, via hand-delivery and/or first-class mail, postage prepaid on the following:

**Hand Delivered**

Adelaide Maudsley
Chapman and Cutler LLP
201 South Main Street, Suite 2000
Salt Lake City, UT  84111

**First-Class Mail**

Anthony S. Fiotto
Goodwin Proctor LLP
53 State Street
Boston, MA  02109-2881

Lon A. Jenkins
Jones Waldo Holbrook & McDonough PC
170 South Main Street, Suite 1500
Salt Lake City, UT  84101-1644

Annette W. Jarvis
Dorsey & Whitney
136 South Main Street, Suite 1000
Salt Lake City, UT  84101

Richard W. Havel
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA  90013-1010

                    /s/  Kristin Hughes