Joseph E. Wrona (wrona@wasatchlaw.com) (8746)
Wrona Law Firm, P.C.
1745 Sidewinder Drive
Park City, Utah 84060
Telephone: (435) 649-2525
Facsimile: (435) 649-5959
Special Counsel for Debtors and Debtors in Possession

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>EASY STREET HOLDING, LLC, *et al.*,<br><br><br><br>Address: 201 Heber Avenue<br>Park City, UT 84060<br><br>Tax ID Numbers:<br>35-2183713 (Easy Street Holding, LLC),<br>20-4502979 (Easy Street Partners, LLC), and<br>84-1685764 (Easy Street Mezzanine, LLC) | Bankruptcy Case No. 09-29905<br>Jointly Administered with Cases<br>09-29907 and 09-29908<br><br>Chapter 11<br><br>Honorable R. Kimball Mosier<br><br>**[FILED ELECTRONICALLY]** |

## WRONA LAW FIRM'S THIRD PROFESSIONAL FEE REQUEST FOR
## THE PERIOD FROM JANUARY 1, 2010 TO JANUARY 31, 2010.

Wrona Law Firm, P.C. ("Wrona Law"), special counsel for Easy Street Partners, LLC

("Partners"), Easy Street Mezzanine, LLC ("Mezzanine"), and Easy Street Holding, LLC

("Holding"), debtors and debtors in possession in the above-captioned cases (collectively, the

"Debtors"), pursuant to the Court's Order entered December 15, 2009 Approving Motion and

Establishing Monthly Fee and Expense Reimbursement Procedures (the "Interim Payment

Order") hereby submits its third professional fee request (the "Fee Request"), for the period from

January 1, 2010 to January 31, 2010 (the "Fee Period").

Pursuant to the Interim Payment Order, professionals employed pursuant to Order of the Court to represent the Debtors or the Official Committee of Unsecured Creditors (the "Committee") are authorized to request from the Debtors payment of 80% of their fees and 100% of their expenses on a monthly basis. Wrona Law's professional fees for the Fee Period are as follows:

| MONTH | HOURS | FEES | 80% OF FEES | EXPENSES | TOTALS (80% FEES AND 100% EXPENSES) |
|-------|-------|------|-------------|----------|-------------------------------------|
| January | 37.50 | $12,163.00 | $9,730.40 | $0 | $9,730.40 |
| TOTALS | 37.50 | $12,163.00 | $9,730.40 | $0 | $9,730.40 |

Attached are detailed statements of services for which payment is sought, redacted to exclude privileged, work product, and confidential information, and expenses incurred, on a monthly and on a matter basis. Each statement includes total time expended, identity of professionals providing services, hourly billing rates, and a detailed listing of time.

Wrona Law understands that other professionals providing services to the Debtors and the Committee may submit separate fee requests seeking payment of professional fees and reimbursement of expenses. The amount available under the cash collateral budget for payment of professional fees and expenses of estate professionals in the Easy Street Partners case for the each month of the Fee Period is $125,000, for a total of $375,000 for the Fee Period, and it may be that total fees and expenses of estate professionals in the Easy Street Partners case in any given month may exceed this amount. In such event, Wrona Law's fees and expenses will be pro rated with other estate professionals.

Pursuant to the Interim Fee Order, parties must file objections to the Fee Request within ten days from the date it is received. Any objection must have a description of the specific subject matter and services in dispute and state the amount in dispute. It shall not be sufficient simply to object to all fees and expenses. Fees and expenses not objected to will be paid by the Debtors or, if the total of 80% of fees and 100% of expenses of estate professionals exceeds $125,000 for any month within the Fee Period, the fees and expenses will be pro-rated among fees and expenses for that month that are not objected to.

DATED: February 9, 2010.

WRONA LAW FIRM, P.C.

By: _____
Joseph E. Wrona (wrona@wasatchlaw.com)(8746)
Wrona Law Firm, P.C.
1745 Sidewinder Drive
Park City, Utah 84060
Telephone: (435) 649-2525/Fax: (435) 649-5959

Special Counsel for the Debtors

## CERTIFICATE OF SERVICE

I hereby certify that on this ___ day of February, 2010, I caused to be delivered via first class mail, postage-prepaid, a true and correct copy of the foregoing document upon the following:

Troy J. Aramburu
Lon A. Jenkins
Jeffrey Weston Shields
Jones Waldo Holbrook & McDonough, PC
170 South Main Street, Suite 1500
Salt Lake City, Utah  84101

Easy Street Holding, LLC
4780 Winchester Court
Park City, Utah  84098

Easy Street Mezzanine, LLC
4780 Winchester Court
Park City, Utah  84098

Easy Street Partners, LLC
4780 Winchester Court
Park City, Utah  84098

Michael V. Blumenthal
Steven B. Eichel
Bruce J. Zabarauskas
Crowell & Moring, LLP
590 Madison Avenue, 20th Floor
New York, NY  10022

Kenneth L. Cannon, II
Steven J. McCardell
Jessica G. Peterson
Durham Jones & Pinegar
111 East Broadway, Suite 900
PO Box 4050
Salt Lake City, Utah  84110-4050

Scott A. Cummings
Mary Margaret Hunt
Annette W. Jarvis
Benjamin J. Kotter
Dorsey & Whitney LLP
136 South Main Street, Suite 1000
Salt Lake City, Utah 84101



1745 Sidewinder Drive
Park City , Utah  84060 United States of America

Ph:(435) 649-2525
Fax:(435) 649-5959

William Shoaf                                                     February 4, 2010
P. O. Box 683300
Park City, UT 84068

File #:        04186.12
**Attention:**                                                   Inv  #:          14664

**RE:**     Chapter 11 - Easy Street Partners, LLC

| DATE | DESCRIPTION | ATTY | HRS | RATE | AMT |
|------|-------------|------|-----|------|-----|
| Jan-05-10 | Obtain and review letter from Unemployment regarding problems with social security numbers, advise Easy Street Partners on same (.4); working w/ Shoaf on funding sources and focusing on SLC group (.4); tele to SLC group (.3); tele to Tantillo on NY funding (.3); tele w/ Philo Smith on funding groups (.3). | JEW | 1.70 | $350.00 | $595.00 |
| Jan-07-10 | Tele w/ Bill Shoaf on Wickline (.2); mtg w/ Bill at Bill's request to go over Sandholtz situation (.4). | JEW | 0.60 | $350.00 | $210.00 |
| Jan-08-10 | Tele from Bill regarding Kim Salliger (.2); tele from Kim Salliger (.3). | JEW | 0.50 | $350.00 | $175.00 |
| Jan-11-10 | Corr w/ Bill Shoaf on contact from co-manager regarding unit owner relations (.2); corr. w/ Bill Hebert on status of Wickline assignment (.1). | JEW | 0.30 | $350.00 | $105.00 |
| Jan-12-10 | Obtain Sandholtz LOI from Bill and review at his request to determine how to negotiate within Easy Street and between members (.4); tele w/ Bill to go over options for presenting to members (.3); several calls w/ members to work on getting consensus (.5 total). | JEW | 1.20 | $350.00 | $420.00 |
| Jan-13-10 | Obtain SCP offer to acquire assets and review same with particular focus on how offer impacts Jacobsen Lien and unit owners, and on how offer impacts internal issues between members of Easy Street Partners (.4); long conference w. Bill hoaf on impact of SCP Offer on ESP members (.5); conference call w/ Blumenthal, Cannon, Shoaf an dothers on | JEW | 3.80 | $350.00 | $1,330.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | modifcations to Offer and how to deal with various issues (1hr); conference call w/ Blumenthal and Shoaf on Baynorth litigation and David Wickline issues as related to SCP offer (.4); follow up with Bill Shoaf on Wickline issues (.3); corr. w/ Hebert alerting him to fact that there may opportunity to provide insulation to David in consideration for assignment (.2); tele w/ Sandholtz (.4); working on possible structure of side agreement with SCP that would prmote acquisition fo Wickline interest (.6). |  |  |  |  |
|  | Prepare 2nd fee request re: Wrona Law compensation for professional services. | BCJ | 0.50 | $90.00 | $45.00 |
| Jan-14-10 | Working w/ Bill Shoaf on Sandhotlz issues and how to structure SCP involvment in manner that avoids litigation between members of Easy Street Partners: corr. w/ Bill on LOI (.2); tele w/ Bill on his negotiations with Sandholtz (.3); tele w/ Sandholtz (.3); pull organizatinal docs fro ESP and check for issues (.4). | JEW | 1.20 | $350.00 | $420.00 |
| Jan-15-10 | Reach out to Wickline's new counsel (.2); tele w / Kim Wilson regarding workout of Wickline situation (.4); corr w/ Bill Shoaf on same (.2); review Plan and other docs filed to be able to propose workout of Wickline situation (.4); outlining possible Wickline settlement in light of SCP proposal (.6); working on language for agreement (.4). | JEW | 1.60 | $350.00 | $560.00 |
| Jan-18-10 | Working w/ Bill Shoaf on Sandholtz proposal (mtg w/ Bill (.6); review outline of Exit Plan (.3); tele w/ Tantillo (.4); review Wickline's position and demends for compensation for assignment and respond (.4)). | JEW | 1.70 | $350.00 | $595.00 |
| Jan-19-10 | Obtain and review Plan and make notes for how Plan will impact Wickline assignment (.6); tele w/ Bill Shoaf on Wickline's position and on how to structure Wickline deal (.3); wokring on restructuring aspects of Sandholtz proposal to allow for Wickline deal to occur (.4). | JEW | 1.30 | $350.00 | $455.00 |
| Jan-20-10 | Tele w/ Kim Wilson on Wickline and Baynorth arrangment (.6); review Sandholtz proposal and Plan and work on structure of proposal to Wickline that resolves his issues and obtains assignment of Wickline's interest (1.3); tele w/ Bill Shoaf and Philo Smith on Wickline and Sandholtz (.2); corr. w/ Kim Wislon on Wickline assignment (.3); corr. w/ | JEW | 2.90 | $350.00 | $1,015.00 |

| | | | | | |
|---|---|---|---|---|---|
| | Bill Shoaf on same (.1); working on preparation for monring teleconference (.4). | | | | |
| Jan-21-10 | Prep for conference call w/ Blumenthal and Shoaf (.4); conduct conference call, then second call with just Shoaf (1hr); working on task from conference call: Wickline assignment structure (.4); media issue (.3); corr. w/ Kim Wislon on how to organize contingent assignment (.4). | JEW | 2.50 | $350.00 | $875.00 |
| Jan-22-10 | Review creditor worksheet and check with Bill Shoaf on Wickline's $4K entry (.3); working w/ Kim Wislon on new assignment concept (.4); drafting Assignment (.8). | JEW | 1.50 | $350.00 | $525.00 |
| Jan-24-10 | Working most of day Sunday on issues related to coordinating a negotiated settlement with BayNorth in a manner that provides Wickline with release from liability (2.3 hrs); also working on a new form of contingent assignment discussed w/ Blumenthal and Shoaf (1.8 hrs). | JEW | 4.10 | $350.00 | $1,435.00 |
| Jan-25-10 | Review situation with Bill Shoaf regarding Sandholtz strategy (.3); working on applying that strategy to Wickline situation (.3). | JEW | 0.30 | $350.00 | $105.00 |
| Jan-26-10 | Working on methodology for making Wickline assignment contingent upon release from liability from BayNorth (.6); working on integration of that methodology into Plan for reorganization (.5); tele w/ Bill Shoaf on aspects of plan for resolving Wickline objections (.3). | JEW | 1.40 | $350.00 | $490.00 |
| Jan-27-10 | Tele w/ Ken Cannon on new developments and on methodology for submitting quarterly applications for payment (.3); working on submission of quarterly claim for payment (.4); working on Wickline contingent assignment (.4). | JEW | 1.10 | $350.00 | $385.00 |
| Jan-28-10 | Corr. w/ Kim Wilson on assignment; drafting change to assignment based on conversation with Kim Wilson. | JEW | 1.20 | $350.00 | $420.00 |
| Jan-29-10 | Fielding calls from unit owners regarding news that workout is in effect (three calls at (.3, .3 and .4); working on contingent provision in Wickline assignment (.4). | JEW | 1.40 | $350.00 | $490.00 |
| | Drafting Motion for Interim Application of Fees; editing same; reviewing invoices and confirming amounts in Motion; edit exhibits to Motion; finalize same an dtask for filing. | JEW | 2.10 | $350.00 | $735.00 |
| | Work on WLF first application for interim compensation, etc. re: debtors in possession. | BCJ | 3.20 | $90.00 | $288.00 |

| Jan-31-10 | Conference call w/ Bill Shoaf on: 1) Wilson's request for action on Wickline assignment (.3); 2) fact that NY is asking questions about Sky Lodge as investment (.2); 3) status of BayNorth negotiations and how to use Wickline's assignment in thos negotiations (.3); status of Sandholtz investment and other investors (.2); managing unit owners expectations (.4). | JEW | 1.40 | $350.00 | $490.00 |

| Totals | | | 37.50 | | $12,163.00 |

| Total fee & disbursements this month | $12,163.00 |
|---|---|
| Previous Balance | $33,001.00 |
| Previous Payments | 22,536.08 |
| Interest Due (18%) | $670.27 |

**Balance Now Due**     **$23,298.19**

TAX ID Number     87-0676597