Kenneth L. Cannon II (kcannon@djplaw.com) (3705)
Steven J. McCardell (smccardell@djplaw.com) (2144)
DURHAM JONES & PINEGAR
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT   84110-4050
Telephone:  (801) 415-3000/Fax:  (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com) (admitted pro hac vice)
Steven B. Eichel (seichel@crowell.com) (admitted pro hac vice)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY  10022
Telephone:  (212) 223-4000/Fax:  (212) 223-4134

Counsel for Debtors and Debtors in Possession

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: | |
| EASY STREET HOLDING, LLC, *et al.*, | Bankruptcy Case No. 09-29905 |
| | Jointly Administered with Cases |
| Debtors. | 09-29907 and 09-29908 |
| Address:  201 Heber Avenue | Chapter 11 |
| Park City, UT 84060 | |
| | Honorable R. Kimball Mosier |
| Tax ID Numbers: | |
| 35-2183713 (Easy Street Holding, LLC), | |
| 20-4502979 (Easy Street Partners, LLC), and | [FILED ELECTRONICALLY] |
| 84-1685764 (Easy Street Mezzanine, LLC) | |

## SECOND SUPPLEMENTAL DECLARATION AND DISCLOSURE BY DURHAM JONES & PINEGAR PURSUANT TO FED. R. BANKR. P. 2014(a)

The undersigned, Kenneth L. Cannon II, hereby declares as follows:

1.     I am a shareholder in Durham Jones & Pinegar ("DJP"), and am a duly licensed

and practicing attorney in the State of Utah.  I am admitted to practice in the United States

District Courts for the District of Utah, the Southern District of New York, and the Eastern District of New York; the United States Courts of Appeals for the Tenth, Third, and Fifth Circuits; and in other courts. To the best of my knowledge based upon the inquiries described below, the following statements are true.

2. On October 23, 2009, the Court approved the employment of DJP by Easy Street Partners, LLC, Easy Street Mezzanine, LLC, and Easy Street Holding, LLC (together, the "Debtors") in these jointly-administered cases. By declaration dated September 25, 2009, DJP disclosed certain connections between DJP and parties in interest in the Debtors' cases. This supplemental declaration and disclosure supplements the declaration previously filed.

3. Easy Street Partners, LLC ("Partners") filed a plan of reorganization (the "Plan") and disclosure statement (the "Disclosure Statement") on January 15, 2010. The Plan and Disclosure Statement disclose that the party funding the Plan is Strategic Capital Partners, LLC ("SCP"). DJP does not represent SCP but does represent several entities whose principals are also principals of SCP in a proposed transaction. This transaction is not related to Partners or to the Debtors and SCP is represented by Kirton McConkie in connection with SCP's funding of the Plan in Partners' Chapter 11 reorganization case.

4. Because of DJP's connections with entities whose principals are also principals of SCP and from an abundance of caution, Crowell & Moring, DJP's co-counsel for the Debtors, has handled and will continue to handle negotiations with and documentation of the proposed funding transactions by SCP. DJP has not and will not participate in those negotiations or preparation of documentation of the funding proposed by the Plan.

5. DJP's representation of entities whose principals are also principals in SCP will not affect DJP's representation of the Debtors or of Partners. DJP believes that it continues to

meet the applicable standards for employment in this case, including the applicable rules of professional responsibility and the applicable requirement of disinterestedness under section 327(a) of the Bankruptcy Code.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing statements are true and correct.

DATED this 11th day of February, 2010.

        /s/ Kenneth L. Cannon II
Kenneth L. Cannon II (3705)
DURHAM JONES & PINEGAR
111 East Broadway, Suite 900
Salt Lake City, Utah 84111
Telephone: (801) 415-3000
Facsimile: (801) 415-3500

Co-Counsel for Attorneys for the
   Debtors and Debtors in Possession

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Second Supplemental Declaration and Disclosure by Durham Jones & Pinegar Pursuant to Fed. R. Bankr. P. 2014(a) was mailed postage prepaid, U.S. Mail, on the 11th day of February, 2010, to the following:

Peter J. Kuhn
Office of the United States Trustee
405 South Main Street, Suite 300
Salt Lake City, UT 84111

Jeffrey W. Shields
Lon A. Jenkins
Jones Waldo Holbrook & McDonough
170 South Main Street, #1500
Salt Lake City, UT 84101

/s/ Kristin Hughes

SLC_550369.1