Adelaide Maudsley (#8791)
James K. Tracy (#6668)
CHAPMAN AND CUTLER LLP
201 South Main Street, Suite 2000
Salt Lake City, UT  84111
Telephone:  801-533-0066
Facsimile:  801-533-9595
Email: maudsley@chapman.com
       jtracy@chapman.com

Brian W. Harvey (NY Bar No. BH-2518)
(admitted *pro hac vice*)
Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY  10018-1405
Telephone:: (212) 813-8829
Facsimile: (212) 355-3333
Email: bharvey@goodwinprocter.com

Counsel for BayNorth Realty Fund VI, LP

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>EASY STREET HOLDING, LLC, *et al.*,<br><br>Debtors.<br><br>Address: 201 Heber Avenue<br>         Park City, UT  84060<br><br>Tax ID Numbers:<br>35-2183713 (Easy Street Holding, LLC),<br>20-4502979 (Easy Street Partners, LLC), and<br>84-1685764 (Easy Street Mezzanine, LLC) | Bankruptcy Case No. 09-29905<br>Jointly Administered with<br>Cases 09-29907 and 09-29908<br><br>Chapter 11<br><br>Honorable R. Kimball Mosier<br><br>[FILED ELECTRONICALLY] |

     BayNorth Realty Fund VI, LP ("BayNorth") moves (the "Motion") the Court *ex parte* for an order authorizing Brian W. Harvey of Goodwin Procter LLP, counsel for BayNorth, to appear telephonically at the disclosure statement approval hearing set for February 18, 2010 at 1:30 p.m. Mountain Time in the above-captioned case.  In support of this Motion, BayNorth respectfully states as follows:

1. On September 14, 2009, Easy Street Holdings, LLC filed this chapter 11 bankruptcy case. An order granting joint administration for the Easy Street Partners, LLC; Easy Street Holding, LLC; and Easy Street Mezzanine LLC was entered on September 14, 2009.

2. On January 15, 2010, Easy Street Partners, LLC filed its Disclosure Statement with Respect to Plan of Reorganization. The hearing for the Court to consider approval of such disclosure statement is scheduled for February 18, 2010.

3. Mr. Harvey serves as counsel for BayNorth in this bankruptcy proceeding. Mr. Harvey's appearance at the hearing is necessary as his firm is national counsel for BayNorth, he is familiar with the facts and circumstances of this matter and the relationship between BayNorth and the Debtors, and he will serve as lead litigation counsel. As required by applicable local rule, local counsel intends to be present at the hearing.

4. Mr. Harvey is resident in Goodwin Procter LLP's New York office. The direct telephonic contact information for Mr. Harvey is provided below. Alternatively, if the Court prefers, counsel for BayNorth will arrange a dial-in number for counsel to participate telephonically.

> Brian W. Harvey
> Goodwin Procter LLP
> The New York Times Building
> 620 Eighth Avenue
> New York, NY  10018-1405
> Telephone:  (212) 813-8829
> Facsimile:  (212) 355-3333
> bharvey@goodwinprocter.com

5. A proposed form of Order authorizing the telephonic appearance of Mr. Harvey is submitted contemporaneously herewith.

WHEREFORE, BayNorth respectfully requests entry of an Order granting the relief requested herein, mainly that Mr. Harvey be permitted to appear telephonically at the hearing on February 18, 2010 at 1:30 p.m. MT, and granting such other and further relief as the Court deems just and proper.

DATED this 12th day of February 2010.

                                    CHAPMAN AND CUTLER LLP

                                    By: _____/s/ Adelaide Maudsley_____
                                        Adelaide Maudsley (#8791)
                                        James K. Tracy (#6668)
                                        201 South Main Street, Suite 2000
                                        Salt Lake City, UT 84111
                                        Telephone: 801-533-0066
                                        Facsimile: 801-533-9595
                                        Email: maudsley@chapman.com

                                        Local Counsel for
                                        BayNorth Realty Fund VI, LP

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *EX PARTE* **MOTION FOR COUNSEL TO APPEAR TELEPHONICALLY AT HEARING ON FEBRUARY 18, 2010** was served on this 12th day of February, 2010 in the manner indicated below on each of the following:

| | |
|---|---|
| Kenneth L. Cannon II<br>Steven J. McCardell<br>Durham Jones & Pinegar, P.C.<br>111 East Broadway, Suite 900<br>P.O.Box 4050<br>Salt Lake City, UT  84111<br>(by CM/ECF) | Michael V. Blumenthal<br>Burce J. Zabrauskas<br>Crowell & Moring LLP<br>590 Madison Avenue, 20th Floor<br>New York, NY  10022<br>(by U.S. mail) |

                    ___/s/ Kimberly Giron, Legal Assistant_____