**The below described is SIGNED.**

Dated: February 12, 2010    /s/ R. Kimball Mosier
                            **R. KIMBALL MOSIER**
                            **U.S. Bankruptcy Judge**



_____

*Proposed Order Prepared and Submitted By:*

| | |
|---|---|
| Adelaide Maudsley (#8791) | Brian W. Harvey (NY Bar No. BH-2518) |
| James K. Tracy (#6668) | (admitted *pro hac vice*) |
| CHAPMAN AND CUTLER LLP | Goodwin Procter LLP |
| 201 South Main Street, Suite 2000 | The New York Times Building |
| Salt Lake City, UT 84111 | 620 Eighth Avenue |
| Telephone: 801-533-0066 | New York, NY 10018-1405 |
| Facsimile: 801-533-9595 | Telephone:: (212) 813-8829 |
| Email: maudsley@chapman.com | Facsimile: (212) 355-3333 |
| jtracy@chapman.com | Email: bharvey@goodwinprocter.com |

Counsel for BayNorth Realty Fund VI, LP

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>EASY STREET HOLDING, LLC, *et al.*,<br><br>Debtors.<br><br>Address: 201 Heber Avenue<br>           Park City, UT 84060<br><br>Tax ID Numbers:<br>35-2183713 (Easy Street Holding, LLC),<br>20-4502979 (Easy Street Partners, LLC), and<br>84-1685764 (Easy Street Mezzanine, LLC) | Bankruptcy Case No. 09-29905<br>Jointly Administered with<br>Cases 09-29907 and 09-29908<br><br>Chapter 11<br><br>Honorable R. Kimball Mosier<br><br>[FILED ELECTRONICALLY] |

2764821.01.02.doc

Filed: 02/12/10

The Court, having considered the "*Ex Parte* Motion for Counsel to Appear Telephonically at Hearing on February 18, 2010" (the "Motion") submitted by BayNorth Realty Fund VI, LP, and good cause appearing,

IT IS HEREBY ORDERED THAT the Motion is GRANTED.

------------------------------------------------------------------------------------------------------------

END OF DOCUMENT

**CERTIFICATE OF SERVICE BY CLERK OF COURT**

The undersigned hereby certifies that a copy of the foregoing **ORDER GRANTING *EX PARTE* MOTION FOR COUNSEL TO APPEAR TELEPHONICALLY AT HEARING ON FEBRUARY 18, 2010** was served via United States first class mail, postage prepaid, on this _____ day of _____, 2010 on the following:

| | |
|---|---|
| Adelaide Maudsley<br>Chapman and Cutler LLP<br>201 South Main Street, Suite 2000<br>Salt Lake City, UT  84111 | Kenneth L. Cannon II<br>Steven J. McCardell<br>Durham Jones & Pinegar, P.C.<br>111 East Broadway, Suite 900<br>P.O. Box 4050<br>Salt Lake City, UT  84111 |
| Brian W. Harvey<br>Goodwin Procter LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY  10018-1405 | Michael V. Blumenthal<br>Bruce J. Zabrauskas<br>Crowell & Moring LLP<br>590 Madison Avenue, 20th Floor<br>New York, NY  10022 |

_____

## CERTIFICATE OF SERVICE BY COUNSEL

The undersigned hereby certifies that a copy of the foregoing **(PROPOSED) ORDER GRANTING *EX PARTE* MOTION FOR COUNSEL TO APPEAR TELEPHONICALLY AT HEARING ON FEBRUARY 18, 2010** was served on the 12th day of February, 2010 in the manner indicated below on each of the following:

| | |
|---|---|
| Kenneth L. Cannon II<br>Steven J. McCardell<br>Durham Jones & Pinegar, P.C.<br>111 East Broadway, Suite 900<br>P.O.Box 4050<br>Salt Lake City, UT  84111<br>(by CM/ECF) | Michael V. Blumenthal<br>Burce J. Zabrauskas<br>Crowell & Moring LLP<br>590 Madison Avenue, 20th Floor<br>New York, NY  10022<br>(by U.S. mail) |

      /s/ Kimberly Giron, Legal Assistant