**The below described is SIGNED.**



**Dated: February 12, 2010** _____
                                      **R. KIMBALL MOSIER**
                                      **U.S. Bankruptcy Judge**

_____

*Proposed Order Prepared and Submitted By:*

| | |
|---|---|
| Adelaide Maudsley (#8791) | Brian W. Harvey (NY Bar No. BH-2518) |
| James K. Tracy (#6668) | (admitted *pro hac vice*) |
| CHAPMAN AND CUTLER LLP | Goodwin Procter LLP |
| 201 South Main Street, Suite 2000 | The New York Times Building |
| Salt Lake City, UT 84111 | 620 Eighth Avenue |
| Telephone: 801-533-0066 | New York, NY 10018-1405 |
| Facsimile: 801-533-9595 | Telephone:: (212) 813-8829 |
| Email: maudsley@chapman.com | Facsimile: (212) 355-3333 |
|       jtracy@chapman.com | Email: bharvey@goodwinprocter.com |

Counsel for BayNorth Realty Fund VI, LP

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>EASY STREET HOLDING, LLC, *et al.*,<br><br>    Debtors.<br><br>Address: 201 Heber Avenue<br>            Park City, UT 84060<br><br>Tax ID Numbers:<br>35-2183713 (Easy Street Holding, LLC),<br>20-4502979 (Easy Street Partners, LLC), and<br>84-1685764 (Easy Street Mezzanine, LLC) | Bankruptcy Case No. 09-29905<br>Jointly Administered with<br>Cases 09-29907 and 09-29908<br><br>Chapter 11<br><br>Honorable R. Kimball Mosier<br><br>[FILED ELECTRONICALLY] |

2764821.01.02.doc

**Filed: 02/12/10**

Entered On Docket: 02/12/2010

The Court, having considered the "*Ex Parte* Motion for Counsel to Appear Telephonically at Hearing on February 18, 2010" (the "Motion") submitted by BayNorth Realty Fund VI, LP, and good cause appearing,

IT IS HEREBY ORDERED THAT the Motion is GRANTED.

-----------------------------------------------------------------------------------------------------------------

END OF DOCUMENT

ORDER SIGNED

**CERTIFICATE OF SERVICE BY CLERK OF COURT**

The undersigned hereby certifies that a copy of the foregoing **ORDER GRANTING *EX PARTE* MOTION FOR COUNSEL TO APPEAR TELEPHONICALLY AT HEARING ON FEBRUARY 18, 2010** was served via United States first class mail, postage prepaid, on this

_____ day of _____, 2010 on the following:

Adelaide Maudsley
Chapman and Cutler LLP
201 South Main Street, Suite 2000
Salt Lake City, UT  84111

Kenneth L. Cannon II
Steven J. McCardell
Durham Jones & Pinegar, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT  84111

Brian W. Harvey
Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY  10018-1405

Michael V. Blumenthal
Bruce J. Zabrauskas
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY  10022

_____

## CERTIFICATE OF SERVICE BY COUNSEL

The undersigned hereby certifies that a copy of the foregoing **(PROPOSED) ORDER GRANTING *EX PARTE* MOTION FOR COUNSEL TO APPEAR TELEPHONICALLY AT HEARING ON FEBRUARY 18, 2010** was served on the 12th day of February, 2010 in the manner indicated below on each of the following:

Kenneth L. Cannon II  
Steven J. McCardell  
Durham Jones & Pinegar, P.C.  
111 East Broadway, Suite 900  
P.O. Box 4050  
Salt Lake City, UT  84111  
(by CM/ECF)

Michael V. Blumenthal  
Burce J. Zabrauskas  
Crowell & Moring LLP  
590 Madison Avenue, 20th Floor  
New York, NY  10022  
(by U.S. mail)

      /s/ Kimberly Giron, Legal Assistant

# CERTIFICATE OF NOTICE

```
District/off: 1088-2           User: mtm                    Page 1 of 1                   Date Rcvd: Feb 12, 2010
Case: 09-29905                 Form ID: pdfor1              Total Noticed: 4

The following entities were noticed by first class mail on Feb 14, 2010.
aty          +Adelaide Maudsley,    Chapman and Cutler LLP,    201 South Main Street,    Suite 2000,
               Salt Lake City, UT 84111-2298
aty          +Brian W. Harvey,    Goodwin Procter LLP,    The New York Time Building,    620 Eighth Avenue,
               New, NY 10018-1618
aty           Kenneth L. Cannon, II,    Durham Jones & Pinegar,    111 East Broadway, Suite 900,    P O Box 4050,
               Salt Lake City, UT  84110-4050
aty          +Michael V. Blumenthal,    Crowell & Moring LLP,    590 Madison Avenue, 20th Floor,
               New York, NY 10022-2544

The following entities were noticed by electronic transmission.
NONE.                                                                                                   TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 14, 2010**                    **Signature:**    _/s/ Joseph Speetjens_