**DEBTOR**      EASY STREET HOLDING          **MONTHLY OPERATING REPORT**
                                             CHAPTER 11
**CASE NO.**    09-29905

## Form 2-A
## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

### For Period January 1-January 31, 2010

**Accounting Method**        [ X ] Accrual Basis    [        ] Cash Basis

---

### THIS REPORT IS DUE 15 DAYS AFTER THE END OF THE MONTH

Mark On Box Each
Required Document

Debtor must attach each of the following reports/documents unles the U.S. Trustee
has waived the requirement in writing. File the original with the Clerk of Court.
Sup,it a duplicate, with original signature, to the U.S. Trustee

| Report /Document Wavied | Previously Waived | REQUIRED REPORTS / DOCUMENTS |
|---|---|---|
| X | | 1. Cash Receipts and Disbursement Schedule (Form 2-B) |
| X | | 2. Balance Sheet (Form 2-C) |
| X | | 3. Profit and Loss Statement (Form 2-D) |
| X | | 4. Supporting Schedules (Form 2-E) |
| X | | 5. Quarterly Fee Summary (Form 2-F) |
| X | | 6. Narrative (Form 2-G) |
| X | | 7. Bank Statements for All Bank Accounts |
| X | | 8. Bank Statement Reconciliations for all Bank Accounts |

---

*I declare under the penalty of perjury that the following Monthly Operating Reoprt, and any attachements thereto are true, accurate, and correct to the best of my knowledge and belief.*

Executed on    ~~15 Dec 09~~  2·13·10    **Print Name**   William H Shoaf

                                **Signature**

                                **Title**      Manager

**DEBTOR** EASY STREET HOLDING      **CASE NO.**      09-29905

## Form 2-B
## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

### For Period January 1-January 31, 2010

January 1-January 31, 2010

| CASH FLOW SUMMARY | | CURRENT MONTH | | ACCUMULATED | |
|---|---|---|---|---|---|
| **1. Beginning Cash Balance** | $ | - | 1 | $ | - | 1 |
| | | | | | |
| 2. Cash Receipts | | | | | |
|    Operations | $ | - | | $ | - |
|    Sales of Assets | $ | - | | $ | - |
|    Loans / Advances | $ | - | | $ | - |
|    Other | $ | - | | $ | - |
| | | | | | |
|    Total Cash Receipts | $ | - | | $ | - |
| | | | | | |
| 3. Cash Disbursements | | | | | |
|    Operations | $ | - | | $ | - |
|    Debt Service/Secured Loan Payment | $ | - | | $ | - |
|    Prefessional Fees/US Trustee Fees | $ | - | | $ | - |
|    Other | $ | - | | $ | - |
| | | | | | |
|    Total Cash Disbursements | $ | - | | $ | - |
| | | | | | |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | $ | - | | $ | - |
| **5. End Cash Balance (to Form 2-C)** | $ | - | 2 | $ | - | 2 |

| CASH BALANCE SUMMARY | Financial Institution | Book Balance | |
|---|---|---|---|
|    Petty Cash | | | |
|    DIP Operating Account | | $ | - |
|    DIP State Tax Account | | $ | - |
|    DIP Payroll Account | | $ | - |
|    Other Operating Account | | $ | - |
|    Other Interest Bearing Account | | $ | - |
|    TOTAL | | $ | - | 3 |

(must agree with Ending Cash Balance above)

**DEBTOR** EASY STREET HOLDING **CASE NO.** 09-29905

### Form 2-B
### For Period January 1-January 31, 2010

**CASH RECEIPTS DETAIL** **Account No.** [_____]

*(ATTACH ADDITONAL SHEETS AS NECESSARY)*

| Date | Payer | Description | Amount |
|------|-------|-------------|--------|
|      |       |             |        |

**Total Cash Receipts** [_____] 1

(1) Total for all accounts should agree with the total cash receipts listed on Form 2-B, page 1

**DEBTOR** EASY STREET HOLDING                **CASE NO.**          09-29905

### Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
### For Period January 1-January 31, 2010

**CASH DISBURSEMENTS DETAIL**          **Account No.** [                    ]

| Date | Payer | Description | Amount |
|------|-------|-------------|--------|
|      |       |             |        |

**Total Cash Disbursements** _____ 1

(1) Total for all accounts should agree with the total cash disbursements listed on Form 2-B, page 1

**DEBTOR**
EASY STREET HOLDING

**CASE NO.**   09-29905

### Form 2-C
### COMPARATIVE BALANCE SHEET
### For Period Ending January 31 2010_____

For Period January 1-January 31, 2010

| | CURRENT MONTH | ACCUMULATED |
|---|---|---|
| **ASSETS** | | |
| | | |
| Current Assets | | |
| Cash (from From 2-B, Line 5) | $ - | $ - |
| Accounts Recievable (from From 2-E) | $ - | $ - |
| Receivable from Officers, Employees, Affiliates | $ - | $ - |
| Inventory | $ - | $ - |
| Other Current Assets | | |
| | | |
| Total Current Assets | $ - | $ - |
| | | |
| Fixed Assets | | |
| Land | $ - | $ - |
| Building | $ - | $ - |
| Equipment, Furniture & Fixtrues | $ - | $ - |
| Total Fixed Assets | $ - | $ - |
| Less: Accumulated Depreciation | | |
| Net Fixed Assets | $ - | $ - |
| Other Fixed Assets | $ 2,386,307.00 | $ 2,386,307.00 |
| | | |
| **TOTAL ASSETS** | $ 2,386,307.00 | $ 2,386,307.00 |
| | | |
| **LIABILITIES** | | |
| Post Petition Accounts Payables (Form 2-E) | $ - | $ - |
| Post Petition Accrued Professional Fees(Form 2-E | $ - | $ - |
| Post Petition Taxes Payable (Form 2-E) | $ - | $ - |
| Post Petition Notes Payable | $ - | $ - |
| Other Post Petition Payables | $ - | $ - |
| | $ - | $ - |
| Total Post Petition Liabilities | $ - | $ - |
| | | |
| Pre Petition Liabilities | | |
| Secured Debt | $ - | $ - |
| Priority Debt | $ - | $ - |
| Unsecured Debt | $ 58,872.00 | $ 58,872.00 |
| Total Pre Petition Debt | $ 58,872.00 | $ 58,872.00 |
| | | |
| **TOTAL LIABILITIES** | $ 58,872.00 | $ 58,872.00 |
| | | |
| **OWNER EQUITY** | | |
| Owner/Stockholder Equity | $ 2,327,435.00 | $ 2,327,435.00 |
| Retained Earnings - Prepetition | $ - | $ - |
| Retained Earnings - Post Petition | $ - | $ - |
| TOTAL OWNERS EQUITY | $ 2,327,435.00 | $ 2,327,435.00 |
| | | |
| **TOTAL LIABILITIES & OWNER EQUITY** | $ 2,386,307.00 | $ 2,386,307.00 |

D EASY STREET HOLDING

CASE NO.   09-29905

## Form 2-D
## PROFIT AND LOSS STATEMENT
### For Period January 1-January 31, 2010

| For Period December 1-December 31, 2009 | CURRENT MONTH | | ACCUMULATED | |
|---|---|---|---|---|
| Gross Operating Revenues | $ | - | $ | - |
| Less: Discounts, Returns, Allowances | $ | - | $ | - |
| **Net Operating Revenue** | $ | - | $ | - |
| Cost of Goods Sold | $ | - | $ | - |
| **Gross Profits** | $ | - | $ | - |
| | | | | |
| Operating Expenses | | | | |
| Officer Compensation | $ | - | $ | - |
| Selling, General & Administrative | $ | - | $ | - |
| Rents & Leases | $ | - | $ | - |
| Depreciation, Depletion, & Amortization | $ | - | $ | - |
| Others | $ | - | $ | - |
| Total Operating Expenses | $ | - | $ | - |
| | | | | |
| **Operating Income (Loss)** | $ | - | $ | - |
| | | | | |
| Non Opearating Income and Expenses | | | | |
| Other Non Operating Expenses | $ | - | $ | - |
| Gains (Losses) on Sale of Assets | $ | - | $ | - |
| Interest Income | $ | - | $ | - |
| Interest Expense | $ | - | $ | - |
| Owner Rental Commissions | $ | - | $ | - |
| | $ | - | $ | - |
| Net Non Operating Income or (Expenses) | $ | - | $ | - |
| Reorganization Expenses | | | | |
| Legal & Professional Expenses | $ | - | $ | - |
| Other Reorganizational Expenses | $ | - | $ | - |
| Total Reorganizational Expenses | $ | - | $ | - |
| | | | | |
| **Net Income (loss) Before Income Taxes** | $ | - | $ | - |
| | | | | |
| Federal & State Income Tax Expense (Benefit) | $ | - | $ | - |
| **NET INCOME (LOSS)** | $ | - | $ | - |

**DEBTOR**
EASY STREET HOLDING

CASE NO.   09-29905

**Form 2-E**
**SUPPORTING SCHEDULES**
For Period January 1-January 31, 2010

### POST PETITION TAXES PAYABLE SCHEDULE

For Period January 1-January 31, 2010

| | Beginning Balance | Amount Accrued | Amount Paid | Date Paid | Check Number | Ending Balance |
|---|---|---|---|---|---|---|
| Income Tax Withheld | | | | | | |
|   Federal | | | | | | |
|   State | | | | | | |
| FICA Tax Withheld | | | | | | |
| Employeers Fica Tax | | | | | | |
| Unemployment Tax | | | | | | |
|   Federal | | | | | | |
|   State | | | | | | |
| Sales,Use & Excise Tax | | | | | | |
| Property Tax | | | | | | |
| Accured Income Tax | | | | | | |
|   Federal | | | | | | |
|   State | | | | | | |
|   Other | | | | | | |
| TOTALS | $        - | $        - | $        - | | | $        - |

(1) For first report, Beginning Balance will be $0: Beginning Balance will be Ending Balance from prior report

### INSURANCE SCHEDULE

| | Carrier | Amount of Coverage | Expiration Date | Premium Paid Through |
|---|---|---|---|---|
| Workers Compensation | | | | |
| General Liability | | | | |
| Property (Fire Theft) | | | | |
| Vehicle | | | | |
| Others | | | | |
| | | $        - | | |

**DEBTOR**          Easy Street Holdings,LLC    **CASE NO.**    09-29905

### Form 2-E
### SUPPORTING SCHEDULES
### For Period January 1-January 31, 2010

### ACCOUNTS RECEIVABLE & POST PETITION PAYABLE SCHEDULE

| DUE | ACCOUNTS RECEIVABLE | POST PETTITION ACCOUNTS PAYABLE |
|---|---|---|
| Under 30 Days | | 539742.56 |
| 31 t0 60 Days | | |
| 61 to 90 Days | | |
| 91 to 120 Days | | |
| Over 120 Days | | |
| **TOTAL POST PETITION** | $        - | |
| | | |
| **PRE PETITION AMOUNT** | | |
| | | |
| Total Accounts Receivable | | |
| Less: Bad Debt Reserve | | |
| **Net Accounts Receivable (to Form 2-C** | $        - | |

Total Post Petition
Accounts Payable  $    539,742.56

*Attach a detail listing accounts receivable and post petition accounts payable

### SCHEDULE OF PAYMENTS TO ATTORNEYS & OTHER PROFESSIONALS

| | Month End Retainer Balance | Current Month's Accrual | Paid in Current Month | Date of Court Approval | | Month End Balance Due* |
|---|---|---|---|---|---|---|
| Debtor's Counsel | | | | | | |
| Counsel for Unsecured Creditors Committee | | | | | | |
| Trustee Counsel | | | | | | |
| Accountant | | | | | | |
| Other | | | | | | |
| Total | $      - | $      - | $      - | | | $      - |

* Balance due to include fees and expenses incurred but not yet paid.

### Schedule of Payments & Transfers to Principals / Executives**

| Payee Name | Position | Nature of Payment | Amount |
|---|---|---|---|

**DEBTOR**                    **CASE NO.**   09-29905

### Form 2-F
### QUARTERLY FEE SUMMARY*
### FOR THE MONTH ENDED JANUARY 31, 2010

| Month For Period January 1-January | Year | Cash Disbursement** | Quarterly Fee Due | Check Number | Date Paid |
|---|---|---|---|---|---|
| January | | $         - | $   325.00 | | |
| February | | | | | |
| March | | | | | |
| Total 1st Qtr | | $         - | $   325.00 | | |
| April | | | | | |
| May | | | | | |
| June | | | | | |
| Total 2nd Qtr | | $         - | $         - | | |
| July | | | | | |
| August | | | | | |
| September | | | | | |
| Total 3rd Qtr | | $         - | $         - | | |
| October | | | | | |
| November | | | | | |
| December | | | | | |
| Total 4th Qtr | | $         - | $         - | | |

### FEE SCHEDULE (AS OF JANUARY 1, 2008)

| Quarterly Disbursements | | | Fee | |
|---|---|---|---|---|
| $         - | to | $   14,999 | $   325.00 |
| $   15,000 | to | $   74,999 | $   650.00 |
| $   75,000 | to | $   149,999 | $   975.00 |
| $   15,000 | to | $   224,999 | $   1,625.00 |
| $   225,000 | to | $   299,999 | $   1,950.00 |
| $   300,000 | to | $   999,999 | $   4,875.00 |
| $   1,000,000 | to | $   1,999,999 | $   6,500.00 |
| $   2,000,000 | to | $   2,999,999 | $   9,750.00 |
| $   3,000,000 | to | $   4,999,999 | $   10,400.00 |
| $   5,000,000 | to | $   14,999,999 | $   13,000.00 |
| $   15,000,000 | to | $   29,999,999 | $   20,000.00 |
| $   30,000,000 | to | more | $   30,000.00 |

* This summary is to reflect the current year's information cumulative to the end of the preporting period
**Should agree with line 3 Form 2-B. Disbursements are net of transfers tooterh debtor in possesion bank accounts

Failure to pay the quarterly fee is cause for conversion or dismissal of the chapter 11 case.[11USC Sec 112(b)(10)
In addition, unpadi fees are considered a debt owned the United States and will be assessed interest unde 31 USC 3717

**DEBTOR**   EASY STREET HOLDING          **CASE NO**   09-29905

**Form 2-G**
**NARRATIVE**
**For Period Ending January 31, 2010**

**Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in the financial statements, and any significant changes in the financial condition of the debtor which may have occurred subsequent to the report date.**

Easy Street Holding continued to monitor its case and file reports.  It obtained an extension of its exclusive periods to file and obtain confirmation of a plan of reorganization.  Its affiliate, Easy Street Partners, filed a plan and disclosure statement, which does not include Easy Street Mezzanine.  Easy Street Partners also prepared a 2010 Operation and Capital Plan and it was reviewed in detail by the Co-Manager of Easy Street Partners.

**DEBTOR**                              **POST CONFIRMATION QUARTERLY REPORT**

**CH 11 CASE NO.**                      **FOR QUARTER ENDED**

**SUMMARY OF DISBURSEMENTS MADE DURING QUARTER**

1. Cash Balance, Beginning of Quarter
For Period January 1-January 31, 2010
3. Cash Disbursements during Quarter including Plan Payments
4. Cash Balance End of Quarter(or as of repoart date for final report)
**SUMMARY OF AMOUNTS DISBURSED UNDER PLAN**        $          -

|  | Paid During Quarter | Total Paid To Date | Total Pyts Projected Under the Plan |
|---|---|---|---|
| 1. ADMINISTRATIVE EXPENSES |  |  |  |
| Plan Trustee Compensation | $          - | $          - | $          - |
| Plan Trustee Expenses | $          - | $          - | $          - |
| Attorney Fees Trustee | $          - | $          - | $          - |
| Attorney Fees Debtor | $          - | $          - | $          - |
| Other Professionals | $          - | $          - | $          - |
| Other Administrative Expenses | $          - | $          - | $          - |
| TOTAL ADMINISTRATIVE EXPENSES | $          - | $          - | $          - |

2. SECURED CREDITORS

3. PRIORITY CREDITORS

4. UNSECURED CREDITORS

5. EQUITY SECURITY HOLDERS

| **TOTAL PLAN PAYMENTS** | $          - | $          - | $          - |
|---|---|---|---|
| **QUARTERLY FEE PAID** | $          - | $          - | $          - |

**PLAN STATUS**

|  | YES | NO |
|---|---|---|
| 1. Have all payments been made as set forth in the confirmed plan? |  |  |
| 2. Are all post confirmation obligations current? |  |  |
| 3. Projected date of application for final decree |  |  |

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING POST CONFIRMATION QUARTERLY REPORT
IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

Reorganized Debtor        _____

By:        _____
Title        _____
Email & Phone        _____

| Easy Street Holdings - 01/31/10 | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| CBIZ Accounting | 0.00 | 0.00 | 0.00 | 0.00 | 12,048.67 | 12,048.67 |
| David Wickline | 0.00 | 0.00 | 0.00 | 0.00 | 1,535.97 | 1,535.97 |
| Frank Rimerman & Co. LLP | 0.00 | 0.00 | 0.00 | 1,393.55 | 0.00 | 1,393.55 |
| Goodrich & Thomas, CPAs | 0.00 | 0.00 | 0.00 | 0.00 | 16,100.00 | 16,100.00 |
| Klehr,Harrison,Harvey,Branzburg & Ellers | 0.00 | 0.00 | 0.00 | 0.00 | 18,534.17 | 18,534.17 |
| Les Olson Company | 0.00 | 0.00 | 0.00 | 687.50 | 0.00 | 687.50 |
| McGladrey & Pullen | 0.00 | 0.00 | 0.00 | 0.00 | 5,000.00 | 5,000.00 |
| Merrit & Harris | 0.00 | 0.00 | 0.00 | 0.00 | 1,066.67 | 1,066.67 |
| Park City Surveying | 0.00 | 0.00 | 0.00 | 0.00 | 638.33 | 638.33 |
| Pitney Bowes | 0.00 | 0.00 | 0.00 | 0.00 | 53.86 | 53.86 |
| Shaner Design, Inc. | 0.00 | 0.00 | 0.00 | 0.00 | 1,487.50 | 1,487.50 |
| Staples Credit Plan | 0.00 | 0.00 | 0.00 | 0.00 | 326.13 | 326.13 |
| TOTAL | 0.00 | 0.00 | 0.00 | 2,081.05 | 56,791.30 | 58,872.35 |