| | | | |
|---|---|---|---|
| **DEBTOR** | EASY STREET MEZZANINE | | **MONTHLY OPERATING REPORT** |
| | | | **CHAPTER 11** |
| **CASE NO.** | 09-29908 | | |

## Form 2-A
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT

### For Period January 1 to January 31, 2010

**Accounting Method**     [ X ] Accrual Basis     [  ] Cash Basis

---

**THIS REPORT IS DUE 15 DAYS AFTER THE END OF THE MONTH**

Mark On Box Each Required Document

Debtor must attach each of the following reports/documents unles the U.S. Trustee has waived the requirement in writing. File the original with the Clerk of Court. Sup,it a duplicate, with original signature, to the U.S. Trustee

| Report/Document Wavied | Previously Waived | REQUIRED REPORTS / DOCUMENTS |
|---|---|---|
| X | | 1. Cash Receipts and Disbursement Schedule (Form 2-B) |
| X | | 2. Balance Sheet (Form 2-C) |
| X | | 3. Profit and Loss Statement (Form 2-D) |
| X | | 4. Supporting Schedules (Form 2-E) |
| X | | 5. Quarterly Fee Summary (Form 2-F) |
| X | | 6. Narrative (Form 2-G) |
| X | | 7. Bank Statements for All Bank Accounts |
| X | | 8. Bank Statement Reconciliations for all Bank Accounts |

---

I declare under the penalty of perjury that the following Monthly Operating Reoprt, and any attachements thereto are true, accurate, and correct to the best of my knowledge and belief.

**Executed on**     ~~15-Jan-10~~  2·13·10     **Print Name**    William H. Shoaf

**Signature**    [signature]

**Tittle**    Manager

DEBTOR EASY STREET MEZZANINE        CASE NO.        09-29908

**Form 2-B**
**CASH RECEIPTS AND DISBURSEMENTS STATEMENT**

For Period January 1 to January 31, 2010

ry 1 to January 31, 2010

| CASH FLOW SUMMARY | CURRENT MONTH | ACCUMULATED |
|---|---|---|
| **1. Beginning Cash Balance** | $ - | 1   $ - | 1 |
| 2. Cash Receipts | | |
| Operations | $ - | $ - |
| Sales of Assets | $ - | $ - |
| Loans / Advances | $ - | $ - |
| Other | $ - | $ - |
| Total Cash Receipts | $ - | $ - |
| 3. Cash Disbursements | | |
| Operations | $ - | $ - |
| Debt Service/Secured Loan Payment | $ - | $ - |
| Prefessional Fees/US Trustee Fees | $ - | $ - |
| Other | $ - | $ - |
| Total Cash Disbursements | $ - | $ - |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | $ - | $ - |
| **5. End Cash Balance (to Form 2-C)** | $ - | 2   $ - | 2 |

| CASH BALANCE SUMMARY | Financial Institution | Book Balance |
|---|---|---|
| Petty Cash | | |
| DIP Operating Account | | $ - |
| DIP State Tax Account | | $ - |
| DIP Payroll Account | | $ - |
| Other Operating Account | | $ - |
| Other Interest Bearing Account | | $ - |
| TOTAL | | $ -   3 |

(must agree with Ending Cash Balance above)

**DEBTOR** EASY STREET MEZZANINE     **CASE NO.**     09-29908

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT

### For Period January 1 to January 31, 2010

**CASH RECEIPTS DETAIL**     **Account No.** _____

*(ATTACH ADDITONAL SHEETS AS NECESSARY)*

| Date | Payer | Description | Amount |
|------|-------|-------------|--------|
|      |       |             |        |

                                            **Total Cash Receipts** _____ 1

(1) Total for all accounts should agree with the total cash receipts listed on Form 2-B, page 1

**DEBTOR** EASY STREET MEZZANINE    **CASE NO.**    09-29908

**Form 2-B**
**CASH RECEIPTS AND DISBURSEMENTS STATEMENT**
**For Period January 1 to January 31, 2010**

**CASH DISBURSEMENTS DETAIL**    **Account No.**

| Date | Payer | Description | Amount |
|------|-------|-------------|--------|
|      |       |             |        |

**Total Cash Disbursements** _____ 1

(1) Total for all accounts should agree with the total cash disbursements listed on Form 2-B, page 1

**DEBTOR** EASY STREET MEZZANINE  **CASE NO.** 09-29908

## Form 2-C
## COMPARATIVE BALANCE SHEET
### For Period Ending January 31 2010

For Period January 1 to January 31, 2010

| ASSETS | CURRENT MONTH | ACCUMULATED |
|---|---|---|
| **Current Assets** | | |
| Cash (from From 2-B, Line 5) | $ - | $ - |
| Accounts Recievable (from From 2-E) | $ - | $ - |
| Receivable from Officers, Employees, Affiliates | $ - | $ - |
| Inventory | $ - | $ - |
| Other Current Assets | | |
| Total Current Assets | $ - | $ - |
| **Fixed Assets** | | |
| Land | $ - | $ - |
| Building | $ - | $ - |
| Equipment, Furniture & Fixtrues | $ - | $ - |
| Total Fixed Assets | $ - | $ - |
| Less: Accumulated Depreciation | | |
| Net Fixed Assets | $ - | $ - |
| Other Fixed Assets | $ 14,824,974.00 | $ 14,824,974.00 |
| **TOTAL ASSETS** | $ 14,824,974.00 | $ 14,824,974.00 |
| **LIABILITIES** | | |
| Post Petition Accounts Payables (Form 2-E) | $ - | $ - |
| Post Petition Accrued Professional Fees(Form 2-E | $ - | $ - |
| Post Petition Taxes Payable (Form 2-E) | $ - | $ - |
| Post Petition Notes Payable | $ - | $ - |
| Other Post Petition Payables | $ - | $ - |
|  | $ - | $ - |
| Total Post Petition Liabilities | $ - | $ - |
| **Pre Petition Liabilities** | | |
| Secured Debt | $ 12,379,795.00 | $ 12,379,795.00 |
| Priority Debt | $ - | $ - |
| Unsecured Debt | $ 58,872.00 | $ 58,872.00 |
| Total Pre Petition Debt | $ 12,438,667.00 | $ 12,438,667.00 |
| **TOTAL LIABILITIES** | $ 12,438,667.00 | $ 12,438,667.00 |
| **OWNER EQUITY** | | |
| Owner/Stockholder Equity | $ 2,386,307.00 | $ 2,386,307.00 |
| Retained Earnings - Prepetition | $ - | $ - |
| Retained Earnings - Post Petition | $ - | $ - |
| TOTAL OWNERS EQUITY | $ 2,386,307.00 | $ 2,386,307.00 |
| **TOTAL LIABILITIES & OWNER EQUITY** | $ 14,824,974.00 | $ 14,824,974.00 |

**D EASY STREET MEZZANINE**  **CASE NO.**  09-29908

# Form 2-D
## PROFIT AND LOSS STATEMENT
### For Period January 1 to January 31, 2010

|  | CURRENT MONTH | ACCUMULATED |
|---|---|---|
| For Period January 1 to January 31, 2010 | | |
| Gross Operating Revenues | $    - | $    - |
| Less: Discounts, Returns, Allowances | $    - | $    - |
| **Net Operating Revenue** | $    - | $    - |
| Cost of Goods Sold | $    - | $    - |
| **Gross Profits** | $    - | $    - |
| | | |
| Operating Expenses | | |
| Officer Compensation | $    - | $    - |
| Selling, General & Administrative | $    - | $    - |
| Rents & Leases | $    - | $    - |
| Depreciation, Depletion, & Amortization | $    - | $    - |
| Others | $    - | $    - |
| Total Operating Expenses | $    - | $    - |
| | | |
| **Operating Income (Loss)** | $    - | $    - |
| | | |
| Non Opearating Income and Expenses | | |
| Other Non Operating Expenses | $    - | $    - |
| Gains (Losses) on Sale of Assets | $    - | $    - |
| Interest Income | $    - | $    - |
| Interest Expense | $    - | $    - |
| Owner Rental Commissions | $    - | $    - |
| | $    - | $    - |
| Net Non Operating Income or (Expenses) | $    - | $    - |
| | | |
| Reorganization Expenses | | |
| Legal & Professional Expenses | $    - | $    - |
| Other Reorganizational Expenses | $    - | $    - |
| Total Reorganizational Expenses | $    - | $    - |
| | | |
| **Net Income (loss) Before Income Taxes** | $    - | $    - |
| | | |
| Federal & State Income Tax Expense (Benefit) | $    - | $    - |
| | | |
| **NET INCOME (LOSS)** | $    - | $    - |

DEBTOR  CASE NO. 09-29908
EASY STREET MEZZANINE

Form 2-E
## SUPPORTING SCHEDULES
January 1- January 31-2010

### POST PETITION TAXES PAYABLE SCHEDULE

For Period January 1 to January 31, 2010

|  | Beginning Balance | Amount Accrued | Amount Paid | Date Paid | Check Number | Ending Balance |
|---|---|---|---|---|---|---|
| Income Tax Withheld |  |  |  |  |  |  |
|   Federal |  |  |  |  |  |  |
|   State |  |  |  |  |  |  |
| FICA Tax Withheld |  |  |  |  |  |  |
| Employeers Fica Tax |  |  |  |  |  |  |
| Unemployment Tax |  |  |  |  |  |  |
|   Federal |  |  |  |  |  |  |
|   State |  |  |  |  |  |  |
| Sales,Use & Excise Tax |  |  |  |  |  |  |
| Property Tax |  |  |  |  |  |  |
| Accured Income Tax |  |  |  |  |  |  |
|   Federal |  |  |  |  |  |  |
|   State |  |  |  |  |  |  |
|   Other |  |  |  |  |  |  |
| TOTALS | $   - | $   - | $   - |  |  | $   - |

(1) For first report, Beginning Balance will be $0: Beginning Balance will be Ending Balance from prior report

### INSURANCE SCHEDULE

|  | Carrier | Amount of Coverage | Expiration Date | Premium Paid Through |
|---|---|---|---|---|
| Workers Compensation |  |  |  |  |
| General Liability |  |  |  |  |
| Property (Fire Theft) |  |  |  |  |
| Vehicle |  |  |  |  |
| Others |  |  |  |  |
|  |  | $   - |  |  |

**DEBTOR** Easy Street Partners, LLC   **CASE NO.**   09-29908

## Form 2-E
## SUPPORTING SCHEDULES
## January 1- January 31-2010

### ACCOUNTS RECEIVABLE & POST PETITION PAYABLE SCHEDULE

| DUE | ACCOUNTS RECEIVABLE | POST PETTITION ACCOUNTS PAYABLE |
|---|---|---|
| Under 30 Days | | |
| 31 t0 60 Days | | |
| 61 to 90 Days | | |
| 91 to 120 Days | | |
| Over 120 Days | | |
| **TOTAL POST PETITION** | $   - | |
| **PRE PETITION AMOUNT** | | |
| Total Accounts Receivable | | |
| Less: Bad Debt Reserve | | |
| **Net Accounts Receivable (to Form 2-C** | $   - | |

Total Post Petition
Accounts Payable  $   -

*Attach a detail listing accounts receivable and post petition accounts payable

### SCHEDULE OF PAYMENTS TO ATTORNEYS & OTHER PROFESSIONALS

| | Month End Retainer Balance | Current Month's Accrual | Paid in Current Month | Date of Court Approval | | Month End Balance Due* |
|---|---|---|---|---|---|---|
| Debtor's Counsel | | | | | | |
| Counsel for Unsecured Creditors Committee | | | | | | |
| Trustee Counsel | | | | | | |
| Accountant | | | | | | |
| Other | | | | | | |
| Total | $   - | $   - | $   - | | | $   - |

* Balance due to include fees and expenses incurred but not yet paid.

### Schedule of Payments & Transfers to Principals / Executives**

| Payee Name | Position | Nature of Payment | Amount |
|---|---|---|---|
| | | | |

** List payments and transfers of any kind and in any form made to or for the benefit of any proprietor owner, partner, officer, or director.

**DEBTOR**            CASE NO.    09-29908

## Form 2-F
## QUARTERLY FEE SUMMARY*
### FOR THE MONTH ENDED Januaray 2010

| Month For Period December 1 to Dec | Year | Cash Disbursement** | Quarterly Fee Due | Check Number | Date Paid |
|---|---|---|---|---|---|
| January | | $ - | $ 325.00 | | |
| February | | | | | |
| March | | | | | |
| Total 1st Qtr | | $ - | $ 325.00 | | |
| April | | | | | |
| May | | | | | |
| June | | | | | |
| Total 2nd Qtr | | $ - | $ - | | |
| July | | | | | |
| August | | | | | |
| September | | | | | |
| Total 3rd Qtr | | $ - | $ - | | |
| October | | | | | |
| November | | | | | |
| December | | | | | |
| Total 4th Qtr | | $ - | $ - | | |

### FEE SCHEDULE (AS OF JANUARY 1, 2008)

| Quarterly Disbursements | | | Fee |
|---|---|---|---|
| $ - | to | $ 14,999 | $ 325.00 |
| $ 15,000 | to | $ 74,999 | $ 650.00 |
| $ 75,000 | to | $ 149,999 | $ 975.00 |
| $ 15,000 | to | $ 224,999 | $ 1,625.00 |
| $ 225,000 | to | $ 299,999 | $ 1,950.00 |
| $ 300,000 | to | $ 999,999 | $ 4,875.00 |
| $ 1,000,000 | to | $ 1,999,999 | $ 6,500.00 |
| $ 2,000,000 | to | $ 2,999,999 | $ 9,750.00 |
| $ 3,000,000 | to | $ 4,999,999 | $ 10,400.00 |
| $ 5,000,000 | to | $ 14,999,999 | $ 13,000.00 |
| $ 15,000,000 | to | $ 29,999,999 | $ 20,000.00 |
| $ 30,000,000 | to | more | $ 30,000.00 |

* This summary is to reflect the current year's information cumulative to the end of the preporting period
**Should agree with line 3 Form 2-B. Disbursements are net of transfers tooterh debtor in possesion bank accounts

Failure to pay the quarterly fee is cause for conversion or dismissal of the chapter 11 case.[11USC Sec 112(b)(10)
In addition, unpadi fees are considered a debt owned the United States and will be assessed interest unde 31 USC 3717

**DEBTOR**   EASY STREET MEZZANINE          **CASE NO**   09-29908

Form 2-G
**NARRATIVE**
**For Period Ending January 31, 2010**

**Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in the financial statements, and any significant changes in the financial condition of the debtor which may have occurred subsequent to the report date.**

Easy Street Mezzanine continued to monitor its case and file reports.  It obtained an extension of its exclusive periods to file and obtain confirmation of a plan of reorganization.  Its subsidiary, Easy Street Partners, filed a plan and disclosure statement, which does not include Easy Street Mezzanine.  Easy Street Partners also prepared a 2010 Operation and Capital Plan and it was reviewed in detail by the Co-Manager of Easy Street Partners.

**DEBTOR**                        **POST CONFIRMATION QUARTERLY REPORT**

**CH 11 CASE NO.**            **FOR QUARTER ENDED**

**SUMMARY OF DISBURSEMENTS MADE DURING QUARTER**

1. Cash Balance, Beginning of Quarter
For Period December 1 to December 31, 2010
3. Cash Disbursements during Quarter including Plan Payments
4. Cash Balance End of Quarter(or as of repoart date for final report)
**SUMMARY OF AMOUNTS DISBURSED UNDER PLAN**    $    -

|  | Paid During Quarter | Total Paid To Date | Total Pyts Projected Under the Plan |
|---|---|---|---|
| 1. ADMINISTRATIVE EXPENSES |  |  |  |
|     Plan Trustee Compensation | $ - | $ - | $ - |
|     Plan Trustee Expenses | $ - | $ - | $ - |
|     Attorney Fees Trustee | $ - | $ - | $ - |
|     Attorney Fees Debtor | $ - | $ - | $ - |
|     Other Professionals | $ - | $ - | $ - |
|     Other Administrative Expenses | $ - | $ - | $ - |
|     TOTAL ADMINISTRATIVE EXPENSES | $ - | $ - | $ - |

2. SECURED CREDITORS

3. PRIORITY CREDITORS

4. UNSECURED CREDITORS

5. EQUITY SECURITY HOLDERS
**TOTAL PLAN PAYMENTS**     $ -     $ -     $ -

**QUARTERLY FEE PAID**     $ -     $ -     $ -

**PLAN STATUS**

                                                                 **YES**                 **NO**

1. Have all payments been made as set forth in the confirmed plan?

2. Are all post confirmation obligations current?

3. Projected date of application for final decree

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING POST CONFIRMATION QUARTERLY REPORT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

Reorganized Debtor        _____

By:                      _____
Title                     _____
Email & Phone           _____

| Easy Street Mezzanine 01/31/10 | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---:|---:|---:|---:|---:|---:|
| CBIZ Accounting | 0.00 | 0.00 | 0.00 | 0.00 | 12,048.67 | 12,048.67 |
| David Wickline | 0.00 | 1,535.97 | 0.00 | 0.00 | 0.00 | 1,535.97 |
| Frank Rimerman & Co. LLP | 0.00 | 0.00 | 0.00 | 1,393.55 | 0.00 | 1,393.55 |
| Goodrich & Thomas, CPAs | 0.00 | 0.00 | 0.00 | 0.00 | 16,100.00 | 16,100.00 |
| Klehr,Harrison,Harvey,Branzburg & Ellers | 0.00 | 0.00 | 0.00 | 0.00 | 18,534.17 | 18,534.17 |
| Les Olson Company | 0.00 | 0.00 | 0.00 | 687.50 | 0.00 | 687.50 |
| McGladrey & Pullen | 0.00 | 0.00 | 0.00 | 0.00 | 5,000.00 | 5,000.00 |
| Merrit & Harris | 0.00 | 0.00 | 0.00 | 0.00 | 1,066.67 | 1,066.67 |
| Park City Surveying | 0.00 | 0.00 | 0.00 | 0.00 | 638.33 | 638.33 |
| Pitney Bowes | 0.00 | 0.00 | 0.00 | 0.00 | 53.86 | 53.86 |
| Shaner Design, Inc. | 0.00 | 0.00 | 0.00 | 0.00 | 1,487.50 | 1,487.50 |
| Staples Credit Plan | 0.00 | 0.00 | 0.00 | 0.00 | 326.13 | 326.13 |
| TOTAL | 0.00 | 1,535.97 | 0.00 | 2,081.05 | 55,255.33 | 58,872.35 |