Jeffrey W. Shields (USB #2948)
Lon A. Jenkins (USB #4060)
Troy J. Aramburu (USB #10444)
**JONES WALDO HOLBROOK & McDONOUGH, PC**
170 South Main Street, Suite 1500
Salt Lake City, Utah 84101
Telephone: (801) 521-3200
Email: jshields@joneswaldo.com
lajenkins@joneswaldo.com
taramburu@joneswaldo.com

*Counsel to Unsecured Creditors' Committee*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| In re: | Bankruptcy No.09-29905 |
|---|---|
| **EASY STREET HOLDING, LLC et al.,** Debtor. | (Jointly Administered with Cases 09-29907 and 09-29908) |
| | Chapter 11 |
| | Honorable R. Kimball Mosier |
| | CERTIFICATE OF SERVICE |

I hereby certify that on February 12, 2010 I caused to be served a true and correct copy of the *Objection of Unsecured Creditors Committee to Disclosure Statement with Respect to Plan of Reorganization of Easy Street Partners, LLC, Dated January 15, 2010* upon the following parties, via United States mail, postage prepaid and via ECF Notification:

**ECF Notification:**

- Kenneth L. Cannon    kcannon@djplaw.com, khughes@djplaw.com
- Scott A. Cummings    cummings.scott@dorsey.com
- Mary Margaret Hunt    hunt.peggy@dorsey.com, wardle.gay@dorsey.com

- Annette W. Jarvis   jarvis.annette@dorsey.com, smith.ron@dorsey.com;slc.lit@dorsey.com;brown.patricia@dorsey.com
- Michael R. Johnson   mjohnson@rqn.com, agale@rqn.com
- Anthony C. Kaye   kaye@ballardspahr.com
- Benjamin J. Kotter   kotter.benjamin@dorsey.com
- Adelaide Maudsley   maudsley@chapman.com, jemery@chapman.com
- Steven J. McCardell   smccardell@djplaw.com, khughes@djplaw.com
- John T. Morgan tr   john.t.morgan@usdoj.gov, james.gee@usdoj.gov
- David W. Overholt   doverholt@rsolaw.com, abachman@rsolaw.com
- Jessica G Peterson   jpeterson@djplaw.com
- Knute Rife   karife@rifelegal.com
- Jeffrey L. Shields   jlshields@cnmlaw.com, njpotter@cnmlaw.com
- United States Trustee   USTPRegion19.SK.ECF@usdoj.gov

**First class mail**, postage prepaid upon the following:

All parties currently listed on the Official Mailing Matrix on file with the Clerk of the Court, a copy of which is attached hereto as Exhibit "A".

Additional notice was provided on February 15, 2010 via E-mail transmission to the following:

Richard W. Havel
RHavel@Sidley.com

Dated February 16, 2010

                                    **JONES WALDO HOLBROOK & McDONOUGH, PC**

                                    By:   /s/ Lon A. Jenkins
                                         Lon A. Jenkins
                                         Troy J. Aramburu

920777.1

Exhibit "A"

Label Matrix for local noticing
1088-2
Case 09-29955
District of Utah
Salt Lake City
Fri Feb 12 15:51:46 MST 2010

03110, LLC
2230 East 25th Street
Idaho Falls, ID 83404-7542

ASKM, LLC
c/o Brent V. Manning
10 Exchange Place, Ste. 300
Salt Lake City, UT 84111-5104

Aaron Archibald
1153 Cedar Avenue
Provo, UT 84604-2857

Alan Gaufin
347 West 500 South
Orem, UT 84058-4809

Alliance Partners, LLC
c/o Greg Leong
4666 South 9810 North
Cedar Hills, UT 84062-8773

American Express
P.O. Box 650448
Dallas, TX 75265-0448

American Express Bank FSB
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

Apisa and Shannon Tinoisamoa
c/o Brent V. Manning
10 Exchange Place, Ste. 300
Salt Lake City, UT 84111-5104

Aspen Glade Investments, LLC
c/o John Joy
217 Vulcan Street
Louisville, CO 80027-1241

B & S Patio, LLC
c/o Suzannah Bayles
158 South 200 East
Blanding, UT 84511-2928

Bank of America
P.O. Box 15019
Wilmington, DE 19886-5019

Bank of America Home Loan Servicing
P.O. Box 660694
Dallas, TX 75266-0694

Bank of America Home Loans
Mail Stop TX2-983-03-02
Plano, TX 75024-4100

Bank of America Home Loans
P.O. Box 5170
Simi Valley, CA 93062-5170

Barclays Bank
Card Services
P.O. Box 13337
Philadelphia, PA 19101-3337

Beneficial Utah Inc.
by PRA Receivables Management, LLC
PO Box 12907
Norfolk VA 23541-0907

Beneficial/Household Finance Corporation
P.O. Box 4153-K
Carol Stream, IL 60197

Betty Winmill
304 Henson Drive
Burley, ID 83318-2937

Darwin H. Bingham
Scalley Reading Bates Hansen & Rasmussen
Gateway Tower West
15 West South Temple, Suite 600
P.O. Box 11429
Salt Lake City, UT 84147-0429

J. Kevin Bird tr
Bird & Fugal
384 East 720 South
Suite 201
Orem, UT 84058-6320

Brett Coleman
2509 South 1225 West
Syracuse, UT 84075-8628

CANDICA L.L.C.
C O WEINSTEIN AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

Capital One
P.O. Box 60599
City Of Industry, CA 91716-0599

Capital One Financial
P.O. Box 105474
Atlanta, GA 30348-5474

Capital Recovery III LLC
Care of Recovery Management Systems Corp
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Carlos Taylor
1075 West 200 North
Willard, UT 84340

Casey Pymm
14175 Flowerfield Circle
Draper, UT 84020-8165

Chad Hanson
2587 East Aspenwood Court
Eagle, ID 83616-3999

Chase Bank
P.O. Box 29550
AZ1-1004
Phoenix, AZ 85038-9550

Chase Bank
P.O. Box 94014
Palatine, IL 60094-4014

Chase Bank USA, N.A.
PO Box 15145
Wilmington, DE 19850-5145

ChexSystems
Attn: Consumer Relations
7805 Hudson Road, Ste. 100
Saint Paul, MN 55125-1703

Citi Bank
P.O. Box 6615
The Lakes, NV 88901-6615

Citi Cards
P.O. Box 6077
Sioux Falls, SD 57117-6077

CitiBank/Sears
P.O. Box 688957
Des Moines, IA 50368-8957

Citibank/Home Depot
Home Depot Credit Services
P.O. Box 6028
The Lakes, NV 88901-6028

John S. Clifford
1800 North Broadway Ste 200
Santa Ana, CA 92706-2656

Collette Consulting Group
c/o Thomas Collette
21 French Drive
Bedford, NH 03110-5717

Collette Family Limited Partnership
c/o David Collette
2230 East 25th Street
Idaho Falls, ID 83404-7542

Courtyard Apartments, LLC
c/o David Collette
2230 East 25th Street
Idaho Falls, ID 83404-7542

Craig Christensen
3610 Coronation Way
Bountiful, UT 84010-6663

DISCOVER BANK
DFS Services LLC
PO Box 3025
New Albany, Ohio 43054-3025

Daniel Laub
60 Gateway Circle
Berthoud CO 80513-9156

(c)DANIEL WALTON
668 N 1100 E
RUPERT ID  83350-5057

Darryl Wagner
11544 Cherry Hill Drive
Sandy, UT 84094-5621

David & Sariah Quist
770 Lavastone Avenue
Loveland, CO 80537-5970

David Duke
1869 East Stone Hollow Drive
Bountiful, UT 84010-1058

David Duke
c/o Steven Smith
1800 West Broadway, Ste. 200
Santa Ana, CA 92706-2656

David Skeen
c/o D. Trace Skeen
P.O. Box 386
Eden, UT 84310-0386

David and Linda Olsen
3151 South 1500 West
Vernal, UT 84078-4699

Dennis Patterson
655 South 450 East
Burley, ID 83318-5644

Derrick Hacking
432 West 650 South
Vernal, UT 84078-4320

Discover Card
P.O. Box 6103
Carol Stream, IL 60197-6103

Don David Williams
c/o Lott Williams
1102 Sawtooth Lane
Chubbuck, ID 83202-5068

Doug Fransen
P.O. Box 8
Monteview, ID 83435-0008

Edwin Mulitalo
1897 Norfolk Street
Birmingham, MI 48009-3028

Eric Wilson
11544 Cherry Hill Drive
Sandy, UT 84094-5621

Eric and Linsey Wilson
c /o Stephen W. Rupp, trustee
10 East South Temple, Ste. 600
Salt Lake City, UT 84133-1192

Errol Burns
P.O. Box 790064
Vernal, UT 84079-0064

| | | |
|---|---|---|
| FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | FMDB, LLC<br>c/o Frank Dodge<br>P.O. Box 4790<br>Pocatello, ID 83205-4790 | FMDB, LLC<br>c/o Hal Hansen<br>3829 Flagler Avenue<br>Loveland, CO 80538-4854 |
| Glenn & Emily Collette Revoc Lvg Trust<br>c/o Glenn Collette<br>1420 Mountain View Lane<br>Idaho Falls, ID 83402-1814 | Golds Gym<br>44 E 800 N<br>Orem, UT 84057-3905 | Gregorcy Leong<br>4666 West 9810 North<br>Cedar Hills, UT 84062-8773 |
| Hammons Family Ltd. Partnership<br>c/o Bill Hammons<br>Box 441<br>Logandale, NV 89021-0441 | Marji Hanson<br>352 South Denver Street<br>Suite 240<br>Salt Lake City, UT 84111-3073 | Harry DeHaan<br>335 Blue Lake Blvd. N.<br>Twin Falls, ID 83301-4828 |
| Horizon Financial & Insurance Agency<br>1576 South 500 West Suite 201<br>Woods Cross, UT 84010-7433 | Armand J. Howell<br>Matheson Mortensen Olsen & Jeppson<br>648 East 1st South<br>Salt Lake City, UT 84102-1584 | Ichiban Investments Ltd. Partnership<br>c/o David Collete<br>2230 East 25th Street<br>Idaho Falls, ID 83404-7542 |
| Intellectual Capital Investments, LLC<br>3151 South 1500 West<br>Vernal, UT 84078-4699 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 | JF Nielson, Inc.<br>P.O. Box 965<br>Monticello, UT 84535-0965 |
| JROB, Inc.<br>201 East South Temple #227<br>Salt Lake City, UT 84111-1296 | Jedeyre, Inc.<br>6022 West Thornton Lane<br>Highland, UT 84003-3543 | John Ritterhouse<br>6444 Garrison Court<br>Fort Collins, CO 80528-7064 |
| Keith Wheadon<br>4063 West Newland Loop #1<br>Lehi, UT 84043-4726 | Kellie Openshaw<br>720 Villa Ridge Way<br>Sandy, UT 84070-2539 | Kelly Gorney<br>3980 Willowood Avenue<br>Loveland, CO 80538-4823 |
| Kyle Bennett<br>901 Pier Drive #204<br>Idaho Falls, ID 83402 | Larry Tweedie<br>6959 South Marble Circle<br>Idaho Falls, ID 83406-8292 | Laylo Adventures<br>c/o Shawn Libal<br>228 Meadowville Drive<br>Loveland, CO 80537-7588 |
| Leland Bresock<br>10172 S Senatorial Place<br>South Jordan, UT 84095-3123 | Lelia Jones<br>105 North Sierra Bonita<br>Mapleton, UT 84664-5041 | Leverle Cook<br>598 West 2500 South<br>Vernal, UT 84078-4750 |
| Liahona, Inc.<br>c/o Robert Collette<br>5238 South 11th East<br>Idaho Falls, ID 83404-7692 | Lovel Young<br>2241 West 800 South<br>Vernal, UT 84078-4027 | MBI Investments, Inc.<br>c/o Marlies Burns<br>720 East 5th Avenue #1<br>Salt Lake City, UT 84103-3508 |

Macro Investments, LLC
c/o Jason Beal
757 West 1375 North
Lehi, UT 84043-2318

Mae Properties
c/o Lance Schiffman
P.O. Box 95752
South Jordan, UT 84095-0752

Mai Iys, LLC
c/o Richard Hooper
364 South 300 East
Orem, UT 84058-5559

Mark Christensen
2588 West 2450 North
Clinton, UT 84015-8393

Mark Sanderson
72 North 443 East
Rupert, ID 83350

Monetary Innovations, LLC
c/o Bevan Wilde
4872 Sampson Court
Highland, UT 84003-8814

Mortgage Electronic Registration Systems, In
C/O Matheson, Mortensen, Olsen & Jeppson
648 East 100 South
Salt Lake City, UT 84102-1584

Mountain America Credit Union
7181 South Campus View Drive
West Jordan, UT 84084-4312

Mountain America Credit Union
P.O. Box 9001
West Jordan, UT 84084-9001

My Personal CEO, LLC
c/o Cynthia Clements
3319 North University Avenue
Provo, UT 84604-4482

PYOD LLC its successors and assigns as assig
Citibank
c/o Resurgent Capital Services
PO Box 19008
Greenville, SC 29602-9008

Paramount Acceptance Corp.
4725 S. Holladay Blvd.
Salt Lake City, Utah 84117-5400

Parsons Behle & Latimer
201 South Main Street, Ste. 1800
Salt Lake City, UT 84111-2218

Paul Skeen
2871 Clark Boulevard
Nyssa, OR 97913-5413

Paul Wilde
9714 South Laredo Street
Highlands Ranch, CO 80130-4161

Peter Shelton
12557 South Liberty Hill Court
Herriman, UT 84096-7774

Pine Mountain Holding, LP.
c/o Sean O'Gwin
1068 North 470 West
Orem, UT 84057-8432

R & L Collette Ltd Partnership
c/o Robert Collette
5238 South 11th East
Idaho Falls, ID 83404-7692

R & L. Collette LP
c/o Billie J. Siddoway
170 South Main Street, Ste. 1500
Salt Lake City, UT 84101-1644

RJ Enterprizes, LLC
c/o Ryan Anderson
586 North 400 East
Springville, UT 84663-1473

Racing Hacking
948 East 2500 South
Vernal, UT 84078-8011

Richard Kechter
P.O. Box 1351
Soldotna, AK 99669-1351

Richard West
10924 Shelbrooke Drive
South Jordan, UT 84095-8270

Robert Collette
5238 South 11th Street
Idaho Falls, ID 83404-7692

Robert Collette
c/o Billie J. Siddoway
170 South Main Street, Ste. 1500
Salt Lake City, UT 84101-1644

Robert O'Brien III
10249 Riverside Drive
Parker, CO 80134

Robin Mueller
8850 South 60 East
Sandy, UT 84070-2132

Roger Morgan
201 South 50 West
Burley, ID 83318-5697

Rory Cook
1741 West 2500 North
Vernal, UT 84078-9641

Ryan Andersen
4726 Majestic
Idaho Falls, ID 83406-8185

Ryan Liljenquist
4864 West Joey Court
Highland, UT 84003-9451

Scott Lamb
17269 Cornerstone Drive
Parker, CO 80134-9152

Scott Mason
125 North Lost Canyon Place
Eagle, ID 83616-7222


Shift 4 Investments, LLC
1177 East Bear Hollow Circle
Draper, UT 84020-9052

Shumway Van Law, Chtd.
3400 N. Ashton Blvd., Ste. 100
Lehi, UT 84043-5309

Silverleaf Investments, LLC
c/o Stan Foote
P.O. Box 478
Aurora, UT 84620-0478


Smith Office Services, Inc.
c/o Karla Smith
3217 Tipperary Lane
Idaho Falls, ID 83404-7358

Snow Christensen & Martineau
P.O. Box 45000
Salt Lake City, UT 84145-5000

Snowmen Investments, LLC
c/o Lance Anderson
11186 North 5550 West
Highland, UT 84003-9515


Spruce Mountain Innovations, LLC
c/o Mike Greene
2001 West 1500 North
Lehi, UT 84043-3295

Stephen W. Rupp
Quinn A. Sperry
McKay, Burton & Thurman
170 South Main St. Suite 800
Salt Lake City, UT 84101-1656

Tom Taylor
P.O. Box 491869
Redding, CA 96049-1869


United States Trustee
Ken Garff Bldg.
405 South Main Street
Suite 300
Salt Lake City, UT 84111-3402

Universal Investments, LLC
c/o Mitch Migliori
2015 West 500 South
Vernal, UT 84078-3916

Utah State Tax Commission
210 North 1950 West
Salt Lake City, UT 84134-9000


Utah State Tax Commission
Attn: Bankruptcy Unit
210 North 1950 West
Salt Lake City, UT 84134-9000

Vernon Teeter
P.O. Box 508
Heyburn, ID 83336-0508

Wells Fargo Financial
P.O. Box 10475
Des Moines, IA 50306-0475


Wells Fargo Financial National Bank
4137 121st Street
Urbandale, IA 50323-2310

Bevan J. Wilde
4872 Sampson Court
Highland, UT 84003-8814


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Internal Revenue Service
50 South 200 East
Salt Lake City, UT 84111

(d)Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA 19114-0326


Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Daniel Walton
66 North 443 East
Rupert, ID 83350

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)David Duke    (u)Mortgage Electronic Registration Systems,    (u)R. Kimball Mosier

(u)Mountain America Federal Credit Union

End of Label Matrix
Mailable recipients  139
Bypassed recipients    4
Total                143