Case 09-29905    Doc 317    Filed 02/19/10    Entered 02/19/10 15:39:44    Desc Main
Document      Page 1 of 4

Kenneth L. Cannon II (kcannon@djplaw.com)(3705)
Steven J. McCardell (smccardell@djplaw.com)(2144)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
Salt Lake City, UT 84111
Telephone: (801) 415-3000/Fax: (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com)
Bruce J. Zabarauskas (bzabarauskas @crowell.com)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 223-4000/Fax: (212) 223-4134
Counsel for Debtors and Debtors in Possession

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | |
| EASY STREET HOLDING, LLC, *et al.* ) | Bankruptcy Case No. 09-29905 |
| ) | Jointly Administered with Cases |
| Debtors. ) | 09-29907 and 09-29908 |
| ) | |
| Address: 201 Heber Avenue ) | Chapter 11 |
| Park City, UT 84060 ) | |
| ) | Honorable R. Kimball Mosier |
| Tax ID Numbers: ) | |
| 35-2183713 (East Street Holding, LLC), ) | |
| 20-4502979 (Easy Street Partners, LLC), and ) | |
| 84-1685764 (Easy Street Mezzanine, LLC) ) | |

**AMENDED[1] NOTICE OF HEARING AND OF OPPORTUNITY TO RESPOND TO
DEBTOR'S OBJECTION TO PROOF OF INTEREST OF BAYNORTH
<u>REALTY FUND VI, L.P. IN EASY STREET PARTNERS, LLC</u>**

**PLEASE TAKE NOTICE** that Easy Street Partners, LLC ("Partners"), debtor and

debtor in possession, has filed an objection to the proof of interest (the "Interest") filed by

---

[1]This Notice is amended because the time for the hearing on Debtor's Objection to Proof of Interest of BayNorth Realty Fund VI, L.P. in Easy Street Partners, LLC, has been changed to **10:00 a.m.** on March 11, 2010.

SLC_554274.1

BayNorth Realty Fund VI, L.P. ("BayNorth") pursuant to 11 U.S.C. § 502(a), Fed.R.Bankr.P. 3007, and Rule 3007-1 of the Bankruptcy Court's Local Rules, requesting that the interest be expunged.  A copy of the Objection has been filed and was previously served on BayNorth and its counsel.

**PLEASE TAKE FURTHER NOTICE** that, if you do not want the Bankruptcy Court to sustain and grant the Objection to the Interest, or if you want the Bankruptcy Court to consider your views on the Objection, then you or your attorney must file with the Bankruptcy Court a written response to the Objection in conformity with Rules 3007-1 and 9013-1 of the Bankruptcy Court's Local Rules so that it is received no later than **Monday, March 1, 2010, at 4:30 p.m., MST** (the "Response Deadline"), which is thirty days after the date of this Notice when three days for mailing are added.  Your response must be filed at:

> Clerk
> United States Bankruptcy Court
> Frank E. Moss United States Courthouse
> 350 South Main Street, # 301
> Salt Lake City, Utah  84101

PLEASE TAKE FURTHER NOTICE that, if you mail your objection to the Bankruptcy Court for filing, you must mail it early enough so the Court will receive it on or before the time and date stated above.  You must also serve your objection on the undersigned counsel for Partners.

PLEASE TAKE FURTHER NOTICE that the Objection will come on for hearing before the Honorable R. Kimball Mosier, United States Bankruptcy Judge, on **Thursday, March 11, 2010, at 10:00 a.m., MST**, in his courtroom (Room No. 369) in the Frank E. Moss United States Courthouse, 350 South Main Street, Salt Lake City, Utah 84101.  You or your attorney must

2

attend the hearing on the Objection if you want your response to be considered by the Bankruptcy Court.

PLEASE TAKE FURTHER NOTICE that if you or your attorney do not take these steps, the Bankruptcy Court may decide that you do not oppose the objection to your claim. Pursuant to Rule 3007-1 of the Bankruptcy Court's Local Rules, if a response is not filed and served by the Response Deadline set forth above, the Bankruptcy Court may sustain the Objection without a hearing.

DATED this 19th day of February, 2010.

        DURHAM JONES & PINEGAR, P.C.

By:  /s/ Kenneth L. Cannon II
     Kenneth L. Cannon II (kcannon@djplaw.com)(3705)
     Steven J. McCardell (smccardell@djplaw.com)(2144)
     111 East Broadway, Suite 900
     P.O. Box 4050
     Salt Lake City, UT 84111-4050
     Telephone: (801) 415-3000
     Facsimile: (801) 415-3500

and

CROWELL & MORING LLP
Michael V. Blumenthal (mblumenthal@crowell.com)
*(admitted pro hac vice)*
Bruce J. Zabarauskas (bzabarauskas@crowell.com)
*(admitted pro hac vice)*
590 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 223-4000
Facsimile: (212) 223-4134

Counsel for Debtors and Debtors in Possession

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the Amended Notice of Hearing and of Opportunity to Respond to Debtor's Objection to Proof of Interest of BayNorth Realty Fund VI, L.P. in Easy Street Partners, LLC was served on this 19th day of February, 2010, via first-class mail, postage prepaid on the following:

Adelaide Maudsley
Chapman and Cutler LLP
201 South Main Street, Suite 2000
Salt Lake City, UT 84111

Anthony S. Fiotto
Goodwin Proctor LLP
53 State Street
Boston, MA 02109-2881

BayNorth Capital, LLC
Attn: Charles J. Flint
One Financial Center, Floor 23
Boston, MA 02111-2621

/s/ Kristin Hughes