**The below described is SIGNED.**



**Dated: February 18, 2010**  _____
                                      **R. KIMBALL MOSIER**
                                      **U.S. Bankruptcy Judge**

___

Kenneth L. Cannon II (kcannon@djplaw.com) (3705)
Steven J. McCardell (smccardell@djplaw.com) (2144)
Jessica G. Peterson (jpeterson@djplaw.com) (11210)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT   84110-4050
Telephone:  (801) 415-3000/Fax:  (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com) (admitted pro hac vice)
Bruce J. Zabarauskas (bzabarauskas@crowell.com) (admitted pro hac vice)
Steven B. Eichel (seichel@crowell.com) (admitted pro hac vice)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY   10022
Telephone:  (212) 223-4000/Fax:  (212) 223-4134

Counsel for Debtors and Debtors in Possession

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: | |
| EASY STREET HOLDING, LLC, *et al.*, | Bankruptcy Case No. 09-29905 |
| | Jointly Administered with Cases |
| | 09-29907 and 09-29908 |
| Address:  201 Heber Avenue | Chapter 11 |
|               Park City, UT 84060 | |
| | Honorable R. Kimball Mosier |
| Tax ID Numbers: | |
| 35-2183713 (Easy Street Holding, LLC), | |
| 20-4502979 (Easy Street Partners, LLC), and | **[FILED ELECTRONICALLY]** |
| 84-1685764 (Easy Street Mezzanine, LLC) | |

### ORDER GRANTING *EX PARTE* MOTION FOR COUNSEL TO APPEAR
### TELEPHONICALLY AT HEARING ON FEBRUARY 18, 2010 AND AT ALL HEARINGS

**Filed: 02/16/10**

Entered On Docket: 02/18/2010

The Court, having considered the "Ex Parte Motion for Counsel to Appear Telephonically at Hearing on February 18, 2010 and at All Hearings" (the "Motion") submitted by the Debtors, and good cause appearing,

IT IS HEREBY ORDERED THAT the Motion is GRANTED, and Steven B. Eichel of Crowell & Moring LLP is authorized to appear telephonically at the hearing on February 18, 2010 at 1:30 p.m.; and

IT IS FURTHER ORDERED THAT Steven B. Eichel of Crowell & Moring LLP is authorized to appear telephonically at all hearings in this case.

_____

END OF DOCUMENT

### CLERK OF COURT CERTIFICATE OF SERVICE

  The undersigned hereby certifies that a copy of the foregoing Order Granting *Ex Parte* Motion for Counsel to Appear Telephonically at Hearings on February 18, 2010 was served via United States first class mail, postage prepaid, on this ____ day of _____, 2009 on the following:

Kenneth L. Cannon II
Steven J. McCardell
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT  84110-4050

Michael V. Blumenthal
Bruce J. Zabarauskas
Steven B. Eichel
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY  10022

Jeffrey W. Shields
Lon Jenkins
Troy J. Aramburu
Jones Waldo Holbrook & McDonough, PC
170 South Main Street, Suite 1500
Salt Lake City, UT  84101

John T. Morgan
Office of the United States Trustee
405 South Main Street, Suite 300
Salt Lake City, UT  84111

          _____

# CERTIFICATE OF NOTICE

```
District/off: 1088-2           User: mtm                    Page 1 of 1                    Date Rcvd: Feb 18, 2010
Case: 09-29905                 Form ID: pdfor1              Total Noticed: 5

The following entities were noticed by first class mail on Feb 20, 2010.
aty          +John T. Morgan tr,    US Trustees Office,    Ken Garff Bldg.,    405 South Main Street,    Suite 300,
               Salt Lake City, Ut 84111-3402
aty           Kenneth L. Cannon, II,    Durham Jones & Pinegar,    111 East Broadway, Suite 900,    P O Box 4050,
               Salt Lake City, UT 84110-4050
aty          +Michael V. Blumenthal,    Crowell & Moring LLP,    590 Madison Avenue, 20th Floor,
               New York, NY 10022-2544
             +Jeffrey W. Shields,    Jones Waldo Holbrook & McDonough, PC,    170 South Main Street, Suite 1500,
               Salt Lake City, UT 84101-1644
The following entities were noticed by electronic transmission on Feb 18, 2010.
aty          +Fax: 801-364-9127 Feb 19 2010 00:27:08      Jeffrey L. Shields,    Callister Nebeker & McCullough,
               Zions Bank Building, Suite 900,    10 East South Temple,    Salt Lake City, UT 84133-1101
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 20, 2010**                          **Signature:** _Joseph Speetjens_