Kenneth L. Cannon II (kcannon@djplaw.com) (3705)
Steven J. McCardell (smccardell@djplaw.com) (2144)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT   84110-4050
Telephone:  (801) 415-3000/Fax:  (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com) (admitted pro hac vice)
Steven B. Eichel (seichel@crowell.com) (admitted pro hac vice)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY  10022
Telephone:  (212) 223-4000/Fax:  (212) 223-4134

Counsel for Debtors and Debtors in Possession

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>EASY STREET HOLDING, LLC, *et al.*,<br><br><br><br>Address:  201 Heber Avenue<br>          Park City, UT 84060<br><br>Tax ID Numbers:<br>35-2183713 (Easy Street Holding, LLC),<br>20-4502979 (Easy Street Partners, LLC), and<br>84-1685764 (Easy Street Mezzanine, LLC) | Bankruptcy Case No. 09-29905<br>Jointly Administered with Cases<br>09-29907 and 09-29908<br><br>Chapter 11<br><br>Honorable R. Kimball Mosier<br><br><br>**[FILED ELECTRONICALLY]** |

## DURHAM JONES & PINEGAR'S THIRD PROFESSIONAL FEE REQUEST FOR
## THE PERIOD JANUARY 1, 2010 THROUGH JANUARY 31, 2010

Durham Jones & Pinegar ("DJP"), co-counsel for Easy Street Partners, LLC ("Partners"),

Easy Street Mezzanine, LLC ("Mezzanine"), and Easy Street Holding, LLC ("Holding"), debtors

and debtors in possession in the above-captioned cases (collectively, the "Debtors"), pursuant to

the Court's Order entered December 15, 2009 Approving Motion and Establishing Monthly Fee

and Expense Reimbursement Procedures (the "Interim Payment Order") hereby submits its third

professional fee request (the "Fee Request"), for the period from January 1, 2010, through

January 31, 2010 (the "Fee Period").

Pursuant to the Interim Payment Order, professionals employed pursuant to Order of the

Court to represent the Debtors or the Official Committee of Unsecured Creditors (the

"Committee") are authorized to request from the Debtors payment of 80% of their fees and

100% of their expenses on a monthly basis.   DJP's professional fees for the Fee Period are as

follows:

| MONTH | HOURS | FEES | 80% OF FEES | EXPENSES | TOTALS (80% FEES AND 100% EXPENSES) |
|---|---|---|---|---|---|
| **January** | 127.80 | $39,200.00[1] | $31,360.00 | $928.37 | $32,288.37 |

Attached are detailed statements of services for which payment is sought, redacted to

exclude privileged, work product, and confidential information, and expenses incurred, on a

monthly and on a matter basis.  Each statement includes total time expended, identity of

professionals providing services, hourly billing rates, and a detailed listing of time.

DJP understands that other professionals providing services to the Debtors and the

Committee may submit separate fee requests seeking payment of professional fees and

reimbursement of expenses.  The amount available under the cash collateral budget for payment

of professional fees and expenses of estate professionals in the Easy Street Partners case for

January 2010, the one month of the Fee Period is $125,000.00, and DJP understands that total

fees and expenses of estate professionals in the Easy Street Partners case exceeds this amount for

---

[1] This amount includes $137.50 in fees in the BayNorth Litigation matter.

2

the month January 2010. DJP's fees and expenses for the Fee Period will, therefore, be pro rated with other estate professionals.

Pursuant to the Interim Fee Order, parties must file objections to the Fee Request within ten days from the date it is received. Any objection must have a description of the specific subject matter and services in dispute and state the amount in dispute. It shall not be sufficient simply to object to all fees and expenses. Fees and expenses not objected to will be paid by the Debtors or, if the total of 80% of fees and 100% of expenses of estate professionals exceeds $125,000 per month, the fees and expenses will be pro-rated among fees and expenses for that month that are not objected to.

DATED this 24th day of February, 2010.

DURHAM JONES & PINEGAR, P.C.

By:     /s/ Kenneth L. Cannon II
_____
Kenneth L. Cannon II (kcannon@djplaw.com)(3705)
Steven J. McCardell (smccardell@djplaw.com)(2144)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT  84110-4050
Telephone:  (801) 415-3000/Fax:  (801) 415-3500

Co-Counsel for the Debtors

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of February, 2010, I caused to be served a copy of

Durham Jones & Pinegar's Third Professional Fee Request for the period January 1, 2010

through January 31, 2010 via email on the following:

Easy Street Partners, LLC
Easy Street Mezzanine, LLC
Easy Street Holding, LLC
Attn:  William Shoaf
4780 Winchester Court
Park City, UT  84098-7528
bshoaf@cloudnineresorts.com

Michael V. Blumenthal
Crowell & Moring
590 Madison Avenue, 20th Floor
New York, NY  10022
mblumenthal@crowell.com

John T. Morgan
Office of the United States Trustee
405 South Main Street, Suite 300
Salt Lake City, UT  84111
john.t.morgan@usdoj.gov

Jeffrey W. Shields
Lon A. Jenkins
Jones Waldo Holbrook & McDonough
170 South Main Street, Suite 1500
Salt Lake City, UT  84101
jshields@joneswaldo.com
lajenkins@joneswaldo.com

James Winikor
West LB AG, New York Branch
1211 Sixth Avenue, 25th Floor
New York, NY  10036-8705
james_winikor@westlb.com

Richard W. Havel
Sidley Austin LLP
555 Wset Fifth Street
Los Angeles, CA 90013
rhavel@sidley.com

Annette W. Jarvis
Dorsey & Whitney, LLP
136 South Main Street, Suite 1000
Salt Lake City, UT  84101
jarvis.annette@dorsey.com


  /s/ Kristin Hughes

SLC_556317.1

# JANUARY 2010

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

February 25, 2010
File No.    26481   00001

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

## Attorney Hours

Services Rendered Through 1/31/2010

| Attorney | Hours | Rate | Total |
|----------|-------|------|-------|
| KLC | 0.20 | $350.00 | $70.00 |
| SJM | 2.30 | $350.00 | $805.00 |
| TOTAL | 2.50 | | $875.00 |

## Expenses

| Expense Description | Amount |
|---------------------|--------|
| Legal Research - Westlaw | $10.74 |
| TOTAL | $10.74 |

DURHAM

JONES &

PINEGAR

Durham Jones & Pinegar, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

February 25, 2010
Invoice No.        183348    KLC
File No.            26481    00001
Services Rendered Through 01/31/2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

**Asset Analysis & Investigation**

**Summary of Account**

| | |
|---|---|
| Previous balance as of invoice dated | $0.00 |
| Payments received since last invoice | 0.00  CR |
| A/R adjustment since last invoice | 0.00 |
| Net balance forward | 0.00 |
| Interest charge on past due balance | 0.00 |
| New charges as itemized below | 885.74 |
| Prepaid cash applied | 0.00  CR |
| **Total Balance Due Upon Receipt** | **$885.74** |

*Interest will accrue at 1.5% per month on balance not paid by end of month.*

**Detail of New Charges**

Professional Services

| | | | | |
|---|---|---|---|---|
| 01/08/2010 SJM | 2.30 | hours | | $805.00 |
| | Review and analysis of Throndsen appraisal of Debtor's real property (2.10); conferences with K. Cannon regarding appraisal (.20) | | | |
| 01/21/2010 KLC | 0.20 | hours | | $70.00 |
| | Email to Cameron Hancock with information for appraiser | | | |
| | | | | $875.00 |

Client Expenses Advanced

| | |
|---|---|
| 01/31/2010 Westlaw Computerized Legal Research | $10.74 |
| | $10.74 |

| | |
|---|---|
| New Charges for This Matter | $885.74 |

```
D U R H A M

J O N E S  &

P I N E G A R
```

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

February 25, 2010
File No.      26481    00004

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

## Attorney Hours

Services Rendered Through 1/31/2010

| Attorney | Hours | Rate | Total |
|----------|-------|------|-------|
| KLC | 2.30 | $350.00 | $805.00 |
| SJM | 2.90 | $350.00 | $1,015.00 |
| TOTAL | 5.20 | | $1,820.00 |

## Expenses

| Expense Description | Amount |
|---------------------|--------|
| Courier Service | $7.00 |
| Copy Reproduction | $.75 |
| TOTAL | $7.75 |

**D U R H A M**

**J O N E S &**

**P I N E G A R**

Durham Jones & Pinegar, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

February 25, 2010
Invoice No.        183349   KLC
File No.              26481   00004
Services Rendered Through 01/31/2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

### Claims Administration

### Summary of Account

| | | |
|---|---|---|
| Previous balance as of invoice dated | $0.00 | |
| Payments received since last invoice | 0.00 | CR |
| A/R adjustment since last invoice | 0.00 | |
| Net balance forward | 0.00 | |
| Interest charge on past due balance | 0.00 | |
| New charges as itemized below | 1,827.75 | |
| Prepaid cash applied | 0.00 | CR |
| **Total Balance Due Upon Receipt** | **$1,827.75** | |

*Interest will accrue at 1.5% per month on balance not paid by end of month.*

### Detail of New Charges
Professional Services

| | | | |
|---|---|---|---|
| 01/08/2010 KLC | 0.20 hours | | $70.00 |
| | Telephone conference with Brenda Ripley regarding Sysco administrative claim | | |
| 01/08/2010 KLC | 0.30 hours | | $105.00 |
| | Reviewing proposed stipulation from Sysco, Sysco claim, email to Brenda Ripley regarding same | | |
| 01/08/2010 SJM | 2.20 hours | | $770.00 |
| | Review and analysis of Bay North proofs of claim against Mezzanine, Holding, and notice of interest agaisnt Partners; also proof of interest against Mezzanine (1.20); review comments of M. Blumenthal on Bay North claims (.10); review additional claims filed by parties in interest as of claim deadline (.80); email with K. Cannon as to claim analysis to be done (.10) | | |
| 01/13/2010 SJM | 0.70 hours | | $245.00 |
| | Review charts reconciling claims versus schedules | | |

| Date | | Hours | | Amount |
|------|------|------|------|------|
| 01/20/2010 | KLC | 0.30 | hours | $105.00 |
| | Emails regarding Sysco claims | | | |
| 01/26/2010 | KLC | 0.20 | hours | $70.00 |
| | Telephone conference to court regarding hearing date on objection to BayNorth interest | | | |
| 01/26/2010 | KLC | 0.90 | hours | $315.00 |
| | Drafting notice of hearing on objection to BayNorth interest | | | |
| 01/26/2010 | KLC | 0.20 | hours | $70.00 |
| | Telephone conference to Michael Blumenthal regarding BayNorth proof of interest issues | | | |
| 01/26/2010 | KLC | 0.20 | hours | $70.00 |
| | Telephone conference from Corbin Gordon regarding Gateway lease issues | | | |

$1,820.00

Client Expenses Advanced

| | | |
|------|------|------|
| 01/05/2010 | Courier Service | $7.00 |
| 01/31/2010 | Equitrac Copy charge | $0.75 |

$7.75

New Charges for This Matter                    $1,827.75

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

February 25, 2010
File No.     26481    00005

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

## Attorney Hours

Services Rendered Through 1/31/2010

| Attorney | Hours | Rate | Total |
|----------|-------|------|-------|
| KLC | 8.70 | $350.00 | $3,045.00 |
| TOTAL | 8.70 | | $3,045.00 |

## Expenses

| Expense Description | Amount |
|---------------------|--------|
| Pacer | $4.96 |
| Copy Reproduction | $67.95 |
| Postage | $8.25 |
| TOTAL | $81.16 |

DURHAM

JONES &

PINEGAR

Durham Jones & Pinegar, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

February 25, 2010
Invoice No.       183350   KLC
File No.          26481    00005
Services Rendered Through 01/31/2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

**Employ & Fee Apps - Durham**

**Summary of Account**

| | | |
|---|---:|---|
| Previous balance as of invoice dated | $0.00 | |
| Payments received since last invoice | 0.00 | CR |
| A/R adjustment since last invoice | 0.00 | |
| Net balance forward | 0.00 | |
| Interest charge on past due balance | 0.00 | |
| New charges as itemized below | 3,126.16 | |
| Prepaid cash applied | 0.00 | CR |
| **Total Balance Due Upon Receipt** | **$3,126.16** | |

*Interest will accrue at 1.5% per month on balance not paid by end of month.*

**Detail of New Charges**

Professional Services

| | | | |
|---|---|---|---:|
| 01/15/2010 KLC | 0.90 | hours | $315.00 |
| | Reviewing DJP detailed billing reports | | |
| 01/20/2010 KLC | 0.90 | hours | $315.00 |
| | Drafting first interim fee application | | |
| 01/21/2010 KLC | 1.20 | hours | $420.00 |
| | Reviewing detailed billing reports for December fees, drafting cover sheet for second fee request | | |
| 01/25/2010 KLC | 0.20 | hours | $70.00 |
| | Reviewing emails on fee issues | | |
| 01/25/2010 KLC | 0.40 | hours | $140.00 |
| | Drafting interim fee application | | |
| 01/26/2010 KLC | 1.80 | hours | $630.00 |
| | Drafting first interim fee application for DJP | | |
| 01/27/2010 KLC | 3.30 | hours | $1,155.00 |

Drafting DJP first interim fee application - reviewing detailed billing
reports, drafting narrative

|                                              |            |
|----------------------------------------------|-----------:|
|                                              | $3,045.00  |

Client Expenses Advanced

| Date       | Description                  |         |
|------------|------------------------------|--------:|
| 12/31/2009 | Pacer On-Line Research       | $0.96   |
| 12/31/2009 | Pacer On-Line Research       | $4.00   |
| 01/31/2010 | Equitrac Copy charge         | $67.95  |
| 01/31/2010 | Postage                      | $8.25   |
|            |                              | $81.16  |

| New Charges for This Matter                  | $3,126.16  |
|----------------------------------------------|-----------:|

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

February 25, 2010

File No.      26481    00006

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

## Attorney Hours

Services Rendered Through 1/31/2010

| Attorney | Hours | Rate | Total |
|----------|-------|------|-------|
| KLC | 9.60 | $350.00 | $3,360.00 |
| TOTAL | 9.60 | | $3,360.00 |

## Expenses

| Expense Description | Amount |
|---------------------|--------|
| Pacer | $29.52 |
| TOTAL | $29.52 |

DURHAM

JONES &

PINEGAR

Durham Jones & Pinegar, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

February 25, 2010
Invoice No.        183351    KLC
File No.              26481    00006
Services Rendered Through 01/31/2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

**Employ & Fee Apps - Others**

**Summary of Account**

| | | |
|---|---|---|
| Previous balance as of invoice dated | $0.00 | |
| Payments received since last invoice | 0.00 | CR |
| A/R adjustment since last invoice | 0.00 | |
| Net balance forward | 0.00 | |
| Interest charge on past due balance | 0.00 | |
| New charges as itemized below | 3,389.52 | |
| Prepaid cash applied | 0.00 | CR |
| **Total Balance Due Upon Receipt** | **$3,389.52** | |

*Interest will accrue at 1.5% per month on balance not paid by end of month.*

**Detail of New Charges**

Professional Services

| | | | |
|---|---|---|---|
| 01/15/2010 KLC | 0.40 | hours | $140.00 |
| Telephone conference with Michael Blumenthal regarding Crowell fees, reviewing statement of Crowell fees | | | |
| 01/20/2010 KLC | 0.30 | hours | $105.00 |
| Telephone conference with Corbin Gordon regarding fee applications, email to Corbin regarding same | | | |
| 01/25/2010 KLC | 0.20 | hours | $70.00 |
| Telephone conference with Paul Throndsen regarding fee application | | | |
| 01/26/2010 KLC | 1.30 | hours | $455.00 |
| Drafting fee application for Paul Throndsen | | | |
| 01/26/2010 KLC | 0.20 | hours | $70.00 |
| Telephone conference with Corbin Gordon regarding fee requests and application | | | |
| 01/27/2010 KLC | 0.20 | hours | $70.00 |

Telephone conference with Michael Blumenthal and Steve Eichel
regarding fee applications

| | | | | |
|---|---|---|---|---|
| 01/27/2010 | KLC | 0.30 | hours | $105.00 |

Telephone conference with Joe Wrona regarding first interim fee
applications

| | | | | |
|---|---|---|---|---|
| 01/27/2010 | KLC | 0.20 | hours | $70.00 |

Telephone conference with Corbin Gordon regarding interim fee
applications

| | | | | |
|---|---|---|---|---|
| 01/27/2010 | KLC | 0.20 | hours | $70.00 |

Telephone conference with Lon Jenkins regarding fee applications

| | | | | |
|---|---|---|---|---|
| 01/27/2010 | KLC | 0.60 | hours | $210.00 |

Drafting notice of hearing on fee application

| | | | | |
|---|---|---|---|---|
| 01/28/2010 | KLC | 0.30 | hours | $105.00 |

Reviewing appraiser's fee application

| | | | | |
|---|---|---|---|---|
| 01/28/2010 | KLC | 0.20 | hours | $70.00 |

Telephone conference from Steve Eichel regarding fee application
issues

| | | | | |
|---|---|---|---|---|
| 01/28/2010 | KLC | 0.20 | hours | $70.00 |

Telephone conference with Lon Jenkins regarding fee applications

| | | | | |
|---|---|---|---|---|
| 01/28/2010 | KLC | 0.40 | hours | $140.00 |

Reviewing Corbin Gordon's draft fee application, email to him
regarding same

| | | | | |
|---|---|---|---|---|
| 01/28/2010 | KLC | 0.30 | hours | $105.00 |

Emails to, from Bill Shoaf regarding professional fees

| | | | | |
|---|---|---|---|---|
| 01/28/2010 | KLC | 0.90 | hours | $315.00 |

Drafting notice of hearing on fee applications

| | | | | |
|---|---|---|---|---|
| 01/28/2010 | KLC | 0.70 | hours | $245.00 |

Revising portions of fee application

| | | | | |
|---|---|---|---|---|
| 01/29/2010 | KLC | 0.50 | hours | $175.00 |

Revising notice of hearing on fee applications

| | | | | |
|---|---|---|---|---|
| 01/29/2010 | KLC | 0.20 | hours | $70.00 |

Telephone conference to court regarding hearing on fee applications

| | | | | |
|---|---|---|---|---|
| 01/29/2010 | KLC | 0.20 | hours | $70.00 |

Emails regarding hearing on fee applications

| | | | | |
|---|---|---|---|---|
| 01/29/2010 | KLC | 1.60 | hours | $560.00 |

Reviewing fee applications of Corbin Gordon, Crowell & Moring,
Wrona, Jones Waldo

| | | | | |
|---|---|---|---|---|
| 01/29/2010 | KLC | 0.20 | hours | $70.00 |

Telephone conference with Steve Eichel regarding Crowell fee
application

$3,360.00

Client Expenses Advanced

| | |
|---|---:|
| 12/31/2009 Pacer On-Line Research | $0.88 |
| 12/31/2009 Pacer On-Line Research | $0.32 |
| 12/31/2009 Pacer On-Line Research | $0.08 |
| 12/31/2009 Pacer On-Line Research | $17.60 |
| 12/31/2009 Pacer On-Line Research | $10.16 |
| 12/31/2009 Pacer On-Line Research | $0.48 |
| | $29.52 |

New Charges for This Matter                                    $3,389.52

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

February 25, 2010

File No.    26481    00008

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

## Attorney Hours

Services Rendered Through 1/31/2010

| Attorney | Hours | Rate | Total |
|----------|-------|------|-------|
| KLC | 37.00 | $350.00 | $12,950.00 |
| SJM | 5.80 | $350.00 | $2,030.00 |
| MLA | 17.90 | $245.00 | $4,385.50 |
| TOTAL | 60.70 | | $19,365.50 |

## Expenses

| Expense Description | Amount |
|---------------------|--------|
| Copy Reproduction | $234.30 |
| Postage | $154.14 |
| Legal Research – Westlaw | $125.60 |
| TOTAL | $514.04 |

DURHAM

JONES &

PINEGAR

Durham Jones & Pinegar, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

February 25, 2010
Invoice No.        183353    KLC
File No.           26481     00008
Services Rendered Through 01/31/2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

**Plan and Disc. Statement**

**Summary of Account**

| | | |
|---|---|---|
| Previous balance as of invoice dated | $0.00 | |
| Payments received since last invoice | 0.00 | CR |
| A/R adjustment since last invoice | 0.00 | |
| Net balance forward | 0.00 | |
| Interest charge on past due balance | 0.00 | |
| New charges as itemized below | 19,879.54 | |
| Prepaid cash applied | 0.00 | CR |
| **Total Balance Due Upon Receipt** | **$19,879.54** | |

*Interest will accrue at 1.5% per month on balance not paid by end of month.*

**Detail of New Charges**

Professional Services

| | | | |
|---|---|---|---|
| 01/04/2010 KLC | 0.20 hours | | $70.00 |
| Emails to, from Michael Johnson regarding meeting with Jacobsen regarding plan treatment | | | |
| 01/04/2010 KLC | 1.40 hours | | $490.00 |
| Telephone conference with Michael Blumenthal, Jeff Shields, Lon Jenkins regarding plan treatment of unsecured creditors | | | |
| 01/04/2010 KLC | 0.40 hours | | $140.00 |
| Telephone conference with Michael Blumenthal regarding plan term sheet, revising term sheet, email to Shields and Jenkins regarding same | | | |
| 01/04/2010 KLC | 0.30 hours | | $105.00 |
| Telephone conference with Bill Shoaf regarding potential investor issues | | | |
| 01/04/2010 SJM | 2.60 hours | | $910.00 |
| Review disclosure statement and provide comments to K. Cannon | | | |

| Date | | | | |
|---|---|---|---|---|
| 01/04/2010 | MLA | 0.30 | hours | $73.50 |

Review draft disclosure statement for tax issues(0.2); office conference re same (0.1)

| | | | | |
|---|---|---|---|---|
| 01/05/2010 | KLC | 0.20 | hours | $70.00 |

Telephone conference with Lon Jenkins regarding various plan issues

| | | | | |
|---|---|---|---|---|
| 01/05/2010 | KLC | 0.70 | hours | $245.00 |

Drafting provisions on Jacobsen

| | | | | |
|---|---|---|---|---|
| 01/05/2010 | KLC | 0.20 | hours | $70.00 |

Telephone conference with Michael Johnson regarding meeting on Jacobsen

| | | | | |
|---|---|---|---|---|
| 01/05/2010 | KLC | 0.30 | hours | $105.00 |

Conference with Mark Astling regarding tax issue description in disclosure statement

| | | | | |
|---|---|---|---|---|
| 01/05/2010 | KLC | 0.20 | hours | $70.00 |

Telephone conference with Michael Blumenthal regarding exclusivity issues

| | | | | |
|---|---|---|---|---|
| 01/05/2010 | KLC | 2.30 | hours | $805.00 |

Reviewing, revising disclosure statement, plan

| | | | | |
|---|---|---|---|---|
| 01/05/2010 | KLC | 0.20 | hours | $70.00 |

Further discussion with Michael Blumenthal regarding exclusivity issues

| | | | | |
|---|---|---|---|---|
| 01/05/2010 | MLA | 3.80 | hours | $931.00 |

Review disclosure statement re proposed reorganization (1.2); telephone conference re tax section of disclosure statement (0.2); legal research re tax issues for reorganization of LLC debtor(1.1); prepare discussion of tax issues for Debtor for disclosure statement (1.3)

| | | | | |
|---|---|---|---|---|
| 01/06/2010 | KLC | 1.70 | hours | $595.00 |

Conference with Jacobsen regarding treatment of claims

| | | | | |
|---|---|---|---|---|
| 01/06/2010 | KLC | 0.60 | hours | $210.00 |

Telephone conference with Bill Shoaf, Michael Blumenthal regarding plan issues

| | | | | |
|---|---|---|---|---|
| 01/06/2010 | KLC | 0.20 | hours | $70.00 |

Emails with Michael Johnson regarding plan issues

| | | | | |
|---|---|---|---|---|
| 01/06/2010 | KLC | 0.30 | hours | $105.00 |

Telephone conference with Michael Blumenthal regarding plan and disclosure statement

| | | | | |
|---|---|---|---|---|
| 01/06/2010 | KLC | 0.20 | hours | $70.00 |

Conference with Mark Astling regarding tax section of disclosure statement

| | | | | |
|---|---|---|---|---|
| 01/06/2010 | KLC | 0.20 | hours | $70.00 |

Telephone conference to court for hearing dates for disclosure

statement and confirmation hearings

| 01/06/2010 | KLC | 1.90 | hours | $665.00 |
|---|---|---|---|---|

Reviewing plan and disclosure statement

| 01/06/2010 | MLA | 5.10 | hours | $1,249.50 |
|---|---|---|---|---|

Prepare tax discussion of West LB Secured Claims (1.1); prepare tax discussion of treatment of partnership and cancellation of indebtedness income (1.3); legal research re and preparation of tax discussion of open transaction doctrine, market discount rules, treatment of accrued but unpaid interest, and significant modification rules for debt exchange transaction (2.7)

| 01/07/2010 | KLC | 0.20 | hours | $70.00 |
|---|---|---|---|---|

Telephone conference with Michael Blumenthal regarding plan issues

| 01/07/2010 | KLC | 0.60 | hours | $210.00 |
|---|---|---|---|---|

Emails regarding Jacobsen issues

| 01/07/2010 | KLC | 0.20 | hours | $70.00 |
|---|---|---|---|---|

Telephone conference with Annette Jarvis regarding Jacobsen issues

| 01/07/2010 | KLC | 0.20 | hours | $70.00 |
|---|---|---|---|---|

Telephone conference with John Straley regarding hearings on disclosure statement and plan

| 01/07/2010 | KLC | 0.30 | hours | $105.00 |
|---|---|---|---|---|

Telephone conference with Michael Blumenthal and Steven Eichel regarding plan

| 01/07/2010 | KLC | 0.20 | hours | $70.00 |
|---|---|---|---|---|

Telephone conference with Steve Eichel regarding disclosure statement issues

| 01/07/2010 | KLC | 0.80 | hours | $280.00 |
|---|---|---|---|---|

Reviewing tax section of disclosure statement

| 01/07/2010 | KLC | 0.20 | hours | $70.00 |
|---|---|---|---|---|

Telephone conference regarding appraisal

| 01/07/2010 | KLC | 1.60 | hours | $560.00 |
|---|---|---|---|---|

Reviewing appraisal

| 01/07/2010 | KLC | 0.20 | hours | $70.00 |
|---|---|---|---|---|

Telephone conference with Michael Blumenthal regarding appraisal

| 01/07/2010 | KLC | 0.30 | hours | $105.00 |
|---|---|---|---|---|

Telephone conference with Michael Blumenthal and Lon Jenkins regarding plan treatment of unsecureds

| 01/07/2010 | KLC | 0.90 | hours | $315.00 |
|---|---|---|---|---|

Conference call with Bill Shoaf, Michael Blumenthal, Kim Sallinger, and Jeff Blatt regarding plan issues

| 01/07/2010 | MLA | 1.70 | hours | $416.50 |
|---|---|---|---|---|

Finalize initial draft of tax discussion for disclosure statement (1.3); additional legal research re significant modification rules (0.4)

| | | | | |
|---|---|---|---|---|
| 01/08/2010 | KLC | 0.80 | hours | $280.00 |
| | Further review of appraisal | | | |
| 01/08/2010 | KLC | 0.20 | hours | $70.00 |
| | Telephone conference to Paul Throndsen regarding appraisal issues | | | |
| 01/08/2010 | KLC | 0.30 | hours | $105.00 |
| | Telephone conference with Michael Blumenthal regarding appraisal | | | |
| 01/08/2010 | KLC | 0.40 | hours | $140.00 |
| | Reviewing proposed plan treatment of Jacobsen claims | | | |
| 01/08/2010 | KLC | 0.30 | hours | $105.00 |
| | Telephone conference with Lon Jenkins regarding plan issues | | | |
| 01/08/2010 | KLC | 0.20 | hours | $70.00 |
| | Telephone conference with Michael Blumenthal regarding exclusivity issues | | | |
| 01/08/2010 | KLC | 0.30 | hours | $105.00 |
| | Reviewing, revising draft order on exclusivity | | | |
| 01/08/2010 | KLC | 0.30 | hours | $105.00 |
| | Reviewing emails regarding plan issues | | | |
| 01/08/2010 | KLC | 0.20 | hours | $70.00 |
| | Telephone conference to John Straley regarding exclusivity motion | | | |
| 01/08/2010 | KLC | 0.80 | hours | $280.00 |
| | Reviewing, revising tax section of disclosure statement | | | |
| 01/08/2010 | KLC | 0.20 | hours | $70.00 |
| | Telephone conference with Kim Sallinger regarding plan issues | | | |
| 01/08/2010 | KLC | 0.20 | hours | $70.00 |
| | Email to Kim Sallinger regarding plan issues | | | |
| 01/08/2010 | KLC | 0.20 | hours | $70.00 |
| | Telephone conference with Bill Shoaf regarding appraisal | | | |
| 01/11/2010 | KLC | 0.60 | hours | $210.00 |
| | Preparing for hearing on exclusivity - reviewing motion and proposed order | | | |
| 01/11/2010 | KLC | 0.20 | hours | $70.00 |
| | Telephone conference with Michael Blumenthal regarding exclusivity | | | |
| 01/11/2010 | KLC | 0.70 | hours | $245.00 |
| | Reviewing revised plan | | | |
| 01/12/2010 | KLC | 0.60 | hours | $210.00 |
| | Preparation for, attending hearing on motion to extend exclusivity | | | |
| 01/12/2010 | KLC | 0.30 | hours | $105.00 |
| | Telephone conference with Michael Blumenthal and Steve Eichel regarding plan issues | | | |
| 01/12/2010 | KLC | 0.80 | hours | $280.00 |

Telephone conference with Michael Blumenthal and Mark Astling regarding tax section of disclosure statement

| 01/12/2010 | KLC | 0.50 | hours | $175.00 |

Reviewing emails regarding letter of intent

| 01/12/2010 | MLA | 7.00 | hours | $1,715.00 |

telephone conference re tax section of disclosure statement (0.8); legal research re significant modification rules, adjusted basis issues, accrued but unpaid interest, and market discount rules (3.1); legal research re partnership allocations of COD income (0.5); revise disclosure statement re additional research and comments (2.6)

| 01/13/2010 | KLC | 0.70 | hours | $245.00 |

Telephone conference with Bill Shoaf, Michael Blumenthal, others regarding LOI

| 01/13/2010 | KLC | 0.30 | hours | $105.00 |

Telephone conference with Michael Blumenthal regarding issues in LOI

| 01/13/2010 | KLC | 0.30 | hours | $105.00 |

Reviewing revised LOI

| 01/13/2010 | KLC | 0.20 | hours | $70.00 |

Revising LOI as signed

| 01/13/2010 | SJM | 0.50 | hours | $175.00 |

Conference with K. Cannon on plan issues as to sale of assets and treatment of claims; review information from K. Cannon on disclosure statement notice

| 01/14/2010 | KLC | 0.20 | hours | $70.00 |

Telephone conference with Loyal Hulme regarding plan funder

| 01/14/2010 | KLC | 0.20 | hours | $70.00 |

Telephone conference with Michael Blumenthal regarding plan funder

| 01/14/2010 | KLC | 0.20 | hours | $70.00 |

Telephone conference from Bill Shoaf regarding plan issues

| 01/14/2010 | KLC | 0.50 | hours | $175.00 |

Reviewing appraisal of property

| 01/14/2010 | KLC | 1.40 | hours | $490.00 |

Telephone conference with Michael Blumenthal, Rich Havel, Bill Ellis, and Annette Jarvis on plan issues

| 01/14/2010 | KLC | 0.30 | hours | $105.00 |

Telephone conference with Michael Blumenthal regarding plan, then with Michael Blumenthal and Bill Shoaf regarding WestLB issues on the plan

| 01/14/2010 | KLC | 1.20 | hours | $420.00 |

Drafting notice of hearing on the disclosure statement

| Date | | Hours | | Amount |
|---|---|---|---|---|
| 01/15/2010 | KLC | 0.20 | hours | $70.00 |
| | Telephone conference with Michael Blumenthal regarding notice of disclosure statement hearing | | | |
| 01/15/2010 | KLC | 0.50 | hours | $175.00 |
| | Reviewing notice period issues on disclosure statement notice | | | |
| 01/15/2010 | KLC | 0.20 | hours | $70.00 |
| | Telephone conference to court regarding notice period on disclosure statement notice | | | |
| 01/15/2010 | KLC | 0.30 | hours | $105.00 |
| | Revising notice of hearing on disclosure statement | | | |
| 01/15/2010 | KLC | 0.90 | hours | $315.00 |
| | Reviewing plan of reorganization | | | |
| 01/15/2010 | KLC | 0.20 | hours | $70.00 |
| | Telephone conference with Steve Eichel regarding plan | | | |
| 01/15/2010 | KLC | 1.50 | hours | $525.00 |
| | Reviewing disclosure statement | | | |
| 01/15/2010 | KLC | 0.20 | hours | $70.00 |
| | Telephone conference with Michael Blumenthal regarding disclosure statement | | | |
| 01/15/2010 | KLC | 0.10 | hours | $35.00 |
| | Telephone conference to Bill Shoaf regarding signing plan and disclosure statement | | | |
| 01/15/2010 | KLC | 0.70 | hours | $245.00 |
| | Final review of plan and disclosure statement | | | |
| 01/15/2010 | KLC | 0.30 | hours | $105.00 |
| | Emails to parties regarding plan and disclosure statement | | | |
| 01/15/2010 | KLC | 0.20 | hours | $70.00 |
| | Telephone conference with Michael Blumenthal regarding disclosure statement schedule | | | |
| 01/15/2010 | SJM | 2.50 | hours | $875.00 |
| | Review notice of hearing on disclosure statement, conference with K. Cannon on form of plan and disclosure statement, and review email from K. Cannon on notice of disclosure statement hearing; review plan and disclosure statement | | | |
| 01/19/2010 | SJM | 0.20 | hours | $70.00 |
| | Review emails form counsel for WestLB and Jacobsen, and response from M. Blumenthal, on Jacobsen plan treatment | | | |
| 01/20/2010 | KLC | 0.20 | hours | $70.00 |
| | Emails regarding meeting between WestLB and plan funder | | | |
| 01/21/2010 | KLC | 0.20 | hours | $70.00 |
| | Reviewing emails regarding reservation of rights on plan negotiations | | | |

| 01/25/2010 KLC | 0.20 | hours | $70.00 |
|---|---|---|---|

Telephone conference with Michael Blumenthal regarding plan issues

| 01/25/2010 KLC | 0.30 | hours | $105.00 |
|---|---|---|---|

Telephone conference with Lon Jenkins regarding plan issues

$19,365.50

Client Expenses Advanced

| 01/31/2010 Equitrac Copy charge | $234.30 |
|---|---|
| 01/31/2010 Postage | $154.14 |
| 01/31/2010 Westlaw Computerized Legal Research | $125.60 |

$514.04

New Charges for This Matter                            $19,879.54

D U R H A M

J O N E S &

P I N E G A R

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

February 25, 2010
File No.     26481    00009

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

## Attorney Hours

Services Rendered Through 1/31/2010

| Attorney | Hours | Rate | Total |
|---|---|---|---|
| KLC | 5.50 | $350.00 | $1,925.00 |
| SJM | 0.80 | $350.00 | $280.00 |
| JGP | 21.40 | $190.00 | $4,066.00 |
| TOTAL | 27.70 | | $6,271.00 |

## Expenses

| Expense Description | Amount |
|---|---|
| Pacer | $65.04 |
| Courier Service | $14.00 |
| Copy Reproduction | $10.05 |
| Postage | $1.32 |
| TOTAL | $90.41 |

```
D U R H A M
───────────
J O N E S &
───────────
P I N E G A R
```

Durham Jones & Pinegar, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

February 25, 2010
Invoice No.        183354    KLC
File No.           26481     00009
Services Rendered Through 01/31/2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

## Misc. Contested Matters

### Summary of Account

| | |
|---|---|
| Previous balance as of invoice dated | $0.00 |
| Payments received since last invoice | 0.00 CR |
| A/R adjustment since last invoice | 0.00 |
| Net balance forward | 0.00 |
| Interest charge on past due balance | 0.00 |
| New charges as itemized below | 6,361.41 |
| Prepaid cash applied | 0.00 CR |
| **Total Balance Due Upon Receipt** | **$6,361.41** |

*Interest will accrue at 1.5% per month on balance not paid by end of month.*

### Detail of New Charges

Professional Services

| | | | |
|---|---|---|---|
| 01/01/2010 JGP | 3.30 hours | | $627.00 |
| Prepare document production, review documents | | | |
| 01/01/2010 JGP | 3.50 hours | | $665.00 |
| Answer Jacobsen Construction interrogatories | | | |
| 01/02/2010 JGP | 3.80 hours | | $722.00 |
| Review documents to be produced for Jacobsen discovery requests | | | |
| 01/02/2010 JGP | 2.10 hours | | $399.00 |
| Review documents to create privilege log for documents to be produced in answer to Jacobsen discovery requests | | | |
| 01/02/2010 JGP | 4.10 hours | | $779.00 |
| Respond to Jacobsen to discovery requests for production of documents and interrogatories | | | |
| 01/02/2010 JGP | 0.40 hours | | $76.00 |
| Conference with B.Shoaf regarding discovery responses to Jacobsen | | | |

26481                        Invoice # 183354                Page 2

Construction and bank documents

| | | | |
|---|---|---|---|
| 01/03/2010 JGP | 1.70 | hours | $323.00 |
| Revise responses to Jacobsen discovery | | | |
| 01/03/2010 JGP | 0.50 | hours | $95.00 |
| Draft index for document production | | | |
| 01/03/2010 JGP | 1.50 | hours | $285.00 |
| Review documents for privilege, attorney work product, or attorney communications | | | |
| 01/03/2010 JGP | 0.30 | hours | $57.00 |
| Conference with K.Cannon regarding discovery to Jacobsen Construction | | | |
| 01/04/2010 KLC | 2.20 | hours | $770.00 |
| Reviewing documents to be produced to Jacobsen | | | |
| 01/04/2010 KLC | 0.30 | hours | $105.00 |
| Telephone conference with Jessica Peterson regarding issues on discovery responses | | | |
| 01/04/2010 KLC | 0.20 | hours | $70.00 |
| Telephone conference with Bill Shoaf regarding discovery issues | | | |
| 01/04/2010 KLC | 0.20 | hours | $70.00 |
| Telephone conference with Michael Johnson regarding discovery | | | |
| 01/04/2010 KLC | 0.30 | hours | $105.00 |
| Telephone conference with Michael Blumenthal regarding discovery issues | | | |
| 01/04/2010 KLC | 1.50 | hours | $525.00 |
| Reviewing, revising draft discovery responses | | | |
| 01/04/2010 JGP | 0.20 | hours | $38.00 |
| Conference with H.Doherty regarding privilege log | | | |
| 01/13/2010 SJM | 0.80 | hours | $280.00 |
| Review committee complaint against WestLB and transmit to K. Cannon, W. Shoaf, and M. Blumenthal | | | |
| 01/25/2010 KLC | 0.60 | hours | $210.00 |
| Reviewing, revising objection to BayNorth proof of interest | | | |
| 01/25/2010 KLC | 0.20 | hours | $70.00 |
| Telephone conference to court for hearing on BayNorth proof of interest | | | |

$6,271.00

Client Expenses Advanced

| | |
|---|---|
| 12/31/2009 Pacer On-Line Research | $60.56 |
| 12/31/2009 Pacer On-Line Research | $2.80 |
| 12/31/2009 Pacer On-Line Research | $1.28 |

Invoice # 183354                                          Page 3

| | | |
|---|---|---|
| 12/31/2009 | Pacer On-Line Research | $0.40 |
| 01/04/2010 | Courier Service | $7.00 |
| 01/04/2010 | Courier Service | $7.00 |
| 01/31/2010 | Equitrac Copy charge | $10.05 |
| 01/31/2010 | Postage | $1.32 |
| | | $90.41 |

New Charges for This Matter                               $6,361.41

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

February 25, 2010

File No.      26481    00010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

## Attorney Hours

Services Rendered Through 1/31/2010

| Attorney | Hours | Rate | Total |
|----------|-------|------|-------|
| KLC | 0.20 | $350.00 | $70.00 |
| SJM | 0.80 | $350.00 | $280.00 |
| JGP | 1.40 | $190.00 | $266.00 |
| TOTAL | 2.40 | | $616.00 |

## Expenses

| Expense Description | Amount |
|---------------------|--------|
| Copy Reproduction | $29.40 |
| Postage | $4.17 |
| TOTAL | $33.57 |

**D U R H A M**

**J O N E S  &**

**P I N E G A R**

Durham Jones & Pinegar, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

February 25, 2010
Invoice No.          183355   KLC
File No.                26481   00010
Services Rendered Through 01/31/2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

### Case Administration

### Summary of Account

| | | |
|---|---|---|
| Previous balance as of invoice dated | $0.00 | |
| Payments received since last invoice | 0.00 | CR |
| A/R adjustment since last invoice | 0.00 | |
| Net balance forward | 0.00 | |
| Interest charge on past due balance | 0.00 | |
| New charges as itemized below | 649.57 | |
| Prepaid cash applied | 0.00 | CR |
| **Total Balance Due Upon Receipt** | **649.57** | |

*Interest will accrue at 1.5% per month on balance not paid by end of month.*

### Detail of New Charges

Professional Services

| | | | | |
|---|---|---|---|---|
| 01/07/2010 KLC | 0.20 | hours | | $70.00 |
| Telephone conference with Bill Shoaf regarding claim issues and other issues | | | | |
| 01/11/2010 JGP | 0.60 | hours | | $114.00 |
| Draft ex parte motion to appear telephonically | | | | |
| 01/11/2010 JGP | 0.80 | hours | | $152.00 |
| Draft order approving ex parte motion to appear telephonically | | | | |
| 01/13/2010 SJM | 0.70 | hours | | $245.00 |
| Conference with W. Shoaf and M. Soto regarding monthly reports and calculation of fee; review monthly reports | | | | |
| 01/15/2010 SJM | 0.10 | hours | | $35.00 |
| Notify US Trustee of report filings | | | | |
| | | | | $616.00 |

Client Expenses Advanced

Invoice # 183355                         Page 2

| 01/31/2010 Equitrac Copy charge | $29.40 |
| 01/31/2010 Postage | $4.17 |
| | $33.57 |

New Charges for This Matter                    $649.57

D U R H A M

J O N E S  &

P I N E G A R

Durham Jones & Pinegar, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

February 25, 2010
File No.      26481    00011

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

## Attorney Hours

Services Rendered Through 1/31/2010

| Attorney | Hours | Rate | Total |
|---|---|---|---|
| KLC | 10.20 | $350.00 | $3,570.00 |
| SJM | 0.40 | $350.00 | $140.00 |
| TOTAL | 10.60 | | $3,710.00 |

## Expenses

| Expense Description | Amount |
|---|---|
| Pacer | $15.84 |
| Copy Reproduction | $3.00 |
| TOTAL | $18.84 |

DURHAM

JONES &

PINEGAR

Durham Jones & Pinegar, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

February 25, 2010
Invoice No.       183356   KLC
File No.          26481   00011
Services Rendered Through 01/31/2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

**Cash Collateral/DIP Lending**

**Summary of Account**

| | |
|---|---:|
| Previous balance as of invoice dated | $0.00 |
| Payments received since last invoice | 0.00 CR |
| A/R adjustment since last invoice | 0.00 |
| Net balance forward | 0.00 |
| Interest charge on past due balance | 0.00 |
| New charges as itemized below | 3,728.84 |
| Prepaid cash applied | 0.00 CR |
| **Total Balance Due Upon Receipt** | **$3,728.84** |

*Interest will accrue at 1.5% per month on balance not paid by end of month.*

**Detail of New Charges**

Professional Services

| | | | | |
|---|---|---|---|---:|
| 01/05/2010 KLC | 0.20 | hours | | $70.00 |
| | Telephone conference from Terri Steinbrenner regarding accounts | | | |
| 01/05/2010 KLC | 0.30 | hours | | $105.00 |
| | Email to, telephone conference with Drew Norman regarding Chase accounts | | | |
| 01/11/2010 KLC | 0.20 | hours | | $70.00 |
| | Telephone conference with Bill Shoaf regarding Chase accounts | | | |
| 01/14/2010 KLC | 0.40 | hours | | $140.00 |
| | Telephone conference from court regarding hearing on cash collateral, telephone conference with Michael Blumenthal regarding same, email to Rich Havel, Michael Johnson regarding same | | | |
| 01/18/2010 KLC | 1.40 | hours | | $490.00 |
| | Drafting proposed order on holdback agreed to with Jacobsen, reviewing documents related to same | | | |

| 01/19/2010 | KLC | 0.20 | hours | $70.00 |
|---|---|---|---|---|

Telephone conference with Michael Blumenthal regarding proposed
order on cash collateral

| 01/19/2010 | KLC | 0.80 | hours | $280.00 |
|---|---|---|---|---|

Revising draft order on cash collateral, holdback

| 01/19/2010 | KLC | 0.30 | hours | $105.00 |
|---|---|---|---|---|

Emails to parties regarding proposed order on cash
collateral/holdback of funds from sale proceeds escrow issues

| 01/19/2010 | KLC | 0.70 | hours | $245.00 |
|---|---|---|---|---|

Preparation for hearing on cash collateral - reviewing Jacobsen plan
treatment, cash collateral stipulations and orders

| 01/19/2010 | KLC | 0.70 | hours | $245.00 |
|---|---|---|---|---|

Attending hearing on cash collateral

| 01/19/2010 | SJM | 0.20 | hours | $70.00 |
|---|---|---|---|---|

Review comments of Jacobsen, M. Blumenthal, WestLB, and
committee, all regarding order on cash collateral, addressing Jacobsen
issues

| 01/20/2010 | KLC | 0.20 | hours | $70.00 |
|---|---|---|---|---|

Telephone conference with Rich Havel regarding budgets, transfer
requests

| 01/20/2010 | KLC | 0.30 | hours | $105.00 |
|---|---|---|---|---|

Reviewing revisions to JPMorgan Chase blocked account agreement,
emails with Bill Shoaf regarding same

| 01/20/2010 | KLC | 0.20 | hours | $70.00 |
|---|---|---|---|---|

Telephone conference with Bill Shoaf regarding conference call on
budgets and transfer requests

| 01/20/2010 | KLC | 0.30 | hours | $105.00 |
|---|---|---|---|---|

Emails regarding meeting on budgets, transfer requests

| 01/20/2010 | SJM | 0.20 | hours | $70.00 |
|---|---|---|---|---|

Review WestLB markups on control agreement with Chase

| 01/21/2010 | KLC | 0.20 | hours | $70.00 |
|---|---|---|---|---|

Telephone conference with Bill Shoaf regarding lack of cash for
operating expenses

| 01/21/2010 | KLC | 0.20 | hours | $70.00 |
|---|---|---|---|---|

Telephone conference with Michael Blumenthal and Kim Sallinger
regarding cash position, cash collateral issues

| 01/21/2010 | KLC | 0.30 | hours | $105.00 |
|---|---|---|---|---|

Telephone conference with Jeff Blatt regarding cash collateral issues

| 01/21/2010 | KLC | 0.40 | hours | $140.00 |
|---|---|---|---|---|

Telephone conference with Jeff Blatt, Rich Havel, and Jamie Winikor
regarding cash collateral issues ·

| 01/21/2010 | KLC | 0.30 | hours | $105.00 |
|---|---|---|---|---|

Email regarding discussion with WestLB on cash collateral

| | | | |
|---|---|---|---|
| 01/21/2010 KLC | 1.10 | hours | $385.00 |

Reviewing emails from Drew Norman regarding Chase accounts, responding to same

| | | | |
|---|---|---|---|
| 01/26/2010 KLC | 0.30 | hours | $105.00 |

Telephone conference from Jeff Blatt regarding cash collateral issues

| | | | |
|---|---|---|---|
| 01/26/2010 KLC | 0.60 | hours | $210.00 |

Reviewing budget associated with latest iteration of cash collateral stipulation

| | | | |
|---|---|---|---|
| 01/27/2010 KLC | 0.30 | hours | $105.00 |

Reviewing email correspondence on transfer requests

| | | | |
|---|---|---|---|
| 01/28/2010 KLC | 0.30 | hours | $105.00 |

Reviewing correspondence regarding transfer requests

|  |
|---|
| $3,710.00 |

Client Expenses Advanced

| | |
|---|---|
| 12/31/2009 Pacer On-Line Research | $12.64 |
| 12/31/2009 Pacer On-Line Research | $3.20 |
| 01/31/2010 Equitrac Copy charge | $3.00 |
| | $18.84 |

| | |
|---|---|
| New Charges for This Matter | $3,728.84 |

D U R H A M

J O N E S &

P I N E G A R

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

February 25, 2010
File No.    26481    00012

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

## Attorney Hours

Services Rendered Through 1/31/2010

| Attorney | Hours | Rate | Total |
|----------|-------|------|-------|
| KLC | 0.30 | $350.00 | $105.00 |
| SJM | 0.10 | $350.00 | $32.50 |
| TOTAL | 0.40 | | $137.50 |

## Expenses

| Expense Description | Amount |
|---------------------|--------|
| Overnight Mail | $84.58 |
| Pacer | $57.76 |
| TOTAL | $142.34 |

```
D U R H A M

J O N E S  &

P I N E G A R
```

Durham Jones & Pinegar, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

February 25, 2010
Invoice No.       183357   KLC
File No.          26481    00012
Services Rendered Through 01/31/2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

**BayNorth Litigation**

**Summary of Account**

| | |
|---|---:|
| Previous balance as of invoice dated | $0.00 |
| Payments received since last invoice | 0.00 CR |
| A/R adjustment since last invoice | 0.00 |
| Net balance forward | 0.00 |
| Interest charge on past due balance | 0.00 |
| New charges as itemized below | 279.84 |
| Prepaid cash applied | 0.00 CR |
| **Total Balance Due Upon Receipt** | **$279.84** |

*Interest will accrue at 1.5% per month on balance not paid by end of month.*

**Detail of New Charges**

Professional Services

| | | | |
|---|---|---|---:|
| 10/15/2009 SJM | 0.10 | hours | $32.50 |
| | Review and sign stipulation on extension if time for Bay North to answer adversary complaint | | |
| 01/27/2010 KLC | 0.30 | hours | $105.00 |
| | Responding to Bruce Zabarauskas regarding discovery issues | | |
| | | | $137.50 |

Client Expenses Advanced

| | |
|---|---:|
| 12/23/2009 Federal Express | $39.17 |
| 12/23/2009 Federal Express | $45.41 |
| 12/31/2009 Pacer On-Line Research | $52.56 |
| 12/31/2009 Pacer On-Line Research | $5.20 |
| | $142.34 |

New Charges for This Matter                                          $279.84