Kenneth L. Cannon II (kcannon@djplaw.com) (3705)
Steven J. McCardell (smccardell@djplaw.com) (2144)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT  84110-4050
Telephone:  (801) 415-3000/Fax:  (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com) (admitted *pro hac vice*)
Steven B. Eichel (seichel@crowell.com) (admitted *pro hac vice*)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY  10022
Telephone:  (212) 223-4000/Fax:  (212) 223-4134

Counsel for Debtors and Debtors in Possession

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | |
| EASY STREET HOLDING, LLC, *et. al*. ) | Bankruptcy Case No. 09-29905 |
| ) | Jointly Administered with Cases |
|    Debtors ) | 09-29907 and 09-29908 |
| ) | |
| Address:   201 Heber Avenue ) | Chapter 11 |
|            Park City, UT 84060 ) | |
| ) | Honorable R. Kimball Mosier |
| Tax ID Numbers: ) | |
| 35-2183713 (Easy Street Holding, LLC), ) | |
| 20-4502979 (Easy Street Partners, LLC), and ) | |
| 84-1685764 (Easy Street Mezzanine, LLC) ) | |
| ) | |

**ERRATA TO AMENDED DISCLOSURE STATEMENT WITH RESPECT
TO AMENDED PLAN OF REORGANIZATION OF EASY
<u>STREET PARTNERS, LLC DATED FEBRUARY 18, 2010</u>**

Easy Street Partners, LLC ("Partners"), hereby submits its errata to its Amended

Disclosure Statement with Respect to Amended Plan of Reorganization or Easy Street Partners,

SLC_557104.1

LLC Dated February 18, 2010 (the "Disclosure Statement").  Section IV.G.15 of the Disclosure Statement, which describes the "Plan Supplement" to be filed on or before March 15, 2010, should have contained certain modifications.  Set forth below is this Section of the Disclosure Statement, as modified (modifications are marked):

### 15. Plan Supplement

The documents comprising the Plan Supplement shall be filed with the Clerk of the Bankruptcy Court on or before March 15, 2010.  Upon its filing with the Bankruptcy Court, the Plan Supplement may be inspected in the office of the Clerk of the Bankruptcy Court during normal court hours or at the Court's website at www.utb.uscourts.gov.  Holders of Claims or Interests may obtain a copy of the Plan Supplement upon written request to Partners' bankruptcy counsel.

It is currently contemplated that the following information and documents will be included in the Plan Supplement: (i) ~~details of~~ the Funding Agreement <u>and any other documents evidencing the exit funding (to be redacted for confidential/proprietary information)</u>,[16] (ii) list of executory contracts being assumed, (iii) operating agreement of the Reorganized Debtor, (iv) articles of organization of the Reorganized Debtor, (v) proposed loan agreements with WestLB; (vi) information regarding treatment of the prepetition and rejection damage claims of Sky Lodge Management and Sky Lodge Development and ~~proposed~~ <u>the form of the</u> note <u>or other proposed documents</u>, if any, <u>to evidence the treatment of the claims</u>, (vii) the form of proposed note for the Class 4 Claims, and (vii) details regarding (a) the management of the Reorganized Debtor and (b) the ownership of the new management company.

Partners has made these changes to the Disclosure Statement as distributed to creditors in the Solicitation Package approved by the Court.

---

[16] A <u>full</u> copy of the Funding Agreement will be made available to holders of Claims or Interests upon written request to Debtor's counsel and execution of a confidentiality agreement.

DATED this 25th day of February, 2010.

        DURHAM JONES & PINEGAR, P.C.

By:   /s/ Kenneth L. Cannon II
       Kenneth L. Cannon II (kcannon@djplaw.com)(3705)
       Steven J. McCardell (smccardell@djplaw.com)(2144)
       111 East Broadway, Suite 900
       P.O. Box 4050
       Salt Lake City, UT 84111-4050
       Telephone: (801) 415-3000
       Facsimile: (801) 415-3500

       and

       CROWELL & MORING LLP
       Michael V. Blumenthal (mblumenthal@crowell.com)
       (admitted pro hac vice)
       Steven B. Eichel (sdeichel@crowell.com)
       (admitted pro hac vice)
       590 Madison Avenue, 20th Floor
       New York, NY 10022
       Telephone: (212) 223-4000
       Facsimile: (212) 223-4134

       Counsel for Debtors and Debtors in Possession

NYIWDMS: 11484763_2