Jeffrey W. Shields (USB #2948)
Lon A. Jenkins (USB #4060)
Troy J. Aramburu (USB #10444)
**JONES WALDO HOLBROOK & McDONOUGH, PC**
170 South Main Street, Suite 1500
Salt Lake City, Utah 84101
Telephone: (801) 521-3200

*Counsel to Unsecured Creditors' Committee*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| In re: | Bankruptcy No. 09-29905 |
| **EASY STREET HOLDING, LLC et al.,**[1] | (Jointly Administered with Cases 09-29907 and 09-29908) |
| Debtors. | Chapter 11 |
| | Honorable R. Kimball Mosier |

**THIRD PROFESSIONAL FEE REQUEST FOR JONES WALDO HOLBROOK & MCDONOUGH, PC, COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR THE PERIOD JANUARY 1, 2010 THROUGH AND INCLUDING JANUARY 31, 2010.**

The Official Committee of Unsecured Creditors (the "**Committee**") for the above captioned debtors and debtors in possession (collectively the "**Debtors**"), by its counsel, Jones Waldo Holbrook & McDonough, PC, ("**Jones Waldo**") pursuant to the Court's Order entered December 15, 2009 establishing monthly fee and expense reimbursement procedures ("**Interim Payment Order**") hereby submits its third fee request (the "**Fee Request**") for the period of January 1, 2010 through and including January 31, 2010 (the "**Fee Period**").

---

[1] The Debtor entities are Easy Street Holding, LLC, Easy Street Partners, LLC, and Easy Street Mezzanine, LLC.

922079.1

Jones Waldo professionals have recorded their time spent in performing services, as shown in the attached Exhibit "A," into the following matters:

| Matter No. | Matter Name |
|---|---|
| 0001 | Asset Analysis and Recovery |
| 0002 | Asset Disposition |
| 0003 | Case Administration |
| 0004 | Claims Administration & Objections |
| 0005 | Fee/Employment Applicants |
| 0006 | Fee/Employment Objections |
| 0007 | Financing/Cash Collateral |
| 0008 | Litigation |
| 0009 | Plan and Disclosure Statement |
| 0010 | Lien/Security Interest Investigation |
| 0011 | BayNorth Litigation |
| 0012 | WestLB Litigation |

Pursuant to the Interim Payment Order, professionals employed by Order of the Court to represent the Debtor or the Official Committee of Unsecured Creditors are authorized to request from the Debtor payment for services rendered and expenses incurred during the fee period equal to eighty percent (80%) of the fees sought and one hundred percent (100%) of the expenses incurred during the Fee Period. Jones Waldo's fees and expenses are as follows:

| Month | Hours | Fees | 80% of Fees | Expenses | Total (80% of Fees and 100% of expenses) |
|---|---|---|---|---|---|
| January | 104.65 | $26,254.00 | $21,003.20 | $336.28 | $21,339.48 |

Attached as Exhibit "A" are detailed statements for which payment is being sought. Statements may be redacted, to the extent necessary, to exclude, privileged, work product, litigation strategy and confidential information. Each statement includes the total time expended,

2

922079.1

identity of professional providing services, hourly billing rate, and detailed description of services rendered.

Pursuant to Interim Fee Order, parties must file objections to the Fee Request within ten (10) days from the date it is received. Any objection must have a description of the specific subject matter and services in dispute and state the amount in dispute. It is not sufficient to simply object to all fees and expenses. Fees and expense not objected to will be paid by the Debtors or, if the total of 80% of fees and 100% of expenses of estate professionals exceeds $125,000 per month, the fees and expenses will be pro-rated among fees and expenses of estate professionals for that month which are not objected to.

DATED this 26th day of February, 2010.

JONES WALDO HOLBROOK &
McDONOUGH, PC

/s/ Lon A. Jenkins
Jeffery W. Shields
Lon A. Jenkins
Troy J. Aramburu

*Counsel to Unsecured Creditors' Committee*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 26th Day of February, 2010 I caused a true and correct copy of the foregoing *Second Professional Fee Request for Jones Waldo Holbrook & McDonough, PC, Counsel for the Official Committee of Unsecured Creditors, for the Period January 1, 2010 Through and Including January 31, 2010* to be served in the manner indicated below.

ECF Notification:

- Kenneth L. Cannon    kcannon@djplaw.com, khughes@djplaw.com
- Scott A. Cummings    cummings.scott@dorsey.com
- Mary Margaret Hunt    hunt.peggy@dorsey.com, wardle.gay@dorsey.com
- Annette W. Jarvis    jarvis.annette@dorsey.com, smith.ron@dorsey.com;slc.lit@dorsey.com;brown.patricia@dorsey.com
- Michael R. Johnson    mjohnson@rqn.com, agale@rqn.com
- Anthony C. Kaye    kaye@ballardspahr.com
- Benjamin J. Kotter    kotter.benjamin@dorsey.com
- Adelaide Maudsley    maudsley@chapman.com, jemery@chapman.com
- Steven J. McCardell    smccardell@djplaw.com, khughes@djplaw.com
- John T. Morgan tr    john.t.morgan@usdoj.gov, james.gee@usdoj.gov
- David W. Overholt    doverholt@rsolaw.com, abachman@rsolaw.com
- Jessica G Peterson    jpeterson@djplaw.com
- Knute Rife    karife@rifelegal.com
- Jeffrey L. Shields    jlshields@cnmlaw.com, njpotter@cnmlaw.com
- United States Trustee    USTPRegion19.SK.ECF@usdoj.gov

And via first class mail, postage prepaid upon the following:

Appraisal Group, Inc.  
Attn: Paul W. Throndsen, MAI  
7396 S Union Park Avenue, #301  
Midvale, UT 84047

Michael V. Blumenthal  
Crowell & Moring LLP  
590 Madison Avenue, 20th Floor  
New York, NY 10022

BDRC 4 Site, LLC  
Attn: Bryan W. Dorsey  
305 NE Loop 820, Ste 109  
Hurst, TX 76053

Steven B. Eichel  
Crowell & Moring LLP  
590 Madison Avenue, 20th Floor  
New York, NY 10022

4

922079.1

Anthony S. Fiotto
Goodwin Procter LLP
Exchange Place
Boston, MA 02109

Gemstone Hotels & Resorts, LLC
Attn: Jeff McIntyre, Principal
1912 Sidewinder Drive, #104
Park City, UT 84060

Corbin B. Gordon
345 West 600 South, Suite 108
Heber City, UT 84032

Brian W. Harvey
Goodwin Procter LLP
The New York Time Building
620 Eighth Avenue
New, NY 10018-1405

Ambica Mohabir
Goodwin Procter LLP
Exchange Place
Boston, MA 02109

WestLB, AG
1211 Ave. of the Americas, 24th Floor
New York, NY 10036-8705

Easy Street Holding, LLC
4780 Winchester Court
Park City, UT 84098

Easy Street Partners, LLC
4780 Winchester Court
Park City, UT 84098

Easy Street Mezzanine, LLC
4780 Winchester Court
Park City, UT 84098

Joseph E. Wrona
WRONA LAW OFFICES, P.C.
1745 Sidewinder Drive
Park City, UT 84060

Bruce J. Zabarauskas
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022

/s/ Sherry D. Glendening

5

922079.1