# Exhibit "A"

# JONES, WALDO, HOLBROOK & McDONOUGH
### A Professional Corporation

## ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe

,

February 25, 2010
Invoice: 1485515

22414.0003
Case Administration

## STATEMENT OF ACCOUNT

**Prior Activity**

| | |
|---|---|
| Previous Balance Due as of January 26, 2010 | $ 3,567.00 |
| **Total Past Due Balance** (If payment has been sent, disregard this balance) | **$ 3,567.00** |

**Current Activity**

| | |
|---|---|
| Current Fees | 3,051.50 |
| Current Expenses | 5.46 |
| **Total Current Balance Due for Invoice 1485515** | **$ 3,056.96** |

| | |
|---|---|
| **Total Due** (For Past Due Activity and Current Activity) | **$ 6,623.96** |

22414.0003
Case Administration

February 25, 2010
Invoice No.:1485515

Fee for legal services rendered in caption from date of last bill to and including January 31, 2010.

### Fee Detail

| Date | Atty | Hours | Description |
|------|------|-------|-------------|
| 01/04/10 | JYS | 0.10 | Review agenda. |
| 01/04/10 | LAJ | 0.40 | Draft Agenda for January 5 meeting. |
| 01/05/10 | JYS | 1.00 | Participate in Committee conference call with Mr. Jenkins. |
| 01/05/10 | LAJ | 0.30 | Review documents to prepare for Committee meeting. |
| 01/05/10 | LAJ | 1.40 | Attend Committee meeting. |
| 01/05/10 | LAJ | 0.20 | Post-meeting conference with Jeff Shields re tasks. |
| 01/05/10 | LAJ | 0.20 | Emails with C. Elliott and Committee Members re change of time for next meeting. |
| 01/06/10 | SDG | 0.25 | Review daily filings and docket same |
| 01/08/10 | LAJ | 0.70 | Draft minutes of 1/5/10 Committee meeting and transmit to members. |
| 01/08/10 | SDG | 1.70 | Email correspondence with L. Jenkins re claims filed; assemble and catalogue claims filed in the Easy Street Holdings case. |
| 01/11/10 | LAJ | 0.30 | Draft Agenda for 1/12/10 meeting; transmit to Members. |
| 01/12/10 | LAJ | 0.70 | Attend Committee meeting via phone conference. |
| 01/19/10 | LAJ | 0.60 | Draft Minutes from 1/12/10 Committee meeting. |
| 01/20/10 | LAJ | 0.20 | Communicate with C. Elliott and members re case developments, meeting change. |
| 01/20/10 | LAJ | 0.50 | Read MOR for November, December. |
| 01/22/10 | SDG | 0.60 | Assemble and email committee members a copy of Monthly Operating reports filed by Easy Street Debtors |
| 01/26/10 | JYS | 1.00 | Committee conference call. |
| 01/26/10 | LAJ | 0.30 | Prepare for Committee meeting. |
| 01/26/10 | LAJ | 0.70 | Attend Committee meeting. |

**Total Hours**          **11.15**

### Fee Summary

| Attorney | Rate | Hours | Amount |
|----------|------|-------|--------|
| Shields, Jeffery | $ 360.00 | 2.10 | $ 756.00 |
| Jenkins, Lon A | 310.00 | 6.50 | 2,015.00 |
| Glendening, Sherry D | 110.00 | 2.55 | 280.50 |
| **Total Hours and Fees:** | | **11.15** | **$ 3,051.50** |

### Expenses

| Date | Description | Amount |
|------|-------------|--------|

22414.0003
Case Administration

February 25, 2010
Invoice No.:1485515

| | | Expenses | |

| Date | Description | | Amount |
| --- | --- | --- | --- |
| | Long Distance Telephone Charges | | 5.46 |
| **Disbursements Total** | | | **$ 5.46** |

## JONES, WALDO, HOLBROOK & MCDONOUGH

A Professional Corporation

ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe

,

February 25, 2010
Invoice: 1485515

22414.0003
Case Administration

### STATEMENT OF ACCOUNT

| | |
|---|---:|
| **Prior Activity** | |
| Previous Balance Due as of January 26, 2010 | $ 3,567.00 |
| **Total Past Due Balance** (If payment has been sent, disregard this balance) | **$ 3,567.00** |
| | |
| **Current Activity** | |
| Current Fees | 3,051.50 |
| Current Expenses | 5.46 |
| **Total Current Balance Due for Invoice 1485515** | **$ 3,056.96** |
| | |
| **Total Due** (For Past Due Activity and Current Activity) | **$ 6,623.96** |

# REMITTANCE COPY -- PLEASE RETURN WITH PAYMENT

# JONES, WALDO, HOLBROOK & McDONOUGH
### A Professional Corporation

## ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe

,

February 25, 2010
Invoice:  1485516

22414.0004
Claims Administration & Objections

## STATEMENT OF ACCOUNT

**Prior Activity**

| | |
|---|---:|
| Previous Balance Due as of January 26, 2010 | $ 124.00 |
| **Total Past Due Balance** (If payment has been sent, disregard this balance) | **$ 124.00** |

**Current Activity**

| | |
|---|---:|
| Current Fees | 568.00 |
| Current Expenses | 0.00 |
| **Total Current Balance Due for Invoice 1485516** | **$ 568.00** |

| | |
|---|---:|
| **Total Due** (For Past Due Activity and Current Activity) | **$ 692.00** |

22414.0004
Claims Administration &
Objections

February 25, 2010
Invoice No.:1485516

Fee for legal services rendered in caption from date of last bill to and including January 31, 2010.

## Fee Detail

| Date | Atty | Hours | Description |
|------|------|-------|-------------|
| 01/04/10 | LAJ | 0.20 | Email to Committee re claim deadline. |
| 01/11/10 | SDG | 2.30 | Review claims filed in Easy Street Partners and catalogue same |
| 01/14/10 | SDG | 2.10 | Catalogue claims filed in the Easy Street Partners case |
| 01/28/10 | SDG | 0.20 | Review, calendar and docket Notice of Hearing on Debtor's Objection to Baynorths proof of Interest. |

**Total Hours**     **4.80**

## Fee Summary

| Attorney | Rate | Hours | Amount |
|----------|------|-------|--------|
| Jenkins, Lon A | $ 310.00 | 0.20 | $ 62.00 |
| Glendening, Sherry D | 110.00 | 4.60 | 506.00 |
| **Total Hours and Fees:** | | **4.80** | **$ 568.00** |

## JONES, WALDO, HOLBROOK & McDONOUGH

A Professional Corporation

ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe

,

February 25, 2010
Invoice: 1485516

22414.0004
Claims Administration & Objections

### STATEMENT OF ACCOUNT

**Prior Activity**

| | |
|---|---:|
| Previous Balance Due as of January 26, 2010 | $ 124.00 |
| **Total Past Due Balance** (If payment has been sent, disregard this balance) | **$ 124.00** |

**Current Activity**

| | |
|---|---:|
| Current Fees | 568.00 |
| Current Expenses | 0.00 |
| **Total Current Balance Due for Invoice 1485516** | **$ 568.00** |

| | |
|---|---:|
| **Total Due** (For Past Due Activity and Current Activity) | **$ 692.00** |

# REMITTANCE COPY -- PLEASE RETURN WITH PAYMENT

## JONES, WALDO, HOLBROOK & McDONOUGH
A Professional Corporation

ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe

,

February 25, 2010
Invoice: 1485517

22414.0005
Fee / Employment Applicants

### STATEMENT OF ACCOUNT

**Prior Activity**

| | |
|---|---:|
| Previous Balance Due as of January 26, 2010 | $ 4,594.00 |
| **Total Past Due Balance** (If payment has been sent, disregard this balance) | **$ 4,594.00** |

**Current Activity**

| | |
|---|---:|
| Current Fees | 5,768.00 |
| Current Expenses | 0.00 |
| **Total Current Balance Due for Invoice 1485517** | **$ 5,768.00** |

| | |
|---|---:|
| **Total Due** (For Past Due Activity and Current Activity) | **$ 10,362.00** |

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

22414.0005                                                                                    February 25, 2010
Fee / Employment Applicants                                                                   Invoice No.:1485517

Fee for legal services rendered in caption from date of last bill to and including January 31, 2010.

| | | | Fee Detail |
|---|---|---|---|

| Date | Atty | Hours | Description |
|---|---|---|---|
| 01/05/10 | SDG | 0.20 | Email correspondence with L. Jenkins and J. Shields re fee application |
| 01/20/10 | LAJ | 0.20 | Review December invoices for fee submission. |
| 01/20/10 | SDG | 0.20 | Email correspondence with L. Jenkins re fee request for December |
| 01/26/10 | LAJ | 1.90 | Revise, reallocate December time/services for fee request. |
| 01/26/10 | LAJ | 0.20 | Telephone conference with K. Cannon re interim fee request. |
| 01/26/10 | LAJ | 1.40 | Revise, reallocate October, November time/services for First Fee Application. |
| 01/26/10 | SDG | 4.80 | Review rules re fee application and begin to draft First interim fee application |
| 01/27/10 | LAJ | 2.20 | Assemble, edit invoices for Second Fee Request (1.10); work with Kim Walters on reallocating time (.50); and revise, edit Notice of Second Request (.40); conference with Sherry Glendening re service of same (.20). |
| 01/27/10 | SDG | 1.60 | Revise Fee Application |
| 01/27/10 | SDG | 0.20 | Conference with L. Jenkins re payments received per Fee request |
| 01/27/10 | SDG | 1.00 | Draft Summary and Notice of Fee Application |
| 01/27/10 | SDG | 0.20 | Conference with L. Jenkins re revisions to fee application |
| 01/27/10 | SDG | 0.50 | Revise and assemble Fee Request; cause same to be filed and served |
| 01/27/10 | SDG | 1.20 | Continue to revise and Edit Fee Application and supporting documents |
| 01/28/10 | LAJ | 1.10 | Work on drafting First Interim Fee Application. |
| 01/28/10 | LAJ | 0.20 | Draft email to C. Elliott re billing methodology and fee application. |
| 01/28/10 | LAJ | 0.50 | Various conferences with Kim Walters re billing methodology for revisions, reallocations to invoices. |
| 01/28/10 | LAJ | 1.40 | Revise, edit invoices for fee application. |
| 01/28/10 | SDG | 0.20 | Assemble and email invoices to committee chair for approval of fees in regards to Fee Application |
| 01/29/10 | LAJ | 0.20 | Conference with Sherry Glendening re revisions to fee application, calculations. |
| 01/29/10 | LAJ | 0.50 | Various conferences with K. Walters re calculations, methodologies for monthly invoices for exhibit to fee applications. |
| 01/29/10 | LAJ | 1.20 | Draft, revise First Interim Fee Application. |
| 01/29/10 | LAJ | 0.60 | Various and numerous conferences with Sherry Glendening re calculations of monthly fee and expenses; revisions to fee application. |
| 01/29/10 | LAJ | 0.50 | Draft, revise First Interim Fee Application. |
| 01/29/10 | LAJ | 0.20 | Telephone conference with C. Elliott. |
| 01/29/10 | LAJ | 0.30 | Conferences with Sherry Glendening re service and filing of fee application. |
| 01/29/10 | LAJ | 0.40 | Redact invoices for fee application. |
| 01/29/10 | SDG | 5.70 | Conferences with L. Jenkins; cross check and confirm numbers used in fee application are correct, revise fee application re same, cause same to be filed and served. |

**Total Hours**          **28.80**

| | | | Fee Summary |
|---|---|---|---|

22414.0005
Fee / Employment Applicants

February 25, 2010
Invoice No.:1485517

## Fee Summary

| Attorney | Rate | Hours | Amount |
|----------|------|-------|--------|
| Jenkins, Lon A | $ 310.00 | 13.00 | $ 4,030.00 |
| Glendening, Sherry D | 110.00 | 15.80 | 1,738.00 |
| **Total Hours and Fees:** | | **28.80** | **$ 5,768.00** |

## JONES, WALDO, HOLBROOK & MCDONOUGH

A Professional Corporation

### ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe

,

February 25, 2010
Invoice: 1485517

22414.0005
Fee / Employment Applicants

### STATEMENT OF ACCOUNT

| | |
|---|---:|
| **Prior Activity** | |
| Previous Balance Due as of January 26, 2010 | $ 4,594.00 |
| **Total Past Due Balance** (If payment has been sent, disregard this balance) | **$ 4,594.00** |
| | |
| **Current Activity** | |
| Current Fees | 5,768.00 |
| Current Expenses | 0.00 |
| **Total Current Balance Due for Invoice 1485517** | **$ 5,768.00** |
| | |
| **Total Due** (For Past Due Activity and Current Activity) | **$ 10,362.00** |

# REMITTANCE COPY -- PLEASE RETURN WITH PAYMENT

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

## Jones, Waldo, Holbrook & McDonough

A Professional Corporation

### ATTORNEYS AND COUNSELORS

Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe

,

February 25, 2010
Invoice: 1485521

22414.0006
Fee / Employment Objections

### STATEMENT OF ACCOUNT

**Prior Activity**

| | |
|---|---:|
| Previous Balance Due as of January 26, 2010 | $ 1,730.00 |
| **Total Past Due Balance** (If payment has been sent, disregard this balance) | **$ 1,730.00** |

**Current Activity**

| | |
|---|---:|
| Current Fees | 289.00 |
| Current Expenses | 0.00 |
| **Total Current Balance Due for Invoice 1485521** | **$ 289.00** |

| | |
|---|---:|
| **Total Due** (For Past Due Activity and Current Activity) | **$ 2,019.00** |

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

22414.0006
Fee / Employment Objections

February 25, 2010
Invoice No.:1485521

Fee for legal services rendered in caption from date of last bill to and including January 31, 2010.

### Fee Detail

| Date | Atty | Hours | Description |
|------|------|-------|-------------|
| 01/27/10 | JYS | 0.20 | Review Dorsey & Whitney fee application. |
| 01/27/10 | LAJ | 0.40 | Review Dorsey monthly fee request. |
| 01/28/10 | LAJ | 0.30 | Review DJP fee request. |
| **Total Hours** | | **0.90** | |

### Fee Summary

| Attorney | Rate | Hours | Amount |
|----------|------|-------|--------|
| Shields, Jeffery | $ 360.00 | 0.20 | $ 72.00 |
| Jenkins, Lon A | 310.00 | 0.70 | 217.00 |
| **Total Hours and Fees:** | | **0.90** | **$ 289.00** |

# JONES, WALDO, HOLBROOK & MCDONOUGH

A Professional Corporation

### ATTORNEYS AND COUNSELORS

Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe

,

February 25, 2010
Invoice: 1485521

22414.0006
Fee / Employment Objections

### STATEMENT OF ACCOUNT

**Prior Activity**

| | |
|---|---:|
| Previous Balance Due as of January 26, 2010 | $ 1,730.00 |
| **Total Past Due Balance** (If payment has been sent, disregard this balance) | **$ 1,730.00** |

**Current Activity**

| | |
|---|---:|
| Current Fees | 289.00 |
| Current Expenses | 0.00 |
| **Total Current Balance Due for Invoice 1485521** | **$ 289.00** |

| | |
|---|---:|
| **Total Due** (For Past Due Activity and Current Activity) | **$ 2,019.00** |

# REMITTANCE COPY -- PLEASE RETURN WITH PAYMENT

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

## JONES, WALDO, HOLBROOK & McDONOUGH
A Professional Corporation

### ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe

,

February 25, 2010
Invoice: 1485522

22414.0007
Financing / Cash Collateral

### STATEMENT OF ACCOUNT

| | |
|---|---|
| **Prior Activity** | |
| Previous Balance Due as of January 26, 2010 | $ 6,390.50 |
| **Total Past Due Balance** (If payment has been sent, disregard this balance) | **$ 6,390.50** |
| | |
| **Current Activity** | |
| Current Fees | 586.50 |
| Current Expenses | 0.00 |
| **Total Current Balance Due for Invoice 1485522** | **$ 586.50** |
| | |
| **Total Due** (For Past Due Activity and Current Activity) | **$ 6,977.00** |

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

22414.0007
Financing / Cash Collateral

February 25, 2010
Invoice No.:1485522

Fee for legal services rendered in caption from date of last bill to and including January 31, 2010.

### Fee Detail

| Date | Atty | Hours | Description |
|------|------|-------|-------------|
| 01/04/10 | LAJ | 0.50 | Read motion to extend cash collateral filed by Debtors. |
| 01/05/10 | LAJ | 0.20 | Conferences with Jeff Shields re coverage of depositions (Jacobsen) and related issues. |
| 01/06/10 | LAJ | 0.20 | Email exchange with Jeff Shields re deposition schedule. |
| 01/09/10 | SDG | 0.40 | Review Order granting extension of certain deadlines with respect to cash collateral; update calendar and docket re same |
| 01/09/10 | SDG | 0.30 | Review notices of continued depositions of WestLB and Easy Street; update calendar and docket re same |
| 01/19/10 | JPW | 0.70 | Telephone conference with Lon Jenkins regarding hearing on debtor's motion regarding cash collateral; attend hearing on motion. |
| 01/19/10 | LAJ | 0.10 | Conference with J. Wilde re coverage of hearing on cash collateral. |
| 01/19/10 | LAJ | 0.20 | Read order re cash collateral amendment. |
| 01/28/10 | SDG | 0.20 | Review, calendar and docket amended order modifying order entered 12/15/2009 |

**Total Hours**      **2.80**

### Fee Summary

| Attorney | Rate | Hours | Amount |
|----------|------|-------|--------|
| Jenkins, Lon A | $ 310.00 | 1.20 | $ 372.00 |
| Wilde, Jessica P. | 165.00 | 0.70 | 115.50 |
| Glendening, Sherry D | 110.00 | 0.90 | 99.00 |
| **Total Hours and Fees:** | | **2.80** | **$ 586.50** |

# JONES, WALDO, HOLBROOK & MCDONOUGH
### A Professional Corporation

## ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe

,

February 25, 2010
Invoice: 1485522

22414.0007
Financing / Cash Collateral

## STATEMENT OF ACCOUNT

| | |
|---|---:|
| **Prior Activity** | |
| Previous Balance Due as of January 26, 2010 | $ 6,390.50 |
| **Total Past Due Balance** (If payment has been sent, disregard this balance) | **$ 6,390.50** |
| | |
| **Current Activity** | |
| Current Fees | 586.50 |
| Current Expenses | 0.00 |
| **Total Current Balance Due for Invoice 1485522** | **$ 586.50** |
| | |
| **Total Due** (For Past Due Activity and Current Activity) | **$ 6,977.00** |

# REMITTANCE COPY -- PLEASE RETURN WITH PAYMENT

# JONES, WALDO, HOLBROOK & McDONOUGH
### A Professional Corporation

### ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe

,

February 25, 2010
Invoice:  1485518

22414.0009
Plan & Disclosure Statement

## STATEMENT OF ACCOUNT

**Prior Activity**

| | |
|---|---:|
| Previous Balance Due as of January 26, 2010 | $ 684.00 |
| **Total Past Due Balance** (If payment has been sent, disregard this balance) | **$ 684.00** |

**Current Activity**

| | |
|---|---:|
| Current Fees | 4,532.00 |
| Current Expenses | 0.00 |
| **Total Current Balance Due for Invoice 1485518** | **$ 4,532.00** |

| | |
|---|---:|
| **Total Due** (For Past Due Activity and Current Activity) | **$ 5,216.00** |

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

22414.0009                                                                      February 25, 2010
Plan & Disclosure Statement                                                     Invoice No.:1485518

Fee for legal services rendered in caption from date of last bill to and including January 31, 2010.

| Date | Atty | Hours | Description |
|------|------|-------|-------------|
| | | | **Fee Detail** |
| 01/04/10 | JYS | 1.00 | Conference call with counsel to Debtors. |
| 01/04/10 | JYS | 0.30 | Review plan term sheet from Mr. Cannon. |
| 01/04/10 | JYS | 0.20 | Confer with Lon Jenkins re plan. |
| 01/04/10 | JYS | 0.20 | Telephone conference with Rich Havel re plan issues. |
| 01/04/10 | LAJ | 0.60 | Read Debtor's exclusivity motion. |
| 01/04/10 | LAJ | 0.20 | Conferences with Jeff Shields re response, if any, to exclusivity motion. |
| 01/04/10 | LAJ | 1.00 | Review pleadings (cash collateral, Bay North response, exclusivity motion to prepare for meeting with Debtors' counsel). |
| 01/04/10 | LAJ | 1.20 | Telephone conference with K. Cannon, M. Blumenthal, Jeff Shields re various plan issues and litigation, pending and potential. |
| 01/04/10 | LAJ | 0.80 | Read, analyze plan term sheet. |
| 01/05/10 | LAJ | 0.20 | Telephone conference with K. Cannon re exclusivity motion and absence of objections. |
| 01/06/10 | LAJ | 0.30 | Review Debtor's motion to extend. |
| 01/07/10 | LAJ | 0.30 | Telephone conference with K. Cannon, M. Blumenthal re plan issues; anticipated litigation. |
| 01/11/10 | LAJ | 0.20 | Review, approve order (proposed) re extension of exclusive period. |
| 01/11/10 | LAJ | 0.20 | Conference with K. Cannon re plan formulation, filing issues. |
| 01/12/10 | LAJ | 0.30 | Attend hearing on Debtors' Motion to Extend Exclusive Period. |
| 01/13/10 | LAJ | 0.20 | Conference with K. Cannon re hearing on motion to extend exclusive periods. |
| 01/14/10 | SDG | 0.40 | Review, calendar and docket extension of Debtor's exclusive period to file a plan and exclusive period for solicitation of ballots |
| 01/15/10 | JYS | 0.60 | Review Debtor's plan and disclosure statement. |
| 01/15/10 | LAJ | 0.70 | Begin review of Plan. |
| 01/15/10 | SDG | 0.30 | Review, calendar and docket objection on disclosure statement |
| 01/22/10 | LAJ | 0.50 | Read monthly reports for November, December filed by Debtor. |
| 01/22/10 | LAJ | 2.20 | Review Disclosure Statement and draft lengthy email summary to Members explaining Plan terms. |
| 01/25/10 | LAJ | 0.20 | Conference with K. Cannon re plan negotiations. |
| 01/26/10 | LAJ | 0.30 | Telephone conference with M. Blumenthal re plan negotiations. |
| 01/26/10 | LAJ | 1.20 | Analyze plan for negotiation strategies; research same. |
| 01/27/10 | LAJ | 0.20 | Read S. Brown correspondence re plan funder. |
| 01/28/10 | LAJ | 0.30 | Telephone conference with S. Brown re plan negotiations. |
| 01/28/10 | LAJ | 0.30 | Telephone conference with C. Elliott re issues relating to plan negotiations. |
| 01/28/10 | LAJ | 0.30 | Telephone conference with K. Cannon re discussion of plan issues. |

**Total Hours**        14.70

| Attorney | | | Rate | Hours | Amount |
|----------|--|--|------|-------|--------|
| | | | | | **Fee Summary** |

22414.0009
Plan & Disclosure Statement

February 25, 2010
Invoice No.:1485518

| Fee Summary | | |
|---|---|---|
| Shields, Jeffery | $ 360.00 | 2.30 | $ 828.00 |
| Jenkins, Lon A | 310.00 | 11.70 | 3,627.00 |
| Glendening, Sherry D | 110.00 | 0.70 | 77.00 |
| **Total Hours and Fees:** | | **14.70** | **$ 4,532.00** |

# JONES, WALDO, HOLBROOK & McDONOUGH

A Professional Corporation

ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe
,

February 25, 2010
Invoice: 1485518

22414.0009
Plan & Disclosure Statement

### STATEMENT OF ACCOUNT

| | |
|---|---:|
| **Prior Activity** | |
| Previous Balance Due as of January 26, 2010 | $ 684.00 |
| **Total Past Due Balance** (If payment has been sent, disregard this balance) | **$ 684.00** |
| | |
| **Current Activity** | |
| Current Fees | 4,532.00 |
| Current Expenses | 0.00 |
| **Total Current Balance Due for Invoice 1485518** | **$ 4,532.00** |
| | |
| **Total Due** (For Past Due Activity and Current Activity) | **$ 5,216.00** |

# REMITTANCE COPY -- PLEASE RETURN WITH PAYMENT

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

# JONES, WALDO, HOLBROOK & McDONOUGH
A Professional Corporation

### ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe

,

February 25, 2010
Invoice: 1485523

22414.0010
Lien/Security Interest Investigation

### STATEMENT OF ACCOUNT

**Prior Activity**

| | |
|---|---|
| Previous Balance Due as of January 26, 2010 | $ 2,399.00 |
| **Total Past Due Balance** (If payment has been sent, disregard this balance) | **$ 2,399.00** |

**Current Activity**

| | |
|---|---|
| Current Fees | 1,366.00 |
| Current Expenses | 0.00 |
| **Total Current Balance Due for Invoice 1485523** | **$ 1,366.00** |

| | |
|---|---|
| **Total Due** (For Past Due Activity and Current Activity) | **$ 3,765.00** |

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

22414.0010
Lien/Security Interest
Investigation

February 25, 2010
Invoice No.:1485523

Fee for legal services rendered in caption from date of last bill to and including January 31, 2010.

## Fee Detail

| Date | Atty | Hours | Description |
|------|------|-------|-------------|
| 01/05/10 | LAJ | 0.20 | Conference with Troy Aramburu re litigation research; lien/litigation investigation. |
| 01/07/10 | LAJ | 0.50 | Reading re potential challenges to West LB. |
| 01/07/10 | LAJ | 0.50 | Read research from Brock Worthen re potential challenges to West LB. |
| 01/08/10 | BQW | 1.20 | Research re waiver of claims as grounds for fraudulent transfer action under either Utah UFTA or section 548 of the bankruptcy code. |
| 01/08/10 | BQW | 0.40 | Conference with Lon Jenkins re research. |
| 01/08/10 | LAJ | 0.40 | Telephone conference with K. Cannon re West LB investigation. |
| 01/08/10 | LAJ | 0.80 | Reading, research various materials re investigation into liens, actions of West LB. |
| 01/08/10 | LAJ | 0.30 | Telephone conference with K. Cannon re issues related to West LB investigation. |
| 01/11/10 | LAJ | 0.70 | Telephone conference with M. Blumenthal, B. Shoaf re investigation into West LB liens and claims. |

**Total Hours**       **5.00**

## Fee Summary

| Attorney | Rate | Hours | Amount |
|----------|------|-------|--------|
| Jenkins, Lon A | $ 310.00 | 3.40 | $ 1,054.00 |
| Worthen, Brock | 195.00 | 1.60 | 312.00 |
| **Total Hours and Fees:** | | **5.00** | **$ 1,366.00** |

## JONES, WALDO, HOLBROOK & McDONOUGH
### A Professional Corporation

ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe                    February 25, 2010
,                                                           Invoice: 1485523

22414.0010
Lien/Security Interest Investigation

### STATEMENT OF ACCOUNT

**Prior Activity**

| | |
|---|---|
| Previous Balance Due as of January 26, 2010 | $ 2,399.00 |
| **Total Past Due Balance** (If payment has been sent, disregard this balance) | **$ 2,399.00** |

**Current Activity**

| | |
|---|---|
| Current Fees | 1,366.00 |
| Current Expenses | 0.00 |
| **Total Current Balance Due for Invoice 1485523** | **$ 1,366.00** |

| | |
|---|---|
| **Total Due** (For Past Due Activity and Current Activity) | **$ 3,765.00** |

# REMITTANCE COPY -- PLEASE RETURN WITH PAYMENT

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

# JONES, WALDO, HOLBROOK & McDONOUGH
A Professional Corporation

### ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe

,

February 25, 2010
Invoice:  1485519

22414.0011
Bay North Litigation

### STATEMENT OF ACCOUNT

**Prior Activity**

| | |
|---|---:|
| Previous Balance Due as of January 26, 2010 | $ 2,293.00 |
| **Total Past Due Balance** (If payment has been sent, disregard this balance) | **$ 2,293.00** |

**Current Activity**

| | |
|---|---:|
| Current Fees | 248.00 |
| Current Expenses | 0.00 |
| **Total Current Balance Due for Invoice 1485519** | **$ 248.00** |

| | |
|---|---:|
| **Total Due** (For Past Due Activity and Current Activity) | **$ 2,541.00** |

22414.0011                                                    February 25, 2010
Bay North Litigation                                          Invoice No.:1485519

Fee for legal services rendered in caption from date of last bill to and including January 31, 2010.

| | | | Fee Detail |
|---|---|---|---|

| Date | Atty | Hours | Description |
|---|---|---|---|
| 01/05/10 | LAJ | 0.80 | Read Debtor's vs. Bay North complaint received from Ken Cannon. |
| **Total Hours** | | **0.80** | |

| | | | Fee Summary |
|---|---|---|---|

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Jenkins, Lon A | $ 310.00 | 0.80 | $ 248.00 |
| **Total Hours and Fees:** | | **0.80** | **$ 248.00** |

## JONES, WALDO, HOLBROOK & McDONOUGH
A Professional Corporation

ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe

,

February 25, 2010
Invoice:  1485519

22414.0011
Bay North Litigation

### STATEMENT OF ACCOUNT

| | |
|---|---:|
| **Prior Activity** | |
| Previous Balance Due as of January 26, 2010 | $ 2,293.00 |
| **Total Past Due Balance** (If payment has been sent, disregard this balance) | **$ 2,293.00** |
| | |
| **Current Activity** | |
| Current Fees | 248.00 |
| Current Expenses | 0.00 |
| **Total Current Balance Due for Invoice 1485519** | **$ 248.00** |
| | |
| **Total Due** (For Past Due Activity and Current Activity) | **$ 2,541.00** |

# REMITTANCE COPY -- PLEASE RETURN WITH PAYMENT

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

## JONES, WALDO, HOLBROOK & McDONOUGH
A Professional Corporation

### ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe                              February 25, 2010
,                                                                     Invoice: 1485520

22414.0012
WestLB Litigation

### STATEMENT OF ACCOUNT

**Prior Activity**

**Current Activity**

| | |
|---|---:|
| Current Fees | 9,845.00 |
| Current Expenses | 330.82 |
| **Total Current Balance Due for Invoice 1485520** | **$ 10,175.82** |
| | |
| **Total Due** (For Past Due Activity and Current Activity) | **$ 10,175.82** |

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

22414.0012                                                                              February 25, 2010
WestLB Litigation                                                                       Invoice No.:1485520

Fee for legal services rendered in caption from date of last bill to and including January 31, 2010.

**Fee Detail**

| Date | Atty | Hours | Description |
|---|---|---|---|
| 01/03/10 | JYS | 0.20 | Confer with Mr. Jenkins concerning WestLB action. |
| 01/04/10 | LAJ | 0.50 | Emails and conferences with Jeff Shields and analyze cash collateral order all re possible action against West LB. |
| 01/05/10 | TJA | 0.80 | Multiple conferences with Lon Jenkins and Jeff Shields re potential action against WestLB, and review documents related to same. |
| 01/06/10 | LAJ | 0.60 | Begin preliminary work on complaint. |
| 01/06/10 | LAJ | 0.30 | Emails, conference with Brock Worthen re research ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| 01/06/10 | LAJ | 0.20 | Email to Brock Worthen re research assignments. |
| 01/07/10 | JYS | 0.30 | Confer with Mr. Jenkins on WestLB Complaint. |
| 01/07/10 | LAJ | 0.40 | Draft email to Committee re ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| 01/07/10 | LAJ | 0.10 | Conference with Jeff Shields re Committee directive to file complaint. |
| 01/08/10 | BQW | 1.30 | Research re elements of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| 01/08/10 | BQW | 0.60 | Draft letter to Ken Cannon and Michael Blumenthal re demand to bring cause of action. |
| 01/08/10 | LAJ | 0.50 | Draft 548, 510 Complaint. |
| 01/08/10 | LAJ | 0.30 | Conference with Brock Worthen re ▮▮▮▮▮▮▮▮▮ |
| 01/08/10 | LAJ | 0.50 | Prepare 548, 510 Complaint. |
| 01/08/10 | LAJ | 0.20 | Conference with Brock Worthen re drafting demand to Debtors. |
| 01/08/10 | LAJ | 0.40 | Prepare 548, 510 Complaint. |
| 01/08/10 | LAJ | 0.40 | Revise, finalize Brock Worthen draft of demand to Debtors. |
| 01/08/10 | TJA | 0.30 | Strategize with Lon Jenkins re ▮▮▮▮▮▮▮▮▮▮ |
| 01/09/10 | LAJ | 3.20 | Reading, research, drafting of Complaint against West LB. |
| 01/10/10 | LAJ | 0.30 | Telephone conference with M. Blumenthal re demand on Debtors to bring avoiding actions against West LB. |
| 01/10/10 | LAJ | 2.90 | Prepare, draft Complaint on subordination. |
| 01/10/10 | TJA | 0.70 | Analyze issues for ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| 01/11/10 | BQW | 0.10 | Review email from Michael Blumenthal re debtor's refusal to bring cause of action. |
| 01/11/10 | JYS | 0.70 | Review Mr. Jenkins; draft of WestLB Complaint; provide comments. |
| 01/11/10 | LAJ | 1.80 | Draft Complaint against West LB. |
| 01/11/10 | LAJ | 0.30 | Conferences with Troy Aramburu re Complaint. |
| 01/11/10 | LAJ | 3.40 | Complete initial draft of Complaint. |
| 01/11/10 | LAJ | 0.20 | Email Jeff Shields, Troy Aramburu re issues on Complaint against West LB. |
| 01/11/10 | TJA | 0.80 | Analyze proposed complaint against WestLB, and strategize with Lon Jenkins re same. |
| 01/12/10 | LAJ | 0.50 | Various conferences with Sherry Glendening re final preparations for completion, filing, and service of Complaint. |
| 01/12/10 | LAJ | 0.50 | Edit, revise Complaint for filing today. |
| 01/12/10 | LAJ | 2.50 | Various conferences with Troy Aramburu re ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| 01/12/10 | SDG | 1.90 | Assemble and file Adversary Complaint against WestLB; email to A. Jarvis re same |
| 01/12/10 | TJA | 4.60 | Prepare, revise and file against WestLB. |
| 01/13/10 | LAJ | 0.20 | Conference with Sherry Glendening re service of complaint. |
| 01/13/10 | LAJ | 0.20 | Emails to Committee Members, Blumenthal re complaint filed yesterday. |

22414.0012                                                                                          February 25, 2010
WestLB Litigation                                                                          Invoice No.:1485520

## Fee Detail

| Date | Atty | Hours | Description |
|------|------|-------|-------------|
| 01/13/10 | SDG | 0.50 | Pull Summons issued by court; review rules re service on financial institution; conference with L. Jenkins and T. Aramburu re same |
| 01/15/10 | LAJ | 0.20 | Conference with Sherry Glendening re service of complaint. |
| 01/19/10 | LAJ | 0.40 | Conference with Sherry Glendening re service of complaint on West LB and review, edit Certificate of Service. |
| 01/19/10 | SDG | 0.70 | Meeting with L. Jenkins re Certificate of Service on Adversary Complaint, revise Certificate and file and serve same |
| 01/20/10 | LAJ | 0.20 | Telephone conference with R. Havel re issue relating to requested stay of litigation. |
| 01/25/10 | LAJ | 0.10 | Conference with Jeff Shields re West LB request for litigation stay. |
| 01/26/10 | LAJ | 0.30 | Post-meeting conference with Jeff Shields re West LB request to stay litigation. |
| 01/27/10 | LAJ | 0.20 | Email to West LB counsel re litigation stay proposal. |
| 01/28/10 | LAJ | 0.20 | Draft email to R. Havel re Committee post-hearing stay of litigation. |
| 01/28/10 | LAJ | 0.20 | Conference with Jeff Shields re lawsuit against West LB. |

**Total Hours**        **35.70**

## Fee Summary

| Attorney | Rate | Hours | Amount |
|----------|------|-------|--------|
| Shields, Jeffery | $ 360.00 | 1.20 | $ 432.00 |
| Jenkins, Lon A | 310.00 | 22.20 | 6,882.00 |
| Aramburu, Troy J | 250.00 | 7.20 | 1,800.00 |
| Worthen, Brock | 195.00 | 2.00 | 390.00 |
| Glendening, Sherry D | 110.00 | 3.10 | 341.00 |
| **Total Hours and Fees:** | | **35.70** | **$ 9,845.00** |

## Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 01/08/10 | Online Legal Research | $ 40.00 |
| 01/31/10 | Online Legal Research | 52.20 |
| | Long Distance Telephone Charges | 4.62 |
| | In house photo copies - 1,170 pages @ 0.20 | 234.00 |
| **Disbursements Total** | | **$ 330.82** |

# JONES, WALDO, HOLBROOK & McDONOUGH

A Professional Corporation

## ATTORNEYS AND COUNSELORS

Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe

,

February 25, 2010
Invoice: 1485520

22414.0012
WestLB Litigation

## STATEMENT OF ACCOUNT

**Prior Activity**

**Current Activity**

| | |
|---|---:|
| Current Fees | 9,845.00 |
| Current Expenses | 330.82 |
| **Total Current Balance Due for Invoice 1485520** | **$ 10,175.82** |

| | |
|---|---:|
| **Total Due** (For Past Due Activity and Current Activity) | **$ 10,175.82** |

# REMITTANCE COPY -- PLEASE RETURN WITH PAYMENT