Kenneth L. Cannon II (kcannon@djplaw.com) (3705)
Steven J. McCardell (smccardell@djplaw.com) (2144)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT  84110-4050
Telephone:  (801) 415-3000/Fax:  (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com) (admitted pro hac vice)
Steven B. Eichel (seichel@crowell.com) (admitted pro hac vice)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY  10022
Telephone:  (212) 223-4000/Fax:  (212) 223-4134
Counsel for Debtors and Debtors in Possession

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | |
| EASY STREET HOLDING, LLC, *et. al*.  ) | Bankruptcy Case No. 09-29905 |
| ) | Jointly Administered with Cases |
| Debtors ) | 09-29907 and 09-29908 |
| ) | |
| Address:   201 Heber Avenue ) | Chapter 11 |
|            Park City, UT 84060 ) | |
| ) | Honorable R. Kimball Mosier |
| Tax ID Numbers: ) | |
| 35-2183713 (Easy Street Holding, LLC), ) | |
| 20-4502979 (Easy Street Partners, LLC), and ) | **[FILED ELECTRONICALLY]** |
| 84-1685764 (Easy Street Mezzanine, LLC) ) | |
| ) | |

**NOTICE OF HEARING ON MOTION OF EASY STREET PARTNERS, LLC
FOR ENTRY OF AN ORDER DETERMINING THE VALUE OF THE
SKY LODGE PURSUANT TO § 506 OF THE BANKRUPTCY CODE
AND BANKRUPTCY RULE 3012**

**PLEASE TAKE NOTICE** that Easy Street Partners, LLC ("Partners"), debtor and

debtor in possession, has filed a motion (the "Motion") pursuant to § 506 of the Bankruptcy

Code and Bankruptcy Rule 3012 for an order fixing the value of the Sky Lodge.  The Motion

SLC_516742.1

Requests that the Court determine that the value of The Sky Lodge $22,000,000.  A copy of the Motion is served contemporaneously with this Notice

**PLEASE TAKE FURTHER NOTICE** that your rights may be affected.  You should read this Notice and the Motion carefully and discuss them with your attorney, if you have one in this bankruptcy case.

**PLEASE TAKE FURTHER NOTICE** that, if you do not want the Bankruptcy Court to approve the Motion and grant the relief contemplated thereby, or if you want the Bankruptcy Court to consider your views on the Motion, then you or your attorney must file with the Bankruptcy Court and serve on the undersigned counsel for the Debtor a written objection to the Motion in conformity with Rule 9013 of the Bankruptcy Court's local rules of practice so that it is received no later than **Friday, March 19, 2010, at 4:30 p.m., MT**.  Your objection must be filed at:

> Clerk
> United States Bankruptcy Court
> 350 South Main Street, # 301
> Salt Lake City, Utah  84101

**PLEASE TAKE FURTHER NOTICE** that, if you mail your objection to the Bankruptcy Court for filing, you must mail it early enough so the Court will receive it on or before the time and date stated above.  You must also serve your objection on the undersigned counsel for Partners and on other parties in interest.

**PLEASE TAKE FURTHER NOTICE** that the Motion will come on for hearing before the Honorable R. Kimball Mosier, United States Bankruptcy Judge, on **Tuesday, March 30, 2010, at 1:30 p.m., MT**, in his courtroom, Room 369 of the Frank E. Moss United States Courthouse, 350 South Main Street, Salt Lake City, Utah 84101, in connection with the hearing

on confirmation of Partners' Amended Plan of Reorganization. You or your attorney must attend the hearing on the Motion if you want your objection to be considered by the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rule 9013-1(c) of the Bankruptcy Court's local rules of practice, absent timely filing and service of objections to the Motion, the Debtors may ask that the Court to grant the Motion without further notice or hearing. Additionally, upon the resolution of any timely filed and served objections to the Motion, the hearing may be stricken and the relief sought therein may be granted by the Bankruptcy Court without further notice or hearing.

DATED: March 1, 2010

                DURHAM JONES & PINEGAR, P.C.

By:   /s/ Kenneth L. Cannon II
       Kenneth L. Cannon II (kcannon@djplaw.com)(3705)
       Steven J. McCardell (smccardell@djplaw.com)(2144)

       and

       Michael V. Blumenthal (mblumenthal@crowell.com)
        (admitted pro hac vice)
       CROWELL & MORING LLP

       Counsel for Debtors and Debtors in Possession

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Notice of Hearing on the Motion of Easy Street Partners, LLC for Entry of an Order Determining the Value of the Sky Lodge Pursuant to § 506 of the Bankruptcy Code and Bankruptcy Rule 3012 was served this 1st of March, 2010 via ECF notification, electronic mail and/or first-class mail, postage prepaid on the parties listed on the attached pages.

    /s/ Kristin Hughes

**ECF Notification**

- Troy J. Aramburu    taramburu@joneswaldo.com, sglendening@joneswaldo.com; rbush@joneswaldo.com

- Scott A. Cummings    cummings.scott@dorsey.com

- Mary Margaret Hunt    hunt.peggy@dorsey.com, wardle.gay@dorsey.com

- Annette W. Jarvis    jarvis.annette@dorsey.com, smith.ron@dorsey.com; slc.lit@dorsey.com;brown.patricia@dorsey.com

- Lon A. Jenkins    lajenkins@joneswaldo.com, krichardson@joneswaldo.com; ecf@joneswaldo.com;sglendening@joneswaldo.com

- Michael R. Johnson    mjohnson@rqn.com, agale@rqn.com

- Anthony C. Kaye    kaye@ballardspahr.com

- Benjamin J. Kotter    kotter.benjamin@dorsey.com

- Adelaide Maudsley    maudsley@chapman.com, jemery@chapman.com

- John T. Morgan tr    john.t.morgan@usdoj.gov, james.gee@usdoj.gov

- David W. Overholt    doverholt@rsolaw.com, abachman@rsolaw.com

- Douglas J. Payne    dpayne@fabianlaw.com, jshowalter@fabianlaw.com

- Knute Rife    karife@rifelegal.com

- Jeffrey L. Shields    jlshields@cnmlaw.com, njpotter@cnmlaw.com

- Jeffrey Weston Shields    jshields@joneswaldo.com, sglendening@joneswaldo.com

- Bradley L. Tilt    btilt@fabianlaw.com, rmellor@fabianlaw.com

- United States Trustee    USTPRegion19.SK.ECF@usdoj.gov

- Kim R. Wilson    bankruptcy_krw@scmlaw.com

SLC_516742

**Electronic Mail**

Securities & Exchange Commission
Attn: Bankruptcy Dept.
44 Montgomery St # 1100
San Francisco, CA 94104-4613
sanfrancisco@sec.gov

Utah Department of Workforce Services
P O Box 45249
Salt Lake City, UT 84145-0249
dwscontactus@utah.gov

West LB AG, New York Branch
Attn: Christian Ruehmer
1211 Avenue of the Americas, 24th Flr
New York, NY 10036
christian_ruehmer@westlb.com

West LB AG, New York Branch
Attn: Duncan Robertson
1211 Sixth Avenue, 25th Floor
New York, NY 10036-8705
duncan_robertson@westlb.com

West LB AG, New York Branch
Attn: Jeff Nelson
1211 Sixth Avenue, 25th Floor
New York, NY 10036-8705
jeff_nelson@westlb.com

West LB AG, New York Branch
Attn: James Winikor
1211 Sixth Avenue, 25th Floor
New York, NY 10036-8705
james_winikor@westlb.com

William D. Ellis, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013
wellis@sidley.com

Richard W. Havel, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013
rhavel@sidley.com

Drew A. Norman, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013
danorman@sidley.com

Christina M. Craige, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013
ccraige@sidley.com

BayNorth Capital, LLC
Attn: Charles J. Flint
One Financial Center, Floor 23
Boston, MA 02111-2621
cflint@baynorthcapital.com

Christopher B. Barker, Esq.
Goodwin Procter LLP
53 State Street
Boston, MA 02109
cbarker@goodwinprocter.com

Anthony S. Fiotto
Goodwin Procter LLP
53 State Street
Boston, MA 02109
afiotto@goodwinprocter.com

Eric D. Lemont
Goodwin Procter LLP
53 State Street
Boston, MA 02109
elemont@goodwinprocter.com

Timothy G. Little, Esq.
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY 10022-2585
tim.little@kattenlaw.com

Sheri P. Chromow, Esq.
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY 10022-2585
sheri.chromow@kattenlaw.com

David Wickline
17575 Fitzpatrick Land
Occidental, CA 95465
wicklinedavid@cs.com

Shaner Design, Inc.
614 Main Street, Suite 404
PO Box 4560
Park City, UT 84060
trs@shanerdesign.com

Elliott Workgroup
Attn: Craig Elliott
P O Box 3419
Park City, UT 84060-3419
celliott@elliottworkgroup.com

Michael V. Blumenthal
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
mblumenthal@crowell.com

Steven B. Eichel
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
seichel@crowell.com

Bruce J. Zabarauskas
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
bzabarauskas@crowell.com

Brian W. Harvey
Goodwin Procter LLP
The New York Time Building
620 Eighth Avenue
New York, NY 10018-1405
bharvey@goodwinprocter.com

Joseph E. Wrona
Wrona Law Offices, P.C.
1745 Sidewinder Drive
Park City, UT 84060
wrona@wasatchlaw.com

SLC_516742.1

| | | |
|---|---|---|
| A.W. Marshall Company<br>P O Box 16127<br>Salt Lake City, UT  84116-0127 | ACME Thread Ware<br>6436 N Business Park Loop Rd.<br>Park City, UT  84098-6233 | ADT Security Services Inc<br>P O Box 371956<br>Pittsburgh, PA  15250-7956 |
| ALC Snow Removal<br>PO Box 680442<br>Park City, UT  84068-0442 | AT&T Mobility<br>P O Box 6463<br>Carol Stream, IL  60197-6463 | ATIV Corporation<br>722 Nardo Rd<br>Encinitas, CA  92024 |
| AXIS Group<br>84 Route 347<br>Port Jefferson Station, NY  11767 | Aetna<br>PO Box 894938<br>Los Angeles, CA  90189-4938 | W Brian Ahern<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 |
| Air Filter Sales & Service Inc<br>255 West 2950 South<br>Salt Lake City, UT  84115-3443 | Albert Ulster Imports, Inc.<br>PO Box 770<br>Gaithersburg, MD 20884-0770 | Albert and Roxann Albiana<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 |
| Alchemy Ventures Trust<br>17575 Fitzpatrick Lane<br>Occidental, CA  95465-9355 | Alchemy Ventures Trust<br>c/o Kim R. Wilson<br>Snow Christensen & Martineau<br>P O Box 45000<br>Salt Lake City, UT  84145-5000 | Gilbert & Jeanette Alder<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 |
| All-Pro Cleaning Systems, Inc.<br>166 West Cottage Avenue<br>Sandy, UT 84070-1433 | Allen Distribution Services<br>3247 South 3690 West<br>West Valley City, UT 84120-2150 | Alliance Abroad Group LP<br>1221 South Mopac Expressway<br>Suite 100<br>Austin, TX  78746-7615 |
| Allied Waste Services<br>PO Box 78829<br>Phoenix, AZ 85062-8829 | Stephen Allis<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 | Alpine Adventures<br>3020 North Federal Highway # 10<br>Fort Lauderdale, FL  33306-1451 |
| Alsco<br>P O Box 25717<br>Salt Lake City, UT 84125-0717 | Brian D. Althaver<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 | American Express<br>PO Box 53852<br>Phoenix, AZ 85072-3852 |
| American Express Travel<br>2421 West Peoria Avenue<br>Phoenix, AZ  85029-4939 | American Express Travel Relate<br>2840 South 123rd Court<br>Omaha, NE  68144 | American Ski & Board Association<br>686 NW York<br>Bend, OR  97701 |
| Jonathan & Joanne Ames<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 | American Hotel Register CO<br>16458 Collections Center Drive<br>Chicago, IL  60693-0001 | American Liberty Insurance<br>3601 N University Ave Suite 100<br>Provo, UT  84604-6600 |

Allan & Amy Anderson
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Appliance Sales & Service
P O Box 670
55 E Center St., Suite 140
Heber City, UT  84032-1946

Troy J. Aramburu
Jones Waldo Holbrook & McDonough
170 South Main Street, Suite 1500
Salt Lake City, UT  84101-1644

Arctic Spas/ Spagoods.com
4575 N. Silver Springs Dr
Park City, UT 84098-7536

BDRC 4 Site, LLC
Attn:  Brian W. Dorsey
305 NE Loop 820, St. 109
Hurst, TX  76053-7211

BJ Plumbing Supply
1470 South State
Orem, UT 84097-7704

BTC Rob Stevenson
957 East 1300 South
Salt Lake City, UT 84105-1856

Diane H. Banks
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Baker Tile Co
1434 West 8040 South
West Jordan, UT 84088-9459

Bank Living Trust
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Christopher B. Barker, Esq.
Goodwin Proctor LLP
53 State Street
Boston, MA  02109-2881

James and Marianne Barickman
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

BayNorth Realty Fund
BayNorth Capital, LLC
Attn:  Charles J. Flint
One Financial Center, Floor 23
Boston, MA  02111-2621

Bellows Glass
76 West 200 South
Heber City, UT 84032-2005

Bevco2
651 West 600 South
Salt Lake City, UT  84104-1015

Big Four Distributing, Inc
304 East 900 South
Provo, UT  84606-7316

Michael V. Blumenthal
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY  10022-2544

Peter Blythe
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Scott Boberek
P O Box 680514
Park City, UT  84068

Thomas S. Bradley
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Lisa A. Bugaski, Trustee
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Business Technology Consulting
Rob Stevenson
957 East 1300 South
Salt Lake City, UT  84105

Josh Butsch
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

C & G Velasquez Family Trust
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

CBIZ Accounting
175 S West Temple, Suite 650
Salt Lake City, UT  84111

CRC Design
298 South Center
Midway, UT  84049

Cameron & Associates
P O Box 5
Orem, UT  84059

Amy Casey
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Castillo Trust
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Michael & Nilda Chang
16 Morning Sky Lane
Las Vegas, NV 89135-7860

| | | |
|---|---|---|
| Chang Family Trust<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 | Child Support Services<br>ORS PO Box 45011<br>Salt Lake City, UT 84145-0011 | Cintas Corporation<br>97627 Eagle Way<br>Chicago, IL 60678-7627 |
| CloudNine Resorts – Sky Lodge Dev<br>c/o Kim R. Wilson<br>Snow Christensen & Martineau<br>P O Box 45000<br>Salt Lake City, UT  84145-5000 | CloudNine Resorts – Sky Lodge Mgmt<br>c/o Kim R. Wilson<br>Snow Christensen & Martineau<br>P O Box 45000<br>Salt Lake City, UT  84145-5000 | CloudNine Resorts SL Development<br>Attn:  Bill Shoaf<br>P O Box 683300<br>Park City, UT 84068-3300 |
| CloudNine Resorts SL Management<br>Attn:  Bill Shoaf<br>P O Box 683300<br>Park City, UT 84068-3300 | Nelson Coats<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 | Colorado Casualty Insurance Co<br>PO Box 85627<br>San Diego, CA 92186-5627 |
| Comcast<br>P O Box 34744<br>Seattle, WA  98124-1744 | CoolWorks.com<br>PO Box 272<br>Gardiner, MT 59030-0272 | Committee of Unsecured Creditors<br>Jones Waldo Holbrook & McDonough<br>170 South Main Street, Suite 1500<br>Salt Lake City, UT  84101-1644 |
| Jonathan B. and Marie Connor<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 | Corrado Properties<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 | Christine M. Craige, Esq.<br>Sidley Austin LLP<br>555 West Fifth Street<br>Los Angeles, CA  90013-1010 |
| Scott A. Cummings<br>Dorsey & Whitney LLP<br>136 South Main Street, Suite 1000<br>Salt Lake City, UT  84101-1685 | Curb It Recycling<br>P O Box 681397<br>Park City, UT  84068-1397 | Cushman & Wakefield<br>50 Broad Street<br>New York, NY 10004-2307 |
| Robert J. Dale<br>Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 | Phillip A & Ruth M Davidson<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 | Kenneth A & Marcie B. Davis<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 |
| Michael Scott Davis<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 | Dex West<br>P O Box 79167<br>Phoenix, AZ  85062-9167 | Diamond Rental<br>4518 South 500 West<br>Salt Lake City, UT 84123-3694 |
| K Dickey, S Dickey & P Bradley<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 | Robert A. & Bianka M. Diorio<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 | James I and Suzanne Duffield<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 |
| Drew A. Norman, Esq.<br>Sidley Austin LLP<br>555 West Fifth Street<br>Los Angeles, CA  90013-1010 | EM Systems<br>P O Box 540783<br>North Salt Lake, UT  84054-0783 | Easy Street Holding, LLC<br>4780 Winchester Court<br>Park City, UT  84098-7528 |

Easy Street Mezzanine, LLC
4780 Winchester Court
Park City, UT  84098-7528

Easy Street Partners, LLC
4780 Winchester Court
Park City, UT  84098-7528

Ecolab
P O Box 100512
Pasadena, CA  91189-0512

Ecolab Pest Elim. Div
P O Box 6007
Grand Forks, ND  58206-6007

Steven B. Eichel
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY  10022-2544

Elliott Workgroup LLC
Attn:  Craig Elliott
P O Box 3419
Park City, UT  84060-3419

William D. Ellis, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA  90013

Stephen Elrick
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

William S. Escudier
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

W Escudier, M. Escudier, T Escudier, W Escudier
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Fabian & Clendenin
c/o Robert Dale & Bradley Tilt
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Fast Patch
2257 Greens Lane
Spanish Fork, UT 84660-9599

Michael A. Feder
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

FedEx
PO Box 7221
Pasadena, CA 91109-7321

Diana Ferguson
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Janis J Ferraris & Deborah J Depaoli
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Stephen N. Finberg
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Dena A. Fleming & Steve Chin
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Joshua Fick
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Anthony S. Fiotto
Goodwin Proctor LLP
53 State Street
Boston, MA  02109-2881

Five 9's Communication
P O Box 348
Roy, UT  84067-0348

Ruben Flores
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Fog River Fisheries
9554 Wells Circle, Suite A
West Jordan, UT  84081

Ronald A. Fragen
64893 Saragossa
Palm Springs, CA  92264

Frank Rimerman & Co. LLP
60 South Market Street
San Jose, CA  95113-2351

Fuelman
PO Box 105080
Atlanta, GA 30348-5080

G.M. Collin Skin Care Inc.
613 State Route 3, Suite 100
Plattsburgh, NY  12901

Curtis & Patricia Gardner
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Gateway Center, LLC
c/o Commerce
32 West 200 South, Suite 501
Salt Lake City, UT  84101

Gateway Center, LLC
c/o Vectra Management Group
424 West 33rd Street, Suite 540
New York, NY  10001-2641

Gemstone Hotels & Resorts, LLC
Attn:  Jeff McIntyre, Principal
1912 Sidewinder Drive, # 104
Park City, UT  84060

General Chemical
PO Box 533195
Charlotte, NC 28290-3195

Gentry Finance
386 South State Street
Orem, UT  84058-5424

Get Fresh
1548 18th Street
Santa Monica, CA  90404

Andrew & Karen Gilligan
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Goodrich & Thomas, CPAs
3200 Park Center Drive Suite 1170
Costa Mesa, CA  92626-7153

Corbin B. Gordon
Corbin B. Gordon, P.C.
345 West 600 South
Heber City, UT 84032-2247

Grazo Electric
PO Box 1196
Midway, UT 84049-1196

Mark T. Greenquist
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Marcia L. Griffiths
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Merrick L & Rosa S. Gross
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Craig & Ann Guernsey
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Gunthers Comfort Air
81 South 700 East
American Fork, UT 84003-2158

Gunthers Comfort Air
c/o Jeffrey L. Shields
Callister Nebeker & McCullough
10 East South Temple, Suite 900
Salt Lake City, UT  84133-1101

HD Supply Facilities Maintenance
P O Box 509058
San Diego, CA  92150-9058

HY-KO Supply Co.
1980 West Industrial Cir
P O Box 26116
Salt Lake City, UT  84126

Suzanne Harris
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Brian W. Harvey
Goodwin Proctor LLP
The New York Times Building
620 Eighth Avenue
New York, NY  10018-1618

Richard W. Havel, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA  90013-1010

George F.J. and Ruth Hill
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Dane C. Hillyard
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

William A & Constance F Hindle
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

John M. Hojel & Veronica Hojel
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Brooks Hoven and Brenda Schmid
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Home Depot Credit Services
P O Box 6031
The Lakes, NV  88901-6031

Hood Cleaners of Utah
P O Box 342
Riverton, UT 84065-0342

Hop To It Living Trust
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Hotel Amenities Resources LLC
2000 Van Ness Avenue Suite 801
San Francisco, CA  94109-3023

Mary Margaret Hunt
Dorsey & Whitney LLP
136 South Main Street, Suite 1000
Salt Lake City, UT  84101-1685

Innovative Body Science
6350 Yarrow Drive Suite D
Carlsbad, CA 92011-1544

| | | |
|---|---|---|
| Intermountain Drug Testing<br>PO Box 9800<br>Salt Lake City, UT  84109-9800 | Internal Revenue Service<br>Centralized Insolvency Operations<br>P O Box 21126<br>Philadelphia, PA  19114-0326 | Ion Cibuc<br>7 Kafern Drive Apt 1-D<br>Baltimore, MD 21207-4383 |
| Jacobsen Construction<br>PO Box 27608<br>Salt Lake City, UT 84127-0608 | Jacobsen National Group, Inc.<br>c/o Michael R. Johnson, Esq.<br>Ray Quinney & Nebeker<br>36 South State Street, Suite 1400<br>Salt Lake City, UT  84111-1451 | Annette W. Jarvis, Esq.<br>Dorsey & Whitney LLP<br>136 South Main Street, Suite 1000<br>Salt Lake City, UT  84101-1685 |
| Lon A. Jenkins<br>Jones Waldo Holbrook & McDonough<br>170 South Main Street, Suite 1500<br>Salt Lake City, UT  84101-1644 | Catherine Johnson<br>3182 Creek Road<br>Park City, UT  84098 | Michael R. Johnson, Esq.<br>Ray Quinney & Nebeker<br>36 South State Street, Suite 1400<br>P O Box 45385<br>Salt Lake City, UT  84145-0385 |
| **Kaba Ilco, Inc**<br>**PO Box 12553 Succ Centre Ville**<br>**Montreal, QC H3C-6R1**<br>**CANADA** | KBIi Properties, LP<br>PO Box 680464<br>Park City, UT 84068-0464 | Darren T & Alona Kavinoky<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 |
| Anthony C. Kaye<br>Ballard Spahr Andrews & Ingersoll, LLP<br>201 South Main Street, Suite 600<br>Salt Lake City, UT  84111-2212 | John P. and Melissa B. Kelly<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 | Klehr, Branzburg & Ellers LLP<br>Attn:  William A. Harvey<br>260 South Broad St.<br>Philadelphia, PA 19102-5021 |
| Benjamin J. Kotter<br>Dorsey & Whitney LLP<br>136 South Main Street, Suite 1000<br>Salt Lake City, UT  84101-1685 | Mark C. Kramer Trust<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 | Rishi & Ashima Kumar<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 |
| Steve LaFredo<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 | Brian & Teri Laidlaw<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 | La Monica's Restaurant Equipment<br>6211 South 380 West<br>Murray, UT 84107-3309 |
| Janet & William Lamkin<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 | Robert Lamkin & Ray Bidenhost<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 | William & Janet Lamkin<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 |
| Eric D. Lemont<br>Goodwin Proctor LLP<br>53 State Street<br>Boston, MA  02109-2881 | Les Olson Company<br>P O Box 65598<br>Salt Lake City, UT  84165-0598 | Levine Holdings, LLC<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 |
| Linda Marie Eide Residuary Family Trust<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 | Liquor Leasing & Service, L.C.<br>9283 South Jean Drive<br>Sandy, UT  84070-6254 | Mark Litchfield & Kristin Rotter<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 |

Living Creations Inc
2163 E Lambourne Ave
Salt Lake City, UT  84109-2454

Lovejoy Sky Lodge
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Larry L. Lozensky
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

James A. Lundin
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Luxury Residence Group
Attn:  Carrie Shoaf
693 Main Street
P O Box 1225
Park City, UT  84060

M & M Distributing
531 West 600 North
Salt Lake City, UT 84116-3430

Market Metrix
990 A Street Suite 301
San Rafael, CA 94901-3000

Mascioni Hospitality, Inc.
915 Broadway, Suite 1909
New York, NY  10010

Adelaide Maudsley
Chapman & Cutler LLP
201 South Main Street, Suite 2000
Salt Lake City, UT  84111-2298

Kevin McCarthy
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Tracy McCarthy
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Clint McClellan
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

McGladrey and Pullin
Attn:  Jan Riend
One South Wacker Drive, Suite 800
Chicago, IL  60606-4650

John E. McIlwaine
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Claudia McMullin & Timothy Douglas
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Joshua A. Mettle
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Media One of Utah
4770 South 5600 West
West Valley City, UT  84170-4005

Merrit & Harris
301 E Glenoaks Blvd. Suite 4
Glendale CA 91207-2115

Thomas & Julie B. Millar
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Millcreek Consulting
Attn:  Steve Brown
3017 E Kempner Rd.
Salt Lake City UT  84109-3654

Daniel S. Miller DDS
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Robert A. Miller
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Money 4 You & Mr. Money
498 North 900 West # 230
Kaysville, UT 84037-4213

Frederic Monnot
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Stephen Monticone
592 North 200 West
Heber City, UT  84032

John T. Morgan Tr
US Trustees Office
405 South Main Street, Suite 300
Salt Lake City, UT  84111-3402

Mountain Valley Temperature Control
PO Box 429
Pleasant Grove, UT 84062-0429

Muir Copper Canyon Farms
PO Box 26775
Salt Lake City, UT 84126-0775

Muzak LLC
PO Box 71070
Charlotte, NC 28272-1070

Nicholas & Company, Inc.
P O Box 45005
Salt Lake City, UT  84145-0005

| | | |
|---|---|---|
| Night Vision Landscape Light<br>2859 West 7550 South<br>West Jordan, UT  84084-3712 | Open Table Inc<br>PO Box 49322<br>San Jose, CA  95161-9322 | Pacific Seafood - Utah<br>P O Box 97<br>Clackmas, OR  97015-0097 |
| Park Avenue Travel<br>11 Park Avenue<br>Swarthmore, PA  19081 | Park City I, LLC<br>c/o George B. Hofmann<br>Parsons Kinghorn Harris<br>111 East Broadway, Suite 1100<br>Salt Lake City, UT  84111 | Park City Surveying<br>P O Box 682993<br>Park City, UT  84068-2993 |
| Daniel H. & Vanessa I. Payne<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 | Douglas J. Payne<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 | Philo Smith<br>684 Glenneyre Street<br>Laguna Beach, CA  92651-2420 |
| Philo Smith Jr. Trust<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 | Par Springer-Miller System, Inc<br>782 Mountain Road<br>PO Box 1547<br>Stowe, VT 05672-1547 | Park City Auto Parts/Hardware<br>P O Box 244<br>Heber City, UT  84032-0244 |
| Park City Chamber Bureau<br>P O Box 1630<br>Park City, UT  84060 | Park City Lock & Key<br>3946 North Last Run Drive<br>Park City, UT  84098 | Park City Municipal Corp.<br>PO Box 1480<br>Park City, UT 84060-1480 |
| Park City Water<br>PO Box 1480<br>Park City, UT 84060-1480 | Park City WinElectric<br>PO Box 681729<br>Park City, UT  84068-1729 | Patricia Wagner<br>P O Box 680322<br>Park City, UT  84068-0322 |
| PayChex Human Resources Services<br>P O Box 29769<br>New York, NY  10087-9769 | Peak Mobile Communications<br>4910 South Warehouse Road<br>Salt Lake City, UT  84118-6354 | Peets Coffee & Tea<br>P O Box 12509<br>Berkeley, CA  94712-3509 |
| Pitney Bowes<br>P O Box 856390<br>Louisville, KY  40285-6390 | Plaza Dry Cleaners<br>PO Box 770-361<br>Park City UT 84060 | Donald E. Porteous<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 |
| Porter Paint<br>1268 South 500 West<br>Salt Lake City, UT  84101-3019 | Proforma<br>PO Box 51925<br>Los Angeles, CA 90051-6225 | Protravel International<br>14130 Riverside Drive<br>Sherman Oaks, CA 91423-2313 |
| Protravel International Inc<br>515 Madison Ave 10th Floor<br>New York, NY 10022-5403 | Questar Gas Company<br>PO Box 45360<br>Salt Lake City, UT 84145-0360 | Qwest<br>Attn:  Bankruptcy Department<br>PO Box 29039<br>Phoenix, AZ 85038-9039 |

| | | |
|---|---|---|
| Qwest Corp.<br>Attn: Jane Frey<br>1801 California Street, Room 900<br>Denver, CO 80202-2658 | Qwest Communications Company<br>Attn: Jane Frey<br>1801 California Street, Room 900<br>Denver, CO 80202-2658 | Qwest Long Distance Business Services<br>PO Box 856169<br>Louisville, KY 40285-6169 |
| Elizabeth Rad<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT 84111-2323 | Charles & Vicki P. Raeburn<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT 84111-2323 | Angela Rayner<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT 84111-2323 |
| Steve Reich<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT 84111-2323 | Steve Reich, Scott Coleman & Ashley Coleman<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT 84111-2323 | Renegade Oil Inc<br>1141 South 3200 West<br>Salt Lake City, UT 84104-4562 |
| Revco Leasing<br>P O Box 65598<br>Salt Lake City, UT 84165-0598 | Knute Rife<br>Wrona Law Offices<br>11650 South State Street, Suite 103<br>Draper, UT 84020-7144 | Rimmerman<br>One Embarcadero Center, Suite 2410<br>San Francisco, CA 94111-3737 |
| PacifiCorp<br>Attn: Bankruptcy<br>P O Box 25308<br>Salt Lake City, UT 84125-0308 | Eric & Susan Rothchild<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT 84111-2323 | RussWoods LLC<br>5148 Silver Springs Road<br>Park City, UT 84098-6034 |
| SL Convention & Visitors Bureau<br>90 South West Temple<br>Salt Lake City, UT 84101-1406 | Safeguard<br>P O Box 5<br>Orem, UT 84059 | Schindler Elevator Corporation<br>P O Box 93050<br>Chicago, IL 60630 |
| Scott James Jewelry<br>32 South Main Street<br>Heber City, UT 84032 | Securities & Exchange Commission<br>Attn: Bankruptcy Dept.<br>44 Montgomery St # 1100<br>San Francisco, CA 94104-4613 | Sentry West Insurance Services<br>PO Box 9289<br>Salt Lake City, UT 84109-9289 |
| Shaner Design, Inc.<br>Attn: Tom Shaner<br>614 Main Street, Suite 404<br>PO Box 4560<br>Park City, UT 84060-4560 | Sheri P. Chromow, Esq.<br>Katten Muchin Rosenman LLP<br>575 Madison Avenue<br>New York, NY 10022-2585 | Jeffrey L. Shields<br>Callister Nebeker & McCullough<br>10 East South Temple, Suite 900<br>Salt Lake City, UT 84133-1101 |
| Jeffrey Weston Shields<br>Jones Waldo Holbrook & McDonough<br>170 South Main Street, Suite 1500<br>Salt Lake City, UT 84101-1644 | Shift4 Corporation<br>1491 Center Crossing Rd<br>Las Vegas, NV 89144-7047 | William & Carrie Shoaf<br>4780 Winchester Court<br>Park City, UT 84098-7528 |
| Shoes For Crews, LLC<br>File LockBox 51151<br>Los Angeles, CA 90074-1151 | Matthew & Terry L. Sidford<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT 84111-2323 | Siemens Building Technologies, Inc.<br>9707 Sandy Parkway<br>Sandy, UT 84070-2500 |

| | | |
|---|---|---|
| Charles H. & Andrea E. Silverman<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 | Robert K & Lynn K Simons<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 | Skyboozers LLC<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 |
| **Small Luxury Hotels**<br>**2nd Floor-Grantham House**<br>**North Street Leatherhead**<br>**Surrey KT22 7AZ**<br>**GREAT BRITAIN** | Amer & Yvette Soudani<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 | Squire<br>Attn:  Ray Chipman<br>1329 South 800 East<br>Orem, UT 84097-7700 |
| Standard Plumbing Supply<br>PO Box 708490<br>Sandy, UT 84070 | Staples Credit Plan<br>Dept 51-7861136819<br>PO Box 689020<br>Des Moines, IA  50368-9020 | David L & Louise A. Stark<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 |
| State Office of Recovery Services<br>515 East 100 South<br>P O Box 45033<br>Salt Lake City, UT  84145-0033 | State of Utah<br>Office of the Attorney General<br>Tax & Revenue Division<br>P O Box 40874<br>Salt Lake City, UT  84114-0874 | Step Saver Inc.<br>1901 West 2425 South<br>Wood Cross, UT  84087-2463 |
| Stone Ground Bakery<br>P O Box 581078<br>Salt Lake City, UT  84158-1078 | Sugar House Awning<br>7526 South State Street<br>Midvale, UT  84047 | Summit Business Services<br>Attn:  Chipper Leonard<br>4130 Hilltop Court<br>Park City, UT  84098-4715 |
| Summit County Assessor<br>PO Box 128<br>Coalville, UT 84017-0128 | Summit County Treasurer<br>60 North Main<br>PO Box 128<br>Coalville, UT  84017 | Summit County Public Health Dept<br>Environmental Laboratory<br>PO Box 128<br>Coalville, UT 84017-0128 |
| Sundance Partners, Ltd.<br>c/o Ballard Spahr<br>201 South Main Street, Suite 800<br>Salt Lake City, UT  84111-2212 | Swire Coca-Cola USA<br>P O Box 1410<br>Draper, UT  84020-1410 | Sysco Intermountain Food Service<br>Attn:  Steve Lewis<br>P O Box 27638<br>Salt Lake City, UT  84127-0638 |
| Sysco Intermountain Food Services, Inc.<br>c/o David W. Overholt<br>Richer & Overholt, PC<br>901 West Baxter Drive<br>South Jordan, UT  84095-8687 | TCF Holdings – Fred Mommot<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 | Target Labels & Packaging<br>40 West 3800 North<br>Hyde Park, UT  84318-4114 |
| N. Allen Taylor<br>Taylor Capital Management<br>6641 North Paseo Tamayo<br>Tucson, AZ  85750 | Tenderfoot Holdings LLC<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 | Teresa Martha Wiss Trust<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 |
| The Aspen Times<br>Colorado Mountains News Media<br>P O Box 540<br>Gypsum, CO  81637 | The Barbara A Casale Revocable Trust<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 | The Chef's Garden<br>9009 Huron-Avery Road<br>Huron, OH 44839-2448 |

The Elevator Company
PO Box 736
Bountiful, UT 84011-0736

The Mark and Joann Tattersall Trust
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

The Park Record
P O Box 3688
Park City, UT  84060

The Richard C. Casale Revocable Trust
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

The Shoaf Family Trust Jan 16 2002
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Paul W. Throndsen, MAI
Appraisal Group, Inc.
7396 South Union Park Ave., #301
Midvale, UT  84047

Timothy G. Little, Esq.
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY  10022-2585

USA Today
P O Box 79782
Baltimore, MD  21279-0782

Union Square Home Owners
Association
PO Box 683300
Park City UT 84068-3300

United Fence Co.
PO Box 26933
2525 South 2700 West
Salt Lake City, UT 84119-1227

Universal Companies
18260 Oak Park Drive
Abingdon, VA  24210

Utah Dept-Alcoholic Beverage Control
1625 South 900 West
P O Box 30408
Salt Lake City, UT  84130-0408

Utah Dept of Workforce Services
P O Box 45249
Salt Lake City, UT  84145-0249

Utah Fire Equipment
152 West 1700 South
Salt Lake City, UT  84134

Utah State Tax Commission
Sales Tax
210 North 1950 West
Salt Lake City, UT  84134-0400

Stephen P. & Barbara Vermut
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Virtuoso, Ltd.
c/o R. Jason Pierce
Bourland, Wall & Wenzel, P.C.
301 Commerce Street, Suite 1500
Fort Worth, TX  76102

Virtuoso, Ltd
P O Box 99358
Fort Worth, TX  76199-0358

Graham Wagner & Kati Irwin
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Wasatch Audio-Visual
PO Box 770 PMB282
Park City, UT  84060-0770

Wasatch Meats
926 South Jefferson Street
Salt Lake City, UT  84101-2983

Water Images
P O Box 571393
Murray, UT 84157-1393

Water Reclamation District
2800 Homestead Rd
Park City, UT  84098-4869

Alfred M. Wesser
2353 South Waldby Avenue
Fresno, CA  93725

Wells Fargo Equipment Finance
NW-8178 PO Box 1450
Minneapolis, MN 55485-8178

Wells Fargo Equipment Finance
733 Marquette Avenue Suite 700
Minneapolis, MN 55402-2316

West LB AG, New York Branch
Attn:  Christian Ruehmer
1211 Avenue of the Americas, 24th Flr
New York, NY  10036-8705

West LB AG, New York Branch
Attn:  Duncan Robertson
1211 Sixth Avenue, 25th Floor
New York, NY  10036-8705

West LB AG, New York Branch
Attn:  Jeff Nelson
1211 Sixth Avenue, 25th Floor
New York, NY  10036-8705

West LB AG, New York Branch
Attn:  James Winikor
1211 Sixth Avenue, 25th Floor
New York, NY  10036-8705

Whitney Advertising & Design
6410 N Business Park Loop Rd
Suite H
Park City, UT  84098-6212

Jim & Robin Whitney
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

David Wickline
17575 Fitzpatrick Lane
Occidental, CA  95465-9355

David L. Wickline
c/o Kim R. Wilson
Snow Christensen & Martineau
P O Box 45000
Salt Lake City, UT  84145-5000

Kim R. Wilson
Snow Christensen & Martineau
10 Exchange Place, Suite 1100
P O Box 45000
Salt Lake City, UT  84145-5000

Joseph E. Wrona
Wrona Law Office, P.C.
1745 Sidewinder Dr.
Park City, UT  84060

Francine Wynn
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Kenneth Yonemura & Grace Noda-Yonemura
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Phillip & Ruth Yuan
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Bruce J. Zabarauskas
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY  10022-2544

Anthony & Teresa Meno Zingale
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Acme Holdings LLC
Sean Raiton
PO Box 681373
Park City, UT  84068

Emily and John Hill
2939 Silk Oak Avenue
Thousand Oaks, CA 91362

Joy and Leon Dreimann
1285 Loch Lane
Lake Forest, IL 60045

Kevin Borg
2167 East 6595 South
Salt Lake City, UT 84121

Michael Pardo
513 Scrimshaw Way
Severna Park, MD 21146-1424

Sarah Betsy Bacon
2952 Arabian Drive
Park City, UT 84060