Kenneth L. Cannon II (kcannon@djplaw.com)(3705)
Steven J. McCardell (smccardell@djplaw.com)(2144)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
Salt Lake City, UT 84111
Telephone: (801) 415-3000/Fax: (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com)
Bruce J. Zabarauskas (bzabarauskas @crowell.com)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 223-4000/Fax: (212) 223-4134
Counsel for Debtors and Debtors in Possession

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | |
| EASY STREET HOLDING, LLC, *et al.* ) | Bankruptcy Case No. 09-29905 |
| ) | Jointly Administered with Cases |
| Debtors. ) | 09-29907 and 09-29908 |
| ) | |
| Address: 201 Heber Avenue ) | Chapter 11 |
| Park City, UT 84060 ) | |
| ) | Honorable R. Kimball Mosier |
| Tax ID Numbers: ) | |
| 35-2183713 (East Street Holding, LLC), ) | |
| 20-4502979 (Easy Street Partners, LLC), and ) | **[FILED ELECTRONICALLY]** |
| 84-1685764 (Easy Street Mezzanine, LLC) ) | |

**NOTICE OF HEARING AND OF OPPORTUNITY TO RESPOND TO
EASY STREET PARTNERS, LLC'S OBJECTION TO THE PROOF OF
<u>CLAIM FILED BY GUNTHERS INC. DBA GUNTHERS COMFORT AIR</u>**

**PLEASE TAKE NOTICE** that Easy Street Partners, LLC ("Partners"), debtor and

debtor in possession, has filed its Objection to proof of claim no. 33 filed by Gunthers Inc. dba

Gunthers Comfort Air ("Gunthers") pursuant to section 502(b) of title 11 of the United States

Code (the "Bankruptcy Code"), Rule 3007 of the Federal Rules of Bankruptcy Procedure (the

"Bankruptcy Rules"), and Local Rule 3007-1, seeking entry of an order disallowing this claim  A

copy of the Objection has been filed and is being served contemporaneously with service of this Notice on Gunthers and/or its counsel.

**PLEASE TAKE FURTHER NOTICE** that, if you do not want the Bankruptcy Court to sustain and grant the Objection to your claims and disallow your claims as set forth in the Objection, or if you want the Bankruptcy Court to consider your views thereon, then you or your attorney must file with the Bankruptcy Court a written response to the Objection in conformity with Rules 3007-1 and 9013-1 of the Bankruptcy Court's Local Rules so that it is received no later than **Monday, April 5, 2010, at 4:30 p.m., MT** (the "Response Deadline"), which is thirty days after the date of this Notice when three days for mailing are added. Your response must be filed at:

>   Clerk
>   United States Bankruptcy Court
>   Frank E. Moss United States Courthouse
>   350 South Main Street, # 301
>   Salt Lake City, Utah  84101

**PLEASE TAKE FURTHER NOTICE** that, if you mail your response to the Objection to the Bankruptcy Court for filing, you must mail it early enough so the Court and the undersigned counsel for Partners will receive it on or before Response Deadline.

**PLEASE TAKE FURTHER NOTICE** that the Objection will come on for hearing before the Honorable R. Kimball Mosier, United States Bankruptcy Judge, on **Wednesday, April 14, 2010, at 2:00 p.m., MT**, in his courtroom (Room No. 369) in the Frank E. Moss United States Courthouse, 350 South Main Street, Salt Lake City, Utah 84101. You or your attorney must attend the hearing on the Objection if you want your response to be considered by the Bankruptcy Court.

2

SLC_558948.1

**PLEASE TAKE FURTHER NOTICE** that, if you or your attorney do not respond to the objection to your claim set forth in the Objection, the Bankruptcy Court may decide that you do not oppose the objection to your claims. Pursuant to Rule 3007-1 of the Bankruptcy Court's Local Rules, if a response is not filed and served by the Response Deadline set forth above, the Bankruptcy Court may sustain the Objection and disallow your claim without a hearing.

DATED this 1st day of March, 2010.

                            DURHAM JONES & PINEGAR, P.C.

                            By:  /s/ Kenneth L. Cannon II
                                  Kenneth L. Cannon II (kcannon@djplaw.com)(3705)
                                  Steven J. McCardell (smccardell@djplaw.com)(2144)
                                  111 East Broadway, Suite 900
                                  P.O. Box 4050
                                  Salt Lake City, UT 84111-4050
                                  Telephone: (801) 415-3000
                                  Facsimile: (801) 415-3500

                                  and

                                  CROWELL & MORING LLP
                                  Michael V. Blumenthal (mblumenthal@crowell.com)
                                  *(admitted pro hac vice)*
                                  Bruce J. Zabarauskas (bzabarauskas@crowell.com)
                                  *(admitted pro hac vice)*
                                  590 Madison Avenue, 20th Floor
                                  New York, NY 10022
                                  Telephone: (212) 223-4000
                                  Facsimile: (212) 223-4134

                                  Counsel for Debtors and Debtors in Possession

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the Notice of Hearing and of Opportunity to Respond to Easy Street Partners, LLC's Objection to Proof of Claim filed by Gunthers Inc. dba Gunthers Comfort Air was served on this 1st day of March, 2010, via ECF Notification and/or first-class mail on the following parties and the parties listed on the attached page.

Gunthers Comfort Air
81 South 700 East
American Fork, UT 84003-2158

Gunthers Comfort Air
c/o Jeffrey L. Shields
Callister Nebeker & McCullough
10 East South Temple, Suite 900
Salt Lake City, UT  84133-1101

/s/  Kristin Hughes

**ECF Notification**

- Troy J. Aramburu    taramburu@joneswaldo.com, sglendening@joneswaldo.com; rbush@joneswaldo.com

- Scott A. Cummings    cummings.scott@dorsey.com

- Mary Margaret Hunt    hunt.peggy@dorsey.com, wardle.gay@dorsey.com

- Annette W. Jarvis    jarvis.annette@dorsey.com, smith.ron@dorsey.com; slc.lit@dorsey.com;brown.patricia@dorsey.com

- Lon A. Jenkins    lajenkins@joneswaldo.com, krichardson@joneswaldo.com; ecf@joneswaldo.com;sglendening@joneswaldo.com

- Michael R. Johnson    mjohnson@rqn.com, agale@rqn.com

- Anthony C. Kaye    kaye@ballardspahr.com

- Benjamin J. Kotter    kotter.benjamin@dorsey.com

- Adelaide Maudsley    maudsley@chapman.com, jemery@chapman.com

- John T. Morgan tr    john.t.morgan@usdoj.gov, james.gee@usdoj.gov

- David W. Overholt    doverholt@rsolaw.com, abachman@rsolaw.com

- Douglas J. Payne    dpayne@fabianlaw.com, jshowalter@fabianlaw.com

- Knute Rife    karife@rifelegal.com

- Jeffrey L. Shields    jlshields@cnmlaw.com, njpotter@cnmlaw.com

- Jeffrey Weston Shields    jshields@joneswaldo.com, sglendening@joneswaldo.com

- Bradley L. Tilt    btilt@fabianlaw.com, rmellor@fabianlaw.com

- United States Trustee    USTPRegion19.SK.ECF@usdoj.gov

- Kim R. Wilson    bankruptcy_krw@scmlaw.com

SLC_529658