Kenneth L. Cannon II (kcannon@djplaw.com)(3705)
Steven J. McCardell (smccardell@djplaw.com)(2144)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
Salt Lake City, UT 84111
Telephone: (801) 415-3000/Fax: (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com)
Bruce J. Zabarauskas (bzabarauskas @crowell.com)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 223-4000/Fax: (212) 223-4134
Counsel for Debtors and Debtors in Possession

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | |
| EASY STREET HOLDING, LLC, *et al.* ) | Bankruptcy Case No. 09-29905 |
| ) | Jointly Administered with Cases |
|    Debtors. ) | 09-29907 and 09-29908 |
| ) | |
| Address: 201 Heber Avenue ) | Chapter 11 |
|          Park City, UT 84060 ) | |
| ) | Honorable R. Kimball Mosier |
| Tax ID Numbers: ) | |
| 35-2183713 (East Street Holding, LLC), ) | |
| 20-4502979 (Easy Street Partners, LLC), and ) | |
| 84-1685764 (Easy Street Mezzanine, LLC) ) | |

**NOTICE OF HEARING AND OF OPPORTUNITY TO RESPOND TO
EASY STREET PARTNERS, LLC'S FIRST OMNIBUS OBJECTION
TO (A) DUPLICATE CLAIMS, AND (B) UNTIMELY FILED**

**PLEASE TAKE NOTICE** that Easy Street Partners, LLC ("Partners"), debtor and

debtor in possession, has filed its First Omnibus Objection to (A) Duplicate Claims, and

(B) Untimely Claims pursuant to section 502(b) of title 11 of the United States Code (the

"Bankruptcy Code"), Rule 3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy

Rules"), and Local Rule 3007-1. A copy of the First Omnibus Objection has been filed and is

being served contemporaneously with service of this Notice on the parties whose claims are being objected to and/or their counsel. Exhibits A and B to the First Omnibus Objection list the Claims objected to.

**PLEASE TAKE FURTHER NOTICE** that, if you do not want the Bankruptcy Court to sustain and grant the objection to your claim and disallow the claim as set forth in the First Omnibus Objection, or if you want the Bankruptcy Court to consider your views thereon, then you or your attorney must file with the Bankruptcy Court a written response to the First Omnibus Objection in conformity with Rules 3007-1 and 9013-1 of the Bankruptcy Court's Local Rules so that it is received no later than **Monday, April 5, 2010, at 4:30 p.m., MT** (the "Response Deadline"), which is thirty days after the date of this Notice when three days for mailing are added. Your response must be filed at:

> Clerk
> United States Bankruptcy Court
> Frank E. Moss United States Courthouse
> 350 South Main Street, # 301
> Salt Lake City, Utah  84101

**PLEASE TAKE FURTHER NOTICE** that, if you mail your response to the First Omnibus Objection to the Bankruptcy Court for filing, you must mail it early enough so the Court and the undersigned counsel for Partners will receive it on or before Objection Response Deadline.

**PLEASE TAKE FURTHER NOTICE** that the First Omnibus Objection will come on for hearing before the Honorable R. Kimball Mosier, United States Bankruptcy Judge, on **Wednesday, April 14, 2010, at 2:00 p.m., MT**, in his courtroom (Room No. 369) in the Frank E. Moss United States Courthouse, 350 South Main Street, Salt Lake City, Utah 84101.

2

You or your attorney must attend the hearing on the First Omnibus Objection if you want your response to be considered by the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that, if you or your attorney do not respond to the objection to your claim set forth in the First Omnibus Objection, the Bankruptcy Court may decide that you do not oppose the objection to your claim. Pursuant to Rule 3007-1 of the Bankruptcy Court's Local Rules, if a response is not filed and served by the Objection Response Deadline set forth above, the Bankruptcy Court may sustain the First Omnibus Objection and disallow your claim without a hearing.

DATED this 1st day of March, 2010.

DURHAM JONES & PINEGAR, P.C.

By: /s/ Kenneth L. Cannon II
Kenneth L. Cannon II (kcannon@djplaw.com)(3705)
Steven J. McCardell (smccardell@djplaw.com)(2144)
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT 84111-4050
Telephone: (801) 415-3000
Facsimile: (801) 415-3500

and

CROWELL & MORING LLP
Michael V. Blumenthal (mblumenthal@crowell.com)
*(admitted pro hac vice)*
Bruce J. Zabarauskas (bzabarauskas@crowell.com)
*(admitted pro hac vice)*
590 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 223-4000
Facsimile: (212) 223-4134

Counsel for Debtors and Debtors in Possession

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the Notice of Hearing and of Opportunity to Respond to Easy Street Partners, LLC's First Omnibus Objection to (A) Duplicate Claims, and (B) Untimely Filed Claims was served on this 1st day of March, 2010, via ECF Notification and/or first-class mail, postage prepaid on the parties listed on the attached pages.

                                                    /s/ Kristin Hughes

SLC_558779.1

**ECF Notification**

- Troy J. Aramburu    taramburu@joneswaldo.com, sglendening@joneswaldo.com; rbush@joneswaldo.com

- Scott A. Cummings    cummings.scott@dorsey.com

- Mary Margaret Hunt    hunt.peggy@dorsey.com, wardle.gay@dorsey.com

- Annette W. Jarvis    jarvis.annette@dorsey.com, smith.ron@dorsey.com; slc.lit@dorsey.com;brown.patricia@dorsey.com

- Lon A. Jenkins    lajenkins@joneswaldo.com, krichardson@joneswaldo.com; ecf@joneswaldo.com;sglendening@joneswaldo.com

- Michael R. Johnson    mjohnson@rqn.com, agale@rqn.com

- Anthony C. Kaye    kaye@ballardspahr.com

- Benjamin J. Kotter    kotter.benjamin@dorsey.com

- Adelaide Maudsley    maudsley@chapman.com, jemery@chapman.com

- John T. Morgan tr    john.t.morgan@usdoj.gov, james.gee@usdoj.gov

- David W. Overholt    doverholt@rsolaw.com, abachman@rsolaw.com

- Douglas J. Payne    dpayne@fabianlaw.com, jshowalter@fabianlaw.com

- Knute Rife    karife@rifelegal.com

- Jeffrey L. Shields    jlshields@cnmlaw.com, njpotter@cnmlaw.com

- Jeffrey Weston Shields    jshields@joneswaldo.com, sglendening@joneswaldo.com

- Bradley L. Tilt    btilt@fabianlaw.com, rmellor@fabianlaw.com

- United States Trustee    USTPRegion19.SK.ECF@usdoj.gov

- Kim R. Wilson    bankruptcy_krw@scmlaw.com

SLC_529658

CloudNine Resorts-Sky Lodge
Development, LLC
Kim R. Wilson
Snow, Christensen & Martineau
PO BOX 45000
Salt Lake City, UT 84145

CloudNine-SL Development LLC
William Shoaf
4780 Winchester Court
Park City, UT 84098

CloudNine Resorts-Sky Lodge
Management, LLC
Kim R. Wilson
Snow, Christensen & Martineau
PO BOX 45000
Salt Lake City, UT 84145

CloudNine-SL Development LLC
William Shoaf
4780 Winchester Court
Park City, UT 84098

Luxury Residence Group
c/o Carrie Shoaf
PO Box 1225
693 Main Street
Park City, UT 84060

Luxury Residence Group
c/o Carrie Shoaf
4780 Winchester Court
Park City, UT 84060

SLC_558779.1