Kenneth L. Cannon II (kcannon@djplaw.com) (3705)
Steven J. McCardell (smccardell@djplaw.com) (2144)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT  84110-4050
Telephone:  (801) 415-3000/Fax:  (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com) (admitted pro hac vice)
Steven B. Eichel (seichel@crowell.com) (admitted pro hac vice)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY  10022
Telephone:  (212) 223-4000/Fax:  (212) 223-4134

Counsel for Debtors and Debtors in Possession

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| EASY STREET HOLDING, LLC, *et. al.* | ) | Bankruptcy Case No. 09-29905 |
| | ) | Jointly Administered with Cases |
| Debtors | ) | 09-29907 and 09-29908 |
| | ) | |
| Address:   201 Heber Avenue | ) | Chapter 11 |
| Park City, UT 84060 | ) | |
| | ) | Honorable R. Kimball Mosier |
| Tax ID Numbers: | ) | |
| 35-2183713 (Easy Street Holding, LLC), | ) | |
| 20-4502979 (Easy Street Partners, LLC), and | ) | |
| 84-1685764 (Easy Street Mezzanine, LLC) | ) | |
| | ) | |

## EASY STREET PARTNERS, LLC'S (A) SECOND OMNIBUS OBJECTION TO THE CLAIMS OF THE HOMEOWNERS AND (B) MOTION TO TEMPORARILY ALLOW THE HOMEOWNERS' CLAIMS IN A REDUCED AMOUNT SOLELY FOR VOTING PURPOSES ONLY

THIS OBJECTION AND MOTION SEEKS TO TEMPORARILY ALLOW THE HOMEOWNERS'
CLAIMS IN A REDUCED AMOUNT FOR VOTING PURPOSES ONLY.  CLAIMANTS RECEIVING
THIS OBJECTION SHOULD LOCATE THEIR NAMES AND CLAIMS ON EXHIBIT A ATTACHED
HERETO, WHICH LISTS HOMEOWNERS WHO HAVE FILED CLAIMS ALPHABETICALLY.

Easy Street Partners, LLC ("Partners"), a debtor and debtor in possession in the above captioned cases, (a) objects under section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Local Rule 3007-1 to the claims listed on the attached Exhibits A and (b) seeks to temporarily allow these claims in the reduced amount of $4,500 for voting purposes only (the "Objection"). In support of this Objection, Partners respectfully represents as follows:

**<u>Background</u>**

1.     On September 14, 2009 (the "Petition Date"), Partners, Easy Street Mezzanine, LLC and Easy Street Holding, LLC (collectively, the "Debtors") each filed a voluntary petition in this Court under chapter 11 of title 11 of the Bankruptcy Code.  The Debtors continue to operate their business and manage their property as debtors-in-possession.

2.     Partners' business is the owning and operating the Sky Lodge Hotel (the "Sky Lodge").  The Sky Lodge is a luxury boutique hotel located in the middle of historic Main Street in Old Town Park City.  The Sky Lodge is being sold as fractional ownership with a total of 176 one-eighth shares offered, of which 113 have been sold and 63 remain to be sold.

3.     On October 2, 2009, the Office of the United States Trustee appointed an official committee of unsecured creditors to serve in these cases pursuant to Bankruptcy Code sections 1102 and 1103.

4.     The deadline to file proofs of claim by all claimants (other than governmental units) was January 6, 2010 at 4:00 p.m. (the "Bar Date").

5.      This Court has jurisdiction to consider this matter under 28 U.S.C. § 1334. This is

a core proceeding pursuant to 28 U. S. C. § 157(b). Venue is proper before this Court pursuant to

28 U.S.C. §§ 1408 and 1409.

6.      The statutory predicates for the relief requested are sections 502 of the

Bankruptcy Code and Bankruptcy Rule 3007.

**Jacobsen Litigation**

7.      Jacobsen National Group, Inc. ("Jacobsen") was employed by Partners as the

general contractor by contract dated March 20, 2006 (the "Construction Contract") to

construct the Sky Lodge and related site improvements and outbuildings.  Construction

commenced on or about May 28, 2006 and was generally completed on approximately

December 18, 2008.  Jacobsen asserts that it and its subcontractors have completed their

work under the Construction Contract and are owed $1,382,127.18 (exclusive of interest and

costs).

8.      Because it was not paid in full for its work under the Construction Contract,

on or about March 17, 2009, Jacobsen recorded with the Summit County Recorder a notice

of mechanic's lien against the Sky Lodge and related property.  On or about September 4,

2009, Jacobsen commenced a civil action in the Third Judicial District Court for Summit

County, State of Utah, to enforce its mechanic's lien.  Named as defendants were Partners,

Equity Title Insurance Agency, Inc., which acted as escrow agent on many or most of the

sales of units, and owners of the fractional units which have been sold to third parties (the

"Third Party Units").  Perry Olson Drywall also recorded with the Summit County Recorder

a notice of mechanic's lien against the Sky Lodge and related property and, on or about

September 25, 2009, and commenced a civil court action in the Third Judicial District Court

for Summit County, State of Utah, to enforce its mechanic's lien.[1]  These actions are stayed

pursuant to section 362(a) of the Bankruptcy Code as to Partners.  Jacobsen asserts that its

mechanic's lien is a first priority lien on the Third Party Units.

      9.      Under Article 5.2 of the Amended Plan of Reorganization of Easy Street

Partners, LLC dated April 18, 2010 (the "Plan"), on the Effective Date, Jacobsen will be

paid $1,330,000 (the "Settlement Amount") and all liens filed by Jacobsen and its

subcontractors against the Third Party Units, the Property, and Partners will be satisfied and

released and all litigation commenced to enforce those liens will be dismissed with

prejudice.

      10.      Jacobsen has agreed to (i) pay all subcontractors from the Settlement Amount

and (ii) cause all claims and litigation with respect to the Third Party Units to be released,

satisfied, and dismissed with prejudice.

      11.      Moreover, under the Plan, under any circumstance, if (i) the owner of any

particular Third Party Unit pays Jacobsen $4,500 for its release, or (ii) the Reorganized

Debtor pays same, the Third Party Unit will be released from the Jacobsen lien and from any

lien held by any subcontractor.

**General Overview of Homeowners' Claims**

      12.      One hundred and four (104) of the owners of these Third Party Units

(collectively, the "Homeowners") filed proofs of claim in the amount of the purchase price that

each Homeowner paid for their particular Third Party Unit.  The aggregate amount of the claims

of the Homeowners (the "Homeowner Claims"), which were all listed as "unliquidated,

---

[1] Perry Olson Drywall is a Jacobsen subcontractor and will be paid by Jacobsen from the $1,330,000 being paid pursuant to Article 5.2 of the Plan (as hereinafter defined).

estimated," totaled $474,223,859.  This number is entirely skewed, however, by one of these

Homeowners, which filed a proof of claim in the amount of "$435,606,000."  Partners assumes

that this represents a typographical error and that this Homeowner Claim was inadvertently filed

in the wrong amount and was meant to have been filed in the amount of $435,660.  In that event,

the aggregate amount of Homeowner Claims would total approximately $39,053,465.

13.    The Homeowners assert a claim against Partners for alleged breaches of

warranties and covenants of and relating to title to their respective Third Party Units made in

connection with the purchase and sale of such Third Party Units, and thus Partners may be liable

to them in the event Jacobsen forecloses upon their Third Party Units.

## Relief Requested

14.    By this Objection, Partners (a) objects to the Homeowner Claims listed on

Exhibit A on the ground that Partners is not liable to the Homeowners with respect to the

Homeowner Claims, and even it was liable, the total amount of the potential liability would be

no more than $4,500 per Third Party Unit, which represents the maximum allocable amount of

the liens filed by Jacobsen against the Third Party Units, and (b) seeks the entry of an order to

temporarily allow the Homeowner Claims in the reduced amount of $4,500 per Homeowner

Claim for voting purposes only.

## Basis For Relief

15.    In the ordinary course of business, Partners maintains books and records ("Books

and Records") that reflect, among other things, Partners' liabilities and the amounts owed to their

creditors.  Partners and its advisors are conducting a review of the proofs of claim filed and are

comparing them with Partners' Books and Records to determine the validity of the claims against

Partners.  In the process, Partners has identified a number of proofs of claim that are

objectionable, as described below.

A.    The Homeowner Claims

16.    Section 502(b)(1) of the Bankruptcy Code provides, in relevant part, that a claim

may not be allowed to the extent that "such claim is unenforceable against the debtor and

property of the debtor, under any agreement or applicable law."  11 U.S.C. § 502(b)(1).

17.    Partners has compared its Books and Records with the Homeowner Claims

identified on Exhibit A and has determined that Partners' Books and Records reflect that no

amount is due to the Homeowners from Partners.  Even if the Homeowners had a claim against

Partners based on Jacobsen's lien on the Third Party Units, the aggregate value of any such claim

should not exceed $1.5 million in the aggregate for all the Homeowners, which is being paid and

satisfied under the Plan in the reduced agreed upon amount of $1,330,000.

18.    Although this Objection to the Homeowner Claims would otherwise prevent the

Homeowners from voting their alleged claims with respect to the Plan (unless they obtained an

Order of the Court temporarily allowing their claims in some amount), to avoid needless

litigation and undue expense, Partners has agreed with counsel to the Homeowners[2] to seek to

temporarily allow the Homeowner Claims in the reduced amount of $4,500 for voting purposes

only and not to determine liability in connection with the Homeowner Claims.

B.    The Law Permits The Temporary Allowance of Claims

19.    To be entitled to vote for or against a proposed plan of reorganization, a creditor

must hold an allowed claim or interest.  11 U.S.C. § 1126.  Bankruptcy Rule 3018(a), however,

---

[2] This agreement was announced on the record of the February 18, 2010 hearing to approve the
Amended Disclosure Statement by counsel to Partners and the Homeowners.

6

provides a mechanism to enable creditors to vote to accept or reject a debtor's plan, absent an

allowed claim:

> Notwithstanding objection to a claim or interest, the court after
> notice and a hearing may temporarily allow the claim or interest in
> an amount which the court deems proper for the purpose of
> accepting or rejecting a plan.

Fed. R. Bankr. P. 3018(a).

20.    Moreover, under section 502(c) of the Bankruptcy Code, a court shall estimate

"any contingent or unliquidated claim, the fixing of which, as the case may be, would unduly

delay the administration of the case." *In re Ralph Lauren Womenswear, Inc*,. 197 B.R. 771, 775

(Bankr. S.D.N.Y. 1996).

C.    <u>Standard for Claim Estimation</u>

21.    When temporarily allowing a claim for voting purposes under Fed. R. Bankr. P.

3018(a), the Court must place a dollar amount on the claim. *In re TransAmerican Natural Gas

Corp.*, 79 B.R. 663, 666 (Bankr. S.D. Tex. 1987). However, because neither the Bankruptcy

Code nor the Bankruptcy Rules prescribe any method for estimating a claim, courts have

developed a flexible standard under which they employ whatever method is best suited to the

circumstances of the case. *Id.*

22.    Under this standard, valuation of a claim for temporary allowance does not

necessarily require a lengthy proceeding, but merely a determination by the court of a claim

amount it "deems proper for the purpose of accepting or rejecting a plan." Fed. R. Bankr. P.

3018 (a). As explained by one court, this is a fundamental difference between adjudication and

estimation:

> A trier of fact first determines which version [of the facts] is most
> probable and proceeds from there to determine an award in a fixed

> amount.  As estimator of claims must take into account the
> likelihood that each party's version might or might not be accepted
> by trier of fact.  The estimated value of a claim is then the amount
> of the claim diminished by [the] probability that it may be
> sustainable only in part or not at all.

*In re Ralph Lauren Womenswear*, 197 B.R. at 775 (quotation omitted).

23.     Based on the above, notwithstanding that Partners believes that it is not liable to

the Homeowners and the allocable portion of the liens asserted by Jacobsen attach to both the

commercial property and the units still owned by Partners, as well as the Third Party Units,

Partners submits that $4,500 is a fair estimate of the value of each of the Homeowner Claims

listed on Exhibit A for voting purposes.

## Reservation of Rights

24.     Partners expressly reserves the right to amend, modify, or supplement the

objections asserted herein and to file additional objections to the proofs of claim or any other

claims (filed or not) which may be asserted against the Debtors.  Should one or more of the

grounds of objections stated in this Objection be dismissed, Partners reserves the right to

(i) object on any other grounds and (ii) seek further reduction of any homeowner Claim to the

extent such claim has been paid or there is no longer a lien against the Third Party Units.

WHEREFORE Partners respectfully requests entry of an order granting the relief

requested herein and such other and further relief as is just.

DATED this 1st day of March, 2010

<div style="margin-left:40%">

DURHAM JONES & PINEGAR, P.C.

By:    /s/ Kenneth L. Cannon II
    Kenneth L. Cannon II (kcannon@djplaw.com)(3705)
    Steven J. McCardell (smccardell@djplaw.com)(2144)
    DURHAM JONES & PINEGAR, P.C.
    111 East Broadway, Suite 900
    P.O. Box 4050
    Salt Lake City, UT  84110-4050
    Telephone:  (801) 415-3000/Fax:  (801) 415-3500

    and

    Michael V. Blumenthal (mblumenthal@crowell.com)
     (admitted pro hac vice)
    Steven B. Eichel (seichel@crowell.com)
     (admitted pro hac vice)
    CROWELL & MORING LLP
    590 Madison Avenue, 20th Floor
    New York, NY  10022
    Telephone:  (212) 223-4000/Fax:  (212) 223-4134

    Counsel for Debtors and Debtors in Possession

</div>

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that the foregoing Easy Street Partners, LLC's (A) Second Omnibus

Objection to the Claims of the Homeowners and (B) Motion to Temporarily Allow the

Homeowners' Claims in a Reduced Amount For Voting Purposes Only was served this 1st of

March, 2010, via ECF Notification and/or first-class mail, postage prepaid, on those parties listed

on the attached page(s).


 /s/  Kristin Hughes

**ECF Notification**

- Troy J. Aramburu    taramburu@joneswaldo.com, sglendening@joneswaldo.com; rbush@joneswaldo.com

- Scott A. Cummings    cummings.scott@dorsey.com

- Mary Margaret Hunt    hunt.peggy@dorsey.com, wardle.gay@dorsey.com

- Annette W. Jarvis    jarvis.annette@dorsey.com, smith.ron@dorsey.com; slc.lit@dorsey.com;brown.patricia@dorsey.com

- Lon A. Jenkins    lajenkins@joneswaldo.com, krichardson@joneswaldo.com; ecf@joneswaldo.com;sglendening@joneswaldo.com

- Michael R. Johnson    mjohnson@rqn.com, agale@rqn.com

- Anthony C. Kaye    kaye@ballardspahr.com

- Benjamin J. Kotter    kotter.benjamin@dorsey.com

- Adelaide Maudsley    maudsley@chapman.com, jemery@chapman.com

- John T. Morgan tr    john.t.morgan@usdoj.gov, james.gee@usdoj.gov

- David W. Overholt    doverholt@rsolaw.com, abachman@rsolaw.com

- Douglas J. Payne    dpayne@fabianlaw.com, jshowalter@fabianlaw.com

- Knute Rife    karife@rifelegal.com

- Jeffrey L. Shields    jlshields@cnmlaw.com, njpotter@cnmlaw.com

- Jeffrey Weston Shields    jshields@joneswaldo.com, sglendening@joneswaldo.com

- Bradley L. Tilt    btilt@fabianlaw.com, rmellor@fabianlaw.com

- United States Trustee    USTPRegion19.SK.ECF@usdoj.gov

- Kim R. Wilson    bankruptcy_krw@scmlaw.com

W. Brian Ahern
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Albert and Roxann Albiani
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Gilbert Alder and Jeanette Alder
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Stephen Allis
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Brian D Althaver
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Jonathan and Joanne Ames
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Allan & Amy Anderson
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

James Barickman and
Marianne Barickman
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Peter Blythe
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Thomas S Bradley
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Lisa A Bugaski Trustee
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Josh Butsch
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

The Barbara A Casale Revocable Trust
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

The Richard C Casale Revocable
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Amy Casey
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Castillo Trust
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Chang Family Trust
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Nelson Coats
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Jonathan Barrett Connor
Marie Connor
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Corrado Properties
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Phillip A Davidson and
Ruth Minzer Davidson
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Kenneth A and Marcie B Davis
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Michael Scott Davis
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Kristen M Dickey, Susan Dickey and
Penny Bradley
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Robert A & Bianka M Diorio
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

James I Duffield and Suzanne Duffield
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Linda Marie Eide Residuary
 Family Trust
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Stephen Elrick
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

William S. Escudier
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Fabian & Clendenin
Attn:  Robert J Dale and Bradley L. Tilt
215 South State Street Suite 1200
Salt Lake City, UT  84111

Michael A. Feder
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Diana Ferguson
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Janis Jean Ferraris and
Deborah Jean Depaoli
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Joshua Fick
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Stephen N Finberg
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Dena A Fleming & Steve Chin
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

William A & Constance Fletcher Hindle
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Ruben Flores
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

George Frederick John Hill II and
Ruth Hill
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Curtis K Gardner & Patricia Gardner
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Andrew C Gilligan Jr. Karen L Gilligan
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Mark T Greenquist
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Marcia L Griffiths
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Merrick L and Rosa S Gross
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Craig Guernsey & Ann M. Guernsey
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Suzanne Harris
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Dane C Hillyard
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

John Michael Hojel Jr.
Veronica Hojel
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Hop To It Living Trust
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Brooks Hoven and Brenda Schmid
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Darren T Kavinoky and Alona Kavinoky
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

John P. Kelly and Melissa B Kelly
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Mark C Kramer Trust
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Rishi & Ashima Kumar
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Steve Lafredo
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Brian and Teri Laidlaw
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Janet & William Lamkin
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Robert Lamkin and Ray Bidenhost
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

William Lamkin and Janet W Lamkin
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Levine Holdings LLC
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Mark Litchfield and Kristin Rotter
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Lovejoy Sky Lodge
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Larry L Lozensky
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

James A Lundin
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Kevin McCarthy
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Tracy McCarthy
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Clint McClellan
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

John E McIlwaine
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Claudia McMullin
Timothy Douglas
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Joshua A Mettle
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Thomas and Julie B Millar
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Daniel S Miller DDS
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Robert A. Miller
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Frederic Monnot
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Daniel H Payne and
Vanessa I Payne
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Donald E Porteous
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Elizabeth Rad
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Charles and Vicki P. Raeburn
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Angela Rayner
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Steve Reich
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Steve Reich, Scott Coleman
 & Ashely Coleman
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Eric and Susan Rothchild
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

The Shoaf Family Trust January 16,
2002
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Matthew & Terry L Sidford
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Charles H. and Andrea E Silverman
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Robert Keith Simons
Lynn Kay Simons
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Skyboozers LLC
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Philo M Smith Jr. Trust
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Amer and Yvette Soudani
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

David L & Louise A. Stark
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

The Mark and Joann Tattersall Trust
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

TCF Holdings c/o Fred Mommot
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Tenderfoot Holdings LLC
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

C & G Velasquez Family Trust
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Stephen P. and Barbara Vermut
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Graham Wagner and Kati Irwin
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Jim & Robin Whitney
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Teresa Martha Wiss Trust
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Francine Wynn
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Kenneth Yonemura and
Grace Noda-Yonemura
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Phillip Yuan and Ruth Yuan
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Anthony Zingale and
 Teresa Meno Zingale
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

# EXHIBIT A

| Names & Address | Proof of Claim No. | Amount of Claim | Amount of Claim for Voting Purposes Only |
|---|---|---|---|
| W. Brian Ahern<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 108 | 414,858.00 | $4,500.00 |
| Albert and Roxann Albiani<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 66 | 280,006.00 | $4,500.00 |
| Gilbert Alder and Jeanette Alder<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 38 | 491,871.00 | $4,500.00 |
| Stephen Allis<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 95 | 425,679.00 | $4,500.00 |
| Brian D Althaver<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 82 | 248,873.00 | $4,500.00 |
| Jonathan and Joanne Ames<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 111 | 447,570.00 | $4,500.00 |
| Allan & Amy Anderson<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 87 | 290,370.00 | $4,500.00 |

| Names & Address | Proof of Claim No. | Amount of Claim | Amount of Claim for Voting Purposes Only |
|---|---|---|---|
| James Barickman and Marianne Barickman<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 46 | 483,234.00 | $4,500.00 |
| Peter Blythe<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 131 | 307,989.00 | $4,500.00 |
| Thomas S Bradley<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 62 | 349,900.00 | $4,500.00 |
| Lisa A Bugaski Trustee<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 138 | 414,858.00 | $4,500.00 |
| Josh Butsch<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 61 | 342,240.00 | $4,500.00 |
| The Barbara A Casale Revocable Trust<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 90 | 414,858.00 | $4,500.00 |
| The Richard C Casale Revocable<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 89 | 414858.00 | $4,500.00 |

| Names & Address | Proof of Claim No. | Amount of Claim | Amount of Claim for Voting Purposes Only |
|---|---|---|---|
| Amy Casey<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 45 | 394,465.00 | $4,500.00 |
| Castillo Trust<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 53 | 229,900.00 | $4,500.00 |
| Chang Family Trust<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 51 | 486,505.00 | $4,500.00 |
| Nelson Coats<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 54 | 466,739.00 | $4,500.00 |
| Jonathan Barrett Connor<br>Marie Connor<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 72 | 200,700.00 | $4,500.00 |
| Corrado Properties<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 122 | 445,980.00 | $4,500.00 |
| Phillip A Davidson and<br>Ruth Minzer Davidson<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 41 | 466,728.00 | $4,500.00 |

| Names & Address | Proof of Claim No. | Amount of Claim | Amount of Claim for Voting Purposes Only |
|---|---|---|---|
| Kenneth A and Marcie B Davis<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 101 | 326,679.00 | $4,500.00 |
| Michael Scott Davis<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 71 | 280,006.00 | $4,500.00 |
| Kristen M Dickey, Susan Dickey and<br>Penny Bradley<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 63 | 349,900.00 | $4,500.00 |
| Robert A & Bianka M Diorio<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 79 | 238,499.00 | $4,500.00 |
| James I Duffield and Suzanne Duffield<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 42 | 385,226.00 | $4,500.00 |
| Linda Marie Eide Residuary Family Trust<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 75 | 451,765.00 | $4,500.00 |
| Stephen Elrick<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 96 | 326,689.00 | $4,500.00 |

| Names & Address | Proof of Claim No. | Amount of Claim | Amount of Claim for Voting Purposes Only |
|---|---|---|---|
| William S. Escudier<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 114 | 290,370.00 | $4,500.00 |
| Fabian & Clendenin<br>Attn:  Robert J Dale and Bradley L. Tilt<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 115 | 440,000.00 | $4,500.00 |
| Michael A. Feder<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 107 | 326,689.00 | $4,500.00 |
| Diana Ferguson<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 44 | 373,362.00 | $4,500.00 |
| Janis Jean Ferraris and<br>Deborah Jean Depaoli<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 40 | 474,038.00 | $4,500.00 |
| Joshua Fick<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 73 | 280,006.00 | $4,500.00 |
| Stephen N Finberg<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 94 | 427,706.00 | $4,500.00 |

| Names & Address | Proof of Claim No. | Amount of Claim | Amount of Claim for Voting Purposes Only |
|---|---|---|---|
| Dena A Fleming & Steve Chin<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 98 | 402,678.00 | $4,500.00 |
| William A & Constance Fletcher Hindle<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 97 | 448,078.00 | $4,500.00 |
| Ruben Flores<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 52 | 466,739.00 | $4,500.00 |
| George Frederick John Hill II and Ruth Hill<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 68 | 353,997.00 | $4,500.00 |
| Curtis K Gardner & Patricia Gardner<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 58 | 369,607.00 | $4,500.00 |
| Andrew C Gilligan Jr. Karen L Gilligan<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 136 | 466,230.00 | $4,500.00 |
| Mark T Greenquist<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 106 | 445,980.00 | $4,500.00 |

| Names & Address | Proof of Claim No. | Amount of Claim | Amount of Claim for Voting Purposes Only |
|---|---|---|---|
| Marcia L Griffiths<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 64 | 177,303.00 | $4,500.00 |
| Merrick L and Rosa S Gross<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 70 | 280,006.00 | $4,500.00 |
| Craig Guernsey & Ann M. Guernsey<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 135 | 280,006.00 | $4,500.00 |
| Suzanne Harris<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 78 | 238,449.00 | $4,500.00 |
| Suzanne Harris<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 80 | 238,499.00 | $4,500.00 |
| Dane C Hillyard<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 56 | 1,400,000.00 | $4,500.00 |
| John Michael Hojel Jr.<br>Veronica Hojel<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 67 | 195,976.00 | $4,500.00 |

7

| Names & Address | Proof of Claim No. | Amount of Claim | Amount of Claim for Voting Purposes Only |
|---|---|---|---|
| Hop To It Living Trust<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 123 | 238,499.00 | $4,500.00 |
| Brooks Hoven and Brenda Schmid<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 60 | 321,492.00 | $4,500.00 |
| Darren T Kavinoky and Alona Kavinoky<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 49 | 456,354.00 | $4,500.00 |
| John P. Kelly and Melissa B Kelly<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 121 | 467,919.00 | $4,500.00 |
| Mark C Kramer Trust<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 124 | 217,751.00 | $4,500.00 |
| Rishi & Ashima Kumar<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 92 | 466,355.00 | $4,500.00 |
| Steve Lafredo<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 99 | 414,858.00 | $4,500.00 |

| Names & Address | Proof of Claim No. | Amount of Claim | Amount of Claim for Voting Purposes Only |
|---|---|---|---|
| Brian and Teri Laidlaw<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 65 | 364,114.00 | $4,500.00 |
| Janet & William Lamkin<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 59 | 425,232.00 | $4,500.00 |
| Robert Lamkin and Ray Bidenhost<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 55 | 1,120,190.00 | $4,500.00 |
| William Lamkin and Janet W Lamkin<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 39 | 850,464.00 | $4,500.00 |
| Levine Holdings LLC<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 112 | 342,240.00 | $4,500.00 |
| Mark Litchfield and Kristin Rotter<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 50 | 477,202.00 | $4,500.00 |
| Lovejoy Sky Lodge<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 93 | 404,582.00 | $4,500.00 |

| Names & Address | Proof of Claim No. | Amount of Claim | Amount of Claim for Voting Purposes Only |
|---|---|---|---|
| Larry L Lozensky<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 105 | 446,055.00 | $4,500.00 |
| James A Lundin<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 43 | 352,614.00 | $4,500.00 |
| Kevin McCarthy<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 81 | 247,275.00 | $4,500.00 |
| Tracy McCarthy<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 130 | 303,412.00 | $4,500.00 |
| Clint McClellan<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 74 | 217,751.00 | $4,500.00 |
| John E McIlwaine<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 133 | 242,659.00 | $4,500.00 |
| Claudia McMullin<br>Timothy Douglas<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 83 | 252,826.00 | $4,500.00 |

| Names & Address | Proof of Claim No. | Amount of Claim | Amount of Claim for Voting Purposes Only |
|---|---|---|---|
| Joshua A Mettle<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 47 | 414,858.00 | $4,500.00 |
| Thomas and Julie B Millar<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 103 | 432,808.00 | $4,500.00 |
| Daniel S Miller DDS<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 88 | 373,262.00 | $4,500.00 |
| Robert A. Miller<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 100 | 326,679.00 | $4,500.00 |
| Frederic Monnot<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 77 | 412,193.00 | $4,500.00 |
| Daniel H Payne and<br>Vanessa I Payne<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 116 | 343,880.00 | $4,500.00 |
| Donald E Porteous<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 109 | 434,934.00 | $4,500.00 |

| Names & Address | Proof of Claim No. | Amount of Claim | Amount of Claim for Voting Purposes Only |
|---|---|---|---|
| Elizabeth Rad<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 76 | 228,125.00 | $4,500.00 |
| Charles and Vicki P. Raeburn<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 110 | 414,858.00 | $4,500.00 |
| Angela Rayner<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 48 | 414,858.00 | $4,500.00 |
| Steve Reich<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 137 | 280,006.00 | $4,500.00 |
| Steve Reich, Scott Coleman<br> & Ashely Coleman<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 119 | 280,006.00 | $4,500.00 |
| Eric and Susan Rothchild<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 125 | 299,018.00 | $4,500.00 |
| The Shoaf Family Trust January 16, 2002<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 120 | 195,976.00 | $4,500.00 |

| Names & Address | Proof of Claim No. | Amount of Claim | Amount of Claim for Voting Purposes Only |
|---|---|---|---|
| Matthew & Terry L Sidford<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 84 | 257,582.00 | $4,500.00 |
| Charles H. and Andrea E Silverman<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 126 | 269,621.00 | $4,500.00 |
| Robert Keith Simons<br>Lynn Kay Simons<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 91 | 435,606,000.00 | $4,500.00 |
| Skyboozers LLC<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 113 | 228,125.00 | $4,500.00 |
| Philo M Smith Jr. Trust<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 134 | 290,370.00 | $4,500.00 |
| Amer and Yvette Soudani<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 102 | 499,900.00 | $4,500.00 |
| David L & Louise A. Stark<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 85 | 260,000.00 | $4,500.00 |

| Names & Address | Proof of Claim No. | Amount of Claim | Amount of Claim for Voting Purposes Only |
|---|---|---|---|
| The Mark and Joann Tattersall Trust c/o Robert J Dale and Bradley L. Tilt Fabian & Clendenin 215 South State Street Suite 1200 Salt Lake City, UT  84111 | 117 | 499,900.00 | $4,500.00 |
| TCF Holdings c/o Fred Mommot c/o Robert J Dale and Bradley L. Tilt Fabian & Clendenin 215 South State Street Suite 1200 Salt Lake City, UT  84111 | 37 | 405,404.00 | $4,500.00 |
| Tenderfoot Holdings LLC c/o Robert J Dale and Bradley L. Tilt Fabian & Clendenin 215 South State Street Suite 1200 Salt Lake City, UT  84111 | 127 | 330,000.00 | $4,500.00 |
| C & G Velasquez Family Trust c/o Robert J Dale and Bradley L. Tilt Fabian & Clendenin 215 South State Street Suite 1200 Salt Lake City, UT  84111 | 139 | 414,858.00 | $4,500.00 |
| Stephen P. and Barbara Vermut c/o Robert J Dale and Bradley L. Tilt Fabian & Clendenin 215 South State Street Suite 1200 Salt Lake City, UT  84111 | 104 | 488,821.00 | $4,500.00 |
| Graham Wagner and Kati Irwin c/o Robert J Dale and Bradley L. Tilt Fabian & Clendenin 215 South State Street Suite 1200 Salt Lake City, UT  84111 | 132 | 269,621.00 | $4,500.00 |
| Jim & Robin Whitney c/o Robert J Dale and Bradley L. Tilt Fabian & Clendenin 215 South State Street Suite 1200 Salt Lake City, UT  84111 | 69 | 195,976.00 | $4,500.00 |

| Names & Address | Proof of Claim No. | Amount of Claim | Amount of Claim for Voting Purposes Only |
|---|---|---|---|
| Teresa Martha Wiss Trust<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 129 | 304,028.00 | $4,500.00 |
| Francine Wynn<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 128 | 309,332.00 | $4,500.00 |
| Kenneth Yonemura and<br>Grace Noda-Yonemura<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 118 | 390,146.00 | $4,500.00 |
| Phillip Yuan and Ruth Yuan<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 36 | 405,404.00 | $4,500.00 |
| Anthony Zingale and Teresa Meno Zingale<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 57 | 264,432.00 | $4,500.00 |

NYIWDMS: 11496292_1