Kenneth L. Cannon II (kcannon@djplaw.com)(3705)
Steven J. McCardell (smccardell@djplaw.com)(2144)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
Salt Lake City, UT 84111
Telephone: (801) 415-3000/Fax: (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com)
Bruce J. Zabarauskas (bzabarauskas @crowell.com)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY  10022
Telephone: (212) 223-4000/Fax: (212) 223-4134
Counsel for Debtors and Debtors in Possession

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) |
| EASY STREET HOLDING, LLC, *et al.* | )    Bankruptcy Case No. 09-29905 |
| | )    Jointly Administered with Cases |
| Debtors. | )    09-29907 and 09-29908 |
| | ) |
| Address:  201 Heber Avenue | )    Chapter 11 |
| Park City, UT 84060 | ) |
| | )    Honorable R. Kimball Mosier |
| Tax ID Numbers: | ) |
| 35-2183713 (East Street Holding, LLC), | ) |
| 20-4502979 (Easy Street Partners, LLC), and | ) |
| 84-1685764 (Easy Street Mezzanine, LLC) | ) |

**NOTICE OF HEARING AND OF OPPORTUNITY TO RESPOND TO
EASY STREET PARTNERS, LLC'S (A) SECOND OMNIBUS OBJECTION
TO THE CLAIMS OF THE HOMEOWNERS AND (B) MOTION TO
TEMPORARILY ALLOW THE HOMEOWNERS' CLAIMS IN A
<u>REDUCED AMOUNT SOLELY FOR VOTING PURPOSES ONLY</u>**

**PLEASE TAKE NOTICE** that Easy Street Partners, LLC ("Partners"), debtor and

debtor in possession, has filed a pleading (i) objecting, under section 502(b) of the Bankruptcy

Code, Rule 3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and

Local Rule 3007-1, to claims (the "Homeowner Claims") asserted and filed by owners (the

SLC_558712.1

"Homeowners") of fractional units in the Sky Lodge (this portion of the pleading will be referred to as the "Objection"), and (ii) moving pursuant to Bankruptcy Rule 3018(a) to temporarily allow each Homeowner Claim in the amount of $4,500 for purposes of voting (this portion of the pleading will be referred to as the "Temporary Allowance Motion") on Partners' Amended Plan of Reorganization dated February 18, 2010 (the "Plan"). A copy of the Objection and Temporary Allowance Motion has been filed and is being served on counsel for the Homeowners contemporaneously with service of this Notice. Exhibit A to the Objection and Temporary Allowance Motion lists the Homeowner Claims alphabetically.

## NOTICES RELATED TO TEMPORARY ALLOWANCE MOTION

**PLEASE TAKE FURTHER NOTICE** that, if the Temporary Allowance Motion is granted by the Court, it will fix the amount of your claim only for voting purposes on the Plan and will not constitute final adjudication of the allowance or amount of your claim.

**PLEASE TAKE FURTHER NOTICE** that, if you oppose the Temporary Allowance Motion or if would like to have your claim temporarily allowed for voting purposes on the Plan in a different amount, you must file a (i) response to the Temporary Allowance Motion in conformity with Local Rules 3007-1 and 9013-1 and/or (ii) a motion for temporary allowance of your claim in a different amount pursuant to Bankruptcy Rule 3018(a) so that it is received by the Court and by counsel and the United States Trustee listed below no later than **Thursday, March 18, 2010, at 4:30 p.m., MT** (the "Temporary Allowance Response Time") and serve on the undersigned counsel for Partners, on counsel to the Unsecured Creditors' Committee, Jones Waldo Holbrook & McDonough, PC, 170 South Main Street, Suite 1500, Salt Lake City, UT 84101, Attn: Lon A. Jenkins; the Office of the United States Trustee, 405 South Main Street, Suite 300, Ken Garff Building, Salt Lake City, UT 84111, Attn: John T. Morgan; and counsel

2

for WestLB, AG, Sidley Austin LLP, 555 West Fifth Street, Los Angeles, CA 90013, Attn: Richard W. Havel.  Your response must be filed at:

>    Clerk
>    United States Bankruptcy Court
>    Frank E. Moss United States Courthouse
>    350 South Main Street, # 301
>    Salt Lake City, Utah  84101

**PLEASE TAKE FURTHER NOTICE** that, if you mail your response to the Temporary Allowance Motion, you must mail it early enough so the Court and the other parties to receive it will receive it on or before the time and date stated above.

**PLEASE TAKE FURTHER NOTICE** that Partners' Temporary Allowance Motion and any response thereto (or your motion for temporary allowance of your claim in a different amount for voting purposes) will come on for hearing before the Honorable R. Kimball Mosier, United States Bankruptcy Judge, on **Tuesday, March 30 2010, at 1:30 p.m., MT**, in his courtroom (Room No. 369) in the Frank E. Moss United States Courthouse, 350 South Main Street, Salt Lake City, Utah 84101.  You or your attorney must attend the hearing on the Temporary Allowance Motion if you want your response to be considered by the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that, if you or your attorney do not file a response to the Temporary Allowance Motion or file a motion for allowance of your claim in a different amount by the Temporary Allowance Response Deadline, the Bankruptcy Court may decide that you do not oppose the request to value your claim for voting purposes in the amount of $4,500.  Pursuant to Local Rule 9013-1(c), if a response is not filed and served by the Temporary Allowance Response Deadline set forth above, the Bankruptcy Court may grant the Temporary Allowance Motion without a hearing.

3

SLC_558712.1

**NOTICES RELATED TO THE OBJECTION TO YOUR CLAIM**

**PLEASE TAKE FURTHER NOTICE** that, if you do not want the Bankruptcy Court to sustain and grant the Objection to your claim, or if you want the Bankruptcy Court to consider your views on the Objection, then you or your attorney must file with the Bankruptcy Court a written response to the Objection in conformity with Rules 3007-1 and 9013-1 of the Bankruptcy Court's Local Rules so that it is received no later than **Monday, April 5, 2010, at 4:30 p.m., MT** (the "Objection Response Deadline"), which is thirty days after the date of this Notice when three days for mailing are added. Your response must be filed at:

> Clerk
> United States Bankruptcy Court
> Frank E. Moss United States Courthouse
> 350 South Main Street, # 301
> Salt Lake City, Utah 84101

**PLEASE TAKE FURTHER NOTICE** that, if you mail your response to the Objection, you must mail it early enough so the Court and the undersigned counsel for Partners will receive it on or before Objection Response Deadline.

**PLEASE TAKE FURTHER NOTICE** that, if you or your attorney do not respond to the Objection to your claim, the Bankruptcy Court may decide that you do not oppose the Objection to your claim. Pursuant to Rule 3007-1 of the Bankruptcy Court's Local Rules, if a response is not filed and served by the Objection Response Deadline set forth above, the Bankruptcy Court may sustain the Objection without a hearing.

**PLEASE TAKE FURTHER NOTICE** that, if you respond to the Objection, hearing on the Objection and your response thereto will be scheduled for a later date and time, after the Objection Response Deadline, and notice of such hearing will be provided.

DATED this 1st day of March, 2010.

                        DURHAM JONES & PINEGAR, P.C.

By:   /s/ Kenneth L. Cannon II
      Kenneth L. Cannon II (kcannon@djplaw.com)(3705)
      Steven J. McCardell (smccardell@djplaw.com)(2144)
      111 East Broadway, Suite 900
      P.O. Box 4050
      Salt Lake City, UT 84111-4050
      Telephone: (801) 415-3000
      Facsimile: (801) 415-3500

and

CROWELL & MORING LLP
Michael V. Blumenthal (mblumenthal@crowell.com)
*(admitted pro hac vice)*
Bruce J. Zabarauskas (bzabarauskas@crowell.com)
*(admitted pro hac vice)*
590 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 223-4000
Facsimile: (212) 223-4134

Counsel for Debtors and Debtors in Possession

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the Notice of Hearing and of Opportunity to Respond Easy Street Partners LLC's (A) Second Omnibus Objection to the Claims of the Homeowners, and (B) Motion to Temporarily Allow the Homeowners' Claims in a Reduced Amount Solely for Voting Purposes was served on this 1st day of March, 2010 via ECF Notification and/or first-class mail, postage prepaid, on those parties listed on the attached page(s).

          /s/ Kristin Hughes

**ECF Notification**

- Troy J. Aramburu    taramburu@joneswaldo.com, sglendening@joneswaldo.com; rbush@joneswaldo.com

- Scott A. Cummings    cummings.scott@dorsey.com

- Mary Margaret Hunt    hunt.peggy@dorsey.com, wardle.gay@dorsey.com

- Annette W. Jarvis    jarvis.annette@dorsey.com, smith.ron@dorsey.com; slc.lit@dorsey.com;brown.patricia@dorsey.com

- Lon A. Jenkins    lajenkins@joneswaldo.com, krichardson@joneswaldo.com; ecf@joneswaldo.com;sglendening@joneswaldo.com

- Michael R. Johnson    mjohnson@rqn.com, agale@rqn.com

- Anthony C. Kaye    kaye@ballardspahr.com

- Benjamin J. Kotter    kotter.benjamin@dorsey.com

- Adelaide Maudsley    maudsley@chapman.com, jemery@chapman.com

- John T. Morgan tr    john.t.morgan@usdoj.gov, james.gee@usdoj.gov

- David W. Overholt    doverholt@rsolaw.com, abachman@rsolaw.com

- Douglas J. Payne    dpayne@fabianlaw.com, jshowalter@fabianlaw.com

- Knute Rife    karife@rifelegal.com

- Jeffrey L. Shields    jlshields@cnmlaw.com, njpotter@cnmlaw.com

- Jeffrey Weston Shields    jshields@joneswaldo.com, sglendening@joneswaldo.com

- Bradley L. Tilt    btilt@fabianlaw.com, rmellor@fabianlaw.com

- United States Trustee    USTPRegion19.SK.ECF@usdoj.gov

- Kim R. Wilson    bankruptcy_krw@scmlaw.com

SLC_529658

W. Brian Ahern  
c/o Robert J Dale and Bradley L. Tilt  
Fabian & Clendenin  
215 South State Street Suite 1200  
Salt Lake City, UT  84111

Albert and Roxann Albiani  
c/o Robert J Dale and Bradley L. Tilt  
Fabian & Clendenin  
215 South State Street Suite 1200  
Salt Lake City, UT  84111

Gilbert Alder and Jeanette Alder  
c/o Robert J Dale and Bradley L. Tilt  
Fabian & Clendenin  
215 South State Street Suite 1200  
Salt Lake City, UT  84111

Stephen Allis  
c/o Robert J Dale and Bradley L. Tilt  
Fabian & Clendenin  
215 South State Street Suite 1200  
Salt Lake City, UT  84111

Brian D Althaver  
c/o Robert J Dale and Bradley L. Tilt  
Fabian & Clendenin  
215 South State Street Suite 1200  
Salt Lake City, UT  84111

Jonathan and Joanne Ames  
c/o Robert J Dale and Bradley L. Tilt  
Fabian & Clendenin  
215 South State Street Suite 1200  
Salt Lake City, UT  84111

Allan & Amy Anderson  
c/o Robert J Dale and Bradley L. Tilt  
Fabian & Clendenin  
215 South State Street Suite 1200  
Salt Lake City, UT  84111

James Barickman and  
Marianne Barickman  
c/o Robert J Dale and Bradley L. Tilt  
Fabian & Clendenin  
215 South State Street Suite 1200  
Salt Lake City, UT  84111

Peter Blythe  
c/o Robert J Dale and Bradley L. Tilt  
Fabian & Clendenin  
215 South State Street Suite 1200  
Salt Lake City, UT  84111

Thomas S Bradley  
c/o Robert J Dale and Bradley L. Tilt  
Fabian & Clendenin  
215 South State Street Suite 1200  
Salt Lake City, UT  84111

Lisa A Bugaski Trustee  
c/o Robert J Dale and Bradley L. Tilt  
Fabian & Clendenin  
215 South State Street Suite 1200  
Salt Lake City, UT  84111

Josh Butsch  
c/o Robert J Dale and Bradley L. Tilt  
Fabian & Clendenin  
215 South State Street Suite 1200  
Salt Lake City, UT  84111

The Barbara A Casale Revocable Trust  
c/o Robert J Dale and Bradley L. Tilt  
Fabian & Clendenin  
215 South State Street Suite 1200  
Salt Lake City, UT  84111

The Richard C Casale Revocable  
c/o Robert J Dale and Bradley L. Tilt  
Fabian & Clendenin  
215 South State Street Suite 1200  
Salt Lake City, UT  84111

Amy Casey  
c/o Robert J Dale and Bradley L. Tilt  
Fabian & Clendenin  
215 South State Street Suite 1200  
Salt Lake City, UT  84111

Castillo Trust  
c/o Robert J Dale and Bradley L. Tilt  
Fabian & Clendenin  
215 South State Street Suite 1200  
Salt Lake City, UT  84111

Chang Family Trust  
c/o Robert J Dale and Bradley L. Tilt  
Fabian & Clendenin  
215 South State Street Suite 1200  
Salt Lake City, UT  84111

Nelson Coats  
c/o Robert J Dale and Bradley L. Tilt  
Fabian & Clendenin  
215 South State Street Suite 1200  
Salt Lake City, UT  84111

Jonathan Barrett Connor  
Marie Connor  
c/o Robert J Dale and Bradley L. Tilt  
Fabian & Clendenin  
215 South State Street Suite 1200  
Salt Lake City, UT  84111

Corrado Properties  
c/o Robert J Dale and Bradley L. Tilt  
Fabian & Clendenin  
215 South State Street Suite 1200  
Salt Lake City, UT  84111

Phillip A Davidson and  
Ruth Minzer Davidson  
c/o Robert J Dale and Bradley L. Tilt  
Fabian & Clendenin  
215 South State Street Suite 1200  
Salt Lake City, UT  84111

Kenneth A and Marcie B Davis  
c/o Robert J Dale and Bradley L. Tilt  
Fabian & Clendenin  
215 South State Street Suite 1200  
Salt Lake City, UT  84111

Michael Scott Davis  
c/o Robert J Dale and Bradley L. Tilt  
Fabian & Clendenin  
215 South State Street Suite 1200  
Salt Lake City, UT  84111

Kristen M Dickey, Susan Dickey and  
Penny Bradley  
c/o Robert J Dale and Bradley L. Tilt  
Fabian & Clendenin  
215 South State Street Suite 1200  
Salt Lake City, UT  84111

Robert A & Bianka M Diorio  
c/o Robert J Dale and Bradley L. Tilt  
Fabian & Clendenin  
215 South State Street Suite 1200  
Salt Lake City, UT  84111

James I Duffield and Suzanne Duffield  
c/o Robert J Dale and Bradley L. Tilt  
Fabian & Clendenin  
215 South State Street Suite 1200  
Salt Lake City, UT  84111

Linda Marie Eide Residuary  
 Family Trust  
c/o Robert J Dale and Bradley L. Tilt  
Fabian & Clendenin  
215 South State Street Suite 1200  
Salt Lake City, UT  84111

Stephen Elrick  
c/o Robert J Dale and Bradley L. Tilt  
Fabian & Clendenin  
215 South State Street Suite 1200  
Salt Lake City, UT  84111

William S. Escudier  
c/o Robert J Dale and Bradley L. Tilt  
Fabian & Clendenin  
215 South State Street Suite 1200  
Salt Lake City, UT  84111

Fabian & Clendenin  
Attn:  Robert J Dale and Bradley L. Tilt  
215 South State Street Suite 1200  
Salt Lake City, UT  84111

Michael A. Feder
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Diana Ferguson
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Janis Jean Ferraris and
Deborah Jean Depaoli
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Joshua Fick
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Stephen N Finberg
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Dena A Fleming & Steve Chin
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

William A & Constance Fletcher Hindle
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Ruben Flores
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

George Frederick John Hill II and
Ruth Hill
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Curtis K Gardner & Patricia Gardner
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Andrew C Gilligan Jr. Karen L Gilligan
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Mark T Greenquist
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Marcia L Griffiths
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Merrick L and Rosa S Gross
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Craig Guernsey & Ann M. Guernsey
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Suzanne Harris
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Dane C Hillyard
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

John Michael Hojel Jr.
Veronica Hojel
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Hop To It Living Trust
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Brooks Hoven and Brenda Schmid
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Darren T Kavinoky and Alona Kavinoky
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

John P. Kelly and Melissa B Kelly
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Mark C Kramer Trust
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Rishi & Ashima Kumar
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Steve Lafredo
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Brian and Teri Laidlaw
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Janet & William Lamkin
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Robert Lamkin and Ray Bidenhost
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

William Lamkin and Janet W Lamkin
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Levine Holdings LLC
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Mark Litchfield and Kristin Rotter
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Lovejoy Sky Lodge
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Larry L Lozensky
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

James A Lundin
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Kevin McCarthy
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Tracy McCarthy
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Clint McClellan
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

John E McIlwaine
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Claudia McMullin
Timothy Douglas
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Joshua A Mettle
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Thomas and Julie B Millar
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Daniel S Miller DDS
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Robert A. Miller
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Frederic Monnot
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Daniel H Payne and
Vanessa I Payne
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Donald E Porteous
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Elizabeth Rad
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Charles and Vicki P. Raeburn
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Angela Rayner
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Steve Reich
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Steve Reich, Scott Coleman
  & Ashely Coleman
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Eric and Susan Rothchild
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

The Shoaf Family Trust January 16,
2002
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Matthew & Terry L Sidford
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Charles H. and Andrea E Silverman
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Robert Keith Simons
Lynn Kay Simons
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Skyboozers LLC
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Philo M Smith Jr. Trust
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Amer and Yvette Soudani
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

David L & Louise A. Stark
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

The Mark and Joann Tattersall Trust
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

TCF Holdings c/o Fred Mommot
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Tenderfoot Holdings LLC
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

C & G Velasquez Family Trust
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Stephen P. and Barbara Vermut
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Graham Wagner and Kati Irwin
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Jim & Robin Whitney
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Teresa Martha Wiss Trust
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Francine Wynn
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Kenneth Yonemura and
Grace Noda-Yonemura
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Phillip Yuan and Ruth Yuan
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Anthony Zingale and
 Teresa Meno Zingale
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111