**The below described is SIGNED.**

**Dated: March 01, 2010**

*R. Kimball Mosier*
**R. KIMBALL MOSIER**
**U.S. Bankruptcy Judge**



_____

Kenneth L. Cannon II (kcannon@djplaw.com) (3705)
Steven J. McCardell (smccardell@djplaw.com) (2144)
DURHAM JONES & PINEGAR
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT  84110-4050
Telephone:  (801) 415-3000/Fax:  (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com) (admitted pro hac vice)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY  10022
Telephone:  (212) 223-4000/Fax:  (212) 223-4134

Counsel for Debtors and Debtors in Possession

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| EASY STREET HOLDING, LLC, *et al.*, ) | Bankruptcy Case No. 09-29905 |
| ) | Jointly Administered with Cases |
| Debtors. ) | 09-29907 and 09-29908 |
| ) | |
| Address:  201 Heber Avenue ) | Chapter 11 |
|                 Park City, UT 84060 ) | |
| ) | Honorable R. Kimball Mosier |
| Tax ID Numbers: ) | |
| 35-2183713 (Easy Street Holding, LLC), ) | |
| 20-4502979 (Easy Street Partners, LLC), and ) | **[FILED ELECTRONICALLY]** |
| 84-1685764 (Easy Street Mezzanine, LLC) ) | |

**ORDER APPROVING EASY STREET PARTNERS, LLC'S EX PARTE
MOTION FOR LEAVE TO FILE AN OMNIBUS OBJECTION
AND MOTION TO TEMPORARILY ALLOW HOMEOWNERS'
CLAIMS IN A REDUCED AMOUNT FOR VOTING PURPOSES**

SLC_558557

The Court, having reviewed and considered the ex parte motion (the "Ex Parte Motion") of Easy Street Partners, LLC ("Partners"), debtor in possession, for an Order authorizing Partners to file an omnibus objection to all filed Fractional Unit Claims (as defined in the Ex Parte Motion) and an omnibus motion to temporarily allow all Fractional Unit Claims in the amount of $4,500, solely for purposes of voting in Class 5 under Partners' Amended Plan, and cause appearing for the requested relief, hereby

ORDERS:

1. The Ex Parte Motion is granted.

2. Partners is authorized to file an omnibus objection to all filed Fractional Unit Claims and an omnibus motion to temporarily allow all Fractional Unit Claims in the amount of $4,500, solely for purposes of voting in Class 5 under Partners' Amended Plan.

******END OF DOCUMENT******

2

SLC_558557