Annette Jarvis (1649)
Peggy Hunt (6060)
Benjamin J. Kotter (9592)
DORSEY & WHITNEY LLP
136 South Main Street, Suite 1000
Salt Lake City, UT 84101-1685
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
Email: jarvis.annette@dorsey.com
 hunt.peggy@dorsey.com
 kotter.benjamin@dorsey.com

Richard W. Havel (10759)
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600
Email: rhavel@sidley.com

*Attorneys for WestLB, AG*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re:<br><br>EASY STREET HOLDING, LLC, *et al.*,<br><br>Debtors.<br><br>Tax ID Numbers:<br>35-2183713 (Easy Street Holding, LLC),<br>20-4502979 (Easy Street Partners, LLC), and<br>84-1685764 (Easy Street Mezzanine, LLC) | **Bankr. Case No. 09-29905**<br><br>Jointly Administered with Bankr. Case Nos. 09-29907 and 09-29908<br><br>Chapter 11<br><br>Honorable R. Kimball Mosier |

**WESTLB, AG'S DISCOVERY CERTIFICATE OF SERVICE**

-2-

WestLB, AG, through counsel, hereby certifies that on the 3rd day of March, 2010, a true and correct copy of WestLB, AG's First Set of Document Prodcution Requests to Easy Street Partners, LLC (the "Discovery Request") was served via e-mail upon Easy Street Holding, LLC's counsel Kenneth L. Cannon (kcannon@djplaw.com) and Michel V. Blumenthal (mblumenthal@crowell.com) and via Hand-Delivery on

    Kenneth L. Cannon
    Durham Jones & Pinegar, P.C.
    111 East Broadway, Suite 900
    Salt Lake City, Utah 84110-4050

DATED this 3rd day of March, 2010.

DORSEY &WHITNEY, LLP

/s/ Benjamin J. Kotter
Annette Jarvis
Peggy Hunt
Benjamin J. Kotter

and

Richard W. Havel
SIDLEY AUSTIN LLP
  *Attorneys for WestLB, AG*