Kenneth L. Cannon II (kcannon@djplaw.com) (3705)
Steven J. McCardell (smccardell@djplaw.com) (2144)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT  84110-4050
Telephone:  (801) 415-3000/Fax:  (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com) (admitted *pro hac vice*)
Steven B. Eichel (seichel@crowell.com) (admitted *pro hac vice*)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY  10022
Telephone:  (212) 223-4000/Fax:  (212) 223-4134

Counsel for Debtors and Debtors in Possession

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | |
| EASY STREET HOLDING, LLC, *et. al.* ) | Bankruptcy Case No. 09-29905 |
| ) | Jointly Administered with Cases |
| Debtors ) | 09-29907 and 09-29908 |
| ) | |
| Address:   201 Heber Avenue ) | Chapter 11 |
| Park City, UT 84060 ) | |
| ) | Honorable R. Kimball Mosier |
| Tax ID Numbers: ) | |
| 35-2183713 (Easy Street Holding, LLC), ) | |
| 20-4502979 (Easy Street Partners, LLC), and ) | |
| 84-1685764 (Easy Street Mezzanine, LLC) ) | |
| ) | |

**ERRATA TO CLASS 4 BALLOT ON AMENDED DISCLOSURE STATEMENT
WITH RESPECT TO AMENDED PLAN OF REORGANIZATION OF
<u>EASY STREET PARTNERS, LLC DATED FEBRUARY 18, 2010</u>**

Easy Street Partners, LLC ("Partners"), hereby submits its errata to the Class 4 Ballot that

was served with the Solicitation Package on holders of general unsecured Class 4 claims in

SLC_560668.1

Partners' Chapter 11 case.  The Class 4 Ballot that was circulated to holders of Class 4 claims contained a description of options 1 and 2 under proposed treatment of Class 4 claims under the Amended Plan of Reorganization of Easy Street Partners, LLC Dated February 18, 2010 (the "Plan") that had not been updated with modifications to the Plan.  Partners prepared a Corrected Ballot with the updated treatment options and served it with a notice of the replacement Corrected Ballot.  Copies of the Notice and of the Corrected Ballot as served on Class 4 Claimants on March 3, 2010, are attached.

DATED this 4th day of March, 2010.

DURHAM JONES & PINEGAR, P.C.

By: /s/ Kenneth L. Cannon II
Kenneth L. Cannon II (kcannon@djplaw.com)(3705)
Steven J. McCardell (smccardell@djplaw.com)(2144)
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT 84111-4050
Telephone: (801) 415-3000
Facsimile: (801) 415-3500

and

CROWELL & MORING LLP
Michael V. Blumenthal (mblumenthal@crowell.com)
(admitted pro hac vice)
Steven B. Eichel (sdeichel@crowell.com)
(admitted pro hac vice)
590 Madison Avenue, 20th Floor
New York, NY  10022
Telephone: (212) 223-4000
Facsimile: (212) 223-4134

Counsel for Debtors and Debtors in Possession

NYIWDMS: 11484763_2

## NOTICE

Dear Class 4 Unsecured Creditor of Easy Street Partners, LLC:

On February 26, 2010, you were mailed a "Solicitation Package" from Easy Street Partners, LLC ("Partners") with respect to voting on the Amended Plan of Reorganization of Easy Street Partners, LLC dated February 18, 2010 (the "Plan"). The Solicitation Package consists of the following documents:

(1) the Notice of Hearing on Confirmation of Plan and Related Deadlines;

(2) the Order (A) Approving Disclosure Statement With Respect To Amended Plan Of Reorganization Of Easy Street Partners, LLC, Dated February 18, 2010 (B) Establishing A Record Date, (C) Approving Solicitation Procedures, (D) Approving Forms Of Ballots And Voting Procedures, and (E) Approving Notice and Scheduling Confirmation Hearing;

(3) the Court-approved Amended Disclosure Statement With Respect to Amended Plan of Reorganization of Easy Street Partners, LLC dated February 18, 2010 (the "Disclosure Statement")

(4) the Plan, which was attached to the Disclosure Statement as Exhibit 1; and

(4) the blue Class 4 ballot on which to register your vote on the Plan.

The Class 4 ballot you received permits you to accept or reject the Plan and also to accept Option 1 or Option 2 for treatment of your claim. The Plan contained updated, improved options, but the ballot sent with the Solicitation Package did not reflect these updated, improved options.

By this mail, you are receiving by this mailing a <u>corrected</u> ballot, which is bright pink, which lists the updated improved options for treatment of your claim against Partners. Please review the Corrected Ballot, mark your vote and your election of Option 1 or 2, and return it as instructed in the voting instructions attached to the corrected ballot. You should discard the original blue ballot you received and use the attached bright pink ballot.

If you have any questions, please feel free to call or email co-counsel for Partners, Kenneth L. Cannon II, Durham Jones & Pinegar, (801) 297-1201, kcannon@djplaw.com, or counsel for the Official Unsecured Creditors' Committee, Lon A. Jenkins, Jones Waldo Holbrook & McDonough, (801) 534-7290, lajenkins@joneswaldo.com

SLC_560510.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>EASY STREET HOLDING, LLC, *et. al.*<br><br>Debtors<br><br>Address:   201 Heber Avenue<br>            Park City, UT 84060<br><br>Tax ID Numbers:<br>35-2183713 (Easy Street Holding, LLC),<br>20-4502979 (Easy Street Partners, LLC), and<br>84-1685764 (Easy Street Mezzanine, LLC) | Bankruptcy Case No. 09-29905<br>Jointly Administered with Cases<br>09-29907 and 09-29908<br>(This ballot relates only to Case No. 09-29907 –<br>Easy Street Partners, LLC)<br><br>Chapter 11<br><br>Honorable R. Kimball Mosier |

**CORRECTED BALLOT FOR ACCEPTING OR REJECTING THE AMENDED PLAN OF
REORGANIZATION OF EASY STREET PARTNERS, LLC**

Class 4 — General Unsecured Claims

**THIS CORRECTED BALLOT REPLACES THE BALLOT THAT WAS SENT TO YOU
WITH THE SOLICITATION PACKAGE ON FEBRUARY 26, 2010, WHICH INCLUDED
AN INCORRECT SUMMARY OF THE TREATMENT OF GENERAL UNSECURED CLAIMS
UNDER OPTIONS 1 AND 2 LISTED ON THE NEXT PAGE**

**PLEASE DISCARD THE BLUE BALLOT YOU RECEIVED WITH THE SOLICITATION
PACKAGE AND COMPLETE AND RETURN THIS CORRECTED BRIGHT PINK BALLOT**

PLEASE READ AND FOLLOW THE ENCLOSED VOTING INSTRUCTIONS
CAREFULLY BEFORE COMPLETING THE BALLOT.

PLEASE CHECK THE APPROPRIATE BOX BELOW TO INDICATE YOUR
ACCEPTANCE OR REJECTION OF EASY STREET PARTNERS, LLC'S AMENDED PLAN.

PLEASE CHECK THE APPROPRIATE BOX BELOW IN ITEM 3 TO INDICATE YOUR
ELECTION FOR OPTION 1 OR OPTION 2. IF YOU FAIL TO ELECT EITHER
OPTION 1 OR OPTION 2, THEN YOU SHALL BE DEEMED TO HAVE ELECTED OPTION 1.

YOUR VOTE MUST BE RECEIVED BY CROWELL & MORING, LLP 590 MADISON AVENUE, NEW YORK,
NY 10022, ATTN: MICHAEL V. BLUMENTHAL ("DEBTOR'S COUNSEL" OR "VOTING AGENT") BY
4:30 PM MOUNTAIN TIME, ON OR BEFORE MARCH 22, 2010 (THE "VOTING DEADLINE"),
UNLESS THE DEBTOR, IN ITS SOLE AND ABSOLUTE DISCRETION, OR THE COURT EXTENDS
OR WAIVES THE PERIOD DURING WHICH VOTES WILL BE ACCEPTED BY THE DEBTOR,
IN WHICH CASE THE TERM "VOTING DEADLINE" FOR SUCH SOLICITATION SHALL MEAN
THE LAST TIME AND DATE TO WHICH SUCH SOLICITATION IS EXTENDED.

This Ballot may not be used for any purpose other than for casting votes to accept or reject the Amended Plan of Reorganization of Easy Street Partners, LLC (the "Plan"). All capitalized terms used in this Ballot or Voting Instructions (attached hereto) but not otherwise defined herein shall have the same meaning ascribed to them in the Order (A) Approving Amended Disclosure Statement with Respect to Amended Plan of Reorganization of Easy Street Partners, LLC, Dated February 18, 2010 (B) Establishing a Record Date, (C) Approving Solicitation Procedures, (D) Approving Forms Of Ballots And Voting Procedures, and (E) Approving Notice and Scheduling Confirmation Hearing.

NYIWDMS: 11482459_1

**Item 1.  Amount and Type of Claim**

The undersigned is the holder of a Class 4 Claim in the Aggregate outstanding amount of $_____.

**Item 2.  Class 4 Vote**

The holder of the Class 4 Claim set forth in Item 1 votes (please check one):

☐   To Accept the Plan                    ☐   To Reject the Plan

**Item 3.  Election**

In full and complete satisfaction, settlement and release of and in exchange for its Class 4 Claim, the holder of the Class 4 Claim set forth in Item 1 elects:

☐   **Option 1.**
The holder of the Class 4 Claim shall receive payment of 100% of their Allowed Claim in equal quarterly payments, with the first payment due on October 15, 2010.  Successive quarterly payments shall be on January 15th, April 15th and July 15th with the last payment July 15, 2013, which is approximately 3.5 years from the Effective Date.  Additionally, holders of Class 4 Claims will receive 6% simple interest on the outstanding balance owed on each Class 4 Claim, to the extent that there are funds available in the Mezzanine Escrow (as defined in the Plan) as of July 15, 2013 to pay such interest.  See Plan at § 5.4.

☐   **Option 2.**
The holder of the Allowed Class 4 Claim shall receive payment of a discounted amount equal to 60% of their Allowed Claim on the thirtieth (30th) day after the Effective Date.

**Item 4.  Certifications**

By signing this Ballot, the undersigned certifies to the Bankruptcy Court and Easy Street Partners, LLC that:

(a)   either (i) such person or entity is the beneficial interest holder of the Claim(s) being voted or (ii) such person or entity is an authorized signatory for some person or entity which is the beneficial interest holder of the Claim(s) being voted;

(b)   such person or entity (or in the case of an authorized signatory, the beneficial interest holder) has received a copy of the Disclosure Statement and Solicitation Package and will acknowledge that the solicitation is being made pursuant to the terms and conditions set forth therein;

(c)   no other Ballots with respect to the amount of the Claims identified in Item 1 have been cast or, if other Ballots have been cast with respect to such Claim(s), such earlier Ballots are hereby revoked; and

(d)   such person or entity (or in the case of an authorized signatory, the beneficial interest holder) shall be treated as the record holder of such Claim(s) for purposes of voting on the Plan.

Dated:_____

Name of Voter:_____
(Print or Type)

Signature:_____

By:_____
(If Appropriate)

Title:_____
(If Appropriate)

**PLEASE COMPLETE, SIGN AND DATE THE BALLOT AND RETURN IT PROMPTLY.
YOUR BALLOT MUST BE RECEIVED BY:**

Crowell & Moring LLP
590 Madison Avenue, 20th FL
New York, New York 10022
Attn:  Michael V. Blumenthal

**BY 4:30 P.M. MOUNTAIN TIME ON OR
BEFORE MARCH 22, 2010 OR YOUR BALLOT WILL NOT BE COUNTED**

NYIWDMS: 11482459_1

**VOTING INSTRUCTIONS**

1. Easy Street Partners, LLC (the "Debtor") is soliciting the votes of holders of Claims with respect to the Plan referred to in the Disclosure Statement. All capitalized terms used in the Ballot or these Voting Instructions but not otherwise defined therein shall have the same meaning ascribed them in the the Order (A) Approving Amended Disclosure Statement with Respect to Amended Plan of Reorganization of Easy Street Partners, LLC, Dated February 18, 2010 (B) Establishing a Record Date, (C) Approving Solicitation Procedures, (D) Approving Forms Of Ballots And Voting Procedures, and (E) Approving Notice and Scheduling Confirmation Hearing.

2. The Plan can be confirmed by the Bankruptcy Court, and therefore made binding upon you, if it is accepted by holders of two-thirds in amount and more than one-half in number of debt claims who vote in each impaired class voting on the Plan. Please review the Disclosure Statement for more information. Prior to a distribution, the creditor's Tax ID Number or Social Security Number must be presented to the Debtor and its counsel in order to receive a distribution.

3. To ensure that your vote is counted, you must (a) complete the Ballot, (b) indicate your decision to accept or reject the Plan in the boxes provided in Item 2 of the Ballot, (c) indicate your election of treatment in the boxes provided in Item 3 of the Ballot, and (d) sign and return the Ballot to the address set forth therein. **Your vote must be received by Debtor's counsel by 4:30 p.m. Mountain Time on or before March 22, 2010 (the "Voting Deadline").**

4. If a Ballot is received after the Voting Deadline, it will not be counted. The method of delivery of Ballots to be sent to Debtor's counsel is at the election and risk of each holder of a Claim. Except as otherwise provided herein, such delivery will be deemed made only when the original executed Ballot is actually received by Debtor's counsel. Instead of effecting delivery by mail, it recommended, though not required, that such holders use an overnight or hand delivery service. In all cases, sufficient time should be allowed to assure timely delivery. No Ballot should be sent to the Debtor.

5. If multiple Ballots are received from an individual holder of Claim(s) with respect to the same Claim(s) prior to the Voting Deadline, the last Ballot timely received will supersede and revoke any earlier-received Ballot.

6. The Ballot is not a letter of transmittal and may not be used for any purpose other than to vote to accept or reject the Plan and to determine the alleged amount of a holder's claim.

7. This Ballot does not constitute, and shall not be deemed to be, a proof of claim or equity interest or an assertion or admission of a claim or equity interest.

8. Please be sure to sign and date your Ballot. If you are completing the Ballot on behalf of an entity, indicate your relationship with such entity and the capacity in which you are signing. In addition, please provide your name and mailing address if different from that set forth on the attached mailing label or if no such mailing label is attached to the Ballot.

9. If you hold Claims in more than one class under the Plan, you may receive more than one Ballot. Each Ballot votes only the claims indicated on Ballot. Please complete and return each Ballot you received.

10. You must vote all of your claims within a particular class of the Plan either to accept or reject the Plan and may not split your vote. Accordingly, a Ballot that partially rejects and partially accepts the Plan will not be counted.

11. Any Ballot that is properly completed, executed and timely returned to Debtor's counsel but that does not indicate acceptance or rejection of the Plan, or indicates both acceptance and rejection of the Plan, may be deemed to be a vote to accept the Plan.

12. The following Ballots will not be counted in determining the acceptance or rejection of the Plan: (a) any Ballot that is illegible or contains insufficient information to permit the identification of the creditor or otherwise indicate an acceptance or rejection of the Plan; (b) any Ballot cast by a person or entity that does not hold a claim in a class that is entitled to vote on the Plan; (c) any Ballot cast for a claim scheduled as unliquidated, contingent or disputed for which no proof of claim was timely filed or an order of estimation or allowance by the Bankruptcy Code and (d) any unsigned Ballot and (e) any Ballot cast in bad faith as may be determined by the Bankruptcy Court.