Kenneth L. Cannon II (kcannon@djplaw.com) (3705)
Steven J. McCardell (smccardell@djplaw.com) (2144)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT  84110-4050
Telephone:  (801) 415-3000/Fax:  (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com) (admitted *pro hac vice*)
Steven B. Eichel (seichel@crowell.com) (admitted *pro hac vice*)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY  10022
Telephone:  (212) 223-4000/Fax:  (212) 223-4134

Counsel for Debtors and Debtors in Possession

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | |
| EASY STREET HOLDING, LLC, *et. al*. ) | Bankruptcy Case No. 09-29905 |
| ) | Jointly Administered with Cases |
| Debtors ) | 09-29907 and 09-29908 |
| ) | |
| Address:   201 Heber Avenue ) | Chapter 11 |
|                 Park City, UT 84060 ) | |
| ) | Honorable R. Kimball Mosier |
| Tax ID Numbers: ) | |
| 35-2183713 (Easy Street Holding, LLC), ) | |
| 20-4502979 (Easy Street Partners, LLC), and ) | |
| 84-1685764 (Easy Street Mezzanine, LLC) ) | |
| ) | |

**CERTIFICATE OF SERVICE FOR NOTICE AND CORRECTED CLASS 4 BALLOT
ON AMENDED DISCLOSURE STATEMENT WITH RESPECT TO
AMENDED PLAN OF REORGANIZATION OF
<u>EASY STREET PARTNERS, LLC DATED FEBRUARY 18, 2010</u>**

SLC_562627.1

I hereby certify that on the 3rd day of March, 2010, I caused to be served a Notice and the Corrected Class 4 Ballot on Amended Disclosure Statement with Respect to Amended Plan of Reorganization of Easy Street Partners, LLC Dated February 18, 2010 via first-class mail, postage prepaid on the attached list of holders of general unsecured Class 4 claims in Partners' Chapter 11 case.   Copies of the Notice and Corrected Class 4 Ballot served on these parties are attached to the Errata to Class 4 Ballot on Amended Disclosure Statement with Respect to Amended Plan of Reorganization of Easy Street Partners, LLC Dated February 18, 2010 filed herewith.

DATED this 4th day of March, 2010.

          DURHAM JONES & PINEGAR, P.C.

By:   /s/  Kenneth L. Cannon II
Kenneth L. Cannon II (kcannon@djplaw.com)(3705)
Steven J. McCardell (smccardell@djplaw.com)(2144)
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT 84111-4050
Telephone:  (801) 415-3000
Facsimile:  (801) 415-3500

And

CROWELL & MORING LLP
Michael V. Blumenthal (mblumenthal@crowell.com)
(admitted pro hac vice)
Steven B. Eichel (sdeichel@crowell.com)
(admitted pro hac vice)
590 Madison Avenue, 20th Floor
New York, NY  10022
Telephone:  (212) 223-4000
Facsimile:  (212) 223-4134

Counsel for Debtors and Debtors in Possession

| | | |
|---|---|---|
| A.W. Marshall Company<br>P O Box 16127<br>Salt Lake City, UT  84116-0127 | ACME Thread Ware<br>6436 N Business Park Loop Rd.<br>Park City, UT  84098-6233 | ADT Security Services Inc<br>P O Box 371956<br>Pittsburgh, PA  15250-7956 |
| AT&T Mobility<br>P O Box 6463<br>Carol Stream, IL  60197-6463 | ATIV Corporation<br>722 Nardo Rd<br>Encinitas, CA  92024 | Air Filter Sales & Service Inc<br>255 West 2950 South<br>Salt Lake City, UT  84115-3443 |
| Alpine Adventures<br>3020 North Federal Highway # 10<br>Fort Lauderdale, FL  33306-1451 | Alsco<br>P O Box 25717<br>Salt Lake City, UT 84125-0717 | American Express Travel<br>2421 West Peoria Avenue<br>Phoenix, AZ  85029-4939 |
| American Express Travel Relate<br>2840 South 123rd Court<br>Omaha, NE  68144 | American Ski & Board Association<br>686 NW York<br>Bend, OR  97701 | American Hotel Register CO<br>16458 Collections Center Drive<br>Chicago, IL  60693-0001 |
| Appliance Sales & Service<br>P O Box 670<br>55 E Center St., Suite 140<br>Heber City, UT  84032-1946 | Baker Tile Co<br>1434 West 8040 South<br>West Jordan, UT 84088-9459 | Bank Living Trust<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 |
| Bellows Glass<br>76 West 200 South<br>Heber City, UT 84032-2005 | Bevco2<br>651 West 600 South<br>Salt Lake City, UT  84104-1015 | Scott Boberek<br>P O Box 680514<br>Park City, UT  84068 |
| Business Technology Consulting<br>Rob Stevenson<br>957 East 1300 South<br>Salt Lake City, UT  84105 | CBIZ Accounting<br>175 S West Temple, Suite 650<br>Salt Lake City, UT  84111 | CRC Design<br>298 South Center<br>Midway, UT  84049 |
| Cameron & Associates<br>P O Box 5<br>Orem, UT  84059 | CloudNine Resorts – Sky Lodge Dev<br>c/o Kim R. Wilson<br>Snow Christensen & Martineau<br>P O Box 45000<br>Salt Lake City, UT  84145-5000 | CloudNine Resorts – Sky Lodge Mgmt<br>c/o Kim R. Wilson<br>Snow Christensen & Martineau<br>P O Box 45000<br>Salt Lake City, UT  84145-5000 |
| CloudNine Resorts SL Development<br>Attn:  Bill Shoaf<br>P O Box 683300<br>Park City, UT 84068-3300 | CloudNine Resorts SL Management<br>Attn:  Bill Shoaf<br>P O Box 683300<br>Park City, UT 84068-3300 | Curb It Recycling<br>P O Box 681397<br>Park City, UT 84068-1397 |
| Cushman & Wakefield<br>50 Broad Street<br>New York, NY 10004-2307 | Dex West<br>P O Box 79167<br>Phoenix, AZ  85062-9167 | Diamond Rental<br>4518 South 500 West<br>Salt Lake City, UT 84123-3694 |

| | | |
|---|---|---|
| EM Systems<br>P O Box 540783<br>North Salt Lake, UT  84054-0783 | Ecolab<br>P O Box 100512<br>Pasadena, CA  91189-0512 | Ecolab Pest Elim. Div<br>P O Box 6007<br>Grand Forks, ND  58206-6007 |
| Elliott Workgroup LLC<br>Attn:  Craig Elliott<br>P O Box 3419<br>Park City, UT  84060-3419 | WestLB AG<br>c/o William D. Ellis<br>Sidley Austin LLP<br>555 West Fifth Street<br>Los Angeles, CA  90013 | Five 9's Communication<br>P O Box 348<br>Roy, UT  84067-0348 |
| Fog River Fisheries<br>9554 Wells Circle, Suite A<br>West Jordan, UT  84081 | Frank Rimerman & Co. LLP<br>60 South Market Street<br>San Jose, CA  95113-2351 | G.M. Collin Skin Care Inc.<br>613 State Route 3, Suite 100<br>Plattsburgh, NY  12901 |
| Gateway Center, LLC<br>c/o Vectra Management Group<br>424 West 33rd Street, Suite 540<br>New York, NY  10001-2641 | Gentry Finance<br>386 South State Street<br>Orem, UT  84058-5424 | Get Fresh<br>1548 18th Street<br>Santa Monica, CA  90404 |
| Goodrich & Thomas, CPAs<br>3200 Park Center Drive Suite 1170<br>Costa Mesa, CA  92626-7153 | Gunthers Comfort Air<br>c/o Jeffrey L. Shields<br>Callister Nebeker & McCullough<br>10 East South Temple, Suite 900<br>Salt Lake City, UT  84133-1101 | HD Supply Facilities Maintenance<br>P O Box 509058<br>San Diego, CA  92150-9058 |
| HY-KO Supply Co.<br>1980 West Industrial Cir<br>P O Box 26116<br>Salt Lake City, UT  84126 | William A & Constance F Hindle<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 | Home Depot Credit Services<br>P O Box 6031<br>The Lakes, NV  88901-6031 |
| Hood Cleaners of Utah<br>P O Box 342<br>Riverton, UT 84065-0342 | Hotel Amenities Resources LLC<br>2000 Van Ness Avenue Suite 801<br>San Francisco, CA  94109-3023 | Intermountain Drug Testing<br>PO Box 9800<br>Salt Lake City, UT  84109-9800 |
| Jacobsen National Group, Inc.<br>c/o Michael R. Johnson, Esq.<br>Ray Quinney & Nebeker<br>36 South State Street, Suite 1400<br>Salt Lake City, UT  84111-1451 | Catherine Johnson<br>3182 Creek Road<br>Park City, UT  84098 | Klehr, Branzburg & Ellers LLP<br>Attn:  William A. Harvey<br>260 South Broad St.<br>Philadelphia, PA 19102-5021 |
| Les Olson Company<br>P O Box 65598<br>Salt Lake City, UT  84165-0598 | Liquor Leasing & Service, L.C.<br>9283 South Jean Drive<br>Sandy, UT  84070-6254 | Living Creations Inc<br>2163 E Lambourne Ave<br>Salt Lake City, UT  84109-2454 |
| Luxury Residence Group<br>Attn:  Carrie Shoaf<br>693 Main Street<br>P O Box 1225<br>Park City, UT  84060 | Mascioni Hospitality, Inc.<br>915 Broadway, Suite 1909<br>New York, NY  10010 | McGladrey and Pullin<br>Attn: Jan Riend<br>One South Wacker Drive, Suite 800<br>Chicago, IL  60606-4650 |

| | | |
|---|---|---|
| Media One of Utah<br>4770 South 5600 West<br>West Valley City, UT  84170-4005 | Merrit & Harris<br>301 E Glenoaks Blvd. Suite 4<br>Glendale CA 91207-2115 | Millcreek Consulting<br>Attn:  Steve Brown<br>3017 E Kempner Rd.<br>Salt Lake City UT  84109-3654 |
| Stephen Monticone<br>592 North 200 West<br>Heber City, UT  84032 | Muir Copper Canyon Farms<br>PO Box 26775<br>Salt Lake City, UT 84126-0775 | Nicholas & Company, Inc.<br>P O Box 45005<br>Salt Lake City, UT  84145-0005 |
| Night Vision Landscape Light<br>2859 West 7550 South<br>West Jordan, UT  84084-3712 | Pacific Seafood - Utah<br>P O Box 97<br>Clackmas, OR  97015-0097 | Park Avenue Travel<br>11 Park Avenue<br>Swarthmore, PA  19081 |
| Park City Surveying<br>P O Box 682993<br>Park City, UT  84068-2993 | Philo Smith<br>684 Glenneyre Street<br>Laguna Beach, CA  92651-2420 | Park City Auto Parts/Hardware<br>P O Box 244<br>Heber City, UT  84032-0244 |
| Park City Chamber Bureau<br>P O Box 1630<br>Park City, UT  84060 | Park City Lock & Key<br>3946 North Last Run Drive<br>Park City, UT  84098 | Park City Municipal Corp.<br>PO Box 1480<br>Park City, UT 84060-1480 |
| Park City WinElectric<br>PO Box 681729<br>Park City, UT  84068-1729 | Patricia Wagner<br>P O Box 680322<br>Park City, UT  84068-0322 | PayChex Human Resources Services<br>P O Box 29769<br>New York, NY  10087-9769 |
| Peak Mobile Communications<br>4910 South Warehouse Road<br>Salt Lake City, UT  84118-6354 | Peets Coffee & Tea<br>P O Box 12509<br>Berkeley, CA  94712-3509 | Pitney Bowes<br>P O Box 856390<br>Louisville, KY  40285-6390 |
| Porter Paint<br>1268 South 500 West<br>Salt Lake City, UT  84101-3019 | Qwest Corp.<br>Attn:  Jane Frey<br>1801 California Street, Room 900<br>Denver, CO  80202-2658 | Qwest Communications Company<br>Attn:  Jane Frey<br>1801 California Street, Room 900<br>Denver, CO  80202-2658 |
| Renegade Oil Inc<br>1141 South 3200 West<br>Salt Lake City, UT  84104-4562 | Revco Leasing<br>P O Box 65598<br>Salt Lake City, UT  84165-0598 | Rimmerman<br>One Embarcadero Center, Suite 2410<br>San Francisco, CA  94111-3737 |
| RussWoods LLC<br>5148 Silver Springs Road<br>Park City, UT 84098-6034 | Safeguard<br>P O Box 5<br>Orem, UT  84059 | Schindler Elevator Corporation<br>P O Box 93050<br>Chicago, IL  60630 |

Scott James Jewelry
32 South Main Street
Heber City, UT  84032

Shaner Design, Inc.
Attn:  Tom Shaner
614 Main Street, Suite 404
PO Box 4560
Park City, UT 84060-4560

William Shoaf
4780 Winchester Court
Park City, UT 84098-7528

Shoes For Crews, LLC
File LockBox 51151
Los Angeles, CA 90074-1151

Siemens Building Technologies, Inc.
9707 Sandy Parkway
Sandy, UT  84070-2500

Small Luxury Hotels
2nd Floor-Grantham House
North Street Leatherhead
Surrey KT22 7AZ
GREAT BRITAIN

Squire
Attn:  Ray Chipman
1329 South 800 East
Orem, UT 84097-7700

Staples Credit Plan
Dept 51-7861136819
PO Box 689020
Des Moines, IA  50368-9020

Step Saver Inc.
1901 West 2425 South
Wood Cross, UT  84087-2463

Stone Ground Bakery
P O Box 581078
Salt Lake City, UT  84158-1078

Sugar House Awning
7526 South State Street
Midvale, UT  84047

Summit Business Services
Attn:  Chipper Leonard
4130 Hilltop Court
Park City, UT 84098-4715

Swire Coca-Cola USA
P O Box 1410
Draper, UT  84020-1410

Sysco Intermountain Food Services, Inc.
c/o David W. Overholt
Richer & Overholt, PC
901 West Baxter Drive
South Jordan, UT  84095-8687

Target Labels & Packaging
40 West 3800 North
Hyde Park, UT 84318-4114

The Aspen Times
Colorado Mountains News Media
P O Box 540
Gypsum, CO  81637

The Park Record
P O Box 3688
Park City, UT  84060

USA Today
P O Box 79782
Baltimore, MD  21279-0782

Union Square Home Owners Association
PO Box 683300
Park City UT 84068-3300

Universal Companies
18260 Oak Park Drive
Abingdon, VA  24210

Utah Fire Equipment
152 West 1700 South
Salt Lake City, UT  84134

Virtuoso, Ltd.
c/o R. Jason Pierce
Bourland, Wall & Wenzel, P.C.
301 Commerce Street, Suite 1500
Fort Worth, TX  76102

Wasatch Audio-Visual
PO Box 770 PMB282
Park City, UT  84060-0770

Wasatch Meats
926 South Jefferson Street
Salt Lake City, UT  84101-2983

Water Images
P O Box 571393
Murray, UT 84157-1393

Water Reclamation District
2800 Homestead Rd
Park City, UT 84098-4869

Alfred M. Wesser
2353 South Waldby Avenue
Fresno, CA  93725

Wells Fargo Equipment Finance
733 Marquette Avenue Suite 700
Minneapolis, MN 55402-2316

Whitney Advertising & Design
6410 N Business Park Loop Rd
Suite H
Park City, UT  84098-6212

David L. Wickline
c/o Kim R. Wilson
Snow Christensen & Martineau
P O Box 45000
Salt Lake City, UT  84145-5000

| | | |
|---|---|---|
| Acme Holdings LLC<br>Sean Raiton<br>PO Box 681373<br>Park City, UT  84068 | Emily and John Hill<br>2939 Silk Oak Avenue<br>Thousand Oaks, CA 91362 | Joy and Leon Dreimann<br>1285 Loch Lane<br>Lake Forest, IL 60045 |
| Kevin Borg<br>2167 East 6595 South<br>Salt Lake City, UT 84121 | Michael Pardo<br>513 Scrimshaw Way<br>Severna Park, MD 21146-1424 | Sarah Betsy Bacon<br>2952 Arabian Drive<br>Park City, UT 84060 |