Annette Jarvis (1649)
Peggy Hunt (6060)
Benjamin J. Kotter (9592)
DORSEY & WHITNEY LLP
136 South Main Street, Suite 1000
Salt Lake City, UT  84101-1685
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
Email: jarvis.annette@dorsey.com
Email: hunt.peggy@dorsey.com
Email: kotter.benjamin@dorsey.com

Richard W. Havel  (10759)
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA  90013-1010
Telephone:  (213) 896-6000
Facsimile:  (213) 896-6600
Email: rhavel@sidley.com

*Attorneys for WestLB, AG*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | |
| EASY STREET HOLDING, LLC, *et al.*, ) | Bankruptcy Case No. 09-29905 |
| ) | Jointly Administered with Cases |
| Debtors. ) | 09-29907 and 09-29908 |
| ) | |
| Address:  201 Heber Avenue ) | Chapter 11 |
| Park City, UT 84060 ) | |
| ) | **[ELECTRONICALLY FILED]** |
| Tax ID Numbers: ) | |
| 35-2183713 (Easy Street Holding, LLC), ) | |
| 20-4502979 (Easy Street Partners, LLC), and ) | |
| 84-1685764 (Easy Street Mezzanine, LLC) ) | |
| ) | |

**RESERVATION OF RIGHTS OF WESTLB, AG TO
FIRST INTERIM FEE APPLICATIONS OF PROFESSIONALS**

WestLB, AG, a secured creditor in the above-captioned case and as agent under a Senior Loan Agreement ("WestLB"),[1] by and through its counsel, hereby makes this reservation of rights (this "Reservation of Rights") to Wrona Law Firm, P.C. ("Wrona Law"), Jones Waldo Holbrook & McDonough, PC ("Jones Waldo"), Crowell & Moring LLP ("C&M"), Appraisal

---

[1] Any capitalized terms not defined herein shall have the definitions set forth in the Loan Documents.

1

Group, Inc. ("AGI") and Durham Jones & Pinegar ("DJP", collectively with Wrona Law, Jones Waldo, C&M, and AGI, the "Professionals ") first interim fee applications (the "Interim Fee Applications"). In support hereof, WestLB represents as follows:

1. On December 15, 2009, this Court entered an Order Approving Motion and Establishing Monthly Fee and Expense Reimbursement Procedures [Docket No. 217] ("Fee Order") approving the motion filed by Easy Street Partners, LLC ("Partners"), Easy Street Mezzanine, LLC ("Mezzanine"), and Easy Street Holding, LLC ("Holding", collectively with Partners and Mezzanine, the "Debtors").

2. Pursuant to the Fee Order, this Court approved monthly interim compensation and reimbursement of persons or entities currently retained or who may be retained in the future by the Debtors or the Official Committee of Unsecured Creditors (the "Committee"), except for the co-manager BDRC 4Site, LLC and the consultant, Gemstone Hotels and Resorts, LLC, who are paid monthly outside the procedures approved by the Fee Order. Further to the Fee Order, the Professionals were required to file Interim Fee Applications seeking compensation for any preceding 120-day period. This Court will hold a hearing on the Professionals' Interim Fee Applications on March 16, 2010.

3. Because fees can best be reviewed at the end of the case in light of results achieved and completion of tasks, for purposes of efficiency WestLB is not presently asserting potential objections. The fees are being considered and allowed only on an interim basis, and as such, any such fees should be subject to full review and consideration at the time of final allowance. Any amounts allowed or paid on an interim basis are received subject to further order of the court. WestLB reserves the right to object to any portion of the Professionals Interim Fee Applications and such reservation of the right to object shall not be construed as a waiver of such right.

2

WHEREFORE, for the reasons stated herein, WestLB makes a reservation of rights to the Debtors' Professionals' Interim Fee Applications.

Dated this 8th day of March, 2010.

DORSEY & WHITNEY, LLP

*/s/ Benjamin J. Kotter*
Annette Jarvis
Peggy M. Hunt
Benjamin J. Kotter

*and*

Richard W. Havel
SIDLEY AUSTIN LLP
*Attorneys for WestLB, AG*

3