Jeffrey W. Shields (USB #2948)
Lon A. Jenkins (USB #4060)
Troy J. Aramburu (USB #10444)
**JONES WALDO HOLBROOK & McDONOUGH, PC**
170 South Main Street, Suite 1500
Salt Lake City, Utah  84101
Telephone:  (801) 521-3200
Email:  jshields@joneswaldo.com
lajenkins@joneswaldo.com
taramburu@joneswaldo.com

*Counsel to Unsecured Creditors' Committee*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH

| | | |
|---|---|---|
| In re: | : | Bankruptcy No.09-29905 |
| **EASY STREET HOLDING, LLC et al.,** | : | (Jointly Administered with Cases |
| Debtor. | : | 09-29907 and09-29908) |
| | : | Chapter 11 |
| | : | Honorable R. Kimball Mosier |
| | : | **CERTIFICATE OF SERVICE** |

I hereby certify that on March 8, 2010 I caused to be served a true and correct copy of the *Objection and Reservation of Rights of Unsecured Creditors' Committee to First Application of Crowell & Moring LLP for Interim Compensation and Reimbursement Pursuant to 11 §§ 330 and 331 as Attorneys for Debtors in Possession and Reservation of Rights with Respect to First Applications for Interim Compensation for Other Professionals Employed by the Debtors* upon the following parties in the manner indicated below:

**Email Notification**:

- Kenneth L. Cannon    kcannon@djplaw.com

- Joseph E. Wrona   wrona@wasatchlaw.com

- Corbin B. Gordon   corbingordon@yahoo.com

- Richard W. Havel   RHavel@sidley.com

- Michael V. Blumenthal   mblumenthal@crowell.com

**First class mail**, postage prepaid upon the following:

Joseph E. Wrona
Wrona Law Firm
1745 Sidewinder Drive
Park City, UT 84060

Corbin B. Gordon
Corbin B. Gordon, P.C.
345 West 600 South, Suite 108
Heber City, UT 84032

WesLB, AG
Richard W. Havel
Sidley Austin LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013

Dated March 9, 2010

                    **JONES WALDO HOLBROOK & McDONOUGH, PC**

                    By:___/s/ Lon A. Jenkins_____
                        Jeffrey W. Shields
                        Lon A. Jenkins
                        Troy J. Aramburu

                    *Counsel to Unsecured Creditors' Committee*