Annette Jarvis (1649)
Peggy Hunt (6060)
Benjamin J. Kotter (9592)
DORSEY & WHITNEY LLP
136 South Main Street, Suite 1000
Salt Lake City, UT 84101-1685
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
Email: jarvis.annette@dorsey.com
    hunt.peggy@dorsey.com
    kotter.benjamin@dorsey.com

Richard W. Havel (10759)
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600
Email: rhavel@sidley.com

*Attorneys for WestLB, AG*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re:<br><br>EASY STREET HOLDING, LLC, *et al.*,<br><br>Debtors.<br><br>Tax ID Numbers:<br>35-2183713 (Easy Street Holding, LLC),<br>20-4502979 (Easy Street Partners, LLC), and<br>84-1685764 (Easy Street Mezzanine, LLC) | **Bankr. Case No. 09-29905**<br><br>Jointly Administered with Bankr. Case Nos. 09-29907 and 09-29908<br><br>Chapter 11<br><br>Honorable R. Kimball Mosier |

**NOTICE OF AMENDED RESPONSE DEADLINE TO
WESTLB, AG'S FIRST SET OF DOCUMENT PRODUCTION
REQUESTS TO EASY STREET PARTNERS, LLC**

On March 3, 2010, pursuant to Rule 26 and 34 of the Federal Rules of Civil Procedure and Rule 7026, 7034 and 9014(c) of the Federal Rules of Bankruptcy Procedure, WestLB, AG, by and through its counsel, served its First Set of Document Production Requests to Easy Street Partners, LLC ( the "Discovery Request"), which were to be answered by East Street Partners, LLC ("Easy Street") as soon as possible, but in any event by no later than 3:00 p.m. on Wednesday, March 10, 2010.  **Notice is hereby given that the response deadline to the Discovery Request has been extended to 3:00 p.m. (Mountain Standard Time) on Wednesday, March 17, 2010.**

    DATED this 10th day of March, 2010.

              DORSEY &WHITNEY, LLP

                */s/ Benjamin J. Kotter*
              Annette Jarvis
              Peggy Hunt
              Benjamin J. Kotter

              and

              Richard W. Havel
              SIDLEY AUSTIN LLP
               *Attorneys for WestLB, AG*