# Exhibit A



**WRONA LAW FIRM**

1745 Sidewinder Drive
Park City, Utah 84060 United States of America

Ph:(435) 649-2525
Fax:(435) 649-5959

William Shoaf
P. O. Box 683300
Park City, UT 84068

March 4, 2010

**Attention:**

File #: 04186.12
Inv #: 14944

RE:    Chapter 11 - Easy Street Partners, LLC

| DATE | DESCRIPTION | ATTY | HRS | RATE | AMT |
|---|---|---|---|---|---|
| Feb-01-10 | Tele from Bill Shoaf on Sandholtz and need to discuss Wickline with Sandholtz, need for conference w/ Michael Blumenthal (.3);tele w/ Steve Sandholtz on status and issues related to Wickline assignment (4);corr. w/ Kim Wilson on David Wickline in SLC and status of Baynoprth (.2); analyzing BayNorth personal guaranty of Wickline in order to draft Assignment changes (.4). | JEW | 1.30 | $350.00 | $455.00 |
| Feb-02-10 | Working on revisions to Wickline Assignment requested by Wilson (.5); send out draft to Bill Shoaf and Mike Blumenthal for review (.1); incorporate their comments into document and forward to Wilson with comments (.2); work w/ Wilson on preparing for office mtg on Assignment (.3); tele from Bill Shoaf on BayNorth issues in Assignmen (.3)t; tele w/ Kim Wilson going over terms of Assignment (.4); tele w/ Steve Sandholtz on status of assignment (.3). | JEW | 2.10 | $350.00 | $735.00 |
| Feb-03-10 | Corr. w/ Kim Wilson regarding mtg (.1); working w/ Bill Shoaf throughout day to prepare for mtg w/ Wickline and Wilson (.4 total); mtg w/ Wickline and Wilson to go over proposed contingent assignment and negotiate with david on his demand fro breakup fee and his threat to disrupt BK (1.5 hrs); follow up call to Bill Shoaf on mtg (.4); corr. w/ Shoaf and Blumenthal on Wickline's threats and demands (.3); working late into the evening on | JEW | 3.50 | $350.00 | $1,225.00 |

| Date | Description | Atty | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | issues raised by Wickline (tele to Shoaf (.4); tele to Sandholtz (.5); additonal work (no charge). | | | | |
| Feb-04-10 | Morning conference call w/ Shoaf, Smith and Blumenthal regarding Wickline demand and Wickline's threat to explode Bk exit plan (.8); tele from Wickline and Kim Wilson wherein they issue new demands and and threats regarding bankruptcy and settlement (.5); tele w/ Shoaf regarding Wickline's new demands (.4); tele w/ Sandholtx to propose solution to Wickline's threats and demands (.5); working on outline of new structures in Wickline Assignment to create what is essentially a settlement agreement (.6). | JEW | 2.80 | $350.00 | $980.00 |
| Feb-05-10 | Working w/ Easy Street, w/ Blumehtal, w/ Shoaf to confirm proposal to issue to Wilson, Wickline (.5 total); draft and submit proposal to Kim Wilson (.3); Long conference call initiated by Kim Wilson and David Wickline to go over contingent assignment and Wilson/Wickline's demands fro additonal consideration, go over those demands, discuss Wickline's threat to inject controversy in bankurptcy (.9); conference w/ Bill Shoaf to go over Wilson's arguments and Wickline's demands (.5); corr. w/ Bill Shoaf and Mike Blumenthal on Wilson/Wickline demands (.3); evening call from Shoaf on contents of Wickline's affidavit in Boston litigation and discuss whether to alert co-managers and Easy Street Partners (.4); review Shoaf's communication to co-manager and to partners and comment on same (.2). | JEW | 3.10 | $350.00 | $1,085.00 |
| Feb-06-10 | Working four actual hours on Satruday on demands by Wickline and Wilson for break up fee, increased escrow and indemnification from funder: review notes from prior day's conference w/ Wilson and Wikcline (.1); begin conferncing with funder (.4); Shoaf (.5); Philo (.3); working on counter-proposal that will address Easy Street's concerns (.3); tele w/ Tantillo on co-manager (.4); check on status of Sandholtz funding (.2); follow up w/ Bill Shoaf on how to respond to Kim Wilson (.4); corr. w/ Blumenthal on same (.2). | JEW | 2.30 | $350.00 | $805.00 |
| Feb-07-10 | Corr w/ Kim Wilson on 'break up fee' concept demanded by David Wickline (.2); corr. w/ Bill Shoaf on Wickline's demand for breakup fee and funder's guaranty on indemnificatin | JEW | 1.10 | $350.00 | $385.00 |

| Date | Description | Atty | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | (.3); working on crafting language that will address Wickline's concerns but will not result in break up fee (.4); review comments from co-manager and comments from Liz Rad and respond to Shoaf ons ame (.2). | | | | |
| Feb-08-10 | Corr. w/ Bill on several subjects (Wickline, Wilson, Sandholtz)(.4 total); corr. w/ Wickline and Wilson on Wickline's demands (.3); review comments from Liz Rad (.1); conference call w/ Sandholtz on status of investors, condo purchasres, and to go over Wickline situation (.5). | JEW | 1.30 | $350.00 | $455.00 |
| Feb-09-10 | Tele from Bill Shoaf on Sandholtz issues and whether Wickline will try to disrupt BK (.4); tele w/ Sandholtz on AVGSL and Wickline's threats (.5); tele from Bill on modification of ownership position (.4); review Feder's comments regarding lawsuit against Wickline and comment to Shoaf and other Easy Street partners (.3). | JEW | 1.60 | $350.00 | $560.00 |
| | Work on 3rd fee request. | BCJ | 0.50 | $90.00 | $45.00 |
| Feb-10-10 | Obtain and review Charlie Flint affidavit to use in discussion with David Wickline regarding his intent to 'blow up' the bankruptcy (.2); tele from Bill Shoaf on new developments with Sandholtz (.4); tele to Sandholtz (.2); tele from Kim Wilson and David Wickline regarding terms fo assignment, breakup fee and other issues (.5). | JEW | 1.30 | $350.00 | $455.00 |
| Feb-11-10 | Morning call from Bill on Sadholtz (.3); two calls to Sandholtz (.1); tele w/ Blumenthal on Wickline assignment and Sandholtz (.5); tele from Kim Wilson on Wickline's assignment (.4); draft changes to assignment ($200K escrow, Funder indemnification), edit and forward to Wilson (.8); follow up call w/ Bill Shoaf (.4). | JEW | 2.40 | $350.00 | $840.00 |
| Feb-12-10 | Tele from Shoaf on new demands regarding managerial interests and impact on Wickline assignment (.4); tele w/ Sandholtz on Wickline assignment ((.4); obtain and review Wilson's new revisions to Assignment and make comment son same (.3); forward to Blumehtal and Shoaf (.1); tele from Blumenthal on new revisions (.5); make additonal revisions base don Blumenthal's comments and submit to Wilson (.4); tele from Kim Wilson going over yet more revisions (.4); install changes and submit to Wilson (.3); tele from Wilson on yet | JEW | 4.00 | $350.00 | $1,400.00 |

| Date | Description | Atty | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | mor echanges (.3); install changes and send to Wilson (.3); tele from Wilson to gover discrepancy in versions (.2); tele w/ Shoaf on status of assignment and signing and to go over new Sandholtz dealings and how it impacts Easy Street (.4). | | | | |
| Feb-13-10 | Working on Wickline assignment in light of new developments regarding Kim Wilson (.3); working on Sandholtz issues an dcorr. w/ co-manager and w/ Shoaf on same (.3); review revisions to proposal with an eye towards impact on relationship between members of Partners (.3). | JEW | 0.90 | $350.00 | $315.00 |
| Feb-15-10 | Working most of Presdient's Day holiday on issues related to relationship between Steve Sandholtz and Bill Shoaf, and on relation shop between Bill Shoaf and David Wickline, in both instances with the goal of creating agreements that will provide Wickline with a level fo trust to assign his claims and interest, and with the goal of geeting Shoaf and Sandholtz to work as a team on the developmen tof an exit plan: Very long conference call w/ Bill Shoaf on status of his negotiations with Sandholtz and the positions of the members (1hr); corr. w/ Sandholtz (.2); tele w/ Steve on Wickline assignment and how to utilize that Assignment in workout (.3); working on ▮▮▮▮ component of Wickline assignment (.4); tele w/ Philo on member issues (.4). | JEW | 2.30 | $350.00 | $805.00 |
| Feb-16-10 | Tele from Bill Shoaf on Sandholtz and Loyal's new issues (.3); conference call from Blumenthal w/ Shoaf on Wickline assignment and Loyal's comments (.4); additional work w/ Bill Shoaf on how to weave Wickline assignment into funding issues (.3); corr. w/ Kim Wilson on Wickline's signature (.2); tele to Wilson (.1). | JEW | 1.30 | $350.00 | $455.00 |
| Feb-17-10 | Tele from Bill Shoaf regarding Sandholtz and Loyal's questions regarding Wickline assignment (.3); corr. w/ Kim Wilson to press fro Wickline's signature and respond to Wilson's comments regarding status of Shoaf's signature (.2); obtain Wickline's signature, obtain Shoaf's signature and distribute executed documents ahead of meeting (.3); tele from Shoaf in preparation fo meeting with Sandholtz and Loyal (.4); tele from Loyal during meeting on Wickline assignment (.3); | JEW | 2.20 | $350.00 | $770.00 |

| Date | Description | Atty | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | evening call from Bill Shoaf regarding meeting and managing the Easy Street members, Sandholtz (.5); review unsecured creditors objections with regard to any remifications for members of Easy Street and AVGSL (.2). | | | | |
| Feb-18-10 | Morning call from Shoaf regarding new information from Sandholtz (.4); reviewe Wickline Assignment and corr. w/ Shoaf on Loyal (.2); tele to Loyal (.1); tele w/ Shoaf regarding events of court and need for conference w/ Loyal on Wickline assingment (.5); tele w/ Kirk Grishaw at K&M to go over Wickline assignment (.5); issue report to Blumenthal and Shoaf on same (.3); follow up call from Shoaf on how to manage liabilities in assignment (.4). | JEW | 2.40 | $350.00 | $840.00 |
| Feb-19-10 | Morning teleconference w/ Bill Shoaf prior to mtg w/ Sandholtz on concessions that members ▄▄▄▄ make deal work (.3); tele from Bill Shoaf at 6pm to go over deal struck and ho wit impacts members (.4). | JEW | 0.70 | $350.00 | $245.00 |
| Feb-23-10 | Tele from Bill to ▄▄▄▄▄▄▄▄ and BayNorth ▄▄▄▄ (.4); corr. w/ Sandholtz on partnership issues (.2); tele from Shoaf on Sandholtz's request for assistanc eon negotiating with BayNorth and other issues (.4); corr w/ Steve Sandholtz on BayNorth throughout day (.3). | JEW | 0.90 | $350.00 | $315.00 |
| Feb-24-10 | Work w/ Bill Shoaf early morning on new development ▄▄▄▄▄▄ and how to respond to Sandholtz regarding members issues (.3); review corr. between Shoaf and Sandholtz (.1); tele w/ Wilson on BayNorth (.3); working on proposal to step in and negotiate solution to BayNorth (.5). | JEW | 1.20 | $350.00 | $420.00 |
| Feb-25-10 | Review docs related to exit funding and commitments to cover certain liabilities of partnership (.4); tele from Bill Shoaf on Sandholtz demand for complete indemnification (.4); review additonal corr. on same (.2); receive and review requests for assistance on calculating Wickline tax liability in Client Advance and respond to same (.2); reach out to Kim Wislon ons ame (.1). | JEW | 1.30 | $350.00 | $455.00 |
| Feb-26-10 | Corr. w/ Wilson on David Wickline's tax liability (.2); working w/ Bill Shoaf on disputes with Sandholtz and how to keep negotiations on track (.3); review docs relating to members of Partners and how exit proposal will impact those member interests (.6); advise | JEW | 1.50 | $350.00 | $525.00 |

Bill Shoaf on how to respond to changes in Funder's position with focus on keeping interests of members of Partners in mind (.4).

| | | |
|---|---|---|
| Totals | 42.00 | $14,570.00 |

| | |
|---|---|
| Total fee & disbursements this month | $14,570.00 |
| Previous Payments | 0.00 |

TAX ID Number    87-0676597