Kenneth L. Cannon II (kcannon@djplaw.com) (3705)
Steven J. McCardell (smccardell@djplaw.com) (2144)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT  84110-4050
Telephone:  (801) 415-3000/Fax:  (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com) (admitted pro hac vice)
Steven B. Eichel (seichel@crowell.com) (admitted pro hac vice)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY  10022
Telephone:  (212) 223-4000/Fax:  (212) 223-4134

Counsel for Debtors and Debtors in Possession

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: | |
| EASY STREET HOLDING, LLC, *et. al*. | Bankruptcy Case No. 09-29905 |
| Debtors | Jointly Administered with Cases 09-29907 and 09-29908 |
| Address:    201 Heber Avenue | Chapter 11 |
| Park City, UT 84060 | |
| | Honorable R. Kimball Mosier |
| Tax ID Numbers: | |
| 35-2183713 (Easy Street Holding, LLC), | |
| 20-4502979 (Easy Street Partners, LLC), and | |
| 84-1685764 (Easy Street Mezzanine, LLC) | |

### ORDER EXTENDING EXCLUSIVE PERIODS FOR FILING CHAPTER 11 PLANS AND OBTAINING ACCEPTANCES OF SUCH PLANS FOR EASY STREET MEZZANINE, LLC, AND EASY STREET HOLDING, LLC

SLC_566398.1

**Filed: 03/11/10**

The Motion to Extend the Exclusive Periods for Filing Chapter 11 Plans of Reorganization and Obtaining Acceptances of such Plans filed on February 19, 2010 (the "Motion") filed by Easy Street Mezzanine, LLC ("Mezzanine") and Easy Street Holding, LLC ("Holding"), debtors and debtors in possession in the above captioned cases (collectively, the "Debtors"), came on for hearing as scheduled on March 11, 2010.  Appearances were made as noted on the record for the hearing.  The Court, having reviewed the Motion, noting that no objections to the Motion were filed, having ruled that notice is sufficient, and having made its findings and conclusions of law on the record and the hearing, which findings and conclusions are incorporated herein by reference, and for good cause appearing therefor,

**ORDERS:**

1. The Motion is granted.

2. The exclusive period for Mezzanine and Holding to propose plans of reorganization (the "Exclusive Proposal Period"), which was by earlier Order of the Court extended through and including March 15, 2010, is hereby further extended through and including June 14, 2010.

3. The exclusive period for Mezzanine and Holding to obtain acceptances of plans of reorganization (the "Exclusive Solicitation Period"), which was by earlier Order of the Court extended through and including May 14, 2010,  is further extended through and including August 12, 2010.

4. Once a plan of reorganization is filed by Mezzanine or Holdings within its respective Exclusive Proposal Period, no other person or entity shall be allowed to file a plan of reorganization or plan of liquidation during the respective Exclusive Solicitation Period for

Mezzanine or Holdings, as appropriate, irrespective of whether Mezzanine or Holdings is proceeding to confirm the original plan of reorganization filed, amended plans thereafter filed, or amendments to either the original plan of reorganization or such amended plans of reorganization.

5. Notwithstanding anything contained herein, entry of this Order is without prejudice to (a) the Debtors' right to seek from this Court other or further extensions of the Exclusive Periods, or (b) any party in interest's right to seek to reduce the Exclusive Periods for cause pursuant to 11 U.S.C. § 1121(d).

******END OF ORDER******

**CLERK'S CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Order Extending Exclusive Periods for Filing Chapter 11 Plans and Obtaining Acceptances of Such Plans for Easy Street Mezzanine, LLC, and Easy Street Holding, LLC was served via first-class mail, postage prepaid, on the ____ day of March, 2010, on the following:

> Michael V. Blumenthal
> Crowell & Moring LLP
> 590 Madison Avenue, 20th Floor
> New York, NY  10022
>
> Kenneth L. Cannon II
> Steven J. McCardell
> Durham Jones & Pinegar, P.C.
> P O Box 4050
> Salt Lake City, UT  84110-4050
>
> John T. Morgan
> Office of the United States Trustee
> 405 South Main Street, Suite 300
> Salt Lake City, UT 84111
>
> Adelaide Maudsley
> Chapman & Cutler LLP
> 201 South Main Street, Suite 2000
> Salt Lake City, UT  84111-2298
>
> Benjamin J. Kotter.
> Dorsey & Whitney LLP
> 136 South Main Street, Suite 1000
> Salt Lake City, UT  84101-1685

_____