Kenneth L. Cannon II (kcannon@djplaw.com) (3705)
Steven J. McCardell (smccardell@djplaw.com) (2144)
DURHAM JONES & PINEGAR
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT   84110-4050
Telephone:  (801) 415-3000/Fax:  (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com) (admitted pro hac vice)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY  10022
Telephone:  (212) 223-4000/Fax:  (212) 223-4134

Counsel for Debtors and Debtors in Possession

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re: | |
| EASY STREET HOLDING, LLC, *et al.*, | Bankruptcy Case No. 09-29905 |
|  | Jointly Administered with Cases |
| Debtors. | 09-29907 and 09-29908 |
| Address:  201 Heber Avenue | Chapter 11 |
|               Park City, UT 84060 | |
|  | Honorable R. Kimball Mosier |
| Tax ID Numbers: | |
| 35-2183713 (Easy Street Holding, LLC), | |
| 20-4502979 (Easy Street Partners, LLC), and | **[FILED ELECTRONICALLY]** |
| 84-1685764 (Easy Street Mezzanine, LLC) | |

**ORDER ON DEBTOR'S OBJECTION TO PROOF OF INTEREST OF BAYNORTH
REALTY FUND VI, L.P. AGAINST EASY STREET PARTNERS, LLC**

SLC_566723

**Filed: 03/12/10**

The objection (the "Objection") of Easy Street Partners, LLC ("Partners") to the proof of interest (the "Proof of Interest") (Docket No. 243) filed by BayNorth Realty Fund VI, L.P. ("BayNorth") came on for hearing as scheduled on March 11, 2010. Appearances were as made on the record. The Court, having reviewed and considered the Objection, BayNorth's response thereto, and Partners' reply to BayNorth's response, and argument of counsel, having found that the Proof of Interest is not a proof of an equity interest in Partners and that BayNorth does not have an equity interest in Partners, and good cause appearing, hereby

ORDERS, that BayNorth is not an equity security holder of Partners, that the Proof of Interest is not a proof of an equity interest in Partners, and is deemed to be a reservation of rights by BayNorth.

******END OF DOCUMENT******

Approved as to form:

Chapman & Cutler

By:    /s/ Adelaide Maudsley
    Adelaide Maudsley
    Counsel for BayNorth Realty Fund VI, L.P.

2

## CLERK'S CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Order Disallowing Proof of Interest of BayNorth Realty Fund VI, L.P. Against Easy Street Partners, LLC was served via first-class mail, postage prepaid, on the ____ day of March, 2010, on the following:

Michael V. Blumenthal
Bruce Zabarauskas
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY  10022

Kenneth L. Cannon II
Steven J. McCardell
Durham Jones & Pinegar, P.C.
P O Box 4050
Salt Lake City, UT  84110-4050

Adelaide Maudsley
Chapman & Cutler LLP
201 South Main Street, Suite 2000
Salt Lake City, UT  84111-2298

John T. Morgan
Office of the United States Trustee
405 South Main Street, Suite 300
Salt Lake City, UT 84111

_____
Deputy Clerk

SLC_566723