Kenneth L. Cannon II (kcannon@djplaw.com) (3705)
Steven J. McCardell (smccardell@djplaw.com) (2144)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT  84110-4050
Telephone:  (801) 415-3000/Fax:  (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com) (admitted pro hac vice)
Steven B. Eichel (seichel@crowell.com) (admitted pro hac vice)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY  10022
Telephone:  (212) 223-4000/Fax:  (212) 223-4134

Counsel for Debtors and Debtors in Possession

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | |
| EASY STREET HOLDING, LLC, *et. al*. ) | Bankruptcy Case No. 09-29905 |
| ) | Jointly Administered with Cases |
| Debtors ) | 09-29907 and 09-29908 |
| ) | |
| Address:   201 Heber Avenue ) | Chapter 11 |
| Park City, UT 84060 ) | |
| ) | Honorable R. Kimball Mosier |
| Tax ID Numbers: ) | |
| 35-2183713 (Easy Street Holding, LLC), ) | |
| 20-4502979 (Easy Street Partners, LLC), and ) | |
| 84-1685764 (Easy Street Mezzanine, LLC) ) | |
| ) | |

**EX PARTE MOTION FOR CROWELL & MORING TO APPEAR
TELEPHONICALLY AT HEARING ON FEE APPLICATIONS**

Easy Street Partners, LLC ("Partners"), Easy Street Mezzanine, LLC, and Easy Street

Holding, LLC (together, the "Debtors") hereby submit their ex parte motion (the "Ex Parte

Motion") for leave to have their co-counsel, Crowell & Moring, appear at the hearing on

professional fee applications, including Crowell & Moring's, scheduled for March 16, 2010, by telephone rather than incur the expense and time to travel to Utah for the hearing. In support of this Ex Parte Motion, the Debtors state as follows:

1. Hearing on interim fee applications (together, the "Interim Fee Applications") of Crowell & Moring and Durham Jones & Pinegar, co-counsel for the Debtor, of Wrona & Associates and Corbin Gordon, special counsel for the Debtors, of Appraisal Group, Inc., expert appraisers for the Debtors, and of Jones Waldo Holbrook & McDonough, counsel for the Official Committee of Unsecured Creditors (the "Committee"), is scheduled for March 16, 2010.

2. One response has been filed to some or all of the Fee Applications, by WestLB, AG ("WestLB"), the major secured creditor in the Partners case, and one objection has been filed to several of the law firms' Fee Applications, by the Committee. WestLB has essentially reserved its right to object to fees later and the Committee has expressed some limited concerns, principally about certain services by Crowell & Moring, which should be resolved prior to the hearing. The Debtors do not anticipate that evidence will be presented at the hearing on the Interim Fee Applications.

3. Counsel for both WestLB and for the Committee do not object to Crowell & Moring appearing by telephone at the hearing on the Interim Fee Applications and all agree that it is sensible to avoid the expense of travel to Salt Lake City for the hearing in light of the responses that have been filed.

4. Durham Jones & Pinegar, co-counsel for the Debtors will appear at the hearing in person.

WHEREFORE, the Debtors requests that the Court authorize Crowell & Moring to appear at the hearing on the Interim Fee Applications by telephone.

DATED this 12th day of March, 2010

        DURHAM JONES & PINEGAR, P.C.

By:  /s/ Kenneth L. Cannon II
Kenneth L. Cannon II (kcannon@djplaw.com)(3705)
Steven J. McCardell (smccardell@djplaw.com)(2144)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT  84110-4050
Telephone: (801) 415-3000/Fax: (801) 415-3500

and

Michael V. Blumenthal (mblumenthal@crowell.com)
  (admitted pro hac vice)
Steven B. Eichel (seichel@crowell.com)
  (admitted pro hac vice)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY  10022
Telephone: (212) 223-4000/Fax: (212) 223-4134

Counsel for Debtors and Debtors in Possession