Kenneth L. Cannon II (kcannon@djplaw.com) (3705)
Steven J. McCardell (smccardell@djplaw.com) (2144)
DURHAM JONES & PINEGAR
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT 84110-4050
Telephone: (801) 415-3000/Fax: (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com) (admitted pro hac vice)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 223-4000/Fax: (212) 223-4134

Counsel for Debtors and Debtors in Possession

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: | |
| EASY STREET HOLDING, LLC, *et al.*, | Bankruptcy Case No. 09-29905 |
| | Jointly Administered with Cases |
| Debtors. | 09-29907 and 09-29908 |
| Address: 201 Heber Avenue | Chapter 11 |
| Park City, UT 84060 | |
| | Honorable R. Kimball Mosier |
| Tax ID Numbers: | |
| 35-2183713 (Easy Street Holding, LLC), | |
| 20-4502979 (Easy Street Partners, LLC), and | **[FILED ELECTRONICALLY]** |
| 84-1685764 (Easy Street Mezzanine, LLC) | |

### ORDER APPROVING EX PARTE MOTION FOR CROWELL & MORING TO APPEAR TELEPHONICALLY AT HEARING ON FEE APPLICATIONS

**Filed: 03/12/10**

The Court, having considered the ex parte motion (the "Ex Parte Motion") of Easy Street Partners, LLC, Easy Street Mezzanine, LLC, and Easy Street Holding, LLC (together, the "Debtors" or "Partners"), for an Order authorizing Crowell & Moring, co-counsel for the Debtors, to appear by telephone at the hearing scheduled for March 16, 2010, and good cause appearing therefor, hereby ORDERS:

1. The Ex Parte Motion is granted.

2. Attorneys from Crowell & Moring admitted pro hac vice in the Debtors' cases may appear by telephone at the hearing on fee applications in these cases scheduled for March 16, 2010.

******END OF DOCUMENT******

**CLERK OF COURT CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Order Approving *Ex Parte* Motion for Crowell & Moring to Appear Telephonically at Hearing on Fee Applications was served via United States first class mail, postage prepaid, on this ____ day of March, 2010 on the following:

Kenneth L. Cannon II
Steven J. McCardell
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT  84110-4050

Michael V. Blumenthal
Bruce J. Zabarauskas
Steven B. Eichel
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY  10022

Jeffrey W. Shields
Lon Jenkins
Troy J. Aramburu
Jones Waldo Holbrook & McDonough, PC
170 South Main Street, Suite 1500
Salt Lake City, UT  84101

John T. Morgan
Office of the United States Trustee
405 South Main Street, Suite 300
Salt Lake City, UT  84111

_____

SLC_504003