*Order Prepared and Submitted by:*

Jeffrey W. Shields (USB # 2948)
Lon A. Jenkins (USB #4060)
Troy J. Aramburu (USB #10444)
**JONES WALDO HOLBROOK & McDONOUGH, PC**
170 South Main Street, Suite 1500
Salt Lake City, Utah  84101
Telephone:  (801) 521-3200
Email: jshields@joneswaldo.com
        ljenkins@joneswaldo.com
        taramburu@joneswaldo.com
*Counsel to Unsecured Creditors' Committee*

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF UTAH**

| | | |
|---|---|---|
| In re: | : | Bankruptcy No. 09-29905 |
| | : | Jointly Administered with cases |
| **EASY STREET HOLDINGS, LLC,** et al., | : | 09-29907 and 09-29908 |
| | : | |
| Debtors. | : | Chapter 11 |
| | : | Honorable R. Kimball Mosier |
| | : | |
| | : | **ORDER ALLOWING JONES WALDO** |
| | : | **HOLBROOK & MCDONOUGH'S FIRST** |
| | : | **INTERIM APPLICATION FOR** |
| | : | **ALLOWANCE OF FEES AND EXPENSES** |
| | : | **AS COUNSEL FOR THE OFFICIAL** |
| | : | **COMMITTEE OF UNSECURED** |
| | : | **CREDITORS, FOR THE PERIOD** |
| | : | **OF OCTOBER 6, 2009 THOURGH AND** |
| | : | **INCLUDING** |
| | : | **DECEMBER 31, 2009** |
| | : | |
| | : | [FILED ELECTRONICALLY] |
| | : | |

**Filed: 03/18/10**

This matter came before the Court on March 16, 2010 at 2:00 p.m. upon the *First Interim Application of Jones Waldo Holbrook & McDonough, PC for Allowance of Fees and Expenses as Counsel for the Official Committee of Unsecured Creditors, for the Period of October 6, 2009 Through and Including December 31, 2009* (the "**Application**"), pursuant to 11 U.S.C. §§ 330 and 331, and Rule 2016 of the Federal Rules of Bankruptcy Procedure, for allowance and payment of (1) compensation in the total amount of $77,532.00 for services rendered to the Committee, and (2) reimbursement in the total amount of $311.73 for expenses incurred by Jones Waldo, for the period of October 6, 2009 through and including December 31, 2009 (the "**Application Period**").  At the hearing, parties entered their appearances upon the record.  After considering the Application, the Court made its findings and conclusions on the record, and the same are incorporated herein by this reference.

Accordingly, it is hereby

**ORDERED** that:

1.      Interim compensation and reimbursement for the Application Period shall be, and hereby is, awarded to Jones Waldo in the total amount of $77,843.73, which includes $77,532.00 for professional services rendered to the Debtor and its estate, and $311.73 for expenses incurred by Jones Waldo during the Application Period.

2.      The foregoing amounts shall be, and hereby are, allowed as priority administrative expenses of the Debtor pursuant to 11 U.S.C. §§ 503(b)(2) and 507(a)(2).

3.      A copy of this Order shall be served by the Committee's counsel upon all parties entitled to notice within five (5) business days of the Court's entry of the Order.

-----------End of Document----------