# EXHIBIT A

B 10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT | | PROOF OF CLAIM |
|---|---|---|

FILED IN THE
UNITED STATES
BANKRUPTCY COURT
2010 JAN -6 PM 1: 09
DISTRICT OF UTAH

| Name of Debtor: Easy Street Partners, LLC | Case Number: 09-29907 |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| Name of Creditor (the person or other entity to whom the debtor owes money or property): Gunthers Inc. dba Gunthers Comfort Air | ☐ Check this box to indicate that this claim amends a previously filed claim. |
|---|---|
| Name and address where notices should be sent: Jeffrey L. Shields Callister Nebeker & McCullough 10 East South Temple, Suite 900, Salt Lake City, UT 84133 Telephone number: (801) 530-7374 | **Court Claim Number:** _____ (If known) Filed on: _____ |
| Name and address where payment should be sent (if different from above): Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. ☐ Check this box if you are the debtor or trustee in this case. |

| 1. **Amount of Claim as of Date Case Filed:** $264,587.52* | 5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If** |
|---|---|

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** See Exhibit A and B
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____

    **3a. Debtor may have scheduled account as:** _____
    (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: ☑Real Estate  ☐Motor Vehicle  ☐Other
Describe:

Value of Property: $Unknown  Annual Interest Rate 10.00 %

Amount of arrearage and other charges as of time case filed included in secured claim,

if any: $ total claim  Basis for perfection: _____

Amount of Secured Claim: $ 264,587.52*  Amount Unsecured: $ 0.00

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If** any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**

$ _____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| Date: 1/6/2010 | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. Jeffrey L. Shields, Attorney for Gunthers Inc. dba Gunther Comfort Air | FOR COURT USE ONLY |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

*Plus all interest, fees, costs and charges allowable under the Bankruptcy Code



Easy Street Holding, LLC, et al.
Utah Bankruptcy No. 09-29905 (Jointly Administered)

# EXHIBIT A

Between January 5, 2007, and June 6, 2008, Gunthers Inc. dba Gunthers Comfort Air's furnished labor, services, equipment, and materials to the real property owned by Easy Street Partners LLC ("Debtor") as more specifically described and evidenced by a NOTICE OF LIEN dated March 3, 2009 and recorded with Summit County, State of Utah as Entry No. 00866368 at B 1970, P 0420.  A true and correct copy of the Notice of Lien is attached hereto as Exhibit B.

CLAIM CALCULATON
(As of Petition Date, September 14, 2009)

Notice of Lien Amount                                  $264,587.52[1]

---

[1] Plus all interest, fees, costs and charges allowable under the Bankruptcy Code.

534225-1

# EXHIBIT B

**ENTRY NO. 00866368**
03/03/2009 03:40:03 PM B: 1970 P: 0420
Lien PAGE 1/23
ALAN SPRIGGS, SUMMIT COUNTY RECORDER
FEE  80.00 BY RINEHART FETZER SIMONSEN & BOOTH

When recorded mail to:

Clark B. Fetzer
RINEHART FETZER SIMONSEN & BOOTH, P. C.
50 W. Broadway, Ste 1200
Salt Lake City, Utah 84101

## NOTICE OF LIEN

NOTICE is hereby given that

Gunthers Inc. dba Gunthers Comfort Air
81 South 700 East
American Fork, Utah 84003
Tel. (801) 756-9683

("Claimant") claims a lien upon that certain real property (the "Property") located in Summit County, State of Utah at 201 Heber Avenue, Union Square Condominiums, Park City, Utah and more particularly described as follows:

See Exhibit A.

Claimant further states:

1.    The name of the record owner and reputed owner of the Property is Easy Street Partners LLC.

2.    The name of the person to whom Claimant furnished labor, services, equipment, and materials is Jacobsen National Group, Inc.

3.    Claimant first furnished labor, services, equipment, and/or materials to the Property on or about January 5, 2007, and last furnished labor, services, equipment, and/or materials on or about June 6, 2008.

4.    The amount of the claims are as follows:
       Parcel 1: $ 2,704.89
       Parcel 2: $ 2,692.07
       Parcel 3: $ 4,038.10
       Parcel 4: $ 2,694.20
       Parcel 5: $ 4,079.76
       Parcel 6: $ 8,704.35
       Parcel 7: $ 2,157.93
       Parcel 8: $ 4,617.11
       Parcel 9: $ 8,593.25
       Parcel 10: $ 7,188.46
       Parcel 11: $ 7,207.69
       Parcel 12: $ 9,234.22
       Parcel 13: $ 4,232.53
       Parcel 14: $ 4,689.75
       Parcel 15: $ 7,047.45
       Parcel 16: $12,684.77

Parcel 17: $ 9,041.93
Parcel 18: $ 5,424.73
Parcel 19: $10,558.89
Parcel 20: $ 7,768.53
Parcel 21: $12,947.56
Parcel 22: $ 5,845.63
Parcel 23: $17,921.48
Parcel 24: $49,243.48
Parcel 25: $11,691.27
Parcel 26: $41,577.49

together with interest at the rate of 10% per annum and attorneys' fees as provided by law.

5.      If this Notice of Lien is being filed on a residence as defined in the Utah Residential Lien Restriction and Lien Recovery Fund Act, Utah Code Annotated § 38-11-101 et seq., notice is hereby provided as follows:

PROTECTION AGAINST LIENS AND CIVIL ACTION. Notice is hereby provided in accordance with Section 38-11-108 of the Utah Code that under Utah law an "owner" may be protected against liens being maintained against an "owner-occupied residence" and from other civil action being maintained to recover monies owed for "qualified services" performed or provided by suppliers and subcontractors as a part of this contract, if and only if the following conditions are satisfied:

(1) the owner entered into a written contract with an original contractor, a factory built housing retailer, or a real estate developer;

(2) the original contractor was properly licensed or exempt from licensure under Title 58, Chapter 55, Utah Construction Trades Licensing Act at the time the contract was executed; and

(3) the owner paid in full the original contractor, factory built housing retailer, or real estate developer or their successors or assigns in accordance with the written contract and any written or oral amendments to the contract.

DATED this 3rd day of March, 2009.

Gunthers Inc.

By: _Clark B. Fetzer_____

Clark B. Fetzer, Attorney

STATE OF UTAH          )
                       : ss
COUNTY OF SALT LAKE  )

    The foregoing Notice of Lien was acknowledged before me this 3rd day of March, 2009, by Clark B. Fetzer, attorney for Gunthers Inc.



Notary Public

Exhibit A

PARCEL 1:

UNIT 106 CONTAINED WITHIN UNION SQUARE CONDOMINIUM, AS THE SAME IS IDENTIFIED IN THE RECORD OF SURVEY MAP RECORDED IN SUMMIT COUNTY, UTAH, AS ENTRY NO. 774532 (AS SAID MAP MAY HAVE HERETOFORE BEEN AMENDED OR SUPPLEMENTED) AND IN THE DECLARATION OF CONDOMINIUM, FOR UNION SQUARE RECORDED IN SUMMIT COUNTY, UTAH AS ENTRY NO. 774533, IN BOOK 1784, AT PAGE 195 (AS SAID DECLARATION MAY HAVE HERETOFORE BEEN AMENDED OR SUPPLEMENTED), OF THE OFFICIAL RECORDS.

TOGETHER WITH: (A) THE UNDIVIDED INTEREST IN SAID CONDOMINIUM PROJECT'S COMMON AREAS AND FACILITIES WHICH IS APPURTENANT TO SAID UNIT; (B) THE EXCLUSIVE RIGHT TO USE AND ENJOY EACH OF THE LIMITED COMMON AREAS WHICH IS APPURTENANT TO SAID UNIT; AND (C) THE NON-EXCLUSIVE RIGHT TO USE AND ENJOY THE COMMON AREAS AND FACILITIES INCLUDED IN SAID CONDOMINIUM PROJECT (AS SAID PROJECT MAY HEREAFTER BE EXPANDED) IN ACCORDANCE WITH THE AFORESAID DECLARATION AND SURVEY MAP (AS SAID DECLARATION AND MAP MAY HEREAFTER BE AMENDED OR SUPPLEMENTED) AND THE UTAH CONDOMINIUM ACT.

TAX PARCEL NO. USC-106

LESS AND EXCEPTING THEREFROM THE FOLLOWING:

An undivided 1/8 share interest in Unit 106, aka (106-1-B) conveyed by that certain special warranty deed recorded December 5, 2007 in Summit County, Utah as Entry no. 00832006, in Book 1902, at Page 1871.

An undivided 1/8 share interest in Unit 106, aka (106-2-E) conveyed by that certain special warranty deed recorded December 5, 2007 in Summit County, Utah as Entry no. 00831951, in Book 1902, at Page 1522.

An undivided 1/8 share interest in Unit 106, aka (106-3-D) conveyed by that certain special warranty deed recorded December 5, 2007 in Summit County, Utah as Entry no. 00831958, in Book 1902, at Page 1581.

An undivided 1/8 share interest in Unit 106, aka (106-4-A) conveyed by that certain special warranty deed recorded December 5, 2007 in Summit County, Utah as Entry no. 00831955, in Book 1902, at Page 1549.

An undivided 1/8 share interest in Unit 106, aka (106-5-C) conveyed by that certain special warranty deed recorded December 5, 2007 in Summit County, Utah as Entry no. 00831998, in Book 1902, at Page 1792.

An undivided 1/8 share interest in Unit 106, aka (106-F) conveyed by that certain special warranty deed recorded June 26, 2008 in Summit County, Utah as Entry no. 00848152, in Book 1937, at Page 0218.

PARCEL 2:

UNIT 206 CONTAINED WITHIN UNION SQUARE CONDOMINIUM, AS THE SAME IS
IDENTIFIED IN THE RECORD OF SURVEY MAP RECORDED IN SUMMIT COUNTY,
UTAH, AS ENTRY NO. 774532 (AS SAID MAP MAY HAVE HERETOFORE BEEN
AMENDED OR SUPPLEMENTED) AND IN THE DECLARATION OF CONDOMINIUM,
FOR UNION SQUARE RECORDED IN SUMMIT COUNTY, UTAH AS ENTRY NO. 774533,
IN BOOK 1784, AT PAGE 195 (AS SAID DECLARATION MAY HAVE HERETOFORE
BEEN AMENDED OR SUPPLEMENTED), OF THE OFFICIAL RECORDS.

TOGETHER WITH: (A) THE UNDIVIDED INTEREST IN SAID CONDOMINIUM
PROJECT'S COMMON AREAS AND FACILITIES WHICH IS APPURTENANT TO SAID
UNIT; (B) THE EXCLUSIVE RIGHT TO USE AND ENJOY EACH OF THE LIMITED
COMMON AREAS WHICH IS APPURTENANT TO SAID UNIT; AND (C) THE NON-
EXCLUSIVE RIGHT TO USE AND ENJOY THE COMMON AREAS AND FACILITIES
INCLUDED IN SAID CONDOMINIUM PROJECT (AS SAID PROJECT MAY HEREAFTER
BE EXPANDED) IN ACCORDANCE WITH THE AFORESAID DECLARATION AND
SURVEY MAP (AS SAID DECLARATION AND MAP MAY HEREAFTER BE AMENDED
OR SUPPLEMENTED) AND THE UTAH CONDOMINIUM ACT.

TAX PARCEL NO. USC-206

LESS AND EXCEPTING THEREFROM THE FOLLOWING:

An undivided 1/8 share interest in Unit 206, aka (206-1D) conveyed by that certain
warranty deed recorded December 5, 2008 in Summit County, Utah as Entry no.
00860474, in Book 1958, at Page 1937.

An undivided 1/8 share interest in Unit 206, aka (206-2-E) conveyed by that certain
special warranty deed recorded December 5, 2007 in Summit County, Utah as Entry no.
00832008, in Book 1902, at Page 1893.

An undivided 1/8 share interest in Unit 206, aka (206-3-C) conveyed by that certain
warranty deed recorded November 26, 2008 in Summit County, Utah as Entry no.
00860039, in Book 1958, at Page 0348.

An undivided 1/8 share interest in Unit 206, aka (206-4-B) conveyed by that certain
special warranty deed recorded December 5, 2007 in Summit County, Utah as Entry no.
00832003, in Book 1902, at Page 1842.

An undivided 1/8 share interest in Unit 206, aka (206-5-A) conveyed by that certain
special warranty deed recorded December 11, 2007 in Summit County, Utah as Entry no.
00832403, in Book 1903, at Page 1747.

An undivided 1/8 share interest in Unit 206, aka (206-F) conveyed by that certain special
warranty deed recorded September 19, 2008 in Summit County, Utah as Entry no.
00855245, in Book 1949, at Page 1627.

PARCEL 3:

UNIT 306 CONTAINED WITHIN UNION SQUARE CONDOMINIUM, AS THE SAME IS
IDENTIFIED IN THE RECORD OF SURVEY MAP RECORDED IN SUMMIT COUNTY,
UTAH, AS ENTRY NO. 774532 (AS SAID MAP MAY HAVE HERETOFORE BEEN

AMENDED OR SUPPLEMENTED) AND IN THE DECLARATION OF CONDOMINIUM,
FOR UNION SQUARE RECORDED IN SUMMIT COUNTY, UTAH AS ENTRY NO. 774533,
IN BOOK 1784, AT PAGE 195 (AS SAID DECLARATION MAY HAVE HERETOFORE
BEEN AMENDED OR SUPPLEMENTED), OF THE OFFICIAL RECORDS.

TOGETHER WITH: (A) THE UNDIVIDED INTEREST IN SAID CONDOMINIUM
PROJECT'S COMMON AREAS AND FACILITIES WHICH IS APPURTENANT TO SAID
UNIT; (B) THE EXCLUSIVE RIGHT TO USE AND ENJOY EACH OF THE LIMITED
COMMON AREAS WHICH IS APPURTENANT TO SAID UNIT; AND (C) THE NON-
EXCLUSIVE RIGHT TO USE AND ENJOY THE COMMON AREAS AND FACILITIES
INCLUDED IN SAID CONDOMINIUM PROJECT (AS SAID PROJECT MAY HEREAFTER
BE EXPANDED) IN ACCORDANCE WITH THE AFORESAID DECLARATION AND
SURVEY MAP (AS SAID DECLARATION AND MAP MAY HEREAFTER BE AMENDED
OR SUPPLEMENTED) AND THE UTAH CONDOMINIUM ACT.

TAX PARCEL NO. USC-306

LESS AND EXCEPTING THEREFROM THE FOLLOWING:

An undivided 1/8 share interest in Unit 306, aka (306-1-E) conveyed by that certain
special warranty deed recorded December 18, 2007 in Summit County, Utah as Entry no.
00832875, in Book 1904, at Page 1932.

An undivided 1/8 share interest in Unit 306, aka (306-2-A) conveyed by that certain
warranty deed recorded September 12, 2008 in Summit County, Utah as Entry no.
00854762, in Book 1948, at Page 1979.

An undivided 1/8 share interest in Unit 306, aka (306-3-B) conveyed by that certain
special warranty deed recorded December 7, 2007 in Summit County, Utah as Entry no.
00832207, in Book 1903, at Page 0916.

An undivided 1/8 share interest in Unit 306, aka (306-5-D) conveyed by that certain
special warranty deed recorded December 7, 2007 in Summit County, Utah as Entry no.
00832216, in Book 1903, at Page 0934.

An undivided 1/8 share interest in Unit 306, aka (306-6-F) conveyed by that certain
warranty deed recorded March 4, 2008 in Summit County, Utah as Entry no. 00838985,
in Book 1917, at Page 1276.

PARCEL 4:

UNIT 406 CONTAINED WITHIN UNION SQUARE CONDOMINIUM, AS THE SAME IS
IDENTIFIED IN THE RECORD OF SURVEY MAP RECORDED IN SUMMIT COUNTY,
UTAH, AS ENTRY NO. 774532 (AS SAID MAP MAY HAVE HERETOFORE BEEN
AMENDED OR SUPPLEMENTED) AND IN THE DECLARATION OF CONDOMINIUM,
FOR UNION SQUARE RECORDED IN SUMMIT COUNTY, UTAH AS ENTRY NO. 774533,
IN BOOK 1784, AT PAGE 195 (AS SAID DECLARATION MAY HAVE HERETOFORE
BEEN AMENDED OR SUPPLEMENTED), OF THE OFFICIAL RECORDS.

TOGETHER WITH: (A) THE UNDIVIDED INTEREST IN SAID CONDOMINIUM
PROJECT'S COMMON AREAS AND FACILITIES WHICH IS APPURTENANT TO SAID
UNIT; (B) THE EXCLUSIVE RIGHT TO USE AND ENJOY EACH OF THE LIMITED
COMMON AREAS WHICH IS APPURTENANT TO SAID UNIT; AND (C) THE NON-
EXCLUSIVE RIGHT TO USE AND ENJOY THE COMMON AREAS AND FACILITIES

INCLUDED IN SAID CONDOMINIUM PROJECT (AS SAID PROJECT MAY HEREAFTER
BE EXPANDED) IN ACCORDANCE WITH THE AFORESAID DECLARATION AND
SURVEY MAP (AS SAID DECLARATION AND MAP MAY HEREAFTER BE AMENDED
OR SUPPLEMENTED) AND THE UTAH CONDOMINIUM ACT.

TAX PARCEL NO. USC-406

LESS AND EXCEPTING THEREFROM THE FOLLOWING:

An undivided 1/8 share interest in Unit 406, aka (406-1-E) conveyed by that certain
special warranty deed recorded December 13, 2007 in Summit County, Utah as Entry no.
00832581, in Book 1904, at Page 0668.

An undivided 1/8 share interest in Unit 406, aka (406-2-F) conveyed by that certain
warranty deed recorded March 18, 2008 in Summit County, Utah as Entry no. 00840067,
in Book 1920, at Page 0175.

An undivided 1/8 share interest in Unit 406, aka (406-3-D) conveyed by that certain
special warranty deed recorded November 6, 2008 in Summit County, Utah as Entry no.
00858909, in Book 1956, at Page 0163.

An undivided 1/8 share interest in Unit 406, aka (406-4-B) conveyed by that certain
warranty deed recorded December 24, 2007 in Summit County, Utah as Entry no.
00833292, in Book 1906, at Page 0280.

An undivided 1/8 share interest in Unit 406, aka (406-5-C) conveyed by that certain
special warranty deed recorded December 12, 2007 in Summit County, Utah as Entry no.
00832453, in Book 1903, at Page 1917.

An undivided 1/8 share interest in Unit 406, aka (406-6-A) conveyed by that certain
special warranty deed recorded December 17, 2007 in Summit County, Utah as Entry no.
00832675, in Book 1904, at Page 1205.

PARCEL 5:

UNIT 507 CONTAINED WITHIN UNION SQUARE CONDOMINIUM, AS THE SAME IS
IDENTIFIED IN THE RECORD OF SURVEY MAP RECORDED IN SUMMIT COUNTY,
UTAH, AS ENTRY NO. 774532 (AS SAID MAP MAY HAVE HERETOFORE BEEN
AMENDED OR SUPPLEMENTED) AND IN THE DECLARATION OF CONDOMINIUM,
FOR UNION SQUARE RECORDED IN SUMMIT COUNTY, UTAH AS ENTRY NO. 774533,
IN BOOK 1784, AT PAGE 195 (AS SAID DECLARATION MAY HAVE HERETOFORE
BEEN AMENDED OR SUPPLEMENTED), OF THE OFFICIAL RECORDS.

TOGETHER WITH: (A) THE UNDIVIDED INTEREST IN SAID CONDOMINIUM
PROJECT'S COMMON AREAS AND FACILITIES WHICH IS APPURTENANT TO SAID
UNIT; (B) THE EXCLUSIVE RIGHT TO USE AND ENJOY EACH OF THE LIMITED
COMMON AREAS WHICH IS APPURTENANT TO SAID UNIT; AND (C) THE NON-
EXCLUSIVE RIGHT TO USE AND ENJOY THE COMMON AREAS AND FACILITIES
INCLUDED IN SAID CONDOMINIUM PROJECT (AS SAID PROJECT MAY HEREAFTER
BE EXPANDED) IN ACCORDANCE WITH THE AFORESAID DECLARATION AND
SURVEY MAP (AS SAID DECLARATION AND MAP MAY HEREAFTER BE AMENDED
OR SUPPLEMENTED) AND THE UTAH CONDOMINIUM ACT.

00866368  Page 7 of 23  Summit County

TAX PARCEL NO. USC-507

LESS AND EXCEPTING THEREFROM THE FOLLOWING:

An undivided 1/8 share interest in Unit 507, aka (507-1-E) conveyed by that certain warranty deed recorded December 27, 2007 in Summit County, Utah as Entry no. 00833524, in Book 1906, at Page 1557.

An undivided 1/8 share interest in Unit 507, aka (507-2-B) conveyed by that certain special warranty deed recorded December 20, 2007 in Summit County, Utah as Entry no. 00833104, in Book 1905, at Page 1223.

An undivided 1/8 share interest in Unit 507, aka (507-3-F) conveyed by that certain special warranty deed recorded December 20, 2007 in Summit County, Utah as Entry no. 00833014, in Book 1905, at Page 0780.

An undivided 1/8 share interest in Unit 507, aka (507-5-D) conveyed by that certain special warranty deed recorded December 21, 2007 in Summit County, Utah as Entry no. 00833172, in Book 1905, at Page 1485.

An undivided 1/8 share interest in Unit 507, aka (507-C) conveyed by that certain special warranty deed recorded June 24, 2008 in Summit County, Utah as Entry no. 00848020, in Book 1936, at Page 1764.

PARCEL 6:

UNIT 202 CONTAINED WITHIN UNION SQUARE CONDOMINIUM, AS THE SAME IS IDENTIFIED IN THE RECORD OF SURVEY MAP RECORDED IN SUMMIT COUNTY, UTAH, AS ENTRY NO. 774532 (AS SAID MAP MAY HAVE HERETOFORE BEEN AMENDED OR SUPPLEMENTED) AND IN THE DECLARATION OF CONDOMINIUM, FOR UNION SQUARE RECORDED IN SUMMIT COUNTY, UTAH AS ENTRY NO. 774533, IN BOOK 1784, AT PAGE 195 (AS SAID DECLARATION MAY HAVE HERETOFORE BEEN AMENDED OR SUPPLEMENTED), OF THE OFFICIAL RECORDS.

TOGETHER WITH: (A) THE UNDIVIDED INTEREST IN SAID CONDOMINIUM PROJECT'S COMMON AREAS AND FACILITIES WHICH IS APPURTENANT TO SAID UNIT; (B) THE EXCLUSIVE RIGHT TO USE AND ENJOY EACH OF THE LIMITED COMMON AREAS WHICH IS APPURTENANT TO SAID UNIT; AND (C) THE NON-EXCLUSIVE RIGHT TO USE AND ENJOY THE COMMON AREAS AND FACILITIES INCLUDED IN SAID CONDOMINIUM PROJECT (AS SAID PROJECT MAY HEREAFTER BE EXPANDED) IN ACCORDANCE WITH THE AFORESAID DECLARATION AND SURVEY MAP (AS SAID DECLARATION AND MAP MAY HEREAFTER BE AMENDED OR SUPPLEMENTED) AND THE UTAH CONDOMINIUM ACT.

TAX PARCEL NO. USC-202

LESS AND EXCEPTING THEREFROM THE FOLLOWING:

An undivided 1/8 share interest in Unit 202, aka (202-1-D) conveyed by that certain special warranty deed recorded December 5, 2007 in Summit County, Utah as Entry no. 00831996, in Book 1902, at Page 1787.

An undivided 1/8 share interest in Unit 202, aka (202-2-C) conveyed by that certain special warranty deed recorded January 11, 2008 in Summit County, Utah as Entry no. 00834550, in Book 1909, at Page 0321.

An undivided 1/8 share interest in Unit 202, aka (202-3-B) conveyed by that certain special warranty deed recorded December 7, 2007 in Summit County, Utah as Entry no. 00832208, in Book 1903, at Page 0918.

An undivided 1/8 share interest in Unit 202, aka (202-4-A) conveyed by that certain special warranty deed recorded December 5, 2007 in Summit County, Utah as Entry no. 00831959, in Book 1902, at Page 1583.

PARCEL 7:

UNIT 207 CONTAINED WITHIN UNION SQUARE CONDOMINIUM, AS THE SAME IS IDENTIFIED IN THE RECORD OF SURVEY MAP RECORDED IN SUMMIT COUNTY, UTAH, AS ENTRY NO. 774532 (AS SAID MAP MAY HAVE HERETOFORE BEEN AMENDED OR SUPPLEMENTED) AND IN THE DECLARATION OF CONDOMINIUM, FOR UNION SQUARE RECORDED IN SUMMIT COUNTY, UTAH AS ENTRY NO. 774533, IN BOOK 1784, AT PAGE 195 (AS SAID DECLARATION MAY HAVE HERETOFORE BEEN AMENDED OR SUPPLEMENTED), OF THE OFFICIAL RECORDS.

TOGETHER WITH: (A) THE UNDIVIDED INTEREST IN SAID CONDOMINIUM PROJECT'S COMMON AREAS AND FACILITIES WHICH IS APPURTENANT TO SAID UNIT; (B) THE EXCLUSIVE RIGHT TO USE AND ENJOY EACH OF THE LIMITED COMMON AREAS WHICH IS APPURTENANT TO SAID UNIT; AND (C) THE NON-EXCLUSIVE RIGHT TO USE AND ENJOY THE COMMON AREAS AND FACILITIES INCLUDED IN SAID CONDOMINIUM PROJECT (AS SAID PROJECT MAY HEREAFTER BE EXPANDED) IN ACCORDANCE WITH THE AFORESAID DECLARATION AND SURVEY MAP (AS SAID DECLARATION AND MAP MAY HEREAFTER BE AMENDED OR SUPPLEMENTED) AND THE UTAH CONDOMINIUM ACT.

TAX PARCEL NO. USC-207

LESS AND EXCEPTING THEREFROM THE FOLLOWING:

An undivided 1/8 share interest in Unit 207, aka (207-1-A) conveyed by that certain special warranty deed recorded December 20, 2007 in Summit County, Utah as Entry no. 00833076, in Book 1905, at Page 1024.

An undivided 1/8 share interest in Unit 207, aka (207-2-B) conveyed by that certain special warranty deed recorded December 11, 2007 in Summit County, Utah as Entry no. 00832410, in Book 1903, at Page 1818.

An undivided 1/8 share interest in Unit 207, aka (207-3-F) conveyed by that certain warranty deed recorded December 7, 2007 in Summit County, Utah as Entry no. 00832218, in Book 1903, at Page 0938.

An undivided 1/8 share interest in Unit 207, aka (207-5-D) conveyed by that certain special warranty deed recorded January 11, 2008 in Summit County, Utah as Entry no. 00834610, in Book 1909, at Page 0498.

An undivided 1/8 share interest in Unit 207, aka (207-6-E) conveyed by that certain special warranty deed recorded February 5, 2008 in Summit County, Utah as Entry no. 00836580, in Book 1913, at Page 0059.

An undivided 1/8 share interest in Unit 207, aka (207-7-G) conveyed by that certain special warranty deed recorded March 5, 2008 in Summit County, Utah as Entry no. 00839032, in Book 1917, at Page 1578.

An undivided 1/8 share interest in Unit 207, aka (207-8) conveyed by that certain special warranty deed recorded May 2, 2008 in Summit County, Utah as Entry no. 00843535, in Book 1927, at Page 1757.

PARCEL 8:

UNIT 209 CONTAINED WITHIN UNION SQUARE CONDOMINIUM, AS THE SAME IS IDENTIFIED IN THE RECORD OF SURVEY MAP RECORDED IN SUMMIT COUNTY, UTAH, AS ENTRY NO. 774532 (AS SAID MAP MAY HAVE HERETOFORE BEEN AMENDED OR SUPPLEMENTED) AND IN THE DECLARATION OF CONDOMINIUM, FOR UNION SQUARE RECORDED IN SUMMIT COUNTY, UTAH AS ENTRY NO. 774533, IN BOOK 1784, AT PAGE 195 (AS SAID DECLARATION MAY HAVE HERETOFORE BEEN AMENDED OR SUPPLEMENTED), OF THE OFFICIAL RECORDS.

TOGETHER WITH: (A) THE UNDIVIDED INTEREST IN SAID CONDOMINIUM PROJECT'S COMMON AREAS AND FACILITIES WHICH IS APPURTENANT TO SAID UNIT; (B) THE EXCLUSIVE RIGHT TO USE AND ENJOY EACH OF THE LIMITED COMMON AREAS WHICH IS APPURTENANT TO SAID UNIT; AND (C) THE NON-EXCLUSIVE RIGHT TO USE AND ENJOY THE COMMON AREAS AND FACILITIES INCLUDED IN SAID CONDOMINIUM PROJECT (AS SAID PROJECT MAY HEREAFTER BE EXPANDED) IN ACCORDANCE WITH THE AFORESAID DECLARATION AND SURVEY MAP (AS SAID DECLARATION AND MAP MAY HEREAFTER BE AMENDED OR SUPPLEMENTED) AND THE UTAH CONDOMINIUM ACT.

TAX PARCEL NO. USC-209

LESS AND EXCEPTING THEREFROM THE FOLLOWING:

An undivided 1/8 share interest in Unit 209, aka (209-1-D) conveyed by that certain special warranty deed recorded December 26, 2007 in Summit County, Utah as Entry no. 00833437, in Book 1906, at Page 0856.

An undivided 1/8 share interest in Unit 209, aka (209-2-B) conveyed by that certain special warranty deed recorded February 6, 2008 in Summit County, Utah as Entry no. 00836605, in Book 1913, at Page 0245.

An undivided 1/8 share interest in Unit 209, aka (209-3-A) conveyed by that certain warranty deed recorded February 20, 2008 in Summit County, Utah as Entry no. 00838017, in Book 1915, at Page 0959.

An undivided 1/8 share interest in Unit 209, aka (209-4-E) conveyed by that certain special warranty deed recorded December 12, 2007 in Summit County, Utah as Entry no. 00832497, in Book 1904, at Page 0247.

An undivided 1/8 share interest in Unit 209, aka (209-5-C) conveyed by that certain special warranty deed recorded December 5, 2007 in Summit County, Utah as Entry no. 00831952, in Book 1902, at Page 1524.

An undivided 1/8 share interest in Unit 209, aka (209-G) conveyed by that certain special warranty deed recorded October 7, 2008 in Summit County, Utah as Entry no. 00856384, in Book 1952, at Page 0130.

PARCEL 9:

UNIT 301 CONTAINED WITHIN UNION SQUARE CONDOMINIUM, AS THE SAME IS IDENTIFIED IN THE RECORD OF SURVEY MAP RECORDED IN SUMMIT COUNTY, UTAH, AS ENTRY NO. 774532 (AS SAID MAP MAY HAVE HERETOFORE BEEN AMENDED OR SUPPLEMENTED) AND IN THE DECLARATION OF CONDOMINIUM, FOR UNION SQUARE RECORDED IN SUMMIT COUNTY, UTAH AS ENTRY NO. 774533, IN BOOK 1784, AT PAGE 195 (AS SAID DECLARATION MAY HAVE HERETOFORE BEEN AMENDED OR SUPPLEMENTED), OF THE OFFICIAL RECORDS.

TOGETHER WITH: (A) THE UNDIVIDED INTEREST IN SAID CONDOMINIUM PROJECT'S COMMON AREAS AND FACILITIES WHICH IS APPURTENANT TO SAID UNIT; (B) THE EXCLUSIVE RIGHT TO USE AND ENJOY EACH OF THE LIMITED COMMON AREAS WHICH IS APPURTENANT TO SAID UNIT; AND (C) THE NON-EXCLUSIVE RIGHT TO USE AND ENJOY THE COMMON AREAS AND FACILITIES INCLUDED IN SAID CONDOMINIUM PROJECT (AS SAID PROJECT MAY HEREAFTER BE EXPANDED) IN ACCORDANCE WITH THE AFORESAID DECLARATION AND SURVEY MAP (AS SAID DECLARATION AND MAP MAY HEREAFTER BE AMENDED OR SUPPLEMENTED) AND THE UTAH CONDOMINIUM ACT.

TAX PARCEL NO. USC-301

LESS AND EXCEPTING THEREFROM THE FOLLOWING:

An undivided 1/8 share interest in Unit 301, aka (301-1-C) conveyed by that certain special warranty deed recorded December 7, 2007 in Summit County, Utah as Entry no. 00832205, in Book 1903, at Page 0912.

An undivided 1/8 share interest in Unit 301, aka (301-2-A) conveyed by that certain special warranty deed recorded December 14, 2007 in Summit County, Utah as Entry no. 00832637, in Book 1904, at Page 0863.

An undivided 1/8 share interest in Unit 301, aka (301-3-D) conveyed by that certain special warranty deed recorded December 27, 2007 in Summit County, Utah as Entry no. 00833468, in Book 1906, at Page 1228.

An undivided 1/8 share interest in Unit 301, aka (301-4-B) conveyed by that certain special warranty deed recorded December 7, 2007 in Summit County, Utah as Entry no. 00832215, in Book 1903, at Page 0932.

PARCEL 10:

UNIT 303 CONTAINED WITHIN UNION SQUARE CONDOMINIUM, AS THE SAME IS IDENTIFIED IN THE RECORD OF SURVEY MAP RECORDED IN SUMMIT COUNTY, UTAH, AS ENTRY NO. 774532 (AS SAID MAP MAY HAVE HERETOFORE BEEN

AMENDED OR SUPPLEMENTED) AND IN THE DECLARATION OF CONDOMINIUM, FOR UNION SQUARE RECORDED IN SUMMIT COUNTY, UTAH AS ENTRY NO. 774533, IN BOOK 1784, AT PAGE 195 (AS SAID DECLARATION MAY HAVE HERETOFORE BEEN AMENDED OR SUPPLEMENTED), OF THE OFFICIAL RECORDS.

TOGETHER WITH: (A) THE UNDIVIDED INTEREST IN SAID CONDOMINIUM PROJECT'S COMMON AREAS AND FACILITIES WHICH IS APPURTENANT TO SAID UNIT; (B) THE EXCLUSIVE RIGHT TO USE AND ENJOY EACH OF THE LIMITED COMMON AREAS WHICH IS APPURTENANT TO SAID UNIT; AND (C) THE NON-EXCLUSIVE RIGHT TO USE AND ENJOY THE COMMON AREAS AND FACILITIES INCLUDED IN SAID CONDOMINIUM PROJECT (AS SAID PROJECT MAY HEREAFTER BE EXPANDED) IN ACCORDANCE WITH THE AFORESAID DECLARATION AND SURVEY MAP (AS SAID DECLARATION AND MAP MAY HEREAFTER BE AMENDED OR SUPPLEMENTED) AND THE UTAH CONDOMINIUM ACT.

TAX PARCEL NO. USC-303

LESS AND EXCEPTING THEREFROM THE FOLLOWING:

An undivided 1/8 share interest in Unit 303, aka (303-1-E) conveyed by that certain warranty deed recorded June 2, 2008 in Summit County, Utah as Entry no. 00845790, in Book 1932, at Page 1462.

An undivided 1/8 share interest in Unit 303, aka (303-2-F) conveyed by that certain special warranty deed recorded December 7, 2007 in Summit County, Utah as Entry no. 00832209, in Book 1903, at Page 0920.

An undivided 1/8 share interest in Unit 303, aka (303-4-B) conveyed by that certain special warranty deed recorded December 20, 2007 in Summit County, Utah as Entry no. 00833133, in Book 1905, at Page 1390.

An undivided 1/8 share interest in Unit 303, aka (303-5-A) conveyed by that certain special warranty deed recorded December 7, 2007 in Summit County, Utah as Entry no. 00832202, in Book 1903, at Page 0885.

An undivided 1/8 share interest in Unit 303, aka (303-6-C) conveyed by that certain special warranty deed recorded December 17, 2007 in Summit County, Utah as Entry no. 00832686, in Book 1904, at Page 1273.

PARCEL 11:

UNIT 305 CONTAINED WITHIN UNION SQUARE CONDOMINIUM, AS THE SAME IS IDENTIFIED IN THE RECORD OF SURVEY MAP RECORDED IN SUMMIT COUNTY, UTAH, AS ENTRY NO. 774532 (AS SAID MAP MAY HAVE HERETOFORE BEEN AMENDED OR SUPPLEMENTED) AND IN THE DECLARATION OF CONDOMINIUM, FOR UNION SQUARE RECORDED IN SUMMIT COUNTY, UTAH AS ENTRY NO. 774533, IN BOOK 1784, AT PAGE 195 (AS SAID DECLARATION MAY HAVE HERETOFORE BEEN AMENDED OR SUPPLEMENTED), OF THE OFFICIAL RECORDS.

TOGETHER WITH: (A) THE UNDIVIDED INTEREST IN SAID CONDOMINIUM PROJECT'S COMMON AREAS AND FACILITIES WHICH IS APPURTENANT TO SAID UNIT; (B) THE EXCLUSIVE RIGHT TO USE AND ENJOY EACH OF THE LIMITED COMMON AREAS WHICH IS APPURTENANT TO SAID UNIT; AND (C) THE NON-EXCLUSIVE RIGHT TO USE AND ENJOY THE COMMON AREAS AND FACILITIES

INCLUDED IN SAID CONDOMINIUM PROJECT (AS SAID PROJECT MAY HEREAFTER BE EXPANDED) IN ACCORDANCE WITH THE AFORESAID DECLARATION AND SURVEY MAP (AS SAID DECLARATION AND MAP MAY HEREAFTER BE AMENDED OR SUPPLEMENTED) AND THE UTAH CONDOMINIUM ACT.

TAX PARCEL NO. USC-305

LESS AND EXCEPTING THEREFROM THE FOLLOWING:

An undivided 1/8 share interest in Unit 305, aka (305-1-B) conveyed by that certain special warranty deed recorded December 7, 2007 in Summit County, Utah as Entry no. 00832211, in Book 1903, at Page 0924.

An undivided 1/8 share interest in Unit 305, aka (305-2-E) conveyed by that certain warranty deed recorded September 19, 2008 in Summit County, Utah as Entry no. 00855254, in Book 1949, at Page 1702.

An undivided 1/8 share interest in Unit 305, aka (305-3) conveyed by that certain warranty deed recorded January 14, 2008 in Summit County, Utah as Entry no. 00834733, in Book 1909, at Page 1002.

An undivided 1/8 share interest in Unit 305, aka (305-4-D) conveyed by that certain special warranty deed recorded January 4, 2008 in Summit County, Utah as Entry no. 00834111, in Book 1908, at Page 0534.

An undivided 1/8 share interest in Unit 305, aka (305-5-C) conveyed by that certain special warranty deed recorded December 10, 2007 in Summit County, Utah as Entry no. 00832313, in Book 1903, at Page 1326.

PARCEL 12:

UNIT 309 CONTAINED WITHIN UNION SQUARE CONDOMINIUM, AS THE SAME IS IDENTIFIED IN THE RECORD OF SURVEY MAP RECORDED IN SUMMIT COUNTY, UTAH, AS ENTRY NO. 774532 (AS SAID MAP MAY HAVE HERETOFORE BEEN AMENDED OR SUPPLEMENTED) AND IN THE DECLARATION OF CONDOMINIUM, FOR UNION SQUARE RECORDED IN SUMMIT COUNTY, UTAH AS ENTRY NO. 774533, IN BOOK 1784, AT PAGE 195 (AS SAID DECLARATION MAY HAVE HERETOFORE BEEN AMENDED OR SUPPLEMENTED), OF THE OFFICIAL RECORDS.

TOGETHER WITH: (A) THE UNDIVIDED INTEREST IN SAID CONDOMINIUM PROJECT'S COMMON AREAS AND FACILITIES WHICH IS APPURTENANT TO SAID UNIT; (B) THE EXCLUSIVE RIGHT TO USE AND ENJOY EACH OF THE LIMITED COMMON AREAS WHICH IS APPURTENANT TO SAID UNIT; AND (C) THE NON-EXCLUSIVE RIGHT TO USE AND ENJOY THE COMMON AREAS AND FACILITIES INCLUDED IN SAID CONDOMINIUM PROJECT (AS SAID PROJECT MAY HEREAFTER BE EXPANDED) IN ACCORDANCE WITH THE AFORESAID DECLARATION AND SURVEY MAP (AS SAID DECLARATION AND MAP MAY HEREAFTER BE AMENDED OR SUPPLEMENTED) AND THE UTAH CONDOMINIUM ACT.

TAX PARCEL NO. USC-309

LESS AND EXCEPTING THEREFROM THE FOLLOWING:

An undivided 1/8 share interest in Unit 309, aka (309-1-B) conveyed by that certain
special warranty deed recorded December 10, 2007 in Summit County, Utah as Entry no.
00832222, in Book 1903, at Page 0970.

An undivided 1/8 share interest in Unit 309, aka (309-2-D) conveyed by that certain
warranty deed recorded March 11, 2008 in Summit County, Utah as Entry no. 00839529,
in Book 1918, at Page 1679.

An undivided 1/8 share interest in Unit 309, aka (309-3-C) conveyed by that certain
special warranty deed recorded December 18, 2007 in Summit County, Utah as Entry no.
00832886, in Book 1905, at Page 0018.

An undivided 1/8 share interest in Unit 309, aka (309-4-A) conveyed by that certain
special warranty deed recorded December 10, 2007 in Summit County, Utah as Entry no.
00832224, in Book 1903, at Page 0974.

PARCEL 13:

UNIT 401 CONTAINED WITHIN UNION SQUARE CONDOMINIUM, AS THE SAME IS
IDENTIFIED IN THE RECORD OF SURVEY MAP RECORDED IN SUMMIT COUNTY,
UTAH, AS ENTRY NO. 774532 (AS SAID MAP MAY HAVE HERETOFORE BEEN
AMENDED OR SUPPLEMENTED) AND IN THE DECLARATION OF CONDOMINIUM,
FOR UNION SQUARE RECORDED IN SUMMIT COUNTY, UTAH AS ENTRY NO. 774533,
IN BOOK 1784, AT PAGE 195 (AS SAID DECLARATION MAY HAVE HERETOFORE
BEEN AMENDED OR SUPPLEMENTED), OF THE OFFICIAL RECORDS.

TOGETHER WITH: (A) THE UNDIVIDED INTEREST IN SAID CONDOMINIUM
PROJECT'S COMMON AREAS AND FACILITIES WHICH IS APPURTENANT TO SAID
UNIT; (B) THE EXCLUSIVE RIGHT TO USE AND ENJOY EACH OF THE LIMITED
COMMON AREAS WHICH IS APPURTENANT TO SAID UNIT; AND (C) THE NON-
EXCLUSIVE RIGHT TO USE AND ENJOY THE COMMON AREAS AND FACILITIES
INCLUDED IN SAID CONDOMINIUM PROJECT (AS SAID PROJECT MAY HEREAFTER
BE EXPANDED) IN ACCORDANCE WITH THE AFORESAID DECLARATION AND
SURVEY MAP (AS SAID DECLARATION AND MAP MAY HEREAFTER BE AMENDED
OR SUPPLEMENTED) AND THE UTAH CONDOMINIUM ACT.

TAX PARCEL NO. USC-401

LESS AND EXCEPTING THEREFROM THE FOLLOWING:

An undivided 1/8 share interest in Unit 401, aka (401-1-D) conveyed by that certain
special warranty deed recorded December 26, 2007 in Summit County, Utah as Entry no.
00833440, in Book 1906, at Page 0882.

An undivided 1/8 share interest in Unit 401, aka (401-2-E) conveyed by that certain
special warranty deed recorded December 18, 2007 in Summit County, Utah as Entry no.
00832877, in Book 1904, at Page 1954.

An undivided 1/8 share interest in Unit 401, aka (401-3-C) conveyed by that certain
special warranty deed recorded December 24, 2007 in Summit County, Utah as Entry no.
00833290, in Book 1906, at Page 0258.

An undivided 1/8 share interest in Unit 401, aka (401-4-B) conveyed by that certain
special warranty deed recorded January 4, 2008 in Summit County, Utah as Entry no.
00834017, in Book 1908, at Page 0086.

An undivided 1/8 share interest in Unit 401, aka (401-5-A) conveyed by that certain
special warranty deed recorded December 27, 2007 in Summit County, Utah as Entry no.
00833525, in Book 1906, at Page 1559.

An undivided 1/8 share interest in Unit 401, aka (401-7-G) conveyed by that certain
special warranty deed recorded December 27, 2007 in Summit County, Utah as Entry no.
00833469, in Book 1906, at Page 1230.

PARCEL 14:

UNIT 403 CONTAINED WITHIN UNION SQUARE CONDOMINIUM, AS THE SAME IS
IDENTIFIED IN THE RECORD OF SURVEY MAP RECORDED IN SUMMIT COUNTY,
UTAH, AS ENTRY NO. 774532 (AS SAID MAP MAY HAVE HERETOFORE BEEN
AMENDED OR SUPPLEMENTED) AND IN THE DECLARATION OF CONDOMINIUM,
FOR UNION SQUARE RECORDED IN SUMMIT COUNTY, UTAH AS ENTRY NO. 774533,
IN BOOK 1784, AT PAGE 195 (AS SAID DECLARATION MAY HAVE HERETOFORE
BEEN AMENDED OR SUPPLEMENTED), OF THE OFFICIAL RECORDS.

TOGETHER WITH: (A) THE UNDIVIDED INTEREST IN SAID CONDOMINIUM
PROJECT'S COMMON AREAS AND FACILITIES WHICH IS APPURTENANT TO SAID
UNIT; (B) THE EXCLUSIVE RIGHT TO USE AND ENJOY EACH OF THE LIMITED
COMMON AREAS WHICH IS APPURTENANT TO SAID UNIT; AND (C) THE NON-
EXCLUSIVE RIGHT TO USE AND ENJOY THE COMMON AREAS AND FACILITIES
INCLUDED IN SAID CONDOMINIUM PROJECT (AS SAID PROJECT MAY HEREAFTER
BE EXPANDED) IN ACCORDANCE WITH THE AFORESAID DECLARATION AND
SURVEY MAP (AS SAID DECLARATION AND MAP MAY HEREAFTER BE AMENDED
OR SUPPLEMENTED) AND THE UTAH CONDOMINIUM ACT.

TAX PARCEL NO. USC-403

LESS AND EXCEPTING THEREFROM THE FOLLOWING:

An undivided 1/8 share interest in Unit 403, aka (403-1-E) conveyed by that certain
special warranty deed recorded December 26, 2007 in Summit County, Utah as Entry no.
00833459, in Book 1906, at Page 1113.

An undivided 1/8 share interest in Unit 403, aka (403-2-B) conveyed by that certain
special warranty deed recorded December 28, 2007 in Summit County, Utah as Entry no.
00833645, in Book 1907, at Page 0247.

An undivided 1/8 share interest in Unit 403, aka (403-3-C) conveyed by that certain
special warranty deed recorded December 20, 2007 in Summit County, Utah as Entry no.
00833011, in Book 1905, at Page 0774.

An undivided 1/8 share interest in Unit 403, aka (403-4-D) conveyed by that certain special warranty deed recorded December 20, 2007 in Summit County, Utah as Entry no. 00833121, in Book 1905, at Page 1316.

An undivided 1/8 share interest in Unit 403, aka (403-5-F) conveyed by that certain warranty deed recorded December 27, 2007 in Summit County, Utah as Entry no. 00833467, in Book 1906, at Page 1225.

An undivided 1/8 share interest in Unit 403, aka (403-6-A) conveyed by that certain special warranty deed recorded December 27, 2007 in Summit County, Utah as Entry no. 00833545, in Book 1906, at Page 1742.

PARCEL 15:

UNIT 405 CONTAINED WITHIN UNION SQUARE CONDOMINIUM, AS THE SAME IS IDENTIFIED IN THE RECORD OF SURVEY MAP RECORDED IN SUMMIT COUNTY, UTAH, AS ENTRY NO. 774532 (AS SAID MAP MAY HAVE HERETOFORE BEEN AMENDED OR SUPPLEMENTED) AND IN THE DECLARATION OF CONDOMINIUM, FOR UNION SQUARE RECORDED IN SUMMIT COUNTY, UTAH AS ENTRY NO. 774533, IN BOOK 1784, AT PAGE 195 (AS SAID DECLARATION MAY HAVE HERETOFORE BEEN AMENDED OR SUPPLEMENTED), OF THE OFFICIAL RECORDS.

TOGETHER WITH: (A) THE UNDIVIDED INTEREST IN SAID CONDOMINIUM PROJECT'S COMMON AREAS AND FACILITIES WHICH IS APPURTENANT TO SAID UNIT; (B) THE EXCLUSIVE RIGHT TO USE AND ENJOY EACH OF THE LIMITED COMMON AREAS WHICH IS APPURTENANT TO SAID UNIT; AND (C) THE NON-EXCLUSIVE RIGHT TO USE AND ENJOY THE COMMON AREAS AND FACILITIES INCLUDED IN SAID CONDOMINIUM PROJECT (AS SAID PROJECT MAY HEREAFTER BE EXPANDED) IN ACCORDANCE WITH THE AFORESAID DECLARATION AND SURVEY MAP (AS SAID DECLARATION AND MAP MAY HEREAFTER BE AMENDED OR SUPPLEMENTED) AND THE UTAH CONDOMINIUM ACT.

TAX PARCEL NO. USC-405

LESS AND EXCEPTING THEREFROM THE FOLLOWING:

An undivided 1/8 share interest in Unit 405, aka (405-1-D) conveyed by that certain warranty deed recorded September 18, 2008 in Summit County, Utah as Entry no. 00855126, in Book 1949, at Page 1218.

An undivided 1/8 share interest in Unit 405, aka (405-2-B) conveyed by that certain special warranty deed recorded January 7, 2008 in Summit County, Utah as Entry no. 00834180, in Book 1908, at Page 0868.

An undivided 1/8 share interest in Unit 405, aka (405-3-C) conveyed by that certain special warranty deed recorded December 20, 2007 in Summit County, Utah as Entry no. 00833013, in Book 1905, at Page 0778.

An undivided 1/8 share interest in Unit 405, aka (405-4-A) conveyed by that certain special warranty deed recorded December 20, 2007 in Summit County, Utah as Entry no. 00833012, in Book 1905, at Page 0776.

An undivided 1/8 share interest in Unit 405, aka (405-5-E) conveyed by that certain special warranty deed recorded December 20, 2007 in Summit County, Utah as Entry no. 00833010, in Book 1905, at Page 0772.

PARCEL 16:

UNIT 502 CONTAINED WITHIN UNION SQUARE CONDOMINIUM, AS THE SAME IS IDENTIFIED IN THE RECORD OF SURVEY MAP RECORDED IN SUMMIT COUNTY, UTAH, AS ENTRY NO. 774532 (AS SAID MAP MAY HAVE HERETOFORE BEEN AMENDED OR SUPPLEMENTED) AND IN THE DECLARATION OF CONDOMINIUM, FOR UNION SQUARE RECORDED IN SUMMIT COUNTY, UTAH AS ENTRY NO. 774533, IN BOOK 1784, AT PAGE 195 (AS SAID DECLARATION MAY HAVE HERETOFORE BEEN AMENDED OR SUPPLEMENTED), OF THE OFFICIAL RECORDS.

TOGETHER WITH: (A) THE UNDIVIDED INTEREST IN SAID CONDOMINIUM PROJECT'S COMMON AREAS AND FACILITIES WHICH IS APPURTENANT TO SAID UNIT; (B) THE EXCLUSIVE RIGHT TO USE AND ENJOY EACH OF THE LIMITED COMMON AREAS WHICH IS APPURTENANT TO SAID UNIT; AND (C) THE NON-EXCLUSIVE RIGHT TO USE AND ENJOY THE COMMON AREAS AND FACILITIES INCLUDED IN SAID CONDOMINIUM PROJECT (AS SAID PROJECT MAY HEREAFTER BE EXPANDED) IN ACCORDANCE WITH THE AFORESAID DECLARATION AND SURVEY MAP (AS SAID DECLARATION AND MAP MAY HEREAFTER BE AMENDED OR SUPPLEMENTED) AND THE UTAH CONDOMINIUM ACT.

TAX PARCEL NO. USC-502

LESS AND EXCEPTING THEREFROM THE FOLLOWING:

An undivided 1/8 share interest in Unit 502, aka (502-1-A) conveyed by that certain special warranty deed recorded December 27, 2007 in Summit County, Utah as Entry no. 00833470, in Book 1906, at Page 1232.

An undivided 1/8 share interest in Unit 502, aka (502-2-B) conveyed by that certain special warranty deed recorded January 2, 2008 in Summit County, Utah as Entry no. 00833863, in Book 1907, at Page 1321.

PARCEL 17:

UNIT 506 CONTAINED WITHIN UNION SQUARE CONDOMINIUM, AS THE SAME IS IDENTIFIED IN THE RECORD OF SURVEY MAP RECORDED IN SUMMIT COUNTY, UTAH, AS ENTRY NO. 774532 (AS SAID MAP MAY HAVE HERETOFORE BEEN AMENDED OR SUPPLEMENTED) AND IN THE DECLARATION OF CONDOMINIUM, FOR UNION SQUARE RECORDED IN SUMMIT COUNTY, UTAH AS ENTRY NO. 774533, IN BOOK 1784, AT PAGE 195 (AS SAID DECLARATION MAY HAVE HERETOFORE BEEN AMENDED OR SUPPLEMENTED), OF THE OFFICIAL RECORDS.

TOGETHER WITH: (A) THE UNDIVIDED INTEREST IN SAID CONDOMINIUM PROJECT'S COMMON AREAS AND FACILITIES WHICH IS APPURTENANT TO SAID UNIT; (B) THE EXCLUSIVE RIGHT TO USE AND ENJOY EACH OF THE LIMITED COMMON AREAS WHICH IS APPURTENANT TO SAID UNIT; AND (C) THE NON-EXCLUSIVE RIGHT TO USE AND ENJOY THE COMMON AREAS AND FACILITIES INCLUDED IN SAID CONDOMINIUM PROJECT (AS SAID PROJECT MAY HEREAFTER BE EXPANDED) IN ACCORDANCE WITH THE AFORESAID DECLARATION AND SURVEY MAP (AS SAID DECLARATION AND MAP MAY HEREAFTER BE AMENDED OR SUPPLEMENTED) AND THE UTAH CONDOMINIUM ACT.

TAX PARCEL NO. USC-506

LESS AND EXCEPTING THEREFROM THE FOLLOWING:

An undivided 1/8 share interest in Unit 506, aka (506-1-B) conveyed by that certain warranty deed recorded December 24, 2007 in Summit County, Utah as Entry no. 00833265, in Book 1906, at Page 0144.

An undivided 1/8 share interest in Unit 506, aka (506-2-A) conveyed by that certain warranty deed recorded March 11, 2008 in Summit County, Utah as Entry no. 00839528, in Book 1918, at Page 1677.

An undivided 1/8 share interest in Unit 506, aka (506-3-C) conveyed by that certain warranty deed recorded December 24, 2007 in Summit County, Utah as Entry no. 00833269, in Book 1906, at Page 0171.

An undivided 1/8 share interest in Unit 506, aka (506-4-D) conveyed by that certain special warranty deed recorded December 21, 2007 in Summit County, Utah as Entry no. 00833221, in Book 1905, at Page 1788.

PARCEL 18:

UNIT 402 CONTAINED WITHIN UNION SQUARE CONDOMINIUM, AS THE SAME IS IDENTIFIED IN THE RECORD OF SURVEY MAP RECORDED IN SUMMIT COUNTY, UTAH, AS ENTRY NO. 774532 (AS SAID MAP MAY HAVE HERETOFORE BEEN AMENDED OR SUPPLEMENTED) AND IN THE DECLARATION OF CONDOMINIUM, FOR UNION SQUARE RECORDED IN SUMMIT COUNTY, UTAH AS ENTRY NO. 774533, IN BOOK 1784, AT PAGE 195 (AS SAID DECLARATION MAY HAVE HERETOFORE BEEN AMENDED OR SUPPLEMENTED), OF THE OFFICIAL RECORDS.

TOGETHER WITH: (A) THE UNDIVIDED INTEREST IN SAID CONDOMINIUM PROJECT'S COMMON AREAS AND FACILITIES WHICH IS APPURTENANT TO SAID UNIT; (B) THE EXCLUSIVE RIGHT TO USE AND ENJOY EACH OF THE LIMITED COMMON AREAS WHICH IS APPURTENANT TO SAID UNIT; AND (C) THE NON-EXCLUSIVE RIGHT TO USE AND ENJOY THE COMMON AREAS AND FACILITIES INCLUDED IN SAID CONDOMINIUM PROJECT (AS SAID PROJECT MAY HEREAFTER BE EXPANDED) IN ACCORDANCE WITH THE AFORESAID DECLARATION AND SURVEY MAP (AS SAID DECLARATION AND MAP MAY HEREAFTER BE AMENDED OR SUPPLEMENTED) AND THE UTAH CONDOMINIUM ACT.

TAX PARCEL NO. USC-402

LESS AND EXCEPTING THEREFROM THE FOLLOWING:

An undivided 1/8 share interest in Unit 402, aka (402-1-B) conveyed by that certain special warranty deed recorded December 7, 2007 in Summit County, Utah as Entry no. 00832213, in Book 1903, at Page 0929.

An undivided 1/8 share interest in Unit 402, aka (402-2-A) conveyed by that certain special warranty deed recorded December 31, 2007 in Summit County, Utah as Entry no. 00833778, in Book 1907, at Page 0819.

An undivided 1/8 share interest in Unit 402, aka (402-3-E) conveyed by that certain special warranty deed recorded December 28, 2007 in Summit County, Utah as Entry no. 00833648, in Book 1907, at Page 0270.

An undivided 1/8 share interest in Unit 402, aka (402-4-D) conveyed by that certain special warranty deed recorded December 14, 2007 in Summit County, Utah as Entry no. 00832668, in Book 1904, at Page 1173.

An undivided 1/8 share interest in Unit 402, aka (402-5-C) conveyed by that certain special warranty deed recorded December 11, 2007 in Summit County, Utah as Entry no. 00832375, in Book 1903, at Page 1582.

An undivided 1/8 share interest in Unit 402, aka (402-6-F) conveyed by that certain special warranty deed recorded March 3, 2008 in Summit County, Utah as Entry no. 00838977, in Book 1917, at Page 1259.

PARCEL 19:

UNIT 204 CONTAINED WITHIN UNION SQUARE CONDOMINIUM, AS THE SAME IS IDENTIFIED IN THE RECORD OF SURVEY MAP RECORDED IN SUMMIT COUNTY, UTAH, AS ENTRY NO. 774532 (AS SAID MAP MAY HAVE HERETOFORE BEEN AMENDED OR SUPPLEMENTED) AND IN THE DECLARATION OF CONDOMINIUM, FOR UNION SQUARE RECORDED IN SUMMIT COUNTY, UTAH AS ENTRY NO. 774533, IN BOOK 1784, AT PAGE 195 (AS SAID DECLARATION MAY HAVE HERETOFORE BEEN AMENDED OR SUPPLEMENTED), OF THE OFFICIAL RECORDS.

TOGETHER WITH: (A) THE UNDIVIDED INTEREST IN SAID CONDOMINIUM PROJECT'S COMMON AREAS AND FACILITIES WHICH IS APPURTENANT TO SAID UNIT; (B) THE EXCLUSIVE RIGHT TO USE AND ENJOY EACH OF THE LIMITED COMMON AREAS WHICH IS APPURTENANT TO SAID UNIT; AND (C) THE NON-EXCLUSIVE RIGHT TO USE AND ENJOY THE COMMON AREAS AND FACILITIES INCLUDED IN SAID CONDOMINIUM PROJECT (AS SAID PROJECT MAY HEREAFTER BE EXPANDED) IN ACCORDANCE WITH THE AFORESAID DECLARATION AND SURVEY MAP (AS SAID DECLARATION AND MAP MAY HEREAFTER BE AMENDED OR SUPPLEMENTED) AND THE UTAH CONDOMINIUM ACT.

TAX PARCEL NO. USC-204

LESS AND EXCEPTING THEREFROM THE FOLLOWING:

An undivided 1/8 share interest in Unit 204, aka (204-2-C) conveyed by that certain special warranty deed recorded December 17, 2007 in Summit County, Utah as Entry no. 00832677, in Book 1904, at Page 1209.

An undivided 1/8 share interest in Unit 204, aka (204-3-D) conveyed by that certain special warranty deed recorded December 20, 2007 in Summit County, Utah as Entry no. 00833094, in Book 1905, at Page 1161.

An undivided 1/8 share interest in Unit 204, aka (204-4-B) conveyed by that certain special warranty deed recorded December 5, 2007 in Summit County, Utah as Entry no. 00831960, in Book 1902, at Page 1585.

An undivided 1/8 share interest in Unit 204, aka (204-5-E) conveyed by that certain
special warranty deed recorded December 7, 2007 in Summit County, Utah as Entry no.
00832219, in Book 1903, at Page 0940.

PARCEL 20:

UNIT 404 CONTAINED WITHIN UNION SQUARE CONDOMINIUM, AS THE SAME IS
IDENTIFIED IN THE RECORD OF SURVEY MAP RECORDED IN SUMMIT COUNTY,
UTAH, AS ENTRY NO. 774532 (AS SAID MAP MAY HAVE HERETOFORE BEEN
AMENDED OR SUPPLEMENTED) AND IN THE DECLARATION OF CONDOMINIUM,
FOR UNION SQUARE RECORDED IN SUMMIT COUNTY, UTAH AS ENTRY NO. 774533,
IN BOOK 1784, AT PAGE 195 (AS SAID DECLARATION MAY HAVE HERETOFORE
BEEN AMENDED OR SUPPLEMENTED), OF THE OFFICIAL RECORDS.

TOGETHER WITH: (A) THE UNDIVIDED INTEREST IN SAID CONDOMINIUM
PROJECT'S COMMON AREAS AND FACILITIES WHICH IS APPURTENANT TO SAID
UNIT; (B) THE EXCLUSIVE RIGHT TO USE AND ENJOY EACH OF THE LIMITED
COMMON AREAS WHICH IS APPURTENANT TO SAID UNIT; AND (C) THE NON-
EXCLUSIVE RIGHT TO USE AND ENJOY THE COMMON AREAS AND FACILITIES
INCLUDED IN SAID CONDOMINIUM PROJECT (AS SAID PROJECT MAY HEREAFTER
BE EXPANDED) IN ACCORDANCE WITH THE AFORESAID DECLARATION AND
SURVEY MAP (AS SAID DECLARATION AND MAP MAY HEREAFTER BE AMENDED
OR SUPPLEMENTED) AND THE UTAH CONDOMINIUM ACT.

TAX PARCEL NO. USC-404

LESS AND EXCEPTING THEREFROM THE FOLLOWING:

An undivided 1/8 share interest in Unit 404, aka (404-2-E) conveyed by that certain
warranty deed recorded December 20, 2007 in Summit County, Utah as Entry no.
00833074, in Book 1905, at Page 1019.

An undivided 1/8 share interest in Unit 404, aka (404-3-A) conveyed by that certain trust
transfer deed recorded September 25, 2008 in Summit County, Utah as Entry no.
00855607, in Book 1950, at Page 0836.

An undivided 1/8 share interest in Unit 404, aka (404-4-F) conveyed by that certain
special warranty deed recorded January 2, 2008 in Summit County, Utah as Entry no.
00833867, in Book 1907, at Page 1366.

An undivided 1/8 share interest in Unit 404, aka (404-5-B) conveyed by that certain
special warranty deed recorded January 2, 2008 in Summit County, Utah as Entry no.
00833903, in Book 1907, at Page 1575.

An undivided 1/8 share interest in Unit 404, aka (404-6-D) conveyed by that certain
special warranty deed recorded January 7, 2008 in Summit County, Utah as Entry no.
00834217, in Book 1908, at Page 0995.

PARCEL 21:

UNIT 504 CONTAINED WITHIN UNION SQUARE CONDOMINIUM, AS THE SAME IS
IDENTIFIED IN THE RECORD OF SURVEY MAP RECORDED IN SUMMIT COUNTY,
UTAH, AS ENTRY NO. 774532 (AS SAID MAP MAY HAVE HERETOFORE BEEN
00866368  Page 20 of 23  Summit County

AMENDED OR SUPPLEMENTED) AND IN THE DECLARATION OF CONDOMINIUM,
FOR UNION SQUARE RECORDED IN SUMMIT COUNTY, UTAH AS ENTRY NO. 774533,
IN BOOK 1784, AT PAGE 195 (AS SAID DECLARATION MAY HAVE HERETOFORE
BEEN AMENDED OR SUPPLEMENTED), OF THE OFFICIAL RECORDS.

TOGETHER WITH: (A) THE UNDIVIDED INTEREST IN SAID CONDOMINIUM
PROJECT'S COMMON AREAS AND FACILITIES WHICH IS APPURTENANT TO SAID
UNIT; (B) THE EXCLUSIVE RIGHT TO USE AND ENJOY EACH OF THE LIMITED
COMMON AREAS WHICH IS APPURTENANT TO SAID UNIT; AND (C) THE NON-
EXCLUSIVE RIGHT TO USE AND ENJOY THE COMMON AREAS AND FACILITIES
INCLUDED IN SAID CONDOMINIUM PROJECT (AS SAID PROJECT MAY HEREAFTER
BE EXPANDED) IN ACCORDANCE WITH THE AFORESAID DECLARATION AND
SURVEY MAP (AS SAID DECLARATION AND MAP MAY HEREAFTER BE AMENDED
OR SUPPLEMENTED) AND THE UTAH CONDOMINIUM ACT.

TAX PARCEL NO. USC-504

LESS AND EXCEPTING THEREFROM THE FOLLOWING:

An undivided 1/8 share interest in Unit 504, aka (504-1-A) conveyed by that certain
special warranty deed recorded December 28, 2007 in Summit County, Utah as Entry no.
00833556, in Book 1906, at Page 1785.

An undivided 1/8 share interest in Unit 504, aka (504-3-C) conveyed by that certain
special warranty deed recorded December 28, 2007 in Summit County, Utah as Entry no.
00833618, in Book 1907, at Page 0059.

An undivided 1/8 share interest in Unit 504, aka (504-4-D) conveyed by that
certain special warranty deed recorded December 28, 2007 in Summit County,
Utah as Entry no. 00833619, in Book 1907, at Page 0061

PARCEL 22:

UNIT 603 CONTAINED WITHIN UNION SQUARE CONDOMINIUM, AS THE SAME IS
IDENTIFIED IN THE RECORD OF SURVEY MAP RECORDED IN SUMMIT COUNTY,
UTAH, AS ENTRY NO. 774532 (AS SAID MAP MAY HAVE HERETOFORE BEEN
AMENDED OR SUPPLEMENTED) AND IN THE DECLARATION OF CONDOMINIUM,
FOR UNION SQUARE RECORDED IN SUMMIT COUNTY, UTAH AS ENTRY NO. 774533,
IN BOOK 1784, AT PAGE 195 (AS SAID DECLARATION MAY HAVE HERETOFORE
BEEN AMENDED OR SUPPLEMENTED), OF THE OFFICIAL RECORDS.

TOGETHER WITH: (A) THE UNDIVIDED INTEREST IN SAID CONDOMINIUM
PROJECT'S COMMON AREAS AND FACILITIES WHICH IS APPURTENANT TO SAID
UNIT; (B) THE EXCLUSIVE RIGHT TO USE AND ENJOY EACH OF THE LIMITED
COMMON AREAS WHICH IS APPURTENANT TO SAID UNIT; AND (C) THE NON-
EXCLUSIVE RIGHT TO USE AND ENJOY THE COMMON AREAS AND FACILITIES
INCLUDED IN SAID CONDOMINIUM PROJECT (AS SAID PROJECT MAY HEREAFTER
BE EXPANDED) IN ACCORDANCE WITH THE AFORESAID DECLARATION AND
SURVEY MAP (AS SAID DECLARATION AND MAP MAY HEREAFTER BE AMENDED
OR SUPPLEMENTED) AND THE UTAH CONDOMINIUM ACT.

TAX PARCEL NO. USC-603

LESS AND EXCEPTING THEREFROM THE FOLLOWING:

An undivided 1/8 share interest in Unit 603, aka (PH-1-A) conveyed by that certain special warranty deed recorded January 9, 2008 in Summit County, Utah as Entry no. 00834348, in Book 1908, at Page 1484.

An undivided 1/8 share interest in Unit 603, aka (PH-2-B) conveyed by that certain special warranty deed recorded December 27, 2007 in Summit County, Utah as Entry no. 00833549, in Book 1906, at Page 1753.

An undivided 1/8 share interest in Unit 603, aka (PH-3-D) conveyed by that certain special warranty deed recorded December 27, 2007 in Summit County, Utah as Entry no. 00833543, in Book 1906, at Page 1720.

An undivided 1/8 share interest in Unit 603, aka (PH-4-E) conveyed by that certain special warranty deed recorded January 7, 2008 in Summit County, Utah as Entry no. 00834183, in Book 1908, at Page 0890.
An undivided 1/8 share interest in Unit 603, aka (PH-5-C) conveyed by that certain special warranty deed recorded December 28, 2007 in Summit County, Utah as Entry no. 00833570, in Book 1906, at Page 1902.

An undivided 1/8 share interest in Unit 603, aka (PH-6-F) conveyed by that certain special warranty deed recorded December 28, 2007 in Summit County, Utah as Entry no. 00833559, in Book 1906, at Page 1811.

PARCEL 23:

COMMERCIAL UNIT HOTEL CONTAINED WITHIN UNION SQUARE CONDOMINIUM, AS THE SAME IS IDENTIFIED IN THE RECORD OF SURVEY MAP RECORDED IN SUMMIT COUNTY, UTAH, AS ENTRY NO. 774532 (AS SAID MAP MAY HAVE HERETOFORE BEEN AMENDED OR SUPPLEMENTED) AND IN THE DECLARATION OF CONDOMINIUM, FOR UNION SQUARE RECORDED IN SUMMIT COUNTY, UTAH AS ENTRY NO. 774533 IN BOOK 1784 AT PAGE 195 (AS SAID DECLARATION MAY HAVE HERETOFORE BEEN AMENDED OR SUPPLEMENTED), OF THE OFFICIAL RECORDS.

TOGETHER WITH: (A) THE UNDIVIDED INTEREST IN SAID CONDOMINIUM PROJECT'S COMMON AREAS AND FACILITIES WHICH IS APPURTENANT TO SAID UNIT; (B) THE EXCLUSIVE RIGHT TO USE AND ENJOY EACH OF THE LIMITED COMMON AREAS WHICH IS APPURTENANT TO SAID UNIT; AND (C) THE NON-EXCLUSIVE RIGHT TO USE AND ENJOY THE COMMON AREAS AND FACILITIES INCLUDED IN SAID CONDOMINIUM PROJECT (AS SAID PROJECT MAY HEREAFTER BE EXPANDED) IN ACCORDANCE WITH THE AFORESAID DECLARATION AND SURVEY MAP (AS SAID DECLARATION AND MAP MAY HEREAFTER BE AMENDED OR SUPPLEMENTED) AND THE UTAH CONDOMINIUM ACT.

TAX PARCEL NO. USC-HOTEL

PARCEL 24:

COMMERCIAL UNIT SPA CONTAINED WITHIN UNION SQUARE CONDOMINIUM, AS THE SAME IS IDENTIFIED IN THE RECORD OF SURVEY MAP RECORDED IN SUMMIT COUNTY, UTAH, AS ENTRY NO. 774532 (AS SAID MAP MAY HAVE HERETOFORE BEEN AMENDED OR SUPPLEMENTED) AND IN THE DECLARATION OF CONDOMINIUM, FOR UNION SQUARE RECORDED IN SUMMIT COUNTY, UTAH AS ENTRY NO. 774533 IN BOOK 1784 AT PAGE 195 (AS SAID DECLARATION MAY HAVE HERETOFORE BEEN AMENDED OR SUPPLEMENTED), OF THE OFFICIAL RECORDS.

00866368  Page 22 of 23  Summit County

TOGETHER WITH: (A) THE UNDIVIDED INTEREST IN SAID CONDOMINIUM PROJECT'S COMMON AREAS AND FACILITIES WHICH IS APPURTENANT TO SAID UNIT; (B) THE EXCLUSIVE RIGHT TO USE AND ENJOY EACH OF THE LIMITED COMMON AREAS WHICH IS APPURTENANT TO SAID UNIT; AND (C) THE NON-EXCLUSIVE RIGHT TO USE AND ENJOY THE COMMON AREAS AND FACILITIES INCLUDED IN SAID CONDOMINIUM PROJECT (AS SAID PROJECT MAY HEREAFTER BE EXPANDED) IN ACCORDANCE WITH THE AFORESAID DECLARATION AND SURVEY MAP (AS SAID DECLARATION AND MAP MAY HEREAFTER BE AMENDED OR SUPPLEMENTED) AND THE UTAH CONDOMINIUM ACT.

TAX PARCEL NO. USC-SPA

PARCEL 25:

COMMERCIAL UNIT SKY CLUB LOUNGE CONTAINED WITHIN UNION SQUARE CONDOMINIUM, AS THE SAME IS IDENTIFIED IN THE RECORD OF SURVEY MAP RECORDED IN SUMMIT COUNTY, UTAH, AS ENTRY NO. 774532 (AS SAID MAP MAY HAVE HERETOFORE BEEN AMENDED OR SUPPLEMENTED) AND IN THE DECLARATION OF CONDOMINIUM, FOR UNION SQUARE RECORDED IN SUMMIT COUNTY, UTAH AS ENTRY NO. 774533 IN BOOK 1784 AT PAGE 195 (AS SAID DECLARATION MAY HAVE HERETOFORE BEEN AMENDED OR SUPPLEMENTED), OF THE OFFICIAL RECORDS.

TOGETHER WITH: (A) THE UNDIVIDED INTEREST IN SAID CONDOMINIUM PROJECT'S COMMON AREAS AND FACILITIES WHICH IS APPURTENANT TO SAID UNIT; (B) THE EXCLUSIVE RIGHT TO USE AND ENJOY EACH OF THE LIMITED COMMON AREAS WHICH IS APPURTENANT TO SAID UNIT; AND (C) THE NON-EXCLUSIVE RIGHT TO USE AND ENJOY THE COMMON AREAS AND FACILITIES INCLUDED IN SAID CONDOMINIUM PROJECT (AS SAID PROJECT MAY HEREAFTER BE EXPANDED) IN ACCORDANCE WITH THE AFORESAID DECLARATION AND SURVEY MAP (AS SAID DECLARATION AND MAP MAY HEREAFTER BE AMENDED OR SUPPLEMENTED) AND THE UTAH CONDOMINIUM ACT.

TAX PARCEL NO. USC-SCL

PARCEL 26:

COMMERCIAL UNIT DEPOT CONTAINED WITHIN UNION SQUARE CONDOMINIUM, AS THE SAME IS IDENTIFIED IN THE RECORD OF SURVEY MAP RECORDED IN SUMMIT COUNTY, UTAH, AS ENTRY NO. 774532 (AS SAID MAP MAY HAVE HERETOFORE BEEN AMENDED OR SUPPLEMENTED) AND IN THE DECLARATION OF CONDOMINIUM, FOR UNION SQUARE RECORDED IN SUMMIT COUNTY, UTAH AS ENTRY NO. 774533 IN BOOK 1784 AT PAGE 195 (AS SAID DECLARATION MAY HAVE HERETOFORE BEEN AMENDED OR SUPPLEMENTED), OF THE OFFICIAL RECORDS.

TOGETHER WITH: (A) THE UNDIVIDED INTEREST IN SAID CONDOMINIUM PROJECT'S COMMON AREAS AND FACILITIES WHICH IS APPURTENANT TO SAID UNIT; (B) THE EXCLUSIVE RIGHT TO USE AND ENJOY EACH OF THE LIMITED COMMON AREAS WHICH IS APPURTENANT TO SAID UNIT; AND (C) THE NON-EXCLUSIVE RIGHT TO USE AND ENJOY THE COMMON AREAS AND FACILITIES INCLUDED IN SAID CONDOMINIUM PROJECT (AS SAID PROJECT MAY HEREAFTER BE EXPANDED) IN ACCORDANCE WITH THE AFORESAID DECLARATION AND SURVEY MAP (AS SAID DECLARATION AND MAP MAY HEREAFTER BE AMENDED OR SUPPLEMENTED) AND THE UTAH CONDOMINIUM ACT.

TAX PARCEL NO. USC-DEPOT