**The below described is SIGNED.**

**Dated: March 16, 2010**



_____
**R. KIMBALL MOSIER
U.S. Bankruptcy Judge**

_____

Kenneth L. Cannon II (kcannon@djplaw.com) (3705)
Steven J. McCardell (smccardell@djplaw.com) (2144)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT  84110-4050
Telephone:  (801) 415-3000/Fax:  (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com) (admitted *pro hac vice*)
Steven B. Eichel (seichel@crowell.com) (admitted *pro hac vice*)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY  10022
Telephone:  (212) 223-4000/Fax:  (212) 223-4134
Counsel for Debtors and Debtors in Possession

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| In re: | ) | |
|---|---|---|
| | ) | |
| EASY STREET HOLDING, LLC, *et. al.* | ) | Bankruptcy Case No. 09-29905 |
| | ) | Jointly Administered with Cases |
| Debtors | ) | 09-29907 and 09-29908 |
| | ) | (This Order affects only Case No. 09-29907- |
| | ) | Easy Street Partners, LLC) |
| Address:   201 Heber Avenue | ) | |
|                    Park City, UT 84060 | ) | |
| | ) | Chapter 11 |
| Tax ID Numbers: | ) | |
| 35-2183713 (Easy Street Holding, LLC), | ) | Honorable R. Kimball Mosier |
| 20-4502979 (Easy Street Partners, LLC), and | ) | |
| 84-1685764 (Easy Street Mezzanine, LLC) | ) | |
| | ) | |

**ORDER APPROVING DEBTOR'S EX PARTE MOTION TO (A)  CONTINUE HEARING ON
CONFIRMATION AND (B) MODIFY CERTAIN DEADLINES
SET BY ORDER APPROVING AMENDED DISCLOSURE STATEMENT**

NYIWDMS: 11481478_1

**Filed: 03/16/10**

Entered On Docket: 03/17/2010

The Court, having considered the ex parte motion (the "Motion") of Easy Street Partners, LLC ("Partners") to (A) continue the hearing on confirmation of the Amended Plan of Reorganization of Easy Street Partners, LLC, dated February 18, 2010 (the "Plan") and (B) modify or continue certain deadlines relating to the process of soliciting and confirming the Plan which were fixed by the Court's Order entered February 26, 2010 (A) Approving Amended Disclosure Statement with Respect to Amended Plan of Reorganization of Easy Street Partners, LLC, Dated February 18, 2010, (B) Establishing a Record Date, (C) Approving Solicitation Procedures, (D) Approving Forms of Ballots and Voting Procedures, and (E) Approving Notice and Scheduling Confirmation Hearing (the "Disclosure Statement Order"), noting that WestLB, AG, the largest secured creditor in Partners' case, and the Official Committee of Unsecured Creditors do not oppose the relief sought in the Motion, and good cause appearing therefor, hereby

ORDERS:

1. The Motion is granted.

2. The following hearing date and deadlines are continued or modified as follows: (i) hearing to consider confirmation of the Plan, currently scheduled for March 30, 2010 at 1:30 p.m., MDT, is hereby continued to April 27, 2010 at 1:30 p.m., MDT; (ii) the deadline for Partners to file its Plan Supplement, currently March 15, 2010, is hereby continued or modified to April 12, 2010; (iii) the deadlines for voting on the Plan and for objecting to the Plan, both currently March 22, 2010, are hereby continued or modified to April 19, 2010; (iv) the deadline for filing Partners' response to objections to confirmation and a memorandum in support of confirmation of the Plan, currently March 26, 2010, is hereby continued or modified to April 23,

NYIWDMS: 11481478_1

2010; and (v) the deadline for Partners to file a report of the results of voting on the Plan will be the commencement of the <u>continued</u> confirmation hearing on April 27, 2010.

3.  The other procedures and deadlines fixed or set by the Disclosure Statement Order are not modified or continued by this Order.  Partners is not required to serve a new solicitation package or ballot to creditors and interest holders.

4.  Partners shall give notice to all parties in interest of the continued and modified hearing date and deadlines fixed by this Order substantially in the form of notice attached to the Motion as Exhibit A.

5.  Partners shall also give notice that the objection deadlines and the hearing date and time have not been changed for (a) Partners' Motion for Entry of an Order Determining the Value of the Sky Lodge Pursuant to § 506 of the Bankruptcy Code and Bankruptcy Rule 3012, (b) Partners' Motion to Extend the Exclusive Period for Soliciting and Obtaining Acceptances of Its Chapter 11 Plan of Reorganization, (c) Partners' Motion to Temporarily Allow the Homeowners' Claims in a Reduced Amount For Voting Purposes Only, and (d) other motions for temporary allowance of claims to which Partners has filed objections, if any.

-------------------**END OF ORDER**---------------------



**CLERK OF COURT CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing Order Approving *Ex Parte* Motion to (A) Continue Hearing on Confirmation and (B) Modify Certain Deadlines Set by Order Approving Amended Disclosure Statement was served via United States first class mail, postage prepaid, on this _____ day of March, 2010 on the following:

Kenneth L. Cannon II
Steven J. McCardell
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT  84110-4050

Michael V. Blumenthal
Bruce J. Zabarauskas
Steven B. Eichel
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY  10022

Jeffrey W. Shields
Lon Jenkins
Troy J. Aramburu
Jones Waldo Holbrook & McDonough, PC
170 South Main Street, Suite 1500
Salt Lake City, UT  84101

John T. Morgan
Office of the United States Trustee
405 South Main Street, Suite 300
Salt Lake City, UT  84111

                                                                 _____

# CERTIFICATE OF NOTICE

```
District/off: 1088-2          User: mtm                   Page 1 of 1                  Date Rcvd: Mar 17, 2010
Case: 09-29905                Form ID: pdfor1             Total Noticed: 4
```

```
The following entities were noticed by first class mail on Mar 19, 2010.
aty          +Jeffrey Weston Shields,   Jones Waldo Holbrook & McDonough,   170 South Main Street,   Suite 1500,
               Salt Lake City, UT 84101-1644
aty          +John T. Morgan tr,   US Trustees Office,   Ken Garff Bldg.,   405 South Main Street,   Suite 300,
               Salt Lake City, Ut 84111-3402
aty           Kenneth L. Cannon, II,   Durham Jones & Pinegar,   111 East Broadway, Suite 900,   P O Box 4050,
               Salt Lake City, UT 84110-4050
aty          +Michael V. Blumenthal,   Crowell & Moring LLP,   590 Madison Avenue, 20th Floor,
               New York, NY 10022-2544

The following entities were noticed by electronic transmission.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 19, 2010**          **Signature:** _Joseph Speetjens_