Jeffrey W. Shields (USB #2948)
Lon A. Jenkins (USB #4060)
Troy J. Aramburu (USB #10444)
**JONES WALDO HOLBROOK & McDONOUGH, PC**
170 South Main Street, Suite 1500
Salt Lake City, Utah  84101
Telephone:  (801) 521-3200

*Counsel to Unsecured Creditors' Committee*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| | | |
|---|---|---|
| In re: | : | Bankruptcy No. 09-29905 |
| | : | |
| **EASY STREET HOLDING, LLC et al.,**[1] | : | (Jointly Administered with Cases 09-29907 and 09-29908) |
| Debtors. | : | |
| | : | Chapter 11 |
| | : | |
| | : | Honorable R. Kimball Mosier |
| | : | |

**FOURTH PROFESSIONAL FEE REQUEST FOR JONES WALDO HOLBROOK & MCDONOUGH, PC, COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR THE PERIOD FEBRUARY 1, 2010 THROUGH AND INCLUDING FEBRUARY 28, 2010.**

The Official Committee of Unsecured Creditors (the "**Committee**") for the above captioned debtors and debtors in possession (collectively the "**Debtors**"), by its counsel, Jones Waldo Holbrook & McDonough, PC, ("**Jones Waldo**") pursuant to the Court's Order entered December 15, 2009 establishing monthly fee and expense reimbursement procedures ("**Interim Payment Order**") hereby submits its fourth fee request (the "**Fee Request**") for the period of February 1, 2010 through and including February 28, 2010 (the "**Fee Period**").

---

[1]    The Debtor entities are Easy Street Holding, LLC, Easy Street Partners, LLC, and Easy Street Mezzanine, LLC.

925453.1

Jones Waldo professionals have recorded their time spent in performing services, as shown in the attached Exhibit "A," into the following matters:

| Matter No. | Matter Name |
|---|---|
| 0001 | Asset Analysis and Recovery |
| 0002 | Asset Disposition |
| 0003 | Case Administration |
| 0004 | Claims Administration & Objections |
| 0005 | Fee/Employment Applicants |
| 0006 | Fee/Employment Objections |
| 0007 | Financing/Cash Collateral |
| 0008 | Litigation |
| 0009 | Plan and Disclosure Statement |
| 0010 | Lien/Security Interest Investigation |
| 0011 | BayNorth Litigation |
| 0012 | WestLB Litigation |

Pursuant to the Interim Payment Order, professionals employed by Order of the Court to represent the Debtor or the Official Committee of Unsecured Creditors are authorized to request from the Debtor payment for services rendered and expenses incurred during the fee period equal to eighty percent (80%) of the fees sought and one hundred percent (100%) of the expenses incurred during the Fee Period. Jones Waldo's fees and expenses are as follows:

| Month | Hours | Fees | 80% of Fees | Expenses | Total (80% of Fees and 100% of expenses) |
|---|---|---|---|---|---|
| February | 93.80 | $27,525.50 | $22,020.40 | $618.71 | $22,639.11 |

Attached as Exhibit "A" are detailed statements for which payment is being sought. Statements may be redacted, to the extent necessary, to exclude, privileged, work product, litigation strategy and confidential information. Each statement includes the total time expended,

2

925453.1

identity of professional providing services, hourly billing rate, and detailed description of services rendered.

Pursuant to Interim Fee Order, parties must file objections to the Fee Request within ten (10) days from the date it is received. Any objection must have a description of the specific subject matter and services in dispute and state the amount in dispute. It is not sufficient to simply object to all fees and expenses. Fees and expense not objected to will be paid by the Debtors or, if the total of 80% of fees and 100% of expenses of estate professionals exceeds $125,000 per month, the fees and expenses will be pro-rated among fees and expenses of estate professionals for that month which are not objected to.

DATED this 23th day of March, 2010.

JONES WALDO HOLBROOK &
McDONOUGH, PC

/s/ Lon A. Jenkins
Jeffery W. Shields
Lon A. Jenkins
Troy J. Aramburu

*Counsel to Unsecured Creditors' Committee*

925453.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of March, 2010 I caused a true and correct copy of

the foregoing *Third Professional Fee Request for Jones Waldo Holbrook & McDonough, PC,*

*Counsel for the Official Committee of Unsecured Creditors, for the Period February 1, 2010*

*Through and Including February 28, 2010* to be served in the manner indicated below.

ECF Notification:

- Kenneth L. Cannon    kcannon@djplaw.com, khughes@djplaw.com
- Scott A. Cummings    cummings.scott@dorsey.com
- Mary Margaret Hunt    hunt.peggy@dorsey.com, wardle.gay@dorsey.com
- Annette W. Jarvis    jarvis.annette@dorsey.com,
  smith.ron@dorsey.com;slc.lit@dorsey.com;brown.patricia@dorsey.com
- Michael R. Johnson    mjohnson@rqn.com, agale@rqn.com
- Anthony C. Kaye    kaye@ballardspahr.com
- Benjamin J. Kotter    kotter.benjamin@dorsey.com
- Adelaide Maudsley    maudsley@chapman.com, jemery@chapman.com
- Steven J. McCardell    smccardell@djplaw.com, khughes@djplaw.com
- John T. Morgan tr    john.t.morgan@usdoj.gov, james.gee@usdoj.gov
- David W. Overholt    doverholt@rsolaw.com, abachman@rsolaw.com
- Jessica G Peterson    jpeterson@djplaw.com
- Knute Rife    karife@rifelegal.com
- Jeffrey L. Shields    jlshields@cnmlaw.com, njpotter@cnmlaw.com
- United States Trustee    USTPRegion19.SK.ECF@usdoj.gov

And via first class mail, postage prepaid upon the following:

Appraisal Group, Inc.
Attn: Paul W. Throndsen, MAI
7396 S Union Park Avenue, #301
Midvale, UT 84047

Michael V. Blumenthal
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022

BDRC 4 Site, LLC
Attn: Bryan W. Dorsey
305 NE Loop 820, Ste 109
Hurst, TX 76053

Steven B. Eichel
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022

925453.1

Anthony S. Fiotto
Goodwin Procter LLP
Exchange Place
Boston, MA 02109

Gemstone Hotels & Resorts, LLC
Attn: Jeff McIntyre, Principal
1912 Sidewinder Drive, #104
Park City, UT 84060

Corbin B. Gordon
345 West 600 South, Suite 108
Heber City, UT 84032

Brian W. Harvey
Goodwin Procter LLP
The New York Time Building
620 Eighth Avenue
New, NY 10018-1405

Ambica Mohabir
Goodwin Procter LLP
Exchange Place
Boston, MA 02109

WestLB, AG
1211 Ave. of the Americas, 24th
Floor
New York, NY 10036-8705

Easy Street Holding, LLC
4780 Winchester Court
Park City, UT 84098

Easy Street Partners, LLC
4780 Winchester Court
Park City, UT 84098

Easy Street Mezzanine, LLC
4780 Winchester Court
Park City, UT 84098

Joseph E. Wrona
WRONA LAW OFFICES, P.C.
1745 Sidewinder Drive
Park City, UT 84060

Bruce J. Zabarauskas
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022

/s/ Rebecca Huot

925453.1

# EXHIBIT A

# JONES, WALDO, HOLBROOK & McDONOUGH
### A Professional Corporation

## ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe

,

March 19, 2010
Invoice: 1487046

22414.0001
Asset Anaylsis and Recovery

## STATEMENT OF ACCOUNT

**Prior Activity**

| | | |
|---|---|---:|
| Previous Balance Due as of February 15, 2010 | | $ 5,349.32 |
| 03/02/10 | Cash Receipt | -5,349.32 |
| **Total Past Due Balance** (If payment has been sent, disregard this balance) | | **$ 0.00** |

**Current Activity**

| | |
|---|---:|
| Current Fees | 93.00 |
| Current Expenses | 440.83 |
| **Total Current Balance Due for Invoice 1487046** | **$ 533.83** |

| | |
|---|---:|
| **Total Due** (For Past Due Activity and Current Activity) | **$ 533.83** |

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

22414.0001                                                                March 19, 2010
Asset Anaylsis and Recovery                                              Invoice No.:1487046

Fee for legal services rendered in caption from date of last bill to and including February 28, 2010.

| Fee Detail | | | |

| Date | Atty | Hours | Description |
|---|---|---|---|
| 02/22/10 | LAJ | 0.30 | Telephone conference with Mr. Blumenthal re plan discussions and "moving parts". |
| **Total Hours** | | **0.30** | |

| Fee Summary | | | |

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Jenkins, Lon A | $ 310.00 | 0.30 | $ 93.00 |
| **Total Hours and Fees:** | | **0.30** | **$ 93.00** |

| Expenses | | |

| Date | Description | Amount |
|---|---|---|
| 02/05/10 | Fees -  Wells Fargo Card Services; US Bankrucpty Court | 250.00 |
| | Long Distance Telephone Charges | 78.27 |
| | In house photo copies - 543 pages @ 0.20 | 108.60 |
| | Postage | 3.96 |
| **Disbursements Total** | | **$ 440.83** |

# JONES, WALDO, HOLBROOK & MCDONOUGH

A Professional Corporation

### ATTORNEYS AND COUNSELORS

Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe

,

March 19, 2010
Invoice: 1487046

22414.0001
Asset Anaylsis and Recovery

## STATEMENT OF ACCOUNT

| | |
|---|---:|
| **Prior Activity** | |
| Previous Balance Due as of February 15, 2010 | $ 5,349.32 |
| 03/02/10          Cash Receipt | -5,349.32 |
| **Total Past Due Balance** (If payment has been sent, disregard this balance) | **$ 0.00** |
| | |
| **Current Activity** | |
| Current Fees | 93.00 |
| Current Expenses | 440.83 |
| **Total Current Balance Due for Invoice 1487046** | **$ 533.83** |
| | |
| **Total Due** (For Past Due Activity and Current Activity) | **$ 533.83** |

# REMITTANCE COPY -- PLEASE RETURN WITH PAYMENT

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

JONES, WALDO, HOLBROOK & McDONOUGH
A Professional Corporation

ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe

,

March 19, 2010
Invoice: 1487047

22414.0003
Case Administration

## STATEMENT OF ACCOUNT

**Prior Activity**

| | |
|---|---:|
| Previous Balance Due as of February 15, 2010 | $ 6,623.96 |
| 03/02/10        Cash Receipt | -3,572.46 |
| **Total Past Due Balance** (If payment has been sent, disregard this balance) | **$ 3,051.50** |

**Current Activity**

| | |
|---|---:|
| Current Fees | 4,572.00 |
| Current Expenses | 66.64 |
| **Total Current Balance Due for Invoice 1487047** | **$ 4,638.64** |

| | |
|---|---:|
| **Total Due** (For Past Due Activity and Current Activity) | **$ 7,690.14** |

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

22414.0003
Case Administration

March 19, 2010
Invoice No.:1487047

Fee for legal services rendered in caption from date of last bill to and including February 28, 2010.

## Fee Detail

| Date | Atty | Hours | Description |
|---|---|---|---|
| 02/01/10 | JYS | 0.50 | Email to and from Rich Havel. |
| 02/01/10 | JYS | 0.20 | Confer with Mr. Jenkins. |
| 02/01/10 | JYS | 0.10 | Review minutes and proposed agenda. |
| 02/01/10 | LAJ | 0.30 | Review notes, prepare Agenda for tomorrow's meeting. |
| 02/01/10 | LAJ | 0.60 | Draft Minutes from 1/26/10 Committee meeting. |
| 02/02/10 | JYS | 0.80 | Committee conference call. |
| 02/02/10 | LAJ | 0.30 | Review notes to prepare for committee meeting. |
| 02/02/10 | LAJ | 0.80 | Attend/conduct Committee meeting. |
| 02/03/10 | JYS | 0.10 | Email to and from Rich Havel. |
| 02/03/10 | JYS | 0.20 | Review call summary from Mr. Jenkins. |
| 02/08/10 | LAJ | 0.90 | Draft Minutes from 2/2/10 meeting. |
| 02/08/10 | LAJ | 0.30 | Draft Agenda for 2/9/10 meeting. |
| 02/08/10 | LAJ | 0.40 | Numerous email exchanges with R. Havel, Hsin-Hsin Yang re revisions to Stipulation. |
| 02/09/10 | LAJ | 0.30 | Review notes to prepare for Committee Meeting. |
| 02/09/10 | LAJ | 0.90 | Conduct Committee Meeting. |
| 02/15/10 | JYS | 0.10 | Review minutes of 2/9/10 meeting. |
| 02/15/10 | LAJ | 0.80 | Draft minutes from 2/9/10 meeting. |
| 02/15/10 | LAJ | 0.20 | Draft Agenda for 2/26/10 meeting. |
| 02/16/10 | JYS | 1.00 | Participate in Committee conference call. |
| 02/16/10 | JYS | 0.50 | Review current proposed plan and disclosure documents. |
| 02/16/10 | LAJ | 0.90 | Attend Committee meeting. |
| 02/22/10 | LAJ | 0.40 | Review Monthly Operating Reports. |
| 02/22/10 | LAJ | 0.70 | Draft Minutes of 2/16/10 meeting. |
| 02/22/10 | LAJ | 0.20 | Draft Agenda for 2/23/10 meeting. |
| 02/22/10 | SDG | 0.30 | Email Committee members re disclosure statement and Monthly Operating reports. |
| 02/23/10 | JYS | 0.80 | Committee conference call. |
| 02/23/10 | LAJ | 1.00 | Participate in Committee meeting. |
| 02/23/10 | LAJ | 0.30 | Post-Committee meeting with Jeff Shields to strategize. |
| 02/24/10 | JYS | 0.30 | Review and comment on email report from Lon Jenkins to Craig Elliot. |

**Total Hours**      **14.20**

## Fee Summary

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Shields, Jeffery | $ 360.00 | 4.60 | $ 1,656.00 |
| Jenkins, Lon A | 310.00 | 9.30 | 2,883.00 |
| Glendening, Sherry D | 110.00 | 0.30 | 33.00 |

22414.0003
Case Administration

March 19, 2010
Invoice No.:1487047

## Fee Summary

| | | |
|---|---|---|
| **Total Hours and Fees:** | **14.20** | **$ 4,572.00** |

## Expenses

| Date | Description | Amount |
|---|---|---|
| | Long Distance Telephone Charges | 66.64 |
| **Disbursements Total** | | **$ 66.64** |

# JONES, WALDO, HOLBROOK & McDONOUGH
### A Professional Corporation

## ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe

,

March 19, 2010
Invoice: 1487047

22414.0003
Case Administration

### STATEMENT OF ACCOUNT

**Prior Activity**

| | | |
|---|---|---:|
| Previous Balance Due as of February 15, 2010 | | $ 6,623.96 |
| 03/02/10 | Cash Receipt | -3,572.46 |
| **Total Past Due Balance** (If payment has been sent, disregard this balance) | | **$ 3,051.50** |

**Current Activity**

| | |
|---|---:|
| Current Fees | 4,572.00 |
| Current Expenses | 66.64 |
| **Total Current Balance Due for Invoice 1487047** | **$ 4,638.64** |

| | |
|---|---:|
| **Total Due** (For Past Due Activity and Current Activity) | **$ 7,690.14** |

# REMITTANCE COPY -- PLEASE RETURN WITH PAYMENT

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

# JONES, WALDO, HOLBROOK & McDONOUGH
### A Professional Corporation

### ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe

,

March 19, 2010
Invoice: 1487052

22414.0004
Claims Administration & Objections

## STATEMENT OF ACCOUNT

**Prior Activity**

| | |
|---|---:|
| Previous Balance Due as of February 15, 2010 | $ 692.00 |
| **Total Past Due Balance** (If payment has been sent, disregard this balance) | **$ 692.00** |

**Current Activity**

| | |
|---|---:|
| Current Fees | 157.00 |
| Current Expenses | 0.00 |
| **Total Current Balance Due for Invoice 1487052** | **$ 157.00** |

| | |
|---|---:|
| **Total Due** (For Past Due Activity and Current Activity) | **$ 849.00** |

22414.0004
Claims Administration &
Objections

March 19, 2010
Invoice No.:1487052

Fee for legal services rendered in caption from date of last bill to and including February 28, 2010.

| Date | Atty | Hours | Description |
|------|------|-------|-------------|
| | | | **Fee Detail** |
| 02/22/10 | LAJ | 0.40 | Review, analyze unsecured creditor list from Blumenthal. |
| 02/22/10 | SDG | 0.30 | Review Amended Notice of Hearing on Debtor's Objection to Baynorth Interest; update calendar and docket re same. |
| **Total Hours** | | **0.70** | |

| Attorney | Rate | Hours | Amount |
|----------|------|-------|--------|
| | | | **Fee Summary** |
| Jenkins, Lon A | $ 310.00 | 0.40 | $ 124.00 |
| Glendening, Sherry D | 110.00 | 0.30 | 33.00 |
| **Total Hours and Fees:** | | **0.70** | **$ 157.00** |

# JONES, WALDO, HOLBROOK & MCDONOUGH
### A Professional Corporation

## ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe                    March 19, 2010
,                                                            Invoice:  1487052


22414.0004
Claims Administration & Objections


### STATEMENT OF ACCOUNT

| | |
|---|---:|
| **Prior Activity** | |
| Previous Balance Due as of February 15, 2010 | $ 692.00 |
| **Total Past Due Balance** (If payment has been sent, disregard this balance) | **$ 692.00** |
| | |
| **Current Activity** | |
| Current Fees | 157.00 |
| Current Expenses | 0.00 |
| **Total Current Balance Due for Invoice 1487052** | **$ 157.00** |
| | |
| **Total Due** (For Past Due Activity and Current Activity) | **$ 849.00** |

# REMITTANCE COPY -- PLEASE RETURN WITH PAYMENT

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

# JONES, WALDO, HOLBROOK & McDONOUGH
### A Professional Corporation

ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe

,

March 19, 2010
Invoice: 1487048

22414.0005
Fee / Employment Applicants

## STATEMENT OF ACCOUNT

**Prior Activity**

| | |
|---|---|
| Previous Balance Due as of February 15, 2010 | $ 10,362.00 |
| **Total Past Due Balance** (If payment has been sent, disregard this balance) | **$ 10,362.00** |

**Current Activity**

| | |
|---|---|
| Current Fees | 1,659.00 |
| Current Expenses | 0.00 |
| **Total Current Balance Due for Invoice 1487048** | **$ 1,659.00** |

| | |
|---|---|
| **Total Due** (For Past Due Activity and Current Activity) | **$ 12,021.00** |

22414.0005                                                                                      March 19, 2010
Fee / Employment Applicants                                                         Invoice No.:1487048

Fee for legal services rendered in caption from date of last bill to and including February 28, 2010.

## Fee Detail

| Date | Atty | Hours | Description |
|------|------|-------|-------------|
| 02/01/10 | LAJ | 1.40 | Review professionals' filed fee applications. |
| 02/01/10 | LAJ | 0.20 | Conference with K. Cannon re notice of fee applications hearing. |
| 02/01/10 | LAJ | 0.20 | Conferences with Sherry Glendening re certificate of service on fee application. |
| 02/01/10 | SDG | 0.50 | Draft Certificate of Service on First Fee Application; file same |
| 02/04/10 | SDG | 0.40 | Review, calendar and docket hearing on fee application; conference with L. Jenkins re same |
| 02/06/10 | SDG | 0.20 | Review objection filed by WestLB to Jones Waldo's second Fee Request |
| 02/17/10 | SDG | 0.30 | Conference with L. Jenkins re Corbin Gordon invoices, email same to J. Tozer. |
| 02/23/10 | LAJ | 0.70 | Work on January fee submission. |
| 02/24/10 | LAJ | 1.10 | Prepare invoices for Monthly Fee Submission. |
| 02/25/10 | SDG | 0.70 | Draft 3rd fee Request.  Review invoices and calculate fees due. |
| 02/26/10 | LAJ | 0.90 | Review invoices and draft Notice re Jones Waldo Third Monthly Fee Request. |
| 02/26/10 | SDG | 0.30 | Cursory review of Durham Jones third fee request. |

**Total Hours**        **6.90**

## Fee Summary

| Attorney | Rate | Hours | Amount |
|----------|------|-------|--------|
| Jenkins, Lon A | $ 310.00 | 4.50 | $ 1,395.00 |
| Glendening, Sherry D | 110.00 | 2.40 | 264.00 |
| **Total Hours and Fees:** | | **6.90** | **$ 1,659.00** |

## JONES, WALDO, HOLBROOK & McDONOUGH
A Professional Corporation

ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe

,

March 19, 2010
Invoice: 1487048

22414.0005
Fee / Employment Applicants

### STATEMENT OF ACCOUNT

| | |
|---|---:|
| **Prior Activity** | |
| Previous Balance Due as of February 15, 2010 | $ 10,362.00 |
| **Total Past Due Balance** (If payment has been sent, disregard this balance) | **$ 10,362.00** |
| | |
| **Current Activity** | |
| Current Fees | 1,659.00 |
| Current Expenses | 0.00 |
| **Total Current Balance Due for Invoice 1487048** | **$ 1,659.00** |
| | |
| **Total Due** (For Past Due Activity and Current Activity) | **$ 12,021.00** |

# REMITTANCE COPY -- PLEASE RETURN WITH PAYMENT

# JONES, WALDO, HOLBROOK & McDONOUGH
### A Professional Corporation

### ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe

,

March 19, 2010
Invoice:  1487049

22414.0006
Fee / Employment Objections

## STATEMENT OF ACCOUNT

**Prior Activity**

| | | |
|---|---|---:|
| Previous Balance Due as of February 24, 2010 | | $ 2,019.00 |
| 03/02/10 | Cash Receipt | -1,730.00 |
| **Total Past Due Balance** (If payment has been sent, disregard this balance) | | **$ 289.00** |

**Current Activity**

| | |
|---|---:|
| Current Fees | 714.00 |
| Current Expenses | 93.60 |
| **Total Current Balance Due for Invoice 1487049** | **$ 807.60** |

| | |
|---|---:|
| **Total Due** (For Past Due Activity and Current Activity) | **$ 1,096.60** |

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

22414.0006                                                                                                    March 19, 2010
Fee / Employment Objections                                                                        Invoice No.:1487049

Fee for legal services rendered in caption from date of last bill to and including February 28, 2010.

## Fee Detail

| Date | Atty | Hours | Description |
|------|------|-------|-------------|
| 02/04/10 | LAJ | 1.70 | Review Professionals' Fee Applications. |
| 02/05/10 | SDG | 1.70 | Catalogue fee applications into binders to assist L. Jenkins and J. Shields with hearing on various fee applications |

**Total Hours**        **3.40**

## Fee Summary

| Attorney | Rate | Hours | Amount |
|----------|------|-------|--------|
| Jenkins, Lon A | $ 310.00 | 1.70 | $ 527.00 |
| Glendening, Sherry D | 110.00 | 1.70 | 187.00 |
| **Total Hours and Fees:** | | **3.40** | **$ 714.00** |

## Expenses

| Date | Description | Amount |
|------|-------------|--------|
| | In house photo copies - 468 pages @ 0.20 | 93.60 |
| **Disbursements Total** | | **$ 93.60** |

## JONES, WALDO, HOLBROOK & McDONOUGH
### A Professional Corporation

### ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe

,

March 19, 2010
Invoice: 1487049

22414.0006
Fee / Employment Objections

### STATEMENT OF ACCOUNT

**Prior Activity**

| | | |
|---|---|---:|
| Previous Balance Due as of February 24, 2010 | | $ 2,019.00 |
| 03/02/10 | Cash Receipt | -1,730.00 |
| **Total Past Due Balance** (If payment has been sent, disregard this balance) | | **$ 289.00** |

**Current Activity**

| | |
|---|---:|
| Current Fees | 714.00 |
| Current Expenses | 93.60 |
| **Total Current Balance Due for Invoice 1487049** | **$ 807.60** |

| | |
|---|---:|
| **Total Due** (For Past Due Activity and Current Activity) | **$ 1,096.60** |

# REMITTANCE COPY -- PLEASE RETURN WITH PAYMENT

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

# JONES, WALDO, HOLBROOK & McDONOUGH
### A Professional Corporation

## ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe

,

March 19, 2010
Invoice: 1487050

22414.0009
Plan & Disclosure Statement

## STATEMENT OF ACCOUNT

**Prior Activity**

| | |
|---|---|
| Previous Balance Due as of February 15, 2010 | $ 5,216.00 |
| **Total Past Due Balance** (If payment has been sent, disregard this balance) | **$ 5,216.00** |

**Current Activity**

| | |
|---|---|
| Current Fees | 19,708.50 |
| Current Expenses | 17.64 |
| **Total Current Balance Due for Invoice 1487050** | **$ 19,726.14** |

| | |
|---|---|
| **Total Due** (For Past Due Activity and Current Activity) | **$ 24,942.14** |

22414.0009
Plan & Disclosure Statement

March 19, 2010
Invoice No.:1487050

Fee for legal services rendered in caption from date of last bill to and including February 28, 2010.

## Fee Detail

| Date | Atty | Hours | Description |
|------|------|-------|-------------|
| 02/01/10 | LAJ | 0.50 | Telephone conference with M. Blumenthal re discussion of Plan negotiation development. |
| 02/01/10 | LAJ | 0.90 | Review Plan for meeting. |
| 02/02/10 | LAJ | 0.20 | Conference with K.Cannon re meeting with Plan Funder. |
| 02/03/10 | LAJ | 0.40 | Telephone conference with K. Cannon re Plan negotiations, Disclosure Statement issues. |
| 02/03/10 | LAJ | 0.70 | Analyze re terms of proposed Plan, response to West LB request for moratorium in Committee v. West LB. |
| 02/03/10 | LAJ | 0.20 | Email Jeff Shields re Plan litigation strategy. |
| 02/03/10 | LAJ | 0.60 | Telephone conference with M. Blumenthal re discussion of Plan issues; treatment of unsecureds, setting up meeting with Plan Funder. |
| 02/05/10 | LAJ | 1.30 | Review, analyze Plan for 2/8/10 conference call with Debtors' counsel and Plan Funder. |
| 02/05/10 | LAJ | 0.90 | Read S. Brown email and attachments re David Wickline. |
| 02/08/10 | LAJ | 0.70 | Draft, analyze timeline for Committee. |
| 02/08/10 | LAJ | 0.80 | Review, analyze Disclosure Statement and, in particular, Exhibits/projections to prepare for meeting with Debtor and Plan Funder. |
| 02/08/10 | LAJ | 0.50 | Analyze, prepare questions for meeting with Debtor's counsel and Plan Funder. |
| 02/08/10 | LAJ | 0.90 | Participate in telephone conference with M. Blumenthal, S. Sandholtz, L. Hulme re Plan negotiations, payment to unsecured creditors. |
| 02/08/10 | SDG | 0.20 | Review corrected Notice of Deposition, calendar and docket same |
| 02/09/10 | LAJ | 2.50 | Thorough review of Disclosure Statement and all exhibits for Objection on Friday. |
| 02/10/10 | LAJ | 0.20 | Conference with Jeff Shields re Plan negotiations. |
| 02/10/10 | LAJ | 0.20 | Telephone conference with M. Blumenthal re Plan negotiations. |
| 02/10/10 | LAJ | 0.40 | Analyze Plan negotiation issues, scenarios. |
| 02/10/10 | LAJ | 1.60 | Review Disclosure Statement exhibits 2-1 to 2-3 to determine issues for Objection. |
| 02/10/10 | LAJ | 1.10 | Review Disclosure Statement objection precedents; read cases for law section of Objection. |
| 02/11/10 | LAJ | 0.40 | Telephone conference with M. Blumenthal re possible committee/unsecured credit treatment. |
| 02/11/10 | LAJ | 0.60 | Read, analyze Disclosure Statement for objection. |
| 02/11/10 | LAJ | 0.20 | Conference with Nathan Thomas re research on absolute priority rule. |
| 02/12/10 | JYS | 0.80 | Confer with Mr. Jenkins and assist with preparation of Objection to Disclosure Statement. |
| 02/12/10 | LAJ | 2.80 | Draft Disclosure Statement objection. |
| 02/12/10 | LAJ | 2.90 | Draft Disclosure Statement objection. |
| 02/12/10 | LAJ | 0.20 | Telephone conference with K.Cannon re chronology of plan confrmation, related issues. |
| 02/12/10 | SDG | 1.50 | File and serve objection to Disclosure Statement filed by Easy Street Partners |
| 02/15/10 | LAJ | 1.00 | Read parties' Disclosure Statement objections. |
| 02/15/10 | LAJ | 0.30 | Conference with Nathan Thomas re research on absolute priority rule. |
| 02/15/10 | LAJ | 0.30 | Telephone conference with M. Blumenthal re Plan modifications. |
| 02/15/10 | NDT | 0.50 | Perform research re propriety of cram down of unsecured creditors with payments over time without interest. |
| 02/15/10 | SDG | 0.50 | Cursory review of multiple objections to Disclosures statement |
| 02/16/10 | JYS | 1.00 | Strategy conference with Mr. Jenkins. |
| 02/16/10 | LAJ | 0.80 | Meet with Jeff Shields re discuss Plan strategy and presentation at Committee Meeting. |
| 02/16/10 | LAJ | 0.30 | Conferences with Sherry Glendening and revise Certificate of Service on Disclosure Statement Objection. |

22414.0009
Plan & Disclosure Statement

March 19, 2010
Invoice No.:1487050

### Fee Detail

| Date | Atty | Hours | Description |
|------|------|-------|-------------|
| 02/16/10 | LAJ | 0.40 | Review, analyze for Plan discussions, Bay North Disclosure Statement Objection. |
| 02/16/10 | SDG | 0.60 | Assemble objections filed to Disclosure Statement; assist L. Jenkins re meeting with Committee |
| 02/16/10 | SDG | 1.50 | Assist L. Jenkins and J. Shields with preparations for hearing on Disclosure Statement |
| 02/16/10 | SDG | 0.50 | Finalize Certificate of Service on Objection to Disclosure statement; email same to L. Jenkins for review, file same. |
| 02/17/10 | JYS | 0.30 | Review modified disclosure statement from Debtor. |
| 02/17/10 | JYS | 0.20 | Review response of Debtor to Disclosure objections. |
| 02/17/10 | JYS | 0.20 | Review proposed disclosure statement order from Debtor. |
| 02/17/10 | LAJ | 0.30 | Conference with K. Cannon re Plan discussions. |
| 02/17/10 | LAJ | 0.20 | Email exchange with S. Brown re developments relating to Plan. |
| 02/17/10 | LAJ | 0.60 | Review Debtors' response to Disclosure Statement Objections. |
| 02/17/10 | LAJ | 1.10 | Read, analyze 2/17 amended Disclosure Statement; compare with Objections filed to 1/15/10 version. |
| 02/17/10 | LAJ | 0.50 | Draft email to Committee explaining Disclosure Statement revisions by Debtor. |
| 02/17/10 | LAJ | 0.30 | Telephone conference with K. Cannon re revisions to Disclosure Statement. |
| 02/17/10 | LAJ | 0.40 | Conference with Jeff Shields re amended Disclosure Statement. |
| 02/18/10 | JYS | 1.20 | Review pleadings and construct hearing binder to prepare for disclosure hearing. |
| 02/18/10 | JYS | 2.50 | Attend hearing on sufficiency of disclosure statement (Judge Mosier). |
| 02/18/10 | JYS | 1.00 | Post-hearing meeting at Jones Waldo offices with Michael Blumenthal and Ken Cannon. |
| 02/18/10 | JYS | 0.20 | Review confidential term sheet on financing structure. |
| 02/18/10 | LAJ | 1.20 | Read Disclosure Statement, Objections to Disclosure Statement for hearing preparation. |
| 02/18/10 | LAJ | 0.50 | Telephone conference with K. Cannon, M.Blumenthal re discussion for Committee Objections to Disclosure Statement; Plan discussions. |
| 02/18/10 | LAJ | 0.50 | Outline presentation to Court for hearing on disclosure statements. |
| 02/18/10 | LAJ | 0.30 | Review recent Disclosure Statement revision. |
| 02/18/10 | LAJ | 2.60 | Attend Disclosure Statement hearing. |
| 02/18/10 | LAJ | 0.90 | Meet with Jeff Shields, M. Blumenthal, K. Cannon re negotiations on Plan. |
| 02/19/10 | LAJ | 0.50 | Review Term Sheet from West LB to resolve issues in case. |
| 02/19/10 | LAJ | 0.90 | Analysis for negotiation of Plan dispute, review. |
| 02/19/10 | LAJ | 0.90 | Draft lengthy email to Committee re Plan issues, dates for hearings, etc. |
| 02/19/10 | LAJ | 0.50 | Review Order re approval of Disclosure Statement. |
| 02/22/10 | LAJ | 0.30 | Emails to parties re Revised Disclosure Statement. |
| 02/22/10 | LAJ | 1.90 | Review, analysis of 2/21/10 versions of Disclosure Statement and Exhibits. |
| 02/22/10 | LAJ | 0.30 | Review emails, conference with M. Blumenthal re Plan negotiations. |
| 02/22/10 | LAJ | 0.50 | Analyze Order and comments to Debtors' counsel re Disclosure Statement. |
| 02/22/10 | SDG | 0.30 | Cursory review Amended Plan and Disclosure statement dated 2-17-2010 |
| 02/22/10 | SDG | 0.40 | Review Notice of Hearing re Easy Street Mezzanine and Easy Street Holdings Motion to Extend Exclusivity period; calendar and docket same. |
| 02/23/10 | JYS | 1.00 | Pre-conference strategy session with Mr. Jenkins. |
| 02/23/10 | JYS | 0.70 | Telephone conference with Mr. Jenkins, Mr. Blumenthal and Mr. Havel concerning committee claims. |
| 02/23/10 | LAJ | 0.50 | Conference with Jeff Shields re discuss Plan negotiation strategy. |
| 02/23/10 | LAJ | 0.40 | Review, comment on form of approval order. |
| 02/23/10 | LAJ | 0.30 | Emails to parties re form of approval order. |
| 02/23/10 | LAJ | 0.90 | Document review and note review in connection with analyses and evaluation of Plan strategies. |
| 02/23/10 | LAJ | 0.90 | Analyze Plan negotiation (treatment scenarios). |
| 02/23/10 | LAJ | 0.90 | Telephone conference with R. Havel, M. Blumenthal, and Jeff Shields re Plan negotiations. |

22414.0009
Plan & Disclosure Statement

## Fee Detail

| Date | Atty | Hours | Description |
|------|------|-------|-------------|
| 02/23/10 | LAJ | 0.30 | Post-conference call meeting with Jeff Shields re negotiation strategy. |
| 02/24/10 | LAJ | 0.30 | Telephone conference with M. Blumenthal re discussion of Plan terms. |
| 02/24/10 | LAJ | 0.40 | Draft email to C. Elliott re update on Plan negotiations. |
| 02/24/10 | LAJ | 0.20 | Conference with Jeff Shields re Plan negotiations. |
| 02/24/10 | LAJ | 0.30 | Telephone conference with M. Blumenthal re further Plan discussions. |
| 02/24/10 | LAJ | 0.30 | Conference with Jeff Shields re discuss Plan treatment strategy. |
| 02/25/10 | LAJ | 0.30 | Telephone conference with M. Blumenthal re Disclosure Statement revisions. |
| 02/25/10 | LAJ | 0.90 | Draft lengthy email to Comittee re Plan negotiations. |
| 02/25/10 | LAJ | 2.10 | Thorough review (for approval) of most recent version of Disclosure Statements and Exhibits, etc. |
| 02/25/10 | LAJ | 0.50 | Review proposed revised Order approving Disclosure Statement; conference with Sherry Glendening re endorsing same. |
| 02/26/10 | JYS | 0.30 | Review Amended Plan and Amended Disclosure. |
| 02/26/10 | LAJ | 0.70 | Review Amended Plan filed yesterday. |
| 02/26/10 | SDG | 0.50 | Review Amended Plan and Disclosure Statement dated 2-18-2010; email same to Committee members. |

**Total Hours**          **66.10**

## Fee Summary

| Attorney | Rate | Hours | Amount |
|----------|------|-------|--------|
| Shields, Jeffery | $ 360.00 | 9.40 | $ 3,384.00 |
| Jenkins, Lon A | 310.00 | 50.20 | 15,562.00 |
| Thomas, Nathan D | 205.00 | 0.50 | 102.50 |
| Glendening, Sherry D | 110.00 | 6.00 | 660.00 |
| **Total Hours and Fees:** | | **66.10** | **$ 19,708.50** |

## Expenses

| Date | Description | Amount |
|------|-------------|--------|
| | Long Distance Telephone Charges | 17.64 |
| **Disbursements Total** | | **$ 17.64** |

## JONES, WALDO, HOLBROOK & McDONOUGH
A Professional Corporation

ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe
,

March 19, 2010
Invoice: 1487050

22414.0009
Plan & Disclosure Statement

### STATEMENT OF ACCOUNT

**Prior Activity**

| | |
|---|---:|
| Previous Balance Due as of February 15, 2010 | $ 5,216.00 |
| **Total Past Due Balance** (If payment has been sent, disregard this balance) | **$ 5,216.00** |

**Current Activity**

| | |
|---|---:|
| Current Fees | 19,708.50 |
| Current Expenses | 17.64 |
| **Total Current Balance Due for Invoice 1487050** | **$ 19,726.14** |

| | |
|---|---:|
| **Total Due** (For Past Due Activity and Current Activity) | **$ 24,942.14** |

# REMITTANCE COPY -- PLEASE RETURN WITH PAYMENT

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

# JONES, WALDO, HOLBROOK & MCDONOUGH
### A Professional Corporation

## ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe

,

March 19, 2010
Invoice: 1487051

22414.0012
WestLB Litigation

## STATEMENT OF ACCOUNT

**Prior Activity**

| | | |
|---|---|---:|
| Previous Balance Due as of February 15, 2010 | | $ 10,175.82 |
| 03/02/10 | Cash Receipt | -330.82 |
| **Total Past Due Balance** (If payment has been sent, disregard this balance) | | **$ 9,845.00** |

**Current Activity**

| | |
|---|---:|
| Current Fees | 622.00 |
| Current Expenses | 0.00 |
| **Total Current Balance Due for Invoice 1487051** | **$ 622.00** |

| | |
|---|---:|
| **Total Due** (For Past Due Activity and Current Activity) | **$ 10,467.00** |

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

22414.0012
WestLB Litigation

March 19, 2010
Invoice No.:1487051

Fee for legal services rendered in caption from date of last bill to and including February 28, 2010.

## Fee Detail

| Date | Atty | Hours | Description |
|---|---|---|---|
| 02/01/10 | LAJ | 0.30 | Email exchange with West LB counsel re Committee v. West LB. |
| 02/03/10 | LAJ | 0.50 | Draft lengthy email to West LB counsel re denial of litigation moratorium, etc. |
| 02/08/10 | LAJ | 0.60 | Review, edit proposed Stipulation with West LB; email exchanges with West LB counsel re same. |
| 02/09/10 | LAJ | 0.30 | Read, approve, endorse stipulation with West LB; email B. Kotter re same. |
| 02/10/10 | LAJ | 0.20 | Conference with Sherry Glendening re docketing West LB stipulation dates. |
| 02/10/10 | SDG | 0.30 | Review Stipulation between committee and WestLB re time to answer complaint; email correspondence with L. Jenkins re same |

**Total Hours**        **2.20**

## Fee Summary

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Jenkins, Lon A | $ 310.00 | 1.90 | $ 589.00 |
| Glendening, Sherry D | 110.00 | 0.30 | 33.00 |
| **Total Hours and Fees:** | | **2.20** | **$ 622.00** |

# JONES, WALDO, HOLBROOK & McDONOUGH

A Professional Corporation

ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe
,

March 19, 2010
Invoice: 1487051

22414.0012
WestLB Litigation

## STATEMENT OF ACCOUNT

**Prior Activity**

| | | |
|---|---|---:|
| Previous Balance Due as of February 15, 2010 | | $ 10,175.82 |
| 03/02/10 | Cash Receipt | -330.82 |
| **Total Past Due Balance** (If payment has been sent, disregard this balance) | | **$ 9,845.00** |

**Current Activity**

| | |
|---|---:|
| Current Fees | 622.00 |
| Current Expenses | 0.00 |
| **Total Current Balance Due for Invoice 1487051** | **$ 622.00** |

| | |
|---|---:|
| **Total Due** (For Past Due Activity and Current Activity) | **$ 10,467.00** |

# REMITTANCE COPY -- PLEASE RETURN WITH PAYMENT

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.