**The below described is SIGNED.**



**Dated: March 19, 2010**    
_____
**R. KIMBALL MOSIER**
**U.S. Bankruptcy Judge**
_____

Joseph E. Wrona (8746)
Wrona Law Firm, P.C.
1745 Sidewinder Drive
Park City, UT 84060
Telephone: (435) 649-2525
Facsimile: (435) 649-5959

Special Counsel for Debtors and Debtors in Possession

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | |
| ) | |
| EASY STREET HOLDING, LLC, *et al.*, ) | Bankruptcy Case No. 09-29905 |
| ) | Jointly Administered with Cases |
| ) | |
| Debtors. ) | 09-29907 and 09-29908 |
| ) | |
| Address:  201 Heber Avenue ) | Chapter 11 |
| ) | |
| Park City, UT 84060 ) | |
| ) | Honorable R. Kimball Mosier |
| ) | |
| Tax ID Numbers: ) | |
| 35-2183713 (Easy Street Holding, LLC), ) | |
| 20-4502979 (Easy Street Partners, LLC), and ) | **[FILED ELECTRONICALLY]** |
| 84-1685764 (Easy Street Mezzanine, LLC) ) | |
| ) | |
| ) | |

**Filed: 03/17/10**

Entered On Docket: 03/22/2010

**ORDER APPROVING INTERIM COMPENSATION AND REIMBURSEMENT FOR
WRONA LAW FIRM PURSUANT TO FIRST FEE APPLICATION
11 U.S.C. §§ 330 AND 331 AS SPECIAL COUNSEL FOR THE DEBTORS IN
POSSESSION FOR THE PERIOD 14 SEPT. 2009 THROUGH 31 DECE. 2009**

The first application ("Application") of Wrona Law Firm ("Wrona"), special counsel for Easy Street Partners, LLC ("Partners"), Easy Street Mezzanine, LLC ("Mezzanine"), and Easy Street Holding, LLC ("Holding") (together, Partners, Mezzanine, and Holding will be referred to as the "Debtors"), for allowance and payment of interim compensation and reimbursement pursuant to 11 U.S.C. §§ 330 and 331, Federal Rule of Bankruptcy Procedure 2016, and the Fee Guidelines of the United States Trustee, came on for hearing as scheduled on 16 March 2010. Appearances were made as noted on the record. The Court, having reviewed and considered the Application, the Objection and Reservation of Rights filed by the Official Unsecured Crediors' Committee (the "Committee"), and the Reservation of Rights filed by WestLB, AG ("WestLB"), having found that notice of the Application and of the hearing thereon are proper and that the compensation requested is for actual, necessary services rendered by Wrona and that the expenses for which Wrona seeks reimbursement are actual and necessary expenses, and good cause appearing therefor, hereby

ORDERS:

1. Wrona is awarded interim compensation in the amount of $33,001.00 for professional services rendered, which fees are entitled to administrative expense priority under 11 U.S.C. §§ 503(b)(2) and 507(a)(2).

2. The Debtors are authorized to pay the remaining approved fees and expenses in their discretion as estate funds are available for such payment.

3.     This award of fees and expenses is interim pursuant to 11 U.S.C. § 331, and as such, is subject to review and objection by parties in interest when final approval for allowed fees and expenses is requested pursuant to 11 U.S.C. § 330.  The rights of the Committee and of WestLB to object to final allowance of fees are explicitly reserved.

* * * * END OF DOCUMENT * * *



<tr>
<td>

</td>
</tr>

<tr></tr>

<tr></tr>

<tr></tr>

Case 09-29905    Doc 395    Filed 03/24/10    Entered 03/24/10 22:59:15    Desc Imaged
Certificate of Service    Page 4 of 4

# CERTIFICATE OF NOTICE

```
District/off: 1088-2          User: djf                    Page 1 of 1         Date Rcvd: Mar 22, 2010
Case: 09-29905                Form ID: pdfor1              Total Noticed: 1
```

The following entities were noticed by first class mail on Mar 24, 2010.
aty           +Joseph E. Wrona,   WRONA LAW OFFICES, P.C.,   1745 Sidewinder Drive,   Park City, UT 84060-7218

The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 24, 2010**                           **Signature:**    _Joseph Speetjens_