Kenneth L. Cannon II (kcannon@djplaw.com) (3705)
Steven J. McCardell (smccardell@djplaw.com) (2144)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT  84110-4050
Telephone:  (801) 415-3000/Fax:  (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com) (admitted pro hac vice)
Steven B. Eichel (seichel@crowell.com) (admitted pro hac vice)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY  10022
Telephone:  (212) 223-4000/Fax:  (212) 223-4134

Counsel for Debtors and Debtors in Possession

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| EASY STREET HOLDING, LLC, *et al.*, | ) Bankruptcy Case No. 09-29905 |
| | ) Jointly Administered with Cases |
| | ) 09-29907 and 09-29908 |
| | ) |
| Address:  201 Heber Avenue | ) Chapter 11 |
| Park City, UT 84060 | ) |
| | ) Honorable R. Kimball Mosier |
| Tax ID Numbers: | ) |
| 35-2183713 (Easy Street Holding, LLC), | ) |
| 20-4502979 (Easy Street Partners, LLC), and | ) **[FILED ELECTRONICALLY]** |
| 84-1685764 (Easy Street Mezzanine, LLC) | ) |
| | ) |

## DURHAM JONES & PINEGAR'S FOURTH PROFESSIONAL FEE REQUEST FOR THE PERIOD FEBRUARY 1, 2010 THROUGH FEBRUARY 28, 2010

Durham Jones & Pinegar ("DJP"), co-counsel for Easy Street Partners, LLC ("Partners"),

Easy Street Mezzanine, LLC ("Mezzanine"), and Easy Street Holding, LLC ("Holding"), debtors

and debtors in possession in the above-captioned cases (collectively, the "Debtors"), pursuant to

the Court's Order entered December 15, 2009 Approving Motion and Establishing Monthly Fee

and Expense Reimbursement Procedures (the "Interim Payment Order") hereby submits its

fourth professional fee request (the "Fee Request"), for the period from February 1, 2010,

through February 28, 2010 (the "Fee Period").

Pursuant to the Interim Payment Order, professionals employed pursuant to Order of the

Court to represent the Debtors or the Official Committee of Unsecured Creditors (the

"Committee") are authorized to request from the Debtors payment of 80% of their fees and

100% of their expenses on a monthly basis.   DJP's professional fees for the Fee Period are as

follows:

| MONTH | HOURS | FEES | 80% OF FEES | EXPENSES | TOTALS (80% FEES AND 100% EXPENSES) |
|---|---|---|---|---|---|
| **February** | 96.70 | $31,572.50 | $25,258.00 | $8,317.98 | $33,575.98 |

Attached are detailed statements of services for which payment is sought, redacted to

exclude privileged, work product, and confidential information, and expenses incurred, on a

monthly and on a matter basis.  Each statement includes total time expended, identity of

professionals providing services, hourly billing rates, and a detailed listing of time.

DJP understands that other professionals providing services to the Debtors and the

Committee may submit separate fee requests seeking payment of professional fees and

reimbursement of expenses.  The amount available under the cash collateral budget for payment

of professional fees and expenses of estate professionals in the Easy Street Partners case for

February 2010, the one month of the Fee Period is $125,000.00, and DJP understands that total

fees and expenses of estate professionals in the Easy Street Partners case exceeds this amount for

SLC_574390.1

the month February 2010.  DJP's fees and expenses for the Fee Period will, therefore, be pro

rated with other estate professionals.

Pursuant to the Interim Fee Order, parties must file objections to the Fee Request within

ten days from the date it is received.  Any objection must have a description of the specific

subject matter and services in dispute and state the amount in dispute.  It shall not be sufficient

simply to object to all fees and expenses.  Fees and expenses not objected to will be paid by the

Debtors or, if the total of 80% of fees and 100% of expenses of estate professionals exceeds

$125,000 per month, the fees and expenses will be pro-rated among fees and expenses for that

month that are not objected to.

DATED this 25th day of March, 2010.

DURHAM JONES & PINEGAR, P.C.

By:   /s/  Kenneth L. Cannon II
      Kenneth L. Cannon II (kcannon@djplaw.com)(3705)
      Steven J. McCardell (smccardell@djplaw.com)(2144)
      DURHAM JONES & PINEGAR, P.C.
      111 East Broadway, Suite 900
      P.O. Box 4050
      Salt Lake City, UT   84110-4050
      Telephone:  (801) 415-3000/Fax:  (801) 415-3500

      Co-Counsel for the Debtors

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of March, 2010, I caused to be served a copy of

Durham Jones & Pinegar's Fourth Professional Fee Request for the period February 1, 2010

through February 28, 2010 via email on the following:

Easy Street Partners, LLC
Easy Street Mezzanine, LLC
Easy Street Holding, LLC
Attn: William Shoaf
4780 Winchester Court
Park City, UT 84098-7528
bshoaf@cloudnineresorts.com

Michael V. Blumenthal
Crowell & Moring
590 Madison Avenue, 20th Floor
New York, NY 10022
mblumenthal@crowell.com

John T. Morgan
Office of the United States Trustee
405 South Main Street, Suite 300
Salt Lake City, UT 84111
john.t.morgan@usdoj.gov

Jeffrey W. Shields
Lon A. Jenkins
Jones Waldo Holbrook & McDonough
170 South Main Street, Suite 1500
Salt Lake City, UT 84101
jshields@joneswaldo.com
lajenkins@joneswaldo.com

James Winikor
West LB AG, New York Branch
1211 Sixth Avenue, 25th Floor
New York, NY 10036-8705
james_winikor@westlb.com

Richard W. Havel
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013
rhavel@sidley.com

Annette W. Jarvis
Dorsey & Whitney, LLP
136 South Main Street, Suite 1000
Salt Lake City, UT 84101
jarvis.annette@dorsey.com

/s/ Kristin Hughes

4

# FEBRUARY 2010

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

March 24, 2010
Invoice No.  184969

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

---

## Invoice Summary

Client #:       26481       Easy Street
Matter #:           4       Claims Administration

For professional services rendered and costs advanced through February 28, 2010:

| | |
|---|---|
| Total Fees | $ 2,662.00 |
| Total Expenses | $ 14.64 |
| **Total of This Invoice** | **$ 2,676.64** |

*1*

```
┌─────────────────────────┐
│                         │
│   D U R H A M           │
│   ─────────────         │
│                         │
│   J O N E S  &          │
│   ─────────────         │
│                         │
│   P I N E G A R         │
│                         │
└─────────────────────────┘
```

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

## Detail of Professional Fees

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|----------------------------------|-------|--------|
| 2/03/10 | SJM | Review late claim (#91) filed by Fabian and Clendenin for another purchaser and transmit to co-counsel | .20 | 70.00 |
| 2/05/10 | KLC | Reviewing, revising deposition notice | .30 | 105.00 |
| 2/05/10 | KLC | Corrected deposition notice | .20 | 70.00 |
| 2/05/10 | KLC | Telephone conference from Addie Maudsley regarding deposition notice | .20 | 70.00 |
| 2/05/10 | KLC | Telephone conference from Don Jackson regarding claim issues | .20 | 70.00 |
| 2/08/10 | SJM | Prepare (1.20) for (by reviewing and circulating clerk's claims register and claims likely to require objection) and participate in conference call (.60) with S. Eichel and W. Shoaf regarding proofs of claim filed against Partners; after call, verify UCC filing by Syscl and review Sysco claim and Wickline claims (.60); review four Cloudnine claims and repare email request to K. Wilson on withdrawal of CloudNine claims filed by Wickline (.60) | 3.00 | 1,050.00 |
| 2/09/10 | KLC | Reviewing emails regarding claims issues | .30 | 105.00 |
| 2/09/10 | SJM | Review claims information from W. Shoaf and S. Eichel (.60); review and transmit to client and co-counsel amended claim filed by Gateway (.40) | 1.00 | 350.00 |
| 2/16/10 | HDO | Search state court docket for any lien actions filed | .30 | 40.50 |
| 2/16/10 | HDO | Meeting with K. Cannon re search for lien actions filed | .10 | 13.50 |
| 2/16/10 | KKS | Conference with K. Cannon; research Summit County Recorder's office document information; telephone conference with Recorder's office; research parcels SA-400-F, SA-400-A, SA-400-406, ESB-1, ESB-2, SA 425-UPLfor specific lien filings; compile research results; telephone conference with K. Cannon regarding same; compile research packet for K. Cannon | 1.20 | 162.00 |
| 2/16/10 | KLC | Addressing Elliott Workgroup issues - reviewing mechanic's lien, research | .50 | 175.00 |
| 2/16/10 | KLC | Telephone conference with Craig Elliott regarding claim | .20 | 70.00 |
| 2/19/10 | JGP | Draft amended notice of hearing on objection to BayNorth's proof of claim | .90 | 171.00 |
| 2/24/10 | KLC | Telephone conference with Steve Eichel regarding objections to claims for voting purposes | .20 | 70.00 |
| 2/25/10 | KLC | Telephone conference with Steve Eichel regarding Gateway issues | .20 | 70.00 |

*2*

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

**Total Fees:**         $ 2,662.00

## Time Summary

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Cannon, Ken | 2.30 | 350.00 | 805.00 |
| McCardell, Steven J. | 4.20 | 350.00 | 1,470.00 |
| Peterson, Jessica | .90 | 190.00 | 171.00 |
| Doherty, Helen | .40 | 135.00 | 54.00 |
| Shelton, Kathryn K. | 1.20 | 135.00 | 162.00 |

## Detail of Client Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 1/31/10 | Pacer On-Line Research | 8.40 |
| 1/31/10 | Pacer On-Line Research | 6.24 |

**Total Expenses:**        $ 14.64

*3*

DURHAM
———————
JONES &
———————
PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

March 24, 2010
Invoice No. 184969

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT 84068

## Remittance Advice

*To insure proper credit to your account, please return this remittance with your payment.*

Client #:       26481      Easy Street
Matter #:          4       Claims Administration

          Current Invoice              $ 2,676.64
          **Total Balance Due**        **$ 2,676.64**

4

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

March 24, 2010
Invoice No. 184970

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT 84068

---

**Invoice Summary**

| | | |
|---|---|---|
| Client #: | 26481 | Easy Street |
| Matter #: | 5 | Employ & Fee Apps - Durham |

For professional services rendered and costs advanced through February 28, 2010:

| | |
|---|---|
| Total Fees | $ 1,505.00 |
| Total Expenses | $ 2.32 |
| **Total of This Invoice** | **$ 1,507.32** |

*1*

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

## Detail of Professional Fees

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|----------------------------------|-------|--------|
| 2/03/10 | KLC | Reviewing WestLB's objection to DJP second fee request | .20 | 70.00 |
| 2/11/10 | KLC | Researching, drafting supplemental disclosure regarding SCP | 2.10 | 735.00 |
| 2/21/10 | KLC | Reviewing detailed billing reports of DJP | 1.70 | 595.00 |
| 2/24/10 | KLC | Reviewing fee request for January | .30 | 105.00 |
| | | Total Fees: | | $ 1,505.00 |

## Time Summary

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Cannon, Ken | 4.30 | 350.00 | 1,505.00 |

## Detail of Client Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 1/31/10 | Pacer On-Line Research | 2.08 |
| 1/31/10 | Pacer On-Line Research | .24 |
| | Total Expenses: | $ 2.32 |

*2*

```
D U R H A M
─────────
J O N E S  &
─────────
P I N E G A R
```

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

March 24, 2010
Invoice No.  184970

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

## Remittance Advice

*To insure proper credit to your account, please return this remittance with your payment.*

| | | |
|---|---|---|
| Client #: | 26481 | Easy Street |
| Matter #: | 5 | Employ & Fee Apps - Durham |

| | |
|---|---|
| Current Invoice | $ 1,507.32 |
| **Total Balance Due** | **$ 1,507.32** |

*3*

D U R H A M

J O N E S &

P I N E G A R

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

March 24, 2010
Invoice No.  184971

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

## Invoice Summary

Client #:       26481       Easy Street
Matter #:          6        Employ & Fee Apps - Others

For professional services rendered and costs advanced through February 28, 2010:

| | |
|---|---|
| Total Fees | $ 350.00 |
| Total Expenses | $ 387.58 |
| **Total of This Invoice** | **$ 737.58** |

*1*

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

## Detail of Professional Fees

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|----------------------------------|-------|--------|
| 2/03/10 | KLC | Revising notice of fee application and hearings thereon | .70 | 245.00 |
| 2/05/10 | KLC | Addressing scheduling issues | .30 | 105.00 |

Total Fees:        $ 350.00

## Time Summary

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Cannon, Ken | 1.00 | 350.00 | 350.00 |

## Detail of Client Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 1/31/10 | Pacer On-Line Research | .16 |
| 1/31/10 | Pacer On-Line Research | 3.04 |
| 1/31/10 | Pacer On-Line Research | 2.56 |
| | Copy Charge | 233.10 |
| | Postage | 148.72 |

Total Expenses:        $ 387.58

*2*

DURHAM
—
JONES &
—
PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

March 24, 2010
Invoice No.  184971

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

---

## Remittance Advice

*To insure proper credit to your account, please return this remittance with your payment.*

| | | |
|---|---|---|
| Client #: | 26481 | Easy Street |
| Matter #: | 6 | Employ & Fee Apps - Others |

| | |
|---|---|
| Current Invoice | $ 737.58 |
| **Total Balance Due** | **$ 737.58** |

*3*

D U R H A M

J O N E S &

P I N E G A R

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

March 24, 2010
Invoice No.  184973

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

**Invoice Summary**

Client #:        26481        Easy Street
Matter #:            8        Plan and Disc. Statement

For professional services rendered and costs advanced through February 28, 2010:

| | |
|---|---|
| Total Fees | $ 20,933.00 |
| Total Expenses | $ 7,848.59 |
| **Total of This Invoice** | **$ 28,781.59** |

*1*

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

## Detail of Professional Fees

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|----------------------------------|-------|--------|
| 2/01/10 | KLC | Telephone conference with Michael Blumenthal regarding various issues on plan, treatment, telephone conference with Michael Blumenthal to Mike Johnson regarding Jacobsen | .60 | 210.00 |
| 2/01/10 | KLC | Telephone conference to Diane Banks regarding Jacobsen | .20 | 70.00 |
| 2/01/10 | KLC | Reviewing email from Mike Johnson regarding Jacobsen | .20 | 70.00 |
| 2/01/10 | KLC | Emails to, from Philo Smith regarding plan process | .30 | 105.00 |
| 2/03/10 | KLC | Telephone conference with Steve Eichel regarding homeowners issues | .20 | 70.00 |
| 2/03/10 | KLC | Telephone conference with Michael Blumenthal and Steve Eichel regarding plan issues | .30 | 105.00 |
| 2/03/10 | KLC | Telephone conference with Diane Banks regarding homeowners | .20 | 70.00 |
| 2/03/10 | KLC | Telephone conference with Lon Jenkins regarding plan issues | .30 | 105.00 |
| 2/04/10 | KLC | Telephone conference with Michael Blumenthal regarding transfer request issues | .20 | 70.00 |
| 2/04/10 | KLC | Emails with Mike Johnson regarding Jacobsen issues | .20 | 70.00 |
| 2/04/10 | KLC | Telephone conference with Doug Payne regarding homeowner issues | .20 | 70.00 |
| 2/04/10 | KLC | Telephone conference with Steve Eichel regarding ballot forms | .20 | 70.00 |
| 2/04/10 | KLC | Reviewing, revising ballot form | .30 | 105.00 |
| 2/05/10 | KLC | Telephone conference with Steve Eichel, reviewing disclosure statement orders | .40 | 140.00 |
| 2/09/10 | KLC | Reviewing emails regarding plan issues | .30 | 105.00 |
| 2/10/10 | KLC | Telephone conference with Steve Eichel regarding ballot, plan solicitation package | .30 | 105.00 |
| 2/10/10 | KLC | Telephone conference with Lon Jenkins regarding plan treatment issues | .20 | 70.00 |
| 2/10/10 | KLC | Telephone conference with Doug Payne and Rob Dale regarding treatment of homeowners | .40 | 140.00 |
| 2/10/10 | KLC | Telephone conference with Michael Blumenthal regarding homeowners treatment | .40 | 140.00 |
| 2/10/10 | KLC | Telephone conference with Steve Eichel regarding disclosure statement issues | .20 | 70.00 |
| 2/11/10 | KLC | Telephone conference with Michael Blumenthal regarding plan issues, telephone conference with Michael Blumenthal to Mike | .60 | n/c |

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|----------------------------------|-------|--------|
| | | Johnson regarding Jacobsen and other mechanics liens | | |
| 2/11/10 | KLC | Telephone to Doug Payne regarding homeowner issues, plan treatment of homeowners | .30 | 105.00 |
| 2/11/10 | KLC | Telephone conference with Steve Eichel regarding disclosure statement objections, reply, order | .30 | 105.00 |
| 2/12/10 | KLC | Telephone conference with Steve Eichel regarding homeowner treatment | .20 | 70.00 |
| 2/12/10 | KLC | Reviewing proposed treatment of homeowner claims | .20 | 70.00 |
| 2/12/10 | KLC | Telephone conference with Lon Jenkins regarding plan treatment | .20 | 70.00 |
| 2/12/10 | KLC | Telephone conference with Doug Payne regarding homeowner claims | .20 | 70.00 |
| 2/12/10 | KLC | Telephone conference with Craig Elliott regarding Elliott Workgroup mechanic's lien | .20 | 70.00 |
| 2/12/10 | KLC | Reviewing BayNorth objection to disclosure statement | .40 | 140.00 |
| 2/12/10 | MLA | Office conference re mechanics lien issues and preparing write up for disclosure | .60 | 147.00 |
| 2/15/10 | KLC | Telephone conference with Michael Blumenthal regarding plan and disclosure statement issues | .30 | 105.00 |
| 2/15/10 | KLC | Reviewing documents related to amended plan | 1.20 | 420.00 |
| 2/16/10 | KLC | Reviewing amended plan and disclosure statement | 2.90 | 1,015.00 |
| 2/16/10 | KLC | Telephone conference with Steve Eichel regarding plan and disclosure statement | .20 | 70.00 |
| 2/16/10 | KLC | Telephone conference with Michael Blumenthal regarding issues in plan | .30 | 105.00 |
| 2/16/10 | KLC | Telephone conferences with Steve Eichel regarding plan and disclosure statement | .30 | 105.00 |
| 2/16/10 | KLC | Email to Doug Payne regarding amended treatment of Jacobsen | .20 | 70.00 |
| 2/16/10 | KLC | Telephone conference with Michael Johnson regarding Jacobsen treatment | .20 | 70.00 |
| 2/16/10 | SJM | Conference with K. Cannon on disclosure statement objections | .10 | 35.00 |
| 2/16/10 | SJM | Reviewing objections of committee and West LB to disclosure statement (1.20); review revised plan (.70) | 1.90 | 665.00 |
| 2/17/10 | KLC | Telephone conference with Steven Eichel regarding modifications to plan and disclosure statement | .30 | 105.00 |
| 2/17/10 | KLC | Revising plan and disclosure statement | .70 | 245.00 |
| 2/17/10 | KLC | Telephone conference with Lon Jenkins regarding plan issues | .20 | 70.00 |
| 2/17/10 | KLC | Emails with, telephone conference with Steve Eichel regarding | .40 | 140.00 |

*3*

```
┌─────────────────────┐
│  DURHAM             │
│  ─────────          │
│  JONES &            │
│  ─────────          │
│  PINEGAR            │
└─────────────────────┘
```

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|----------------------------------|-------|--------|
| | | comments on plan and disclosure statement | | |
| 2/17/10 | KLC | Reviewing updated exhibits to disclosure statement | .50 | 175.00 |
| 2/17/10 | KLC | Final review of plan and disclosure statement as modified | .90 | 315.00 |
| 2/17/10 | KLC | Telephone conference from Doug Payne regarding plan treatment of homeowners | .20 | 70.00 |
| 2/17/10 | KLC | Reviewing proposed changes from Doug Payne regarding claims of the homeowners | .30 | 105.00 |
| 2/17/10 | KLC | Telephone conference with Michael Johnson regarding issue raised by homeowners | .20 | 70.00 |
| 2/17/10 | KLC | Telephone conference to court regarding hearing on confirmation | .20 | 70.00 |
| 2/17/10 | KLC | Reviewing, revising proposed order on disclosure statement, exhibits thereto | 2.30 | 805.00 |
| 2/17/10 | KLC | Telephone conference with Steve Eichel regarding disclosure statement order | .20 | 70.00 |
| 2/17/10 | KLC | Telephone conference with Bill Shoaf regarding unsecured creditor treatment, signing plan and disclosure statement | .20 | 70.00 |
| 2/17/10 | KLC | Telephone conference with Philo Smith regarding signing plan and disclosure statement | .10 | 35.00 |
| 2/17/10 | KLC | Conference with Michael Blumenthal regarding disclosure statement issues, hearing issues | .40 | 140.00 |
| 2/17/10 | KLC | Telephone conference with Lon Jenkins regarding unsecured creditors | .30 | 105.00 |
| 2/17/10 | KLC | Telephone conference from Sidley lawyer regarding disclosure statement | .10 | 35.00 |
| 2/17/10 | KLC | Reviewing comments on disclosure statement from WestLB, conference with Michael Blumenthal regarding same | .30 | 105.00 |
| 2/17/10 | KLC | Conference with Bill Shoaf, Kim Sallinger, Michael Blumenthal regarding plan issues | .40 | 140.00 |
| 2/17/10 | KLC | Conference with Michael Blumenthal regarding disclosure statement order, ballots | .30 | 105.00 |
| 2/17/10 | KLC | Final review of disclosure statement order, exhibits thereto | .50 | 175.00 |
| 2/17/10 | SJM | Conference with K. Cannon on notice of confirmation (.10); review amended disclosure statement and response to disclosure statement objections (1.20) | 1.30 | 455.00 |
| 2/18/10 | JGP | Conference with K.Cannon regarding scheduling motion of Easy Street Mezzanine and Easy Street Holding to extend exclusive periods | .20 | 38.00 |

4

DURHAM
—————
JONES &
—————
PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|----------------------------------|-------|--------|
| 2/18/10 | KLC | Meeting with Michael Blumenthal in preparation for hearing on disclosure statement | 1.40 | 490.00 |
| 2/18/10 | KLC | Attending hearing on disclosure statement | 2.10 | 735.00 |
| 2/18/10 | KLC | Meeting with Bill Shoaf and Philo Smith regarding plan issues | .40 | 140.00 |
| 2/18/10 | KLC | Meeting with Lon Jenkins and Jeff Shields regarding unsecured creditor treatment | 1.00 | 350.00 |
| 2/18/10 | KLC | Revising plan treatment of fractional unit owners with Michael Blumenthal and Steve Eichel | .40 | 140.00 |
| 2/18/10 | KLC | Revising disclosure statement order, attachments thereto | 1.80 | 630.00 |
| 2/18/10 | KLC | Preparation for hearing on disclosure statement, addressing issues regarding disclosure statement | 2.20 | 770.00 |
| 2/18/10 | KLC | Meeting with Bill Shoaf regarding plan issues | .60 | 210.00 |
| 2/18/10 | KLC | Telephone conference with Steve Eichel regarding issues in disclosure statement | .20 | 70.00 |
| 2/19/10 | JGP | Call court regarding scheduling | .20 | 38.00 |
| 2/19/10 | JGP | Email correspondence with K.Cannon regarding scheduling motion to extend exclusive periods | .40 | 76.00 |
| 2/19/10 | JGP | Conference with M.Blumenthal regarding scheduling | .10 | 19.00 |
| 2/21/10 | KLC | Reviewing changes to plan and disclosure statement | .80 | 280.00 |
| 2/22/10 | KLC | Reviewing proposed changes to order on disclosure statement, revising same | .70 | 245.00 |
| 2/22/10 | KLC | Telephone conference with Steve Eichel regarding plan issues | .20 | 70.00 |
| 2/22/10 | KLC | Reviewing proposed changes to disclosure statement, reviewing disclosure statement regarding proposed changes | .90 | 315.00 |
| 2/22/10 | KLC | Telephone conference with Steve Eichel regarding solicitation package, objections | .30 | 105.00 |
| 2/23/10 | KLC | Revising proposed order on disclosure statement, attachments thereto | 1.90 | 665.00 |
| 2/23/10 | KLC | Telephone conference to chambers regarding providing black-lined copy of order on disclosure statement | .20 | 70.00 |
| 2/23/10 | KLC | Email to court regarding black-lined copy of proposed order on disclosure statement | .20 | 70.00 |
| 2/23/10 | KLC | Telephone conference with Michael Blumenthal, Rich Havel, and Bill Ellis on WestLB term sheet | 1.30 | 455.00 |
| 2/23/10 | KLC | Telephone conference with Steve Eichel regarding plan issues | .20 | 70.00 |
| 2/23/10 | KLC | Telephone conference with Michael Blumenthal regarding plan issues | .40 | 140.00 |

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

| Date | Atty | Description of Services Rendered | Hours | Amount |
|---|---|---|---|---|
| 2/23/10 | KLC | Revising plan and disclosure statement | 2.10 | 735.00 |
| 2/23/10 | KLC | Telephone conference with Steve Eichel regarding plan and disclosure statement | .20 | 70.00 |
| 2/24/10 | KLC | Reviewing changes to plan funding agreement draft | .80 | 280.00 |
| 2/24/10 | KLC | Reviewing changes to plan and disclosure statement | 1.20 | 420.00 |
| 2/24/10 | KLC | Telephone conference with Michael Blumenthal regarding plan issues | .30 | 105.00 |
| 2/24/10 | KLC | Telephone conference with Michael Blumenthal regarding issues relative to plan funding | .40 | 140.00 |
| 2/24/10 | KLC | Telephone conference with Steve Eichel regarding plan issues | .20 | 70.00 |
| 2/24/10 | KLC | Reviewing new drafts of plan and disclosure statement | .50 | 175.00 |
| 2/24/10 | KLC | Telephone conference with Steve Eichel regarding new drafts of plan and disclosure statement | .20 | 70.00 |
| 2/25/10 | KLC | Reviewing final version of order approving disclosure statement | .40 | 140.00 |
| 2/25/10 | KLC | Telephone conference with John Straley regarding submission of proposed order on disclosure statement | .20 | 70.00 |
| 2/25/10 | KLC | Telephone conference with Richard Havel regarding proposed changes to disclosure statement | .20 | 70.00 |
| 2/25/10 | KLC | Telephone conference with Michael Blumenthal regarding plan funding issues, changes to disclosure statement | .20 | 70.00 |
| 2/25/10 | KLC | Reviewing final versions of plan and disclosure statement, black-line of each | 1.90 | 665.00 |
| 2/25/10 | KLC | Email to parties regarding proposed order and plan and disclosure statement | .20 | 70.00 |
| 2/25/10 | KLC | Telephone conference with John Straley regarding submission of order | .10 | 35.00 |
| 2/25/10 | KLC | Drafting errata to disclosure statement | .60 | 210.00 |
| 2/25/10 | KLC | Telephone conference with Michael Blumenthal regarding plan issues | .20 | 70.00 |
| 2/25/10 | KLC | Telephone conference with Steve Eichel regarding final modifications to plan | .30 | 105.00 |
| 2/25/10 | KLC | Reviewing emails regarding proposed changes to disclosure statement | .40 | 140.00 |
| 2/25/10 | KLC | Telephone conference with Michael Blumenthal regarding plan funding issues | .30 | 105.00 |
| 2/25/10 | KLC | Telephone conferences to counsel regarding endorsing disclosure statement order | .30 | 105.00 |

*6*

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|----------------------------------|-------|--------|
| 2/26/10 | KLC | Telephone conference from Steve Eichel regarding objections for voting purposes | .20 | 70.00 |
| 2/26/10 | KLC | Revising motion to value Sky Lodge | .80 | 280.00 |
| 2/26/10 | KLC | Telephone conference to court for hearing on valuation motion | .20 | 70.00 |
| 2/26/10 | KLC | Drafting notice of hearing on motion to value Sky Lodge | .90 | 315.00 |
| 2/26/10 | KLC | Reviewing draft objection to claims | .60 | 210.00 |
| 2/26/10 | KLC | Overseeing process of getting solicitation packages out | .90 | 315.00 |
| 2/26/10 | KLC | Telephone conference with Michael Blumenthal regarding various plan matters | .30 | 105.00 |
| 2/26/10 | KLC | Reviewing title commitment from SCP, email to Michael Blumenthal regarding same | .80 | 280.00 |
| 2/26/10 | SJM | Review revised disclosure statement and plan | .30 | 105.00 |

Total Fees:     $ 20,933.00

**Time Summary**

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Cannon, Ken | 55.30 | 350.00 | 19,355.00 |
| McCardell, Steven J. | 3.60 | 350.00 | 1,260.00 |
| Peterson, Jessica | .90 | 190.00 | 171.00 |
| Astling, Mark L | .60 | 245.00 | 147.00 |

**Detail of Client Expenses**

| Date | Description | Amount |
|------|-------------|--------|
| 1/31/10 | Pacer On-Line Research | .08 |
| 1/31/10 | Pacer On-Line Research | 1.68 |
| 1/31/10 | Pacer On-Line Research | 1.60 |
| 1/31/10 | Pacer On-Line Research | 2.48 |
| | Postage | 312.90 |
| | Copy Charge | 7,529.85 |

Total Expenses:     $ 7,848.59

7

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

March 24, 2010
Invoice No.  184973

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

---

## Remittance Advice
*To insure proper credit to your account, please return this remittance with your payment.*

| | | |
|---|---|---|
| Client #: | 26481 | Easy Street |
| Matter #: | 8 | Plan and Disc. Statement |

| | |
|---|---|
| Current Invoice | $ 28,781.59 |
| **Total Balance Due** | **$ 28,781.59** |

*8*

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

March 24, 2010
Invoice No. 184974

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT 84068

**Invoice Summary**

Client #:      26481     Easy Street
Matter #:          9     Misc. Contested Matters

For professional services rendered and costs advanced through February 28, 2010:

| | |
|---|---|
| Total Fees | $ 3,323.50 |
| Total Expenses | $ 1.76 |
| **Total of This Invoice** | **$ 3,325.26** |

*1*

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

## Detail of Professional Fees

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|----------------------------------|-------|--------|
| 1/01/10 | SJM | Review and resopnd to inquiry from J. Peterson on discovery responses as to Jacobsen discovery; review and respond to further inquiry | .40 | 140.00 |
| 1/02/10 | SJM | Review and respond to further inquries from J. Peterson on responses to Jacobsen discovery; review draft responses and comment | 1.40 | 490.00 |
| 1/03/10 | SJM | Review additional discovery responses and comments From W. Shoaf as to Jacobsen discovery and provide input | 1.70 | 595.00 |
| 1/04/10 | HDO | Begin redacting priviledged information re Jacobsen Subpoena and creating priviledge log | 2.10 | 283.50 |
| 1/04/10 | HDO | Cont preping document production re Jacobsen subpoena | 3.00 | 405.00 |
| 1/04/10 | HDO | Meeting with K. Cannon re priviledge log and document production | .20 | 27.00 |
| 1/04/10 | HDO | Pc's with J. Peterson re document production and privledge log | .40 | 54.00 |
| 1/06/10 | SJM | Review emails from M. Johnson, counsel for Jacobsen, regarding depositions | .30 | 105.00 |
| 1/07/10 | SJM | Review R. Havel summary of agreement with Jacobsen it will agree to, M. Johnson response, and further emails from counsel on clarifying terms of terms of settlement, review notice as to depositions | 1.60 | 560.00 |
| 2/10/10 | KLC | Reviewing draft subpoena, emails regarding service in Tucson | .40 | 140.00 |
| 2/10/10 | KLC | Telephone conference with Bruce Zabarauskas regarding discovery issues | .20 | 70.00 |
| 2/11/10 | KLC | Addressing discovery issues | .50 | 175.00 |
| 2/19/10 | JGP | Execute stipulation regarding extending deadline to respond to subpoenas | .30 | 57.00 |
| 2/19/10 | JGP | Review and revise notice of hearing to change time | .80 | 152.00 |
| 2/19/10 | SJM | Review and respond to inquiry from B. Zabaruskas on stipulation on extending WEstLB time to respond to Bay North subpoena and make assignment to J. Peterson | .20 | 70.00 |

Total Fees:      $ 3,323.50

## Time Summary

2

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Cannon, Ken | 1.10 | 350.00 | 385.00 |
| McCardell, Steven J. | 5.60 | 350.00 | 1,960.00 |
| Peterson, Jessica | 1.10 | 190.00 | 209.00 |
| Doherty, Helen | 5.70 | 135.00 | 769.50 |

**Detail of Client Expenses**

| Date | Description | Amount |
|------|-------------|--------|
| | Postage | 1.76 |

Total Expenses:     $ 1.76

*3*

DURHAM
———
JONES &
———
PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

March 24, 2010
Invoice No.  184974

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

---

## Remittance Advice

*To insure proper credit to your account, please return this remittance with your payment.*

Client #:        26481        Easy Street
Matter #:            9        Misc. Contested Matters

|  |  |
|---|---|
| Current Invoice | $ 3,325.26 |
| **Total Balance Due** | **$ 3,325.26** |

*4*

D U R H A M

J O N E S &

P I N E G A R

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

March 24, 2010
Invoice No. 184975

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT 84068

---

## Invoice Summary

Client #:     26481     Easy Street
Matter #:        10     Case Administration

For professional services rendered and costs advanced through February 28, 2010:

| | |
|---|---|
| Total Fees | $ 1,049.00 |
| Total Expenses | $ 46.69 |
| **Total of This Invoice** | **$ 1,095.69** |

*1*

D U R H A M

J O N E S &

P I N E G A R

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

## Detail of Professional Fees

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|----------------------------------|-------|--------|
| 2/16/10 | JGP | Draft ex parte motion for S.Eichel to appear telephonically | .60 | 114.00 |
| 2/16/10 | JGP | Draft ex parte order for S.Eichel to appear telephonically | .50 | 95.00 |
| 2/16/10 | KLC | Reviewing monthly reports for the debtors | 1.20 | 420.00 |
| 2/16/10 | KLC | Telephone conference to Michael Blumenthal regarding narrative in monthly reports | .20 | 70.00 |
| 2/16/10 | KLC | Telephone conference with Bill Shoaf regarding monthly financial reports | .20 | 70.00 |
| 2/16/10 | KLC | Revising narrative portion of monthly financial reports for the debtors | .80 | 280.00 |

Total Fees:        $ 1,049.00

## Time Summary

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Cannon, Ken | 2.40 | 350.00 | 840.00 |
| Peterson, Jessica | 1.10 | 190.00 | 209.00 |

## Detail of Client Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 1/31/10 | Pacer On-Line Research | 1.60 |
| 1/31/10 | Pacer On-Line Research | 2.08 |
| 1/31/10 | Pacer On-Line Research | 2.48 |
| 1/31/10 | Pacer On-Line Research | .48 |
| 2/05/10 | Professional services from - Chapman & Cutler | 7.00 |
| | Copy Charge | 26.85 |
| | Postage | 6.20 |

Total Expenses:        $ 46.69

*2*

```
D U R H A M
─────────
J O N E S  &
─────────
P I N E G A R
```

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

March 24, 2010
Invoice No.  184975

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

---

## Remittance Advice

*To insure proper credit to your account, please return this remittance with your payment.*

| | | |
|---|---|---|
| Client #: | 26481 | Easy Street |
| Matter #: | 10 | Case Administration |

| | |
|---|---|
| Current Invoice | $ 1,095.69 |
| **Total Balance Due** | **$ 1,095.69** |

*3*

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

March 24, 2010
Invoice No.  184976

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

---

**Invoice Summary**

Client #:     26481      Easy Street
Matter #:        11      Cash Collateral/DIP Lending

For professional services rendered and costs advanced through February 28, 2010:

| | |
|---|---|
| Total Fees | $ 1,750.00 |
| Total Expenses | $ 16.40 |
| **Total of This Invoice** | **$ 1,766.40** |

*1*

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

## Detail of Professional Fees

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|----------------------------------|-------|--------|
| 2/01/10 | KLC | Reviewing emails on payment of legal fees, consultant fees, responding to same | .50 | 175.00 |
| 2/01/10 | KLC | Telephone conference from Drew Norman regarding bank account issues | .20 | 70.00 |
| 2/02/10 | KLC | Address account issues | .30 | 105.00 |
| 2/03/10 | KLC | Emails regarding new Chase accounts | .50 | 175.00 |
| 2/04/10 | KLC | Telephone conference with Bill Shoaf regarding transfer request issues | .50 | 175.00 |
| 2/04/10 | KLC | Telephone conference with Michael Blumenthal regarding transfer request issues | .20 | 70.00 |
| 2/05/10 | KLC | Reviewing emails on transfer requests | .40 | 140.00 |
| 2/10/10 | KLC | Reviewing transfer requests | .40 | 140.00 |
| 2/11/10 | KLC | Reviewing cash collateral stipulation and orders regarding budget modification issues | .70 | 245.00 |
| 2/16/10 | KLC | Reviewing correspondence regarding latest cash request | .60 | 210.00 |
| 2/24/10 | KLC | Reviewing issues with respect to subpoena | .50 | 175.00 |
| 2/25/10 | KLC | Reviewing email from Richard Havel regarding budgets | .20 | 70.00 |

Total Fees:     $ 1,750.00

## Time Summary

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Cannon, Ken | 5.00 | 350.00 | 1,750.00 |

## Detail of Client Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 1/31/10 | Pacer On-Line Research | 16.40 |

Total Expenses:     $ 16.40

2

D U R H A M

J O N E S &

P I N E G A R

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

March 24, 2010
Invoice No.  184976

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

---

**Remittance Advice**
*To insure proper credit to your account, please return this remittance with your payment.*

Client #:       26481      Easy Street
Matter #:          11      Cash Collateral/DIP Lending

|  |  |
|---|---|
| Current Invoice | $ 1,766.40 |
| **Total Balance Due** | **$ 1,766.40** |

*3*