Corbin B. Gordon (corbingordon@yahoo.com) (9194)
CORBIN B. GORDON, P.C.
345 West 600 South, Suite 108
Heber City, UT  84032
Telephone:  (435) 657-0984/Fax:  (888) 822-8796

Special Counsel for Debtors and Debtors in Possession

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>EASY STREET HOLDING, LLC, *et al.*,<br><br><br>Address:  201 Heber Avenue<br>            Park City, UT 84060<br><br>Tax ID Numbers:<br>35-2183713 (Easy Street Holding, LLC),<br>20-4502979 (Easy Street Partners, LLC), and<br>84-1685764 (Easy Street Mezzanine, LLC) | Bankruptcy Case No. 09-29905<br>Jointly Administered with Cases<br>09-29907 and 09-29908<br><br>Chapter 11<br><br>Honorable R. Kimball Mosier<br><br>[FILED ELECTRONICALLY] |

### CORBIN B. GORDON, P.C.'S THIRD PROFESSIONAL FEE REQUEST FOR THE PERIOD JANUARY 1, 2010 THROUGH FEBRUARY 28, 2010

Corbin B. Gordon, P.C., special appointed counsel for Easy Street Partners, LLC ("Partners"), Easy Street Mezzanine, LLC ("Mezzanine"), and Easy Street Holding, LLC ("Holding"), debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"), pursuant to the Court's Order entered December 15, 2009 Approving Motion and Establishing Monthly Fee and Expense Reimbursement Procedures (the "Interim Payment Order") hereby submits its second professional fee request (the "Fee Request"), for the period from January 1, 2010 through February 28, 2010 (the "Fee Period").

Pursuant to the Interim Payment Order, professionals employed pursuant to Order of the Court to represent the Debtors or the Official Committee of Unsecured Creditors (the "Committee") are authorized to request from the Debtors payment of 80% of their fees and 100% of their expenses on a monthly basis. Corbin B. Gordon, P.C.'s professional fees for the Fee Period are as follows:

| MONTH | HOURS | FEES | 80% OF FEES | EXPENSES | TOTALS (80% FEES AND 100% EXPENSES) |
|---|---|---|---|---|---|
| January | 10.83 | $2,166.00 | $1,732.80 | 0.00 | $1,732.80 |
| February | 20.45 | $4,090.00 | $3,272.00 | 0.00 | $3,272.00 |
|  |  |  |  |  |  |
| TOTALS | 31.28 | $6,256.00 | $5,004.80 | $0.00 | $5,004.80 |

Attached are detailed statements of services for which payment is sought, redacted to exclude privileged, work product, and confidential information, and expenses incurred, on a monthly and on a matter basis. Each statement includes total time expended, identity of professionals providing services, hourly billing rates, and a detailed listing of time.

Corbin B. Gordon, P.C. understands that other professionals providing services to the Debtors and the Committee may submit separate fee requests seeking payment of professional fees and reimbursement of expenses. The amount available under the cash collateral budget for payment of professional fees and expenses of estate professionals in the Easy Street Partners case for the each month of the Fee Period is $125,000, and it may be that total fees and expenses of estate professionals in the Easy Street Partners case in any given month may exceed this amount.

In such event, Corbin B. Gordon, P.C.'s fees and expenses will be pro rated with other estate professionals.

Pursuant to the Interim Fee Order, parties must file objections to the Fee Request within ten days from the date it is received. Any objection must have a description of the specific subject matter and services in dispute and state the amount in dispute. It shall not be sufficient simply to object to all fees and expenses. Fees and expenses not objected to will be paid by the Debtors or, if the total of 80% of fees and 100% of expenses of estate professionals exceeds $125,000 for any month within the Fee Period, the fees and expenses will be pro-rated among fees and expenses for that month that are not objected to.

DATED: March 11, 2010.

                                    CORBIN B. GORDON, P.C.

By:  /s/ Corbin B. Gordon
      Corbin B. Gordon (corbingordon@yahoo.com) (9194)
      CORBIN B. GORDON, P.C.
      345 West 600 South, Suite 108
      Heber City, UT 84032
      Telephone: (435) 657-0984/Fax: (888) 822-8796

Special Counsel for the Debtors

3

## CERTIFICATE OF SERVICE

I hereby certify that on this ___25th___ day of March, 2010, I caused to be served a copy of Corbin B. Gordon's First Professional Fee Request for the period January 1, 2010 through February 28, 2010 via email on the following:

Easy Street Partners, LLC
Easy Street Mezzanine, LLC
Easy Street Holding, LLC
Attn: William Shoaf
4780 Winchester Court
Park City, UT 84098-7528
bshoaf@cloudnineresorts.com

Michael V. Blumenthal
Crowell & Moring
590 Madison Avenue, 20th Floor
New York, NY 10022
mblumenthal@crowell.com

John T. Morgan
Office of the United States Trustee
405 South Main Street, Suite 300
Salt Lake City, UT 84111
john.t.morgan@usdoj.gov

Jeffrey W. Shields
Lon A. Jenkins
Jones Waldo Holbrook & McDonough
170 South Main Street, Suite 1500
Salt Lake City, UT 84101
jshields@joneswaldo.com
lajenkins@joneswaldo.com

James Winikor
West LB AG, New York Branch
1211 Sixth Avenue, 25th Floor
New York, NY 10036-8705
james_winikor@westlb.com

Richard W. Havel
Sidley Austin LLP
555 Wset Fifth Street
Los Angeles, CA 90013
rhavel@sidley.com

Annette W. Jarvis
Dorsey & Whitney, LLP
136 South Main Street, Suite 1000
Salt Lake City, UT 84101
jarvis.annette@dorsey.com

/s/ Corbin Gordon

# JANUARY 2010

### *Corbin B. Gordon, P.C.*
345 West 600 South
Heber City, , UT 84032

Ph:435-657-0984   Fax:435-657-2436

Bill Shoaf                   January 8, 2010
Gateway Center, Suite 303
136 Heber Avenue
Park City, Utah
84060

File #:  SheoffBill
**Attention:**   Bill Shoaf                 Inv #:  579

**RE:**   Lease Dispute

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Dec-07-09 | Read e-mails about Tozer knowledge of problems with space. Send reply to Bill. | 0.40 | 80.00 | CBG |
| Dec-08-09 |  | 0.00 | 0.00 | CBG |
| Dec-10-09 | Review e-mails from Bill about prior correspondence with Tozer. Speak with Bill about call from Jeff Blatt. | 0.90 | 180.00 | CBG |
| Dec-30-09 | Meet with Mike and go over his analysis. | 0.90 | 180.00 | CBG |
| Jan-05-10 | Review final report. Read e-mail from Bill. Speak with Bill about report and items that we need to put into the report. | 0.46 | 92.00 | CBG |
|  | Totals | 2.66 | $532.00 |  |

**Total Fee & Disbursements**                $532.00
Previous Balance                   3,940.00

**Balance Now Due**                   $4,472.00

TAX ID Number  11-3649782

# Corbin B. Gordon, P.C.
345 West 600 South
Heber City, , UT 84032

Ph:435-657-0984        Fax:435-657-2436

Easy Street Partners, L.L.C.                                      January 14, 2010
Gateway Center, Suite 303
136 Heber Avenue
Park City, Utah
84060

| | | File #: | SheoffBill |
| --- | --- | --- | --- |
| **Attention:** | Bill Shoaf | Inv #: | 596 |

**RE:** Lease Dispute

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
| --- | --- | --- | --- | --- |
| Jan-20-10 | Speak with Bill about need to draft letter to Landlord now that we have expert report. | 0.30 | 60.00 | CBG |
| | Speak with Jeff Blatt about status of lease in bankruptcy. Discuss expert report and strategy in moving forward with landlord. | 0.40 | 80.00 | CBG |
| | Speak with Ken Cannon and go over billing requirements. Draft bill submission. | 0.85 | 170.00 | CBG |
| | Draft settlement letter to landlord outlining findings of expert report. | 1.45 | 290.00 | CBG |
| | Speak with Bill about Bankruptcy issues and how to address settlement offer of lease. | 0.21 | 42.00 | CBG |
| Jan-22-10 | Speak with Kim Salinger about lease issues. Discuss proposed letter and bankruptcy issues. | 0.31 | 62.00 | CBG |
| | Read e-mail from Bill about delinquent rent notice. | 0.14 | 28.00 | CBG |
| | Send fee request to Ken to review and discuss issues with potential lease settlement. | 0.19 | 38.00 | CBG |
| Jan-26-10 | Speak with Ken Cannon about settlement offer in lease. Discuss fee application issues. | 0.21 | 42.00 | CBG |
| Jan-27-10 | Speak with Ken Cannon about getting | 0.46 | 92.00 | CBG |

|  |  |  |  |  |
|---|---|---|---|---|
|  | fee application filed. Draft December fee application. |  |  |  |
|  | Edit and finalize landlord letter. E-mail Bill for review. | 1.30 | 260.00 | CBG |
| Jan-28-10 | Draft Interim Fee request. | 4.10 | 820.00 | CBG |
| Jan-29-10 | Make suggested changes of Ken Cannon to Interim Fee request and file. | 0.45 | 90.00 | CBG |
|  | Totals | 10.37 | $2,074.00 |  |

**Total Fee & Disbursements**     $2,074.00
Previous Balance     4,472.00

**Balance Now Due**     $6,546.00

TAX ID Number     11-3649782

# FEBRUARY 2010

*Corbin B. Gordon, P.C.*
345 West 600 South
Heber City, , UT 84032

Ph:435-657-0984          Fax:435-657-2436

Easy Street Partners, L.L.C.                                    February 28, 2010
Gateway Center, Suite 303
136 Heber Avenue
Park City, Utah
84060

| | | File #: | SheoffBill |

**Attention:**   Bill Shoaf                                      Inv #:   648

**RE:**   Lease Dispute

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Feb-17-10 | Review e-mail from Kim. Speak with Bill and send letter for review. | 0.31 | 62.00 | CBG |
| Feb-19-10 | Speak with Steve Eichel about specifics of lease dispute. Speak with Kim Sallinger and obtain approval to send letter. Speak with Bill Shoaf about amount of settlement offer and add to letter. Send letter. | 1.30 | 260.00 | CBG |
| Feb-22-10 | Research all Utah Case law on Quiet Enjoyment. Outline and add to memo. | 2.60 | 520.00 | CBG |
| | Resaerch all Utah Case law on Warranty of Habitability. Review and add to memo. | 3.10 | 620.00 | CBG |
| | Research ALR, AMJUR, and Williston looking for similar fact patterns in areas of Quiet Enjoyment and Warranty of Habitability. | 1.90 | 380.00 | CBG |
| | Speak with Steve Eichel about status of research and about cases he has found in his research. | 0.19 | 38.00 | CBG |
| Feb-23-10 | Pull and analyze cases given to me by Steve Eichel dealing with saftey code violations and leases. Analyze headnotes and pull cases nationwide looking for similar fact patterns. Add to memo. | 2.10 | 420.00 | CBG |
| | Read all cases in Utah dealing with quiet | 2.90 | 580.00 | CBG |

|  |  |  |  |  |
|---|---|---|---|---|
|  | title. Review ALR on quiet title. Add analysis to Memo. |  |  |  |
|  | Speak with Doug Payne concerning an extension. Leave message for Steve Eichel. | 0.30 | 60.00 | CBG |
|  | Speak with Steve Eichel about claim that there is not deadline to file objection. Conference call with Doug Payne and Steve about objection deadline. Speak with Steve about voting percentages. | 0.38 | 76.00 | CBG |
| Feb-24-10 | Read and respond to e-mail from Steve about amount of settlement and status of dispute with Doug. | 0.32 | 64.00 | CBG |
|  | Leave messages for both Kim and Bill about possible extension of settlement offer. | 0.12 | 24.00 | CBG |
| Feb-25-10 | Speak with Steve. Draft history of dispute and send to Steve. | 1.10 | 220.00 | CBG |
|  | Read e-mails from Steve about questions on the lease. | 0.13 | 26.00 | CBG |
| Feb-26-10 | Respond to e-mails from Steve. Locate and sent him Utah Fit Premises Act. Scan and send all correspondence. Speak with Steve at length about legal issues involved with the lease dispute. Speak with Micheal Johnston, expert, on issues with expert report. | 2.10 | 420.00 | CBG |
|  | Meet with Expert and draft language for Bankruptcy filing. E-mail to Steve. | 1.60 | 320.00 | CBG |
|  | Totals | 20.45 | $4,090.00 |  |

| | |
|---|---|
| **Total Fee & Disbursements** | $4,090.00 |
| Previous Balance | 6,546.00 |
| Previous Payments | 1,606.39 |
| **Balance Now Due** | **$9,029.61** |

TAX ID Number　　11-3649782

**PAYMENT DETAILS**

| | |
|---|---:|
| Feb-10-10 | 1,606.39 |
| **Total Payments** | **$1,606.39** |