**The below described is SIGNED.**



**Dated: March 25, 2010** _____

**R. KIMBALL MOSIER**
**U.S. Bankruptcy Judge**

_____

Kenneth L. Cannon II (kcannon@djplaw.com) (3705)
Steven J. McCardell (smccardell@djplaw.com) (2144)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT  84110-4050
Telephone:  (801) 415-3000/Fax:  (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com) (admitted pro hac vice)
Steven B. Eichel (seichel@crowell.com) (admitted pro hac vice)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY  10022
Telephone:  (212) 223-4000/Fax:  (212) 223-4134

Counsel for Debtors and Debtors in Possession

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| EASY STREET HOLDING, LLC, *et. al.* | ) | Bankruptcy Case No. 09-29905 |
| | ) | Jointly Administered with Cases |
| Debtors | ) | 09-29907 and 09-29908 |
| | ) | |
| Address:   201 Heber Avenue | ) | Chapter 11 |
| Park City, UT 84060 | ) | |
| | ) | Honorable R. Kimball Mosier |
| Tax ID Numbers: | ) | |
| 35-2183713 (Easy Street Holding, LLC), | ) | |
| 20-4502979 (Easy Street Partners, LLC), and | ) | |
| 84-1685764 (Easy Street Mezzanine, LLC) | ) | |
| | ) | |

### ORDER EXTENDING EXCLUSIVE PERIODS FOR FILING CHAPTER 11
### PLANS AND OBTAINING ACCEPTANCES OF SUCH PLANS FOR EASY
### STREET MEZZANINE, LLC, AND EASY STREET HOLDING, LLC

SLC_566398.1

The Motion to Extend the Exclusive Periods for Filing Chapter 11 Plans of

Reorganization and Obtaining Acceptances of such Plans filed on February 19, 2010 (the

"Motion") filed by Easy Street Mezzanine, LLC ("Mezzanine") and Easy Street Holding, LLC

("Holding"), debtors and debtors in possession in the above captioned cases (collectively, the

"Debtors"), came on for hearing as scheduled on March 11, 2010.  Appearances were made as

noted on the record for the hearing.  The Court, having reviewed the Motion, noting that no

objections to the Motion were filed, having ruled that notice is sufficient, and having made its

findings and conclusions of law on the record and the hearing, which findings and conclusions

are incorporated herein by reference, and for good cause appearing therefor,

**ORDERS:**

1.      The Motion is granted.

2.      The exclusive period for Mezzanine and Holding to propose plans of

reorganization (the "Exclusive Proposal Period"), which was by earlier Order of the Court

extended through and including March 15, 2010, is hereby further extended through and

including June 14, 2010.

3.      The exclusive period for Mezzanine and Holding to obtain acceptances of plans of

reorganization (the "Exclusive Solicitation Period"), which was by earlier Order of the Court

extended through and including May 14, 2010,  is further extended through and including August

12, 2010.

4.      Once a plan of reorganization is filed by Mezzanine or Holdings within its

respective Exclusive Proposal Period, no other person or entity shall be allowed to file a plan of

reorganization or plan of liquidation during the respective Exclusive Solicitation Period for

2

SLC_566398.1

Mezzanine or Holdings, as appropriate, irrespective of whether Mezzanine or Holdings is proceeding to confirm the original plan of reorganization filed, amended plans thereafter filed, or amendments to either the original plan of reorganization or such amended plans of reorganization.

5.        Notwithstanding  anything contained herein, entry of this Order is without prejudice to (a) the Debtors' right to seek from this Court other or further extensions of the Exclusive Periods, or (b) any party in interest's right to seek to reduce the Exclusive Periods for cause pursuant to 11 U.S.C. § 1121(d).

******END OF ORDER******

SLC_566398.1

## CLERK'S CERTIFICATE OF SERVICE

       I hereby certify that a true and correct copy of the foregoing Order Extending Exclusive Periods for Filing Chapter 11 Plans and Obtaining Acceptances of Such Plans for Easy Street Mezzanine, LLC, and Easy Street Holding, LLC was served via first-class mail, postage prepaid, on the _____ day of March, 2010, on the following:

Michael V. Blumenthal
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY  10022

Kenneth L. Cannon II
Steven J. McCardell
Durham Jones & Pinegar, P.C.
P O Box 4050
Salt Lake City, UT  84110-4050

John T. Morgan
Office of the United States Trustee
405 South Main Street, Suite 300
Salt Lake City, UT 84111

Adelaide Maudsley
Chapman & Cutler LLP
201 South Main Street, Suite 2000
Salt Lake City, UT  84111-2298

Benjamin J. Kotter.
Dorsey & Whitney LLP
136 South Main Street, Suite 1000
Salt Lake City, UT  84101-1685

_____

4

SLC_566398.1

# CERTIFICATE OF NOTICE

District/off: 1088-2          User: mtm          Page 1 of 1          Date Rcvd: Mar 25, 2010
Case: 09-29905               Form ID: pdfor1    Total Noticed: 5

The following entities were noticed by first class mail on Mar 27, 2010.
aty          +Adelaide Maudsley,   Chapman and Cutler LLP,   201 South Main Street,   Suite 2000,
              Salt Lake City, UT 84111-2298
aty          +Benjamin J. Kotter,   Dorsey & Whitney, LLP,   136 South Main Street,   Suite 1000,
              Salt Lake City, UT 84101-1685
aty          +John T. Morgan tr,   US Trustees Office,   Ken Garff Bldg.,   405 South Main Street,   Suite 300,
              Salt Lake City, Ut 84111-3402
aty           Kenneth L. Cannon, II,   Durham Jones & Pinegar,   111 East Broadway, Suite 900,   P O Box 4050,
              Salt Lake City, UT  84110-4050
aty          +Michael V. Blumenthal,   Crowell & Moring LLP,   590 Madison Avenue, 20th Floor,
              New York, NY 10022-2544

The following entities were noticed by electronic transmission.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 27, 2010**                    **Signature:**   *Joseph Speetjens*