**The below described is SIGNED.**

Dated: March 27, 2010

_____
R. KIMBALL MOSIER
U.S. Bankruptcy Judge

Kenneth L. Cannon II (kcannon@djplaw.com)
Steven J. McCardell (smccardell@djplaw.com)
DURHAM JONES & PINEGAR, PC
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT 84110-4050
Telephone: (801) 415-3000/Fax: (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com) (admitted pro hac vice)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 223-4000/Fax: (212) 223-4134

Counsel for Debtors and Debtors in Possession

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | |
| EASY STREET HOLDING, LLC, *et al.*, ) | Bankruptcy Case No. 09-29905 |
| ) | Jointly Administered with Cases |
| Debtors. ) | 09-29907 and 09-29908 |
| ) | |
| Address: 201 Heber Avenue ) | Chapter 11 |
| Park City, UT 84060 ) | |
| ) | Honorable R. Kimball Mosier |
| Tax ID Numbers: ) | |
| 35-2183713 (Easy Street Holding, LLC), ) | |
| 20-4502979 (Easy Street Partners, LLC), and ) | **[FILED ELECTRONICALLY]** |
| 84-1685764 (Easy Street Mezzanine, LLC) ) | |

**ORDER APPROVING INTERIM COMPENSATION FOR APPRAISAL GROUP, INC.
AND PAUL W. THRONDSEN PURSUANT TO 11 U.S.C. §§ 330 AND 331
<u>AS EXPERT APPRAISERS FOR THE DEBTORS IN POSSESSION</u>**

The first application ("Application") of Appraisal Group, Inc. and Paul W. Throndsen

("AGI"), expert appraisers for Easy Street Partners, LLC ("Partners"), for allowance and

payment of interim compensation pursuant to 11 U.S.C. §§ 330 and 331, Federal Rule of

Filed: 03/17/10

Bankruptcy Procedure 2016, and the Fee Guidelines of the United States Trustee, came on for hearing as scheduled on March 16, 2010.  Appearances were made as noted on the record.  The Court, having reviewed and considered the Application, the Objection and Reservation of Rights filed by the Official Unsecured Creditors' Committee (the "Committee"), and the Reservation of Rights filed by WestLB, AG ("WestLB"), having found that notice of the Application and of the hearing thereon are proper and that the compensation requested is for actual, necessary services rendered by AGI, and good cause appearing therefor, hereby

ORDERS:

1. AGI is awarded interim compensation in the amount of $14,300 for professional services rendered, which fees are entitled to administrative expense priority under 11 U.S.C. §§ 503(b)(2) and 507(a)(2).

2. Partners is authorized to pay the remaining approved fees and expenses in its discretion as estate funds are available for such payment.

3. This award of fees is interim pursuant to 11 U.S.C. § 331, and as such, is subject to review and objection by parties in interest when final approval for allowed fees and expenses is requested pursuant to 11 U.S.C. § 330.  The rights of the Committee and of WestLB to object to final allowance of fees is explicitly reserved.

* * * * END OF DOCUMENT * * *

SLC_570333

## SERVICE LIST

Service of the foregoing **ORDER APPROVING INTERIM COMPENSATION FOR APPRAISAL GROUP, INC. AND PAUL W. THRONDSEN PURSUANT TO 11 U.S.C. §§ 330 AND 331 AS EXPERT APPRAISERS FOR THE DEBTORS IN POSSESSION** will be effected through the Bankruptcy Noticing Center to each party listed below.

Kenneth L. Cannon II
Durham Jones & Pinegar, PC
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, UT 84110-4050

Michael V. Blumenthal
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022-2544

Paul W. Throndsen, MAI
Appraisal Group, Inc.
7396 South Union Park Ave., #301
Midvale, UT 84047

Lon A. Jenkins
Jones Waldo Holbrook & McDonough PC
170 South Main Street, Suite 1500
Salt Lake City, UT 84101-1644

Annette W. Jarvis
Benjamin J. Kotter
Dorsey & Whitney LLP
136 South Main Street, Suite 1000
Salt Lake City, UT 84101-1685

Richard W. Havel, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013-1010

John T. Morgan Tr
US Trustees Office
405 South Main Street, Suite 300
Salt Lake City, UT 84111-3402

Corbin B. Gordon
Corbin B. Gordon, PC
345 West 600 South
Heber City, UT 84032-2247

Joseph E. Wrona
Wrona Law Office, PC
1745 Sidewinder Dr.
Park City, UT 84060

Knute Rife
Wrona Law Offices
11650 South State Street, Suite 103
Draper, UT 84020-7144

3

SLC_570333