Kenneth L. Cannon II (kcannon@djplaw.com)(3705)
Steven J. McCardell (smccardell@djplaw.com)(2144)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
Salt Lake City, UT 84111
Telephone: (801) 415-3000/Fax: (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com)
Bruce J. Zabarauskas (bzabarauskas @crowell.com)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 223-4000/Fax: (212) 223-4134
Counsel for Debtors and Debtors in Possession

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | |
| EASY STREET HOLDING, LLC, *et al.* ) | Bankruptcy Case No. 09-29905 |
| ) | Jointly Administered with Cases |
| Debtors. ) | 09-29907 and 09-29908 |
| ) | |
| Address:  201 Heber Avenue ) | Chapter 11 |
| Park City, UT 84060 ) | |
| ) | Honorable R. Kimball Mosier |
| Tax ID Numbers: ) | |
| 35-2183713 (East Street Holding, LLC), ) | |
| 20-4502979 (Easy Street Partners, LLC), and ) | |
| 84-1685764 (Easy Street Mezzanine, LLC) ) | |

**NOTICE OF <u>CONTINUED</u> DEADLINE FOR RESPONDING TO EASY STREET
PARTNERS, LLC'S SECOND OMNIBUS OBJECTION TO HOMEOWNER CLAIMS**

**PLEASE TAKE NOTICE** that the deadline for responding to Easy Street Partners,

LLC's ("Partners") second omnibus objection (the "Objection") to claims of owners of fractional

units in The Sky Lodge (the "Homeowner Claims"), currently <u>April 4, 2010, at 4:30 p.m. MDT</u>,

has been continued. The new deadline for responding to the Objection is **<u>Friday, May 7, 2010,

at 4:30 p.m., MDT</u>**, (the "New Objection Response Deadline"), so that, if you do not want the

SLC_577616.1

Bankruptcy Court to sustain and grant the Objection to your claim, or if you want the Bankruptcy Court to consider your views on the Objection, then you or your attorney must file with the Bankruptcy Court a written response to the Objection in conformity with Rules 3007-1 and 9013-1 of the Bankruptcy Court's Local Rules so that it is received no later than the New Objection Response Deadline. A copy of the Objection was previously served on counsel for the Homeowners. Exhibit A to the Objection lists the Homeowner Claims alphabetically.

**PLEASE TAKE FURTHER NOTICE** that, as noted in the original Notice dated March 1, 2010, if you respond to the Objection, hearing on the Objection and your response thereto will be scheduled for a later date and time, after the Objection Response Deadline, and notice of such hearing will be provided.

DATED this 30th day of March, 2010.

DURHAM JONES & PINEGAR, P.C.

By: /s/ Kenneth L. Cannon II
Kenneth L. Cannon II (kcannon@djplaw.com)(3705)
Steven J. McCardell (smccardell@djplaw.com)(2144)
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT 84111-4050
Telephone: (801) 415-3000
Facsimile: (801) 415-3500

and

CROWELL & MORING LLP
Michael V. Blumenthal (mblumenthal@crowell.com)
*(admitted pro hac vice)*
Bruce J. Zabarauskas (bzabarauskas@crowell.com)
*(admitted pro hac vice)*
590 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 223-4000
Facsimile: (212) 223-4134

Counsel for Debtors and Debtors in Possession

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the Notice of Continued Deadline for Responding to Easy Street Partners, LLC's Second Omnibus Objection to Homeowner Claims was served on this 30th of March, 2010 via ECF Notification and/or first-class mail, postage prepaid, on those parties listed on the attached page(s).

/s/  Kristin Hughes

**ECF Notification**

- Troy J. Aramburu    taramburu@joneswaldo.com, sglendening@joneswaldo.com; rbush@joneswaldo.com
- Scott A. Cummings    cummings.scott@dorsey.com
- Mary Margaret Hunt    hunt.peggy@dorsey.com, wardle.gay@dorsey.com
- Annette W. Jarvis    jarvis.annette@dorsey.com, smith.ron@dorsey.com; slc.lit@dorsey.com;brown.patricia@dorsey.com
- Lon A. Jenkins    lajenkins@joneswaldo.com, krichardson@joneswaldo.com; ecf@joneswaldo.com;sglendening@joneswaldo.com
- Michael R. Johnson    mjohnson@rqn.com, agale@rqn.com
- Anthony C. Kaye    kaye@ballardspahr.com
- Benjamin J. Kotter    kotter.benjamin@dorsey.com
- Adelaide Maudsley    maudsley@chapman.com, jemery@chapman.com
- John T. Morgan tr    john.t.morgan@usdoj.gov, james.gee@usdoj.gov
- David W. Overholt    doverholt@rsolaw.com, abachman@rsolaw.com
- Douglas J. Payne    dpayne@fabianlaw.com, jshowalter@fabianlaw.com
- Knute Rife    karife@rifelegal.com
- Jeffrey L. Shields    jlshields@cnmlaw.com, njpotter@cnmlaw.com
- Jeffrey Weston Shields    jshields@joneswaldo.com, sglendening@joneswaldo.com
- Bradley L. Tilt    btilt@fabianlaw.com, rmellor@fabianlaw.com
- United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
- Kim R. Wilson    bankruptcy_krw@scmlaw.com

W. Brian Ahern
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Albert and Roxann Albiani
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Gilbert Alder and Jeanette Alder
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Stephen Allis
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Brian D Althaver
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Jonathan and Joanne Ames
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Allan & Amy Anderson
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

James Barickman and
Marianne Barickman
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Peter Blythe
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Thomas S Bradley
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Lisa A Bugaski Trustee
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Josh Butsch
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

The Barbara A Casale Revocable Trust
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

The Richard C Casale Revocable
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Amy Casey
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Castillo Trust
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Chang Family Trust
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Nelson Coats
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Jonathan Barrett Connor
Marie Connor
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Corrado Properties
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Phillip A Davidson and
Ruth Minzer Davidson
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Kenneth A and Marcie B Davis
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Michael Scott Davis
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Kristen M Dickey, Susan Dickey and
Penny Bradley
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Robert A & Bianka M Diorio
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

James I Duffield and Suzanne Duffield
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Linda Marie Eide Residuary
 Family Trust
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Stephen Elrick
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

William S. Escudier
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Fabian & Clendenin
Attn:  Robert J Dale and Bradley L. Tilt
215 South State Street Suite 1200
Salt Lake City, UT  84111

Michael A. Feder
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Diana Ferguson
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Janis Jean Ferraris and
Deborah Jean Depaoli
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Joshua Fick
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Stephen N Finberg
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Dena A Fleming & Steve Chin
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

William A & Constance Fletcher Hindle
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Ruben Flores
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

George Frederick John Hill II and
Ruth Hill
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Curtis K Gardner & Patricia Gardner
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Andrew C Gilligan Jr. Karen L Gilligan
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Mark T Greenquist
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Marcia L Griffiths
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Merrick L and Rosa S Gross
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Craig Guernsey & Ann M. Guernsey
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Suzanne Harris
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Dane C Hillyard
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

John Michael Hojel Jr.
Veronica Hojel
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Hop To It Living Trust
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Brooks Hoven and Brenda Schmid
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Darren T Kavinoky and Alona Kavinoky
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

John P. Kelly and Melissa B Kelly
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Mark C Kramer Trust
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Rishi & Ashima Kumar
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Steve Lafredo
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Brian and Teri Laidlaw
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Janet & William Lamkin
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Robert Lamkin and Ray Bidenhost
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

William Lamkin and Janet W Lamkin
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Levine Holdings LLC
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Mark Litchfield and Kristin Rotter
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Lovejoy Sky Lodge
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Larry L Lozensky
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

James A Lundin
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Kevin McCarthy
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Tracy McCarthy
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Clint McClellan
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

John E McIlwaine
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Claudia McMullin
Timothy Douglas
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Joshua A Mettle
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Thomas and Julie B Millar
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Daniel S Miller DDS
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Robert A. Miller
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Frederic Monnot
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Daniel H Payne and
Vanessa I Payne
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Donald E Porteous
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Elizabeth Rad
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Charles and Vicki P. Raeburn
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Angela Rayner
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Steve Reich
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Steve Reich, Scott Coleman
 & Ashely Coleman
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Eric and Susan Rothchild
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

The Shoaf Family Trust January 16,
2002
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Matthew & Terry L Sidford
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Charles H. and Andrea E Silverman
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Robert Keith Simons
Lynn Kay Simons
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Skyboozers LLC
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Philo M Smith Jr. Trust
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Amer and Yvette Soudani
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

David L & Louise A. Stark
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

The Mark and Joann Tattersall Trust
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

TCF Holdings c/o Fred Mommot
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Tenderfoot Holdings LLC
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

C & G Velasquez Family Trust
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Stephen P. and Barbara Vermut
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Graham Wagner and Kati Irwin
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Jim & Robin Whitney
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Teresa Martha Wiss Trust
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Francine Wynn
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Kenneth Yonemura and
Grace Noda-Yonemura
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Phillip Yuan and Ruth Yuan
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111

Anthony Zingale and
 Teresa Meno Zingale
c/o Robert J Dale and Bradley L. Tilt
Fabian & Clendenin
215 South State Street Suite 1200
Salt Lake City, UT  84111