*So Ordered 3/30/2010*

*R. Kimball Mosier*

Kenneth L. Cannon II (kcannon@djplaw.com) (3705)
Steven J. McCardell (smccardell@djplaw.com) (2144)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT 84110-4050
Telephone: (801) 415-3000/Fax: (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com) (admitted pro hac vice)
Steven B. Eichel (seichel@crowell.com) (admitted pro hac vice)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 223-4000/Fax: (212) 223-4134

Counsel for Debtors and Debtors in Possession

**RECEIVED**
MAR 30 2010
US BANKRUPTCY COURT
DISTRICT OF UTAH

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: | |
| EASY STREET HOLDING, LLC, *et. al.* | Bankruptcy Case No. 09-29905 |
| Debtors | Jointly Administered with Cases 09-29907 and 09-29908 |
| | [This Order affects only Case No. 09-29907] |
| Address: 201 Heber Avenue Park City, UT 84060 | Chapter 11 |
| Tax ID Numbers: | Honorable R. Kimball Mosier |
| 35-2183713 (Easy Street Holding, LLC), 20-4502979 (Easy Street Partners, LLC), and 84-1685764 (Easy Street Mezzanine, LLC) | |

**ORDER GRANTING MOTION OF EASY STREET PARTNERS, LLC AND EXTENDING THE EXCLUSIVE PERIOD FOR IT TO SOLICIT AND OBTAIN ACCEPTANCES FOR ITS CHAPTER 11 PLAN OF REORGANIZATION**

SLC_576913.1

The Motion of Easy Street Partners, LLC ("Partners") filed March 5, 2010, for entry of an Order under 11 U.S.C. § 1121(d) extending for 45 days Partners' exclusive period for obtaining acceptances of its plan of reorganization (the "Exclusive Solicitation Period") filed on March 5, 2010 by Partners, debtor and debtor in possession in Partners' case (Bankr. Case No. 09-29907), came on for hearing on March 30, 2010. Appearances were made as noted on the record for the hearing. The Court made its findings and conclusions of law on the record and the hearing, which findings and conclusions are incorporated herein by reference. Now, therefore

**IT IS HEREBY ORDERED:**

1. The Motion is granted.

2. Partners' Exclusive Solicitation Period for obtaining acceptances for Partners' plan of reorganization is extended through and including May 17, 2010.

3. Notwithstanding anything contained herein, entry of this Order is without prejudice to (a) Partners' right to seek from this Court other or further extensions of the exclusive periods, or (b) any party in interest's right to seek to reduce or terminate the exclusive periods for cause pursuant to 11 U.S.C. § 1121(d).

---------------------------------------------END OF ORDER----------------------------------------

SLC_576913.1

## CLERK'S CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Order Granting Motion of Easy Street Partners, LLC and Extending the Exclusive Period for It to Solicit and Obtain Acceptances for Its Chapter 11 Plan of Reorganization was served via the Bankruptcy Noticing Center to each party listed below.

Kenneth L. Cannon II
Steven J. McCardell
Durham Jones & Pinegar, P.C.
P O Box 4050
Salt Lake City, UT  84110-4050

John T. Morgan
Office of the United States Trustee
405 South Main Street, Suite 300
Salt Lake City, UT 84111

Lon A. Jenkins
Jones Waldo Holbrook & McDonough
170 South Main Street, Suite 1500
Salt Lake City, UT  84101

Annette W. Jarvis
Peggy Hunt
Dorsey & Whitney LLP
136 South Main Street, Suite 1000
Salt Lake City, UT  84101-1685

Richard W. Havel
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA  90013-1010

SLC_576913.1