**The below described is SIGNED.**

**Dated: April 01, 2010**

_____
**R. KIMBALL MOSIER**
**U.S. Bankruptcy Judge**



_____

Kenneth L. Cannon II (kcannon@djplaw.com) (3705)
Steven J. McCardell (smccardell@djplaw.com) (2144)
DURHAM JONES & PINEGAR
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT  84110-4050
Telephone:  (801) 415-3000/Fax:  (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com) (admitted pro hac vice)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY  10022
Telephone:  (212) 223-4000/Fax:  (212) 223-4134

Counsel for Debtors and Debtors in Possession

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: | |
| EASY STREET HOLDING, LLC, *et al.*, | Bankruptcy Case No. 09-29905 |
|  | Jointly Administered with Cases |
| Debtors. | 09-29907 and 09-29908 |
| Address:  201 Heber Avenue | Chapter 11 |
| Park City, UT 84060 | |
|  | Honorable R. Kimball Mosier |
| Tax ID Numbers: | |
| 35-2183713 (Easy Street Holding, LLC), | |
| 20-4502979 (Easy Street Partners, LLC), and | **[FILED ELECTRONICALLY]** |
| 84-1685764 (Easy Street Mezzanine, LLC) | |

**ORDER APPROVING FIRST APPLICATION OF CROWELL & MORING LLP FOR
INTERIM COMPENSATION AND REIMBURSEMENT PURSUANT TO
11 U.S.C. §§ 330 AND 331 AS ATTORNEYS FOR THE DEBTORS IN POSSESSION
<u>FOR THE PERIOD SEPTEMBER 14, 2009 THROUGH DECEMBER 31, 2009</u>**

Filed: 03/22/10

The first application ("Application") of Crowell & Moring LLP ("C&M"), co-counsel for Easy Street Partners, LLC ("Partners"), Easy Street Mezzanine, LLC ("Mezzanine"), and Easy Street Holding, LLC ("Holding," together with Partners and Mezzanine will be referred to as the "Debtors"), for allowance and payment of interim compensation and reimbursement pursuant to 11 U.S.C. §§ 330 and 331, Federal Rule of Bankruptcy Procedure 2016, and the Fee Guidelines of the United States Trustee, came on for hearing as scheduled on March 16, 2010.  Appearances were made as noted on the record.  The Court, having reviewed and considered the Application, the Objection and Reservation of Rights filed by the Official Unsecured Creditors' Committee (the "Committee"), which was resolved and withdrawn as a result of C&M agreeing to a reduction of fees in the amount of $6,500, and the Reservation of Rights filed by WestLB, AG ("WestLB"),  having found that notice of the Application and of the hearing thereon are proper and that the compensation requested is for actual, necessary services rendered by C&M and that the expenses for which C&M seeks reimbursement are actual and necessary expenses, and good cause appearing therefor, hereby

ORDERS:

1. C&M is awarded (a) interim compensation in the amount of $470,877 for professional services rendered and (b) interim reimbursement of expenses in the amount of $20,900.70, which fees and expenses are entitled to administrative expense priority under 11 U.S.C. §§ 503(b)(2) and 507(a)(2).

2.      C&M is authorized to apply the prepetition retainer it received against approved fees and expenses.  The Debtors are authorized to pay the remaining approved fees and expenses in their discretion as estate funds are available for such payment.

3.      This award of fees and expenses is interim pursuant to 11 U.S.C. § 331, and as such, is subject to review and objection by parties in interest when final approval for allowed fees and expenses is requested pursuant to 11 U.S.C. § 330.  The rights of the Committee and of WestLB to object to final allowance of fees is explicitly reserved.

* * * * END OF DOCUMENT * * *

## SERVICE LIST

Service of the foregoing **ORDER APPROVING FIRST APPLICATION OF CROWELL & MORING LLP FOR INTERIM COMPENSATION AND REIMBURSEMENT PURSUANT TO 11 U.S.C. §§ 330 AND 331 AS ATTORNEYS FOR THE DEBTORS IN POSSESSION FOR THE PERIOD SEPTEMBER 14, 2009 THROUGH DECEMBER 31, 2009** will be effected through the Bankruptcy Noticing Center to each party listed below.

Kenneth L. Cannon II
Durham Jones & Pinegar, PC
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, UT 84110-4050

Michael V. Blumenthal
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022-2544

Lon A. Jenkins
Jones Waldo Holbrook & McDonough PC
170 South Main Street, Suite 1500
Salt Lake City, UT 84101-1644

Annette W. Jarvis
Benjamin J. Kotter
Dorsey & Whitney LLP
136 South Main Street, Suite 1000
Salt Lake City, UT 84101-1685

Richard W. Havel, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013-1010

John T. Morgan Tr
US Trustees Office
405 South Main Street, Suite 300
Salt Lake City, UT 84111-3402

Corbin B. Gordon
Corbin B. Gordon, PC
345 West 600 South
Heber City, UT 84032-2247

Joseph E. Wrona
Wrona Law Office, PC
1745 Sidewinder Dr.
Park City, UT 84060

Knute Rife
Wrona Law Offices
11650 South State Street, Suite 103
Draper, UT 84020-7144