So Ordered 3/30/2010

*R. Kimball Mosier*

Kenneth L. Cannon II (kcannon@djplaw.com) (3705)
Steven J. McCardell (smccardell@djplaw.com) (2144)
DURHAM JONES & PINEGAR
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT  84110-4050
Telephone: (801) 415-3000/Fax: (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com) (admitted pro hac vice)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY  10022
Telephone: (212) 223-4000/Fax: (212) 223-4134

Counsel for Debtors and Debtors in Possession

**RECEIVED**

MAR 30 2010

US BANKRUPTCY COURT
DISTRICT OF UTAH

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: <br><br>EASY STREET HOLDING, LLC, *et al.*, <br><br>Debtors. <br><br>Address: 201 Heber Avenue <br> Park City, UT 84060 <br><br>Tax ID Numbers: <br> 35-2183713 (Easy Street Holding, LLC), <br> 20-4502979 (Easy Street Partners, LLC), and <br> 84-1685764 (Easy Street Mezzanine, LLC) | Bankruptcy Case No. 09-29905 <br> Jointly Administered with Cases <br> 09-29907 and 09-29908 <br><br> Chapter 11 <br><br> Honorable R. Kimball Mosier <br><br> **[FILED ELECTRONICALLY]** |

## ORDER TEMPORARILY ALLOWING HOMEOWNERS'
## CLAIMS IN A REDUCED AMOUNT FOR VOTING PURPOSES

18

SLC_576919

Entered On Docket: 03/31/2010

The Court, having reviewed and considered the omnibus motion (the "Motion") of Easy Street Partners, LLC ("Partners"), debtor in possession, for an Order temporarily allowing all claims of owners of fractional one-eighth shares in condominiums in the Sky Lodge Hotel (the "Fractional Unit Claims") in the amount of $4,500, solely for purposes of voting in Class 5 under Partners' Amended Plan, no objections to the Motion having been filed, having considered the arguments of counsel, and cause appearing for the requested relief, hereby

ORDERS:

1. The Motion is granted.

2. Each Fractional Unit Claim listed on Exhibit A attached hereto is temporarily allowed in the amount of $4,500, solely for purposes of voting in Class 5 under Partners' Amended Plan of Reorganization dated February 18, 2010 (the "Amended Plan").

******END OF DOCUMENT******

## CLERK'S CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Order Granting Motion of Easy Street Partners, LLC and Extending the Exclusive Period for It to Solicit and Obtain Acceptances for Its Chapter 11 Plan of Reorganization was served via the Bankruptcy Noticing Center to each party listed below.

Kenneth L. Cannon II
Steven J. McCardell
Durham Jones & Pinegar, P.C.
P O Box 4050
Salt Lake City, UT  84110-4050

Robert J. Dale
Douglas J. Payne
Fabian & Clendenin
215 South State, # 1200
Salt Lake City, UT  84111

John T. Morgan
Office of the United States Trustee
405 South Main Street, Suite 300
Salt Lake City, UT 84111

Lon A. Jenkins
Jones Waldo Holbrook & McDonough
170 South Main Street, Suite 1500
Salt Lake City, UT  84101

Annette W. Jarvis
Benjamin J. Kotter
Dorsey & Whitney LLP
136 South Main Street, Suite 1000
Salt Lake City, UT  84101-1685

Richard W. Havel
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA  90013-1010

_____
Deputy Clerk

3

SLC_576919

# EXHIBIT A

| Names & Address | Proof of Claim No. | Amount of Claim | Amount of Claim for Voting Purposes Only |
|---|---|---|---|
| W. Brian Ahern<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT 84111 | 108 | 414,858.00 | $4,500.00 |
| Albert and Roxann Albiani<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT 84111 | 66 | 280,006.00 | $4,500.00 |
| Gilbert Alder and Jeanette Alder<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT 84111 | 38 | 491,871.00 | $4,500.00 |
| Stephen Allis<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT 84111 | 95 | 425,679.00 | $4,500.00 |
| Brian D Althaver<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT 84111 | 82 | 248,873.00 | $4,500.00 |
| Jonathan and Joanne Ames<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT 84111 | 111 | 447,570.00 | $4,500.00 |
| Allan & Amy Anderson<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT 84111 | 87 | 290,370.00 | $4,500.00 |

| Names & Address | Proof of Claim No. | Amount of Claim | Amount of Claim for Voting Purposes Only |
|---|---|---|---|
| James Barickman and Marianne Barickman<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT 84111 | 46 | 483,234.00 | $4,500.00 |
| Peter Blythe<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT 84111 | 131 | 307,989.00 | $4,500.00 |
| Thomas S Bradley<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT 84111 | 62 | 349,900.00 | $4,500.00 |
| Lisa A Bugaski Trustee<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT 84111 | 138 | 414,858.00 | $4,500.00 |
| Josh Butsch<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT 84111 | 61 | 342,240.00 | $4,500.00 |
| The Barbara A Casale Revocable Trust<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT 84111 | 90 | 414,858.00 | $4,500.00 |
| The Richard C Casale Revocable<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT 84111 | 89 | 414858.00 | $4,500.00 |

| Names & Address | Proof of Claim No. | Amount of Claim | Amount of Claim for Voting Purposes Only |
|---|---|---|---|
| Amy Casey<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT 84111 | 45 | 394,465.00 | $4,500.00 |
| Castillo Trust<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT 84111 | 53 | 229,900.00 | $4,500.00 |
| Chang Family Trust<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT 84111 | 51 | 486,505.00 | $4,500.00 |
| Nelson Coats<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT 84111 | 54 | 466,739.00 | $4,500.00 |
| Jonathan Barrett Connor<br>Marie Connor<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT 84111 | 72 | 200,700.00 | $4,500.00 |
| Corrado Properties<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT 84111 | 122 | 445,980.00 | $4,500.00 |
| Phillip A Davidson and<br>Ruth Minzer Davidson<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT 84111 | 41 | 466,728.00 | $4,500.00 |

| Names & Address | Proof of Claim No. | Amount of Claim | Amount of Claim for Voting Purposes Only |
|---|---|---|---|
| Kenneth A and Marcie B Davis<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT 84111 | 101 | 326,679.00 | $4,500.00 |
| Michael Scott Davis<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT 84111 | 71 | 280,006.00 | $4,500.00 |
| Kristen M Dickey, Susan Dickey and Penny Bradley<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT 84111 | 63 | 349,900.00 | $4,500.00 |
| Robert A & Bianka M Diorio<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT 84111 | 79 | 238,499.00 | $4,500.00 |
| James I Duffield and Suzanne Duffield<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT 84111 | 42 | 385,226.00 | $4,500.00 |
| Linda Marie Eide Residuary Family Trust<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT 84111 | 75 | 451,765.00 | $4,500.00 |
| Stephen Elrick<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT 84111 | 96 | 326,689.00 | $4,500.00 |

| Names & Address | Proof of Claim No. | Amount of Claim | Amount of Claim for Voting Purposes Only |
|---|---|---|---|
| William S. Escudier<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT 84111 | 114 | 290,370.00 | $4,500.00 |
| Fabian & Clendenin<br>Attn: Robert J Dale and Bradley L. Tilt<br>215 South State Street Suite 1200<br>Salt Lake City, UT 84111 | 115 | 440,000.00 | $4,500.00 |
| Michael A. Feder<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT 84111 | 107 | 326,689.00 | $4,500.00 |
| Diana Ferguson<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT 84111 | 44 | 373,362.00 | $4,500.00 |
| Janis Jean Ferraris and<br>Deborah Jean Depaoli<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT 84111 | 40 | 474,038.00 | $4,500.00 |
| Joshua Fick<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT 84111 | 73 | 280,006.00 | $4,500.00 |
| Stephen N Finberg<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT 84111 | 94 | 427,706.00 | $4,500.00 |

| Names & Address | Proof of Claim No. | Amount of Claim | Amount of Claim for Voting Purposes Only |
|---|---|---|---|
| Dena A Fleming & Steve Chin<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 98 | 402,678.00 | $4,500.00 |
| William A & Constance Fletcher Hindle<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 97 | 448,078.00 | $4,500.00 |
| Ruben Flores<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 52 | 466,739.00 | $4,500.00 |
| George Frederick John Hill II and Ruth Hill<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 68 | 353,997.00 | $4,500.00 |
| Curtis K Gardner & Patricia Gardner<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 58 | 369,607.00 | $4,500.00 |
| Andrew C Gilligan Jr. Karen L Gilligan<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 136 | 466,230.00 | $4,500.00 |
| Mark T Greenquist<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 106 | 445,980.00 | $4,500.00 |

| Names & Address | Proof of Claim No. | Amount of Claim | Amount of Claim for Voting Purposes Only |
|---|---|---|---|
| Marcia L Griffiths<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 64 | 177,303.00 | $4,500.00 |
| Merrick L and Rosa S Gross<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 70 | 280,006.00 | $4,500.00 |
| Craig Guernsey & Ann M. Guernsey<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 135 | 280,006.00 | $4,500.00 |
| Suzanne Harris<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 78 | 238,449.00 | $4,500.00 |
| Suzanne Harris<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 80 | 238,499.00 | $4,500.00 |
| Dane C Hillyard<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 56 | 1,400,000.00 | $4,500.00 |
| John Michael Hojel Jr.<br>Veronica Hojel<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 67 | 195,976.00 | $4,500.00 |

| Names & Address | Proof of Claim No. | Amount of Claim | Amount of Claim for Voting Purposes Only |
|---|---|---|---|
| Hop To It Living Trust<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT 84111 | 123 | 238,499.00 | $4,500.00 |
| Brooks Hoven and Brenda Schmid<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT 84111 | 60 | 321,492.00 | $4,500.00 |
| Darren T Kavinoky and Alona Kavinoky<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT 84111 | 49 | 456,354.00 | $4,500.00 |
| John P. Kelly and Melissa B Kelly<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT 84111 | 121 | 467,919.00 | $4,500.00 |
| Mark C Kramer Trust<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT 84111 | 124 | 217,751.00 | $4,500.00 |
| Rishi & Ashima Kumar<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT 84111 | 92 | 466,355.00 | $4,500.00 |
| Steve Lafredo<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT 84111 | 99 | 414,858.00 | $4,500.00 |

| Names & Address | Proof of Claim No. | Amount of Claim | Amount of Claim for Voting Purposes Only |
|---|---|---|---|
| Brian and Teri Laidlaw<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT 84111 | 65 | 364,114.00 | $4,500.00 |
| Janet & William Lamkin<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT 84111 | 59 | 425,232.00 | $4,500.00 |
| Robert Lamkin and Ray Bidenhost<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT 84111 | 55 | 1,120,190.00 | $4,500.00 |
| William Lamkin and Janet W Lamkin<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT 84111 | 39 | 850,464.00 | $4,500.00 |
| Levine Holdings LLC<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT 84111 | 112 | 342,240.00 | $4,500.00 |
| Mark Litchfield and Kristin Rotter<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT 84111 | 50 | 477,202.00 | $4,500.00 |
| Lovejoy Sky Lodge<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT 84111 | 93 | 404,582.00 | $4,500.00 |

| Names & Address | Proof of Claim No. | Amount of Claim | Amount of Claim for Voting Purposes Only |
|---|---|---|---|
| Larry L Lozensky<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 105 | 446,055.00 | $4,500.00 |
| James A Lundin<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 43 | 352,614.00 | $4,500.00 |
| Kevin McCarthy<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 81 | 247,275.00 | $4,500.00 |
| Tracy McCarthy<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 130 | 303,412.00 | $4,500.00 |
| Clint McClellan<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 74 | 217,751.00 | $4,500.00 |
| John E McIlwaine<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 133 | 242,659.00 | $4,500.00 |
| Claudia McMullin<br>Timothy Douglas<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 83 | 252,826.00 | $4,500.00 |

| Names & Address | Proof of Claim No. | Amount of Claim | Amount of Claim for Voting Purposes Only |
|---|---|---|---|
| Joshua A Mettle<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT 84111 | 47 | 414,858.00 | $4,500.00 |
| Thomas and Julie B Millar<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT 84111 | 103 | 432,808.00 | $4,500.00 |
| Daniel S Miller DDS<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT 84111 | 88 | 373,262.00 | $4,500.00 |
| Robert A. Miller<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT 84111 | 100 | 326,679.00 | $4,500.00 |
| Frederic Monnot<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT 84111 | 77 | 412,193.00 | $4,500.00 |
| Daniel H Payne and<br>Vanessa I Payne<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT 84111 | 116 | 343,880.00 | $4,500.00 |
| Donald E Porteous<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT 84111 | 109 | 434,934.00 | $4,500.00 |

| Names & Address | Proof of Claim No. | Amount of Claim | Amount of Claim for Voting Purposes Only |
|---|---|---|---|
| Elizabeth Rad<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT 84111 | 76 | 228,125.00 | $4,500.00 |
| Charles and Vicki P. Raeburn<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT 84111 | 110 | 414,858.00 | $4,500.00 |
| Angela Rayner<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT 84111 | 48 | 414,858.00 | $4,500.00 |
| Steve Reich<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT 84111 | 137 | 280,006.00 | $4,500.00 |
| Steve Reich, Scott Coleman<br>  & Ashely Coleman<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT 84111 | 119 | 280,006.00 | $4,500.00 |
| Eric and Susan Rothchild<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT 84111 | 125 | 299,018.00 | $4,500.00 |
| The Shoaf Family Trust January 16, 2002<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT 84111 | 120 | 195,976.00 | $4,500.00 |

| Names & Address | Proof of Claim No. | Amount of Claim | Amount of Claim for Voting Purposes Only |
|---|---|---|---|
| Matthew & Terry L Sidford<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 84 | 257,582.00 | $4,500.00 |
| Charles H. and Andrea E Silverman<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 126 | 269,621.00 | $4,500.00 |
| Robert Keith Simons<br>Lynn Kay Simons<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 91 | 435,606,000.00 | $4,500.00 |
| Skyboozers LLC<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 113 | 228,125.00 | $4,500.00 |
| Philo M Smith Jr. Trust<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 134 | 290,370.00 | $4,500.00 |
| Amer and Yvette Soudani<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 102 | 499,900.00 | $4,500.00 |
| David L & Louise A. Stark<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 85 | 260,000.00 | $4,500.00 |

| Names & Address | Proof of Claim No. | Amount of Claim | Amount of Claim for Voting Purposes Only |
|---|---|---|---|
| The Mark and Joann Tattersall Trust<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT 84111 | 117 | 499,900.00 | $4,500.00 |
| TCF Holdings c/o Fred Mommot<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT 84111 | 37 | 405,404.00 | $4,500.00 |
| Tenderfoot Holdings LLC<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT 84111 | 127 | 330,000.00 | $4,500.00 |
| C & G Velasquez Family Trust<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT 84111 | 139 | 414,858.00 | $4,500.00 |
| Stephen P. and Barbara Vermut<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT 84111 | 104 | 488,821.00 | $4,500.00 |
| Graham Wagner and Kati Irwin<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT 84111 | 132 | 269,621.00 | $4,500.00 |
| Jim & Robin Whitney<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT 84111 | 69 | 195,976.00 | $4,500.00 |

| Names & Address | Proof of Claim No. | Amount of Claim | Amount of Claim for Voting Purposes Only |
|---|---|---|---|
| Teresa Martha Wiss Trust<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 129 | 304,028.00 | $4,500.00 |
| Francine Wynn<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 128 | 309,332.00 | $4,500.00 |
| Kenneth Yonemura and<br>Grace Noda-Yonemura<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 118 | 390,146.00 | $4,500.00 |
| Phillip Yuan and Ruth Yuan<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 36 | 405,404.00 | $4,500.00 |
| Anthony Zingale and Teresa Meno Zingale<br>c/o Robert J Dale and Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street Suite 1200<br>Salt Lake City, UT  84111 | 57 | 264,432.00 | $4,500.00 |

NYIWDMS: 11496292_1

# CERTIFICATE OF NOTICE

```
District/off: 1088-2           User: mtm              Page 1 of 1            Date Rcvd: Mar 31, 2010
Case: 09-29905                 Form ID: pdfor1        Total Noticed: 6

The following entities were noticed by first class mail on Apr 02, 2010.
aty          +Annette W. Jarvis,   Dorsey & Whitney LLP,   136 South Main Street,   Suite 1000,
               Salt Lake City, UT 84101-1685
aty           Douglas J. Payne,   Fabian & Clendenin,   215 South State Street,   Suite 1200,
               Salt Lake City, UT 84111-2323
aty          +John T. Morgan tr,   US Trustees Office,   Ken Garff Bldg.,   405 South Main Street,   Suite 300,
               Salt Lake City, Ut 84111-3402
aty           Kenneth L. Cannon, II,   Durham Jones & Pinegar,   111 East Broadway, Suite 900,   P O Box 4050,
               Salt Lake City, UT 84110-4050
aty          +Lon A. Jenkins,   Jones Waldo Holbrook & McDonough,   170 South Main St.,   Suite 1500,
               Salt Lake City, UT 84101-1644
6627730      +Richard W. Havel, Esq.,   Sidley Austin LLP,   555 West Fifth Street,
               Los Angeles, CA 90013-1010

The following entities were noticed by electronic transmission.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date:** Apr 02, 2010           **Signature:** *Joseph Speetjens*