Kenneth L. Cannon II (kcannon@djplaw.com) (3705)
Steven J. McCardell (smccardell@djplaw.com) (2144)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT  84110-4050
Telephone:  (801) 415-3000/Fax:  (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com) (admitted pro hac vice)
Steven B. Eichel (seichel@crowell.com) (admitted pro hac vice)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY  10022
Telephone:  (212) 223-4000/Fax:  (212) 223-4134
Counsel for Debtors and Debtors in Possession

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re: | )<br>) |
| EASY STREET HOLDING, LLC, *et. al*. | ) Bankruptcy Case No. 09-29905<br>) Jointly Administered with Cases |
| Debtors | ) 09-29907 and 09-29908<br>) |
| Address:   201 Heber Avenue | ) Chapter 11 |
| Park City, UT 84060 | )<br>) Honorable R. Kimball Mosier |
| Tax ID Numbers: | ) |
| 35-2183713 (Easy Street Holding, LLC), | ) |
| 20-4502979 (Easy Street Partners, LLC), and | ) **[FILED ELECTRONICALLY]** |
| 84-1685764 (Easy Street Mezzanine, LLC) | )<br>) |

**NOTICE OF VALUE OF EASY STREET PARTNERS, LLC'S
SKY LODGE AS APPRAISED BY ITS EXPERT APPRAISER**

**PLEASE TAKE NOTICE** that, by notice dated March 30, 2010 (the "March 30

Notice"), Easy Street Partners, LLC ("Partners"), debtor and debtor in possession, you were

notified that hearing on its motion (the "Valuation Motion") pursuant to § 506 of the Bankruptcy

Code and Bankruptcy Rule 3012 for an order fixing the value of real estate and improvements

SLC_585967.1

owned by Partners constituting The Sky Lodge in Park City, Utah, which includes a luxury boutique hotel, restaurant, and other improvements ("The Sky Lodge"), had been continued and will be heard by the Hon. R. Kimball Mosier, United States Bankruptcy Judge, on Wednesday, April 14, 2010, at 2:00 p.m., MDT (the "Valuation Hearing").  The March 30 Notice also notified you that Partners would provide to you the value of The Sky Lodge as set forth in an addendum (the "Addendum") it had requested to an appraisal of The Sky Lodge earlier prepared by Appraisal Group, Inc. and Paul W. Throndsen ("Throndsen").

**PLEASE TAKE FURTHER NOTICE** that Partners has now received the Addendum and the value of The Sky Lodge as of April 6, 2010, as appraised by Throndsen in the Addendum, is $20,600,000.

**PLEASE TAKE FURTHER NOTICE** that, as noted in the March 30 Notice, Partners will request that the Court determine at the Valuation Hearing that the value of The Sky Lodge is $20,600,000.

DATED:  April 7, 2010

> DURHAM JONES & PINEGAR, P.C.
>
> By:   /s/  Kenneth L. Cannon II
> Kenneth L. Cannon II (kcannon@djplaw.com)(3705)
> Steven J. McCardell (smccardell@djplaw.com)(2144)
>
> and
>
> Michael V. Blumenthal (mblumenthal@crowell.com)
>   (admitted pro hac vice)
> CROWELL & MORING LLP
>
> Counsel for Debtors and Debtors in Possession

2

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Value of Easy Street Partners, LLC's Sky Lodge as Appraised by Its Expert Appraiser was served this 7th day of April, 2010 via ECF notification and/or electronic mail on the parties listed on the attached pages.

  /s/  Kristin Hughes

**ECF Notification**

- Troy J. Aramburu    taramburu@joneswaldo.com, sglendening@joneswaldo.com; rbush@joneswaldo.com

- Scott A. Cummings    cummings.scott@dorsey.com

- Mary Margaret Hunt    hunt.peggy@dorsey.com, wardle.gay@dorsey.com

- Annette W. Jarvis    jarvis.annette@dorsey.com, smith.ron@dorsey.com; slc.lit@dorsey.com;brown.patricia@dorsey.com

- Lon A. Jenkins    lajenkins@joneswaldo.com, krichardson@joneswaldo.com; ecf@joneswaldo.com;sglendening@joneswaldo.com

- Michael R. Johnson    mjohnson@rqn.com, agale@rqn.com

- Anthony C. Kaye    kaye@ballardspahr.com

- Benjamin J. Kotter    kotter.benjamin@dorsey.com

- Adelaide Maudsley    maudsley@chapman.com, jemery@chapman.com

- John T. Morgan tr    john.t.morgan@usdoj.gov, james.gee@usdoj.gov

- David W. Overholt    doverholt@rsolaw.com, abachman@rsolaw.com

- Douglas J. Payne    dpayne@fabianlaw.com, jshowalter@fabianlaw.com

- Knute Rife    karife@rifelegal.com

- Jeffrey L. Shields    jlshields@cnmlaw.com, njpotter@cnmlaw.com

- Jeffrey Weston Shields    jshields@joneswaldo.com, sglendening@joneswaldo.com

- Bradley L. Tilt    btilt@fabianlaw.com, rmellor@fabianlaw.com

- United States Trustee    USTPRegion19.SK.ECF@usdoj.gov

- Kim R. Wilson    bankruptcy_krw@scmlaw.com

SLC_585967.1

**Electronic Mail**

| | |
|---|---|
| Troy J. Aramburu | taramburu@joneswaldo.com |
| Scott A. Cummings | cummings.scott@dorsey.com |
| Mary Margaret Hunt | hunt.peggy@dorsey.com |
| Annette W. Jarvis | jarvis.annette@dorsey.com |
| Lon A. Jenkins | lajenkins@joneswaldo.com |
| Michael R. Johnson | mjohnson@rqn.com |
| Anthony C. Kaye | kaye@ballardspahr.com |
| Benjamin J. Kotter | kotter.benjamin@dorsey.com |
| Adelaide Maudsley | maudsley@chapman.com |
| John T. Morgan tr | john.t.morgan@usdoj.gov |
| David W. Overholt | doverholt@rsolaw.com |
| Douglas J. Payne | dpayne@fabianlaw.com |
| Knute A. Rife | karife@rifelegal.com |
| Jeffrey L. Shields | jlshields@cnmlaw.com |
| Jeffrey Weston Shields | jshields@joneswaldo.com |
| Bradley L. Tilt | btilt@fabianlaw.com |
| United States Trustee | USTPRegion19.SK.ECF@usdoj.gov |
| Kim R. Wilson | kwilson@scmlaw.com |
| William Shoaf | bshoaf@cloudnineresorts.com |
| George B. Hofmann | gbh@pkhlawyers.com |
| Securities & Exchange Commission | sanfrancisco@sec.gov |
| Utah Department of Workforce Services | dwscontactus@utah.gov |
| Christian Ruehmer, WestLB | christian_ruehmer@westlb.com |
| Duncan Robertson, WestLB | duncan_robertson@westlb.com |

SLC_585967.1

| | |
|---|---|
| Jeff Nelson, WestLB | jeff_nelson@westlb.com |
| James Winikor, WestLB | james_winikor@westlb.com |
| William D. Ellis | wellis@sidley.com |
| Richard W. Havel | rhavel@sidley.com |
| Drew A. Norman | danorman@sidley.com |
| Christina M. Craige | ccraige@sidley.com |
| BayNorth Capital, LLC, c/o Charles J. Flint | cflint@baynorthcapital.com |
| Christopher B. Barker | cbarker@goodwinprocter.com |
| Anthony S. Fiotto | afiotto@goodwinprocter.com |
| Eric D. Lemont | elemont@goodwinprocter.com |
| Timothy G. Little | tim.little@kattenlaw.com |
| Sheri P. Chromow | sheri.chromow@kattenlaw.com |
| David Wickline | wicklinedavid@cs.com |
| Shaner Design, Inc. c/o T. Shaner | trs@shanerdesign.com |
| Elliott Workgroup, c/o Craig Elliott | celliott@elliottworkgroup.com |
| Michael V. Blumenthal | mblumenthal@crowell.com |
| Steven B. Eichel | seichel@crowell.com |
| Bruce J. Zabarauskas | bzabarauskas@crowell.com |
| Brian W. Harvey | bharvey@goodwinprocter.com |
| Joseph E. Wrona | wrona@wasatchlaw.com |