**The below described is SIGNED.**

Dated: April 05, 2010

_____
**R. KIMBALL MOSIER**
**U.S. Bankruptcy Judge**

Corbin A. Gordon, corbin@gordon@
CORBIN B. GORDON, P.C.
345 West 600 South, Suite 108
Heber City, UT   84032
Telephone:  (435) 657-0984/Fax:  (888) 822-8796

Special Counsel for Debtors and Debtors in Possession

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| EASY STREET HOLDING, LLC, *et al.*, ) | Bankruptcy Case No. 09-29905 |
| ) | Jointly Administered with Cases |
| Debtors. ) | 09-29907 and 09-29908 |
| ) | |
| Address:  201 Heber Avenue ) | Chapter 11 |
| Park City, UT 84060 ) | |
| ) | Honorable R. Kimball Mosier |
| Tax ID Numbers: ) | |
| 35-2183713 (Easy Street Holding, LLC), ) | |
| 20-4502979 (Easy Street Partners, LLC), and ) | **[FILED ELECTRONICALLY]** |
| 84-1685764 (Easy Street Mezzanine, LLC) ) | |

**ORDER APPROVING INTERIM COMPENSATION AND REIMBURSEMENT
FOR CORBIN B. GORDON, P.C.  PURSUANT TO FIRST FEE APPLICATION
AND 11 U.S.C. §§ 330 AND 331 AS SPECIAL COUNSEL FOR THE
DEBTORS IN POSSESSION FOR THE PERIOD
<u>SEPTEMBER 14, 2009 THROUGH DECEMBER 31, 2009</u>**

The first application ("Application") of Corbin B. Gordon, P.C., special counsel for Easy Street Partners, LLC ("Partners"), Easy Street Mezzanine, LLC ("Mezzanine"), and Easy Street Holding, LLC ("Holding") (together, Partners, Mezzanine, and Holding will be referred to as the "Debtors"), for allowance and payment of interim compensation and reimbursement pursuant to 11 U.S.C. §§ 330 and 331, Federal Rule of Bankruptcy Procedure 2016, and the Fee Guidelines of the United States Trustee, came on for hearing as scheduled on March 16, 2010.  Appearances

**Filed: 03/25/10**

Entered On Docket: 04/06/2010

were made as noted on the record. The Court, having reviewed and considered the Application, the Objection and Reservation of Rights filed by the Official Unsecured Crediors' Committee (the "Committee"), and the Reservation of Rights filed by WestLB, AG ("WestLB"), having found that notice of the Application and of the hearing thereon are proper and that the compensation requested is for actual, necessary services rendered by Corbin B. Gordon, P.C. and that the expenses for which Corbin B. Gordon, P.C. seeks reimbursement are actual and necessary expenses, and good cause appearing therefore, hereby

ORDERS:

1. Corbin B. Gordon, P.C. is awarded (a) interim compensation in the amount of $2,865.61 for professional services rendered and (b) interim reimbursement of expenses in the amount of $ 0.00, which fees and expenses are entitled to administrative expense priority under 11 U.S.C. §§ 503(b)(2) and 507(a)(2).

2. The Debtors are authorized to pay the remaining approved fees and expenses in their discretion as estate funds are available for such payment.

3. This award of fees and expenses is interim pursuant to 11 U.S.C. § 331, and as such, is subject to review and objection by parties in interest when final approval for allowed fees and expenses is requested pursuant to 11 U.S.C. § 330. The rights of the Committee and of WestLB to object to final allowance of fees are explicitly reserved.

* * * * END OF DOCUMENT * * *

**SERVICE LIST**

Service of the foregoing **ORDER APPROVING INTERIM COMPENSATION AND REIMBURSEMENT FOR CORBIN B. GORDON, P.C. PURSUANT TO FIRST FEE APPLICATION AND 11 U.S.C. §§ 330 AND 331 AS SPECIAL COUNSEL FOR THE DEBTORS IN POSSESSION FOR THE PERIOD SEPTEMBER 14, 2009 THROUGH DECEMBER 31, 2009** will be effected through the Bankruptcy Noticing Center to each party listed below.

Kenneth L. Cannon II
Durham Jones & Pinegar, PC
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, UT 84110-4050

Michael V. Blumenthal
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022-2544

Lon A. Jenkins
Jones Waldo Holbrook & McDonough PC
170 South Main Street, Suite 1500
Salt Lake City, UT 84101-1644

Annette W. Jarvis
Benjamin J. Kotter
Dorsey & Whitney LLP
136 South Main Street, Suite 1000
Salt Lake City, UT 84101-1685

Richard W. Havel, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013-1010

John T. Morgan Tr
US Trustees Office
405 South Main Street, Suite 300
Salt Lake City, UT 84111-3402

Corbin B. Gordon
Corbin B. Gordon, PC
345 West 600 South
Heber City, UT 84032-2247

Joseph E. Wrona
Wrona Law Office, PC
1745 Sidewinder Dr.
Park City, UT 84060

Knute Rife
Wrona Law Offices
11650 South State Street, Suite 103
Draper, UT 84020-7144

# CERTIFICATE OF NOTICE

```
District/off: 1088-2          User: mtm                  Page 1 of 1                  Date Rcvd: Apr 06, 2010
Case: 09-29905                Form ID: pdfor1            Total Noticed: 9

The following entities were noticed by first class mail on Apr 08, 2010.
aty          +Annette W. Jarvis,   Dorsey & Whitney LLP,   136 South Main Street,   Suite 1000,
               Salt Lake City, UT 84101-1685
aty          +John T. Morgan tr,   US Trustees Office,   Ken Garff Bldg.,   405 South Main Street,   Suite 300,
               Salt Lake City, Ut 84111-3402
aty          +Joseph E. Wrona,   WRONA LAW OFFICES, P.C.,   1745 Sidewinder Drive,   Park City, UT 84060-7218
aty           Kenneth L. Cannon, II,   Durham Jones & Pinegar,   111 East Broadway, Suite 900,   P O Box 4050,
               Salt Lake City, UT  84110-4050
aty          +Knute Rife,   Wrona Law Offices,   11650 S. State,   Suite 103,   Draper, UT 84020-7144
aty          +Lon A. Jenkins,   Jones Waldo Holbrook & McDonough,   170 South Main St.,   Suite 1500,
               Salt Lake City, UT 84101-1644
aty          +Michael V. Blumenthal,   Crowell & Moring LLP,   590 Madison Avenue, 20th Floor,
               New York, NY 10022-2544
sp           +Corbin B. Gordon,   345 West 600 South,   Suite 108,   Heber City, UT 84032-2282
6627730      +Richard W. Havel, Esq.,   Sidley Austin LLP,   555 West Fifth Street,
               Los Angeles, CA 90013-1010

The following entities were noticed by electronic transmission.
NONE.                                                                                                   TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 08, 2010**                         **Signature:** _Joseph Speetjens_