Kenneth L. Cannon II (kcannon@djplaw.com)(3705)
Steven J. McCardell (smccardell@djplaw.com)(2144)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
Salt Lake City, UT 84111
Telephone:  (801) 415-3000/Fax:  (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com)
Bruce J. Zabarauskas (bzabarauskas @crowell.com)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY  10022
Telephone:  (212) 223-4000/Fax:  (212) 223-4134
Counsel for Debtors and Debtors in Possession

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| EASY STREET HOLDING, LLC, *et al.* | ) Bankruptcy Case No. 09-29905 |
| | ) Jointly Administered with Cases |
| Debtors. | ) 09-29907 and 09-29908 |
| | ) |
| Address:  201 Heber Avenue | ) Chapter 11 |
| Park City, UT 84060 | ) |
| | ) Honorable R. Kimball Mosier |
| Tax ID Numbers: | ) |
| 35-2183713 (East Street Holding, LLC), | ) |
| 20-4502979 (Easy Street Partners, LLC), and | ) |
| 84-1685764 (Easy Street Mezzanine, LLC) | ) |

## NOTICE OF <u>CONTINUED</u> HEARING ON EASY STREET PARTNERS, LLC'S OBJECTION TO PROOFS OF CLAIM FILED BY GATEWAY CENTER, LLC

        **PLEASE TAKE NOTICE** that the hearing on the objection ("Objection") of Easy Street

Partners, LLC ("Partners"), debtor and debtor in possession, to proof of claim nos. 31-1 and 31-2

filed by Gateway Center, LLC ("Gateway"), currently scheduled for <u>Wednesday, April 14, 2010,</u>

<u>at 1:30 p.m. MDT</u>, has been continued.  The Objection and Gateway's response thereto will now

come on for hearing before the Honorable R. Kimball Mosier, United States Bankruptcy Judge,

on **Tuesday, April 27, 2010, at 1:30 p.m., MDT**, in his courtroom, Room 369, Frank E. Moss

United States Courthouse, 350 South Main Street, Salt Lake City, Utah 84101.

  **PLEASE TAKE FURTHER NOTICE** that all other provisions of the Notice dated

March 1, 2010 served on you in connection with the Objection remain in effect, except that the

response deadline set forth in that Notice was extended and Gateway has timely filed a response

to the Objection.

  DATED this 9th day of April, 2010.

        DURHAM JONES & PINEGAR, P.C.


     By: /s/ Kenneth L. Cannon II
       Kenneth L. Cannon II (kcannon@djplaw.com)(3705)
       Steven J. McCardell (smccardell@djplaw.com)(2144)
       111 East Broadway, Suite 900
       P.O. Box 4050
       Salt Lake City, UT 84111-4050
       Telephone:  (801) 415-3000
       Facsimile:  (801) 415-3500

       and

       CROWELL & MORING LLP
       Michael V. Blumenthal (mblumenthal@crowell.com)
       *(admitted pro hac vice)*
       Bruce J. Zabarauskas (bzabarauskas@crowell.com)
       *(admitted pro hac vice)*
       590 Madison Avenue, 20th Floor
       New York, NY  10022
       Telephone:  (212) 223-4000
       Facsimile:  (212) 223-4134

       Counsel for Debtors and Debtors in Possession

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the Notice of <u>Continued</u> Hearing on Easy Street Partners, LLC's Objection to Proofs of Claim filed by Gateway Center was served on this 9th Day of April, 2010, via ECF Notification and/or first-class mail on the parties listed below.

- Troy J. Aramburu    taramburu@joneswaldo.com, sglendening@joneswaldo.com; rbush@joneswaldo.com
- Scott A. Cummings    cummings.scott@dorsey.com
- Mary Margaret Hunt    hunt.peggy@dorsey.com, wardle.gay@dorsey.com
- Annette W. Jarvis    jarvis.annette@dorsey.com, smith.ron@dorsey.com; slc.lit@dorsey.com;brown.patricia@dorsey.com
- Lon A. Jenkins    lajenkins@joneswaldo.com, krichardson@joneswaldo.com; ecf@joneswaldo.com;sglendening@joneswaldo.com
- Michael R. Johnson    mjohnson@rqn.com, agale@rqn.com
- Anthony C. Kaye    kaye@ballardspahr.com
- Benjamin J. Kotter    kotter.benjamin@dorsey.com
- Adelaide Maudsley    maudsley@chapman.com, jemery@chapman.com
- John T. Morgan tr    john.t.morgan@usdoj.gov, james.gee@usdoj.gov
- David W. Overholt    doverholt@rsolaw.com, abachman@rsolaw.com
- Douglas J. Payne    dpayne@fabianlaw.com, jshowalter@fabianlaw.com
- Knute Rife    karife@rifelegal.com
- Jeffrey L. Shields    jlshields@cnmlaw.com, njpotter@cnmlaw.com
- Jeffrey Weston Shields    jshields@joneswaldo.com, sglendening@joneswaldo.com
- Bradley L. Tilt    btilt@fabianlaw.com, rmellor@fabianlaw.com
- United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
- Kim R. Wilson    bankruptcy_krw@scmlaw.com

Diane H. Banks
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Gateway Center, LLC
c/o Commerce
32 West 200 South, Suite 501
Salt Lake City, UT  84101

Gateway Center, LLC
c/o Vectra Management Group
424 West 33rd Street, Suite 540
New York, NY  10001-2641

Corbin B. Gordon
Corbin B. Gordon, P.C.
345 West 600 South
Heber City, UT 84032-2247

/s/  Kristin Hughes

SLC_587776.1