Corbin B. Gordon (corbingordon@yahoo.com) (9194)
CORBIN B. GORDON, P.C.
345 West 600 South, Suite 108
Heber City, UT 84032
Telephone: (435) 657-0984/Fax: (888) 822-8796

Special Counsel for Debtors and Debtors in Possession

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re:<br><br>EASY STREET HOLDING, LLC, *et al.*,<br><br><br><br>Address: 201 Heber Avenue<br>Park City, UT 84060<br><br>Tax ID Numbers:<br>35-2183713 (Easy Street Holding, LLC),<br>20-4502979 (Easy Street Partners, LLC), and<br>84-1685764 (Easy Street Mezzanine, LLC) | Bankruptcy Case No. 09-29905<br>Jointly Administered with Cases<br>09-29907 and 09-29908<br><br>Chapter 11<br><br>Honorable R. Kimball Mosier<br><br><br>**[FILED ELECTRONICALLY]** |

**CORBIN B. GORDON, P.C.'S FOURTH PROFESSIONAL FEE REQUEST FOR
THE PERIOD MARCH 1, 2010 THROUGH MARCH 31, 2010**

Corbin B. Gordon, P.C., special appointed counsel for Easy Street Partners, LLC ("Partners"), Easy Street Mezzanine, LLC ("Mezzanine"), and Easy Street Holding, LLC ("Holding"), debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"), pursuant to the Court's Order entered December 15, 2009 Approving Motion and Establishing Monthly Fee and Expense Reimbursement Procedures (the "Interim Payment Order") hereby submits its fourth professional fee request (the "Fee Request"), for the period from March 1, 2010 through March 31, 2010 (the "Fee Period").

Pursuant to the Interim Payment Order, professionals employed pursuant to Order of the Court to represent the Debtors or the Official Committee of Unsecured Creditors (the "Committee") are authorized to request from the Debtors payment of 80% of their fees and 100% of their expenses on a monthly basis. Corbin B. Gordon, P.C.'s professional fees for the Fee Period are as follows:

| MONTH | HOURS | FEES | 80% OF FEES | EXPENSES | TOTALS (80% FEES AND 100% EXPENSES) |
|---|---|---|---|---|---|
| MARCH | 18.54 | $3,708.00 | $2,966.40 | 0.00 | $2,966.40 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
| TOTALS | 18.54 | $3,708.00 | $2,966.40 | $0.00 | $2,966.40 |

Attached are detailed statements of services for which payment is sought, redacted to exclude privileged, work product, and confidential information, and expenses incurred, on a monthly and on a matter basis. Each statement includes total time expended, identity of professionals providing services, hourly billing rates, and a detailed listing of time.

Corbin B. Gordon, P.C. understands that other professionals providing services to the Debtors and the Committee may submit separate fee requests seeking payment of professional fees and reimbursement of expenses. The amount available under the cash collateral budget for payment of professional fees and expenses of estate professionals in the Easy Street Partners case for the each month of the Fee Period is $125,000, and it may be that total fees and expenses of estate professionals in the Easy Street Partners case in any given month may exceed this amount.

In such event, Corbin B. Gordon, P.C.'s fees and expenses will be pro rated with other estate professionals.

Pursuant to the Interim Fee Order, parties must file objections to the Fee Request within ten days from the date it is received. Any objection must have a description of the specific subject matter and services in dispute and state the amount in dispute. It shall not be sufficient simply to object to all fees and expenses. Fees and expenses not objected to will be paid by the Debtors or, if the total of 80% of fees and 100% of expenses of estate professionals exceeds $125,000 for any month within the Fee Period, the fees and expenses will be pro-rated among fees and expenses for that month that are not objected to.

DATED: April 7, 2010.

                              CORBIN B. GORDON, P.C.

                      By:  /s/ Corbin B. Gordon
                            Corbin B. Gordon (corbingordon@yahoo.com) (9194)
                            CORBIN B. GORDON, P.C.
                            345 West 600 South, Suite 108
                            Heber City, UT  84032
                            Telephone: (435) 657-0984/Fax: (888) 822-8796

                            Special Counsel for the Debtors

# CERTIFICATE OF SERVICE

I hereby certify that on this _____ day of April 7, 2010, I caused to be served a copy of Corbin B. Gordon's Fourth Professional Fee Request for the period March 1, 2010 through March 31, 2010 via email on the following:

Easy Street Partners, LLC
Easy Street Mezzanine, LLC
Easy Street Holding, LLC
Attn: William Shoaf
4780 Winchester Court
Park City, UT 84098-7528
bshoaf@cloudnineresorts.com

Michael V. Blumenthal
Crowell & Moring
590 Madison Avenue, 20th Floor
New York, NY 10022
mblumenthal@crowell.com

John T. Morgan
Office of the United States Trustee
405 South Main Street, Suite 300
Salt Lake City, UT 84111
john.t.morgan@usdoj.gov

Jeffrey W. Shields
Lon A. Jenkins
Jones Waldo Holbrook & McDonough
170 South Main Street, Suite 1500
Salt Lake City, UT 84101
jshields@joneswaldo.com
lajenkins@joneswaldo.com

James Winikor
West LB AG, New York Branch
1211 Sixth Avenue, 25th Floor
New York, NY 10036-8705
james_winikor@westlb.com

Richard W. Havel
Sidley Austin LLP
555 Wset Fifth Street
Los Angeles, CA 90013
rhavel@sidley.com

Annette W. Jarvis
Dorsey & Whitney, LLP
136 South Main Street, Suite 1000
Salt Lake City, UT 84101
jarvis.annette@dorsey.com

/s/ Corbin Gordon

# MARCH 2010

## Corbin B. Gordon, P.C.
345 West 600 South
Heber City, , UT 84032

Ph:435-657-0984            Fax:435-657-2436

Easy Street Partners, L.L.C.                                         April 1, 2010
Gateway Center, Suite 303
136 Heber Avenue
Park City, Utah
84060

File #:      SheoffBill
**Attention:**   Bill Shoaf                                          Inv #:             661

**RE:**   Lease Dispute

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Mar-01-10 | Review bankruptcy objection memo. Discuss needed changes and edits with Steve. Review case law cited in paragraph 37 and 35 assuring correct legal standards are cited. Leave message for Bill and Kim. | 2.10 | 420.00 | CBG |
|  | Review final draft. Speak with Steve Eichel, Ken Cannon about filing. Speak with Kim Salanger about the memo, legal issues, and how to proceed with negotiation. | 0.87 | 174.00 | CBG |
| Mar-03-10 | Speak with Kenneth about Diane Banks. Speak with Kim about extending settlement offer. Send e-mail to Diane extending settlement offer. | 0.45 | 90.00 | CBG |
| Mar-05-10 | Speak with Mike Johnston about status of negotiations and to confirm his availability next week. | 0.17 | 34.00 | CBG |
|  | Read letter from Fabian and Clendenin. Speak with Mike Johnston. | 0.65 | 130.00 | CBG |
|  | Meet with Mike Johnston and discuss letter. Outline weaknesses in letter and intended response. | 1.40 | 280.00 | CBG |
| Mar-06-10 | Review e-mail from Mike and respond. | 0.12 | 24.00 | CBG |

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| Mar-08-10 | — | 0.31 | 62.00 | CBG |
| | Read e-mail from Kim and respond. | 0.12 | 24.00 | CBG |
| | Meet with Mike and discuss plats and his analysis from over the weekend on the opposing engineer's claims. Discuss issues with the fire marshall's claims. | 0.57 | 114.00 | CBG |
| | Review draft letter from Engineer. Make suggestions for additional analysis. | 0.37 | 74.00 | CBG |
| | Review bankruptcy objection to fee requests. | 0.15 | 30.00 | CBG |
| | Attend meeting with Kim Salanger, Bill Shoaf, and Mike Johnston. Discuss Banks letter and how to proceed. Conference call with Steve Eichel and Ken Cannon to discuss bankruptcy issues. | 3.10 | 620.00 | CBG |
| Mar-10-10 | Draft third fee request. Speak with Ken. | 0.95 | 190.00 | CBG |
| Mar-12-10 | | 2.23 | 446.00 | CBG |
| Mar-15-10 | | 0.65 | 130.00 | CBG |
| | :w. | 0.81 | 162.00 | CBG |
| Mar-16-10 | Attend bankrutpcy hearing for approval of fee application. | 1.50 | 300.00 | CBG |
| Mar-17-10 | Speak with Mike Johnston about possibility of evidentiary hearing in bankruptcy court and issues with lawsuit filed by landlord. Draft e-mail updating Ken, Kim, Steve and Bill on the status of the Gateway Lease issue. | 0.69 | 138.00 | CBG |
| Mar-23-10 | — | 0.12 | 24.00 | CBG |
| | Draft Order granting fee request. | 0.63 | 126.00 | CBG |

|  |  |  | 0.18 | 36.00 | CBG |
|---|---|---|---|---|---|
|  | Edit order for fees as directed by Ken and send to Ken. |  | 0.18 | 36.00 | CBG |
| Mar-31-10 |  |  | 0.22 | 44.00 | CBG |
|  | Totals |  | 18.54 | $3,708.00 |  |

**Total Fee & Disbursements**     $3,708.00  
Previous Balance     9,029.61  

**Balance Now Due**     $12,737.61  

TAX ID Number    11-3649782