Joseph E. Wrona (wrona@wasatchlaw.com) (8746)
Wrona Law Firm, P.C.
1745 Sidewinder Drive
Park City, Utah 84060
Telephone: (435) 649-2525
Facsimile: (435) 649-5959
Special Counsel for Debtors and Debtors in Possession

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>EASY STREET HOLDING, LLC, *et al.*,<br><br><br>Address: 201 Heber Avenue<br>        Park City, UT 84060<br><br>Tax ID Numbers:<br>35-2183713 (Easy Street Holding, LLC),<br>20-4502979 (Easy Street Partners, LLC), and<br>84-1685764 (Easy Street Mezzanine, LLC) | Bankruptcy Case No. 09-29905<br>Jointly Administered with Cases<br>09-29907 and 09-29908<br><br>Chapter 11<br><br>Honorable R. Kimball Mosier<br><br><br>**[FILED ELECTRONICALLY]** |

## WRONA LAW FIRM'S FIFTH PROFESSIONAL FEE REQUEST FOR THE PERIOD FROM MARCH 1, 2010 TO MARCH 31, 2010.

Wrona Law Firm, P.C. ("Wrona Law"), special counsel for Easy Street Partners, LLC ("Partners"), Easy Street Mezzanine, LLC ("Mezzanine"), and Easy Street Holding, LLC ("Holding"), debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"), pursuant to the Court's Order entered December 15, 2009 Approving Motion and Establishing Monthly Fee and Expense Reimbursement Procedures (the "Interim Payment Order") hereby submits its fifth professional fee request (the "Fee Request"), for the period from March 1, 2010 to March 31, 2010 (the "Fee Period").

Pursuant to the Interim Payment Order, professionals employed pursuant to Order of the Court to represent the Debtors or the Official Committee of Unsecured Creditors (the "Committee") are authorized to request from the Debtors payment of 80% of their fees and 100% of their expenses on a monthly basis.   Wrona Law's professional fees for the Fee Period are as follows:

| MONTH | HOURS | FEES | 80% OF FEES | EXPENSES | TOTALS (80% FEES AND 100% EXPENSES) |
|---|---|---|---|---|---|
| March | 15.30 | $4,859.50 | $3,887.60 | $0 | $3,887.60 |
| TOTALS | 15.30 | $4,859.50 | $3,887.60 | $0 | $3,887.60 |

Attached are detailed statements of services for which payment is sought, redacted to exclude privileged, work product, and confidential information, and expenses incurred, on a monthly and on a matter basis.   Each statement includes total time expended, identity of professionals providing services, hourly billing rates, and a detailed listing of time.

Wrona Law understands that other professionals providing services to the Debtors and the Committee may submit separate fee requests seeking payment of professional fees and reimbursement of expenses.  The amount available under the cash collateral budget for payment of professional fees and expenses of estate professionals in the Easy Street Partners case for the each month of the Fee Period is $125,000, for a total of $375,000 for the Fee Period, and it may be that total fees and expenses of estate professionals in the Easy Street Partners case in any given month may exceed this amount.  In such event, Wrona Law's fees and expenses will be pro- rated with other estate professionals.

2

Pursuant to the Interim Fee Order, parties must file objections to the Fee Request within ten days from the date it is received. Any objection must have a description of the specific subject matter and services in dispute and state the amount in dispute. It shall not be sufficient simply to object to all fees and expenses. Fees and expenses not objected to will be paid by the Debtors or, if the total of 80% of fees and 100% of expenses of estate professionals exceeds $125,000 for any month within the Fee Period, the fees and expenses will be pro-rated among fees and expenses for that month that are not objected to.

DATED: April 12, 2010.

WRONA LAW FIRM, P.C.

By: _____

Joseph E. Wrona (wrona@wasatchlaw.com)(8746)
Wrona Law Firm, P.C.
1745 Sidewinder Drive
Park City, Utah 84060
Telephone: (435) 649-2525/Fax: (435) 649-5959

Special Counsel for the Debtors

## CERTIFICATE OF SERVICE

I hereby certify that on this 12 day of April, 2010, I caused to be delivered via first class mail, postage-prepaid, a true and correct copy of the foregoing document upon the following:

Troy J. Aramburu
Lon A. Jenkins
Jeffrey Weston Shields
Jones Waldo Holbrook & McDonough, PC
170 South Main Street, Suite 1500
Salt Lake City, Utah  84101

Easy Street Holding, LLC
4780 Winchester Court
Park City, Utah  84098

Easy Street Mezzanine, LLC
4780 Winchester Court
Park City, Utah  84098

Easy Street Partners, LLC
4780 Winchester Court
Park City, Utah  84098

Michael V. Blumenthal
Steven B. Eichel
Bruce J. Zabarauskas
Crowell & Moring, LLP
590 Madison Avenue, 20th Floor
New York, NY  10022

Kenneth L. Cannon, II
Steven J. McCardell
Jessica G. Peterson
Durham Jones & Pinegar
111 East Broadway, Suite 900
PO Box 4050
Salt Lake City, Utah  84110-4050

Scott A. Cummings
Mary Margaret Hunt
Annette W. Jarvis
Benjamin J. Kotter
Dorsey & Whitney LLP
136 South Main Street, Suite 1000
Salt Lake City, Utah 84101

_____

# Exhibit A



1745 Sidewinder Drive
Park City , Utah  84060 United States of America

Ph:(435) 649-2525
Fax:(435) 649-5959

William Shoaf
P. O. Box 683300
Park City, UT 84068

April 8, 2010

File #:        04186.12
Inv #:              15255

**Attention:**

**RE:**     Chapter 11 - Easy Street Partners, LLC

| DATE | DESCRIPTION | ATTY | HRS | RATE | AMT |
|---|---|---|---|---|---|
| Mar-01-10 | Very long conference call with Bill Shoaf on employment agreement and contract and how that will impact members of Partners (.9); review the documents related to the employment and management proposals and compare with Wickline assignment. (.3) | JEW | 1.20 | $350.00 | $420.00 |
| Mar-02-10 | Working on details related to finalizing Funder Agreement and taking action with Bill Shoaf to keep Partners on track (.4); tele w/ Shoaf on Sandholtz and other details related to getting negotiation finalized (.4); review corr between Shoaf and Sandholtz and comment to Shoaf (.2); follow up call from Shoaf on how exit impacts other members of Partners and review authority of Shoaf and Smith to bind members (.4). | JEW | 1.40 | $350.00 | $490.00 |
| Mar-03-10 | Tele from Bill Shoaf on status of Wickline tax liability and on structure of new entities (.3); obtain and review Wickline's analysis of tax liability (.3); forward same to Blumenthal and Shoaf w/ comments (.1); working on tax liability of members of Partners and impact on funding exit plan (.3). | JEW | 1.00 | $350.00 | $350.00 |
| Mar-04-10 | Cor. w/ Kim Wilson on Wickline's tax liability (.3); corr. w/ Blumenthal on same (.2); corr. w/ Shoaf on same and measure how Wickline's comments will impact Sandholtz deal (.3). | JEW | 0.80 | $350.00 | $280.00 |
| Mar-05-10 | Tele from Bill Shoaf on Sandholtz developments (.4); review corr. sent by Shoaf | JEW | 1.20 | $350.00 | $420.00 |

| Date | Description | | Hours | Rate | Amount |
|------|-------------|-----|-------|------|--------|
| | (.1); working on fee request (.5); tele to Ken Sanders regarding opportunity (.2). | | | | |
| | Prepare 4th fee request. | BCJ | 0.50 | $90.00 | $45.00 |
| Mar-07-10 | Tele from Shoaf regarding Ken Stevens, AMG, and issues that should be forwarded to Unsecured Creditors Committee (.4); tele w/ Liese regarding Stevens and AMG (.3); tele w/ Ken Stevens on possible methods of utilizing AMG for benefit of members (.4); follow up communication with Shoaf on AMG, Wickline, members (.3). | JEW | 1.40 | $350.00 | $490.00 |
| Mar-08-10 | Corr. w/ Sandholtz on status of funding effort (.2); tele w/ Bill to go over Sandholtz, Ken Stevens, using auction (.4). | JEW | 0.60 | $350.00 | $210.00 |
| Mar-09-10 | Tele from Bill Shoaf on possiblity of hybrid funding situation (.3); tele from Kim Wilson on Wickline and status of BayNorth (.3); tele w/ Kim on hybrid possiblities (.3). | JEW | 0.90 | $350.00 | $315.00 |
| | Finalize 4th fee request and coordinate filing of same. | BCJ | 0.30 | $90.00 | $27.00 |
| Mar-11-10 | Tele from Shoaf on status of Sandholtz and whether to work with Thorsen (.3); review comments from Sandholtz (.1); corr. w/ Thorsen on funding opportunity (.3). | JEW | 0.70 | $350.00 | $245.00 |
| Mar-15-10 | Obtain and review copy of action filed by Gateway (.1); corr. w/ Bill on same (.1); tele w/ Bill on how lawsuit impacts members of Easy Street (.3). | JEW | 0.50 | $350.00 | $175.00 |
| Mar-16-10 | Corr. w/ Cannon on hrg regarding fees (.1); tele w/ Rife on covering hrg (.3); review results w/ Rife (.2). | JEW | 0.60 | $350.00 | $210.00 |
| | Fee/Employment Applications: Prepare for and attend fee application hearing. | KAR | 1.70 | $225.00 | $382.50 |
| Mar-17-10 | Fee/Employment Applications: Communicate with co-counsel re fee order. Draft and file same. | KAR | 0.60 | $225.00 | $135.00 |
| Mar-24-10 | Review Gateway Complaint; review prior emails from Bill on same; lunch mtg (no charge); inspect property afterwards and discuss with Philo and Kim; researching constructive eviction. | JEW | 0.70 | $350.00 | $245.00 |
| Mar-29-10 | Morning call from Philo to go over situation in NY and to work on new funding source from LA (.3); working on Gateway dispute w/ Philo, then w/ Bill to determine how it impacts members(.2). | JEW | 0.50 | $350.00 | $175.00 |
| Mar-31-10 | Working w/ Robbins and Anuj on WestLB negotiation (.3); tele w/ Kim on revised packet (.3); corr. w/ Robbins on WestLB Note (.1). | JEW | 0.70 | $350.00 | $245.00 |

| | | |
|---|---|---|
| Totals | 15.30 | $4,859.50 |

| | |
|---|---|
| Total fee & disbursements this month | $4,859.50 |
| Previous Balance | $37,197.92 |
| Previous Payments | 5,268.61 |
| Interest Due (18%) | $1,165.73 |

**Balance Now Due**                          **$37,954.54**

TAX ID Number     87-0676597