David W. Overholt - 3846
**RICHER & OVERHOLT, P.C.**
901 West Baxter Drive
South Jordan, UT 84095
Telephone: (801) 561-4750

Attorneys for Sysco Intermountain Food Services, Inc.

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF UTAH (SALT LAKE CITY)

| | |
|---|---|
| In Re: | Bankruptcy No. 09-29905 |
| EASY STREET HOLDING, LLC, et al., | Jointly Administered with Case Nos. 08-22907 and 08-22908 |
| Debtors. | Chapter 11 |
| Address: 201 Heber Avenue<br>Park City, UT 84060 | Honorable R. Kimball Mosier |
| Tax ID Numbers:<br>35-2183713 (Easy Street Holding, LLC),<br>20-4502979 (Easy Street Partners, LLC), and<br>84-1685764 (Easy Street Mezzanine, LLC) | **[FILED ELECTRONICALLY]** |

**STIPULATION FOR TREATMENT OF CLAIM OF
SYSCO INTERMOUNTAIN FOOD SERVICES, INC.**

Sysco Intermountain Food Services, Inc., a creditor and seller of goods to the Debtors ("Claimant"), having filed Claim No. 18 in the matter of Easy Street Partners, LLC on November 13, 2009 ("Claim") and the Debtors Easy Street Holding, LLC, Easy Street Partners, LLC and Easy Street Mezzanine, LLC. (collectively, the "Parties"), by and through their respective counsel, hereby stipulate as follows:

### RECITALS

On September 14, 2009 Easy Street Partners, LLC filed the Petition herein under Chapter 11 of the United States Bankruptcy Code, Case No. 09-29907. On November 13, 2009, counsel

for the Claimant filed Claim No. 18 in the matter of Easy Street Partners, LLC, Case Number 09-29907, asserting claims totaling $11,381.53. Claimant alleges that the entire claim in the amount of $11,381.53 is an Administrative Claim under 11 U.S.C. § 503(b)(9), with all goods having been provided to the Debtors within twenty (20) days prior to the filing of the Bankruptcy Petitions. In addition, Claimant asserts that it holds a properly perfected security interest in miscellaneous small wares totaling $32,0901.13 pursuant to its UCC1 Financing Statement filed October 25, 2007, Filing Number 330936200705; which claim is in dispute, because although the UCC1 Financing Statement was filed against Easy Street Mezzanine, LLC, the Debtors believe the claim should have been filed against Easy Street Partners, LLC. In addition, Claimant asserts that a portion of its Claim which has not been determined may be entitled to superpriority PACA status under 7 U.S.C. § 499e(c). These Claim assertions overlap.

## AGREEMENT

After meeting and conferring, the Parties hereby stipulate as follows:

1.    The entire amount of the Claim, $11,381.53, shall be treated as an administrative claim under 11 U.S.C. § 503(b)(9), (the "Allowed Claim").

2.    Any distributions on account of the Allowed Claim shall be made to the Claimant.

3.    No further claims may be filed against the Debtors or the bankruptcy estate with respect to any alleged amounts owed that are already asserted in the Allowed Claim.

4.    This Stipulation shall be subject to this Bankruptcy Court's approval and shall be deemed null and void should this Bankruptcy Court not approve the Stipulation as set forth herein.

5.    Counsel for the Parties represent that they have authority to enter into this

Stipulation for their respective clients. This Stipulation may be executed in two or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument. Signature pages provided by facsimile or electronically shall be deemed to constitute signed original pages.

DATED this 17 day of February, 2010.

RICHER & OVERHOLT, P.C.

_____
David W. Overholt
Attorney for Sysco Intermountain Food Services, Inc.

DATED this 2nd day of April, 2010.

DURHAM JONES & PINEGAR, P.C.

_____
Kenneth L. Cannon, II
Utah Counsel for Debtors and Debtors in Possession

DATED this 2nd day of April, 2010.

CROWELL & MORNING LLP

_____
Michael V. Blumenthal
Reorganization Counsel for Debtors and Debtors in Possession

09.21222ab.wpd

3

SYS 448