David W. Overholt - 3846
**RICHER & OVERHOLT, P.C.**
901 West Baxter Drive
South Jordan, UT 84095
Telephone: (801) 561-4750

Attorneys for Sysco Intermountain Food Services, Inc.

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF UTAH (SALT LAKE CITY)

| | |
|---|---|
| In Re:<br><br>EASY STREET HOLDING, LLC, et al.,<br><br>Debtors.<br><br>Address: 201 Heber Avenue<br>Park City, UT 84060<br><br>Tax ID Numbers:<br>35-2183713 (Easy Street Holding, LLC),<br>20-4502979 (Easy Street Partners, LLC),<br>and 84-1685764 (Easy Street Mezzanine, LLC) | Bankruptcy No. 09-29905<br><br>Jointly Administered with Case Nos. 08-22907 and 08-22908<br><br>Chapter 11<br><br>Honorable R. Kimball Mosier<br><br>[FILED ELECTRONICALLY] |

**MOTION TO APPROVE STIPULATION FOR TREATMENT OF CLAIM OF
SYSCO INTERMOUNTAIN FOOD SERVICES, INC.**

Sysco Intermountain Food Services, Inc., a creditor and seller of goods to the Debtors and the claimant for Claim No. 18 , by and through David W. Overholt of Richer and Overholt, P.C., hereby moves the Court for an Order Approving Stipulation for Treatment of Claim of Sysco Intermountain Food Services, Inc., and in support thereof submits the following:

1. On November 13, 2009, counsel for the Claimant filed Claim No.18 (the "Claim") asserting claims totaling $11,381.53.

2. Sysco Intermountain Food Services, Inc. and the Debtors have entered into a Stipulation such that the entire claim in the amount of $11,381.53 is to be paid as an Administrative Claim pursuant to 11 U.S.C. § 503(b)(9) under the Debtors' Plan of Reorganization, which Stipulation was filed with this Court on April 14, 2010.

3. A copy of the executed Stipulation is attached hereto as Exhibit "A" and incorporated herein by reference

WHEREFORE, Sysco Intermountain Food Services, Inc. requests that this Court approve the Stipulation for Treatment of Claim of Sysco Intermountain Food Services, Inc. on file herein.

DATED this 14 day of April, 2010.

RICHER & OVERHOLT, P.C.

David W. Overholt
Attorneys for Sysco Intermountain Food Services, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 14 day of April, 2010, I caused the foregoing **MOTION TO APPROVE STIPULATION FOR TREATMENT OF CLAIM OF SYSCO INTERMOUNTAIN FOOD SERVICES, INC.** to be served by first class mail or electronically, to each of the following:

**By CM/ECF and Electronic Mail:**

Kenneth L. Cannon II
Steven J. McCardell
Jessica G. Peterson
Durham Jones & Pinegar, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT 84111
kcannon@djplaw.com
*Attorneys for Debtor*

Joseph E. Wrona
Wrona Law Offices, P.C.
1745 Sidewinder Drive
Park City, UT 84060
*Attorneys for Debtor*

Corbin B. Gordon
345 West 600 South, Suite 108
Heber City, UT 84032
*Special Counsel for Debtors and Debtors in Possession*

Michael V. Blumenthal
Bruce J. Zabarauskas
Steven B. Eichel
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, New York 10022
mblumenthal@crowell.com
*Attorneys for Debtor*

Knute Rife
Wrona Law Offices, P.C.
11650 South State Street, Suite 103
Draper, UT 84020
*Attorneys for Debtor*

John T. Morgan
US Trustees Office
Ken Garff Bldg.
405 South Main Street, Suite 300
Salt Lake City, UT 74111
*Attorney for the U.S. Trustee*

Jeffrey Weston Shields
Lon A. Jenkins
Troy J. Aramburu
Jones Waldo Holbrook & McDonough, PC
170 South Main Street, Suite 1500
Salt Lake City, UT 84101
lajenkins@joneswaldo.com
*Attorneys for The Official Committee of
Unsecured Creditors*

Richard W. Havel
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013
rhavel@sidley.com
*Attorneys for WestLB AG*

Michael R. Johnson
Jonathan A. Dibble
Ray Quinney & Nebeker, P.C.
36 South State Street, Suite 1400
Salt Lake City, UT 84111
*Attorneys for Jacobsen National Group, Inc.*

Kim R. Wilson
Snow Christensen & Maretineau
10 Exchange Place, Eleventh Floor
P.O. Box 45000
Salt Lake City, UT 84145
*Attorneys for David L. Wickline and
Alchemy Ventures Group, LLC*

Annett Jarvis
Peggy Hunt
Steven C. Strong
Benjamin J. Kotter
Dorsey & Whitney
136 South Main Street, Suite 1000
Salt Lake City, UT 84101
*Attorneys for WestLB AG*

Anthony C. Kaye
Ballard Spahr LLP
One Utah Center, Suite 800
201 South Main Street
Salt Lake City, UT 84111-2221
*Attorneys for Sundance Partners*

Jeffrey L. Shields
Zachary T. Shields
Callister Nebeker & McCullough
10 East South Temple, Suite 900
Salt Lake City, UT 84133
*Attorneys for Gunther Inc., dba Gunther Comfort Air*

Adelaide Maudsley
James K. Tracy
Chapman and Cutler LLP
201 South Main Street, Suite 2000
Salt Lake City, UT 84111
*Attorneys for BayNorth Realty Fund VI, LP*

Brian W. Harvey
Goodwin Procter LLP
The New York Times Building
620 Eight Avenue
New York, NY 10018-1405
bharvey@goodwinprocter.com
*Attorneys for BayNorth Realty Fund VI, LP*

David W. Overholt - 3846
**RICHER & OVERHOLT, P.C.**
Attorneys for Sysco Intermountain Food Services, Inc.

**EXHIBIT "A"**

David W. Overholt - 3846
**RICHER & OVERHOLT, P.C.**
901 West Baxter Drive
South Jordan, UT 84095
Telephone: (801) 561-4750

Attorneys for Sysco Intermountain Food Services, Inc.

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF UTAH (SALT LAKE CITY)

| | |
|---|---|
| In Re: | Bankruptcy No. 09-29905 |
| EASY STREET HOLDING, LLC, et al., | Jointly Administered with Case Nos. 08-22907 and 08-22908 |
| Debtors. | Chapter 11 |
| Address: 201 Heber Avenue Park City, UT 84060 | Honorable R. Kimball Mosier |
| Tax ID Numbers: 35-2183713 (Easy Street Holding, LLC), 20-4502979 (Easy Street Partners, LLC), and 84-1685764 (Easy Street Mezzanine, LLC) | [FILED ELECTRONICALLY] |

**STIPULATION FOR TREATMENT OF CLAIM OF
SYSCO INTERMOUNTAIN FOOD SERVICES, INC.**

Sysco Intermountain Food Services, Inc., a creditor and seller of goods to the Debtors ("Claimant"), having filed Claim No. 18 in the matter of Easy Street Partners, LLC on November 13, 2009 ("Claim") and the Debtors Easy Street Holding, LLC, Easy Street Partners, LLC and Easy Street Mezzanine, LLC. (collectively, the "Parties"), by and through their respective counsel, hereby stipulate as follows:

### RECITALS

On September 14, 2009 Easy Street Partners, LLC filed the Petition herein under Chapter 11 of the United States Bankruptcy Code, Case No. 09-29907. On November 13, 2009, counsel

for the Claimant filed Claim No. 18 in the matter of Easy Street Partners, LLC, Case Number 09-29907, asserting claims totaling $11,381.53. Claimant alleges that the entire claim in the amount of $11,381.53 is an Administrative Claim under 11 U.S.C. § 503(b)(9), with all goods having been provided to the Debtors within twenty (20) days prior to the filing of the Bankruptcy Petitions. In addition, Claimant asserts that it holds a properly perfected security interest in miscellaneous small wares totaling $32,0901.13 pursuant to its UCC1 Financing Statement filed October 25, 2007, Filing Number 330936200705; which claim is in dispute, because although the UCC1 Financing Statement was filed against Easy Street Mezzanine, LLC, the Debtors believe the claim should have been filed against Easy Street Partners, LLC. In addition, Claimant asserts that a portion of its Claim which has not been determined may be entitled to superpriority PACA status under 7 U.S.C. § 499e(c). These Claim assertions overlap.

## AGREEMENT

After meeting and conferring, the Parties hereby stipulate as follows:

1. The entire amount of the Claim, $11,381.53, shall be treated as an administrative claim under 11 U.S.C. § 503(b)(9), (the "Allowed Claim").

2. Any distributions on account of the Allowed Claim shall be made to the Claimant.

3. No further claims may be filed against the Debtors or the bankruptcy estate with respect to any alleged amounts owed that are already asserted in the Allowed Claim.

4. This Stipulation shall be subject to this Bankruptcy Court's approval and shall be deemed null and void should this Bankruptcy Court not approve the Stipulation as set forth herein.

5. Counsel for the Parties represent that they have authority to enter into this

Stipulation for their respective clients. This Stipulation may be executed in two or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument. Signature pages provided by facsimile or electronically shall be deemed to constitute signed original pages.

DATED this 17 day of February, 2010.

RICHER & OVERHOLT, P.C.

_____
David W. Overholt
Attorney for Sysco Intermountain Food Services, Inc.

DATED this 2nd day of April, 2010.

DURHAM JONES & PINEGAR, P.C.

_____
Kenneth L. Cannon, II
Utah Counsel for Debtors and Debtors in Possession

DATED this 2nd day of April, 2010.

CROWELL & MORNING LLP

_____
Michael V. Blumenthal
Reorganization Counsel for Debtors and Debtors in Possession

09.21222ab.wpd

3

SYS 448