David W. Overholt - 3846
**RICHER & OVERHOLT, P.C.**
901 West Baxter Drive
South Jordan, Utah 84095
Telephone: (801) 561-4750

Attorneys for Attorneys for Sysco Intermountain Food Services, Inc.

---

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF UTAH (SALT LAKE CITY)

| | |
|---|---|
| In Re: | Bankruptcy No. 09-29905 |
| EASY STREET HOLDING, LLC, et al., | Jointly Administered with Case Nos. 08-22907 and 08-22908 |
| Debtors. | |
| | Chapter 11 |
| Address: 201 Heber Avenue<br>Park City, UT 84060 | Honorable R. Kimball Mosier |
| Tax ID Numbers:<br>35-2183713 (Easy Street Holding, LLC),<br>20-4502979 (Easy Street Partners, LLC),<br>and 84-1685764 (Easy Street Mezzanine, LLC) | **[FILED ELECTRONICALLY]** |

**NOTICE OF HEARING ON MOTION TO APPROVE
STIPULATION FOR TREATMENT OF CLAIM OF
SYSCO INTERMOUNTAIN FOOD SERVICES, INC.**

TO ALL PARTIES IN INTEREST:

**YOUR RIGHTS MAY BE AFFECTED.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

**PLEASE TAKE NOTICE** that the Motion to Approve Stipulation for Treatment of Claim of Sysco Intermountain Food Services, Inc. in this case filed by creditor Sysco Intermountain Food Services, Inc. ("Creditor") will come on for hearing before the Honorable R. Kimball Mosier on Wednesday, May 12, 2010 at the hour of 10:30 a.m. at the United States Bankruptcy Court, Frank E. Moss Courthouse, 350 South Main Street, Room 369, Salt Lake City, Utah 84101.

Creditor's motion seeks an order of this Court approving the Stipulation between Creditor and the Debtors regarding the treatment of Claim No. 18 filed by Sysco Intermountain Food Services Inc. on November 13, 2009.

**PLEASE TAKE FURTHER NOTICE** pursuant to the Federal Rules of Bankruptcy Procedure and Local Rule 4001-1, that if you do not want the Court to grant the relief requested in the Motion, or if you want the Court to consider your views on the Motion, then, not later than **April 29, 2010**, plus three days thereafter for mailing, you or your attorney must:

1. File with the Court a written response explaining your position at:

    United States Bankruptcy Court
    350 South Main Street, Room 301
    Salt Lake City, Utah 84101

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

2. Serve a copy of your response upon the following via ECF or U.S. mail:

    Richer & Overholt, PC
    Attorneys for Creditor
    901 West Baxter Drive
    South Jordan, UT 84095

>    Kenneth L. Cannon II
>    Durham Jones & Pinegar, P.C.
>    111 East Broadway, Suite 900
>    P.O. Box 4050
>    Salt Lake City, UT 84111
>
>    John T. Morgan
>    US Trustees Office
>    Ken Garff Bldg.
>    405 South Main Street, Suite 300
>    Salt Lake City, UT 74111

3.    Attend the hearing scheduled to be set forth in this notice.

If you intend to call witnesses or make a presentation of facts or law at this hearing that will extend beyond 5 minutes, please inform Richer & Overholt, PC at once at (801) 561-4750 so that, in the event time for such a presentation is inadequate, the hearing may be rescheduled on a date when there will be sufficient time on the Court's calendar.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting relief.

**In the absence of a timely response / objection, the relief sought in the Motion may be granted without a hearing under 11 U.S.C. § 102(1) and Local Court Rule 4001-1.**

DATED this 14 day of April, 2010.

>    RICHER & OVERHOLT, P.C.
>
>    _____
>    David W. Overholt
>    Attorneys for Sysco Intermountain Food Services, Inc.

## CERTIFICATE OF NOTIFICATION

I hereby certify that on this １４ day of April, 2010, I caused a copy of the foregoing

NOTICE OF HEARING ON MOTION OF Sysco Intermountain Food Services, Inc. FOR RELIEF

FROM THE AUTOMATIC STAY to be served by first class mail or electronically, to each of

the following:

### By CM/ECF and/or Electronic Mail:

Kenneth L. Cannon II
Steven J. McCardell
Jessica G. Peterson
Durham Jones & Pinegar, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT 84111
kcannon@djplaw.com
*Attorneys for Debtor*

Joseph E. Wrona
Wrona Law Offices, P.C.
1745 Sidewinder Drive
Park City, UT 84060
*Attorneys for Debtor*

Corbin B. Gordon
345 West 600 South, Suite 108
Heber City, UT 84032
*Special Counsel for Debtors and Debtors
in Possession*

Michael V. Blumenthal
Bruce J. Zabarauskas
Steven B. Eichel
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, New York 10022
mblumenthal@crowell.com
*Attorneys for Debtor*

Knute Rife
Wrona Law Offices, P.C.
11650 South State Street, Suite 103
Draper, UT 84020
*Attorneys for Debtor*

John T. Morgan
US Trustees Office
Ken Garff Bldg.
405 South Main Street, Suite 300
Salt Lake City, UT 74111
*Attorney for the U.S. Trustee*

Jeffrey Weston Shields
Lon A. Jenkins
Troy J. Aramburu
Jones Waldo Holbrook & McDonough, PC
170 South Main Street, Suite 1500
Salt Lake City, UT 84101
lajenkins@joneswaldo.com
*Attorneys for The Official Committee of Unsecured Creditors*

Richard W. Havel
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013
rhavel@sidley.com
*Attorneys for WestLB AG*

Michael R. Johnson
Jonathan A. Dibble
Ray Quinney & Nebeker, P.C.
36 South State Street, Suite 1400
Salt Lake City, UT 84111
*Attorneys for Jacobsen National Group, Inc.*

Kim R. Wilson
Snow Christensen & Maretineau
10 Exchange Place, Eleventh Floor
P.O. Box 45000
Salt Lake City, UT 84145
*Attorneys for David L. Wickline and Alchemy Ventures Group, LLC*

Annett Jarvis
Peggy Hunt
Steven C. Strong
Benjamin J. Kotter
Dorsey & Whitney
136 South Main Street, Suite 1000
Salt Lake City, UT 84101
*Attorneys for WestLB AG*

Anthony C. Kaye
Ballard Spahr LLP
One Utah Center, Suite 800
201 South Main Street
Salt Lake City, UT 84111-2221
*Attorneys for Sundance Partners*

Jeffrey L. Shields
Zachary T. Shields
Callister Nebeker & McCullough
10 East South Temple, Suite 900
Salt Lake City, UT 84133
*Attorneys for Gunther Inc., dba Gunther Comfort Air*

Adelaide Maudsley
James K. Tracy
Chapman and Cutler LLP
201 South Main Street, Suite 2000
Salt Lake City, UT 84111
*Attorneys for BayNorth Realty Fund VI, LP*

Brian W. Harvey
Goodwin Procter LLP
The New York Times Building
620 Eight Avenue
New York, NY 10018-1405
bharvey@goodwinprocter.com
*Attorneys for BayNorth Realty Fund VI, LP*

David W. Overholt - 3846
**RICHER & OVERHOLT, P.C.**
Attorneys for Sysco Intermountain Food Services, Inc.