**The below described is SIGNED.**

**Dated: April 15, 2010**

_R. Kimball Mosier_

R. KIMBALL MOSIER
U.S. Bankruptcy Judge



---

Kenneth L. Cannon II (kcannon@djplaw.com) (3705)
Steven J. McCardell (smccardell@djplaw.com) (2144)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT  84110-4050
Telephone:  (801) 415-3000/Fax:  (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com) (admitted pro hac vice)
Steven B. Eichel (seichel@crowell.com) (admitted pro hac vice)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY  10022
Telephone:  (212) 223-4000/Fax:  (212) 223-4134

RECEIVED
7.N U1
APR 1 4 2010

US BANKRUPTCY COURT
DISTRICT OF UTAH

Counsel for Debtors and Debtors in Possession

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| EASY STREET HOLDING, LLC, *et. al.* | ) Bankruptcy Case No. 09-29905 |
| | ) Jointly Administered with Cases |
| Debtors | ) 09-29907 and 09-29908 |
| | ) [This Order affects only Case No. 09-29907] |
| Address:   201 Heber Avenue | ) |
| Park City, UT 84060 | ) |
| | ) Chapter 11 |
| Tax ID Numbers: | ) |
| 35-2183713 (Easy Street Holding, LLC), | ) Honorable R. Kimball Mosier |
| 20-4502979 (Easy Street Partners, LLC), and | ) |
| 84-1685764 (Easy Street Mezzanine, LLC) | ) |
| | ) |

## ORDER DETERMINING THE VALUE OF THE SKY LODGE PURSUANT TO
## SECTION 506 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 3012

The motion (the "Valuation Motion") of Easy Street Partners, LLC ("Partners") dated March 1, 2010, for entry of an Order pursuant to 11 U.S.C. § 506 and Fed. R. Bankr. P. 3012 fixing the value of real estate and improvements owned by Partners constituting The Sky Lodge in Park City, Utah ("The Sky Lodge"), which includes a luxury boutique hotel, restaurant, and other improvements, came on for hearing on April 14, 2010.  On March 30, 2010, Partners gave notice that it was obtaining an update (the "Updated Appraisal") to the appraisal of The Sky Lodge conducted by Appraisal Group, Inc. and Paul Throndsen ("Throndsen") and that it expected that the appraised value to be less than the amount set forth in the Motion.  On April 7, 2010, Partners gave notice that it had received the Updated Appraisal from Throndsen and that appraised value of The Sky Lodge in the Updated Appraisal was $20,600,000.  Appearances were made as noted on the record for the hearing.

Having reviewed and considered the Motion and having considered evidenced presented and/or proffered and argument of counsel, the Court made its findings and conclusions of law on the record of the hearing, which findings and conclusions are incorporated herein by reference. Based on those findings and conclusions, the Court hereby

**ORDERS,** that pursuant to Section 506 of the Bankruptcy Code and Rule 3012 of the Federal Rules of Bankruptcy Procedure, the fair market value of The Sky Lodge, on a going concern basis as of April 6, 2010, was $20,600,000.

--------------------------------------------END OF ORDER----------------------------------------

2

# CLERK'S CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Order Determining the

Value of The Sky Lodge Pursuant to Section 506 of the Bankruptcy Code and Bankruptcy Rule

3012 was served via the Bankruptcy Noticing Center to each party listed below.

Kenneth L. Cannon II
Steven J. McCardell
Durham Jones & Pinegar, P.C.
P O Box 4050
Salt Lake City, UT  84110-4050

John T. Morgan
Office of the United States Trustee
405 South Main Street, Suite 300
Salt Lake City, UT 84111

Lon A. Jenkins
Jones Waldo Holbrook & McDonough
170 South Main Street, Suite 1500
Salt Lake City, UT  84101

Annette W. Jarvis
Peggy Hunt
Dorsey & Whitney LLP
136 South Main Street, Suite 1000
Salt Lake City, UT  84101-1685

Richard W. Havel
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA  90013-1010

---

SLC_588623.1