**The below described is SIGNED.**

Dated: April 15, 2010

_____
R. KIMBALL MOSIER
U.S. Bankruptcy Judge



___

Kenneth L. Cannon II (kcannon@djplaw.com) (3705)
Steven J. McCardell (smccardell@djplaw.com) (2144)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT  84110-4050
Telephone:  (801) 415-3000/Fax:  (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com) (admitted pro hac vice)
Steven B. Eichel (seichel@crowell.com) (admitted pro hac vice)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY  10022
Telephone:  (212) 223-4000/Fax:  (212) 223-4134

Counsel for Debtors and Debtors in Possession



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>EASY STREET HOLDING, LLC, *et. al.*<br><br>Debtors<br><br>Address:  201 Heber Avenue<br>             Park City, UT 84060<br><br>Tax ID Numbers:<br>35-2183713 (Easy Street Holding, LLC),<br>20-4502979 (Easy Street Partners, LLC), and<br>84-1685764 (Easy Street Mezzanine, LLC) | Bankruptcy Case No. 09-29905<br>Jointly Administered with Cases<br>09-29907 and 09-29908<br>[This Order affects only Case No. 09-29907]<br><br>Chapter 11<br><br>Honorable R. Kimball Mosier |

**ORDER DETERMINING THE VALUE OF THE SKY LODGE PURSUANT TO
SECTION 506 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 3012**

SLC_588623.1

Entered On Docket: 04/15/2010

The motion (the "Valuation Motion") of Easy Street Partners, LLC ("Partners") dated March 1, 2010, for entry of an Order pursuant to 11 U.S.C. § 506 and Fed. R. Bankr. P. 3012 fixing the value of real estate and improvements owned by Partners constituting The Sky Lodge in Park City, Utah ("The Sky Lodge"), which includes a luxury boutique hotel, restaurant, and other improvements, came on for hearing on April 14, 2010. On March 30, 2010, Partners gave notice that it was obtaining an update (the "Updated Appraisal") to the appraisal of The Sky Lodge conducted by Appraisal Group, Inc. and Paul Throndsen ("Throndsen") and that it expected that the appraised value to be less than the amount set forth in the Motion. On April 7, 2010, Partners gave notice that it had received the Updated Appraisal from Throndsen and that appraised value of The Sky Lodge in the Updated Appraisal was $20,600,000. Appearances were made as noted on the record for the hearing.

Having reviewed and considered the Motion and having considered evidenced presented and/or proffered and argument of counsel, the Court made its findings and conclusions of law on the record of the hearing, which findings and conclusions are incorporated herein by reference. Based on those findings and conclusions, the Court hereby

**ORDERS,** that pursuant to Section 506 of the Bankruptcy Code and Rule 3012 of the Federal Rules of Bankruptcy Procedure, the fair market value of The Sky Lodge, on a going concern basis as of April 6, 2010, was $20,600,000.

-----------------------------------------------END OF ORDER-----------------------------------------

## CLERK'S CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Order Determining the Value of The Sky Lodge Pursuant to Section 506 of the Bankruptcy Code and Bankruptcy Rule 3012 was served via the Bankruptcy Noticing Center to each party listed below.

Kenneth L. Cannon II
Steven J. McCardell
Durham Jones & Pinegar, P.C.
P O Box 4050
Salt Lake City, UT  84110-4050

John T. Morgan
Office of the United States Trustee
405 South Main Street, Suite 300
Salt Lake City, UT 84111

Lon A. Jenkins
Jones Waldo Holbrook & McDonough
170 South Main Street, Suite 1500
Salt Lake City, UT  84101

Annette W. Jarvis
Peggy Hunt
Dorsey & Whitney LLP
136 South Main Street, Suite 1000
Salt Lake City, UT  84101-1685

Richard W. Havel
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA  90013-1010

# CERTIFICATE OF NOTICE

```
District/off: 1088-2           User: mtm                   Page 1 of 1                  Date Rcvd: Apr 15, 2010
Case: 09-29905                 Form ID: pdfor1             Total Noticed: 5

The following entities were noticed by first class mail on Apr 17, 2010.
aty          +Annette W. Jarvis,   Dorsey & Whitney LLP,   136 South Main Street,   Suite 1000,
               Salt Lake City, UT 84101-1685
aty          +John T. Morgan tr,   US Trustees Office,   Ken Garff Bldg.,   405 South Main Street,   Suite 300,
               Salt Lake City, Ut 84111-3402
aty           Kenneth L. Cannon, II,   Durham Jones & Pinegar,   111 East Broadway, Suite 900,   P O Box 4050,
               Salt Lake City, UT  84110-4050
aty          +Lon A. Jenkins,   Jones Waldo Holbrook & McDonough,   170 South Main St.,   Suite 1500,
               Salt Lake City, UT 84101-1644
6627730      +Richard W. Havel, Esq.,   Sidley Austin LLP,   555 West Fifth Street,
               Los Angeles, CA 90013-1010

The following entities were noticed by electronic transmission.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 17, 2010**              **Signature:** _Joseph Speetjens_