George Hofmann (10005)
**Parsons Kinghorn Harris**
A Professional Corporation
111 East Broadway, 11th Floor
Salt Lake City, UT 84111
Telephone: (801) 363-4300
Facsimile: (801) 363-4378

Attorneys for Park City I, LLC

**IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH, CENTRAL DIVISION**

| In re | Bankruptcy No. 09-29905 (RKM) |
|---|---|
| EASY STREET HOLDING, LLC, et. al., | Jointly Administered with Cases 09-29907 and 09-29908 |
| Debtors. | Chapter 11 |
| | [Filed Electronically] |

**CERTIFICATE OF SERVICE**

     I hereby certify that on April 20, 2010, I caused to be served a true and correct copy of the following document as follows:

1. Pack City I, LLC's Objection o Confirmation of Amended Plan of Reorganization of Easy Street Partners, LLC Dated February 18, 2010

**By U.S. Mail, first-class, postage prepaid to the following:**

Troy J. Aramburu+
Jeffrey Weston Shields
Committee of Unsecured Creditors
Jones Waldo Holbrook & McDonough
170 South Main, Suite 1500
Salt Lake City, UT 84101

Michael V. Blumenthal
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022

{00093508.DOC /}

Kenneth L. Cannon, II
Durham Jones & Pinegar
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, UT 84110-4050

John T. Morgan tr
US Trustees Office
Ken Garff Bldg.
405 South Main Street, Suite 300
Salt Lake City, UT 84111

Joseph E. Wrona
Knute Rife
Wrona Law Offices
11650 S. State, Suite 103
Draper, UT 84020

Dated:    April 20, 2009

**PARSONS KINGHORN HARRIS**
*A Professional Corporation*

/s/ George Hofmann
GEORGE HOFMANN

Attorneys for Park City I, LLC