CALLISTER NEBEKER & McCULLOUGH
JEFFREY L. SHIELDS (2947)
ZACHARY T. SHIELDS (6031)
Zions Bank Building Suite 900
10 East South Temple
Salt Lake City, UT 84133
Telephone: (801) 530-7300
Facsimile: (801) 364-9127
Email:  jlshields@cnmlaw.com
           zachshields@cnmlaw.com

Attorneys for Creditor Gunther's Inc., dba Gunther's Comfort Air

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| IN RE:<br><br>**EASY STREET HOLDING, LLC, et al.**,<br><br>Debtors.<br><br>---<br><br>☒ Affects All Debtors<br><br>☐ Affects the following Debtor(s): | Bankruptcy No. 09-29905 - RKM<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>[Filed Electronically]<br><br><br>**CERTIFICATE OF SERVICE** |

    I hereby certify that on the 20th day of April, 2010, true and correct copies of: (1) GUNTHER'S OBJECTION TO THE AMENDED PLAN OF REORGANIZATION OF EASY STREET PARTNERS, LLC DATED FEBRUARY 18, 2010; and (2) this CERTIFICATE OF SERVICE; were served via U.S. Mail, first class postage fully pre-paid, on the following parties:

538801.1                                                              1

Crowell & Moring LLP
Attention: Michael V. Blumenthal, Esq.
590 Madison Avenue
20th Floor
New York, NY 10022

Sidley Austin LLP
Attention: Richard W. Havel, Esq.
555 West Fifth Street
Los Angeles, CA 90013

DATED: April 20, 2010

                              CALLISTER NEBEKER & McCULLOUGH

                              By: /s/Jeffrey L. Shields_____
                              Attorneys for Bank of American Fork