Kenneth L. Cannon II (kcannon@djplaw.com) (3705)
Steven J. McCardell (smccardell@djplaw.com) (2144)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT  84110-4050
Telephone:  (801) 415-3000/Fax:  (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com) (admitted pro hac vice)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY  10022
Telephone:  (212) 223-4000/Fax:  (212) 223-4134

Counsel for Debtors and Debtors in Possession

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| EASY STREET HOLDING, LLC, *et al.*, | ) | Bankruptcy Case No. 09-29905 |
| | ) | Jointly Administered with Cases |
| | ) | 09-29907 and 09-29908 |
| | ) | |
| Address:  201 Heber Avenue | ) | Chapter 11 |
| Park City, UT 84060 | ) | |
| | ) | Honorable R. Kimball Mosier |
| Tax ID Numbers: | ) | |
| 35-2183713 (Easy Street Holding, LLC), | ) | |
| 20-4502979 (Easy Street Partners, LLC), and | ) | **[FILED ELECTRONICALLY]** |
| 84-1685764 (Easy Street Mezzanine, LLC) | ) | |
| | ) | |

## CROWELL & MORING LLP'S FIFTH PROFESSIONAL FEE REQUEST FOR THE PERIOD MARCH 1, 2010 THROUGH MARCH 31, 2010

Crowell & Moring LLP ("C&M"), counsel for Easy Street Partners, LLC ("Partners"),

Easy Street Mezzanine, LLC ("Mezzanine"), and Easy Street Holding, LLC ("Holding"), debtors

and debtors in possession in the above-captioned cases (collectively, the "Debtors"), pursuant to

the Court's Order entered December 15, 2009 Approving Motion and Establishing Monthly Fee

and Expense Reimbursement Procedures (the "Interim Payment Order") hereby submits its

second professional fee request (the "Fee Request"), for the period from March 1, 2010, through

March 31, 2010 (the "Fee Period").

Pursuant to the Interim Payment Order, professionals employed pursuant to Order of the

Court to represent the Debtors or the Official Committee of Unsecured Creditors (the

"Committee") are authorized to request from the Debtors payment of 80% of their fees and

100% of their expenses on a monthly basis.   C&M's professional fees and expenses for the Fee

Period are as follows:

| MONTH | HOURS | FEES | 80% OF FEES** | EXPENSES | TOTALS (80% FEES AND 100% EXPENSES) |
|---|---|---|---|---|---|
| **March** | 188.8 | $105,471.00 [1] | $84,376.80 | $4,598.56[1] | $88,975.36 |

Attached as Exhibit A are detailed statements of services for which payment is sought for

March 2010, redacted to exclude privileged, work product, and confidential information, and

expenses incurred, on a monthly and on a matter basis.  Each statement includes total time

expended, identity of professionals providing services, hourly billing rates, and a detailed listing

of time.

C&M understands that other professionals providing services to the Debtors and the

Committee may submit separate fee requests seeking payment of professional fees and

---

[1] Of this amount $36,945.00 of time charges and $810.24 of expenses, which are reflected in matter 9 annexed hereto, were rendered and incurred in connection with the Adversary Proceeding.  Pursuant to paragraph 4G.(i) of the Extension of Certain Deadlines of Stipulation Authorizing Use of Cash Collateral dated December 27, 2009, which was approved by an Order entered on January 25, 2010, the fees and expenses of C&M in connection with the Adversary Proceeding for periods subsequent to January 2010, would be paid if the fees and expenses of the other professionals are paid.  It is contemplated that a portion of the fees and expenses incurred in connection with the Adversary Proceeding for the month of March will be available to be paid to C&M.
** Calculated on an amount including the Adversary Proceeding.

reimbursement of expenses.  The amount available under the cash collateral budget for payment

of professional fees and expenses of estate professionals in the Easy Street Partners case for the

each month of the Fee Period is $125,000.  Total fees and expenses of estate professionals in the

Easy Street Partners case exceeds this amount for the month of December; therefore, C&M's

fees and expenses will be pro rated with other estate professionals.

Pursuant to the Interim Fee Order, parties must file objections to the Fee Request within

ten days from the date it is received.  Any objection must have a description of the specific

subject matter and services in dispute and state the amount in dispute.  It shall not be sufficient

simply to object to all fees and expenses.  Fees and expenses not objected to will be paid by the

Debtors or, if the total of 80% of fees and 100% of expenses of estate professionals exceeds

$125,000 for any month within the Fee Period, the fees and expenses will be pro-rated among

fees and expenses for that month that are not objected to.

DATED:  April 20, 2010

CROWELL & MORING LLP


By: /s/ Michael V. Blumenthal
    Michael V. Blumenthal (mblumenthal@crowell.com)(0505)
    Crowell & Moring LLP
    590 Madison Avenue
    New York, New York 10022
    Telephone:  (212) 233-4000 / Fax:  (212) 895-4201
    Counsel for the Debtors

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 20th day of April 2010, I caused to be served a copy of Crowell & Moring LLP's Fifth Professional Fee Request for the period March 1, 2010 through March 31, 2010 via ECF notification, electronic mail and/or first-class mail, postage prepaid as listed below.

  /s/ Michael V. Blumenthal
Michael V. Blumenthal

John T. Morgan
Office of the US Trustee
405 South Main Street, Suite 300
Salt Lake City, UT 84111

Lon A. Jenkins, Esq.
Jones Waldo Holbrook & McDonough
170 South Main Street, Suite  1500
Salt Lake City, UT 84101

Richard Havel
Sidley Austin LLP
555 West Fifth Street
Suite 4000
Los Angeles, CA 90013

James Winikor
WestLB AG- New York Branch
1211 Avenue of the Americas, 25th Floor
New York, NY 10036

William Shoaf
CloudNine Resorts
136 Heber Avenue, Suite 303
PO Box 683300
Park City, UT 84068

# EXHIBIT A

NYIWDMS: 11550519_1



590 Madison Avenue, 20th Floor, New York, NY 10022-2524
p 212.223.4000 ▪ f 212.223.4134
Taxpayer ID # 52-1150358

April 16, 2010

Easy Street Holding, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah 84098

Attn: William Shoaf

Matter: 105773.0000001
Invoice: 1324125

Statement of Account

RE: General Advice

| | |
|---|---|
| Professional Services Rendered Through March 31, 2010 | $1,022.00 |
| Other Services and Expenses | 3,288.00 |
| Total Due this Invoice | $4,310.00 |

Statement Number:  1324125
Page #: 2

## Professional Services:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 12/29/09 | S E | Review time detail and transfer to correct categories and work on related issues. | 0.40 | 230.00 |
| 03/03/10 | MVB | Telephone call with M. Feder re; plan and status of Chapter 11 proceedings. | 0.40 | 284.00 |
| 03/18/10 | B Z | Review disclosure statement relating to claims against the estate. | 0.40 | 224.00 |
| 03/25/10 | MVB | Review email from K. Sallinger re: case issues (.2); emails to B. Shoaf and P. Smith re: same and strategy (.2). | 0.40 | 284.00 |
| | | **Total Professional Services** | **1.60** | **$1,022.00** |

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Michael V. Blumenthal | 710.00 | 0.80 | 568.00 |
| Steven Eichel | 575.00 | 0.40 | 230.00 |
| Bruce Zabarauskas | 560.00 | 0.40 | 224.00 |
| **Total Professional Services** | | **1.60** | **$1,022.00** |

## Other Services & Expenses:

| Description | Amount |
|-------------|--------|
| Postage | 10.35 |
| Local Transportation | 559.14 |
| Messenger Service | 125.39 |
| Comp. Library Research | 1,717.43 |
| Inhouse Duplicating | 185.80 |
| Witness Fees | 140.00 |
| Air fare | 90.00 |
| Long Distance Telephone | 141.21 |
| Long Distance Telephone | 248.38 |
| Express Delivery | 12.15 |
| Miscellaneous | 58.15 |
| **Total Other Services & Expenses** | **$3,288.00** |



590 Madison Avenue, 20th Floor, New York, NY 10022-2524
p 212.223.4000 ▪ f 212.223.4134
Taxpayer ID # 52-1150358

April 16, 2010

Easy Street Holding, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah 84098

Attn: William Shoaf

Matter: 105773.0000003
Invoice: 1324127

---

Statement of Account

RE: Case Administration

| | |
|---|---|
| Professional Services Rendered Through March 31, 2010 | $1,001.00 |
| Other Services and Expenses | 0.00 |
| Total Due this Invoice | $1,001.00 |

Statement Number:  1324127
Page #: 2

## Professional Services:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 03/01/10 | S L | Reviewed documents and organize files. | 1.00 | 240.00 |
| 03/10/10 | S L | Updating files with Michael V. Blumenthal (.70); legal research for Michael V. Blumenthal (.40). | 1.10 | 264.00 |
| 03/26/10 | MVB | Telephone call with B. Shoaf re: appraisal and strategy (.4); telephone call with K. Cannon re: strategy (.3). | 0.70 | 497.00 |
| | | **Total Professional Services** | **2.80** | **$1,001.00** |

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Michael V. Blumenthal | 710.00 | 0.70 | 497.00 |
| Stella Leung | 240.00 | 2.10 | 504.00 |
| **Total Professional Services** | | **2.80** | **$1,001.00** |



# crowell moring

590 Madison Avenue, 20th Floor, New York, NY 10022-2524
p 212.223.4000  ▪  f 212.223.4134
Taxpayer ID # 52-1150358

April 16, 2010

Easy Street Holding LLC; Easy Street Mezzanine LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah  84098

Matter: 105773.0000004
Invoice: 1324128

Statement of Account

RE: Claims Administration

| | |
|---|---|
| Professional Services Rendered Through March 31, 2010 | $6,057.50 |
| Other Services and Expenses | 90.40 |
| Total Due this Invoice | $6,147.90 |

Statement Number:  1324128
Page #: 2

## Professional Services:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 03/01/10 | S E | Tel confs with C. Gordon re objection to claim of Gateway (.3); tel conf with K. Cannon re objections to claims (.1); review and revise objection to Gateway claim (1.4); tel conf with K. Canon re filing objections (.1); draft email to C. Gordon, W. Shoaf and others re revised version of objection to Gateway claim (.1) . | 2.00 | 1,120.00 |
| 03/01/10 | MVB | Telephone call with K. Cannon coordinating filing objections to claims, including Homeowners and Gateway. | 0.20 | 142.00 |
| 03/01/10 | V A | Further review case law cited in Objection to Claim of Gateway (1.0); further review and revise Objection to Claim of Gateway and confer with S. Eichel re same (1.0); correspondence with counsel re filing of same (.1). | 2.10 | 829.50 |
| 03/01/10 | S L | Reviewed several claims for S. Eichel. | 0.30 | 72.00 |
| 03/03/10 | S E | Review email from C. Gordon re Gateway settlement offer (.1) | 0.10 | 56.00 |
| 03/05/10 | S E | Review response of Gateway's counsel to C. Gordon's letters. | 0.20 | 112.00 |
| 03/09/10 | S E | Tel conf with W. Shoaf, K. Sallinger, C. Gordon and K. Cannon re objection to Gateway claim (.4) | 0.40 | 224.00 |
| 03/10/10 | MVB | Telephone call with K. Cannon re: prepare for hearing on Bay North's proof of interest. | 0.20 | 142.00 |
| 03/11/10 | MVB | Review and revise orders (.2); prepare for (.4) and attend hearing (.3) by telephone re: objection to Bay North proof of interest and extension of exclusivity; telephone call with K. Cannon re: orders re: same (.2); | 1.10 | 781.00 |
| 03/12/10 | MVB | Review and revise order expunging Bay North's proof of interest (.2); review comments from A. Maudsley and telephone call with K. Cannon re: same (.1). | 0.30 | 213.00 |
| 03/15/10 | MVB | Review IRS claim (.2); review emails re: Gateway claim (.2). | 0.40 | 284.00 |
| 03/16/10 | S L | Retrieve filed Proof of Claims (.30), reviewed claims register for updates and coordinate same for files (.60). | 0.90 | 216.00 |
| 03/17/10 | S E | Review email from C. Gordon re Gateway lease issue (.1). | 0.10 | 56.00 |
| 03/17/10 | MVB | Review letters from IRS (.2); office conference with S. Eichel re: Gateway complaint and strategy re: claim objection (.2); reveiw email from Corbin re: strategy (.1). | 0.50 | 355.00 |
| 03/22/10 | MVB | Telephone call with J. Blatt re: IRS claims, prior return and tax issues. | 0.30 | 213.00 |

Statement Number: 1324128
Page # 3

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 03/22/10 | S L | Retrieve copies of claims register for Mezzanine and copies of all Proof of Claims filed (.50); Retrieve copy of claims register in Holdings and retrieve copies of Proof of Claims no. 1 thru 12 (.80). | 1.30 | 312.00 |
| 03/23/10 | S L | Retrieve copies of Proof of Claim filed in Holdings nos. 12 – 19; Retrieve copies of Proof of Claim filed in Partners no. 1 – 143. | 2.10 | 504.00 |
| 03/25/10 | MVB | Emails re: IRS (.2); telephone calls with K. Cannon (.2) and J. Blatt (.2) re: same. | 0.60 | 426.00 |
| | | **Total Professional Services** | **13.10** | **$6,057.50** |

| Name | Rate | Hours | Value |
|---|---|---|---|
| Michael V. Blumenthal | 710.00 | 3.60 | 2,556.00 |
| Steven Eichel | 560.00 | 2.80 | 1,568.00 |
| Vivian Arias | 395.00 | 2.10 | 829.50 |
| Stella Leung | 240.00 | 4.60 | 1,104.00 |
| **Total Professional Services** | | **13.10** | **$6,057.50** |

## Other Services & Expenses:

| Description | Amount |
|---|---|
| Comp. Library Research | 86.85 |
| Long Distance Telephone | 3.55 |
| **Total Other Services & Expenses** | **$90.40** |



590 Madison Avenue, 20th Floor, New York, NY 10022-2524
p 212.223.4000 ■ f 212.223.4134
Taxpayer ID # 52-1150358

April 16, 2010

Easy Street Holding, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah  84098

Attn: William Shoaf

Matter: 105773.0000006
Invoice: 1324129

Statement of Account

RE: Executory Contracts/Leases

| | |
|---|---|
| Professional Services Rendered Through March 31, 2010 | $392.00 |
| Other Services and Expenses | 0.00 |
| Total Due this Invoice | $392.00 |

Statement Number:  1324129
Page #: 2

## Professional Services:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 03/04/10 | S E | Conf with M. Blumenthal re executory contracts (.1); draft email to W. Shoaf re executory contracts (.1); review response from W. Shoaf re executory contracts (.1); tel conf with K. Cannon re rejection of executory contracts (.1); review email from K. Cannon re rejection of executory contract (.1); draft emails to K. Cannon re contracts to be assumed and rejected (.1). | 0.60 | 336.00 |
| 03/16/10 | S E | Reveiw email from M. Soto re executory contracts (.1). | 0.10 | 56.00 |
| | | **Total Professional Services** | **0.70** | **$392.00** |

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Steven Eichel | 560.00 | 0.70 | 392.00 |
| **Total Professional Services** | | **0.70** | **$392.00** |



590 Madison Avenue, 20th Floor, New York, NY 10022-2524
p 212.223.4000 ▪ f 212.223.4134
Taxpayer ID # 52-1150358

April 16, 2010

Easy Street Holding, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah 84098

Attn: William Shoaf

Matter: 105773.0000007
Invoice: 1324130

---

Statement of Account

RE: Financing

| Professional Services Rendered Through March 31, 2010 | $11,808.50 |
| Other Services and Expenses | 0.00 |
| Total Due this Invoice | $11,808.50 |

Statement Number: 1324130

Page #: 2

## Professional Services:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 03/01/10 | WMO | Corresp with B. Dorsey re additional financing alternatives ; arrange meetings. | 0.40 | 290.00 |
| 03/03/10 | MVB | Meeting with K. Sallinger and B. Dorsey re: status of discussions with alternate plan funders. | 1.00 | 710.00 |
| 03/06/10 | MVB | Telephone call with K. Sallinger re: alternate plan funding. | 1.40 | 994.00 |
| 03/08/10 | MVB | Review updated marketing offering package from BDRC (.4); telephone calls wtih K. Sallinger re: status of discussing alternate plan funders (.4); telephone call with B. Shoaf re: discussions and strategy with alternate plan funders (.3). | 1.10 | 781.00 |
| 03/09/10 | MVB | Conference call with B Shoaf, K. Sallinger, ██████████and ██████████as new plan funder (2.0); telephone call and emails wit██████████re: status of ESP case and ██████████as plan funder (.5); telephone call with K. Sallinger re: new plan funders and prepare for meeting re: same (.4). | 2.90 | 2,059.00 |
| 03/10/10 | MVB | Telephone calls with K. Sallinger re: alternative structures to plan and strategy. | 0.70 | 497.00 |
| 03/12/10 | MVB | Emails with R. Havel and ██████████ | 0.30 | 213.00 |
| 03/16/10 | WMO | Meeting with B. Dorsey re prep for ██████████meeting | 0.80 | 580.00 |
| 03/17/10 | MVB | Meeting with P. Smith and B. Dorsey prior to ██████████meeting to discuss strategy (.7); meeting with P. Smith and B. Shoaf after██████████meeting re: status and strategy (1.2). | 1.90 | 1,349.00 |
| 03/18/10 | MVB | Conference call with██████████████████████B. Shoaf and P. Smith re:██████████Funding Plan. | 1.50 | 1,065.00 |
| 03/22/10 | MVB | Telephone call with B. Dorsey re: negotiations with ██████████(.2); telephone call and email with██████.1). | 0.30 | 213.00 |
| 03/23/10 | MVB | Telephone call with██████of██████████re: status of LOI and West LB term sheet for restructured loan (.2); telephone call with B. Shoaf re: status of negotiations with██████████(.2). | 0.40 | 284.00 |
| 03/24/10 | MVB | Telephone calls and emails with ██████re: ██████████as plan funder (.4); telephone calls with B. Dorsey re: negotiations with ██████████(.4); telephone calls with B. Shoaf re: negotiations with ██████████(.4). | 1.20 | 852.00 |
| 03/30/10 | MVB | Conference call with B. Shoaf, P. Smith, K. Sallinger and B. Dorsey re: status of██████████and strategy. | 0.60 | 426.00 |

Statement Number: 1324130
Page # 3

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 03/31/10 | WMO | Corresp re financing sources to B. Dorsey and M. Blumenthal | 0.30 | 217.50 |
| 03/31/10 | MVB | Telephone calls with K. Sallinger (.3), B. Shoaf (.3), K. Cannon (.2) and B. Dorsey (.2) re: ████████ term sheet and alterantive strategies; telephone call with R. Strickland re: ████████ term sheet (.3); review revised information package from K. Sallinger (.5). | 1.80 | 1,278.00 |

**Total Professional Services**    <u>16.60</u>   <u>$11,808.50</u>

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Michael V. Blumenthal | 710.00 | 15.10 | 10,721.00 |
| William M. O'Connor | 725.00 | 1.50 | 1,087.50 |
| **Total Professional Services** | | <u>16.60</u> | <u>$11,808.50</u> |



590 Madison Avenue, 20th Floor, New York, NY 10022-2524
p 212.223.4000 ▪ f. 212.223.4134
Taxpayer ID # 52-1150358   .

April 16, 2010

Easy Street Holding, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah 84098

Attn: William Shoaf

Matter: 105773.0000009
Invoice: 1324133

---

Statement of Account

RE: Bay North Litigation

| | |
|---|---:|
| Professional Services Rendered Through March 31, 2010 | $36,945.00 |
| Other Services and Expenses | 810.24 |
| Total Due this Invoice | $37,755.24 |

Statement Number: 1324133
Page #: 2

## Professional Services:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 03/02/10 | MVB | Review objections to request for production and interrogatories. | 0.60 | 426.00 |
| 03/05/10 | B Z | Work on discovery schedule in BayNorth litigation (1.0); organize files for discovery (1.4); review BayNorth responses to discovery (.7) | 2.10 | 1,176.00 |
| 03/05/10 | B Z | Review outgoing discovery in BayNorth action and organize same. | 1.90 | 1,064.00 |
| 03/08/10 | B Z | Discussion with M. Blumenthal re: discovery (.3); revisions to discovery schedule (.7); review documents requested by BayNorth (.8) | 1.80 | 1,008.00 |
| 03/09/10 | B Z | Work on BayNorth interrogatory responses (1.6); email to A. Fiotto re: confidentiality agreement (.1); finalize discovery on Taylor Capital Management and Merritt & Harris (.5); email to client re: initial disclosures (.1); review WestLB objections to discovery (.3); email to WestLB counsel re: confidentiality agreement (.1); | 2.70 | 1,512.00 |
| 03/10/10 | B Z | Review proposed confidentiality agreement from BayNorth's counsel (.6); discussion with M. Blumenthal re: same (.2). | 0.80 | 448.00 |
| 03/10/10 | S M | Reviewing document requests and objections (.3); research re: objection based on documents in our possession and equal access as inadequate; and boiler plate objections are inadequate (.8); drafting memorandum re: same (.7). | 1.80 | 774.00 |
| 03/11/10 | B Z | Work on BayNorth interrogatory responses (3.4) review research re: WestLB Discovery responses (1.2) | 4.60 | 2,576.00 |
| 03/11/10 | MVB | Review Bay North confidentiality agreement (.2) and office conference with B. Zabarauskas re: comments; office conference with B. Zabarauskas re: discovery (.2). | 0.40 | 284.00 |
| 03/12/10 | B Z | Revisions to interrogatory responses (1.6); review BayNorth document requests and prepare objection to same (1.0) | 2.60 | 1,456.00 |
| 03/12/10 | MVB | Review and revise answers to interrogatories (.4) and office conference with B. Zabarauskas re: same (.2). | 0.60 | 426.00 |
| 03/14/10 | B Z | Review W. Shoaf email and attachments re: responses to interrogatories. | 0.20 | 112.00 |

Statement Number: 1324133
Page # 3

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 03/15/10 | B Z | Review interrogatory responses (.4); discussions with WestLB counsel re: documents to be produced (.2); conference with M. Blumenthal re: outstanding discovery issues (.2); review email from BayNorth's counsel re: adjournment of Shoaf deposition and discussion with M. Blumenthal re: same (.1); review documents in connection with BayNorth document request (4.5) | 5.40 | 3,024.00 |
| 03/15/10 | MVB | Office conference with B. Zabarauskas re: discovery issues. | 0.20 | 142.00 |
| 03/15/10 | S L | Coordination of documents for Bruce J. Zabarauskas. | 0.60 | 144.00 |
| 03/16/10 | B Z | Emails to and from K. Cannon's office re: service of Taylor subpoena (.1); draft objections to BayNorth document request (.8) | 0.90 | 504.00 |
| 03/16/10 | MVB | Review confidentiality agreement with West LB concerning discovery (.2); review emails from B. Zabarauskas re: discovery (.1). | 0.30 | 213.00 |
| 03/16/10 | S L | Continued document production with Bruce J. Zabarauskas. | 1.50 | 360.00 |
| 03/17/10 | B Z | Review documents in connection with BayNorth document requests | 3.30 | 1,848.00 |
| 03/18/10 | B Z | Discussion with M. Blumenthal re: WestLB Confidentiality Agreement and discovery strategy (.2); review documents for potential witness identification (1.5); discussion with W. Shoaf re: witnesses (.3); research re: Bruce Davidson of WestLB (.8); prepare Prime Group and Davidson subpoenas and notices of deposition (.5); review emails and attachments from A. Mohhabir re: confidentiality agreement (.2); review email from WestLB Counsel re: confidentiality agreement (.1); discussion with M. Blumenthal re: same (.1) | 5.40 | 3,024.00 |
| 03/18/10 | MVB | Office conference with B. Zabarauskas re: deposition schedule (.2); conference call with B. Zabarauskas and Kim Wilson re: production of Wickline documents and scheduling deposition (.3). | 0.50 | 355.00 |
| 03/18/10 | S L | Organize email & correspondences for Bruce J. Zabarauskas in chronological order. | 1.60 | 384.00 |

Statement Number: 1324133

Page # 4

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 03/19/10 | B Z | Review and respond to email from WestLB re: comments to Confidentiality Agreement (.2); review and respond to A. Mohibar email re: BayNorth Confidentiality Agreement (.2); review BayNorth Confidentiality Agreement for changes (.4); discussion with M. Blumenthal re: same (.1); discussion; discussion with W. Doody re: document production of Merritt & Harris (.3); follow-up to obtain service to pick up and copy Merritt & Harris documents (.2); draft and revise initial disclosures (3.4); conference call with L. Wilson and M. Blumenthal re: Wickline deposition (.3); discussion with M. Blumenthal re: same (.1); review client documents re: production; discussion with S. Leung re: assemble loan documents for production (.2); emails to and from K. Cannon re: discovery stipulations and Wickline deposition (.1); review documents in connection with BayNorth document request (.3) | 5.80 | 3,248.00 |
| 03/19/10 | MVB | Review confidentiality agreement with West LB (.2); office conference with B. Zabarauskas re: comments (.1). | 0.30 | 213.00 |
| 03/22/10 | B Z | Emails to and from M. Jackson re: document request to WestLB (.1); emails to and from . Flores concerning Merritt & Harris document production and subpoena date (.1); arrange for pickup of Merritt & Harris documents in Los Angeles (.2); discussion with M. Blumenthal re: Discovery (.3); review proposed motion and order re: confidentiality agreement with BayNorth (.3); emails to and from A. Maudsley re: same (.1); document review (1.3) | 2.40 | 1,344.00 |
| 03/22/10 | MVB | Office conference with B. Zabarauskas re: discovery schedule and strategy (.3); conference call with T. Fiotto re: discovery and deposition schedule (.2). | 0.50 | 355.00 |
| 03/22/10 | S L | Document Production for Bruce J. Zabarauskas in re: BayNorth sales package documents (1.40); Document production re: Loan Binder Documents (1.90). | 3.30 | 792.00 |
| 03/23/10 | MVB | Review and comment on initial disclosures (.3). | 0.30 | 213.00 |
| 03/23/10 | S L | Continue document production for Loan Binder Documents. | 0.90 | 216.00 |
| 03/24/10 | B Z | Discussion with M. Blumenthal re: outstanding discovery issues (.3) | 0.30 | 168.00 |
| 03/24/10 | MVB | Office conference with B. Zabarauskas re: discovery issues and judicial disclosures. | 0.30 | 213.00 |
| 03/24/10 | S L | Revisions to Subpoena to Davidson with Bruce J. Zabarauskas (.20), prepare same to process servers for service (.30), telephones calls to process servers regarding same (.20). | 0.70 | 168.00 |
| 03/25/10 | B Z | Discussion with M. Blumenthal re: discovery issues. | 0.20 | 112.00 |

Statement Number: 1324133
Page # 5

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 03/25/10 | MVB | Office conferences with B. Zabarauskas (.2) and emails with T. Fiotto re: discovery (.1). | 0.30 | 213.00 |
| 03/26/10 | B Z | Emails to and from WestLB re: document production (.1); review documents provided by client in connection with discovery (2.3); revise and finalize initial disclosures (.4) | 2.80 | 1,568.00 |
| 03/26/10 | MVB | Office conference with B. Zabarauskas re: discovery: setting depo dates and initial disclosures (.1); emails re: same (.2). | 0.30 | 213.00 |
| 03/29/10 | B Z | Review documents produced by Merritt & Harris (1.8); discussion with M. Blumenthal re: same (.3); email to A. Fiotto re: Merritt & Harris production (.1); conference call with M. Blumenthal and S. Feldman re: David Wickline (.3); follow-up discussions with M. Blumenthal re: same (.3); follow-up with WestLB counsel re: document production (.1); review documents provided by client in connection with litigation (1.7) | 4.70 | 2,632.00 |
| 03/29/10 | MVB | Office conference with B. Zabarauskas re: discovery. | 0.30 | 213.00 |
| 03/30/10 | B Z | Draft and revise objections to BayNorth document requests (2.0) revise responses to interrogatories (.7); emails to A. Fiotto re: availability for discussion re: discovery dates and Merritt & Harris deposition (.3); discussion with M. Blumenthal re: same (.2); email WestLB counsel re: when documents will be produced (.1) | 3.40 | 1,904.00 |
| 03/30/10 | MVB | Emails to A. Fiotto (.1) and office conferences with B. Zabarauskas re: discovery (.2). | 0.30 | 213.00 |
| 03/31/10 | B Z | Review documents produced by WestLB (1.0); emails to and from counsel for WestLB re: same (.1) discussion with S. Maswoswe re: place for filing motion to compel (.1); discussion with K. Cannon re: preparation and filing of motion to approve WestLB Confidentiality Agreement (.1); review motion to approve WestLB Confidentiality Agreement (.1); emails to and from A. Fiotto re: discovery (.2); discussion with M. Blumenthal re: same (.1) | 1.40 | 784.00 |
| 03/31/10 | S M | Research regarding jurisdiction of bankruptcy court in regards to motion to compel production of documents arising from a subpoena issued from an alternate court (2.0); strategizing re: same with B. Zabarauskas (.1). | 2.10 | 903.00 |

**Total Professional Services**      70.40   $36,945.00

Statement Number: 1324133
Page #: 6

| Name | Rate | Hours | Value |
|---|---|---|---|
| Michael V. Blumenthal | 710.00 | 5.20 | 3,692.00 |
| Bruce Zabarauskas | 560.00 | 52.70 | 29,512.00 |
| Shamiso Maswoswe | 430.00 | 3.90 | 1,677.00 |
| Stella Leung | 240.00 | 8.60 | 2,064.00 |
| **Total Professional Services** | | **70.40** | **$36,945.00** |

## Other Services & Expenses:

| Description | Amount |
|---|---|
| Comp. Library Research | 185.57 |
| Administrative overtime | 45.00 |
| Inhouse Duplicating | 111.80 |
| Air fare | 462.40 |
| Facsimile | 5.47 |
| **Total Other Services & Expenses** | **$810.24** |



590 Madison Avenue, 20th Floor, New York, NY 10022-2524
p 212.223.4000 ▪ f 212.223.4134
Taxpayer ID # 52-1150358

April 16, 2010

Easy Street Holding, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah 84098

Attn: William Shoaf

Matter: 105773.0000010
Invoice: 1324134

Statement of Account

RE: Other Litigation

| | |
|---|---|
| Professional Services Rendered Through March 31, 2010 | $48.00 |
| Other Services and Expenses | 0.00 |
| Total Due this Invoice | $48.00 |

Statement Number: 1324134
Page #: 2

## Professional Services:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 03/17/10 | S L | Retrieve copies of Amended Complaint and the complaint filed by the creditors' committee against WestLB per Michael V. Blumenthal to J. Yin. | 0.20 | 48.00 |
| | | **Total Professional Services** | **0.20** | **$48.00** |

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Stella Leung | 240.00 | 0.20 | 48.00 |
| **Total Professional Services** | | **0.20** | **$48.00** |



590 Madison Avenue, 20th Floor, New York, NY 10022-2524
p 212.223.4000 ▪ f 212.223.4134
Taxpayer ID # 52-1150358

April 16, 2010

Easy Street Holdihng, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah 84098

Attn:  William Shoaf

Matter: 105773.0000012
Invoice: 1324136

Statement of Account

RE: Reorganization Plan/Disclosure Statement

| | |
|---|---|
| Professional Services Rendered Through March 31, 2010 | $33,364.00 |
| Other Services and Expenses | 365.75 |
| Total Due this Invoice | $33,729.75 |

Statement Number: 1324136
Page #: 2

## Professional Services:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 03/01/10 | MVB | Review and revise redrafted Funding Agreement (.5); conference call with B. Shoaf and P. Smith (.3). | 0.80 | 568.00 |
| 03/02/10 | MVB | Review and revise funding agreement (.8) and comments to same (.6); telephone calls and emails with B. Shoaf re: same (.5); emails with K. Cannon re: Class 4 ballot (.2). | 2.10 | 1,491.00 |
| 03/02/10 | S L | Prepare binder for amended Disclosure Statement, amended Plan, order approving Disclosure Statement and Valuation Motion for S. Eichel. | 0.90 | 216.00 |
| 03/03/10 | S E | Review and revise motion to extend Partner's exclusive solicitation period (1.3); and accompanying order (.5); confs with M. Blumenthal re exclusivity motion and timing (.1); tel conf with K. Cannon re timing issues for exclusivity motion and memo in support of confirmation (.1); work on issues re memo in support of confirmation (.6); draft email to W. Shoaf requesting information for exclusivity motion and review response (.1); review and revised revised ballot and notice (.6); tel conf with K. Cannon re comments to revised ballot and notice (.2) | 3.50 | 1,960.00 |
| 03/03/10 | MVB | Emails with B. Shoaf, S. Sandholtz, L. Hulme re: finalizing Funding Agreement (.5); emails with R. Havel re: Funding Agreement and West LB term sheet (.3); review and revise motion to extend exclusivity (.6); telephone call with K. Cannon re: revise Class 4 ballot, status of funding agreement and confirmation issues (.4). | 1.80 | 1,278.00 |
| 03/03/10 | V A | Draft Order extending exclusivity of Partners | 0.80 | 316.00 |
| 03/03/10 | S L | Assist S. Eichel in research in support of confirmation. | 0.30 | 72.00 |
| 03/04/10 | S E | Review and revise motion to extend exclusivity (.9); review and revise order extending exclusivity (.1); draft email to K. Cannon and W. Shoaf re motion to extend exclusivity (.1); tel conf w/K. Cannon re exclusivity motion (.1). | 1.20 | 672.00 |
| 03/04/10 | B Z | REview WestLB discovery re: confirmation (.5); discussion with M. Blumenthal re: same (.4) | 0.90 | 504.00 |
| 03/04/10 | MVB | Conference call with L. Hulme and S. Sandholtz re: finalizing Funding Agreement and discuss issues concerning West LB term sheet (1.3); follow up with B. Shoaf re: same; conference call with W. Ellis and R. Havel concerning term sheet (1.1); telephone call with K. Sallinger re: alternative funding sources (.6). | 3.00 | 2,130.00 |

Crowell & Moring LLP ■ www.crowell.com ■ Washington, DC ■ California ■ New York ■ London ■ Brussels

Statement Number: 1324136

Page # 3

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 03/05/10 | S E | Conf with S. Leung re preparing plan supplement (.1); work on issues re plan supplement (.2); commence drafting plan supplement (.4); draft email to W. Shoaf re list of executory contract for plan supplement (.1); tel conf with K. Cannon re hearing on motion to extend exclusivity and Gateway's response to C. Gordon's letters (.1). | 0.90 | 504.00 |
| 03/05/10 | MVB | Conference call with R. Havel and B. Ellis re: West LB term sheet (.8); telephone calls (.5) and emails (.4) to B. Shoaf re: same. | 1.70 | 1,207.00 |
| 03/05/10 | S L | Draft Plan supplement for S. Eichel. | 0.20 | 48.00 |
| 03/07/10 | S E | Commence drafting memo in support of confirmation (1.4); tel conf with M. Blumenthal re status and strategy (.4). | 1.80 | 1,008.00 |
| 03/08/10 | S E | Tel conf with W. Shoaf re executory contracts for plan supplement (.1) | 0.10 | 56.00 |
| 03/08/10 | MVB | Telephone calls with B. Shoaf re: strategy for amending plan and procedural issues re: same (.6); telephone call with K. Cannon re: issues concerning plan funder, alternative scenerios moving forward and strategy (.3); telephone call with L. Jenkins re: status of plan and issues concerning plan funder (.3). | 1.20 | 852.00 |
| 03/09/10 | B Z | Research on indubitable equivalence issues (1.8); discussion with M. Blumenthal re: same (.3); discussion with M. Blumenthal re: WestLB confirmation issues (.3) | 2.40 | 1,344.00 |
| 03/09/10 | MVB | Telephone call with R. Havel re: discovery in connection with confirmation hearing (.2); telephone call with R. Havel re: update on plan funder and alternatives (.3); emails to W. Shoaf, K. Sallinger and K. Cannon re: conversations with West LB (.2). | 0.70 | 497.00 |
| 03/10/10 | S E | Tel conf with M. Soto re executory contracts for plan supplement (.1); review email from M. Soto re contracts for plan supplement (.1) | 0.20 | 112.00 |
| 03/10/10 | MVB | Conference call with B. Shoaf and K. Sallinger re: alternative structures to plan and strategy (.5); telephone call with K. Cannon re: same (.2). | 0.70 | 497.00 |
| 03/11/10 | S E | Conf with S. Leung re preparing chart summarizing ballots (.1); conf with S. Leung and M. Blumenthal re same (.1); tel conf with K. Cannon re status and strategy (.2); tel conf with M. Blumenthal re same (.1); draft email to M. Soto re executory contracts for Plan Supplement (.1). | 0.60 | 336.00 |
| 03/11/10 | MVB | Telephone call with K. Cannon re: adjournment of confirmation hearing and procedural issues (.2); review email and proposed plan changes from M. Johnson re: Jacobsen (.3). | 0.50 | 355.00 |

Statement Number: 1324136

Page # 4

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 03/12/10 | S E | Tel conf with M. Soto re executory contracts to be assumed by debtor (.3); review and revise plan supplement based on conversation with M. Soto (.2); conf with M. Blumenthal re status an strategy (.1) | 0.60 | 336.00 |
| 03/12/10 | MVB | Telephone call with R. Havel re: status of negotiations with alternate plan funder, cash status, extension of exclusivity, cash collateral stipulation and adjournment of discovery (.4); telephone calls with K. Cannon re: adjournment of confirmation hearing and strategy re: same (.3). | 0.70 | 497.00 |
| 03/13/10 | MVB | Conference call with B. Shoaf, K. Sallinger, B. Dorsey, J. Blatt re: status of discussions with ███████ WestLB term sheet for restructured loan, cash flows, adjournment of confirmation and strategy. | 1.50 | 1,065.00 |
| 03/15/10 | S E | Conf with M. Blumenthal re status and strategy (.2); review and revise ex parte motion to continue confirmation hearing related hearing dates (.5); draft email to K. Cannon re comments to exparte motion to contine confirmation related hearing dates (.1); review various emails from K. Cannon re exparte motion and notice of confirmation hearing (.2) | 1.00 | 560.00 |
| 03/15/10 | MVB | Review and comment on ex parte motion to adjourn confirmation (.2) and telephone call with K. Cannon re: same and strategy (.3); review correspondence from L. Hulme and S. Sandholtz re: Funding Agreement (.2); telephone call with B. Shoaf re: same (.2) and prepare response re: termination of Funding Agreement with SCP (.2); telephone call with L. Jenkins re: status of plan process and adjournment of confirmation hearing (.2); telephone call with R. Havel re: status of negotiations with alternate plan funder and adjourments of confirmation hearing (.2); office conference with B. Zabarauskas re: valuation hearing (.2). | 1.70 | 1,207.00 |
| 03/16/10 | S E | Final review of ex parte motion to continue confirmation hearing (.3); tel conf with homeowner who called regarding a question re treatment under plan (.2); review and revise amended confirmation hearing notice (.3); draft email to K. Cannon re comments to exparte motion to continue confirmation hearing notice and accompanying notice (.1); review email from M. Soto re executory contracts (.1); review proposed order granting ex parte motion to extend confirmation hearing and related deadlines (.2); conf with M. Blumenthal re order extending deadlines and related notice (.1); draft email to K. Cannon re order approving motion extending deadlines (.1); tel conf with K. Cannon re Notice (.1); conf with M. Blumenthal re Notice (.1). | 1.60 | 896.00 |
| 03/16/10 | S E | Conf with M. Blumenthal and B. Zabarauskas re issues raised by W. Shoaf. | 0.30 | 168.00 |

Statement Number: 1324136
Page # 5

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 03/16/10 | MVB | Conference call with ████ and ████ re: ████West LB term sheet and procedural issues in bankruptcy case (1.6); telephone call with B. Shoaf re: foregiong and strategy for negotiations with ████ (.4); review and revise ex parte motion and order adjourning confirmation (.2); office conference with B. Zabarauskas and S. Eichel to review issues concerning structure of ████ transaction and plan issues (.3). | 2.50 | 1,775.00 |
| 03/17/10 | MVB | Office conference with S. Leung re: preparation of chart for ballots. | 0.10 | 71.00 |
| 03/17/10 | S L | Office conference with Michael V. Blumenthal regarding Ballots (.10) , prepare chart of ballots (.70). | 0.80 | 192.00 |
| 03/18/10 | S E | Conf with M. Blumenthal re votes cast in connection with plan (.1) | 0.10 | 56.00 |
| 03/18/10 | B Z | Research insolvency issues relating to and impact of existing valuation. | 1.60 | 896.00 |
| 03/18/10 | MVB | Meeting with P. Smith and B. Shoaf to discuss issues wtih ████ and strategy for negotiations and plan process (.6); emails and telephone call with K. Cannon re: issues concerning adjournment and cash position of Easy Street Partners through April (.2). | 0.80 | 568.00 |
| 03/18/10 | S L | Continue to prepare chart of Ballots. | 1.70 | 408.00 |
| 03/19/10 | S E | Conf with S. Leung re ballots (.1) draft email to K. Cannon re 3018 deadline and strategy (.1). | 0.20 | 112.00 |
| 03/19/10 | MVB | Telephone call with R. Havel re: status of negotiations with Medallion and exclusivity motion (.2); emails re: exclusivity motion (.1); telephone call with K. Cannon re: same (.1). | 0.40 | 284.00 |
| 03/19/10 | S L | Updated ballot information (.60), office conference with S. Eichel regarding same (.10). | 0.70 | 168.00 |
| 03/22/10 | S E | Review email from K. Cannon re whether creditors filed a motion for temporary allowance (.1); tel conf with K. Cannon re (i) voting issues  and (ii) strategy with respect to valuation hearing (.3); reveiw emails from B. Zabaraskas and M. Blumenthal re deadline to file objections to valuation motion (.1). | 0.50 | 280.00 |
| 03/22/10 | B Z | Review appraisal report in connection with valuation hearing. | 1.90 | 1,064.00 |
| 03/23/10 | S L | Update incoming ballots on ballot information chart. | 0.80 | 192.00 |
| 03/24/10 | B Z | Prepare proffer of appraisal testimony. | 3.20 | 1,792.00 |
| 03/24/10 | MVB | Telephone call with L. Jenkins re: status of plan process and negotiations wtih plan funder. | 0.30 | 213.00 |

Statement Number: 1324136

Page # 6

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 03/25/10 | S E | Conf with S. Leung re class 6 ballot and review ballot (.1); confs with B. Zabarauskas re proffer of valuation expert in connection with valuation hearing (.3); draft, review and revise proffer of appraisal (2.2) | 2.60 | 1,456.00 |
| 03/25/10 | B Z | Discussion with S. Eichel re: valuation issues (.3); draft and revise proffer of appraisal testimony (1.1). | 1.40 | 784.00 |
| 03/25/10 | S L | Draft Class 6 Ballot for ESM, ESP, CloudNine Resorts and W. Shoaf per Michael V. Blumenthal (.40); updated ballots chart (.20). | 0.60 | 144.00 |
| 03/26/10 | B Z | Discussion with P. Throndsen, M. Blumenthal and K. Cannon re: valuation hearing (.7); revisions to appraisal testimony proffer (.4) | 1.10 | 616.00 |
| 03/26/10 | MVB | Conference call with P. Thronsden, B. Zabarauskas and K. Cannon re: appraisal. | 0.70 | 497.00 |
| 03/29/10 | MVB | Telephone call with W. Shoaf re: status of Medallion and strategy under plan (.3); telephone call with K. Cannon re: modifications to appraisal, adjournment of valuation hearing and exclusivity motion (.4). | 0.70 | 497.00 |
| 03/29/10 | S L | Update incoming ballots on ballot information chart. | 0.60 | 144.00 |
| 03/30/10 | MVB | Attend hearings by telephone on exclusivity and estimation of Homeowners' claims (.3); follow up with K. Cannon (.2) | 0.50 | 355.00 |
| 03/31/10 | S L | Update incoming ballots on ballot information chart. | 0.20 | 48.00 |
| | | **Total Professional Services** | **57.70** | **$33,364.00** |

| Name | Rate | Hours | Value |
|---|---|---|---|
| Michael V. Blumenthal | 710.00 | 22.40 | 15,904.00 |
| Steven Eichel | 560.00 | 15.20 | 8,512.00 |
| Bruce Zabarauskas | 560.00 | 12.50 | 7,000.00 |
| Vivian Arias | 395.00 | 0.80 | 316.00 |
| Stella Leung | 240.00 | 6.80 | 1,632.00 |
| **Total Professional Services** | | **57.70** | **$33,364.00** |

## Other Services & Expenses:

Statement Number: 1324136
Page #: 7

| Description | Amount |
|---|---|
| Local Transportation | 241.10 |
| Administrative overtime | 45.00 |
| Overtime Meals | 13.49 |
| Long Distance Telephone | 8.76 |
| Long Distance Telephone | 57.40 |
| **Total Other Services & Expenses** | **$365.75** |



590 Madison Avenue, 20ᵗʰ Floor, New York, NY 10022-2524
p 212.223.4000 ▪ f 212.223.4134
Taxpayer ID # 52-1150358

April 16, 2010

Easy Street Holding, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah 84098

Attn:  William Shoaf

Matter: 105773.0000014
Invoice: 1324137

---

Statement of Account

RE: Retention/Fee Matters

| | |
|---|---|
| Professional Services Rendered Through March 31, 2010 | $3,572.00 |
| Other Services and Expenses | 0.24 |
| Total Due this Invoice | $3,572.24 |

Crowell & Moring LLP ▪ www.crowell.com ▪ Washington, DC ▪ California ▪ New York ▪ London ▪ Brussels

Statement Number: 1324137

Page #: 2

## Professional Services:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 01/26/10 | MVB | Review and revise interim fee application for C&M. | 0.50 | 355.00 |
| 01/27/10 | MVB | Review and revise interim fee application (.8) and office conference with S. Eichel and S. Leung re: same (.4). | 1.20 | 852.00 |
| 03/11/10 | S L | Proof read February time and bills. | 1.50 | 360.00 |
| 03/15/10 | MVB | Telephone call with L. Jenkins and email re: resolution of objection to C&M interim fee application (.3); review and revise C&M 4th monthly request (.3). | 0.60 | 426.00 |
| 03/15/10 | S L | Office conference with Michael V. Blumenthal regarding fee application hearing, retrieve copies of fee applications of C&M, Durham Jones and Jones Waldo fee application in preparation of fee hearing (.50); reviewed and finalized February bills with A. Brenes (.20), draft 4th Interim monthly fee application (.60); office conference with Michael V. Blumenthal regarding 4th Interim monthly fee application (.10). | 1.40 | 336.00 |
| 03/16/10 | S E | Tel conf with K. Cannon re fee order (.1); draft fee order (.2) | 0.30 | 168.00 |
| 03/16/10 | MVB | Review form of interim order (.1) and office conference with S. Eichel to prepare C&M order allowing fees (.1). | 0.50 | 355.00 |
| 03/16/10 | S L | Finalized Monthly Interim Fee Application for the Month of February 2010 with Michael V. Blumenthal (.40); Redact exhibits to Fee application (.50); Prepare same for service on interested parties (.40); prepare same for filing with Local counsel (.30). | 1.60 | 384.00 |
| 03/17/10 | S E | Conf with M. Blumenthal re interim fee order (.1); review and revise interim fee order (.2) | 0.30 | 168.00 |
| 03/22/10 | S E | Conf with M. Blumenthal re fee application order (.1); review and revise fee order (.1): draft email to K. Cannon re fee order (.1) | 0.30 | 168.00 |
| | | **Total Professional Services** | **8.20** | **$3,572.00** |

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Michael V. Blumenthal | 710.00 | 2.80 | 1,988.00 |
| Steven Eichel | 560.00 | 0.90 | 504.00 |

Statement Number: 1324137
Page #: 3

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Stella Leung | 240.00 | 4.50 | 1,080.00 |
| | | | |
| **Total Professional Services** | | **8.20** | **$3,572.00** |

## Other Services & Expenses:

| Description | Amount |
|-------------|--------|
| Long Distance Telephone | 0.24 |
| | |
| **Total Other Services & Expenses** | **$0.24** |



590 Madison Avenue, 20th Floor, New York, NY 10022-2524
p 212.223.4000 ▪ f 212.223.4134
Taxpayer ID # 52-1150358

April 16, 2010

Easy Street Holding, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah 84098

Attn: William Shoaf

Matter: 105773.0000015
Invoice: 1324138

---

Statement of Account

RE: Secured Claims (WestLB)

| | |
|---|---|
| Professional Services Rendered Through March 31, 2010 | $4,473.00 |
| Other Services and Expenses | 0.00 |
| Total Due this Invoice | $4,473.00 |

Statement Number:  1324138
Page #: 2

## Professional Services:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 03/02/10 | MVB | Review revised West LB term sheet. | 0.30 | 213.00 |
| 03/03/10 | MVB | Conference call with S. Sandholtz, L. Hulme and B. Shoaf re: West LB term sheet for restructured loan. | 0.80 | 568.00 |
| 03/10/10 | MVB | Telephone call with R. Havel re: term sheet for West LB Restructured Loan (.2); follow up with B. Shoaf re: same (.2); draft definition of Excess Cash Flow (.2). | 0.60 | 426.00 |
| 03/11/10 | MVB | Review revised term sheet from R. Havel (.3) and email to R. Havel (.1); telephone all with J. Blatt re: funding issues (.2). | 0.60 | 426.00 |
| 03/11/10 | MVB | Telephone call with J. Blatt re: funding issues (.2). | 0.20 | 142.00 |
| 03/15/10 | MVB | Review email from R. Havel re: 5-year business plan and definition of Net Sales Proceeds for term sheet (.3); review emails from J. Blatt and B. Shoaf re: funding requests and 5-year plan issues (.2). | 0.50 | 355.00 |
| 03/16/10 | MVB | Review emails on funding and West LB term sheet (.3); prepare response (.2) and telephone call with J. Blatt re: same (.2). | 0.70 | 497.00 |
| 03/18/10 | MVB | Review email from R. Havel re: cash collateral budget (.1); review emails from J. Blatt re: transfer request L (.1) and follow up telephone call with J. Blatt (.2). | 0.40 | 284.00 |
| 03/24/10 | MVB | Telephone calls with B. Ellis, R. Havel, B. Dorsey re: communications with ▇▇▇▇. | 0.50 | 355.00 |
| 03/25/10 | MVB | Telephone call with B. Dorsey (.2), B. Shoaf (.3), K. Sallinger (.2) re: West LB's interaction with ▇▇▇▇. | 0.70 | 497.00 |
| 03/26/10 | MVB | Telephone call with ▇▇▇▇ to review West LB term sheet for restructured loan. | 1.00 | 710.00 |

| | | **Total Professional Services** | **6.30** | **$4,473.00** |
|---|---|---|---|---|

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Michael V. Blumenthal | 710.00 | 6.30 | 4,473.00 |
| **Total Professional Services** | | **6.30** | **$4,473.00** |



590 Madison Avenue, 20th Floor, New York, NY 10022-2524
p 212.223.4000 ▪ f 212.223.4134
Taxpayer ID # 52-1150358

April 16, 2010

Easy Street Hollding, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah 84098

Attn:  William Shoaf

Matter: 105773.0000017
Invoice: 1324139

---

Statement of Account

RE: Secured Claims (Bay North)

| | |
|---|---|
| Professional Services Rendered Through March 31, 2010 | $6,788.00 |
| Other Services and Expenses | 18.00 |
| Total Due this Invoice | $6,806.00 |

Statement Number:  1324139
Page #: 2

## Professional Services:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 03/02/10 | B Z | Review BayNorth response to objection to proof of interest (.3); discussion with M. Blumenthal re: same (.3); follow-up research re: same (1.2); draft and revise response in further support of objection to proof of interest (2.0) | 3.80 | 2,128.00 |
| 03/02/10 | MVB | Review and revise objection to Bay North's proof of interest (.5); telephone call with B. Shoaf re: same (.2) | 0.70 | 497.00 |
| 03/03/10 | B Z | Revise and finalize response in further support of objection to BayNorth proof of interest (1.4); discussion with M. Blumenthal re: same (.2); prepare for C. Flint deposition(3.6); discussion with M. Blumenthal and K. Cannon re: response to objection to BayNorth proof of interest and other issues (.3) | 5.50 | 3,080.00 |
| 03/03/10 | MVB | Review and revise reply in connection with objection to Bay North's proof of interest (.3); office conference with B. Zabarauskas re: same (.2). | 0.50 | 355.00 |
| 03/04/10 | B Z | Prepare for Flint deposition (.7); discussion with M. Blumenthal re: strategy of Flint depo (.4); discussion with A. Fiotto re: stipulation re: Flint depo (.1); email exchange with A. Fiotto re: canceling Flint deposition in exchange BayNorth will rely on documents and have no objection to our exhibits (.1) | 1.30 | 728.00 |
| | | **Total Professional Services** | **11.80** | **$6,788.00** |

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Michael V. Blumenthal | 710.00 | 1.20 | 852.00 |
| Bruce Zabarauskas | 560.00 | 10.60 | 5,936.00 |
| **Total Professional Services** | | **11.80** | **$6,788.00** |

## Other Services & Expenses:

| Description | Amount |
|-------------|--------|
| Local Transportation | 18.00 |
| **Total Other Services & Expenses** | **$18.00** |



# crowell moring

590 Madison Avenue, 20th Floor, New York, NY 10022-2524
p 212.223.4000 ■ f 212.223.4134
Taxpayer ID # 52-1150358

April 16, 2010

Easy Street Holding, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah 84098

Attn: William Shoaf

Matter: 105773.0000020
Invoice: 1324173

---

Statement of Account

RE: Corporate Issues

| | |
|---|---:|
| Professional Services Rendered Through March 31, 2010 | $0.00 |
| Other Services and Expenses | 25.93 |
| Total Due this Invoice | $25.93 |

Statement Number:  1324173
Page #: 2

## Professional Services:

|  | | |
|---|---|---|
| Total Professional Services | 0.00 | $0.00 |

## Other Services & Expenses:

| Description | Amount |
|---|---|
| Meals | 25.93 |
| **Total Other Services & Expenses** | **$25.93** |