**The below described is SIGNED.**



**Dated: April 16, 2010**

**R. KIMBALL MOSIER**
**U.S. Bankruptcy Judge**

_____

Kenneth L. Cannon II (kcannon@djplaw.com) (3705)
Steven J. McCardell (smccardell@djplaw.com) (2144)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT  84110-4050
Telephone:  (801) 415-3000/Fax:  (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com) (admitted *pro hac vice*)
Steven B. Eichel (seichel@crowell.com) (admitted *pro hac vice*)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY  10022
Telephone:  (212) 223-4000/Fax:  (212) 223-4134
Counsel for Debtors and Debtors in Possession

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | |
| EASY STREET HOLDING, LLC, *et. al*. ) | Bankruptcy Case No. 09-29905 |
| ) | Jointly Administered with Cases |
| Debtors ) | 09-29907 and 09-29908 |
| ) | (This Order affects only Case No. 09-29907- |
| ) | Easy Street Partners, LLC) |
| Address:  201 Heber Avenue ) | |
| Park City, UT 84060 ) | |
| ) | Chapter 11 |
| Tax ID Numbers: ) | |
| 35-2183713 (Easy Street Holding, LLC), ) | Honorable R. Kimball Mosier |
| 20-4502979 (Easy Street Partners, LLC), and ) | |
| 84-1685764 (Easy Street Mezzanine, LLC) ) | **[FILED ELECTRONICALLY]** |
| ) | |

**AMENDED ORDER APPROVING DEBTOR'S SECOND EX PARTE MOTION TO (A) CONTINUE HEARING ON CONFIRMATION AND (B) MODIFY CERTAIN DEADLINES SET BY ORDER APPROVING AMENDED DISCLOSURE STATEMENT AS AMENDED BY ORDER ENTERED MARCH 17, 2010**

NYIWDMS: 11481478_1

**Filed: 04/16/10**

Entered On Docket: 04/19/2010

The Court, having considered the second ex parte motion (the "Motion") of Easy Street Partners, LLC ("Partners") to (i) continue the hearing on confirmation of the Amended Plan of Reorganization of Easy Street Partners, LLC, dated February 18, 2010 (the "Plan") and (ii) modify or continue certain deadlines relating to the process of soliciting and confirming the Plan which were fixed by the Court's Order entered February 26, 2010 (A) Approving Amended Disclosure Statement with Respect to Amended Plan of Reorganization of Easy Street Partners, LLC, Dated February 18, 2010, (B) Establishing a Record Date, (C) Approving Solicitation Procedures, (D) Approving Forms of Ballots and Voting Procedures, and (E) Approving Notice and Scheduling Confirmation Hearing (the "Disclosure Statement Order"), as modified by the Court's Order entered March 17, 2010 (the Modified Schedule Order"), noting that WestLB, AG ("WestLB"), the largest secured creditor in Partners' case, and the Official Committee of Unsecured Creditors do not oppose the relief sought in the Motion (although WestLB reserved all other rights and remedies available to it in the case), and good cause appearing therefor, hereby

ORDERS:

1. The Motion is granted.

2. The following hearing date and deadlines are continued or modified as follows: (i) hearing to consider confirmation of the Plan, currently scheduled for April 27, 2010 at 1:30 p.m., MDT, is hereby continued to May 26, 2010 at 1:30 p.m., MDT (and the afternoon of May 27, 2010, if needed); (ii) the deadline for Partners to file its Plan Supplement, currently April 12, 2010, is hereby continued or modified to May 10, 2010; (iii) the deadlines for voting on the Plan and for objecting to the Plan, both currently April 19, 2010, are hereby continued or modified to May 18, 2010; (iv) the deadline for filing Partners' response to objections to

NYIWDMS: 11481478_1

2

confirmation and a memorandum in support of confirmation of the Plan, currently April 23, 2010, is hereby continued or modified to May 21, 2010; and (v) the deadline for Partners to file a report of the results of voting on the Plan will be the commencement of the <u>continued</u> confirmation hearing on May 26, 2010.

        3.        The other procedures and deadlines fixed or set by the Disclosure Statement Order are not modified or continued by this Order.  Partners is not required to serve a new solicitation package or ballot to creditors and interest holders.

        4.        Partners shall give notice to all parties in interest of the continued and modified hearing date and deadlines fixed by this Order substantially in the form of notices given following the Court's entry of the Modified Schedule Order.

-------------------**END OF ORDER**---------------------

NYIWDMS: 11481478_1

3

**CLERK OF COURT CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Order Approving Debtor's Second Ex Parte Motion to (A) Continue Hearing on Confirmation and (B) Modify Certain Deadlines Set by Order Approving Amended Disclosure Statement as Amended by Order Entered March 17, 2010 was served via the Bankruptcy Noticing Center United States or by first class mail, postage prepaid, on this ____ day of April, 2010 on the following:

Kenneth L. Cannon II
Steven J. McCardell
Durham Jones & Pinegar, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT  84110-4050

Michael V. Blumenthal
Bruce J. Zabarauskas
Steven B. Eichel
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY  10022

Annette W. Jarvis
Benjamin J. Kotter
Dorsey & Whitney LLP
136 South Main Street, Suite 1000
Salt Lake City, UT  84101-1685

Jeffrey W. Shields
Lon A. Jenkins
Troy J. Aramburu
Jones Waldo Holbrook & McDonough, PC
170 South Main Street, Suite 1500
Salt Lake City, UT  84101

John T. Morgan
Office of the United States Trustee
405 South Main Street, Suite 300
Salt Lake City, UT  84111

Adelaide Maudsley
Chapman & Cutler LLP
201 South Main Street, Suite 2000
Salt Lake City, UT 84111

_____

NYIWDMS: 11481478_1

# CERTIFICATE OF NOTICE

```
District/off: 1088-2           User: kpc                    Page 1 of 1                   Date Rcvd: Apr 19, 2010
Case: 09-29905                 Form ID: pdfor1              Total Noticed: 6

The following entities were noticed by first class mail on Apr 21, 2010.
aty          +Adelaide Maudsley,   Chapman and Cutler LLP,   201 South Main Street,   Suite 2000,
               Salt Lake City, UT 84111-2298
aty          +Annette W. Jarvis,   Dorsey & Whitney LLP,   136 South Main Street,   Suite 1000,
               Salt Lake City, UT 84101-1685
aty           Kenneth L. Cannon, II,   Durham Jones & Pinegar,   111 East Broadway, Suite 900,   P O Box 4050,
               Salt Lake City, UT  84110-4050
aty          +Michael V. Blumenthal,   Crowell & Moring LLP,   590 Madison Avenue, 20th Floor,
               New York, NY 10022-2544
aty           Steven J. McCardell,   Durham Jones & Pinegar,   111 East Broadway, Suite 900,   P O Box 4050,
               Salt Lake City, UT  84110-4050
The following entities were noticed by electronic transmission on Apr 19, 2010.
aty          +Fax: 801-364-9127 Apr 19 2010 23:31:20      Jeffrey L. Shields,   Callister Nebeker & McCullough,
               Zions Bank Building, Suite 900,   10 East South Temple,   Salt Lake City, UT 84133-1101
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Apr 21, 2010**                    **Signature:** _Joseph Speetjens_