**OTHER THAN SERIOUS HAZARDS:**

An other than serious hazard lacks the potential for causing serious physical harm, but could have a direct impact on employee safety and health. These hazards need to be corrected and the abatement noted on the Report of Hazards Identified by Consultation with the Employers Report of Action Taken.

**REGULATORY HAZARDS:**

Regulatory hazards reflect violations of OSHA posting requirements, recordkeeping requirements and reporting requirements as found in 29 CFR 1903 and 1904. These hazards need to be corrected and the abatement noted on the Report of Hazards Identified by Consultation with the Employers Report of Action Taken.

# Attachment D

# LIST OF HAZARDS

**NOTE:** This List of Hazards must be posted, unedited, in a prominent place where it is readily observable by all affected employees for three (3) working days, or until the hazards are corrected, whichever is later.

### THIS NOTIFICATION IS NOT AN OSHA CITATION

Visit Number: 503898215
Visit Date: September 18, 2008

The Sky Lodge
201 Heber Avenue
Park City, UT  84060

This is a notification of hazards identified during the consultation visit.  **This notification is not a citation.**  **The Sky Lodge** is a <u>voluntary participant</u> in the consultation program and has agreed to correct the hazards on this list within the correction due date specified.  **The Sky Lodge** has also agreed to make information on findings as well as corrective action proposed by the consultant available to you upon request.

| ITEM | 001 | STANDARD: | 29 CFR 1910.23(a)(9) |
|---|---|---|---|
| INSTANCE | A | CORRECTION DUE DATE: | Due date: November 20, 2008 |
| DESCRIPTION: **Bakery Area:** Drain grate not secure and uneven with floor surface-trip and fall hazard. ||||

| ITEM | 002 | STANDARD: | 29 CFR 1910.37(b)(2) |
|---|---|---|---|
| INSTANCE | A | CORRECTION DUE DATE: | Due Date: November 20, 2008 |
| DESCRIPTION: Exit sign not posted next to office stairs and over Bakery Shop Doors. ||||

| ITEM | 003 | STANDARD: | 29 CFR 1910.37(b)(5) |
|---|---|---|---|
| INSTANCE | A | CORRECTION DUE DATE: | November 20, 2008 |
| DESCRIPTION: The linen closet which could be confused as an exit had not signage. ||||

### (Continued on Next Page)

# (List of Hazards Continued)

| ITEM | 004 | STANDARD: | 29 CFR 1910.151(c) |
|---|---|---|---|
| INSTANCE | A | CORRECTION DUE DATE: | November 20, 2008 |
| DESCRIPTION: No eyewash provided in Swimming Pool Water Treatment - Chlorine Room. | | | |

| ITEM | 005 | STANDARD: | 29 CFR 1910.157(c)(1) |
|---|---|---|---|
| INSTANCE | A | CORRECTION DUE DATE: | November 20, 2008 |
| DESCRIPTION: **Fire Extinguishers:** Location Marked for ready access in Grill Kitchen. | | | |

| ITEM | 006 | STANDARD: | 29 CFR 1910.157(e)(2) |
|---|---|---|---|
| INSTANCE | A | CORRECTION DUE DATE: | November 20, 2008 |
| DESCRIPTION: No Monthly Inspection of Fire Extinguishers Performed or Documented on Tag. | | | |

| ITEM | 007 | STANDARD: | 29 CFR 1910.212(a)(1) |
|---|---|---|---|
| INSTANCE | A | CORRECTION DUE DATE: | September 18, 2008 |
| DESCRIPTION: **Machine guard:** Employees not protected from mixing blades in Hobart Mixer (Bakery). Abated: The Mixer was taken out of service and tagged out the day of the Consultation Survey. | | | |

| ITEM | 008 | STANDARD: | 29 CFR 1910.1200(h)(1) |
|---|---|---|---|
| INSTANCE | A | CORRECTION DUE DATE: | December 10, 2008 |
| DESCRIPTION: Not all employees trained on Hazard Communication (HAZCOM). | | | |

If you have any questions regarding this list of hazards which cannot be answered by your employer please contact the state Consultation program at 801-530-6855 or send an e-mail to cclements@utah.gov

Once again, the Employer Report of Actions Taken included in this report must be returned to your Consultant by the Due Date. Hence, a copy of this report will be sent by e-mail as a Microsoft Word document in order to expedite transmitting it to your Consultant.

## Attachment E

## Safety and Health Program Management

The following are the basic elements of an effective employee safety and health program.

**Management Leadership** assigns safety and health responsibility and authority to supervisors and employees and hold them accountable. It includes policy formulation; program review; and encouragement of employee involvement.

**Hazard Anticipation and Detection** identifies current and potential hazards. It includes a thorough baseline survey, to review work processes and individual potential hazards; management of change (to deal with facilities; equipment; and the physical, economic and regulatory environment); job hazard analysis (written safe operating procedures for major tasks); a self-inspection program, using checklists to determine whether facilities and equipment are hazardous, and pairing inspectors to facilitate employee training and participation and to increase the possibility that new observers will find overlooked conditions; a system for reporting hazards; accident and incident investigation; and analysis of injuries and illnesses.

**Planning and Evaluation.** Prevention consists of regular maintenance and housekeeping; emergency planning and preparation; first aid; ready access to emergency care; when required, medical surveillance; and, at the employer's option preventive healthcare (e.g., group health insurance, smoking cessation, and wellness programs). Control includes guards, enclosures, locks, protective equipment, safe work procedures (the result of job hazard analysis), and administrative placement of personnel so as to minimize hazards.

**Training provided to** personnel, from managers through supervisors to employees, about the hazards they may be exposed to, and their identification, prevention, and control. Managers and supervisors also need training in program management (e.g., enforcing rules, conducting drills). Training can demonstrate management leadership and facilitate employee involvement.

**Safety and Health Program Management.** A safe and healthful workplace depends on effective management, to involve line workers, supervisors and managers in ensuring that hazards are identified and that effective physical and administrative protections are established and maintained.

**Administration and Supervision and Employee Involvement.** State clearly a worksite policy on safe and healthful work and working conditions, so that all personnel with responsibility at and for the site understand the priority of safety and health protection in relation to other organizational values.

- Establish and communicate a goal for the safety and health program and objectives for meeting that goal, so that all members of the organization understand the results desired and the measures planned for achieving them. Goals should be clear, measurable, and achievable within a short term. If a goal cannot be achieved within a year, it should be divisible into annual or shorter objectives.
- Provide visible top management leadership in implementing the program and ensure that all workers at the site, including contract workers, are provided equally high quality safety and health protection, so that all will understand that management's commitment is serious.
- Ensure that top managers lead by example in obeying all safety rules and engaging in safe practices, written or not, such as wearing proper equipment when and where necessary, not operating equipment on which their training is not current, not using defective equipment, and maintaining good housekeeping.

- Provide for and encourage employee involvement in the structure and operation of the program and in decisions that affect their safety and health, so that they will commit their insight and energy to achieving the safety and health program's goal and objectives.
- Assign and communicate responsibility for all aspects of the program, so that managers, supervisors, and employees in all parts of the organization know what performance is expected of them.

- Provide adequate authority and resources to responsible parties, so that assigned responsibilities can be met.
- Hold managers, supervisors, and employees accountable for meeting their safety and health program responsibilities in the same manner as meeting production schedules, so that essential tasks will be performed safely.
- Review program operations at least annually to evaluate their success in meeting the goal and objectives, so that deficiencies can be identified and the program and/or the objectives can be revised when they do not meet the goal.

**Worksite Analysis to Identify Hazards and Potential Hazards**. Conduct full service worksite surveys to determine baseline conditions, so as to be able to document improvements in hazard reduction. Survey each machine, process, and work area onsite. Surveys at a minimum should be made by competent persons, and at optimum by teams of competent and affected persons. Categorize hazards as to type (chemical, electromagnetic, mechanical, or biological), frequency (during normal operation, during maintenance, or in emergencies), and severity (on a scale from life-threatening down to nuisance), given a priority for reduction or maintenance in check, and assigned to a limited service supervisor or manager for such reduction or maintenance (risk management).

- Where severity equals OSHA's definitions of imminent danger or serious hazard, responsible and affected employees should work together to find a way or ways to reduce the hazard within a limited service short time span long enough only to allow for measurements, procurement, and installation, and should consider interim protective measures when such normal delays allow significant exposure.
- Take advantage of the wide variety of sources for appropriate protective measures: manufacturers' recommendations, industry and union journals, local trade shows, industry standards, National Institute for Occupational Safety and Health (NIOSH) and OSHA documents, and library and other database document searches based on key words. Review these sources as necessary to take advantage of new or newly feasible hazard control technology.
- Update the full service site survey in whole or in part whenever new control methods become feasible or when an unplanned change in conditions occurs.
- Analyze planned and new facilities, processes, materials, and equipment, to determine whether they present any new hazards or change exposure to current hazards, and their effects on emergency planning and employee training.
- Perform routine hazard analysis of jobs and processes, whether regular, maintenance, or emergency. Base the order in which analyses are performed upon priorities determined as part of your baseline full service survey.
- Provide for regular site safety and health inspections, so that new, recurring, or previously missed hazards and failures in hazard controls are identified. Frequency and particulars or inspection will vary with equipment and physical plant component, due to manufacturers' recommendations, standard operations, or maintenance schedules, but should be planned for each machine, process, and work area onsite. Inspections at a minimum should be made by competent persons, and an optimum should be made by teams of competent and affected persons. Inspection outcomes should be certifications of the safety of equipment and certifications or revisions of standard operating procedures.
- There should be standard procedures for assigning and tracking defective equipment to repair or replacement and for assigning responsibility for and tracking the improvement of standard operating procedures.

- So that employee insight and experience in safety and health protection may be used and employee concerns addressed, provide a reliable system for employees, without fear of reprisal, to notify management personnel about conditions that appear hazardous and to receive timely and appropriate responses. Encourage the employees to use the system, through recognition or other incentives.
- Provide for investigation of accidents and "near miss" incidents, so that their causes and contributing factors, and the means for their prevention, are identified.
- Analyze injury and illness trends over time, so that patterns with common causes and contributing factors can be identified and prevented.

**Hazard Correction and Control.**  So that all current and potential hazards, however detected, are eliminated or controlled in a timely manner, establish procedures for that purpose, using the following measures:

- Engineering techniques where feasible and appropriate.
- Procedures for safe work which are understood and followed by all affected parties, as a result of training, positive reinforcement, correction of unsafe performance, and, if necessary, enforcement through a clearly communicated disciplinary system.
- Provision of personal protective equipment.
- Administrative controls, such as reducing the duration of exposure.
- Provide for facility and equipment maintenance, so that the facility is kept clean and safe and equipment is kept in good and safe operating condition.  Establish maintenance responsibilities, schedules and, on a priority based on the procedural hazards, written procedures.
- Ensure that there are written procedures for all maintenance that involves hazardous waste, such as disposal of expired batteries, used solvents, or old paint.  You should check with local authorities for any regulations that may apply to such tasks.
- Plan and prepare for emergencies, and conduct training drills as needed, so that the response of all parties to emergencies will be "second nature."  Contact your local fire department for information on participation in local disaster drills.
- Establish a medical program which uses occupational health professionals to assist in the analysis of hazards, to help design or certify as accurate your training materials on recognition and treatment of illness and injury, and to provide or supervise required medical tests and examinations.
- Provide first aid and cardiopulmonary resuscitation (CPR) onsite and physician and emergency medical care nearby, so that harm will be minimized if an injury or illness does occur.

**Safety and Health Training.**  Ensure that all employees understand the hazards to which they may be exposed, how to recognize those hazards, and how to prevent harm to themselves and others from exposure to these hazards, so that employees accept and follow established safety and health protections.  Ensure that supervisors understand their safety and health responsibilities and the reasons for them, including:

- Analyzing the work under their supervision to identify unrecognized potential hazards.
- Maintaining physical protections in their work areas.
- Reinforcing employee training on the nature of potential hazards in their work and on needed measures, through continual performance feedback and, if necessary, through enforcement of safe work practices.
- Ensure that managers understand their need to demonstrate leadership and commitment to employee safety and health, by word and by deed.

## SKY LODGE SAFETY AND HEALTH SYSTEM ASSESSMENT

1) **Hazard Anticipation and Detection:** The employer has reasonably anticipated hazards in the workplace.

2) **Hazard Prevention and Control:** The employer uses both engineering controls and Personal Protective Equipment (PPE). In addition, since this is a new business, the employer enlisted the services of UOSH Consultation to provide assistance in this regard.

3) **Planning and Evaluation:** The employer is in the process of fully developing and implementing their S & H Program. Not all employees have been trained on HAZCOM to include MSDS, but this is in progress.

4) **Administration and Supervision:** This is in progress.

5) **Safety and Health Training:** The employer provides safety and health training: however, the employer needs to formalize the training.

6) **Management Leadership:** The Human Resources Director and Engineering Director have been assigned the over arching task of ensuring safety in the workplace. In addition, managers are assigned overseeing safety and health as well.

7) **Employee Participation:** Employees were encouraged to participate in the Consultation Survey Visit. Employee participation in safety meetings and on the Safety Committee was also discussed.

## CUTTING WORKERS COMPENSATION COSTS WITH EFFECTIVE SAFETY AND HEALTH PROGRAMS

The cost of workers compensation insurance is significant to employers, especially those who have employees in hazardous job classifications. There are ways to cut the cost of workers compensation premiums. Two simple steps to cut your premiums are:
-To prevent workplace injuries.
-To manage workplace injuries that do occur.
In order to understand how these steps can save you money, it is necessary to understand how injury claims affect your premiums. The National Commission on Compensation Insurance (NCCI) determines classifications and base rates for different types of employment. Your standard premium is based on this rate and your estimated payroll dollars for the year. However, some credits or debits may apply to your premiums based on your company's injury history and claims costs. These are the experience modification factor, the safety record adjustment factor, and the schedule rating adjustment.  The experience modification factor (e-mod) is determined by NCCI for employers who pay above a certain threshold in premiums for the two most recent years. NCCI calculates the e-mod by comparing your workers compensation losses (costs) and injury history for the past three years to the average expected losses and injury history for your business classification.  For example, your e-mod for 2002 would be based on 1998, 1999 and 2000 injury history and losses. If your company's injury history is worse than average for your industry, the e-mod is greater than 1.00. If your company's injury history is better than average, the e-mod is less than 1.00. The standard premium is multiplied directly by the e-mod.  Therefore, if you have a worse than average safety record, you pay more premium. It is important to note that if you have a year in which injuries are higher than usual, it will affect your workers compensation premiums for three years.  The schedule rating adjustment is available to qualified workers compensation customers. It can also provide a discount or surcharge up to 25 percent based on your company's safety programs and risk characteristics. Factors that are considered include the existence of a written company safety program, the potential hazards of your workplace, drug-free workplace programs, Cutting Workers Compensation Costs by workplace management policies and practices, employee safety training, and injury prevention.  It is important to utilize simple steps to cut those costs and you will see the benefits of what an effective occupational safety and health system can do for your company.

# Attachment F

**OSHA LOG INJURY AND ILLNESSES REVIEW**

The following is being provided in order for the employer to compare their DART and TRC rates with employers from the same SIC Code.

| | | | |
|---|---|---|---|
| Request Number | 804370583 | Visit Number | 503898215 |
| Employer | THE SKY LODGE | Visit Date | 09/18/2008 |
| Site Location | 201 HEBER AVE Park City | | |
| Type of Visit | Initial | Scope | Limited-Both |

| SIC/NAICS 7011/721110 | Industry * (Industry rates found using SIC = 701 and NAICS = 721110) | Facility | State * (Industry rates found using SIC = 70 and NAICS = 721) |
|---|---|---|---|
| DART | 3.2 | unknown | 3.4 |
| TRC | 6.1 | unknown | 8.2 |
| Log Year | 2006 | unknown | 2005 |

DART - Days Away, Restricted or Transferred. The total injuries and illnesses that result in days away from work, restricted activity, or transferred to another job, per 100 full time employees for one year. Calculated from columns H and I on the OSHA 300 Log.

TRC - Total Recordable Cases. The total of all recordable (non-fatal) injuries and illnesses per 100 full-time employees for one year. Calculated from columns H, I, and J on the OSHA 300 Log.

Note: For Log years prior to 2002, LWDII (Lost Workday Injury / Illness rate) was used instead of DART and TRCR (Total Recordable Case Rate) was used instead of TRC

* Industry and State rates are calculated using NAICS for log years after 2002 and using SIC for log years prior to 2003

**Legend:** 0 = No; 1 = No, Needs major improvement; 2 = Yes, Needs minor improvement; 3 = Yes; NA = Not Applicable; NE = Not Evaluated
* = Stretch Items Attribute of Excellence

## Safety and Health Program Assessment
## Form 33 Attachment

### Hazard Anticipation and Detection

| | Evaluation Code |
|---|---|
| 1. A comprehensive, baseline hazard survey has been conducted within the past five (5) years. | NA |
| **Comment:** New Business < year in operation. | |
| 2. Effective safety and health self-inspections are performed regularly. | NE |
| **Comment:** Being formulated. | |
| 3. Effective surveillance of established hazard controls is conducted. | 2 |
| **Comment:** This is in progress. The Company enlisted services of Consultation to develop this area of their program. | |
| 4. An effective hazard reporting system exists. | 2 |

| | |
|---|---|
| **Comment:** *The HR Director indicated that Managers were going to be trained in this area.* | |
| 5. Change analysis is performed whenever a change in facilities, equipment, materials, or processes occurs. | NE |
| 6. Accidents are investigated for root causes. | NE |
| 7. Material Safety Data Sheets are used to reveal potential hazards associated with chemical products in the workplace. | 2 |
| 8. Effective job hazard analysis is performed. | NE |
| 9. Expert hazard analysis is performed. | 2 |
| **Comment:** *Requested assistance from UOSH Consultation, but Management needs to be trained in this area -- suggest OSHA 10 hr. for General Industry.* | |
| 10. *Incidents are investigated for root causes. | NE |

## Hazard Prevention and Control

| | Evaluation Code |
|---|---|
| 11. Feasible engineering controls are in place. | 2 |
| **Comment:** *Except for Machine guarding of Hobart Mixer in Bakery.* | |
| 12. Effective safety and health rules and work practices are in place. | 2 |
| 13. Applicable OSHA-mandated programs are effectively in place. | NE |
| **Comment:** *This will be addressed in a subsequent Visit/Consultation Request.* | |
| 14. Personal protective equipment is effectively used. | 2 |
| 15. Housekeeping is properly maintained. | 3 |
| **Comment:** *All areas of the facility that were visited were clean, well organized, and tidy par excellence.* | |
| 16. The organization is properly prepared for emergency situations. | 2 |
| **Comment:** *Discussed during visit -- employee training and drills are in progress.* | |
| 17. The organization has an effective plan for providing competent emergency medical care to employees and others present at the site. | 2 |
| 18. *Effective preventive maintenance is performed. | 3 |
| 19. An effective procedure for tracking hazard correction is in place. | NE |

## Planning and Evaluation

| | Evaluation Code |
|---|---|
| 20. Workplace injury/illness data are effectively analyzed. | 2 |
| **Comment:** *Consultant provided informal training to HR Director in this regard.* | |
| 21. Hazard incidence data are effectively analyzed. | NE |
| **Comment:** *In progress.* | |
| 22. A safety and health goal and supporting objectives exist. | 3 |
| **Comment:** *Employer requested assistance from Consultation in this regard!* | |
| 23. An action plan designed to accomplish the organizations safety and health objectives is in place. | 3 |
| **Comment:** *HR Director enlisted services of UOSH Consultation in this regard!* | |

| | |
|---|---|
| 24. A review of in-place OSHA-mandated programs is conducted at least annually. | NE |
| 25. *A review of the overall safety and health management system is conducted at least annually. | NE |

## Administration and Supervision

| | Evaluation Code |
|---|---|
| 26. Safety and health program tasks are each specifically assigned to a person or position for performance or coordination. | 2 |
| 27. Each assignment of safety and health responsibility is clearly communicated. | NE |
| 28. *An accountability mechanism is included with each assignment of safety and health responsibility. | NE |
| 29. Individuals with assigned safety and health responsibilities have the necessary knowledge, skills, and timely information to perform their duties. | 2 |

**Comment:** *This was not evaluated formally, but the information gleaned during the on site visit indicates that the Engineering Director has considerable safety experience, but not all members of management have training and experience in safety and health. Therefore, it is highly recommended that they attend an OSHA 10 Hr. training for General Industry.*

| | |
|---|---|
| 30. Individuals with assigned safety and health responsibilities have the authority to perform their duties. | NE |
| 31. Individuals with assigned safety and health responsibilities have the resources to perform their duties. | NE |

**Comment:** *The HR Director is very proactive, but this was not evaluated.*

| | |
|---|---|
| 32. Organizational policies promote the performance of safety and health responsibilities. | NE |
| 33. Organizational policies result in correction of non-performance of safety and health responsibilities. | NE |

## Safety and Health Training

| | Evaluation Code |
|---|---|
| 34. Employees receive appropriate safety and health training. | 1 |

**Comment:** *In progress.*

| | |
|---|---|
| 35. New employee orientation includes applicable safety and health information. | 1 |

**Comment:** *In progress and process of development.*

| | |
|---|---|
| 36. Supervisors receive appropriate safety and health training. | NE |
| 37. *Supervisors receive training that covers the supervisory aspects of their safety and health responsibilities. | NE |
| 38. Safety and health training is provided to managers. | NE |

**Comment:** *In progress.*

| | |
|---|---|
| 39. *Relevant safety and health aspects are integrated into management training. | NE |

## Management Leadership

| | Evaluation Code |
|---|---|
| 40. Top management policy establishes clear priority for safety and health. | NE |

| | |
|---|---|
| 41. Top management considers safety and health to be a line rather than a staff function. | NE |
| 42. *Top management provides competent safety and health staff support to line managers and supervisors. | NE |
| 43. Managers personally follow safety and health rules. | NE |
| 44. Managers delegate the authority necessary for personnel to carry out their assigned safety and health responsibilities effectively. | NE |
| 45. Managers allocate the resources needed to properly support the organizations safety and health system. | NE |
| 46. Managers assure that appropriate safety and health training is provided. | NE |
| 47. Managers support fair and effective policies that promote safety and health performance. | NE |
| 48. Top management is involved in the planning and evaluation of safety and health performance. | NE |
| 49. Top management values employee involvement and participation in safety and health issues. | NE |

## Employee Participation

| | Evaluation Code |
|---|---|
| 50. There is an effective process to involve employees in safety and health issues. | NE |
| 51. Employees are involved in organizational decision making in regard to safety and health policy. | NE |
| 52. Employees are involved in organizational decision making in regard to the allocation of safety and health resources. | NE |
| 53. Employees are involved in organizational decision making in regard to safety and health training. | NE |
| 54. Employees participate in hazard detection activities. | NE |
| 55. Employees participate in hazard prevention and control activities. | NE |
| 56. *Employees participate in the safety and health training of co-workers. | NE |
| 57. Employees participate in safety and health planning activities. | NE |
| 58. Employees participate in the evaluation of safety and health performance. | NE |

# Attachment G

The following resources were provided to the employer during the Consultation Service process:

http://cotradeco.com/pages/98-arc-flash-video-demonstrations-and-testing

## Safety and Health Web Links

Utah Labor Commission
http://www.laborcommission.utah.gov/

Utah Occupational Safety & Health
Index on left side, sample safety programs and construction CD's

UOSH required posters are under material available
http://www.laborcommission.utah.gov/UOSH/index.html

Utah Administrative Codes
http://www.rules.utah.gov/publicat/code/r614/r614.htm

OSHA
Index on right side, e-tools, standards (Gen Industry 1910 Construction 1926), index, etc
http://www.osha.gov

Home Page:  http://www.osha.gov

Select: e-Tools

- eTools, Expert Advisors, eMatrix
- Safety and Health Topics Pages
- PowerPoint Presentations

In e-Tool the menu: select Construction:

This will address Fall Protection as well as the other major hazards in Construction ("Big 4).
The OSHA Construction e-Tool relates to the Utah OSHA announcement about the "New Construction Emphasis Inspection Initiative", which mentions the Big 4:

1)   Falls from elevations (e.g., floors, platforms, roofs)

2)   Struck by (e.g., falling objects, vehicles)

3)   Caught in/between (e.g., excavation/trench cave-ins, unguarded machinery, and equipment)

4)   Electrical (e.g., overhead power lines, power tools, cords, outlets temporary wiring, wet or damp locations)

NIOSH link, exploring this you will find additional information that could be used for training such as trenching.
http://www.cdc.gov/niosh/homepage.html

OSU Environmental Safety & Health, Trenching and other safety programs
http://www.pp.okstate.edu/ehs/links/trench.htm

U of U Rocky Mountain Center for Occupational and Environmental Health
http://uuhsc.utah.edu/rmcoeh/

Utah Safety Council, Safety Videos are available for nominal rental fee for nonmembers
http://www.utahsafetycouncil.org

Oregon - There are several publications in Spanish such as Scaffold and Fall Protection that can be used for training. They are listed as Peso Programa
http://www.cbs.state.or.us/external/osha/educate/peso.html

Florida Consultation for SIC specifics written programs.
www.consultationconnection.com

MSDS Interpretations training tool
http://ptcl.chem.ox.ac.uk/MSDS/interpretingmsds.html

Large Repository of Safety and Health Resources with PPTs
http://www.usmra.com/repository/search_category.asp

Compliance Assistance - Bilingual
http://www.osha.gov/dcsp/compliance_assistance/index_hispanic.html#Compliance%20Assistance%20Resources

Compliance Assistance - Bilingual
http://www.osha.gov/dcsp/compliance_assistance/index_hispanic.html#Compliance%20Assistance%20Resources


The links above provide employee training resources on a variety of Safety and Health Topics. Utah OSHA Consultation can be contacted at: 801-530-6855 for assistance as well.


RMCOEH-Course Scheduling-Sign-Up................801-581-4055

Utah Safety Council: ......................................800) 933-5943 (801) 478-7878
E-Mail: **safety**@utahsafetycouncil.org

Websites:

Consultation Connection - Assistance developing Safety and Health Program:
https://secure.consultationconnection.com/

Federal OSHA: ..............http://www.osha.gov
UOSH: ….....................http://laborcommission.utah.gov/UOSH/index.html
Labor Commission: ........http://laborcommission.utah.gov/index.html

OSHA Recordkeeping Requirements:............................1904
Partially exempt Industries: ........................................1904 Subpart B App A

## Attachment H



This checklist is a summary of the provisions of ANSI Z358.1-2004 relating to emergency eye/face washes. Please refer to the standard for a complete listing of these provisions.

All Guardian eye/face wash units (except units with self-closing valves) are third-party certified to meet or exceed the provisions of ANSI Z358.1-2004.

Controlled, low velocity flow completely rinses eyes and face and is not injurious to user. (Section 6.1.1)

Unit must deliver at least 3.0 gallons (11.4 liters) of water per minute for 15 minutes. (Section 6.1.6, 6.4.5)

Outlet heads shall be positioned between 33" (83.8 cm) and 45" (114.3 cm) from the floor and at least 6" (15.3 cm) from the wall or nearest obstruction. (Section 6.4.4)

Use Guardian test gauge to test water flow. (6.1.7)

Protect spray heads from airborne contaminants. (Section 6.1.3)

Valve actuator shall be easy to locate and readily accessible to user. (Section 6.2)

"Hands-free" stay-open valve shall activate in one second or less. (Section 6.1.4, 6.2)

Connect unit to uninterruptible water supply delivering at least 3.0 GPM. (Section 6.4.5)

**Identification**
Identify eye/face wash with highly visible sign. Area around eye/face wash shall be well lighted. (Section 6.4.3)

**Location**
Install eye/face wash unit within 10 seconds of hazard, on the same level as hazard and with unobstructed travel path. (Section 6.4.2)

**Water Temperature**
Water delivered by eye/face wash shall be tepid (lukewarm). (Section 6.4.6)

**Training**
Instruct all employees in the location and proper use of eye/face washes. (Section 6.5.4)

**Maintenance/Inspection**
Activate eye/face wash at least weekly. (Section 6.5.2) Inspect annually for compliance with standard. (Section 6.5.5)

Interim protection of employees: Employees had been apprised about the eye wash and apprized that they must protect themselves with appropriate eyewear, and avoid using corrosives until such time that the Eyewash was adjusted. The Consultant verified the correction of this hazard during this visit.

# EXHIBIT C



GATEWAY CENTER SUITE 303
COMMON PATH OF EGRESS TRAVEL
DECEMBER 18, 2008