**The below described is SIGNED.**

**Dated: April 27, 2010**  _____
　　　　　　　　　　　　　　　　**R. KIMBALL MOSIER**
　　　　　　　　　　　　　　　　**U.S. Bankruptcy Judge**



_____

Kenneth L. Cannon II (kcannon@djplaw.com) (3705)
Steven J. McCardell (smccardell@djplaw.com) (2144)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT  84110-4050
Telephone:  (801) 415-3000/Fax:  (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com) (admitted pro hac vice)
Steven B. Eichel (seichel@crowell.com) (admitted pro hac vice)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY  10022
Telephone:  (212) 223-4000/Fax:  (212) 223-4134

Counsel for Debtors and Debtors in Possession

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | |
| EASY STREET HOLDING, LLC, *et. al*. ) | Bankruptcy Case No. 09-29905 |
| ) | Jointly Administered with Cases |
| 　　Debtors ) | 09-29907 and 09-29908 |
| ) | [This Order affects only Case No. 09-29907] |
| Address: 　201 Heber Avenue ) | |
| 　　　　　　Park City, UT 84060 ) | |
| ) | Chapter 11 |
| Tax ID Numbers: ) | |
| 35-2183713 (Easy Street Holding, LLC), ) | Honorable R. Kimball Mosier |
| 20-4502979 (Easy Street Partners, LLC), and ) | |
| 84-1685764 (Easy Street Mezzanine, LLC) ) | **[FILED ELECTRONICALLY]** |
| ) | |

**ORDER GRANTING EASY STREET PARTNERS, LLC'S FIRST
OMNIBUS OBJECTION AS TO DUPLICATE CLAIMS AND DISALLOWING
CLAIM NOS. 6, 32, 34, ~~AND 140~~ AND CONTINUING HEARING ON
<u>FIRST OMNIBUS OBJECTION AS TO UNTIMELY FILED CLAIMS</u>**

SLC_589569.1

**Filed: 04/15/10**

Easy Street Partners, LLC's ("Partners") First Omnibus Objection filed March 1, 2010 (the "First Omnibus Objection"), to (A) Duplicate Claims (the "Duplicate Claims") and (B) Untimely Claims ("Untimely Claims") (the "First Omnibus Objection"), came on for hearing on April 14, 2010. Appearances were made as noted on the record for the hearing. Having reviewed the First Omnibus Objection as to Duplicate Claims, noting that no responses were filed thereto by parties asserting Duplicate Claims, having considered the argument of counsel, finding that notice is sufficient as to the Duplicate Claims, having made its findings and conclusions of law on the record, which findings and conclusions are incorporated herein by this reference, and good cause appearing therefor, hereby

ORDERS:

1. The First Omnibus Objection is granted as to the Duplicate Claims.

2. Claim no. 32, filed by CloudNine Resorts-Sky Lodge Development, LLC in an amount of not less than $1,641,013.06 is disallowed as a duplicate claim. Claim no. 34, filed by CloudNine Resorts-Sky Lodge Management, LLC in an amount of not less than $366,631.39 is disallowed as a duplicate claim. Claim no. 6 filed by Luxury Residence Group in the amount of $74,721.00 (although incorrectly listed in the Claims Register in the amount of $741,721.00) is disallowed as a duplicate claim.

3. Partners shall set a continued hearing and renotice the First Omnibus Objection as to the Untimely Filed Claims.

-------------------------------------------------END OF ORDER----------------------------------------

## CLERK'S CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Order Granting Easy Street Partners, LLC's First Omnibus Objection to Duplicate Claims and Disallowing Claim Nos. 6, 32, and 34, and Continuing Hearing on Objection as to Untimely Filed Claims was served via the Bankruptcy Noticing Center and/or by first class mail to each party listed below.

Kenneth L. Cannon II
Steven J. McCardell
Durham Jones & Pinegar, P.C.
P O Box 4050
Salt Lake City, UT 84110-4050

John T. Morgan
Office of the United States Trustee
405 South Main Street, Suite 300
Salt Lake City, UT 84111

Lon A. Jenkins
Jones Waldo Holbrook & McDonough
170 South Main Street, Suite 1500
Salt Lake City, UT 84101

Annette W. Jarvis
Peggy Hunt
Dorsey & Whitney LLP
136 South Main Street, Suite 1000
Salt Lake City, UT 84101-1685

Richard W. Havel
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013-1010

CloudNine Resorts-Sky Lodge
Development, LLC
Kim R. Wilson
Snow, Christensen & Martineau
PO BOX 45000
Salt Lake City, UT 84145

CloudNine-SL Development LLC
William Shoaf
4780 Winchester Court
Park City, UT 84098

CloudNine Resorts-Sky Lodge
Management, LLC
Kim R. Wilson
Snow, Christensen & Martineau
PO BOX 45000
Salt Lake City, UT 84145

CloudNine-SL Development LLC
William Shoaf
4780 Winchester Court
Park City, UT 84098

Luxury Residence Group
c/o Carrie Shoaf
PO Box 1225
693 Main Street
Park City, UT 84060

Luxury Residence Group
c/o Carrie Shoaf
4780 Winchester Court
Park City, UT 84060

_____

SLC_589569.1