Jeffrey W. Shields (USB #2948)
Lon A. Jenkins (USB #4060)
Troy J. Aramburu (USB #10444)
**JONES WALDO HOLBROOK & McDONOUGH, PC**
170 South Main Street, Suite 1500
Salt Lake City, Utah  84101
Telephone:  (801) 521-3200

*Counsel to Unsecured Creditors' Committee*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| | | |
|---|---|---|
| In re: | : | Bankruptcy No. 09-29905 |
| | : | |
| **EASY STREET HOLDING, LLC et al.,**[1] | : | (Jointly Administered with Cases 09-29907 and 09-29908) |
| Debtors. | : | |
| | : | Chapter 11 |
| | : | |
| | : | Honorable R. Kimball Mosier |
| | : | |

**FIFTH PROFESSIONAL FEE REQUEST FOR JONES WALDO HOLBROOK & MCDONOUGH, PC, COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR THE PERIOD MARCH 1, 2010 THROUGH AND INCLUDING MARCH 31, 2010.**

The Official Committee of Unsecured Creditors (the "**Committee**") for the above captioned debtors and debtors in possession (collectively the "**Debtors**"), by its counsel, Jones Waldo Holbrook & McDonough, PC, ("**Jones Waldo**") pursuant to the Court's Order entered December 15, 2009 establishing monthly fee and expense reimbursement procedures ("**Interim Payment Order**") hereby submits its fifth fee request (the "**Fee Request**") for the period of March 1, 2010 through and including March 31, 2010 (the "**Fee Period**").

---

[1]    The Debtor entities are Easy Street Holding, LLC, Easy Street Partners, LLC, and Easy Street Mezzanine, LLC.

Jones Waldo professionals have recorded their time spent in performing services, as shown in the attached Exhibit "A," into the following matters:

| Matter No. | Matter Name |
|---|---|
| 0001 | Asset Analysis and Recovery |
| 0002 | Asset Disposition |
| 0003 | Case Administration |
| 0004 | Claims Administration & Objections |
| 0005 | Fee/Employment Applicants |
| 0006 | Fee/Employment Objections |
| 0007 | Financing/Cash Collateral |
| 0008 | Litigation |
| 0009 | Plan and Disclosure Statement |
| 0010 | Lien/Security Interest Investigation |
| 0011 | BayNorth Litigation |
| 0012 | WestLB Litigation |

Pursuant to the Interim Payment Order, professionals employed by Order of the Court to represent the Debtor or the Official Committee of Unsecured Creditors are authorized to request from the Debtor payment for services rendered and expenses incurred during the fee period equal to eighty percent (80%) of the fees sought and one hundred percent (100%) of the expenses incurred during the Fee Period. Jones Waldo's fees and expenses are as follows:

| Month | Hours | Fees | 80% of Fees | Expenses | Total (80% of Fees and 100% of expenses) |
|---|---|---|---|---|---|
| March | 60.25 | $17,170.00 | $13,736.00 | $196.08 | $13,932.08 |

Attached as Exhibit "A" are detailed statements for which payment is being sought. Statements may be redacted, to the extent necessary, to exclude, privileged, work product, litigation strategy and confidential information. Each statement includes the total time expended,

2

929413.1

identity of professional providing services, hourly billing rate, and detailed description of services rendered.

Pursuant to Interim Fee Order, parties must file objections to the Fee Request within ten (10) days from the date it is received. Any objection must have a description of the specific subject matter and services in dispute and state the amount in dispute. It is not sufficient to simply object to all fees and expenses. Fees and expense not objected to will be paid by the Debtors or, if the total of 80% of fees and 100% of expenses of estate professionals exceeds $125,000 per month, the fees and expenses will be pro-rated among fees and expenses of estate professionals for that month which are not objected to.

DATED this 27th day of April, 2010.

JONES WALDO HOLBROOK &
McDONOUGH, PC

/s/ Lon A. Jenkins
Jeffery W. Shields
Lon A. Jenkins
Troy J. Aramburu

*Counsel to Unsecured Creditors' Committee*

929413.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of April, 2010 I caused a true and correct copy of

the foregoing *Fifth Professional Fee Request for Jones Waldo Holbrook & McDonough, PC,*

*Counsel for the Official Committee of Unsecured Creditors, for the Period March 1, 2010*

*Through and Including March 31, 2010* to be served in the manner indicated below.

ECF Notification:

- Kenneth L. Cannon   kcannon@djplaw.com, khughes@djplaw.com
- Scott A. Cummings   cummings.scott@dorsey.com
- Mary Margaret Hunt   hunt.peggy@dorsey.com, wardle.gay@dorsey.com
- Annette W. Jarvis   jarvis.annette@dorsey.com, smith.ron@dorsey.com;slc.lit@dorsey.com;brown.patricia@dorsey.com
- Michael R. Johnson   mjohnson@rqn.com, agale@rqn.com
- Anthony C. Kaye   kaye@ballardspahr.com
- Benjamin J. Kotter   kotter.benjamin@dorsey.com
- Adelaide Maudsley   maudsley@chapman.com, jemery@chapman.com
- Steven J. McCardell   smccardell@djplaw.com, khughes@djplaw.com
- John T. Morgan tr   john.t.morgan@usdoj.gov, james.gee@usdoj.gov
- David W. Overholt   doverholt@rsolaw.com, abachman@rsolaw.com
- Jessica G Peterson   jpeterson@djplaw.com
- Knute Rife   karife@rifelegal.com
- Jeffrey L. Shields   jlshields@cnmlaw.com, njpotter@cnmlaw.com
- United States Trustee   USTPRegion19.SK.ECF@usdoj.gov

And via first class mail, postage prepaid upon the following:

Appraisal Group, Inc.
Attn: Paul W. Throndsen, MAI
7396 S Union Park Avenue, #301
Midvale, UT 84047

Michael V. Blumenthal
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022

BDRC 4 Site, LLC
Attn: Bryan W. Dorsey
305 NE Loop 820, Ste 109
Hurst, TX 76053

Steven B. Eichel
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022

929413.1

Anthony S. Fiotto
Goodwin Procter LLP
Exchange Place
Boston, MA 02109

Gemstone Hotels & Resorts, LLC
Attn: Jeff McIntyre, Principal
1912 Sidewinder Drive, #104
Park City, UT 84060

Corbin B. Gordon
345 West 600 South, Suite 108
Heber City, UT 84032

Brian W. Harvey
Goodwin Procter LLP
The New York Time Building
620 Eighth Avenue
New, NY 10018-1405

Ambica Mohabir
Goodwin Procter LLP
Exchange Place
Boston, MA 02109

WestLB, AG
1211 Ave. of the Americas, 24th
Floor
New York, NY 10036-8705

Easy Street Holding, LLC
4780 Winchester Court
Park City, UT 84098

Easy Street Partners, LLC
4780 Winchester Court
Park City, UT 84098

Easy Street Mezzanine, LLC
4780 Winchester Court
Park City, UT 84098

Joseph E. Wrona
WRONA LAW OFFICES, P.C.
1745 Sidewinder Drive
Park City, UT 84060

Bruce J. Zabarauskas
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022

/s/ Rebecca Huot

929413.1

# EXHIBIT A

# JONES, WALDO, HOLBROOK & McDONOUGH
### A Professional Corporation

## ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe

,

April 27, 2010
Invoice:  1488473

22414.0003
Case Administration

## STATEMENT OF ACCOUNT

**Prior Activity**

| | | |
|---|---|---:|
| Previous Balance Due as of March 15, 2010 | | $ 7,690.14 |
| 04/14/10 | Cash Receipt | -66.64 |
| **Total Past Due Balance** (If payment has been sent, disregard this balance) | | **$ 7,623.50** |

**Current Activity**

| | |
|---|---:|
| Current Fees | 3,641.00 |
| Current Expenses | 47.94 |
| **Total Current Balance Due for Invoice 1488473** | **$ 3,688.94** |

| | |
|---|---:|
| **Total Due** (For Past Due Activity and Current Activity) | **$ 11,312.44** |

22414.0003                                                                                                April 27, 2010
Case Administration                                                                                       Invoice No.:1488473

Fee for legal services rendered in caption from date of last bill to and including March 31, 2010.

| | | | Fee Detail | |
|---|---|---|---|

| Date | Atty | Hours | Description |
|---|---|---|---|
| 03/03/10 | LAJ | 0.30 | Draft update email to C. Elliott. |
| 03/03/10 | LAJ | 0.20 | Email exchange with T. Shaner re Committee meeting schedule. |
| 03/04/10 | LAJ | 0.20 | Email exchanges with C. Elliott re Committee action. |
| 03/05/10 | LAJ | 0.80 | Draft Minutes of 2/22/10 meeting. |
| 03/08/10 | LAJ | 0.30 | Emails to Committee Members and Jeff Shields re scheduling Committee meeting and discuss developments. |
| 03/12/10 | JYS | 1.25 | Committee conference call. |
| 03/12/10 | LAJ | 1.30 | Attend Committee Meeting; conduct same. |
| 03/12/10 | LAJ | 0.40 | Conferences with Jeff Shields re tasks as follow-up to Committee directive. |
| 03/15/10 | LAJ | 0.20 | Email R. Havel, A. Jarvis re changes in status of case. |
| 03/16/10 | LAJ | 0.40 | Review DIP monthly reports filed 3/15/10. |
| 03/17/10 | LAJ | 0.30 | Review Amended Notice of Confirmation; email Committee re same; email C. Elliott re meeting. |
| 03/18/10 | LAJ | 0.30 | Emails with C. Elliott, Members re Committee meeting and topics. |
| 03/19/10 | LAJ | 0.20 | Emails with Committee re continued meeting. |
| 03/22/10 | LAJ | 0.30 | Review ECF notifications. |
| 03/24/10 | LAJ | 0.20 | Draft notice of 3/26 Committee meeting; email same. |
| 03/24/10 | LAJ | 0.80 | Draft Minutes from 3/12/10 Committee Meeting. |
| 03/25/10 | LAJ | 0.30 | Draft Agenda for 3/26 meeting; email to Members. |
| 03/25/10 | LAJ | 0.20 | Conference with Sherry Glendening re docketing. |
| 03/26/10 | JYS | 1.20 | Participate in Committee conference call. |
| 03/26/10 | LAJ | 0.50 | Review pleadings, notes; outline discussion topics for Committee meeting. |
| 03/26/10 | LAJ | 0.90 | Conduct Committee meeting. |
| 03/31/10 | LAJ | 0.80 | Draft Minutes. |

**Total Hours**          **11.35**

| | | | Fee Summary | |
|---|---|---|---|

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Shields, Jeffery | $ 360.00 | 2.45 | $ 882.00 |
| Jenkins, Lon A | 310.00 | 8.90 | 2,759.00 |
| **Total Hours and Fees:** | | **11.35** | **$ 3,641.00** |

| | | | Expenses | |
|---|---|---|---|

22414.0003
Case Administration

April 27, 2010
Invoice No.:1488473

| Date | Description | Amount |
|------|-------------|--------|
| | Long Distance Telephone Charges | 38.79 |
| | Postage | 9.15 |
| **Disbursements Total** | | **$ 47.94** |

# JONES, WALDO, HOLBROOK & McDONOUGH
### A Professional Corporation

## ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe

,

April 27, 2010
Invoice: 1488474

22414.0004
Claims Administration & Objections

## STATEMENT OF ACCOUNT

**Prior Activity**

| | |
|---|---:|
| Previous Balance Due as of March 19, 2010 | $ 849.00 |
| 04/14/10        Cash Receipt | -124.00 |
| **Total Past Due Balance** (If payment has been sent, disregard this balance) | **$ 725.00** |

**Current Activity**

| | |
|---|---:|
| Current Fees | 907.00 |
| Current Expenses | 0.00 |
| **Total Current Balance Due for Invoice 1488474** | **$ 907.00** |

| | |
|---|---:|
| **Total Due** (For Past Due Activity and Current Activity) | **$ 1,632.00** |

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

22414.0004
Claims Administration &
Objections

April 27, 2010
Invoice No.:1488474

Fee for legal services rendered in caption from date of last bill to and including March 31, 2010.

## Fee Detail

| Date | Atty | Hours | Description |
|------|------|-------|-------------|
| 03/02/10 | LAJ | 1.30 | Read Claim Objections filed by Debtor, Motion to set value of assets. |
| 03/02/10 | SDG | 0.30 | Cursory review of Debtor's Ex Parte Motion for Leave to File Omnibus Objection to and Motion to Allow Homeowners Claims reduced amount. |
| 03/02/10 | SDG | 0.20 | Cursory review of Response to Objection to proof of interest filed by BayNorth. |
| 03/02/10 | SDG | 0.70 | Review Debtor's objections to claims; calendar and docket hearing and deadline for response. |
| 03/10/10 | LAJ | 0.50 | Read pleadings for hearing on Debtor's objection to Bay North proof of interest. |
| 03/11/10 | LAJ | 0.70 | Hearing on claim objection. |

**Total Hours**     **3.70**

## Fee Summary

| Attorney | Rate | Hours | Amount |
|----------|------|-------|--------|
| Jenkins, Lon A | $ 310.00 | 2.50 | $ 775.00 |
| Glendening, Sherry D | 110.00 | 1.20 | 132.00 |
| **Total Hours and Fees:** | | **3.70** | **$ 907.00** |

# JONES, WALDO, HOLBROOK & MCDONOUGH
A Professional Corporation

ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe

,

April 27, 2010
Invoice:  1488475

22414.0005
Fee / Employment Applicants

## STATEMENT OF ACCOUNT

**Prior Activity**

| | |
|---|---:|
| Previous Balance Due as of March 15, 2010 | $ 12,021.00 |
| 04/14/10            Cash Receipt | -4,594.00 |
| **Total Past Due Balance** (If payment has been sent, disregard this balance) | **$ 7,427.00** |

**Current Activity**

| | |
|---|---:|
| Current Fees | 3,140.00 |
| Current Expenses | 0.00 |
| **Total Current Balance Due for Invoice 1488475** | **$ 3,140.00** |

| | |
|---|---:|
| **Total Due** (For Past Due Activity and Current Activity) | **$ 10,567.00** |

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

22414.0005
Fee / Employment Applicants

April 27, 2010
Invoice No.:1488475

Fee for legal services rendered in caption from date of last bill to and including March 31, 2010.

## Fee Detail

| Date | Atty | Hours | Description |
|------|------|-------|-------------|
| 03/03/10 | LAJ | 1.00 | Review professionals' fee applications. |
| 03/04/10 | LAJ | 1.80 | Review fee applications. |
| 03/05/10 | SDG | 2.20 | Research re Fee Application protocols, review various fee applications and conference with L. Jenkins re same. |
| 03/08/10 | SDG | 0.50 | Review fee application of Crowell & Moring re hourly rates; conference with L. Jenkins re same. |
| 03/09/10 | LAJ | 0.60 | Invoice review for 4th request. |
| 03/09/10 | SDG | 0.20 | Filed Certificate of Service re Objection to fee application. |
| 03/12/10 | LAJ | 0.20 | Review Wrona 4th fee request. |
| 03/16/10 | LAJ | 0.30 | Prepare for fee application hearings. |
| 03/16/10 | LAJ | 0.70 | Attend fee application hearings. |
| 03/18/10 | LAJ | 0.20 | Review orders on Debtors' professional's fee applications. |
| 03/18/10 | LAJ | 0.30 | Review, edit order on Jones Waldo fee application; conference with Sherry Glendening re same. |
| 03/18/10 | LAJ | 0.80 | Review, edit February invoices for fee submission. |
| 03/22/10 | LAJ | 1.00 | Review, edit revised invoices for filing with monthly fee submission. |
| 03/23/10 | LAJ | 1.00 | Attend to final review of February fee submission; draft same. |
| 03/24/10 | LAJ | 0.50 | Review fee submissions for estate professionals. |
| 03/25/10 | LAJ | 0.40 | Review Durham Jones 4th fee request. |
| 03/30/10 | LAJ | 0.30 | Review orders re professional compensation. |

**Total Hours**   **12.00**

## Fee Summary

| Attorney | Rate | Hours | Amount |
|----------|------|-------|--------|
| Jenkins, Lon A | $ 310.00 | 9.10 | $ 2,821.00 |
| Glendening, Sherry D | 110.00 | 2.90 | 319.00 |
| **Total Hours and Fees:** | | **12.00** | **$ 3,140.00** |

# JONES, WALDO, HOLBROOK & McDONOUGH
A Professional Corporation

ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe
,

April 27, 2010
Invoice: 1488476

22414.0006
Fee / Employment Objections

## STATEMENT OF ACCOUNT

**Prior Activity**

| | |
|---|---:|
| Previous Balance Due as of March 15, 2010 | $ 1,096.60 |
| 04/14/10        Cash Receipt | -93.60 |
| **Total Past Due Balance** (If payment has been sent, disregard this balance) | **$ 1,003.00** |

**Current Activity**

| | |
|---|---:|
| Current Fees | 4,383.00 |
| Current Expenses | 0.00 |
| **Total Current Balance Due for Invoice 1488476** | **$ 4,383.00** |

| | |
|---|---:|
| **Total Due** (For Past Due Activity and Current Activity) | **$ 5,386.00** |

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

Fee for legal services rendered in caption from date of last bill to and including March 31, 2010.

## Fee Detail

| Date | Atty | Hours | Description |
|------|------|-------|-------------|
| 03/04/10 | LAJ | 1.30 | Read, analyze fee objection precedents. |
| 03/05/10 | LAJ | 2.60 | Review Debtors' professionals' fee applications with attached invoices for possible objections. |
| 03/08/10 | BQW | 1.00 | Research re District of Utah cases re standard for reasonableness of attorneys fees incurred in representation of a debtor. |
| 03/08/10 | LAJ | 1.70 | Read cases from B. Worthen re standards for professional compensation in Utah. |
| 03/08/10 | LAJ | 0.90 | Draft Objection to C&M fee application. |
| 03/08/10 | LAJ | 1.00 | Draft Objection to Crowell fee application. |
| 03/08/10 | LAJ | 0.70 | Draft Objection to Crowell fee application. |
| 03/08/10 | LAJ | 0.40 | Conferences with Sherry Glendening re determining C&M fee amounts for specific tasks. |
| 03/08/10 | LAJ | 0.90 | Finalize for filing Objection to Crowell fee application. |
| 03/08/10 | SDG | 0.50 | Conference with L. Jenkins; finalize and file Objection to fees of Crowell & Moring, cause same to be served. |
| 03/08/10 | SDG | 0.60 | Assist L. Jenkins with preparation of Objection to Fee Application. |
| 03/08/10 | SDG | 0.50 | Assist L. Jenkins with fee application objection |
| 03/09/10 | LAJ | 0.60 | Finalize fee application objection. |
| 03/09/10 | LAJ | 0.30 | Read West LB objection to fees. |
| 03/09/10 | LAJ | 0.30 | Conference with Sherry Glendening and review Certificate of Sevice on fee objection to ensure proper service. |
| 03/09/10 | LAJ | 0.20 | Email exchange with M. Blumenthal re our objection to C&M's fees. |
| 03/09/10 | LAJ | 0.20 | Email exchange with Jeff Shields re strategy re fee objection. |
| 03/09/10 | SDG | 0.40 | Draft Certificate of Service on Objection to Fee Application. |
| 03/10/10 | LAJ | 0.20 | Email exchanges with M. Blumenthal re fee application objection. |
| 03/12/10 | LAJ | 0.20 | Telephone conference with C. Elliott re objections to fee applications. |
| 03/12/10 | LAJ | 0.30 | Telephone conferences with M. Blumenthal re Committee objection to C&M fee application. |
| 03/15/10 | LAJ | 0.40 | Telephone conference with M. Blumenthal re negotiation of reductions to Crowell fee application. |
| 03/15/10 | LAJ | 0.60 | Review, analyze C&M fee application for settlement proposal on reductions; calculate same. |

**Total Hours**     **15.80**

## Fee Summary

| Attorney | Rate | Hours | Amount |
|----------|------|-------|--------|
| Jenkins, Lon A | $ 310.00 | 12.80 | $ 3,968.00 |
| Worthen, Brock | 195.00 | 1.00 | 195.00 |
| Glendening, Sherry D | 110.00 | 2.00 | 220.00 |
| **Total Hours and Fees:** | | **15.80** | **$ 4,383.00** |

22414.0006
Fee / Employment Objections

April 27, 2010
Invoice No.:1488476

# JONES, WALDO, HOLBROOK & McDONOUGH
### A Professional Corporation

## ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe

,

April 27, 2010
Invoice: 1488477

22414.0009
Plan & Disclosure Statement

## STATEMENT OF ACCOUNT

**Prior Activity**

| | |
|---|---:|
| Previous Balance Due as of March 15, 2010 | $ 24,942.14 |
| 04/14/10          Cash Receipt | -17.64 |
| **Total Past Due Balance** (If payment has been sent, disregard this balance) | **$ 24,924.50** |

**Current Activity**

| | |
|---|---:|
| Current Fees | 3,952.00 |
| Current Expenses | 148.14 |
| **Total Current Balance Due for Invoice 1488477** | **$ 4,100.14** |

| | |
|---|---:|
| **Total Due** (For Past Due Activity and Current Activity) | **$ 29,024.64** |

April 27, 2010
Invoice No.:1488477

Fee for legal services rendered in caption from date of last bill to and including March 31, 2010.

## Fee Detail

| Date | Atty | Hours | Description |
|------|------|-------|-------------|
| 03/01/10 | LAJ | 0.40 | Evaluate settlement scenarios. |
| 03/01/10 | SDG | 0.60 | Review order approving amended disclosure statement and setting forth deadline with respect to confirmation of plan; calendar and docket same. |
| 03/02/10 | JYS | 1.50 | Review several inbound pleadings including Disclosure Statement, Bay North objections, claim objections, omnibus orders. |
| 03/02/10 | LAJ | 0.20 | Telephone conference with K. Cannon re ballot error. |
| 03/02/10 | LAJ | 0.30 | Email to Committee re balloting error. |
| 03/02/10 | SDG | 0.30 | Review of Motion for entry of Order determining value of Sky Lodge; calendar and docket deadline for response and hearing. |
| 03/03/10 | LAJ | 0.20 | Telephone conference with C. Elliott re balloting. |
| 03/04/10 | LAJ | 0.20 | Review West LB discovery notices. |
| 03/04/10 | SDG | 0.30 | Calendar and docket deadline re Subpoena issued to Strategic Capital Partners, Deposition of Kim Sallengier and Easy Street Partners. |
| 03/08/10 | LAJ | 0.20 | Emails with S. Brown, C. Elliott re developments regarding plan fund. |
| 03/08/10 | LAJ | 0.20 | Read West LB reservation of rights. |
| 03/08/10 | LAJ | 0.30 | Telephone conference with M. Blumenthal re report on plan fund issues, developments. |
| 03/08/10 | SDG | 0.40 | Calendar and docket Debtors Notice of Hearing on Easy Street Partners Motion to Extend Exclusive Period. |
| 03/09/10 | LAJ | 0.90 | Analyze lawsuit, plan re strategy for plan objection. |
| 03/09/10 | LAJ | 0.20 | Email exchange with C. Elliott re plan developments. |
| 03/10/10 | LAJ | 0.30 | Review notices of continued depositions. |
| 03/11/10 | SDG | 0.30 | Review Notice of extended deadline for Easy Street Partners to respond to request for documents, calendar and docket same. |
| 03/12/10 | LAJ | 0.20 | Emails with M. Blumenthal re plan funder issues. |
| 03/12/10 | LAJ | 0.60 | Analyze plan options re plan funder uncertainty. |
| 03/15/10 | LAJ | 0.30 | Draft lengthy email to Committee Members re status of confirmation proceedings - delayed. |
| 03/15/10 | LAJ | 0.30 | Draft lengthy email to Jeff Shields re issues for consideration re plan confirmation issues. |
| 03/15/10 | LAJ | 0.20 | Telephone conference with M. Blumenthal re status of plan funder. |
| 03/16/10 | LAJ | 0.20 | Conference with KLC re confirmation heaing schedule. |
| 03/24/10 | LAJ | 0.50 | Telephone conference with M. Blumenthal re developments related to plan funder and related issues. |
| 03/26/10 | JYS | 0.20 | Review inbound orders relating to exclusivity extensions for Mezzaninne and Holdings. |
| 03/26/10 | LAJ | 0.80 | Read pleadings re appraisals, claim estimation, extension of exclusion periods. |
| 03/29/10 | LAJ | 0.20 | Telephone conference with K. Cannon re valuation hearing tomorrow. |
| 03/30/10 | LAJ | 0.50 | Read pleadings for hearings today. |
| 03/30/10 | LAJ | 0.90 | To court, attend various hearings: (1) valuation; (2) homeowners' claim estimation; (3) extension of exclusive period; return from court. |
| 03/31/10 | LAJ | 0.30 | Review Debtors' pleadings filed re new appraisal. |
| 03/31/10 | LAJ | 0.20 | Emails with M. Blumenthal re LOI from plan funder. |
| 03/31/10 | LAJ | 1.30 | Analyze plan options, litigation options in view of possible plan funding issues. |
| 03/31/10 | LAJ | 0.20 | Email exchange with R. Havel re plan issues. |

22414.0009
Plan & Disclosure Statement

April 27, 2010
Invoice No.:1488477

## Fee Detail

| Date | Atty | Hours | Description |
|------|------|-------|-------------|
| **Total Hours** | | **13.70** | |

## Fee Summary

| Attorney | Rate | Hours | Amount |
|----------|------|-------|--------|
| Shields, Jeffery | $ 360.00 | 1.70 | $ 612.00 |
| Jenkins, Lon A | 310.00 | 10.10 | 3,131.00 |
| Glendening, Sherry D | 110.00 | 1.90 | 209.00 |
| **Total Hours and Fees:** | | **13.70** | **$ 3,952.00** |

## Expenses

| Date | Description | Amount |
|------|-------------|--------|
| | Long Distance Telephone Charges | 50.42 |
| | In house photo copies - 482 pages @ 0.20 | 96.40 |
| | Postage | 1.32 |
| **Disbursements Total** | | **$ 148.14** |

JONES, WALDO, HOLBROOK & McDONOUGH
A Professional Corporation

ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe

,

April 27, 2010
Invoice: 1488478

22414.0011
Bay North Litigation

### STATEMENT OF ACCOUNT

**Prior Activity**

| | |
|---|---:|
| Previous Balance Due as of February 15, 2010 | $ 2,541.00 |
| **Total Past Due Balance** (If payment has been sent, disregard this balance) | **$ 2,541.00** |

**Current Activity**

| | |
|---|---:|
| Current Fees | 186.00 |
| Current Expenses | 0.00 |
| **Total Current Balance Due for Invoice 1488478** | **$ 186.00** |

| | |
|---|---:|
| **Total Due** (For Past Due Activity and Current Activity) | **$ 2,727.00** |

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

22414.0011                                                                    April 27, 2010
Bay North Litigation                                                          Invoice No.:1488478

Fee for legal services rendered in caption from date of last bill to and including March 31, 2010.

| Date | Atty | Hours | Description |
|---|---|---|---|
| **Fee Detail** | | | |
| 03/01/10 | LAJ | 0.10 | Email K. Cannon re deposition of Bay North. |
| 03/03/10 | LAJ | 0.50 | Review documents re Bay North deposition. |
| **Total Hours** | | **0.60** | |

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| **Fee Summary** | | | |
| Jenkins, Lon A | $ 310.00 | 0.60 | $ 186.00 |
| **Total Hours and Fees:** | | **0.60** | **$ 186.00** |

# JONES, WALDO, HOLBROOK & McDONOUGH
A Professional Corporation

ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe
,

April 27, 2010
Invoice: 1488479

22414.0012
WestLB Litigation

## STATEMENT OF ACCOUNT

**Prior Activity**

| | |
|---|---|
| Previous Balance Due as of March 15, 2010 | $ 10,467.00 |
| **Total Past Due Balance** (If payment has been sent, disregard this balance) | **$ 10,467.00** |

**Current Activity**

| | |
|---|---|
| Current Fees | 961.00 |
| Current Expenses | 0.00 |
| **Total Current Balance Due for Invoice 1488479** | **$ 961.00** |

| | |
|---|---|
| **Total Due** (For Past Due Activity and Current Activity) | **$ 11,428.00** |

22414.0012                                                                    April 27, 2010
WestLB Litigation                                                          Invoice No.:1488479

Fee for legal services rendered in caption from date of last bill to and including March 31, 2010.

| Date | Atty | Hours | Description |
|------|------|-------|-------------|
| 03/03/10 | LAJ | 0.40 | Analyze issues re requiring answer/response from West LB. |
| 03/05/10 | LAJ | 0.50 | Draft notice to West LB re answer to Complaint. |
| 03/10/10 | LAJ | 0.40 | Revise correspondence to R. Havel. |
| 03/12/10 | LAJ | 0.20 | Conferences with KR and finalize West LB demand. |
| 03/24/10 | LAJ | 0.80 | Review complaint, caselaw; analyze plan treatments to prepare for meeting with West LB. |
| 03/24/10 | LAJ | 0.60 | Conference with A. Jarvis re discussion of Committee v. West LB litigation. |
| 03/26/10 | LAJ | 0.20 | Review correspondence from Sidley & Austin. |

**Total Hours**     **3.10**

**Fee Summary**

| Attorney | Rate | Hours | Amount |
|----------|------|-------|--------|
| Jenkins, Lon A | $ 310.00 | 3.10 | $ 961.00 |
| **Total Hours and Fees:** | | **3.10** | **$ 961.00** |