Kenneth L. Cannon II (kcannon@djplaw.com) (3705)
Steven J. McCardell (smccardell@djplaw.com) (2144)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, UT  84110-4050
Telephone:  (801) 415-3000/Fax:  (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com) (admitted pro hac vice)
Steven B. Eichel (seichel@crowell.com) (admitted pro hac vice)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY  10022
Telephone:  (212) 223-4000/Fax:  (212) 223-4134

Counsel for Debtors and Debtors in Possession

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: | |
| | |
| EASY STREET HOLDING, LLC, *et al.*, | Bankruptcy Case No. 09-29905 |
| | Jointly Administered with Cases |
| | 09-29907 and 09-29908 |
| | |
| Address:  201 Heber Avenue | Chapter 11 |
| Park City, UT 84060 | |
| | Honorable R. Kimball Mosier |
| Tax ID Numbers: | |
| 35-2183713 (Easy Street Holding, LLC), | |
| 20-4502979 (Easy Street Partners, LLC), and | **[FILED ELECTRONICALLY]** |
| 84-1685764 (Easy Street Mezzanine, LLC) | |
| | |

## DURHAM JONES & PINEGAR'S FIFTH PROFESSIONAL FEE REQUEST FOR THE PERIOD MARCH 1, 2010 THROUGH MARCH 31, 2010

Durham Jones & Pinegar ("DJP"), co-counsel for Easy Street Partners, LLC ("Partners"),

Easy Street Mezzanine, LLC ("Mezzanine"), and Easy Street Holding, LLC ("Holding"), debtors

and debtors in possession in the above-captioned cases (collectively, the "Debtors"), pursuant to

the Court's Order entered December 15, 2009 Approving Motion and Establishing Monthly Fee

and Expense Reimbursement Procedures (the "Interim Payment Order") hereby submits its fifth

professional fee request (the "Fee Request"), for the period from March 1, 2010, through

March 31, 2010 (the "Fee Period").

Pursuant to the Interim Payment Order, professionals employed pursuant to Order of the

Court to represent the Debtors or the Official Committee of Unsecured Creditors (the

"Committee") are authorized to request from the Debtors payment of 80% of their fees and

100% of their expenses on a monthly basis.  DJP's professional fees for the Fee Period are as

follows:

| MONTH | HOURS | FEES | 80% OF FEES | EXPENSES | TOTALS (80% FEES AND 100% EXPENSES) |
|-------|-------|------|-------------|----------|-------------------------------------|
| **March** | 92.30 | $31,700.50[1] | $25,360.40 | $4,381.45 | $29,741.85 |

Attached are detailed statements of services for which payment is sought, redacted to

exclude privileged, work product, and confidential information, and expenses incurred, on a

monthly and on a matter basis.  Each statement includes total time expended, identity of

professionals providing services, hourly billing rates, and a detailed listing of time.

DJP understands that other professionals providing services to the Debtors and the

Committee may submit separate fee requests seeking payment of professional fees and

reimbursement of expenses.  The amount available under the cash collateral budget for payment

of professional fees and expenses of estate professionals in the Easy Street Partners case for

March 2010, the one month of the Fee Period is $125,000.00, and DJP understands that total fees

and expenses of estate professionals in the Easy Street Partners case exceeds this amount for the

---

[1] This amount includes $1,206.50 in fees in the BayNorth Litigation matter.

2

month March 2010.  DJP's fees and expenses for the Fee Period will, therefore, be pro rated with

other estate professionals.

Pursuant to the Interim Fee Order, parties must file objections to the Fee Request within

ten days from the date it is received.  Any objection must have a description of the specific

subject matter and services in dispute and state the amount in dispute.  It shall not be sufficient

simply to object to all fees and expenses.  Fees and expenses not objected to will be paid by the

Debtors or, if the total of 80% of fees and 100% of expenses of estate professionals exceeds

$125,000 per month, the fees and expenses will be pro-rated among fees and expenses for that

month that are not objected to.

DATED this 27th day of April, 2010.

DURHAM JONES & PINEGAR, P.C.

By:   /s/  Kenneth L. Cannon II
    Kenneth L. Cannon II (kcannon@djplaw.com)(3705)
    Steven J. McCardell (smccardell@djplaw.com)(2144)
    DURHAM JONES & PINEGAR, P.C.
    111 East Broadway, Suite 900
    P.O. Box 4050
    Salt Lake City, UT  84110-4050
    Telephone:  (801) 415-3000/Fax:  (801) 415-3500

    Co-Counsel for the Debtors

SLC_595438.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of April, 2010, I caused to be served a copy of

Durham Jones & Pinegar's Fifth Professional Fee Request for the period March 1, 2010 through

March 31, 2010 via email on the following:

Easy Street Partners, LLC
Easy Street Mezzanine, LLC
Easy Street Holding, LLC
Attn:  William Shoaf
4780 Winchester Court
Park City, UT  84098-7528
bshoaf@cloudnineresorts.com

Jeffrey W. Shields
Lon A. Jenkins
Jones Waldo Holbrook & McDonough
170 South Main Street, Suite 1500
Salt Lake City, UT  84101
jshields@joneswaldo.com
lajenkins@joneswaldo.com

Michael V. Blumenthal
Crowell & Moring
590 Madison Avenue, 20th Floor
New York, NY  10022
mblumenthal@crowell.com

James Winikor
West LB AG, New York Branch
1211 Sixth Avenue, 25th Floor
New York, NY  10036-8705
james_winikor@westlb.com

John T. Morgan
Office of the United States Trustee
405 South Main Street, Suite 300
Salt Lake City, UT  84111
john.t.morgan@usdoj.gov

Richard W. Havel
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013
rhavel@sidley.com

Annette W. Jarvis
Dorsey & Whitney, LLP
136 South Main Street, Suite 1000
Salt Lake City, UT  84101
jarvis.annette@dorsey.com

 /s/ Kristin Hughes

4

# MARCH 2010

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

April 27, 2010
Invoice No.   196866

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT 84068

---

## Invoice Summary

Client #:     26481     Easy Street
Matter #:         5     Employ & Fee Apps - Durham

For professional services rendered and costs advanced through March 31, 2010:

| | |
|---|---|
| Total Fees | $ 1,524.00 |
| Total Expenses | $ 2.32 |
| **Total of This Invoice** | **$ 1,526.32** |

*1*

```
DURHAM

JONES &

PINEGAR
```

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

## Detail of Professional Fees

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|----------------------------------|-------|--------|
| 3/12/10 | AWS | Review docket; prepare binder for hearing on fee applications | .40 | 54.00 |
| 3/16/10 | KLC | Reviewing fee application, preparing for hearing on all fee applications, telephone conference to Michael Blumenthal regarding fee hearing | 1.30 | 455.00 |
| 3/16/10 | KLC | Attending hearing on fee applications | .50 | 175.00 |
| 3/17/10 | KLC | Reviewing detailed billing report for February fee request | 1.90 | 665.00 |
| 3/17/10 | KLC | Revising draft order on DJP's first interim fee application | .50 | 175.00 |

Total Fees:        $ 1,524.00

## Time Summary

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Cannon, Ken | 4.20 | 350.00 | 1,470.00 |
| Stettler, Angie W. | .40 | 135.00 | 54.00 |

## Detail of Client Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 2/28/10 | Pacer Online Research | 2.32 |

Total Expenses:        $ 2.32

*2*

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

April 27, 2010
Invoice No.   196866

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

---

## Remittance Advice

*To insure proper credit to your account, please return this remittance with your payment.*

| | | |
|---|---|---|
| Client #: | 26481 | Easy Street |
| Matter #: | 5 | Employ & Fee Apps - Durham |

Current Invoice                           $ 1,526.32

*Terms: Total Balance Is Due Upon Receipt*

3

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

April 27, 2010
Invoice No.   196867

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

## Invoice Summary

Client #:     26481    Easy Street
Matter #:        6     Employ & Fee Apps - Others

For professional services rendered and costs advanced through March 31, 2010:

| | |
|---|---:|
| Total Fees | $ 1,785.00 |
| Total Expenses | $ 3.04 |
| **Total of This Invoice** | **$ 1,788.04** |

*1*

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

## Detail of Professional Fees

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|----------------------------------|-------|--------|
| 3/08/10 | KLC | Reviewing objections to fee applications | .50 | 175.00 |
| 3/11/10 | KLC | Drafting ex parte motion for Crowell to appear by telephone and fee application hearing | .50 | 175.00 |
| 3/16/10 | KLC | Responding to emails, telephone conferences with Joe Wrona and Corbin Gordon regarding fee hearings | .30 | 105.00 |
| 3/17/10 | KLC | Helping with orders on fee applications for special counsel | .50 | 175.00 |
| 3/17/10 | KLC | Drafting order on appraiser's fees | .60 | 210.00 |
| 3/17/10 | KLC | Telephone conferences from special counsel regarding fee orders | .20 | 70.00 |
| 3/18/10 | KLC | Reviewing filed proposed orders on fees | .30 | 105.00 |
| 3/22/10 | KLC | Telephone conference from Steven Eichel regarding Crowell fees, reviewing, revising proposed order on Crowell first fee application | .30 | 105.00 |
| 3/23/10 | KLC | Reviewing orders on fees | .40 | 140.00 |
| 3/23/10 | KLC | Outlining application to employ accountant | .50 | 175.00 |
| 3/26/10 | KLC | Drafting proposed application to employ, affidavit in support thereof regarding accountants | .80 | 280.00 |
| 3/29/10 | KLC | Emails to, from Steve Eichel regarding Crowell & Moring fee order | .20 | 70.00 |

Total Fees:     $ 1,785.00

## Time Summary

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Cannon, Ken | 5.10 | 350.00 | 1,785.00 |

## Detail of Client Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 2/28/10 | Pacer Online Research | 3.04 |

Total Expenses:     $ 3.04

*2*

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

April 27, 2010
Invoice No.   196867

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

---

## Remittance Advice

*To insure proper credit to your account, please return this remittance with your payment.*

Client #:      26481     Easy Street
Matter #:          6     Employ & Fee Apps - Others

        Current Invoice                    $ 1,788.04

*Terms: Total Balance Is Due Upon Receipt*

SALT LAKE CITY | OGDEN | ST. GEORGE | LAS VEGAS

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

April 27, 2010
Invoice No.   196868

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

## Invoice Summary

Client #:      26481     Easy Street
Matter #:          8     Plan and Disc. Statement

For professional services rendered and costs advanced through March 31, 2010:

|  |  |
|---|---|
| Total Fees | $ 16,765.00 |
| Total Expenses | $ 3,568.83 |
| **Total of This Invoice** | **$ 20,333.83** |

*1*

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

## Detail of Professional Fees

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|----------------------------------|-------|--------|
| 3/01/10 | KLC | Final review of motion and notice to value | .40 | 140.00 |
| 3/01/10 | KLC | Telephone conference with Michael Blumenthal regarding plan issues | .30 | 105.00 |
| 3/02/10 | KLC | Reviewing, revising draft certificate of service on solicitation package | .30 | 105.00 |
| 3/02/10 | KLC | Telephone conference with Bill Shoaf regarding rejection of agreement | .20 | 70.00 |
| 3/02/10 | KLC | Reviewing ballot for Class 4, correcting ballot for Class 4, revising voting instructions | .70 | 245.00 |
| 3/02/10 | KLC | Email to Michael Blumenthal regarding ballot issues | .20 | 70.00 |
| 3/02/10 | KLC | Telephone conference with Lon Jenkins regarding ballot issues | .20 | 70.00 |
| 3/03/10 | KLC | Revising ballot, drafting notice to unsecured creditors regarding corrected ballot | .60 | 210.00 |
| 3/03/10 | KLC | Telephone conference with Michael Blumenthal regarding plan issues, ballot issues | .30 | 105.00 |
| 3/03/10 | KLC | Telephone conference with Steve Eichel regarding changes to ballot and notice | .30 | 105.00 |
| 3/03/10 | KLC | Telephone conference with Bill Shoaf regarding plan issues | .20 | 70.00 |
| 3/03/10 | KLC | Telephone conference from Corbin Gordon regarding Gateway lease issue | .20 | 70.00 |
| 3/04/10 | KLC | Reviewing plan on specific issues as they arise | .50 | 175.00 |
| 3/04/10 | KLC | Reviewing term sheet with WestLB | .40 | 140.00 |
| 3/04/10 | KLC | Telephone conference with Michael Blumenthal regarding hearing issues | .20 | 70.00 |
| 3/04/10 | KLC | Reviewing motion for extension of exclusivity for Partners | .60 | 210.00 |
| 3/04/10 | KLC | Telephone conference with Steve Eichel regarding motion to extend exclusivity | .20 | 70.00 |
| 3/04/10 | KLC | Telephone conference from Jeff Shields representing Gunthers regarding release of liens | .20 | 70.00 |
| 3/04/10 | SJM | Review West LB Discovery (.50) and conference with K. Cannon on West LB discovery and status of funding for plan (.10) | .60 | 210.00 |
| 3/05/10 | KLC | Reviewing, revising motion to extend solicitation exclusive period for Partners | .90 | 315.00 |
| 3/05/10 | KLC | Telephone conference with Michael Blumenthal regarding | .30 | 105.00 |

*2*

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|----------------------------------|-------|--------|
| | | negotiations on plan | | |
| 3/05/10 | KLC | Telephone conference with Paul Throndsen regarding testifying at confirmation hearing | .20 | 70.00 |
| 3/05/10 | KLC | Telephone conference with Steve Eichel regarding exclusivity motion, confirmation memorandum | .30 | 105.00 |
| 3/05/10 | KLC | Reviewing confirmation briefs | 1.10 | 385.00 |
| 3/05/10 | KLC | Drafting confidentiality agreement related to providing copies of Funding Agreement | 1.20 | 420.00 |
| 3/08/10 | KLC | Telephone conference from Michael Blumenthal regarding developments on plan | .30 | 105.00 |
| 3/08/10 | KLC | Emails to Michael Johnson regarding Jacobsen | .30 | 105.00 |
| 3/09/10 | KLC | Email from Michael Blumenthal regarding plan issues | .20 | 70.00 |
| 3/09/10 | KLC | Reviewing revised discovery schedule with WestLB | .40 | 140.00 |
| 3/10/10 | KLC | Reviewing motion to extend exclusivity in Mezzanine and Holding cases, outlining argument | 1.20 | 420.00 |
| 3/10/10 | KLC | Drafting proposed order extending exclusivity in Mezzanine and Holding cases | .80 | 280.00 |
| 3/11/10 | KLC | Preparing for hearing on motion to extend exclusivity in Holding and Mezzanine cases | .30 | 105.00 |
| 3/11/10 | KLC | Attending hearing on motion to extend exclusivity for plan filing and confirmation in Holding and Mezzanine cases | .20 | 70.00 |
| 3/11/10 | KLC | Revising order on extension of exclusivity in Holding and Mezzanine cases | .30 | 105.00 |
| 3/11/10 | KLC | T/c with Steven Eichel regarding strategy on plan timetable going forward | .30 | 105.00 |
| 3/11/10 | KLC | Telephone conference from Steve Eichel regarding plan timeline going forward | .30 | 105.00 |
| 3/11/10 | KLC | Telephone conference to Lon Jenkins regarding plan issues | .20 | 70.00 |
| 3/11/10 | KLC | Reviewing proposed changes from Jacobsen to plan | .40 | 140.00 |
| 3/11/10 | KLC | Telephone conference to Michael Blumenthal regarding plan process going forward | .20 | 70.00 |
| 3/11/10 | KLC | Reviewing proposed changes to term sheet with WestLB | .40 | 140.00 |
| 3/12/10 | KLC | Telephone conference to scheduling clerk regarding possible dates for continued hearing on confirmation of plan | .20 | 70.00 |
| 3/12/10 | KLC | Telephone conference from Michael Blumenthal regarding term sheet issues, scheduling issues, strategic issues | .30 | 105.00 |
| 3/12/10 | KLC | Reviewing proposed revisions by Jacobsen to plan | .30 | 105.00 |

3

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|----------------------------------|-------|--------|
| 3/12/10 | KLC | Emails to, from Rich Havel regarding solicitation package, ballot | .20 | 70.00 |
| 3/12/10 | KLC | Outlining issues to present to court regarding scheduling on Easy Street plan | .70 | 245.00 |
| 3/15/10 | KLC | Drafting ex parte motion for modification of confirmation deadlines and continuance of confirmation deadline | 1.90 | 665.00 |
| 3/15/10 | KLC | Telephone conference to Michael Blumenthal regarding proposed modified plan timeline | .30 | 105.00 |
| 3/15/10 | KLC | Telephone conference to Mike Johnson regarding proposed modification of timeline | .20 | 70.00 |
| 3/15/10 | KLC | Emails with, telephone conference from Rich Havel regarding proposed modification of plan timeline, motion regarding same | .20 | 70.00 |
| 3/15/10 | KLC | Telephone conference from Steve Eichel regarding proposed changes to motion to modify deadlines, making changes to draft ex parte motion to modify deadlines | .50 | 175.00 |
| 3/15/10 | KLC | Further review and modifications to motion modify plan deadlines and continue confirmation hearing | .80 | 280.00 |
| 3/15/10 | KLC | Email regarding motion to modify confirmation timeline | .20 | 70.00 |
| 3/15/10 | KLC | Telephone conference to scheduling clerk at the court regarding hearing on confirmation, hearing on other motions | .20 | 70.00 |
| 3/15/10 | KLC | Drafting notice of new deadlines and continued hearing on confirmation of plan | 1.40 | 490.00 |
| 3/15/10 | SJM | Conference with K. Cannon on ruling on exclusivity and on additional exclusivity extension needed (.10); conference with K. Cannon on plan funder status and negotiations to be held in New York tomorrow (.10) | .20 | 70.00 |
| 3/16/10 | KLC | Drafting proposed order on ex parte motion requesting modification of the timeline for confirmation | .80 | 280.00 |
| 3/16/10 | KLC | Meeting with court regarding ex parte motion to continue confirmation hearing | .30 | 105.00 |
| 3/16/10 | KLC | Drafting notices that hearing on the valuation motion, exclusivity motion, and temporary allowance motion is not changing | .50 | 175.00 |
| 3/16/10 | SJM | Conference with K. Cannon regarding notice of hearing on confirmation | .10 | 35.00 |
| 3/17/10 | KLC | Telephone conference from homeowner regarding voting on the plan | .20 | 70.00 |
| 3/18/10 | KLC | Reviewing plan issues | .40 | 140.00 |
| 3/18/10 | KLC | Email to Mike Johnson regarding cash projections | .20 | 70.00 |
| 3/19/10 | KLC | Telephone conference to Michael Blumenthal regarding negotiations | .30 | 105.00 |

*4*

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|----------------------------------|-------|--------|
| | | with plan funder | | |
| 3/19/10 | KLC | Reviewing, responding to WestLB email regarding exclusivity | .20 | 70.00 |
| 3/22/10 | KLC | Telephone conference to Michael Blumenthal regarding plan issues | .20 | 70.00 |
| 3/22/10 | KLC | Telephone conference from Michael Blumenthal and Bruce Zabarauskas regarding plan issues - valuation, temporary allowance, claims, funder | .50 | 175.00 |
| 3/22/10 | KLC | Telephone conference to Paul Throndsen regarding appraisal, hearing on valuation | .20 | 70.00 |
| 3/22/10 | KLC | Emails to, from Michael Blumenthal regarding conference call with appraiser | .20 | 70.00 |
| 3/22/10 | KLC | Reviewing appraisal of Sky Lodge | .50 | 175.00 |
| 3/22/10 | KLC | Telephone conference to chambers regarding valuation hearing | .20 | 70.00 |
| 3/23/10 | KLC | Outlining issues with valuation, temporary allowance motions | .50 | 175.00 |
| 3/23/10 | KLC | Telephone conference from Michael Blumenthal regarding plan funder | .20 | 70.00 |
| 3/24/10 | KLC | Responding to Jacobsen email regarding plan | .30 | 105.00 |
| 3/25/10 | KLC | Telephone conference from Michael Blumenthal, Bruce Zabarauskas regarding appraisal, other issues related to plan | .30 | 105.00 |
| 3/25/10 | KLC | Reviewing, revising outline of proffer of evidence by Paul Throndsen | .50 | 175.00 |
| 3/26/10 | KLC | Telephone conference with Michael Blumenthal, Paul Throndsen, and Bruce Zabarauskas regarding valuation | 1.20 | 420.00 |
| 3/26/10 | KLC | Telephone conference from Paul Throndsen regarding updating appraisal | .20 | 70.00 |
| 3/26/10 | KLC | Telephone conference from Michael Blumenthal regarding plan negotiations | .20 | 70.00 |
| 3/29/10 | KLC | Telephone conference from Michael Blumenthal regarding valuation motion, temporary allowance motion, exclusivity extension motion | .30 | 105.00 |
| 3/29/10 | KLC | Telephone conference to court's chambers regarding hearings scheduled for March 30 | .20 | 70.00 |
| 3/29/10 | KLC | Reviewing motion for temporary allowance of homeowners claims | .50 | 175.00 |
| 3/29/10 | KLC | Telephone conference to Doug Payne regarding motion for temporary allowance of fractional unit owners | .20 | 70.00 |
| 3/29/10 | KLC | Telephone conference from Jeff Shields, representing Gunthers, regarding hearing on objection to claim | .20 | 70.00 |
| 3/29/10 | KLC | Drafting proposed order on motion to extend exclusive solicitation period for Partners | .80 | 280.00 |

5

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|----------------------------------|-------|--------|
| 3/29/10 | KLC | Drafting proposed order on motion for temporary allowance of fractional unit claims | .90 | 315.00 |
| 3/29/10 | KLC | Outlining presentation on motion for temporary allowance of fractional unit claims | .80 | 280.00 |
| 3/29/10 | KLC | Reviewing proposed engagement letter for the appraiser regarding a supplement to the appraisal, emails to, from Bill Shoaf regarding same, telephone conference to Paul Throndsen regarding appraisal issues | .40 | 140.00 |
| 3/29/10 | KLC | Drafting notice of continued hearing on valuation motion | .50 | 175.00 |
| 3/29/10 | KLC | Telephone conference from Bruce Zabarauskas regarding hearing on valuation | .20 | 70.00 |
| 3/29/10 | KLC | Telephone conference to scheduling clerk regarding hearings on March 30 | .20 | 70.00 |
| 3/29/10 | KLC | Telephone conference to court's chambers regarding hearing on exclusivity extension motion | .20 | 70.00 |
| 3/29/10 | KLC | Telephone conference to Michael Blumenthal regarding status of hearings on March 30, issues related to each motion to be heard | .30 | 105.00 |
| 3/30/10 | KLC | Reviewing materials regarding motion to extend exclusivity | .90 | 315.00 |
| 3/30/10 | KLC | Drafting order on extension of exclusivity | .50 | 175.00 |
| 3/30/10 | KLC | Preparing for hearing on motion to temporarily allow homeowners' claims | .90 | 315.00 |
| 3/30/10 | KLC | Preparing for presentation on valuation motion | .50 | 175.00 |
| 3/30/10 | KLC | Telephone conference to Michael Blumenthal regarding hearings | .20 | 70.00 |
| 3/30/10 | KLC | Attending hearing on motion to extend exclusivity and motion to temporarily allow homeowner claims | .90 | 315.00 |
| 3/30/10 | KLC | Conf. with Doug Payne regarding homeowner claims | .20 | 70.00 |
| 3/30/10 | KLC | Drafting supplement to valuation motion | .70 | 245.00 |
| 3/30/10 | KLC | Drafting notice on notice of continued hearing on valuation motion | .60 | 210.00 |
| 3/30/10 | KLC | Drafting notice on continuance of deadline to respond to objection to homeowner claims | .40 | 140.00 |
| 3/30/10 | KLC | Emails to, from Bill Shoaf regarding disclosure statement | .20 | 70.00 |
| 3/31/10 | KLC | Telephone conference from Bill Shoaf regarding possible scenarios for resolution of case | .60 | 210.00 |
| 3/31/10 | KLC | Telephone conference from Bill Shoaf regarding follow-up plan of reorganization issues | .30 | 105.00 |
| 3/31/10 | KLC | Telephone conference from Michael Blumenthal regarding plan issues | .30 | 105.00 |

*6*

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|----------------------------------|-------|--------|
| 3/31/10 | KLC | Research on sales under a plan | .90 | 315.00 |
| 3/31/10 | KLC | Telephone conference from Michael Blumenthal regarding status of negotiations with plan funder | .20 | 70.00 |
| 3/31/10 | SJM | Analysis of issues relating to plan funder, sale under plan, and credit bidding in light of Third Circuit Philadelphia Newspapers case (1.20); conferences with K. Cannon on implications of this case as to sale of Easy Street assets (.20); further conference with K. Cannon on options for plan given status with plan funder (.30) | 1.70 | 595.00 |

Total Fees:      $ 16,765.00

**Time Summary**

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Cannon, Ken | 45.30 | 350.00 | 15,855.00 |
| McCardell, Steven J. | 2.60 | 350.00 | 910.00 |

**Detail of Client Expenses**

| Date | Description | Amount |
|------|-------------|--------|
| 2/28/10 | Pacer Online Research | 12.48 |
| | Copy Charge | 1,245.75 |
| | Postage | 2,310.60 |

Total Expenses:      $ 3,568.83

7

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

April 27, 2010
Invoice No.   196868

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

## Remittance Advice

*To insure proper credit to your account, please return this remittance with your payment.*

Client #:      26481     Easy Street
Matter #:          8     Plan and Disc. Statement

Current Invoice                          $ 20,333.83

*Terms: Total Balance Is Due Upon Receipt*

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

April 27, 2010
Invoice No.   196869

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

## Invoice Summary

Client #:     26481     Easy Street
Matter #:       9     Misc. Contested Matters

For professional services rendered and costs advanced through March 31, 2010:

| | |
|---|---:|
| Total Fees | $ 940.00 |
| Total Expenses | $ 30.00 |
| **Total of This Invoice** | **$ 970.00** |

*1*

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

## Detail of Professional Fees

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|----------------------------------|-------|--------|
| 3/03/10 | KLC | Reviewing discovery from WestLB | .70 | 245.00 |
| 3/04/10 | KLC | Emails to, from Lon Jenkins regarding discovery | .20 | 70.00 |
| 3/04/10 | KLC | Address timing issues in objections to claims | .30 | 105.00 |
| 3/09/10 | RSM | Conference with K. Cannon re issuance of subpoena to third party | .20 | 65.00 |
| 3/19/10 | KLC | Reviewing confidentiality agreement on discovery | .50 | 175.00 |
| 3/19/10 | KLC | Telephone conference to Addie Maudsley regarding confidentiality agreement | .20 | 70.00 |
| 3/19/10 | KLC | Reviewing confidentiality agreement with WestLB on discovery, email to Bruce Zabarauskas regarding same | .30 | 105.00 |
| 3/22/10 | KLC | Reviewing subpoena and notice of deposition for Wickline | .30 | 105.00 |

Total Fees:  $ 940.00

## Time Summary

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Cannon, Ken | 2.50 | 350.00 | 875.00 |
| Marshall, R. Stephen | .20 | 325.00 | 65.00 |

## Detail of Client Expenses

| Date | Description | Amount |
|------|-------------|--------|
|  | Copy Charge | 30.00 |

Total Expenses:  $ 30.00

*2*

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

April 27, 2010
Invoice No.   196869

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

---

## Remittance Advice

*To insure proper credit to your account, please return this remittance with your payment.*

| Client #: | 26481 | Easy Street |
| Matter #: | 9 | Misc. Contested Matters |

|  | Current Invoice | $ 970.00 |

*Terms: Total Balance Is Due Upon Receipt*

SALT LAKE CITY | OGDEN | ST. GEORGE | LAS VEGAS

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

April 27, 2010
Invoice No.   196870

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

## Invoice Summary

Client #:     26481     Easy Street
Matter #:        10     Case Administration

For professional services rendered and costs advanced through March 31, 2010:

| | |
|---|---|
| Total Fees | $ 1,115.00 |
| Total Expenses | $ 151.22 |
| **Total of This Invoice** | **$ 1,266.22** |

*1*

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

## Detail of Professional Fees

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|----------------------------------|-------|--------|
| 3/10/10 | JGP | Prepare ex parte motion to allow B. Zabarauskas to appear telephonically. | 1.30 | 247.00 |
| 3/10/10 | JGP | Prepare order to allow B. Zabarauskas to appear telephonically. | .30 | 57.00 |
| 3/12/10 | KLC | Reviewing monthly reports for US Trustee | .50 | 175.00 |
| 3/15/10 | KLC | Reviewing monthly financial statements, revising narrative description for reports | .40 | 140.00 |
| 3/26/10 | KLC | Addressing tax issues related to responding to the IRS questions | .80 | 280.00 |
| 3/26/10 | KLC | Emails with client, accountant, to IRS regarding responding to IRS letters | .40 | 140.00 |
| 3/29/10 | JGP | Set telephonic appearance for M.Blumenthal | .40 | 76.00 |

Total Fees:    $ 1,115.00

## Time Summary

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Cannon, Ken | 2.10 | 350.00 | 735.00 |
| Peterson, Jessica | 2.00 | 190.00 | 380.00 |

## Detail of Client Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 2/18/10 | Lunch | 139.22 |
| | Copy Charge | 12.00 |

Total Expenses:    $ 151.22

*2*

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

April 27, 2010
Invoice No.   196870

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

## Remittance Advice

*To insure proper credit to your account, please return this remittance with your payment.*

Client #:     26481     Easy Street
Matter #:        10     Case Administration

           Current Invoice                    $ 1,266.22


*Terms: Total Balance Is Due Upon Receipt*

*3*

```
D U R H A M

J O N E S  &

P I N E G A R
```

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

April 27, 2010
Invoice No.   196871

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

## Invoice Summary

Client #:     26481     Easy Street
Matter #:        11     Cash Collateral/DIP Lending

For professional services rendered and costs advanced through March 31, 2010:

| | |
|---|---|
| Total Fees | $ 630.00 |
| Total Expenses | $ .00 |
| **Total of This Invoice** | **$ 630.00** |

*1*

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

## Detail of Professional Fees

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|----------------------------------|-------|--------|
| 3/04/10 | KLC | Reviewing correspondence on transfer request | .30 | 105.00 |
| 3/11/10 | KLC | Reviewing transfer requests, email correspondence regarding same | .30 | 105.00 |
| 3/18/10 | KLC | Reviewing cash requests, reviewing email from US Trustee regarding accounts | .40 | 140.00 |
| 3/19/10 | KLC | Reviewing correspondence on fee transfer requests, budget | .30 | 105.00 |
| 3/23/10 | KLC | Reviewing Partners' transfer request, emails regarding same | .30 | 105.00 |
| 3/30/10 | KLC | Email to Bill Shoaf regarding US Trustee, bank accounts | .20 | 70.00 |

Total Fees:  $ 630.00

## Time Summary

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Cannon, Ken | 1.80 | 350.00 | 630.00 |

*2*

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

April 27, 2010
Invoice No.   196871

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

---

### Remittance Advice

*To insure proper credit to your account, please return this remittance with your payment.*

Client #:     26481     Easy Street
Matter #:        11     Cash Collateral/DIP Lending

Current Invoice                         $ 630.00

*Terms: Total Balance Is Due Upon Receipt*

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

April 27, 2010
Invoice No.   196872

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT 84068

## Invoice Summary

Client #:     26481     Easy Street
Matter #:        12     BayNorth Litigation

For professional services rendered and costs advanced through March 31, 2010:

| | |
|---|---|
| Total Fees | $ 1,206.50 |
| Total Expenses | $ 129.79 |
| **Total of This Invoice** | **$ 1,336.29** |

*1*

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

## Detail of Professional Fees

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|--------------------------------|-------|--------|
| 3/02/10 | SJM | Reveiw and respond to email message from B. Zabaruskas regarding Bay North discovery responses (.10); inquire of K. Huighes regarding discovery responses and review reply (.10); review responses to interrogatories (.40) | .60 | 210.00 |
| 3/04/10 | SJM | Review pretrial order and dates calendared | .20 | 70.00 |
| 3/09/10 | HDO | Prep witness fee and mileage check and arrange for service of Notice of Deposition and subpoena on Taylor Capital Management | .60 | 81.00 |
| 3/09/10 | HDO | Arrange for conference room and process server | .20 | 27.00 |
| 3/09/10 | KLC | Reviewing, revising discovery requests in BayNorth litigation | .70 | 245.00 |
| 3/16/10 | HDO | Draft email to B. Zabarauskas to confirm service of depo subpoena on Taylor Capital Management | .10 | 13.50 |
| 3/22/10 | KLC | Reviewing proposed motion and order on confidentiality, email to Addie Maudsley regarding same | .30 | 105.00 |
| 3/26/10 | KLC | Reviewing initial disclosures in BayNorth litigation | .40 | 140.00 |
| 3/31/10 | KLC | Drafting motion and order for approval of confidentiality agreement on WestLB documents | .70 | 245.00 |
| 3/31/10 | KLC | Telephone conference from Bruce Zabarauskas regarding confidentiality agreement, discovery issues | .20 | 70.00 |

Total Fees:    $ 1,206.50

## Time Summary

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Cannon, Ken | 2.30 | 350.00 | 805.00 |
| McCardell, Steven J. | .80 | 350.00 | 280.00 |
| Doherty, Helen | .90 | 135.00 | 121.50 |

## Detail of Client Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 3/09/10 | Witness Fee | 47.47 |
| 3/09/10 | Federal Express | 18.32 |
| 3/15/10 | Process Server | 64.00 |

Total Expenses:    $ 129.79

2

SALT LAKE CITY | OGDEN | ST. GEORGE | LAS VEGAS

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

April 27, 2010
Invoice No.   196872

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

---

## Remittance Advice

*To insure proper credit to your account, please return this remittance with your payment.*

Client #:    26481    Easy Street
Matter #:      12    BayNorth Litigation

Current Invoice              $ 1,336.29

*Terms: Total Balance Is Due Upon Receipt*