David W. Overholt - 3846
**RICHER & OVERHOLT, P.C.**
901 West Baxter Drive
South Jordan, UT 84095
Telephone: (801) 561-4750

Attorneys for Sysco Intermountain Food Services, Inc.

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF UTAH (SALT LAKE CITY)

| In Re: | Bankruptcy No. 09-29905 |
|---|---|
| EASY STREET HOLDING, LLC, et al., | Jointly Administered with Case Nos. 08-22907 and 08-22908 |
| Debtors. | Chapter 11 |
| Address: 201 Heber Avenue<br>Park City, UT 84060 | Honorable R. Kimball Mosier |
| Tax ID Numbers:<br>35-2183713 (Easy Street Holding, LLC),<br>20-4502979 (Easy Street Partners, LLC),<br>and 84-1685764 (Easy Street Mezzanine, LLC) | |

### EX PARTE ORDER APPROVING STIPULATION FOR TREATMENT OF CLAIM OF SYSCO INTERMOUNTAIN FOOD SERVICES, INC.

The Motion of Sysco Intermountain Food Services, Inc. to Approve Stipulation for Treatment of Claim of Sysco Intermountain Food Service, Inc. and the Affidavit of David W. Overholt in Support of Ex Parte Order Approving Stipulation for Treatment of Claim of Sysco Intermountain

**Filed: 05/03/10**   10.0256.ab.wpd   SYS 448

Food Service, Inc., having come before the above-entitled court, there being no objections, and the Court finding good cause therefor and being fully advised in the premises,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Stipulation for Treatment of Claim of Sysco Intermountain Food Services, Inc. on file herein is approved.

DATED this _____ day of May, 2010.

BY THE COURT:

_____
HONORABLE R. KIMBALL MOSIER
U.S. Bankruptcy Court Judge

## COURT CERTIFICATE OF SERVICE

     I hereby certify that on the ____ day of May, 2010, I caused a true and correct copy of the foregoing to be served upon the following parties by placing the same in the United States mail, postage prepaid, addressed as follows:

Easy Street Holding, LLC, et. al.
C/O Kenneth L. Cannon, II
Durham Jones & Pinegar, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT 84111

Joseph E. Wrona
Wrona Law Offices, P.C.
1745 Sidewinder Drive
Park City, UT 84060

Corbin B. Gordon
345 West 600 South, Suite 108
Heber City, UT 84032

Michael V. Blumenthal
Crowell & Moring, LLP
590 Madison Avenue, 20th Floor
New York, New York 10022

John T. Morgan
US Trustee's Office
405 South Main Street, Suite 300
Salt Lake City, UT 84111

Jeffrey Weston Shields
Jones Waldo Holbrook & McDonough, PC
170 South Main Street, Stuie4 100
Salt Lake City, UT 84101

David W. Overholt
Attorney for Sysco Intermountain Food Services, Inc.
901 West Baxter Drive
South Jordan, UT 84095