# EXHIBIT A

Label Matrix for local noticing
1088-2
Case 09-29905
District of Utah
Salt Lake City
Mon May 10 09:39:31 MDT 2010

AT&T Mobility
PO Box 6463
Carol Stream, IL 60197-6463

ATIV Corporation
722 Nardo Rd
Encinitas, CA 92024-3827

AXIS Group
84 Route 347
Port Jefferson Station, NY 11776-2627

Alchemy Ventures Group, LLC
c/o Kim R. Wilson
Snow, Christensen & Martineau
P. O. Box 45000
Salt Lake City, UT 84145-5000

Alchemy Ventures Trust
17575 Fitzpatrick Lane
Occidental, CA 95465-9355

Alliance Abroad Group LP
1221 South Mopac Expressway, Suite 100
Austin, TX 78746-7615

Alpine Adventures
3020 North Federal Highway # 10
Fort Lauderdale, FL 33306-1451

American Express Travel Relate
2840 South 123rd Court
Omaha, NE 68144-3977

American Ski & Board Association
686 NW York
Bend, OR 97701-9732

Anthony S. Fiotto
Eric D. Lemont
Goodwin Procter LLP
53 State Street
Boston, MA 02109-2881

Appraisal Group, Inc.
Attn: Paul W. Throndsen, MAI
7396 S Union Park Avenue, #301
Midvale, UT 84047-6703

Troy J. Aramburu
Jones Waldo Holbrook & McDonough PC
170 South Main Street
Suite 1500
Salt Lake City, UT 84101-1644

BDRC 4 Site, LLC
Attn: Bryan W. Dorsey
305 NE Loop 820, Ste 109
Hurst, TX 76053-7211

BayNorth Realty Fund
Bay North Capital, LLC
Attn:Charles J. Flint
One Financial Center, Floor 23
Boston, MA 02111-2621

Michael V. Blumenthal
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022-2544

Business Technology Consulting
Rob Stevenson
957 East 1300 South
Salt Lake City, UT 84105-1856

CBIZ
175 S West Temple, Suite 650
Salt Lake City, UT 84101-1422

Kenneth L. Cannon II
Durham Jones & Pinegar
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, UT 84110-4050

Christina M. Craige, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013-1010

Christopher B. Barker, Esq.
Goodwin Procter LLP
53 State Street
Boston, MA 02109-2881

Cloudnine Resorts-Sky Lodge Development
Kim R Wilson
Snow, Christensen & Martineau
PO Box 45000
SLC, UT 84145-5000

Committee of Unsecured Creditors
Jones Waldo Holbrook & McDonough
170 South Main
Suite 1500
Salt Lake City, UT 84101-1644

Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022-2544

Scott A. Cummings
Dorsey & Whitney LLP
136 South Main Street
Suite 1000
Salt Lake City, UT 84101-1685

Cushman & Wakefield
50 Broad Street
New York NY 10004-2307

David L. Wickline
c/o Kim R. Wilson
Snow, Christensen & Martineau
P. O. Box 45000
Salt Lake City, UT 84145-5000

David Wickline
17575 Fitzpatrick Land
Occidental, CA 95465-9355

Diane H Banks
Fabian & Clendenin
215 South State Street #1200
SLC, UT 84111-2323

Drew A. Norman, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013-1010

| | | |
|---|---|---|
| Durham Jones & Pinegar, P.C.<br>Attn: Kenneth L. Cannon II<br>P O Box 4050<br>Salt Lake City, UT 84110-4050 | EM Systems<br>PO Box 540783 North<br>Salt Lake City, UT 84054-0783 | Easy Street Holding, LLC<br>4780 Winchester Court<br>Park City, UT 84098-7528 |
| Easy Street Mezzanine, LLC<br>4780 Winchester Court<br>Park City, UT 84098-7528 | Easy Street Partners, LLC<br>4780 Winchester Court<br>Park City, UT 84098-7528 | Steven B. Eichel<br>Crowell & Moring LLP<br>590 Madison Avenue, 20th Floor<br>New York, NY 10022-2544 |
| Elliott Workgroup<br>Attn: Craig Elliott<br>P O Box 3419<br>Park City, UT 84060-3419 | FedEx<br>PO Box 7221<br>Pasadena, CA 91109-7321 | Five 9's Communication<br>PO Box 348<br>Roy, UT 84067-0348 |
| Fog River Fisheries<br>9554 Wells Circle, Suite A<br>West Jordan, UT 84081-6225 | Fragen Ronald A.<br>64893 Saragossa<br>Palm Springs CA 92264-0221 | Frank Rimerman & Co. LLP<br>60 South Market Street Ste 500<br>San Jose, CA 95113-2356 |
| Gateway Center, LLC<br>c/o Resort Commercial Property Mgmt<br>1415 Lowell Avenue<br>P.O. Box 682152<br>Park City, UT 84068-2152 | Gateway Center, LLC<br>c/o Commerce<br>32 West 200 South, Suite 501<br>Salt Lake City, UT 84101-1603 | Gemstone Hotels & Resorts, LLC<br>Attn: Jeff McIntyre, Principal<br>1912 Sidewinder Drive, #104<br>Park City, UT 84060-7366 |
| Get Fresh<br>1548 18th Street<br>Santa Monica, CA 90404-3404 | Goodrich & Thomas, CPAs<br>3200 Park Center Drive Suite 1170<br>Costa Mesa, CA 92626-7153 | Corbin B. Gordon<br>345 West 600 South, Suite 108<br>Heber City, UT 84032-2282 |
| Brian W. Harvey<br>Goodwin Procter LLP<br>The New York Time Building<br>620 Eighth Avenue<br>New, NY 10018-1618 | George B. Hofmann<br>Parsons Kinghorn & Harris<br>111 East Broadway<br>11th Floor<br>Salt Lake City, UT 84111-5225 | Mary Margaret Hunt<br>Dorsey & Whitney LLP<br>136 South Main Street<br>Suite 1000<br>Salt Lake City, UT 84101-1685 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 | Jacobsen Construction<br>PO Box 27608<br>Salt Lake City, UT 84127-0608 | Jacobsen National Group, Inc.<br>c/o Michael R. Johnson, Esq.<br>Ray Quinney & Nebeker P.C.<br>36 South State Street, Suite 1400<br>Salt Lake City, Utah 84111-1451 |
| Annette W. Jarvis<br>Dorsey & Whitney LLP<br>136 South Main Street<br>Suite 1000<br>Salt Lake City, UT 84101-1685 | Lon A. Jenkins<br>Jones Waldo Holbrook & McDonough<br>170 South Main St.<br>Suite 1500<br>Salt Lake City, UT 84101-1644 | Michael R. Johnson<br>Ray Quinney & Nebeker P.C.<br>36 South State Street<br>Suite 1400<br>P.O. Box 45385<br>Salt Lake City, UT 84145-0385 |
| Anthony C. Kaye<br>Ballard Spahr Andrews & Ingersoll, LLP<br>201 South Main Street<br>Suite 600<br>Salt Lake City, UT 84111-2212 | Klehr, Branzburg & Ellers LLP<br>Attn: William A Harvey, Esquire<br>260 South Broad St,<br>Philadelphia, PA 19102-5021 | Benjamin J. Kotter<br>Dorsey & Whitney, LLP<br>136 South Main Street<br>Suite 1000<br>Salt Lake City, UT 84101-1685 |

| | | |
|---|---|---|
| Les Olson Company<br>PO Box 65598<br>Salt Lake City, UT 84165-0598 | Luxury Residence Group<br>P O Box 1225<br>Park City, UT 84060-1225 | Adelaide Maudsley<br>Chapman and Cutler LLP<br>201 South Main Street<br>Suite 2000<br>Salt Lake City, UT 84111-2298 |
| Steven J. McCardell<br>Durham Jones & Pinegar<br>111 East Broadway, Suite 900<br>P O Box 4050<br>Salt Lake City, UT 84110-4050 | McGladrey and Pullin<br>One South Wacker Drive, Suite 800<br>Chicago, IL 60606-4650 | Media One of Utah<br>4770 South 5600 West<br>West Valley City, UT 84118-7400 |
| Merrit & Harris<br>301 E Glenoaks Blvd. Suite 4<br>Glendale CA 91207-2115 | Millcreek Consulting<br>3017 East Kempner Rd<br>Salt Lake City UT 84109-3654 | John T. Morgan tr<br>US Trustees Office<br>Ken Garff Bldg.<br>405 South Main Street<br>Suite 300<br>Salt Lake City, Ut 84111-3402 |
| Muir Copper Canyon Farms<br>PO Box 26775<br>Salt Lake City, UT 84126-0775 | N. Allen Taylor<br>Taylor Capital Management<br>6641 North Paseo Tamayo<br>Tucson, AZ 85750-1228 | Open Table Inc<br>PO Box 49322<br>San Jose, CA 95161-9322 |
| David W. Overholt<br>Richer & Overholt, PC<br>901 West Baxter Drive<br>South Jordan, UT 84095-8687 | Park Avenue Travel<br>11 Park Avenue<br>Swathomre, PA 19081-1596 | Park City I, LLC<br>c/o George B. Hofmann<br>Parsons Kinghorn Harris<br>111 E. Broadway, 11th Floor<br>Salt Lake City, UT 84111-5225 |
| Park City Surveying<br>P O Box 682993<br>Park City, UT 84068-2993 | Douglas J. Payne<br>Fabian & Clendenin<br>215 South State Street<br>Suite 1200<br>Salt Lake City, UT 84111-2323 | Peak Mobile Communications<br>4910 South Warehouse Road<br>Salt Lake City, UT 84118-6354 |
| Jessica G Peterson<br>Durham Jones & Pinegar<br>111 East Broadway, Suite 900<br>PO Box 4050<br>Salt Lake City, UT 84110-4050 | Philo Smith Jr. Trust<br>684 Glenneyre Street<br>Laguna Beach, CA 92651-2420 | Pitney Bowes<br>PO Box 856390<br>Louisville, KY 40285-6390 |
| Qwest Inc.<br>P O Box 29040<br>Phoenix, AZ 85038-9040 | Richard W. Havel, Esq.<br>Sidley Austin LLP<br>555 West Fifth Street<br>Los Angeles, CA 90013-1010 | Knute Rife<br>Wrona Law Offices<br>11650 S. State<br>Suite 103<br>Draper, UT 84020-7144 |
| Rocky Mountain Power<br>PO Box 25308<br>Salt Lake City UT 84125-0308 | Securities & Exchange Commission<br>Attn: Bankruptcy Dept.<br>44 Montgomery St # 1100<br>San Francisco, CA 94104-4613 | Sheri P. Chromow, Esq.<br>Katten Muchin Rosenman LLP<br>575 Madison Avenue<br>New York, NY 10022-2585 |
| Jeffrey L. Shields<br>Callister Nebeker & McCullough<br>Zions Bank Building, Suite 900<br>10 East South Temple<br>Salt Lake City, UT 84133-1101 | Jeffrey Weston Shields<br>Jones Waldo Holbrook & McDonough<br>170 South Main Street<br>Suite 1500<br>Salt Lake City, UT 84101-1644 | Staples Credit Plan<br>Dept 51-7861136819<br>PO Box 689020<br>Des Moines, IA 50368-9020 |

State Office of Recovery Services
515 East 100 South
P O Box 45033
Salt Lake City, UT 84145-0033

State of Utah
Office of the Attorney General
Tax & Revenue Division
P O Box 40874
Salt Lake City, UT 84114-0874

Summit Business Services
Attn: Chipper Leonard
4130 Hilltop Ct
Park City, UT 84098-4715

Summit County Treasurer
60 North Main
PO Box 128
Coalville, UT 84017-0128

Sundance Partners, Ltd.
Ballard Spahr
One Utah Center
Suite 800
201 South Main Street
Salt Lake City, Ut 84111-2221

The Park Record
PO Box 3688
Park City, UT 84060-3688

Paul W. Throndsen
Appraisal Group, Inc.
7396 South Union Park Avenue, Suite 301
Salt Lake City, UT 84047

Timothy G. Little, Esq.
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY 10022-2585

Tom Shaner
Shaner Design, Inc.
PO Box 4560
Park City, UT 84060-4560

Union Square Home Owners Association
PO Box 683300
Park City UT 84068-3300

United States Trustee
Ken Garff Bldg.
405 South Main Street
Suite 300
Salt Lake City, UT 84111-3402

Utah Dept of Workforce Services
P O Box 45249
Salt Lake City, UT 84145-0249

Utah Dept-Alcoholic Beverage Control
1625 South 900 West
PO Box 30408
Salt Lake City, UT 84130-0408

Utah State Tax Commission Sales Tax
210 North 1950 West
Salt Lake City, UT 84134-9000

Virtuoso, Ltd
PO Box 99358
Fort Worth, TX 76199-0358

West LB AG, New York Branch
Attn: Christian Ruehmer
1211 Avenue of the Americas, 24th Flr
New York, NY 10036-8705

West LB AG, New York Branch
Attn: Duncan Robertson
1211 Sixth Avenue, 25th Floor
New York, NY 10036-8705

West LB AG, New York Branch
Attn: James Winikor
1211 Sixth Avenue, 25th Floor
New York, NY 10036-8705

West LB AG, New York Branch
Attn: Jeff Nelson
1211 Avenue of the Americas, 24lh Flr
New York, NY 10036

William D. Ellis, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013-1010

William Shoaf
4780 Winchester Court
Park City, UT 84098-7528

Kim R. Wilson
Snow Christensen & Martineau
10 Exchange Place 11th Floor
P.O. Box 45000
Salt Lake City, UT 84145-5000

Joseph E. Wrona
1745 Sidewinder Drive
Park City, UT 84060-7218

Joseph E. Wrona
WRONA LAW OFFICES, P.C.
1745 Sidewinder Drive
Park City, UT 84060-7218

Bruce J. Zabarauskas
Crowell & Moring LLp
590 Madison Avenue, 20th Floor
New York, NY 10022-2544

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA 19114-0326

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)AT&T Mobility
PO Box 6463
Carol Stream, IL 60197-6463

(d)ATIV Corporation
722 Nardo Rd
Encinitas, CA 92024-3827

(u)Alchemy Ventures Group, LLC


(d)Alliance Abroad Group LP
1221 South Mopac Expressway, Suite 100
Austin, TX 78746-7615

(d)Alpine Adventures
3020 North Federal Highway # 10
Fort Lauderdale, FL 33306-1451

(u)Brian D. Althaver, et al.


(d)American Express Travel Relate
2840 South 123rd Court
Omaha, NE 68144-3977

(d)American Ski & Board Association
686 NW York
Bend, OR 97701-9732

(u)Bay North Capital, LLC


(u)Bay North Realty Fund VI, LP

(d)Business Technology Consulting
Rob Stevenson
957 East 1300 South
Salt Lake City, UT 84105-1856

(d)EM Systems
PO Box 540783 North
Salt Lake City, UT 84054-0783


(d)Fog River Fisheries
9554 Wells Circle, Suite A
West Jordan, UT 84081-6225

(d)Get Fresh
1548 18th Street
Santa Monica, CA 90404-3404

(u)Gunther Inc. dba Gunther Comfort Air


(du)Gunther Inc. dba Gunther Comfort Air

(u)Jacobsen National Group, Inc.

(d)Media One of Utah
4770 South 5600 West
West Valley City, UT 84118-7400


(u)R. Kimball Mosier

(d)N. Allen Taylor
Taylor Capital Management
6641 North Paseo Tamayo
Tucson, AZ 85750-1228

(d)Open Table Inc
PO Box 49322
San Jose, CA 95161-9322


(d)Park Avenue Travel
11 Park Avenue
Swathomre, PA 19081-1596

(u)Park City I, LLC

(d)Peak Mobile Communications
4910 South Warehouse Road
Salt Lake City, UT 84118-6354

(d)Summit County Treasurer
60 North Main
PO Box 128
Coalville, UT 84017-0128

(u)Sysco Intermountain Food Services, Inc.

(d)The Park Record
PO Box 3688
Park City, UT 84060-3688

(u)Virtuoso, Ltd

(u)WestLB AG

(u)David L. Wickline

End of Label Matrix
Mailable recipients    114
Bypassed recipients     30
Total                  144