*Proposed order prepared and submitted by*:

Annette Jarvis (1649)
Peggy Hunt (6060)
Benjamin J. Kotter (9592)
DORSEY & WHITNEY LLP
136 South Main Street, Suite 1000
Salt Lake City, UT  84101-1685
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
Email: jarvis.annette@dorsey.com
        hunt.peggy@dorsey.com
        kotter.benjamin@dorsey.com

Richard W. Havel (10759)
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA  90013-1010
Telephone:  (213) 896-6000
Facsimile:  (213) 896-6600
Email:  rhavel@sidley.com

*Attorneys for WestLB, AG*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| EASY STREET HOLDING, LLC, *et al.*, ) | Bankruptcy Case No. 09-29905 |
| ) | Jointly Administered with Cases |
| Debtors. ) | 09-29907 and 09-29908 |
| ) | |
| Address:  201 Heber Avenue ) | Chapter 11 |
| Park City, UT 84060 ) | |
| ) | [FILED ELECTRONICALLY] |
| Tax ID Numbers: ) | |
| 35-2183713 (Easy Street Holding, LLC), ) | |
| 20-4502979 (Easy Street Partners, LLC), and ) | |
| 84-1685764 (Easy Street Mezzanine, LLC) ) | |

## ORDER ON SECOND EXTENSION OF CERTAIN DEADLINES OF STIPULATION AUTHORIZING USE OF CASH COLLATERAL PURSUANT TO 11 U.S.C. § 363 AND GRANTING ADEQUATE PROTECTION TO WESTLB, AG

This order (the "Order") approves a Second Extension of Certain Deadlines (the "Second

Extension") to the Stipulation Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. § 363

Filed: 05/10/10

and Granting Adequate Protection to WestLB, AG ("WestLB"), filed on or about October 9,

2009 [Docket No. 84], as initially amended by that certain Amendment to Stipulation

Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. § 363 and Granting Adequate

Protection to WestLB, AG – Amended Exhibit C (Bank Accounts) filed on or about October 13,

2009 [Docket No. 91], as further amended by this Court's Order on Stipulation Authorizing Use

of Cash Collateral Pursuant to 11 U.S.C. § 363 and Granting Adequate Protection to WestLB,

AG (the "Original Cash Collateral Order"), dated as of October 14, 2009 [Docket No. 95], as

further amended by that certain Joint Motion to Approve Amendments to Stipulation

Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. § 363 and Granting Additional

Adequate Protection to WestLB, AG filed on or about November 25, 2009 (the "Amendment")

[Docket No. 172], as approved by the Court's Order on Joint Motion to Approve Amendment to

Stipulation Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. § 363 and Granting

Adequate Protection to WestLB, AG (the "Amendment Cash Collateral Order") entered on or

about December 15, 2009 [Docket No. 219], as further amended by the Order modifying the

First Amendment Order entered on or about January 26, 2010 (the "Modified Amendment

Approval Order") [Docket No. 272], as further amended by the Court's Order on Extension of

Certain Deadlines of Stipulation, entered on January 7, 2010 (the "Order on Extension") [Docket

No. 244], approving the Extension of Certain Deadlines filed on December 27, 2009 (the

"Extension") [Docket No. 234], (as amended, the "Stipulation"), reached by Easy Street

Partners, LLC ("Easy Street") and WestLB governing the consensual use of cash collateral.

On May 4, 2010, Jacobsen National Group, Inc. ("Jacobsen") filed a limited objection

(the "Jacobsen Objection") [Docket No. 462] to the Second Extension on the basis that it was

unclear that the $600,000 "set aside" (the "Set Aside") was carried over from the Stipulation into

2

the Second Extension.   Easy Street, WestLB, and Jacobsen have agreed to language to be

included in this Order which resolves the Jacobsen Objection and have further agreed that, with

the inclusion of this language as paragraph 4 of this Order, the Jacobsen Objection is resolved

and deemed withdrawn.

Now, therefore, IT IS HEREBY ORDERED:

1.    The Second Extension and the alterations to the Stipulation embodied by

the Second Extension are approved.

2.    To the extent inconsistent with this Order and the Second Extension, the

Stipulation is superseded by this Order.

3.    Except as otherwise provided in Paragraph 2 of this Order, Stipulation

remains in full force and effect.

4.    That Portion of the Modified Amended Approval Order dealing with the

$600,000 Set Aside shall remain in full force and effect.  Easy Street, WestLB, and Jacobsen

reserve their rights with respect to whether Jacobsen holds an interest in the $600,000 Set Aside

pending the Court's consideration of Partners' plan of reorganization.  The Jacobsen Objection is

deemed withdrawn.

5.    This Order shall be binding and effective despite any conversion of the

Case[1] to a case under any other chapter of title 11 of the United States Code.

6.    This Court shall retain jurisdiction with respect to all matters relating to

the interpretation, enforcement, or implementation of the Second Extension and this Order.

------------------END OF ORDER---------------------



[1] Capitalized terms not otherwise defined herein shall take the meaning ascribed to them in the Original Cash Collateral Order.

APPROVED AS TO FORM BY:


/s/ Annette W. Jarvis
Annette W. Jarvis
DORSEY & WHITNEY LLP
136 South Main Street, Suite 1000
Salt Lake City, UT 84101

Attorneys for WestLB, AG


/s/ Kenneth L. Cannon II
Kenneth L. Cannon II
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT   84110-4050

Attorneys for Easy Street Partners, LLC


/s/ Michael R. Johnson
Michael R. Johnson
RAY QUINNEY & NEBEKER
36 South State Street, 14th Floor
P.O. Box 45385
Salt Lake City, UT  84145-0385

Attorneys for Jacobsen National Group, Inc.