Michael R. Johnson, Esq. (#7070)
Jonathan A. Dibble, Esq. (#0881)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, 14th Floor
P.O. Box 45385
Salt Lake City, Utah  84145-0385
Telephone:  (801) 532-1500
Facsimile: (801) 532-7543
E-mail:  mjohnson@rqn.com
E-mail:  jdibble@rqn.com

*Attorneys for Jacobsen National Group, Inc.*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>**EASY STREET HOLDING, LLC, et al.,**<br><br>     Debtors.<br><br>Address:  201 Heber Avenue<br>               Park City, UT 84060<br><br>Tax ID Numbers:<br><br>35-2183713 (Easy Street Holdings, LLC),<br>20-4502979 (Easy Street Partners, LLC), and<br>84-1685864 (Easy Street Mezzanine, LLC) | **Bankruptcy No. 09-29905 RKM**<br><br>(Jointly Administered with Cases 09-29907 and 09-29908)<br><br>Chapter 11<br><br>Honorable R. Kimball Mosier |

**JACOBSEN NATIONAL GROUP'S JOINDER IN THE COMMITTEE'S OBJECTION TO THE SECOND MOTION OF EASY STREET PARTNERS, LLC TO EXTEND THE EXCLUSIVE PERIOD FOR SOLICITING AND OBTAINING ACCEPTANCES OF ITS AMENDED CHAPTER 11 PLAN OF REORGANIZATION**

Jacobsen National Group, Inc., dba Jacobsen Construction ("**Jacobsen**"), through counsel, respectfully files this Joinder in the *Objection of Unsecured Creditors' Committee to Second [Sic] Motion of Easy Street Partners, LLC to Extend the Exclusive Period for Soliciting and Obtaining Acceptances of its Amended Chapter 11 Plan of Reorganization* (the "**Committee Objection**"), dated May 10, 2010 [Doc. 466], and hereby adopts each of the arguments set forth in the Committee Objection as its own.

WHEREFORE, Jacobsen also respectfully requests that that Court deny the Debtor's Motion, as defined in the Committee Objection, and instead grant only such an extension of the Debtor's exclusive period as is necessary to permit the Debtor to obtain confirmation of its Plan at the scheduled confirmation hearing on May 26-27, 2010, or such short time thereafter as is necessary to conclude the confirmation hearing.

DATED this 10th day of May, 2010.

                        **RAY QUINNEY & NEBEKER**

                        /s/ Michael R. Johnson
                        _____
                        Michael R. Johnson
                        Jonathan A. Dibble
                        *Attorneys for Jacobsen National Group, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of May, 2010, a true and correct copy of the foregoing was served upon the following parties by depositing a copy of the same in the United States mail, first class postage prepaid, addressed as follows:

> Kenneth L. Cannon II
> Steven J. McCardell
> **DURHAM JONES & PINEGAR**
> 111 East Broadway, Suite 900
> PO Box 4050
> Salt Lake City, UT 84110-4050
>
> Michael V. Blumenthal
> Steven B. Eichel
> **CROWELL & MORING LLP**
> 590 Madison Avenue, 20th Floor
> New York, NY 10022
>
> Jeffrey W. Shields
> Lon Jenkins
> **JONES WALDO HOLBROOK & McDONOUGH, PC**
> 170 South Main Street, Suite 1500
> Salt Lake City, UT 84101
>
> Annette W. Jarvis
> Steven C. Strong
> Benjamin J. Kotter
> **DORSEY & WHITNEY LLP**
> 136 South Main Street
> Suite 1000
> Salt Lake City, UT 84101-1655

/s/ Sherry Glendening
_____