Annette Jarvis (1649)
Peggy Hunt (6060)
DORSEY & WHITNEY LLP
136 South Main Street, Suite 1000
Salt Lake City, UT 84101-1685
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
Email: jarvis.annette@dorsey.com
Email: hunt.peggy@dorsey.com

Richard W. Havel (10759)
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600
Email: rhavel@sidley.com

Attorneys for WestLB, AG

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: <br><br> EASY STREET HOLDING, LLC, *et al.*, <br><br> Debtors. <br><br> Address: 201 Heber Avenue <br> Park City, UT 84060 <br><br> Tax ID Numbers: <br> 35-2183713 (Easy Street Holding, LLC), <br> 20-4502979 (Easy Street Partners, LLC), and <br> 84-1685764 (Easy Street Mezzanine, LLC) | Bankruptcy Case No. 09-29905 <br> Jointly Administered with Cases <br> 09-29907 and 09-29908 <br><br> Chapter 11 <br><br> Honorable R. Kimball Mosier <br><br> DATE: May 14, 2010 <br> TIME: 10:30 A.M. MST <br> PLACE: Courtroom 369 <br> 350 South Main Street, #301 <br> Salt Lake City, Utah 84101 |

**DECLARATION OF DUNCAN ROBERTSON IN SUPPORT OF OPPOSITION OF WESTLB, AG TO SECOND MOTION OF EASY STREET PARTNERS, LLC TO EXTEND THE EXCLUSIVE PERIOD FOR SOLICITING AND OBTAINING ACCEPTANCES OF ITS AMENDED CHAPTER 11 PLAN OF REORGANIZATION**

I, Duncan Robertson, declare and state as follows:

1.  I am an Executive Director of WestLB, AG, a German Bank acting through its New York branch ("WestLB"), and I make this Declaration in support of the Opposition of WestLB, AG to Second Motion of Easy Street Partners, LLC to Extend the Exclusive Period for Soliciting and Obtaining Acceptances of Its Amended Chapter 11 Plan of Reorganization (the

1

"Opposition") filed contemporaneously herewith. I am a competent witness to give testimony to the facts set forth herein.

2. As an Executive Director of WestLB, I am a custodian of the books and records of WestLB pertaining to that certain loan (the "Loan") made by WestLB and such other co-lenders as may exist from time to time (collectively, the "Lenders") to Easy Street Partners, LLC, a Utah limited liability company ("Easy Street" or the "Debtor") and can confirm that the records and other documents in the files of WestLB constitute writings made in the regular and ordinary course of business of WestLB at or near the time of the events or acts of which they are a record. WestLB serves as the Administrative Agent for the Lenders with respect to the Loan. I make this Declaration based on my personal knowledge and the information contained in the records of WestLB, to which I have access and which this Declaration accurately reflects. Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Opposition.

3. WestLB is Easy Street's primary secured creditor, and WestLB has agreed to permit Easy Street to use WestLB's cash collateral pursuant to a stipulation (as amended and extended from time to time, the "Cash Collateral Stipulation"). Although the Cash Collateral Stipulation provided that Debtor's failure to provide a certain minimum treatment of WestLB's secured claim in the Plan would be an event of default under the Cash Collateral Stipulation, the Plan contains a treatment of WestLB's secured claim that does not conform with the minimum agreed-upon terms mandated by the Cash Collateral Stipulation. WestLB has not waived or excused Easy Street's violation of the terms of the Cash Collateral Stipulation, nor has it yet provided notice of termination of the Cash Collateral Stipulation.

4. WestLB's cash collateral is held in three levels of accounts – the Operating Account, which holds funds allocated to accrued and current payables; the Lockbox Account, which receives operating revenues and maintains a variable reserve; and the Escrow Accounts, which hold the remaining cash collateral until funding requests call for amounts in excess of then-available funds in the Lockbox Account. In order to request the transfer of funds from Easy Street's Lockbox Account to its Operating Account and, when necessary, from its Escrow

2

Accounts to its Lockbox Account, Easy Street submits to WestLB periodic funds transfer requests.

5. On May 3, 2010, Easy Street submitted a funding request ("Request U") to WestLB, seeking the transfer of $100,989.24 from Easy Street's Lockbox Account and, as needed, from certain escrow accounts (the "Escrow Accounts"), to Easy Street's operating account (the "Operating Account"). A true and correct copy of Request U is attached hereto as Exhibit A. Request U covered certain payables incurred from April 26, 2010 through April 30, 2010. See Exhibit A hereto.

6. Request U revealed certain information regarding Easy Street's cash position after funds were released for expenses budgeted in April, 2010. Pursuant to Request U, the Escrow Accounts were reduced by $43,810.78, which was transferred to the Lockbox Account, and all funds were withdrawn from the Lockbox Account, except for certain third-party reserves. After the amounts requested in Request U were so transferred or applied, the Lockbox Account would have contained $68,952.63, and the Escrow Accounts would have contained $764,190.45. As the Operating Account holds only funds which have already been earmarked for past and current payables, the cash on hand in that account is disregarded in determining the amount of cash collateral remaining to satisfy future obligations. Therefore, the foregoing amounts comprise the total funds available to pay accrued but unpaid expenses for April, 2010 and the projected operating losses for May, 2010 and thereafter.

7. Request U also discloses those expense items that were budgeted to be paid in April, but for which no funds have, as of yet, been released (which are equivalent to accrued and unpaid administrative expenses). These obligations, although not paid in April, constitute accrued obligations that should be deducted from the cash on hand to accurately measure the cash available to pay future obligations. A conservative estimate is that the Debtor has at least $253,521 in accrued and unfunded expenses budgeted for April, which should reduce the amount available in the Lockbox Account and Escrow Accounts.

8. Because of the dramatic cash outflows in April and May, there is a severe risk that, by the end of May, 2010, the amount of cash available to the Debtor in the Escrow Accounts (when adjusted for the accrued and unpaid administrative expenses in the Budget) will not sustain the Jacobsen reserve of $600,000. The substantial cash outflow projected by the Debtor in April and May, 2010 is principally due to a seasonal decline in occupancy, which begins in April, 2010 and continues until the fall season.

9. WestLB projects that, with a termination of exclusivity, pending review and approval from senior management at WestLB, an alternative plan could be negotiated and proposed by WestLB on or before May 31, 2010.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 10, 2010, at New York, New York.

_____
DUNCAN ROBERTSON

# Exhibit A

# Transfer U

## EASY STREET POST-PETITION REQUEST FOR TRANSFER No. U

Reference is made to that certain *Order on Stipulation Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. § 363 and Granting Adequate Protection to WestLB, AG*, (hereinafter and as amended or modified to date, the "Order"), as entered on October 13, 2009, by the United States Bankruptcy Court for the District of Utah, Central Division, in *In re Easy Street HOLDING, LLC, et al.*, Case No. 09-29905 (jointly administered with Cases No. 09-29907 and 09-29908). Capitalized terms used herein and not otherwise defined shall have the meanings assigned to such terms in the Order.

**FOR OPERATING YEAR 2010**

From: Easy Street Partners, LLC
(Chapter 11 Debtor in Possession)
Date of Request: May 3, 2010

To: WestLB AG
(Secured Creditor)
No. U

For Period Commencing on and Including: April 26, 2010
and Ending on and Including: April 30, 2010

Amount of this Transfer Request (from Exhibit A): $ 100,989.24

Pursuant to paragraph 6 of the Order and in accordance with paragraphs 19 and 20 of the Stipulation, Easy Street hereby requests that WestLB authorize the transfer of $100,989.24 from the Lockbox Account to the Operating Account.

In association with the above, and in order to induce WestLB to authorize the requested transfer(s), the undersigned individual hereby represents and certifies that he or she is an individual with primary responsibility for the maintenance of the financial affairs of debtor Easy Street Partners, LLC, familiar with and with full access to such debtor's financial records, that he or she has reviewed such records, and that, to the best of his or her knowledge and as reflected in such records:

1. all revenues generated from operation of the Sky Lodge property, all proceeds of WestLB's collateral, and all other income of any kind whatsoever received by Easy Street during the period covered by this request have been deposited into the Lockbox Account;
2. all monies transferred to the Operating Account pursuant to previous post-petition transfer requests have been or will be disbursed to pay approved expenses in accordance with the Budget;
3. the Summary Cash Flow Statement attached as Exhibit A hereto is a true, correct and complete representation of changes in Lockbox Account balances over the period covered by this request;
4. the Third-Party Reserves Cash Flow Statement attached as Exhibit B hereto is a true, correct and complete representation of changes in those portions of the Lockbox Account balance which are subject to a lien other than WestLB's over the period covered by this request; and
5. all funds transferred to the Operating Account pursuant to this request will be disbursed to pay expenses as set forth in the Accounts Payable Detail attached as Exhibits C-1, C-2 and C-3 hereto, which expenses are in accordance with the approved Budget as indicated, and only to pay such expenses.

_____
by William Shoaf
Co Manager

_____
by Jeff Blatt
Co Manager

both individually and, in his or her capacity as an authorized representative,
for Easy Street Partners, LLC, Debtor in Possession

**Distribution:**
WestLB
Easy Street Partners
CloudNine Resorts

Transfer Request, Page 1 of 1

# SKY LODGE POST-PETITION REQUEST FOR TRANSFER No. U
## Exhibit A: Summary Cash Flow Statement

For Period Commencing on and including: April 26, 2010
and Ending on and including: April 30, 2010

| | | |
|---|---|---:|
| Total Accounts Payable for Period (from Exhibit C-1): | $ | 100,989.24 |
| Adjustment for Interim Transfer: | | |
| Net Transfer Request: | $ | 100,989.24 |
| | | |
| Lockbox Balance as of 04/26/10: | $ | 121,163.67 |
| Interim Transfer (see above): | $ | - |
| Net Revenue (Loss) Credited to Lockbox for Period: | $ | 4,967.42 |
| Lockbox Balance as of 05/03/10: | $ | 126,131.09 |
| Amount of this Transfer Request (from above): | $ | 100,989.24 |
| Sum of Third Party Reserve Balances (from Exhibit B): | $ | 58,952.63 |
| Desired Minimum Balance in Lockbox: | $ | 10,000.00 |
| Reserve (Shortfall): | $ | (43,810.78) |

# SKY LODGE POST-PETITION REQUEST FOR TRANSFER No. U

## Exhibit B: Third Party Reserves Cash Flow Statement

**[Exhibit Intentionally Omitted and Available Upon Request]**

## SKY LODGE POST-PETITION REQUEST FOR TRANSFER No. U
### Exhibit C-1: Accounts Payable Detail -- Budget Reconciliation (see Note 1)

For Period Commencing on and including: Commencing on and including: April 26, 2010
and Ending on and including: and Ending on and including: April 30, 2010

| Budget Category | Title | Total Budget for April | Week 1 | Week 2 | Week 3 | Week 4 | Week 5 | Total Actual | Variance from Budget |
|---|---|---|---|---|---|---|---|---|---|
| **LODGE EXPENSES** | | | | | | | | | |
| **SKY LODGE OPERATING EXPENSES (see Exhibits C-2 and C-3)** | | | | | | | | | |
| ROOMS | Rooms Division | 90,920.00 | - | - | - | - | - | - | (90,920.00) |
| PM | Property Management | - | - | - | - | - | - | - | - |
| F&B | Food & Beverage | 117,155.00 | - | - | - | - | - | - | (117,155.00) |
| SPA | Spa | 29,193.00 | - | - | - | - | - | - | (29,193.00) |
| FAC | Facilities | 59,714.00 | - | - | - | - | - | - | (59,714.00) |
| HOA-FAC | HOA Credit - Facilities | (47,682.00) | - | - | - | - | - | - | 47,682.00 |
| HOA-O | HOA Credit - Other | (20,574.00) | - | - | - | - | - | - | 20,574.00 |
| SALES | Sales and Marketing | 61,807.00 | - | - | - | - | - | - | (61,807.00) |
| ADMIN | Administration | 37,084.00 | - | - | - | - | - | - | (37,084.00) |
| TAX | Property Taxes | - | - | - | - | - | - | - | - |
| MGMT | Management Fees | 8,651.00 | - | - | - | - | - | - | (8,651.00) |
| | **SUBTOTALS** | 336,268.00 | 55,970.25 | 32,992.71 | 136,318.85 | 31,094.27 | 91,989.24 | 348,365.32 | 12,097.32 |
| | Balance to C-4 | 404,524.00 | | | | | | | (56,158.68) |
| **OTHER EASY STREET PARTNERS, LLC EXPENSES** | | | | | | | | | |
| | Developer HOA | | | | | | | | |
| | Residential HOA Dues | 34,520.00 | | | | | | - | (34,520.00) |
| | Commercial HOA Dues | 20,056.00 | | | | | | - | (20,056.00) |
| | Hotel Rental Owner Commissions | 6,701.00 | | | | | | - | (6,701.00) |
| | ESP Legal + Admin & General | 125,000.00 | | | | | | - | (125,000.00) |
| | WLB Legal | 100,000.00 | | | | | | - | (100,000.00) |
| | Professional Fees | 33,500.00 | 23,000.00 | - | 8,000.00 | | 9,000.00 | | (33,500.00) |
| | Accounting | 20,000.00 | | | | | | | (20,000.00) |
| | Trustee Fees | 5,525.00 | | | - | 10,725.00 | | | (5,525.00) |
| | Estimated State Tax to be Paid | | | | | | | - | - |
| | Utility Deposit | - | | | | | | - | - |
| | WLB Protection Payments | 34,000.00 | | 34,000.00 | | | | 34,000.00 | - |
| | Office Rent | - | | | | | | - | - |
| | State & Local Sales Taxes | | | 60,441.94 | | | | 60,441.94 | |
| | **SUBTOTALS** | 379,302.00 | 23,000.00 | 94,441.94 | 8,000.00 | 10,725.00 | 9,000.00 | 94,441.94 | (345,302.00) |
| | **GRAND TOTALS** | 715,570.00 | 78,970.25 | 127,434.65 | 144,318.85 | 41,819.27 | 100,989.24 | 442,807.26 | (333,204.68) |

**Note 1:** Easy Street understands and acknowledges that it is not generally authorized to disburse any unused portion of any amounts allocated to any Budget line item to any other Budget line item.

Exhibit C-2, Page 1 of 1

**SKY LODGE POST-PETITION REQUEST FOR TRANSFER No. U**
**Exhibit C-2: Accounts Payable Detail -- Operating Expense Summary**

For Period Commencing on and Including: mmencing on and including: April 26, 2010
and Ending on and including: nd Ending on and including: April 30, 2010

| Budget Category | A/P Account No. | Title | Total Budget for April | Week 1 | Week 2 | Week 3 | Week 4 | Week5 | Week6 | Total Actual | Variance from Budget March | Budget Variance Carryover from January | Budget Variance Carryover from February | Budget Variance Carryover from March | Jan-Mar Variance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| F&B | 1 | Resturant Food | $ 21,128.90 | $ 480.44 | $9,460.66 | $7,186.65 | $3,367.02 | $ 6,386.01 | | $ 26,880.78 | $ 5,751.88 | $ (8,638.21) | $ (235.60) | $ 6,615.84 | $ (2,257.97) |
| F&B | 2 | Resturant Liquor | $ 11,377.10 | $ - | $5,993.58 | $1,462.72 | $297.92 | $ 920.93 | | $ 8,675.15 | $ (2,701.95) | $ 9,668.43 | $ 22,064.12 | $ 23,407.94 | $ 55,140.49 |
| Spa | 3 | Spa | $ 1,323.00 | $ - | $0.00 | $456.50 | $588.94 | $ - | | $ 1,045.44 | $ (277.56) | $ (2,220.95) | $ (2,646.00) | $ (991.28) | $ (5,858.23) |
| Admin | 5001 | Bank Charges/Fees | $ 150.00 | $ - | $0.00 | $0.00 | $0.00 | $ 5.00 | | $ 5.00 | $ (145.00) | $ (150.00) | $ (150.00) | $ (150.00) | $ (450.00) |
| Consolidated | 5003 | Cell Phones | $ 650.00 | $ - | $0.00 | $120.00 | $60.00 | $ 60.00 | | $ 240.00 | $ (410.00) | $ (437.81) | $ (470.00) | $ (350.00) | $ (1,257.81) |
| Consolidated | 5006 | Comps/Coupons/Discounts | $ 441.00 | $ - | $0.00 | $0.00 | $0.00 | $ - | | $ - | $ (441.00) | $ (150.00) | $ (150.00) | $ (150.00) | $ (450.00) |
| Admin | 5009 | Credit Card Merchant Fees | $ 4,384.00 | $ - | $0.00 | $0.00 | $0.00 | $ - | | $ - | $ (4,384.00) | $ (2,499.80) | $ 3,558.21 | $ (17,700.00) | $ (16,641.59) |
| | 5009 | Credit Card Merchant Fees | | $ - | $0.00 | $0.00 | $0.00 | $ - | | $ - | | $ (21,021.21) | $ - | $ (21,021.21) |
| Consolidated | 5010 | Dues & Subscriptions | $ 125.00 | $ - | $500.00 | $0.00 | $0.00 | $ - | | $ 500.00 | $ 375.00 | $ 725.00 | $ (75.00) | $ 432.08 | $ 1,082.08 |
| Consolidated | 5011 | Employee Relations | $ 2,650.00 | $ 465.00 | $0.00 | $0.00 | $0.00 | $ - | | $ 465.00 | $ (2,185.00) | $ (1,050.00) | $ (1,050.00) | $ (1,050.00) | $ (3,150.00) |
| Consolidated | 5012 | Equipment Leases | $ 500.00 | $ - | $0.00 | $0.00 | $805.39 | $ - | | $ 805.39 | $ 305.39 | $ 327.49 | $ 318.71 | $ 483.99 | $ 1,130.19 |
| Consolidated | 5013 | Flowers/Decorations | $ 1,620.00 | $ - | $0.00 | $0.00 | $0.00 | $ - | | $ - | $ (1,620.00) | $ (1,371.36) | $ 379.03 | $ (412.17) | $ (1,404.50) |
| Rooms | 5015 | Housekeeping Incentive Program | $ 80.00 | $ - | $0.00 | $0.00 | $0.00 | $ - | | $ - | $ (80.00) | $ (120.00) | $ (120.00) | $ (220.00) | $ (460.00) |
| Consolidated | 5016 | Information Resources | $ 1,025.00 | $ - | $0.00 | $2,137.18 | $0.00 | $ - | | $ 2,137.18 | $ 1,112.18 | $ 185.00 | $ (691.10) | $ 315.00 | $ (191.10) |
| Admin | 5016 | SMS Annual Support | $ - | $ - | $0.00 | $0.00 | $0.00 | $ - | | $ - | $ - | $ - | $ - | $ - | $ - |
| F&B | 5018 | Opentable Monthly Fees | $ 600.00 | $ - | $0.00 | $0.00 | $694.65 | $ - | | $ 694.65 | $ 94.65 | $ 43.90 | $ 4.90 | $ 3,507.56 | $ 3,556.36 |
| Consolidated | 5021 | Miscellaneous | $ 1,400.00 | $ 505.00 | $0.00 | $105.70 | $285.29 | $ 880.00 | | $ 1,775.99 | $ 375.99 | $ 2,706.55 | $ (2,016.80) | $ (941.91) | $ (252.16) |
| Consolidated | 5022 | Music | $ 2,580.00 | $ 175.31 | $1,300.00 | $1,200.00 | $600.00 | $ 1,485.18 | | $ 4,760.49 | $ 2,180.49 | $ (4,023.35) | $ (523.70) | $ (680.00) | $ (5,227.05) |
| Consolidated | 5023 | Office Supplies | $ 925.00 | $ 81.08 | $62.21 | $38.67 | $12.86 | $ - | | $ 194.82 | $ (730.18) | $ (12.34) | $ 453.71 | $ 707.55 | $ 1,148.92 |
| Consolidated | 5025 | Postage | $ 700.00 | $ - | $39.79 | $0.00 | $0.00 | $ 232.73 | | $ 272.52 | $ (427.48) | $ (50.00) | $ (150.00) | $ (31.10) | $ (231.10) |
| Admin | 5027 | Professional Fees - Accounting | $ 250.00 | $ - | $0.00 | $0.00 | $0.00 | $ - | | $ - | $ (250.00) | $ (3,000.00) | $ (3,000.00) | $ (250.00) | $ (6,250.00) |
| Admin | 5028 | Professional Fees - Legal | $ 1,500.00 | $ - | $0.00 | $0.00 | $0.00 | $ - | | $ - | $ (1,500.00) | $ (1,500.00) | $ (1,500.00) | $ (1,500.00) | $ (4,500.00) |
| Consolidated | 5029 | Radios/Telephones | $ 125.00 | $ - | $0.00 | $0.00 | $0.00 | $ 97.00 | | $ 97.00 | $ (28.00) | $ (125.00) | $ 789.93 | $ 581.58 | $ 1,246.51 |
| Consolidated | 5031 | Safety & Security | $ 25.00 | $ - | $0.00 | $0.00 | $0.00 | $ - | | $ - | $ (25.00) | $ 1,802.20 | $ 110.00 | $ 90.00 | $ 2,002.20 |
| Consolidated | 5032 | Shipping/Packaging | $ 100.00 | $ - | $0.00 | $29.28 | $0.00 | $ - | | $ 29.28 | $ (70.72) | $ 115.09 | $ (100.00) | $ (100.00) | $ (84.91) |
| Consolidated | 5035 | Training (English Classes) | $ 1,250.00 | $ - | $0.00 | $0.00 | $0.00 | $ - | | $ - | $ (1,250.00) | $ (1,250.00) | $ (900.00) | $ (1,025.49) | $ (3,175.49) |
| Consolidated | 5036 | Transportation | $ 3,389.00 | $ - | $0.00 | $880.00 | $270.00 | $ - | | $ 1,150.00 | $ (2,239.00) | $ (8,258.60) | $ (6,912.40) | $ (5,597.50) | $ (20,768.50) |
| Consolidated | 5037 | Travel & Entertainment | $ 3,000.00 | $ 3,237.60 | $0.00 | $0.00 | $0.00 | $ - | | $ 3,237.60 | $ 237.60 | $ (750.00) | $ 92.00 | $ (750.00) | $ (1,408.00) |
| Consolidated | 5038 | Uniform Cleaning | $ 4,362.00 | $ 90.45 | $525.44 | $172.80 | $181.90 | $ 174.86 | | $ 1,145.45 | $ (3,216.55) | $ (3,254.24) | $ (3,725.47) | $ (3,020.15) | $ (9,999.86) |
| Consolidated | 5039 | Uniforms | $ 5,180.00 | $ - | $0.00 | $0.00 | $0.00 | $ - | | $ - | $ (5,180.00) | $ 3,807.32 | $ - | $ (180.00) | $ 3,627.32 |
| Consolidated | 5100 | Guest Amenities | $ 5,648.00 | $ 461.05 | $845.39 | $170.37 | $641.92 | $ 906.70 | | $ 3,025.43 | $ (2,622.57) | $ (5,816.82) | $ (7,954.68) | $ (7,941.71) | $ (21,713.21) |
| Consolidated | 5101 | Guest Relations | $ 1,988.00 | $ - | $0.00 | $0.00 | $0.00 | $ - | | $ - | $ (1,988.00) | $ (1,398.16) | $ (3,045.00) | $ (3,778.00) | $ (8,221.16) |
| Rooms | 5102 | Guest Services | $ 2,824.00 | $ - | $13.42 | $0.00 | $135.26 | $ - | | $ 148.68 | $ (2,675.32) | $ (20,158.68) | $ (18,089.46) | $ (20,899.30) | $ (59,147.44) |
| Rooms | 5103 | Housekeeping Supplies | $ 1,059.00 | $ 61.90 | $61.90 | $243.53 | $4.25 | $ 69.86 | | $ 441.44 | $ (617.56) | $ (1,560.32) | $ 42.45 | $ (1,702.66) | $ (3,220.53) |
| Rooms | 5104 | Laundry Supplies | $ 706.00 | $ 460.95 | $413.00 | $0.00 | $45.00 | $ - | | $ 918.95 | $ 212.95 | $ (1,316.18) | $ (1,218.00) | $ (1,103.78) | $ (3,637.96) |
| Rooms | 5105 | Newspaper | $ 530.00 | $ - | $0.00 | $0.00 | $0.00 | $ - | | $ - | $ (530.00) | $ (1,048.00) | $ (553.05) | $ (1,056.50) | $ (2,657.55) |
| Admin | 5107 | Travel Agent Commissions | $ 2,269.00 | $ - | $0.00 | $0.00 | $1,439.40 | $ 2,249.10 | | $ 3,688.50 | $ 1,419.50 | $ (9,224.90) | $ (7,532.67) | $ (12,964.02) | $ (29,721.59) |
| F&B | 5200 | Cleaning/Chemicals/Janitorial | $ 825.00 | $ 320.57 | $1,391.43 | $843.43 | $268.31 | $ 565.07 | | $ 3,388.81 | $ 2,563.81 | $ 490.93 | $ 1,836.07 | $ 2,182.13 | $ 4,509.13 |
| Consolidated | 5201 | Employee Meals | $ 3,410.00 | $ - | $75.12 | $363.34 | $158.93 | $ 115.20 | | $ 712.59 | $ (2,697.41) | $ (3,550.86) | $ (2,829.23) | $ (3,591.92) | $ (9,972.01) |
| F&B | 5202 | Kitchen Equipment Repairs | $ 1,000.00 | $ - | $459.45 | $219.62 | $0.00 | $ 847.92 | | $ 1,526.99 | $ 526.99 | $ (154.85) | $ (702.75) | $ 699.69 | $ (157.91) |
| F&B | 5203 | Kitchen Fuels | $ 99.00 | $ - | $0.00 | $0.00 | $0.00 | $ - | | $ - | $ (99.00) | $ 365.96 | $ (217.92) | $ (202.93) | $ (54.89) |
| F&B | 5204 | Paper | $ 825.00 | $ - | $531.04 | $614.47 | $96.69 | $ 155.66 | | $ 1,397.86 | $ 572.86 | $ 900.25 | $ (568.68) | $ (320.14) | $ 11.43 |
| F&B | 5206 | Utensils | $ 150.00 | $ - | $0.00 | $0.00 | $0.00 | $ - | | $ - | $ (150.00) | $ (150.00) | $ 30.00 | $ 1,727.94 | $ 1,607.94 |
| F&B | 5207 | Smallwares | $ 200.00 | $ - | $16.88 | $674.50 | $211.56 | $ 197.50 | | $ 1,100.44 | $ 900.44 | $ 574.15 | $ 75.99 | $ 47.19 | $ 697.33 |
| | 5208 | Table Linen | $ 825.00 | $ 122.19 | $1,161.00 | $536.97 | $310.96 | $ 424.32 | | $ 2,555.44 | $ 1,730.44 | $ 1,806.28 | $ 1,644.44 | $ 1,400.93 | $ 4,851.65 |
| Spa | 5300 | Guest Locker Room Supplies | $ 243.00 | $ - | $0.00 | $0.00 | $0.00 | $ - | | $ - | $ (243.00) | $ (191.37) | $ (444.96) | $ (370.68) | $ (1,007.01) |
| Spa | 5310 | Spa Consumables | $ 227.00 | $ - | $0.00 | $0.00 | $0.00 | $ - | | $ - | $ (227.00) | $ 239.62 | $ (303.00) | $ (303.00) | $ (366.38) |
| Spa | 5320 | Spa Equipment Repairs | $ 100.00 | $ - | $0.00 | $0.00 | $0.00 | $ - | | $ - | $ (100.00) | $ (100.00) | $ (100.00) | $ (100.00) | $ (300.00) |
| Spa | 5340 | Spa Linen | $ 50.00 | $ - | $0.00 | $0.00 | $0.00 | $ - | | $ - | $ (50.00) | $ (50.00) | $ (50.00) | $ (50.00) | $ (150.00) |

Exhibit C-2, Page 1 of 2

| Budget Category | SKY LODGE EXPENSES A/P Account No. | Title | Total Budget for April | Actual Expenses for April (from Ex. C-3) Week 1 | Week 2 | Week 3 | Week 4 | Week 5 | Week 6 | Total Actual | Variance from Budget March | Budget Variance Carryover from January | Budget Variance Carryover from February | Budget Variance Carryover from March | Jan-Mar Variance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Spa | 5350 | Spa Professional Supplies | $ 1,296.00 | $ - | $0.00 | $225.00 | $122.64 | $ 3.06 | | $ 350.70 | $ (945.30) | $ (2,283.26) | $ (2,231.05) | $ (1,971.39) | $ (6,485.70) |
| Spa | 5360 | Spa Small Equipment | $ 50.00 | $ - | $0.00 | $0.00 | $0.00 | $ - | | $ - | $ (50.00) | $ (50.00) | $ (50.00) | $ (50.00) | $ (150.00) |
| Facilities | 5500 | Cable | $ 1,300.00 | $ - | $0.00 | $1,498.20 | $0.00 | $ - | | $ 1,498.20 | $ 198.20 | $ 305.41 | $ 157.10 | $ 259.36 | $ 721.87 |
| Facilities | 5501 | Electric | $ 8,800.00 | $ - | $0.00 | $10,324.76 | $8.73 | $ - | | $ 10,333.49 | $ 1,533.49 | $ (2,399.33) | $ (2,768.31) | $ (2,588.97) | $ (7,756.61) |
| Facilities | 5502 | Gas | $ 10,000.00 | $ - | $0.00 | $0.00 | $9,752.62 | $ - | | $ 9,752.62 | $ (247.38) | $ 1,320.72 | $ 1,872.59 | $ (748.37) | $ 2,444.94 |
| Facilities | 5503 | Telephone | $ 2,800.00 | $ - | $0.00 | $1,742.03 | $974.84 | $ 241.58 | | $ 2,958.45 | $ 158.45 | $ 123.82 | $ 433.29 | $ 724.98 | $ 1,282.09 |
| Facilities | 5504 | Water/Sewer | $ 1,300.00 | $ - | $2,635.81 | $0.00 | $0.00 | $ - | | $ 2,635.81 | $ 1,335.81 | $ 2,307.72 | $ (1,773.30) | $ 876.71 | $ 1,411.13 |
| Facilities | 5505 | Appliances | $ 275.00 | $ - | $0.00 | $0.00 | $0.00 | $ - | | $ - | $ (275.00) | $ (275.00) | $ (275.00) | $ (275.00) | $ (825.00) |
| Facilities | 5506 | Electrical/Mechanical | $ 950.00 | $ - | $0.00 | $569.35 | $0.00 | $ 28.67 | | $ 598.02 | $ (351.98) | $ (931.25) | $ (945.45) | $ (604.89) | $ (2,481.59) |
| Facilities | 5507 | Elevator Contracts/Repairs | $ - | $ - | $0.00 | $0.00 | $0.00 | $ - | | $ - | $ - | $ 1,521.00 | $ - | $ 714.84 | $ 2,235.84 |
| Consolidated | 5508 | Equipment Rentals | $ 50.00 | $ - | $0.00 | $0.00 | $0.00 | $ - | | $ - | $ (50.00) | $ (50.00) | $ (50.00) | $ (50.00) | $ (150.00) |
| Facilities | 5509 | Fire Protection Services | $ 300.00 | $ - | $0.00 | $0.00 | $0.00 | $ - | | $ - | $ (300.00) | $ (166.44) | $ 1,350.00 | $ (166.44) | $ 1,017.12 |
| Facilities | 5510 | Furniture Repairs | $ 50.00 | $ - | $319.00 | $0.00 | $0.00 | $ - | | $ 319.00 | $ 269.00 | $ (50.00) | $ (50.00) | $ (50.00) | $ (150.00) |
| Facilities | 5511 | HVAC | $ 800.00 | $ - | $0.00 | $0.00 | $0.00 | $ - | | $ - | $ (800.00) | $ (800.00) | $ (800.00) | $ (800.00) | $ (2,400.00) |
| Facilities | 5513 | Laundry Equipment Repairs | $ 200.00 | $ - | $0.00 | $0.00 | $0.00 | $ - | | $ - | $ (200.00) | $ (200.00) | $ (200.00) | $ (200.00) | $ (600.00) |
| Facilities | 5514 | Light Bulbs | $ 300.00 | $ 111.50 | $52.32 | $60.81 | $0.00 | $ 52.52 | | $ 277.15 | $ (22.85) | $ 24.10 | $ 215.31 | $ (6.55) | $ 232.86 |
| Facilities | 5515 | Maintenance Contracts | $ 500.00 | $ - | $0.00 | $0.00 | $0.00 | $ - | | $ - | $ (500.00) | $ (500.00) | $ (500.00) | $ (500.00) | $ (1,500.00) |
| Facilities | 5516 | Grease Trap Cleaning | $ 150.00 | $ - | $0.00 | $0.00 | $0.00 | $ - | | $ - | $ (150.00) | $ (400.00) | $ - | $ (150.00) | $ (550.00) |
| Consolidated | 5516 | Maintenance Equipment | $ 400.00 | $ - | $30.72 | $0.00 | $0.00 | $ - | | $ 30.72 | $ (369.28) | $ (150.00) | $ (150.00) | $ - | $ (300.00) |
| Facilities | 5517 | Maintenance Supplies | $ 1,100.00 | $ 114.30 | $48.40 | $61.27 | $0.00 | $ 579.68 | | $ 803.65 | $ (296.35) | $ 566.57 | $ (135.59) | $ 1,146.47 | $ 1,577.45 |
| Facilities | 5518 | Painting | $ 400.00 | $ - | $0.00 | $0.00 | $0.00 | $ 32.76 | | $ 32.76 | $ (367.24) | $ (379.85) | $ 708.18 | $ (357.14) | $ (28.81) |
| Facilities | 5519 | Pest Control | $ 650.00 | $ - | $0.00 | $602.00 | $0.00 | $ - | | $ 602.00 | $ (48.00) | $ (48.00) | $ (48.00) | $ (48.00) | $ (144.00) |
| Facilities | 5520 | Plumbing | $ 250.00 | $ 38.16 | $0.00 | $0.00 | $0.00 | $ 127.94 | | $ 166.10 | $ (83.90) | $ (250.00) | $ (241.98) | $ (223.22) | $ (715.20) |
| Facilities | 5521 | Pool Chemicals | $ 300.00 | $ - | $0.00 | $0.00 | $0.00 | $ 195.99 | | $ 195.99 | $ (104.01) | $ 71.54 | $ (32.33) | $ 118.85 | $ 158.06 |
| Facilities | 5522 | Pool Maintenance | $ 400.00 | $ - | $0.00 | $149.69 | $0.00 | $ - | | $ 149.69 | $ (250.31) | $ (265.00) | $ (400.00) | $ (400.00) | $ (1,065.00) |
| Facilities | 5523 | Repairs & Maintenance | $ 1,250.00 | $ 771.50 | $974.38 | $279.79 | $0.00 | $ 699.78 | | $ 2,725.45 | $ 1,475.45 | $ (1,643.58) | $ 1,092.05 | $ 1,260.52 | $ 708.99 |
| Facilities | 5524 | Snow Removal | $ 500.00 | $ - | $250.00 | $0.00 | $0.00 | $ - | | $ 250.00 | $ (250.00) | $ (250.00) | $ (250.00) | $ (250.00) | $ (750.00) |
| Facilities | 5525 | Television/DVD/VCR | $ 300.00 | $ - | $0.00 | $0.00 | $0.00 | $ - | | $ - | $ (300.00) | $ (300.00) | $ (300.00) | $ (300.00) | $ (900.00) |
| Facilities | 5526 | Trash Removal | $ 2,500.00 | $ - | $0.00 | $0.00 | $0.00 | $ - | | $ - | $ (2,500.00) | $ (2,500.00) | $ (2,500.00) | $ (2,500.00) | $ (7,500.00) |
| Facilities | 5527 | Vehicles - Gas/Maintenance | $ 60.00 | $ - | $206.43 | $0.00 | $447.50 | $ - | | $ 653.93 | $ 593.93 | $ 210.00 | $ 434.35 | $ 656.27 | $ 1,300.62 |
| Facilities | 5528 | Vehicles - Insurance | $ - | $ - | $0.00 | $0.00 | $0.00 | $ - | | $ - | $ - | $ - | $ - | $ (1,033.00) | $ (1,033.00) |
| Facilities | 5529 | Vehicles - Leases | $ 887.00 | $ - | $0.00 | $0.00 | $0.00 | $ - | | $ - | $ (887.00) | $ (0.46) | $ (0.46) | $ (0.46) | $ (1.38) |
| Facilities | 5530 | Window Cleaning | $ 900.00 | $ - | $0.00 | $0.00 | $0.00 | $ - | | $ - | $ (900.00) | $ (900.00) | $ (900.00) | $ (900.00) | $ (2,700.00) |
| Facilities | 5531 | Recycling | $ 250.00 | $ - | $0.00 | $0.00 | $0.00 | $ - | | $ - | $ (250.00) | $ (250.00) | $ 230.00 | $ (55.00) | $ (75.00) |
| Consolidated | 5700 | Advertising/Promotion - Producti | $ 8,345.00 | $ - | $0.00 | $2,881.83 | $90.00 | $ - | | $ 2,971.83 | $ (5,373.17) | $ (8,070.00) | $ (2,912.27) | $ (7,226.28) | $ (18,208.55) |
| S&M | 5701 | Brochure - Development | $ - | $ - | $0.00 | $0.00 | $0.00 | $ - | | $ - | $ - | $ (8,500.00) | $ - | $ (5,000.00) | $ (13,500.00) |
| S&M | 5702 | Brochure - Printing | $ - | $ - | $0.00 | $0.00 | $0.00 | $ - | | $ - | $ - | $ 292.59 | $ (11,000.00) | $ - | $ (10,707.41) |
| Consolidated | 5704 | Donations | $ 250.00 | $ - | $0.00 | $0.00 | $0.00 | $ - | | $ - | $ (250.00) | $ (250.00) | $ (200.00) | $ (250.00) | $ (700.00) |
| S&M | 5705 | SLH & Virtuoso | $ 2,900.00 | $ - | $0.00 | $0.00 | $0.00 | $ - | | $ - | $ (2,900.00) | $ (4,000.00) | $ (4,100.00) | $ - | $ (8,100.00) |
| S&M | 5706 | Public Relations | $ 6,950.00 | $ - | $0.00 | $0.00 | $0.00 | $ - | | $ - | $ (6,950.00) | $ (5,000.00) | $ - | $ (4,672.26) | $ (9,672.26) |
| S&M | 5707 | Wine Club | $ - | $ - | $0.00 | $0.00 | $0.00 | $ - | | $ - | $ - | $ (1,233.00) | $ (3,706.00) | $ (3,745.00) | $ (8,684.00) |
| S&M | 5709 | Website | $ 25,838.00 | $ - | $0.00 | $1,689.23 | $94.40 | $ 6,689.66 | | $ 8,473.29 | $ (17,364.71) | $ 7,546.00 | $ (3,496.89) | $ (25,854.53) | $ (21,805.42) |
| Other | 0000 | Management Fee | $ 8,651.00 | $ - | $0.00 | $0.00 | $0.00 | $ - | | $ - | $ (8,651.00) | $ (46,747.00) | $ (6,951.31) | $ 30,651.96 | $ (23,046.35) |
| Consolidated | 6000 | Payroll | $ 188,003.00 | $ 27,662.92 | $0.00 | $73,427.08 | $0.00 | $ 55,180.56 | | $ 156,270.56 | $ (31,732.44) | $ (16,944.69) | $ (48,323.37) | $ (37,158.39) | $ (102,426.45) |
| Consolidated | 6050 | Payroll Taxes/Benefits | $ 27,216.00 | $ 3,553.57 | $0.00 | $8,680.98 | $8,797.29 | $ 6,217.80 | | $ 27,249.64 | $ 33.64 | $ 5,444.68 | $ (2,873.03) | $ (4,743.61) | $ (2,171.96) |
| | | Payroll-Gratuities | | $ 7,347.14 | $0.00 | $12,278.95 | $0.00 | $ 6,166.20 | | $ 25,792.29 | | | | $ - | $ - |
| Admin | 7040 | Workers' Comp Insurance | $ 3,285.00 | $ 3,320.00 | $0.00 | $0.00 | $0.00 | $ - | | $ 3,320.00 | $ 35.00 | $ 35.00 | $ 3,355.00 | $ (3,285.00) | $ 105.00 |
| Admin | 7730 | Property Insurance | $ - | $ - | $0.00 | $0.00 | $240.00 | $ - | | $ 240.00 | $ 240.00 | $ 18,882.17 | $ 7,597.69 | $ (7,200.00) | $ 19,279.86 |
| Admin | 7740 | Property Taxes | $ - | $ - | $0.00 | $0.00 | $0.00 | $ - | | $ - | $ - | $ - | $ - | $ - | $ - |
| balance sheet | | Clearing account | | $ 6,589.62 | $5,625.34 | $4,392.15 | $90.00 | $ - | | $ 16,697.11 | $ 16,697.11 | | $ 24,005.59 | $ 30,304.37 | $ 54,309.96 |
| | | TOTALS | 404,524.00 | 55,970.25 | 32,992.71 | 136,318.85 | 31,094.27 | 91,989.24 | - | 348,365.32 | (81,950.97) | (126,959.17) | (114,360.31) | (93,933.99) | $ (335,253.47) |

Exhibit C-2, Page 2 of 2

SKY LODGE POST PETITION REQUEST FOR TRANSFER No. U
Exhibit C: Accounts Payable Detail – Operating Expense Invoices

For Period Commencing on and including: April 26, 2010
and Ending on and including: April 30, 2010

| No. | Description | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Restaurant Food | 33.80 | 708.46 | 1154.66 | 2825.76 | 754.38 | 25.80 | 153.78 | 728.37 | | | | | | | | | | | | | | | | | 6386.01 |
| 2 | Restaurant Liquor | 45.15 | 875.78 | | | | | | | | | | | | | | | | | | | | | | | 920.93 |
| 3 | Spa Purchases | | | | | | | | | | | | | | | | | | | | | | | | | 0.00 |
| 5001 | Bank Charges/Fees | 5.00 | | | | | | | | | | | | | | | | | | | | | | | | 5.00 |
| 5003 | Cell Phones | 60.00 | | | | | | | | | | | | | | | | | | | | | | | | 60.00 |
| 5006 | Comps/Coupons/Discounts | | | | | | | | | | | | | | | | | | | | | | | | | 0.00 |
| 5009 | Credit Card Merchant Fees | | | | | | | | | | | | | | | | | | | | | | | | | 0.00 |
| 5009 | Credit Card Merchant Fees | | | | | | | | | | | | | | | | | | | | | | | | | 0.00 |
| 5010 | Dues & Subscriptions | | | | | | | | | | | | | | | | | | | | | | | | | 0.00 |
| 5011 | Employee Relations | | | | | | | | | | | | | | | | | | | | | | | | | 0.00 |
| 5012 | Equipment Leases | | | | | | | | | | | | | | | | | | | | | | | | | 0.00 |
| 5013 | Flowers/Decorations | | | | | | | | | | | | | | | | | | | | | | | | | 0.00 |
| 5015 | Housekeeping Incentive Program | | | | | | | | | | | | | | | | | | | | | | | | | 0.00 |
| 5016 | Information Resources | | | | | | | | | | | | | | | | | | | | | | | | | 0.00 |
| 5016 | SMS Annual Support | | | | | | | | | | | | | | | | | | | | | | | | | 0.00 |
| 5018 | Opentable Monthly Fees | | | | | | | | | | | | | | | | | | | | | | | | | 0.00 |
| 5021 | Miscellaneous | 880.00 | | | | | | | | | | | | | | | | | | | | | | | | 880.00 |
| 5022 | Music | 500.00 | 700.00 | 200.00 | 85.18 | | | | | | | | | | | | | | | | | | | | | 1485.18 |
| 5023 | Office Supplies | | | | | | | | | | | | | | | | | | | | | | | | | 0.00 |
| 5025 | Postage | 232.73 | | | | | | | | | | | | | | | | | | | | | | | | 232.73 |
| 5027 | Professional Fees - Accounting | | | | | | | | | | | | | | | | | | | | | | | | | 0.00 |
| 5028 | Professional Fees - Legal | | | | | | | | | | | | | | | | | | | | | | | | | 0.00 |
| 5029 | Radios/Telephones | 65.45 | 31.55 | | | | | | | | | | | | | | | | | | | | | | | 97.00 |
| 5031 | Safety & Security | | | | | | | | | | | | | | | | | | | | | | | | | 0.00 |
| 5032 | Shipping/Packaging | | | | | | | | | | | | | | | | | | | | | | | | | 0.00 |
| 5035 | Training (English Classes) | | | | | | | | | | | | | | | | | | | | | | | | | 0.00 |
| 5036 | Transportation | | | | | | | | | | | | | | | | | | | | | | | | | 0.00 |
| 5037 | Travel & Entertainment | | | | | | | | | | | | | | | | | | | | | | | | | 0.00 |
| 5038 | Uniform Cleaning | 136.96 | 37.90 | | | | | | | | | | | | | | | | | | | | | | | 174.86 |
| 5039 | Uniforms | | | | | | | | | | | | | | | | | | | | | | | | | 0.00 |
| 5100 | Guest Amenities | 378.04 | 116.95 | 206.11 | 205.60 | | | | | | | | | | | | | | | | | | | | | 906.70 |
| 5101 | Guest Relations | | | | | | | | | | | | | | | | | | | | | | | | | 0.00 |
| 5102 | Guest Services | | | | | | | | | | | | | | | | | | | | | | | | | 0.00 |
| 5103 | Housekeeping Supplies | | 69.86 | | | | | | | | | | | | | | | | | | | | | | | 69.86 |
| 5104 | Laundry Supplies | | | | | | | | | | | | | | | | | | | | | | | | | 0.00 |
| 5105 | Newspaper | | | | | | | | | | | | | | | | | | | | | | | | | 0.00 |
| 5107 | Travel Agent Commissions | 449.50 | 1799.60 | | | | | | | | | | | | | | | | | | | | | | | 2249.10 |
| 5200 | Cleaning/Chemicals/Janitorial | 166.61 | 45.45 | 144.76 | 208.25 | | | | | | | | | | | | | | | | | | | | | 565.07 |
| 5201 | Employee Meals | 115.20 | | | | | | | | | | | | | | | | | | | | | | | | 115.20 |
| 5202 | Kitchen Equipment Repairs | 773.12 | 74.80 | | | | | | | | | | | | | | | | | | | | | | | 847.92 |
| 5203 | Kitchen Fuels | | | | | | | | | | | | | | | | | | | | | | | | | 0.00 |
| 5204 | Paper and Disposable Goods | 72.25 | 83.41 | | | | | | | | | | | | | | | | | | | | | | | 155.66 |
| 5206 | Utensils | | | | | | | | | | | | | | | | | | | | | | | | | 0.00 |
| 5207 | Smallwares | 197.50 | | | | | | | | | | | | | | | | | | | | | | | | 197.50 |
| 5208 | Table Linen | 211.93 | 212.39 | | | | | | | | | | | | | | | | | | | | | | | 424.32 |
| 5300 | Guest Locker Room Supplies | | | | | | | | | | | | | | | | | | | | | | | | | 0.00 |
| 5310 | Spa Consumables/Spa retails | | | | | | | | | | | | | | | | | | | | | | | | | 0.00 |
| 5320 | Spa Equipment Repairs | | | | | | | | | | | | | | | | | | | | | | | | | 0.00 |
| 5340 | Spa Linen | | | | | | | | | | | | | | | | | | | | | | | | | 0.00 |
| 5350 | Spa Professional Supplies | 3.06 | | | | | | | | | | | | | | | | | | | | | | | | 3.06 |
| 5360 | Spa Small Equipment | | | | | | | | | | | | | | | | | | | | | | | | | 0.00 |
| 5500 | Cable | | | | | | | | | | | | | | | | | | | | | | | | | 0.00 |
| 5501 | Electric | | | | | | | | | | | | | | | | | | | | | | | | | 0.00 |
| 5502 | Gas | | | | | | | | | | | | | | | | | | | | | | | | | 0.00 |
| 5503 | Telephone | 241.58 | | | | | | | | | | | | | | | | | | | | | | | | 241.58 |
| 5504 | Water/Sewer | | | | | | | | | | | | | | | | | | | | | | | | | 0.00 |
| 5505 | Appliances | | | | | | | | | | | | | | | | | | | | | | | | | 0.00 |
| 5506 | Electrical/Mechanical | 28.67 | | | | | | | | | | | | | | | | | | | | | | | | 28.67 |
| 5507 | Elevator Contracts/Repairs | | | | | | | | | | | | | | | | | | | | | | | | | 0.00 |
| 5508 | Equipment Rentals | | | | | | | | | | | | | | | | | | | | | | | | | 0.00 |
| 5509 | Fire Protection Services | | | | | | | | | | | | | | | | | | | | | | | | | 0.00 |
| 5510 | Furniture Repairs | | | | | | | | | | | | | | | | | | | | | | | | | 0.00 |
| 5511 | HVAC | | | | | | | | | | | | | | | | | | | | | | | | | 0.00 |
| 5513 | Laundry Equipment Repairs | | | | | | | | | | | | | | | | | | | | | | | | | 0.00 |
| 5514 | Light Bulbs | 45.00 | 7.52 | | | | | | | | | | | | | | | | | | | | | | | 52.52 |
| 5515 | Maintenance Contracts | | | | | | | | | | | | | | | | | | | | | | | | | 0.00 |
| 5516 | Grease Trap Cleaning | | | | | | | | | | | | | | | | | | | | | | | | | 0.00 |
| 5516 | Maintenance Equipment | | | | | | | | | | | | | | | | | | | | | | | | | 0.00 |
| 5517 | Maintenance Supplies | 104.25 | 22.38 | 36.60 | 90.77 | 185.82 | 9.98 | 2.23 | 8.00 | 119.65 | | | | | | | | | | | | | | | | 579.68 |
| 5518 | Painting | 32.76 | | | | | | | | | | | | | | | | | | | | | | | | 32.76 |
| 5519 | Pest Control | | | | | | | | | | | | | | | | | | | | | | | | | 0.00 |
| 5520 | Plumbing | 3.32 | 11.09 | 93.59 | 18.26 | 1.68 | | | | | | | | | | | | | | | | | | | | 127.94 |
| 5521 | Pool Chemicals | 195.99 | | | | | | | | | | | | | | | | | | | | | | | | 195.99 |
| 5522 | Pool Maintenance | | | | | | | | | | | | | | | | | | | | | | | | | 0.00 |
| 5523 | Repairs & Maintenance | 249.84 | 119.67 | 330.27 | | | | | | | | | | | | | | | | | | | | | | 699.78 |
| 5524 | Snow Removal | | | | | | | | | | | | | | | | | | | | | | | | | 0.00 |
| 5525 | Television/DVD/VCR | | | | | | | | | | | | | | | | | | | | | | | | | 0.00 |
| 5526 | Trash Removal | | | | | | | | | | | | | | | | | | | | | | | | | 0.00 |
| 5527 | Vehicles - Gas/Maintenance | | | | | | | | | | | | | | | | | | | | | | | | | 0.00 |
| 5528 | Vehicles - Insurance | | | | | | | | | | | | | | | | | | | | | | | | | 0.00 |

Exhibit C-3, Page 1 of 2

| No. | BUDGET CATEGORY Description | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | Invoices Received | | | | | | | | | | | | | |
| 5529 | Vehicles - Leases | | | | | | | | | | | | | | | | | | | | | | | | | 0.00 |
| 5530 | Window Cleaning | | | | | | | | | | | | | | | | | | | | | | | | | 0.00 |
| 5531 | Recycling | | | | | | | | | | | | | | | | | | | | | | | | | 0.00 |
| 5700 | Advertising/Promotion - Production | | | | | | | | | | | | | | | | | | | | | | | | | 0.00 |
| 5701 | Brochure - Development | | | | | | | | | | | | | | | | | | | | | | | | | 0.00 |
| 5702 | Brochure - Printing | | | | | | | | | | | | | | | | | | | | | | | | | 0.00 |
| 5704 | Donations | | | | | | | | | | | | | | | | | | | | | | | | | 0.00 |
| 5705 | SLH & Virtuoso | | | | | | | | | | | | | | | | | | | | | | | | | 0.00 |
| 5706 | Public Relations | | | | | | | | | | | | | | | | | | | | | | | | | 0.00 |
| 5707 | Wine Club | | | | | | | | | | | | | | | | | | | | | | | | | 0.00 |
| 5709 | Website | 2559.16 | 1043.00 | 3087.50 | | | | | | | | | | | | | | | | | | | | | | 6689.66 |
| 0000 | Management Fee | | | | | | | | | | | | | | | | | | | | | | | | | 0.00 |
| 6000 | Payroll | 55180.56 | | | | | | | | | | | | | | | | | | | | | | | | 55180.56 |
| 6050 | Payroll Taxes/Benefits/7030 Medical | 6217.80 | | | | | | | | | | | | | | | | | | | | | | | | 6217.80 |
| | Payroll Gratuities | 6166.20 | | | | | | | | | | | | | | | | | | | | | | | | 6166.20 |
| 7040 | Workers' Comp Insurance | | | | | | | | | | | | | | | | | | | | | | | | | 0.00 |
| 7730 | Property Insurance | | | | | | | | | | | | | | | | | | | | | | | | | 0.00 |
| 7740 | Property Taxes | | | | | | | | | | | | | | | | | | | | | | | | | 0.00 |
| Bal Sheet | Clearing Account/Capital Request | | | | | | | | | | | | | | | | | | | | | | | | | 0.00 |
| | Totals | 75351.43 | 5859.81 | 5253.49 | 3433.82 | 941.88 | 36.78 | 156.01 | 736.37 | 119.65 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 91969.24 |

Exhibit C-3, Page 2 of 2

SKY LODGE POST-PETITION REQUEST FOR TRANSFER No. U

## Exhibit C-4: Budgeted Departmental General Ledger Breakdown

March 2010

| Budget Category | SKY LODGE EXPENSES A/P Account | | Budget for April by Dept (from Ex. C-3) | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | No. | Title | Rooms | F&B | Spa | S&M | Facilities | Admin | Mgmt Fees | Property Taxes | |
| F&B | 1 | Resturant Food | | $ 21,128.90 | | | | | | | $ 21,128.90 |
| F&B | 2 | Resturant Liquor | | $ 11,377.10 | | | | | | | $ 11,377.10 |
| Spa | 3 | Spa Purchases | | | $ 1,323.00 | | | | | | $ 1,323.00 |
| Admin | 5001 | Bank Charges/Fees | | | | | | $ 150.00 | | | $ 150.00 |
| Consolidated | 5003 | Cell Phones | | $ 200.00 | | $ 150.00 | $ 100.00 | $ 200.00 | | | $ 650.00 |
| Consolidated | 5006 | Comps/Coupons/Discounts | $ 150.00 | $ - | $ 291.00 | | | | | | $ 441.00 |
| Admin | 5009 | Credit Card Merchant Fees | | | | | | $ 4,384.00 | | | $ 4,384.00 |
| Admin | 5009 | Credit Card Merchant Fees | | | | | | | | | |
| Consolidated | 5010 | Dues & Subscriptions | | | $ 25.00 | $ 50.00 | | $ 50.00 | | | $ 125.00 |
| Consolidated | 5011 | Employee Relations | $ 700.00 | $ 800.00 | $ 175.00 | $ 500.00 | $ 125.00 | $ 350.00 | | | $ 2,650.00 |
| Consolidated | 5012 | Equipment Leases | | $ 500.00 | | | | | | | $ 500.00 |
| Consolidated | 5013 | Flowers/Decorations | $ 540.00 | $ 540.00 | $ 540.00 | | | | | | $ 1,620.00 |
| Rooms | 5015 | Housekeeping Incentive Program | $ 80.00 | | | | | | | | $ 80.00 |
| Consolidated | 5016 | Information Resources | $ 250.00 | $ 125.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 350.00 | | | $ 1,025.00 |
| Admin | 5016 | SMS Annual Support | | | | | | | | | $ - |
| F&B | 5018 | Opentable Monthly Fees | | $ 600.00 | | | | | | | $ 600.00 |
| Consolidated | 5021 | Miscellaneous | $ 250.00 | $ 250.00 | $ 150.00 | $ 250.00 | $ 250.00 | $ 250.00 | | | $ 1,400.00 |
| Consolidated | 5022 | Music | | $ 2,580.00 | | | | | | | $ 2,580.00 |
| Consolidated | 5023 | Office Supplies | $ 50.00 | $ 50.00 | $ 100.00 | $ 500.00 | $ 25.00 | $ 200.00 | | | $ 925.00 |
| Consolidated | 5025 | Postage | $ 50.00 | | | $ 500.00 | | $ 150.00 | | | $ 700.00 |
| Admin | 5027 | Professional Fees - Accounting | | | | | | $ 250.00 | | | $ 250.00 |
| Admin | 5028 | Professional Fees - Legal | | | | | | $ 1,500.00 | | | $ 1,500.00 |
| Consolidated | 5029 | Radios/Telephones | $ 50.00 | $ 50.00 | | | $ 25.00 | | | | $ 125.00 |
| Consolidated | 5031 | Safety & Security | | | | | $ 25.00 | | | | $ 25.00 |
| Consolidated | 5032 | Shipping/Packaging | $ 50.00 | | | | | $ 50.00 | | | $ 100.00 |
| Consolidated | 5035 | Training (English Classes) | $ 650.00 | $ 150.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 150.00 | | | $ 1,250.00 |
| Consolidated | 5036 | Transportation | $ 3,389.00 | | | | | | | | $ 3,389.00 |
| Consolidated | 5037 | Travel & Entertainment | | | | $ 750.00 | | $ 2,250.00 | | | $ 3,000.00 |
| Consolidated | 5038 | Uniform Cleaning | $ 180.00 | $ 4,122.00 | | $ 60.00 | | | | | $ 4,362.00 |
| Consolidated | 5039 | Uniforms | $ 5,000.00 | $ - | $ - | | $ - | $ 180.00 | | | $ 5,180.00 |
| Consolidated | 5100 | Guest Amenities | $ 5,648.00 | | | | | | | | $ 5,648.00 |
| Consolidated | 5101 | Guest Relations | $ 1,765.00 | | | | | $ 223.00 | | | $ 1,988.00 |
| Rooms | 5102 | Guest Services | $ 2,824.00 | | | | | | | | $ 2,824.00 |
| Rooms | 5103 | Housekeeping Supplies | $ 1,059.00 | | | | | | | | $ 1,059.00 |
| Rooms | 5104 | Laundry Supplies | $ 706.00 | | | | | | | | $ 706.00 |
| Rooms | 5105 | Newspaper | $ 530.00 | | | | | | | | $ 530.00 |
| Admin | 5107 | Travel Agent Commissions | $ 2,269.00 | | | | | | | | $ 2,269.00 |
| F&B | 5200 | Cleaning/Chemicals/Janitorial | | $ 825.00 | | | | | | | $ 825.00 |
| Consolidated | 5201 | Employee Meals | | $ 3,410.00 | | | | | | | $ 3,410.00 |
| F&B | 5202 | Kitchen Equipment Repairs | | $ 1,000.00 | | | | | | | $ 1,000.00 |

| Category | Code | Description | | | | | | Total |
|---|---|---|---|---|---|---|---|---|
| F&B | 5203 | Kitchen Fuels | $ 99.00 | | | | | $ 99.00 |
| F&B | 5204 | Paper and Disposable Goods | $ 825.00 | | | | | $ 825.00 |
| F&B | 5206 | Utensils | $ 150.00 | | | | | $ 150.00 |
| F&B | 5207 | Smallwares | $ 200.00 | | | | | $ 200.00 |
| F&B | 5208 | Table Linen | $ 825.00 | | | | | $ 825.00 |
| Spa | 5300 | Guest Locker Room Supplies | | $ 243.00 | | | | $ 243.00 |
| Spa | 5310 | Spa Consumables | | $ 227.00 | | | | $ 227.00 |
| Spa | 5320 | Spa Equipment Repairs | | $ 100.00 | | | | $ 100.00 |
| Spa | 5340 | Spa Linen | | $ 50.00 | | | | $ 50.00 |
| Spa | 5350 | Spa Professional Supplies | | $ 1,296.00 | | | | $ 1,296.00 |
| Spa | 5360 | Spa Small Equipment | | $ 50.00 | | | | $ 50.00 |
| Facilties | 5500 | Cable | | | $ 1,300.00 | | | $ 1,300.00 |
| Facilties | 5501 | Electric | | | $ 8,800.00 | | | $ 8,800.00 |
| Facilties | 5502 | Gas | | | $ 10,000.00 | | | $ 10,000.00 |
| Facilties | 5503 | Telephone | | | $ 2,800.00 | | | $ 2,800.00 |
| Facilties | 5504 | Water/Sewer | | | $ 1,300.00 | | | $ 1,300.00 |
| Facilties | 5505 | Appliances | | | $ 275.00 | | | $ 275.00 |
| Facilties | 5506 | Electrical/Mechanical | | | $ 950.00 | | | $ 950.00 |
| Facilties | 5507 | Elevator Contracts/Repairs | | | $ - | | | $ - |
| Consolidated | 5508 | Equipment Rentals | | | $ 50.00 | | | $ 50.00 |
| Facilties | 5509 | Fire Protection Services | | | $ 300.00 | | | $ 300.00 |
| Facilties | 5510 | Furniture Repairs | | | $ 50.00 | | | $ 50.00 |
| Facilties | 5511 | HVAC | | | $ 800.00 | | | $ 800.00 |
| Facilties | 5513 | Laundry Equipment Repairs | | | $ 200.00 | | | $ 200.00 |
| Facilties | 5514 | Light Bulbs | | | $ 300.00 | | | $ 300.00 |
| Facilties | 5515 | Maintenance Contracts | | | $ 500.00 | | | $ 500.00 |
| Facilties | 5516 | Grease Trap Cleaning | | | $ 150.00 | | | $ 150.00 |
| Consolidated | 5516 | Maintenance Equipment | $ 400.00 | | | | | $ 400.00 |
| | 5517 | Maintenance Supplies | | | $ 1,100.00 | | | $ 1,100.00 |
| Facilties | 5518 | Painting | | | $ 400.00 | | | $ 400.00 |
| Facilties | 5519 | Pest Control | | | $ 650.00 | | | $ 650.00 |
| Facilties | 5520 | Plumbing | | | $ 250.00 | | | $ 250.00 |
| Facilties | 5521 | Pool Chemicals | | | $ 300.00 | | | $ 300.00 |
| Facilties | 5522 | Pool Maintenance | | | $ 400.00 | | | $ 400.00 |
| Facilties | 5523 | Repairs & Maintenance | | | $ 1,250.00 | | | $ 1,250.00 |
| Facilties | 5524 | Snow Removal | | | $ 500.00 | | | $ 500.00 |
| Facilties | 5525 | Television/DVD/VCR | | | $ 300.00 | | | $ 300.00 |
| Facilties | 5526 | Trash Removal | | | $ 2,500.00 | | | $ 2,500.00 |
| Facilties | 5527 | Vehicles - Gas/Maintenance | | | $ 60.00 | | | $ 60.00 |
| Facilties | 5528 | Vehicles - Insurance | | | $ - | | | $ - |
| Facilties | 5529 | Vehicles - Leases | | | $ 887.00 | | | $ 887.00 |
| Facilties | 5530 | Window Cleaning | | | $ 900.00 | | | $ 900.00 |
| Facilties | 5531 | Recycling | | | $ 250.00 | | | $ 250.00 |
| Consolidated | 5700 | Advertising/Promotion - Production | | $ 8,345.00 | | | | $ 8,345.00 |
| S&M | 5701 | Brochure - Development | | $ - | | | $ - | $ - |
| S&M | 5702 | Brochure - Printating | | | | | $ - | $ - |
| Consolidated | 5704 | Donations | | $ 250.00 | | | | $ 250.00 |
| S&M | 5705 | SLH & Virtuoso | | $ 2,900.00 | | | | $ 2,900.00 |

| Category | Code | Description | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| S&M | 5706 | Public Relations | | | | $ 6,950.00 | | | | | $ 6,950.00 |
| S&M | 5707 | Special Events | | | | $ - | | | | | $ - |
| S&M | 5709 | Website | | | | $ 25,838.00 | | | | | $ 25,838.00 |
| Other | 0000 | Management Fee | | | | | | $ - | $ 8,651.00 | | $ 8,651.00 |
| Consolidated | 6000 | Payroll | $ 57,027.00 | $ 57,477.00 | $ 21,237.00 | $ 12,689.00 | $ 18,171.00 | $ 21,402.00 | | | $ 188,003.00 |
| Consolidated | 6050 | Payroll Taxes/Benefits | $ 7,703.00 | $ 9,471.00 | $ 3,186.00 | $ 1,875.00 | $ 3,271.00 | $ 1,710.00 | | | $ 27,216.00 |
| | | Payroll Gratuities | | | | | | | | | $ - |
| Admin | 7040 | Workers' Comp Insurance | | | | | | $ 3,285.00 | | | $ 3,285.00 |
| Admin | 7730 | Property Insurance | | | | | | $ - | | | $ - |
| Admin | 7740 | Property Taxes | | | | | | | | $ - | $ - |
| | | Clearing | | | | | | | | | |
| | | TOTALS | 90,920.00 | 117,155.00 | 29,193.00 | 61,807.00 | 59,714.00 | 37,084.00 | 8,651.00 | - | 404,524.00 |