Kenneth L. Cannon II (kcannon@djplaw.com) (3705)
Steven J. McCardell (smccardell@djplaw.com) (2144)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT 84110-4050
Telephone: (801) 415-3000/Fax: (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com) (admitted *pro hac vice*)
Steven B. Eichel (seichel@crowell.com) (admitted *pro hac vice*)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 223-4000/Fax: (212) 223-4134
Counsel for Debtors and Debtors in Possession

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| EASY STREET HOLDING, LLC, *et. al.* | ) | Bankruptcy Case No. 09-29905 |
| | ) | Jointly Administered with Cases |
| Debtors | ) | 09-29907 and 09-29908 |
| | ) | (This Ex Parte Motion affects only Case No. |
| | ) | 09-29907 - Easy Street Partners, LLC) |
| Address:  201 Heber Avenue | ) | |
|           Park City, UT 84060 | ) | |
| | ) | Chapter 11 |
| Tax ID Numbers: | ) | |
| 35-2183713 (Easy Street Holding, LLC), | ) | Honorable R. Kimball Mosier |
| 20-4502979 (Easy Street Partners, LLC), and | ) | |
| 84-1685764 (Easy Street Mezzanine, LLC) | ) | |
| | ) | |

**DEBTOR'S THIRD EX PARTE MOTION TO (A) CONTINUE HEARING ON
CONFIRMATION AND (B) MODIFY CERTAIN DEADLINES SET BY THE ORDER
APPROVING AMENDED DISCLOSURE STATEMENT WITH RESPECT TO AMENDED
PLAN OF REORGANIZATION OF EASY STREET PARTNERS, LLC, DATED FEBRUARY 18,
2010 AS MODIFIED BY ORDERS ENTERED MARCH 17, AND APRIL 19, 2010**

Easy Street Partners, LLC, debtor and debtor in possession ("Partners"), hereby files its

third ex parte motion (the "Motion") to (i) continue the hearing on confirmation of the Amended

SLC_605365.1

Plan of Reorganization of Easy Street Partners, LLC, dated February 18, 2010 (the "Plan") and (ii) modify or continue certain deadlines relating to the process of soliciting and confirming the Plan which were fixed by the Court's Order entered February 26, 2010 (A) Approving Amended Disclosure Statement with Respect to Amended Plan of Reorganization of Easy Street Partners, LLC, Dated February 18, 2010, (B) Establishing a Record Date, (C) Approving Solicitation Procedures, (D) Approving Forms of Ballots and Voting Procedures, and (E) Approving Notice and Scheduling Confirmation Hearing (the "Disclosure Statement Order"), as modified by the Court's Order entered March 17, 2010, approving Partners' first ex parte motion to continue the confirmation hearing and modify or continue certain dates set by the Disclosure Statement Order, and as modified by the Court's Order entered April 19, 2010 (the "Second Modified Schedule Order"), approving Partners second ex parte motion to continue the confirmation hearing and modify or continue certain dates.

Partners has discussed the further proposed continuance and modifications requested in this Motion with counsel for the WestLB, AG ("WestLB"), and the Official Committee of Unsecured Creditors (the "Committee"), and neither opposes the proposed relief, although both expressly reserved their rights with respect to the Plan and the confirmation process.. In support of this Motion, Partners respectfully states as follows:

1.      Partners signed a letter of intent with a new plan funder on May 5, 2010. The agreement between Partners and the new plan funder will require some modification to the Plan with respect to the treatment of WestLB and Partners is in discussions with WestLB and the plan funder regarding modifications to the plan and to complete a funding agreement between Partners and the plan funder. Partners believes that the only class of creditors whose treatment

2

will be modified in the Plan is WestLB and that the treatment of no other class will need to be modified. Partners proposes to file amendments to the Plan regarding WestLB treatment no later than May 26, 2010, which it proposes below to be the new deadline for Partner to file the "Plan Supplement."

2. Currently, under the Disclosure Statement Order as modified by the Second Modified Schedule Order, Partners is to file the Plan Supplement by May 10, 2010, completed ballots are to be submitted no later than May 18, 2010, objections to the Plan are to be filed by May 18, 2010, Partners' memorandum in support of confirmation and response to objections is to be filed by May 21, 2010, a report of the results of voting on the Plan is to be filed no later than the commencement of the confirmation hearing, and the hearing on confirmation of the Plan is scheduled to begin on May 26, 2010, at 1:30 p.m., MDT.

3. Partners was unable to complete negotiation of the plan funding agreement by the May 10, 2010 deadline to file a Plan Supplement, but believes, if the schedule outlined above is continued by approximately two weeks, that Partners will be able to file its Plan Supplement by May 26, 2010. Partners understands that the Court has hearing time on the afternoon of Friday, June 11, 2010, when the confirmation hearing could be heard or begun to be heard.

4. Partners projects having sufficient cash to continue operating during the period up to and beyond the proposed confirmation hearing. Partners projects holding approximately $895,000 in cash at the end of May 2010, and approximately $669,000 in cash at the end of June 2010. The projected cash flow of Partners is attached hereto as **Exbibit A**. Partners' stipulation with WestLB, AG for use of cash collateral currently runs through the end of May 2010, but

Partners believes that WestLB will consent to an extension through the continued confirmation hearing.

5. Partners proposes the following: (i) the hearing to consider confirmation of the Plan, currently scheduled to begin on May 26, 2010 at 1:30 p.m., MDT, be continued to June 11, 2010 at 1:30 p.m., MDT (and further dates, if needed); (ii) the deadline for Partners to file its Plan Supplement, currently May 10, 2010, be continued or modified to May 26, 2010; (iii) the deadlines for voting on the Plan and for objecting to the Plan, both currently May 18, 2010, be continued or modified to June 2, 2010; (iv) the deadline for filing Partners' response to objections to confirmation and a memorandum in support of confirmation of the Plan, currently May 21, 2010, be continued or modified to June 7, 2010; and (v) the deadline for Partners to file a report of the results of voting on the Plan be the commencement of the continued confirmation hearing on June 11, 2010.

6. Partners is <u>not</u> requesting that other dates and deadlines or procedures set by the Disclosure Statement Order be continued or modified. The voting and tabulation procedures should remain unchanged, the temporary allowance of claims procedures and deadlines should remain the same, no new record date for Claims and Interests should be fixed, and Partners should not be required to send new solicitation packages or ballots to creditors (although it will, of course, file the required Plan Supplement by the modified deadline and the modified balloting deadline will be a week after the Plan Supplement is filed). If this Motion is granted, Partners will also send a new notice regarding hearing and deadline dates (the "New Notice").

7. Partners proposes to serve all parties in interest with the New Notice.

WHEREFORE, Partners respectfully requests that the Court (A) approve the continued date for the hearing on confirmation of the Plan, (B) approve the modified or continued dates for Partners to file its Plan Supplement, for ballots to be submitted and for the results of voting to be submitted, for objections to the Plan to be filed, and for it to respond to objections to the Plan and file a memorandum in support of confirmation of the Plan, (C) not continue or modify other procedures, dates, or deadlines in the Disclosure Statement Order as modified by the Schedule Modification Order, except as already modified by separate notice or order; and (D) grant such other and further relief as the Court deems just and equitable.

DATED this 11th day of May, 2010.

DURHAM JONES & PINEGAR, P.C.

By:   /s/  Kenneth L. Cannon II
Kenneth L. Cannon II (kcannon@djplaw.com)(3705)
Steven J. McCardell (smccardell@djplaw.com)(2144)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT  84110-4050
Telephone:  (801) 415-3000/Fax:  (801) 415-3500

and

Michael V. Blumenthal (mblumenthal@crowell.com)
Bruce J. Zabarauskas (bzabarauskas@crowell.com)
Steven B. Eichel (seichel@crowell.com)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY  10022
Telephone:  (212) 223-4000/Fax:  (212) 223-4134

Counsel for Debtors and Debtors in Possession

5

SLC_605365.1

# EXHIBIT A

EASY STREET PARTNERS
2010 BUDGET - Jan-Apr ACTUAL / May & June REFORECAST
CONSOLIDATED

| OPERATING STATISTICS | JAN | | FEB | | ACTUAL MAR | | APR | | MAY | | BUDGET JUNE | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **HOTEL OCCUPANCY** | | | | | | | | | | | | | |
| Transient Occupancy | 51.0% | | 66.3% | | 62.2% | | 35.7% | | 35.7% | | 55.6% | | |
| Owner Occupancy | 37.1% | | 59.0% | | 48.4% | | 27.3% | | 32.2% | | 48.7% | | |
| Room Nights Occupied | 13.9% | | 7.4% | | 13.8% | | 8.4% | | 3.5% | | 6.9% | | |
| ADR | 522 | | 613 | | 636 | | 353 | | 365 | | 550 | | |
| % of Project Sold Out | $ 1,224.49 | | $770.62 | | $643.89 | | $280.13 | | $140.00 | | $232.39 | | |
| | 64.2% | | 64.2% | | 64.2% | | 64.2% | | 64.2% | | 64.2% | | |
| **PROPERTY MANAGEMENT OCCUPANCY** | | | | | | | | | | | | | |
| Transient Occupancy | 0.0% | | 0.0% | | 0.0% | | 0.0% | | 0.0% | | 0.0% | | |
| Room Nights Occupied | - | | - | | - | | - | | - | | - | | |
| ADR | $ - | | $ - | | $ - | | $ - | | $ - | | $ - | | |
| TOTAL CONDO UNITS | - | | - | | - | | - | | - | | - | | |

| HOTEL & PROPERTY MANAGEMENT | JAN | | FEB | | MAR | | APR | | MAY | | JUNE | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL REVENUES | 1,023,062 | 100.0% | 689,975 | 100.0% | 798,056 | 100.0% | 251,541 | 100.0% | 209,639 | 100.0% | 456,727 | 100.0% | 3,429,000 | 100.0% |
| TOTAL OPERATING EXPENSES | 535,377 | 52.3% | 404,448 | 58.6% | 440,264 | 55.2% | 240,483 | 95.6% | 251,502 | 120.0% | 398,503 | 87.3% | 2,270,577 | 66.2% |
| NET OPERATING PROFIT/(LOSS) | 487,685 | 47.7% | 285,527 | 41.4% | 357,792 | 44.8% | 11,058 | 4.4% | (41,863) | (20.0%) | 58,224 | 12.7% | 1,158,423 | 33.8% |
| TOTAL UNDISTRIBUTED EXPENSES | 36,201 | | 24,375 | | 27,958 | | 8,803 | | 7,337 | | 15,985 | | 120,659 | |
| TOTAL OWNER RENTAL COMMISSIONS | 146,046 | 14.3% | 86,227 | 12.5% | 41,867 | 5.2% | 23,977 | 9.5% | 4,081 | 1.9% | 26,693 | 5.8% | 328,891 | 9.6% |
| NET HOTEL & PROP MGT PROFIT/(LOSS) | 305,438 | 29.9% | 174,925 | 25.4% | 287,967 | 36.1% | (21,722) | -8.6% | (53,281) | -25.4% | 15,546 | 3.4% | 708,873 | 20.7% |

| REAL ESTATE SALES | JAN | FEB | MAR | APR | MAY | JUNE | TOTAL |
|---|---|---|---|---|---|---|---|
| FRACTIONAL UNITS SOLD | - | 0 | 0 | 0 | | | 0 |
| TOTAL GROSS SALES | 0 | 0 | 0 | 0 | | | - |
| TOTAL COSTS & COMMISSIONS | | | | 3,250 | | | 3,250 |
| NET REAL ESTATE PROFIT (LOSS) | - | - | - | (3,250) | - | - | (3,250) |

| EASY STREET PARTNERS | JAN | FEB | MAR | APR | MAY | JUNE | TOTAL |
|---|---|---|---|---|---|---|---|
| **HOA DUES** | | | | | | | |
| Residential Dues | 34,520 | 34,520 | 34,520 | 34,520 | 34,520 | 34,250 | 206,850 |
| Commercial Dues | 20,056 | 20,056 | 20,056 | 20,056 | 20,056 | 20,056 | 120,336 |
| Total Dues | 54,576 | 54,576 | 54,576 | 54,576 | 54,576 | 54,306 | 327,186 |
| **ADMINISTRATIVE & GENERAL** | | | | | | | |
| ESP Legal & Related | 125,000 | 125,000 | 125,000 | 125,000 | 125,000 | 125,000 | 750,000 |
| WLB Legal & Related | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 600,000 |
| Professional Fees | 47,520 | 31,000 | 33,500 | 61,081 | 33,500 | 23,000 | 229,601 |
| Trustee Charges | 5,851 | 1,628 | 11,050 | 5,525 | 5,525 | 5,525 | 35,104 |
| Accounting | | | | | 20,000 | | 20,000 |
| Residential Condominium Property Taxes | | | | | | | - |
| Rent & Other | - | 9,800 | | | | | 9,800 |
| Total Administrative & General | 278,371 | 267,428 | 269,550 | 291,606 | 284,025 | 253,525 | 1,644,505 |
| **NET ESP EXPENSES** | 332,947 | 322,004 | 324,126 | 346,182 | 338,601 | 307,831 | 1,971,691 |

EASY STREET PARTNERS
2010 BUDGET - Jan-Apr ACTUAL / May & June REFORECAST
CONSOLIDATED

|  | ACTUAL | | | | BUDGET | | |
|---|---|---|---|---|---|---|---|
|  | JAN | FEB | MAR | APR | MAY | JUNE | TOTAL |
| NET CASH AVAILABLE FOR DEBT | (27,509) | (147,079) | (36,159) | (371,154) | (391,882) | (292,285) | (1,266,068) |
| INTEREST AND OTHER BANK PAYMENTS | | | | | | | |
| WestLB Adequate Protection Payments | 34,000 | 34,000 | 34,000 | 34,000 | 34,000 | 34,000 | 204,000 |
| WestLB Interest Payment post BK | | | | | | | - |
| TOTAL BANK PAYMENTS | 34,000 | 34,000 | 34,000 | 34,000 | 34,000 | 34,000 | 204,000 |
| NET CASH AFTER BANK PAYMENTS | (61,509) | (181,079) | (70,159) | (405,154) | (425,882) | (326,285) | (1,470,068) |

CASH FLOW ANALYSIS

| Cash Balances - 4/30/10 | | |
|---|---|---|
| Escrow Accounts | 808,001 | |
| Lock Box | 151,220 | |
| Total Cash - Lock Box and Escrow Accts | | 959,221 |
| Operating Account | | |
| Cash in Account | 536,734 | |
| Outstanding Checks Issued | (299,594) | |
| Net Cash - Operating Account | | 237,140 |
| Total Cash On Hand | | 1,196,361 |
| Cash Inflow (Outflows) During Month | 1,196,361 | 895,479 |
| A/R Collected - HOA | 125,000 | 100,000 |
| ESP Net Profit (Loss) | (425,882) | (326,285) |
| Net Cash Surplus (Deficit) | (300,882) | (226,285) |
| Projected Cash Balance - End of Month | 895,479 | 669,194 |
| | 1,196,361 | |