Annette Jarvis (1649)
Peggy Hunt (6060)
Benjamin J. Kotter (9592)
DORSEY & WHITNEY LLP
136 South Main Street, Suite 1000
Salt Lake City, UT  84101-1685
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
Email: jarvis.annette@dorsey.com
        hunt.peggy@dorsey.com
        kotter.benjamin@dorsey.com

Richard W. Havel (10759)
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA  90013-1010
Telephone:  (213) 896-6000
Facsimile:  (213) 896-6600
Email: rhavel@sidley.com

*Attorneys for WestLB, AG*

---

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re: | **Bankr. Case No. 09-29905** |
| EASY STREET HOLDING, LLC, *et al.*, | Jointly Administered with Bankr. Case Nos. 09-29907 and 09-29908 |
| Debtors. | Chapter 11 |
| Tax ID Numbers: 35-2183713 (Easy Street Holding, LLC), 20-4502979 (Easy Street Partners, LLC), and 84-1685764 (Easy Street Mezzanine, LLC) | Honorable R. Kimball Mosier |

**NOTICE OF AMENDED RESPONSE DEADLINE TO
WESTLB, AG'S SUBPOENA TO STRATEGIC CAPITAL PARTNERS, LLC**

On or about March 3, 2010, pursuant to Rule 9016 of the Federal Rules of Bankruptcy Procedure, WestLB, AG, by and through its counsel, served its Subpoena (the "Subpoena") on Strategic Capital Partners, LLC ("Strategic Capital").  The Subpoena originally required a response on or 3:00 p.m. on Wednesday, March 10, 2010.  **Notice is hereby given that the response deadline to the Subpoena has been extended to 3:00 p.m. (Mountain Standard Time) on Wednesday, May 26, 2010.**

DATED this 12th day of May, 2010.

DORSEY &WHITNEY, LLP

*/s/ Benjamin J. Kotter*
Annette Jarvis
Peggy Hunt
Benjamin J. Kotter

and

Richard W. Havel
SIDLEY AUSTIN LLP
  *Attorneys for WestLB, AG*