Joseph E. Wrona (wrona@wasatchlaw.com) (8746)
Wrona Law Firm, P.C.
1745 Sidewinder Drive
Park City, Utah 84060
Telephone: (435) 649-2525
Facsimile: (435) 649-5959
Special Counsel for Debtors and Debtors in Possession

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: | |
| EASY STREET HOLDING, LLC, *et al.*, | Bankruptcy Case No. 09-29905<br>Jointly Administered with Cases<br>09-29907 and 09-29908 |
| Address: 201 Heber Avenue<br>Park City, UT 84060 | Chapter 11 |
| | Honorable R. Kimball Mosier |
| Tax ID Numbers:<br>35-2183713 (Easy Street Holding, LLC),<br>20-4502979 (Easy Street Partners, LLC), and<br>84-1685764 (Easy Street Mezzanine, LLC) | [FILED ELECTRONICALLY] |

### WRONA LAW FIRM'S SIXTH PROFESSIONAL FEE REQUEST FOR THE PERIOD FROM APRIL 1, 2010 TO APRIL 30, 2010.

Wrona Law Firm, P.C. ("Wrona Law"), special counsel for Easy Street Partners, LLC ("Partners"), Easy Street Mezzanine, LLC ("Mezzanine"), and Easy Street Holding, LLC ("Holding"), debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"), pursuant to the Court's Order entered December 15, 2009 Approving Motion and Establishing Monthly Fee and Expense Reimbursement Procedures (the "Interim Payment Order") hereby submits its sixth professional fee request (the "Fee Request"), for the period from April 1, 2010 to April 30, 2010 (the "Fee Period").

Pursuant to the Interim Payment Order, professionals employed pursuant to Order of the Court to represent the Debtors or the Official Committee of Unsecured Creditors (the "Committee") are authorized to request from the Debtors payment of 80% of their fees and 100% of their expenses on a monthly basis. Wrona Law's professional fees for the Fee Period are as follows:

| MONTH | HOURS | FEES | 80% OF FEES | EXPENSES | TOTALS (80% FEES AND 100% EXPENSES) |
|---|---|---|---|---|---|
| April | 9.30 | $3,125.00 | $2,500.00 | $0 | $2,500.00 |
| TOTALS | 9.30 | $3,125.00 | $2,500.00 | $0 | $2,500.00 |

Attached are detailed statements of services for which payment is sought, redacted to exclude privileged, work product, and confidential information, and expenses incurred, on a monthly and on a matter basis. Each statement includes total time expended, identity of professionals providing services, hourly billing rates, and a detailed listing of time.

Wrona Law understands that other professionals providing services to the Debtors and the Committee may submit separate fee requests seeking payment of professional fees and reimbursement of expenses. The amount available under the cash collateral budget for payment of professional fees and expenses of estate professionals in the Easy Street Partners case for the each month of the Fee Period is $125,000, for a total of $375,000 for the Fee Period, and it may be that total fees and expenses of estate professionals in the Easy Street Partners case in any given month may exceed this amount. In such event, Wrona Law's fees and expenses will be pro- rated with other estate professionals.

Pursuant to the Interim Fee Order, parties must file objections to the Fee Request within ten days from the date it is received. Any objection must have a description of the specific subject matter and services in dispute and state the amount in dispute. It shall not be sufficient simply to object to all fees and expenses. Fees and expenses not objected to will be paid by the Debtors or, if the total of 80% of fees and 100% of expenses of estate professionals exceeds $125,000 for any month within the Fee Period, the fees and expenses will be pro-rated among fees and expenses for that month that are not objected to.

DATED: May 12, 2010.

                        WRONA LAW FIRM, P.C.

            By: _/s/ J. Wrona_____
                Joseph E. Wrona (wrona@wasatchlaw.com)(8746)
                Wrona Law Firm, P.C.
                1745 Sidewinder Drive
                Park City, Utah 84060
                Telephone: (435) 649-2525/Fax: (435) 649-5959

                Special Counsel for the Debtors

## CERTIFICATE OF SERVICE

I hereby certify that on this 12 day of May, 2010, I caused to be delivered via first class mail, postage-prepaid, a true and correct copy of the foregoing document upon the following:

Troy J. Aramburu
Lon A. Jenkins
Jeffrey Weston Shields
Jones Waldo Holbrook & McDonough, PC
170 South Main Street, Suite 1500
Salt Lake City, Utah 84101

Easy Street Holding, LLC
4780 Winchester Court
Park City, Utah 84098

Easy Street Mezzanine, LLC
4780 Winchester Court
Park City, Utah 84098

Easy Street Partners, LLC
4780 Winchester Court
Park City, Utah 84098

Michael V. Blumenthal
Steven B. Eichel
Bruce J. Zabarauskas
Crowell & Moring, LLP
590 Madison Avenue, 20th Floor
New York, NY 10022

Kenneth L. Cannon, II
Steven J. McCardell
Jessica G. Peterson
Durham Jones & Pinegar
111 East Broadway, Suite 900
PO Box 4050
Salt Lake City, Utah 84110-4050

Scott A. Cummings
Mary Margaret Hunt
Annette W. Jarvis
Benjamin J. Kotter
Dorsey & Whitney LLP
136 South Main Street, Suite 1000
Salt Lake City, Utah 84101

_____