**The below described is SIGNED.**



**Dated: May 12, 2010**

_____
**R. KIMBALL MOSIER
U.S. Bankruptcy Judge**

_____

Kenneth L. Cannon II (kcannon@djplaw.com) (3705)
Steven J. McCardell (smccardell@djplaw.com) (2144)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT  84110-4050
Telephone:  (801) 415-3000/Fax:  (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com) (admitted *pro hac vice*)
Steven B. Eichel (seichel@crowell.com) (admitted *pro hac vice*)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY  10022
Telephone:  (212) 223-4000/Fax:  (212) 223-4134
Counsel for Debtors and Debtors in Possession

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) |
| EASY STREET HOLDING, LLC, *et. al*. | )  Bankruptcy Case No. 09-29905 |
| | )  Jointly Administered with Cases |
| Debtors | )  09-29907 and 09-29908 |
| | )  (This Order affects only Case No. 09-29907- |
| | )  Easy Street Partners, LLC) |
| Address:   201 Heber Avenue | ) |
|                  Park City, UT 84060 | ) |
| | )  Chapter 11 |
| Tax ID Numbers: | ) |
| 35-2183713 (Easy Street Holding, LLC), | )  Honorable R. Kimball Mosier |
| 20-4502979 (Easy Street Partners, LLC), and | ) |
| 84-1685764 (Easy Street Mezzanine, LLC) | )  **[FILED ELECTRONICALLY]** |
| | ) |

**ORDER APPROVING DEBTOR'S THIRD <u>EX PARTE</u> MOTION TO (A) CONTINUE
HEARING ON CONFIRMATION AND (B) MODIFY CERTAIN DEADLINES
SET BY ORDER APPROVING AMENDED DISCLOSURE STATEMENT
<u>AS AMENDED BY ORDERS ENTERED MARCH 17, AND APRIL 19, 2010</u>**

NYIWDMS: 11481478_1

**Filed: 05/11/10**

The Court, having considered the third ex parte motion (the "Motion") of Easy Street Partners, LLC ("Partners") to (i) continue the hearing on confirmation of the Amended Plan of Reorganization of Easy Street Partners, LLC, dated February 18, 2010 (the "Plan"), and (ii) modify or continue certain deadlines relating to the process of soliciting and confirming the Plan which were fixed by the Court's Order entered February 26, 2010 (A) Approving Amended Disclosure Statement with Respect to Amended Plan of Reorganization of Easy Street Partners, LLC, Dated February 18, 2010, (B) Establishing a Record Date, (C) Approving Solicitation Procedures, (D) Approving Forms of Ballots and Voting Procedures, and (E) Approving Notice and Scheduling Confirmation Hearing (the "Disclosure Statement Order"), as modified by the Court's Orders entered March 17, 2010, and April 19, 2010 (the "Modified Schedule Orders"); noting that WestLB, AG ("WestLB"), the largest secured creditor in Partners' case, and the Official Committee of Unsecured Creditors (the "Committee") do not oppose the relief sought in the Motion (although WestLB and the Committee reserve all other rights and remedies available to them with respect to the Plan, the confirmation process, and in Partners' case), and good cause appearing therefor, hereby

ORDERS:

1. The Motion is granted.

2. The following hearing date and deadlines are continued or modified as follows: (i) hearing to consider confirmation of the Plan, currently scheduled for May 26, 2010 at 1:30 p.m., MDT, is hereby continued to June 11, 2010 at 1:30 p.m., MDT; (ii) the deadline for Partners to file its Plan Supplement, currently May 10, 2010, is hereby continued or modified to May 26, 2010; (iii) the deadlines for voting on the Plan and for objecting to the Plan, both currently May 18, 2010, are hereby continued or modified to June 2, 2010; (iv) the deadline for

NYIWDMS: 11481478_1

2

filing Partners' response to objections to confirmation and a memorandum in support of confirmation of the Plan, currently May 21, 2010, is hereby continued or modified to June 7, 2010; and (v) the deadline for Partners to file a report of the results of voting on the Plan will be the commencement of the continued confirmation hearing on June 11, 2010.

3. The other procedures and deadlines fixed or set by the Disclosure Statement Order are not modified or continued by this Order. Partners is not required to serve a new solicitation package or ballot on creditors and interest holders.

4. Partners shall give notice to all parties in interest of the continued and modified confirmation hearing date and deadlines fixed by this Order substantially in the form of notices given following the Court's entry of the Modified Schedule Orders.

5. The rights of WestLB and of the Committee with respect to the Plan, the confirmation process, and Partners' case are reserved.

-------------------END OF ORDER---------------------



# CLERK OF COURT CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Order Approving Debtor's Third Ex Parte Motion to (A) Continue Hearing on Confirmation and (B) Modify Certain Deadlines Set by Order Approving Amended Disclosure Statement as Amended by Orders Entered March 17, 2010 and April 19, 2010 was served via the Bankruptcy Noticing Center United States or by first class mail, postage prepaid, on this ____ day of May, 2010 on the following:

Kenneth L. Cannon II
Steven J. McCardell
Durham Jones & Pinegar, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT  84110-4050

Michael V. Blumenthal
Bruce J. Zabarauskas
Steven B. Eichel
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY  10022

Annette W. Jarvis
Benjamin J. Kotter
Dorsey & Whitney LLP
136 South Main Street, Suite 1000
Salt Lake City, UT  84101-1685

Jeffrey W. Shields
Lon A. Jenkins
Troy J. Aramburu
Jones Waldo Holbrook & McDonough, PC
170 South Main Street, Suite 1500
Salt Lake City, UT  84101

John T. Morgan
Office of the United States Trustee
405 South Main Street, Suite 300
Salt Lake City, UT  84111

Adelaide Maudsley
Chapman & Cutler LLP
201 South Main Street, Suite 2000
Salt Lake City, UT 84111

_____

NYIWDMS: 11481478_1