Kenneth L. Cannon II (kcannon@djplaw.com) (3705)
Steven J. McCardell (smccardell@djplaw.com) (2144)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT  84110-4050
Telephone:  (801) 415-3000/Fax:  (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com) (admitted *pro hac vice*)
Steven B. Eichel (seichel@crowell.com) (admitted *pro hac vice*)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY  10022
Telephone:  (212) 223-4000/Fax:  (212) 223-4134

Counsel for Debtors and Debtors in Possession

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>EASY STREET HOLDING, LLC, *et. al.*<br><br>Debtors<br><br><br>Address:   201 Heber Avenue<br>             Park City, UT 84060<br><br>Tax ID Numbers:<br>35-2183713 (Easy Street Holding, LLC),<br>20-4502979 (Easy Street Partners, LLC), and<br>84-1685764 (Easy Street Mezzanine, LLC) | Bankruptcy Case No. 09-29905<br>Jointly Administered with Cases<br>09-29907 and 09-29908<br><br><br><br>Chapter 11<br><br>Honorable R. Kimball Mosier<br><br>**[FILED ELECTRONICALLY]** |

**DECLARATION OF WILLIAM SHOAF IN SUPPORT
OF EASY STREET PARTNERS' MOTION TO EXTEND THE
EXCLUSIVE PERIOD FOR SOLICITING AND OBTAINING
ACCEPTANCES OF ITS AMENDED PLAN OF REORGANIZATION**

I, William Shoaf, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true

to the best of my knowledge, information and belief:

1. I am one of the co-managers of Easy Street Partners, LLC ("Partners"), Easy Street Mezzanine, LLC, and Easy Street Holding, LLC, debtors and debtors in possession in the above captioned cases (collectively, the "Debtors"). I am also the manager of CloudNine – Sky Lodge Management LLC, which manages the day to day operations of the Debtors' business, The Sky Lodge. I am responsible for and totally familiar with the day to day operations, business, and financial affairs of the Debtors.

2. This declaration is submitted in support of the motion (the "Motion") of Easy Street Partners, LLC to extend the exclusive period for soliciting and obtaining acceptances of its amended chapter 11 plan of reorganization and in response to the opposition (the "Objection") filed by WestLB, AG ("WestLB") to the Motion. Unless otherwise stated in this declaration, I have personal knowledge of the facts set forth herein.

3. Throughout the case, I have prepared numerous budgets and forecasts (collectively, "Financial Information") and have provided such Financial Information to WestLB. In its Objection and the accompanying declaration of Duncan Robertson, WestLB misconstrues the Financial Information it received from Partners at the end of April 2010.

4. WestLB incorrectly asserts that (i) Partners' operating account only holds funds that have already been earmarked for past and current payables, and thus the cash on hand (in excess of $237,000 at the end of April 2010) should be disregarded in determining the amount of cash collateral remaining to satisfy future obligations, and (ii) the budget projects a net reduction in cash of $446,740 in April and $410,882 in May 2010. In fact, the actual cash reduction for April was $405,154, thereby beating expectations by $40,000. Moreover, in making these assertions, WestLB ignored that (i) at the end of April, 2010, Partners had $237,140 in cash in its operating account that was not earmarked to pay any specific obligations and thus should be

included in available cash to pay for future obligations, and (ii) Partners is expected to receive $125,000 in May and $100,000 in June from the Homeowners Association (the "HOA"). These glaring omissions result in WestLB misstating the financial condition of Partners.

5. By including the $237,140 cash in Partners' operating account and the account receivables from the HOA, Partners' projected cash balances at the end of May and June 2010 are $895,479 and $669,194, respectively. A correct projection is attached hereto as Exhibit A. This projection is similar to many previously supplied to WestLB. It should be noted that throughout this case, Partners' performance has consistently beat projections and its actual cash positions are regularly greater than projected.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

DATED this 11th day of May, 2010.

_____
William Shoaf

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Declaration of William Shoaf in Support of Easy Street Partners, LLC's Motion to Extend the Exclusive Period for Soliciting and Obtaining Acceptances of Its Amended Chapter 11 Plan of Reorganization was served this 13th of May, 2010, via first-class mail, postage prepaid, on those parties listed on the attached page(s).

/s/ Kristin Hughes

A.W. Marshall Company
P O Box 16127
Salt Lake City, UT  84116-0127

ACME Thread Ware
6436 N Business Park Loop Rd.
Park City, UT  84098-6233

ADT Security Services Inc
P O Box 371956
Pittsburgh, PA  15250-7956


AT&T Mobility
P O Box 6463
Carol Stream, IL  60197-6463

ATIV Corporation
722 Nardo Rd
Encinitas, CA  92024

AXIS Group
84 Route 347
Port Jefferson Station, NY  11767


Aetna
PO Box 894938
Los Angeles, CA  90189-4938

W Brian Ahern
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Air Filter Sales & Service Inc
255 West 2950 South
Salt Lake City, UT  84115-3443


Albert Ulster Imports, Inc.
PO Box 770
Gaithersburg, MD  20884-0770

Albert and Roxann Albiana
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Alchemy Ventures Trust
17575 Fitzpatrick Lane
Occidental, CA  95465-9355


Alchemy Ventures Trust
c/o Kim R. Wilson
Snow Christensen & Martineau
P O Box 45000
Salt Lake City, UT  84145-5000

Gilbert & Jeanette Alder
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

All-Pro Cleaning Systems, Inc.
166 West Cottage Avenue
Sandy, UT  84070-1433


Allen Distribution Services
3247 South 3690 West
West Valley City, UT  84120-2150

Alliance Abroad Group LP
1221 South Mopac Expressway
Suite 100
Austin, TX  78746-7615

Allied Waste Services
PO Box 78829
Phoenix, AZ  85062-8829


Stephen Allis
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Alpine Adventures
3020 North Federal Highway # 10
Fort Lauderdale, FL  33306-1451

Alsco
P O Box 25717
Salt Lake City, UT  84125-0717


Brian D. Althaver
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

American Express
PO Box 53852
Phoenix, AZ  85072-3852

American Express Travel
2421 West Peoria Avenue
Phoenix, AZ  85029-4939


American Express Travel Relate
2840 South 123rd Court
Omaha, NE  68144

American Ski & Board Association
686 NW York
Bend, OR  97701

Jonathan & Joanne Ames
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323


American Hotel Register CO
16458 Collections Center Drive
Chicago, IL  60693-0001

American Liberty Insurance
3601 N University Ave Suite 100
Provo, UT  84604-6600

Allan & Amy Anderson
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Appliance Sales & Service
P O Box 670
55 E Center St., Suite 140
Heber City, UT 84032-1946

Troy J. Aramburu
Jones Waldo Holbrook & McDonough
170 South Main Street, Suite 1500
Salt Lake City, UT 84101-1644

Arctic Spas/ Spagoods.com
4575 N. Silver Springs Dr
Park City, UT 84098-7536

BDRC 4 Site, LLC
Attn: Brian W. Dorsey
305 NE Loop 820, St. 109
Hurst, TX 76053-7211

BJ Plumbing Supply
1470 South State
Orem, UT 84097-7704

BTC Rob Stevenson
957 East 1300 South
Salt Lake City, UT 84105-1856

Diane H. Banks
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

Baker Tile Co
1434 West 8040 South
West Jordan, UT 84088-9459

Bank Living Trust
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

Christopher B. Barker, Esq.
Goodwin Proctor LLP
53 State Street
Boston, MA 02109-2881

James and Marianne Barickman
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

BayNorth Realty Fund
BayNorth Capital, LLC
Attn: Charles J. Flint
One Financial Center, Floor 23
Boston, MA 02111-2621

Bellows Glass
76 West 200 South
Heber City, UT 84032-2005

Bevco2
651 West 600 South
Salt Lake City, UT 84104-1015

Big Four Distributing, Inc
304 East 900 South
Provo, UT 84606-7316

Michael V. Blumenthal
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022-2544

Peter Blythe
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

Scott Boberek
P O Box 680514
Park City, UT 84068

Thomas S. Bradley
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

Lisa A. Bugaski, Trustee
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

Business Technology Consulting
Rob Stevenson
957 East 1300 South
Salt Lake City, UT 84105

Josh Butsch
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

C & G Velasquez Family Trust
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

CBIZ Accounting
175 S West Temple, Suite 650
Salt Lake City, UT 84111

CRC Design
298 South Center
Midway, UT 84049

Cameron & Associates
P O Box 5
Orem, UT 84059

Amy Casey
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

Castillo Trust
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

Michael & Nilda Chang
16 Morning Sky Lane
Las Vegas, NV 89135-7860

Chang Family Trust
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

Child Support Services
ORS PO Box 45011
Salt Lake City, UT 84145-0011

Cintas Corporation
97627 Eagle Way
Chicago, IL 60678-7627

CloudNine Resorts – Sky Lodge Dev
c/o Kim R. Wilson
Snow Christensen & Martineau
P O Box 45000
Salt Lake City, UT 84145-5000

CloudNine Resorts – Sky Lodge Mgmt
c/o Kim R. Wilson
Snow Christensen & Martineau
P O Box 45000
Salt Lake City, UT 84145-5000

CloudNine Resorts SL Development
Attn: Bill Shoaf
P O Box 683300
Park City, UT 84068-3300

CloudNine Resorts SL Management
Attn: Bill Shoaf
P O Box 683300
Park City, UT 84068-3300

Nelson Coats
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

Colorado Casualty Insurance Co
PO Box 85627
San Diego, CA 92186-5627

Comcast
P O Box 34744
Seattle, WA 98124-1744

CoolWorks.com
PO Box 272
Gardiner, MT 59030-0272

Committee of Unsecured Creditors
Jones Waldo Holbrook & McDonough
170 South Main Street, Suite 1500
Salt Lake City, UT 84101-1644

Jonathan B. and Marie Connor
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

Corrado Properties
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

Christine M. Craige, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013-1010

Scott A. Cummings
Dorsey & Whitney LLP
136 South Main Street, Suite 1000
Salt Lake City, UT 84101-1685

Curb It Recycling
P O Box 681397
Park City, UT 84068-1397

Cushman & Wakefield
50 Broad Street
New York, NY 10004-2307

Robert J. Dale
Bradley L. Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

Phillip A & Ruth M Davidson
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

Kenneth A & Marcie B. Davis
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

Michael Scott Davis
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

Dex West
P O Box 79167
Phoenix, AZ 85062-9167

Diamond Rental
4518 South 500 West
Salt Lake City, UT 84123-3694

K Dickey, S Dickey & P Bradley
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

Robert A. & Bianka M. Diorio
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

Leon and Joy Dreimann
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

James I and Suzanne Duffield
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

Drew A. Norman, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013-1010

EM Systems
P O Box 540783
North Salt Lake, UT 84054-0783

Easy Street Holding, LLC
4780 Winchester Court
Park City, UT 84098-7528

Easy Street Mezzanine, LLC
4780 Winchester Court
Park City, UT  84098-7528

Easy Street Partners, LLC
4780 Winchester Court
Park City, UT  84098-7528

Ecolab
P O Box 100512
Pasadena, CA  91189-0512

Ecolab Pest Elim. Div
P O Box 6007
Grand Forks, ND  58206-6007

Steven B. Eichel
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY  10022-2544

Elliott Workgroup LLC
Attn:  Craig Elliott
P O Box 3419
Park City, UT  84060-3419

William D. Ellis, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA  90013

Stephen Elrick
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

William S. Escudier
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

W Escudier, M. Escudier, T Escudier,
W Escudier
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Fabian & Clendenin
c/o Robert Dale & Bradley Tilt
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Michael A. Feder
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

FedEx
PO Box 7221
Pasadena, CA 91109-7321

Diana Ferguson
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Janis J Ferraris & Deborah J Depaoli
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Stephen N. Finberg
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Dena A. Fleming & Steve Chin
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Joshua Fick
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Anthony S. Fiotto
Goodwin Proctor LLP
53 State Street
Boston, MA  02109-2881

Five 9's Communication
P O Box 348
Roy, UT  84067-0348

Ruben Flores
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Fog River Fisheries
9554 Wells Circle, Suite A
West Jordan, UT  84081

Ronald A. Fragen
64893 Saragossa
Palm Springs, CA  92264

Frank Rimerman & Co. LLP
60 South Market Street
San Jose, CA  95113-2351

Fuelman
PO Box 105080
Atlanta, GA 30348-5080

G.M. Collin Skin Care Inc.
613 State Route 3, Suite 100
Plattsburgh, NY  12901

Curtis & Patricia Gardner
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Gateway Center, LLC
c/o Commerce
32 West 200 South, Suite 501
Salt Lake City, UT  84101

Gateway Center, LLC
c/o Vectra Management Group
424 West 33rd Street, Suite 540
New York, NY  10001-2641

Gemstone Hotels & Resorts, LLC
Attn:  Jeff McIntyre, Principal
1912 Sidewinder Drive, # 104
Park City, UT  84060

General Chemical
PO Box 533195
Charlotte, NC 28290-3195

Gentry Finance
386 South State Street
Orem, UT 84058-5424

Get Fresh
1548 18th Street
Santa Monica, CA 90404

Andrew & Karen Gilligan
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

Goodrich & Thomas, CPAs
3200 Park Center Drive Suite 1170
Costa Mesa, CA 92626-7153

Corbin B. Gordon
Corbin B. Gordon, P.C.
345 West 600 South
Heber City, UT 84032-2247

Grazo Electric
PO Box 1196
Midway, UT 84049-1196

Mark T. Greenquist
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

Marcia L. Griffiths
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

Merrick L & Rosa S. Gross
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

Craig & Ann Guernsey
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

Gunthers Comfort Air
81 South 700 East
American Fork, UT 84003-2158

Gunthers Comfort Air
c/o Jeffrey L. Shields
Callister Nebeker & McCullough
10 East South Temple, Suite 900
Salt Lake City, UT 84133-1101

HD Supply Facilities Maintenance
P O Box 509058
San Diego, CA 92150-9058

HY-KO Supply Co.
1980 West Industrial Cir
P O Box 26116
Salt Lake City, UT 84126

Suzanne Harris
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

Brian W. Harvey
Goodwin Proctor LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1618

Richard W. Havel, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013-1010

George F.J. and Ruth Hill
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

Dane C. Hillyard
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

William A & Constance F Hindle
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

John M. Hojel & Veronica Hojel
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

Brooks Hoven and Brenda Schmid
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

Home Depot Credit Services
P O Box 6031
The Lakes, NV 88901-6031

Hood Cleaners of Utah
P O Box 342
Riverton, UT 84065-0342

Hop To It Living Trust
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

Hotel Amenities Resources LLC
2000 Van Ness Avenue Suite 801
San Francisco, CA 94109-3023

Mary Margaret Hunt
Dorsey & Whitney LLP
136 South Main Street, Suite 1000
Salt Lake City, UT 84101-1685

Innovative Body Science
6350 Yarrow Drive Suite D
Carlsbad, CA 92011-1544

Intermountain Drug Testing
PO Box 9800
Salt Lake City, UT 84109-9800

Internal Revenue Service
Centralized Insolvency Operations
P O Box 21126
Philadelphia, PA  19114-0326

Ion Cibuc
7 Kafern Drive Apt 1-D
Baltimore, MD 21207-4383

Jacobsen Construction
PO Box 27608
Salt Lake City, UT 84127-0608

Jacobsen National Group, Inc.
c/o Michael R. Johnson, Esq.
Ray Quinney & Nebeker
36 South State Street, Suite 1400
Salt Lake City, UT  84111-1451

Annette W. Jarvis, Esq.
Dorsey & Whitney LLP
136 South Main Street, Suite 1000
Salt Lake City, UT  84101-1685

Lon A. Jenkins
Jones Waldo Holbrook & McDonough
170 South Main Street, Suite 1500
Salt Lake City, UT  84101-1644

Catherine Johnson
3182 Creek Road
Park City, UT  84098

Michael R. Johnson, Esq.
Ray Quinney & Nebeker
36 South State Street, Suite 1400
P O Box 45385
Salt Lake City, UT  84145-0385

Kaba Ilco, Inc
PO Box 12553 Succ Centre Ville
Montreal, QC H3C-6R1
CANADA

KBIi Properties, LP
PO Box 680464
Park City, UT  84068-0464

Darren T & Alona Kavinoky
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Anthony C. Kaye
Ballard Spahr Andrews & Ingersoll
201 South Main Street, Suite 600
Salt Lake City, UT  84111-2212

John P. and Melissa B. Kelly
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Klehr, Branzburg & Ellers LLP
Attn:  William A. Harvey
260 South Broad St.
Philadelphia, PA 19102-5021

Benjamin J. Kotter
Dorsey & Whitney LLP
136 South Main Street, Suite 1000
Salt Lake City, UT  84101-1685

Mark C. Kramer Trust
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Rishi & Ashima Kumar
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Steve LaFredo
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Brian & Teri Laidlaw
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

La Monica's Restaurant Equipment
6211 South 380 West
Murray, UT 84107-3309

Janet & William Lamkin
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Robert Lamkin & Ray Bidenhost
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

William & Janet Lamkin
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Eric D. Lemont
Goodwin Proctor LLP
53 State Street
Boston, MA  02109-2881

Les Olson Company
P O Box 65598
Salt Lake City, UT 84165-0598

Levine Holdings, LLC
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Linda Marie Eide Residuary
 Family Trust
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Liquor Leasing & Service, L.C.
9283 South Jean Drive
Sandy, UT  84070-6254

Mark Litchfield & Kristin Rotter
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Living Creations Inc
2163 E Lambourne Ave
Salt Lake City, UT 84109-2454

Lovejoy Sky Lodge
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Larry L. Lozensky
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

James A. Lundin
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Luxury Residence Group
Attn:  Carrie Shoaf
693 Main Street
P O Box 1225
Park City, UT  84060

M & M Distributing
531 West 600 North
Salt Lake City, UT  84116-3430

Market Metrix
990 A Street Suite 301
San Rafael, CA 94901-3000

Mascioni Hospitality, Inc.
915 Broadway, Suite 1909
New York, NY  10010

Adelaide Maudsley
Chapman & Cutler LLP
201 South Main Street, Suite 2000
Salt Lake City, UT  84111-2298

Kevin McCarthy
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Tracy McCarthy
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Clint McClellan
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

McGladrey and Pullin
Attn:  Jan Riend
One South Wacker Drive, Suite 800
Chicago, IL  60606-4650

John E. McIlwaine
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Claudia McMullin & Timothy Douglas
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Joshua A. Mettle
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Media One of Utah
4770 South 5600 West
West Valley City, UT  84170-4005

Merrit & Harris
301 E Glenoaks Blvd. Suite 4
Glendale CA 91207-2115

Thomas & Julie B. Millar
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Millcreek Consulting
Attn:  Steve Brown
3017 E Kempner Rd.
Salt Lake City UT  84109-3654

Daniel S. Miller DDS
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Robert A. Miller
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Money 4 You & Mr. Money
498 North 900 West # 230
Kaysville, UT  84037-4213

Frederic Monnot
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Stephen Monticone
592 North 200 West
Heber City, UT  84032

John T. Morgan Tr
US Trustees Office
405 South Main Street, Suite 300
Salt Lake City, UT  84111-3402

Mountain Valley Temperature Control
PO Box 429
Pleasant Grove, UT 84062-0429

Muir Copper Canyon Farms
PO Box 26775
Salt Lake City, UT  84126-0775

Muzak LLC
PO Box 71070
Charlotte, NC 28272-1070

Nicholas & Company, Inc.
P O Box 45005
Salt Lake City, UT  84145-0005

Night Vision Landscape Light
2859 West 7550 South
West Jordan, UT  84084-3712

Open Table Inc
PO Box 49322
San Jose, CA  95161-9322

Pacific Seafood - Utah
P O Box 97
Clackmas, OR  97015-0097

Park Avenue Travel
11 Park Avenue
Swarthmore, PA  19081

Park City I, LLC
c/o George B. Hofmann
Parsons Kinghorn Harris
111 East Broadway, Suite 1100
Salt Lake City, UT  84111

Park City Surveying
P O Box 682993
Park City, UT  84068-2993

Daniel H. & Vanessa I. Payne
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Douglas J. Payne
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Philo Smith
684 Glenneyre Street
Laguna Beach, CA  92651-2420

Philo Smith Jr. Trust
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Par Springer-Miller System, Inc
782 Mountain Road
PO Box 1547
Stowe, VT 05672-1547

Park City Auto Parts/Hardware
P O Box 244
Heber City, UT  84032-0244

Park City Chamber Bureau
P O Box 1630
Park City, UT  84060

Park City Lock & Key
3946 North Last Run Drive
Park City, UT  84098

Park City Municipal Corp.
PO Box 1480
Park City, UT 84060-1480

Park City Water
PO Box 1480
Park City, UT 84060-1480

Park City WinElectric
PO Box 681729
Park City, UT  84068-1729

Patricia Wagner
P O Box 680322
Park City, UT  84068-0322

PayChex Human Resources Services
P O Box 29769
New York, NY  10087-9769

Peak Mobile Communications
4910 South Warehouse Road
Salt Lake City, UT  84118-6354

Peets Coffee & Tea
P O Box 12509
Berkeley, CA  94712-3509

Pitney Bowes
P O Box 856390
Louisville, KY  40285-6390

Plaza Dry Cleaners
PO Box 770-361
Park City UT 84060

Donald E. Porteous
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Porter Paint
1268 South 500 West
Salt Lake City, UT  84101-3019

Proforma
PO Box 51925
Los Angeles, CA 90051-6225

Protravel International
14130 Riverside Drive
Sherman Oaks, CA 91423-2313

Protravel International Inc
515 Madison Ave 10th Floor
New York, NY 10022-5403

Questar Gas Company
PO Box 45360
Salt Lake City, UT 84145-0360

Qwest, Inc.
Attn:  Bankruptcy Department
PO Box 29040
Phoenix, AZ 85038-9040

Qwest Corp.
Attn:  Jane Frey
1801 California Street, Room 900
Denver, CO  80202-2658

Qwest Communications Company
Attn: Jane Frey
1801 California Street, Room 900
Denver, CO 80202-2658

Qwest Long Distance Business Services
PO Box 856169
Louisville, KY 40285-6169

Elizabeth Rad
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

Charles & Vicki P. Raeburn
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

Angela Rayner
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

Steve Reich
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

Steve Reich, Scott Coleman
 & Ashley Coleman
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

Renegade Oil Inc
1141 South 3200 West
Salt Lake City, UT 84104-4562

Revco Leasing
P O Box 65598
Salt Lake City, UT 84165-0598

Knute Rife
Wrona Law Offices
11650 South State Street, Suite 103
Draper, UT 84020-7144

Rimmerman
One Embarcadero Center, Suite 2410
San Francisco, CA 94111-3737

PacifiCorp
Attn: Bankruptcy
P O Box 25308
Salt Lake City, UT 84125-0308

Eric & Susan Rothchild
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

RussWoods LLC
5148 Silver Springs Road
Park City, UT 84098-6034

SL Convention & Visitors Bureau
90 South West Temple
Salt Lake City, UT 84101-1406

Safeguard
P O Box 5
Orem, UT 84059

Schindler Elevator Corporation
P O Box 93050
Chicago, IL 60630

Scott James Jewelry
32 South Main Street
Heber City, UT 84032

Securities & Exchange Commission
Attn: Bankruptcy Dept.
44 Montgomery St # 1100
San Francisco, CA 94104-4613

Sentry West Insurance Services
PO Box 9289
Salt Lake City, UT 84109-9289

Shaner Design, Inc.
Attn: Tom Shaner
614 Main Street, Suite 404
PO Box 4560
Park City, UT 84060-4560

Sheri P. Chromow, Esq.
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY 10022-2585

Jeffrey L. Shields
Callister Nebeker & McCullough
10 East South Temple, Suite 900
Salt Lake City, UT 84133-1101

Jeffrey Weston Shields
Jones Waldo Holbrook & McDonough
170 South Main Street, Suite 1500
Salt Lake City, UT 84101-1644

Shift4 Corporation
1491 Center Crossing Rd
Las Vegas, NV 89144-7047

William & Carrie Shoaf
4780 Winchester Court
Park City, UT 84098-7528

Shoes For Crews, LLC
File LockBox 51151
Los Angeles, CA 90074-1151

Matthew & Terry L. Sidford
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

Siemens Building Technologies, Inc.
9707 Sandy Parkway
Sandy, UT 84070-2500

Charles H. & Andrea E. Silverman
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

Robert K & Lynn K Simons
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Amer & Yvette Soudani
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Staples Credit Plan
Dept 51-7861136819
PO Box 689020
Des Moines, IA  50368-9020

State of Utah
Office of the Attorney General
Tax & Revenue Division
P O Box 40874
Salt Lake City, UT  84114-0874

Sugar House Awning
7526 South State Street
Midvale, UT  84047

Summit County Treasurer
60 North Main
PO Box 128
Coalville, UT  84017

Swire Coca-Cola USA
P O Box 1410
Draper, UT  84020-1410

TCF Holdings – Fred Mommot
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Tenderfoot Holdings LLC
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

The Barbara A Casale Revocable Trust
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Skyboozers LLC
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Squire
Attn:  Ray Chipman
1329 South 800 East
Orem, UT  84097-7700

David L & Louise A. Stark
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Step Saver Inc.
1901 West 2425 South
Wood Cross, UT  84087-2463

Summit Business Services
Attn:  Chipper Leonard
4130 Hilltop Court
Park City, UT  84098-4715

Summit County Public Health Dept
Environmental Laboratory
PO Box 128
Coalville, UT  84017-0128

Sysco Intermountain Food Service
Attn:  Steve Lewis
P O Box 27638
Salt Lake City, UT  84127-0638

Target Labels & Packaging
40 West 3800 North
Hyde Park, UT  84318-4114

Teresa Martha Wiss Trust
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

The Chef's Garden
9009 Huron-Avery Road
Huron, OH  44839-2448

**Small Luxury Hotels**
**2nd Floor-Grantham House**
**North Street Leatherhead**
**Surrey KT22 7AZ**
**GREAT BRITAIN**

Standard Plumbing Supply
PO Box 708490
Sandy, UT 84070

State Office of Recovery Services
515 East 100 South
P O Box 45033
Salt Lake City, UT  84145-0033

Stone Ground Bakery
P O Box 581078
Salt Lake City, UT  84158-1078

Summit County Assessor
PO Box 128
Coalville, UT  84017-0128

Sundance Partners, Ltd.
c/o Ballard Spahr
201 South Main Street, Suite 800
Salt Lake City, UT  84111-2212

Sysco Intermountain Food Services Inc
c/o David W. Overholt
Richer & Overholt, PC
901 West Baxter Drive
South Jordan, UT  84095-8687

N. Allen Taylor
Taylor Capital Management
6641 North Paseo Tamayo
Tucson, AZ  85750

The Aspen Times
Colorado Mountains News Media
P O Box 540
Gypsum, CO  81637

The Elevator Company
PO Box 736
Bountiful, UT 84011-0736

The Mark and Joann Tattersall Trust
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

The Park Record
P O Box 3688
Park City, UT  84060

The Richard C. Casale Revocable
Trust
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

The Shoaf Family Trust Jan 16 2002
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Paul W. Throndsen, MAI
Appraisal Group, Inc.
7396 South Union Park Ave., #301
Midvale, UT  84047

Timothy G. Little, Esq.
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY  10022-2585

USA Today
P O Box 79782
Baltimore, MD  21279-0782

Union Square Home Owners
Association
PO Box 683300
Park City UT 84068-3300

United Fence Co.
PO Box 26933
2525 South 2700 West
Salt Lake City, UT  84119-1227

Universal Companies
18260 Oak Park Drive
Abingdon, VA  24210

Utah Dept-Alcoholic Beverage Control
1625 South 900 West
P O Box 30408
Salt Lake City, UT  84130-0408

Utah Dept of Workforce Services
P O Box 45249
Salt Lake City, UT  84145-0249

Utah Fire Equipment
152 West 1700 South
Salt Lake City, UT  84115

Utah State Tax Commission
Sales Tax
210 North 1950 West
Salt Lake City, UT  84134-0400

Stephen P. & Barbara Vermut
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Virtuoso, Ltd.
c/o R. Jason Pierce
Bourland, Wall & Wenzel, P.C.
301 Commerce Street, Suite 1500
Fort Worth, TX  76102

Virtuoso, Ltd
P O Box 99358
Fort Worth, TX  76199-0358

Graham Wagner & Kati Irwin
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Wasatch Audio-Visual
PO Box 770 PMB282
Park City, UT  84060-0770

Wasatch Meats
926 South Jefferson Street
Salt Lake City, UT  84101-2983

Water Images
P O Box 571393
Murray, UT  84157-1393

Water Reclamation District
2800 Homestead Rd
Park City, UT  84098-4869

Alfred M. Wesser
2353 South Waldby Avenue
Fresno, CA  93725

Wells Fargo Equipment Finance
NW-8178 PO Box 1450
Minneapolis, MN  55485-8178

Wells Fargo Equipment Finance
733 Marquette Avenue Suite 700
Minneapolis, MN  55402-2316

West LB AG, New York Branch
Attn:  Christian Ruehmer
7 World Trade Center
250 Greenwich Street
New York, NY  10007

Duncan Robertson
Executive Director
WestLB AG, Special Situations - NY
7 World Trade Center
250 Greenwich Street
New York, NY  10007

West LB AG, New York Branch
Attn:  Jeff Nelson
7 World Trade Center
250 Greenwich Street
New York, NY  10007

West LB AG, New York Branch
Attn:  James Winikor
7 World Trade Center
250 Greenwich Street
New York, NY  10007

Whitney Advertising & Design
6410 N Business Park Loop Rd
Suite H
Park City, UT  84098-6212

Jim & Robin Whitney
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Kim R. Wilson
Snow Christensen & Martineau
10 Exchange Place, Suite 1100
P O Box 45000
Salt Lake City, UT  84145-5000

Kenneth Yonemura &
 Grace Noda-Yonemura
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Anthony & Teresa Meno Zingale
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Joy and Leon Dreimann
1285 Loch Lane
Lake Forest, IL 60045

Sarah Betsy Bacon
2952 Arabian Drive
Park City, UT 84060

David Wickline
17575 Fitzpatrick Lane
Occidental, CA  95465-9355

Joseph E. Wrona
Wrona Law Office, P.C.
1745 Sidewinder Dr.
Park City, UT  84060

Phillip & Ruth Yuan
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Acme Holdings LLC
Sean Raiton
PO Box 681373
Park City, UT  84068

Kevin Borg
2215 East 6595 South
Salt Lake City, UT 84121

David L. Wickline
c/o Kim R. Wilson
Snow Christensen & Martineau
P O Box 45000
Salt Lake City, UT  84145-5000

Francine Wynn
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Bruce J. Zabarauskas
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY  10022-2544

Emily and John Hill
1821 Tamarack Street
Westlake Village, CA 91361

Michael Pardo
513 Scrimshaw Way
Severna Park, MD 21146-1424