Annette Jarvis (1649)
Peggy Hunt (6060)
Benjamin J. Kotter (9592)
DORSEY & WHITNEY LLP
136 South Main Street, Suite 1000
Salt Lake City, UT  84101-1685
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
Email: jarvis.annette@dorsey.com
Email: hunt.peggy@dorsey.com
Email: kotter.benjamin@dorsey.com

Richard W. Havel (10759)
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA  90013-1010
Telephone:  (213) 896-6000
Facsimile:  (213) 896-6600
Email: rhavel@sidley.com

*Attorneys for WestLB, AG*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | |
| EASY STREET HOLDING, LLC, *et al.*, ) | Bankruptcy Case No. 09-29905 |
| ) | Jointly Administered with Cases |
| Debtors. ) | 09-29907 and 09-29908 |
| ) | |
| Tax ID Numbers: ) | Chapter 11 |
| 35-2183713 (Easy Street Holding, LLC), ) | |
| 20-4502979 (Easy Street Partners, LLC), and ) | Honorable R. Kimball Mosier |
| 84-1685764 (Easy Street Mezzanine, LLC) ) | |
| ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of May, 2010, the *Opposition of WestLB, AG to Second Motion of Easy Street Partners, LLC to Extend the Exclusivity Period for Soliciting and Obtaining Acceptances of Its Amended Chapter 11 Plan of Reorganization* [Docket No. 469] (the "Opposition") and the *Declaration of Duncan Robertson in Support of the Opposition of WestLB, AG to Second Motion of Easy Street Partners, LLC to Extend the Exclusivity Period for Soliciting and Obtaining Acceptances of Its Amended Chapter 11 Plan of Reorganization*

[Docket No. 470] (the "Declaration") were filed with the Bankruptcy Court and served via email and the Bankruptcy Court's ECF/CM system upon the following:

    Troy J. Aramburu  (taramburu@joneswaldo.com, sglendening@joneswaldo.com; rbush@joneswaldo.com)
    Kenneth L. Cannon  (kcannon@djplaw.com, khughes@djplaw.com)
    George B. Hofmann  (gbh@pkylawyers.com, dh@pkhlawyers.com)
    Lon A. Jenkins  (lajenkins@joneswaldo.com, krichardson@joneswaldo.com, ecf@joneswaldo.com, sglendening@joneswaldo.com)
    Michael R. Johnson  (mjohnson@rqn.com, agale@rqn.com)
    Anthony C. Kaye  (kaye@ballardspahr.com)
    Adelaide Maudsley  (maudsley@chapman.com, jemery@chapman.com)
    Steven J. McCardell  (smccardell@djplaw.com, khughes@djplaw.com)
    John T. Morgan  (john.t.morgan@usdoj.gov, james.gee@usdoj.gov)
    David W. Overholt  (doverholt@rsolaw.com, abachman@rsolaw.com)
    Douglas J. Payne  (dpayne@fabianlaw.com, jshowalter@fabianlaw.com)
    Jessica G Peterson  (jpeterson@djplaw.com)
    Knute Rife  (karife@rifelegal.com)
    Jeffrey L. Shields  (jlshields@cnmlaw.com, njpotter@cnmlaw.com)
    Jeffrey Weston Shields  (jshields@joneswaldo.com, sglendening@joneswaldo.com)
    Bradley L. Tilt  (btilt@fabianlaw.com, rmellor@fabianlaw.com)
    United States Trustee  (USTPRegion19.SK.ECF@usdoj.gov)
    Kim R. Wilson  (bankruptcy_krw@scmlaw.com)

In addition, both the Opposition and the Declaration were served via e-mail upon the following:

    Michael V. Blumenthal  (mblumenthal@crowell.com)
    Bruce J. Zabarauskas (bzabarauskas@crowell.com)
    Steven B. Eichel (seichel@crowell.com)

Finally, both the Opposition and the Declaration were also served via First Class U.S. Mail, postage prepaid, upon the following:

| | |
|---|---|
| Appraisal Group, Inc. | BDRC 4 Site, LLC |
| Attn: Paul W. Throndsen, MAI | Attn: Bryan W. Dorsey |
| 7396 S Union Park Avenue, #301 | 305 NE Loop 820, Ste 109 |
| Midvale, UT 84047 | Hurst, TX 76053 |

| | |
|---|---|
| Anthony S. Fiotto<br>Goodwin Procter LLP<br>Exchange Place<br>Boston, MA 02109 | Gemstone Hotels & Resorts, LLC<br>Attn: Jeff McIntyre, Principal<br>1912 Sidewinder Drive, #104<br>Park City, UT 84060 |
| Corbin B. Gordon<br>345 West 600 South, Suite 108<br>Heber City, UT 84032 | Brian W. Harvey<br>Goodwin Procter LLP<br>The New York Time Building<br>620 Eighth Avenue<br>New, NY 10018-1405 |
| Ambica Mohabir<br>Goodwin Procter LLP<br>Exchange Place<br>Boston, MA 02109 | Paul W. Throndsen<br>Appraisal Group, Inc.<br>7396 South Union Park Avenue, Suite 301<br>Salt Lake City, UT 84047 |
| Joseph E. Wrona<br>WRONA LAW OFFICES, P.C.<br>1745 Sidewinder Drive<br>Park City, UT 84060 | |

DATED this 13th day of May, 2010.

DORSEY & WHITNEY LLP

 */s/ Benjamin J. Kotter*
Annette W. Jarvis
Peggy Hunt
Benjamin J. Kotter

and

Richard W. Havel
SIDLEY & AUSTIN LLP
  *Attorneys for WestLB, AG*