Corbin B. Gordon (corbingordon@yahoo.com) (9194)
CORBIN B. GORDON, P.C.
345 West 600 South, Suite 108
Heber City, UT  84032
Telephone:  (435) 657-0984/Fax:  (888) 822-8796

Special Counsel for Debtors and Debtors in Possession

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: | |
| EASY STREET HOLDING, LLC, *et al.*, | Bankruptcy Case No. 09-29905 |
| | Jointly Administered with Cases |
| | 09-29907 and 09-29908 |
| Address:  201 Heber Avenue | Chapter 11 |
| Park City, UT 84060 | |
| | Honorable R. Kimball Mosier |
| Tax ID Numbers: | |
| 35-2183713 (Easy Street Holding, LLC), | |
| 20-4502979 (Easy Street Partners, LLC), and | **[FILED ELECTRONICALLY]** |
| 84-1685764 (Easy Street Mezzanine, LLC) | |

**CORBIN B. GORDON, P.C.'S FIFTH PROFESSIONAL FEE REQUEST FOR
THE PERIOD APRIL 1, 2010 THROUGH APRIL 30, 2010**

Corbin B. Gordon, P.C., special appointed counsel for Easy Street Partners, LLC ("Partners"), Easy Street Mezzanine, LLC ("Mezzanine"), and Easy Street Holding, LLC ("Holding"), debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"), pursuant to the Court's Order entered December 15, 2009 Approving Motion and Establishing Monthly Fee and Expense Reimbursement Procedures (the "Interim Payment Order") hereby submits its second professional fee request (the "Fee Request"), for the period from April 1, 2010 through April 30, 2010 (the "Fee Period").

Pursuant to the Interim Payment Order, professionals employed pursuant to Order of the Court to represent the Debtors or the Official Committee of Unsecured Creditors (the "Committee") are authorized to request from the Debtors payment of 80% of their fees and 100% of their expenses on a monthly basis. Corbin B. Gordon, P.C.'s professional fees for the Fee Period are as follows:

| MONTH | HOURS | FEES | 80% OF FEES | EXPENSES | TOTALS (80% FEES AND 100% EXPENSES) |
|---|---|---|---|---|---|
| April | 63.59 | $12,718.00 | $10,174.40 | 0.00 | $10,174.40 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
| TOTALS | 63.59 | $12,718.00 | $10,174.40 | $0.00 | $10,174.40 |

Attached are detailed statements of services for which payment is sought, redacted to exclude privileged, work product, and confidential information, and expenses incurred, on a monthly and on a matter basis. Each statement includes total time expended, identity of professionals providing services, hourly billing rates, and a detailed listing of time.

Corbin B. Gordon, P.C. understands that other professionals providing services to the Debtors and the Committee may submit separate fee requests seeking payment of professional fees and reimbursement of expenses. The amount available under the cash collateral budget for payment of professional fees and expenses of estate professionals in the Easy Street Partners case for the each month of the Fee Period is $125,000, and it may be that total fees and expenses of estate professionals in the Easy Street Partners case in any given month may exceed this amount.

In such event, Corbin B. Gordon, P.C.'s fees and expenses will be pro rated with other estate professionals.

Pursuant to the Interim Fee Order, parties must file objections to the Fee Request within ten days from the date it is received. Any objection must have a description of the specific subject matter and services in dispute and state the amount in dispute. It shall not be sufficient simply to object to all fees and expenses. Fees and expenses not objected to will be paid by the Debtors or, if the total of 80% of fees and 100% of expenses of estate professionals exceeds $125,000 for any month within the Fee Period, the fees and expenses will be pro-rated among fees and expenses for that month that are not objected to.

DATED: May 13, 2010.

                      CORBIN B. GORDON, P.C.

By:  /s/ Corbin B. Gordon
Corbin B. Gordon (corbingordon@yahoo.com) (9194)
CORBIN B. GORDON, P.C.
345 West 600 South, Suite 108
Heber City, UT 84032
Telephone: (435) 657-0984/Fax: (888) 822-8796

Special Counsel for the Debtors

3

# CERTIFICATE OF SERVICE

I hereby certify that on this _____ day of May, 2010, I caused to be served a copy of Corbin B. Gordon's Fifth Professional Fee Request for the period April 1, 2010 through April 30, 2010 via email on the following:

Easy Street Partners, LLC
Easy Street Mezzanine, LLC
Easy Street Holding, LLC
Attn: William Shoaf
4780 Winchester Court
Park City, UT 84098-7528
bshoaf@cloudnineresorts.com

Jeffrey W. Shields
Lon A. Jenkins
Jones Waldo Holbrook & McDonough
170 South Main Street, Suite 1500
Salt Lake City, UT 84101
jshields@joneswaldo.com
lajenkins@joneswaldo.com

Michael V. Blumenthal
Crowell & Moring
590 Madison Avenue, 20th Floor
New York, NY 10022
mblumenthal@crowell.com

James Winikor
West LB AG, New York Branch
1211 Sixth Avenue, 25th Floor
New York, NY 10036-8705
james_winikor@westlb.com

John T. Morgan
Office of the United States Trustee
405 South Main Street, Suite 300
Salt Lake City, UT 84111
john.t.morgan@usdoj.gov

Richard W. Havel
Sidley Austin LLP
555 Wset Fifth Street
Los Angeles, CA 90013
rhavel@sidley.com

Annette W. Jarvis
Dorsey & Whitney, LLP
136 South Main Street, Suite 1000
Salt Lake City, UT 84101
jarvis.annette@dorsey.com

　　　　　　　　　　　　　　　　　　/s/ Corbin Gordon

**APRIL 2010**

## Corbin B. Gordon, P.C.
345 West 600 South
Heber City, , UT 84032

Ph:435-657-0984          Fax:435-657-2436

Easy Street Partners, L.L.C.                                          April 30, 2010
Gateway Center, Suite 303
136 Heber Avenue
Park City, Utah
84060

File #:     SheoffBill
**Attention:**   Bill Shoaf                                            Inv #:          709

RE:     Lease Dispute

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Apr-01-10 |  | 0.21 | 42.00 | CBG |
| Apr-06-10 | Speak with Mike Johnston about status of investigation by Park City. Review court orders in bankruptcy. | 0.40 | 80.00 | CBG |
| Apr-07-10 | Draft fourth professional fee request. E-mail to Ken Cannon. | 0.85 | 170.00 | CBG |
|  | Read e-mail from Mike Johnston updating status of Park City inspection. Forward to Ken with e-mail. | 0.21 | 42.00 | CBG |
| Apr-08-10 |  | 0.10 | 20.00 | CBG |
|  | Recieve and review Response to Objection. | 0.75 | 150.00 | CBG |
|  | Speak with Ken Cannon about objection and about timing of hearing. Speak with Mike Johnston about objection to hearing and timing of hearing. | 0.41 | 82.00 | CBG |
|  | Listen to message from Ken about continuance. Inform Mike. | 0.00 | 0.00 | CBG |
| Apr-12-10 |  | 0.10 | 20.00 | CBG |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Apr-19-10 | | 0.31 | 62.00 | CBG |
| Apr-20-10 | | 2.10 | 420.00 | CBG |
| | | 0.65 | 130.00 | CBG |
| | | 1.55 | 310.00 | CBG |
| Apr-21-10 | Read case law in response brief. Review correspondence and outline discrepancies. Draft reply brief. | 5.10 | 1,020.00 | CBG |
| | Read OSHA report to confirm content. Edit and refine reply memo. Create exhibits. E-mail to parties for review. | 3.80 | 760.00 | CBG |
| Apr-22-10 | Create evidence and argument outline. | 1.56 | 312.00 | CBG |
| | Speak with Steve about reply memo, evidence issues, and time to respond. | 0.27 | 54.00 | CBG |
| | Speak with Ken about reply memo. Review his changes. Add Steve's changes. Add new argument. Review standard in Burton case and edit memo. Speak with Steve about his comments. E-mail out for final review. Leave message for Bill to discuss Soto testimony. Speak with Mike Johnston about getting new copy of letter. | 2.46 | 492.00 | CBG |
| | Add signature lines to pleading. Speak with Kim and go over reply and get his comments. Get copy of letter. Scan and send all exhibits. E-mail to Ken. | 1.10 | 220.00 | CBG |
| | Speak with Ken about clarification with OSHA and UOSH. Speak with Bill about how UOSH investigation ocurred. DIscuss and make changes to pleading with Ken. | 0.35 | 70.00 | CBG |
| Apr-23-10 | Edit evidence and argument outline. E-mail. Speak with Steve about admitting letter. Analyze Rule 803. Speak with Mike about | 1.80 | 360.00 | CBG |

|  |  |  |  |  |
|---|---|---|---|---|
|  | getting verified copy of letter. Prepare certification. |  |  |  |
|  | Read cases on Quiet Enjoyment and outline argument portion. | 0.70 | 140.00 | CBG |
|  | Speak with Ken about evidentiary issues. Bankruptcy rules do not allow subpeona. Discuss how to get Park City Letter in. Speak with Steve and discuss evidentiary outline. Discuss stipulation on letters sent back and forth. Discuss possibility of settlement. | 0.53 | 106.00 | CBG |
|  |  | 3.98 | 796.00 | CBG |
| Apr-24-10 | Draft opening statement. Review requirements for admissibility on expert witnessess. Draft direct of Mike Johnston. E-mail to Steve and Ken. | 2.20 | 440.00 | CBG |
| Apr-26-10 | Draft Direct for Bill Shoaf and Marina Soto. Leave message for Ken. Speak with Ken about his comments for opening and Mike Johnston direct. | 2.30 | 460.00 | CBG |
|  |  | 1.80 | 360.00 | CBG |
|  | Go over Steve's comments for direct of Shoaf and Soto. Speak with Doug Payne about stipulation on letters coming into evidence. Scan letters and send to Doug. Draft Closing argument. | 2.80 | 560.00 | CBG |
|  | Meet Bill and Marina and go over their testimony. | 3.50 | 700.00 | CBG |
|  | Organize all exhibits to be introduced into trial. Edit direct of both Bill and Marina. Edit opening. Edit closing. | 3.60 | 720.00 | CBG |
| Apr-27-10 | Edit opening and closing as per suggestions from Ken and Steve. Review evidentiary issues. Meet with Mike Johnston and go over direct. Meet with Bill and go over direct. | 6.80 | 1,360.00 | CBG |
|  | Attend hearing in bankruptcy court. | 5.00 | 1,000.00 | CBG |

| Apr-28-10 | Speak with Steve about hearing. Prepare cross of their expert. Go over closing and revise based on evidence from yesterday's hearing. | 1.30 | 260.00 | CBG |
|---|---|---|---|---|
| | Attend second hearing. | 5.00 | 1,000.00 | CBG |
| | Totals | 63.59 | $12,718.00 | |

| | |
|---|---|
| **Total Fee & Disbursements** | $12,718.00 |
| Previous Balance | 12,737.61 |
| **Balance Now Due** | $25,455.61 |

TAX ID Number    11-3649782