Corbin B. Gordon (corbingordon@yahoo.com) (9194)
CORBIN B. GORDON, P.C.
345 West 600 South, Suite 108
Heber City, UT  84032
Telephone:  (435) 657-0984/Fax:  (888) 822-8796

Special Counsel for Debtors and Debtors in Possession

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

|  |  |
|---|---|
| In re: | |
| EASY STREET HOLDING, LLC, *et al.*, | Bankruptcy Case No. 09-29905<br>Jointly Administered with Cases<br>09-29907 and 09-29908 |
| Address:  201 Heber Avenue<br>Park City, UT 84060 | Chapter 11<br><br>Honorable R. Kimball Mosier |
| Tax ID Numbers:<br>35-2183713 (Easy Street Holding, LLC),<br>20-4502979 (Easy Street Partners, LLC), and 84-)<br>1685764 (Easy Street Mezzanine, LLC) | **[FILED ELECTRONICALLY]** |

## SECOND APPLICATION OF CORBIN B. GORDON, P.C. FOR INTERIM COMPENSATION AND REIMBURSEMENT PURSUANT TO 11 U.S.C. §§ 330 AND 331 AS SPECIAL COUNSEL FOR THE DEBTOR IN POSSESSION POWERS FOR THE PERIOD JANUARY 1, 2010 THROUGH APRIL 30, 2010

Corbin B. Gordon, P.C., special counsel for Easy Street Partners, LLC ("Partners"), Easy

Street Mezzanine, LLC ("Mezzanine"), and Easy Street Holding, LLC ("Holding") (together,

Partners, Mezzanine, and Holding will be referred to as the "Debtors"), pursuant to 11 U.S.C. §§

330 and 331, Federal Rule of Bankruptcy Procedure 2016, and the Fee Guidelines of the United

States Trustee, hereby submits its first application (the "Application") for allowance and payment

of interim compensation and reimbursement in the total amount of $22,682.00, which includes

(1) interim compensation in the amount of $22,682.00 for professional services rendered and

(2) interim reimbursement in the amount of $0.00 for expenses incurred, for the period January 1,

2010 through April 30, 2010 (the "Application Period").

I.      INTRODUCTION

      A.      Case Background

            1.      The Debtors commenced these jointly-administered cases under

Chapter 11 of the United States Bankruptcy Code by filing voluntary petitions on September 14,

2009 (the "Petition Date"). Each is operating its business as a debtor in possession pursuant to

11 U.S.C. §§ 1107 and 1108.

            2.      Partners is a limited liability company that owns and operates the

Sky Lodge, a luxury boutique hotel in Park City, Utah, and related restaurants and businesses.

Mezzanine owns 100% of the equity of Partners and Holding owns 100% of Mezzanine.

            3.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157

and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

      B.      Employment of Corbin B. Gordon, P.C.

            1.      On November 24, 2009, the Court entered its Order Approving the

Debtors' Employment of Corbin B. Gordon, P.C. as special counsel, effective as of September

14, 2009.

            2.      Corbin B. Gordon, P.C. did not receive any pre-petition retainer.

            3.      All services performed and expenses incurred for which compensation or

reimbursement is sought were performed or incurred for and on behalf of the Debtors' estates

and not for any other person or entity.

4.      Corbin B. Gordon, P.C. has not shared or agreed to share compensation or
reimbursement awarded in this case with any other person except as among the members and
employees of the firm.

5.      Corbin B. Gordon, P.C. has not made any agreements with the Debtors or
others for compensation or reimbursement relating to this case which have not been disclosed to
the Court.

C.      Successful Steps Taken Toward Settlement of Gateway Lease Issues.  Counsel
was retained to address issues with the Gateway Center Lease. An evidentiary hearing was held
before this court on April 28 and April 29, 2010, wherein the issue of safety with the leased
space and the claim of breach of lease was presented to this court. An order outlining the court's
decision and findings based on this hearing has been submitted to the court. In the past three
months counsel has worked with an engineering expert to determine the scope of the safety
issues dealing with the building, and preparing for the evidentiary hearing on this issue.

D.      Interim Fee Procedures.  On December 15, 2009, the Bankruptcy Court entered its
Order Approving Motion and Establishing Monthly Fee and Expense Reimbursement Procedures
(the "Interim Fee Procedures Order").  Pursuant to the Interim Fee Procedures Order,
professionals representing the Debtors' estates may file and serve monthly fee requests. In
general terms, subject to amounts available for payment to estate professionals, those
professionals requesting monthly payment of fees and expenses may be paid 100% of out-of-
pocket expenses and up to 80% of fees on a monthly basis.

E.      Payments Received by Corbin B. Gordon, P.C. Pursuant to the Interim Fee
Procedures.  Corbin B. Gordon, P.C. has filed and served five interim requests for payment of

3

fees and expenses pursuant to the Interim Fee Procedures Order. On the first application for

Interim Compensation Corbin B. Gordon, P.C. has received $1606.39 and by order of the court is

still owed $2,865.61. On March 11, 2010, Corbin B. Gordon, P.C. filed its Third Interim Request

for Payment of Fees and Expenses, in which its total fees and expenses for the month of January

and February 2010 were $6,256.00. On April 7, 2010, Corbin B. Gordon, P.C. filed its Fourth

Interim Request for Payment of Fees and Expenses, in which its total fees and expenses for the

month of March 2010 were $3,708.00. On May 13, 2010, Corbin B. Gordon, P.C. filed its Fifth

Interim Request for Payment of Fees and Expenses, in which its total fees and expenses for the

month of April 2010 were $12,718.00. At 100% of expenses and 80% of fees, Corbin B.

Gordon, P.C. could be paid up to $18,145.60 on account of its Second Interim Request for

Payment. Payments received by Corbin B. Gordon, P.C. pursuant to the Interim Fee Procedure

Order will be applied against fees and expenses allowed by the Court on account of this

Application.

II.     THE PRESENT APPLICATION

        A.      Billing Methodology

                1.      In this Application, Corbin B. Gordon, P.C. is requesting compensation for

services provided and reimbursement of expenses incurred during the Application Period,

January 1, 2010 through April 30, 2010. A summary of fees and expenses requested, as required

by the Fee Guidelines of the United States Trustee, is attached hereto as Exhibit 1. A summary

of the expenses incurred, broken down by project category and by type of expense, is included

below.

4

2.      Corbin B. Gordon, P.C. 's services in this case are billed on an hourly-rate basis, consistent with Corbin B. Gordon, P.C. 's customary charges for comparably skilled and experienced practitioners in the area of landlord/tenant law.

3.      In rendering services and incurring expenses on behalf of the estate, Corbin B. Gordon, P.C. makes reasonable efforts to use the most economical means and methods that are available and appropriate under the circumstances.

4.      The education and experience of the Corbin B. Gordon, P.C. attorney providing service on behalf of the Examiner during the Application Period are detailed in the professional resume attached as Exhibit 2.

5.      Given the education, experience, and expertise of the Corbin B. Gordon, P.C. attorney rendering services in this case, the rates charged are reasonable, and are the same as or lower than rates Corbin B. Gordon, P.C. typically charges to clients for similar services.

B.      Services Performed on Behalf of the Estate

1.      During the Application Period, Corbin B. Gordon, P.C. rendered services to the estate for which it seeks compensation in the total amount of $22,682.00.  Such services are detailed in the invoices which are attached hereto as Exhibit 3.

2.      Corbin B. Gordon, P.C. has spent time performing services for the estate in only the area of negotiations with the Gateway Center Lease, as well as conducting an evidentiary hearing on the issue of the safety of the leased space and breach of lease issues.

3.      The totals of the fees sought in this Application for services in this area are $22,682.00.

C.      Summary of Services in Each Project Category

5

A summary of the nature of each project category, a table indicating the names, billing rates, hours spent, and total amounts billed during the Application Period as to each Corbin B. Gordon, P.C. professional and paraprofessional in each project category, and a synopsis of the work performed during the Application Period in each project category, is provided in separate paragraphs below. A detailed description of the services rendered is set forth in the billing reports attached hereto as Exhibit 3.

  1. Gateway Center Lease Negotiations

    a. This project category is for services relating to negotiations concerning the Gateway Center Lease.

    b. During the Application Period, Corbin B. Gordon, P.C. performed the following in this project category:

| NAME (INITIALS) | TITLE/OFFICE | HOURLY RATE | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|---|
| Corbin B. Gordon | Shareholder | $200 | 113.41 | $22,682.00 |
| TOTAL HOURS | | | 113.41 | $22,682.00 |

    c. During the Application Period, services in this category included working with Mike Johnston, of Summit Engineering in preparation of an expert report to determine the scope of safety violations in the Gateway Center building, and analysis of the misuse of CAMS fees under the lease, as well as conducting an evidentiary hearing before this court on the issues of safety of the leased space and breach of lease.

  2. Corbin B. Gordon, P.C. Fee and Employment Applications

    a. This project category is for time spent drafting and filing the Debtors' application to employ Corbin B. Gordon, P.C. and interim fee requests authorized by the court.

b.    During the Application Period, the following Corbin B. Gordon,

P.C. professional provided services to the estate in this project category:

| NAME (INITIALS) | TITLE/OFFICE | HOURLY RATE | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|---|
| Corbin B. Gordon | Shareholder | $200.00 | 0 | $.00 |
| TOTAL HOURS | | | 0 | $.00 |

D.    Reimbursement of Expenses

1.    During the Application Period, Corbin B. Gordon, P.C. incurred actual and

necessary expenses in the total amount of $ 0.00 in connection with the professional services

rendered to the estates.

2.    Corbin B. Gordon, P.C. seeks to have its fees and expenses allowed in the

full amount set forth in this Application.

3.    Corbin B. Gordon, P.C. understands that fees and expenses allowed under

this Application are interim in nature and the Court may order their disgorgement at any time

prior to the entry of a final order approving Corbin B. Gordon, P.C.'s final fee application or the

end of the bankruptcy case, whichever is earlier.

4.    Corbin B. Gordon, P.C. has used its billing discretion and has, where

appropriate, voluntarily reduced its fees and expenses consistent with the U.S. Trustee Guidelines

and the prior practice of this Court.

WHEREFORE, Corbin B. Gordon, P.C. prays:

1.    That interim compensation and reimbursement be awarded to Corbin B. Gordon,

P.C. in the total amount of $22,682.00 which includes $22,682.00 for professional services

rendered and $0.00 for expenses incurred during the Application Period;

2.      That such amounts be allowed as priority administrative expenses of the estate in

Chapter 11 pursuant to 11 U.S.C. §§ 503(b)(2) and 507(a)(1);

3.      That the Debtors be authorized, pursuant to 11 U.S.C. §§ 330 and 331, to pay such

further allowed amounts from the estates as set forth herein.

DATED this ____ day of May, 2010.

CORBIN B. GORDON, P.C.


By: /s/ Corbin B. Gordon_____
    Corbin B. Gordon
    345 West 600 South, Suite 108
    Heber City, UT   84032
    Telephone: (435) 657-0984
    Facsimile:  (888) 822-8796

    Special Counsel for the Debtors and Debtors
    in Possession

## CERTIFICATE OF SERVICE

I certify that on this _____ day of May, 2010, I caused to be served a copy of Corbin B.

Gordon's First Application for Interim Compensation and Reimbursement for the period January

1, 2010 through April 30, 2010 via email on the following:

Easy Street Partners, LLC
Easy Street Mezzanine, LLC
Easy Street Holding, LLC
Attn: William Shoaf
4780 Winchester Court
Park City, UT 84098-7528
bshoaf@cloudnineresorts.com

Michael V. Blumenthal
Crowell & Moring
590 Madison Avenue, 20th Floor
New York, NY 10022
mblumenthal@crowell.com

John T. Morgan
Office of the United States Trustee
405 South Main Street, Suite 300
Salt Lake City, UT 84111
john.t.morgan@usdoj.gov

Jeffrey W. Shields
Lon A. Jenkins
Jones Waldo Holbrook & McDonough
170 South Main Street, Suite 1500
Salt Lake City, UT 84101
jshields@joneswaldo.com
lajenkins@joneswaldo.com

James Winikor
West LB AG, New York Branch
1211 Sixth Avenue, 25th Floor
New York, NY 10036-8705
james_winikor@westlb.com

Richard W. Havel
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013
rhavel@sidley.com

Annette W. Jarvis
Dorsey & Whitney, LLP
136 South Main Street, Suite 1000
Salt Lake City, UT 84101
jarvis.annette@dorsey.com

/s/ Corbin Gordon _____

# EXHIBIT 1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) |
| EASY STREET HOLDING, LLC, *et al.*, | ) Bankruptcy Case No. 09-29905 |
| | ) Jointly Administered with Cases |
| | ) 09-29907 and 09-29908 |
| | ) |
| Address:  201 Heber Avenue | ) Chapter 11 |
| Park City, UT 84060 | ) |
| | ) Honorable R. Kimball Mosier |
| Tax ID Numbers: | ) |
| 35-2183713 (Easy Street Holding, LLC), | ) |
| 20-4502979 (Easy Street Partners, LLC), and 84- | ) **[FILED ELECTRONICALLY]** |
| 1685764 (Easy Street Mezzanine, LLC) | ) |
| | ) |

**SUMMARY REQUIRED BY UNITED STATES TRUSTEE GUIDELINES**

| | | |
|---|---|---|
| Fees Previously Requested: | $3,956.00 | NAME OF APPLICANT: |
| Fees Previously Paid: | $1,606.39 | Corbin B. Gordon, P.C. |
| | | |
| Expenses Previously Requested: | $0.00 | ROLE IN THE CASE: |
| Expenses Previously Paid: | $0.00 | Special Counsel for Debtor in Possession |
| | | |
| Retainer Paid: | $.00 | CURRENT APPLICATION: |
| | | Fee Requested        $22,682.00 |
| | | Expenses Requested        $.00 |

| NAME OF PROFESSIONAL/ PARALEGAL | YEAR ADMITTED TO PRACTICE | HOURS BILLED CURRENT APPLICATION | RATE | TOTAL FOR APPLICATION |
|---|---|---|---|---|
| **SHAREHOLDERS** | | | | |
| Corbin B. Gordon | 2001 | 113.41 | $200 | $22,682.00 |

# EXHIBIT 2

**CORBIN B. GORDON** is a sole practitioner in Wasatch County with practice areas in real estate development, entitlement, landlord/tenant law, water law, and civil litigation. He is also an experienced mediator in all of the areas listed above.

Previously, Mr. Gordon practiced at the law firm of Dunbeck & Gordon. He received his bachelor's degree in English from Brigham Young University in 1998. Mr. Gordon received his J.D. from the University of Utah in 2001. While in law school he was named outstanding student in International Law, Comparative Law, and Hebrew Law, and was also a member of the school's four member trial advocacy team. He is presently serving as the Wasatch County Bar President.

# EXHIBIT 3

**JANUARY 2010**

### *Corbin B. Gordon, P.C.*
345 West 600 South
Heber City, , UT 84032

Ph:435-657-0984         Fax:435-657-2436

Bill Shoaf                                                          January 8, 2010
Gateway Center, Suite 303
136 Heber Avenue
Park City, Utah
84060

| | File #: | SheoffBill |
| --- | --- | --- |

**Attention:**   Bill Shoaf                     Inv #:         579

**RE:**   Lease Dispute

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
| --- | --- | --- | --- | --- |
| Dec-07-09 | Read e-mails about Tozer knowledge of problems with space.  Send reply to Bill. | 0.40 | 80.00 | CBG |
| Dec-08-09 | | 0.00 | 0.00 | CBG |
| Dec-10-09 | Review e-mails from Bill about prior correspondence with Tozier.  Speak with Bill about call from Jeff Blatt. | 0.90 | 180.00 | CBG |
| Dec-30-09 | Meet with Mike and go over his analysis. | 0.90 | 180.00 | CBG |
| Jan-05-10 | Review final report.  Read e-mail from Bill. Speak with Bill about report and items that we need to put into the report. | 0.46 | 92.00 | CBG |
| | Totals | 2.66 | $532.00 | |

| | |
| --- | --- |
| **Total Fee & Disbursements** | **$532.00** |
| Previous Balance | 3.940.00 |
| **Balance Now Due** | **$4,472.00** |

TAX ID Number     11-3649782

### *Corbin B. Gordon, P.C.*
345 West 600 South
Heber City, , UT 84032

Ph:435-657-0984          Fax:435-657-2436

Easy Street Partners, L.L.C.                                    January 14, 2010
Gateway Center, Suite 303
136 Heber Avenue
Park City, Utah
84060

|  |  |
|---|---|
| File #: | SheoffBill |
| Inv #: | 596 |

**Attention:**   Bill Shoaf

**RE:**   Lease Dispute

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Jan-20-10 | Speak with Bill about need to draft letter to Landlord now that we have expert report. | 0.30 | 60.00 | CBG |
| | Speak with Jeff Blatt about status of lease in bankruptcy.  Discuss expert report and strategy in moving forward with landlord. | 0.40 | 80.00 | CBG |
| | Speak with Ken Cannon and go over billing requirements.  Draft bill submission. | 0.85 | 170.00 | CBG |
| | Draft settlement letter to landlord outlining findings of expert report. | 1.45 | 290.00 | CBG |
| | Speak with Bill about Bankruptcy issues and how to address settlement offer of lease. | 0.21 | 42.00 | CBG |
| Jan-22-10 | Speak with Kim Salinger about lease issues.  Discuss proposed letter and bankruptcy issues. | 0.31 | 62.00 | CBG |
| | Read e-mail from Bill about delinquent rent notice. | 0.14 | 28.00 | CBG |
| | Send fee request to Ken to review and discuss issues with potential lease settlement. | 0.19 | 38.00 | CBG |
| Jan-26-10 | Speak with Ken Cannon about settlement offer in lease.  Discuss fee application issues. | 0.21 | 42.00 | CBG |
| Jan-27-10 | Speak with Ken Cannon about getting | 0.46 | 92.00 | CBG |

|  | fee application filed. Draft December fee application. |  |  |  |
|---|---|---|---|---|
|  | Edit and finalize landlord letter. E-mail Bill for review. | 1.30 | 260.00 | CBG |
| Jan-28-10 | Draft Interim Fee request. | 4.10 | 820.00 | CBG |
| Jan-29-10 | Make suggested changes of Ken Cannon to Interim Fee request and file. | 0.45 | 90.00 | CBG |
|  | Totals | 10.37 | $2,074.00 |  |

| | |
|---|---|
| **Total Fee & Disbursements** | $2,074.00 |
| Previous Balance | 4,472.00 |
| **Balance Now Due** | $6,546.00 |

TAX ID Number    11-3649782

FEBRUARY 2010

### *Corbin B. Gordon, P.C.*
345 West 600 South
Heber City, , UT 84032

Ph:435-657-0984          Fax:435-657-2436

Easy Street Partners, L.L.C.                                    February 28, 2010
Gateway Center, Suite 303
136 Heber Avenue
Park City, Utah
84060

| | File #: | SheoffBill |
|---|---|---|
| | Inv #: | 648 |

**Attention:**    Bill Shoaf

**RE:**    Lease Dispute

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Feb-17-10 | Review e-mail from Kim. Speak with Bill and send letter for review. | 0.31 | 62.00 | CBG |
| Feb-19-10 | Speak with Steve Eichel about specifics of lease dispute. Speak with Kim Sallinger and obtain approval to send letter. Speak with Bill Shoaf about amount of settlement offer and add to letter. Send letter. | 1.30 | 260.00 | CBG |
| Feb-22-10 | Research all Utah Case law on Quiet Enjoyment. Outline and add to memo. | 2.60 | 520.00 | CBG |
| | Resaerch all Utah Case law on Warranty of Habitability. Review and add to memo. | 3.10 | 620.00 | CBG |
| | Research ALR, AMJUR, and Williston looking for similar fact patterns in areas of Quiet Enjoyment and Warranty of Habitability. | 1.90 | 380.00 | CBG |
| | Speak with Steve Eichel about status of research and about cases he has found in his research. | 0.19 | 38.00 | CBG |
| Feb-23-10 | Pull and analyze cases given to me by Steve Eichel dealing with satley code violations and leases.  Analyze headnotes and pull cases nationwide looking for similar fact patterns. Add to memo. | 2.10 | 420.00 | CBG |
| | Read all cases in Utah dealing with quiet | 2.90 | 580.00 | CBG |

|  | title. Review ALR on quiet title. Add analysis to Memo. |  |  |  |
|---|---|---|---|---|
|  | Speak with Doug Payne concerning an extension. Leave message for Steve Eichel. | 0.30 | 60.00 | CBG |
|  | Speak with Steve Eichel about claim that there is not deadline to file objection. Conference call with Doug Payne and Steve about objection deadline. Speak with Steve about voting percentages. | 0.38 | 76.00 | CBG |
| Feb-24-10 | Read and respond to e-mail from Steve about amount of settlement and status of dispute with Doug. | 0.32 | 64.00 | CBG |
|  | Leave messages for both Kim and Bill about possible extension of settlement offer. | 0.12 | 24.00 | CBG |
| Feb-25-10 | Speak with Steve. Draft history of dispute and send to Steve. | 1.10 | 220.00 | CBG |
|  | Read e-mails from Steve about questions on the lease. | 0.13 | 26.00 | CBG |
| Feb-26-10 | Respond to e-mails from Steve. Locate and sent him Utah Fit Premises Act. Scan and send all correspondence. Speak with Steve at length about legal issues involved with the lease dispute. Speak with Micheal Johnston, expert, on issues with expert report. | 2.10 | 420.00 | CBG |
|  | Meet with Expert and draft language for Bankruptcy filing. E-mail to Steve. | 1.60 | 320.00 | CBG |
|  | Totals | 20.45 | $4,090.00 |  |

| | |
|---|---|
| **Total Fee & Disbursements** | **$4,090.00** |
| Previous Balance | 6,546.00 |
| Previous Payments | 1,606.39 |
| **Balance Now Due** | **$9,029.61** |

TAX ID Number    11-3649782

## PAYMENT DETAILS

Feb-10-10                                                              1,606.39

      **Total Payments**                                        **$1,606.39**

**MARCH 2010**

## Corbin B. Gordon, P.C.
345 West 600 South
Heber City, . UT 84032

Ph:435-657-0984                    Fax:435-657-2436

Easy Street Partners, L.L.C.                                        April 1, 2010
Gateway Center, Suite 303
136 Heber Avenue
Park City, Utah
84060

|                |                              | File #: | SheoffBill |
| **Attention:** | Bill Shoaf                   | Inv #:  | 661        |

**RE:**    Lease Dispute

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Mar-01-10 | Review bankruptcy objection memo. Discuss needed changes and edits with Steve. Review case law cited in paragraph 37 and 35 assuring correct legal standards are cited. Leave message for Bill and Kim. | 2.10 | 420.00 | CBG |
| | Review final draft. Speak with Steve Eichel, Ken Cannon about filing. Speak with Kim Salanger about the memo, legal issues, and how to proceed with negotiation. | 0.87 | 174.00 | CBG |
| Mar-03-10 | Speak with Kenneth about Diane Banks. Speak with Kim about extending settlement offer. Send e-mail to Diane extending settlement offer. | 0.45 | 90.00 | CBG |
| Mar-05-10 | Speak with Mike Johnston about status of negotiations and to confirm his availability next week. | 0.17 | 34.00 | CBG |
| | Read letter from Fabian and Clendenin. Speak with Mike Johnston. | 0.65 | 130.00 | CBG |
| | Meet with Mike Johnston and discuss letter. Outline weaknesses in letter and intended response. | 1.40 | 280.00 | CBG |
| Mar-06-10 | Review e-mail from Mike and respond. | 0.12 | 24.00 | CBG |

| Mar-08-10 | | 0.31 | 62.00 | CBG |
|---|---|---|---|---|
| | Read e-mail from Kim and respond. | 0.12 | 24.00 | CBG |
| | Meet with Mike and discuss plats and his analysis from over the weekend on the opposing engineer's claims. Discuss issues with the fire marshall's claims. | 0.57 | 114.00 | CBG |
| | Review draft letter from Engineer. Make suggestions for additional analysis. | 0.37 | 74.00 | CBG |
| | Review bankruptcy objection to fee requests. | 0.15 | 30.00 | CBG |
| | Attend meeting with Kim Salanger, Bill Shoaf, and Mike Johnston. Discuss Banks letter and how to proceed. Conference call with Steve Eichel and Ken Cannon to discuss bankruptcy issues. | 3.10 | 620.00 | CBG |
| Mar-10-10 | Draft third fee request. Speak with Ken. | 0.95 | 190.00 | CBG |
| Mar-12-10 | | 2.23 | 446.00 | CBG |
| Mar-15-10 | | 0.65 | 130.00 | CBG |
| | w. | 0.81 | 162.00 | CBG |
| Mar-16-10 | Attend bankrutpcy hearing for approval of fee application. | 1.50 | 300.00 | CBG |
| Mar-17-10 | Speak with Mike Johnston about possibility of evidentiary hearing in bankruptcy court and issues with lawsuit filed by landlord. Draft e-mail updating Ken, Kim. Steve and Bill on the status of the Gateway Lease issue. | 0.69 | 138.00 | CBG |
| Mar-23-10 | | 0.12 | 24.00 | CBG |
| | Draft Order granting fee request. | 0.63 | 126.00 | CBG |

| | | | |
|---|---|---|---|
| Edit order for fees as directed by Ken and send to Ken. | 0.18 | 36.00 | CBG |
| | 0.18 | 36.00 | CBG |
| | | | |

Mar-31-10 | | 0.22 | 44.00 | CBG

Totals       18.54    $3,708.00

**Total Fee & Disbursements**      **$3,708.00**
Previous Balance         9,029.61

**Balance Now Due**      **$12,737.61**

TAX ID Number     11-3649782

**APRIL 2010**

### *Corbin B. Gordon, P.C.*
345 West 600 South
Heber City, , UT 84032

Ph:435-657-0984          Fax:435-657-2436

Easy Street Partners, L.L.C.                                       April 30, 2010
Gateway Center, Suite 303
136 Heber Avenue
Park City, Utah
84060

|  |  |
|---|---|
| File #: | SheoffBill |
| Inv #: | 709 |

**Attention:**  Bill Shoaf

**RE:**   Lease Dispute

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Apr-01-10 | —— —— | 0.21 | 42.00 | CBG |
| Apr-06-10 | Speak with Mike Johnston about status of investigation by Park City. Review court orders in bankruptcy. | 0.40 | 80.00 | CBG |
| Apr-07-10 | Draft fourth professional fee request. E-mail to Ken Cannon. | 0.85 | 170.00 | CBG |
|  | Read e-mail from Mike Johnston updating status of Park City inspection.  Forward to Ken with e-mail. | 0.21 | 42.00 | CBG |
| Apr-08-10 | —— —— | 0.10 | 20.00 | CBG |
|  | Recieve and review Response to Objection. | 0.75 | 150.00 | CBG |
|  | Speak with Ken Cannon about objection and about timing of hearing.  Speak with Mike Johnston about objection to hearing and timing of hearing. | 0.41 | 82.00 | CBG |
|  | Listen to message from Ken about continuance.  Inform Mike. | 0.00 | 0.00 | CBG |
| Apr-12-10 | —— —— | 0.10 | 20.00 | CBG |

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| Apr-19-10 | | 0.31 | 62.00 | CBG |
| Apr-20-10 | | 2.10 | 420.00 | CBG |
| | | 0.65 | 130.00 | CBG |
| | | 1.55 | 310.00 | CBG |
| Apr-21-10 | Read case law in response brief. Review correspondence and outline discrepancies. Draft reply brief. | 5.10 | 1,020.00 | CBG |
| | Read OSHA report to confirm content. Edit and refine reply memo. Create exhibits. E-mail to parties for review. | 3.80 | 760.00 | CBG |
| Apr-22-10 | Create evidence and argument outline. | 1.56 | 312.00 | CBG |
| | Speak with Steve about reply memo, evidence issues, and time to respond. | 0.27 | 54.00 | CBG |
| | Speak with Ken about reply memo. Review his changes. Add Steve's changes. Add new argument. Review standard in Burton case and edit memo. Speak with Steve about his comments. E-mail out for final review. Leave message for Bill to discuss Soto testimony. Speak with Mike Johnston about getting new copy of letter. | 2.46 | 492.00 | CBG |
| | Add signature lines to pleading. Speak with Kim and go over reply and get his comments. Get copy of letter. Scan and send all exhibits. E-mail to Ken. | 1.10 | 220.00 | CBG |
| | Speak with Ken about clarification with OSHA and UOSH. Speak with Bill about how UOSH investigation occurred. DIscuss and make changes to pleading with Ken. | 0.35 | 70.00 | CBG |
| Apr-23-10 | Edit evidence and argument outline. E-mail. Speak with Steve about admitting letter. Analyze Rule 803. Speak with Mike about | 1.80 | 360.00 | CBG |

|  |  |  |  |  |
|---|---|---|---|---|
|  | getting verified copy of letter. Prepare certification. |  |  |  |
|  | Read cases on Quiet Enjoyment and outline argument portion. | 0.70 | 140.00 | CBG |
|  | Speak with Ken about evidentiary issues. Bankruptcy rules do not allow subpeona. Discuss how to get Park City Letter in. Speak with Steve and discuss evidentiary outline. Discuss stipulation on letters sent back and forth. Discuss possibility of settlement. | 0.53 | 106.00 | CBG |
|  |  | 3.98 | 796.00 | CBG |
| Apr-24-10 | Draft opening statement. Review requirements for admissibility on expert witness. Draft direct of Mike Johnston. E-mail to Steve and Ken. | 2.20 | 440.00 | CBG |
| Apr-26-10 | Draft Direct for Bill Shoaf and Marina Soto. Leave message for Ken. Speak with Ken about his comments for opening and Mike Johnston direct. | 2.30 | 460.00 | CBG |
|  |  | 1.80 | 360.00 | CBG |
|  | Go over Steve's comments for direct of Shoaf and Soto. Speak with Doug Payne about stipulation on letters coming into evidence. Scan letters and send to Doug. Draft Closing argument. | 2.80 | 560.00 | CBG |
|  | Meet Bill and Marina and go over their testimony. | 3.50 | 700.00 | CBG |
|  | Organize all exhibits to be introduced into trial. Edit direct of both Bill and Marina. Edit opening. Edit closing. | 3.60 | 720.00 | CBG |
| Apr-27-10 | Edit opening and closing as per suggestions from Ken and Steve. Review evidentiary issues. Meet with Mike Johnston and go over direct. Meet with Bill and go over direct. | 6.80 | 1,360.00 | CBG |
|  | Attend hearing in bankruptcy court. | 5.00 | 1,000.00 | CBG |

| Apr-28-10 | Speak with Steve about hearing.  Prepare cross of their expert.  Go over closing and revise based on evidence from yesterday's hearing. | 1.30 | 260.00 | CBG |
|-----------|---|---|---|---|
|  | Attend second hearing. | 5.00 | 1,000.00 | CBG |
|  | Totals | 63.59 | $12,718.00 |  |

**Total Fee & Disbursements**                          **$12,718.00**
Previous Balance                                            12,737.61

**Balance Now Due**                                      **$25,455.61**

TAX ID Number      11-3649782