**DEBTOR**        EASY STREET HOLDING             **MONTHLY OPERATING REPORT**
                                                  **CHAPTER 11**
**CASE NO.**      09-29905

### Form 2-A
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT

### For Period April 1-April 31, 2010

**Accounting Method**        [X] Accrual Basis      [ ] Cash Basis

---

### THIS REPORT IS DUE 15 DAYS AFTER THE END OF THE MONTH

Mark On Box Each Required Document

Debtor must attach each of the following reports/documents unles the U.S. Trustee has waived the requirement in writing. File the original with the Clerk of Court. Sup,it a duplicate, with original signature, to the U.S. Trustee

| Report/Document Wavied | Previously Waived | REQUIRED REPORTS / DOCUMENTS |
|---|---|---|
| X |  | 1. Cash Receipts and Disbursement Schedule (Form 2-B) |
| X |  | 2. Balance Sheet (Form 2-C) |
| X |  | 3. Profit and Loss Statement (Form 2-D) |
| X |  | 4. Supporting Schedules (Form 2-E) |
| X |  | 5. Quarterly Fee Summary (Form 2-F) |
| X |  | 6. Narrative (Form 2-G) |
| X |  | 7. Bank Statements for All Bank Accounts |
| X |  | 8. Bank Statement Reconciliations for all Bank Accounts |

*I declare under the penalty of perjury that the following Monthly Operating Reoprt, and any attachements thereto are true, accurate, and correct to the best of my knowledge and belief.*

Executed on May 13, 2010    Print Name  WILLIAM STONE

                            Signature   [signature]

                            Tittle      Manager

**DEBTOR** EASY STREET HOLDING  **CASE NO.**  09-29905

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT

For Period April 1-April 31, 2010

April 1-April 31, 2010

| CASH FLOW SUMMARY | CURRENT MONTH | ACCUMULATED |
|---|---|---|
| **1. Beginning Cash Balance** | $    -   1 | $    -   1 |
| 2. Cash Receipts | | |
|    Operations | $    - | $    - |
|    Sales of Assets | $    - | $    - |
|    Loans / Advances | $    - | $    - |
|    Other | $    - | $    - |
|    Total Cash Receipts | $    - | $    - |
| 3. Cash Disbursements | | |
|    Operations | $    - | $    - |
|    Debt Service/Secured Loan Payment | $    - | $    - |
|    Professional Fees/US Trustee Fees | $    - | $    - |
|    Other | $    - | $    - |
|    Total Cash Disbursements | $    - | $    - |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | $    - | $    - |
| **5. End Cash Balance (to Form 2-C)** | $    -   2 | $    -   2 |

| CASH BALANCE SUMMARY | Financial Institution | Book Balance |
|---|---|---|
| Petty Cash | | |
| DIP Operating Account | | $    - |
| DIP State Tax Account | | $    - |
| DIP Payroll Account | | $    - |
| Other Operating Account | | $    - |
| Other Interest Bearing Account | | $    - |
| TOTAL | | $    -   3 |

(must agree with Ending Cash Balance above)

**DEBTOR** EASY STREET HOLDING      **CASE NO.**      09-29905

### Form 2-B
### For Period April 1-April 31, 2010

**CASH RECEIPTS DETAIL**      **Account No.**
*(ATTACH ADDITONAL SHEETS AS NECESSARY)*

| Date | Payer | Description | Amount |
|------|-------|-------------|--------|

**Total Cash Receipts**      1

(1) Total for all accounts should agree with the total cash receipts listed on Form 2-B, page 1

**DEBTOR** EASY STREET HOLDING          **CASE NO.**      09-29905

## Form 2-B
## CASH RECEIPTS AND DISBURSEMENTS STATEMENT
### For Period April 1-April 31, 2010

**CASH DISBURSEMENTS DETAIL**          **Account No.**

| Date | Payer | Description | Amount |
|------|-------|-------------|--------|
|      |       |             |        |

                                                **Total Cash Disbursements**  _____ 1

(1) Total for all accounts should agree with the total cash disbursements listed on Form 2-B, page 1

**DEBTOR**  CASE NO.  09-29905
EASY STREET HOLDING

## Form 2-C
## COMPARATIVE BALANCE SHEET
### For Period Ending April 30, 2010

For Period April 1-April 31, 2010

| | CURRENT MONTH | ACCUMULATED |
|---|---|---|
| **ASSETS** | | |
| Current Assets | | |
| Cash (from From 2-B, Line 5) | $ - | $ - |
| Accounts Recievable (from From 2-E) | $ - | $ - |
| Receivable from Officers, Employees, Affiliates | $ - | $ - |
| Inventory | $ - | $ - |
| Other Current Assets | | |
| Total Current Assets | $ - | $ - |
| | | |
| Fixed Assets | | |
| Land | $ | $ |
| Building | $ - | $ - |
| Equipment, Furniture & Fixtrues | $ - | $ - |
| Total Fixed Assets | $ - | $ - |
| Less: Accumulated Depreciation | | |
| Net Fixed Assets | $ - | $ - |
| Other Fixed Assets | $ 1,799,553.00 | $ 1,799,553.00 |
| **TOTAL ASSETS** | $ 1,799,553.00 | $ 1,799,553.00 |
| | | |
| **LIABILITIES** | | |
| Post Petition Accounts Payables (Form 2-E) | $ - | $ - |
| Post Petition Accrued Professional Fees (Form 2-E) | $ - | $ - |
| Post Petition Taxes Payable (Form 2-E) | $ - | $ - |
| Post Petition Notes Payable | $ - | $ - |
| Other Post Petition Payables | $ - | $ - |
| | $ - | $ - |
| Total Post Petition Liabilities | $ - | $ - |
| | | |
| Pre Petition Liabilities | | |
| Secured Debt | $ - | $ - |
| Priority Debt | $ - | $ - |
| Unsecured Debt | $ 59,197.00 | $ 59,197.00 |
| Total Pre Petition Debt | $ 59,197.00 | $ 59,197.00 |
| | | |
| **TOTAL LIABILITIES** | $ 59,197.00 | $ 59,197.00 |
| | | |
| **OWNER EQUITY** | | |
| Owner/Stockholder Equity | $ 1,740,356.00 | $ 1,740,356.00 |
| Retained Earnings - Prepetition | $ - | $ - |
| Retained Earnings - Post Petition | $ - | $ - |
| TOTAL OWNERS EQUITY | $ 1,740,356.00 | $ 1,740,356.00 |
| | | |
| **TOTAL LIABILITIES & OWNER EQUITY** | $ 1,799,553.00 | $ 1,799,553.00 |

D EASY STREET HOLDING    CASE NO.    09-29905

## Form 2-D
### PROFIT AND LOSS STATEMENT
### For Period April 1-April 31, 2010

| | CURRENT MONTH | ACCUMULATED |
|---|---|---|
| For Period April 1-April 31, 2010 | | |
| Gross Operating Revenues | $ - | $ - |
| Less: Discounts, Returns, Allowances | $ - | $ - |
| **Net Operating Revenue** | $ - | $ - |
| Cost of Goods Sold | $ - | $ - |
| **Gross Profits** | $ - | $ - |
| | | |
| Operating Expenses | | |
| Officer Compensation | $ - | $ - |
| Selling, General & Administrative | $ - | $ - |
| Rents & Leases | $ - | $ - |
| Depreciation, Depletion, & Amortization | $ - | $ - |
| Others | $ - | $ - |
| Total Operating Expenses | $ - | $ - |
| | | |
| **Operating Income (Loss)** | $ - | $ - |
| | | |
| Non Opearating Income and Expenses | | |
| Other Non Operating Expenses | $ - | $ - |
| Gains (Losses) on Sale of Assets | $ - | $ - |
| Interest Income | $ - | $ - |
| Interest Expense | $ - | $ - |
| Owner Rental Commissions | $ - | $ - |
| | $ - | $ - |
| Net Non Operating Income or (Expenses) | $ - | $ - |
| | | |
| Reorganization Expenses | | |
| Legal & Professional Expenses | $ - | $ - |
| Other Reorganizational Expenses | $ - | $ - |
| Total Reorganizational Expenses | $ - | $ - |
| | | |
| **Net Income (loss) Before Income Taxes** | $ - | $ - |
| | | |
| Federal & State Income Tax Expense (Benefit) | $ - | $ - |
| **NET INCOME (LOSS)** | $ - | $ - |

**DEBTOR**  
EASY STREET HOLDING

**CASE NO.**   09-29905

Form 2-E
**SUPPORTING SCHEDULES**
For Period April 1-April 31, 2010

**POST PETITION TAXES PAYABLE SCHEDULE**

For Period April 1-April 31, 2010

|  | Beginning Balance | Amount Accrued | Amount Paid | Date Paid | Check Number | Ending Balance |
|---|---|---|---|---|---|---|
| Income Tax Withheld |  |  |  |  |  |  |
|   Federal |  |  |  |  |  |  |
|   State |  |  |  |  |  |  |
| FICA Tax Withheld |  |  |  |  |  |  |
| Employeers Fica Tax |  |  |  |  |  |  |
| Unemployment Tax |  |  |  |  |  |  |
|   Federal |  |  |  |  |  |  |
|   State |  |  |  |  |  |  |
| Sales,Use & Excise Tax |  |  |  |  |  |  |
| Property Tax |  |  |  |  |  |  |
| Accured Income Tax |  |  |  |  |  |  |
|   Federal |  |  |  |  |  |  |
|   State |  |  |  |  |  |  |
|   Other |  |  |  |  |  |  |
| TOTALS | $   - | $   - | $   - |  |  | $   - |

(1) For first report, Beginning Balance will be $0: Beginning Balance will be Ending Balance from prior report

**INSURANCE SCHEDULE**

|  | Carrier | Amount of Coverage | Expiration Date | Premium Paid Through |
|---|---|---|---|---|
| Workers Compensation |  |  |  |  |
| General Liability |  |  |  |  |
| Property (Fire Theft) |  |  |  |  |
| Vehicle |  |  |  |  |
| Others |  |  |  |  |
|  |  | $   - |  |  |

**DEBTOR**  Easy Street Holdings, LLC   **CASE NO.**  09-29905

### Form 2-E
### SUPPORTING SCHEDULES
### For Period April 1-April 31, 2010

#### ACCOUNTS RECEIVABLE & POST PETITION PAYABLE SCHEDULE

| DUE | ACCOUNTS RECEIVABLE | POST PETTITION ACCOUNTS PAYABLE |
|---|---|---|
| Under 30 Days | | 0 |
| 31 to 60 Days | | |
| 61 to 90 Days | | |
| 91 to 120 Days | | |
| Over 120 Days | | |
| TOTAL POST PETITION | $  - | |
| PRE PETITION AMOUNT | | |
| Total Accounts Receivable | | |
| Less: Bad Debt Reserve | | |
| Net Accounts Receivable (to Form 2-C | $  - | |

Total Post Petition Accounts Payable  $  -

*Attach a detail listing accounts receivable and post petition accounts payable

#### SCHEDULE OF PAYMENTS TO ATTORNEYS & OTHER PROFESSIONALS

| | Month End Retainer Balance | Current Month's Accrual | Paid in Current Month | Date of Court Approval | | Month End Balance Due* |
|---|---|---|---|---|---|---|
| Debtor's Counsel | | | | | | |
| Counsel for Unsecured Creditors Committee | | | | | | |
| Trustee Counsel | | | | | | |
| Accountant | | | | | | |
| Other | | | | | | |
| Total | $  - | $  - | $  - | | | $  - |

* Balance due to include fees and expenses incurred but not yet paid.

#### Schedule of Payments & Transfers to Principals / Executives**

| Payee Name | Position | Nature of Payment | Amount |
|---|---|---|---|

**DEBTOR**                                                   CASE NO.   09-29905

Form 2-F
**QUARTERLY FEE SUMMARY***
For Period Ending April 30, 2010

| Month For Period April 1-April 31, 20 | Year | Cash Disbursement** | Quarterly Fee Due | Check Number | Date Paid |
|---|---|---|---|---|---|
| January | | $  - | | | |
| February | | | | | |
| March | | | | | |
| Total 1st Qtr | | $  - | $  325.00 | | |
| April | | | | | |
| May | | | | | |
| June | | | | | |
| Total 2nd Qtr | | $  - | $  - | | |
| July | | | | | |
| August | | | | | |
| September | | | | | |
| Total 3rd Qtr | | $  - | $  - | | |
| October | | | | | |
| November | | | | | |
| December | | | | | |
| Total 4th Qtr | | $  - | $  - | | |

**FEE SCHEDULE (AS OF JANUARY 1, 2008)**

| Quarterly Disbursements | | | Fee |
|---|---|---|---|
| $  - | to | $  14,999 | $  325.00 |
| $  15,000 | to | $  74,999 | $  650.00 |
| $  75,000 | to | $  149,999 | $  975.00 |
| $  15,000 | to | $  224,999 | $  1,625.00 |
| $  225,000 | to | $  299,999 | $  1,950.00 |
| $  300,000 | to | $  999,999 | $  4,875.00 |
| $  1,000,000 | to | $  1,999,999 | $  6,500.00 |
| $  2,000,000 | to | $  2,999,999 | $  9,750.00 |
| $  3,000,000 | to | $  4,999,999 | $  10,400.00 |
| $  5,000,000 | to | $  14,999,999 | $  13,000.00 |
| $  15,000,000 | to | $  29,999,999 | $  20,000.00 |
| $  30,000,000 | to | more | $  30,000.00 |

* This summary is to reflect the current year's information cumulative to the end of the preporting period
**Should agree with line 3 Form 2-B. Disbursements are net of transfers tooterh debtor in possesion bank accounts

Failure to pay the quarterly fee is cause for conversion or dismissal of the chapter 11 case.[11USC Sec 112(b)(10)
In addition, unpadl fees are considered a debt owned the United States and will be assessed interest unde 31 USC 3717

**DEBTOR**   EASY STREET HOLDING         **CASE NO**   09-29905

**Form 2-G**
**NARRATIVE**
**For Period Ending April 30, 2010**

**Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in the financial statements, and any significant changes in the financial condition of the debtor which may have occurred subsequent to the report date.**

Easy Street Holding continued to monitor its case and file reports. Its affiliate, Easy Street Partners continues to negotiate with potential plan funders. Easy Street Partners' operating highlights are described in its Form 2-G filed in its February monthly financial reports in case 09-29907.

SLC_607558.1

| Easy Street Holdings 04/30/10 | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| CBIZ Accounting | 0.00 | 0.00 | 0.00 | 0.00 | 12,048.67 | 12,048.67 |
| David Wickline | 0.00 | 0.00 | 0.00 | 0.00 | 1,535.97 | 1,535.97 |
| Frank Rimerman & Co. LLP | 0.00 | 0.00 | 0.00 | 0.00 | 1,393.55 | 1,393.55 |
| Goodrich & Thomas, CPAs | 0.00 | 0.00 | 0.00 | 0.00 | 16,100.00 | 16,100.00 |
| Klehr,Harrison,Harvey,Branzburg & Ellers | 0.00 | 0.00 | 0.00 | 0.00 | 18,534.17 | 18,534.17 |
| Les Olson Company | 0.00 | 0.00 | 0.00 | 0.00 | 687.50 | 687.50 |
| McGladrey & Pullen | 0.00 | 0.00 | 0.00 | 0.00 | 5,000.00 | 5,000.00 |
| Merrit & Harris | 0.00 | 0.00 | 0.00 | 0.00 | 1,066.67 | 1,066.67 |
| Park City Surveying | 0.00 | 0.00 | 0.00 | 0.00 | 638.33 | 638.33 |
| Pitney Bowes | 0.00 | 0.00 | 0.00 | 0.00 | 53.86 | 53.86 |
| Shaner Design, Inc. | 0.00 | 0.00 | 0.00 | 0.00 | 1,487.50 | 1,487.50 |
| Sky Lodge - Inter- co | 0.00 | 0.00 | 325.00 | 0.00 | 0.00 | 325.00 |
| Staples Credit Plan | 0.00 | 0.00 | 0.00 | 0.00 | 326.13 | 326.13 |
| TOTAL | 0.00 | 0.00 | 325.00 | 0.00 | 58,872.35 | 59,197.35 |