**The below described is SIGNED.**

**Dated: May 18, 2010**

_____
**R. KIMBALL MOSIER**
**U.S. Bankruptcy Judge**



_____

*Order Prepared and Submitted by:*

Douglas J. Payne (A4113)
Robert G. Crockett (A12067)
FABIAN & CLENDENIN,
  A Professional Corporation
215 South State, Suite 1200
Salt Lake City, Utah 84111-2323
dpayne@fabianlaw.com
rcrockett@fabianlaw.com
Telephone: (801) 531-8900

*Attorneys for Gateway Center, LLC*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In Re:<br><br>EASY STREET HOLDING, LLC, *et al.*<br><br>Debtors. | Bankruptcy Case No. 09-29905<br>Jointly Administered with Cases 09-29907<br>and 09-29908<br><br>Chapter 11<br><br>Honorable R. Kimball Mosier<br><br>**ORDER DENYING OBJECTION TO PROOFS OF CLAIM FILED BY GATEWAY CENTER, LLC** |

Debtor *Easy Street Partners, LLC's Objection to Proofs of Claim filed by Gateway Center, LLC* [Dkt. No. 335] (the "**Objection**") came on regularly for hearing before the

Honorable R. Kimball Mosier on April 27, 2010 and April 28, 2010. Debtor Easy Street Partners, LLC ("**Partners**") was represented by Corbin B. Gordon of Corbin B. Gordon, P.C. and by Kenneth L. Cannon, II of Durham, Jones & Pinegar, P.C. Gateway Center, LLC ("**Gateway**"), was represented by Douglas J. Payne of Fabian & Clendenin.

Based upon the evidence presented at the hearing, the pleadings and papers, and the argument of counsel, the Court made its findings of fact and conclusions of law on the record. Based upon the Court's findings and conclusions, and good cause appearing therefor,

THE COURT HEREBY ORDERS that:

1. Partners' Objection to the proofs of claim filed by Gateway is hereby overruled and denied; and

2. This Order is without prejudice with respect to issues relating to the calculation of the common area management fees included in the amount of Gateway's claim.

**[END OF DOCUMENT]**


APPROVED AS TO FORM:


/s/ Corbin B. Gordon
Corbin B. Gordon
CORBIN B. GORDON, P.C.
Attorneys for Debtor Easy Street Partners, L.L.C.

## CERTIFICATE OF SERVICE

I hereby certify that on the ____ day of May, 2010, I caused a true and exact copy of the foregoing Order to be served upon the following in the manner required by Local Rule 9021-1:

>Douglas J. Payne
>Robert G. Crockett
>FABIAN & CLENDENIN
>215 South State Street, Suite 1200
>Salt Lake City, Utah 84111-2323
>
>Corbin B. Gordon
>Corbin B. Gordon, P.C.
>345 West 600 South, Suite 108
>Heber City, UT 84032-2247
>
>Kenneth L. Cannon, II
>DURHAM JONES & PINEGAR
>111 East Broadway, Suite 900
>Salt Lake City, UT 84111
>
>U.S. TRUSTEES OFFICE
>Ken Garff Building
>405 S. Main Street
>Suite 300
>Salt Lake City, UT 84111

ND: 4852-0712-5766, v. 1