Kenneth L. Cannon II (kcannon@djplaw.com) (3705)
Steven J. McCardell (smccardell@djplaw.com) (2144)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, UT  84110-4050
Telephone:  (801) 415-3000/Fax:  (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com) (admitted pro hac vice)
Steven B. Eichel (seichel@crowell.com) (admitted pro hac vice)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY  10022
Telephone:  (212) 223-4000/Fax:  (212) 223-4134

Counsel for Debtors and Debtors in Possession

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: | |
| EASY STREET HOLDING, LLC, *et al.*, | Bankruptcy Case No. 09-29905<br>Jointly Administered with Cases<br>09-29907 and 09-29908 |
| Address:  201 Heber Avenue<br>Park City, UT 84060 | Chapter 11<br>Honorable R. Kimball Mosier |
| Tax ID Numbers:<br>35-2183713 (Easy Street Holding, LLC),<br>20-4502979 (Easy Street Partners, LLC), and<br>84-1685764 (Easy Street Mezzanine, LLC) | **[FILED ELECTRONICALLY]** |

## DURHAM JONES & PINEGAR'S SIXTH PROFESSIONAL FEE REQUEST FOR THE PERIOD APRIL 1, 2010 THROUGH APRIL 30, 2010

Durham Jones & Pinegar ("DJP"), co-counsel for Easy Street Partners, LLC ("Partners"),

Easy Street Mezzanine, LLC ("Mezzanine"), and Easy Street Holding, LLC ("Holding"), debtors

and debtors in possession in the above-captioned cases (collectively, the "Debtors"), pursuant to

the Court's Order entered December 15, 2009 Approving Motion and Establishing Monthly Fee

and Expense Reimbursement Procedures (the "Interim Payment Order") hereby submits its sixth

professional fee request (the "Fee Request"), for the period from April 1, 2010 through April 30,

2010 (the "Fee Period").

Pursuant to the Interim Payment Order, professionals employed pursuant to Order of the

Court to represent the Debtors or the Official Committee of Unsecured Creditors (the

"Committee") are authorized to request from the Debtors payment of 80% of their fees and

100% of their expenses on a monthly basis.   DJP's professional fees for the Fee Period are as

follows:

| MONTH | HOURS | FEES | 80% OF FEES | EXPENSES | TOTALS (80% FEES AND 100% EXPENSES) |
|---|---|---|---|---|---|
| April | 76.80 | $26,814.00[1] | $21,451.20 | $1,278.27 | $22,729.47 |

Attached are detailed statements of services for which payment is sought, redacted to

exclude privileged, work product, and confidential information, and expenses incurred, on a

monthly and on a matter basis.  Each statement includes total time expended, identity of

professionals providing services, hourly billing rates, and a detailed listing of time.

DJP understands that other professionals providing services to the Debtors and the

Committee may submit separate fee requests seeking payment of professional fees and

reimbursement of expenses.  The amount available under the cash collateral budget for payment

of professional fees and expenses of estate professionals in the Easy Street Partners case for

April 2010, the one month of the Fee Period is $125,000.00, and DJP understands that total fees

and expenses of estate professionals in the Easy Street Partners case exceeds this amount for the

---

[1] This amount includes $700.00 in fees in the BayNorth Litigation matter.

SLC_609580.1

month April 2010.  DJP's fees and expenses for the Fee Period will, therefore, be pro rated with other estate professionals.

Pursuant to the Interim Fee Order, parties must file objections to the Fee Request within ten days from the date it is received.  Any objection must have a description of the specific subject matter and services in dispute and state the amount in dispute.  It shall not be sufficient simply to object to all fees and expenses.  Fees and expenses not objected to will be paid by the Debtors or, if the total of 80% of fees and 100% of expenses of estate professionals exceeds $125,000 per month, the fees and expenses will be pro-rated among fees and expenses for that month that are not objected to.

DATED this 19th day of May, 2010.

DURHAM JONES & PINEGAR, P.C.

By:    /s/  Kenneth L. Cannon II
        Kenneth L. Cannon II (kcannon@djplaw.com)(3705)
        Steven J. McCardell (smccardell@djplaw.com)(2144)
        DURHAM JONES & PINEGAR, P.C.
        111 East Broadway, Suite 900
        P.O. Box 4050
        Salt Lake City, UT  84110-4050
        Telephone:  (801) 415-3000/Fax:  (801) 415-3500

        Co-Counsel for the Debtors

3

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 19th day of May, 2010, I caused to be served a copy of

Durham Jones & Pinegar's Sixth Professional Fee Request for the period April 1, 2010 through

April 30, 2010 via email on the following:

Easy Street Partners, LLC
Easy Street Mezzanine, LLC
Easy Street Holding, LLC
Attn:  William Shoaf
4780 Winchester Court
Park City, UT  84098-7528
bshoaf@cloudnineresorts.com

Jeffrey W. Shields
Lon A. Jenkins
Jones Waldo Holbrook & McDonough
170 South Main Street, Suite 1500
Salt Lake City, UT  84101
jshields@joneswaldo.com
lajenkins@joneswaldo.com

Michael V. Blumenthal
Crowell & Moring
590 Madison Avenue, 20th Floor
New York, NY  10022
mblumenthal@crowell.com

James Winikor
West LB AG, New York Branch
1211 Sixth Avenue, 25th Floor
New York, NY  10036-8705
james_winikor@westlb.com

John T. Morgan
Office of the United States Trustee
405 South Main Street, Suite 300
Salt Lake City, UT  84111
john.t.morgan@usdoj.gov

Richard W. Havel
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013
rhavel@sidley.com

Annette W. Jarvis
Dorsey & Whitney, LLP
136 South Main Street, Suite 1000
Salt Lake City, UT  84101
jarvis.annette@dorsey.com


  /s/ Kristin Hughes

4

# APRIL 2010

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

May 19, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

## Invoice Summary

Client #:      26481      Easy Street
Matter #:         1       Asset Analysis & Investigation
Invoice No.             198127

For professional services rendered and costs advanced through April 30, 2010:

| | |
|---|---|
| Total Fees | $ .00 |
| Total Expenses | $ 158.05 |
| **Total of This Invoice** | **$ 158.05** |

*Interest accrues at 1.5% per month on balance not paid after 30 days.*

*1*

Durham Jones & Pinegar. P.C.

Client #:        26481    Easy Street
Matter #:            1    Asset Analysis & Investigation
Invoice #:            198127

## Detail of Client Expenses

| Date | Description | Amount |
|------|-------------|-------:|
| 4/13/10 | Courier Service/Inhouse | 7.00 |
| | Copy Charge | 151.05 |
| | **Total Expenses:** | **$ 158.05** |

*2*

Durham Jones & Pinegar. P.C.

Client #:      26481     Easy Street
Matter #:         1      Asset Analysis & Investigation
Invoice #:               198127

May 19, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

_____

**Remittance Advice**

*To insure proper credit to your account, please return this remittance with your payment.*

Client #:      26481     Easy Street
Matter #:         1      Asset Analysis & Investigation
Invoice No.              198127
Billing Attorney:        KLC

**Current Invoice**                    **$ 158.05**

*3*

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

May 19, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

## Invoice Summary

Client #:   26481   Easy Street
Matter #:       4    Claims Administration
Invoice No.          198129

For professional services rendered and costs advanced through April 30, 2010:

| | |
|---|---|
| Total Fees | $ 7,332.00 |
| Total Expenses | $ 48.60 |
| **Total of This Invoice** | **$ 7,380.60** |

*Interest accrues at 1.5% per month on balance not paid after 30 days.*

*1*

Durham Jones & Pinegar. P.C.

Client #:    26481    Easy Street
Matter #:        4    Claims Administration
Invoice #:            198129

## Detail of Professional Fees

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|-----------------------------------|-------|--------|
| 4/01/10 | KLC | Reviewing claims issues related to plan | .40 | 140.00 |
| 4/02/10 | KLC | Emails to, from Andalin Bachman regarding SYSCO stipulation, final review of SYSCO stipulation | .60 | 210.00 |
| 4/02/10 | KLC | Emails to, from Doug Payne regarding Gateway claim | .20 | 70.00 |
| 4/05/10 | KLC | Telephone conference to Corbin Gordon regarding Gateway claim objection and hearing thereon | .20 | 70.00 |
| 4/05/10 | KLC | Telephone conference to Doug Payne, emails with Doug Payne regarding hearing on Partners' objection to Gateway claim | .30 | 105.00 |
| 4/08/10 | KLC | Telephone conference to Doug Payne regarding hearing on objection to Gateway claim | .20 | 70.00 |
| 4/08/10 | KLC | Telephone conference to Corbin Gordon regarding claim objection hearing | .20 | 70.00 |
| 4/08/10 | KLC | Telephone conference from Doug Payne regarding claim objection issues | .20 | 70.00 |
| 4/09/10 | KLC | Telephone conference to Doug Payne regarding hearing on objection to Gateway claim | .20 | 70.00 |
| 4/09/10 | KLC | Telephone conference to Michael Blumenthal regarding hearing on objection to Gateway claim | .20 | 70.00 |
| 4/09/10 | KLC | Telephone conference to Corbin Gordon regarding hearing on objection to Gateway claim | .20 | 70.00 |
| 4/09/10 | KLC | Telephone conference from Doug Payne regarding hearing on Gateway claim, telephone conference to court regarding continuing hearing on Gateway claim | .20 | 70.00 |
| 4/09/10 | KLC | Drafting notice of continued hearing on objection to Gateway claim | .50 | 175.00 |
| 4/09/10 | KLC | Telephone conference to Corbin Gordon regarding continuance of Gateway hearing | .20 | 70.00 |
| 4/09/10 | KLC | Reviewing response by Gateway to objection to claim | .70 | 245.00 |
| 4/09/10 | KLC | Reviewing Gunther's response to Partners' objection to its claim | .40 | 140.00 |
| 4/09/10 | KLC | Telephone conference to Jeff Shields regarding hearing on objection to Gunther's claim | .20 | 70.00 |
| 4/12/10 | KLC | Addressing issues regarding Jacobsen and subcontractors | .50 | 175.00 |
| 4/13/10 | KLC | Reviewing objections to claims scheduled for hearing tomorrow | .50 | 175.00 |
| 4/14/10 | KLC | Drafting order on duplicate and late claims | .80 | 280.00 |
| 4/14/10 | KLC | Telephone conference to Jeff Shields regarding hearing on objection to Gunther's claim | .20 | 70.00 |
| 4/14/10 | KLC | Outlining argument with respect to first omnibus claim objection | .50 | 175.00 |
| 4/15/10 | KLC | Revising order on first omnibus claims motion | .40 | 140.00 |
| 4/16/10 | SJM | Review and forward to Park City I counsel information on 08 and 09 | .20 | 70.00 |

*2*

Durham Jones & Pinegar. P.C.

Client #:    26481    Easy Street
Matter #:    4    Claims Administration
Invoice #:    198129

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|----------------------------------|-------|--------|
| | | tax returns | | |
| 4/20/10 | KLC | Telephone conference from Corbin Gordon regarding objection Gateway claim | .20 | 70.00 |
| 4/22/10 | KLC | Revising draft reply to Gateway response to objection to claim | 1.00 | 350.00 |
| 4/22/10 | KLC | Telephone conference from Steve Eichel regarding draft reply on Gateway claim | .20 | 70.00 |
| 4/22/10 | KLC | Telephone conference from Corbin Gordon regarding draft reply on Gateway | .20 | 70.00 |
| 4/22/10 | KLC | Further revisions to reply on Gateway | .50 | 175.00 |
| 4/22/10 | KLC | Addressing new issue in reply on Gateway, telephone conference to Corbin Gordon, revising reply | .40 | 140.00 |
| 4/22/10 | KLC | Telephone conference from Steve Eichel regarding issues in claim objection | .20 | 70.00 |
| 4/23/10 | KLC | Telephone conference from Corbin Gordon regarding haring on Gateway objection | .30 | 105.00 |
| 4/23/10 | KLC | Reviewing agreement Gordon | .40 | 140.00 |
| 4/23/10 | KLC | Emails to, from Steve Eichel, Corbin Gordon regarding Gateway claim | .30 | 105.00 |
| 4/26/10 | KLC | Reviewing, suggesting revisions to proposed argument and evidence at hearing on objection to Gateway claim | 1.10 | 385.00 |
| 4/26/10 | KLC | Telephone conference from Corbin Gordon regarding hearing on Gateway objection | .30 | 105.00 |
| 4/27/10 | KLC | Attending hearing on Partners' objection to Gateway claim | 2.50 | 875.00 |
| 4/27/10 | KLC | Meeting with client and Corbin Gordon during recess at court regarding Gateway claim issues | 1.00 | 350.00 |
| 4/27/10 | KLC | Drafting revisions to Corbin Gordon's outline of hearing presentation on Gateway objection | .40 | 140.00 |
| 4/27/10 | KLC | Telephone conference from Corbin Gordon regarding hearing on Gateway | .20 | 70.00 |
| 4/27/10 | KLC | Telephone conference from Bill Shoaf regarding Gateway issues | .20 | 70.00 |
| 4/27/10 | KLC | Meeting with Bill Shoaf, Corbin Gordon, Jeff Blatt, and Marina Soto regarding claim objection to Gateway claim | .50 | 175.00 |
| 4/28/10 | KLC | Attending continued hearing on objection to Gateway claim | 2.50 | 875.00 |
| 4/28/10 | KLC | Telephone conference to Steve Eichel regarding Gateway hearing | .20 | 70.00 |
| 4/29/10 | MFT | Conference with K. Cannon regarding attorney's fees claim issues related to rejected lease. | .20 | 52.00 |

Total Fees:    $ 7,332.00

**Time Summary**

SALT LAKE CITY | OGDEN | ST. GEORGE | LAS VEGAS

Durham Jones & Pinegar. P.C.

Client #:     26481    Easy Street
Matter #:         4    Claims Administration
Invoice #:        198129

| Name | Hours | Rate | Total |
|------|------:|-----:|------:|
| Cannon, Ken | 20.60 | 350.00 | 7,210.00 |
| Thomson, Michael F. | .20 | 260.00 | 52.00 |
| McCardell, Steven J. | .20 | 350.00 | 70.00 |

**Detail of Client Expenses**

| Date | Description | Amount |
|------|-------------|-------:|
| 3/31/10 | Pacer Online Research | 20.00 |
| | Copy Charge | 21.60 |
| 4/22/10 | Courier Service/Inhouse | 7.00 |

Total Expenses:    $ 48.60

*4*

Durham Jones & Pinegar. P.C.

Client #:      26481    Easy Street
Matter #:          4    Claims Administration
Invoice #:              198129

May 19, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

---

## Remittance Advice

*To insure proper credit to your account, please return this remittance with your payment.*

Client #:      26481    Easy Street
Matter #:          4    Claims Administration
Invoice No.             198129
Billing Attorney:       KLC

**Current Invoice**              **$ 7,380.60**

*5*

```
┌─────────────────────┐
│                     │
│   D U R H A M       │
│   ─────────         │
│   J O N E S  &      │
│   ─────────         │
│   P I N E G A R     │
│                     │
└─────────────────────┘
```

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

May 19, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

---

## Invoice Summary

Client #:     26481    Easy Street
Matter #:         5    Employ & Fee Apps - Durham
Invoice No.          198130

For professional services rendered and costs advanced through April 30, 2010:

|                          |            |
|--------------------------|------------|
| Total Fees               | $ 490.00   |
| Total Expenses           | $ 43.52    |
| **Total of This Invoice** | **$ 533.52** |

*Interest accrues at 1.5% per month on balance not paid after 30 days.*

*1*

Durham Jones & Pinegar. P.C.

Client #:    26481    Easy Street
Matter #:       5    Employ & Fee Apps - Durham
Invoice #:           198130

### Detail of Professional Fees

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|----------------------------------|-------|--------|
| 4/19/10 | KLC | Reviewing detailed billing reports for March | .80 | 280.00 |
| 4/27/10 | KLC | Reviewing fee request | .40 | 140.00 |
| 4/30/10 | KLC | Reviewing emails regarding fees | .20 | 70.00 |
| | | | Total Fees: | $ 490.00 |

### Time Summary

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Cannon, Ken | 1.40 | 350.00 | 490.00 |

### Detail of Client Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 3/31/10 | Pacer Online Research | 43.52 |
| | Total Expenses: | $ 43.52 |

*2*

Durham Jones & Pinegar. P.C.

Client #:      26481    Easy Street
Matter #:          5    Employ & Fee Apps - Durham
Invoice #:              198130

May 19, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

---

## Remittance Advice

*To insure proper credit to your account, please return this remittance with your payment.*

Client #:      26481    Easy Street
Matter #:          5    Employ & Fee Apps - Durham
Invoice No.              198130
Billing Attorney:        KLC

**Current Invoice**                    **$ 533.52**

SALT LAKE CITY | OGDEN | ST. GEORGE | LAS VEGAS

```
┌──────────────────────┐
│                      │
│   D U R H A M        │
│   ─────────          │
│   J O N E S &        │
│   ─────────          │
│   P I N E G A R      │
│                      │
└──────────────────────┘
```

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

May 19, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

---

**Invoice Summary**

Client #:      26481      Easy Street
Matter #:          6      Employ & Fee Apps - Others
Invoice No.           198131

For professional services rendered and costs advanced through April 30, 2010:

|  |  |
|---|---|
| Total Fees | $ 420.00 |
| Total Expenses | $ 1.36 |
| **Total of This Invoice** | **$ 421.36** |

*Interest accrues at 1.5% per month on balance not paid after 30 days.*

*1*

Durham Jones & Pinegar. P.C.

Client #:      26481    Easy Street
Matter #:          6    Employ & Fee Apps - Others
Invoice #:             198131

## Detail of Professional Fees

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|----------------------------------|-------|--------|
| 4/21/10 | KLC | Reviewing email correspondence regarding Gemstone | .20 | 70.00 |
| 4/29/10 | KLC | Telephone conference to Ben Kotter regarding Dorsey & Whitney's fees | .20 | 70.00 |
| 4/29/10 | KLC | Emails regarding Dorsey fees | .20 | 70.00 |
| 4/29/10 | KLC | Reviewing objection to Sidley fees | .30 | 105.00 |
| 4/30/10 | KLC | Reviewing letter from Sidley | .30 | 105.00 |

Total Fees:        $ 420.00

## Time Summary

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Cannon, Ken | 1.20 | 350.00 | 420.00 |

## Detail of Client Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 3/31/10 | Pacer Online Research | 1.36 |

Total Expenses:        $ 1.36

*2*

Durham Jones & Pinegar. P.C.

Client #:     26481    Easy Street
Matter #:        6    Employ & Fee Apps - Others
Invoice #:           198131

May 19, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

---

## Remittance Advice

*To insure proper credit to your account, please return this remittance with your payment.*

Client #:     26481    Easy Street
Matter #:        6    Employ & Fee Apps - Others
Invoice No.          198131
Billing Attorney:    KLC

**Current Invoice**                    **$ 421.36**

*3*

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

May 19, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

## Invoice Summary

Client #:       26481      Easy Street
Matter #:          8       Plan and Disc. Statement
Invoice No.             198132

For professional services rendered and costs advanced through April 30, 2010:

|                       |              |
|-----------------------|-------------:|
| Total Fees            | $ 14,525.00  |
| Total Expenses        | $ 1,007.86   |
| **Total of This Invoice** | **$ 15,532.86** |

*Interest accrues at 1.5% per month on balance not paid after 30 days.*

*1*

Durham Jones & Pinegar. P.C.

Client #:    26481    Easy Street
Matter #:        8    Plan and Disc. Statement
Invoice #:            198132

## Detail of Professional Fees

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|--------------------------------|-------|--------|
| 4/01/10 | KLC | Telephone conference from Michael Blumenthal regarding plan issues | .20 | 70.00 |
| 4/01/10 | KLC | Conference call with Bill Shoaf, Philo Smith, Michael Blumenthal, Kim Sallinger, and Jeff Blatt regarding various issues related to reorganization possibilities | .50 | 175.00 |
| 4/01/10 | KLC | Telephone conference from Michael Blumenthal regarding possible auction scenarios | .20 | 70.00 |
| 4/01/10 | KLC | Telephone conference to Paul Throndsen regarding appraisal | .20 | 70.00 |
| 4/01/10 | KLC | Reviewing email correspondence regarding negotiations with potential plan funder | .40 | 140.00 |
| 4/02/10 | KLC | Telephone conference from Michael Blumenthal regarding plan issues | .30 | 105.00 |
| 4/05/10 | KLC | Emails regarding preparation for valuation hearing | .30 | 105.00 |
| 4/06/10 | KLC | Telephone conference to Paul Throndsen regarding appraisal issues. | .30 | 105.00 |
| 4/06/10 | KLC | Telephone conference from Michael Blumenthal updating regarding plan timing and discussions | .30 | 105.00 |
| 4/06/10 | KLC | Telephone conference from Michael Johnson regarding plan issues, status of plan progress. | .20 | 70.00 |
| 4/06/10 | KLC | Telephone conference to Bill Shoaf regarding appraisal issues. | .20 | 70.00 |
| 4/06/10 | KLC | Telephone conference from Michael Blumenthal regarding appraisal | .30 | 105.00 |
| 4/06/10 | KLC | Reviewing December 4 appraisal. | .70 | 245.00 |
| 4/07/10 | KLC | Telephone conference with Michael Blumenthal regarding plan developments | .20 | 70.00 |
| 4/07/10 | KLC | Telephone conference with Bill Shoaf and Michael Blumenthal regarding plan negotiations | .40 | 140.00 |
| 4/07/10 | KLC | Telephone conference from Paul Throndsen regarding addendum to appraisal | .20 | 70.00 |
| 4/07/10 | KLC | Reviewing addendum to appraisal | .60 | 210.00 |
| 4/07/10 | KLC | Drafting notice of appraised value based on addendum | .80 | 280.00 |
| 4/07/10 | KLC | Telephone conference to scheduling clerk regarding possible hearing dates for continued confirmation hearing | .20 | 70.00 |
| 4/08/10 | KLC | Telephone conference from Bill Shoaf regarding plan issues | .40 | 140.00 |
| 4/08/10 | KLC | Telephone conference to Michael Blumenthal regarding plan developments | .30 | 105.00 |
| 4/08/10 | KLC | Telephone conference from Bill Shoaf regarding sale issues in the context of a plan | .30 | 105.00 |
| 4/08/10 | KLC | Reviewing issues related to sales | .50 | 175.00 |
| 4/09/10 | KLC | Telephone conference to Michael Blumenthal regarding plan issues | .30 | 105.00 |

*2*

Durham Jones & Pinegar. P.C.

Client #:    26481    Easy Street
Matter #:       8    Plan and Disc. Statement
Invoice #:          198132

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|--------------------------------|-------|--------|
| 4/09/10 | KLC | Voicemail from Rich Havel regarding plan status | .10 | 35.00 |
| 4/09/10 | KLC | Reviewing Bruce Zabarauskas' revisions of proposed proffer of appraiser testimony | .70 | 245.00 |
| 4/12/10 | KLC | Telephone conference with Michael Blumenthal, then conferencing in Bill Shoaf regarding plan issues | .50 | 175.00 |
| 4/12/10 | KLC | Telephone conference with Bill Shoaf, Philo Smith, Michael Blumenthal, and Kim Sallinger regarding plan issues | 1.60 | 560.00 |
| 4/12/10 | KLC | Drafting ex parte motion to continue confirmation hearing | 1.10 | 385.00 |
| 4/12/10 | KLC | Telephone conference with Michael Blumenthal to Rich Havel regarding timing on continuance of confirmation hearing | .20 | 70.00 |
| 4/12/10 | KLC | Reviewing update to appraisal on the Sky Lodge | 1.10 | 385.00 |
| 4/12/10 | KLC | Drafting proposed order on valuation of the Sky Lodge | .50 | 175.00 |
| 4/12/10 | KLC | Reviewing, revising proposed proffer of Throndsen's testimony on appraisal | .60 | 210.00 |
| 4/12/10 | KLC | Conference with Steve McCardell regarding issues in valuation hearing | .20 | 70.00 |
| 4/12/10 | KLC | Telephone conference to scheduling clerk regarding continuance of confirmation hearing | .20 | 70.00 |
| 4/12/10 | SJM | Conference with K. Cannon on potential sale issues if lodge sold under section 363(f) | .20 | 70.00 |
| 4/13/10 | KLC | Reviewing updated budgets for April and May 2010 | .40 | 140.00 |
| 4/13/10 | KLC | Telephone conference from Bill Shoaf regarding plan issues, possible sale issues | .40 | 140.00 |
| 4/13/10 | KLC | Telephone conference to John Straley regarding pre-filing appraisals | .10 | 35.00 |
| 4/13/10 | KLC | Telephone conference to scheduling clerk regarding confirmation hearing | .20 | 70.00 |
| 4/13/10 | KLC | Telephone conference to Mike Johnson regarding Jacobsen issues | .30 | 105.00 |
| 4/13/10 | KLC | Telephone conference to Paul Throndsen regarding testimony at hearing on motion to value collateral | .20 | 70.00 |
| 4/13/10 | KLC | Telephone conference from Bill Shoaf regarding cash flow numbers | .30 | 105.00 |
| 4/13/10 | KLC | Telephone conference from Annette Jarvis and Rich Havel regarding new proposed plan timetable, cash collateral issues | .20 | 70.00 |
| 4/13/10 | KLC | Telephone conference to Michael Blumenthal regarding cash flows, Jacobsen, homeowners, other issues related to plan | .30 | 105.00 |
| 4/13/10 | KLC | Telephone conference to Doug Payne regarding plan modifications related to Jacobsen and Gunthers | .20 | 70.00 |
| 4/13/10 | KLC | Reviewing changes proposed to plan respecting Jacobsen, fractional unit owners, and Gunthers | .40 | 140.00 |
| 4/13/10 | KLC | Telephone conference from Bill Shoaf regarding cash flows, negotiations with potential plan funders | .30 | 105.00 |
| 4/13/10 | KLC | Working on proffer of appraiser's testimony | .90 | 315.00 |

*3*

Durham Jones & Pinegar. P.C.

Client #:    26481    Easy Street
Matter #:      8    Plan and Disc. Statement
Invoice #:        198132

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|----------------------------------|-------|--------|
| 4/14/10 | KLC | Going through proposed proffer of Throndsen's testimony on the appraisals | .50 | 175.00 |
| 4/14/10 | KLC | Revising order on valuation of the Sky Lodge | .20 | 70.00 |
| 4/14/10 | KLC | Meeting with Bill Shoaf and Kim Sallinger regarding hearing on valuation and on negotiations with plan funders | .90 | 315.00 |
| 4/14/10 | KLC | Attending hearing on motion to value the Debtor's assets | .70 | 245.00 |
| 4/14/10 | KLC | Reviewing cash flow projections from Bill Shoaf | .50 | 175.00 |
| 4/14/10 | KLC | Meeting with Bill Shoaf, Kim Sallinger, and Ed Bailey regarding plan funding issues | 1.20 | 420.00 |
| 4/14/10 | KLC | Telephone conference from Michael Blumenthal regarding plan issues | .30 | 105.00 |
| 4/14/10 | KLC | Emails to, from Annette Jarvis and Richard Havel regarding plan issues | .30 | 105.00 |
| 4/14/10 | KLC | Revising motion to continue confirmation hearing and deadlines in connection with the confirmation process | .50 | 175.00 |
| 4/15/10 | KLC | Drafting order on motion to extend deadlines | 1.00 | 350.00 |
| 4/15/10 | KLC | Telephone conference from Michael Blumenthal regarding plan issues, discovery issues | .30 | 105.00 |
| 4/15/10 | KLC | Reviewing documents produced | 1.10 | 385.00 |
| 4/15/10 | KLC | Telephone conference from Bill Shoaf regarding new player | .20 | 70.00 |
| 4/15/10 | KLC | Telephone conference from Bill Shoaf regarding plan and disclosure statement | .20 | 70.00 |
| 4/16/10 | KLC | Telephone conference with Michael Blumenthal and Rachel Strickland regarding sale, plan issues | .60 | 210.00 |
| 4/16/10 | KLC | Emails to, from Steve Eichel regarding exclusivity issues | .20 | 70.00 |
| 4/16/10 | KLC | Addressing issues in plan | .40 | 140.00 |
| 4/16/10 | KLC | Email to parties regarding order on continuance of confirmation process | .20 | 70.00 |
| 4/19/10 | KLC | Telephone conference from Michael Blumenthal regarding plan issues | .20 | 70.00 |
| 4/19/10 | KLC | Telephone conference from Steve Eichel regarding exclusivity issues | .20 | 70.00 |
| 4/19/10 | KLC | Telephone conference from David Leta representing Ed Bailey as possible plan funder | .40 | 140.00 |
| 4/19/10 | KLC | Emails to, from Bill Shoaf regarding plan issues | .30 | 105.00 |
| 4/19/10 | KLC | Telephone conference from Kim Salllinger regarding plan funding issues | .40 | 140.00 |
| 4/20/10 | KLC | Conf. call with Bill Shoaf, Michael Blumenthal, Philo Smith, Kim Salllinger, Bryan Dorsey regarding plan issues | 1.50 | 525.00 |
| 4/20/10 | KLC | Telephone conference from Bill Shoaf regarding plan ideas | .50 | 175.00 |
| 4/20/10 | KLC | Telephone conference to scheduling clerk regarding hearing on | .20 | 70.00 |

Durham Jones & Pinegar. P.C.

Client #:    26481    Easy Street
Matter #:       8    Plan and Disc. Statement
Invoice #:          198132

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|----------------------------------|-------|--------|
|  |  | motion to extend exclusivity in Partners case |  |  |
| 4/20/10 | KLC | Emails to, from Steve Eichel regarding motion to extend exclusivity | .30 | 105.00 |
| 4/20/10 | KLC | Telephone conference from Bill Shoaf regarding sale issues that could arise in a plan | .20 | 70.00 |
| 4/21/10 | KLC | Telephone conference from Michael Blumenthal regarding negotiations | .30 | 105.00 |
| 4/21/10 | KLC | Reviewing, revising motion to extend exclusive period to confirm a plan in Partners case | .80 | 280.00 |
| 4/21/10 | KLC | Telephone conference from Mike Johnson regarding Jacobsen issues | .20 | 70.00 |
| 4/21/10 | KLC | Emails to, from Mike Johnson regarding Jacobsen, issues related thereto | .20 | 70.00 |
| 4/21/10 | KLC | Emails regarding possible plan funder | .30 | 105.00 |
| 4/21/10 | KLC | Telephone conference to Steve Eichel regarding exclusivity hearing | .20 | 70.00 |
| 4/21/10 | KLC | Telephone conference to scheduling clerk regarding hearing date on motion to extend exclusivity | .10 | 35.00 |
| 4/22/10 | KLC | Reviewing Park City I's objection to plan, case law cited therein | .50 | 175.00 |
| 4/22/10 | KLC | Telephone conference from Philo Smith regarding various plan scenarios | .50 | 175.00 |
| 4/22/10 | KLC | Telephone conference with Michael Blumenthal, George Hofmann regarding Park City I's objection to confirmation | .40 | 140.00 |
| 4/22/10 | KLC | Further revisions to reply on Gateway | .30 | 105.00 |
| 4/22/10 | KLC | Telephone conference from Steve Eichel regarding exclusivity issues | .20 | 70.00 |
| 4/23/10 | KLC | Telephone conference with Michael Blumenthal regarding plan | .30 | 105.00 |
| 4/26/10 | KLC | Telephone conference to Mike Johnson regarding Jacobsen issues | .20 | 70.00 |
| 4/26/10 | KLC | Outlining plan presentation issues | .40 | 140.00 |
| 4/27/10 | KLC | Reviewing, responding to emails regarding plan negotiations | .30 | 105.00 |
| 4/27/10 | KLC | Telephone conference to Michael Blumenthal regarding plan issues | .20 | 70.00 |
| 4/28/10 | KLC | Conf. with Bill Shoaf, Jeff Blatt regarding Gateway hearing | .30 | 105.00 |
| 4/28/10 | KLC | Telephone conference from Philo Smith regarding conference call with Medallion and its lawyer | .10 | 35.00 |
| 4/28/10 | KLC | Conf. call with Philo Smith, Medallion representatives and lawyer | .60 | 210.00 |
| 4/28/10 | KLC | Telephone conference from Michael Blumenthal regarding plan issues, status | .50 | 175.00 |
| 4/28/10 | KLC | Emails to, from Mike Johnson regarding Jacobsen | .30 | 105.00 |
| 4/29/10 | KLC | Telephone conference from Michael Blumenthal regarding plan issues | .30 | 105.00 |
| 4/30/10 | KLC | Telephone conference from Michael Blumenthal regarding status of negotiations | .30 | 105.00 |
| 4/30/10 | KLC | Reviewing emails regarding proposed letter of intent from proposed plan funders | .20 | 70.00 |

5

Durham Jones & Pinegar. P.C.

Client #:    26481    Easy Street
Matter #:       8    Plan and Disc. Statement
Invoice #:       198132

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|----------------------------------|-------|--------|
| 4/30/10 | KLC | Reviewing proposed letter of intent | .50 | 175.00 |

Total Fees:     $ 14,525.00

**Time Summary**

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Cannon, Ken | 41.30 | 350.00 | 14,455.00 |
| McCardell, Steven J. | .20 | 350.00 | 70.00 |

**Detail of Client Expenses**

| Date | Description | Amount |
|------|-------------|--------|
| 3/31/10 | Pacer Online Research | 9.04 |
| | Postage | 136.92 |
| | Copy Charge | 861.90 |

Total Expenses:     $ 1,007.86

*6*

Durham Jones & Pinegar. P.C.

Client #:      26481    Easy Street
Matter #:          8    Plan and Disc. Statement
Invoice #:              198132

May 19, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

---

### Remittance Advice
*To insure proper credit to your account, please return this remittance with your payment.*

Client #:      26481    Easy Street
Matter #:          8    Plan and Disc. Statement
Invoice No.              198132
Billing Attorney:       KLC

**Current Invoice**              **$ 15,532.86**

SALT LAKE CITY | OGDEN | ST. GEORGE | LAS VEGAS

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

May 19, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT 84068

## Invoice Summary

Client #:      26481     Easy Street
Matter #:          9     Misc. Contested Matters
Invoice No.              198133

For professional services rendered and costs advanced through April 30, 2010:

| | |
|---|---|
| Total Fees | $ 175.00 |
| Total Expenses | $ .64 |
| **Total of This Invoice** | **$ 175.64** |

*Interest accrues at 1.5% per month on balance not paid after 30 days.*

*1*

Durham Jones & Pinegar. P.C.

Client #:     26481    Easy Street
Matter #:         9    Misc. Contested Matters
Invoice #:             198133

## Detail of Professional Fees

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|----------------------------------|-------|--------|
| 4/21/10 | KLC | Reviewing email correspondence regarding dismissal of section 105 action | .20 | 70.00 |
| 4/28/10 | KLC | Drafting non-opposition to OSC on section 105 action | .30 | 105.00 |
| | | Total Fees: | | $ 175.00 |

## Time Summary

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Cannon, Ken | .50 | 350.00 | 175.00 |

## Detail of Client Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 3/31/10 | Pacer Online Research | .64 |
| | Total Expenses: | $ .64 |

*2*

Durham Jones & Pinegar. P.C.

Client #:     26481     Easy Street
Matter #:          9     Misc. Contested Matters
Invoice #:             198133

May 19, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

---

## Remittance Advice

*To insure proper credit to your account, please return this remittance with your payment.*

Client #:     26481     Easy Street
Matter #:          9     Misc. Contested Matters
Invoice No.            198133
Billing Attorney:     KLC

**Current Invoice**                    **$ 175.64**

*3*

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

May 19, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

## Invoice Summary

Client #:      26481    Easy Street
Matter #:        10    Case Administration
Invoice No.        198134

For professional services rendered and costs advanced through April 30, 2010:

| | |
|---|---|
| Total Fees | $ 162.00 |
| Total Expenses | $ 9.84 |
| **Total of This Invoice** | **$ 171.84** |

*Interest accrues at 1.5% per month on balance not paid after 30 days.*

*1*

Durham Jones & Pinegar. P.C.

Client #:    26481    Easy Street
Matter #:    10    Case Administration
Invoice #:        198134

## Detail of Professional Fees

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|--------------------------------|-------|--------|
| 4/06/10 | SJM | Review and respond to voice message from counsel for Park City I regarding K-1 and tax return, including conferences with G. Hofmann and K. Cannon and emails with W. Shoaf on status of tax return work | .30 | 105.00 |
| 4/12/10 | JGP | Call court regarding telephonic appearance by clients. | .10 | 19.00 |
| 4/13/10 | JGP | Coordinate telephonic appearance of B. Zabarauskas and M. Blumenthal. | .20 | 38.00 |

Total Fees:    $ 162.00

## Time Summary

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| McCardell, Steven J. | .30 | 350.00 | 105.00 |
| Peterson, Jessica | .30 | 190.00 | 57.00 |

## Detail of Client Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 3/31/10 | Pacer Online Research | .40 |
| | Postage | 2.44 |
| 4/20/10 | Courier Service/Inhouse | 7.00 |

Total Expenses:    $ 9.84

SALT LAKE CITY | OGDEN | ST. GEORGE | LAS VEGAS

Durham Jones & Pinegar. P.C.

Client #:      26481   Easy Street
Matter #:         10   Case Administration
Invoice #:             198134

May 19, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

## Remittance Advice

*To insure proper credit to your account, please return this remittance with your payment.*

Client #:      26481   Easy Street
Matter #:         10   Case Administration
Invoice No.            198134
Billing Attorney:      KLC

**Current Invoice**              **$ 171.84**

*3*

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

May 19, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

## Invoice Summary

Client #:      26481    Easy Street
Matter #:         11    Cash Collateral/DIP Lending
Invoice No.              198135

For professional services rendered and costs advanced through April 30, 2010:

| | |
|---|---|
| Total Fees | $ 3,010.00 |
| Total Expenses | $ .00 |
| **Total of This Invoice** | **$ 3,010.00** |

*Interest accrues at 1.5% per month on balance not paid after 30 days.*

*1*

Durham Jones & Pinegar. P.C.

Client #:    26481    Easy Street
Matter #:       11    Cash Collateral/DIP Lending
Invoice #:              198135

## Detail of Professional Fees

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|-------------------------------|-------|--------|
| 4/01/10 | KLC | Reviewing materials related to cash accounts | .60 | 210.00 |
| 4/01/10 | KLC | Email to JPMorganChase regarding bank account issues | .30 | 105.00 |
| 4/01/10 | KLC | Reviewing email correspondence regarding transfer requests | .20 | 70.00 |
| 4/05/10 | KLC | Emails regarding cash collateral budget | .20 | 70.00 |
| 4/06/10 | KLC | Reviewing emails regarding cash collateral issues. | .30 | 105.00 |
| 4/08/10 | KLC | Reviewing emails regarding transfer requests | .30 | 105.00 |
| 4/08/10 | KLC | Addressing bank account issues | 1.20 | 420.00 |
| 4/09/10 | KLC | Telephone conference to Terri Steinbrenner regarding account issues | .20 | 70.00 |
| 4/13/10 | KLC | Telephone conference with Terri Steinbrenner of JPM Chase regarding account issues | .20 | 70.00 |
| 4/13/10 | KLC | Reviewing transfer requests to WestLB | .30 | 105.00 |
| 4/13/10 | KLC | Reviewing new budgets prepared for upcoming months | .50 | 175.00 |
| 4/15/10 | KLC | Reviewing emails regarding transfer requests | .30 | 105.00 |
| 4/16/10 | KLC | Reviewing correspondence, issues on budgeting, cash collateral | .50 | 175.00 |
| 4/20/10 | KLC | Reviewing emails regarding cash collateral issues | .30 | 105.00 |
| 4/21/10 | KLC | Reviewing emails regarding transfer requests by Partners | .30 | 105.00 |
| 4/22/10 | KLC | Reviewing emails on cash transfers | .20 | 70.00 |
| 4/27/10 | KLC | Reviewing emails regarding cash collateral issues | .50 | 175.00 |
| 4/27/10 | KLC | Reviewing cash collateral request | .20 | 70.00 |
| 4/28/10 | KLC | Reviewing proposed new cash collateral stipulation | .40 | 140.00 |
| 4/29/10 | KLC | Reviewing new extension of cash collateral stipulation | 1.20 | 420.00 |
| 4/29/10 | KLC | Emails to, from West LB counsel regarding cash collateral stipulation | .20 | 70.00 |
| 4/29/10 | KLC | Telephone conference to Bill Shoaf regarding cash collateral issues | .20 | 70.00 |

Total Fees:    $ 3,010.00

## Time Summary

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Cannon, Ken | 8.60 | 350.00 | 3,010.00 |

*2*

Durham Jones & Pinegar. P.C.

Client #:    26481   Easy Street
Matter #:       11   Cash Collateral/DIP Lending
Invoice #:          198135

May 19, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

---

## Remittance Advice

*To insure proper credit to your account, please return this remittance with your payment.*

Client #:    26481   Easy Street
Matter #:       11   Cash Collateral/DIP Lending
Invoice No.          198135
Billing Attorney:    KLC

**Current Invoice**              **$ 3,010.00**

.

SALT LAKE CITY | OGDEN | ST. GEORGE | LAS VEGAS

```
D U R H A M

J O N E S  &

P I N E G A R
```

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

May 19, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

---

**Invoice Summary**

| | | |
|---|---|---|
| Client #: | 26481 | Easy Street |
| Matter #: | 12 | BayNorth Litigation |
| Invoice No. | | 198136 |

For professional services rendered and costs advanced through April 30, 2010:

| | |
|---|---|
| Total Fees | $ 700.00 |
| Total Expenses | $ 8.40 |
| **Total of This Invoice** | **$ 708.40** |

*Interest accrues at 1.5% per month on balance not paid after 30 days.*

*1*

Durham Jones & Pinegar. P.C.

Client #:     26481    Easy Street
Matter #:        12    BayNorth Litigation
Invoice #:             198136

## Detail of Professional Fees

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|----------------------------------|-------|--------|
| 4/02/10 | KLC | Reviewing discovery responses | .70 | 245.00 |
| 4/05/10 | KLC | Emails regarding discovery issues | .20 | 70.00 |
| 4/06/10 | KLC | Emails regarding discovery issues. | .20 | 70.00 |
| 4/06/10 | KLC | Email attaching responses and objections to BayNorth discovery requests. | .20 | 70.00 |
| 4/12/10 | KLC | Reviewing emails regarding notice of deposition of Merritt & Harris, emailing copy of notice of deposition to Ambica Mohabir | .30 | 105.00 |
| 4/30/10 | KLC | Addressing discovery issues in matter | .40 | 140.00 |

                                                  Total Fees:        $ 700.00

## Time Summary

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Cannon, Ken | 2.00 | 350.00 | 700.00 |

## Detail of Client Expenses

| Date | Description | Amount |
|------|-------------|--------|
| | Copy Charge | 8.40 |

                                              Total Expenses:        $ 8.40

*2*

Durham Jones & Pinegar. P.C.

Client #:     26481    Easy Street
Matter #:        12    BayNorth Litigation
Invoice #:              198136

May 19, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

---

## Remittance Advice

*To insure proper credit to your account, please return this remittance with your payment.*

Client #:     26481    Easy Street
Matter #:        12    BayNorth Litigation
Invoice No.            198136
Billing Attorney:      KLC

**Current Invoice**                    **$ 708.40**

*3*