Kenneth L. Cannon II (kcannon@djplaw.com) (3705)
Steven J. McCardell (smccardell@djplaw.com) (2144)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT 84110-4050
Telephone: (801) 415-3000/Fax: (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com) (admitted pro hac vice)
Steven B. Eichel (seichel@crowell.com) (admitted pro hac vice)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 223-4000/Fax: (212) 223-4134

Counsel for Debtors and Debtors in Possession

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re: | |
| EASY STREET HOLDING, LLC, *et al.*, | Bankruptcy Case No. 09-29905 |
| | Jointly Administered with Cases |
| | 09-29907 and 09-29908 |
| Address: 201 Heber Avenue | Chapter 11 |
| Park City, UT 84060 | |
| | Honorable R. Kimball Mosier |
| Tax ID Numbers: | |
| 35-2183713 (Easy Street Holding, LLC), | |
| 20-4502979 (Easy Street Partners, LLC), and | **[FILED ELECTRONICALLY]** |
| 84-1685764 (Easy Street Mezzanine, LLC) | |

**SECOND INTERIM FEE APPLICATION FOR ALLOWANCE
OF COMPENSATION BY APPRAISAL GROUP, INC.**

Appraisal Group, Inc. and Paul W. Throndsen ("AGI") hereby submits its second interim application pursuant to 11 U.S.C. §§ 330 and Federal Rule of Bankruptcy Procedure 2016 for allowance and payment of interim compensation in the amount of $4,612.50 for an addendum

(the "Addendum") to an appraisal report (the "Original Appraisal Report") completed by AGI on property located in Park City, Utah (the "Sky Lodge") owned by Easy Street Partners ("Partners") and for attendance at court with respect to the Original Appraisal Report and the Addendum and for consultation regarding the Addendum.

**A.   BACKGROUND**

1.   Partners commenced this case under Chapter 11 of the United States Bankruptcy Code by filing a voluntary petition on September 14, 2009.

2.   Partners filed its application to employ AGI as an appraiser on November 5, 2001 (the "Employment Application"). The Court approved Partners' application by Order entered on December 12, 2009 (the "Order Approving Application").

3.   As contemplated by the Employment Application and approved in the Order Approving Application, AGI prepared and delivered the Original Appraisal report. By Order entered March 29, 2010, the Court approved AGI's fees for the Original Appraisal Report in the amount of $14,300, and authorized payment thereof. To date, AGI has received no payment of its allowed fees. A summary of fees requested, as required by the Fee Guidelines of the United States Trustee, is attached hereto as Exhibit A.

4.   Subsequent to the completion of the Original Appraisal Report, AGI was requested by Partners to prepare an addendum to the Original Appraisal Report. AGI agreed to do so, for an additional fee of $4,150.00. AGI prepared and delivered the Addendum. The Court, in its Order Approving Application, also authorized AGI to be paid additionally on an hourly basis for expert testimony and consultation. Mr. Throndsen was in attendance at the hearing in which Partners requested that the Court fix the value of the property appraised and his

Case 09-29905    Doc 499    Filed 05/19/10    Entered 05/19/10 16:46:50    Desc Main
              Document      Page 3 of 12


testimony was proffered at that hearing. Mr. Throndsen also consulted with Partners and its counsel regarding the Addendum. His invoice for these services is attached as Exhibit B.

5. There is no agreement or understanding between AGI and any other person for the sharing of compensation to be received for services rendered in this case except among the members of AGI.

6. All professional services for which compensation is requested were performed for and on behalf of Partners and not on behalf of any committee, creditor, or other person.

7. Attached as Exhibit C is a vita showing the qualifications and experience of the Paul W. Throndsen, MAI who performed and/or supervised the services for which compensation is sought.

**B.    PROJECT NARRATIVE DESCRIPTION**

The services performed broadly entail the appraisal of Partners' property consisting of the Sky Lodge, a luxury boutique hotel located in the middle of historic Main Street in Old Town Park City offering numerous amenities including a spa, a bar and lounge, meeting and event venues, and, in buildings adjacent to the Sky Lodge, restaurants.

**C.    COMEPNSATION FOR SERVICES RENDERED**

The reasonable value of services rendered by applicant as appraisers for Partners for the Addendum, for attendance at a hearing in which Mr. Throndsen's testimony was proffered, and for consultation with Partners, is $4,612.50, consisting of $4,150 for the Addendum, $370 for attendance at the hearing, and $92.50 for one-half hour of consultation.

WHEREFORE, applicant AGI requests allowance of professional compensation in the amount of $4,612.50 as compensation for professional services rendered and that payment of the allowed amount as an administrative expense.

DATED this 19th day of May, 2010.

*Paul W. Throndsen*

Paul W. Throndsen, MAI
APPRAISAL GROUP, INC.
Appraisers for Debtor-In-Possession

# CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of May, 2010, I caused to be served a copy of the Second Interim Fee Application for Allowance of Compensation by Appraisal Group, Inc. via email on the following:

Easy Street Partners, LLC
Easy Street Mezzanine, LLC
Easy Street Holding, LLC
Attn: William Shoaf
4780 Winchester Court
Park City, UT 84098-7528
bshoaf@cloudnineresorts.com

Michael V. Blumenthal
Crowell & Moring
590 Madison Avenue, 20th Floor
New York, NY 10022
mblumenthal@crowell.com

John T. Morgan
Office of the United States Trustee
405 South Main Street, Suite 300
Salt Lake City, UT 84111
john.t.morgan@usdoj.gov

Jeffrey W. Shields
Lon A. Jenkins
Jones Waldo Holbrook & McDonough
170 South Main Street, Suite 1500
Salt Lake City, UT 84101
jshields@joneswaldo.com
lajenkins@joneswaldo.com

James Winikor
West LB AG, New York Branch
1211 Sixth Avenue, 25th Floor
New York, NY 10036-8705
james_winikor@westlb.com

Richard W. Havel
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013
rhavel@sidley.com

Annette W. Jarvis
Dorsey & Whitney, LLP
136 South Main Street, Suite 1000
Salt Lake City, UT 84101
jarvis.annette@dorsey.com

/s/ Kristin Hughes

# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| EASY STREET HOLDING, LLC, *et al.*, ) | Bankruptcy Case No. 09-29905 |
| ) | Jointly Administered with Cases |
| Debtors. ) | 09-29907 and 09-29908 |
| ) | |
| Address: 201 Heber Avenue ) | Chapter 11 |
| Park City, UT 84060 ) | |
| ) | Honorable R. Kimball Mosier |
| Tax ID Numbers: ) | |
| 35-2183713 (Easy Street Holding, LLC), ) | |
| 20-4502979 (Easy Street Partners, LLC), and ) | **[FILED ELECTRONICALLY]** |
| 84-1685764 (Easy Street Mezzanine, LLC) ) | |

**SUMMARY REQUIRED BY UNITED STATES TRUSTEE GUIDELINES**

| | | |
|---|---|---|
| Fees Previously Requested: | $14,300.00 | NAME OF APPLICANT: |
| Fees Previously Paid: | $0.00 | Appraisal Group, Inc. |
| | | |
| Expenses Previously Requested: | $0.00 | ROLE IN THE CASE: |
| Expenses Previously Paid: | $0.00 | Expert Appraiser for Debtor in Possession |
| | | |
| Retainer Paid: | $0.00 | CURRENT APPLICATION: |
| | | Fee Requested        $4,612.50 |
| | | Expenses Requested        $0.00 |

# EXHIBIT B



**Appraisal Group, Inc.**

Paul W. Throndsen, MAI
Gary M. Scheffner, MAI
Jeremie T. Snowder, MAI
Christopher T. Hansen
Orson H. Dietz
Bret R. Slaugh
J.C. Dietz

7396 So. Union Park Avenue, Suite 301
Salt Lake City, Utah 84047
(801) 263-1200  Fax (801) 352-4951
Park City (435) 649-8449
www.appraisalgrp.com

May 7, 2010

**Easy Street Partners
c/o DURHAM JONES & PINEGAR**
Attn: Mr. Kenneth L. Cannon II
111 E. Broadway, Suite 900
Salt Lake City, UT 84111


# * * * * I N V O I C E * * * *


RE:  Sky Lodge - 201 Main Street, Park City, Utah, owned by Easy Street Partners

A):  Addendum to Summary Appraisal Report – Sky Lodge, an existing six-story resort condominium building comprising 22 residential units (sold as $1/8^{th}$ fractional shares) and six commercial units, located at 201 Main Street, Park City, Utah 84060. Updated Value as of April 6, 2010.

$$\$4,150.00$$

B)  Attendance at bankruptcy court hearing on April 14, 2010. (2.0 hrs x $185/hr)

370.00

C)  Telephone conversation with client and attorney concerning possible changes related to market trends from 2007 to 2010 (May 4, 2010).

(0.5 hr  x  $185/hr)   <u>92.50</u>
TOTAL AMOUNT DUE:   <u>$4,612.50</u>


PAYMENT DUE WITHIN 30 DAYS
Federal Tax ID#:   87-0514519
Invoice #:         100402PT

# EXHIBIT C

# RESUME

## PAUL W. THRONDSEN, MAI

| | |
|---|---|
| Address: | Appraisal Group, Inc.<br>7396 So. Union Park Ave., #301<br>Midvale, Utah 84047 |
| Telephone: | Business:    (801) 263-1200    Park City (435) 649-8449<br>Fax:           (801) 352-4951<br>E-Mail:       paul@agiutah.com |
| Education: | Bachelors of Science (Finance Major), University of Utah, 1974.<br>Masters of Business Administration, University of Utah, 1976 |
| Experience:<br>1993-present | Owner of Appraisal Group, Inc., Salt Lake City, Utah<br>Full time appraiser/consultant. Devoting 100% of time to commercial assignments in Utah and other Western States. |
| 1985-1993 | Part owner of Appraisal Associates, Inc., Salt Lake City, Utah<br>Full-time appraiser/consultant. |
| 1981-1985 | Self-employed; appraiser/consultant with Appraisal Associates, Inc., Salt Lake City, Utah. Duties included both residential and commercial assignments. Managed residential staff from 1982 to 1985 while devoting nearly 100% of appraising to commercial assignments in Utah. |
| 1976-1981 | Staff appraiser with Mulcock Appraising Company, Salt Lake City, Utah. Duties included residential assignments and construction inspections. |
| 1975-1976 | Loan Officer & Branch Manager for Lomas and Nettleton, Salt Lake City, Utah. Office manager overseeing loan production. |
| Professional<br>Courses: | Intro to Appraising Real Estate                Case Studies/Real Estate Valuation<br>Capitalization Theory & Techniques        Standards of Professional Practice<br>Valuation Analysis & Report Writing       Highest & Best Use & Market Analysis<br>Industrial Valuation                                  Separating Real & Personal Property<br>Adv. Sales Comparison & Cost Approach    from Intangible Business Assets<br>Residential Appraising |
| Seminars: | Cash Equivalency & Creative Financing     Mortgage - Equity Analysis<br>Value of Leased Fee & Leasehold Estates  Developing Hotel/Motel Prop.<br>Highest & Best Use                                    Easement Valuation<br>Computer Appraisal Applications               Bank Regulations and Appraisal<br>Reviewing Appraisals                                 American with Disabilities Act<br>Subdivision Analysis                                  Understanding Limited Appraisals<br>Feasibility Analysis & Highest & Best Use  Data Confirmation/Verification Methods<br>Environmental Risk & the Appraisal Process  Understanding/Testing DCF Analysis<br>Special Purpose Properties                        Scope of Work<br>Appraisal of Non-Conforming Properties |

| | |
|---|---|
| Memberships & Affiliations: | Member Appraisal Institute (MAI #6981)<br>Utah State Certified General Appraiser, No. 5451070-CG00, (expires 6-30-11)<br>Wyoming State Certified Appraiser, No. 341, (expires 4-28-10)<br>Associate Member of Salt Lake Board of Realtors<br>Affiliate Member of Park City Board of Realtors |
| Appraisal Experience: | Experienced in the appraisal of office buildings, shopping centers, industrial properties, apartments, hotels/motels, mini-warehouses, nursing homes, residential care facilities, commercial developments, residential subdivisions, partial interest, and raw land. Specializing in income-producing properties and project approvals. Also, specializing in Summit County (Park City) properties. |
| Professional: | Past President of Utah Chapter of the Appraisal Institute (1994). National Board of Examiners for Experience - Term 1986-1992. Member of Regional Ethics Panel. Past Chairman of Chapter Government Affairs Committee, Admissions Committee and Education Committee. Awarded Utah Chapter "Appraiser of the Year - 2004".<br><br>Past President and Chairman of the Board of Comp-U-Share, Inc. (Market data system; group of 18 appraisal offices), and past Chairman of Quality Control Committee.<br><br>President of Utah Association of Appraisers - 1996 to 1997 and 2002 to 2003<br><br>Experience Review Committee for Utah State Board of Appraisers |

| Clients: (partial list) | | |
|---|---|---|
| | JPMorgan Chase | Wells Fargo Bank |
| | Brighton Bank | U.S. Bank |
| | American First Credit Union | Citicorp Bank |
| | Republic Mortgage | Small Business Administration |
| | Key Bank | Zions Securities Corp. |
| | Salt Lake City Credit Union | Zions First National Bank |
| | Bank of Utah | L.D.S. Church |
| | Holiday Oil Company | Holladay Bank |
| | S-DevCorp. (F.C. Stangl) | Roderick Enterprises |
| | Boyer & Company | Kennecott Copper Corporation |
| | Commerce Colliers CRG | Granite School District |
| | AEGON Realty Advisors | CB Richard Ellis |
| | State of Utah | Salt Lake County |
| | Washington Mutual Savings Bank | Salt Lake City RDA |
| | First Utah Bank | Utah Dept. of Transportation |
| | First National Bank of Layton | Bank of the West |
| | GE Capital | Deutsche Bank |
| | Bank of America | Merrill Lynch Mortgage Capital |
| | Amsource | Security National Financial |
| | Woodbury Corp. | Summit County |
| | Frontier Bank | Park City |
| | Bank of American Fork | Artesia Mortgage |
| | Barnes Bank | Interbay Funding |
| | Utah First Credit Union | Mountain America Credit Union |
| | Jordan Credit Union | Utah Transit Authority (UTA) |

Other local real estate brokers, developers, and attorneys
References: Available upon request.