Joseph E. Wrona (wrona@wasatchlaw.com) (8746)
Wrona Law Firm, P.C.
1745 Sidewinder Drive
Park City, Utah 84060
Telephone: (435) 649-2525
Facsimile: (435) 649-5959
Special Counsel for Debtors and Debtors in Possession

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: | |
| EASY STREET HOLDING, LLC, *et al.*, | Bankruptcy Case No. 09-29905 |
| | Jointly Administered with Cases |
| | 09-29907 and 09-29908 |
| Address: 201 Heber Avenue | Chapter 11 |
| Park City, UT 84060 | |
| | Honorable R. Kimball Mosier |
| Tax ID Numbers: | |
| 35-2183713 (Easy Street Holding, LLC), | |
| 20-4502979 (Easy Street Partners, LLC), and | [FILED ELECTRONICALLY] |
| 84-1685764 (Easy Street Mezzanine, LLC) | |

### WRONA LAW FIRM'S NOTICE OF ERRATA RE: SIXTH PROFESSIONAL FEE REQUEST FOR THE PERIOD FROM APRIL 1, 2010 TO APRIL 30, 2010.

Wrona Law Firm, P.C. ("Wrona Law"), special counsel for Easy Street Partners, LLC ("Partners"), Easy Street Mezzanine, LLC ("Mezzanine"), and Easy Street Holding, LLC ("Holding"), debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"), hereby submit a Notice of Errata regarding its Sixth Professional Fee Request for the Period from April 1, 2010 to April 30, 2010.

Wrona Law inadvertently omitted Exhibit A to its Sixth Professional Fee Request which consists of the detailed statements of services for which payment is sought. Such statements are attached hereto as Exhibit A to this Notice of Errata.

DATED: May 19, 2010.

                              WRONA LAW FIRM, P.C.

By: _____
Joseph E. Wrona (wrona@wasatchlaw.com)(8746)
Wrona Law Firm, P.C.
1745 Sidewinder Drive
Park City, Utah 84060
Telephone: (435) 649-2525/Fax: (435) 649-5959

Special Counsel for the Debtors

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of May, 2010, I caused to be delivered via first class mail, postage-prepaid, a true and correct copy of the foregoing document upon the following:

Troy J. Aramburu
Lon A. Jenkins
Jeffrey Weston Shields
Jones Waldo Holbrook & McDonough, PC
170 South Main Street, Suite 1500
Salt Lake City, Utah 84101

Easy Street Holding, LLC
4780 Winchester Court
Park City, Utah 84098

Easy Street Mezzanine, LLC
4780 Winchester Court
Park City, Utah 84098

Easy Street Partners, LLC
4780 Winchester Court
Park City, Utah 84098

Michael V. Blumenthal
Steven B. Eichel
Bruce J. Zabarauskas
Crowell & Moring, LLP
590 Madison Avenue, 20th Floor
New York, NY 10022

Kenneth L. Cannon, II
Steven J. McCardell
Jessica G. Peterson
Durham Jones & Pinegar
111 East Broadway, Suite 900
PO Box 4050
Salt Lake City, Utah 84110-4050

Scott A. Cummings
Mary Margaret Hunt
Annette W. Jarvis
Benjamin J. Kotter
Dorsey & Whitney LLP
136 South Main Street, Suite 1000
Salt Lake City, Utah 84101

_____