# Exhibit A



1745 Sidewinder Drive
Park City, Utah 84060 United States of America

Ph:(435) 649-2525
Fax:(435) 649-5959

William Shoaf
P. O. Box 683300
Park City, UT 84068

May 6, 2010

**Attention:**

File #:   04186.12
Inv #:    15564

RE:   Chapter 11 - Easy Street Partners, LLC

| DATE | DESCRIPTION | ATTY | HRS | RATE | AMT |
|---|---|---|---|---|---|
| Apr-06-10 | Conference w/ Kim Sallinger on potential funding source (Anuj/Reza) and how to structure that particular opportunity (.5); corr. w/ Philo on same (.3); working on potential dispute between members of Easy Street as to Gateway lease assingment and responsiblity for lease: Tele w/ Bill (5.); tele w/ Philo (.3); review lease, assignment and default documents (.3). | JEW | 1.90 | $350.00 | $665.00 |
| Apr-07-10 | Long conference w/ Kim on new docs, Sandholtz, and potential new funder that will require further cut to member's participation (.7); review docs sent by Kim Sallinger regarding structure of potential exit plan and digest same in order to present to potential funding source (.4); tele from disgruntled unit owner with questions about status of BK and mechanic's lien (.4). | JEW | 1.50 | $350.00 | $525.00 |
| Apr-08-10 | Tele w/ Crockett to discuss Gateway lawsuit; negotiate stipulation to stay state court action; work w/ Kim Sallinger to obtain approval for stay and confirmt that Easy Street desires stay. | JEW | 0.60 | $350.00 | $210.00 |
| Apr-12-10 | Corr. w/ Shoaf, Sallinger and Smith on status of Gateway lawsuit and on new funding group. | JEW | 0.30 | $350.00 | $105.00 |
|  | Work on fifth fee request. | BCJ | 0.50 | $90.00 | $45.00 |
| Apr-13-10 | Review letter from Gateway and stip, sign same and arrange for filing. | JEW | 0.20 | $350.00 | $70.00 |

| Date | Description | Atty | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Apr-16-10 | Tele w/ Bill on court issues and communication with members (.3); corr. w/ Kim on Sandholtz and new funding source (.2). | JEW | 0.50 | $350.00 | $175.00 |
| Apr-19-10 | Conference call w/ Kim Sallinger and Anuj Mather on assessing value of nightly management company. | JEW | 0.40 | $350.00 | $140.00 |
| Apr-20-10 | Tele from Bill on Talisker question (.3); work w/ Robbins on Anuj and how to manage other members of Easy Street (.3); review PCBD letter on Gateway lease violations (.1); review Mike's response (.1); working on how to keep Easy Street member sout of Gateway litigation (.3). | JEW | 1.10 | $350.00 | $385.00 |
| Apr-21-10 | Tele w/ Bill on Anuj plan (.2); tele w/ Robbins on 363 and Anuj plan (.4); tele w/ Anuj on Gateway litigation, Baynorth litigation and other issues (.3). | JEW | 0.90 | $350.00 | $315.00 |
| Apr-22-10 | Tele w/ Robbins on outline for WestLB action (.3); review latest round of Wickline correspondence w/ Shoaf on tax issues and advise on same (.3); corr w/ Wickline's attorney (.1). | JEW | 0.70 | $350.00 | $245.00 |
| Apr-23-10 | Tele from Kim Wilson on Wickline's tax issues (.1); review corr. between Shoaf and Wickline on 2008 and 2009 tax returns and advis eons ame (.3). | JEW | 0.40 | $350.00 | $140.00 |
| Apr-26-10 | Obtain and review objection to Fifth Application; draft correspondence to Gateway attorney on same. | JEW | 0.30 | $350.00 | $105.00 |

|  |  |  |  |
|---|---|---|---|
| Totals |  | 9.30 | $3,125.00 |
| Total fee & disbursements this month |  |  | $3,125.00 |
| Previous Balance |  |  | $36,788.81 |
| Previous Payments |  |  | 5,293.64 |
| Interest Due (18%) |  |  | $1,567.43 |
| **Balance Now Due** |  |  | **$36,187.60** |

TAX ID Number    87-0676597