Jeffrey W. Shields (USB #2948)
Lon A. Jenkins (USB #4060)
Troy J. Aramburu (USB #10444)
**JONES WALDO HOLBROOK & McDONOUGH, PC**
170 South Main Street, Suite 1500
Salt Lake City, Utah  84101
Telephone:  (801) 521-3200

*Counsel to Unsecured Creditors' Committee*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| | | |
|---|---|---|
| In re: | : | Bankruptcy No. 09-29905 |
| | : | |
| **EASY STREET HOLDING, LLC et al.,**[1] | : | (Jointly Administered with Cases 09-29907 and 09-29908) |
| Debtors. | : | |
| | : | Chapter 11 |
| | : | |
| | : | Honorable R. Kimball Mosier |
| | : | |

**SIXTH PROFESSIONAL FEE REQUEST FOR JONES WALDO HOLBROOK & MCDONOUGH, PC, COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR THE PERIOD APRIL 1, 2010 THROUGH AND INCLUDING APRIL 30, 2010.**

The Official Committee of Unsecured Creditors (the "**Committee**") for the above captioned debtors and debtors in possession (collectively the "**Debtors**"), by its counsel, Jones Waldo Holbrook & McDonough, PC, ("**Jones Waldo**") pursuant to the Court's Order entered December 15, 2009 establishing monthly fee and expense reimbursement procedures ("**Interim Payment Order**") hereby submits its sixth fee request (the "**Fee Request**") for the period of April 1, 2010 through and including April 30, 2010 (the "**Fee Period**").

---

[1]   The Debtor entities are Easy Street Holding, LLC, Easy Street Partners, LLC, and Easy Street Mezzanine, LLC.

932193.1

Jones Waldo professionals have recorded their time spent in performing services, as shown in the attached Exhibit "A," into the following matters:

| Matter No. | Matter Name |
|---|---|
| 0001 | Asset Analysis and Recovery |
| 0002 | Asset Disposition |
| 0003 | Case Administration |
| 0004 | Claims Administration & Objections |
| 0005 | Fee/Employment Applicants |
| 0006 | Fee/Employment Objections |
| 0007 | Financing/Cash Collateral |
| 0008 | Litigation |
| 0009 | Plan and Disclosure Statement |
| 0010 | Lien/Security Interest Investigation |
| 0011 | BayNorth Litigation |
| 0012 | WestLB Litigation |

Pursuant to the Interim Payment Order, professionals employed by Order of the Court to represent the Debtor or the Official Committee of Unsecured Creditors are authorized to request from the Debtor payment for services rendered and expenses incurred during the fee period equal to eighty percent (80%) of the fees sought and one hundred percent (100%) of the expenses incurred during the Fee Period. Jones Waldo's fees and expenses are as follows:

| Month | Hours | Fees | 80% of Fees | Expenses | Total (80% of Fees and 100% of expenses) |
|---|---|---|---|---|---|
| April | 50.7 | $15,476.00 | $12,380.80 | $325.51 | $12,706.31 |

Attached as Exhibit "A" are detailed statements for which payment is being sought. Statements may be redacted, to the extent necessary, to exclude, privileged, work product, litigation strategy and confidential information. Each statement includes the total time expended,

2

932193.1

identity of professional providing services, hourly billing rate, and detailed description of services rendered.

Pursuant to Interim Fee Order, parties must file objections to the Fee Request within ten (10) days from the date it is received. Any objection must have a description of the specific subject matter and services in dispute and state the amount in dispute. It is not sufficient to simply object to all fees and expenses. Fees and expense not objected to will be paid by the Debtors or, if the total of 80% of fees and 100% of expenses of estate professionals exceeds $125,000 per month, the fees and expenses will be pro-rated among fees and expenses of estate professionals for that month which are not objected to.

DATED this 20th day of May, 2010.

**JONES WALDO HOLBROOK &
McDONOUGH, PC**

/s/ Lon A. Jenkins
Jeffery W. Shields
Lon A. Jenkins
Troy J. Aramburu

*Counsel to Unsecured Creditors' Committee*

3

932193.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of May, 2010 I caused a true and correct copy of

the foregoing *Sixth Professional Fee Request for Jones Waldo Holbrook & McDonough, PC,*

*Counsel for the Official Committee of Unsecured Creditors, for the Period April 1, 2010*

*Through and Including April 30, 2010* to be served in the manner indicated below.

ECF Notification:

- Kenneth L. Cannon    kcannon@djplaw.com, khughes@djplaw.com
- Scott A. Cummings    cummings.scott@dorsey.com
- Mary Margaret Hunt    hunt.peggy@dorsey.com, wardle.gay@dorsey.com
- Annette W. Jarvis    jarvis.annette@dorsey.com,
  smith.ron@dorsey.com;slc.lit@dorsey.com;brown.patricia@dorsey.com
- Michael R. Johnson    mjohnson@rqn.com, agale@rqn.com
- Anthony C. Kaye    kaye@ballardspahr.com
- Benjamin J. Kotter    kotter.benjamin@dorsey.com
- Adelaide Maudsley    maudsley@chapman.com, jemery@chapman.com
- Steven J. McCardell    smccardell@djplaw.com, khughes@djplaw.com
- John T. Morgan tr    john.t.morgan@usdoj.gov, james.gee@usdoj.gov
- David W. Overholt    doverholt@rsolaw.com, abachman@rsolaw.com
- Jessica G Peterson    jpeterson@djplaw.com
- Knute Rife    karife@rifelegal.com
- Jeffrey L. Shields    jlshields@cnmlaw.com, njpotter@cnmlaw.com
- United States Trustee    USTPRegion19.SK.ECF@usdoj.gov

And via first class mail, postage prepaid upon the following:

Appraisal Group, Inc.
Attn: Paul W. Throndsen, MAI
7396 S Union Park Avenue, #301
Midvale, UT 84047

BDRC 4 Site, LLC
Attn: Bryan W. Dorsey
305 NE Loop 820, Ste 109
Hurst, TX 76053

Michael V. Blumenthal
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022

Steven B. Eichel
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022

4

932193.1

Anthony S. Fiotto
Goodwin Procter LLP
Exchange Place
Boston, MA 02109

Gemstone Hotels & Resorts, LLC
Attn: Jeff McIntyre, Principal
1912 Sidewinder Drive, #104
Park City, UT 84060

Corbin B. Gordon
345 West 600 South, Suite 108
Heber City, UT 84032

Brian W. Harvey
Goodwin Procter LLP
The New York Time Building
620 Eighth Avenue
New, NY 10018-1405

Ambica Mohabir
Goodwin Procter LLP
Exchange Place
Boston, MA 02109

WestLB, AG
1211 Ave. of the Americas, 24th
Floor
New York, NY 10036-8705

Easy Street Holding, LLC
4780 Winchester Court
Park City, UT 84098

Easy Street Partners, LLC
4780 Winchester Court
Park City, UT 84098

Easy Street Mezzanine, LLC
4780 Winchester Court
Park City, UT 84098

Joseph E. Wrona
WRONA LAW OFFICES, P.C.
1745 Sidewinder Drive
Park City, UT 84060

Bruce J. Zabarauskas
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022

/s/ Rebecca Huot

932193.1

# JONES, WALDO, HOLBROOK & McDONOUGH
A Professional Corporation

### ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe

,

May 20, 2010
Invoice: 1489979

22414.0001
Asset Anaylsis and Recovery

## STATEMENT OF ACCOUNT

**Prior Activity**

| | |
|---|---:|
| Previous Balance Due as of March 15, 2010 | $ 533.83 |
| 04/14/10          Cash Receipt | -440.83 |
| **Total Past Due Balance** (If payment has been sent, disregard this balance) | **$ 93.00** |

**Current Activity**

| | |
|---|---:|
| Current Fees | 576.00 |
| Current Expenses | 246.74 |
| **Total Current Balance Due for Invoice 1489979** | **$ 822.74** |

| | |
|---|---:|
| **Total Due** (For Past Due Activity and Current Activity) | **$ 915.74** |

22414.0001
Asset Anaylsis and Recovery

May 20, 2010
Invoice No.:1489979

Fee for legal services rendered in caption from date of last bill to and including April 30, 2010.

## Fee Detail

| Date | Atty | Hours | Description |
|------|------|-------|-------------|
| 04/07/10 | LAJ | 0.40 | Conference with Jeff Shields re case strategy. |
| 04/08/10 | LAJ | 0.50 | Telephone conference with M. Blumenthal re developments in case. |
| 04/12/10 | LAJ | 0.30 | Telephone conference with K. Cannon re developments. |
| 04/13/10 | LAJ | 0.20 | Read ECF notifications. |
| 04/13/10 | LAJ | 0.20 | Email exchange with Jeff Shields re case strategy. |
| 04/21/10 | LAJ | 0.20 | Emails with S. Brown re information bearing on $5.6 million transfer. |

**Total Hours**      **1.80**

## Fee Summary

| Attorney | Rate | Hours | Amount |
|----------|------|-------|--------|
| Jenkins, Lon A | $ 320.00 | 1.80 | $ 576.00 |
| **Total Hours and Fees:** | | **1.80** | **$ 576.00** |

## Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 04/30/10 | Online Legal Research | 239.60 |
| | Long Distance Telephone Charges | 7.14 |
| **Disbursements Total** | | **$ 246.74** |

JONES, WALDO, HOLBROOK & MCDONOUGH
A Professional Corporation

ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe                    May 20, 2010
                                                            Invoice: 1489980
,

22414.0003
Case Administration

## STATEMENT OF ACCOUNT

**Prior Activity**

| | |
|---|---|
| Previous Balance Due as of April 15, 2010 | $ 11,312.44 |
| **Total Past Due Balance** (If payment has been sent, disregard this balance) | **$ 11,312.44** |

**Current Activity**

| | |
|---|---|
| Current Fees | 6,008.00 |
| Current Expenses | 28.94 |
| **Total Current Balance Due for Invoice 1489980** | **$ 6,036.94** |

| | |
|---|---|
| **Total Due** (For Past Due Activity and Current Activity) | **$ 17,349.38** |

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

22414.0003                                                                              May 20, 2010
Case Administration                                                              Invoice No.:1489980

Fee for legal services rendered in caption from date of last bill to and including April 30, 2010.

## Fee Detail

| Date | Atty | Hours | Description |
|------|------|-------|-------------|
| 04/12/10 | JYS | 0.20 | Review minutes of meeting of March 26, 2010. |
| 04/13/10 | JYS | 0.25 | Confer with Lon Jenkins about committee conference call. |
| 04/20/10 | JYS | 1.00 | Interview potential financial advisory firm (Vici Partners). |
| 04/22/10 | JYS | 1.00 | Participate in Committee conference call. |
| 04/29/10 | JYS | 0.40 | Telephone conference with Robert Moon of Vici Partners; confer with Lon Jenkins. |
| 04/01/10 | LAJ | 0.20 | Email to Committee re status report. |
| 04/06/10 | LAJ | 0.20 | Email to C. Elliott re status of discussion with Debtor. |
| 04/06/10 | LAJ | 0.40 | Read ECF pleadings. |
| 04/12/10 | LAJ | 0.80 | Draft minutes from 3/26/10 meeting; send to Committee. |
| 04/12/10 | LAJ | 0.20 | Draft agenda for 4/13/10 meeting; send to Committee. |
| 04/13/10 | LAJ | 0.20 | Prepare for Committee meeting. |
| 04/13/10 | LAJ | 1.30 | Conduct Committee meeting. |
| 04/13/10 | LAJ | 1.20 | Analyze, research case, plan strategies in view of case developments and Committee direction. |
| 04/14/10 | LAJ | 0.90 | Revise, edit, reallocate time from March invoice. |
| 04/14/10 | LAJ | 0.40 | Review, analyze projected cash flows provided by Debtor. |
| 04/15/10 | LAJ | 0.20 | Conference with R. Huot - delivery of appraisal to Committee members. |
| 04/16/10 | LAJ | 0.70 | Review Debtor's filings, orders. |
| 04/19/10 | LAJ | 0.20 | Telephone conference exchange with B. Goodrich re next Committee meeting. |
| 04/19/10 | LAJ | 0.40 | Review MOR. |
| 04/19/10 | LAJ | 0.30 | Email to Committee re developments, status, deadlines. |
| 04/21/10 | LAJ | 0.20 | Read ECF notifications. |
| 04/21/10 | LAJ | 0.90 | Draft Minutes of 4/13/10 meeting. |
| 04/21/10 | LAJ | 0.20 | Drafat Agenda for 4/22/10 meeting. |
| 04/21/10 | LAJ | 0.30 | Email exchanges with S. Brown, C. Elliott re strategy. |
| 04/22/10 | LAJ | 1.40 | Attend, conduct Committee meeting. |
| 04/22/10 | LAJ | 0.20 | Telephone conference with M. Thompson re discussion of meeting with Committee. |
| 04/22/10 | LAJ | 0.40 | Work on arrangements for Committee meeting with Jacobsen; emails with Elliot, Goodrich, and Johnson. |
| 04/22/10 | LAJ | 0.60 | Compare, reconcile Debtor's cash projections and MOR. |
| 04/22/10 | LAJ | 0.20 | Conference with Jeff Shields re advisor/consultant for Committee. |
| 04/23/10 | LAJ | 0.30 | Telephone conference with R. Havel re Debtor's cash position. |
| 04/23/10 | LAJ | 0.50 | Review financials (MOE) and conference with Rebecca Huot re delivery to Members. |
| 04/23/10 | LAJ | 0.20 | Email exchange with T. Shaner re schedule for meeting with Jacobsen. |
| 04/26/10 | LAJ | 0.20 | Emails re 5/4/10 meeting. |
| 04/26/10 | LAJ | 0.80 | Review MOR for communications with Committee. |
| 04/28/10 | LAJ | 0.20 | Emails with Committee re meeting on May 4. |
| 04/29/10 | LAJ | 0.20 | Conference with Jeff Shields, consultant for Committee; employment issues. |
| 04/02/10 | RAH | 0.40 | Print newly filed documents; analyze docket for deadlines; calendar same. |
| 04/07/10 | RAH | 0.10 | Print newly filed documents; analyze for significant dates. |
| 04/08/10 | RAH | 0.20 | Print most recent court filings; analyze for deadlines. |
| 04/12/10 | RAH | 0.20 | Review docket; print most recent filings; analyze for deadlines; calendar same. |
| 04/13/10 | RAH | 0.20 | Review docket; print most recent filings; analyze for deadlines; calendar same. |

22414.0003                                                                    May 20, 2010
Case Administration                                                           Invoice No.:1489980

## Fee Detail

| Date | Atty | Hours | Description |
|------|------|-------|-------------|
| 04/13/10 | RAH | 0.30 | Organize and update pleadings. |
| 04/14/10 | RAH | 0.20 | Review docket; print most recent filings; analyze for deadlines; calendar same. |
| 04/15/10 | RAH | 0.20 | Print newly filed documents; analyze for significant dates; calendar same. |
| 04/16/10 | RAH | 0.30 | Print newly filed documents; analyze for significant dates. |
| 04/19/10 | RAH | 0.20 | Print newly filed documents; analyze for significant dates; calendar same. |
| 04/20/10 | RAH | 0.20 | Print newly filed documents; analyze for significant dates; calendar same. |
| 04/20/10 | RAH | 0.20 | Print newly filed documents; analyze for significant dates; calendar same. |
| 04/21/10 | RAH | 0.20 | Print newly filed documents; analyze for significant dates. |
| 04/26/10 | RAH | 0.20 | Print newly filed documents; analyze for significant dates; calendar same. |
| 04/28/10 | RAH | 0.20 | Print newly filed documents; analyze for significant dates; calendar objection deadlines. |
| 04/30/10 | RAH | 0.10 | Print newly filed documents; analyze for significant dates; calendar same. |

**Total Hours**          **20.65**

## Fee Summary

| Attorney | Rate | Hours | Amount |
|----------|------|-------|--------|
| Shields, Jeffery | $ 360.00 | 2.85 | $ 1,026.00 |
| Jenkins, Lon A | 320.00 | 14.40 | 4,608.00 |
| Huot, Rebecca A | 110.00 | 3.40 | 374.00 |
| **Total Hours and Fees:** | | **20.65** | **$ 6,008.00** |

## Expenses

| Date | Description | Amount |
|------|-------------|--------|
| | Long Distance Telephone Charges | 28.94 |
| **Disbursements Total** | | **$ 28.94** |

JONES, WALDO, HOLBROOK & McDONOUGH
A Professional Corporation

ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe                    May 20, 2010
,                                                           Invoice: 1489981


22414.0004
Claims Administration & Objections


**STATEMENT OF ACCOUNT**

**Prior Activity**

| | |
|---|---|
| Previous Balance Due as of April 15, 2010 | $ 1,632.00 |
| **Total Past Due Balance** (If payment has been sent, disregard this balance) | **$ 1,632.00** |

**Current Activity**

| | |
|---|---|
| Current Fees | 640.00 |
| Current Expenses | 0.00 |
| **Total Current Balance Due for Invoice 1489981** | **$ 640.00** |

| | |
|---|---|
| **Total Due** (For Past Due Activity and Current Activity) | **$ 2,272.00** |

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIN THIRTY (30) DAYS OF INVOICE DATE

WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

22414.0004
Claims Administration & Objections

May 20, 2010
Invoice No.:1489981

Fee for legal services rendered in caption from date of last bill to and including April 30, 2010.

### Fee Detail

| Date | Atty | Hours | Description |
|------|------|-------|-------------|
| 04/09/10 | LAJ | 0.80 | Analyze possible claim objections. |
| 04/09/10 | LAJ | 0.50 | Read Gateway response to claim objection. |
| 04/23/10 | LAJ | 0.40 | Review claims list re determination of insider claim. |
| 04/27/10 | LAJ | 0.20 | Telephone conference with K. Cannon re hearing today on objection to claims. |
| 04/28/10 | LAJ | 0.10 | Telephone conference with K. Cannon re continued claim objection hearing. |

**Total Hours**          **2.00**

### Fee Summary

| Attorney | Rate | Hours | Amount |
|----------|------|-------|--------|
| Jenkins, Lon A | $ 320.00 | 2.00 | $ 640.00 |
| **Total Hours and Fees:** | | **2.00** | **$ 640.00** |

## JONES, WALDO, HOLBROOK & McDONOUGH
A Professional Corporation

ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe

,

May 20, 2010
Invoice:  1489982

22414.0005
Fee / Employment Applicants

### STATEMENT OF ACCOUNT

**Prior Activity**

| | |
|---|---:|
| Previous Balance Due as of April 15, 2010 | $ 10,567.00 |
| **Total Past Due Balance** (If payment has been sent, disregard this balance) | **$ 10,567.00** |

**Current Activity**

| | |
|---|---:|
| Current Fees | 1,528.00 |
| Current Expenses | 20.85 |
| **Total Current Balance Due for Invoice 1489982** | **$ 1,548.85** |

| | |
|---|---:|
| **Total Due** (For Past Due Activity and Current Activity) | **$ 12,115.85** |

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

22414.0005                                                                      May 20, 2010
Fee / Employment Applicants                                          Invoice No.:1489982

Fee for legal services rendered in caption from date of last bill to and including April 30, 2010.

## Fee Detail

| Date | Atty | Hours | Description |
|------|------|-------|-------------|
| 04/01/10 | LAJ | 0.20 | Orders on fee applications. |
| 04/12/10 | LAJ | 0.60 | Read, review fee requests. |
| 04/13/10 | LAJ | 0.30 | Review Wrona, Gordon fee requests. |
| 04/20/10 | LAJ | 1.10 | Review, edit 5th fee submission of Jones Waldo. |
| 04/22/10 | LAJ | 0.30 | Review West LB fee submission. |
| 04/26/10 | LAJ | 0.40 | Final invoice review and prepare 5th fee submission. |
| 04/27/10 | LAJ | 0.60 | Draft, revise, finalize for filing Jones Waldo 5th fee submission. |
| 04/27/10 | LAJ | 0.30 | Review DJP fees. |
| 04/28/10 | LAJ | 0.20 | Conference with Rebecca Huot re service of 5th fee request. |
| 04/30/10 | LAJ | 0.50 | Read fee submissions, correspondence exchange. |
| 04/27/10 | RAH | 0.80 | Scan and file Jones Waldo's Fifth Fee Request with the court; serve via email and mail. |

**Total Hours**          **5.30**

## Fee Summary

| Attorney | Rate | Hours | Amount |
|----------|------|-------|--------|
| Jenkins, Lon A | $ 320.00 | 4.50 | $ 1,440.00 |
| Huot, Rebecca A | 110.00 | 0.80 | 88.00 |
| **Total Hours and Fees:** | | **5.30** | **$ 1,528.00** |

## Expenses

| Date | Description | Amount |
|------|-------------|--------|
| | Postage | 20.85 |
| **Disbursements Total** | | **$ 20.85** |

## JONES, WALDO, HOLBROOK & McDONOUGH
### A Professional Corporation

### ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe                    May 20, 2010
,                                                           Invoice: 1489983

22414.0006
Fee / Employment Objections

### STATEMENT OF ACCOUNT

**Prior Activity**

Previous Balance Due as of April 15, 2010                          $ 5,386.00

**Total Past Due Balance** (If payment has been sent, disregard this balance)   **$ 5,386.00**


**Current Activity**

Current Fees                                                           128.00

Current Expenses                                                         0.00

**Total Current Balance Due for Invoice 1489983**                      **$ 128.00**


**Total Due** (For Past Due Activity and Current Activity)             **$ 5,514.00**

22414.0006
Fee / Employment Objections

May 20, 2010
Invoice No.:1489983

Fee for legal services rendered in caption from date of last bill to and including April 30, 2010.

## Fee Detail

| Date | Atty | Hours | Description |
|------|------|-------|-------------|
| 04/26/10 | LAJ | 0.40 | Read objections to Wrona and Gordon fee requests. |

**Total Hours**   **0.40**

## Fee Summary

| Attorney | Rate | Hours | Amount |
|----------|------|-------|--------|
| Jenkins, Lon A | $ 320.00 | 0.40 | $ 128.00 |
| **Total Hours and Fees:** | | **0.40** | **$ 128.00** |

# JONES, WALDO, HOLBROOK & MCDONOUGH
### A Professional Corporation

## ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe

,

May 20, 2010
Invoice: 1489986

22414.0007
Financing / Cash Collateral

## STATEMENT OF ACCOUNT

**Prior Activity**

| | | |
|---|---|---:|
| Previous Balance Due as of February 24, 2010 | | $ 6,977.00 |
| 04/14/10 | Cash Receipt | -4,861.73 |
| **Total Past Due Balance** (If payment has been sent, disregard this balance) | | **$ 2,115.27** |

**Current Activity**

| | |
|---|---:|
| Current Fees | 544.00 |
| Current Expenses | 0.00 |
| **Total Current Balance Due for Invoice 1489986** | **$ 544.00** |

| | |
|---|---:|
| **Total Due** (For Past Due Activity and Current Activity) | **$ 2,659.27** |

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

22414.0007
Financing / Cash Collateral

May 20, 2010
Invoice No.:1489986

Fee for legal services rendered in caption from date of last bill to and including April 30, 2010.

| | | | Fee Detail | |
| --- | --- | --- | --- | --- |
| **Date** | **Atty** | **Hours** | **Description** | |
| 04/21/10 | LAJ | 0.60 | Read correspondence from R. Havel re Debtor's cash flow and review projections in view of questions raised. | |
| 04/23/10 | LAJ | 0.20 | Email exchange with Elliott, Johnson re scheduling Jacobsen meeting. | |
| 04/30/10 | LAJ | 0.90 | Read Stipulation re Cash Collateral; analyze in view of Committee's concerns; email exchange with M. Johnson re Jacobsen's position. | |
| **Total Hours** | | **1.70** | | |

| | Fee Summary | | |
| --- | --- | --- | --- |
| **Attorney** | **Rate** | **Hours** | **Amount** |
| Jenkins, Lon A | $ 320.00 | 1.70 | $ 544.00 |
| **Total Hours and Fees:** | | **1.70** | **$ 544.00** |

## JONES, WALDO, HOLBROOK & MCDONOUGH
### A Professional Corporation

### ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe

,

May 20, 2010
Invoice: 1489984

22414.0009
Plan & Disclosure Statement

### STATEMENT OF ACCOUNT

**Prior Activity**

| | |
|---|---|
| Previous Balance Due as of April 15, 2010 | $ 29,024.64 |
| **Total Past Due Balance** (If payment has been sent, disregard this balance) | **$ 29,024.64** |

**Current Activity**

| | |
|---|---|
| Current Fees | 5,860.00 |
| Current Expenses | 28.98 |
| **Total Current Balance Due for Invoice 1489984** | **$ 5,888.98** |

| | |
|---|---|
| **Total Due** (For Past Due Activity and Current Activity) | **$ 34,913.62** |

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

22414.0009
Plan & Disclosure Statement

May 20, 2010
Invoice No.:1489984

Fee for legal services rendered in caption from date of last bill to and including April 30, 2010.

| Fee Detail | | | |
|---|---|---|---|
| **Date** | **Atty** | **Hours** | **Description** |
| 04/15/10 | JYS | 0.30 | Review several inbound pleadings including motions to extend confirmation dates and related items. |
| 04/21/10 | JYS | 1.25 | Meeting with counsel for Jacobsen Construction (with Lon Jenkins). |
| 04/02/10 | LAJ | 0.40 | Telephone conference with R. Havel re plan discussions. |
| 04/02/10 | LAJ | 1.90 | Evaluate plan alternatives. |
| 04/07/10 | LAJ | 0.40 | Review notice/motion re new appraisal value. |
| 04/07/10 | LAJ | 0.90 | Analyze plan absolute priority issues; payments to Mezzanine Escrow and Unsecured Creditors. |
| 04/08/10 | LAJ | 0.40 | Analyze plan concerning likely change of funder, timing. |
| 04/09/10 | LAJ | 0.80 | Analyze options re Debtor's financing; plan formulation. |
| 04/13/10 | LAJ | 0.20 | Telephone conference with A. Jarvis - email exchange re conference call. |
| 04/13/10 | LAJ | 0.20 | Email exchange with S. Brown re Jacobsen. |
| 04/13/10 | LAJ | 0.30 | Telephone conference with D. Payne re discussion of status of Debtor's plan. |
| 04/14/10 | LAJ | 0.50 | Read pleadings for today's hearings. |
| 04/14/10 | LAJ | 0.30 | Read Gunther objection to confirmation. |
| 04/14/10 | LAJ | 1.30 | To court, attend hearings on (1) valuing Debtor's property; (2) claim objections; (3) continuance of confirmation hearings; return from court. |
| 04/14/10 | LAJ | 0.60 | Review revised appraisal distributed at today's hearing. |
| 04/15/10 | LAJ | 1.20 | Read appraisal and new addendum of Debtor's properties. |
| 04/15/10 | LAJ | 0.30 | Telephone conference with A. Jarvis, R. Havel re reorganization issues. |
| 04/15/10 | LAJ | 0.30 | Telephone conference with K. Cannon re Debtor's projected cash flows. |
| 04/15/10 | LAJ | 0.20 | Review order re continued confirmation hearings; email to Committee. |
| 04/15/10 | LAJ | 0.30 | Email exchange with S. Brown, C. Elliott re plan, reorganization strategies. |
| 04/16/10 | LAJ | 0.20 | Review, endorse order on continuance of confirmation dates. |
| 04/16/10 | LAJ | 0.60 | Outline possible creditor strategies. |
| 04/16/10 | LAJ | 0.20 | Telephone conference with M. Johnson re meeting to discuss joint interests; developments. |
| 04/19/10 | LAJ | 0.20 | Emails with M. Johnson re joint creditor strategy. |
| 04/20/10 | LAJ | 0.30 | Telephone conference with R. Havel re discussion of plan, Debtor's cash. |
| 04/20/10 | LAJ | 0.30 | Review West LB questions to Debtor re cash projections. |
| 04/21/10 | LAJ | 0.30 | Read filed objections to confirmation (equity holders). |
| 04/21/10 | LAJ | 0.30 | Telephone conference with M. Blumenthal re updates, development on plan funder issues. |
| 04/21/10 | LAJ | 0.40 | Review Jacobsen, Unsecured Plan provisions to prepare for meeting. |
| 04/21/10 | LAJ | 1.50 | To Ray Quinney & Nebeker; meet with M. Johnson, Jeff Shields re status of case; joint creditor strategies; plan formulation. |
| 04/23/10 | LAJ | 0.40 | Telephone conference with S. Brown re issues related to plan funder, plan formulation. |
| 04/23/10 | LAJ | 0.40 | Review motion to extend exclusive period. |
| 04/29/10 | LAJ | 0.90 | Read, analyze B. Goodrich email re plan structure; evaluate, analyze same. |
| 04/15/10 | RAH | 0.20 | Copy and mail appraisal documents to Robert Goodrich. |

**Total Hours**      **18.25**

22414.0009                                                                                          May 20, 2010
Plan & Disclosure Statement                                                          Invoice No.:1489984

## Fee Summary

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Shields, Jeffery | $ 360.00 | 1.55 | $ 558.00 |
| Jenkins, Lon A | 320.00 | 16.50 | 5,280.00 |
| Huot, Rebecca A | 110.00 | 0.20 | 22.00 |
| **Total Hours and Fees:** | | **18.25** | **$ 5,860.00** |

## Expenses

| Date | Description | Amount |
|---|---|---|
| | Long Distance Telephone Charges | 28.98 |
| **Disbursements Total** | | **$ 28.98** |

### JONES, WALDO, HOLBROOK & MCDONOUGH
A Professional Corporation

### ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe                  May 20, 2010
,                                                          Invoice: 1489985

22414.0012
WestLB Litigation

### STATEMENT OF ACCOUNT

**Prior Activity**

| | |
|---|---:|
| Previous Balance Due as of April 15, 2010 | $ 11,428.00 |
| **Total Past Due Balance** (If payment has been sent, disregard this balance) | **$ 11,428.00** |

**Current Activity**

| | |
|---|---:|
| Current Fees | 192.00 |
| Current Expenses | 0.00 |
| **Total Current Balance Due for Invoice 1489985** | **$ 192.00** |

| | |
|---|---:|
| **Total Due** (For Past Due Activity and Current Activity) | **$ 11,620.00** |

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

22414.0012
WestLB Litigation

May 20, 2010
Invoice No.:1489985

Fee for legal services rendered in caption from date of last bill to and including April 30, 2010.

## Fee Detail

| Date | Atty | Hours | Description |
|------|------|-------|-------------|
| 04/01/10 | LAJ | 0.20 | Telephone conference with R. Havel re lawsuit. |
| 04/08/10 | LAJ | 0.20 | Email exchange with P. Hunt re West LB answer. |
| 04/22/10 | LAJ | 0.20 | Email exchanges with R. Havel re extension in litigation. |

**Total Hours**    **0.60**

## Fee Summary

| Attorney | Rate | Hours | Amount |
|----------|------|-------|--------|
| Jenkins, Lon A | $ 320.00 | 0.60 | $ 192.00 |
| **Total Hours and Fees:** | | **0.60** | **$ 192.00** |