Kenneth L. Cannon II (kcannon@djplaw.com) (3705)
Steven J. McCardell (smccardell@djplaw.com) (2144)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT  84110-4050
Telephone:  (801) 415-3000/Fax:  (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com) (admitted pro hac vice)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY  10022
Telephone:  (212) 223-4000/Fax:  (212) 223-4134

Counsel for Debtors and Debtors in Possession

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: | |
| | |
| EASY STREET HOLDING, LLC, *et al.*, | Bankruptcy Case No. 09-29905 |
| | Jointly Administered with Cases |
| Debtors. | 09-29907 and 09-29908 |
| | |
| Address:  201 Heber Avenue | Chapter 11 |
| Park City, UT 84060 | |
| | Honorable R. Kimball Mosier |
| Tax ID Numbers: | |
| 35-2183713 (Easy Street Holding, LLC), | |
| 20-4502979 (Easy Street Partners, LLC), and | **[FILED ELECTRONICALLY]** |
| 84-1685764 (Easy Street Mezzanine, LLC) | |

## SECOND APPLICATION OF DURHAM JONES & PINEGAR FOR
## INTERIM COMPENSATION AND REIMBURSEMENT PURSUANT TO
## 11 U.S.C. §§ 330 AND 331 AS ATTORNEYS FOR THE DEBTORS IN POSSESSION
## FOR THE PERIOD JANUARY 1, 2010 THROUGH APRIL 30, 2010

Durham Jones & Pinegar ("DJP"), co-counsel for Easy Street Partners, LLC ("Partners"), Easy Street Mezzanine, LLC ("Mezzanine"), and Easy Street Holding, LLC ("Holding") (together, Partners, Mezzanine, and Holding will be referred to as the "Debtors"), pursuant to 11 U.S.C. §§ 330 and 331, Federal Rule of Bankruptcy Procedure 2016, and the Fee Guidelines of the United States Trustee, hereby submits its first application (the "Application") for allowance and payment of interim compensation and reimbursement in the total amount of $135,964.32, which includes (1) interim compensation in the amount of $121,554.50 for professional services rendered and (2) interim reimbursement in the amount of $14,409.82 for expenses incurred, for the period January 1, 2010, through April 30, 2010 (the "Application Period").

I.    INTRODUCTION

    A.    <u>Case Background</u>

        1.    The Debtors commenced these jointly-administered cases under Chapter 11 of the United States Bankruptcy Code by filing voluntary petitions on September 14, 2009 (the "Petition Date").  Each is operating its business as a debtor in possession pursuant to 11 U.S.C. §§ 1107 and 1108.

        2.    Partners is a limited liability company that owns and operates the Sky Lodge, a luxury boutique hotel in Park City, Utah, and related restaurants and businesses. Mezzanine owns 100% of the equity of Partners and Holding owns 100% of Mezzanine.

        3.    The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2

     B.    <u>Employment of DJP</u>

     1.    On October 23, 2009, the Court entered its Order Approving the Debtors'

Employment of Durham Jones & Pinegar as Co-Counsel, effective as of September 14, 2009.

     2.    As DJP disclosed in the Declaration of Kenneth L. Cannon II Pursuant to

11 U.S.C. § 329(a) and Fed. R. Bankr. P. 2014(a) and 2016(a) in Support of Debtors'

Application to Employ Durham Jones & Pinegar as Its Counsel dated April 23, 2009, DJP

prepetition received a retainer for postpetition services in the amount of $25,177.50 (the

"Retainer"), which was left from retainers totalling $50,000 prepetition funded $25,000 by

William Shoaf and $25,000 by the Diane Jordan-Smith Trust, a trust associated with Philo

Smith.  Mssrs. Shoaf and Smith are co-managers of the Debtors.

     3.    All services performed and expenses incurred for which compensation or

reimbursement is sought were performed or incurred for and on behalf of the Debtors' estates

and not for any other person or entity.

     4.    DJP has not shared or agreed to share compensation or reimbursement

awarded in this case with any other person except as among the members and employees of the

firm.

     5.    DJP has not made any agreements with the Debtors or others for

compensation or reimbursement relating to this case which have not been disclosed to the Court.

     C.    <u>Successful Steps Taken Toward Reorganization</u>.  The Debtors have continued to

work aggressively toward reorganization.  During the period covered by this Application,

Partners has continued effectively operating its businesses, beating projections every month, has

filed a plan of reorganization and disclosure statement, has served a solicitation package

3

consisting of the plan, the approved disclosure statement, and a ballot on creditors, has

negotiated agreed treatment of its contractor, Jacobsen National Group, Inc., has negotiated

treatment of unsecured claims (and holders of unsecured claims have voted overwhelmingly for

the plan), and has sought an acceptable plan funder and negotiated a funding agreement with

several different potential funders.  The Debtors' adversary proceeding against BayNorth, the

mezzanine lender, has proceeded and is in discovery.  Partners has successfully objected to

certain claims and has obtained resolution of other claims.  DJP has worked closely with Crowell

& Moring, its co-counsel, representing the Debtors in all aspects of their cases.

      D.    <u>Interim Fee Procedures</u>.  On December 14, 2009, the Bankruptcy Court entered its

Order Approving Motion and Establishing Monthly Fee and Expense Reimbursement

Procedures (the "Interim Fee Procedures Order").  Pursuant to the Interim Fee Procedures Order,

professionals representing the Debtors' estates may file and serve monthly fee requests.  In

general terms, subject to amounts available for payment to estate professionals, those

professionals requesting monthly payment of fees and expenses may be paid 100% of out-of-

pocket expenses and up to 80% of fees on a monthly basis.

II.    PRIOR APPLICATIONS FOR COMPENSATION AND REIMBURSEMENT AND
      REQUESTS FOR MONTHLY PAYMENTS UNDER THE INTERIM FEE
      PROCEDURES ORDER

      A.    <u>DJP's First Application for Compensation and Reimbursement</u>

      1.    DJP's first interim application for compensation and reimbursement (the

"First Application") was filed on January 29, 2010 and covered the period from September 14,

2009 through December 1, 2010.  The First Application sought approval of $176,262.19, which

4

includes $171,675.00 for professional services rendered and $4,587.19 in expenses incurred in connection with those services.

2.      On March 29, 2010, the Court entered an order approving the amount of fees and expenses requested in the First Application, authorizing DJP to apply the prepetition retainer, and authorizing the Debtors to pay allowed fees in their discretion as they could.  DJP has been paid $142,538.65 in allowed fees and expenses for the period from September 14, 2009 through December 31, 2009.

B.      Payments Received by DJP Pursuant to the Interim Fee Procedures Since First Interim Fee Application.  DJP has filed and served four interim requests for payment of fees and expenses pursuant to the Interim Fee Procedures Order for periods after the period covered by the First Application.  For the period January 1, 2010 through February 28, 2010, DJP has made fee requests totalling $80,021.35 and been paid $37,696.58.  On April 27, 2010, DJP filed its Fifth Interim Request for Payment of Fees and Expenses, in which its total fees and expenses for the month of March 2010 is $27,850.70.[*]  On May 19, 2010, DJP filed its Sixth Interim Request for Payment of Fees and Expenses, in which its total fees and expenses for the month of April 2010 is $28,092.27.  At 100% of expenses and 80% of fees, DJP could be paid up to $56,439.22 on account of its Fifth and Sixth Interim Requests for Payment.  Payments received by DJP pursuant to the Interim Fee Procedure Order for the period January 1, 2010 through April 30,

---

[*] This is a corrected amount.

2010 will be applied against fees and expenses allowed by the Court on account of this

Application.

## III.    THE PRESENT APPLICATION

### A.    Billing Methodology

1.    In this Application, DJP is requesting compensation for services provided

and reimbursement of expenses incurred during the Application Period, January 1, 2010 through

April 30, 2010.  A summary of fees and expenses requested, as required by the Fee Guidelines of

the United States Trustee, is attached hereto as Exhibit 1.  A summary of the expenses incurred,

broken down by project category and by type of expense, is included below.

2.    DJP's services in this case are billed on an hourly-rate basis, consistent

with DJP's customary charges for comparably skilled and experienced practitioners in other

bankruptcy and non-bankruptcy cases.

3.    In rendering services and incurring expenses on behalf of the estate, DJP

makes reasonable efforts to use the most economical means and methods that are available and

appropriate under the circumstances.

4.    The education and experience of the DJP attorneys providing service on

behalf of the Examiner during the Application Period are detailed in the professional resumes

attached as Exhibit 2.

5.    Given the education, experience, and expertise of the DJP attorneys

rendering services in this case, the rates charged are reasonable, and are the same as or lower

than rates DJP typically charges to clients for similar services.

6

B.     Services Performed on Behalf of the Estate

1.     During the Application Period, DJP rendered services to the estate for which it seeks compensation in the total amount of $121,554.50.  Such services are detailed in the invoices broken down by project category which are attached hereto as Exhibit 3.

2.     DJP has categorized the time spent performing services for the estate into the following project categories (DJP has performed no services in certain categories).

| DJP Matter No. | Matter Name |
|---|---|
| 00001 | Asset Analysis and Investigation |
| 00004 | Claims Administration |
| 00005 | Employment and Fee Applications - DJP |
| 00006 | Employment and Fee Applications - Other |
| 00008 | Plan and Disclosure Statement |
| 00009 | Miscellaneous Contested Matters |
| 00010 | Case Management |
| 00011 | Cash Collateral/DIP Lending |
| 00012 | BayNorth Litigation |

3.     The totals of the fees sought in this Application for services in the various project categories are as follows:

| Matter No. | Matter Name | Amount |
|---|---|---|
| 00001 | Asset Analysis and Investigation | $875.00 |
| 00004 | Claims Administration | $11,814.00 |
| 00005 | Employment/Fee Applications – DJP | $6,564.00 |
| 00006 | Employment/Fee Applications – Other | $5,915.00 |
| 00008 | Plan and Disclosure Statement | $71,588.50 |
| 00009 | Miscellaneous Contested Matters | $10,709.50 |
| 00010 | Case Administration | $2,942.00 |
| 00011 | Cash Collateral | $9,100.00 |
| 00012 | BayNorth Litigation | $2,046.50 |
|  | TOTAL: | $121,554.50 |

7

C.       Summary of Services in Each Project Category

A summary of the nature of each project category, a table indicating the names, billing rates, hours spent, and total amounts billed during the Application Period as to each DJP professional and paraprofessional in each project category, and a synopsis of the work performed during the Application Period in each project category, is provided in separate paragraphs below. A detailed description of the services rendered in each project category is set forth in the billing reports attached hereto as Exhibit 3.

1.       Asset Analysis and Investigation (matter 00001)

a.       This project category is for services relating to measures to address issues related to the assets of the Debtors, including security interests therein.

b.       During the Application Period, the following DJP professional provided services to the estate in this project category:

| NAME (INITIALS) | TITLE/OFFICE | HOURLY RATE | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|---|
| Kenneth L. Cannon II (KLC) | Shareholder | $350 | .20 | $70.00 |
| Steven J. McCardell (SJM) | Shareholder | $350 | 2.30 | $805.00 |
| TOTAL HOURS | | | 2.50 | $875.00 |

c.       During the Application Period, services in this category included analysis and investigation of value of Partners' assets.

2.       Claims Administration (matter 00004)

a.       This project category is for time spent for services related to addressing claims issues in the Debtor's case.

8

b.      During the Application Period, the following DJP professional

provided services to the estate in this project category:

| NAME (INITIALS) | TITLE/OFFICE | HOURLY RATE | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|---|
| Kenneth L. Cannon II (KLC) | Shareholder | $350 | 25.20 | $8,820.00 |
| Steven J. McCardell (SJM) | Shareholder | $350 | 7.30 | $2,555.00 |
| Michael F. Thomson (MFT) | Shareholder | $260 | 0.20 | $52.00 |
| Jessica G. Peterson (JGP) | Associate | $190 | 0.90 | $171.00 |
| Helen Doherty (HDO) | Paralegal | $135 | 0.40 | $54.00 |
| Kathryn K. Shelton | Paralegal | $135 | 1.20 | 162.00 |
| TOTAL HOURS | | | 35.20 | $11,814.00 |

c.      Services rendered in this project category during the Application

Period included addressing claims of various parties, vendor claims including Sysco, potential

liens filed related to claims, preparing and prosecuting objections to claims, apprising the

Debtors of claims as filed, and conferences with representatives of the Debtors and with co-

counsel and special counsel.

3.      DJP Fee and Employment Applications (matter 00005)

a.      This project category is for time spent drafting and filing the

Debtors' application to employ DJP and interim fee requests authorized by the court.

b.      During the Application Period, the following DJP professional

provided services to the estate in this project category:

| NAME (INITIALS) | TITLE/OFFICE | HOURLY RATE | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|---|
| Kenneth L. Cannon II (KLC) | Shareholder | $350 | 18.60 | $6,510.00 |
| Angie W. Stettler (AWS) | Paralegal | $135 | 0.40 | $54.00 |
| TOTAL HOURS | | | 19.00 | $6,564.00 |

c.      Services rendered in this project category during the Application

Period included preparing DJP's first interim fee application and appearing in court regarding

9

the same, preparing monthly interim fee requests, addressing objections that were filed to the interim fee requests, preparing a proposed order approving the fees and expenses allowed by the Court in the first interim fee application, and consulting with the Debtors regarding fees.

    4.    <u>Employment and Fee Applications Other than DJP (matter 00006)</u>

    a.    This project category is for services in assisting non-bankruptcy professionals and non-resident bankruptcy professionals in preparing employment applications for approval by the Court and fee requests and fee applications.

    b.    During the Application Period, the following DJP professionals provided services to the estate in this project category:

| NAME (INITIALS) | TITLE/OFFICE | HOURLY RATE | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|---|
| Kenneth L. Cannon II (KLC) | Shareholder | $350 | 16.90 | $5,915.00 |
| TOTAL HOURS | | | 16.90 | $5,915.00 |

    c.    During the Application Period, services in this category included assisting non-bankruptcy professionals and out-of-state bankruptcy professionals with interim fee applications and monthly interim fee requests, scheduling hearing on fee applications, preparing notice of hearing for fee applications, and consulting with other professionals and the Debtors regarding these matters.

    5.    <u>Plan and Disclosure Statement (matter 00008)</u>

    a.    This project category is for services relating to the plan of reorganization and disclosure statement.

    b.    During the Application Period, the following DJP professionals provided services to the estate in this project category:

10

| NAME (INITIALS) | TITLE/OFFICE | HOURLY RATE | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|---|
| Kenneth L. Cannon II (KLC) | Shareholder | $350 | 178.90 | $62,615.00 |
| Steven J. McCardell (SJM) | Shareholder | $350 | 12.20 | $4,270.00 |
| Mark L. Astling (MLA) | Associate | $245 | 18.50 | $4,532.50 |
| Jessica G. Peterson (JGP) | Associate | $190 | 0.90 | $171.00 |
| TOTAL HOURS | | | 210.50 | $71,588.50 |

c.      During the Application Period, services in this category included discussions with the Debtors and with co-counsel regarding plan issues, reviewing Partners' business plan, meeting with the unsecured creditors committee and other creditors such as Jacobsen National Group, Inc. regarding business and reorganization plan issues, addressing issues related to homeowners' interests, consultations with counsel for parties in interest regarding plan and disclosure statement issues, reviewing and providing comments on the proposed plan term sheet, reviewing and revising drafts of the plan and disclosure statement, drafting portions of the disclosure statement, addressing issues with plan funder, review and amendment of plan and disclosure statement as filed, preparing motions and notices regarding disclosure statement and plan hearings, drafting orders approving disclosure statement, drafting motions and orders on continuances of the confirmation proceedings, preparation of solicitation packages, consultations with co-counsel and consultants regarding disclosure statement and plan issues, preparing and attending hearing on extensions of the exclusive periods, addressing valuation issues and matters associated therewith, and consultations with the Debtors regarding these matters.

6.      <u>Miscellaneous Contested Matters (matter 00009)</u>

a.      This project category is for services involving contested matters and adversary proceedings not addressed elsewhere.

SLC_608151.1

b.      During the Application Period, the following DJP professionals

provided services to the estate in this project category:

| NAME (INITIALS) | TITLE/OFFICE | HOURLY RATE | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|---|
| Kenneth L. Cannon II (KLC) | Shareholder | $350 | 9.60 | $3,360.00 |
| Steven J. McCardell (SJM) | Shareholder | $350 | 6.40 | $2,240.00 |
| R. Stephen Marshall (RSM) | Shareholder | $325 | 0.20 | $65.00 |
| Jessica G. Peterson (JGP) | Associate | $190 | 22.50 | $4,275.00 |
| Helen Doherty (HDO) | Paralegal | $135 | 5.70 | $769.50 |
| TOTAL HOURS | | | 49.90 | $10,709.50 |

c.      During the Application Period, services in this category included

addressing claims made by secured creditors, reviewing and addressing discovery propounded

by secured creditors, addressing confidentiality agreement issues, preparing discovery requests,

and consultation with co-counsel and the Debtors regarding same.

7.      <u>Case Administration (matter 00010)</u>

a.      This project category is for services relating to measures involving

general matters in the Debtors' cases.

b.      During the Application Period, the following DJP professional

provided services to the estate in this project category:

| NAME (INITIALS) | TITLE/OFFICE | HOURLY RATE | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|---|
| Kenneth L. Cannon II (KLC) | Shareholder | $350 | 4.70 | $1,645.00 |
| Steven J. McCardell (SJM) | Shareholder | $350 | 1.10 | $385.00 |
| Jessica G. Peterson (JGP) | Associate | $190 | 4.80 | $912.00 |
| TOTAL HOURS | | | 10.60 | $2,942.00 |

c.      During the Application Period, services in this category included

reviewing monthly financial reports, providing for attendance by co-counsel at hearings

12

telephonically, addressing tax issues, and meetings with the Debtors and co-counsel regarding of these matters.

        8.      <u>Cash Collateral</u>

        a.      This project category is for services relating to measures relating to obtaining financing for the Debtor and its operations.

        b.      During the Application Period, the following DJP professional provided services to the estate in this project category:

| NAME (INITIALS) | TITLE/OFFICE | HOURLY RATE | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|---|
| Kenneth L. Cannon II (KLC) | Shareholder | $350 | 25.60 | $8,960.00 |
| Steven J. McCardell (SJM) | Shareholder | $350 | 0.40 | $140.00 |
| TOTAL HOURS | | | 26.00 | $9,100.00 |

        c.      During the Application Period, services in this category included review of transfer requests from Partners to WestLB, AG ("WestLB") regarding use of cash collateral, addressing account issues, reviewing budgets, reviewing and participating in negotiation and drafting of extensions of cash collateral, and consultations with Partners and co-counsel regarding cash collateral issues.

        9.      <u>BayNorth Litigation</u>

        a.      This project category is for services relating to measures relating to litigation brought by the Debtors against BayNorth Realty Fund VI, L.P. ("BayNorth"), a secured creditor of Mezzanine and Holding.

        b.      During the Application Period, the following DJP professional provided services to the estate in this project category:

| NAME (INITIALS) | TITLE/OFFICE | HOURLY RATE | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|---|
| Kenneth L. Cannon II (KLC) | Shareholder | $350 | 4.60 | $1,610.00 |
| Steven J. McCardell (SJM) | Shareholder | $350 | 0.90 | $315.00 |
| Helen Doherty (HDO) | Paralegal | $135 | 0.90 | $121.50 |
| TOTAL HOURS | | | 6.40 | $2,046.50 |

   c.  During the Application Period, services in this category included

discovery issues arising in the BayNorth adversary proceeding and consulting with co-counsel

regarding issues arising in the adversary proceeding.

  D.  <u>Reimbursement of Expenses</u>

   1.  During the Application Period, DJP incurred actual and necessary

expenses in the total amount of $14,409.82 in connection with the professional services rendered

to the estates.  A summary showing the break-down of total expenses by project category and by

type of expense is set forth below:

| <u>Expense Breakdown by Project</u> | <u>Total</u> |
|---|---|
| Asset Analysis & Investigation | $168.79 |
| Claims Administration | $70.99 |
| Employ & Fee Apps. – Durham | $129.32 |
| Employ & Fee Apps. – Others | $421.50 |
| Plan and Disc. Statement | $12,939.32 |
| Misc. Contested Matters | $274.03 |
| Case Administration | $90.10 |
| Cash Collateral | $35.24 |
| BayNorth Litigation | $280.53 |
| TOTAL | $14,409.82 |

14

| Expense Breakdown by Type | Total |
|---|---|
| Legal Research | $136.34 |
| Meals | $139.22 |
| Messenger Service | $42.00 |
| Miscellaneous | $7.00 |
| Overnight Mail | $102.90 |
| Pacer | $317.52 |
| Postage | $3,087.42 |
| Process Server | $64.00 |
| Reproduction | $10,465.95 |
| Witness Fees | $47.47 |
| TOTAL | $14,409.82 |

Details of the expenses incurred in each project category are included in the invoices attached as

Exhibit 3 hereto.  DJP does not currently charge its clients for long-distance telephone charges.

The only telephone charges are for the actual expense of conference calls made through an

outside service.  Inside copy charges are $.15 per page.  Outside copy charges are for the actual

amount charged to DJP by outside services.  Computerized legal research is billed to clients at

the actual amount charged to DJP for such services.  DJP keeps in its files appropriate detail,

including receipts, invoices, reimbursement vouchers, and other supporting information

concerning the expenses incurred in this representation, and that information is available for

review upon request.

2.      The expenses incurred by DJP for which reimbursement in this

Application is sought are consistent with the U.S. Trustee Guidelines and the rules and orders

applicable in this case.

3.      DJP seeks to have its fees and expenses allowed in the full amount set

forth in this Application.

15

4.      DJP understands that fees and expenses allowed under this Application are interim in nature and the Court may order their disgorgement at any time prior to the entry of a final order approving DJP's final fee application or the end of the bankruptcy case, whichever is earlier.

5.      DJP has used its billing discretion and has, where appropriate, voluntarily reduced its fees and expenses consistent with the U.S. Trustee Guidelines and the prior practice of this Court.

WHEREFORE, DJP prays:

1.      That interim compensation and reimbursement be awarded to DJP in the total amount of $135,964.32 which includes $121,554.50 for professional services rendered and $14,409.82 for expenses incurred during the Application Period;

2.      That such amounts be allowed as priority administrative expenses of the estate in Chapter 11 pursuant to 11 U.S.C. §§ 503(b)(2) and 507(a)(1);

3.      That DJP retain amounts paid to it pursuant to the interim requests;

4.      That the Debtors be authorized, pursuant to 11 U.S.C. §§ 330 and 331, to pay such further allowed amounts from the estates as set forth herein.

16

DATED this 21st day of May, 2010.

DURHAM JONES & PINEGAR

By: /s/ Kenneth L. Cannon II
    Kenneth L. Cannon II
    Steven J. McCardell
    111 East Broadway, Suite 900
    Salt Lake City, UT 84111
    Telephone: (801) 415-3000
    Facsimile:  (801) 415-3500

Co-Counsel for the Debtors and Debtors
  in Possession

17

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 21st day of May, 2010, I caused to be served a copy of Second

Application of Durham Jones & Pinegar for Interim Compensation and Reimbursement Pursuant

to 11 U.S.C. §§ 330 and 331 as Attorneys for the Debtors in Possession for the Period January 1,

2010 through April 30, 2010 via ECF notification and/or first-class mail, postage prepaid on the

following:

**Troy J. Aramburu**    taramburu@joneswaldo.com, sglendening@joneswaldo.com; rbush@joneswaldo.com

**Scott A. Cummings**    cummings.scott@dorsey.com

**George B. Hofmann**    gbh@pkhlawyers.com, dh@pkhlawyers.com

**Mary Margaret Hunt**    hunt.peggy@dorsey.com, brown.patricia@dorsey.com; smith.ron@dorsey.com; slc.lit@dorsey.com

**Annette W. Jarvis**    jarvis.annette@dorsey.com, smith.ron@dorsey.com; slc.lit@dorsey.com; brown.patricia@dorsey.com

**Lon A. Jenkins**    lajenkins@joneswaldo.com, krichardson@joneswaldo.com; ecf@joneswaldo.com; rhuot@joneswaldo.com

**Michael R. Johnson**    mjohnson@rqn.com, sglendening@rqn.com; docket@rqn.com

**Anthony C. Kaye**    kaye@ballardspahr.com, swand@ballardspahr.com

**Benjamin J. Kotter**    kotter.benjamin@dorsey.com, smith.ron@dorsey.com; brown.patricia@dorsey.com; slc.lit@dorsey.com

**David E. Leta**    dleta@swlaw.com, wsmart@swlaw.com

**Adelaide Maudsley**    maudsley@chapman.com, jemery@chapman.com

**John T. Morgan tr**    john.t.morgan@usdoj.gov, james.gee@usdoj.gov

**David W. Overholt**    doverholt@rsolaw.com, abachman@rsolaw.com

**Douglas J. Payne**    dpayne@fabianlaw.com, jshowalter@fabianlaw.com

**Knute Rife**    karife@rifelegal.com

**Jeffrey L. Shields**    jlshields@cnmlaw.com, njpotter@cnmlaw.com

**Jeffrey Weston Shields**    jshields@joneswaldo.com, rhuot@joneswaldo.com

**Bradley L. Tilt**    btilt@fabianlaw.com, rmellor@fabianlaw.com

**United States Trustee**    USTPRegion19.SK.ECF@usdoj.gov

**Kim R. Wilson**    bankruptcy_krw@scmlaw.com

Easy Street Partners, LLC
Easy Street Mezzanine, LLC
Easy Street Holding, LLC
Attn:  William Shoaf
4780 Winchester Court
Park City, UT  84098-7528

Michael V. Blumenthal
Crowell & Moring
590 Madison Avenue, 20th Floor
New York, NY  10022

Richard W. Havel
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013

/s/ Kristin Hughes

# EXHIBIT 1

SLC_608151.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| EASY STREET HOLDING, LLC, *et al.*, ) | Bankruptcy Case No. 09-29905 |
| ) | Jointly Administered with Cases |
| Debtors. ) | 09-29907 and 09-29908 |
| ) | |
| Address:  201 Heber Avenue ) | Chapter 11 |
| Park City, UT 84060 ) | |
| ) | Honorable R. Kimball Mosier |
| Tax ID Numbers: ) | |
| 35-2183713 (Easy Street Holding, LLC), ) | |
| 20-4502979 (Easy Street Partners, LLC), and ) | **[FILED ELECTRONICALLY]** |
| 84-1685764 (Easy Street Mezzanine, LLC) ) | |

## SUMMARY REQUIRED BY UNITED STATES TRUSTEE GUIDELINES

| | | |
|---|---|---|
| Fees Previously Requested: | $171,675.00 | NAME OF APPLICANT: |
| Fees Previously Paid: | $137,951.46 | Durham, Jones & Pinegar |
| | | |
| Expenses Previously Requested: | $4,587.19 | ROLE IN THE CASE: |
| Expenses Previously Paid: | $4,587.19 | Co-Counsel for Debtor in Possession |
| | | |
| Retainer Paid: | $25,000.00 | CURRENT APPLICATION: |

|  |  |
|---|---|
| Fee Requested | $121,554.50 |
| Expenses Requested | $14,409.82 |

| NAME OF PROFESSIONAL/ PARALEGAL | YEAR ADMITTED TO PRACTICE | HOURS BILLED CURRENT APPLICATION | RATE | TOTAL FOR APPLICATION |
|---|---|---|---|---|
| SHAREHOLDERS | | | | |
| Kenneth L. Cannon II | 1982 | 284.30 | $350 | $99,505.00 |
| Steven J. McCardell | 1981 | 30.60 | $350 | $10,710.00 |
| R. Stephen Marshall | 1980 | 0.20 | $325 | $65.00 |
| Michael F. Thomson | 2000 | 0.20 | $260 | $52.00 |
| ASSOCIATES | | | | |
| Mark L. Astling | 2003 | 18.50 | $245 | $4,532.50 |
| Jessica G. Peterson | 2006 | 29.10 | $190 | $5,529.00 |
| PARAPROFESSIONALS | | | | |
| Helen Doherty | | 7.00 | $135 | $945.00 |
| Kathryn K. Shelton | | 1.20 | $135 | $162.00 |
| Angie W. Stettler | | 0.40 | $135 | $54.00 |
| TOTAL | | 371.50 | | 121,554.50 |

SLC_608151

# EXHIBIT 2

## SHAREHOLDERS

**KENNETH L. CANNON II** is a shareholder in DJP in the firm's bankruptcy and creditors' rights practice. Mr. Cannon is primarily engaged in reorganization, bankruptcy, and commercial law matters. In the corporate reorganization and bankruptcy areas, he has represented trustees, debtors, secured and unsecured creditors, and creditors' committees in all facets of Chapter 11 cases. In the commercial area, Mr. Cannon has substantial experience in out-of-bankruptcy workouts, bankruptcy planning, secured transactions, and litigation. A significant portion of his practice involves rendering bankruptcy opinions in complex financial transactions.

Previously, Mr. Cannon practiced at a large national law firm for twenty years. He received his bachelor's degree in history summa cum laude from Brigham Young University in 1978 and was the valedictorian of his class. While an undergraduate, he was a Hinckley Scholar and the recipient of numerous scholastic awards. Mr. Cannon received both his J.D. and his M.A. in American history from Brigham Young University in 1982. He graduated cum laude from law school and is a member of the Order of the Coif and a J. Reuben Clark Scholar. Mr. Cannon was admitted to the practice of law in Utah in 1982, in the District of Columbia in 1993, and in New York in 1994 and is admitted to a number of federal courts of appeal. He served as a Fulbright Scholar during 1985 at Helsinki University in Finland where he conducted research in comparative insolvency law and administrative law. He formerly served on the Advisory Board of the Rocky Mountain Region of the American Bankruptcy Institute and was an adjunct faculty member at J. Reuben Clark Law School, teaching the debtor-creditor class and a Chapter 11 seminar. Mr. Cannon publishes and lectures widely on bankruptcy topics.

**STEVEN J. McCARDELL** is a shareholder in DJP. Previously, he was a partner in a large national firm. Mr. McCardell also served as a judicial law clerk to two federal bankruptcy judges before entering private practice. He received his bachelor's degree *summa cum laude* from Brigham Young University in 1978. Mr. McCardell received his law degree *cum laude* from Brigham Young University in 1981. Mr. McCardell was admitted to the practice of law in Utah in 1981, is admitted practice (and has argued) before the United States Supreme Court and is also admitted to a number of federal courts of appeal. He is a Fellow in the American College of Bankruptcy and formerly was an adjunct faculty member on bankruptcy law at Brigham Young University and the University of Utah law schools. He is also a prominent speaker at seminars on bankruptcy topics.

Mr. McCardell is primarily engaged in reorganization, bankruptcy, and commercial litigation matters. In the corporate reorganization and bankruptcy areas, he has represented secured and unsecured creditors, creditors' committees, debtors, trustees, and other parties in interest in many significant Chapter 11 cases. Mr. McCardell is a prominent appellate advocate and has successfully argued appeals before courts of appeals and the United States Supreme Court. Mr. McCardell also has represented parties in out-of-bankruptcy workouts and substantial commercial litigation matters.

**R. STEPHEN MARSHALL** is a shareholder in DJP and is the section head of the litigation section of the firm. Mr. Marshall specializes in commercial litigation and appellate

practice. He received his B.A. from the University of Utah in history *magna cum laude* in 1977. He received his law degree from the University of Utah College of Law in 1980, where he was on the board of editors of the law review. He is admitted to practice in Utah, all federal courts in Utah, to the United States Court of Appeals for the Tenth Circuit, and to the United States Supreme Court.

**MICHAEL F. THOMSON** is a shareholder in DJP. He practices generally in the bankruptcy and creditors' rights areas. He was admitted to the bar, 2000, Utah, Nevada and U.S. District Courts for the Districts of Utah and Nevada. Education: Brigham Young University (B.A., 1997); University of Utah (J.D., 2000), William H. Leary Scholar; Articles Editor, Utah Law Review, 1999-2000; Co-Author, "Piercing the Facade of Utah's 'Improved' Elective Share Statute," 1999 Utah Law Review 677; CALI Achievement Awards, Constitutional Law I and Trusts & Estates; 1st Place and Best Brief, Intermountain West Region, National Moot Court Competition, 1999-2000. Member: Nevada State Bar, Utah State Bar.

## ASSOCIATES

**MARK L. ASTLING** is an associate with DJP. Mr. Astling practice areas are in corporate and securities law, including mergers and acquisitions, and in tax and estate planning, in which he is involved in corporate and partnership taxation, federal and state tax litigation, and estate planning and probate. He was admitted to the Utah State Bar and to the U.S. District Court, District of Utah in 2003. He received his J.D. from the University of Minnesota Law School in 2003 where he served on the National Moot Court Competition Team, was on the Dean's List, and received legal writing awards.

**JESSICA G. PETERSON** is an associate with DJP. Ms. Peterson's practice areas are bankruptcy and creditors' rights, employment, education law, and litigation. Ms. Peterson is admitted to the Utah State Bar and the United States Federal District Court for the District of Utah. She served as a law clerk to the Hon. Christine Durham, Chief Justice of the Utah Supreme Court. Jessica received her J.D. degree from the S.J. Quinney College of Law, University of Utah in 2006, with honors, where she served as an editor on the Utah Law Review and was a Traynor Moot Court Semi-Finalist. Ms. Peterson also received her M.B.A. (2006) and her H.B.S. (2003), magna cum laude, from the University of Utah.

## PARAPROFESSIONALS

**HELEN M. DOHERTY** is a paralegal with DJP. Education: Salt Lake Community College (A.S., Accounting, 1996); University of Utah (B.S., Economics, 1999). Experience: M.D., Inc. 1994-1997 (Controller); Mr. DryCleaners, Inc. 1997-Present (President); McDowell & Gillman, P.C. 2000-2005 (Legal Administrator); Durham Jones & Pinegar 2006 – present (Paralegal).

**KATHRYN K. SHELTON** is a paralegal with DJP.  Education:  Associate Degree, Ricks College (now BYU-Idaho), Rexburg, Idaho (1982).  Experience:  Paralegal, Durham Jones & Pinegar, 1998-present; Paralegal, Huntsman Corporation, 1995-1998; Legal Secretary/Executive Assistant/Legal Assistant, Huntsman Corporation, 1987-1995; Legal Secretary, Van Cott, Bagley, Cornwall & McCarthy, 1983-1987.  Kathryn works primarily in the Corporate/Securities section of the firm with substantive experience in corporate/commercial transactions including mergers and acquisitions, business organizations, securities, and real estate. Additionally, she has experience in business and family immigration law and intellectual property.  Kathryn was a charter member of the Paralegal Division of the Utah State Bar at its formation in 1996.  Kathryn has previously served as the Chair of the Paralegal Division of the Utah State Bar (2006-2007) while also serving as an Ex-Officio on the Utah State Bar Commission representing the Paralegal Division during that time.  Under Kathryn's leadership, the Paralegal Division was awarded the "Section of the Year" award by the Utah State Bar in 2007.  Kathryn has also served the Utah State Bar Paralegal Division as the Ex-Officio Director (Immediate Past Chair), Chair Elect, Finance Officer, and as a member of the Board of Directors.  She has served on the Paralegal Division's CLE committee for several years.  Kathryn has been a speaker and panel moderator at several CLE seminars at Utah State Bar Conventions, Bar Section seminars, and has presented CLE seminars to the American Legal Administrators Utah Chapter as well as several law firms in the state.

**ANGIE W. STETTLER** is a paralegal with DJP.  Education:  Brigham Young University 1986 - 1989 (undergraduate studies); Salt Lake Community College (Paralegal Degree 2000).  Experience:  Spire Technologies 1989 - 1991 (Secretary);  McDowell & Gillman, P.C./Durham Jones & Pinegar 1991 - 1992 (Receptionist), 1992 - 1995 (Legal Secretary), 1995 - 1997 (Legal Secretary/Billing Clerk/Trustee Account Manager), 1997 - Present (Paralegal/Trustee Account Manager).

SLC_608151

# EXHIBIT 3

SLC_608151

# JANUARY 2010

SLC_556317.1

```
┌─────────────────────┐
│  D U R H A M        │
│  ─────────          │
│  J O N E S  &       │
│  ─────────          │
│  P I N E G A R      │
└─────────────────────┘
```

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

February 25, 2010
File No.      26481   00001

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

## Attorney Hours

Services Rendered Through 1/31/2010

| Attorney | Hours | Rate | Total |
|----------|-------|------|-------|
| KLC | 0.20 | $350.00 | $70.00 |
| SJM | 2.30 | $350.00 | $805.00 |
| TOTAL | 2.50 | | $875.00 |

## Expenses

| Expense Description | Amount |
|---------------------|--------|
| Legal Research - Westlaw | $10.74 |
| TOTAL | $10.74 |

**D U R H A M**

**J O N E S &**

**P I N E G A R**

Durham Jones & Pinegar, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

February 25, 2010
Invoice No.      183348   KLC
File No.          26481   00001
Services Rendered Through 01/31/2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

**Asset Analysis & Investigation**

**Summary of Account**

| | |
|---|---|
| Previous balance as of invoice dated | $0.00 |
| Payments received since last invoice | 0.00 CR |
| A/R adjustment since last invoice | 0.00 |
| Net balance forward | 0.00 |
| Interest charge on past due balance | 0.00 |
| New charges as itemized below | 885.74 |
| Prepaid cash applied | 0.00 CR |
| **Total Balance Due Upon Receipt** | **$885.74** |

*Interest will accrue at 1.5% per month on balance not paid by end of month.*

**Detail of New Charges**

Professional Services

01/08/2010 SJM          2.30   hours                                      $805.00
          Review and analysis of Throndsen appraisal of Debtor's real property
          (2.10); conferences with K. Cannon regarding appraisal (.20)

01/21/2010 KLC          0.20   hours                                      $70.00
          Email to Cameron Hancock with information for appraiser

                                                                          $875.00

Client Expenses Advanced
01/31/2010 Westlaw Computerized Legal Research                            $10.74

                                                                          $10.74

New Charges for This Matter                                              $885.74

```
D U R H A M

J O N E S  &

P I N E G A R
```

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

February 25, 2010
File No.   26481   00004

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT 84068

## Attorney Hours

Services Rendered Through 1/31/2010

| Attorney | Hours | Rate | Total |
|----------|-------|------|-------|
| KLC | 2.30 | $350.00 | $805.00 |
| SJM | 2.90 | $350.00 | $1,015.00 |
| TOTAL | 5.20 | | $1,820.00 |

## Expenses

| Expense Description | Amount |
|---------------------|--------|
| Courier Service | $7.00 |
| Copy Reproduction | $.75 |
| TOTAL | $7.75 |

DURHAM

JONES &

PINEGAR

Durham Jones & Pinegar, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

February 25, 2010
Invoice No.        183349    KLC
File No.           26481     00004
Services Rendered Through 01/31/2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

## Claims Administration

### Summary of Account

| | |
|---|---|
| Previous balance as of invoice dated | $0.00 |
| Payments received since last invoice | 0.00 CR |
| A/R adjustment since last invoice | 0.00 |
| Net balance forward | 0.00 |
| Interest charge on past due balance | 0.00 |
| New charges as itemized below | 1,827.75 |
| Prepaid cash applied | 0.00 CR |
| **Total Balance Due Upon Receipt** | **$1,827.75** |

*Interest will accrue at 1.5% per month on balance not paid by end of month.*

### Detail of New Charges

Professional Services

| | | | | |
|---|---|---|---|---|
| 01/08/2010 KLC | 0.20 | hours | | $70.00 |

Telephone conference with Brenda Ripley regarding Sysco administrative claim

| | | | | |
|---|---|---|---|---|
| 01/08/2010 KLC | 0.30 | hours | | $105.00 |

Reviewing proposed stipulation from Sysco, Sysco claim, email to Brenda Ripley regarding same

| | | | | |
|---|---|---|---|---|
| 01/08/2010 SJM | 2.20 | hours | | $770.00 |

Review and analysis of Bay North proofs of claim against Mezzanine, Holding, and notice of interest agaisnt Partners; also proof of interest against Mezzanine (1.20); review comments of M. Blumenthal on Bay North claims (.10); review additional claims filed by parties in interest as of claim deadline (.80); email with K. Cannon as to claim analysis to be done (.10)

| | | | | |
|---|---|---|---|---|
| 01/13/2010 SJM | 0.70 | hours | | $245.00 |

Review charts reconciling claims versus schedules

26481                              Invoice #  183349          Page 2

| 01/20/2010 KLC | 0.30 | hours | $105.00 |
|---|---|---|---|
| Emails regarding Sysco claims | | | |
| 01/26/2010 KLC | 0.20 | hours | $70.00 |
| Telephone conference to court regarding hearing date on objection to BayNorth interest | | | |
| 01/26/2010 KLC | 0.90 | hours | $315.00 |
| Drafting notice of hearing on objection to BayNorth interest | | | |
| 01/26/2010 KLC | 0.20 | hours | $70.00 |
| Telephone conference to Michael Blumenthal regarding BayNorth proof of interest issues | | | |
| 01/26/2010 KLC | 0.20 | hours | $70.00 |
| Telephone conference from Corbin Gordon regarding Gateway lease issues | | | |

                                                             $1,820.00

Client Expenses Advanced

| 01/05/2010 Courier Service | $7.00 |
|---|---|
| 01/31/2010 Equitrac Copy charge | $0.75 |

                                                                $7.75

New Charges for This Matter                                $1,827.75

```
┌─────────────────────┐
│                     │
│   D U R H A M       │
│   ───────────       │
│   J O N E S  &      │
│   ───────────       │
│   P I N E G A R     │
│                     │
└─────────────────────┘
```

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

February 25, 2010
File No.     26481    00005

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

## Attorney Hours

Services Rendered Through 1/31/2010

| Attorney | Hours | Rate | Total |
|----------|-------|------|-------|
| KLC | 8.70 | $350.00 | $3,045.00 |
| TOTAL | 8.70 | | $3,045.00 |

## Expenses

| Expense Description | Amount |
|---------------------|--------|
| Pacer | $4.96 |
| Copy Reproduction | $67.95 |
| Postage | $8.25 |
| TOTAL | $81.16 |

DURHAM

JONES &

PINEGAR

Durham Jones & Pinegar, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

February 25, 2010
Invoice No.      183350   KLC
File No.         26481    00005
Services Rendered Through 01/31/2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

## Employ & Fee Apps - Durham

### Summary of Account

| | | |
|---|---|---|
| Previous balance as of invoice dated | $0.00 | |
| Payments received since last invoice | 0.00 | CR |
| A/R adjustment since last invoice | 0.00 | |
| Net balance forward | 0.00 | |
| Interest charge on past due balance | 0.00 | |
| New charges as itemized below | 3,126.16 | |
| Prepaid cash applied | 0.00 | CR |
| **Total Balance Due Upon Receipt** | **$3,126.16** | |

*Interest will accrue at 1.5% per month on balance not paid by end of month.*

### Detail of New Charges
Professional Services

| | | | |
|---|---|---|---|
| 01/15/2010 KLC | 0.90 | hours | $315.00 |
| Reviewing DJP detailed billing reports | | | |
| 01/20/2010 KLC | 0.90 | hours | $315.00 |
| Drafting first interim fee application | | | |
| 01/21/2010 KLC | 1.20 | hours | $420.00 |
| Reviewing detailed billing reports for December fees, drafting cover sheet for second fee request | | | |
| 01/25/2010 KLC | 0.20 | hours | $70.00 |
| Reviewing emails on fee issues | | | |
| 01/25/2010 KLC | 0.40 | hours | $140.00 |
| Drafting interim fee application | | | |
| 01/26/2010 KLC | 1.80 | hours | $630.00 |
| Drafting first interim fee application for DJP | | | |
| 01/27/2010 KLC | 3.30 | hours | $1,155.00 |

26481                           Invoice #  183350           Page  2

       Drafting DJP first interim fee application - reviewing detailed billing
reports, drafting narrative

|  |  |
|---|---|
|  | $3,045.00 |

Client Expenses Advanced

| Date | Description | Amount |
|---|---|---|
| 12/31/2009 | Pacer On-Line Research | $0.96 |
| 12/31/2009 | Pacer On-Line Research | $4.00 |
| 01/31/2010 | Equitrac Copy charge | $67.95 |
| 01/31/2010 | Postage | $8.25 |
|  |  | $81.16 |

New Charges for This Matter                              $3,126.16

```
D U R H A M
───────────
J O N E S  &
───────────
P I N E G A R
```

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

February 25, 2010
File No.      26481    00006

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

## Attorney Hours

Services Rendered Through 1/31/2010

| Attorney | Hours | Rate | Total |
|----------|-------|------|-------|
| KLC | 9.60 | $350.00 | $3,360.00 |
| TOTAL | 9.60 | | $3,360.00 |

## Expenses

| Expense Description | Amount |
|---------------------|--------|
| Pacer | $29.52 |
| TOTAL | $29.52 |

DURHAM

JONES &

PINEGAR

Durham Jones & Pinegar, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

February 25, 2010
Invoice No.      183351    KLC
File No.         26481     00006
Services Rendered Through 01/31/2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

## Employ & Fee Apps - Others

### Summary of Account

| | | |
|---|---|---|
| Previous balance as of invoice dated | $0.00 | |
| Payments received since last invoice | 0.00 | CR |
| A/R adjustment since last invoice | 0.00 | |
| Net balance forward | 0.00 | |
| Interest charge on past due balance | 0.00 | |
| New charges as itemized below | 3,389.52 | |
| Prepaid cash applied | 0.00 | CR |
| **Total Balance Due Upon Receipt** | **$3,389.52** | |

*Interest will accrue at 1.5% per month on balance not paid by end of month.*

### Detail of New Charges

#### Professional Services

| | | | | |
|---|---|---|---|---|
| 01/15/2010 KLC | 0.40 | hours | | $140.00 |
| Telephone conference with Michael Blumenthal regarding Crowell fees, reviewing statement of Crowell fees | | | | |
| 01/20/2010 KLC | 0.30 | hours | | $105.00 |
| Telephone conference with Corbin Gordon regarding fee applications, email to Corbin regarding same | | | | |
| 01/25/2010 KLC | 0.20 | hours | | $70.00 |
| Telephone conference with Paul Throndsen regarding fee application | | | | |
| 01/26/2010 KLC | 1.30 | hours | | $455.00 |
| Drafting fee application for Paul Throndsen | | | | |
| 01/26/2010 KLC | 0.20 | hours | | $70.00 |
| Telephone conference with Corbin Gordon regarding fee requests and application | | | | |
| 01/27/2010 KLC | 0.20 | hours | | $70.00 |

26481                          Invoice #  183351          Page 2

|  |  | Telephone conference with Michael Blumenthal and Steve Eichel regarding fee applications |  |
| 01/27/2010 | KLC | 0.30 hours | $105.00 |
|  |  | Telephone conference with Joe Wrona regarding first interim fee applications |  |
| 01/27/2010 | KLC | 0.20 hours | $70.00 |
|  |  | Telephone conference with Corbin Gordon regarding interim fee applications |  |
| 01/27/2010 | KLC | 0.20 hours | $70.00 |
|  |  | Telephone conference with Lon Jenkins regarding fee applications |  |
| 01/27/2010 | KLC | 0.60 hours | $210.00 |
|  |  | Drafting notice of hearing on fee application |  |
| 01/28/2010 | KLC | 0.30 hours | $105.00 |
|  |  | Reviewing appraiser's fee application |  |
| 01/28/2010 | KLC | 0.20 hours | $70.00 |
|  |  | Telephone conference from Steve Eichel regarding fee application issues |  |
| 01/28/2010 | KLC | 0.20 hours | $70.00 |
|  |  | Telephone conference with Lon Jenkins regarding fee applications |  |
| 01/28/2010 | KLC | 0.40 hours | $140.00 |
|  |  | Reviewing Corbin Gordon's draft fee application, email to him regarding same |  |
| 01/28/2010 | KLC | 0.30 hours | $105.00 |
|  |  | Emails to, from Bill Shoaf regarding professional fees |  |
| 01/28/2010 | KLC | 0.90 hours | $315.00 |
|  |  | Drafting notice of hearing on fee applications |  |
| 01/28/2010 | KLC | 0.70 hours | $245.00 |
|  |  | Revising portions of fee application |  |
| 01/29/2010 | KLC | 0.50 hours | $175.00 |
|  |  | Revising notice of hearing on fee applications |  |
| 01/29/2010 | KLC | 0.20 hours | $70.00 |
|  |  | Telephone conference to court regarding hearing on fee applications |  |
| 01/29/2010 | KLC | 0.20 hours | $70.00 |
|  |  | Emails regarding hearing on fee applications |  |
| 01/29/2010 | KLC | 1.60 hours | $560.00 |
|  |  | Reviewing fee applications of Corbin Gordon, Crowell & Moring, Wrona, Jones Waldo |  |
| 01/29/2010 | KLC | 0.20 hours | $70.00 |
|  |  | Telephone conference with Steve Eichel regarding Crowell fee application |  |

$3,360.00

26481                          Invoice #  183351          Page  3

<u>Client Expenses Advanced</u>
12/31/2009 Pacer On-Line Research                                    $0.88
12/31/2009 Pacer On-Line Research                                    $0.32
12/31/2009 Pacer On-Line Research                                    $0.08
12/31/2009 Pacer On-Line Research                                   $17.60
12/31/2009 Pacer On-Line Research                                   $10.16
12/31/2009 Pacer On-Line Research                                    $0.48
                                                                   _____
                                                                    $29.52

New Charges for This Matter                                      $3,389.52

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

February 25, 2010
File No.     26481   00008

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

## Attorney Hours

Services Rendered Through 1/31/2010

| Attorney | Hours | Rate | Total |
|----------|-------|------|-------|
| KLC | 37.00 | $350.00 | $12,950.00 |
| SJM | 5.80 | $350.00 | $2,030.00 |
| MLA | 17.90 | $245.00 | $4,385.50 |
| TOTAL | 60.70 | | $19,365.50 |

## Expenses

| Expense Description | Amount |
|---------------------|--------|
| Copy Reproduction | $234.30 |
| Postage | $154.14 |
| Legal Research – Westlaw | $125.60 |
| TOTAL | $514.04 |

DURHAM

JONES &

PINEGAR

Durham Jones & Pinegar, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

February 25, 2010
Invoice No.        183353    KLC
File No.            26481    00008
Services Rendered Through 01/31/2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

**Plan and Disc. Statement**

**Summary of Account**

| | | |
|---|---:|---|
| Previous balance as of invoice dated | $0.00 | |
| Payments received since last invoice | 0.00 | CR |
| A/R adjustment since last invoice | 0.00 | |
| Net balance forward | 0.00 | |
| Interest charge on past due balance | 0.00 | |
| New charges as itemized below | 19,879.54 | |
| Prepaid cash applied | 0.00 | CR |
| **Total Balance Due Upon Receipt** | **$19,879.54** | |

*Interest will accrue at 1.5% per month on balance not paid by end of month.*

**Detail of New Charges**

Professional Services

| 01/04/2010 KLC | 0.20 | hours | $70.00 |
|---|---|---|---|

Emails to, from Michael Johnson regarding meeting with Jacobsen regarding plan treatment

| 01/04/2010 KLC | 1.40 | hours | $490.00 |
|---|---|---|---|

Telephone conference with Michael Blumenthal, Jeff Shields, Lon Jenkins regarding plan treatment of unsecured creditors

| 01/04/2010 KLC | 0.40 | hours | $140.00 |
|---|---|---|---|

Telephone conference with Michael Blumenthal regarding plan term sheet, revising term sheet, email to Shields and Jenkins regarding same

| 01/04/2010 KLC | 0.30 | hours | $105.00 |
|---|---|---|---|

Telephone conference with Bill Shoaf regarding potential investor issues

| 01/04/2010 SJM | 2.60 | hours | $910.00 |
|---|---|---|---|

Review disclosure statement and provide comments to K. Cannon

26481                          Invoice #  183353        Page 2

| 01/04/2010 | MLA | 0.30 | hours | $73.50 |

Review draft disclosure statement for tax issues(0.2); office
conference re same (0.1)

| 01/05/2010 | KLC | 0.20 | hours | $70.00 |

Telephone conference with Lon Jenkins regarding various plan issues

| 01/05/2010 | KLC | 0.70 | hours | $245.00 |

Drafting provisions on Jacobsen

| 01/05/2010 | KLC | 0.20 | hours | $70.00 |

Telephone conference with Michael Johnson regarding meeting on
Jacobsen

| 01/05/2010 | KLC | 0.30 | hours | $105.00 |

Conference with Mark Astling regarding tax issue description in
disclosure statement

| 01/05/2010 | KLC | 0.20 | hours | $70.00 |

Telephone conference with Michael Blumenthal regarding exclusivity
issues

| 01/05/2010 | KLC | 2.30 | hours | $805.00 |

Reviewing, revising disclosure statement, plan

| 01/05/2010 | KLC | 0.20 | hours | $70.00 |

Further discussion with Michael Blumenthal regarding exclusivity
issues

| 01/05/2010 | MLA | 3.80 | hours | $931.00 |

Review disclosure statement re proposed reorganization (1.2);
telephone conference re tax section of disclosure statement (0.2);
legal research re tax issues for reorganization of LLC debtor(1.1);
prepare discussion of tax issues for Debtor for disclosure statement
(1.3)

| 01/06/2010 | KLC | 1.70 | hours | $595.00 |

Conference with Jacobsen regarding treatment of claims

| 01/06/2010 | KLC | 0.60 | hours | $210.00 |

Telephone conference with Bill Shoaf, Michael Blumenthal regarding
plan issues

| 01/06/2010 | KLC | 0.20 | hours | $70.00 |

Emails with Michael Johnson regarding plan issues

| 01/06/2010 | KLC | 0.30 | hours | $105.00 |

Telephone conference with Michael Blumenthal regarding plan and
disclosure statement

| 01/06/2010 | KLC | 0.20 | hours | $70.00 |

Conference with Mark Astling regarding tax section of disclosure
statement

| 01/06/2010 | KLC | 0.20 | hours | $70.00 |

Telephone conference to court for hearing dates for disclosure

26481                              Invoice #  183353            Page 3

statement and confirmation hearings

| Date | | | | |
|---|---|---|---|---|
| 01/06/2010 | KLC | 1.90 | hours | $665.00 |

Reviewing plan and disclosure statement

| 01/06/2010 | MLA | 5.10 | hours | $1,249.50 |

Prepare tax discussion of West LB Secured Claims (1.1); prepare tax discussion of treatment of partnership and cancellation of indebtedness income (1.3); legal research re and preparation of tax discussion of open transaction doctrine, market discount rules, treatment of accrued but unpaid interest, and significant modification rules for debt exchange transaction (2.7)

| 01/07/2010 | KLC | 0.20 | hours | $70.00 |

Telephone conference with Michael Blumenthal regarding plan issues

| 01/07/2010 | KLC | 0.60 | hours | $210.00 |

Emails regarding Jacobsen issues

| 01/07/2010 | KLC | 0.20 | hours | $70.00 |

Telephone conference with Annette Jarvis regarding Jacobsen issues

| 01/07/2010 | KLC | 0.20 | hours | $70.00 |

Telephone conference with John Straley regarding hearings on disclosure statement and plan

| 01/07/2010 | KLC | 0.30 | hours | $105.00 |

Telephone conference with Michael Blumenthal and Steven Eichel regarding plan

| 01/07/2010 | KLC | 0.20 | hours | $70.00 |

Telephone conference with Steve Eichel regarding disclosure statement issues

| 01/07/2010 | KLC | 0.80 | hours | $280.00 |

Reviewing tax section of disclosure statement

| 01/07/2010 | KLC | 0.20 | hours | $70.00 |

Telephone conference regarding appraisal

| 01/07/2010 | KLC | 1.60 | hours | $560.00 |

Reviewing appraisal

| 01/07/2010 | KLC | 0.20 | hours | $70.00 |

Telephone conference with Michael Blumenthal regarding appraisal

| 01/07/2010 | KLC | 0.30 | hours | $105.00 |

Telephone conference with Michael Blumenthal and Lon Jenkins regarding plan treatment of unsecureds

| 01/07/2010 | KLC | 0.90 | hours | $315.00 |

Conference call with Bill Shoaf, Michael Blumenthal, Kim Sallinger, and Jeff Blatt regarding plan issues

| 01/07/2010 | MLA | 1.70 | hours | $416.50 |

Finalize initial draft of tax discussion for disclosure statement (1.3); additional legal research re significant modification rules (0.4)

26481                              Invoice #  183353        Page  4

| 01/08/2010 KLC | 0.80 | hours | $280.00 |

Further review of appraisal

| 01/08/2010 KLC | 0.20 | hours | $70.00 |

Telephone conference to Paul Throndsen regarding appraisal issues

| 01/08/2010 KLC | 0.30 | hours | $105.00 |

Telephone conference with Michael Blumenthal regarding appraisal

| 01/08/2010 KLC | 0.40 | hours | $140.00 |

Reviewing proposed plan treatment of Jacobsen claims

| 01/08/2010 KLC | 0.30 | hours | $105.00 |

Telephone conference with Lon Jenkins regarding plan issues

| 01/08/2010 KLC | 0.20 | hours | $70.00 |

Telephone conference with Michael Blumenthal regarding exclusivity
issues

| 01/08/2010 KLC | 0.30 | hours | $105.00 |

Reviewing, revising draft order on exclusivity

| 01/08/2010 KLC | 0.30 | hours | $105.00 |

Reviewing emails regarding plan issues

| 01/08/2010 KLC | 0.20 | hours | $70.00 |

Telephone conference to John Straley regarding exclusivity motion

| 01/08/2010 KLC | 0.80 | hours | $280.00 |

Reviewing, revising tax section of disclosure statement

| 01/08/2010 KLC | 0.20 | hours | $70.00 |

Telephone conference with Kim Sallinger regarding plan issues

| 01/08/2010 KLC | 0.20 | hours | $70.00 |

Email to Kim Sallinger regarding plan issues

| 01/08/2010 KLC | 0.20 | hours | $70.00 |

Telephone conference with Bill Shoaf regarding appraisal

| 01/11/2010 KLC | 0.60 | hours | $210.00 |

Preparing for hearing on exclusivity - reviewing motion and proposed
order

| 01/11/2010 KLC | 0.20 | hours | $70.00 |

Telephone conference with Michael Blumenthal regarding exclusivity

| 01/11/2010 KLC | 0.70 | hours | $245.00 |

Reviewing revised plan

| 01/12/2010 KLC | 0.60 | hours | $210.00 |

Preparation for, attending hearing on motion to extend exclusivity

| 01/12/2010 KLC | 0.30 | hours | $105.00 |

Telephone conference with Michael Blumenthal and Steve Eichel
regarding plan issues

| 01/12/2010 KLC | 0.80 | hours | $280.00 |

26481                              Invoice #  183353          Page 5

Telephone conference with Michael Blumenthal and Mark Astling
regarding tax section of disclosure statement

| | | | | |
|---|---|---|---|---|
| 01/12/2010 | KLC | 0.50 | hours | $175.00 |

Reviewing emails regarding letter of intent

| | | | | |
|---|---|---|---|---|
| 01/12/2010 | MLA | 7.00 | hours | $1,715.00 |

telephone conference re tax section of disclosure statement (0.8);
legal research re significant modification rules, adjusted basis issues,
accrued but unpaid interest, and market discount rules (3.1); legal
research re partnership allocations of COD income (0.5); revise
disclosure statement re additional research and comments (2.6)

| | | | | |
|---|---|---|---|---|
| 01/13/2010 | KLC | 0.70 | hours | $245.00 |

Telephone conference with Bill Shoaf, Michael Blumenthal, others
regarding LOI

| | | | | |
|---|---|---|---|---|
| 01/13/2010 | KLC | 0.30 | hours | $105.00 |

Telephone conference with Michael Blumenthal regarding issues in
LOI

| | | | | |
|---|---|---|---|---|
| 01/13/2010 | KLC | 0.30 | hours | $105.00 |

Reviewing revised LOI

| | | | | |
|---|---|---|---|---|
| 01/13/2010 | KLC | 0.20 | hours | $70.00 |

Revising LOI as signed

| | | | | |
|---|---|---|---|---|
| 01/13/2010 | SJM | 0.50 | hours | $175.00 |

Conference with K. Cannon on plan issues as to sale of assets and
treatment of claims; review information from K. Cannon on
disclosure statement notice

| | | | | |
|---|---|---|---|---|
| 01/14/2010 | KLC | 0.20 | hours | $70.00 |

Telephone conference with Loyal Hulme regarding plan funder

| | | | | |
|---|---|---|---|---|
| 01/14/2010 | KLC | 0.20 | hours | $70.00 |

Telephone conference with Michael Blumenthal regarding plan
funder

| | | | | |
|---|---|---|---|---|
| 01/14/2010 | KLC | 0.20 | hours | $70.00 |

Telephone conference from Bill Shoaf regarding plan issues

| | | | | |
|---|---|---|---|---|
| 01/14/2010 | KLC | 0.50 | hours | $175.00 |

Reviewing appraisal of property

| | | | | |
|---|---|---|---|---|
| 01/14/2010 | KLC | 1.40 | hours | $490.00 |

Telephone conference with Michael Blumenthal, Rich Havel, Bill
Ellis, and Annette Jarvis on plan issues

| | | | | |
|---|---|---|---|---|
| 01/14/2010 | KLC | 0.30 | hours | $105.00 |

Telephone conference with Michael Blumenthal regarding plan, then
with Michael Blumenthal and Bill Shoaf regarding WestLB issues on
the plan

| | | | | |
|---|---|---|---|---|
| 01/14/2010 | KLC | 1.20 | hours | $420.00 |

Drafting notice of hearing on the disclosure statement

26481                          Invoice #  183353          Page  6

| | | | | |
|---|---|---|---|---|
| 01/15/2010 | KLC | 0.20 | hours | $70.00 |
| | Telephone conference with Michael Blumenthal regarding notice of disclosure statement hearing | | | |
| 01/15/2010 | KLC | 0.50 | hours | $175.00 |
| | Reviewing notice period issues on disclosure statement notice | | | |
| 01/15/2010 | KLC | 0.20 | hours | $70.00 |
| | Telephone conference to court regarding notice period on disclosure statement notice | | | |
| 01/15/2010 | KLC | 0.30 | hours | $105.00 |
| | Revising notice of hearing on disclosure statement | | | |
| 01/15/2010 | KLC | 0.90 | hours | $315.00 |
| | Reviewing plan of reorganization | | | |
| 01/15/2010 | KLC | 0.20 | hours | $70.00 |
| | Telephone conference with Steve Eichel regarding plan | | | |
| 01/15/2010 | KLC | 1.50 | hours | $525.00 |
| | Reviewing disclosure statement | | | |
| 01/15/2010 | KLC | 0.20 | hours | $70.00 |
| | Telephone conference with Michael Blumenthal regarding disclosure statement | | | |
| 01/15/2010 | KLC | 0.10 | hours | $35.00 |
| | Telephone conference to Bill Shoaf regarding signing plan and disclosure statement | | | |
| 01/15/2010 | KLC | 0.70 | hours | $245.00 |
| | Final review of plan and disclosure statement | | | |
| 01/15/2010 | KLC | 0.30 | hours | $105.00 |
| | Emails to parties regarding plan and disclosure statement | | | |
| 01/15/2010 | KLC | 0.20 | hours | $70.00 |
| | Telephone conference with Michael Blumenthal regarding disclosure statement schedule | | | |
| 01/15/2010 | SJM | 2.50 | hours | $875.00 |
| | Review notice of hearing on disclosure statement, conference with K. Cannon on form of plan and disclosure statement, and review email from K. Cannon on notice of disclosure statement hearing; review plan and disclosure statement | | | |
| 01/19/2010 | SJM | 0.20 | hours | $70.00 |
| | Review emails form counsel for WestLB and Jacobsen, and response from M. Blumenthal, on Jacobsen plan treatment | | | |
| 01/20/2010 | KLC | 0.20 | hours | $70.00 |
| | Emails regarding meeting between WestLB and plan funder | | | |
| 01/21/2010 | KLC | 0.20 | hours | $70.00 |
| | Reviewing emails regarding reservation of rights on plan negotiations | | | |

26481                           Invoice #  183353         Page  7

| Date | | Hours | | Amount |
|------|------|------|------|------|
| 01/25/2010 | KLC | 0.20 | hours | $70.00 |
| | Telephone conference with Michael Blumenthal regarding plan issues | | | |
| 01/25/2010 | KLC | 0.30 | hours | $105.00 |
| | Telephone conference with Lon Jenkins regarding plan issues | | | |
| | | | | $19,365.50 |

Client Expenses Advanced

| | | |
|------|------|------|
| 01/31/2010 | Equitrac Copy charge | $234.30 |
| 01/31/2010 | Postage | $154.14 |
| 01/31/2010 | Westlaw Computerized Legal Research | $125.60 |
| | | $514.04 |

New Charges for This Matter                              $19,879.54

```
+-------------------+
|                   |
|  D U R H A M      |
|  ───────────      |
|  J O N E S  &     |
|  ───────────      |
|  P I N E G A R    |
|                   |
+-------------------+
```

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

February 25, 2010

File No.      26481    00009

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

## Attorney Hours

Services Rendered Through 1/31/2010

| Attorney | Hours | Rate | Total |
|----------|-------|------|-------|
| KLC | 5.50 | $350.00 | $1,925.00 |
| SJM | 0.80 | $350.00 | $280.00 |
| JGP | 21.40 | $190.00 | $4,066.00 |
| TOTAL | 27.70 | | $6,271.00 |

## Expenses

| Expense Description | Amount |
|---------------------|--------|
| Pacer | $65.04 |
| Courier Service | $14.00 |
| Copy Reproduction | $10.05 |
| Postage | $1.32 |
| TOTAL | $90.41 |

```
DURHAM

JONES &

PINEGAR
```

Durham Jones & Pinegar, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

February 25, 2010
Invoice No.        183354    KLC
File No.           26481     00009
Services Rendered Through 01/31/2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

## Misc. Contested Matters

### Summary of Account

| | |
|---|---|
| Previous balance as of invoice dated | $0.00 |
| Payments received since last invoice | 0.00 CR |
| A/R adjustment since last invoice | 0.00 |
| Net balance forward | 0.00 |
| Interest charge on past due balance | 0.00 |
| New charges as itemized below | 6,361.41 |
| Prepaid cash applied | 0.00 CR |
| **Total Balance Due Upon Receipt** | **$6,361.41** |

*Interest will accrue at 1.5% per month on balance not paid by end of month.*

### Detail of New Charges

Professional Services

| | | | |
|---|---|---|---|
| 01/01/2010 JGP | 3.30 hours | | $627.00 |
| | Prepare document production, review documents | | |
| 01/01/2010 JGP | 3.50 hours | | $665.00 |
| | Answer Jacobsen Construction interrogatories | | |
| 01/02/2010 JGP | 3.80 hours | | $722.00 |
| | Review documents to be produced for Jacobsen discovery requests | | |
| 01/02/2010 JGP | 2.10 hours | | $399.00 |
| | Review documents to create privilege log for documents to be produced in answer to Jacobsen discovery requests | | |
| 01/02/2010 JGP | 4.10 hours | | $779.00 |
| | Respond to Jacobsen to discovery requests for production of documents and interrogatories | | |
| 01/02/2010 JGP | 0.40 hours | | $76.00 |
| | Conference with B.Shoaf regarding discovery responses to Jacobsen | | |

26481                              Invoice #  183354          Page 2

Construction and bank documents

| | | | | |
|---|---|---|---|---|
| 01/03/2010 | JGP | 1.70 | hours | $323.00 |
| | Revise responses to Jacobsen discovery | | | |
| 01/03/2010 | JGP | 0.50 | hours | $95.00 |
| | Draft index for document production | | | |
| 01/03/2010 | JGP | 1.50 | hours | $285.00 |
| | Review documents for privilege, attorney work product, or attorney communications | | | |
| 01/03/2010 | JGP | 0.30 | hours | $57.00 |
| | Conference with K.Cannon regarding discovery to Jacobsen Construction | | | |
| 01/04/2010 | KLC | 2.20 | hours | $770.00 |
| | Reviewing documents to be produced to Jacobsen | | | |
| 01/04/2010 | KLC | 0.30 | hours | $105.00 |
| | Telephone conference with Jessica Peterson regarding issues on discovery responses | | | |
| 01/04/2010 | KLC | 0.20 | hours | $70.00 |
| | Telephone conference with Bill Shoaf regarding discovery issues | | | |
| 01/04/2010 | KLC | 0.20 | hours | $70.00 |
| | Telephone conference with Michael Johnson regarding discovery | | | |
| 01/04/2010 | KLC | 0.30 | hours | $105.00 |
| | Telephone conference with Michael Blumenthal regarding discovery issues | | | |
| 01/04/2010 | KLC | 1.50 | hours | $525.00 |
| | Reviewing, revising draft discovery responses | | | |
| 01/04/2010 | JGP | 0.20 | hours | $38.00 |
| | Conference with H.Doherty regarding privilege log | | | |
| 01/13/2010 | SJM | 0.80 | hours | $280.00 |
| | Review committee complaint against WestLB and transmit to K. Cannon, W. Shoaf, and M. Blumenthal | | | |
| 01/25/2010 | KLC | 0.60 | hours | $210.00 |
| | Reviewing, revising objection to BayNorth proof of interest | | | |
| 01/25/2010 | KLC | 0.20 | hours | $70.00 |
| | Telephone conference to court for hearing on BayNorth proof of interest | | | |

$6,271.00

Client Expenses Advanced

| | | |
|---|---|---|
| 12/31/2009 | Pacer On-Line Research | $60.56 |
| 12/31/2009 | Pacer On-Line Research | $2.80 |
| 12/31/2009 | Pacer On-Line Research | $1.28 |

26481                          Invoice #  183354          Page  3

| | | |
|---|---|---:|
| 12/31/2009 | Pacer On-Line Research | $0.40 |
| 01/04/2010 | Courier Service | $7.00 |
| 01/04/2010 | Courier Service | $7.00 |
| 01/31/2010 | Equitrac Copy charge | $10.05 |
| 01/31/2010 | Postage | $1.32 |
| | | $90.41 |

New Charges for This Matter                              $6,361.41

```
┌─────────────────────┐
│  D U R H A M         │
│  ─────────────       │
│  J O N E S  &        │
│                      │
│  P I N E G A R       │
└─────────────────────┘
```

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djpiaw.com

February 25, 2010

File No.      26481   00010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

## Attorney Hours

Services Rendered Through 1/31/2010

| Attorney | Hours | Rate | Total |
|----------|-------|------|-------|
| KLC | 0.20 | $350.00 | $70.00 |
| SJM | 0.80 | $350.00 | $280.00 |
| JGP | 1.40 | $190.00 | $266.00 |
| TOTAL | 2.40 | | $616.00 |

## Expenses

| Expense Description | Amount |
|---------------------|--------|
| Copy Reproduction | $29.40 |
| Postage | $4.17 |
| TOTAL | $33.57 |

DURHAM

JONES &

PINEGAR

Durham Jones & Pinegar, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

February 25, 2010
Invoice No.        183355   KLC
File No.           26481    00010
Services Rendered Through 01/31/2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

**Case Administration**

**Summary of Account**

| | | |
|---|---|---|
| Previous balance as of invoice dated | $0.00 | |
| Payments received since last invoice | 0.00 | CR |
| A/R adjustment since last invoice | 0.00 | |
| Net balance forward | 0.00 | |
| Interest charge on past due balance | 0.00 | |
| New charges as itemized below | 649.57 | |
| Prepaid cash applied | 0.00 | CR |
| **Total Balance Due Upon Receipt** | **649.57** | |

*Interest will accrue at 1.5% per month on balance not paid by end of month.*

**Detail of New Charges**

Professional Services

| | | | | |
|---|---|---|---|---|
| 01/07/2010 KLC | 0.20 | hours | | $70.00 |
| | Telephone conference with Bill Shoaf regarding claim issues and other issues | | | |
| 01/11/2010 JGP | 0.60 | hours | | $114.00 |
| | Draft ex parte motion to appear telephonically | | | |
| 01/11/2010 JGP | 0.80 | hours | | $152.00 |
| | Draft order approving ex parte motion to appear telephonically | | | |
| 01/13/2010 SJM | 0.70 | hours | | $245.00 |
| | Conference with W. Shoaf and M. Soto regarding monthly reports and calculation of fee; review monthly reports | | | |
| 01/15/2010 SJM | 0.10 | hours | | $35.00 |
| | Notify US Trustee of report filings | | | |
| | | | | $616.00 |

Client Expenses Advanced

26481                          Invoice #  183355          Page  2

01/31/2010 Equitrac Copy charge                                    $29.40
01/31/2010 Postage                                                  $4.17
                                                                   _____
                                                                   $33.57

New Charges for This Matter                                       $649.57

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

February 25, 2010
File No.      26481    00011

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

## Attorney Hours

Services Rendered Through 1/31/2010

| Attorney | Hours | Rate | Total |
|----------|-------|------|-------|
| KLC | 10.20 | $350.00 | $3,570.00 |
| SJM | 0.40 | $350.00 | $140.00 |
| TOTAL | 10.60 | | $3,710.00 |

## Expenses

| Expense Description | Amount |
|---------------------|--------|
| Pacer | $15.84 |
| Copy Reproduction | $3.00 |
| TOTAL | $18.84 |

DURHAM

JONES &

PINEGAR

Durham Jones & Pinegar, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

February 25, 2010
Invoice No.      183356   KLC
File No.          26481   00011
Services Rendered Through 01/31/2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

**Cash Collateral/DIP Lending**

**Summary of Account**

| | | |
|---|---|---|
| Previous balance as of invoice dated | $0.00 | |
| Payments received since last invoice | 0.00 | CR |
| A/R adjustment since last invoice | 0.00 | |
| Net balance forward | 0.00 | |
| Interest charge on past due balance | 0.00 | |
| New charges as itemized below | 3,728.84 | |
| Prepaid cash applied | 0.00 | CR |
| **Total Balance Due Upon Receipt** | **$3,728.84** | |

*Interest will accrue at 1.5% per month on balance not paid by end of month.*

**Detail of New Charges**

Professional Services

| | | | | |
|---|---|---|---|---|
| 01/05/2010 KLC | 0.20 | hours | | $70.00 |
| | Telephone conference from Terri Steinbrenner regarding accounts | | | |
| 01/05/2010 KLC | 0.30 | hours | | $105.00 |
| | Email to, telephone conference with Drew Norman regarding Chase accounts | | | |
| 01/11/2010 KLC | 0.20 | hours | | $70.00 |
| | Telephone conference with Bill Shoaf regarding Chase accounts | | | |
| 01/14/2010 KLC | 0.40 | hours | | $140.00 |
| | Telephone conference from court regarding hearing on cash collateral, telephone conference with Michael Blumenthal regarding same, email to Rich Havel, Michael Johnson regarding same | | | |
| 01/18/2010 KLC | 1.40 | hours | | $490.00 |
| | Drafting proposed order on holdback agreed to with Jacobsen, reviewing documents related to same | | | |

26481                                    Invoice #  183356            Page 2

| Date | | | | |
|---|---|---|---|---|
| 01/19/2010 | KLC | 0.20 | hours | $70.00 |

Telephone conference with Michael Blumenthal regarding proposed
order on cash collateral

| 01/19/2010 | KLC | 0.80 | hours | $280.00 |

Revising draft order on cash collateral, holdback

| 01/19/2010 | KLC | 0.30 | hours | $105.00 |

Emails to parties regarding proposed order on cash
collateral/holdback of funds from sale proceeds escrow issues

| 01/19/2010 | KLC | 0.70 | hours | $245.00 |

Preparation for hearing on cash collateral - reviewing Jacobsen plan
treatment, cash collateral stipulations and orders

| 01/19/2010 | KLC | 0.70 | hours | $245.00 |

Attending hearing on cash collateral

| 01/19/2010 | SJM | 0.20 | hours | $70.00 |

Review comments of Jacobsen, M. Blumenthal, WestLB, and
committee, all regarding order on cash collateral, addressing Jacobsen
issues

| 01/20/2010 | KLC | 0.20 | hours | $70.00 |

Telephone conference with Rich Havel regarding budgets, transfer
requests

| 01/20/2010 | KLC | 0.30 | hours | $105.00 |

Reviewing revisions to JPMorgan Chase blocked account agreement,
emails with Bill Shoaf regarding same

| 01/20/2010 | KLC | 0.20 | hours | $70.00 |

Telephone conference with Bill Shoaf regarding conference call on
budgets and transfer requests

| 01/20/2010 | KLC | 0.30 | hours | $105.00 |

Emails regarding meeting on budgets, transfer requests

| 01/20/2010 | SJM | 0.20 | hours | $70.00 |

Review WestLB markups on control agreement with Chase

| 01/21/2010 | KLC | 0.20 | hours | $70.00 |

Telephone conference with Bill Shoaf regarding lack of cash for
operating expenses

| 01/21/2010 | KLC | 0.20 | hours | $70.00 |

Telephone conference with Michael Blumenthal and Kim Sallinger
regarding cash position, cash collateral issues

| 01/21/2010 | KLC | 0.30 | hours | $105.00 |

Telephone conference with Jeff Blatt regarding cash collateral issues

| 01/21/2010 | KLC | 0.40 | hours | $140.00 |

Telephone conference with Jeff Blatt, Rich Havel, and Jamie Winikor
regarding cash collateral issues ·

| 01/21/2010 | KLC | 0.30 | hours | $105.00 |

26481                          Invoice #  183356          Page  3

|            |            |      |       | Email regarding discussion with WestLB on cash collateral |  |
|------------|------------|------|-------|--|--|
| 01/21/2010 | KLC | 1.10 | hours | | $385.00 |

Reviewing emails from Drew Norman regarding Chase accounts, responding to same

| 01/26/2010 | KLC | 0.30 | hours | $105.00 |
|---|---|---|---|---|

Telephone conference from Jeff Blatt regarding cash collateral issues

| 01/26/2010 | KLC | 0.60 | hours | $210.00 |
|---|---|---|---|---|

Reviewing budget associated with latest iteration of cash collateral stipulation

| 01/27/2010 | KLC | 0.30 | hours | $105.00 |
|---|---|---|---|---|

Reviewing email correspondence on transfer requests

| 01/28/2010 | KLC | 0.30 | hours | $105.00 |
|---|---|---|---|---|

Reviewing correspondence regarding transfer requests

                                                        $3,710.00

Client Expenses Advanced

| 12/31/2009 Pacer On-Line Research | $12.64 |
|---|---|
| 12/31/2009 Pacer On-Line Research | $3.20 |
| 01/31/2010 Equitrac Copy charge | $3.00 |

                                                          $18.84

New Charges for This Matter                              $3,728.84

```
 _____
|                |
|  D U R H A M   |
|  _____   |
|                |
|  J O N E S &   |
|  _____   |
|                |
|  P I N E G A R |
|_____|
```

**DURHAM JONES & PINEGAR, P.C.**
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

February 25, 2010
File No.     26481   00012

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

## Attorney Hours

Services Rendered Through 1/31/2010

| Attorney | Hours | Rate | Total |
|----------|-------|------|-------|
| KLC | 0.30 | $350.00 | $105.00 |
| SJM | 0.10 | $350.00 | ~~$32.50~~ $35.00 |
| TOTAL | 0.40 | | ~~$137.50~~ $140.00 |

## Expenses

| Expense Description | Amount |
|---------------------|--------|
| Overnight Mail | $84.58 |
| Pacer | $57.76 |
| TOTAL | $142.34 |

DURHAM

JONES &

PINEGAR

Durham Jones & Pinegar, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

February 25, 2010
Invoice No.        183357    KLC
File No.           26481     00012
Services Rendered Through 01/31/2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

**BayNorth Litigation**

**Summary of Account**

| | | |
|---|---|---|
| Previous balance as of invoice dated | $0.00 | |
| Payments received since last invoice | 0.00 | CR |
| A/R adjustment since last invoice | 0.00 | |
| Net balance forward | 0.00 | |
| Interest charge on past due balance | 0.00 | |
| New charges as itemized below | 279.84 | |
| Prepaid cash applied | 0.00 | CR |
| **Total Balance Due Upon Receipt** | **$279.84** | |

*Interest will accrue at 1.5% per month on balance not paid by end of month.*

**Detail of New Charges**

Professional Services

| | | | |
|---|---|---|---|
| 10/15/2009 SJM | 0.10 hours | | $32.50 |
| Review and sign stipulation on extension if time for Bay North to answer adversary complaint | | | |
| 01/27/2010 KLC | 0.30 hours | | $105.00 |
| Responding to Bruce Zabarauskas regarding discovery issues | | | |
| | | | $137.50 |

Client Expenses Advanced

| | |
|---|---|
| 12/23/2009 Federal Express | $39.17 |
| 12/23/2009 Federal Express | $45.41 |
| 12/31/2009 Pacer On-Line Research | $52.56 |
| 12/31/2009 Pacer On-Line Research | $5.20 |
| | $142.34 |

26481                                    Invoice #  183357              Page 2

New Charges for This Matter                                              $279.84

# FEBRUARY 2010

D U R H A M

J O N E S &

P I N E G A R

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

March 24, 2010
Invoice No. 184969

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT 84068

---

**Invoice Summary**

Client #:      26481      Easy Street
Matter #:          4      Claims Administration

For professional services rendered and costs advanced through February 28, 2010:

| | |
|---|---|
| Total Fees | $ 2,662.00 |
| Total Expenses | $ 14.64 |
| **Total of This Invoice** | **$ 2,676.64** |

*1*

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

## Detail of Professional Fees

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|----------------------------------|-------|--------|
| 2/03/10 | SJM | Review late claim (#91) filed by Fabian and Clendenin for another purchaser and transmit to co-counsel | .20 | 70.00 |
| 2/05/10 | KLC | Reviewing, revising deposition notice | .30 | 105.00 |
| 2/05/10 | KLC | Corrected deposition notice | .20 | 70.00 |
| 2/05/10 | KLC | Telephone conference from Addie Maudsley regarding deposition notice | .20 | 70.00 |
| 2/05/10 | KLC | Telephone conference from Don Jackson regarding claim issues | .20 | 70.00 |
| 2/08/10 | SJM | Prepare (1.20) for (by reviewing and circuiting clerk's claims register and claims likely to require objection) and participate in conference call (.60) with S. Eichel and W. Shoaf regarding proofs of claim filed against Partners; after call, verify UCC filing by Sysci and review Sysco claim and Wickline claims (.60); review four Cloudnine claims and repare email request to K. Wilson on withdrawal of CloudNine claims filed by Wickline (.60) | 3.00 | 1,050.00 |
| 2/09/10 | KLC | Reviewing emails regarding claims issues | .30 | 105.00 |
| 2/09/10 | SJM | Review claims information from W. Shoaf and S. Eichel (.60); review and transmit to client and co-counsel amended claim filed by Gateway (.40) | 1.00 | 350.00 |
| 2/16/10 | HDO | Search state court docket for any lien actions filed | .30 | 40.50 |
| 2/16/10 | HDO | Meeting with K. Cannon re search for lien actions filed | .10 | 13.50 |
| 2/16/10 | KKS | Conference with K. Cannon; research Summit County Recorder's office document information; telephone conference with Recorder's office; research parcels SA-400-F, SA-400-A, SA-400-406, ESB-1, ESB-2, SA 425-UPLfor specific lien filings; compile research results; telephone conference with K. Cannon regarding same; compile research packet for K. Cannon | 1.20 | 162.00 |
| 2/16/10 | KLC | Addressing Elliott Workgroup issues - reviewing mechanic's lien, research | .50 | 175.00 |
| 2/16/10 | KLC | Telephone conference with Craig Elliott regarding claim | .20 | 70.00 |
| 2/19/10 | JGP | Draft amended notice of hearing on objection to BayNorth's proof of claim | .90 | 171.00 |
| 2/24/10 | KLC | Telephone conference with Steve Eichel regarding objections to claims for voting purposes | .20 | 70.00 |
| 2/25/10 | KLC | Telephone conference with Steve Eichel regarding Gateway issues | .20 | 70.00 |

2

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

Total Fees:          $ 2,662.00

## Time Summary

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Cannon, Ken | 2.30 | 350.00 | 805.00 |
| McCardell, Steven J. | 4.20 | 350.00 | 1,470.00 |
| Peterson, Jessica | .90 | 190.00 | 171.00 |
| Doherty, Helen | .40 | 135.00 | 54.00 |
| Shelton, Kathryn K. | 1.20 | 135.00 | 162.00 |

## Detail of Client Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 1/31/10 | Pacer On-Line Research | 8.40 |
| 1/31/10 | Pacer On-Line Research | 6.24 |

Total Expenses:     $ 14.64

*3*

**DURHAM**

**JONES &**

**PINEGAR**

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

March 24, 2010
Invoice No. 184969

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT 84068

---

### Remittance Advice
*To insure proper credit to your account, please return this remittance with your payment.*

Client #:      26481      Easy Street
Matter #:          4      Claims Administration

| | |
|---|---|
| Current Invoice | $ 2,676.64 |
| **Total Balance Due** | **$ 2,676.64** |

*4*

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

March 24, 2010
Invoice No.  184970

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

## Invoice Summary

| | | |
|---|---|---|
| Client #: | 26481 | Easy Street |
| Matter #: | 5 | Employ & Fee Apps - Durham |

For professional services rendered and costs advanced through February 28, 2010:

| | |
|---|---|
| Total Fees | $ 1,505.00 |
| Total Expenses | $ 2.32 |
| **Total of This Invoice** | **$ 1,507.32** |

*1*

**DURHAM**

**JONES &**

**PINEGAR**

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

### Detail of Professional Fees

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|--------------------------------|-------|--------|
| 2/03/10 | KLC | Reviewing WestLB's objection to DJP second fee request | .20 | 70.00 |
| 2/11/10 | KLC | Researching, drafting supplemental disclosure regarding SCP | 2.10 | 735.00 |
| 2/21/10 | KLC | Reviewing detailed billing reports of DJP | 1.70 | 595.00 |
| 2/24/10 | KLC | Reviewing fee request for January | .30 | 105.00 |

Total Fees:  $ 1,505.00

### Time Summary

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Cannon, Ken | 4.30 | 350.00 | 1,505.00 |

### Detail of Client Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 1/31/10 | Pacer On-Line Research | 2.08 |
| 1/31/10 | Pacer On-Line Research | .24 |

Total Expenses:  $ 2.32

*2*

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

March 24, 2010
Invoice No.  184970

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

---

## Remittance Advice
*To insure proper credit to your account, please return this remittance with your payment.*

Client #:  26481   Easy Street
Matter #:      5   Employ & Fee Apps - Durham

|  | |
|---|---|
| Current Invoice | $ 1,507.32 |
| **Total Balance Due** | **$ 1,507.32** |

*3*

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

March 24, 2010
Invoice No.  184971

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

## Invoice Summary

| | | |
|---|---|---|
| Client #: | 26481 | Easy Street |
| Matter #: | 6 | Employ & Fee Apps - Others |

For professional services rendered and costs advanced through February 28, 2010:

| | |
|---|---|
| Total Fees | $ 350.00 |
| Total Expenses | $ 387.58 |
| **Total of This Invoice** | **$ 737.58** |

*1*

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

## Detail of Professional Fees

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|----------------------------------|-------|--------|
| 2/03/10 | KLC | Revising notice of fee application and hearings thereon | .70 | 245.00 |
| 2/05/10 | KLC | Addressing scheduling issues | .30 | 105.00 |
| | | | Total Fees: | $ 350.00 |

## Time Summary

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Cannon, Ken | 1.00 | 350.00 | 350.00 |

## Detail of Client Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 1/31/10 | Pacer On-Line Research | .16 |
| 1/31/10 | Pacer On-Line Research | 3.04 |
| 1/31/10 | Pacer On-Line Research | 2.56 |
| | Copy Charge | 233.10 |
| | Postage | 148.72 |
| | Total Expenses: | $ 387.58 |

*2*

**D U R H A M**

**J O N E S &**

**P I N E G A R**

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

March 24, 2010
Invoice No.  184971

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

---

### Remittance Advice
*To insure proper credit to your account, please return this remittance with your payment.*

Client #:      26481      Easy Street
Matter #:          6      Employ & Fee Apps - Others

| | |
|---|---|
| Current Invoice | $ 737.58 |
| **Total Balance Due** | **$ 737.58** |

*3*

**D U R H A M**

**J O N E S &**

**P I N E G A R**

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

March 24, 2010
Invoice No.  184973

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

---

**Invoice Summary**

| | | |
|---|---|---|
| Client #: | 26481 | Easy Street |
| Matter #: | 8 | Plan and Disc. Statement |

For professional services rendered and costs advanced through February 28, 2010:

| | |
|---|---|
| Total Fees | $ 20,933.00 |
| Total Expenses | $ 7,848.59 |
| **Total of This Invoice** | **$ 28,781.59** |

*1*

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

**Detail of Professional Fees**

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|--------------------------------|-------|--------|
| 2/01/10 | KLC | Telephone conference with Michael Blumenthal regarding various issues on plan, treatment, telephone conference with Michael Blumenthal to Mike Johnson regarding Jacobsen | .60 | 210.00 |
| 2/01/10 | KLC | Telephone conference to Diane Banks regarding Jacobsen | .20 | 70.00 |
| 2/01/10 | KLC | Reviewing email from Mike Johnson regarding Jacobsen | .20 | 70.00 |
| 2/01/10 | KLC | Emails to, from Philo Smith regarding plan process | .30 | 105.00 |
| 2/03/10 | KLC | Telephone conference with Steve Eichel regarding homeowners issues | .20 | 70.00 |
| 2/03/10 | KLC | Telephone conference with Michael Blumenthal and Steve Eichel regarding plan issues | .30 | 105.00 |
| 2/03/10 | KLC | Telephone conference with Diane Banks regarding homeowners | .20 | 70.00 |
| 2/03/10 | KLC | Telephone conference with Lon Jenkins regarding plan issues | .30 | 105.00 |
| 2/04/10 | KLC | Telephone conference with Michael Blumenthal regarding transfer request issues | .20 | 70.00 |
| 2/04/10 | KLC | Emails with Mike Johnson regarding Jacobsen issues | .20 | 70.00 |
| 2/04/10 | KLC | Telephone conference with Doug Payne regarding homeowner issues | .20 | 70.00 |
| 2/04/10 | KLC | Telephone conference with Steve Eichel regarding ballot forms | .20 | 70.00 |
| 2/04/10 | KLC | Reviewing, revising ballot form | .30 | 105.00 |
| 2/05/10 | KLC | Telephone conference with Steve Eichel, reviewing disclosure statement orders | .40 | 140.00 |
| 2/09/10 | KLC | Reviewing emails regarding plan issues | .30 | 105.00 |
| 2/10/10 | KLC | Telephone conference with Steve Eichel regarding ballot, plan solicitation package | .30 | 105.00 |
| 2/10/10 | KLC | Telephone conference with Lon Jenkins regarding plan treatment issues | .20 | 70.00 |
| 2/10/10 | KLC | Telephone conference with Doug Payne and Rob Dale regarding treatment of homeowners | .40 | 140.00 |
| 2/10/10 | KLC | Telephone conference with Michael Blumenthal regarding homeowners treatment | .40 | 140.00 |
| 2/10/10 | KLC | Telephone conference with Steve Eichel regarding disclosure statement issues | .20 | 70.00 |
| 2/11/10 | KLC | Telephone conference with Michael Blumenthal regarding plan issues, telephone conference with Michael Blumenthal to Mike | .60 | n/c |

*2*

**DURHAM**

**JONES &**

**PINEGAR**

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|----------------------------------|-------|--------|
| | | Johnson regarding Jacobsen and other mechanics liens | | |
| 2/11/10 | KLC | Telephone to Doug Payne regarding homeowner issues, plan treatment of homeowners | .30 | 105.00 |
| 2/11/10 | KLC | Telephone conference with Steve Eichel regarding disclosure statement objections, reply, order | .30 | 105.00 |
| 2/12/10 | KLC | Telephone conference with Steve Eichel regarding homeowner treatment | .20 | 70.00 |
| 2/12/10 | KLC | Reviewing proposed treatment of homeowner claims | .20 | 70.00 |
| 2/12/10 | KLC | Telephone conference with Lon Jenkins regarding plan treatment | .20 | 70.00 |
| 2/12/10 | KLC | Telephone conference with Doug Payne regarding homeowner claims | .20 | 70.00 |
| 2/12/10 | KLC | Telephone conference with Craig Elliott regarding Elliott Workgroup mechanic's lien | .20 | 70.00 |
| 2/12/10 | KLC | Reviewing BayNorth objection to disclosure statement | .40 | 140.00 |
| 2/12/10 | MLA | Office conference re mechanics lien issues and preparing write up for disclosure | .60 | 147.00 |
| 2/15/10 | KLC | Telephone conference with Michael Blumenthal regarding plan and disclosure statement issues | .30 | 105.00 |
| 2/15/10 | KLC | Reviewing documents related to amended plan | 1.20 | 420.00 |
| 2/16/10 | KLC | Reviewing amended plan and disclosure statement | 2.90 | 1,015.00 |
| 2/16/10 | KLC | Telephone conference with Steve Eichel regarding plan and disclosure statement | .20 | 70.00 |
| 2/16/10 | KLC | Telephone conference with Michael Blumenthal regarding issues in plan | .30 | 105.00 |
| 2/16/10 | KLC | Telephone conferences with Steve Eichel regarding plan and disclosure statement | .30 | 105.00 |
| 2/16/10 | KLC | Email to Doug Payne regarding amended treatment of Jacobsen | .20 | 70.00 |
| 2/16/10 | KLC | Telephone conference with Michael Johnson regarding Jacobsen treatment | .20 | 70.00 |
| 2/16/10 | SJM | Conference with K. Cannon on disclosure statement objections | .10 | 35.00 |
| 2/16/10 | SJM | Reviewing objections of committee and West LB to disclosure statement (1.20); review revised plan (.70) | 1.90 | 665.00 |
| 2/17/10 | KLC | Telephone conference with Steven Eichel regarding modifications to plan and disclosure statement | .30 | 105.00 |
| 2/17/10 | KLC | Revising plan and disclosure statement | .70 | 245.00 |
| 2/17/10 | KLC | Telephone conference with Lon Jenkins regarding plan issues | .20 | 70.00 |
| 2/17/10 | KLC | Emails with, telephone conference with Steve Eichel regarding | .40 | 140.00 |

*3*

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|----------------------------------|-------|--------|
| | | comments on plan and disclosure statement | | |
| 2/17/10 | KLC | Reviewing updated exhibits to disclosure statement | .50 | 175.00 |
| 2/17/10 | KLC | Final review of plan and disclosure statement as modified | .90 | 315.00 |
| 2/17/10 | KLC | Telephone conference from Doug Payne regarding plan treatment of homeowners | .20 | 70.00 |
| 2/17/10 | KLC | Reviewing proposed changes from Doug Payne regarding claims of the homeowners | .30 | 105.00 |
| 2/17/10 | KLC | Telephone conference with Michael Johnson regarding issue raised by homeowners | .20 | 70.00 |
| 2/17/10 | KLC | Telephone conference to court regarding hearing on confirmation | .20 | 70.00 |
| 2/17/10 | KLC | Reviewing, revising proposed order on disclosure statement, exhibits thereto | 2.30 | 805.00 |
| 2/17/10 | KLC | Telephone conference with Steve Eichel regarding disclosure statement order | .20 | 70.00 |
| 2/17/10 | KLC | Telephone conference with Bill Shoaf regarding unsecured creditor treatment, signing plan and disclosure statement | .20 | 70.00 |
| 2/17/10 | KLC | Telephone conference with Philo Smith regarding signing plan and disclosure statement | .10 | 35.00 |
| 2/17/10 | KLC | Conference with Michael Blumenthal regarding disclosure statement issues, hearing issues | .40 | 140.00 |
| 2/17/10 | KLC | Telephone conference with Lon Jenkins regarding unsecured creditors | .30 | 105.00 |
| 2/17/10 | KLC | Telephone conference from Sidley lawyer regarding disclosure statement | .10 | 35.00 |
| 2/17/10 | KLC | Reviewing comments on disclosure statement from WestLB, conference with Michael Blumenthal regarding same | .30 | 105.00 |
| 2/17/10 | KLC | Conference with Bill Shoaf, Kim Sallinger, Michael Blumenthal regarding plan issues | .40 | 140.00 |
| 2/17/10 | KLC | Conference with Michael Blumenthal regarding disclosure statement order, ballots | .30 | 105.00 |
| 2/17/10 | KLC | Final review of disclosure statement order, exhibits thereto | .50 | 175.00 |
| 2/17/10 | SJM | Conference with K. Cannon on notice of confirmation (.10); review amended disclosure statement and response to disclosure statement objections (1.20) | 1.30 | 455.00 |
| 2/18/10 | JGP | Conference with K.Cannon regarding scheduling motion of Easy Street Mezzanine and Easy Street Holding to extend exclusive periods | .20 | 38.00 |

*4*

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|-------------------------------|-------|--------|
| 2/18/10 | KLC | Meeting with Michael Blumenthal in preparation for hearing on disclosure statement | 1.40 | 490.00 |
| 2/18/10 | KLC | Attending hearing on disclosure statement | 2.10 | 735.00 |
| 2/18/10 | KLC | Meeting with Bill Shoaf and Philo Smith regarding plan issues | .40 | 140.00 |
| 2/18/10 | KLC | Meeting with Lon Jenkins and Jeff Shields regarding unsecured creditor treatment | 1.00 | 350.00 |
| 2/18/10 | KLC | Revising plan treatment of fractional unit owners with Michael Blumenthal and Steve Eichel | .40 | 140.00 |
| 2/18/10 | KLC | Revising disclosure statement order, attachments thereto | 1.80 | 630.00 |
| 2/18/10 | KLC | Preparation for hearing on disclosure statement, addressing issues regarding disclosure statement | 2.20 | 770.00 |
| 2/18/10 | KLC | Meeting with Bill Shoaf regarding plan issues | .60 | 210.00 |
| 2/18/10 | KLC | Telephone conference with Steve Eichel regarding issues in disclosure statement | .20 | 70.00 |
| 2/19/10 | JGP | Call court regarding scheduling | .20 | 38.00 |
| 2/19/10 | JGP | Email correspondence with K.Cannon regarding scheduling motion to extend exclusive periods | .40 | 76.00 |
| 2/19/10 | JGP | Conference with M.Blumenthal regarding scheduling | .10 | 19.00 |
| 2/21/10 | KLC | Reviewing changes to plan and disclosure statement | .80 | 280.00 |
| 2/22/10 | KLC | Reviewing proposed changes to order on disclosure statement, revising same | .70 | 245.00 |
| 2/22/10 | KLC | Telephone conference with Steve Eichel regarding plan issues | .20 | 70.00 |
| 2/22/10 | KLC | Reviewing proposed changes to disclosure statement, reviewing disclosure statement regarding proposed changes | .90 | 315.00 |
| 2/22/10 | KLC | Telephone conference with Steve Eichel regarding solicitation package, objections | .30 | 105.00 |
| 2/23/10 | KLC | Revising proposed order on disclosure statement, attachments thereto | 1.90 | 665.00 |
| 2/23/10 | KLC | Telephone conference to chambers regarding providing black-lined copy of order on disclosure statement | .20 | 70.00 |
| 2/23/10 | KLC | Email to court regarding black-lined copy of proposed order on disclosure statement | .20 | 70.00 |
| 2/23/10 | KLC | Telephone conference with Michael Blumenthal, Rich Havel, and Bill Ellis on WestLB term sheet | 1.30 | 455.00 |
| 2/23/10 | KLC | Telephone conference with Steve Eichel regarding plan issues | .20 | 70.00 |
| 2/23/10 | KLC | Telephone conference with Michael Blumenthal regarding plan issues | .40 | 140.00 |

5

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|-------------------------------|-------|--------|
| 2/23/10 | KLC | Revising plan and disclosure statement | 2.10 | 735.00 |
| 2/23/10 | KLC | Telephone conference with Steve Eichel regarding plan and disclosure statement | .20 | 70.00 |
| 2/24/10 | KLC | Reviewing changes to plan funding agreement draft | .80 | 280.00 |
| 2/24/10 | KLC | Reviewing changes to plan and disclosure statement | 1.20 | 420.00 |
| 2/24/10 | KLC | Telephone conference with Michael Blumenthal regarding plan issues | .30 | 105.00 |
| 2/24/10 | KLC | Telephone conference with Michael Blumenthal regarding issues relative to plan funding | .40 | 140.00 |
| 2/24/10 | KLC | Telephone conference with Steve Eichel regarding plan issues | .20 | 70.00 |
| 2/24/10 | KLC | Reviewing new drafts of plan and disclosure statement | .50 | 175.00 |
| 2/24/10 | KLC | Telephone conference with Steve Eichel regarding new drafts of plan and disclosure statement | .20 | 70.00 |
| 2/25/10 | KLC | Reviewing final version of order approving disclosure statement | .40 | 140.00 |
| 2/25/10 | KLC | Telephone conference with John Straley regarding submission of proposed order on disclosure statement | .20 | 70.00 |
| 2/25/10 | KLC | Telephone conference with Richard Havel regarding proposed changes to disclosure statement | .20 | 70.00 |
| 2/25/10 | KLC | Telephone conference with Michael Blumenthal regarding plan funding issues, changes to disclosure statement | .20 | 70.00 |
| 2/25/10 | KLC | Reviewing final versions of plan and disclosure statement, black-line of each | 1.90 | 665.00 |
| 2/25/10 | KLC | Email to parties regarding proposed order and plan and disclosure statement | .20 | 70.00 |
| 2/25/10 | KLC | Telephone conference with John Straley regarding submission of order | .10 | 35.00 |
| 2/25/10 | KLC | Drafting errata to disclosure statement | .60 | 210.00 |
| 2/25/10 | KLC | Telephone conference with Michael Blumenthal regarding plan issues | .20 | 70.00 |
| 2/25/10 | KLC | Telephone conference with Steve Eichel regarding final modifications to plan | .30 | 105.00 |
| 2/25/10 | KLC | Reviewing emails regarding proposed changes to disclosure statement | .40 | 140.00 |
| 2/25/10 | KLC | Telephone conference with Michael Blumenthal regarding plan funding issues | .30 | 105.00 |
| 2/25/10 | KLC | Telephone conferences to counsel regarding endorsing disclosure statement order | .30 | 105.00 |

*6*

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|----------------------------------|-------|--------|
| 2/26/10 | KLC | Telephone conference from Steve Eichel regarding objections for voting purposes | .20 | 70.00 |
| 2/26/10 | KLC | Revising motion to value Sky Lodge | .80 | 280.00 |
| 2/26/10 | KLC | Telephone conference to court for hearing on valuation motion | .20 | 70.00 |
| 2/26/10 | KLC | Drafting notice of hearing on motion to value Sky Lodge | .90 | 315.00 |
| 2/26/10 | KLC | Reviewing draft objection to claims | .60 | 210.00 |
| 2/26/10 | KLC | Overseeing process of getting solicitation packages out | .90 | 315.00 |
| 2/26/10 | KLC | Telephone conference with Michael Blumenthal regarding various plan matters | .30 | 105.00 |
| 2/26/10 | KLC | Reviewing title commitment from SCP, email to Michael Blumenthal regarding same | .80 | 280.00 |
| 2/26/10 | SJM | Review revised disclosure statement and plan | .30 | 105.00 |

Total Fees:    $ 20,933.00

**Time Summary**

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Cannon, Ken | 55.30 | 350.00 | 19,355.00 |
| McCardell, Steven J. | 3.60 | 350.00 | 1,260.00 |
| Peterson, Jessica | .90 | 190.00 | 171.00 |
| Astling, Mark L | .60 | 245.00 | 147.00 |

**Detail of Client Expenses**

| Date | Description | Amount |
|------|-------------|--------|
| 1/31/10 | Pacer On-Line Research | .08 |
| 1/31/10 | Pacer On-Line Research | 1.68 |
| 1/31/10 | Pacer On-Line Research | 1.60 |
| 1/31/10 | Pacer On-Line Research | 2.48 |
| | Postage | 312.90 |
| | Copy Charge | 7,529.85 |

Total Expenses:    $ 7,848.59

7

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

March 24, 2010
Invoice No. 184973

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT 84068

## Remittance Advice

*To insure proper credit to your account, please return this remittance with your payment.*

| Client #: | 26481 | Easy Street |
|-----------|-------|-------------|
| Matter #: | 8 | Plan and Disc. Statement |

| | |
|---|---|
| Current Invoice | $ 28,781.59 |
| **Total Balance Due** | **$ 28,781.59** |

*8*

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

March 24, 2010
Invoice No.  184974

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

**Invoice Summary**

Client #:      26481      Easy Street
Matter #:           9      Misc. Contested Matters

For professional services rendered and costs advanced through February 28, 2010:

Total Fees                    $ 3,323.50
Total Expenses            $ 1.76
**Total of This Invoice**    **$ 3,325.26**

*1*

D U R H A M

J O N E S &

P I N E G A R

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

## Detail of Professional Fees

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|----------------------------------|-------|--------|
| 1/01/10 | SJM | Review and resopnd to inquiry from J. Peterson on discovery responses as to Jacobsen discovery; review and respond to further inquiry | .40 | 140.00 |
| 1/02/10 | SJM | Review and respond to further inquries from J. Peterson on responses to Jacobsen discovery; review draft responses and comment | 1.40 | 490.00 |
| 1/03/10 | SJM | Review additional discovery responses and comments From W. Shoaf as to Jacobsen discovery and provide input | 1.70 | 595.00 |
| 1/04/10 | HDO | Begin redacting priviledged information re Jacobsen Subpoena and creating priviledge log | 2.10 | 283.50 |
| 1/04/10 | HDO | Cont preping document production re Jacobsen subpoena | 3.00 | 405.00 |
| 1/04/10 | HDO | Meeting with K. Cannon re priviledge log and document production | .20 | 27.00 |
| 1/04/10 | HDO | Pc's with J. Peterson re document production and privledge log | .40 | 54.00 |
| 1/06/10 | SJM | Review emails from M. Johnson, counsel for Jacobsen, regarding depositions | .30 | 105.00 |
| 1/07/10 | SJM | Review R. Havel summary of agreement with Jacobsen it will agree to, M. Johnson response, and further emails from counsel on clarifying terms of terms of settlement, review notice as to depositions | 1.60 | 560.00 |
| 2/10/10 | KLC | Reviewing draft subpoena, emails regarding service in Tucson | .40 | 140.00 |
| 2/10/10 | KLC | Telephone conference with Bruce Zabarauskas regarding discovery issues | .20 | 70.00 |
| 2/11/10 | KLC | Addressing discovery issues | .50 | 175.00 |
| 2/19/10 | JGP | Execute stipulation regarding extending deadline to respond to subpoenas | .30 | 57.00 |
| 2/19/10 | JGP | Review and revise notice of hearing to change time | .80 | 152.00 |
| 2/19/10 | SJM | Review and respond to inquiry from B. Zabaruskas on stipulation on extending WEstLB time to respond to Bay North subpoena and make assignment to J. Peterson | .20 | 70.00 |

Total Fees:        $ 3,323.50

## Time Summary

SALT LAKE CITY | OGDEN | ST. GEORGE | LAS VEGAS

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

| Name | Hours | Rate | Total |
|---|---|---|---|
| Cannon, Ken | 1.10 | 350.00 | 385.00 |
| McCardell, Steven J. | 5.60 | 350.00 | 1,960.00 |
| Peterson, Jessica | 1.10 | 190.00 | 209.00 |
| Doherty, Helen | 5.70 | 135.00 | 769.50 |

**Detail of Client Expenses**

| Date | Description | Amount |
|---|---|---|
| | Postage | 1.76 |

Total Expenses:        $ 1.76

*3*

SALT LAKE CITY | OGDEN | ST. GEORGE | LAS VEGAS

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

March 24, 2010
Invoice No.  184974

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

---

## Remittance Advice
*To insure proper credit to your account, please return this remittance with your payment.*

Client #:      26481      Easy Street
Matter #:          9      Misc. Contested Matters

              Current Invoice                      __$ 3,325.26__
              **Total Balance Due**             __**$ 3,325.26**__

*4*

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

March 24, 2010
Invoice No.  184975

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT 84068

**Invoice Summary**

Client #:    26481    Easy Street
Matter #:      10    Case Administration

For professional services rendered and costs advanced through February 28, 2010:

| | |
|---|---|
| Total Fees | $ 1,049.00 |
| Total Expenses | $ 46.69 |
| **Total of This Invoice** | **$ 1,095.69** |

*1*

**DURHAM**

**JONES &**

**PINEGAR**

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

## Detail of Professional Fees

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|----------------------------------|-------|--------|
| 2/16/10 | JGP | Draft ex parte motion for S.Eichel to appear telephonically | .60 | 114.00 |
| 2/16/10 | JGP | Draft ex parte order for S.Eichel to appear telephonically | .50 | 95.00 |
| 2/16/10 | KLC | Reviewing monthly reports for the debtors | 1.20 | 420.00 |
| 2/16/10 | KLC | Telephone conference to Michael Blumenthal regarding narrative in monthly reports | .20 | 70.00 |
| 2/16/10 | KLC | Telephone conference with Bill Shoaf regarding monthly financial reports | .20 | 70.00 |
| 2/16/10 | KLC | Revising narrative portion of monthly financial reports for the debtors | .80 | 280.00 |

Total Fees:     $ 1,049.00

## Time Summary

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Cannon, Ken | 2.40 | 350.00 | 840.00 |
| Peterson, Jessica | 1.10 | 190.00 | 209.00 |

## Detail of Client Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 1/31/10 | Pacer On-Line Research | 1.60 |
| 1/31/10 | Pacer On-Line Research | 2.08 |
| 1/31/10 | Pacer On-Line Research | 2.48 |
| 1/31/10 | Pacer On-Line Research | .48 |
| 2/05/10 | Professional services from - Chapman & Cutler | 7.00 |
| | Copy Charge | 26.85 |
| | Postage | 6.20 |

Total Expenses:     $ 46.69

2

**D U R H A M**

**J O N E S  &**

**P I N E G A R**

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

March 24, 2010
Invoice No.  184975

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

## Remittance Advice
*To insure proper credit to your account, please return this remittance with your payment.*

Client #:      26481      Easy Street
Matter #:         10      Case Administration

Current Invoice                    $ 1,095.69
**Total Balance Due**              **$ 1,095.69**

3

D U R H A M
———————
J O N E S  &
———————
P I N E G A R

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

March 24, 2010
Invoice No.  184976

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

## Invoice Summary

| Client #: | 26481 | Easy Street |
| Matter #: | 11 | Cash Collateral/DIP Lending |

For professional services rendered and costs advanced through February 28, 2010:

| | |
|---|---|
| Total Fees | $ 1,750.00 |
| Total Expenses | $ 16.40 |
| **Total of This Invoice** | **$ 1,766.40** |

*1*

DURHAM
JONES &
PINEGAR

**DURHAM JONES & PINEGAR, P.C.**
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

## Detail of Professional Fees

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|-------------------------------|-------|--------|
| 2/01/10 | KLC | Reviewing emails on payment of legal fees, consultant fees, responding to same | .50 | 175.00 |
| 2/01/10 | KLC | Telephone conference from Drew Norman regarding bank account issues | .20 | 70.00 |
| 2/02/10 | KLC | Address account issues | .30 | 105.00 |
| 2/03/10 | KLC | Emails regarding new Chase accounts | .50 | 175.00 |
| 2/04/10 | KLC | Telephone conference with Bill Shoaf regarding transfer request issues | .50 | 175.00 |
| 2/04/10 | KLC | Telephone conference with Michael Blumenthal regarding transfer request issues | .20 | 70.00 |
| 2/05/10 | KLC | Reviewing emails on transfer requests | .40 | 140.00 |
| 2/10/10 | KLC | Reviewing transfer requests | .40 | 140.00 |
| 2/11/10 | KLC | Reviewing cash collateral stipulation and orders regarding budget modification issues | .70 | 245.00 |
| 2/16/10 | KLC | Reviewing correspondence regarding latest cash request | .60 | 210.00 |
| 2/24/10 | KLC | Reviewing issues with respect to subpoena | .50 | 175.00 |
| 2/25/10 | KLC | Reviewing email from Richard Havel regarding budgets | .20 | 70.00 |

Total Fees:        $ 1,750.00

## Time Summary

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Cannon, Ken | 5.00 | 350.00 | 1,750.00 |

## Detail of Client Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 1/31/10 | Pacer On-Line Research | 16.40 |

Total Expenses:        $ 16.40

*2*

```
D U R H A M
―――――――
J O N E S  &
―――――――
P I N E G A R
```

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

March 24, 2010
Invoice No.  184976

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

---

### Remittance Advice
*To insure proper credit to your account, please return this remittance with your payment.*

Client #:   26481   Easy Street
Matter #:      11   Cash Collateral/DIP Lending

| | |
|---|---|
| Current Invoice | $ 1,766.40 |
| **Total Balance Due** | **$ 1,766.40** |

*3*

# MARCH 2010

SLC_595438.1

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

April 27, 2010
Invoice No.   196866

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

## Invoice Summary

Client #:      26481      Easy Street
Matter #:           5      Employ & Fee Apps - Durham

For professional services rendered and costs advanced through March 31, 2010:

| | |
|---|---|
| Total Fees | $ 1,524.00 |
| Total Expenses | $ 2.32 |
| **Total of This Invoice** | **$ 1,526.32** |

*1*

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

## Detail of Professional Fees

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|----------------------------------|-------|--------|
| 3/12/10 | AWS | Review docket; prepare binder for hearing on fee applications | .40 | 54.00 |
| 3/16/10 | KLC | Reviewing fee application, preparing for hearing on all fee applications, telephone conference to Michael Blumenthal regarding fee hearing | 1.30 | 455.00 |
| 3/16/10 | KLC | Attending hearing on fee applications | .50 | 175.00 |
| 3/17/10 | KLC | Reviewing detailed billing report for February fee request | 1.90 | 665.00 |
| 3/17/10 | KLC | Revising draft order on DJP's first interim fee application | .50 | 175.00 |

Total Fees:   $ 1,524.00

## Time Summary

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Cannon, Ken | 4.20 | 350.00 | 1,470.00 |
| Stettler, Angie W. | .40 | 135.00 | 54.00 |

## Detail of Client Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 2/28/10 | Pacer Online Research | 2.32 |

Total Expenses:   $ 2.32

*2*

```
┌──────────────────┐
│                  │
│   D U R H A M     │
│   ──────────      │
│   J O N E S &     │
│   ──────────      │
│   P I N E G A R   │
│                  │
└──────────────────┘
```

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

April 27, 2010
Invoice No.   196866

---

### Remittance Advice
*To insure proper credit to your account, please return this remittance with your payment.*

Client #:      26481      Easy Street
Matter #:          5      Employ & Fee Apps - Durham

            Current Invoice                    $ 1,526.32

*Terms: Total Balance Is Due Upon Receipt*

*3*

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

April 27, 2010
Invoice No.   196867

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

---

## Invoice Summary

Client #:     26481     Easy Street
Matter #:         6     Employ & Fee Apps - Others

For professional services rendered and costs advanced through March 31, 2010:

| | |
|---|---:|
| Total Fees | $ 1,785.00 |
| Total Expenses | $ 3.04 |
| **Total of This Invoice** | **$ 1,788.04** |

*1*

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

## Detail of Professional Fees

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|----------------------------------|-------|--------|
| 3/08/10 | KLC | Reviewing objections to fee applications | .50 | 175.00 |
| 3/11/10 | KLC | Drafting ex parte motion for Crowell to appear by telephone and fee application hearing | .50 | 175.00 |
| 3/16/10 | KLC | Responding to emails, telephone conferences with Joe Wrona and Corbin Gordon regarding fee hearings | .30 | 105.00 |
| 3/17/10 | KLC | Helping with orders on fee applications for special counsel | .50 | 175.00 |
| 3/17/10 | KLC | Drafting order on appraiser's fees | .60 | 210.00 |
| 3/17/10 | KLC | Telephone conferences from special counsel regarding fee orders | .20 | 70.00 |
| 3/18/10 | KLC | Reviewing filed proposed orders on fees | .30 | 105.00 |
| 3/22/10 | KLC | Telephone conference from Steven Eichel regarding Crowell fees, reviewing, revising proposed order on Crowell first fee application | .30 | 105.00 |
| 3/23/10 | KLC | Reviewing orders on fees | .40 | 140.00 |
| 3/23/10 | KLC | Outlining application to employ accountant | .50 | 175.00 |
| 3/26/10 | KLC | Drafting proposed application to employ, affidavit in support thereof regarding accountants | .80 | 280.00 |
| 3/29/10 | KLC | Emails to, from Steve Eichel regarding Crowell & Moring fee order | .20 | 70.00 |

Total Fees:  $ 1,785.00

## Time Summary

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Cannon, Ken | 5.10 | 350.00 | 1,785.00 |

## Detail of Client Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 2/28/10 | Pacer Online Research | 3.04 |

Total Expenses:  $ 3.04

2

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

April 27, 2010
Invoice No.   196867

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

---

## Remittance Advice

*To insure proper credit to your account, please return this remittance with your payment.*

Client #:      26481      Easy Street
Matter #:         6      Employ & Fee Apps - Others

Current Invoice                    $ 1,788.04

*Terms: Total Balance Is Due Upon Receipt*

*3*

D U R H A M

J O N E S &

P I N E G A R

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

April 27, 2010
Invoice No.   196868

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

---

**Invoice Summary**

Client #:      26481     Easy Street
Matter #:         8      Plan and Disc. Statement

For professional services rendered and costs advanced through March 31, 2010:

| | |
|---|---|
| Total Fees | $ 16,765.00 |
| Total Expenses | $ 3,568.83 |
| **Total of This Invoice** | **$ 20,333.83** |

*1*

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

## Detail of Professional Fees

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|--------------------------------|-------|--------|
| 3/01/10 | KLC | Final review of motion and notice to value | .40 | 140.00 |
| 3/01/10 | KLC | Telephone conference with Michael Blumenthal regarding plan issues | .30 | 105.00 |
| 3/02/10 | KLC | Reviewing, revising draft certificate of service on solicitation package | .30 | 105.00 |
| 3/02/10 | KLC | Telephone conference with Bill Shoaf regarding rejection of agreement | .20 | 70.00 |
| 3/02/10 | KLC | Reviewing ballot for Class 4, correcting ballot for Class 4, revising voting instructions | .70 | 245.00 |
| 3/02/10 | KLC | Email to Michael Blumenthal regarding ballot issues | .20 | 70.00 |
| 3/02/10 | KLC | Telephone conference with Lon Jenkins regarding ballot issues | .20 | 70.00 |
| 3/03/10 | KLC | Revising ballot, drafting notice to unsecured creditors regarding corrected ballot | .60 | 210.00 |
| 3/03/10 | KLC | Telephone conference with Michael Blumenthal regarding plan issues, ballot issues | .30 | 105.00 |
| 3/03/10 | KLC | Telephone conference with Steve Eichel regarding changes to ballot and notice | .30 | 105.00 |
| 3/03/10 | KLC | Telephone conference with Bill Shoaf regarding plan issues | .20 | 70.00 |
| 3/03/10 | KLC | Telephone conference from Corbin Gordon regarding Gateway lease issue | .20 | 70.00 |
| 3/04/10 | KLC | Reviewing plan on specific issues as they arise | .50 | 175.00 |
| 3/04/10 | KLC | Reviewing term sheet with WestLB | .40 | 140.00 |
| 3/04/10 | KLC | Telephone conference with Michael Blumenthal regarding hearing issues | .20 | 70.00 |
| 3/04/10 | KLC | Reviewing motion for extension of exclusivity for Partners | .60 | 210.00 |
| 3/04/10 | KLC | Telephone conference with Steve Eichel regarding motion to extend exclusivity | .20 | 70.00 |
| 3/04/10 | KLC | Telephone conference from Jeff Shields representing Gunthers regarding release of liens | .20 | 70.00 |
| 3/04/10 | SJM | Review West LB Discovery (.50) and conference with K. Cannon on West LB discovery and status of funding for plan (.10) | .60 | 210.00 |
| 3/05/10 | KLC | Reviewing, revising motion to extend solicitation exclusive period for Partners | .90 | 315.00 |
| 3/05/10 | KLC | Telephone conference with Michael Blumenthal regarding | .30 | 105.00 |

2

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|----------------------------------|-------|--------|
| | | negotiations on plan | | |
| 3/05/10 | KLC | Telephone conference with Paul Throndsen regarding testifying at confirmation hearing | .20 | 70.00 |
| 3/05/10 | KLC | Telephone conference with Steve Eichel regarding exclusivity motion, confirmation memorandum | .30 | 105.00 |
| 3/05/10 | KLC | Reviewing confirmation briefs | 1.10 | 385.00 |
| 3/05/10 | KLC | Drafting confidentiality agreement related to providing copies of Funding Agreement | 1.20 | 420.00 |
| 3/08/10 | KLC | Telephone conference from Michael Blumenthal regarding developments on plan | .30 | 105.00 |
| 3/08/10 | KLC | Emails to Michael Johnson regarding Jacobsen | .30 | 105.00 |
| 3/09/10 | KLC | Email from Michael Blumenthal regarding plan issues | .20 | 70.00 |
| 3/09/10 | KLC | Reviewing revised discovery schedule with WestLB | .40 | 140.00 |
| 3/10/10 | KLC | Reviewing motion to extend exclusivity in Mezzanine and Holding cases, outlining argument | 1.20 | 420.00 |
| 3/10/10 | KLC | Drafting proposed order extending exclusivity in Mezzanine and Holding cases | .80 | 280.00 |
| 3/11/10 | KLC | Preparing for hearing on motion to extend exclusivity in Holding and Mezzanine cases | .30 | 105.00 |
| 3/11/10 | KLC | Attending hearing on motion to extend exclusivity for plan filing and confirmation in Holding and Mezzanine cases | .20 | 70.00 |
| 3/11/10 | KLC | Revising order on extension of exclusivity in Holding and Mezzanine cases | .30 | 105.00 |
| 3/11/10 | KLC | T/c with Steven Eichel regarding strategy on plan timetable going forward | .30 | 105.00 |
| 3/11/10 | KLC | Telephone conference from Steve Eichel regarding plan timeline going forward | .30 | 105.00 |
| 3/11/10 | KLC | Telephone conference to Lon Jenkins regarding plan issues | .20 | 70.00 |
| 3/11/10 | KLC | Reviewing proposed changes from Jacobsen to plan | .40 | 140.00 |
| 3/11/10 | KLC | Telephone conference to Michael Blumenthal regarding plan process going forward | .20 | 70.00 |
| 3/11/10 | KLC | Reviewing proposed changes to term sheet with WestLB | .40 | 140.00 |
| 3/12/10 | KLC | Telephone conference to scheduling clerk regarding possible dates for continued hearing on confirmation of plan | .20 | 70.00 |
| 3/12/10 | KLC | Telephone conference from Michael Blumenthal regarding term sheet issues, scheduling issues, strategic issues | .30 | 105.00 |
| 3/12/10 | KLC | Reviewing proposed revisions by Jacobsen to plan | .30 | 105.00 |

*3*

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|----------------------------------|-------|--------|
| 3/12/10 | KLC | Emails to, from Rich Havel regarding solicitation package, ballot | .20 | 70.00 |
| 3/12/10 | KLC | Outlining issues to present to court regarding scheduling on Easy Street plan | .70 | 245.00 |
| 3/15/10 | KLC | Drafting ex parte motion for modification of confirmation deadlines and continuance of confirmation deadline | 1.90 | 665.00 |
| 3/15/10 | KLC | Telephone conference to Michael Blumenthal regarding proposed modified plan timeline | .30 | 105.00 |
| 3/15/10 | KLC | Telephone conference to Mike Johnson regarding proposed modification of timeline | .20 | 70.00 |
| 3/15/10 | KLC | Emails with, telephone conference from Rich Havel regarding proposed modification of plan timeline, motion regarding same | .20 | 70.00 |
| 3/15/10 | KLC | Telephone conference from Steve Eichel regarding proposed changes to motion to modify deadlines, making changes to draft ex parte motion to modify deadlines | .50 | 175.00 |
| 3/15/10 | KLC | Further review and modifications to motion modify plan deadlines and continue confirmation hearing | .80 | 280.00 |
| 3/15/10 | KLC | Email regarding motion to modify confirmation timeline | .20 | 70.00 |
| 3/15/10 | KLC | Telephone conference to scheduling clerk at the court regarding hearing on confirmation, hearing on other motions | .20 | 70.00 |
| 3/15/10 | KLC | Drafting notice of new deadlines and continued hearing on confirmation of plan | 1.40 | 490.00 |
| 3/15/10 | SJM | Conference with K. Cannon on ruling on exclusivity and on additional exclusivity extension needed (.10); conference with K. Cannon on plan funder status and negotiations to be held in New York tomorrow (.10) | .20 | 70.00 |
| 3/16/10 | KLC | Drafting proposed order on ex parte motion requesting modification of the timeline for confirmation | .80 | 280.00 |
| 3/16/10 | KLC | Meeting with court regarding ex parte motion to continue confirmation hearing | .30 | 105.00 |
| 3/16/10 | KLC | Drafting notices that hearing on the valuation motion, exclusivity motion, and temporary allowance motion is not changing | .50 | 175.00 |
| 3/16/10 | SJM | Conference with K. Cannon regarding notice of hearing on confirmation | .10 | 35.00 |
| 3/17/10 | KLC | Telephone conference from homeowner regarding voting on the plan | .20 | 70.00 |
| 3/18/10 | KLC | Reviewing plan issues | .40 | 140.00 |
| 3/18/10 | KLC | Email to Mike Johnson regarding cash projections | .20 | 70.00 |
| 3/19/10 | KLC | Telephone conference to Michael Blumenthal regarding negotiations | .30 | 105.00 |

4

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|----------------------------------|-------|--------|
| | | with plan funder | | |
| 3/19/10 | KLC | Reviewing, responding to WestLB email regarding exclusivity | .20 | 70.00 |
| 3/22/10 | KLC | Telephone conference to Michael Blumenthal regarding plan issues | .20 | 70.00 |
| 3/22/10 | KLC | Telephone conference from Michael Blumenthal and Bruce Zabarauskas regarding plan issues - valuation, temporary allowance, claims, funder | .50 | 175.00 |
| 3/22/10 | KLC | Telephone conference to Paul Throndsen regarding appraisal, hearing on valuation | .20 | 70.00 |
| 3/22/10 | KLC | Emails to, from Michael Blumenthal regarding conference call with appraiser | .20 | 70.00 |
| 3/22/10 | KLC | Reviewing appraisal of Sky Lodge | .50 | 175.00 |
| 3/22/10 | KLC | Telephone conference to chambers regarding valuation hearing | .20 | 70.00 |
| 3/23/10 | KLC | Outlining issues with valuation, temporary allowance motions | .50 | 175.00 |
| 3/23/10 | KLC | Telephone conference from Michael Blumenthal regarding plan funder | .20 | 70.00 |
| 3/24/10 | KLC | Responding to Jacobsen email regarding plan | .30 | 105.00 |
| 3/25/10 | KLC | Telephone conference from Michael Blumenthal, Bruce Zabarauskas regarding appraisal, other issues related to plan | .30 | 105.00 |
| 3/25/10 | KLC | Reviewing, revising outline of proffer of evidence by Paul Throndsen | .50 | 175.00 |
| 3/26/10 | KLC | Telephone conference with Michael Blumenthal, Paul Throndsen, and Bruce Zabarauskas regarding valuation | 1.20 | 420.00 |
| 3/26/10 | KLC | Telephone conference from Paul Throndsen regarding updating appraisal | .20 | 70.00 |
| 3/26/10 | KLC | Telephone conference from Michael Blumenthal regarding plan negotiations | .20 | 70.00 |
| 3/29/10 | KLC | Telephone conference from Michael Blumenthal regarding valuation motion, temporary allowance motion, exclusivity extension motion | .30 | 105.00 |
| 3/29/10 | KLC | Telephone conference to court's chambers regarding hearings scheduled for March 30 | .20 | 70.00 |
| 3/29/10 | KLC | Reviewing motion for temporary allowance of homeowners claims | .50 | 175.00 |
| 3/29/10 | KLC | Telephone conference to Doug Payne regarding motion for temporary allowance of fractional unit owners | .20 | 70.00 |
| 3/29/10 | KLC | Telephone conference from Jeff Shields, representing Gunthers, regarding hearing on objection to claim | .20 | 70.00 |
| 3/29/10 | KLC | Drafting proposed order on motion to extend exclusive solicitation period for Partners | .80 | 280.00 |

5

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|----------------------------------|-------|--------|
| 3/29/10 | KLC | Drafting proposed order on motion for temporary allowance of fractional unit claims | .90 | 315.00 |
| 3/29/10 | KLC | Outlining presentation on motion for temporary allowance of fractional unit claims | .80 | 280.00 |
| 3/29/10 | KLC | Reviewing proposed engagement letter for the appraiser regarding a supplement to the appraisal, emails to, from Bill Shoaf regarding same, telephone conference to Paul Throndsen regarding appraisal issues | .40 | 140.00 |
| 3/29/10 | KLC | Drafting notice of continued hearing on valuation motion | .50 | 175.00 |
| 3/29/10 | KLC | Telephone conference from Bruce Zabarauskas regarding hearing on valuation | .20 | 70.00 |
| 3/29/10 | KLC | Telephone conference to scheduling clerk regarding hearings on March 30 | .20 | 70.00 |
| 3/29/10 | KLC | Telephone conference to court's chambers regarding hearing on exclusivity extension motion | .20 | 70.00 |
| 3/29/10 | KLC | Telephone conference to Michael Blumenthal regarding status of hearings on March 30, issues related to each motion to be heard | .30 | 105.00 |
| 3/30/10 | KLC | Reviewing materials regarding motion to extend exclusivity | .90 | 315.00 |
| 3/30/10 | KLC | Drafting order on extension of exclusivity | .50 | 175.00 |
| 3/30/10 | KLC | Preparing for hearing on motion to temporarily allow homeowners' claims | .90 | 315.00 |
| 3/30/10 | KLC | Preparing for presentation on valuation motion | .50 | 175.00 |
| 3/30/10 | KLC | Telephone conference to Michael Blumenthal regarding hearings | .20 | 70.00 |
| 3/30/10 | KLC | Attending hearing on motion to extend exclusivity and motion to temporarily allow homeowner claims | .90 | 315.00 |
| 3/30/10 | KLC | Conf. with Doug Payne regarding homeowner claims | .20 | 70.00 |
| 3/30/10 | KLC | Drafting supplement to valuation motion | .70 | 245.00 |
| 3/30/10 | KLC | Drafting notice on notice of continued hearing on valuation motion | .60 | 210.00 |
| 3/30/10 | KLC | Drafting notice on continuance of deadline to respond to objection to homeowner claims | .40 | 140.00 |
| 3/30/10 | KLC | Emails to, from Bill Shoaf regarding disclosure statement | .20 | 70.00 |
| 3/31/10 | KLC | Telephone conference from Bill Shoaf regarding possible scenarios for resolution of case | .60 | 210.00 |
| 3/31/10 | KLC | Telephone conference from Bill Shoaf regarding follow-up plan of reorganization issues | .30 | 105.00 |
| 3/31/10 | KLC | Telephone conference from Michael Blumenthal regarding plan issues | .30 | 105.00 |

*6*

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|----------------------------------|-------|--------|
| 3/31/10 | KLC | Research on sales under a plan | .90 | 315.00 |
| 3/31/10 | KLC | Telephone conference from Michael Blumenthal regarding status of negotiations with plan funder | .20 | 70.00 |
| 3/31/10 | SJM | Analysis of issues relating to plan funder, sale under plan, and credit bidding in light of Third Circuit Philadelphia Newspapers case (1.20); conferences with K. Cannon on implications of this case as to sale of Easy Street assets (.20); further conference with K. Cannon on options for plan given status with plan funder (.30) | 1.70 | 595.00 |

Total Fees:    $ 16,765.00

**Time Summary**

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Cannon, Ken | 45.30 | 350.00 | 15,855.00 |
| McCardell, Steven J. | 2.60 | 350.00 | 910.00 |

**Detail of Client Expenses**

| Date | Description | Amount |
|------|-------------|--------|
| 2/28/10 | Pacer Online Research | 12.48 |
| | Copy Charge | 1,245.75 |
| | Postage | 2,310.60 |

Total Expenses:    $ 3,568.83

7

**DURHAM**

**JONES &**

**PINEGAR**

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

April 27, 2010
Invoice No.   196868

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

---

## Remittance Advice

*To insure proper credit to your account, please return this remittance with your payment.*

Client #:        26481       Easy Street
Matter #:            8       Plan and Disc. Statement

      Current Invoice               $ 20,333.83

*Terms: Total Balance Is Due Upon Receipt*

*8*

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

April 27, 2010
Invoice No.   196869

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

---

**Invoice Summary**

Client #:      26481      Easy Street
Matter #:          9      Misc. Contested Matters

For professional services rendered and costs advanced through March 31, 2010:

| | |
|---|---|
| Total Fees | $ 940.00 |
| Total Expenses | $ 30.00 |
| **Total of This Invoice** | **$ 970.00** |

*1*

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

## Detail of Professional Fees

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|----------------------------------|-------|--------|
| 3/03/10 | KLC | Reviewing discovery from WestLB | .70 | 245.00 |
| 3/04/10 | KLC | Emails to, from Lon Jenkins regarding discovery | .20 | 70.00 |
| 3/04/10 | KLC | Address timing issues in objections to claims | .30 | 105.00 |
| 3/09/10 | RSM | Conference with K. Cannon re issuance of subpoena to third party | .20 | 65.00 |
| 3/19/10 | KLC | Reviewing confidentiality agreement on discovery | .50 | 175.00 |
| 3/19/10 | KLC | Telephone conference to Addie Maudsley regarding confidentiality agreement | .20 | 70.00 |
| 3/19/10 | KLC | Reviewing confidentiality agreement with WestLB on discovery, email to Bruce Zabarauskas regarding same | .30 | 105.00 |
| 3/22/10 | KLC | Reviewing subpoena and notice of deposition for Wickline | .30 | 105.00 |

Total Fees:    $ 940.00

## Time Summary

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Cannon, Ken | 2.50 | 350.00 | 875.00 |
| Marshall, R. Stephen | .20 | 325.00 | 65.00 |

## Detail of Client Expenses

| Date | Description | Amount |
|------|-------------|--------|
| | Copy Charge | 30.00 |

Total Expenses:    $ 30.00

*2*

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

April 27, 2010
Invoice No.   196869

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

---

### Remittance Advice
*To insure proper credit to your account, please return this remittance with your payment.*

Client #:      26481    Easy Street
Matter #:          9    Misc. Contested Matters

Current Invoice                    $ 970.00

*Terms: Total Balance Is Due Upon Receipt*

SALT LAKE CITY | OGDEN | ST. GEORGE | LAS VEGAS

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

April 27, 2010
Invoice No.  196870

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

---

**Invoice Summary**

Client #:     26481     Easy Street
Matter #:        10     Case Administration

For professional services rendered and costs advanced through March 31, 2010:

|  |  |
|---|---|
| Total Fees | $ 1,115.00 |
| Total Expenses | $ 151.22 |
| **Total of This Invoice** | **$ 1,266.22** |

*1*

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

## Detail of Professional Fees

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|----------------------------------|-------|--------|
| 3/10/10 | JGP | Prepare ex parte motion to allow B. Zabarauskas to appear telephonically. | 1.30 | 247.00 |
| 3/10/10 | JGP | Prepare order to allow B. Zabarauskas to appear telephonically. | .30 | 57.00 |
| 3/12/10 | KLC | Reviewing monthly reports for US Trustee | .50 | 175.00 |
| 3/15/10 | KLC | Reviewing monthly financial statements, revising narrative description for reports | .40 | 140.00 |
| 3/26/10 | KLC | Addressing tax issues related to responding to the IRS questions | .80 | 280.00 |
| 3/26/10 | KLC | Emails with client, accountant, to IRS regarding responding to IRS letters | .40 | 140.00 |
| 3/29/10 | JGP | Set telephonic appearance for M.Blumenthal | .40 | 76.00 |

Total Fees:        $ 1,115.00

## Time Summary

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Cannon, Ken | 2.10 | 350.00 | 735.00 |
| Peterson, Jessica | 2.00 | 190.00 | 380.00 |

## Detail of Client Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 2/18/10 | Lunch | 139.22 |
| | Copy Charge | 12.00 |

Total Expenses:        $ 151.22

*2*

```
D U R H A M

J O N E S  &

P I N E G A R
```

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

April 27, 2010
Invoice No.   196870

---

## Remittance Advice

*To insure proper credit to your account, please return this remittance with your payment.*

Client #:      26481      Easy Street
Matter #:          10      Case Administration

Current Invoice                          $ 1,266.22

*Terms: Total Balance Is Due Upon Receipt*

3

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

April 27, 2010
Invoice No.   196871

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

---

**Invoice Summary**

Client #:      26481      Easy Street
Matter #:        11      Cash Collateral/DIP Lending

For professional services rendered and costs advanced through March 31, 2010:

| | |
|---|---|
| Total Fees | $ 630.00 |
| Total Expenses | $ .00 |
| **Total of This Invoice** | **$ 630.00** |

*1*

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

## Detail of Professional Fees

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|-------------------------------|-------|--------|
| 3/04/10 | KLC | Reviewing correspondence on transfer request | .30 | 105.00 |
| 3/11/10 | KLC | Reviewing transfer requests, email correspondence regarding same | .30 | 105.00 |
| 3/18/10 | KLC | Reviewing cash requests, reviewing email from US Trustee regarding accounts | .40 | 140.00 |
| 3/19/10 | KLC | Reviewing correspondence on fee transfer requests, budget | .30 | 105.00 |
| 3/23/10 | KLC | Reviewing Partners' transfer request, emails regarding same | .30 | 105.00 |
| 3/30/10 | KLC | Email to Bill Shoaf regarding US Trustee, bank accounts | .20 | 70.00 |

Total Fees:  $ 630.00

## Time Summary

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Cannon, Ken | 1.80 | 350.00 | 630.00 |

SALT LAKE CITY | OGDEN | ST. GEORGE | LAS VEGAS

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

April 27, 2010
Invoice No.   196871

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT 84068

---

## Remittance Advice

*To insure proper credit to your account, please return this remittance with your payment.*

| | | |
|---|---|---|
| Client #: | 26481 | Easy Street |
| Matter #: | 11 | Cash Collateral/DIP Lending |

Current Invoice                     $ 630.00

*Terms: Total Balance Is Due Upon Receipt*

3

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

April 27, 2010
Invoice No.   196872

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT 84068

---

**Invoice Summary**

Client #:    26481    Easy Street
Matter #:       12    BayNorth Litigation

For professional services rendered and costs advanced through March 31, 2010:

| | |
|---|---|
| Total Fees | $ 1,206.50 |
| Total Expenses | $ 129.79 |
| **Total of This Invoice** | **$ 1,336.29** |

*1*

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

## Detail of Professional Fees

| Date | Atty | Description of Services Rendered | Hours | Amount |
|---|---|---|---|---|
| 3/02/10 | SJM | Reveiw and respond to email message from B. Zabaruskas regarding Bay North discovery responses (.10); inquire of K. Huighes regarding discovery responses and review reply (.10); review responses to interrogatories (.40) | .60 | 210.00 |
| 3/04/10 | SJM | Review pretrial order and dates calendared | .20 | 70.00 |
| 3/09/10 | HDO | Prep witness fee and mileage check and arrange for service of Notice of Deposition and subpoena on Taylor Capital Management | .60 | 81.00 |
| 3/09/10 | HDO | Arrange for conference room and process server | .20 | 27.00 |
| 3/09/10 | KLC | Reviewing, revising discovery requests in BayNorth litigation | .70 | 245.00 |
| 3/16/10 | HDO | Draft email to B. Zabarauskas to confirm service of depo subpoena on Taylor Capital Management | .10 | 13.50 |
| 3/22/10 | KLC | Reviewing proposed motion and order on confidentiality, email to Addie Maudsley regarding same | .30 | 105.00 |
| 3/26/10 | KLC | Reviewing initial disclosures in BayNorth litigation | .40 | 140.00 |
| 3/31/10 | KLC | Drafting motion and order for approval of confidentiality agreement on WestLB documents | .70 | 245.00 |
| 3/31/10 | KLC | Telephone conference from Bruce Zabarauskas regarding confidentiality agreement, discovery issues | .20 | 70.00 |

Total Fees:    $ 1,206.50

## Time Summary

| Name | Hours | Rate | Total |
|---|---|---|---|
| Cannon, Ken | 2.30 | 350.00 | 805.00 |
| McCardell, Steven J. | .80 | 350.00 | 280.00 |
| Doherty, Helen | .90 | 135.00 | 121.50 |

## Detail of Client Expenses

| Date | Description | Amount |
|---|---|---|
| 3/09/10 | Witness Fee | 47.47 |
| 3/09/10 | Federal Express | 18.32 |
| 3/15/10 | Process Server | 64.00 |

Total Expenses:    $ 129.79

2

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

April 27, 2010
Invoice No.   196872

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT 84068

---

### Remittance Advice
*To insure proper credit to your account, please return this remittance with your payment.*

Client #:  26481   Easy Street
Matter #:     12   BayNorth Litigation

Current Invoice                    $ 1,336.29

*Terms: Total Balance Is Due Upon Receipt*

*3*

# APRIL 2010

**DURHAM**

**JONES &**

**PINEGAR**

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

May 19, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

---

## Invoice Summary

| | | |
|---|---|---|
| Client #: | 26481 | Easy Street |
| Matter #: | 1 | Asset Analysis & Investigation |
| Invoice No. | 198127 | |

For professional services rendered and costs advanced through April 30, 2010:

| | |
|---|---|
| Total Fees | $ .00 |
| Total Expenses | $ 158.05 |
| **Total of This Invoice** | **$ 158.05** |

*Interest accrues at 1.5% per month on balance not paid after 30 days.*

*1*

Durham Jones & Pinegar. P.C.

Client #:       26481      Easy Street
Matter #:            1      Asset Analysis & Investigation
Invoice #:                  198127

## Detail of Client Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 4/13/10 | Courier Service/Inhouse | 7.00 |
| | Copy Charge | 151.05 |
| | **Total Expenses:** | **$ 158.05** |

SALT LAKE CITY | OGDEN | ST. GEORGE | LAS VEGAS

Durham Jones & Pinegar, P.C.

Client #:     26481     Easy Street
Matter #:          1     Asset Analysis & Investigation
Invoice #:              198127

May 19, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

## Remittance Advice

*To insure proper credit to your account, please return this remittance with your payment.*

Client #:     26481     Easy Street
Matter #:          1     Asset Analysis & Investigation
Invoice No.             198127
Billing Attorney:      KLC

**Current Invoice**                    **$ 158.05**

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

May 19, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

## Invoice Summary

Client #:      26481    Easy Street
Matter #:          4    Claims Administration
Invoice No.        198129

For professional services rendered and costs advanced through April 30, 2010:

|  |  |
|---|---|
| Total Fees | $ 7,332.00 |
| Total Expenses | $ 48.60 |
| **Total of This Invoice** | **$ 7,380.60** |

*Interest accrues at 1.5% per month on balance not paid after 30 days.*

*1*

Durham Jones & Pinegar. P.C.

Client #:   26481   Easy Street
Matter #:      4   Claims Administration
Invoice #:         198129

## Detail of Professional Fees

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|-------------------------------|-------|--------|
| 4/01/10 | KLC | Reviewing claims issues related to plan | .40 | 140.00 |
| 4/02/10 | KLC | Emails to, from Andalin Bachman regarding SYSCO stipulation, final review of SYSCO stipulation | .60 | 210.00 |
| 4/02/10 | KLC | Emails to, from Doug Payne regarding Gateway claim | .20 | 70.00 |
| 4/05/10 | KLC | Telephone conference to Corbin Gordon regarding Gateway claim objection and hearing thereon | .20 | 70.00 |
| 4/05/10 | KLC | Telephone conference to Doug Payne, emails with Doug Payne regarding hearing on Partners' objection to Gateway claim | .30 | 105.00 |
| 4/08/10 | KLC | Telephone conference to Doug Payne regarding hearing on objection to Gateway claim | .20 | 70.00 |
| 4/08/10 | KLC | Telephone conference to Corbin Gordon regarding claim objection hearing | .20 | 70.00 |
| 4/08/10 | KLC | Telephone conference from Doug Payne regarding claim objection issues | .20 | 70.00 |
| 4/09/10 | KLC | Telephone conference to Doug Payne regarding hearing on objection to Gateway claim | .20 | 70.00 |
| 4/09/10 | KLC | Telephone conference to Michael Blumenthal regarding hearing on objection to Gateway claim | .20 | 70.00 |
| 4/09/10 | KLC | Telephone conference to Corbin Gordon regarding hearing on objection to Gateway claim | .20 | 70.00 |
| 4/09/10 | KLC | Telephone conference from Doug Payne regarding hearing on Gateway claim, telephone conference to court regarding continuing hearing on Gateway claim | .20 | 70.00 |
| 4/09/10 | KLC | Drafting notice of continued hearing on objection to Gateway claim | .50 | 175.00 |
| 4/09/10 | KLC | Telephone conference to Corbin Gordon regarding continuance of Gateway hearing | .20 | 70.00 |
| 4/09/10 | KLC | Reviewing response by Gateway to objection to claim | .70 | 245.00 |
| 4/09/10 | KLC | Reviewing Gunther's response to Partners' objection to its claim | .40 | 140.00 |
| 4/09/10 | KLC | Telephone conference to Jeff Shields regarding hearing on objection to Gunther's claim | .20 | 70.00 |
| 4/12/10 | KLC | Addressing issues regarding Jacobsen and subcontractors | .50 | 175.00 |
| 4/13/10 | KLC | Reviewing objections to claims scheduled for hearing tomorrow | .50 | 175.00 |
| 4/14/10 | KLC | Drafting order on duplicate and late claims | .80 | 280.00 |
| 4/14/10 | KLC | Telephone conference to Jeff Shields regarding hearing on objection to Gunther's claim | .20 | 70.00 |
| 4/14/10 | KLC | Outlining argument with respect to first omnibus claim objection | .50 | 175.00 |
| 4/15/10 | KLC | Revising order on first omnibus claims motion | .40 | 140.00 |
| 4/16/10 | SJM | Review and forward to Park City I counsel information on 08 and 09 | .20 | 70.00 |

*2*

Durham Jones & Pinegar. P.C.

Client #:     26481    Easy Street
Matter #:       4     Claims Administration
Invoice #:            198129

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|--------------------------------|-------|--------|
| | | tax returns | | |
| 4/20/10 | KLC | Telephone conference from Corbin Gordon regarding objection Gateway claim | .20 | 70.00 |
| 4/22/10 | KLC | Revising draft reply to Gateway response to objection to claim | 1.00 | 350.00 |
| 4/22/10 | KLC | Telephone conference from Steve Eichel regarding draft reply on Gateway claim | .20 | 70.00 |
| 4/22/10 | KLC | Telephone conference from Corbin Gordon regarding draft reply on Gateway | .20 | 70.00 |
| 4/22/10 | KLC | Further revisions to reply on Gateway | .50 | 175.00 |
| 4/22/10 | KLC | Addressing new issue in reply on Gateway, telephone conference to Corbin Gordon, revising reply | .40 | 140.00 |
| 4/22/10 | KLC | Telephone conference from Steve Eichel regarding issues in claim objection | .20 | 70.00 |
| 4/23/10 | KLC | Telephone conference from Corbin Gordon regarding haring on Gateway objection | .30 | 105.00 |
| 4/23/10 | KLC | Reviewing agreement Gordon | .40 | 140.00 |
| 4/23/10 | KLC | Emails to, from Steve Eichel, Corbin Gordon regarding Gateway claim | .30 | 105.00 |
| 4/26/10 | KLC | Reviewing, suggesting revisions to proposed argument and evidence at hearing on objection to Gateway claim | 1.10 | 385.00 |
| 4/26/10 | KLC | Telephone conference from Corbin Gordon regarding hearing on Gateway objection | .30 | 105.00 |
| 4/27/10 | KLC | Attending hearing on Partners' objection to Gateway claim | 2.50 | 875.00 |
| 4/27/10 | KLC | Meeting with client and Corbin Gordon during recess at court regarding Gateway claim issues | 1.00 | 350.00 |
| 4/27/10 | KLC | Drafting revisions to Corbin Gordon's outline of hearing presentation on Gateway objection | .40 | 140.00 |
| 4/27/10 | KLC | Telephone conference from Corbin Gordon regarding hearing on Gateway | .20 | 70.00 |
| 4/27/10 | KLC | Telephone conference from Bill Shoaf regarding Gateway issues | .20 | 70.00 |
| 4/27/10 | KLC | Meeting with Bill Shoaf, Corbin Gordon, Jeff Blatt, and Marina Soto regarding claim objection to Gateway claim | .50 | 175.00 |
| 4/28/10 | KLC | Attending continued hearing on objection to Gateway claim | 2.50 | 875.00 |
| 4/28/10 | KLC | Telephone conference to Steve Eichel regarding Gateway hearing | .20 | 70.00 |
| 4/29/10 | MFT | Conference with K. Cannon regarding attorney's fees claim issues related to rejected lease. | .20 | 52.00 |

Total Fees:      $ 7,332.00

**Time Summary**

Durham Jones & Pinegar. P.C.

Client #:      26481      Easy Street
Matter #:         4      Claims Administration
Invoice #:               198129

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Cannon, Ken | 20.60 | 350.00 | 7,210.00 |
| Thomson, Michael F. | .20 | 260.00 | 52.00 |
| McCardell, Steven J. | .20 | 350.00 | 70.00 |

**Detail of Client Expenses**

| Date | Description | Amount |
|------|-------------|--------|
| 3/31/10 | Pacer Online Research | 20.00 |
| | Copy Charge | 21.60 |
| 4/22/10 | Courier Service/Inhouse | 7.00 |
| | Total Expenses: | $ 48.60 |

*4*

Durham Jones & Pinegar. P.C.

Client #:      26481    Easy Street
Matter #:         4     Claims Administration
Invoice #:              198129

May 19, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

---

## Remittance Advice

*To insure proper credit to your account, please return this remittance with your payment.*

Client #:      26481    Easy Street
Matter #:         4     Claims Administration
Invoice No.             198129
Billing Attorney:       KLC

**Current Invoice**                    **$ 7,380.60**

5

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

May 19, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

---

**Invoice Summary**

Client #:      26481   Easy Street
Matter #:          5   Employ & Fee Apps - Durham
Invoice No.            198130

For professional services rendered and costs advanced through April 30, 2010:

| | |
|---|---|
| Total Fees | $ 490.00 |
| Total Expenses | $ 43.52 |
| **Total of This Invoice** | **$ 533.52** |

*Interest accrues at 1.5% per month on balance not paid after 30 days.*

*1*

Durham Jones & Pinegar. P.C.

Client #:    26481    Easy Street
Matter #:        5    Employ & Fee Apps - Durham
Invoice #:          198130

## Detail of Professional Fees

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|--------------------------------|-------|--------|
| 4/19/10 | KLC | Reviewing detailed billing reports for March | .80 | 280.00 |
| 4/27/10 | KLC | Reviewing fee request | .40 | 140.00 |
| 4/30/10 | KLC | Reviewing emails regarding fees | .20 | 70.00 |
| | | | Total Fees: | $ 490.00 |

## Time Summary

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Cannon, Ken | 1.40 | 350.00 | 490.00 |

## Detail of Client Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 3/31/10 | Pacer Online Research | 43.52 |
| | Total Expenses: | $ 43.52 |

*2*

Durham Jones & Pinegar. P.C.

Client #:     26481     Easy Street
Matter #:         5     Employ & Fee Apps - Durham
Invoice #:             198130

May 19, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

---

## Remittance Advice

*To insure proper credit to your account, please return this remittance with your payment.*

Client #:     26481     Easy Street
Matter #:         5     Employ & Fee Apps - Durham
Invoice No.             198130
Billing Attorney:       KLC

**Current Invoice**                    **$ 533.52**

```
D U R H A M

J O N E S &

P I N E G A R
```

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

May 19, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT 84068

---

**Invoice Summary**

Client #:      26481      Easy Street
Matter #:         6      Employ & Fee Apps - Others
Invoice No.         198131

For professional services rendered and costs advanced through April 30, 2010:

| | |
|---|---|
| Total Fees | $ 420.00 |
| Total Expenses | $ 1.36 |
| **Total of This Invoice** | **$ 421.36** |

*Interest accrues at 1.5% per month on balance not paid after 30 days.*

*1*

Durham Jones & Pinegar. P.C.

Client #:    26481    Easy Street
Matter #:        6    Employ & Fee Apps - Others
Invoice #:        198131

## Detail of Professional Fees

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|--------------------------------|-------|--------|
| 4/21/10 | KLC | Reviewing email correspondence regarding Gemstone | .20 | 70.00 |
| 4/29/10 | KLC | Telephone conference to Ben Kotter regarding Dorsey & Whitney's fees | .20 | 70.00 |
| 4/29/10 | KLC | Emails regarding Dorsey fees | .20 | 70.00 |
| 4/29/10 | KLC | Reviewing objection to Sidley fees | .30 | 105.00 |
| 4/30/10 | KLC | Reviewing letter from Sidley | .30 | 105.00 |
| | | Total Fees: | | $ 420.00 |

## Time Summary

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Cannon, Ken | 1.20 | 350.00 | 420.00 |

## Detail of Client Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 3/31/10 | Pacer Online Research | 1.36 |
| | Total Expenses: | $ 1.36 |

*2*

Durham Jones & Pinegar. P.C.

Client #:      26481    Easy Street
Matter #:         6    Employ & Fee Apps - Others
Invoice #:             198131

Easy Street                                                  May 19, 2010
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

---

## Remittance Advice

*To insure proper credit to your account, please return this remittance with your payment.*

Client #:      26481    Easy Street
Matter #:         6    Employ & Fee Apps - Others
Invoice No.            198131
Billing Attorney:      KLC

**Current Invoice**                    **$ 421.36**

**D U R H A M**

**J O N E S &**

**P I N E G A R**

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

May 19, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT 84068

**Invoice Summary**

Client #:     26481     Easy Street
Matter #:         8     Plan and Disc. Statement
Invoice No.         198132

For professional services rendered and costs advanced through April 30, 2010:

| | |
|---|---|
| Total Fees | $ 14,525.00 |
| Total Expenses | $ 1,007.86 |
| **Total of This Invoice** | **$ 15,532.86** |

*Interest accrues at 1.5% per month on balance not paid after 30 days.*

*1*

Durham Jones & Pinegar. P.C.

Client #:    26481    Easy Street
Matter #:    8    Plan and Disc. Statement
Invoice #:    198132

**Detail of Professional Fees**

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|--------------------------------|-------|--------|
| 4/01/10 | KLC | Telephone conference from Michael Blumenthal regarding plan issues | .20 | 70.00 |
| 4/01/10 | KLC | Conference call with Bill Shoaf, Philo Smith, Michael Blumenthal, Kim Sallinger, and Jeff Blatt regarding various issues related to reorganization possibilities | .50 | 175.00 |
| 4/01/10 | KLC | Telephone conference from Michael Blumenthal regarding possible auction scenarios | .20 | 70.00 |
| 4/01/10 | KLC | Telephone conference to Paul Throndsen regarding appraisal | .20 | 70.00 |
| 4/01/10 | KLC | Reviewing email correspondence regarding negotiations with potential plan funder | .40 | 140.00 |
| 4/02/10 | KLC | Telephone conference from Michael Blumenthal regarding plan issues | .30 | 105.00 |
| 4/05/10 | KLC | Emails regarding preparation for valuation hearing | .30 | 105.00 |
| 4/06/10 | KLC | Telephone conference to Paul Throndsen regarding appraisal issues. | .30 | 105.00 |
| 4/06/10 | KLC | Telephone conference from Michael Blumenthal updating regarding plan timing and discussions. | .30 | 105.00 |
| 4/06/10 | KLC | Telephone conference from Michael Johnson regarding plan issues, status of plan progress. | .20 | 70.00 |
| 4/06/10 | KLC | Telephone conference to Bill Shoaf regarding appraisal issues. | .20 | 70.00 |
| 4/06/10 | KLC | Telephone conference from Michael Blumenthal regarding appraisal | .30 | 105.00 |
| 4/06/10 | KLC | Reviewing December 4 appraisal. | .70 | 245.00 |
| 4/07/10 | KLC | Telephone conference with Michael Blumenthal regarding plan developments | .20 | 70.00 |
| 4/07/10 | KLC | Telephone conference with Bill Shoaf and Michael Blumenthal regarding plan negotiations | .40 | 140.00 |
| 4/07/10 | KLC | Telephone conference from Paul Throndsen regarding addendum to appraisal | .20 | 70.00 |
| 4/07/10 | KLC | Reviewing addendum to appraisal | .60 | 210.00 |
| 4/07/10 | KLC | Drafting notice of appraised value based on addendum | .80 | 280.00 |
| 4/07/10 | KLC | Telephone conference to scheduling clerk regarding possible hearing dates for continued confirmation  hearing | .20 | 70.00 |
| 4/08/10 | KLC | Telephone conference from Bill Shoaf regarding plan issues | .40 | 140.00 |
| 4/08/10 | KLC | Telephone conference to Michael Blumenthal regarding plan developments | .30 | 105.00 |
| 4/08/10 | KLC | Telephone conference from Bill Shoaf regarding sale issues in the context of a plan | .30 | 105.00 |
| 4/08/10 | KLC | Reviewing issues related to sales | .50 | 175.00 |
| 4/09/10 | KLC | Telephone conference to Michael Blumenthal regarding plan issues | .30 | 105.00 |

2

Durham Jones & Pinegar. P.C.

Client #:  26481   Easy Street
Matter #:       8   Plan and Disc. Statement
Invoice #:       198132

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|--------------------------------|-------|--------|
| 4/09/10 | KLC | Voicemail from Rich Havel regarding plan status | .10 | 35.00 |
| 4/09/10 | KLC | Reviewing Bruce Zabarauskas' revisions of proposed proffer of appraiser testimony | .70 | 245.00 |
| 4/12/10 | KLC | Telephone conference with Michael Blumenthal, then conferencing in Bill Shoaf regarding plan issues | .50 | 175.00 |
| 4/12/10 | KLC | Telephone conference with Bill Shoaf, Philo Smith, Michael Blumenthal, and Kim Sallinger regarding plan issues | 1.60 | 560.00 |
| 4/12/10 | KLC | Drafting ex parte motion to continue confirmation hearing | 1.10 | 385.00 |
| 4/12/10 | KLC | Telephone conference with Michael Blumenthal to Rich Havel regarding timing on continuance of confirmation hearing | .20 | 70.00 |
| 4/12/10 | KLC | Reviewing update to appraisal on the Sky Lodge | 1.10 | 385.00 |
| 4/12/10 | KLC | Drafting proposed order on valuation of the Sky Lodge | .50 | 175.00 |
| 4/12/10 | KLC | Reviewing, revising proposed proffer of Throndsen's testimony on appraisal | .60 | 210.00 |
| 4/12/10 | KLC | Conference with Steve McCardell regarding issues in valuation hearing | .20 | 70.00 |
| 4/12/10 | KLC | Telephone conference to scheduling clerk regarding continuance of confirmation hearing | .20 | 70.00 |
| 4/12/10 | SJM | Conference with K. Cannon on potential sale issues if lodge sold under section 363(f) | .20 | 70.00 |
| 4/13/10 | KLC | Reviewing updated budgets for April and May 2010 | .40 | 140.00 |
| 4/13/10 | KLC | Telephone conference from Bill Shoaf regarding plan issues, possible sale issues | .40 | 140.00 |
| 4/13/10 | KLC | Telephone conference to John Straley regarding pre-filing appraisals | .10 | 35.00 |
| 4/13/10 | KLC | Telephone conference to scheduling clerk regarding confirmation hearing | .20 | 70.00 |
| 4/13/10 | KLC | Telephone conference to Mike Johnson regarding Jacobsen issues | .30 | 105.00 |
| 4/13/10 | KLC | Telephone conference to Paul Throndsen regarding testimony at hearing on motion to value collateral | .20 | 70.00 |
| 4/13/10 | KLC | Telephone conference from Bill Shoaf regarding cash flow numbers | .30 | 105.00 |
| 4/13/10 | KLC | Telephone conference from Annette Jarvis and Rich Havel regarding new proposed plan timetable, cash collateral issues | .20 | 70.00 |
| 4/13/10 | KLC | Telephone conference to Michael Blumenthal regarding cash flows, Jacobsen, homeowners, other issues related to plan | .30 | 105.00 |
| 4/13/10 | KLC | Telephone conference to Doug Payne regarding plan modifications related to Jacobsen and Gunthers | .20 | 70.00 |
| 4/13/10 | KLC | Reviewing changes proposed to plan respecting Jacobsen, fractional unit owners, and Gunthers | .40 | 140.00 |
| 4/13/10 | KLC | Telephone conference from Bill Shoaf regarding cash flows, negotiations with potential plan funders | .30 | 105.00 |
| 4/13/10 | KLC | Working on proffer of appraiser's testimony | .90 | 315.00 |

*3*

Durham Jones & Pinegar. P.C.

Client #:    26481    Easy Street
Matter #:    8        Plan and Disc. Statement
Invoice #:             198132

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|--------------------------------|-------|--------|
| 4/14/10 | KLC | Going through proposed proffer of Throndsen's testimony on the appraisals | .50 | 175.00 |
| 4/14/10 | KLC | Revising order on valuation of the Sky Lodge | .20 | 70.00 |
| 4/14/10 | KLC | Meeting with Bill Shoaf and Kim Sallinger regarding hearing on valuation and on negotiations with plan funders | .90 | 315.00 |
| 4/14/10 | KLC | Attending hearing on motion to value the Debtor's assets | .70 | 245.00 |
| 4/14/10 | KLC | Reviewing cash flow projections from Bill Shoaf | .50 | 175.00 |
| 4/14/10 | KLC | Meeting with Bill Shoaf, Kim Sallinger, and Ed Bailey regarding plan funding issues | 1.20 | 420.00 |
| 4/14/10 | KLC | Telephone conference from Michael Blumenthal regarding plan issues | .30 | 105.00 |
| 4/14/10 | KLC | Emails to, from Annette Jarvis and Richard Havel regarding plan issues | .30 | 105.00 |
| 4/14/10 | KLC | Revising motion to continue confirmation hearing and deadlines in connection with the confirmation process | .50 | 175.00 |
| 4/15/10 | KLC | Drafting order on motion to extend deadlines | 1.00 | 350.00 |
| 4/15/10 | KLC | Telephone conference from Michael Blumenthal regarding plan issues, discovery issues | .30 | 105.00 |
| 4/15/10 | KLC | Reviewing documents produced | 1.10 | 385.00 |
| 4/15/10 | KLC | Telephone conference from Bill Shoaf regarding new player | .20 | 70.00 |
| 4/15/10 | KLC | Telephone conference from Bill Shoaf regarding plan and disclosure statement | .20 | 70.00 |
| 4/16/10 | KLC | Telephone conference with Michael Blumenthal and Rachel Strickland regarding sale, plan issues | .60 | 210.00 |
| 4/16/10 | KLC | Emails to, from Steve Eichel regarding exclusivity issues | .20 | 70.00 |
| 4/16/10 | KLC | Addressing issues in plan | .40 | 140.00 |
| 4/16/10 | KLC | Email to parties regarding order on continuance of confirmation process | .20 | 70.00 |
| 4/19/10 | KLC | Telephone conference from Michael Blumenthal regarding plan issues | .20 | 70.00 |
| 4/19/10 | KLC | Telephone conference from Steve Eichel regarding exclusivity issues | .20 | 70.00 |
| 4/19/10 | KLC | Telephone conference from David Leta representing Ed Bailey as possible plan funder | .40 | 140.00 |
| 4/19/10 | KLC | Emails to, from Bill Shoaf regarding plan issues | .30 | 105.00 |
| 4/19/10 | KLC | Telephone conference from Kim Salllinger regarding plan funding issues | .40 | 140.00 |
| 4/20/10 | KLC | Conf. call with Bill Shoaf, Michael Blumenthal, Philo Smith, Kim Salllinger, Bryan Dorsey regarding plan issues | 1.50 | 525.00 |
| 4/20/10 | KLC | Telephone conference from Bill Shoaf regarding plan ideas | .50 | 175.00 |
| 4/20/10 | KLC | Telephone conference to scheduling clerk regarding hearing on | .20 | 70.00 |

Durham Jones & Pinegar. P.C.

Client #:    26481    Easy Street
Matter #:    8    Plan and Disc. Statement
Invoice #:    198132

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|----------------------------------|-------|--------|
| | | motion to extend exclusivity in Partners case | | |
| 4/20/10 | KLC | Emails to, from Steve Eichel regarding motion to extend exclusivity | .30 | 105.00 |
| 4/20/10 | KLC | Telephone conference from Bill Shoaf regarding sale issues that could arise in a plan | .20 | 70.00 |
| 4/21/10 | KLC | Telephone conference from Michael Blumenthal regarding negotiations | .30 | 105.00 |
| 4/21/10 | KLC | Reviewing, revising motion to extend exclusive period to confirm a plan in Partners case | .80 | 280.00 |
| 4/21/10 | KLC | Telephone conference from Mike Johnson regarding Jacobsen issues | .20 | 70.00 |
| 4/21/10 | KLC | Emails to, from Mike Johnson regarding Jacobsen, issues related thereto | .20 | 70.00 |
| 4/21/10 | KLC | Emails regarding possible plan funder | .30 | 105.00 |
| 4/21/10 | KLC | Telephone conference to Steve Eichel regarding exclusivity hearing | .20 | 70.00 |
| 4/21/10 | KLC | Telephone conference to scheduling clerk regarding hearing date on motion to extend exclusivity | .10 | 35.00 |
| 4/22/10 | KLC | Reviewing Park City I's objection to plan, case law cited therein | .50 | 175.00 |
| 4/22/10 | KLC | Telephone conference from Philo Smith regarding various plan scenarios | .50 | 175.00 |
| 4/22/10 | KLC | Telephone conference with Michael Blumenthal, George Hofmann regarding Park City I's objection to confirmation | .40 | 140.00 |
| 4/22/10 | KLC | Further revisions to reply on Gateway | .30 | 105.00 |
| 4/22/10 | KLC | Telephone conference from Steve Eichel regarding exclusivity issues | .20 | 70.00 |
| 4/23/10 | KLC | Telephone conference with Michael Blumenthal regarding plan | .30 | 105.00 |
| 4/26/10 | KLC | Telephone conference to Mike Johnson regarding Jacobsen issues | .20 | 70.00 |
| 4/26/10 | KLC | Outlining plan presentation issues | .40 | 140.00 |
| 4/27/10 | KLC | Reviewing, responding to emails regarding plan negotiations | .30 | 105.00 |
| 4/27/10 | KLC | Telephone conference to Michael Blumenthal regarding plan issues | .20 | 70.00 |
| 4/28/10 | KLC | Conf. with Bill Shoaf, Jeff Blatt regarding Gateway hearing | .30 | 105.00 |
| 4/28/10 | KLC | Telephone conference from Philo Smith regarding conference call with Medallion and its lawyer | .10 | 35.00 |
| 4/28/10 | KLC | Conf. call with Philo Smith, Medallion representatives and lawyer | .60 | 210.00 |
| 4/28/10 | KLC | Telephone conference from Michael Blumenthal regarding plan issues, status | .50 | 175.00 |
| 4/28/10 | KLC | Emails to, from Mike Johnson regarding Jacobsen | .30 | 105.00 |
| 4/29/10 | KLC | Telephone conference from Michael Blumenthal regarding plan issues | .30 | 105.00 |
| 4/30/10 | KLC | Telephone conference from Michael Blumenthal regarding status of negotiations | .30 | 105.00 |
| 4/30/10 | KLC | Reviewing emails regarding proposed letter of intent from proposed plan funders | .20 | 70.00 |

5

Durham Jones & Pinegar. P.C.

Client #:    26481    Easy Street
Matter #:      8    Plan and Disc. Statement
Invoice #:      198132

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|----------------------------------|-------|--------|
| 4/30/10 | KLC | Reviewing proposed letter of intent | .50 | 175.00 |

Total Fees:    $ 14,525.00

## Time Summary

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Cannon, Ken | 41.30 | 350.00 | 14,455.00 |
| McCardell, Steven J. | .20 | 350.00 | 70.00 |

## Detail of Client Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 3/31/10 | Pacer Online Research | 9.04 |
| | Postage | 136.92 |
| | Copy Charge | 861.90 |

Total Expenses:    $ 1,007.86

SALT LAKE CITY | OGDEN | ST. GEORGE | LAS VEGAS

Durham Jones & Pinegar, P.C.

Client #:      26481    Easy Street
Matter #:          8    Plan and Disc. Statement
Invoice #:             198132

May 19, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

---

## Remittance Advice

*To insure proper credit to your account, please return this remittance with your payment.*

Client #:      26481    Easy Street
Matter #:          8    Plan and Disc. Statement
Invoice No.            198132
Billing Attorney:      KLC

**Current Invoice**                    **$ 15,532.86**

7

```
D U R H A M

J O N E S &

P I N E G A R
```

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

May 19, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

---

**Invoice Summary**

Client #:      26481      Easy Street
Matter #:          9      Misc. Contested Matters
Invoice No.        198133

For professional services rendered and costs advanced through April 30, 2010:

|                       |           |
|-----------------------|-----------|
| Total Fees            | $ 175.00  |
| Total Expenses        | $ .64     |
| **Total of This Invoice** | **$ 175.64** |

*Interest accrues at 1.5% per month on balance not paid after 30 days.*

*1*

Durham Jones & Pinegar. P.C.

Client #:     26481     Easy Street
Matter #:        9     Misc. Contested Matters
Invoice #:           198133

## Detail of Professional Fees

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|----------------------------------|-------|--------|
| 4/21/10 | KLC | Reviewing email correspondence regarding dismissal of section 105 action | .20 | 70.00 |
| 4/28/10 | KLC | Drafting non-opposition to OSC on section 105 action | .30 | 105.00 |
| | | Total Fees: | | $ 175.00 |

## Time Summary

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Cannon, Ken | .50 | 350.00 | 175.00 |

## Detail of Client Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 3/31/10 | Pacer Online Research | .64 |
| | Total Expenses: | $ .64 |

SALT LAKE CITY | OGDEN | ST. GEORGE | LAS VEGAS

Durham Jones & Pinegar. P.C.

Client #:      26481      Easy Street
Matter #:          9      Misc. Contested Matters
Invoice #:                198133

May 19, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

## Remittance Advice

*To insure proper credit to your account, please return this remittance with your payment.*

Client #:      26481      Easy Street
Matter #:          9      Misc. Contested Matters
Invoice No.                198133
Billing Attorney:          KLC

**Current Invoice**                    **$ 175.64**

*3*

**D U R H A M**

**J O N E S &**

**P I N E G A R**

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

May 19, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

---

**Invoice Summary**

Client #:      26481      Easy Street
Matter #:       10        Case Administration
Invoice No.               198134

For professional services rendered and costs advanced through April 30, 2010:

|                          |           |
|--------------------------|-----------|
| Total Fees               | $ 162.00  |
| Total Expenses           | $ 9.84    |
| **Total of This Invoice** | **$ 171.84** |

*Interest accrues at 1.5% per month on balance not paid after 30 days.*

*1*

Durham Jones & Pinegar. P.C.

Client #:      26481      Easy Street
Matter #:        10      Case Administration
Invoice #:              198134

## Detail of Professional Fees

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|--------------------------------|-------|--------|
| 4/06/10 | SJM | Review and respond to voice message from counsel for Park City I regarding K-1 and tax return, including conferences with G. Hofmann and K. Cannon and emails with W. Shoaf on status of tax return work | .30 | 105.00 |
| 4/12/10 | JGP | Call court regarding telephonic appearance by clients. | .10 | 19.00 |
| 4/13/10 | JGP | Coordinate telephonic appearance of B. Zabarauskas and M. Blumenthal. | .20 | 38.00 |

Total Fees:      $ 162.00

## Time Summary

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| McCardell, Steven J. | .30 | 350.00 | 105.00 |
| Peterson, Jessica | .30 | 190.00 | 57.00 |

## Detail of Client Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 3/31/10 | Pacer Online Research | .40 |
| | Postage | 2.44 |
| 4/20/10 | Courier Service/Inhouse | 7.00 |

Total Expenses:      $ 9.84

*2*

Durham Jones & Pinegar. P.C.

Client #:     26481     Easy Street
Matter #:        10     Case Administration
Invoice #:                198134

May 19, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

---

## Remittance Advice
*To insure proper credit to your account, please return this remittance with your payment.*

Client #:     26481     Easy Street
Matter #:        10     Case Administration
Invoice No.               198134
Billing Attorney:        KLC

**Current Invoice**                    **$ 171.84**

*3*

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

May 19, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

**Invoice Summary**

Client #:      26481      Easy Street
Matter #:        11      Cash Collateral/DIP Lending
Invoice No.            198135

For professional services rendered and costs advanced through April 30, 2010:

|  |  |
|---|---|
| Total Fees | $ 3,010.00 |
| Total Expenses | $ .00 |
| **Total of This Invoice** | **$ 3,010.00** |

*Interest accrues at 1.5% per month on balance not paid after 30 days.*

*1*

Durham Jones & Pinegar. P.C.

Client #:    26481    Easy Street
Matter #:       11    Cash Collateral/DIP Lending
Invoice #:          198135

## Detail of Professional Fees

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|--------------------------------|-------|--------|
| 4/01/10 | KLC | Reviewing materials related to cash accounts | .60 | 210.00 |
| 4/01/10 | KLC | Email to JPMorganChase regarding bank account issues | .30 | 105.00 |
| 4/01/10 | KLC | Reviewing email correspondence regarding transfer requests | .20 | 70.00 |
| 4/05/10 | KLC | Emails regarding cash collateral budget | .20 | 70.00 |
| 4/06/10 | KLC | Reviewing emails regarding cash collateral issues. | .30 | 105.00 |
| 4/08/10 | KLC | Reviewing emails regarding transfer requests | .30 | 105.00 |
| 4/08/10 | KLC | Addressing bank account issues | 1.20 | 420.00 |
| 4/09/10 | KLC | Telephone conference to Terri Steinbrenner regarding account issues | .20 | 70.00 |
| 4/13/10 | KLC | Telephone conference with Terri Steinbrenner of JPM Chase regarding account issues | .20 | 70.00 |
| 4/13/10 | KLC | Reviewing transfer requests to WestLB | .30 | 105.00 |
| 4/13/10 | KLC | Reviewing new budgets prepared for upcoming months | .50 | 175.00 |
| 4/15/10 | KLC | Reviewing emails regarding transfer requests | .30 | 105.00 |
| 4/16/10 | KLC | Reviewing correspondence, issues on budgeting, cash collateral | .50 | 175.00 |
| 4/20/10 | KLC | Reviewing emails regarding cash collateral issues | .30 | 105.00 |
| 4/21/10 | KLC | Reviewing emails regarding transfer requests by Partners | .30 | 105.00 |
| 4/22/10 | KLC | Reviewing emails on cash transfers | .20 | 70.00 |
| 4/27/10 | KLC | Reviewing emails regarding cash collateral issues | .50 | 175.00 |
| 4/27/10 | KLC | Reviewing cash collateral request | .20 | 70.00 |
| 4/28/10 | KLC | Reviewing proposed new cash collateral stipulation | .40 | 140.00 |
| 4/29/10 | KLC | Reviewing new extension of cash collateral stipulation | 1.20 | 420.00 |
| 4/29/10 | KLC | Emails to, from West LB counsel regarding cash collateral stipulation | .20 | 70.00 |
| 4/29/10 | KLC | Telephone conference to Bill Shoaf regarding cash collateral issues | .20 | 70.00 |

Total Fees:    $ 3,010.00

## Time Summary

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Cannon, Ken | 8.60 | 350.00 | 3,010.00 |

2

Durham Jones & Pinegar. P.C.

Client #:      26481      Easy Street
Matter #:        11      Cash Collateral/DIP Lending
Invoice #:               198135

May 19, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

---

### Remittance Advice

*To insure proper credit to your account, please return this remittance with your payment.*

Client #:      26481      Easy Street
Matter #:        11      Cash Collateral/DIP Lending
Invoice No.              198135
Billing Attorney:        KLC

**Current Invoice**                    **$ 3,010.00**

*3*

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

May 19, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

**Invoice Summary**

Client #:      26481    Easy Street
Matter #:        12    BayNorth Litigation
Invoice No.            198136

For professional services rendered and costs advanced through April 30, 2010:

| | |
|---|---|
| Total Fees | $ 700.00 |
| Total Expenses | $ 8.40 |
| **Total of This Invoice** | **$ 708.40** |

*Interest accrues at 1.5% per month on balance not paid after 30 days.*

*1*

Durham Jones & Pinegar. P.C.

Client #:    26481    Easy Street
Matter #:       12    BayNorth Litigation
Invoice #:            198136

## Detail of Professional Fees

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|--------------------------------|-------|--------|
| 4/02/10 | KLC | Reviewing discovery responses | .70 | 245.00 |
| 4/05/10 | KLC | Emails regarding discovery issues | .20 | 70.00 |
| 4/06/10 | KLC | Emails regarding discovery issues. | .20 | 70.00 |
| 4/06/10 | KLC | Email attaching responses and objections to BayNorth discovery requests. | .20 | 70.00 |
| 4/12/10 | KLC | Reviewing emails regarding notice of deposition of Merritt & Harris, emailing copy of notice of deposition to Ambica Mohabir | .30 | 105.00 |
| 4/30/10 | KLC | Addressing discovery issues in matter | .40 | 140.00 |

Total Fees:    $ 700.00

## Time Summary

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Cannon, Ken | 2.00 | 350.00 | 700.00 |

## Detail of Client Expenses

| Date | Description | Amount |
|------|-------------|--------|
| | Copy Charge | 8.40 |

Total Expenses:    $ 8.40

Durham Jones & Pinegar. P.C.

Client #:     26481     Easy Street
Matter #:       12      BayNorth Litigation
Invoice #:              198136

May 19, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

## Remittance Advice

*To insure proper credit to your account, please return this remittance with your payment.*

Client #:     26481     Easy Street
Matter #:       12      BayNorth Litigation
Invoice No.             198136
Billing Attorney:       KLC

**Current Invoice**                    **$ 708.40**

*3*