**The below described is SIGNED.**

**Dated: May 18, 2010**

_____
**R. KIMBALL MOSIER**
**U.S. Bankruptcy Judge**



_____

*Order Prepared and Submitted by:*

Douglas J. Payne (A4113)
Robert G. Crockett (A12067)
FABIAN & CLENDENIN,
  A Professional Corporation
215 South State, Suite 1200
Salt Lake City, Utah 84111-2323
dpayne@fabianlaw.com
rcrockett@fabianlaw.com
Telephone: (801) 531-8900

*Attorneys for Gateway Center, LLC*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In Re: ) ) ) ) ) | Bankruptcy Case No. 09-29905 Jointly Administered with Cases 09-29907 and 09-29908 |
| EASY STREET HOLDING, LLC, *et al.* ) ) | Chapter 11 |
| Debtors. ) ) ) ) ) ) ) ) | Honorable R. Kimball Mosier  **ORDER DENYING OBJECTION TO PROOFS OF CLAIM FILED BY GATEWAY CENTER, LLC** |

Debtor *Easy Street Partners, LLC's Objection to Proofs of Claim filed by Gateway*

*Center, LLC* [Dkt. No. 335] (the "**Objection**") came on regularly for hearing before the

**Filed: 05/06/10**

Entered On Docket: 05/19/2010

Honorable R. Kimball Mosier on April 27, 2010 and April 28, 2010.  Debtor Easy Street Partners, LLC ("**Partners**") was represented by Corbin B. Gordon of Corbin B. Gordon, P.C. and by Kenneth L. Cannon, II of Durham, Jones & Pinegar, P.C.  Gateway Center, LLC ("**Gateway**"), was represented by Douglas J. Payne of Fabian & Clendenin.

Based upon the evidence presented at the hearing, the pleadings and papers, and the argument of counsel, the Court made its findings of fact and conclusions of law on the record. Based upon the Court's findings and conclusions, and good cause appearing therefor,

THE COURT HEREBY ORDERS that:

1. Partners' Objection to the proofs of claim filed by Gateway is hereby overruled and denied; and

2. This Order is without prejudice with respect to issues relating to the calculation of the common area management fees included in the amount of Gateway's claim.

**[END OF DOCUMENT]**

APPROVED AS TO FORM:

/s/ Corbin B. Gordon
Corbin B. Gordon
CORBIN B. GORDON, P.C.
Attorneys for Debtor Easy Street Partners, L.L.C.

## CERTIFICATE OF SERVICE

I hereby certify that on the ____ day of May, 2010, I caused a true and exact copy of the foregoing Order to be served upon the following in the manner required by Local Rule 9021-1:

Douglas J. Payne
Robert G. Crockett
FABIAN & CLENDENIN
215 South State Street, Suite 1200
Salt Lake City, Utah 84111-2323

Corbin B. Gordon
Corbin B. Gordon, P.C.
345 West 600 South, Suite 108
Heber City, UT 84032-2247

Kenneth L. Cannon, II
DURHAM JONES & PINEGAR
111 East Broadway, Suite 900
Salt Lake City, UT 84111

U.S. TRUSTEES OFFICE
Ken Garff Building
405 S. Main Street
Suite 300
Salt Lake City, UT 84111

ND: 4852-0712-5766, v. 1

# CERTIFICATE OF NOTICE

```
District/off: 1088-2          User: lb                  Page 1 of 1              Date Rcvd: May 19, 2010
Case: 09-29905                Form ID: pdfor1           Total Noticed: 3

The following entities were noticed by first class mail on May 21, 2010.
aty          Douglas J. Payne,    Fabian & Clendenin,    215 South State Street,    Suite 1200,
             Salt Lake City, UT  84111-2323
aty          Kenneth L. Cannon, II,    Durham Jones & Pinegar,    111 East Broadway, Suite 900,    P O Box 4050,
             Salt Lake City, UT  84110-4050
sp          +Corbin B. Gordon,    345 West 600 South,    Suite 108,    Heber City, UT 84032-2282

The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 21, 2010**            **Signature:** _Joseph Speetjens_