Annette Jarvis (1649)
Peggy Hunt (6060)
Benjamin J. Kotter (9592)
DORSEY & WHITNEY LLP
136 South Main Street, Suite 1000
Salt Lake City, UT 84101-1685
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
Email: jarvis.annette@dorsey.com
       hunt.peggy@dorsey.com
       kotter.benjamin@dorsey.com

Richard W. Havel (10759)
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600
Email: rhavel@sidley.com

*Attorneys for WestLB, AG*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re:<br><br>EASY STREET HOLDING, LLC, *et al.*,<br><br>Debtors.<br><br>Tax ID Numbers:<br>35-2183713 (Easy Street Holding, LLC),<br>20-4502979 (Easy Street Partners, LLC), and 84-1685764 (Easy Street Mezzanine, LLC) | **Bankr. Case No. 09-29905**<br><br>Jointly Administered with Bankr. Case Nos. 09-29907 and 09-29908<br><br>Chapter 11<br><br>Honorable R. Kimball Mosier |

**NOTICE OF CONTINUED RULE 30(b)(6) DEPOSITION OF
EASY STREET PARTNERS, LLC**

PLEASE TAKE NOTICE that pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, made applicable in this contested matter pursuant to Rule 9014 and 7030 of the Federal Rules of Bankruptcy Procedure, WestLB, AG ("WestLB"), by and through its counsel of record, will take the deposition of Easy Street Partners, LLC ("Easy Street" or "Debtor") at the offices of Dorsey & Whitney, LLP, 136 South Main Street, Suite 1000, Salt Lake City, Utah 84101 on **Thursday, June 3, 2010, at 10:00 a.m.**  The continued deposition had been previously scheduled for Thursday, May 13, 2010.  The deposition will be taken orally before a duly authorized court reporter, will be recorded by stenographic means, and will continue from day to day until completed.

Pursuant to and for the purposes permitted by Rule 30(b)(6) of the Federal Rules of Civil Procedure, WestLB will examine Easy Street on the following subjects and hereby advises Easy Street of its obligation to designate one or more officers, directors, managing agents, or other persons to testify on its behalf with respect to each subject identified below:

1. All matters relating to Easy Street's negotiation of that certain letter of intent executed with Strategic Capital Partners, LLC ("SCP") on January 13, 2010.

2. All matters relating to Easy Street's negotiation of that certain Funding Agreement, as defined in its plan of reorganization (the "Plan"), or any funding agreements under which investors will provide funding to Easy Street.

3. All matters relating to Easy Street's decision making process relating to the selection of SCP or an entity formed by SCP or an affiliate of SCP to fund the Plan ("Plan Funder").

4. All matters relating to Easy Street's collaboration with BDRC 4Site, LLC and/or Gemstone Hotels & Resorts, LLC in identifying and selecting the Plan Funder, any other person acceptable to Easy Street to fund the Plan (the "Alternative Funder") or any potential investor to fund the Plan.

5. All matters relating to Easy Street's selection of the Plan Funder, Alternative Funder or any potential investor to fund the Plan.

6. All matters relating to Easy Street's efforts to enter into a funding agreement, including any current or once existing funding agreements.

7. All matters relating to Easy Street's assertion that as of April 15, 2010, Easy Street's cash balance will be approximately $500,000, as well as Easy Street's cash positions or expenditures on and between the date of this deposition and April 15, 2010.

8. All matters relating to Easy Street's business plans, operating projections, support information and analyses that relate to its financial projections described in exhibits to its disclosure statement ("Disclosure Statement").

9. All matters relating to the valuation of Easy Street's assets for purposes of determining its Mezzanine Escrow, as defined in the Plan.

10. All matters relating to the identification of any and all parties considered for post-confirmation management of Easy Street's properties.

11. All matters relating to any marketing and/or potential sale of Easy Street's fractional units as the sale may relate to pre- or post-confirmation.

12. All matters related to the operation, marketing, sale and/or valuation of the Zoom restaurant.

-4-

13. All matters relating to the potential refinancing or purchase of the WestLB claim, including any terms sheets or proposed forms of documents from third party lenders or purchases of debt.

DATED this 24th day of May, 2010.

DORSEY & WHITNEY LLP

 /s/ Benjamin J. Kotter
Annette W. Jarvis
Peggy Hunt
Benjamin J. Kotter

and

Richard W. Havel
SIDLEY AUSTIN LLP
  *Attorneys for WestLB, AG*