Annette Jarvis (1649)
Peggy Hunt (6060)
Benjamin J. Kotter (9592)
DORSEY & WHITNEY LLP
136 South Main Street, Suite 1000
Salt Lake City, UT 84101-1685
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
Email: jarvis.annette@dorsey.com
　　　　hunt.peggy@dorsey.com
　　　　kotter.benjamin@dorsey.com

Richard W. Havel (10759)
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600
Email: rhavel@sidley.com

*Attorneys for WestLB, AG*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re:<br><br>EASY STREET HOLDING, LLC, *et al.*,<br><br>　　Debtors.<br><br>Tax ID Numbers:<br>35-2183713 (Easy Street Holding, LLC),<br>20-4502979 (Easy Street Partners, LLC), and<br>84-1685764 (Easy Street Mezzanine, LLC) | **Bankr. Case No. 09-29905**<br><br>Jointly Administered with Bankr. Case Nos. 09-29907 and 09-29908<br><br>Chapter 11<br><br>Honorable R. Kimball Mosier |

**NOTICE OF AMENDED RESPONSE DEADLINE TO
WESTLB, AG'S SUBPOENA TO STRATEGIC CAPITAL PARTNERS, LLC**

On or about March 3, 2010, pursuant to Rule 9016 of the Federal Rules of Bankruptcy Procedure, WestLB, AG, by and through its counsel, served its Subpoena (the "<u>Subpoena</u>") on Strategic Capital Partners, LLC ("<u>Strategic Capital</u>").  The Subpoena originally required a response on or 3:00 p.m. on Wednesday, March 10, 2010.  **Notice is hereby given that the response deadline to the Subpoena has been extended to 3:00 p.m. (Mountain Standard Time) on Wednesday, June 2, 2010.**

DATED this 24th day of May, 2010.

    DORSEY &WHITNEY, LLP

      _/s/ Benjamin J. Kotter_
    Annette Jarvis
    Peggy Hunt
    Benjamin J. Kotter

    and

    Richard W. Havel
    SIDLEY AUSTIN LLP
      *Attorneys for WestLB, AG*