**The below described is SIGNED.**

**Dated: May 25, 2010**         _R. Kimball Mosier_
                                **R. KIMBALL MOSIER**
                                **U.S. Bankruptcy Judge**



_____

Kenneth L. Cannon II (kcannon@djplaw.com) (3705)
Steven J. McCardell (smccardell@djplaw.com) (2144)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT  84110-4050
Telephone:  (801) 415-3000/Fax:  (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com) (admitted pro hac vice)
Steven B. Eichel (seichel@crowell.com) (admitted pro hac vice)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY  10022
Telephone:  (212) 223-4000/Fax:  (212) 223-4134

Counsel for Debtors and Debtors in Possession

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| EASY STREET HOLDING, LLC, *et. al.*, ) | Bankruptcy Case No. 09-29905 |
| ) | Jointly Administered with Cases |
| Debtors ) | 09-29907 and 09-29908 |
| ) | [This Order affects only Case No. 09-29907] |
| Address:  201 Heber Avenue ) | |
| Park City, UT 84060 ) | |
| ) | Chapter 11 |
| Tax ID Numbers: ) | |
| 35-2183713 (Easy Street Holding, LLC), ) | Honorable R. Kimball Mosier |
| 20-4502979 (Easy Street Partners, LLC), and ) | |
| 84-1685764 (Easy Street Mezzanine, LLC) ) | |
| ) | |

**ORDER EXTENDING TO MAY 27, 2010, THE EXCLUSIVE PERIOD FOR
EASY STREET PARTNERS, LLC, TO SOLICIT AND OBTAIN
<u>ACCEPTANCES FOR ITS CHAPTER 11 PLAN OF REORGANIZATION</u>**

SLC_607269.1

**Filed: 05/17/10**

The second motion ("Motion") of Easy Street Partners, LLC ("Partners"), debtor and debtor in possession, filed April 21, 2010, for entry of an Order under 11 U.S.C. § 1121(d) extending for 45 days Partners' exclusive period for obtaining acceptances of its plan of reorganization (the "Exclusive Solicitation Period"), came on for hearing on May 14, 2010. Appearances were made as noted on the record for the hearing.  The Court, having considered the Motion and the opposition to the Motion filed by WestLB, AG, the objection of the Unsecured Creditors' Committee to the Motion, and the joinder of Jacobsen National Group, Inc. in the Committee's objection (collectively, the "Objections"), having considered the arguments of counsel, and having made its findings and conclusions of law on the record and the hearing, which findings and conclusions are incorporated herein by reference, hereby

**ORDERS:**

1.  The Exclusive Solicitation Period is extended to May 27, 2010.

2.  Hearing to consider further the Motion and a further extension of the Exclusive Solicitation Period will be held on May 27, 2010, at 1:30 p.m. before this Court.

3.  No further notice of the continued hearing is required.

----------------------------------------------END OF ORDER----------------------------------------

SLC_607269.1

## CLERK'S CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing Order Extending to May 27, 2010, the Exclusive Period for Easy Street Partners, LLC, to Solicit and Obtain Acceptances for Its Chapter 11 Plan of Reorganization was served via the Bankruptcy Noticing Center to each party listed below.

      Kenneth L. Cannon II
      Steven J. McCardell
      Durham Jones & Pinegar, P.C.
      P O Box 4050
      Salt Lake City, UT  84110-4050

      John T. Morgan
      Office of the United States Trustee
      405 South Main Street, Suite 300
      Salt Lake City, UT 84111

      Lon A. Jenkins
      Jones Waldo Holbrook & McDonough
      170 South Main Street, Suite 1500
      Salt Lake City, UT  84101

      Annette W. Jarvis
      Peggy Hunt
      Dorsey & Whitney LLP
      136 South Main Street, Suite 1000
      Salt Lake City, UT  84101-1685

      Richard W. Havel
      Sidley Austin LLP
      555 West Fifth Street
      Los Angeles, CA  90013-1010

      Michael R. Johnson
      Ray, Quinney & Nebeker
      36 South State Street, 14th Floor
      P.O. Box 45385
      Salt Lake City, UT  84145-0385

      _____

3

SLC_607269.1