# EXHIBIT 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>EASY STREET HOLDING, LLC, et al,<br><br>    Debtor in Possession.<br><br>EIN:  35-2183713 (Easy Street Holding, LLC)<br>         20-4502979 (Easy Street Partners, LLC)<br>         84-1685764 (Easy Street Mezzanine, LLC) | Bankruptcy No. 09-29905<br>Chapter 11<br><br>Honorable R. Kimball Mosier |

## SUMMARY REQUIRED BY UNITED STATES TRUSTEE GUIDELINES

| | | | |
|---|---|---|---|
| Fees Previously Requested: | $40,986.00 | NAME OF APPLICANT: | |
| Fees Previously Paid: | $33,098.33 | Wrona Law Firm, P.C. | |
| Expenses Previously Requested: | $0.00 | ROLE IN THE CASE: | |
| Expenses Previously Paid: | $0.00 | Co-Counsel for Debtor in Possession | |
| Retainer Paid: | $.00 | CURRENT APPLICATION: | |
| | | Fees Requested | $34,171.50 |
| | | Expenses Requested | $.00 |

| NAME OF PROFESSIONAL/ PARALEGAL | YEAR ADMITTED TO PRACTICE | HOURS BILLED CURRENT APPLICATION | RATE | TOTAL FOR APPLICATION |
|---|---|---|---|---|
| **ATTORNEYS** | | | | |
| Joseph E. Wrona | 1992 | 96.3 | $350 | $33,705.00 |
| Knute A. Rife | 1985 | 2.3 | $225 | $517.50 |
| **PARALEGALS** | | | | |
| Brian Joyce | | 5.5 | $90 | $495.00 |
| TOTAL | | | | $34,717.50 |