# EXHIBIT 3



1745 Sidewinder Drive
Park City, Utah 84060 United States of America

Ph:(435) 649-2525
Fax:(435) 649-5959

William Shoaf
P. O. Box 683300
Park City, UT 84068

February 4, 2010

**Attention:**

File #:      04186.12
Inv #:       14664

RE:   Chapter 11 - Easy Street Partners, LLC

| DATE | DESCRIPTION | ATTY | HRS | RATE | AMT |
|---|---|---|---|---|---|
| Jan-05-10 | Obtain and review letter from Unemployment regarding problems with social security numbers, advise Easy Street Partners on same (.4); working w/ Shoaf on funding sources and focusing on SLC group (.4); tele to SLC group (.3); tele to Tantillo on NY funding (.3); tele w/ Philo Smith on funding groups (.3). | JEW | 1.70 | $350.00 | $595.00 |
| Jan-07-10 | Tele w/ Bill Shoaf on Wickline (.2); mtg w/ Bill at Bill's request to go over Sandholtz situation (.4). | JEW | 0.60 | $350.00 | $210.00 |
| Jan-08-10 | Tele from Bill regarding Kim Salliger (.2); tele from Kim Salliger (.3). | JEW | 0.50 | $350.00 | $175.00 |
| Jan-11-10 | Corr w/ Bill Shoaf on contact from co-manager regarding unit owner relations (.2); corr. w/ Bill Hebert on status of Wickline assignment (.1). | JEW | 0.30 | $350.00 | $105.00 |
| Jan-12-10 | Obtain Sandholtz LOI from Bill and review at his request to determine how to negotiate within Easy Street and between members (.4); tele w/ Bill to go over options for presenting to members (.3); several calls w/ members to work on getting consensus (.5 total). | JEW | 1.20 | $350.00 | $420.00 |
| Jan-13-10 | Obtain SCP offer to acquire assets and review same with particular focus on how offer impacts Jacobsen Lien and unit owners, and on how offer impacts internal issues between members of Easy Street Partners (.4); long conference w. Bill hoaf on impact of SCP Offer on ESP members (.5); conference call w/ Blumenthal, Cannon, Shoaf an dothers on | JEW | 3.80 | $350.00 | $1,330.00 |

| Date | Description | Atty | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | modifcations to Offer and how to deal with various issues (1hr); conference call w/ Blumenthal and Shoaf on Baynorth litigation and David Wickline issues as related to SCP offer (.4); follow up with Bill Shoaf on Wickline issues (.3); corr. w/ Hebert alerting him to fact that there may opportunity to provide insulation to David in consideration for assignment (.2); tele w/ Sandholtz (.4); working on possible structure of side agreement with SCP that would prmote acquisition fo Wickline interest (.6). | | | | |
| | Prepare 2nd fee request re: Wrona Law compensation for professional services. | BCJ | 0.50 | $90.00 | $45.00 |
| Jan-14-10 | Working w/ Bill Shoaf on Sandhotlz issues and how to structure SCP involvment in manner that avoids litigation between members of Easy Street Partners: corr. w/ Bill on LOI (.2); tele w/ Bill on his negotiations with Sandholtz (.3); tele w/ Sandholtz (.3); pull organizatinal docs fro ESP and check for issues (.4). | JEW | 1.20 | $350.00 | $420.00 |
| Jan-15-10 | Reach out to Wickline's new counsel (.2); tele w / Kim Wilson regarding workout of Wickline situation (.4); corr w/ Bill Shoaf on same (.2); review Plan and other docs filed to be able to propose workout of Wickline situation (.4); outlining possible Wickline settlement in light of SCP proposal (.6); working on language for agreement (.4). | JEW | 1.60 | $350.00 | $560.00 |
| Jan-18-10 | Working w/ Bill Shoaf on Sandholtz proposal (mtg w/ Bill (.6); review outline of Exit Plan (.3); tele w/ Tantillo (.4); review Wickline's position and demands for compensation for assignment and respond (.4)). | JEW | 1.70 | $350.00 | $595.00 |
| Jan-19-10 | Obtain and review Plan and make notes for how Plan will impact Wickline assignment (.6); tele w/ Bill Shoaf on Wickline's position and on how to structure Wickline deal (.3); wokring on restructuring aspects of Sandholtz proposal to allow for Wickline deal to occur (.4). | JEW | 1.30 | $350.00 | $455.00 |
| Jan-20-10 | Tele w/ Kim Wilson on Wickline and Baynorth arrangment (.6); review Sandholtz proposal and Plan and work on structure of proposal to Wickline that resolves his issues and obtains assignment of Wickline's interest (1.3); tele w/ Bill Shoaf and Philo Smith on Wickline and Sandholtz (.2); corr. w/ Kim Wislon on Wickline assignment (.3); corr. w/ | JEW | 2.90 | $350.00 | $1,015.00 |

| Date | Description | | | | |
|---|---|---|---|---|---|
| | Bill Shoaf on same (.1); working on preparation for monring teleconference (.4). | | | | |
| Jan-21-10 | Prep for conference call w/ Blumenthal and Shoaf (.4); conduct conference call, then second call with just Shoaf (1hr); working on task from conference call: Wickline assignment structure (.4); media issue (.3); corr. w/ Kim Wislon on how to organize contingent assignment (.4). | JEW | 2.50 | $350.00 | $875.00 |
| Jan-22-10 | Review creditor worksheet and check with Bill Shoaf on Wickline's $4K entry (.3); working w/ Kim Wislon on new assignment concept (.4); drafting Assignment (.8). | JEW | 1.50 | $350.00 | $525.00 |
| Jan-24-10 | Working most of day Sunday on issues related to coordinating a negotiated settlement with BayNorth in a manner that provides Wickline with release from liability (2.3 hrs); also working on a new form of contingent assignment discussed w/ Blumenthal and Shoaf (1.8 hrs). | JEW | 4.10 | $350.00 | $1,435.00 |
| Jan-25-10 | Review situation with Bill Shoaf regarding Sandholtz strategy (.3); working on applying that strategy to Wickline situation (.3). | JEW | 0.30 | $350.00 | $105.00 |
| Jan-26-10 | Working on methodology for making Wickline assignment contingent upon release from liability from BayNorth (.6); working on integration of that methodology into Plan for reorganization (.5); tele w/ Bill Shoaf on aspects of plan for resolving Wickline objections (.3). | JEW | 1.40 | $350.00 | $490.00 |
| Jan-27-10 | Tele w/ Ken Cannon on new developments and on methodology for submitting quarterly applications for payment (.3); working on submission of quarterly claim for payment (.4); working on Wickline contingent assignment (.4). | JEW | 1.10 | $350.00 | $385.00 |
| Jan-28-10 | Corr. w/ Kim Wilson on assignment; drafting change to assignment based on conversation with Kim Wilson. | JEW | 1.20 | $350.00 | $420.00 |
| Jan-29-10 | Fieliding calls from unit owners regarding news that workout is in effect (three calls at (.3, .3 and .4); working on contingent provision in Wickline assignment (.4). | JEW | 1.40 | $350.00 | $490.00 |
| | Drafting Motion for Interim Application of Fees; editing same; reviewing invoices and confirming amounts in Motion; edit exhibits to Motion; finalize same an dtask for filing. | JEW | 2.10 | $350.00 | $735.00 |
| | Work on WLF first application for interim compensation, etc. re: debtors in possession. | BCJ | 3.20 | $90.00 | $288.00 |

| Date | Description | Atty | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Jan-31-10 | Conference call w/ Bill Shoaf on: 1) Wilson's request for action on Wickline assignment (.3); 2) fact that NY is asking questions about Sky Lodge as investment (.2); 3) status of BayNorth negotiations and how to use Wickline's assignment in thos negotiations (.3); status of Sandholtz investment and other investors (.2); managing unit owners expectations (.4). | JEW | 1.40 | $350.00 | $490.00 |
| Totals | | | 37.50 | | $12,163.00 |

| | |
|---|---|
| Total fee & disbursements this month | $12,163.00 |
| Previous Balance | $33,001.00 |
| Previous Payments | 22,536.08 |
| Interest Due (18%) | $670.27 |
| **Balance Now Due** | **$23,298.19** |

TAX ID Number    87-0676597



**WRONA LAW FIRM**

1745 Sidewinder Drive
Park City, Utah 84060 United States of America

Ph:(435) 649-2525
Fax:(435) 649-5959

William Shoaf
P. O. Box 683300
Park City, UT 84068

March 4, 2010

**Attention:**

File #:  04186.12
Inv #:  14944

**RE:**  Chapter 11 - Easy Street Partners, LLC

| DATE | DESCRIPTION | ATTY | HRS | RATE | AMT |
|---|---|---|---|---|---|
| Feb-01-10 | Tele from Bill Shoaf on Sandholtz and need to discuss Wickline with Sandholtz, need for conference w/ Michael Blumenthal (.3);tele w/ Steve Sandholtz on status and issues related to Wickline assignment (4);corr. w/ Kim Wilson on David Wickline in SLC and status of Baynoprth (.2); analyzing BayNorth personal guaranty of Wickline in order to draft Assignment changes (.4). | JEW | 1.30 | $350.00 | $455.00 |
| Feb-02-10 | Working on revisions to Wickline Assignment requested by Wilson (.5); send out draft to Bill Shoaf and Mike Blumenthal for review (.1); incorporate their comments into document and forward to Wilson with comments (.2); work w/ Wilson on preparing for office mtg on Assignment (.3); tele from Bill Shoaf on BayNorth issues in Assignmen (.3)t; tele w/ Kim Wilson going over terms of Assignment (.4); tele w/ Steve Sandholtz on status of assignment (.3). | JEW | 2.10 | $350.00 | $735.00 |
| Feb-03-10 | Corr. w/ Kim Wilson regarding mtg (.1); working w/ Bill Shoaf throughout day to prepare for mtg w/ Wickline and Wilson (.4 total); mtg w/ Wickline and Wilson to go over proposed contingent assignment and negotiate with david on his demand fro breakup fee and his threat to disrupt BK (1.5 hrs); follow up call to Bill Shoaf on mtg (.4); corr. w/ Shoaf and Blumenthal on Wickline's threats and demands (.3); working late into the evening on | JEW | 3.50 | $350.00 | $1,225.00 |

| Date | Description | Atty | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | issues raised by Wickline (tele to Shoaf (.4); tele to Sandholtz (.5); additonal work (no charge). | | | | |
| Feb-04-10 | Morning conference call w/ Shoaf, Smith and Blumenthal regarding Wickline demand and Wickline's threat to explode Bk exit plan (.8); tele from Wickline and Kim Wilson wherein they issue new demands and and threats regarding bankruptcy and settlement (.5); tele w/ Shoaf regarding Wickline's new demands (.4); tele w/ Sandholtx to propose solution to Wickline's threats and demands (.5); working on outline of new structures in Wickline Assignment to create what is essentially a settlement agreement (.6). | JEW | 2.80 | $350.00 | $980.00 |
| Feb-05-10 | Working w/ Easy Street, w/ Blumehtal, w/ Shoaf to confirm proposal to issue to Wilson, Wickline (.5 total); draft and submit proposal to Kim Wilson (.3); Long conference call initiated by Kim Wilson and David Wickline to go over contingent assignment and Wilson/Wickline's demands fro additonal consideration, go over those demands, discuss Wickline's threat to inject controversy in bankurptcy (.9); conference w/ Bill Shoaf to go over Wilson's arguments and Wickline's demands (.5); corr. w/ Bill Shoaf and Mike Blumenthal on Wilson/Wickline demands (.3); evening call from Shoaf on contents of Wickline's affidavit in Boston litigation and discuss whether to alert co-managers and Easy Street Partners (.4); review Shoaf's communication to co-manager and to partners and comment on same (.2). | JEW | 3.10 | $350.00 | $1,085.00 |
| Feb-06-10 | Working four actual hours on Satruday on demands by Wickline and Wilson for break up fee, increased escrow and indemnification from funder: review notes from prior day's conference w/ Wilson and Wikcline (.1); begin conferncing with funder (.4); Shoaf (.5); Philo (.3); working on counter-proposal that will address Easy Street's concerns (.3); tele w/ Tantillo on co-manager (.4); check on status of Sandholtz funding (.2); follow up w/ Bill Shoaf on how to respond to Kim Wilson (.4); corr. w/ Blumenthal on same (.2). | JEW | 2.30 | $350.00 | $805.00 |
| Feb-07-10 | Corr w/ Kim Wilson on 'break up fee' concept demanded by David Wickline (.2); corr. w/ Bill Shoaf on Wickline's demand for breakup fee and funder's guaranty on indemnificatin | JEW | 1.10 | $350.00 | $385.00 |

| Date | Description | Atty | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | (.3); working on crafting language that will address Wickline's concerns but will not result in break up fee (.4); review comments from co-manager and comments from Liz Rad and respond to Shoaf ons ame (.2). | | | | |
| Feb-08-10 | Corr. w/ Bill on several subjects (Wickline, Wilson, Sandholtz)(.4 total); corr. w/ Wickline and Wilson on Wickline's demands (.3); review comments from Liz Rad (.1); conference call w/ Sandholtz on status of investors, condo purchasres, and to go over Wickline situation (.5). | JEW | 1.30 | $350.00 | $455.00 |
| Feb-09-10 | Tele from Bill Shoaf on Sandholtz issues and whether Wickline will try to disrupt BK (.4); tele w/ Sandholtz on AVGSL and Wickline's threats (.5); tele from Bill on modification of ownership position (.4); review Feder's comments regarding lawsuit against Wickline and comment to Shoaf and other Easy Street partners (.3). | JEW | 1.60 | $350.00 | $560.00 |
| | Work on 3rd fee request. | BCJ | 0.50 | $90.00 | $45.00 |
| Feb-10-10 | Obtain and review Charlie Flint affidavit to use in discussion with David Wickline regarding his intent to 'blow up' the bankruptcy (.2); tele from Bill Shoaf on new developments with Sandholtz (.4); tele to Sandholtz (.2); tele from Kim Wilson and David Wickline regarding terms fo assignment, breakup fee and other issues (.5). | JEW | 1.30 | $350.00 | $455.00 |
| Feb-11-10 | Morning call from Bill on Sadholtz (.3); two calls to Sandholtz (.1); tele w/ Blumenthal on Wickline assignment and Sandholtz (.5); tele from Kim Wilson on Wickline's assignment (.4); draft changes to assignment ($200K escrow, Funder indemnification), edit and forward to Wilson (.8); follow up call w/ Bill Shoaf (.4). | JEW | 2.40 | $350.00 | $840.00 |
| Feb-12-10 | Tele from Shoaf on new demands regarding managerial interests and impact on Wickline assignment (.4); tele w/ Sandholtz on Wickline assignment ((.4); obtain and review Wilson's new revisions to Assignment and make comment son same (.3); forward to Blumehtal and Shoaf (.1); tele from Blumenthal on new revisions (.5); make additonal revisions base don Blumenthal's comments and submit to Wilson (.4); tele from Kim Wilson going over yet more revisions (.4); install changes and submit to Wilson (.3); tele from Wilson on yet | JEW | 4.00 | $350.00 | $1,400.00 |

| Date | Description | Atty | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | mor echanges (.3); install changes and send to Wilson (.3); tele from Wilson to gover discrepancy in versions (.2); tele w/ Shoaf on status of assignment and signing and to go over new Sandholtz dealings and how it impacts Easy Street (.4). | | | | |
| Feb-13-10 | Working on Wickline assignment in light of new developments regarding Kim Wilson (.3); working on Sandholtz issues an dcorr. w/ co-manager and w/ Shoaf on same (.3); review revisions to proposal with an eye towards impact on relationship between members of Partners (.3). | JEW | 0.90 | $350.00 | $315.00 |
| Feb-15-10 | Working most of Presdient's Day holiday on issues related to relationship between Steve Sandholtz and Bill Shoaf, and on relation shop between Bill Shoaf and David Wickline, in both instances with the goal of creating agreements that will provide Wickline with a level fo trust to assign his claims and interest, and with the goal of geeting Shoaf and Sandholtz to work as a team on the developmen tof an exit plan: Very long conference call w/ Bill Shoaf on status of his negotiations with Sandholtz and the positions of the members (1hr); corr. w/ Sandholtz (.2); tele w/ Steve on Wickline assignment and how to utilize that Assignment in workout (.3); working on Baynroth component of Wickline assignment (.4); tele w/ Philo on member issues (.4). | JEW | 2.30 | $350.00 | $805.00 |
| Feb-16-10 | Tele from Bill Shoaf on Sandholtz and Loyal's new issues (.3); conference call from Blumenthal w/ Shoaf on Wickline assignment and Loyal's comments (.4); additional work w/ Bill Shoaf on how to weave Wickline assignment into funding issues (.3); corr. w/ Kim Wilson on Wickline's signature (.2); tele to Wilson (.1). | JEW | 1.30 | $350.00 | $455.00 |
| Feb-17-10 | Tele from Bill Shoaf regarding Sandholtz and Loyal's questions regarding Wickline assignment (.3); corr. w/ Kim Wilson to press fro Wickline's signature and respond to Wilson's comments regarding status of Shoaf's signature (.2); obtain Wickline's signature, obtain Shoaf's signature and distribute executed documents ahead of meeting (.3); tele from Shoaf in preparation fo meeting with Sandholtz and Loyal (.4); tele from Loyal during meeting on Wickline assignment (.3); | JEW | 2.20 | $350.00 | $770.00 |

| Date | Description | | | | |
|---|---|---|---|---|---|
| | evening call from Bill Shoaf regarding meeting and managing the Easy Street members, Sandholtz (.5); review unsecured creditors objections with regard to any remifications for members of Easy Street and AVGSL (.2). | | | | |
| Feb-18-10 | Morning call from Shoaf regarding new information from Sandholtz (.4); reviewe Wickline Assignment and corr. w/ Shoaf on Loyal (.2); tele to Loyal (.1); tele w/ Shoaf regarding events of court and need for conference w/ Loyal on Wickline assingment (.5); tele w/ Kirk Grishaw at K&M to go over Wickline assignment (.5); issue report to Blumenthal and Shoaf on same (.3); follow up call from Shoaf on how to manage liabilities in assignment (.4). | JEW | 2.40 | $350.00 | $840.00 |
| Feb-19-10 | Morning teleconference w/ Bill Shoaf prior to mtg w/ Sandholtz on concesions that members coul dmake to make deal work (.3); tele from Bill Shoaf at 6pm to go over deal struck and ho wit impacts members (.4). | JEW | 0.70 | $350.00 | $245.00 |
| Feb-23-10 | Tele from Bill to ogo over status of exit plan and BayNorth settlement (.4); corr. w/ Sandholtz on partnership issues (.2); tele from Shoaf on Sandholtz's request for assistanc eon negotiating with BayNorth and other issues (.4); corr w/ Steve Sandholtz on BayNorth throughout day (.3). | JEW | 0.90 | $350.00 | $315.00 |
| Feb-24-10 | Work w/ Bill Shoaf early morning on new development sin funding plan and how to respond to Sandholtz regarding members issues (.3); review corr. between Shoaf and Sandholtz (.1); tele w/ Wilson on BayNorth (.3); working on proposal to step in and negotiate solution to BayNorth (.5). | JEW | 1.20 | $350.00 | $420.00 |
| Feb-25-10 | Review docs related to exit funding and commitments to cover certain liabilities of partnership (.4); tele from Bill Shoaf on Sandholtz demand for complete indemnification (.4); review additonal corr. on same (.2); receive and review requests for assistance on calculating Wickline tax liability in Client Advance and respond to same (.2); reach out to Kim Wislon ons ame (.1). | JEW | 1.30 | $350.00 | $455.00 |
| Feb-26-10 | Corr. w/ Wilson on David Wickline's tax liability (.2); working w/ Bill Shoaf on disputes with Sandholtz and how to keep negotiations on track (.3); review docs relating to members of Partners and how exit proposal will impact those member interests (.6); advise | JEW | 1.50 | $350.00 | $525.00 |

Bill Shoaf on how to respond to changes in
Funder's position with focus on keeping
interests of members of Partners in mind (.4).

| | | |
|---|---:|---:|
| Totals | 42.00 | $14,570.00 |

| | |
|---|---:|
| Total fee & disbursements this month | $14,570.00 |
| Previous Balance | $22,627.92 |
| Previous Payments | 0.00 |
| Interest Due (18%) | $822.59 |
| **Balance Now Due** | **$38,020.51** |

TAX ID Number    87-0676597



1745 Sidewinder Drive
Park City, Utah 84060 United States of America

Ph:(435) 649-2525
Fax:(435) 649-5959

William Shoaf
P. O. Box 683300
Park City, UT 84068

April 8, 2010

**Attention:**

File #:   04186.12
Inv #:    15255

RE:    Chapter 11 - Easy Street Partners, LLC

| DATE | DESCRIPTION | ATTY | HRS | RATE | AMT |
|---|---|---|---|---|---|
| Mar-01-10 | Very long conference call with Bill Shoaf on employment agreement and contract and how that will impact members of Partners (.9); review the documents related to the employment and management proposals and compare with Wickline assignment. (.3) | JEW | 1.20 | $350.00 | $420.00 |
| Mar-02-10 | Working on details related to finalizing Funder Agreement and taking action with Bill Shoaf to keep Partners on track (.4); tele w/ Shoaf on Sandholtz and other details related to getting negotiation finalized (.4); review corr between Shoaf and Sandholtz and comment to Shoaf (.2); follow up call from Shoaf on how exit impacts other members of Partners and review authority of Shoaf and Smith to bind members (.4). | JEW | 1.40 | $350.00 | $490.00 |
| Mar-03-10 | Tele from Bill Shoaf on status of Wickline tax liability and on structure of new entities (.3); obtain and review Wickline's analysis of tax liability (.3); forward same to Blumenthal and Shoaf w/ comments (.1); working on tax liability of members of Partners and impact on funding exit plan (.3). | JEW | 1.00 | $350.00 | $350.00 |
| Mar-04-10 | Cor. w/ Kim Wilson on Wickline's tax liability (.3); corr. w/ Blumenthal on same (.2); corr. w/ Shoaf on same and measure how Wickline's comments will impact Sandholtz deal (.3). | JEW | 0.80 | $350.00 | $280.00 |
| Mar-05-10 | Tele from Bill Shoaf on Sandholtz developments (.4); review corr. sent by Shoaf | JEW | 1.20 | $350.00 | $420.00 |

| Date | Description | Atty | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | (.1); working on fee request (.5); tele to Ken Sanders regarding opportunity (.2). | | | | |
| | Prepare 4th fee request. | BCJ | 0.50 | $90.00 | $45.00 |
| Mar-07-10 | Tele from Shoaf regarding Ken Stevens, AMG, and issues that should be forwarded to Unsecured Creditors Committee (.4); tele w/ Liese regarding Stevens and AMG (.3); tele w/ Ken Stevens on possible methods of utilizing AMG for benefit of members (.4); follow up communication with Shoaf on AMG, Wickline, members (.3). | JEW | 1.40 | $350.00 | $490.00 |
| Mar-08-10 | Corr. w/ Sandholtz on status of funding effort (.2); tele w/ Bill to go over Sandholtz, Ken Stevens, using auction (.4). | JEW | 0.60 | $350.00 | $210.00 |
| Mar-09-10 | Tele from Bill Shoaf on possiblity of hybrid funding situation (.3); tele from Kim Wilson on Wickline and status of BayNorth (.3); tele w/ Kim on hybrid possiblities (.3). | JEW | 0.90 | $350.00 | $315.00 |
| | Finalize 4th fee request and coordinate filing of same. | BCJ | 0.30 | $90.00 | $27.00 |
| Mar-11-10 | Tele from Shoaf on status of Sandholtz and whether to work with Thorsen (.3); review comments from Sandholtz (.1); corr. w/ Thorsen on funding opportunity (.3). | JEW | 0.70 | $350.00 | $245.00 |
| Mar-15-10 | Obtain and review copy of action filed by Gateway (.1); corr. w/ Bill on same (.1); tele w/ Bill on how lawsuit impacts members of Easy Street (.3). | JEW | 0.50 | $350.00 | $175.00 |
| Mar-16-10 | Corr. w/ Cannon on hrg regarding fees (.1); tele w/ Rife on covering hrg (.3); review results w/ Rife (.2). | JEW | 0.60 | $350.00 | $210.00 |
| | Fee/Employment Applications: Prepare for and attend fee application hearing. | KAR | 1.70 | $225.00 | $382.50 |
| Mar-17-10 | Fee/Employment Applications: Communicate with co-counsel re fee order. Draft and file same. | KAR | 0.60 | $225.00 | $135.00 |
| Mar-24-10 | Review Gateway Complaint; review prior emails from Bill on same; lunch mtg (no charge); inspect property afterwards and discuss with Philo and Kim; researching constructive eviction. | JEW | 0.70 | $350.00 | $245.00 |
| Mar-29-10 | Morning call from Philo to go over situation in NY and to work on new funding source from LA (.3); working on Gateway dispute w/ Philo, then w/ Bill to determine how it impacts members(.2). | JEW | 0.50 | $350.00 | $175.00 |
| Mar-31-10 | Working w/ Robbins and Anuj on WestLB negotiation (.3); tele w/ Kim on revised packet (.3); corr. w/ Robbins on WestLB Note (.1). | JEW | 0.70 | $350.00 | $245.00 |

|  |  |  |
|---|---:|---:|
| Totals | 15.30 | $4,859.50 |

| | |
|---|---:|
| Total fee & disbursements this month | $4,859.50 |
| Previous Balance | $37,197.92 |
| Previous Payments | 0.00 |
| Interest Due (18%) | $1,251.55 |
| **Balance Now Due** | **$43,308.97** |

TAX ID Number    87-0676597



1745 Sidewinder Drive
Park City, Utah  84060 United States of America

Ph:(435) 649-2525
Fax:(435) 649-5959

William Shoaf
P. O. Box 683300
Park City, UT 84068

May 6, 2010

File #: 04186.12
**Attention:** Inv #: 15564

RE:     Chapter 11 - Easy Street Partners, LLC

| DATE | DESCRIPTION | ATTY | HRS | RATE | AMT |
|---|---|---|---|---|---|
| Apr-06-10 | Conference w/ Kim Sallinger on potential funding source (Anuj/Reza) and how to structure that particular opportunity (.5); corr. w/ Philo on same (.3); working on potential dispute between members of Easy Street as to Gateway lease assingment and responsiblity for lease: Tele w/ Bill (5.); tele w/ Philo (.3); review lease, assignment and default documents (.3). | JEW | 1.90 | $350.00 | $665.00 |
| Apr-07-10 | Long conference w/ Kim on new docs, Sandholtz, and potential new funder that will require further cut to member's participation (.7); review docs sent by Kim Sallinger regarding structure of potential exit plan and digest same in order to present to potential funding source (.4); tele from disgruntled unit owner with questions about status of BK and mechanic's lien (.4). | JEW | 1.50 | $350.00 | $525.00 |
| Apr-08-10 | Tele w/ Crockett to discuss Gateway lawsuit; negotiate stipulation to stay state court action; work w/ Kim Sallinger to obtain approval for stay and confirmt that Easy Street desires stay. | JEW | 0.60 | $350.00 | $210.00 |
| Apr-12-10 | Corr. w/ Shoaf, Sallinger and Smith on status of Gateway lawsuit and on new funding group. | JEW | 0.30 | $350.00 | $105.00 |
|  | Work on fifth fee request. | BCJ | 0.50 | $90.00 | $45.00 |
| Apr-13-10 | Review letter from Gateway and stip, sign same and arrange for filing. | JEW | 0.20 | $350.00 | $70.00 |

| Date | Description | Atty | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Apr-16-10 | Tele w/ Bill on court issues and communication with members (.3); corr. w/ Kim on Sandholtz and new funding source (.2). | JEW | 0.50 | $350.00 | $175.00 |
| Apr-19-10 | Conference call w/ Kim Sallinger and Anuj Mather on assessing value of nightly management company. | JEW | 0.40 | $350.00 | $140.00 |
| Apr-20-10 | Tele from Bill on Talisker question (.3); work w/ Robbins on Anuj and how to manage other members of Easy Street (.3); review PCBD letter on Gateway lease violations (.1); review Mike's response (.1); working on how to keep Easy Street member sout of Gateway litigation (.3). | JEW | 1.10 | $350.00 | $385.00 |
| Apr-21-10 | Tele w/ Bill on Anuj plan (.2); tele w/ Robbins on 363 and Anuj plan (.4); tele w/ Anuj on Gateway litigation, Baynorth litigation and other issues (.3). | JEW | 0.90 | $350.00 | $315.00 |
| Apr-22-10 | Tele w/ Robbins on outline for WestLB action (.3); review latest round of Wickline correspondence w/ Shoaf on tax issues and advise on same (.3); corr w/ Wickline's attorney (.1). | JEW | 0.70 | $350.00 | $245.00 |
| Apr-23-10 | Tele from Kim Wilson on Wickline's tax issues (.1); review corr. between Shoaf and Wickline on 2008 and 2009 tax returns and advis eons ame (.3). | JEW | 0.40 | $350.00 | $140.00 |
| Apr-26-10 | Obtain and review objection to Fifth Application; draft correspondence to Gateway attorney on same. | JEW | 0.30 | $350.00 | $105.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | Totals |  | 9.30 |  | $3,125.00 |

|  |  |
|---|---|
| Total fee & disbursements this month | $3,125.00 |
| Previous Balance | $36,788.81 |
| Previous Payments | 5,293.64 |
| Interest Due (18%) | $1,567.43 |
| **Balance Now Due** | **$36,187.60** |

TAX ID Number    87-0676597