**The below described is SIGNED.**



Dated: May 25, 2010        _____
                                            **R. KIMBALL MOSIER**
                                            **U.S. Bankruptcy Judge**

_____

Kenneth L. Cannon II (kcannon@djplaw.com) (3705)
Steven J. McCardell (smccardell@djplaw.com) (2144)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT  84110-4050
Telephone:  (801) 415-3000/Fax:  (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com) (admitted pro hac vice)
Steven B. Eichel (seichel@crowell.com) (admitted pro hac vice)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY  10022
Telephone:  (212) 223-4000/Fax:  (212) 223-4134

Counsel for Debtors and Debtors in Possession

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | |
| EASY STREET HOLDING, LLC, *et. al*.  ) | Bankruptcy Case No. 09-29905 |
| ) | Jointly Administered with Cases |
| Debtors   ) | 09-29907 and 09-29908 |
| ) | [This Order affects only Case No. 09-29907] |
| Address:   201 Heber Avenue   ) | |
|                   Park City, UT 84060   ) | |
| ) | Chapter 11 |
| Tax ID Numbers:   ) | |
| 35-2183713 (Easy Street Holding, LLC),   ) | Honorable R. Kimball Mosier |
| 20-4502979 (Easy Street Partners, LLC), and   ) | |
| 84-1685764 (Easy Street Mezzanine, LLC)   ) | |
| ) | |

**ORDER EXTENDING TO MAY 27, 2010, THE EXCLUSIVE PERIOD FOR**
**EASY STREET PARTNERS, LLC, TO SOLICIT AND OBTAIN**
**<u>ACCEPTANCES FOR ITS CHAPTER 11 PLAN OF REORGANIZATION</u>**

SLC_607269.1

**Filed: 05/17/10**

Entered On Docket: 05/25/2010

The second motion ("Motion") of Easy Street Partners, LLC ("Partners"), debtor and debtor in possession, filed April 21, 2010, for entry of an Order under 11 U.S.C. § 1121(d) extending for 45 days Partners' exclusive period for obtaining acceptances of its plan of reorganization (the "Exclusive Solicitation Period"), came on for hearing on May 14, 2010. Appearances were made as noted on the record for the hearing. The Court, having considered the Motion and the opposition to the Motion filed by WestLB, AG, the objection of the Unsecured Creditors' Committee to the Motion, and the joinder of Jacobsen National Group, Inc. in the Committee's objection (collectively, the "Objections"), having considered the arguments of counsel, and having made its findings and conclusions of law on the record and the hearing, which findings and conclusions are incorporated herein by reference, hereby

**ORDERS:**

1.  The Exclusive Solicitation Period is extended to May 27, 2010.

2.  Hearing to consider further the Motion and a further extension of the Exclusive Solicitation Period will be held on May 27, 2010, at 1:30 p.m. before this Court.

3.  No further notice of the continued hearing is required.

-------------------------------------------END OF ORDER---------------------------------------

**CLERK'S CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Order Extending to May 27, 2010, the Exclusive Period for Easy Street Partners, LLC, to Solicit and Obtain Acceptances for Its Chapter 11 Plan of Reorganization was served via the Bankruptcy Noticing Center to each party listed below.

    Kenneth L. Cannon II
    Steven J. McCardell
    Durham Jones & Pinegar, P.C.
    P O Box 4050
    Salt Lake City, UT 84110-4050

    John T. Morgan
    Office of the United States Trustee
    405 South Main Street, Suite 300
    Salt Lake City, UT 84111

    Lon A. Jenkins
    Jones Waldo Holbrook & McDonough
    170 South Main Street, Suite 1500
    Salt Lake City, UT 84101

    Annette W. Jarvis
    Peggy Hunt
    Dorsey & Whitney LLP
    136 South Main Street, Suite 1000
    Salt Lake City, UT 84101-1685

    Richard W. Havel
    Sidley Austin LLP
    555 West Fifth Street
    Los Angeles, CA 90013-1010

    Michael R. Johnson
    Ray, Quinney & Nebeker
    36 South State Street, 14th Floor
    P.O. Box 45385
    Salt Lake City, UT 84145-0385

                                                        _____

# CERTIFICATE OF NOTICE

```
District/off: 1088-2          User: mtm                    Page 1 of 1                  Date Rcvd: May 25, 2010
Case: 09-29905                Form ID: pdfor1              Total Noticed: 6

The following entities were noticed by first class mail on May 27, 2010.
aty          +Annette W. Jarvis,    Dorsey & Whitney LLP,    136 South Main Street,    Suite 1000,
               Salt Lake City, UT 84101-1685
aty          +John T. Morgan tr,    US Trustees Office,    Ken Garff Bldg.,    405 South Main Street,    Suite 300,
               Salt Lake City, Ut 84111-3402
aty           Kenneth L. Cannon, II,    Durham Jones & Pinegar,    111 East Broadway, Suite 900,    P O Box 4050,
               Salt Lake City, UT 84110-4050
aty          +Lon A. Jenkins,    Jones Waldo Holbrook & McDonough,    170 South Main St.,    Suite 1500,
               Salt Lake City, UT 84101-1644
aty           Michael R. Johnson,    Ray Quinney & Nebeker P.C.,    36 South State Street,    Suite 1400,
               P.O. Box 45385,    Salt Lake City, UT 84145-0385
6627730      +Richard W. Havel, Esq.,    Sidley Austin LLP,    555 West Fifth Street,
               Los Angeles, CA 90013-1010

The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 27, 2010                          Signature:  _____