

So Ordered 5/27/2010

R. Kimball Mosier

Kenneth L. Cannon II (kcannon@djplaw.com) (3705)
Steven J. McCardell (smccardell@djplaw.com) (2144)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT 84110-4050
Telephone: (801) 415-3000/Fax: (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com) (admitted pro hac vice)
Steven B. Eichel (seichel@crowell.com) (admitted pro hac vice)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 223-4000/Fax: (212) 223-4134



RECEIVED
MAY 27 2010
US BANKRUPTCY COURT
DISTRICT OF UTAH

Counsel for Debtors and Debtors in Possession

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re: | |
|---|---|
| EASY STREET HOLDING, LLC, et. al. | Bankruptcy Case No. 09-29905 |
| Debtors | Jointly Administered with Cases 09-29907 and 09-29908 |
| | [This Order affects only Case No. 09-29907] |
| Address:   201 Heber Avenue | |
|           Park City, UT 84060 | Chapter 11 |
| Tax ID Numbers: | |
| 35-2183713 (Easy Street Holding, LLC), | Honorable R. Kimball Mosier |
| 20-4502979 (Easy Street Partners, LLC), and | |
| 84-1685764 (Easy Street Mezzanine, LLC) | |

**ORDER EXTENDING TO JUNE 11, 2010, THE EXCLUSIVE PERIOD FOR EASY STREET PARTNERS, LLC, TO SOLICIT AND OBTAIN ACCEPTANCES FOR ITS CHAPTER 11 PLAN OF REORGANIZATION**

SLC_617172.1

The second motion ("Motion") of Easy Street Partners, LLC ("Partners"), debtor and debtor in possession, filed April 21, 2010, for entry of an Order under 11 U.S.C. § 1121(d) extending for 45 days Partners' exclusive period for obtaining acceptances of its plan of reorganization (the "Exclusive Solicitation Period"), came on for continued hearing on May 27, 2010, as earlier set by the Court. Appearances were made as noted on the record for the hearing. Opposition to the Motion filed by WestLB, AG ("WetLB"), the objection of the Unsecured Creditors' Committee to the Motion, and the joinder of Jacobsen National Group, Inc. in the Committee's objection (collectively, the "Objections") were filed earlier. At the hearing, Partners and WestLB, AG announced that they have been engaged in good faith negotiations with respect to the plan of reorganization and that WestLB does not oppose extension of the Exclusive Solicitation Period until June 11, 2010. The Court, having considered the Motion and the status of negotiations among the parties, and good cause appearing therefor, hereby

**ORDERS:**

1. The Exclusive Solicitation Period is extended through June 11, 2010.

2. Continued hearing on the Motion and the Objections will be held on June 11, 2010, at 1:30 p.m.

3. No further notice of the continued hearing is required.

-------------------------------------------END OF ORDER-------------------------------------

## CLERK'S CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Order Extending to May 27, 2010, the Exclusive Period for Easy Street Partners, LLC, to Solicit and Obtain Acceptances for Its Chapter 11 Plan of Reorganization was served via the Bankruptcy Noticing Center to each party listed below.

Kenneth L. Cannon II
Steven J. McCardell
Durham Jones & Pinegar, P.C.
P O Box 4050
Salt Lake City, UT 84110-4050

John T. Morgan
Office of the United States Trustee
405 South Main Street, Suite 300
Salt Lake City, UT 84111

Lon A. Jenkins
Jones Waldo Holbrook & McDonough
170 South Main Street, Suite 1500
Salt Lake City, UT 84101

Annette W. Jarvis
Peggy Hunt
Dorsey & Whitney LLP
136 South Main Street, Suite 1000
Salt Lake City, UT 84101-1685

Richard W. Havel
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013-1010

Michael R. Johnson
Ray, Quinney & Nebeker
36 South State Street, 14th Floor
P.O. Box 45385
Salt Lake City, UT 84145-0385

3

SLC_617172.1