Annette Jarvis (1649)
Peggy Hunt (6060)
Benjamin J. Kotter (9592)
DORSEY & WHITNEY LLP
136 South Main Street, Suite 1000
Salt Lake City, UT  84101-1685
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
Email: jarvis.annette@dorsey.com
       hunt.peggy@dorsey.com
       kotter.benjamin@dorsey.com

Richard W. Havel (10759)
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA  90013-1010
Telephone:  (213) 896-6000
Facsimile:  (213) 896-6600
Email:  rhavel@sidley.com
*Attorneys for WestLB, AG*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | |
| EASY STREET HOLDING, LLC, *et al.*, ) | Bankruptcy Case No. 09-29905 |
| ) | Jointly Administered with Cases |
| Debtors. ) | 09-29907 and 09-29908 |
| ) | |
| Address:  201 Heber Avenue ) | Chapter 11 |
|          Park City, UT 84060 ) | |
| ) | |
| Tax ID Numbers: ) | [FILED ELECTRONICALLY] |
| 35-2183713 (Easy Street Holding, LLC), ) | |
| 20-4502979 (Easy Street Partners, LLC), and ) | |
| 84-1685764 (Easy Street Mezzanine, LLC) ) | |
| ) | |

**NOTICE OF THIRD EXTENSION OF CERTAIN DEADLINES OF STIPULATION
AUTHORIZING USE OF CASH COLLATERAL PURSUANT TO 11 U.S.C. § 363 AND
GRANTING ADEQUATE PROTECTION TO WESTLB, AG**

1

PLEASE TAKE NOTICE that Easy Street Partners, LLC ("Easy Street") and WestLB, AG ("WestLB") (together with Easy Street, the "Parties") have filed a **Third Extension of Certain Deadlines of Stipulation Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. § 363 and Granting Adequate Protection to WestLB, AG** (this "Third Extension") by which the Parties agree to extend certain deadlines provided currently in force, among other things, under the terms of that certain Stipulation Authorizing Use of Cash Collateral to 11 U.S.C. § 363 and Granting Adequate Protection to WestLB, AG (the "Stipulation") [Docket No. 84], as further amended, and pursuant to which, upon notice to all interested parties, the Parties may extend such deadlines upon written mutual agreement.

PLEASE TAKE FURTHER NOTICE that subject to approval by the Court, the Third Extension will modify the Stipulation regarding the following (i) extending the use of Cash Collateral from May 31, 2010 to June 30, 2010 and (ii) updating the budgets for June 2010.

PLEASE TAKE FURTHER NOTICE that copies of the Third Extension have been served on the United States Trustee's office for the District of Utah, counsel for the Debtors' prepetition secured lenders, counsel for the Unsecured Creditors Committee and on parties who have requested special notice. If you do not receive a copy of the Third Extension, you may obtain a copy of the Third Extension by requesting it from the undersigned counsel.

PLEASE TAKE FURTHER NOTICE that your rights may be affected. You should read this Notice and Third Extension carefully and discuss them with your attorney, if you have one in this bankruptcy case.

PLEASE TAKE FURTHER NOTICE that the Bankruptcy Court may enter an order approving the Third Extension without further notice or hearing if an objection is not made by

2

the Unsecured Creditors Committee within five (5) business days from filing and service or on or before June 7, 2010.  The Parties have attached a proposed order hereto.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 9013-1(c) of the Bankruptcy Court's local rules of practice, absent timely filing and service of objections to the Third Extension, the Parties may ask that the Court approve the Third Extension without further notice or hearing.  Additionally, upon the resolution of any timely filed and served objections to the Motion, the Debtors may ask the Bankruptcy Court to approve the Third Extension without further notice or hearing.

DATED this 28th day of May, 2010.

DORSEY & WHITNEY LLP

  /s/ Benjamin J. Kotter
Annette W. Jarvis
Peggy Hunt
Benjamin J. Kotter

Richard W. Havel
SIDLEY & AUSTIN LLP

*Attorneys for WestLB, AG*

## **Exhibit A**

Proposed Order

Case 09-29905 Doc 522 Filed 05/28/10 Entered 05/28/10 14:07:48 Desc Main
Document Page 4 of 8

*Proposed order prepared and submitted by*:

| | |
|---|---|
| Annette Jarvis (1649) | Richard W. Havel (10759) |
| Peggy Hunt (6060) | SIDLEY AUSTIN LLP |
| Benjamin J. Kotter (9592) | 555 West Fifth Street, Suite 4000 |
| DORSEY & WHITNEY LLP | Los Angeles, CA  90013-1010 |
| 136 South Main Street, Suite 1000 | Telephone:  (213) 896-6000 |
| Salt Lake City, UT  84101-1685 | Facsimile:  (213) 896-6600 |
| Telephone: (801) 933-7360 | Email:  rhavel@sidley.com |
| Facsimile: (801) 933-7373 | |
| Email: jarvis.annette@dorsey.com | |
| hunt.peggy@dorsey.com | |
| kotter.benjamin@dorsey.com | |

*Attorneys for WestLB, AG*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | |
| EASY STREET HOLDING, LLC, *et al.*, ) | Bankruptcy Case No. 09-29905 |
| ) | Jointly Administered with Cases |
| Debtors. ) | 09-29907 and 09-29908 |
| ) | |
| Address:  201 Heber Avenue ) | Chapter 11 |
| Park City, UT 84060 ) | |
| ) | [FILED ELECTRONICALLY] |
| Tax ID Numbers: ) | |
| 35-2183713 (Easy Street Holding, LLC), ) | |
| 20-4502979 (Easy Street Partners, LLC), and ) | |
| 84-1685764 (Easy Street Mezzanine, LLC) ) | |
| ) | |

**PROPOSED ORDER ON THIRD EXTENSION OF CERTAIN DEADLINES OF
STIPULATION AUTHORIZING USE OF CASH COLLATERAL PURSUANT TO 11
U.S.C. § 363 AND GRANTING ADEQUATE PROTECTION TO WESTLB, AG**

5

This order (the "Order") approves a Third Extension of Certain Deadlines (the "Third Extension") to the Stipulation Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. § 363 and Granting Adequate Protection to WestLB, AG ("WestLB"), filed on or about October 9, 2009 [Docket No. 84], as initially amended by that certain Amendment to Stipulation Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. § 363 and Granting Adequate Protection to WestLB, AG – Amended Exhibit C (Bank Accounts) filed on or about October 13, 2009 [Docket No. 91], as further amended by this Court's Order on Stipulation Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. § 363 and Granting Adequate Protection to WestLB, AG (the "Original Cash Collateral Order"), dated as of October 14, 2009 [Docket No. 95], as further amended by that certain Joint Motion to Approve Amendments to Stipulation Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. § 363 and Granting Additional Adequate Protection to WestLB, AG filed on or about November 25, 2009 (the "Amendment") [Docket No. 172], as approved by the Court's Order on Joint Motion to Approve Amendment to Stipulation Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. § 363 and Granting Adequate Protection to WestLB, AG (the "Amendment Cash Collateral Order") entered on or about December 15, 2009 [Docket No. 219], as further amended by the Order modifying the First Amendment Order entered on or about January 26, 2010 (the "Modified Amendment Approval Order") [Docket No. 272], as further amended by the Court's Order on Extension of Certain Deadlines of Stipulation, entered on January 7, 2010 (the "Order on Extension") [Docket No. 244], approving the Extension of Certain Deadlines filed on December 27, 2009 (the "Extension") [Docket No. 234], (as amended, the "Stipulation"), reached by Easy Street Partners, LLC ("Easy Street") and WestLB governing the consensual use of cash collateral, as

6

further amended by the Court's Order on Second Extension of Certain Deadlines, entered on May 12, 2010 (the "Order on Second Extension") [Docket No. 474], approving the Second Extension of Certain Deadlines filed on May April 29, 2010 (the "Second Extension") [Docket No. 457] and resolving the Limited Objection to the Second Extension filed on May 4, 2010 by Jacobsen National Group, Inc. (the "Jacobsen Limited Objection") [Docket No. 462].

Now, therefore, IT IS HEREBY ORDERED:

1. The Third Extension and the alterations to the Stipulation embodied by the Third Extension are approved.

2. To the extent inconsistent with this Order and the Third Extension, the Court's Order on Stipulation Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. § 363 and Granting Adequate Protection to WestLB, AG dated as of October 13, 2009 (the "Original Cash Collateral Order") is superseded by this Order.

3. Except as otherwise provided in Paragraph 2 of this Order, both the Original Cash Collateral Order and the Amendment Cash Collateral Order remain in full force and effect.

4. This Order shall be binding and effective despite any conversion of the Case[1] to a case under any other chapter of title 11 of the United States Code.

5. This Court shall retain jurisdiction with respect to all matters relating to the interpretation, enforcement, or implementation of the Third Extension and this Order.

-------------------END OF ORDER---------------------



---

[1] Capitalized terms not otherwise defined herein shall take the meaning ascribed to them in the Original Cash Collateral Order.

APPROVED AS TO FORM BY:

DORSEY & WHITNEY LLP

*/s/ Benjamin J. Kotter*
Annette W. Jarvis
Peggy Hunt
Benjamin J. Kotter

Richard W. Havel
SIDLEY AUSTIN LLP

*Attorneys for WestLB, AG*


DURHAM JONES & PINEGAR, P.C.

*/s/ Kenneth L. Cannon II*
Kenneth L. Cannon II
Steven J. McCardell

Michael V. Blumenthal
CROWELL & MORING LLP

*Attorneys for Debtors and Debtors in Possession*

8