# EXHIBIT 4



**crowell moring**

590 Madison Avenue, 20th Floor, New York, NY  10022-2524
p 212.223.4000  ▪  f 212.223.4134
Taxpayer ID # 52-1150358

February 12, 2010

Easy Street Holding, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah 84098

Attn:  William Shoaf

Matter: 105773.0000001
Invoice: 1317262

---

Statement of Account

RE: General Advice

| | |
|---|---:|
| Professional Services Rendered Through January 31, 2010 | $0.00 |
| Other Services and Expenses | 5,442.13 |
| Total Due this Invoice | $5,442.13 |

## Professional Services:

| | | |
|---|---|---|
| **Total Professional Services** | **0.00** | **$0.00** |

## Other Services & Expenses:

| Description | Amount |
|---|---|
| Postage | 77.48 |
| Local Transportation | 146.42 |
| Comp. Library Research | 1,098.86 |
| Inhouse Duplicating | 154.60 |
| Air fare | 2,990.00 |
| Hotel | 41.79 |
| Other Travel Expenses | 198.00 |
| Travel Expense - Meals | 66.17 |
| Long Distance Telephone | 209.63 |
| Long Distance Telephone | 26.78 |
| Pacer Service Charge | 387.20 |
| Express Delivery | 45.20 |
| **Total Other Services & Expenses** | **$5,442.13** |



**crowell moring**

590 Madison Avenue, 20ᵗʰ Floor, New York, NY  10022-2524
p 212.223.4000  ▪  f 212.223.4134
Taxpayer ID # 52-1150358

February 12, 2010

Easy Street Holding, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah  84098

Attn:  William Shoaf

Matter: 105773.0000003
Invoice: 1317263

---

Statement of Account

RE: Case Administration

| | |
|---|---:|
| Professional Services Rendered Through January 31, 2010 | $1,592.00 |
| Other Services and Expenses | 66.00 |
| Total Due this Invoice | $1,658.00 |

Crowell & Moring LLP  ▪  www.crowell.com  ▪  Washington, DC  ▪  California  ▪  New York  ▪  London  ▪  Brussels

Statement Number:  1317263
Page #: 2

## Professional Services:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 01/04/10 | S L | Updated files. | 0.70 | 168.00 |
| 01/05/10 | S L | Meeting with Michael V. Blumenthal regarding updating files. | 0.50 | 120.00 |
| 01/05/10 | S L | Continue to updated files. | 1.60 | 384.00 |
| 01/06/10 | S L | Retrieve of copy of Order denying Stay motion, copy of Extension of cash collateral motion for S. Eichel. | 0.30 | 72.00 |
| 01/06/10 | S L | Continue to update files. | 0.50 | 120.00 |
| 01/10/10 | B Z | Review and analysis of appraisal. | 1.30 | 728.00 |
| | | **Total Professional Services** | **4.90** | **$1,592.00** |

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Bruce Zabarauskas | 560.00 | 1.30 | 728.00 |
| Stella Leung | 240.00 | 3.60 | 864.00 |
| **Total Professional Services** | | **4.90** | **$1,592.00** |

## Other Services & Expenses:

| Description | Amount |
|-------------|--------|
| Pacer Service Charge | 66.00 |
| **Total Other Services & Expenses** | **$66.00** |



590 Madison Avenue, 20th Floor, New York, NY 10022-2524
p 212.223.4000 ■ f 212.223.4134
Taxpayer ID # 52-1150358

February 12, 2010

Easy Street Holding LLC; Easy Street Mezzanine LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah 84098

Matter: 105773.0000004
Invoice: 1317264

Statement of Account

RE: Claims Administration

| | |
|---|---|
| Professional Services Rendered Through January 31, 2010 | $5,399.50 |
| Other Services and Expenses | 0.00 |
| Total Due this Invoice | $5,399.50 |

## Professional Services:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 01/07/10 | B Z | Review proof of interest filed by BayNorth in Partners' case (.2); discussion with M. Blumenthal re: same (.2) | 0.40 | 224.00 |
| 01/07/10 | S L | Retrieve copy of claims register in Partners for S. Eichel (.20); Reviewed claims register and prepare chart of filed claims and schedules claims, office conference with S. Eichel regarding updated claims filed (3.90). | 4.10 | 984.00 |
| 01/11/10 | S L | Continue to review claims register and prepare chart of filed claims compared to scheduled amounts. | 3.70 | 888.00 |
| 01/12/10 | MVB | Review proof of claim filed by Park City I LLC (.1); review claims docket and various proofs of claims filed by unsecured creditors and unit owners (.3). | 0.40 | 284.00 |
| 01/12/10 | S L | Finalized charts of Proof of Claim amounts compared to Scheduled amounts (.80), Office conference with S. Eichel regarding preparing charts of all scheduled creditors in comparison to claims filed and related, worked on same (3.70). | 4.50 | 1,080.00 |
| 01/13/10 | S L | Meetings with Michael V. Blumenthal regarding charts of Proof of Claim filed in Partners by Homeowners (.3), prepare chart of same, prepare chart of all Proof of Claim filed in Partners less homeowners, priority, secured claims; Jacobsen Construction and WestLB claims (1.6), office conferences with Michael V. Blumenthal and Steve Eichel regarding Proof of Claim filed and reviewed same regarding Homeowners claims (.4). | 2.30 | 552.00 |
| 01/14/10 | S L | Finalized and updated all charts for S. Eichel (2.1); meetings with S. Eichel regarding, office discussions with S. Eichel regarding same (.8). | 2.90 | 696.00 |
| 01/19/10 | S E | Conf with M. Blumenthal re claims (.1); review email from W. Shoaf re claims (.1); draft email to W. Shoaf re claims (.1); draft email to S. Leung re claims charts (.1) | 0.40 | 224.00 |
| 01/20/10 | S E | Conf with S. Leung re revised claims summary (.2) | 0.20 | 112.00 |
| 01/22/10 | V A | Review objection to Proof of Interest by BayNorth (0.9). | 0.90 | 355.50 |

|  | **Total Professional Services** | **19.80** | **$5,399.50** |

Statement Number: 1317264
Page #: 3

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Michael V. Blumenthal | 710.00 | 0.40 | 284.00 |
| Steven Eichel | 560.00 | 0.60 | 336.00 |
| Bruce Zabarauskas | 560.00 | 0.40 | 224.00 |
| Vivian Arias | 395.00 | 0.90 | 355.50 |
| Stella Leung | 240.00 | 17.50 | 4,200.00 |
| **Total Professional Services** | | **19.80** | **$5,399.50** |



590 Madison Avenue, 20th Floor, New York, NY 10022-2524
p 212.223.4000 ■ f 212.223.4134
Taxpayer ID # 52-1150358

February 12, 2010

Easy Street Holding, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah 84098

Attn: William Shoaf

Matter: 105773.0000006
Invoice: 1317265

---

Statement of Account

RE: Executory Contracts/Leases

| | |
|---|---:|
| Professional Services Rendered Through January 31, 2010 | $355.00 |
| Other Services and Expenses | 0.00 |
| Total Due this Invoice | $355.00 |

Statement Number: 1317265
Page #: 2

## Professional Services:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 01/26/10 | MVB | Emails re: Zoom (.3) and t/c P. Smith re: same (.2). | 0.50 | 355.00 |
| | | **Total Professional Services** | **0.50** | **$355.00** |

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Michael V. Blumenthal | 710.00 | 0.50 | 355.00 |
| **Total Professional Services** | | **0.50** | **$355.00** |



590 Madison Avenue, 20th Floor, New York, NY 10022-2524
p 212.223.4000  ▪  f 212.223.4134
Taxpayer ID # 52-1150358

February 12, 2010

Easy Street Holding, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah 84098

Attn: William Shoaf

Matter: 105773.0000007
Invoice: 1317266

---

Statement of Account

RE: Financing

| | |
|---|---|
| Professional Services Rendered Through January 31, 2010 | $5,995.00 |
| Other Services and Expenses | 1.73 |
| Total Due this Invoice | $5,996.73 |

Crowell & Moring LLP  ▪  www.crowell.com  ▪  Washington, DC  ▪  California  ▪  New York  ▪  London  ▪  Brussels

## Professional Services:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 01/05/10 | MVB | Conference call with ███████ and K. Sallinger re; plan funding (.8); follow up with K. Sallinger and B. Shoaf (.4). | 1.20 | 852.00 |
| 01/06/10 | MVB | Telephone conference w/███████ re: Plan funding. | 0.30 | 213.00 |
| 01/12/10 | WMO | Tc with ███████ re financing LOI; | 0.60 | 435.00 |
| 01/13/10 | WMO | Corresp. with B. Dorsey of BDRC re new loi, draft response. | 0.80 | 580.00 |
| 01/13/10 | WMO | Review LOI | 0.30 | 217.50 |
| 01/15/10 | WMO | Review LOI for plan financing | 0.50 | 362.50 |
| 01/18/10 | WMO | Correspondence and tel. call with BDRC reps re LOI and issues with presenting to ███████ | 0.90 | 652.50 |
| 01/20/10 | WMO | Meeting with ███████ of ███████ re alternate structures for financing plan. | 1.10 | 797.50 |
| 01/22/10 | WMO | Correspondence with B. Dorsey of BDRC re ███████ proposal for financing. | 0.60 | 435.00 |
| 01/24/10 | WMO | Review ███████ note structure for financing. | 0.60 | 435.00 |
| 01/25/10 | WMO | Tc B. Dorsey of BDRC re alternative financing structures | 0.80 | 580.00 |
| 01/27/10 | WMO | Tc K. Sallinger of BDRC re note structure. | 0.60 | 435.00 |
| | | **Total Professional Services** | **8.30** | **$5,995.00** |

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Michael V. Blumenthal | 710.00 | 1.50 | 1,065.00 |
| William M. O'Connor | 725.00 | 6.80 | 4,930.00 |
| **Total Professional Services** | | **8.30** | **$5,995.00** |

## Other Services & Expenses:

| Description | Amount |
|-------------|--------|
| Long Distance Telephone | 1.73 |
| **Total Other Services & Expenses** | **$1.73** |



590 Madison Avenue, 20th Floor, New York, NY 10022-2524
p 212.223.4000 ▪ f 212.223.4134
Taxpayer ID # 52-1150358

February 16, 2010

Easy Street Holding, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah 84098

Attn: William Shoaf

Matter: 105773.0000009
Invoice: 1317267

Statement of Account

RE: Bay North Litigation

| | |
|---|---:|
| Professional Services Rendered Through January 31, 2010 | $16,215.00 |
| Other Services and Expenses | 0.00 |
| Total Due this Invoice | $16,215.00 |

## Professional Services:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 01/04/10 | MVB | Office conference w/B. Zabaruskas re: strategy and discovery in Bay North adversary. | 0.20 | 142.00 |
| 01/05/10 | B Z | Draft and revise interrogatores and document requests (2.2); discussion with M. Blumenthal re: same (.1) | 2.30 | 1,288.00 |
| 01/06/10 | MVB | Review and revise Bay North discovery. | 0.40 | 284.00 |
| 01/07/10 | B Z | Draft letter to A. Fiotto re: Rule 26(f) conference (.1); draft and revise proposed discovery plan (.5); discussion with M. Blumenthal re: same (.2); discussion with K. Cannon re: same (.2); review requirements under Federal Rules relating to Rule 26(f) conference (.2); draft and revise discovery requests (3.1). | 4.30 | 2,408.00 |
| 01/07/10 | MVB | Office conference w/B. Zabarauskas re: discovery plan, interrogatories and requests for production. | 0.40 | 284.00 |
| 01/07/10 | MVB | Review and revise interrogatories. | 0.50 | 355.00 |
| 01/11/10 | B Z | Discussions with m. Blumenthal re: hearing date and date for initial discovery (.2); review emails from A. Fiotto and his assistant re: same and respond to same (.1). | 0.30 | 168.00 |
| 01/11/10 | MVB | Telephone call with Tony Fiotta re: Rule 26(f) conference (.1); office conference with B. Zabarauskas re; same (.2). | 0.30 | 213.00 |
| 01/13/10 | B Z | Conference with M. Blumenthal re: Rule 26(f) conference (.3); Rule 26(f) conference with M. Blumenthal, A. Fiotto and local counsel for BayNorth (.5); discussion with M. Blumnthal and K. Cannon re: same (.3) | 1.10 | 616.00 |
| 01/13/10 | B Z | Review of draft appraisal | 0.30 | 168.00 |
| 01/13/10 | MVB | Telephonic Rule 26(f) conference with T. Fiotto, B. Zabarauskas and local counsel. | 0.50 | 355.00 |
| 01/15/10 | B Z | Conference with M. Blumenthal re: discovery (.2); discussion with A. Fiotto re: follow up concerning dispute over discovery plan (.1); review answer to complaint in action (.2); review and analysis of document in connection with discovery requests (1.2) draft, revise and finalize discovery requests (3.6) | 5.30 | 2,968.00 |
| 01/15/10 | V A | Review Proof of Interest and confer with B. Zabarauskas re objection thereto (0.3); review case and statutory law re objecting to proof of interest (1.5); draft summary of same for B. Zabarauskas (.8) | 2.60 | 1,027.00 |
| 01/18/10 | MVB | Review and revise interrogatories and request for production in Bay North adversary. | 0.80 | 568.00 |

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 01/19/10 | J A | Review and proofread document requests. | 2.00 | 540.00 |
| 01/19/10 | B Z | Revise and finalize discovery (.8); discussion with M. Blumenthal re: same (.5). | 1.30 | 728.00 |
| 01/19/10 | MVB | Review and revise interrogatories and request for production (.5); office conference with B. Zabarauskas re: same (.3). | 0.80 | 568.00 |
| 01/19/10 | V A | Review case and statutory law re contracts supporting breach of fiduciary duties and draft summary of same for B. Zabarauskas | 0.80 | 316.00 |
| 01/20/10 | B Z | Final revisions to BayNorth discovery. | 1.20 | 672.00 |
| 01/20/10 | MVB | Office conference with B. Zabarauskas re: research on usury and strategy to amend complaint. | 0.40 | 284.00 |
| 01/20/10 | V A | Review case and statutory law re Massachusetts usury statute (1.2). | 1.20 | 474.00 |
| 01/22/10 | B Z | Revisions to discovery plan. | 0.80 | 448.00 |
| 01/26/10 | B Z | Revisions to discovery plan. | 0.80 | 448.00 |
| 01/27/10 | B Z | Draft discovery requests against WestLB for BayNorth Adversary Proceeding. | 0.20 | 112.00 |
| 01/27/10 | MVB | Review proposed discovery plan (.3); office conference B. Zabarauskas re: modifications to same (.4); telephone call with T. Fiotto re: settlement negotiations (.4). | 1.10 | 781.00 |

**Total Professional Services**      29.90   **$16,215.00**

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Michael V. Blumenthal | 710.00 | 5.40 | 3,834.00 |
| Bruce Zabarauskas | 560.00 | 17.90 | 10,024.00 |
| Jonathan Anastasia | 270.00 | 2.00 | 540.00 |
| Vivian Arias | 395.00 | 4.60 | 1,817.00 |
| **Total Professional Services** | | **29.90** | **$16,215.00** |



590 Madison Avenue, 20th Floor, New York, NY 10022-2524
p 212.223.4000 ▪ f 212.223.4134
Taxpayer ID # 52-1150358

February 12, 2010

Easy Street Holding, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah 84098

Attn: William Shoaf

Matter: 105773.0000010
Invoice: 1317268

Statement of Account

RE: Other Litigation

| | |
|---|---|
| Professional Services Rendered Through January 31, 2010 | $112.00 |
| Other Services and Expenses | 18.24 |
| Total Due this Invoice | $130.24 |

Statement Number: 1317268
Page #: 2

## Professional Services:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 01/06/10 | B Z | Check docket on status of 105 order. | 0.10 | 56.00 |
| 01/07/10 | B Z | Review docket re: whether order was entered on 105 motion | 0.10 | 56.00 |
| | | **Total Professional Services** | **0.20** | **$112.00** |

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Bruce Zabarauskas | 560.00 | 0.20 | 112.00 |
| **Total Professional Services** | | **0.20** | **$112.00** |

## Other Services & Expenses:

| Description | Amount |
|-------------|--------|
| Pacer Service Charge | 18.24 |
| **Total Other Services & Expenses** | **$18.24** |



**crowell moring**

590 Madison Avenue, 20th Floor, New York, NY 10022-2524
p 212.223.4000 ▪ f 212.223.4134
Taxpayer ID # 52-1150358

February 12, 2010

Easy Street Holdihng, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah 84098

Attn: William Shoaf

Matter: 105773.0000012
Invoice: 1317270

---

Statement of Account

### RE: Reorganization Plan/Disclosure Statement

| | |
|---|---|
| Professional Services Rendered Through January 31, 2010 | $102,911.00 |
| Other Services and Expenses | 2,741.29 |
| Total Due this Invoice | $105,652.29 |

Crowell & Moring LLP ▪ www.crowell.com ▪ Washington, DC ▪ California ▪ New York ▪ London ▪ Brussels

## Professional Services:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 01/03/10 | S E | Review and revise plan of reorganization (1.4); analyze issues re plan of reorganization (.8) | 2.20 | 1,232.00 |
| 01/04/10 | S E | Review and revise plan of reorganization (4.6); conf with M. Blumenthal re revisions to disclosure statement (.7); conf with M. Blumenthal re plan and disclosure statement (.6). | 5.90 | 3,304.00 |
| 01/04/10 | B Z | Review and analysis of issues relating to effects of stay hearing and options for stay under plan. | 2.40 | 1,344.00 |
| 01/04/10 | MVB | Office conference w/S. Eichel to revise Disclosure Statement. | 0.70 | 497.00 |
| 01/04/10 | MVB | Review and revise Disclosure Statement. | 2.30 | 1,633.00 |
| 01/04/10 | MVB | Conference call w/L. Jenkins, J. Shields and K. Cannon to negotiate Plan. | 1.10 | 781.00 |
| 01/04/10 | MVB | Telephone conference w/K. Sallinger to discuss status of various Plan funders. | 0.40 | 284.00 |
| 01/04/10 | MVB | Review and revise Plan (2.0) and office conference w/S. Eichel re: same (.3). | 2.30 | 1,633.00 |
| 01/04/10 | MVB | Review LOI for Plan (.3); e-mail from client re: same (.2); revise Plan Term Sheet (.4); review schedules and SOFA of Partners in connection w/drafting Plan Term Sheet (.4). | 1.30 | 923.00 |
| 01/05/10 | S E | Review and revise disclosure statement (2.8); confs with M. Blumenthal re revisions to plan (.4); review and revise plan (2.6); analyze plan issues (.8); review email from K. Cannon re description of Jacobsen's claims (.1). | 6.70 | 3,752.00 |
| 01/05/10 | MVB | Review and revise disclosure statement (1.4); review R. Havel email re: exclusivity (.2); telephone call with K. Cannon re: same (.2); review and revise plan (2.6). | 4.40 | 3,124.00 |
| 01/06/10 | S E | Conf with M. Blumenthal re revisions to plan (.6); conf with M. Blumenthal re plan funder term sheet (.1); review and revise plan (2.6); various confs with M. Blumenthal re status and strategy re plan (.7); review and revise disclosure statement (3.8); review financials provided in connection with plan and disclosure statement (.2). | 8.00 | 4,480.00 |
| 01/06/10 | MVB | Review and revise Plan (1.2); meeting w/S. Eichel to revise Plan (.8); draft bullet points and Plan Term Sheet (.4); telephone conference w/K. Sallinger, B. Shoaf and K. Cannon re: Plan funder issues, Term Sheet and strategy (.5). | 2.90 | 2,059.00 |

Statement Number: 1317270
Page # 3

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 01/06/10 | MVB | Office conferences w/S. Eichel re: Plan changes relative to Jacobsen. | 0.60 | 426.00 |
| 01/06/10 | MVB | Telephone conference w/Havel and Ellis re: exclusivity, Plan issues and Jacobsen treatment. | 1.10 | 781.00 |
| 01/06/10 | MVB | Send emails to Havel re: Exclusivity to file Plan through Jan. 15 and solicit through Mar. 31. | 0.40 | 284.00 |
| 01/06/10 | MVB | Telephone call with K. Cannon re: foregoing, timeline and hearing dates for Disclosure Statement and Plan Hearings, and strategy. | 0.30 | 213.00 |
| 01/06/10 | MVB | Review and revise Disclosure Statement. | 0.80 | 568.00 |
| 01/06/10 | MVB | Review and revise Plan based upon today's negotiations with Jacobsen. | 0.60 | 426.00 |
| 01/06/10 | MVB | E-mails to client re: status and strategy re: Plan. | 0.40 | 284.00 |
| 01/07/10 | S E | Review email from M. Blumenthal re exclusivity and draft response (.1); review email from R. Havel re exclusivity (.1); review claims in connection with disclosure statement (.5); conf with S. Leung re preparing claims chart and service issues (.2); conf with M. Blumenthal re Jacobsen claim and plan of reorganization (.6); tel conf with M. Blumenthal and K. Cannon re Jacobsen issue (.3); tel conf with K. Cannon re service and claims issues (.2); tel conf with S. Leung re claims issues (.1); review email form K. Cannon re BayNorth filed claims (.1); review and revise plan (1.2). | 3.40 | 1,904.00 |
| 01/07/10 | B Z | Review proposal on extension of exclusivity (.1); discussion with M. Blumenthal re: same (.1). | 0.20 | 112.00 |
| 01/07/10 | MVB | Telephone conference w/Shoaf re: Plan issues and strategy. | 0.40 | 284.00 |
| 01/07/10 | MVB | Conference call w/Shoaf, Smith, Sallinger, Blatt and Cannon re: Plan issues, Plan funder and strategy (.8); telephone call -- follow up w/K. Sallinger re: foregoing (.4). | 1.20 | 852.00 |
| 01/07/10 | MVB | Telephone conference w/K. Sallinger re: Term Sheet and Plan funder. | 0.40 | 284.00 |
| 01/07/10 | MVB | Conference call w/K. Cannon and L. Jenkins re: Plan treatment of unsecured class. | 0.30 | 213.00 |
| 01/07/10 | MVB | Review draft appraisal. | 1.20 | 852.00 |
| 01/07/10 | MVB | Telephone conference w/K. Cannon re: appraisal. | 0.20 | 142.00 |
| 01/07/10 | MVB | Office conference w/B. Zabarauskas re: appraisal. | 0.20 | 142.00 |
| 01/07/10 | MVB | Telephone conferences w/B. McLean re: Plan funding. | 0.50 | 355.00 |

Statement Number: 1317270
Page # 4

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 01/07/10 | MVB | Review and revise Plan re: Jacobsen treatment and WestLB treatment (.6); office conference w/S. Eichel re: same (.7). | 1.30 | 923.00 |
| 01/08/10 | S E | Confs with M. Blumenthal re revising exclusivity order and plan (.2); tel conf with M. Blumenthal and B. Zabarauskas re valuation (.2); review and revise exclusivity order (.6); draft emails to K. Cannon re exclusivity order (.2); conf with M. Blumenthal re Shoaf guaranty of WestLB claim in connection with plan (.1) ; review and revise plan (.8); draft emails to M. Blumenthal re plan (.2); draft email to W. Shoaf and other re plan (.1); review and revise disclosure statement (1.4); conf with M. Blumenthal re ███████████(.1); review email from R. Havel re exclusivity order (.1). | 4.00 | 2,240.00 |
| 01/08/10 | B Z | Review appraisal | 1.50 | 840.00 |
| 01/08/10 | MVB | Review and revise order to extend exclusivity (.4); office conferences with S. Eichel re: same (.2); review ████ guaranty to ██████ (.3) to draft insert into Plan re: West LB treatment (.2); complete review of appraisal (.8); telephone call with K. Cannon (.2) and B. Shoaf (.2) re: same; emails to/from R. Havel re: exclusivity order (.2); telephone call with K. Cannon re: same (.1); telephone calls with K. Sallinger re: negotiations, status and strategy with plan funders (.6); review emails re: same (.2); review and revise plan (.8); email to M. Johnson re: Jacobsen treatment in plan (.2). | 4.20 | 2,982.00 |
| 01/11/10 | S E | Confs with M. Blumenthal re plan of reorganization (.9); review W. Shoaf's comments to plan of reorganization (.1); review and revise plan of reorganization (1.8); review and revise disclosure statement (2.6); draft liquidation analysis section of disclosure statement (1.1); conf with M. Blumenthal re revisions to plan and liquidation analysis (.5); conf with M. Blumenthal re plan, Jacobsen's claim and revision to disclosure statement (.8); draft email to M. Blumenthal re revisions to plan (.1); draft email to K. Cannon re notice issue in connection with drafting disclosure statement and review response (.1); draft email to S. Leung re claims filed in connection with drafting disclosure statement (.1); review email from M. Johnson (Jacobson's counsel) re revisions to Jacobson's treatment under the plan (.1); review email from S. Leung re claims in connection with drafting disclosure statement (.1). | 8.30 | 4,648.00 |

Statement Number: 1317270
Page # 5

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 01/11/10 | MVB | Telephone call with L. Jenkins re: plan treatment of unsecured creditors and order on extension of exclusivity (.6); telephone call with W. Shoaf re: plan modifications ██████ revised financial information and data for disclosure statement (.5); review financial data, including revised 2010 and 5 year plan and ██████(1.0); revise plan (1.2); review and revise Disclosure Statement (1.6); office conferences with S. Eichel re: same (1.0); emails with M. Johnson re: treatment of Jacobsen claim under Plan (.6). | 6.40 | 4,544.00 |
| 01/11/10 | S L | Coordination of financials for Disclosure statement with Michael V. Blumenthal. | 1.30 | 312.00 |
| 01/12/10 | S E | Confs with M. Blumenthal re disclosure statement (.8); draft, review and revise disclosure statement (3.8); conf with M. Blumenthal re tax section (.2);  draft email to K. Cannon list of claims in connection with preparation of service issues (.1). | 4.90 | 2,744.00 |
| 01/12/10 | MVB | Review draft of tax section to disclosure statement (.7); conference call with K. Cannon and M. Astling re: revisions to tax section in disclosure statement (1.2); attend hearing on extension of exclusivity via telephone (.3); review draft LOI from Strategic Capital (.3) and email preliminary comments to client re: same (.2); review and revise disclosure statement (1.2); revise sections to plan (.7); office conferences with S. Eichel re: revisions to disclosure statement (.9); telephone calls with K. Sallinger re: negotiations and issues with plan funder (.4); email R. Havel re: disclosure statement (.1) | 6.00 | 4,260.00 |
| 01/13/10 | S E | Tel conf with M. Blumenthal re LOI (.1); review LOI (.2); tel confs with M. Blumenthal re status (.4); team conf call with W. Shoaf, M. Blumenthal, K. Salinger, B. Dorsey, K. Cannon and P. Smith re among other things, plan funder and term sheet (.9); review and revise disclosure statement (3.2); review committee complaint in connection with drafting disclosure statement (.3); review financial information (.8); tel conf with M. Blumenthal and W. Shoaf re financial information to attach to disclosure statement (.8); review and revise plan (1.8); draft email to K. Cannon re tax section and review response (.1); draft email to K. Cannon re bar date (.1); review email from W. Shoaf containing financial information (.2); review emails from M. Blumenthal and W. Shoaf re financial proforma (.1); review email from K. Cannon re tax section of disclosure statement (.2). | 9.20 | 5,152.00 |

Statement Number: 1317270

Page # 6

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 01/13/10 | MVB | Review and revise LOI with SCP (.8); conference call with J. Wrona, W. Shoaf, K. Sallinger, P. Smith and K. Cannon to discuss redraft of LOI and strategy (.9); telephone call with W. Shoaf re: LOI, negotiation and strategy re: same (.40); revise Disclosure Statement to include SCP as Plan Funder and committee adversary v. West LB (.8); office conferences with S. Eichel re: same (.6); review revisions to Disclosure Statement (.6); review revised financials (2010 and 5 year) sent by Shoaf (.7); conference call with S. Eichel and W. Shoaf to review and revise financial information to attach to Disclosure Statement (.8); conference call with K. Cannon and S. Eichel re; notice of hearing on Disclosure Statement (.2). | 5.80 | 4,118.00 |
| 01/14/10 | HMW | Review of tax portion of disclosure statement (1.0); telephone conference with Messrs. Blumenthal and Eichel re same (.5). | 1.50 | 1,177.50 |
| 01/14/10 | S E | Confs with M. Blumenthal re revisions to plan and disclosure statement (.4); conf with S. Leung re claims (.1); draft email to W. Shoaf re claims in connection with plan (.2); review and revise plan (.8) ; analyze plan issues (.4); draft email to K. Cannon re timing issues re filing and service of plan and disclosure statement (.1); work on issues re tax section (.2); review email from R. Havel re proposed revisions to disclosure statement (.1); conf with S. Leung re calculation of claims against Partners in connection with drafting disclosure statement (.2); tel conf with M. Blumenthal and H. Weinman re tax section of disclosure statement (.5); conf with M. Blumenthal re WestLB's revisions to disclosure statement (.4); review and revise plan (1.7); review and revise disclosure statement (3.2); draft email to R. Havel re revised disclosure statement (.1). | 8.40 | 4,704.00 |
| 01/14/10 | MVB | Telephone call with Howard Weinman and S. Eichel to review tax section in disclosure statement (.5); telephone call with K. Cannon and M. Astlilng re: tax section in disclosure statement (1.2); telephone call with Loyal Hulme (atty for Strategic Capital) (1.1); followup telephone call with B. Shoaf re: foregoing (.6); review comments to plan and disclosure from Sidley (1.2); continue to draft plan and disclosure statement (2.2); office conferences with S. Eichel re: same (.4); telephone calls with B. Dorsey and K. Sallinger re: negotiations with SCP (.6); review financials to attach to disclosure statement (.8) and telephone calls with B. Shoaf re: revisions (.7). | 9.30 | 6,603.00 |

Statement Number: 1317270
Page # 7

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 01/15/10 | S E | Confs with M. Blumenthal re revisions to plan and disclosure statement (.6); review and revise plan (.4); review and revise disclosure statement (2.6); draft emails to K. Cannon re disclosure statement and exhibits (.2); tel conf with M. Blumenthal and K. Cannon re revisions to plan (.1); tel conf with K. Cannon re plan (.1); review email from K. Cannon re plan (.1); conf with M.Blumehtal re WestLB claim in connection with plan (.1); commence analyzing WestLB's proof of claim (.2) ; draft email to K. Cannon re filing of plan and disclosure statement and review response (.1) | 4.50 | 2,520.00 |
| 01/15/10 | MVB | Revise and finalize plan and disclosure (3.8); review and revise Notice of Hearing on disclosure statement (.3); telephone call with K. Cannon re: same (.1); conference call with Loyal Hulme, S. Sandhltz, K. Sallinger re: SCP's funding and form of agreements (1.5). | 5.70 | 4,047.00 |
| 01/18/10 | MVB | Telephone call with W. Shoaf re: negotiations with S. Sandholtz. | 0.70 | 497.00 |
| 01/19/10 | MVB | Conference call with L. Hulme, S. Sandholtz and W. Schoaf re: structure of reorganized debtor under plan (1.5); conference call with P. Smith and B. Shoaf re: foregoing and negotating strategy (1.6); telephone call with K. Sallinger re: negotiating strategy with SCP (.4); review notes on plan structure and prepare issue list (.4). | 3.90 | 2,769.00 |
| 01/20/10 | MVB | Telephone call with K. Sallinger re: negotiating strategy with SCP (.3); office conference with B. Zabarauskas re: plan structure and research on ███████████(.3); telephone call with P. Smith and B. Shoaf re: negotiating points with SCP and strategy (1.3); conference call with L. Hulme, S. Sandholtz, P. Smith and B. Shoaf re: structure and terms of Reorganized Debtor and Management Co. (1.1); follow up with B. Shoaf and P. Smith re; deal points and strategy (.4). | 3.40 | 2,414.00 |
| 01/20/10 | V A | Confer with B. Zabarauskas re research re ███████████(0.3); review case and statutory law re absolute priority rule exceptions (2.1). | 2.40 | 948.00 |
| 01/20/10 | S L | Revisions to Partners claims chart to reflect actual amount less duplicate and errors (1.4); retrieve claims from Mezzanine claim's register and prepare chart to reflect filed claims and scheduled claims(.3). | 1.70 | 408.00 |
| 01/21/10 | MVB | Telephone call with R. Havel re: issues concerning plan and amount of West LB claim (.3); emails re: meeting between plan funder and West LB (.3); telephone call with K. Sallinger re: issues concerning structure with plan funder and backup financing (.5) review spreadsheets and emails re: same (.4). | 1.50 | 1,065.00 |

Statement Number: 1317270
Page # 8

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 01/21/10 | V A | Further review case and statutory law re ▓▓▓▓▓▓ (1.5); review case and statutory law re creditor's claims in jointly administered cases (1.6) | 3.10 | 1,224.50 |
| 01/25/10 | MVB | Telephone call with B. Shoaf to discuss spreadsheets and financial model re: SCP transaction and strategy (.5); review spreadsheets and financials re: SCP transaction (.6).; telephone call with B. Shoaf re: backup financing and strategy re: same (.3). | 1.40 | 994.00 |
| 01/26/10 | B Z | Review and analysis of reswearch relating to confirmation of plan of reorganization for Partners | 0.90 | 504.00 |
| 01/26/10 | MVB | Conference call with S. Sandholtz, B. Shoaf, P. Smith and K. Sallinger re: strategy for plan negotiations (1.3); telephone call to follow up with B. Shoaf re: same (.4); telephone call with K. Sallinger re: same (.3); telephone call with Lonn Jenkins re: plan and committee issues (.3). | 2.30 | 1,633.00 |
| 01/26/10 | V A | Further research case and statutory law re▓▓▓▓▓▓▓ | 1.80 | 711.00 |
| 01/27/10 | S E | Conf with M. Blumenthal re proposed revisions to plan (.2); tel conf with C. Craige re comments to the plan (.1); review plan in connection with upcoming tel conf with C. Craige (.2); conf call with C. Craige re comments to the plan (1.4) | 1.90 | 1,064.00 |
| 01/27/10 | B Z | Research confirmation issues relating to▓▓▓▓▓(4.4); discussion with M. Blumenthal re: same (.3). | 4.70 | 2,632.00 |
| 01/28/10 | MVB | Telephone call with K. Sallinger re: plan negotiations and strategy (.4); telephone call with B. Shoaf re: plan negotiations and alternatives (.3); begin review of West LB comments to plan (.4). | 1.10 | 781.00 |
| 01/29/10 | MVB | Office conference with S. Eichel re: amending plan to reflect administration claims in definition of Mezzanine Escrow and issues concerning West LB treatment. | 0.40 | 284.00 |

**Total Professional Services**  166.30 $102,911.00

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Michael V. Blumenthal | 710.00 | 77.40 | 54,954.00 |
| Howard M. Weinman | 785.00 | 1.50 | 1,177.50 |
| Steven Eichel | 560.00 | 67.40 | 37,744.00 |
| Bruce Zabarauskas | 560.00 | 9.70 | 5,432.00 |

Crowell & Moring LLP ▪ www.crowell.com ▪ Washington, DC ▪ California ▪ New York ▪ London ▪ Brussels

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Vivian Arias | 395.00 | 7.30 | 2,883.50 |
| Stella Leung | 240.00 | 3.00 | 720.00 |
| **Total Professional Services** | | **166.30** | **$102,911.00** |

## Other Services & Expenses:

| Description | Amount |
|-------------|--------|
| Comp. Library Research | 2,692.47 |
| Inhouse Duplicating | 0.40 |
| Long Distance Telephone | 3.30 |
| Pacer Service Charge | 45.12 |
| **Total Other Services & Expenses** | **$2,741.29** |



590 Madison Avenue, 20th Floor, New York, NY 10022-2524
p 212.223.4000 ■ f 212.223.4134
Taxpayer ID # 52-1150358

February 16, 2010

Easy Street Holding, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah 84098

Attn: William Shoaf

Matter: 105773.0000014
Invoice: 1317271

---

Statement of Account

RE: Retention/Fee Matters

| | |
|---|---|
| Professional Services Rendered Through January 31, 2010 | $24,335.50 |
| Other Services and Expenses | 349.81 |
| Total Due this Invoice | $24,685.31 |

Statement Number: 1317271
Page #: 2

## Professional Services:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 01/08/10 | S E | Conf with M. Blumenthal re interim fee application (.1) | 0.10 | 56.00 |
| 01/12/10 | S E | Tel conf with M. Blumenthal adn K. Cannon re fee application (.2) | 0.20 | 112.00 |
| 01/12/10 | S L | Updated November bills to binders per Michael V. Blumenthal. | 0.20 | 48.00 |
| 01/13/10 | S E | Work on issues re preparing first interim fee application (.3) | 0.30 | 168.00 |
| 01/13/10 | S L | Reviewed December 2009 time with Michael V. Blumenthal. | 0.40 | 96.00 |
| 01/14/10 | L B | Review and redact documents re: bills. | 1.10 | 500.50 |
| 01/14/10 | S L | Reviewed December 2009 and revisions to same, prepare chart of fees and disbursement per matter, office conference with Lawrence Brenner regarding redacting exhibits to fee application, draft second interim fee application for the month of December 2009, meetings with Michael V. Blumenthal regarding same. | 2.00 | 480.00 |
| 01/15/10 | S E | Work on C&amp; M interim fee application (.7) | 0.70 | 392.00 |
| 01/15/10 | S L | Finalized December 2009 Fee request with Michael V. Blumenthal, prepare same to be filed with co-counsel, served same on interested parties via regular mail. | 1.00 | 240.00 |
| 01/17/10 | S E | Draft, review and revise first interim fee application (1.5) | 1.50 | 840.00 |
| 01/18/10 | S E | Continue drafting first interim fee application (1.4); tel conf with M. Blumenthal re drafting interim fee application (.1) | 1.50 | 840.00 |
| 01/18/10 | MVB | Telephone call with S. Eichel re: fee application. | 0.20 | 142.00 |
| 01/19/10 | S E | Conf with S. Leung re fee application (.1); conf with S. Barth re fee application (.1); draft, review and revise first interim fee application (1.2) | 1.40 | 784.00 |
| 01/19/10 | S L | Retrieve copies of PRINTER ID:\\nyprint\NYPrinte retention application, disclosures, supplemental disclosures and Order for S. Eichel, Reviewed monthly interim fee application from September 14 thru December 31,2009 for summary of Disbursement, prepare chart of disbursements for same period with S. Eichel. | 00 B | 240.00 |
| 01/19/10 | S L | Meeting with S. Barth regarding disbursements regarding legal research and air fare, prepare chart of breakdown of disbursements for each matter for fee application, office conference with S. Eichel regarding same. | 1.70 | 408.00 |

Statement Number: 1317271
Page # 3

| Date | Initials | Description | | Hours | Amount |
|------|----------|-------------|---|-------|--------|
| 01/20/10 | S E | Continue drafting C& M interim fee application (4.8) | | 3.80 | 2,128.00 |
| 01/21/10 | S E | Continue drafting first interim fee application (6.4); confs with S. Leung re first interim fee application (.2) | | 5.30 | 2,968.00 |
| 01/21/10 | S L | Meetings with S. Eichel regarding First Fee Application for PRINTER ID:\\nyprint\NYPrinterD0 fee application and prepare charts for summary of hours and fees. | r e v i e | 3.40 | 816.00 |
| 01/25/10 | S L | Prepare charts for hours and amount for each matter, updated fee application for same. | | 6.00 | 1,440.00 |
| 01/25/10 | S L | Prepare copy of second monthly interim fee request to W. Shoaf. | | 0.10 | 24.00 |
| 01/27/10 | S E | Conf with M. Blumenthal re fee application (.2); conf with S. Leung re fee application (.2); draft, review and revise fee application (4.2) | | 4.60 | 2,576.00 |
| 01/27/10 | S L | Continue to work on charts of each matter for hours and fees, revisions to fee application and prepare exhibit A for fee application. | | 4.50 | 1,080.00 |
| 01/28/10 | S E | Conf with S. Leung re information for fee application (.1); confs with M. Blumenthal re fee application (.5); review fee guidelines in connection with drafting fee application (.1); review and revise fee application (2.8). | | 3.50 | 1,960.00 |
| 01/28/10 | S L | Meetings with S. Eichel and Michael V. Blumenthal regarding finalizing fee application (.6), meetings with S. Barth regarding backup to time run for all expenses in fee application (.5), finalize charts and exhibits for fee application (5.6). | | 6.70 | 1,608.00 |
| 01/29/10 | S E | Finalize first interim fee application (2.6); confs with M. Blumenthal re fee application (.6); confs with S. Leung re fee application and service issues (.6); tel confs with K. Cannon re fee application (.2) | | 4.00 | 2,240.00 |
| 01/29/10 | MVB | Review, revise and finalize interim fee application (.7); office conferences with S. Eichel and S. Leung re: same (.4). | | 1.10 | 781.00 |
| 01/29/10 | S L | Finalized First Fee Application with S. Eichel for filing and prepare same for service to interested parties, draft certificate of service for same, Serve copy of Fee application on interested party via regular mail and prepare copy of document in PDF for S. Eichel for local counsel for filing electronically. | | 4.50 | 1,080.00 |

**Total Professional Services**      **62.00  $24,335.50**

Statement Number: 1317271
Page #: 4

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Michael V. Blumenthal | 710.00 | 1.30 | 923.00 |
| Steven Eichel | 560.00 | 26.90 | 15,064.00 |
| Lawrence Brenner | 455.00 | 1.10 | 500.50 |
| Stella Leung | 240.00 | 32.70 | 7,848.00 |
| **Total Professional Services** | | **62.00** | **$24,335.50** |

## Other Services & Expenses:

| Description | Amount |
|-------------|--------|
| Inhouse Duplicating | 347.20 |
| Long Distance Telephone | 2.61 |
| **Total Other Services & Expenses** | **$349.81** |

Crowell & Moring LLP ▪ www.crowell.com ▪ Washington, DC ▪ California ▪ New York ▪ London ▪ Brussels



590 Madison Avenue, 20th Floor, New York, NY  10022-2524
p 212.223.4000  ▪  f 212.223.4134
Taxpayer ID # 52-1150358

February 12, 2010

Easy Street Holding, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah  84098

Attn:  William Shoaf

Matter: 105773.0000015
Invoice: 1317272

Statement of Account

RE: Secured Claims (WestLB)

| | |
|---|---:|
| Professional Services Rendered Through January 31, 2010 | $14,534.00 |
| Other Services and Expenses | 289.26 |
| Total Due this Invoice | $14,823.26 |

## Professional Services:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 01/11/10 | MVB | Email Lon Jenkins in response to demand by committee for debtor to sue West LB and review demand re: same. | 0.20 | 142.00 |
| 01/12/10 | MVB | Emails and telephone calls with J. Blatt re: draw request (.2); review order approving extended cash collateral stipulation (.2). | 0.40 | 284.00 |
| 01/13/10 | MVB | Review Committee Complaint vs. West LB (1.0); telephone call with R. Havel re: same (.2); review emails (.2) and telephone calls with J. Blatt and W. Shoaf (.1) re: funding requests. | 1.50 | 1,065.00 |
| 01/14/10 | MVB | Conference call with B. Ellis, R. Havel and Annette Jarvis re: negotiation of West LB treatment in plan. | 1.00 | 710.00 |
| 01/18/10 | S E | Review West LB proof of claim and backup documentation in connection with determining proper amount of claim (.4); commence analysis of whether court will uphold WestLB's late charge (1.2) | 1.60 | 896.00 |
| 01/19/10 | S E | Conf with M. Blumenthal re WestLB secured claim (.1); analyze WestLB secured claim, including review of loan agreement (1.5); review case law in connection with analysis of West LB claim (3.2); conf with M. Blumenthal re WestLB claim (.1); draft email to R. Havel re WestLB claim and review response (.1); review emails from M. Blumenthal and K. Cannon re WestLB claim (.1) | 5.10 | 2,856.00 |
| 01/19/10 | MVB | Office conference with S. Eichel re: objections to elements of West LB's claim. | 0.40 | 284.00 |
| 01/20/10 | S E | Continue analysis of WestLB claim (1.8); draft memo analyzing WestLB claim (2.2); review email from R. Havel re basis for claim for WestLB's attorneys' fees (.1) | 4.10 | 2,296.00 |
| 01/20/10 | MVB | Review and revise memo on West LB claim (.4); office conference with S. Eichel to discuss issues and research re: West LB Claim (.3); review cases re: same (.2); telephone call with R. Havel re: issues concerning West LB claim (.2). | 1.10 | 781.00 |
| 01/21/10 | S E | Analyze issues re WestLB's claim to attorney fees (.5); conf with M. Blumenthal re WestLB's claim for attorney fees (.2) | 0.70 | 392.00 |
| 01/22/10 | MVB | Prepare memo to R. Havel re; allowability of West LB claim (2.3); emails with R. Havel re: settlement negotiation ground rules (.2); review emails re: control agreements (.2); review Star report (.3). | 3.00 | 2,130.00 |

Statement Number: 1317272
Page # 3

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 01/25/10 | MVB | Review and revise memo concerning West LB claim (.3); review email from R. Havel concerning West LB's treatment under plan and negotiations with Plan funder (.3); telephone call with R. Havel re: same (.2). | 0.80 | 568.00 |
| 01/26/10 | MVB | Memo to L. Hulme and S. Sandholtz re: West LB claim. | 0.70 | 497.00 |
| 01/27/10 | MVB | Telephone call with R. Havel re: amount of West LB claim, issues for meeting on Thursday among business people and requested information (.3); telephone call with B. Shoaf re: providing information to business people at West LB in connection with meeting on Thursday and strategy re: same (.4); telephone call with P. Smith re: strategy for meeting with West LB (.2); telephone call with K. Sallinger strategy for meeting with West LB (.3); email to R. Havel re: LOI (.1). | 1.30 | 923.00 |
| 01/28/10 | MVB | Conference call with B. Shoaf and Steve Sandholtz re: strategy and follow up in connection with West LB meeting re: plan negotiations and West LB claim. | 0.70 | 497.00 |
| 01/29/10 | MVB | Conference call with W. Shoaf and S. Shandholtz re: follow up on meeting with West LB and strategy. | 0.30 | 213.00 |

|  |  | **Total Professional Services** | **22.90** | **$14,534.00** |

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Michael V. Blumenthal | 710.00 | 11.40 | 8,094.00 |
| Steven Eichel | 560.00 | 11.50 | 6,440.00 |
| **Total Professional Services** | | **22.90** | **$14,534.00** |

## Other Services & Expenses:

| Description | Amount |
|-------------|--------|
| Comp. Library Research | 289.26 |
| **Total Other Services & Expenses** | **$289.26** |



**crowell moring**

590 Madison Avenue, 20th Floor, New York, NY 10022-2524
p 212.223.4000 ▪ f 212.223.4134
Taxpayer ID # 52-1150358

February 12, 2010

Easy Street Holding, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah 84098

Attn: William Shoaf

Matter: 105773.0000016
Invoice: 1317273

---

Statement of Account

### RE: Secured Claimis (Jacobsen)

| | |
|---|---|
| Professional Services Rendered Through January 31, 2010 | $4,047.00 |
| Other Services and Expenses | 0.00 |
| Total Due this Invoice | $4,047.00 |

## Professional Services:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 01/06/10 | MVB | Conference call w/Richard Kirkham, Mike Johnson, Ken Cannon, Kim Sallinger, and Bill Shoaf re: Jacobsen's treatment under Plan and settlement of cash collateral stipulation. | 1.70 | 1,207.00 |
| 01/06/10 | MVB | Follow up with Kim Sallinger, Ken Cannon and Bill Shoaf re: Jacobsen. | 0.60 | 426.00 |
| 01/06/10 | MVB | Telephone call w/R. Havel and Annette Jarvis re: exclusivity, Jacobsen, Plan, extension of deadlines. | 0.40 | 284.00 |
| 01/06/10 | MVB | Follow up with Mike Johnson. | 0.30 | 213.00 |
| 01/06/10 | MVB | Conference call w/Annette Jarvis, Ben Kotter and Mike Johnson. | 0.40 | 284.00 |
| 01/06/10 | MVB | Telephone call -- follow up with Mike Johnson to finalize. | 0.30 | 213.00 |
| 01/07/10 | MVB | Review and send e-mails re: Jacobsen treatement under Plan and Cash Collateral Stipulation (.6); conference call w/S. Eichel and K. Cannon re: same (.3); telephone conference w/M. Johnson re: same (.3); telephone conference w/R. Havel re: same (.2). | 1.40 | 994.00 |
| 01/19/10 | MVB | Review and comment on order resolving objection and reducing holdback under the cash collateral stipulation (.3); telephone K. Cannon re: same (.1); review emails from Jacobsen and West LB re: form of order (.2). | 0.60 | 426.00 |
| | | **Total Professional Services** | **5.70** | **$4,047.00** |

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Michael V. Blumenthal | 710.00 | 5.70 | 4,047.00 |
| **Total Professional Services** | | **5.70** | **$4,047.00** |



590 Madison Avenue, 20ᵗʰ Floor, New York, NY 10022-2524
p 212.223.4000 ▪ f 212.223.4134
Taxpayer ID # 52-1150358

February 12, 2010

Easy Street Hollding, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah 84098

Attn: William Shoaf

Matter: 105773.0000017
Invoice: 1317274

---

Statement of Account

### RE: Secured Claims (Bay North)

| | |
|---|---|
| Professional Services Rendered Through January 31, 2010 | $10,293.00 |
| Other Services and Expenses | 0.00 |
| Total Due this Invoice | $10,293.00 |

Statement Number: 1317274
Page #: 2

## Professional Services:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 01/19/10 | B Z | Research and analysis of issues relating to BayNorth and confirmation of a plan of reorganization. | 4.40 | 2,464.00 |
| 01/20/10 | B Z | Research and analysis of issues relating to BayNorth and confirmation of a plan of reorganization. | 4.60 | 2,576.00 |
| 01/21/10 | B Z | Review research re: objections to proof of interest and standing (.3) research objections to proof of interest (1.2); draft objection to proof of interest (4.3) | 5.60 | 3,136.00 |
| 01/22/10 | B Z | Revise and finalize objection to proof of interest (3.1); discussion with V. Arias re: same (.3). | 3.40 | 1,904.00 |
| 01/25/10 | MVB | Telephone call with K. Cannon re: hearing dates for objection to Bay North proof of interest and issues concerning same. | 0.30 | 213.00 |
| | | **Total Professional Services** | **18.30** | **$10,293.00** |

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Michael V. Blumenthal | 710.00 | 0.30 | 213.00 |
| Bruce Zabarauskas | 560.00 | 18.00 | 10,080.00 |
| **Total Professional Services** | | **18.30** | **$10,293.00** |

# crowell moring

590 Madison Avenue, 20th Floor, New York, NY 10022-2524
p 212.223.4000  ▪  f 212.223.4134
Taxpayer ID # 52-1150358

February 12, 2010

Easy Street Holding, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah 84098

Attn:  William Shoaf

Matter: 105773.0000020
Invoice: 1317275

---

Statement of Account

RE: Corporate Issues

| | |
|---|---|
| Professional Services Rendered Through January 31, 2010 | $1,681.00 |
| Other Services and Expenses | 0.00 |
| Total Due this Invoice | $1,681.00 |

## Professional Services:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 01/20/10 | V A | Review case and statutory law re Delaware limited liability law (1.2) | 1.20 | 474.00 |
| 01/21/10 | MVB | Conference call with J. Wrona and B. Shoaf re: strategy re: David Wickline resolution. | 1.70 | 1,207.00 |
| | | **Total Professional Services** | **2.90** | **$1,681.00** |

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Michael V. Blumenthal | 710.00 | 1.70 | 1,207.00 |
| Vivian Arias | 395.00 | 1.20 | 474.00 |
| **Total Professional Services** | | **2.90** | **$1,681.00** |