# EXHIBIT 6



590 Madison Avenue, 20th Floor, New York, NY 10022-2524
p 212.223.4000 ■ f 212.223.4134
Taxpayer ID # 52-1150358

April 16, 2010

Easy Street Holding, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah 84098

Attn:  William Shoaf

Matter: 105773.0000001
Invoice: 1324125

Statement of Account

RE: General Advice

| | |
|---|---:|
| Professional Services Rendered Through March 31, 2010 | $1,022.00 |
| Other Services and Expenses | 3,288.00 |
| Total Due this Invoice | $4,310.00 |

Statement Number: 1324125
Page #: 2

## Professional Services:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 12/29/09 | S E | Review time detail and transfer to correct categories and work on related issues. | 0.40 | 230.00 |
| 03/03/10 | MVB | Telephone call with M. Feder re; plan and status of Chapter 11 proceedings. | 0.40 | 284.00 |
| 03/18/10 | B Z | Review disclosure statement relating to claims against the estate. | 0.40 | 224.00 |
| 03/25/10 | MVB | Review email from K. Sallinger re: case issues (.2); emails to B. Shoaf and P. Smith re: same and strategy (.2). | 0.40 | 284.00 |
| | | **Total Professional Services** | **1.60** | **$1,022.00** |

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Michael V. Blumenthal | 710.00 | 0.80 | 568.00 |
| Steven Eichel | 575.00 | 0.40 | 230.00 |
| Bruce Zabarauskas | 560.00 | 0.40 | 224.00 |
| **Total Professional Services** | | **1.60** | **$1,022.00** |

## Other Services & Expenses:

| Description | Amount |
|-------------|--------|
| Postage | 10.35 |
| Local Transportation | 559.14 |
| Messenger Service | 125.39 |
| Comp. Library Research | 1,717.43 |
| Inhouse Duplicating | 185.80 |
| Witness Fees | 140.00 |
| Air fare | 90.00 |
| Long Distance Telephone | 141.21 |
| Long Distance Telephone | 248.38 |
| Express Delivery | 12.15 |
| Miscellaneous | 58.15 |
| **Total Other Services & Expenses** | **$3,288.00** |



590 Madison Avenue, 20th Floor, New York, NY  10022-2524
p 212.223.4000  ▪  f 212.223.4134
Taxpayer ID # 52-1150358

April 16, 2010


Easy Street Holding, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah  84098

Attn:  William Shoaf

Matter: 105773.0000003
Invoice: 1324127

_____

Statement of Account

RE: Case Administration

Professional Services Rendered Through March 31, 2010          $1,001.00

Other Services and Expenses                                                          0.00


Total Due this Invoice                                                              $1,001.00

Crowell & Moring LLP  ▪  www.crowell.com  ▪  Washington, DC  ▪  California  ▪  New York  ▪  London  ▪  Brussels

Statement Number: 1324127
Page #: 2

## Professional Services:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 03/01/10 | S L | Reviewed documents and organize files. | 1.00 | 240.00 |
| 03/10/10 | S L | Updating files with Michael V. Blumenthal (.70); legal research for Michael V. Blumenthal (.40). | 1.10 | 264.00 |
| 03/26/10 | MVB | Telephone call with B. Shoaf re: appraisal and strategy (.4); telephone call with K. Cannon re: strategy (.3). | 0.70 | 497.00 |
| | | **Total Professional Services** | **2.80** | **$1,001.00** |

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Michael V. Blumenthal | 710.00 | 0.70 | 497.00 |
| Stella Leung | 240.00 | 2.10 | 504.00 |
| **Total Professional Services** | | **2.80** | **$1,001.00** |



590 Madison Avenue, 20ᵗʰ Floor, New York, NY 10022-2524
p 212.223.4000 ▪ f 212.223.4134
Taxpayer ID # 52-1150358

April 16, 2010

Easy Street Holding LLC; Easy Street Mezzanine LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah  84098

Matter: 105773.0000004
Invoice: 1324128

Statement of Account

RE: Claims Administration

| | |
|---|---:|
| Professional Services Rendered Through March 31, 2010 | $6,057.50 |
| Other Services and Expenses | 90.40 |
| Total Due this Invoice | $6,147.90 |

Crowell & Moring LLP ▪ www.crowell.com ▪ Washington, DC ▪ California ▪ New York ▪ London ▪ Brussels

Statement Number: 1324128
Page #: 2

## Professional Services:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 03/01/10 | S E | Tel confs with C. Gordon re objection to claim of Gateway (.3); tel conf with K. Cannon re objections to claims (.1); review and revise objection to Gateway claim (1.4); tel conf with K. Canon re filing objections (.1); draft email to C. Gordon, W. Shoaf and others re revised version of objection to Gateway claim (.1) . | 2.00 | 1,120.00 |
| 03/01/10 | MVB | Telephone call with K. Cannon coordinating filing objections to claims, including Homeowners and Gateway. | 0.20 | 142.00 |
| 03/01/10 | V A | Further review case law cited in Objection to Claim of Gateway (1.0); further review and revise Objection to Claim of Gateway and confer with S. Eichel re same (1.0); correspondence with counsel re filing of same (.1). | 2.10 | 829.50 |
| 03/01/10 | S L | Reviewed several claims for S. Eichel. | 0.30 | 72.00 |
| 03/03/10 | S E | Review email from C. Gordon re Gateway settlement offer (.1) | 0.10 | 56.00 |
| 03/05/10 | S E | Review response of Gateway's counsel to C. Gordon's letters. | 0.20 | 112.00 |
| 03/09/10 | S E | Tel conf with W. Shoaf, K. Sallinger, C. Gordon and K. Cannon re objection to Gateway claim (.4) | 0.40 | 224.00 |
| 03/10/10 | MVB | Telephone call with K. Cannon re: prepare for hearing on Bay North's proof of interest. | 0.20 | 142.00 |
| 03/11/10 | MVB | Review and revise orders (.2); prepare for (.4) and attend hearing (.3) by telephone re: objection to Bay North proof of interest and extension of exclusivity; telephone call with K. Cannon re: orders re: same (.2); | 1.10 | 781.00 |
| 03/12/10 | MVB | Review and revise order expunging Bay North's proof of interest (.2); review comments from A. Maudsley and telephone call with K. Cannon re: same (.1). | 0.30 | 213.00 |
| 03/15/10 | MVB | Review IRS claim (.2); review emails re: Gateway claim (.2). | 0.40 | 284.00 |
| 03/16/10 | S L | Retrieve filed Proof of Claims (.30), reviewed claims register for updates and coordinate same for files (.60). | 0.90 | 216.00 |
| 03/17/10 | S E | Review email from C. Gordon re Gateway lease issue (.1). | 0.10 | 56.00 |
| 03/17/10 | MVB | Review letters from IRS (.2); office conference with S. Eichel re: Gateway complaint and strategy re: claim objection (.2); reveiw email from Corbin re: strategy (.1). | 0.50 | 355.00 |
| 03/22/10 | MVB | Telephone call with J. Blatt re: IRS claims, prior return and tax issues. | 0.30 | 213.00 |

Statement Number: 1324128

Page # 3

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 03/22/10 | S L | Retrieve copies of claims register for Mezzanine and copies of all Proof of Claims filed (.50); Retrieve copy of claims register in Holdings and retrieve copies of Proof of Claims no. 1 thru 12 (.80). | 1.30 | 312.00 |
| 03/23/10 | S L | Retrieve copies of Proof of Claim filed in Holdings nos. 12 – 19; Retrieve copies of Proof of Claim filed in Partners no. 1 – 143. | 2.10 | 504.00 |
| 03/25/10 | MVB | Emails re: IRS (.2); telephone calls with K. Cannon (.2) and J. Blatt (.2) re: same. | 0.60 | 426.00 |
| | | **Total Professional Services** | **13.10** | **$6,057.50** |

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Michael V. Blumenthal | 710.00 | 3.60 | 2,556.00 |
| Steven Eichel | 560.00 | 2.80 | 1,568.00 |
| Vivian Arias | 395.00 | 2.10 | 829.50 |
| Stella Leung | 240.00 | 4.60 | 1,104.00 |
| **Total Professional Services** | | **13.10** | **$6,057.50** |

## Other Services & Expenses:

| Description | Amount |
|-------------|--------|
| Comp. Library Research | 86.85 |
| Long Distance Telephone | 3.55 |
| **Total Other Services & Expenses** | **$90.40** |



590 Madison Avenue, 20th Floor, New York, NY  10022-2524
p 212.223.4000 ▪ f 212.223.4134
Taxpayer ID # 52-1150358

April 16, 2010

Easy Street Holding, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah  84098

Attn: William Shoaf

Matter: 105773.0000006
Invoice: 1324129

---

Statement of Account

RE: Executory Contracts/Leases

Professional Services Rendered Through March 31, 2010          $392.00

Other Services and Expenses                                        0.00

Total Due this Invoice                                         $392.00

Crowell & Moring LLP ▪ www.crowell.com ▪ Washington, DC ▪ California ▪ New York ▪ London ▪ Brussels

Statement Number:  1324129
Page #: 2

## Professional Services:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 03/04/10 | S E | Conf with M. Blumenthal re executory contracts (.1); draft email to W. Shoaf re executory contracts (.1); review response from W. Shoaf re executory contracts (.1); tel conf with K. Cannon re rejection of executory contracts (.1); review email from K. Cannon re rejection of executory contract (.1); draft emails to K. Cannon re contracts to be assumed and rejected (.1). | 0.60 | 336.00 |
| 03/16/10 | S E | Reveiw email from M. Soto re executory contracts (.1). | 0.10 | 56.00 |
| | | **Total Professional Services** | **0.70** | **$392.00** |

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Steven Eichel | 560.00 | 0.70 | 392.00 |
| **Total Professional Services** | | **0.70** | **$392.00** |



590 Madison Avenue, 20ᵗʰ Floor, New York, NY 10022-2524
p 212.223.4000  ▪  f 212.223.4134
Taxpayer ID # 52-1150358

April 16, 2010

Easy Street Holding, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah  84098

Attn:  William Shoaf

Matter: 105773.0000007
Invoice: 1324130

Statement of Account

RE: Financing

Professional Services Rendered Through March 31, 2010            $11,808.50

Other Services and Expenses                                             0.00

Total Due this Invoice                                            $11,808.50

Statement Number:  1324130
Page #: 2

## Professional Services:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 03/01/10 | WMO | Corresp with B. Dorsey re additional financing alternatives ; arrange meetings. | 0.40 | 290.00 |
| 03/03/10 | MVB | Meeting with K. Sallinger and B. Dorsey re: status of discussions with alternate plan funders. | 1.00 | 710.00 |
| 03/06/10 | MVB | Telephone call with K. Sallinger re: alternate plan funding. | 1.40 | 994.00 |
| 03/08/10 | MVB | Review updated marketing offering package from BDRC (.4); telephone calls with K. Sallinger re: status of discussing alternate plan funders (.4); telephone call with B. Shoaf re: discussions and strategy with alternate plan funders (.3). | 1.10 | 781.00 |
| 03/09/10 | MVB | Conference call with B Shoaf, K. Sallinger, ▇▇▇▇▇▇▇and ▇▇▇▇▇as new plan funder (2.0); telephone call and emails with ▇▇▇▇▇re: status of ESP case and ▇▇▇▇▇as plan funder (.5); telephone call with K. Sallinger re: new plan funders and prepare for meeting re: same (.4). | 2.90 | 2,059.00 |
| 03/10/10 | MVB | Telephone calls with K. Sallinger re: alternative structures to plan and strategy. | 0.70 | 497.00 |
| 03/12/10 | MVB | Emails with R. Havel and ▇▇▇▇▇▇. | 0.30 | 213.00 |
| 03/16/10 | WMO | Meeting with B. Dorsey re prep for ▇▇▇▇▇meeting | 0.80 | 580.00 |
| 03/17/10 | MVB | Meeting with P. Smith and B. Dorsey prior to ▇▇▇▇ meeting to discuss strategy (.7); meeting with P. Smith and B. Shoaf after ▇▇▇▇▇ meeting re: status and strategy (1.2). | 1.90 | 1,349.00 |
| 03/18/10 | MVB | Conference call with ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ B. Shoaf and P. Smith re: ▇▇▇▇▇Funding Plan. | 1.50 | 1,065.00 |
| 03/22/10 | MVB | Telephone call with B. Dorsey re: negotiations with ▇▇▇▇ (.2); telephone call and email with ▇▇▇▇ (.1). | 0.30 | 213.00 |
| 03/23/10 | MVB | Telephone call with ▇▇ of ▇▇▇▇ re: status of LOI and West LB term sheet for restructured loan (.2); telephone call with B. Shoaf re: status of negotiations with ▇▇▇▇ (.2). | 0.40 | 284.00 |
| 03/24/10 | MVB | Telephone calls and emails with ▇▇▇ re: ▇▇▇ as plan funder (.4); telephone calls with B. Dorsey re: negotiations with ▇▇▇▇ (.4); telephone calls with B. Shoaf re: negotiations with ▇▇▇▇ (.4). | 1.20 | 852.00 |
| 03/30/10 | MVB | Conference call with B. Shoaf, P. Smith, K. Sallinger and B. Dorsey re: status of ▇▇▇▇ and strategy. | 0.60 | 426.00 |

Statement Number: 1324130
Page # 3

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 03/31/10 | WMO | Corresp re financing sources to B. Dorsey and M. Blumenthal | 0.30 | 217.50 |
| 03/31/10 | MVB | Telephone calls with K. Sallinger (.3), B. Shoaf (.3), K. Cannon (.2) and B. Dorsey (.2) re: ▓▓▓▓ term sheet and alterantive strategies; telephone call with R. Strickland re: ▓▓▓▓ term sheet (.3); review revised information package from K. Sallinger (.5). | 1.80 | 1,278.00 |

**Total Professional Services** 16.60 $11,808.50

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Michael V. Blumenthal | 710.00 | 15.10 | 10,721.00 |
| William M. O'Connor | 725.00 | 1.50 | 1,087.50 |
| **Total Professional Services** | | 16.60 | $11,808.50 |

Crowell & Moring LLP ▪ www.crowell.com ▪ Washington, DC ▪ California ▪ New York ▪ London ▪ Brussels



590 Madison Avenue, 20th Floor, New York, NY 10022-2524
p 212.223.4000 ▪ f 212.223.4134
Taxpayer ID # 52-1150358

April 16, 2010

Easy Street Holding, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah 84098

Attn: William Shoaf

Matter: 105773.0000009
Invoice: 1324133

---

Statement of Account

RE: Bay North Litigation

| | |
|---|---|
| Professional Services Rendered Through March 31, 2010 | $36,945.00 |
| Other Services and Expenses | 810.24 |
| Total Due this Invoice | $37,755.24 |

Crowell & Moring LLP ▪ www.crowell.com ▪ Washington, DC ▪ California ▪ New York ▪ London ▪ Brussels

Statement Number:  1324133
Page #: 2

## Professional Services:

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 03/02/10 | MVB | Review objections to request for production and interrogatories. | 0.60 | 426.00 |
| 03/05/10 | B Z | Work on discovery schedule in BayNorth litigation (1.0); organize files for discovery (1.4); review BayNorth responses to discovery (.7) | 2.10 | 1,176.00 |
| 03/05/10 | B Z | Review outgoing discovery in BayNorth action and organize same. | 1.90 | 1,064.00 |
| 03/08/10 | B Z | Discussion with M. Blumenthal re: discovery (.3); revisions to discovery schedule (.7); review documents requested by BayNorth (.8) | 1.80 | 1,008.00 |
| 03/09/10 | B Z | Work on BayNorth interrogatory responses (1.6); email to A. Fiotto re: confidentiality agreement (.1); finalize discovery on Taylor Capital Management and Merritt & Harris (.5); email to client re: initial disclosures (.1); review WestLB objections to discovery (.3); email to WestLB counsel re: confidentiality agreement (.1); | 2.70 | 1,512.00 |
| 03/10/10 | B Z | Review proposed confidentiality agreement from BayNorth's counsel (.6); discussion with M. Blumenthal re: same (.2). | 0.80 | 448.00 |
| 03/10/10 | S M | Reviewing document requests and objections (.3); research re: objection based on documents in our possession and equal access as inadequate; and boiler plate objections are inadequate (.8); drafting memorandum re: same (.7). | 1.80 | 774.00 |
| 03/11/10 | B Z | Work on BayNorth interrogatory responses (3.4) review research re: WestLB Discovery responses (1.2) | 4.60 | 2,576.00 |
| 03/11/10 | MVB | Review Bay North confidentiality agreement (.2) and office conference with B. Zabarauskas re: comments; office conference with B. Zabarauskas re: discovery (.2). | 0.40 | 284.00 |
| 03/12/10 | B Z | Revisions to interrogatory responses (1.6); review BayNorth document requests and prepare objection to same (1.0) | 2.60 | 1,456.00 |
| 03/12/10 | MVB | Review and revise answers to interrogatories (.4) and office conference with B. Zabarauskas re: same (.2). | 0.60 | 426.00 |
| 03/14/10 | B Z | Review W. Shoaf email and attachments re: responses to interrogatories. | 0.20 | 112.00 |

Statement Number: 1324133
Page # 3

| <u>Date</u> | <u>Initials</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 03/15/10 | B Z | Review interrogatory responses (.4); discussions with WestLB counsel re: documents to be produced (.2); conference with M. Blumenthal re: outstanding discovery issues (.2); review email from BayNorth's counsel re: adjournment of Shoaf deposition and discussion with M. Blumenthal re: same (.1); review documents in connection with BayNorth document request (4.5) | 5.40 | 3,024.00 |
| 03/15/10 | MVB | Office conference with B. Zabarauskas re: discovery issues. | 0.20 | 142.00 |
| 03/15/10 | S L | Coordination of documents for Bruce J. Zabarauskas. | 0.60 | 144.00 |
| 03/16/10 | B Z | Emails to and from K. Cannon's office re: service of Taylor subpoena (.1); draft objections to BayNorth document request (.8) | 0.90 | 504.00 |
| 03/16/10 | MVB | Review confidentiality agreement with West LB concerning discovery (.2); review emails from B. Zabarauskas re: discovery (.1). | 0.30 | 213.00 |
| 03/16/10 | S L | Continued document production with Bruce J. Zabarauskas. | 1.50 | 360.00 |
| 03/17/10 | B Z | Review documents in connection with BayNorth document requests | 3.30 | 1,848.00 |
| 03/18/10 | B Z | Discussion with M. Blumenthal re: WestLB Confidentiality Agreement and discovery strategy (.2); review documents for potential witness identification (1.5); discussion with W. Shoaf re: witnesses (.3); research re: Bruce Davidson of WestLB (.8); prepare Prime Group and Davidson subpoenas and notices of deposition (.5); review emails and attachments from A. Mohhabir re: confidentiality agreement (.2); review email from WestLB Counsel re: confidentiality agreement (.1); discussion with M. Blumenthal re: same (.1) | 5.40 | 3,024.00 |
| 03/18/10 | MVB | Office conference with B. Zabarauskas re: deposition schedule (.2); conference call with B. Zabarauskas and Kim Wilson re: production of Wickline documents and scheduling deposition (.3). | 0.50 | 355.00 |
| 03/18/10 | S L | Organize email & correspondences for Bruce J. Zabarauskas in chronological order. | 1.60 | 384.00 |

Statement Number: 1324133
Page # 4

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 03/19/10 | B Z | Review and respond to email from WestLB re: comments to Confidentiality Agreement (.2); review and respond to A. Mohibar email re: BayNorth Confidentiality Agreement (.2); review BayNorth Confidentiality Agreement for changes (.4); discussion with M. Blumenthal re: same (.1); discussion; discussion with W. Doody re: document production of Merritt & Harris (.3); follow-up to obtain service to pick up and copy Merritt & Harris documents (.2); draft and revise initial disclosures (3.4); conference call with L. Wilson and M. Blumenthal re: Wickline deposition (.3); discussion with M. Blumenthal re: same (.1); review client documents re: production; discussion with S. Leung re: assemble loan documents for production (.2); emails to and from K. Cannon re: discovery stipulations and Wickline deposition (.1); review documents in connection with BayNorth document request (.3) | 5.80 | 3,248.00 |
| 03/19/10 | MVB | Review confidentiality agreement with West LB (.2); office conference with B. Zabarauskas re: comments (.1). | 0.30 | 213.00 |
| 03/22/10 | B Z | Emails to and from M. Jackson re: document request to WestLB (.1); emails to and from . Flores concerning Merritt & Harris document production and subpoena date (.1); arrange for pickup of Merritt & Harris documents in Los Angeles (.2); discussion with M. Blumenthal re: Discovery (.3); review proposed motion and order re: confidentiality agreement with BayNorth (.3); emails to and from A. Maudsley re: same (.1); document review (1.3) | 2.40 | 1,344.00 |
| 03/22/10 | MVB | Office conference with B. Zabarauskas re: discovery schedule and strategy (.3); conference call with T. Fiotto re: discovery and deposition schedule (.2). | 0.50 | 355.00 |
| 03/22/10 | S L | Document Production for Bruce J. Zabarauskas in re: BayNorth sales package documents (1.40); Document production re: Loan Binder Documents (1.90). | 3.30 | 792.00 |
| 03/23/10 | MVB | Review and comment on initial disclosures (.3). | 0.30 | 213.00 |
| 03/23/10 | S L | Continue document production for Loan Binder Documents. | 0.90 | 216.00 |
| 03/24/10 | B Z | Discussion with M. Blumenthal re: outstanding discovery issues (.3) | 0.30 | 168.00 |
| 03/24/10 | MVB | Office conference with B. Zabarauskas re: discovery issues and judicial disclosures. | 0.30 | 213.00 |
| 03/24/10 | S L | Revisions to Subpoena to Davidson with Bruce J. Zabarauskas (.20), prepare same to process servers for service (.30), telephones calls to process servers regarding same (.20). | 0.70 | 168.00 |
| 03/25/10 | B Z | Discussion with M. Blumenthal re: discovery issues. | 0.20 | 112.00 |

Case 09-29905   Doc 523-3   Filed 05/28/10   Entered 05/28/10 15:28:13   Desc Exhibit
6   Page 18 of 37

Statement Number: 1324133
Page # 5

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 03/25/10 | MVB | Office conferences with B. Zabarauskas (.2) and emails with T. Fiotto re: discovery (.1). | 0.30 | 213.00 |
| 03/26/10 | B Z | Emails to and from WestLB re: document production (.1); review documents provided by client in connection with discovery (2.3); revise and finalize initial disclosures (.4) | 2.80 | 1,568.00 |
| 03/26/10 | MVB | Office conference with B. Zabarauskas re: discovery: setting depo dates and initial disclosures (.1); emails re: same (.2). | 0.30 | 213.00 |
| 03/29/10 | B Z | Review documents produced by Merritt & Harris (1.8); discussion with M. Blumenthal re: same (.3); email to A. Fiotto re: Merritt & Harris production (.1); conference call with M. Blumenthal and S. Feldman re: David Wickline (.3); follow-up discussions with M. Blumenthal re: same (.3); follow-up with WestLB counsel re: document production (.1); review documents provided by client in connection with litigation (1.7) | 4.70 | 2,632.00 |
| 03/29/10 | MVB | Office conference with B. Zabarauskas re: discovery. | 0.30 | 213.00 |
| 03/30/10 | B Z | Draft and revise objections to BayNorth document requests (2.0) revise responses to interrogatories (.7); emails to A. Fiotto re: availability for discussion re: discovery dates and Merritt & Harris deposition (.3); discussion with M. Blumenthal re: same (.2); email WestLB counsel re: when documents will be produced (.1) | 3.40 | 1,904.00 |
| 03/30/10 | MVB | Emails to A. Fiotto (.1) and office conferences with B. Zabarauskas re: discovery (.2). | 0.30 | 213.00 |
| 03/31/10 | B Z | Review documents produced by WestLB (1.0); emails to and from counsel for WestLB re: same (.1) discussion with S. Maswoswe re: place for filing motion to compel (.1); discussion with K. Cannon re: preparation and filing of motion to approve WestLB Confidentiality Agreement (.1); review motion to approve WestLB Confidentiality Agreement (.1); emails to and from A. Fiotto re: discovery (.2); discussion with M. Blumenthal re: same (.1) | 1.40 | 784.00 |
| 03/31/10 | S M | Research regarding jurisdiction of bankruptcy court in regards to motion to compel production of documents arising from a subpoena issued from an alternate court (2.0); strategizing re: same with B. Zabarauskas (.1). | 2.10 | 903.00 |
| | | **Total Professional Services** | **70.40** | **$36,945.00** |

Statement Number: 1324133
Page #: 6

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Michael V. Blumenthal | 710.00 | 5.20 | 3,692.00 |
| Bruce Zabarauskas | 560.00 | 52.70 | 29,512.00 |
| Shamiso Maswoswe | 430.00 | 3.90 | 1,677.00 |
| Stella Leung | 240.00 | 8.60 | 2,064.00 |
| **Total Professional Services** | | **70.40** | **$36,945.00** |

## Other Services & Expenses:

| Description | Amount |
|-------------|--------|
| Comp. Library Research | 185.57 |
| Administrative overtime | 45.00 |
| Inhouse Duplicating | 111.80 |
| Air fare | 462.40 |
| Facsimile | 5.47 |
| **Total Other Services & Expenses** | **$810.24** |



590 Madison Avenue, 20th Floor, New York, NY 10022-2524
p 212.223.4000 ▪ f 212.223.4134
Taxpayer ID # 52-1150358

April 16, 2010

Easy Street Holding, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah  84098

Attn:  William Shoaf

Matter: 105773.0000010
Invoice: 1324134

---

Statement of Account

RE: Other Litigation

| | |
|---|---|
| Professional Services Rendered Through March 31, 2010 | $48.00 |
| Other Services and Expenses | 0.00 |
| Total Due this Invoice | $48.00 |

Crowell & Moring LLP ▪ www.crowell.com ▪ Washington, DC ▪ California ▪ New York ▪ London ▪ Brussels

Statement Number: 1324134
Page #: 2

## Professional Services:

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 03/17/10 | S L | Retrieve copies of Amended Complaint and the complaint filed by the creditors' committee against WestLB per Michael V. Blumenthal to J. Yin. | 0.20 | 48.00 |
| | | **Total Professional Services** | **0.20** | **$48.00** |

| Name | Rate | Hours | Value |
|---|---|---|---|
| Stella Leung | 240.00 | 0.20 | 48.00 |
| **Total Professional Services** | | **0.20** | **$48.00** |



590 Madison Avenue, 20th Floor, New York, NY  10022-2524
p 212.223.4000  ■  f 212.223.4134
Taxpayer ID # 52-1150358

April 16, 2010

Easy Street Holdihng, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah 84098

Attn:  William Shoaf

Matter: 105773.0000012
Invoice: 1324136

Statement of Account

RE: Reorganization Plan/Disclosure Statement

| | |
|---|---|
| Professional Services Rendered Through March 31, 2010 | $33,364.00 |
| Other Services and Expenses | 365.75 |
| Total Due this Invoice | $33,729.75 |

Statement Number: 1324136
Page #: 2

## Professional Services:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 03/01/10 | MVB | Review and revise redrafted Funding Agreement (.5); conference call with B. Shoaf and P. Smith (.3). | 0.80 | 568.00 |
| 03/02/10 | MVB | Review and revise funding agreement (.8) and comments to same (.6); telephone calls and emails with B. Shoaf re: same (.5); emails with K. Cannon re: Class 4 ballot (.2). | 2.10 | 1,491.00 |
| 03/02/10 | S L | Prepare binder for amended Disclosure Statement, amended Plan, order approving Disclosure Statement and Valuation Motion for S. Eichel. | 0.90 | 216.00 |
| 03/03/10 | S E | Review and revise motion to extend Partner's exclusive solicitation period (1.3); and accompanying order (.5); confs with M. Blumenthal re exclusivity motion and timing (.1); tel conf with K. Cannon re timing issues for exclusivity motion and memo in support of confirmation (.1); work on issues re memo in support of confirmation (.6); draft email to W. Shoaf requesting information for exclusivity motion and review response (.1); review and revised revised ballot and notice (.6); tel conf with K. Cannon re comments to revised ballot and notice (.2) | 3.50 | 1,960.00 |
| 03/03/10 | MVB | Emails with B. Shoaf, S. Sandholtz, L. Hulme re: finalizing Funding Agreement (.5); emails with R. Havel re: Funding Agreement and West LB term sheet (.3); review and revise motion to extend exclusivity (.6); telephone call with K. Cannon re: revise Class 4 ballot, status of funding agreement and confirmation issues (.4). | 1.80 | 1,278.00 |
| 03/03/10 | V A | Draft Order extending exclusivity of Partners | 0.80 | 316.00 |
| 03/03/10 | S L | Assist S. Eichel in research in support of confirmation. | 0.30 | 72.00 |
| 03/04/10 | S E | Review and revise motion to extend exclusivity (.9); review and revise order extending exclusivity (.1); draft email to K. Cannon and W. Shoaf re motion to extend exclusivity (.1); tel conf w/K. Cannon re exclusivity motion (.1). | 1.20 | 672.00 |
| 03/04/10 | B Z | REview WestLB discovery re: confirmation (.5); discussion with M. Blumenthal re: same (.4) | 0.90 | 504.00 |
| 03/04/10 | MVB | Conference call with L. Hulme and S. Sandholtz re: finalizing Funding Agreement and discuss issues concerning West LB term sheet (1.3); follow up with B. Shoaf re: same; conference call with W. Ellis and R. Havel concerning term sheet (1.1); telephone call with K. Sallinger re: alternative funding sources (.6). | 3.00 | 2,130.00 |

Statement Number: 1324136
Page # 3

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 03/05/10 | S E | Conf with S. Leung re preparing plan supplement (.1); work on issues re plan supplement (.2); commence drafting plan supplement (.4); draft email to W. Shoaf re list of executory contract for plan supplement (.1); tel conf with K. Cannon re hearing on motion to extend exclusivity and Gateway's response to C. Gordon's letters (.1). | 0.90 | 504.00 |
| 03/05/10 | MVB | Conference call with R. Havel and B. Ellis re: West LB term sheet (.8); telephone calls (.5) and emails (.4) to B. Shoaf re: same. | 1.70 | 1,207.00 |
| 03/05/10 | S L | Draft Plan supplement for S. Eichel. | 0.20 | 48.00 |
| 03/07/10 | S E | Commence drafting memo in support of confirmation (1.4); tel conf with M. Blumenthal re status and strategy (.4). | 1.80 | 1,008.00 |
| 03/08/10 | S E | Tel conf with W. Shoaf re executory contracts for plan supplement (.1) | 0.10 | 56.00 |
| 03/08/10 | MVB | Telephone calls with B. Shoaf re: strategy for amending plan and procedural issues re: same (.6); telephone call with K. Cannon re: issues concerning plan funder, alternative scenerios moving forward and strategy (.3); telphone call with L. Jenkins re: status of plan and issues concerning plan funder (.3). | 1.20 | 852.00 |
| 03/09/10 | B Z | Research on indubitable equivalence issues (1.8); discussion with M. Blumenthal re: same (.3); discussion with M. Blumenthal re: WestLB confirmation issues (.3) | 2.40 | 1,344.00 |
| 03/09/10 | MVB | Telephone call with R. Havel re: discovery in connection with confirmation hearing (.2); telephone call with R. Havel re: update on plan funder and alternatives (.3); emails to W. Shoaf, K. Sallinger and K. Cannon re: conversations with West LB (.2). | 0.70 | 497.00 |
| 03/10/10 | S E | Tel conf with M. Soto re executory contracts for plan supplement (.1); review email from M. Soto re contracts for plan supplement (.1) | 0.20 | 112.00 |
| 03/10/10 | MVB | Conference call with B. Shoaf and K. Sallinger re: alternative structures to plan and strategy (.5); telephone call with K. Cannon re: same (.2). | 0.70 | 497.00 |
| 03/11/10 | S E | Conf with S. Leung re preparing chart summarizing ballots (.1); conf with S. Leung and M. Blumenthal re same (.1); tel conf with K. Cannon re status and strategy (.2); tel conf with M. Blumenthal re same (.1); draft email to M. Soto re executory contracts for Plan Supplement (.1). | 0.60 | 336.00 |
| 03/11/10 | MVB | Telephone call with K. Cannon re: adjournment of confirmation hearing and procedural issues (.2); review email and proposed plan changes from M. Johnson re: Jacobsen (.3). | 0.50 | 355.00 |

Statement Number: 1324136
Page # 4

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 03/12/10 | S E | Tel conf with M. Soto re executory contracts to be assumed by debtor (.3); review and revise plan supplement based on conversation with M. Soto (.2); conf with M. Blumenthal re status an strategy (.1) | 0.60 | 336.00 |
| 03/12/10 | MVB | Telephone call with R. Havel re: status of negotiations with alternate plan funder, cash status, extension of exclusivity, cash collateral stipulation and adjournment of discovery (.4); telephone calls with K. Cannon re: adjournment of confirmation hearing and strategy re: same (.3). | 0.70 | 497.00 |
| 03/13/10 | MVB | Conference call with B. Shoaf, K. Sallinger, B. Dorsey, J. Blatt re: status of discussions with ▇▇▇▇▇ WestLB term sheet for restructured loan, cash flows, adjournment of confirmation and strategy. | 1.50 | 1,065.00 |
| 03/15/10 | S E | Conf with M. Blumenthal re status and strategy (.2); review and revise ex parte motion to continue confirmation hearing related hearing dates (.5); draft email to K. Cannon re comments to exparte motion to contine confirmation related hearing dates (.1); review various emails from K. Cannon re exparte motion and notice of confirmation hearing (.2) | 1.00 | 560.00 |
| 03/15/10 | MVB | Review and comment on ex parte motion to adjourn confirmation (.2) and telephone call with K. Cannon re: same and strategy (.3); review correspondence from L. Hulme and S. Sandholtz re: Funding Agreement (.2); telephone call with B. Shoaf re: same (.2) and prepare response re: termination of Funding Agreement with SCP (.2); telephone call with L. Jenkins re: status of plan process and adjournment of confirmation hearing (.2); telephone call with R. Havel re: status of negotiations with alternate plan funder and adjourments of confirmation hearing (.2); office conference with B. Zabarauskas re: valuation hearing (.2). | 1.70 | 1,207.00 |
| 03/16/10 | S E | Final review of ex parte motion to continue confirmation hearing (.3); tel conf with homeowner who called regarding a question re treatment under plan (.2); review and revise amended confirmation hearing notice (.3); draft email to K. Cannon re comments to exparte motion to continue confirmation hearing notice and accompanying notice (.1); review email from M. Soto re executory contracts (.1); review proposed order granting ex parte motion to extend confirmation hearing and related deadlines (.2); conf with M. Blumenthal re order extending deadlines and related notice (.1); draft email to K. Cannon re order approving motion extending deadlines (.1); tel conf with K. Cannon re Notice (.1); conf with M. Blumenthal re Notice (.1). | 1.60 | 896.00 |
| 03/16/10 | S E | Conf with M. Blumenthal and B. Zabarauskas re issues raised by W. Shoaf. | 0.30 | 168.00 |

Statement Number: 1324136
Page # 5

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 03/16/10 | MVB | Conference call with ████ and ████ re: ████ West I.B term sheet and procedural issues in bankruptcy case (1.6); telephone call with B. Shoaf re: foregiong and strategy for negotiations with ████ (.4); review and revise ex parte motion and order adjourning confirmation (.2); office conference with B. Zabarauskas and S. Eichel to review issues concerning structure of ████ transaction and plan issues (.3). | 2.50 | 1,775.00 |
| 03/17/10 | MVB | Office conference with S. Leung re: preparation of chart for ballots. | 0.10 | 71.00 |
| 03/17/10 | S L | Office conference with Michael V. Blumenthal regarding Ballots (.10) , prepare chart of ballots (.70). | 0.80 | 192.00 |
| 03/18/10 | S E | Conf with M. Blumenthal re votes cast in connection with plan (.1) | 0.10 | 56.00 |
| 03/18/10 | B Z | Research insolvency issues relating to and impact of existing valuation. | 1.60 | 896.00 |
| 03/18/10 | MVB | Meeting with P. Smith and B. Shoaf to discuss issues wtih ████ and strategy for negotiations and plan process (.6); emails and telephone call with K. Cannon re: issues concerning adjournment and cash position of Easy Street Partners through April (.2). | 0.80 | 568.00 |
| 03/18/10 | S L | Continue to prepare chart of Ballots. | 1.70 | 408.00 |
| 03/19/10 | S E | Conf with S. Leung re ballots (.1) draft email to K. Cannon re 3018 deadline and strategy (.1). | 0.20 | 112.00 |
| 03/19/10 | MVB | Telephone call with R. Havel re: status of negotiations with Medallion and exclusivity motion (.2); emails re: exclusivity motion (.1); telephone call with K. Cannon re: same (.1). | 0.40 | 284.00 |
| 03/19/10 | S L | Updated ballot information (.60), office conference with S. Eichel regarding same (.10). | 0.70 | 168.00 |
| 03/22/10 | S E | Review email from K. Cannon re whether creditors filed a motion for temporary allowance (.1); tel conf with K. Cannon re (i) voting issues  and (ii) strategy with respect to valuation hearing (.3); reveiw emails from B. Zabaraskas and M. Blumenthal re deadline to file objections to valuation motion (.1). | 0.50 | 280.00 |
| 03/22/10 | B Z | Review appraisal report in connection with valuation hearing. | 1.90 | 1,064.00 |
| 03/23/10 | S L | Update incoming ballots on ballot information chart. | 0.80 | 192.00 |
| 03/24/10 | B Z | Prepare proffer of appraisal testimony. | 3.20 | 1,792.00 |
| 03/24/10 | MVB | Telephone call with L. Jenkins re: status of plan process and negotiations wtih plan funder. | 0.30 | 213.00 |

Statement Number: 1324136

Page # 6

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 03/25/10 | S E | Conf with S. Leung re class 6 ballot and review ballot (.1); confs with B. Zabarauskas re proffer of valuation expert in connection with valuation hearing (.3); draft, review and revise proffer of appraisal (2.2) | 2.60 | 1,456.00 |
| 03/25/10 | B Z | Discussion with S. Eichel re: valuation issues (.3); draft and revise proffer of appraisal testimony (1.1). | 1.40 | 784.00 |
| 03/25/10 | S L | Draft Class 6 Ballot for ESM, ESP, CloudNine Resorts and W. Shoaf per Michael V. Blumenthal (.40); updated ballots chart (.20). | 0.60 | 144.00 |
| 03/26/10 | B Z | Discussion with P. Throndsen, M. Blumenthal and K. Cannon re: valuation hearing (.7); revisions to appraisal testimony proffer (.4) | 1.10 | 616.00 |
| 03/26/10 | MVB | Conference call with P. Thronsden, B. Zabarauskas and K. Cannon re: appraisal. | 0.70 | 497.00 |
| 03/29/10 | MVB | Telephone call with W. Shoaf re: status of Medallion and strategy under plan (.3); telephone call with K. Cannon re: modifications to appraisal, adjournment of valuation hearing and exclusivity motion (.4). | 0.70 | 497.00 |
| 03/29/10 | S L | Update incoming ballots on ballot information chart. | 0.60 | 144.00 |
| 03/30/10 | MVB | Attend hearings by telephone on exclusivity and estimation of Homeowners' claims (.3); follow up with K. Cannon (.2) | 0.50 | 355.00 |
| 03/31/10 | S L | Update incoming ballots on ballot information chart. | 0.20 | 48.00 |
| | | **Total Professional Services** | **57.70** | **$33,364.00** |

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Michael V. Blumenthal | 710.00 | 22.40 | 15,904.00 |
| Steven Eichel | 560.00 | 15.20 | 8,512.00 |
| Bruce Zabarauskas | 560.00 | 12.50 | 7,000.00 |
| Vivian Arias | 395.00 | 0.80 | 316.00 |
| Stella Leung | 240.00 | 6.80 | 1,632.00 |
| **Total Professional Services** | | **57.70** | **$33,364.00** |

**Other Services & Expenses:**

Crowell & Moring LLP ▪ www.crowell.com ▪ Washington, DC ▪ California ▪ New York ▪ London ▪ Brussels

Statement Number: 1324136
Page #: 7

| Description | Amount |
|---|---|
| Local Transportation | 241.10 |
| Administrative overtime | 45.00 |
| Overtime Meals | 13.49 |
| Long Distance Telephone | 8.76 |
| Long Distance Telephone | 57.40 |
| **Total Other Services & Expenses** | **$365.75** |



590 Madison Avenue, 20th Floor, New York, NY 10022-2524
p 212.223.4000 ▪ f 212.223.4134
Taxpayer ID # 52-1150358

April 16, 2010

Easy Street Holding, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah 84098

Attn:  William Shoaf

Matter: 105773.0000014
Invoice: 1324137

---

Statement of Account

RE: Retention/Fee Matters

| | |
|---|---:|
| Professional Services Rendered Through March 31, 2010 | $3,572.00 |
| Other Services and Expenses | 0.24 |
| Total Due this Invoice | $3,572.24 |

Statement Number:  1324137
Page #: 2

## Professional Services:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 01/26/10 | MVB | Review and revise interim fee application for C&M. | 0.50 | 355.00 |
| 01/27/10 | MVB | Review and revise interim fee application (.8) and office conference with S. Eichel and S. Leung re: same (.4). | 1.20 | 852.00 |
| 03/11/10 | S L | Proof read February time and bills. | 1.50 | 360.00 |
| 03/15/10 | MVB | Telephone call with L. Jenkins and email re: resolution of objection to C&M interim fee application (.3); review and revise C&M 4th monthly request (.3). | 0.60 | 426.00 |
| 03/15/10 | S L | Office conference with Michael V. Blumenthal regarding fee application hearing, retrieve copies of fee applications of C&M, Durham Jones and Jones Waldo fee application in preparation of fee hearing (.50); reviewed and finalized February bills with A. Brenes (.20), draft 4th Interim monthly fee application (.60); office conference with Michael V. Blumenthal regarding 4th Interim monthly fee application (.10). | 1.40 | 336.00 |
| 03/16/10 | S E | Tel conf with K. Cannon re fee order (.1); draft fee order (.2) | 0.30 | 168.00 |
| 03/16/10 | MVB | Review form of interim order (.1) and office conference with S. Eichel to prepare C&M order allowing fees (.1). | 0.50 | 355.00 |
| 03/16/10 | S L | Finalized Monthly Interim Fee Application for the Month of February 2010 with Michael V. Blumenthal (.40); Redact exhibits to Fee application (.50); Prepare same for service on interested parties (.40); prepare same for filing with Local counsel (.30). | 1.60 | 384.00 |
| 03/17/10 | S E | Conf with M. Blumenthal re interim fee order (.1); review and revise interim fee order (.2) | 0.30 | 168.00 |
| 03/22/10 | S E | Conf with M. Blumenthal re fee application order (.1); review and revise fee order (.1): draft email to K. Cannon re fee order (.1) | 0.30 | 168.00 |
| | | **Total Professional Services** | **8.20** | **$3,572.00** |

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Michael V. Blumenthal | 710.00 | 2.80 | 1,988.00 |
| Steven Eichel | 560.00 | 0.90 | 504.00 |

Statement Number: 1324137
Page #: 3

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Stella Leung | 240.00 | 4.50 | 1,080.00 |
| **Total Professional Services** | | 8.20 | $3,572.00 |

## Other Services & Expenses:

| Description | Amount |
|-------------|--------|
| Long Distance Telephone | 0.24 |
| **Total Other Services & Expenses** | $0.24 |



590 Madison Avenue, 20th Floor, New York, NY 10022-2524
p 212.223.4000 ▪ f 212.223.4134
Taxpayer ID # 52-1150358

April 16, 2010

Easy Street Holding, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah  84098

Attn:  William Shoaf

Matter: 105773.0000015
Invoice: 1324138

---

Statement of Account

RE: Secured Claims (WestLB)

| | |
|---|---:|
| Professional Services Rendered Through March 31, 2010 | $4,473.00 |
| Other Services and Expenses | 0.00 |
| Total Due this Invoice | $4,473.00 |

Crowell & Moring LLP ▪ www.crowell.com ▪ Washington, DC ▪ California ▪ New York ▪ London ▪ Brussels

Statement Number:  1324138

Page #: 2

## Professional Services:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 03/02/10 | MVB | Review revised West LB term sheet. | 0.30 | 213.00 |
| 03/03/10 | MVB | Conference call with S. Sandholtz, L. Hulme and B. Shoaf re: West LB term sheet for restructured loan. | 0.80 | 568.00 |
| 03/10/10 | MVB | Telephone call with R. Havel re: term sheet for West LB Restructured Loan (.2); follow up with B. Shoaf re: same (.2); draft definition of Excess Cash Flow (.2). | 0.60 | 426.00 |
| 03/11/10 | MVB | Review revised term sheet from R. Havel (.3) and email to R. Havel (.1); telephone all with J. Blatt re: funding issues (.2). | 0.60 | 426.00 |
| 03/11/10 | MVB | Telephone call with J. Blatt re: funding issues (.2). | 0.20 | 142.00 |
| 03/15/10 | MVB | Review email from R. Havel re: 5-year business plan and definition of Net Sales Proceeds for term sheet (.3); review emails from J. Blatt and B. Shoaf re: funding requests and 5-year plan issues (.2). | 0.50 | 355.00 |
| 03/16/10 | MVB | Review emails on funding and West LB term sheet (.3); prepare response (.2) and telephone call with J. Blatt re: same (.2). | 0.70 | 497.00 |
| 03/18/10 | MVB | Review email from R. Havel re: cash collateral budget (.1); review emails from J. Blatt re: transfer request L (.1) and follow up telephone call with J. Blatt (.2). | 0.40 | 284.00 |
| 03/24/10 | MVB | Telephone calls with B. Ellis, R. Havel, B. Dorsey re: communications with ███████ | 0.50 | 355.00 |
| 03/25/10 | MVB | Telephone call with B. Dorsey (.2), B. Shoaf (.3), K. Sallinger (.2) re: West LB's interaction with ██████ | 0.70 | 497.00 |
| 03/26/10 | MVB | Telephone call with ██████ to review West LB term sheet for restructured loan. | 1.00 | 710.00 |
| | | **Total Professional Services** | **6.30** | **$4,473.00** |

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Michael V. Blumenthal | 710.00 | 6.30 | 4,473.00 |
| **Total Professional Services** | | **6.30** | **$4,473.00** |



590 Madison Avenue, 20ᵗʰ Floor, New York, NY  10022-2524
p 212.223.4000  ▪  f 212.223.4134
Taxpayer ID # 52-1150358

April 16, 2010

Easy Street Hollding, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah 84098

Attn:  William Shoaf

Matter: 105773.0000017
Invoice: 1324139

---

Statement of Account

RE: Secured Claims (Bay North)

Professional Services Rendered Through March 31, 2010          $6,788.00

Other Services and Expenses                                        18.00

Total Due this Invoice                                         $6,806.00

Statement Number:  1324139
Page #: 2

## Professional Services:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 03/02/10 | B Z | Review BayNorth response to objection to proof of interest (.3); discussion with M. Blumenthal re: same (.3); follow-up research re: same (1.2); draft and revise response in further support of objection to proof of interest (2.0) | 3.80 | 2,128.00 |
| 03/02/10 | MVB | Review and revise objection to Bay North's proof of interest (.5); telephone call with B. Shoaf re: same (.2) | 0.70 | 497.00 |
| 03/03/10 | B Z | Revise and finalize response in further support of objection to BayNorth proof of interest (1.4); discussion with M. Blumenthal re: same (.2); prepare for C. Flint deposition(3.6); discussion with M. Blumenthal and K. Cannon re: response to objection to BayNorth proof of interest and other issues (.3) | 5.50 | 3,080.00 |
| 03/03/10 | MVB | Review and revise reply in connection with objection to Bay North's proof of interest (.3); office conference with B. Zabarauskas re: same (.2). | 0.50 | 355.00 |
| 03/04/10 | B Z | Prepare for Flint deposition (.7); discussion with M. Blumenthal re: strategy of Flint depo (.4); discussion with A. Fiotto re: stipulation re: Flint depo (.1); email exchange with A. Fiotto re: canceling Flint deposition in exchange BayNorth will rely on documents and have no objection to our exhibits (.1) | 1.30 | 728.00 |
| | | **Total Professional Services** | **11.80** | **$6,788.00** |

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Michael V. Blumenthal | 710.00 | 1.20 | 852.00 |
| Bruce Zabarauskas | 560.00 | 10.60 | 5,936.00 |
| **Total Professional Services** | | **11.80** | **$6,788.00** |

## Other Services & Expenses:

| Description | Amount |
|-------------|--------|
| Local Transportation | 18.00 |
| **Total Other Services & Expenses** | **$18.00** |



590 Madison Avenue, 20th Floor, New York, NY 10022-2524
p 212.223.4000 ▪ f 212.223.4134
Taxpayer ID # 52-1150358

April 16, 2010

Easy Street Holding, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah 84098

Attn:  William Shoaf

Matter: 105773.0000020
Invoice: 1324173

Statement of Account

RE: Corporate Issues

| | |
|---|---|
| Professional Services Rendered Through March 31, 2010 | $0.00 |
| Other Services and Expenses | 25.93 |
| Total Due this Invoice | $25.93 |

Statement Number:  1324173
Page #: 2

## Professional Services:

|  | | |
|---|---|---|
| **Total Professional Services** | <u>0.00</u> | <u>$0.00</u> |

## Other Services & Expenses:

| Description | Amount |
|---|---|
| Meals | 25.93 |
| **Total Other Services & Expenses** | <u>$25.93</u> |

Crowell & Moring LLP ▪ www.crowell.com ▪ Washington, DC ▪ California ▪ New York ▪ London ▪ Brussels