# EXHIBIT 7



590 Madison Avenue, 20th Floor, New York, NY 10022-2524
p 212.223.4000 ● f 212.223.4134
Taxpayer ID # 52-1150358

May 10, 2010

Easy Street Holding, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah 84098

Attn: William Shoaf

Matter: 105773.0000001
Invoice: 1326491

---

Statement of Account

RE: General Advice

Professional Services Rendered Through April 30, 2010          $355.00

Other Services and Expenses                                    3,632.16

Total Due this Invoice                                        $3,987.16

Crowell & Moring LLP ● www.crowell.com ● Washington, DC ● California ● New York ● London ● Brussels

Statement Number: 1326491
Page #: 2

## Professional Services:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 04/08/10 | MVB | Telephone calls with K. Cannon (.2) and B. Shoaf (.3) re: strategy in case going forward. | 0.50 | 355.00 |
| | | **Total Professional Services** | **0.50** | **$355.00** |

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Michael V. Blumenthal | 710.00 | 0.50 | 355.00 |
| **Total Professional Services** | | **0.50** | **$355.00** |

## Other Services & Expenses:

| Description | Amount |
|-------------|--------|
| Postage | 59.57 |
| Administrative overtime | 135.00 |
| Inhouse Duplicating | 184.00 |
| Air fare | 124.70 |
| Auto Rental | 359.17 |
| Hotel | 1,730.27 |
| Other Travel Expenses | 145.00 |
| Travel Expense - Meals | 150.18 |
| Long Distance Telephone | 144.31 |
| Facsimile | 2.24 |
| Long Distance Telephone | 163.26 |
| Pacer Service Charge | 419.28 |
| Express Delivery | 15.18 |
| **Total Other Services & Expenses** | **$3,632.16** |



590 Madison Avenue, 20th Floor, New York, NY 10022-2524
p 212.223.4000  ▪  f 212.223.4134
Taxpayer ID # 52-1150358

May 10, 2010

Easy Street Holding, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah  84098

Attn:  William Shoaf

Matter: 105773.0000003
Invoice: 1326492

---

Statement of Account

RE: Case Administration

| | |
|---|---|
| Professional Services Rendered Through April 30, 2010 | $1,064.00 |
| Other Services and Expenses | 0.00 |
| Total Due this Invoice | $1,064.00 |

Statement Number: 1326492
Page #: 2

## Professional Services:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 04/01/10 | S E | Conf with M. Blumenthal re status and strategy (.2) | 0.20 | 112.00 |
| 04/07/10 | S L | Updated files. | 0.40 | 96.00 |
| 04/19/10 | S L | Retrieve copies of various motions and order filed in Easy street for Michael V. Blumenthal and S. Eichel regarding BayNorth Proof of interest, Adjourned hearing orders and relate order regarding Sky Lodge fair market value. | 0.40 | 96.00 |
| 04/20/10 | S E | Review and revise updated case calendar. | 0.10 | 56.00 |
| 04/20/10 | S L | Updated case calendar. | 0.50 | 120.00 |
| 04/21/10 | S E | Conf with S. Leung re reviewing and revising case calendar (.1) | 0.10 | 56.00 |
| 04/21/10 | S L | Finalized Case calendar with S. Eichel. | 0.30 | 72.00 |
| 04/23/10 | S L | Meeting with Michael V. Blumenthal regarding updating files (.60); updated files per Michael V. Blumenthal (.50). | 1.10 | 264.00 |
| 04/26/10 | S L | Retrieve copy of Objection to Gateway's Proof of Claim for S. Eichel. | 0.10 | 24.00 |
| 04/26/10 | S L | Updated files. | 0.50 | 120.00 |
| 04/28/10 | S L | Retrieve copy of Gemstone's application and Order for Michael V. Blumenthal regarding service agreement. | 0.20 | 48.00 |
| | | **Total Professional Services** | **3.90** | **$1,064.00** |

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Steven Eichel | 560.00 | 0.40 | 224.00 |
| Stella Leung | 240.00 | 3.50 | 840.00 |
| **Total Professional Services** | | **3.90** | **$1,064.00** |



590 Madison Avenue, 20th Floor, New York, NY 10022-2524
p 212.223.4000 ▪ f 212.223.4134
Taxpayer ID # 52-1150358

May 10, 2010

Easy Street Holding LLC; Easy Street Mezzanine LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah 84098

Matter: 105773.0000004
Invoice: 1326493

Statement of Account

RE: Claims Administration

| | |
|---|---|
| Professional Services Rendered Through April 30, 2010 | $4,820.00 |
| Other Services and Expenses | 89.38 |
| Total Due this Invoice | $4,909.38 |

## Professional Services:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 04/02/10 | MVB | Telephone call with K. Cannon re: Sysco (.1); review and execute stipulation re: Sysco Admin (1.). | 0.20 | 142.00 |
| 04/13/10 | MVB | Telephone call with K. Cannon re: objection to and resolution of Gunther claim. | 0.20 | 142.00 |
| 04/22/10 | S E | Review and revise reply to Gateway's response to objection to Gateway's proofs of claim (2.2); tel confs with C. Gordon re reply, evidentiary issues and trial strategy for hearing on objection to Gateway's claim (.4); review exhibits to reply (.3); tel conf with K. Cannon re revisions to reply (.3); draft emails re revisions To K. Cannon and C. Gordon re revisions to reply to Gateway response (.2); review emails from C. Gordon re revisions to reply (.2). | 3.60 | 2,016.00 |
| 04/23/10 | S E | Review C. Gordon's outline for evidentiary hearing with respect to Gateway claim (.2); ananlyze evidentiary isseus for Gateway hearing (.5) tel conf with C. Gordon re evidentiary issues re letter from city (.2); tel conf with K. Cannon re admitting letter (.1). | 0.80 | 448.00 |
| 04/25/10 | S E | Review and revise proposed outline for opening statement and direct examination of M. Johnston and draft email to C. Gordon providing comment re same (1.6) | 1.60 | 896.00 |
| 04/26/10 | S E | Tel confs with C. Gordon re opening statement, direct examinations and evidentiary issues in connection with Gateway trial (.8); review and revise outline of Bill Shoaf and Marina Soto for Gateway hearing (.5) | 1.30 | 728.00 |
| 04/27/10 | S E | Tel conf with C. Gordon re opening and closing statements and evidentiary issues (.2); review opening and closing (.4); draft email to C. Gordon re comments to closing argument (.1); tel conf with K. Cannon re hearing on objection to Gateway claim (.1) | 0.80 | 448.00 |

|  |  | **Total Professional Services** | **8.50** | **$4,820.00** |

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Michael V. Blumenthal | 710.00 | 0.40 | 284.00 |
| Steven Eichel | 560.00 | 8.10 | 4,536.00 |

| Total Professional Services | 8.50 | $4,820.00 |
|---|---|---|

### Other Services & Expenses:

| Description | Amount |
|---|---|
| Long Distance Telephone | 28.58 |
| Pacer Service Charge | 60.80 |
| **Total Other Services & Expenses** | **$89.38** |



590 Madison Avenue, 20ᵗʰ Floor, New York, NY 10022-2524
p 212.223.4000 ▪ f 212.223.4134
Taxpayer ID # 52-1150358

May 10, 2010

Easy Street Holding, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah 84098

Attn: William Shoaf

Matter: 105773.0000007
Invoice: 1326494

---

Statement of Account

RE: Financing

| | |
|---|---|
| Professional Services Rendered Through April 30, 2010 | $7,418.50 |
| Other Services and Expenses | 0.00 |
| Total Due this Invoice | $7,418.50 |

Crowell & Moring LLP ▪ www.crowell.com ▪ Washington, DC ▪ California ▪ New York ▪ London ▪ Brussels

Statement Number: 1326494
Page #: 2

## Professional Services:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 04/01/10 | MVB | Review emails re: LOI (.3); review draft LOI (.3); telephone calls with B. Shoaf (.4), K. Sallinger (.3) and B. Dorsey (.2) re: status and strategy; review and revise offering bood from BDRC (.7). | 2.20 | 1,562.00 |
| 04/02/10 | WMO | Corresp with B. Dorsey re several financing sources. | 0.30 | 217.50 |
| 04/02/10 | MVB | Draft term sheet for use with Dell group. | 1.20 | 852.00 |
| 04/05/10 | MVB | Telephone call with K. Sallinger re: alternative plan funders and Form of LOI and strategy (.4); telephone call with B. Shoaf re: same (.3); emails with J. Blatt re: budgets and extension of cash collateral stipulation (.3). | 1.00 | 710.00 |
| 04/08/10 | MVB | Telephone call with B. Dorsey re: negotiations with potential Plan Funders. | 0.30 | 213.00 |
| 04/11/10 | MVB | Review April/May projections (.3); review lien allocation (.1); review March financials (.2). | 0.60 | 426.00 |
| 04/16/10 | MVB | Conference call with J. Blatt, ▮▮▮▮▮▮▮▮▮▮ re: potential investment (.6); conference call with K. Cannon and ▮▮▮▮▮▮▮▮ (counsel for ▮▮▮▮▮▮) re: potential 363 sale (.6). | 1.20 | 852.00 |
| 04/20/10 | WMO | Tc ▮▮▮▮▮▮▮▮▮▮ re plan financing; draft corresp to Plan Funder and B. Dorsey re financing. | 0.90 | 652.50 |
| 04/20/10 | WMO | Further corresp with BDRC re materials for Plan Funder. | 0.70 | 507.50 |
| 04/21/10 | MVB | Telephone call with J. Blatt re: alternate plan funder. | 0.20 | 142.00 |
| 04/22/10 | MVB | Conference call with B. Shoaf, D. Leta, E. Bailey and ▮▮▮▮▮▮ re: LOI from Vision as plan funder (.8); follow up w/B. Shoaf (.6). | 1.40 | 994.00 |
| 04/27/10 | WMO | Tc from ▮▮▮▮▮▮ re review of funding | 0.40 | 290.00 |
| | | **Total Professional Services** | **10.40** | **$7,418.50** |

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Michael V. Blumenthal | 710.00 | 8.10 | 5,751.00 |
| William M. O'Connor | 725.00 | 2.30 | 1,667.50 |

Crowell & Moring LLP ▪ www.crowell.com ▪ Washington, DC ▪ California ▪ New York ▪ London ▪ Brussels

**Total Professional Services**                    <u>**10.40**</u>          <u>**$7,418.50**</u>



590 Madison Avenue, 20th Floor, New York, NY 10022-2524
p 212.223.4000 • f 212.223.4134
Taxpayer ID # 52-1150358

May 10, 2010

Easy Street Holding, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah   84098

Attn:  William Shoaf

Matter: 105773.0000008
Invoice: 1326495

---

Statement of Account

### RE: 2004 Exams

Professional Services Rendered Through April 30, 2010          $2,473.00

Other Services and Expenses                                         0.00

Total Due this Invoice                                         $2,473.00

**Professional Services:**

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 04/01/10 | MVB | Telephone call with S. Feldman re: interview of D. Wickline inlieu of 2004 exam (.2); emails re: ground rules for interview (.2). | 0.40 | 284.00 |
| 04/02/10 | B Z | Conference call with M. Blumenthal, S. Feldman and D. Wickline. | 1.50 | 840.00 |
| 04/02/10 | MVB | Prepare for (.4) and conduct telephone interview of Wickline in lieu of 2004 exam (1.5). | 1.90 | 1,349.00 |
| | | **Total Professional Services** | **3.80** | **$2,473.00** |

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Michael V. Blumenthal | 710.00 | 2.30 | 1,633.00 |
| Bruce Zabarauskas | 560.00 | 1.50 | 840.00 |
| **Total Professional Services** | | **3.80** | **$2,473.00** |



590 Madison Avenue, 20ᵗʰ Floor, New York, NY 10022-2524
p 212.223.4000 • f 212.223.4134
Taxpayer ID # 52-1150358

May 10, 2010

Easy Street Holding, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah 84098

Attn: William Shoaf

Matter: 105773.0000009
Invoice: 1326496

---

Statement of Account

### RE: Bay North Litigation

| | |
|---|---:|
| Professional Services Rendered Through April 30, 2010 | $84,747.50 |
| Other Services and Expenses | 2,315.97 |
| Total Due this Invoice | $87,063.47 |

Crowell & Moring LLP ■ www.crowell.com ■ Washington, DC ■ California ■ New York ■ London ■ Brussels

## Professional Services:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 04/01/10 | C F | Review complaint (.6); confer with Mr. Zabarauskas about review of documents produced in connection with discovery (2). | 0.80 | 316.00 |
| 04/02/10 | B Z | Prepare for (.7) and finalize (1.0) interrogatory responses and objections to BayNorth document requests. | 1.70 | 952.00 |
| 04/02/10 | MVB | Review discovery responses. | 0.60 | 426.00 |
| 04/05/10 | B Z | Review documents for production (2.0); conference call with A. Fiotto and M. Blumenthal re: discovery issues (.2); discussion with M. Blumenthal re: same (.2). | 2.40 | 1,344.00 |
| 04/05/10 | MVB | Office conference with B. Zabarauskas re: discovery issues and coordination of documents. | 0.30 | 213.00 |
| 04/06/10 | C F | Coordinate the production of documents to opposing counsel (2.8); confer with Mr. Zabarauskas about review of documents received from Merritt & Harris in anticipation of deposition (.3). | 3.10 | 1,224.50 |
| 04/06/10 | B Z | Email to M. Jackson re: WestLB document productions; prepare for meeting with Shoaf concerning document production (1.3); discussion with C. Fitz Randolph re: Merritt & Harris documents and deposition (.3); discussion with S. Maswoswe concerning cost overrun issues (.2); conference call with M. Blumenthal and A. Fiotto re: outsanding discovery issues (.2); review Debtor' interrogatory responses (.3) and discussion with K. Cannon re: same (.1); review documents to be produced for discovery (4.8) | 7.20 | 4,032.00 |
| 04/06/10 | MVB | Conference call with A. Fiotta and B. Zabarauskas re: scheduling depositions, production of documents (.2); office conference with B. Zabarauskas re: same (.2); review objections and responses to interrogatories (.6). | 1.00 | 710.00 |
| 04/06/10 | S M | Strategizing with B. Zabarauskas re: documents (.2); studying and analyzing borrower requisition forms [documents bates stamped WLB 1-558] and compiling relevant information in chart (3.6); drafting email to B. Zabarauskas detailing my findings (.4). | 4.20 | 1,806.00 |
| 04/07/10 | C F | Review correspondence produced by Merritt & Harris in connection with discovery and coordinate the production of documents to opposing counsel. | 3.20 | 1,264.00 |
| 04/07/10 | B Z | Review BayNorth loan agreements and Merritt & Harris reports in preparation for meeting with W. Shoaf. | 1.50 | 840.00 |

Statement Number: 1326496
Page # 3

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 04/07/10 | MVB | Telephone call with B. Zabarauskas and review emails re: productionof documents from West LB and Bay North. | 0.30 | 213.00 |
| 04/07/10 | S M | Studying and analyzing the site observation reports and extracting relevant information and incorporating into excel spread sheets (3.8); creating abbreviated compilation of data in excel spreadsheets and organizing information each draw (3.5); drafting overview email to B. Zabarauskas (.5). | 7.80 | 3,354.00 |
| 04/08/10 | B Z | Meetings with W. Shoaf concerning document production (2.0); review documents to be produced (4.4); discussions with M. Blumenthal re: same (.3); prepare for Merritt & Harris deposition (1.0) | 7.70 | 4,312.00 |
| 04/09/10 | C F | Coordinate production of documents to Bay North (originally produced by Merrit & Harris); confer with Mr. Zabarauskas about review of documents produced by Merritt & Harris. | 0.20 | 79.00 |
| 04/09/10 | B Z | Review documents from client for document production (2.0); preopare for Merritt & Harris deposition (1.3) | 3.30 | 1,848.00 |
| 04/12/10 | C F | Review documents in connection with Bay North litigation discovery (1.0) confer with Mr. Zabarauskas (.3); draft letter to Bay North re production of documents by Marritt & Harris to PRINTER ID:\\nyprint\NYPrinterD002 (.2). | 1.50 | 592.50 |
| 04/12/10 | B Z | Discussions with ; emails to and from K. Cannon re: Merrit & Harris deposition notice (.1); emails to and from counsel for WestLB re: WestLB document production (.1); discusssions with S. Kernisan re: manner of producing emails on client;s database (.3); discussions with C. Fitzrandolph re: production of Merritt & Harris documents to BayNorth (.3); review documents to be produced by debtor to BayNorth (3.8); review Merritt & Harris documents in connection with depoisition to be taken (1.4) | 6.00 | 3,360.00 |
| 04/12/10 | MVB | Telephone call with B. Zabarauskas re: Bay North discovery - document productions and discovery. | 0.30 | 213.00 |
| 04/12/10 | S K | Discuss with Mr. Zabarauskas (.3) and send task request to Technical Services to create new database (.7). | 1.00 | 300.00 |
| 04/12/10 | M B | Create Ringtail Litigation database in preparation for document review per S. Kernisan. | 0.50 | 140.00 |
| 04/13/10 | C F | Confer with Mr. Zabarauskas re West LB documents produced in connection with discovery, preparation of documents to be used as exhibits at depositions (.2); prepare documents to be used as exhibits at depositions (.5). | 0.70 | 276.50 |

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 04/13/10 | B Z | Emails to and from C. Fitz Randolph re" Merritt & Harris document production (.1); discussions iwth C. Fitz Randolph re: same and change order log (.2); review WestLB Confidentiality Stipulation and order in connection with Merritt & Harris deposition (.3); emails to and from R. Flores re: confidentiality issues.(.1); email to and from M. Jackson re: WestLB Production (.1); discussion with S. Kernisan re: production of Debtor';s documents (.1); email to and from W. Shoaf re: prodution of client emails (.1); review documents from client for production (4.4). | 5.40 | 3,024.00 |
| 04/13/10 | S K | Receive documents on a flash drive and QC them; send documents out to the vendor for Ringtail processing. | 1.50 | 450.00 |
| 04/13/10 | C H | Upload document production onto FTP site; communication with C. FitzRandolph and vendor regarding blowback of same. | 0.30 | 61.50 |
| 04/14/10 | C F | Review and prepare documents for use at deposition (.7); confer with Mr. Zabarauskas about prepration and review of documents (.3). | 1.00 | 395.00 |
| 04/14/10 | B Z | Discussion with C. Fitzrandolph re: documents needed for Merritt & Harris deposition (.3); review documents for Merritt & Harris deposition (2.1); prepare outline of deposition of Merritt & Harrtis (1.4); review documents proiduced by WedtLB (2.6); discussion with M. Blumenthal re: same (.2). | 6.60 | 3,696.00 |
| 04/14/10 | S K | QC processed data received from the vendor; send task request to Technical Services to load the data into the database. | 1.50 | 450.00 |
| 04/15/10 | C F | Confer with Mr. Zabarauskas re deposition exhibits (.3); prepare deposition exhibits to be transferred to Mr. Zabarauskas (.3). | 0.60 | 237.00 |
| 04/15/10 | B Z | Review documents produced by BayNorth (5.1); preparation for Merritt & Harris deposition (.8); discussion with C. Fitz Randolph re: same (.3) | 6.20 | 3,472.00 |
| 04/15/10 | C C | Complete the load of electronic processed documents to network litigation database, including performing quality control, identify and correct discrepancies made by vendor, upload data to firm's server and update index in order to facilitate attorney review. | 1.00 | 280.00 |
| 04/15/10 | C H | Prepare and organize reports in connection with deposition prep per C. FitzRandolph. | 0.80 | 164.00 |
| 04/16/10 | B Z | Review BayNorth documents (1.7); revise outline for Merritt & Harris deposition (1.6); review and respond to A. Mohabir email re: same (.1); review A. Mohabor email re: document production(.1); discussions with M. Blumenthal re: same and Merritt & Harris deposition (.3) | 3.80 | 2,128.00 |

Statement Number: 1326496

Page # 5

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 04/16/10 | MVB | Telephone calls with B. Zabarauskas re: prepare for Merritt & Harris deposition, other discovery issues, Bay North production and stratetgy. | 0.80 | 568.00 |
| 04/16/10 | S K | QC processed data received from the vendor; send task request to Technical Services to load the data into the database. | 2.80 | 840.00 |
| 04/16/10 | D L | Upload images and data folder to C&M network for quality check; convert load file to Ringtail proper format file; verify images and data set are validated; load data and images to new Ringtail database and create index for case team review | 1.00 | 280.00 |
| 04/17/10 | B Z | Discussion with M. Blumenthal re: Merritt & Harris deposition and facts relating to BayNorth adversary proceeding. | 0.40 | 224.00 |
| 04/18/10 | B Z | Discussion with W. Shoaf re: deposition of Merritt & Harris (.4); review aqdditional documents re: Merritt & Harris to be used in connection with deposition (.2) | 0.60 | 336.00 |
| 04/19/10 | B Z | Prepare for (1.8) and attend (6.8) deposition of Merritt & Harris; discussion with M. Blumenthal re: same (.2); discussions with W. Shaof re: same (.2) | 9.00 | 5,040.00 |
| 04/19/10 | MVB | Telephone calls with B. Zabarauskas re: progress of Merritt & Harris deposition. | 0.20 | 142.00 |
| 04/19/10 | S K | Receive documents in email form and QC them; send documents out to the vendor for Ringtail processing; QC processed data received from the vendor | 3.00 | 900.00 |
| 04/21/10 | B Z | Review Plaintiffs' documents for production. | 7.20 | 4,032.00 |
| 04/21/10 | S K | Download documents from a website and QC them; send documents out to the vendor for Ringtail processing; QC processed data received from the vendor; answer Ringtail questions from Mr. Zabarauskas. | 3.00 | 900.00 |
| 04/21/10 | M P | Create review sets on the Shoaf documents for case team review. | 0.50 | 140.00 |
| 04/22/10 | B Z | Review Debtors' documents for production. | 7.10 | 3,976.00 |
| 04/22/10 | S K | Answer Ringtail questions for attorney as well as send task requests to Technical Services to process pdf files to the database; pull down data from client's website and send to a vendor for processing. | 2.50 | 750.00 |
| 04/22/10 | C C | Complete the load of Bill Shoaf electronic documents to network litigation database including, the conversion of multi-page PDF files to single page images, create appropriate import program file, generate OCR text files and update index in order to facilitate attorney review. | 0.50 | 140.00 |
| 04/23/10 | B Z | Review Plaintiffs' documents for production. | 7.10 | 3,976.00 |

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 04/23/10 | S K | QC processed data received from the vendor and send task request to Technical Services to load the data. | 1.00 | 300.00 |
| 04/24/10 | B Z | Review Debtors' documents for production. | 2.00 | 1,120.00 |
| 04/25/10 | B Z | Review Debtors' documents for production. | 2.80 | 1,568.00 |
| 04/26/10 | B Z | Conference with M. Blumenthal re: status of case (.4); discussions with S. Kernisan re: BayNorth re: inadequacy of electronic poduction (.3); draft email to BayNorth counsel re: same (.2); review Debtors' documents for production (6.1); discusion with S. Leung re: produciton of loan documents (.1); discussion with S. Kernisan re: production of debtors' documents (.1) | 7.20 | 4,032.00 |
| 04/26/10 | S K | Build production set in Ringtail and run all QC checks to ensure the proper documents being produced; send task request to Technical Services to process the documents for the production. | 2.50 | 750.00 |
| 04/26/10 | M P | Format and load additional Shoaf documents to the review database; Create the first Bay North production; Generate the production images; Create the OCR, Excel files, image load and metadata files; Create the production CDs. | 3.00 | 840.00 |
| 04/26/10 | S L | Document production for Bruce J. Zabarauskas. | 0.30 | 72.00 |
| 04/27/10 | C F | Confer with Mr. Blumenthal about discovering ██████████ ███████████ (.2); review caselaw re: ████████████ ████████ under Utah and Tenth Circuit law (1.5). | 1.70 | 671.50 |
| 04/27/10 | B Z | Review documents for production (4.6); discussion with M. Blumenthal re: same and strategy (.4); discussions with S. Kernisan re: technology issues relating to document prouduction (.3) | 5.30 | 2,968.00 |
| 04/27/10 | MVB | Telephone calls with B. Zabarauskas re: discovery (.5); office conference with C. Fitzrandolph re: research on ██████████ ██████████ (.2). | 0.70 | 497.00 |
| 04/27/10 | S K | QC production disks to ensure that the proper format was followed; send task request to Technical Services to process pdfs to be loaded into the database; create a stored list for documents not reviewed for the attorney to review them. | 2.00 | 600.00 |
| 04/27/10 | C C | Complete the load of Bill Shoal electronic documents to network litigation database including, the conversion of multi-page PDF files to single page images, create appropriate import program file, generate OCR text files and update index in order to facilitate attorney review. | 1.00 | 280.00 |

Statement Number: 1326496
Page # 7

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 04/28/10 | B Z | Review documents (.5); email S. Kernisan re: WestLb documents; discussion with S. Kernisan re: same and prodution to BayNorth (.2); meeting with M. Blumenthal re: status of discovery and bankruptcy (.4); review email from A. Mohabir re: format for electronic production (.1); review M.. Blumenthal and S. Feldman emails re: Wickline document production (.1); discussion with M. Blumenthal re: same (.1). | 1.40 | 784.00 |
| 04/28/10 | MVB | Office conference with B. Zabarauskas re: discovery issues concerning production of documents from Bay North, WestLB and Wickline (.2); review emails re: Bay North production of documents (.1). | 0.30 | 213.00 |
| 04/28/10 | S K | Build production set in Ringtail and run all QC checks to ensure the proper documents being produced; send task request to Technical Services to process the documents for the production; QC production disk to ensure that the proper format was followed. | 3.50 | 1,050.00 |
| 04/28/10 | M P | Create the second Bay North production; Generate the production images; Create the OCR, Excel files, image load and metadata files; Create and label the production CDs. | 1.50 | 420.00 |
| 04/29/10 | B Z | Draft correspondence to BayNorth counsel transmitting document producti by debtors (.3); review debtors' document production (.5); discussion with S. Kernisan re: format of WestLB document production (.2); review same (.4), | 1.40 | 784.00 |
| 04/29/10 | MVB | Telephone call with K. Wilson re: production of documents and deposition of D. Wickline. | 0.30 | 213.00 |
| 04/30/10 | B Z | Research re: requirements for a supoenaed witness to format electronic information (1.0); draft email to counsel for WestLB re: same (.3); discussion with M. Jackson re: same (.3); discussions with S. Kernisan re: ways to resolve formatting issue with WestLB; (.3) check court docket in adversary proceeding (.2); review subpoena served upon C. Leonard (.2); discussion with W. Shoaf re: same (.2); discussion with C. Leonard re: subpoena and booking-keeping work for the debtor (.4); research re: requirement to serve subpoena on all parties to action (.7); draft email to A. Fiotto re: same (.2); draft revisions to scheduling order (.1); discussion with M. Blumenthal re: same (.3) | 4.20 | 2,352.00 |
| 04/30/10 | MVB | Review correspondence from A. Mohabir re: Bay North discovery (.1); review B. Zabarauskas and A. Fiotto emails re: same (.1). | 0.20 | 142.00 |
| 04/30/10 | S K | Pull down new production from the FTP and QC for accuracy; send task request to Technical Services to load the data into Ringtail. | 1.50 | 450.00 |

Statement Number: 1326496
Page # 8

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 04/30/10 | M B | Process and load 4,648 documents with 35,587 pages to Litigation database for review per S. Kernisan. | 0.80 | 224.00 |

**Total Professional Services**   174.30   $84,747.50

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Michael V. Blumenthal | 710.00 | 5.00 | 3,550.00 |
| Bruce Zabarauskas | 560.00 | 107.50 | 60,200.00 |
| Caitlin FitzRandolph | 395.00 | 12.80 | 5,056.00 |
| Shamiso Maswoswe | 430.00 | 12.00 | 5,160.00 |
| Celeste Hernandez | 205.00 | 1.10 | 225.50 |
| Stella Leung | 240.00 | 0.30 | 72.00 |
| Matthew Brown | 280.00 | 1.30 | 364.00 |
| Cristhian Cabezas | 280.00 | 2.50 | 700.00 |
| Serge Kernisan | 300.00 | 25.80 | 7,740.00 |
| Darrick Latimer | 280.00 | 1.00 | 280.00 |
| Michael Peloquin | 280.00 | 5.00 | 1,400.00 |
| **Total Professional Services** | | **174.30** | **$84,747.50** |

## Other Services & Expenses:

| Description | Amount |
|-------------|--------|
| Local Transportation | 81.20 |
| Comp. Library Research | 288.83 |
| Administrative overtime | 146.25 |
| Inhouse Duplicating | 1,202.00 |
| Meals | 151.69 |
| Air fare | 247.40 |
| Long Distance Telephone | 0.95 |
| Facsimile | 14.94 |
| Pacer Service Charge | 12.40 |
| Express Delivery | 170.31 |
| **Total Other Services & Expenses** | **$2,315.97** |



**590 Madison Avenue, 20th Floor, New York, NY 10022-2524**
**p 212.223.4000 ▪ f 212.223.4134**
**Taxpayer ID # 52-1150358**

May 10, 2010

Easy Street Holding, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah  84098

Attn:  William Shoaf

Matter: 105773.0000010
Invoice: 1326497

---

Statement of Account

### RE: Other Litigation

| | |
|---|---|
| Professional Services Rendered Through April 30, 2010 | $262.00 |
| Other Services and Expenses | 0.00 |
| Total Due this Invoice | $262.00 |

## Professional Services:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 04/02/10 | S L | Telephone conference with Time Machine Services regarding B. Davidson's subpoena and email Bruce J. Zabarauskas regarding same. | 0.10 | 24.00 |
| 04/21/10 | MVB | Telephone call with B. Shoaf and email re: dismissal of 105 complaint. | 0.20 | 142.00 |
| 04/26/10 | S L | Prepare CD Rom for S. Kernisan per J. Zabarauskas of loan binder documents. | 0.40 | 96.00 |
| | | **Total Professional Services** | **0.70** | **$262.00** |

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Michael V. Blumenthal | 710.00 | 0.20 | 142.00 |
| Stella Leung | 240.00 | 0.50 | 120.00 |
| **Total Professional Services** | | **0.70** | **$262.00** |



590 Madison Avenue, 20th Floor, New York, NY 10022-2524
p 212.223.4000 ■ f 212.223.4134
Taxpayer ID # 52-1150358

May 10, 2010

Easy Street Holding, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah 84098

Attn:  William Shoaf

Matter: 105773.0000011
Invoice: 1326498

---

Statement of Account

### RE: Real Estate

| | |
|---|---:|
| Professional Services Rendered Through April 30, 2010 | $213.00 |
| Other Services and Expenses | 14.72 |
| Total Due this Invoice | $227.72 |

Crowell & Moring LLP ■ www.crowell.com ■ Washington, DC ■ California ■ New York ■ London ■ Brussels

## Professional Services:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 04/02/10 | MVB | Telephone call with B. Shoaf (.2) and email (.1) re: sale of units. | 0.30 | 213.00 |
| | | **Total Professional Services** | **0.30** | **$213.00** |

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Michael V. Blumenthal | 710.00 | 0.30 | 213.00 |
| **Total Professional Services** | | **0.30** | **$213.00** |

## Other Services & Expenses:

| Description | Amount |
|-------------|--------|
| Pacer Service Charge | 14.72 |
| **Total Other Services & Expenses** | **$14.72** |



590 Madison Avenue, 20ᵗʰ Floor, New York, NY 10022-2524
p 212.223.4000 ▪ f 212.223.4134
Taxpayer ID # 52-1150358

May 10, 2010

Easy Street Holdihng, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah 84098

Attn: William Shoaf

Matter: 105773.0000012
Invoice: 1326499

---

Statement of Account

### RE: Reorganization Plan/Disclosure Statement

| | |
|---|---|
| Professional Services Rendered Through April 30, 2010 | $21,829.00 |
| Other Services and Expenses | 336.11 |
| Total Due this Invoice | $22,165.11 |

Crowell & Moring LLP ▪ www.crowell.com ▪ Washington, DC ▪ California ▪ New York ▪ London ▪ Brussels

## Professional Services:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 04/01/10 | S L | Telephone conferences with Michael V. Blumenthal regarding ballots for class 4 and class 5 (.10); reviewed ballots for amounts of class 5 with Option 1 and Option 2 voting (.10), prepare chart of same (.30). | 0.50 | 120.00 |
| 04/02/10 | MVB | Telephone call with B. Shoaf re: status and strategy. | 0.30 | 213.00 |
| 04/06/10 | MVB | Review notice adjourning valuation hearing and supplement (.2); telephone call with B. Shoaf re: status of negotiations and strategy re: alternative plan (.4). | 0.60 | 426.00 |
| 04/07/10 | MVB | Telephone call with B. Shoaf re: status of negotiations with alternate plan funders and strategy (.4); telephone call with K. Cannon re: supplement to appraisal, dates to adjourn confirmation hearing and strategy re: same (.3). | 0.70 | 497.00 |
| 04/07/10 | S L | Telephone call from Creditor regarding ballots (.10); updated incoming ballot (.30). | 0.40 | 96.00 |
| 04/09/10 | B Z | Discussions with client re: Chapter 11 reorganizaiton issues. | 0.70 | 392.00 |
| 04/09/10 | MVB | Email to R. Havel re: adjournment of confirmation hearing and status (.1); review revised proffer and supplement to appraisal (.4); telephone call with K. Cannon re: appraisal and strategy re: same (.3); conference call with B. Zabarauskas and K. Cannon re: appraisal and strategy (.3). | 1.10 | 781.00 |
| 04/09/10 | S L | Updated Ballot Chart. | 0.20 | 48.00 |
| 04/12/10 | B Z | Conference call with M. Blumenthal and K. Cannon re: valuation hearing (.3); revisions to appraisal proffer (.3); review and revise order on valuation (.2) | 0.80 | 448.00 |
| 04/12/10 | MVB | Conference call with K. Cannon and B. Shoaf re: strategy and adjournment of confirmation hearing (.3); conference call with K. Sallinger, P. Smith, B. Shoaf and K. Cannon re: status of negotations with Dell Group, plan alternatives, 363 sale issues and strategy (1.4); conference call with B. Zabarauskas and K. Cannon re: revised appraisal and strategy (.3). | 2.00 | 1,420.00 |
| 04/13/10 | B Z | Discussion with M. Blumenthal re: valuation hearing. | 0.20 | 112.00 |
| 04/13/10 | S L | Updated Ballot Chart with incoming ballots. | 0.10 | 24.00 |
| 04/14/10 | B Z | Attend, telephonically, hearing on valuation motion (.7); discussion with M. Blumenthal re: plan funding and confirmation issues (.2). | 0.90 | 504.00 |

Statement Number: 1326499
Page # 3

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 04/14/10 | MVB | Telephone call with K. Cannon re: cash flow analysis and strategy for hearing on valuation (.4); attend hearings by telephone: valuation, objection to claims and adjourn confirmation (.8). | 1.20 | 852.00 |
| 04/15/10 | S E | Confs with M. Blumenthal re motion to extend exclusivity in each of the debtors' cases (.1); analyze issues re motion to extend exclusivity (.3) | 0.40 | 224.00 |
| 04/15/10 | MVB | Telephone call with K. Cannon re: exclusivity extension and hearing date; alternative strategies, including 363 sale (.3); office conference with S. Eichel re: preparation of motion to extend exclusivity (.2). | 0.50 | 355.00 |
| 04/15/10 | S L | Research for Exclusivity Order for Partners, Mezzanine and Holdings. | 0.10 | 24.00 |
| 04/16/10 | S E | Draft motion to extend exclusive solicitation period, including review of time detail in connection with same. | 1.20 | 672.00 |
| 04/19/10 | S E | Tel conf with counsel for a creditor re voting and voting deadline (.2) | 0.20 | 112.00 |
| 04/19/10 | S E | Review and revise motion to extend exclusivity (1.8) ; draft exclusivity order (.2); tel conf with K. Cannon re obtaining hearing date for motion to extend exclusivity (.1) | 2.10 | 1,176.00 |
| 04/19/10 | S L | Office conference with Michael V. Blumenthal regarding ballots voted on incorrect class and retrieve copy of order regarding same. | 0.20 | 48.00 |
| 04/19/10 | S L | Updated ballot voting chart and reviewed schedules for schedule amounts on charts (.90); updated ballot chart per claims registers for each debtor (1.80). | 2.70 | 648.00 |
| 04/20/10 | S E | Review and revise exclusivity order (.2); review Notice containing continued confirmation hearing related dates (.1); conf with M. Blumenthal re motion to extend exclusivity order (.1); review and revise motion to extend exclusivity and accompanying order (.6); draft email to K. Cannon re motion to extend exclusivity (.1) | 1.10 | 616.00 |
| 04/20/10 | MVB | Review and revise motion to extend exclusivity (.3); office conference with S. Eichel re: same (.1); conference call with K. Sallinger, B. Dorsey, P. Smith, K. Cannon, J. Blatt and B. Shoaf re: negotiations with alternate plan funders and alterantive plans and strategies (1.5). | 1.90 | 1,349.00 |
| 04/21/10 | MVB | Telephone call with K. Cannon re: objection to Plan by Gunthers and Park City (.3); review objection to plan by Gunthers and Park City (.6).; telephone call with L. Jenkins re: status of plan and alternatives (.3). | 1.20 | 852.00 |

Crowell & Moring LLP ▪ www.crowell.com ▪ Washington, DC ▪ California ▪ New York ▪ London ▪ Brussels

Statement Number: 1326499
Page # 4

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 04/21/10 | S L | Reviewed docket sheet for any objections to confirmation per Michael V. Blumenthal and retrieve copies of same. | 0.20 | 48.00 |
| 04/22/10 | MVB | Telephone call with K. Cannon re: objection of PC-1 and strategy re: same (.2); conference call with G. Hoffman and K. Cannon re: PC-I objection to plan (.3); follow up with B. Shoaf (.2). | 0.70 | 497.00 |
| 04/22/10 | S L | Retrieve of various legal documents for S. Eichel regarding objections to claims. | 0.50 | 120.00 |
| 04/23/10 | MVB | Telephone call with K. Cannon re: status and strategy re: plan (.3); telephone call with B. Shoaf re: meetings with alternate plan funders and strategy re: alternate plan (.6). | 0.90 | 639.00 |
| 04/26/10 | MVB | Review revised spreadsheet for unit sales (.3) and telephone call with B. Shoaf re: same (.2); review data from Accelerated (.3). | 0.80 | 568.00 |
| 04/27/10 | S E | Continue research re indubitable equivalent in connection with cramdown of secured creditor's claim (4.4); conf with M. Blumenthal re results of research (.4). | 4.80 | 2,688.00 |
| 04/27/10 | MVB | Office conference with S. Eichel (.4) and review research on indubitable equivalent (.6); Telephone call with K. Cannon re: status of plan (.2); follow up with B. Shoaf and K. Sallinger (.6); revise employment agreement (.5); email to Ed Bailey and D. Leta (.2). | 2.50 | 1,775.00 |
| 04/28/10 | S E | Confs with M. Blumenthal re research re dirt for debt plans and alternatives and strategy with respect to confirming plan (.2); continue research re dirt for debt plans (2.6). | 2.80 | 1,568.00 |
| 04/28/10 | MVB | Review revised Excel sheets on projected unit sales sent by W. Shoaf (.4); telephone call with K. Sallinger re: same and issues concerning Vision Partners as plan funder (.5); telephone call with D. Leta re: status of LOI from Venture Partners as plan funder (.3); telephone call with K. Cannon re: status and strategy (.3). | 1.50 | 1,065.00 |
| 04/30/10 | MVB | Review LOI sheet from Venture Partners (.4); telephone call with K. Cannon re: same (.2); telephone call and emails with D. Leta re: same (.3); telephone call wtih J. Blatt re: Dougherty group (.3). | 1.20 | 852.00 |
| | | **Total Professional Services** | **37.20** | **$21,829.00** |

Crowell & Moring LLP ▪ www.crowell.com ▪ Washington, DC ▪ California ▪ New York ▪ London ▪ Brussels

| Name | Rate | Hours | Value |
|---|---|---|---|
| Michael V. Blumenthal | 710.00 | 17.10 | 12,141.00 |
| Steven Eichel | 560.00 | 12.60 | 7,056.00 |
| Bruce Zabarauskas | 560.00 | 2.60 | 1,456.00 |
| Stella Leung | 240.00 | 4.90 | 1,176.00 |
| | | | |
| Total Professional Services | | 37.20 | $21,829.00 |

## Other Services & Expenses:

| Description | Amount |
|---|---|
| Comp. Library Research | 214.07 |
| Long Distance Telephone | 10.65 |
| Long Distance Telephone | 26.19 |
| Pacer Service Charge | 85.20 |
| | |
| Total Other Services & Expenses | $336.11 |



590 Madison Avenue, 20ᵗʰ Floor, New York, NY 10022-2524
p 212.223.4000  ▪  f 212.223.4134
Taxpayer ID # 52-1150358

May 10, 2010

Easy Street Hollding, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah 84098

Attn:  William Shoaf

Matter: 105773.0000013
Invoice: 1326500

---

Statement of Account

RE: Reports & Schedules/First Day Motions

| | |
|---|---|
| Professional Services Rendered Through April 30, 2010 | $0.00 |
| Other Services and Expenses | 2.00 |
| Total Due this Invoice | $2.00 |

Crowell & Moring LLP ▪ www.crowell.com ▪ Washington, DC ▪ California ▪ New York ▪ London ▪ Brussels

**Professional Services:**

| | | |
|---|---|---|
| **Total Professional Services** | **0.00** | **$0.00** |

**Other Services & Expenses:**

| Description | Amount |
|---|---|
| Pacer Service Charge | 2.00 |
| **Total Other Services & Expenses** | **$2.00** |



590 Madison Avenue, 20ᵗʰ Floor, New York, NY 10022-2524
p 212.223.4000 ▪ f 212.223.4134
Taxpayer ID # 52-1150358

May 10, 2010

Easy Street Holding, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah 84098

Attn:  William Shoaf

Matter: 105773.0000014
Invoice: 1326501

---

Statement of Account

### RE: Retention/Fee Matters

| | |
|---|---|
| Professional Services Rendered Through April 30, 2010 | $4,836.00 |
| Other Services and Expenses | 0.00 |
| Total Due this Invoice | $4,836.00 |

## Professional Services:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 04/14/10 | S L | Proof read March bills. | 0.20 | 48.00 |
| 04/15/10 | MVB | Review and organize bills for March interim request. | 0.50 | 355.00 |
| 04/15/10 | S L | Research for monthly compensation procedural order for Michael V. Blumenthal. | 0.10 | 24.00 |
| 04/16/10 | MVB | Review, revise and finalize fee application; office conference with S. Leung and M. Lichtenstein re: same. | 1.30 | 923.00 |
| 04/16/10 | S L | Office conference with Michael V. Blumenthal regarding Monthly Interim fee application for March 2010 (.10); draft and finalized same (.40). | 0.50 | 120.00 |
| 04/19/10 | MVB | Prepare March interim fee application, including review of time entries (.6) and office conference with S. Leung re: same (.3). | 0.90 | 639.00 |
| 04/19/10 | S L | Revisions to Finalized Monthly interim fee application for March 2010 (.80); meetings with Michael V. Blumenthal regarding same (.40). | 1.20 | 288.00 |
| 04/20/10 | MVB | Finalize C&M monthly request for March (.3); office conference with S. Leung re: same (.1). | 0.40 | 284.00 |
| 04/22/10 | MVB | Review West LB fees. | 0.40 | 284.00 |
| 04/26/10 | MVB | Review March fee request from Sidley (.4); review Debtor's professional fees (.3) and office conference S. Leung to prepare grid (.2). | 0.90 | 639.00 |
| 04/26/10 | S L | Retrieve of PRINTER ID:\\nyprint\NYPrinter003 LL application info for S. Eichel. | 0 B | 240.00 |
| 04/28/10 | S L | Reviewed interim fee application for the month of March 2010 for Jones Waldo and Durham Jones per Michael V. Blumenthal for fee and expense total, prepare chart for Michael V. Blumenthal regarding same. | 0.30 | 72.00 |
| 04/29/10 | MVB | Draft letter objection to WestLB fees. | 0.50 | 355.00 |
| 04/30/10 | MVB | Telephone call with J. McIntyre re: termination of Gemstone (.2) and preparation of termination letter (.2); review Gemstone agreement and cash collateral stipulation re: same (.3); review March fees of Jones Waldo (.2); prepare letter to B. Shoaf re: payment of debtor professional fees for March (.2). | 1.10 | 781.00 |

|  | **Total Professional Services** | **8.40** | **$4,836.00** |

Statement Number: 1326501
Page #: 3

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Michael V. Blumenthal | 710.00 | 6.00 | 4,260.00 |
| Stella Leung | 240.00 | 2.40 | 576.00 |
| **Total Professional Services** | | **8.40** | **$4,836.00** |

Crowell & Moring LLP ▪ www.crowell.com ▪ Washington, DC ▪ California ▪ New York ▪ London ▪ Brussels



590 Madison Avenue, 20th Floor, New York, NY 10022-2524
p 212.223.4000 • f 212.223.4134
Taxpayer ID # 52-1150358

May 10, 2010

Easy Street Holding, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah 84098

Attn: William Shoaf

Matter: 105773.0000015
Invoice: 1326502

---

Statement of Account

### RE: Secured Claims (WestLB)

| | |
|---|---|
| Professional Services Rendered Through April 30, 2010 | $4,877.00 |
| Other Services and Expenses | 0.00 |
| **Total Due this Invoice** | **$4,877.00** |

Crowell & Moring LLP ▪ www.crowell.com ▪ Washington, DC ▪ California ▪ New York ▪ London ▪ Brussels

**Professional Services:**

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 04/01/10 | MVB | Telephone call with R. Havel re: status of case and alternatives to plan. | 0.30 | 213.00 |
| 04/05/10 | MVB | Telephone call with R. Havel and C. Craig re: status of extension of cash collateral stipulation and budget for April/May. | 0.30 | 213.00 |
| 04/12/10 | MVB | Conference call with R. Havel and K. Cannon re: status of case, adjournment of confirmation hearing and extension of cash collateral stipulation. | 0.30 | 213.00 |
| 04/13/10 | MVB | Review reformatted budget and email from R. Havel on cash collateral stipulation (.2); conference call with R. Havel and K. Cannon re: status, adjournment of confirmation hearing; extension of cash collateral stipulation (.3); review cash flows for April and May from B. Shoaf (.2). | 0.70 | 497.00 |
| 04/16/10 | MVB | Review emails re: questions concerning funding and April/May budget (.2); email to client re: same (.1). | 0.30 | 213.00 |
| 04/19/10 | MVB | Review emails from client and West LB reps re: cash collateral stipulation and budget (.2); review draft cash collateral stipulation sent by West LB (.3). | 0.50 | 355.00 |
| 04/20/10 | MVB | Telephone call with B. Shoaf and J. Blatt re: cash collateral and budget issues (.7); emails re: same and scheduling conference (.1); telephone call wtih R. Havel re; same (.2). | 1.00 | 710.00 |
| 04/22/10 | MVB | Telephone call with R. Havel re: status. | 0.20 | 142.00 |
| 04/23/10 | MVB | Review draft extension cash collateral stipulation (.3); review emails from J. Winikor, J. Blatt and B. Shaof re: same (.2). | 0.50 | 355.00 |
| 04/27/10 | MVB | Review and emails re: extension of cash collateral stipulation (.3); emails to Sidley re: same (.2); review emails re: payment request (.2). | 0.70 | 497.00 |
| 04/27/10 | S L | Meetings with Michael V. Blumenthal regarding retrieval of Stipulations and related motions to approve cash collateral. | 0.50 | 120.00 |
| 04/28/10 | MVB | Conference call with H. Yang re: cash collateral stipulation and status of plan and possible alternatives (.4); review emails re: payment requests (.2). | 0.60 | 426.00 |

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 04/29/10 | MVB | Telephone call with K. Cannon and B. Shoaf re: extension of cash collateral stipulation, termination of Gemstone, LOI, WestLB fees (.4); telephone call with H. Yang re: cash collateral stipulation (.1); telephone call with K. Cannon re: correcting and filing cash collateral stipulation (.2); review Gemstone agreement and order approving same and cash collateral stipulation re: termination (.4); telephone call with B. Shoaf re: accelerated status of LOI with Venture and strategy (.2). | 1.30 | 923.00 |

**Total Professional Services**      <u>7.20</u>    <u>$4,877.00</u>

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Michael V. Blumenthal | 710.00 | 6.70 | 4,757.00 |
| Stella Leung | 240.00 | 0.50 | 120.00 |
| **Total Professional Services** | | <u>7.20</u> | <u>$4,877.00</u> |



**crowell moring**

590 Madison Avenue, 20th Floor, New York, NY 10022-2524
p 212.223.4000 • f 212.223.4134
Taxpayer ID # 52-1150358

May 10, 2010

Easy Street Holding, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah 84098

Attn: William Shoaf

Matter: 105773.0000019
Invoice: 1326503

---

Statement of Account

RE: Travel

| | |
|---|---|
| Professional Services Rendered Through April 30, 2010 | $10,640.00 |
| Other Services and Expenses | 0.00 |
| | |
| Total Due this Invoice | $10,640.00 |

**Professional Services:**

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 04/07/10 | B Z | Travel from NY to Park City, Utah. | 7.00 | 3,920.00 |
| 04/09/10 | B Z | Travel Time from Salt Lake City | 4.00 | 2,240.00 |
| 04/20/10 | B Z | Travel time to New York. | 8.00 | 4,480.00 |
| | | **Total Professional Services** | **19.00** | **$10,640.00** |

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Bruce Zabarauskas | 560.00 | 19.00 | 10,640.00 |
| **Total Professional Services** | | **19.00** | **$10,640.00** |



590 Madison Avenue, 20th Floor, New York, NY 10022-2524
p 212.223.4000 ▪ f 212.223.4134
Taxpayer ID # 52-1150358

May 10, 2010

Easy Street Holding, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah 84098

Attn:  William Shoaf

Matter: 105773.0000020
Invoice: 1326504

---

Statement of Account

### RE: Corporate Issues

| | |
|---|---:|
| Professional Services Rendered Through April 30, 2010 | $781.00 |
| Other Services and Expenses | 0.00 |
| Total Due this Invoice | $781.00 |

Crowell & Moring LLP  ▪  www.crowell.com  ▪  Washington, DC  ▪  California  ▪  New York  ▪  London  ▪  Brussels

Statement Number:  1326504
Page #: 2

## Professional Services:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 04/01/10 | MVB | Emails with J. Blatt re: IRS extension for 2009 returns. | 0.20 | 142.00 |
| 04/06/10 | MVB | Emails re: 2009 taxes and K-1's. | 0.20 | 142.00 |
| 04/23/10 | MVB | Review email from D. Wickline. | 0.20 | 142.00 |
| 04/27/10 | MVB | Review emails re: 2008/2009 tax returns. | 0.20 | 142.00 |
| 04/28/10 | MVB | Review Gemstone's employment agreement re: termination (.2) and review emails from R. Havel re: same (.1). | 0.30 | 213.00 |
| | | **Total Professional Services** | **1.10** | **$781.00** |

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Michael V. Blumenthal | 710.00 | 1.10 | 781.00 |
| **Total Professional Services** | | **1.10** | **$781.00** |

Crowell & Moring LLP  ▪  www.crowell.com  ▪  Washington, DC  ▪  California  ▪  New York  ▪  London  ▪  Brussels