# FEBRUARY INVOICES

# JONES, WALDO, HOLBROOK & McDONOUGH
A Professional Corporation

ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe
,

March 19, 2010
Invoice: 1487046

22414.0001
Asset Anaylsis and Recovery

## STATEMENT OF ACCOUNT

**Prior Activity**

| | | |
|---|---|---:|
| Previous Balance Due as of February 15, 2010 | | $ 5,349.32 |
| 03/02/10 | Cash Receipt | -5,349.32 |
| **Total Past Due Balance** (If payment has been sent, disregard this balance) | | **$ 0.00** |

**Current Activity**

| | |
|---|---:|
| Current Fees | 93.00 |
| Current Expenses | 440.83 |
| **Total Current Balance Due for Invoice 1487046** | **$ 533.83** |

| | |
|---|---:|
| Total Due (For Past Due Activity and Current Activity) | **$ 533.83** |

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

22414.0001
Asset Anaylsis and Recovery

March 19, 2010
Invoice No.: 1487046

Fee for legal services rendered in caption from date of last bill to and including February 28, 2010.

## Fee Detail

| Date | Atty | Hours | Description |
|---|---|---|---|
| 02/22/10 | LAJ | 0.30 | Telephone conference with Mr. Blumenthal re plan discussions and "moving parts". |

**Total Hours**  0.30

## Fee Summary

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Jenkins, Lon A | $310.00 | 0.30 | $93.00 |
| **Total Hours and Fees:** | | 0.30 | $93.00 |

## Expenses

| Date | Description | Amount |
|---|---|---|
| 02/05/10 | Fees - Wells Fargo Card Services; US Bankrucpty Court | 250.00 |
| | Long Distance Telephone Charges | 78.27 |
| | In house photo copies - 543 pages @ 0.20 | 108.60 |
| | Postage | 3.96 |
| **Disbursements Total** | | **$ 440.83** |

## JONES, WALDO, HOLBROOK & McDONOUGH
A Professional Corporation

ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe

March 19, 2010
Invoice: 1487047

22414.0003
Case Administration

### STATEMENT OF ACCOUNT

| | |
|---|---:|
| **Prior Activity** | |
| Previous Balance Due as of February 15, 2010 | $ 6,623.96 |
| 03/02/10    Cash Receipt | -3,572.46 |
| Total Past Due Balance (If payment has been sent, disregard this balance) | $ 3,051.50 |
| | |
| **Current Activity** | |
| Current Fees | 4,572.00 |
| Current Expenses | 66.64 |
| Total Current Balance Due for Invoice 1487047 | $ 4,638.64 |
| | |
| Total Due (For Past Due Activity and Current Activity) | $ 7,690.14 |

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

22414.0003
Case Administration

March 19, 2010
Invoice No.:1487047

Fee for legal services rendered in caption from date of last bill to and including February 28, 2010.

## Fee Detail

| Date | Atty | Hours | Description |
|---|---|---|---|
| 02/01/10 | JYS | 0.50 | Email to and from Rich Havel. |
| 02/01/10 | JYS | 0.20 | Confer with Mr. Jenkins. |
| 02/01/10 | JYS | 0.10 | Review minutes and proposed agenda. |
| 02/01/10 | LAJ | 0.30 | Review notes, prepare Agenda for tomorrow's meeting. |
| 02/01/10 | LAJ | 0.60 | Draft Minutes from 1/26/10 Committee meeting. |
| 02/02/10 | JYS | 0.80 | Committee conference call. |
| 02/02/10 | LAJ | 0.30 | Review notes to prepare for committee meeting. |
| 02/02/10 | LAJ | 0.80 | Attend/conduct Committee meeting. |
| 02/03/10 | JYS | 0.10 | Email to and from Rich Havel. |
| 02/03/10 | JYS | 0.20 | Review call summary from Mr. Jenkins. |
| 02/08/10 | LAJ | 0.90 | Draft Minutes from 2/2/10 meeting. |
| 02/08/10 | LAJ | 0.30 | Draft Agenda for 2/9/10 meeting. |
| 02/08/10 | LAJ | 0.40 | Numerous email exchanges with R. Havel, Hsin-Hsin Yang re revisions to Stipulation. |
| 02/09/10 | LAJ | 0.30 | Review notes to prepare for Committee Meeting. |
| 02/09/10 | LAJ | 0.90 | Conduct Committee Meeting. |
| 02/15/10 | JYS | 0.10 | Review minutes of 2/9/10 meeting. |
| 02/15/10 | LAJ | 0.80 | Draft minutes from 2/9/10 meeting. |
| 02/15/10 | LAJ | 0.20 | Draft Agenda for 2/26/10 meeting. |
| 02/16/10 | JYS | 1.00 | Participate in Committee conference call. |
| 02/16/10 | JYS | 0.50 | Review current proposed plan and disclosure documents. |
| 02/16/10 | LAJ | 0.90 | Attend Committee meeting. |
| 02/22/10 | LAJ | 0.40 | Review Monthly Operating Reports. |
| 02/22/10 | LAJ | 0.70 | Draft Minutes of 2/16/10 meeting. |
| 02/22/10 | LAJ | 0.20 | Draft Agenda for 2/23/10 meeting. |
| 02/22/10 | SDG | 0.30 | Email Committee members re disclosure statement and Monthly Operating reports. |
| 02/23/10 | JYS | 0.80 | Committee conference call. |
| 02/23/10 | LAJ | 1.00 | Participate in Committee meeting. |
| 02/23/10 | LAJ | 0.30 | Post-Committee meeting with Jeff Shields to strategize. |
| 02/24/10 | JYS | 0.30 | Review and comment on email report from Lon Jenkins to Craig Elliot. |

**Total Hours**      14.20

## Fee Summary

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Shields, Jeffery | $ 360.00 | 4.60 | $ 1,656.00 |
| Jenkins, Lon A | 310.00 | 9.30 | 2,883.00 |
| Glendening, Sherry D | 110.00 | 0.30 | 33.00 |

March 19, 2010
Invoice No.: 1487047

22414.0003
Case Administration

## Fee Summary

**Total Hours and Fees:**     14.20     $ 4,572.00

## Expenses

| Date | Description | Amount |
|---|---|---|
| | Long Distance Telephone Charges | 66.64 |

**Disbursements Total**     $ 66.64

## JONES, WALDO, HOLBROOK & MCDONOUGH
A Professional Corporation

ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe

March 19, 2010
Invoice: 1487052

22414.0004
Claims Administration & Objections

### STATEMENT OF ACCOUNT

| | |
|---|---:|
| **Prior Activity** | |
| Previous Balance Due as of February 15, 2010 | $ 692.00 |
| Total Past Due Balance (If payment has been sent, disregard this balance) | $ 692.00 |
| | |
| **Current Activity** | |
| Current Fees | 157.00 |
| Current Expenses | 0.00 |
| Total Current Balance Due for Invoice 1487052 | $ 157.00 |
| | |
| Total Due (For Past Due Activity and Current Activity) | $ 849.00 |

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

22414.0004
Claims Administration &
Objections

March 19, 2010
Invoice No. 1487052

Fee for legal services rendered in caption from date of last bill to and including February 28, 2010.

## Fee Detail

| Date | Atty | Hours | Description |
|---|---|---|---|
| 02/22/10 | LAJ | 0.40 | Review, analyze unsecured creditor list from Blumenthal. |
| 02/22/10 | SDG | 0.30 | Review Amended Notice of Hearing on Debtor's Objection to Baynorth Interest; update calendar and docket re same. |

**Total Hours**  0.70

## Fee Summary

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Jenkins, Lon A | $ 310.00 | 0.40 | $ 124.00 |
| Glendening, Sherry D | 110.00 | 0.30 | 33.00 |
| **Total Hours and Fees:** | | 0.70 | $ 157.00 |

### JONES, WALDO, HOLBROOK & McDONOUGH
A Professional Corporation

ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe

March 19, 2010
Invoice: 1487048

22414.0005
Fee / Employment Applicants

### STATEMENT OF ACCOUNT

| | |
|---|---:|
| **Prior Activity** | |
| Previous Balance Due as of February 15, 2010 | $ 10,362.00 |
| **Total Past Due Balance** (If payment has been sent, disregard this balance) | **$ 10,362.00** |
| | |
| **Current Activity** | |
| Current Fees | 1,659.00 |
| Current Expenses | 0.00 |
| **Total Current Balance Due for Invoice 1487048** | **$ 1,659.00** |
| | |
| Total Due (For Past Due Activity and Current Activity) | **$ 12,021.00** |

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

22414.0005  
Fee / Employment Applicants

March 19, 2010  
Invoice No.:1487048

Fee for legal services rendered in caption from date of last bill to and including February 28, 2010.

### Fee Detail

| Date | Atty | Hours | Description |
|---|---|---|---|
| 02/01/10 | LAJ | 1.40 | Review professionals' filed fee applications. |
| 02/01/10 | LAJ | 0.20 | Conference with K. Cannon re notice of fee applications hearing. |
| 02/01/10 | LAJ | 0.20 | Conferences with Sherry Glendening re certificate of service on fee application. |
| 02/01/10 | SDG | 0.50 | Draft Certificate of Service on First Fee Application; file same |
| 02/04/10 | SDG | 0.40 | Review, calendar and docket hearing on fee application; conference with L. Jenkins re same |
| 02/06/10 | SDG | 0.20 | Review objection filed by WestLB to Jones Waldo's second Fee Request |
| 02/17/10 | SDG | 0.30 | Conference with L. Jenkins re Corbin Gordon invoices, email same to J. Tozer. |
| 02/23/10 | LAJ | 0.70 | Work on January fee submission. |
| 02/24/10 | LAJ | 1.10 | Prepare invoices for Monthly Fee Submission. |
| 02/25/10 | SDG | 0.70 | Draft 3rd fee Request. Review invoices and calculate fees due. |
| 02/26/10 | LAJ | 0.90 | Review invoices and draft Notice re Jones Waldo Third Monthly Fee Request. |
| 02/26/10 | SDG | 0.30 | Cursory review of Durham Jones third fee request. |

**Total Hours**    6.90

### Fee Summary

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Jenkins, Lon A | $ 310.00 | 4.50 | $ 1,395.00 |
| Glendening, Sherry D | 110.00 | 2.40 | 264.00 |
| **Total Hours and Fees:** | | 6.90 | $ 1,659.00 |

JONES, WALDO, HOLBROOK & MCDONOUGH
A Professional Corporation

ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe
,

March 19, 2010
Invoice: 1487049

22414.0006
Fee / Employment Objections

## STATEMENT OF ACCOUNT

**Prior Activity**

| | | |
|---|---|---|
| Previous Balance Due as of February 24, 2010 | | $ 2,019.00 |
| 03/02/10 | Cash Receipt | -1,730.00 |
| **Total Past Due Balance** (If payment has been sent, disregard this balance) | | **$ 289.00** |

**Current Activity**

| | |
|---|---|
| Current Fees | 714.00 |
| Current Expenses | 93.60 |
| **Total Current Balance Due for Invoice 1487049** | **$ 807.60** |

Total Due (For Past Due Activity and Current Activity)    $ 1,096.60

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

22414.0006  
Fee / Employment Objections

March 19, 2010  
Invoice No.: 1487049

Fee for legal services rendered in caption from date of last bill to and including February 28, 2010.

### Fee Detail

| Date | Atty | Hours | Description |
|---|---|---|---|
| 02/04/10 | LAJ | 1.70 | Review Professionals' Fee Applications. |
| 02/05/10 | SDG | 1.70 | Catalogue fee applications into binders to assist L. Jenkins and J. Shields with hearing on various fee applications |

**Total Hours**     3.40

### Fee Summary

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Jenkins, Lon A | $ 310.00 | 1.70 | $ 527.00 |
| Glendening, Sherry D | 110.00 | 1.70 | 187.00 |
| **Total Hours and Fees:** | | 3.40 | $ 714.00 |

### Expenses

| Date | Description | Amount |
|---|---|---|
| | In house photo copies - 468 pages @ 0.20 | 93.60 |
| **Disbursements Total** | | $ 93.60 |

## JONES, WALDO, HOLBROOK & MCDONOUGH
A Professional Corporation

ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe
,

March 19, 2010
Invoice: 1487050

22414.0009
Plan & Disclosure Statement

### STATEMENT OF ACCOUNT

| | |
|---|---:|
| **Prior Activity** | |
| Previous Balance Due as of February 15, 2010 | $ 5,216.00 |
| **Total Past Due Balance** (If payment has been sent, disregard this balance) | **$ 5,216.00** |
| | |
| **Current Activity** | |
| Current Fees | 19,708.50 |
| Current Expenses | 17.64 |
| **Total Current Balance Due for Invoice 1487050** | **$ 19,726.14** |
| | |
| **Total Due** (For Past Due Activity and Current Activity) | **$ 24,942.14** |

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIN THIRTY (30) DAYS OF INVOICE DATE WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

22414.0009  
Plan & Disclosure Statement

Invoice No.:1487050

Fee for legal services rendered in caption from date of last bill to and including February 28, 2010.

## Fee Detail

| Date | Atty | Hours | Description |
|---|---|---|---|
| 02/01/10 | LAJ | 0.50 | Telephone conference with M. Blumenthal re discussion of Plan negotiation development. |
| 02/01/10 | LAJ | 0.90 | Review Plan for meeting. |
| 02/02/10 | LAJ | 0.20 | Conference with K.Cannon re meeting with Plan Funder. |
| 02/03/10 | LAJ | 0.40 | Telephone conference with K. Cannon re Plan negotiations, Disclosure Statement issues. |
| 02/03/10 | LAJ | 0.70 | Analyze re terms of proposed Plan, response to West LB request for moratorium in Committee v. West LB. |
| 02/03/10 | LAJ | 0.20 | Email Jeff Shields re Plan litigation strategy. |
| 02/03/10 | LAJ | 0.60 | Telephone conference with M. Blumenthal re discussion of Plan issues; treatment of unsecureds, setting up meeting with Plan Funder. |
| 02/05/10 | LAJ | 1.30 | Review, analyze Plan for 2/8/10 conference call with Debtors' counsel and Plan Funder. |
| 02/05/10 | LAJ | 0.90 | Read S. Brown email and attachments re David Wickline. |
| 02/08/10 | LAJ | 0.70 | Draft, analyze timeline for Committee. |
| 02/08/10 | LAJ | 0.80 | Review, analyze Disclosure Statement and, in particular, Exhibits/projections to prepare for meeting with Debtor and Plan Funder. |
| 02/08/10 | LAJ | 0.50 | Analyze, prepare questions for meeting with Debtor's counsel and Plan Funder. |
| 02/08/10 | LAJ | 0.90 | Participate in telephone conference with M. Blumenthal, S. Sandholtz, L. Hulme re Plan negotiations, payment to unsecured creditors. |
| 02/08/10 | SDG | 0.20 | Review corrected Notice of Deposition, calendar and docket same |
| 02/09/10 | LAJ | 2.50 | Thorough review of Disclosure Statement and all exhibits for Objection on Friday. |
| 02/10/10 | LAJ | 0.20 | Conference with Jeff Shields re Plan negotiations. |
| 02/10/10 | LAJ | 0.20 | Telephone conference with M. Blumenthal re Plan negotiations. |
| 02/10/10 | LAJ | 0.40 | Analyze Plan negotiation issues, scenarios. |
| 02/10/10 | LAJ | 1.60 | Review Disclosure Statement exhibits 2-1 to 2-3 to determine issues for Objection. |
| 02/10/10 | LAJ | 1.10 | Review Disclosure Statement objection precedents; read cases for law section of Objection. |
| 02/11/10 | LAJ | 0.40 | Telephone conference with M. Blumenthal re possible committee/unsecured credit treatment. |
| 02/11/10 | LAJ | 0.60 | Read, analyze Disclosure Statement for objection. |
| 02/11/10 | LAJ | 0.20 | Conference with Nathan Thomas re research on absolute priority rule. |
| 02/12/10 | JYS | 0.80 | Confer with Mr. Jenkins and assist with preparation of Objection to Disclosure Statement. |
| 02/12/10 | LAJ | 2.80 | Draft Disclosure Statement objection. |
| 02/12/10 | LAJ | 2.90 | Draft Disclosure Statement objection. |
| 02/12/10 | LAJ | 0.20 | Telephone conference with K.Cannon re chronology of plan confirmation, related issues. |
| 02/12/10 | SDG | 1.50 | File and serve objection to Disclosure Statement filed by Easy Street Partners |
| 02/15/10 | LAJ | 1.00 | Read parties' Disclosure Statement objections. |
| 02/15/10 | LAJ | 0.30 | Conference with Nathan Thomas re research on absolute priority rule. |
| 02/15/10 | LAJ | 0.30 | Telephone conference with M. Blumenthal re Plan modifications. |
| 02/15/10 | NDT | 0.50 | Perform research re propriety of cram down of unsecured creditors with payments over time without interest. |
| 02/15/10 | SDG | 0.50 | Cursory review of multiple objections to Disclosures statement |
| 02/16/10 | JYS | 1.00 | Strategy conference with Mr. Jenkins. |
| 02/16/10 | LAJ | 0.80 | Meet with Jeff Shields re discuss Plan strategy and presentation at Committee Meeting. |
| 02/16/10 | LAJ | 0.30 | Conferences with Sherry Glendening and revise Certificate of Service on Disclosure Statement Objection. |

22414.0009  
Plan & Disclosure Statement

March 19, 2010  
Invoice No.:1487050

## Fee Detail

| Date | Atty | Hours | Description |
|---|---|---|---|
| 02/16/10 | LAJ | 0.40 | Review, analyze for Plan discussions, Bay North Disclosure Statement Objection. |
| 02/16/10 | SDG | 0.60 | Assemble objections filed to Disclosure Statement; assist L. Jenkins re meeting with Committee |
| 02/16/10 | SDG | 1.50 | Assist L. Jenkins and J. Shields with preparations for hearing on Disclosure Statement |
| 02/16/10 | SDG | 0.50 | Finalize Certificate of Service on Objection to Disclosure statement; email same to L. Jenkins for review, file same. |
| 02/17/10 | JYS | 0.30 | Review modified disclosure statement from Debtor. |
| 02/17/10 | JYS | 0.20 | Review response of Debtor to Disclosure objections. |
| 02/17/10 | JYS | 0.20 | Review proposed disclosure statement order from Debtor. |
| 02/17/10 | LAJ | 0.30 | Conference with K. Cannon re Plan discussions. |
| 02/17/10 | LAJ | 0.20 | Email exchange with S. Brown re developments relating to Plan. |
| 02/17/10 | LAJ | 0.60 | Review Debtors' response to Disclosure Statement Objections. |
| 02/17/10 | LAJ | 1.10 | Read, analyze 2/17 amended Disclosure Statement; compare with Objections filed to 1/15/10 version. |
| 02/17/10 | LAJ | 0.50 | Draft email to Committee explaining Disclosure Statement revisions by Debtor. |
| 02/17/10 | LAJ | 0.30 | Telephone conference with K. Cannon re revisions to Disclosure Statement. |
| 02/17/10 | LAJ | 0.40 | Conference with Jeff Shields re amended Disclosure Statement. |
| 02/18/10 | JYS | 1.20 | Review pleadings and construct hearing binder to prepare for disclosure hearing. |
| 02/18/10 | JYS | 2.50 | Attend hearing on sufficiency of disclosure statement (Judge Mosier). |
| 02/18/10 | JYS | 1.00 | Post-hearing meeting at Jones Waldo offices with Michael Blumenthal and Ken Cannon. |
| 02/18/10 | JYS | 0.20 | Review confidential term sheet on financing structure. |
| 02/18/10 | LAJ | 1.20 | Read Disclosure Statement, Objections to Disclosure Statement for hearing preparation. |
| 02/18/10 | LAJ | 0.50 | Telephone conference with K. Cannon, M.Blumenthal re discussion for Committee Objections to Disclosure Statement; Plan discussions. |
| 02/18/10 | LAJ | 0.50 | Outline presentation to Court for hearing on disclosure statements. |
| 02/18/10 | LAJ | 0.30 | Review recent Disclosure Statement revision. |
| 02/18/10 | LAJ | 2.60 | Attend Disclosure Statement hearing. |
| 02/18/10 | LAJ | 0.90 | Meet with Jeff Shields, M. Blumenthal, K. Cannon re negotiations on Plan. |
| 02/19/10 | LAJ | 0.50 | Review Term Sheet from West LB to resolve issues in case. |
| 02/19/10 | LAJ | 0.90 | Analysis for negotiation of Plan dispute, review. |
| 02/19/10 | LAJ | 0.90 | Draft lengthy email to Committee re Plan issues, dates for hearings, etc. |
| 02/19/10 | LAJ | 0.50 | Review Order re approval of Disclosure Statement. |
| 02/22/10 | LAJ | 0.30 | Emails to parties re Revised Disclosure Statement. |
| 02/22/10 | LAJ | 1.90 | Review, analysis of 2/21/10 versions of Disclosure Statement and Exhibits. |
| 02/22/10 | LAJ | 0.30 | Review emails, conference with M. Blumenthal re Plan negotiations. |
| 02/22/10 | LAJ | 0.50 | Analyze Order and comments to Debtors' counsel re Disclosure Statement. |
| 02/22/10 | SDG | 0.30 | Cursory review Amended Plan and Disclosure statement dated 2-17-2010 |
| 02/22/10 | SDG | 0.40 | Review Notice of Hearing re Easy Street Mezzanine and Easy Street Holdings Motion to Extend Exclusivity period; calendar and docket same. |
| 02/23/10 | JYS | 1.00 | Pre-conference strategy session with Mr. Jenkins. |
| 02/23/10 | JYS | 0.70 | Telephone conference with Mr. Jenkins, Mr. Blumenthal and Mr. Havel concerning committee claims. |
| 02/23/10 | LAJ | 0.50 | Conference with Jeff Shields re discuss Plan negotiation strategy. |
| 02/23/10 | LAJ | 0.40 | Review, comment on form of approval order. |
| 02/23/10 | LAJ | 0.30 | Emails to parties re form of approval order. |
| 02/23/10 | LAJ | 0.90 | Document review and note review in connection with analyses and evaluation of Plan strategies. |
| 02/23/10 | LAJ | 0.90 | Analyze Plan negotiation (treatment scenarios). |
| 02/23/10 | LAJ | 0.90 | Telephone conference with R. Havel, M. Blumenthal, and Jeff Shields re Plan negotiations. |

March 19, 2010
22414.0009  
Plan & Disclosure Statement  
Invoice No.:1487050

## Fee Detail

| Date | Atty | Hours | Description |
|---|---|---|---|
| 02/23/10 | LAJ | 0.30 | Post-conference call meeting with Jeff Shields re negotiation strategy. |
| 02/24/10 | LAJ | 0.30 | Telephone conference with M. Blumenthal re discussion of Plan terms. |
| 02/24/10 | LAJ | 0.40 | Draft email to C. Elliott re update on Plan negotiations. |
| 02/24/10 | LAJ | 0.20 | Conference with Jeff Shields re Plan negotiations. |
| 02/24/10 | LAJ | 0.30 | Telephone conference with M. Blumenthal re further Plan discussions. |
| 02/24/10 | LAJ | 0.30 | Conference with Jeff Shields re discuss Plan treatment strategy. |
| 02/25/10 | LAJ | 0.30 | Telephone conference with M. Blumenthal re Disclosure Statement revisions. |
| 02/25/10 | LAJ | 0.90 | Draft lengthy email to Comittee re Plan negotiations. |
| 02/25/10 | LAJ | 2.10 | Thorough review (for approval) of most recent version of Disclosure Statements and Exhibits, etc. |
| 02/25/10 | LAJ | 0.50 | Review proposed revised Order approving Disclosure Statement; conference with Sherry Glendening re endorsing same. |
| 02/26/10 | JYS | 0.30 | Review Amended Plan and Amended Disclosure. |
| 02/26/10 | LAJ | 0.70 | Review Amended Plan filed yesterday. |
| 02/26/10 | SDG | 0.50 | Review Amended Plan and Disclosure Statement dated 2-18-2010; email same to Committee members. |

**Total Hours**       66.10

## Fee Summary

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Shields, Jeffery | $ 360.00 | 9.40 | $ 3,384.00 |
| Jenkins, Lon A | 310.00 | 50.20 | 15,562.00 |
| Thomas, Nathan D | 205.00 | 0.50 | 102.50 |
| Glendening, Sherry D | 110.00 | 6.00 | 660.00 |
| **Total Hours and Fees:** | | 66.10 | $ 19,708.50 |

## Expenses

| Date | Description | Amount |
|---|---|---|
| | Long Distance Telephone Charges | 17.64 |
| **Disbursements Total** | | $ 17.64 |

## JONES, WALDO, HOLBROOK & McDONOUGH
A Professional Corporation

ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe
,

March 19, 2010
Invoice: 1487051

22414.0012
WestLB Litigation

### STATEMENT OF ACCOUNT

| | |
|---|---:|
| **Prior Activity** | |
| Previous Balance Due as of February 15, 2010 | $ 10,175.82 |
| 03/02/10     Cash Receipt | -330.82 |
| Total Past Due Balance (If payment has been sent, disregard this balance) | $ 9,845.00 |
| | |
| **Current Activity** | |
| Current Fees | 622.00 |
| Current Expenses | 0.00 |
| Total Current Balance Due for Invoice 1487051 | $ 622.00 |
| | |
| Total Due (For Past Due Activity and Current Activity) | $ 10,467.00 |

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

22414.0012  
WestLB Litigation

March 19, 2010  
Invoice No.: 1487051

Fee for legal services rendered in caption from date of last bill to and including February 28, 2010.

## Fee Detail

| Date | Atty | Hours | Description |
|------|------|-------|-------------|
| 02/01/10 | LAJ | 0.30 | Email exchange with West LB counsel re Committee v. West LB. |
| 02/03/10 | LAJ | 0.50 | Draft lengthy email to West LB counsel re denial of litigation moratorium, etc. |
| 02/08/10 | LAJ | 0.60 | Review, edit proposed Stipulation with West LB; email exchanges with West LB counsel re same. |
| 02/09/10 | LAJ | 0.30 | Read, approve, endorse stipulation with West LB; email B. Kotter re same. |
| 02/10/10 | LAJ | 0.20 | Conference with Sherry Glendening re docketing West LB stipulation dates. |
| 02/10/10 | SDG | 0.30 | Review Stipulation between committee and WestLB re time to answer complaint; email correspondence with L. Jenkins re same |

**Total Hours**     2.20

## Fee Summary

| Attorney | Rate | Hours | Amount |
|----------|------|-------|--------|
| Jenkins, Lon A | $ 310.00 | 1.90 | $ 589.00 |
| Glendening, Sherry D | 110.00 | 0.30 | 33.00 |
| **Total Hours and Fees:** | | 2.20 | $ 622.00 |