# MARCH INVOICES

# JONES, WALDO, HOLBROOK & McDONOUGH
A Professional Corporation

ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe

April 27, 2010
Invoice: 1488473

22414.0003
Case Administration

## STATEMENT OF ACCOUNT

**Prior Activity**

| | | |
|---|---|---:|
| Previous Balance Due as of March 15, 2010 | | $ 7,690.14 |
| 04/14/10 | Cash Receipt | -66.64 |
| **Total Past Due Balance** (If payment has been sent, disregard this balance) | | **$ 7,623.50** |

**Current Activity**

| | |
|---|---:|
| Current Fees | 3,641.00 |
| Current Expenses | 47.94 |
| **Total Current Balance Due for Invoice 1488473** | **$ 3,688.94** |

| | |
|---|---:|
| **Total Due** (For Past Due Activity and Current Activity) | **$ 11,312.44** |

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

22414.0003
Case Administration

April 27, 2010
Invoice No.:1488473

Fee for legal services rendered in caption from date of last bill to and including March 31, 2010.

## Fee Detail

| Date | Atty | Hours | Description |
|---|---|---|---|
| 03/03/10 | LAJ | 0.30 | Draft update email to C. Elliott. |
| 03/03/10 | LAJ | 0.20 | Email exchange with T. Shaner re Committee meeting schedule. |
| 03/04/10 | LAJ | 0.20 | Email exchanges with C. Elliott re Committee action. |
| 03/05/10 | LAJ | 0.80 | Draft Minutes of 2/22/10 meeting. |
| 03/08/10 | LAJ | 0.30 | Emails to Committee Members and Jeff Shields re scheduling Committee meeting and discuss developments. |
| 03/12/10 | JYS | 1.25 | Committee conference call. |
| 03/12/10 | LAJ | 1.30 | Attend Committee Meeting; conduct same. |
| 03/12/10 | LAJ | 0.40 | Conferences with Jeff Shields re tasks as follow-up to Committee directive. |
| 03/15/10 | LAJ | 0.20 | Email R. Havel, A. Jarvis re changes in status of case. |
| 03/16/10 | LAJ | 0.40 | Review DIP monthly reports filed 3/15/10. |
| 03/17/10 | LAJ | 0.30 | Review Amended Notice of Confirmation; email Committee re same; email C. Elliott re meeting. |
| 03/18/10 | LAJ | 0.30 | Emails with C. Elliott, Members re Committee meeting and topics. |
| 03/19/10 | LAJ | 0.20 | Emails with Committee re continued meeting. |
| 03/22/10 | LAJ | 0.30 | Review ECF notifications. |
| 03/24/10 | LAJ | 0.20 | Draft notice of 3/26 Committee meeting; email same. |
| 03/24/10 | LAJ | 0.80 | Draft Minutes from 3/12/10 Committee Meeting. |
| 03/25/10 | LAJ | 0.30 | Draft Agenda for 3/26 meeting; email to Members. |
| 03/25/10 | LAJ | 0.20 | Conference with Sherry Glendening re docketing. |
| 03/26/10 | JYS | 1.20 | Participate in Committee conference call. |
| 03/26/10 | LAJ | 0.50 | Review pleadings, notes; outline discussion topics for Committee meeting. |
| 03/26/10 | LAJ | 0.90 | Conduct Committee meeting. |
| 03/31/10 | LAJ | 0.80 | Draft Minutes. |

**Total Hours**    11.35

## Fee Summary

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Shields, Jeffery | $ 360.00 | 2.45 | $ 882.00 |
| Jenkins, Lon A | 310.00 | 8.90 | 2,759.00 |
| **Total Hours and Fees:** | | 11.35 | $ 3,641.00 |

## Expenses

22414.0003  
Case Administration

April 27, 2010  
Invoice No.:1488473

| Date | Description | Amount |
|------|-------------|--------|
|      | Long Distance Telephone Charges | 38.79 |
|      | Postage | 9.15 |

**Disbursements Total** $ 47.94

## JONES, WALDO, HOLBROOK & McDONOUGH
A Professional Corporation

ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe

April 27, 2010
Invoice: 1488474

22414.0004
Claims Administration & Objections

### STATEMENT OF ACCOUNT

**Prior Activity**

| | | |
|---|---|---|
| Previous Balance Due as of March 19, 2010 | | $ 849.00 |
| 04/14/10 | Cash Receipt | -124.00 |
| **Total Past Due Balance** (If payment has been sent, disregard this balance) | | **$ 725.00** |

**Current Activity**

| | |
|---|---|
| Current Fees | 907.00 |
| Current Expenses | 0.00 |
| **Total Current Balance Due for Invoice 1488474** | **$ 907.00** |

Total Due (For Past Due Activity and Current Activity)    $ 1,632.00

April 27, 2010
Invoice No.: 1488474

22414.0004
Claims Administration &
Objections

Fee for legal services rendered in caption from date of last bill to and including March 31, 2010.

## Fee Detail

| Date | Atty | Hours | Description |
|---|---|---|---|
| 03/02/10 | LAJ | 1.30 | Read Claim Objections filed by Debtor, Motion to set value of assets. |
| 03/02/10 | SDG | 0.30 | Cursory review of Debtor's Ex Parte Motion for Leave to File Omnibus Objection to and Motion to Allow Homeowners Claims reduced amount. |
| 03/02/10 | SDG | 0.20 | Cursory review of Response to Objection to proof of interest filed by BayNorth. |
| 03/02/10 | SDG | 0.70 | Review Debtor's objections to claims; calendar and docket hearing and deadline for response. |
| 03/10/10 | LAJ | 0.50 | Read pleadings for hearing on Debtor's objection to Bay North proof of interest. |
| 03/11/10 | LAJ | 0.70 | Hearing on claim objection. |

**Total Hours**  3.70

## Fee Summary

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Jenkins, Lon A | $ 310.00 | 2.50 | $ 775.00 |
| Glendening, Sherry D | 110.00 | 1.20 | 132.00 |
| **Total Hours and Fees:** | | 3.70 | $ 907.00 |

## JONES, WALDO, HOLBROOK & McDONOUGH
A Professional Corporation

ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe

April 27, 2010
Invoice: 1488475

22414.0005
Fee / Employment Applicants

### STATEMENT OF ACCOUNT

| | |
|---|---:|
| **Prior Activity** | |
| Previous Balance Due as of March 15, 2010 | $ 12,021.00 |
| 04/14/10    Cash Receipt | -4,594.00 |
| **Total Past Due Balance** (If payment has been sent, disregard this balance) | $ 7,427.00 |
| | |
| **Current Activity** | |
| Current Fees | 3,140.00 |
| Current Expenses | 0.00 |
| **Total Current Balance Due for Invoice 1488475** | $ 3,140.00 |
| | |
| Total Due (For Past Due Activity and Current Activity) | $ 10,567.00 |

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

22414.0005
Fee / Employment Applicants

April 27, 2010
Invoice No.:1488475

Fee for legal services rendered in caption from date of last bill to and including March 31, 2010.

## Fee Detail

| Date | Atty | Hours | Description |
|---|---|---|---|
| 03/03/10 | LAJ | 1.00 | Review professionals' fee applications. |
| 03/04/10 | LAJ | 1.80 | Review fee applications. |
| 03/05/10 | SDG | 2.20 | Research re Fee Application protocols, review various fee applications and conference with L. Jenkins re same. |
| 03/08/10 | SDG | 0.50 | Review fee application of Crowell & Moring re hourly rates; conference with L. Jenkins re same. |
| 03/09/10 | LAJ | 0.60 | Invoice review for 4th request. |
| 03/09/10 | SDG | 0.20 | Filed Certificate of Service re Objection to fee application. |
| 03/12/10 | LAJ | 0.20 | Review Wrona 4th fee request. |
| 03/16/10 | LAJ | 0.30 | Prepare for fee application hearings. |
| 03/16/10 | LAJ | 0.70 | Attend fee application hearings. |
| 03/18/10 | LAJ | 0.20 | Review orders on Debtors' professional's fee applications. |
| 03/18/10 | LAJ | 0.30 | Review, edit order on Jones Waldo fee application; conference with Sherry Glendening re same. |
| 03/18/10 | LAJ | 0.80 | Review, edit February invoices for fee submission. |
| 03/22/10 | LAJ | 1.00 | Review, edit revised invoices for filing with monthly fee submission. |
| 03/23/10 | LAJ | 1.00 | Attend to final review of February fee submission; draft same. |
| 03/24/10 | LAJ | 0.50 | Review fee submissions for estate professionals. |
| 03/25/10 | LAJ | 0.40 | Review Durham Jones 4th fee request. |
| 03/30/10 | LAJ | 0.30 | Review orders re professional compensation. |

**Total Hours** 12.00

## Fee Summary

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Jenkins, Lon A | $ 310.00 | 9.10 | $ 2,821.00 |
| Glendening, Sherry D | 110.00 | 2.90 | 319.00 |
| **Total Hours and Fees:** | | 12.00 | $ 3,140.00 |

# JONES, WALDO, HOLBROOK & MCDONOUGH
A Professional Corporation

ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe
,

April 27, 2010
Invoice: 1488476

22414.0006
Fee / Employment Objections

## STATEMENT OF ACCOUNT

| | |
|---|---:|
| **Prior Activity** | |
| Previous Balance Due as of March 15, 2010 | $ 1,096.60 |
| 04/14/10  Cash Receipt | -93.60 |
| **Total Past Due Balance** (If payment has been sent, disregard this balance) | **$ 1,003.00** |
| | |
| **Current Activity** | |
| Current Fees | 4,383.00 |
| Current Expenses | 0.00 |
| **Total Current Balance Due for Invoice 1488476** | **$ 4,383.00** |
| | |
| **Total Due** (For Past Due Activity and Current Activity) | **$ 5,386.00** |

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIN THIRTY (30) DAYS OF INVOICE DATE WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

22414.0006  
Fee / Employment Objections

April 27, 2010  
Invoice No.:1488476

Fee for legal services rendered in caption from date of last bill to and including March 31, 2010.

## Fee Detail

| Date | Atty | Hours | Description |
|---|---|---|---|
| 03/04/10 | LAJ | 1.30 | Read, analyze fee objection precedents. |
| 03/05/10 | LAJ | 2.60 | Review Debtors' professionals' fee applications with attached invoices for possible objections. |
| 03/08/10 | BQW | 1.00 | Research re District of Utah cases re standard for reasonableness of attorneys fees incurred in representation of a debtor. |
| 03/08/10 | LAJ | 1.70 | Read cases from B. Worthen re standards for professional compensation in Utah. |
| 03/08/10 | LAJ | 0.90 | Draft Objection to C&M fee application. |
| 03/08/10 | LAJ | 1.00 | Draft Objection to Crowell fee application. |
| 03/08/10 | LAJ | 0.70 | Draft Objection to Crowell fee application. |
| 03/08/10 | LAJ | 0.40 | Conferences with Sherry Glendening re determining C&M fee amounts for specific tasks. |
| 03/08/10 | LAJ | 0.90 | Finalize for filing Objection to Crowell fee application. |
| 03/08/10 | SDG | 0.50 | Conference with L. Jenkins; finalize and file Objection to fees of Crowell & Moring, cause same to be served. |
| 03/08/10 | SDG | 0.60 | Assist L. Jenkins with preparation of Objection to Fee Application. |
| 03/08/10 | SDG | 0.50 | Assist L. Jenkins with fee application objection |
| 03/09/10 | LAJ | 0.60 | Finalize fee application objection. |
| 03/09/10 | LAJ | 0.30 | Read West LB objection to fees. |
| 03/09/10 | LAJ | 0.30 | Conference with Sherry Glendening and review Certificate of Sevice on fee objection to ensure proper service. |
| 03/09/10 | LAJ | 0.20 | Email exchange with M. Blumenthal re our objection to C&M's fees. |
| 03/09/10 | LAJ | 0.20 | Email exchange with Jeff Shields re strategy re fee objection. |
| 03/09/10 | SDG | 0.40 | Draft Certificate of Service on Objection to Fee Application. |
| 03/10/10 | LAJ | 0.20 | Email exchanges with M. Blumenthal re fee application objection. |
| 03/12/10 | LAJ | 0.20 | Telephone conference with C. Elliott re objections to fee applications. |
| 03/12/10 | LAJ | 0.30 | Telephone conferences with M. Blumenthal re Committee objection to C&M fee application. |
| 03/15/10 | LAJ | 0.40 | Telephone conference with M. Blumenthal re negotiation of reductions to Crowell fee application. |
| 03/15/10 | LAJ | 0.60 | Review, analyze C&M fee application for settlement proposal on reductions; calculate same. |
| **Total Hours** | | **15.80** | |

## Fee Summary

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Jenkins, Lon A | $ 310.00 | 12.80 | $ 3,968.00 |
| Worthen, Brock | 195.00 | 1.00 | 195.00 |
| Glendening, Sherry D | 110.00 | 2.00 | 220.00 |
| **Total Hours and Fees:** | | **15.80** | **$ 4,383.00** |

22414.0006
Fee / Employment Objections

April 27, 2010
Invoice No.:1488476

## JONES, WALDO, HOLBROOK & McDONOUGH
A Professional Corporation

ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe
,

April 27, 2010
Invoice: 1488477

22414.0009
Plan & Disclosure Statement

### STATEMENT OF ACCOUNT

**Prior Activity**

| | | |
|---|---|---|
| Previous Balance Due as of March 15, 2010 | | $ 24,942.14 |
| 04/14/10 | Cash Receipt | -17.64 |
| **Total Past Due Balance** (If payment has been sent, disregard this balance) | | **$ 24,924.50** |

**Current Activity**

| | |
|---|---|
| Current Fees | 3,952.00 |
| Current Expenses | 148.14 |
| **Total Current Balance Due for Invoice 1488477** | **$ 4,100.14** |

| | |
|---|---|
| **Total Due** (For Past Due Activity and Current Activity) | **$ 29,024.64** |

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

22414.0009
Plan & Disclosure Statement

April 27, 2010
Invoice No.:1488477

Fee for legal services rendered in caption from date of last bill to and including March 31, 2010.

## Fee Detail

| Date | Atty | Hours | Description |
|---|---|---|---|
| 03/01/10 | LAJ | 0.40 | Evaluate settlement scenarios. |
| 03/01/10 | SDG | 0.60 | Review order approving amended disclosure statement and setting forth deadline with respect to confirmation of plan; calendar and docket same. |
| 03/02/10 | JYS | 1.50 | Review several inbound pleadings including Disclosure Statement, Bay North objections, claim objections, omnibus orders. |
| 03/02/10 | LAJ | 0.20 | Telephone conference with K. Cannon re ballot error. |
| 03/02/10 | LAJ | 0.30 | Email to Committee re balloting error. |
| 03/02/10 | SDG | 0.30 | Review of Motion for entry of Order determining value of Sky Lodge; calendar and docket deadline for response and hearing. |
| 03/03/10 | LAJ | 0.20 | Telephone conference with C. Elliott re balloting. |
| 03/04/10 | LAJ | 0.20 | Review West LB discovery notices. |
| 03/04/10 | SDG | 0.30 | Calendar and docket deadline re Subpoena issued to Strategic Capital Partners, Deposition of Kim Sallengier and Easy Street Partners. |
| 03/08/10 | LAJ | 0.20 | Emails with S. Brown, C. Elliott re developments regarding plan fund. |
| 03/08/10 | LAJ | 0.20 | Read West LB reservation of rights. |
| 03/08/10 | LAJ | 0.30 | Telephone conference with M. Blumenthal re report on plan fund issues, developments. |
| 03/08/10 | SDG | 0.40 | Calendar and docket Debtors Notice of Hearing on Easy Street Partners Motion to Extend Exclusive Period. |
| 03/09/10 | LAJ | 0.90 | Analyze lawsuit, plan re strategy for plan objection. |
| 03/09/10 | LAJ | 0.20 | Email exchange with C. Elliott re plan developments. |
| 03/10/10 | LAJ | 0.30 | Review notices of continued depositions. |
| 03/11/10 | SDG | 0.30 | Review Notice of extended deadline for Easy Street Partners to respond to request for documents, calendar and docket same. |
| 03/12/10 | LAJ | 0.20 | Emails with M. Blumenthal re plan funder issues. |
| 03/12/10 | LAJ | 0.60 | Analyze plan options re plan funder uncertainty. |
| 03/15/10 | LAJ | 0.30 | Draft lengthy email to Committee Members re status of confirmation proceedings - delayed. |
| 03/15/10 | LAJ | 0.30 | Draft lengthy email to Jeff Shields re issues for consideration re plan confirmation issues. |
| 03/15/10 | LAJ | 0.20 | Telephone conference with M. Blumenthal re status of plan funder. |
| 03/16/10 | LAJ | 0.20 | Conference with KLC re confirmation heaing schedule. |
| 03/24/10 | LAJ | 0.50 | Telephone conference with M. Blumenthal re developments related to plan funder and related issues. |
| 03/26/10 | JYS | 0.20 | Review inbound orders relating to exclusivity extensions for Mezzaninne and Holdings. |
| 03/26/10 | LAJ | 0.80 | Read pleadings re appraisals, claim estimation, extension of exclusion periods. |
| 03/29/10 | LAJ | 0.20 | Telephone conference with K. Cannon re valuation hearing tomorrow. |
| 03/30/10 | LAJ | 0.50 | Read pleadings for hearings today. |
| 03/30/10 | LAJ | 0.90 | To court, attend various hearings: (1) valuation; (2) homeowners' claim estimation; (3) extension of exclusive period; return from court. |
| 03/31/10 | LAJ | 0.30 | Review Debtors' pleadings filed re new appraisal. |
| 03/31/10 | LAJ | 0.20 | Emails with M. Blumenthal re LOI from plan funder. |
| 03/31/10 | LAJ | 1.30 | Analyze plan options, litigation options in view of possible plan funding issues. |
| 03/31/10 | LAJ | 0.20 | Email exchange with R. Havel re plan issues. |

22414.0009
Plan & Disclosure Statement

April 27, 2010
Invoice No.:1488477

## Fee Detail

| Date | Atty | Hours | Description |
|------|------|-------|-------------|
| Total Hours | | 13.70 | |

## Fee Summary

| Attorney | Rate | Hours | Amount |
|----------|------|-------|--------|
| Shields, Jeffery | $ 360.00 | 1.70 | $ 612.00 |
| Jenkins, Lon A | 310.00 | 10.10 | 3,131.00 |
| Glendening, Sherry D | 110.00 | 1.90 | 209.00 |
| **Total Hours and Fees:** | | 13.70 | $ 3,952.00 |

## Expenses

| Date | Description | Amount |
|------|-------------|--------|
| | Long Distance Telephone Charges | 50.42 |
| | In house photo copies - 482 pages @ 0.20 | 96.40 |
| | Postage | 1.32 |
| **Disbursements Total** | | $ 148.14 |

### JONES, WALDO, HOLBROOK & McDONOUGH
A Professional Corporation

ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe

April 27, 2010
Invoice: 1488478

22414.0011
Bay North Litigation

## STATEMENT OF ACCOUNT

| | |
|---|---:|
| **Prior Activity** | |
| Previous Balance Due as of February 15, 2010 | $ 2,541.00 |
| **Total Past Due Balance** (If payment has been sent, disregard this balance) | **$ 2,541.00** |
| | |
| **Current Activity** | |
| Current Fees | 186.00 |
| Current Expenses | 0.00 |
| **Total Current Balance Due for Invoice 1488478** | **$ 186.00** |
| | |
| **Total Due** (For Past Due Activity and Current Activity) | **$ 2,727.00** |

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

22414.0011  
Bay North Litigation

April 27, 2010  
Invoice No.: 1488478

Fee for legal services rendered in caption from date of last bill to and including March 31, 2010.

## Fee Detail

| Date | Atty | Hours | Description |
|---|---|---|---|
| 03/01/10 | LAJ | 0.10 | Email K. Cannon re deposition of Bay North. |
| 03/03/10 | LAJ | 0.50 | Review documents re Bay North deposition. |

**Total Hours**  0.60

## Fee Summary

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Jenkins, Lon A | $ 310.00 | 0.60 | $ 186.00 |
| **Total Hours and Fees:** | | 0.60 | $ 186.00 |

# JONES, WALDO, HOLBROOK & McDONOUGH
A Professional Corporation

ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe

April 27, 2010
Invoice: 1488479

22414.0012
WestLB Litigation

## STATEMENT OF ACCOUNT

| | |
|---|---:|
| **Prior Activity** | |
| Previous Balance Due as of March 15, 2010 | $ 10,467.00 |
| Total Past Due Balance (If payment has been sent, disregard this balance) | $ 10,467.00 |
| | |
| **Current Activity** | |
| Current Fees | 961.00 |
| Current Expenses | 0.00 |
| Total Current Balance Due for Invoice 1488479 | $ 961.00 |
| | |
| Total Due (For Past Due Activity and Current Activity) | $ 11,428.00 |

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

22414.0012  
WestLB Litigation

April 27, 2010  
Invoice No.:1488479

Fee for legal services rendered in caption from date of last bill to and including March 31, 2010.

### Fee Detail

| Date | Atty | Hours | Description |
|---|---|---|---|
| 03/03/10 | LAJ | 0.40 | Analyze issues re requiring answer/response from West LB. |
| 03/05/10 | LAJ | 0.50 | Draft notice to West LB re answer to Complaint. |
| 03/10/10 | LAJ | 0.40 | Revise correspondence to R. Havel. |
| 03/12/10 | LAJ | 0.20 | Conferences with KR and finalize West LB demand. |
| 03/24/10 | LAJ | 0.80 | Review complaint, caselaw; analyze plan treatments to prepare for meeting with West LB. |
| 03/24/10 | LAJ | 0.60 | Conference with A. Jarvis re discussion of Committee v. West LB litigation. |
| 03/26/10 | LAJ | 0.20 | Review correspondence from Sidley & Austin. |

**Total Hours**    3.10

### Fee Summary

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Jenkins, Lon A | $ 310.00 | 3.10 | $ 961.00 |
| **Total Hours and Fees:** | | 3.10 | $ 961.00 |