# APRIL INVOICES

# JONES, WALDO, HOLBROOK & McDONOUGH
A Professional Corporation

ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe

May 20, 2010
Invoice: 1489979

22414.0001
Asset Anaylsis and Recovery

## STATEMENT OF ACCOUNT

| | |
|---|---:|
| **Prior Activity** | |
| Previous Balance Due as of March 15, 2010 | $ 533.83 |
| 04/14/10    Cash Receipt | -440.83 |
| **Total Past Due Balance** (If payment has been sent, disregard this balance) | $ 93.00 |
| | |
| **Current Activity** | |
| Current Fees | 576.00 |
| Current Expenses | 246.74 |
| **Total Current Balance Due for Invoice 1489979** | $ 822.74 |
| | |
| Total Due (For Past Due Activity and Current Activity) | $ 915.74 |

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

May 20, 2010
Invoice No.: 1489979

22414.0001
Asset Anaylsis and Recovery

Fee for legal services rendered in caption from date of last bill to and including April 30, 2010.

### Fee Detail

| Date | Atty | Hours | Description |
|---|---|---|---|
| 04/07/10 | LAJ | 0.40 | Conference with Jeff Shields re case strategy. |
| 04/08/10 | LAJ | 0.50 | Telephone conference with M. Blumenthal re developments in case. |
| 04/12/10 | LAJ | 0.30 | Telephone conference with K. Cannon re developments. |
| 04/13/10 | LAJ | 0.20 | Read ECF notifications. |
| 04/13/10 | LAJ | 0.20 | Email exchange with Jeff Shields re case strategy. |
| 04/21/10 | LAJ | 0.20 | Emails with S. Brown re information bearing on $5.6 million transfer. |

**Total Hours**   1.80

### Fee Summary

| | Rate | Hours | Amount |
|---|---|---|---|
| **Attorney** | $ 320.00 | 1.80 | $ 576.00 |
| Jenkins, Lon A | | 1.80 | $ 576.00 |

**Total Hours and Fees:**

### Expenses

| Date | Description | Amount |
|---|---|---|
| 04/30/10 | Online Legal Research | 239.60 |
| | Long Distance Telephone Charges | 7.14 |
| | | $ 246.74 |

**Disbursements Total**

# JONES, WALDO, HOLBROOK & McDONOUGH
A Professional Corporation

ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe

May 20, 2010
Invoice: 1489980

22414.0003
Case Administration

## STATEMENT OF ACCOUNT

| | |
|---|---:|
| **Prior Activity** | |
| Previous Balance Due as of April 15, 2010 | $ 11,312.44 |
| Total Past Due Balance (If payment has been sent, disregard this balance) | $ 11,312.44 |
| | |
| **Current Activity** | |
| Current Fees | 6,008.00 |
| Current Expenses | 28.94 |
| Total Current Balance Due for Invoice 1489980 | $ 6,036.94 |
| | |
| Total Due (For Past Due Activity and Current Activity) | $ 17,349.38 |

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIN THIRTY (30) DAYS OF INVOICE DATE WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

22414.0003  
Case Administration

May 20, 2010  
Invoice No.:1489980

Fee for legal services rendered in caption from date of last bill to and including April 30, 2010.

## Fee Detail

| Date | Atty | Hours | Description |
|---|---|---|---|
| 04/12/10 | JYS | 0.20 | Review minutes of meeting of March 26, 2010. |
| 04/13/10 | JYS | 0.25 | Confer with Lon Jenkins about committee conference call. |
| 04/20/10 | JYS | 1.00 | Interview potential financial advisory firm (Vici Partners). |
| 04/22/10 | JYS | 1.00 | Participate in Committee conference call. |
| 04/29/10 | JYS | 0.40 | Telephone conference with Robert Moon of Vici Partners; confer with Lon Jenkins. |
| 04/01/10 | LAJ | 0.20 | Email to Committee re status report. |
| 04/06/10 | LAJ | 0.20 | Email to C. Elliott re status of discussion with Debtor. |
| 04/06/10 | LAJ | 0.40 | Read ECF pleadings. |
| 04/12/10 | LAJ | 0.80 | Draft minutes from 3/26/10 meeting; send to Committee. |
| 04/12/10 | LAJ | 0.20 | Draft agenda for 4/13/10 meeting; send to Committee. |
| 04/13/10 | LAJ | 0.20 | Prepare for Committee meeting. |
| 04/13/10 | LAJ | 1.30 | Conduct Committee meeting. |
| 04/13/10 | LAJ | 1.20 | Analyze, research case, plan strategies in view of case developments and Committee direction. |
| 04/14/10 | LAJ | 0.90 | Revise, edit, reallocate time from March invoice. |
| 04/14/10 | LAJ | 0.40 | Review, analyze projected cash flows provided by Debtor. |
| 04/15/10 | LAJ | 0.20 | Conference with R. Huot - delivery of appraisal to Committee members. |
| 04/16/10 | LAJ | 0.70 | Review Debtor's filings, orders. |
| 04/19/10 | LAJ | 0.20 | Telephone conference exchange with B. Goodrich re next Committee meeting. |
| 04/19/10 | LAJ | 0.40 | Review MOR. |
| 04/19/10 | LAJ | 0.30 | Email to Committee re developments, status, deadlines. |
| 04/21/10 | LAJ | 0.20 | Read ECF notifications. |
| 04/21/10 | LAJ | 0.90 | Draft Minutes of 4/13/10 meeting. |
| 04/21/10 | LAJ | 0.20 | Drafat Agenda for 4/22/10 meeting. |
| 04/21/10 | LAJ | 0.30 | Email exchanges with S. Brown, C. Elliott re strategy. |
| 04/22/10 | LAJ | 1.40 | Attend, conduct Committee meeting. |
| 04/22/10 | LAJ | 0.20 | Telephone conference with M. Thompson re discussion of meeting with Committee. |
| 04/22/10 | LAJ | 0.40 | Work on arrangements for Committee meeting with Jacobsen; emails with Elliot, Goodrich, and Johnson. |
| 04/22/10 | LAJ | 0.60 | Compare, reconcile Debtor's cash projections and MOR. |
| 04/22/10 | LAJ | 0.20 | Conference with Jeff Shields re advisor/consultant for Committee. |
| 04/22/10 | LAJ | 0.30 | Telephone conference with R. Havel re Debtor's cash position. |
| 04/23/10 | LAJ | 0.50 | Review financials (MOE) and conference with Rebecca Huot re delivery to Members. |
| 04/23/10 | LAJ | 0.20 | Email exchange with T. Shaner re schedule for meeting with Jacobsen. |
| 04/26/10 | LAJ | 0.20 | Emails re 5/4/10 meeting. |
| 04/26/10 | LAJ | 0.80 | Review MOR for communications with Committee. |
| 04/28/10 | LAJ | 0.20 | Emails with Committee re meeting on May 4. |
| 04/29/10 | LAJ | 0.20 | Conference with Jeff Shields, consultant for Committee; employment issues. |
| 04/02/10 | RAH | 0.40 | Print newly filed documents; analyze docket for deadlines; calendar same. |
| 04/07/10 | RAH | 0.10 | Print newly filed documents; analyze for significant dates. |
| 04/08/10 | RAH | 0.20 | Print most recent court filings; analyze for deadlines. |
| 04/12/10 | RAH | 0.20 | Review docket; print most recent filings; analyze for deadlines; calendar same. |
| 04/13/10 | RAH | 0.20 | Review docket; print most recent filings; analyze for deadlines; calendar same. |

22414.0003
Case Administration

May 20, 2010
Invoice No.:1489980

## Fee Detail

| Date | Atty | Hours | Description |
|---|---|---|---|
| 04/13/10 | RAH | 0.30 | Organize and update pleadings. |
| 04/14/10 | RAH | 0.20 | Review docket; print most recent filings; analyze for deadlines; calendar same. |
| 04/15/10 | RAH | 0.20 | Print newly filed documents; analyze for significant dates; calendar same. |
| 04/16/10 | RAH | 0.30 | Print newly filed documents; analyze for significant dates. |
| 04/19/10 | RAH | 0.20 | Print newly filed documents; analyze for significant dates; calendar same. |
| 04/20/10 | RAH | 0.20 | Print newly filed documents; analyze for significant dates; calendar same. |
| 04/20/10 | RAH | 0.20 | Print newly filed documents; analyze for significant dates; calendar same. |
| 04/21/10 | RAH | 0.20 | Print newly filed documents; analyze for significant dates. |
| 04/26/10 | RAH | 0.20 | Print newly filed documents; analyze for significant dates; calendar same. |
| 04/28/10 | RAH | 0.20 | Print newly filed documents; analyze for significant dates; calendar objection deadlines. |
| 04/30/10 | RAH | 0.10 | Print newly filed documents; analyze for significant dates; calendar same. |

**Total Hours**   20.65

## Fee Summary

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Shields, Jeffery | $ 360.00 | 2.85 | $ 1,026.00 |
| Jenkins, Lon A | 320.00 | 14.40 | 4,608.00 |
| Huot, Rebecca A | 110.00 | 3.40 | 374.00 |
| **Total Hours and Fees:** | | 20.65 | $ 6,008.00 |

## Expenses

| Date | Description | Amount |
|---|---|---|
| | Long Distance Telephone Charges | 28.94 |
| **Disbursements Total** | | $ 28.94 |

## JONES, WALDO, HOLBROOK & MCDONOUGH
A Professional Corporation

ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe

May 20, 2010
Invoice: 1489981

22414.0004
Claims Administration & Objections

### STATEMENT OF ACCOUNT

| | |
|---|---:|
| **Prior Activity** | |
| Previous Balance Due as of April 15, 2010 | $ 1,632.00 |
| Total Past Due Balance (If payment has been sent, disregard this balance) | $ 1,632.00 |
| | |
| **Current Activity** | |
| Current Fees | 640.00 |
| Current Expenses | 0.00 |
| Total Current Balance Due for Invoice 1489981 | $ 640.00 |
| | |
| Total Due (For Past Due Activity and Current Activity) | $ 2,272.00 |

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIN THIRTY (30) DAYS OF INVOICE DATE WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

22414.0004  
Claims Administration & Objections

May 20, 2010  
Invoice No.:1489981

Fee for legal services rendered in caption from date of last bill to and including April 30, 2010.

## Fee Detail

| Date | Atty | Hours | Description |
|---|---|---|---|
| 04/09/10 | LAJ | 0.80 | Analyze possible claim objections. |
| 04/09/10 | LAJ | 0.50 | Read Gateway response to claim objection. |
| 04/23/10 | LAJ | 0.40 | Review claims list re determination of insider claim. |
| 04/27/10 | LAJ | 0.20 | Telephone conference with K. Cannon re hearing today on objection to claims. |
| 04/28/10 | LAJ | 0.10 | Telephone conference with K. Cannon re continued claim objection hearing. |

**Total Hours**   2.00

## Fee Summary

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Jenkins, Lon A | $ 320.00 | 2.00 | $ 640.00 |
| **Total Hours and Fees:** | | 2.00 | $ 640.00 |

# JONES, WALDO, HOLBROOK & McDONOUGH
A Professional Corporation

ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe
,

May 20, 2010
Invoice: 1489982

22414.0005
Fee / Employment Applicants

## STATEMENT OF ACCOUNT

| | |
|---|---:|
| **Prior Activity** | |
| Previous Balance Due as of April 15, 2010 | $ 10,567.00 |
| Total Past Due Balance (If payment has been sent, disregard this balance) | $ 10,567.00 |
| | |
| **Current Activity** | |
| Current Fees | 1,528.00 |
| Current Expenses | 20.85 |
| Total Current Balance Due for Invoice 1489982 | $ 1,548.85 |
| | |
| Total Due (For Past Due Activity and Current Activity) | $ 12,115.85 |

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

22414.0005  
Fee / Employment Applicants

..., 2010  
Invoice No.:1489982

Fee for legal services rendered in caption from date of last bill to and including April 30, 2010.

## Fee Detail

| Date | Atty | Hours | Description |
|---|---|---|---|
| 04/01/10 | LAJ | 0.20 | Orders on fee applications. |
| 04/12/10 | LAJ | 0.60 | Read, review fee requests. |
| 04/13/10 | LAJ | 0.30 | Review Wrona, Gordon fee requests. |
| 04/20/10 | LAJ | 1.10 | Review, edit 5th fee submission of Jones Waldo. |
| 04/22/10 | LAJ | 0.30 | Review West LB fee submission. |
| 04/26/10 | LAJ | 0.40 | Final invoice review and prepare 5th fee submission. |
| 04/27/10 | LAJ | 0.60 | Draft, revise, finalize for filing Jones Waldo 5th fee submission. |
| 04/27/10 | LAJ | 0.30 | Review DJP fees. |
| 04/28/10 | LAJ | 0.20 | Conference with Rebecca Huot re service of 5th fee request. |
| 04/30/10 | LAJ | 0.50 | Read fee submissions, correspondence exchange. |
| 04/27/10 | RAH | 0.80 | Scan and file Jones Waldo's Fifth Fee Request with the court; serve via email and mail. |

**Total Hours**   5.30

## Fee Summary

| | Rate | Hours | Amount |
|---|---|---|---|
| **Attorney** | $ 320.00 | 4.50 | $ 1,440.00 |
| Jenkins, Lon A | 110.00 | 0.80 | 88.00 |
| Huot, Rebecca A | | | |
| | | 5.30 | $ 1,528.00 |

**Total Hours and Fees:**

## Expenses

| Date | Description | Amount |
|---|---|---|
| | Postage | 20.85 |
| | | $ 20.85 |

**Disbursements Total**

## JONES, WALDO, HOLBROOK & McDONOUGH
A Professional Corporation

ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe
,

May 20, 2010
Invoice: 1489983

22414.0006
Fee / Employment Objections

## STATEMENT OF ACCOUNT

| | |
|---|---:|
| **Prior Activity** | |
| Previous Balance Due as of April 15, 2010 | $ 5,386.00 |
| Total Past Due Balance (If payment has been sent, disregard this balance) | $ 5,386.00 |
| | |
| **Current Activity** | |
| Current Fees | 128.00 |
| Current Expenses | 0.00 |
| Total Current Balance Due for Invoice 1489983 | $ 128.00 |
| | |
| Total Due (For Past Due Activity and Current Activity) | $ 5,514.00 |

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

22414.0006  
Fee / Employment Objections

May 20, 2010  
Invoice No.:1489983

Fee for legal services rendered in caption from date of last bill to and including April 30, 2010.

### Fee Detail

| Date | Atty | Hours | Description |
|---|---|---|---|
| 04/26/10 | LAJ | 0.40 | Read objections to Wrona and Gordon fee requests. |

**Total Hours**  0.40

### Fee Summary

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Jenkins, Lon A | $ 320.00 | 0.40 | $ 128.00 |
| **Total Hours and Fees:** | | 0.40 | $ 128.00 |

# JONES, WALDO, HOLBROOK & McDONOUGH
A Professional Corporation

ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe

May 20, 2010
Invoice: 1489986

22414.0007
Financing / Cash Collateral

## STATEMENT OF ACCOUNT

**Prior Activity**
Previous Balance Due as of February 24, 2010            $ 6,977.00
    04/14/10            Cash Receipt             -4,861.73
**Total Past Due Balance** (If payment has been sent, disregard this balance)    $ 2,115.27

**Current Activity**
Current Fees                                              544.00
Current Expenses                                            0.00
**Total Current Balance Due for Invoice 1489986**         $ 544.00


**Total Due** (For Past Due Activity and Current Activity)    $ 2,659.27

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

22414.0007
Financing / Cash Collateral

May 20, 2010
Invoice No.:1489986

Fee for legal services rendered in caption from date of last bill to and including April 30, 2010.

### Fee Detail

| Date | Atty | Hours | Description |
|---|---|---|---|
| 04/21/10 | LAJ | 0.60 | Read correspondence from R. Havel re Debtor's cash flow and review projections in view of questions raised. |
| 04/23/10 | LAJ | 0.20 | Email exchange with Elliott, Johnson re scheduling Jacobsen meeting. |
| 04/30/10 | LAJ | 0.90 | Read Stipulation re Cash Collateral; analyze in view of Committee's concerns; email exchange with M. Johnson re Jacobsen's position. |

**Total Hours**   1.70

### Fee Summary

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Jenkins, Lon A | $ 320.00 | 1.70 | $ 544.00 |
| **Total Hours and Fees:** | | 1.70 | $ 544.00 |

## JONES, WALDO, HOLBROOK & McDONOUGH
A Professional Corporation

ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe

May 20, 2010
Invoice: 1489984

22414.0009
Plan & Disclosure Statement

### STATEMENT OF ACCOUNT

| | |
|---|---:|
| **Prior Activity** | |
| Previous Balance Due as of April 15, 2010 | $ 29,024.64 |
| Total Past Due Balance (If payment has been sent, disregard this balance) | $ 29,024.64 |
| | |
| **Current Activity** | |
| Current Fees | 5,860.00 |
| Current Expenses | 28.98 |
| Total Current Balance Due for Invoice 1489984 | $ 5,888.98 |
| | |
| Total Due (For Past Due Activity and Current Activity) | $ 34,913.62 |

22414.0009  
Plan & Disclosure Statement

May 20, 2010  
Invoice No.:1489984

Fee for legal services rendered in caption from date of last bill to and including April 30, 2010.

## Fee Detail

| Date | Atty | Hours | Description |
|---|---|---|---|
| 04/15/10 | JYS | 0.30 | Review several inbound pleadings including motions to extend confirmation dates and related items. |
| 04/21/10 | JYS | 1.25 | Meeting with counsel for Jacobsen Construction (with Lon Jenkins). |
| 04/02/10 | LAJ | 0.40 | Telephone conference with R. Havel re plan discussions. |
| 04/02/10 | LAJ | 1.90 | Evaluate plan alternatives. |
| 04/07/10 | LAJ | 0.40 | Review notice/motion re new appraisal value. |
| 04/07/10 | LAJ | 0.90 | Analyze plan absolute priority issues; payments to Mezzanine Escrow and Unsecured Creditors. |
| 04/08/10 | LAJ | 0.40 | Analyze plan concerning likely change of funder, timing. |
| 04/09/10 | LAJ | 0.80 | Analyze options re Debtor's financing; plan formulation. |
| 04/13/10 | LAJ | 0.20 | Telephone conference with A. Jarvis - email exchange re conference call. |
| 04/13/10 | LAJ | 0.20 | Email exchange with S. Brown re Jacobsen. |
| 04/13/10 | LAJ | 0.30 | Telephone conference with D. Payne re discussion of status of Debtor's plan. |
| 04/14/10 | LAJ | 0.50 | Read pleadings for today's hearings. |
| 04/14/10 | LAJ | 0.30 | Read Gunther objection to confirmation. |
| 04/14/10 | LAJ | 1.30 | To court, attend hearings on (1) valuing Debtor's property; (2) claim objections; (3) continuance of confirmation hearings; return from court. |
| 04/14/10 | LAJ | 0.60 | Review revised appraisal distributed at today's hearing. |
| 04/15/10 | LAJ | 1.20 | Read appraisal and new addendum of Debtor's properties. |
| 04/15/10 | LAJ | 0.30 | Telephone conference with A. Jarvis, R. Havel re reorganization issues. |
| 04/15/10 | LAJ | 0.30 | Telephone conference with K. Cannon re Debtor's projected cash flows. |
| 04/15/10 | LAJ | 0.20 | Review order re continued confirmation hearings; email to Committee. |
| 04/15/10 | LAJ | 0.30 | Email exchange with S. Brown, C. Elliott re plan, reorganization strategies. |
| 04/16/10 | LAJ | 0.20 | Review, endorse order on continuance of confirmation dates. |
| 04/16/10 | LAJ | 0.60 | Outline possible creditor strategies. |
| 04/16/10 | LAJ | 0.20 | Telephone conference with M. Johnson re meeting to discuss joint interests; developments. |
| 04/19/10 | LAJ | 0.20 | Emails with M. Johnson re joint creditor strategy. |
| 04/20/10 | LAJ | 0.30 | Telephone conference with R. Havel re discussion of plan, Debtor's cash. |
| 04/20/10 | LAJ | 0.30 | Review West LB questions to Debtor re cash projections. |
| 04/21/10 | LAJ | 0.30 | Read filed objections to confirmation (equity holders). |
| 04/21/10 | LAJ | 0.30 | Telephone conference with M. Blumenthal re updates, development on plan funder issues. |
| 04/21/10 | LAJ | 0.40 | Review Jacobsen, Unsecured Plan provisions to prepare for meeting. |
| 04/21/10 | LAJ | 1.50 | To Ray Quinney & Nebeker; meet with M. Johnson, Jeff Shields re status of case; joint creditor strategies; plan formulation. |
| 04/23/10 | LAJ | 0.40 | Telephone conference with S. Brown re issues related to plan funder, plan formulation. |
| 04/23/10 | LAJ | 0.40 | Review motion to extend exclusive period. |
| 04/29/10 | LAJ | 0.90 | Read, analyze B. Goodrich email re plan structure; evaluate, analyze same. |
| 04/15/10 | RAH | 0.20 | Copy and mail appraisal documents to Robert Goodrich. |

**Total Hours**     18.25

22414.0009
Plan & Disclosure Statement

May 20, 2010
Invoice No.:1489984

## Fee Summary

| Attorney | Rate | Hours | Amount |
|---|---:|---:|---:|
| Shields, Jeffery | $ 360.00 | 1.55 | $ 558.00 |
| Jenkins, Lon A | 320.00 | 16.50 | 5,280.00 |
| Huot, Rebecca A | 110.00 | 0.20 | 22.00 |
| **Total Hours and Fees:** | | **18.25** | **$ 5,860.00** |

## Expenses

| Date | Description | Amount |
|---|---|---:|
| | Long Distance Telephone Charges | 28.98 |
| **Disbursements Total** | | **$ 28.98** |

### JONES, WALDO, HOLBROOK & McDONOUGH
A Professional Corporation

ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe
,

May 20, 2010
Invoice: 1489985

22414.0012
WestLB Litigation

## STATEMENT OF ACCOUNT

| | |
|---|---:|
| **Prior Activity** | |
| Previous Balance Due as of April 15, 2010 | $ 11,428.00 |
| **Total Past Due Balance** (If payment has been sent, disregard this balance) | $ 11,428.00 |
| | |
| **Current Activity** | |
| Current Fees | 192.00 |
| Current Expenses | 0.00 |
| **Total Current Balance Due for Invoice 1489985** | $ 192.00 |
| | |
| Total Due (For Past Due Activity and Current Activity) | $ 11,620.00 |

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIN THIRTY (30) DAYS OF INVOICE DATE WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

22414.0012  
WestLB Litigation

May 20, 2010  
Invoice No.:1489985

Fee for legal services rendered in caption from date of last bill to and including April 30, 2010.

### Fee Detail

| Date | Atty | Hours | Description |
|---|---|---|---|
| 04/01/10 | LAJ | 0.20 | Telephone conference with R. Havel re lawsuit. |
| 04/08/10 | LAJ | 0.20 | Email exchange with P. Hunt re West LB answer. |
| 04/22/10 | LAJ | 0.20 | Email exchanges with R. Havel re extension in litigation. |
| **Total Hours** | | **0.60** | |

### Fee Summary

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Jenkins, Lon A | $ 320.00 | 0.60 | $ 192.00 |
| **Total Hours and Fees:** | | 0.60 | $ 192.00 |