# EXHIBIT C

**Robert B. Moon**

949-500-2700

rmoon@vicicp.com

---

**Managing Director – Vici Capital Partners**                                    **Current**

    Corporate, strategic, financing and M&A advisory services for executives and boards of companies in transition.


**Chief Restructuring Officer – Advantage Rent-a-Car**       **November 2008 – June 2009**

- CRO and acting CEO for distressed rental car company - served as final decision maker for all major operating and legal initiatives taken by Advantage
- Guided Advantage through Chapter 11 Bankruptcy, precipitated by the recall of 60% of the rental fleet by Chrysler Financial, its primary fleet lender
- Within three weeks of engagement, initiated a substantial business restructuring - ultimately closed 40 of 48 locations and reduced headcount by 80% - stabilized remaining operations and ran Advantage cash flow positive for the remainder of Chapter 11 process
- Negotiated with senior lenders, fleet lenders and key vendors to enable ongoing financing and operations
- Responsible for all communication with bankruptcy court (expert testimony and filings) and all other interested parties – debtor's counsel, creditors and creditors counsel, equity stakeholders and customers
- Oversaw sale process due diligence and primary contact with all potential purchasers of Advantage assets
- Successfully completed the process by selling Advantage to Hertz for approximately 2.5x their formal "stalking horse" bid


**Managing Director – Vici Capital Partners**                 **April 2008 – October 2008**

    Advisor to management and the Board of Directors of a physical therapeutics products manufacturer. Advised on strategic alternatives, financing, SEC reporting, investor relations


**Chief Financial Officer - Global Lighting Technologies**        **June 2006 – January 2008**

Managed global finance and accounting department of over 25 people for a developer, manufacturer and marketer of LED backlights for laptop computers, cell phones and other handheld consumer electronics items; majority of operations and 99% of employees based in China and Taiwan. Only US employee who spoke Chinese (Mandarin)

### Accounting, Planning, Reporting & Forecasting

- Completed conversion of four fiscal years of financials from international GAAP into US GAAP and managed "big four" audit of US GAAP financials
- Consolidated four separate accounting regimes and processes into global set of accounting policies
- Created detailed annual financial plans, including complete financial statements for all reporting units, detailed capital expense budgets and human resource hiring plans
- Performed detailed measurement and analysis on any significant variances from plan
- Directed financial reporting of all individual reporting units and managed financial consolidation
- Implemented monthly income statement forecasting processes; previous process was annual

### Operations

- Initiated company-wide program to maintain profitability in a declining price environment, targeting improvements in sale processes and pricing, specific sourcing and purchasing cost improvements
- Enhanced financial measurement and improvements in manufacturing costs
- Senior financial executive on Steering Committee for implementation of company-wide Oracle ERP system

# Robert B. Moon

### Chief Financial Officer - Global Lighting Technologies (continued)

**Capital Markets**

- Led underwriter identification and selection process for a $100 - $150 million IPO
- Prepared Company presentation materials, guided company through underwriter's due diligence process and directed drafting of SEC F-1 Registration Statement
- Supervised implementation of internal audit and control functions to become fully compliant with Sarbanes Oxley (SOX) regulations
- Marketed, structured and closed $25mm private placement
- Spearheaded due diligence responses and negotiations with potential strategic acquirers

**Financial & Operations Consulting**　　　　　　　　　　　　　　　**January 2003 – May 2006**

**Interim Chief Financial Officer** - Venture capital backed, start-up consumer products company

Enacted product pricing programs to maintain profit margin integrity and standardize sales promotions. Renegotiated all significant contracts, including manufacturing, real estate and insurance. Secured relationships with new suppliers and manufacturers, reducing cost of goods sold by 40%. Negotiated with investors to rationalize company capital structures

**Interim Chief Financial Officer** – Highly leveraged architectural steel design and manufacturing company

Supervised, at company creditor's behest, wind-down and eventual liquidation of company. Implemented financial controls and reduced expenditures to operate distressed entity for over one year; maximizing value to creditors

**Operational Consultant** - Facilities management company; State government division

Implemented rigorous, structured analysis of operations to identify and solve operational issues in all functional areas. Crafted concrete initiatives designed to reduce expenses and improve customer service. Identified, analyzed and refined new revenue-generating opportunities with clients

**Investment Banking**　　　　　　　　　　　　　　　　　　　　**August 1990-December 2002**

- **Executed over $10 Billion of M&A** – Advisor on over 30 transactions in the US, Europe and Asia
- **Raised over $5 Billion of Capital** – Completed over 35 financings in United States and Europe
- **Industry Experience** - Consumer Products, Retail/Restaurants, Media, Industrial, Technology

**Mercanti Group** – Managing Director　　　　　　　　　　　　　April 2001-December 2002

- **Financial Advisory Start-Up Experience** – Led, with partner, creation of a NASD-licensed boutique investment bank focused on Consumer Products and Retail/Restaurant companies

**Donaldson, Lufkin & Jenrette** - Associate - Sr. Vice President　　　May 1992-January 2001

- **Established DLJ in Hong Kong and China prior to the firm opening its Hong Kong office**

**Smith Barney, Harris Upham** – Associate　　　　　　　　　　　September 1991–May 1992

**Chemical Bank** – Associate　　　　　　　　　　　　　　　　　August 1990–August 1991


### EDUCATION

**Columbia University Business School** – MBA: Finance/Accounting　　　　　　　　　　1990

**Brigham Young University** - BA *Magna Cum Laude*: Economics　　　　　　　　　　1988

# MARK A. CROCKETT

mcrockett@vicicp.com; (c) 801-550-5343
4336 S. Wander, Salt Lake City, UT 84124

## Professional

**2008-Present**  **VICI CAPITAL PARTNERS.** *Managing Director*
- Earnings improvement and turnaround consulting
- M&A advisory and co-investments

**1999…2008**  **EHS PARTNERS/HARVEST EARNINGS.** *Director of Client Services*
- Change management and turnaround consulting
- Consistent earnings impact of 25% to 100% ($40 million to $320 million/year)
- Example clients: Mellon Financial, North American Van Lines, Synovus Financial

**2005-2008**  **NIGHTWATCH CAPITAL.** *Principal*
- $80 million value-oriented investment fund, primarily public equities

**1999-2003**  **TAX ONE.** *CEO*
- Bought and venture financed chain of tax preparation centers
- Grew from 8 to over 100 in 5 states and sold to H&R Block

**1994-1999**  **McKINSEY & COMPANY.** *Manager, Healthcare & Financial*
- Strategy, marketing, M&A, and operational improvement consulting
- Financial Clients: Wells Fargo, Transamerica, Avco Financial, Morgan Stanley
- Example Non-Financial Clients: Kaiser Permanente, Universal Studios

**1993-1994**  **LATHAM & WATKINS.** *Law Associate*
- Secured lending: credit facilities, restructurings
- Securities: private placements, IPO's, stock option plans
- Corporate: purchase agreements, leases

**1989-1990**  **KNOWLEDGE EDGE.** *Associate*
- Strategy and marketing consulting for hotels, technology companies

## Boards
- **DYNATRONICS (DYNT)**
- **COMPUMED (CMPD)**

## Service

**2005-2008**  **SALT LAKE COUNTY**
*Council Member* (elected)

**1999**  **BRIGHAM YOUNG UNIVERSITY**
*Adjunct Professor*, Public Policy

## Education

**1993**  **STANFORD UNIVERSITY**
*Juris Doctor.* Associate Editor, <u>Stanford Law Review</u>

**1989**  **BRIGHAM YOUNG UNIVERSITY**
*Master of Arts* (all but thesis), International Relations
*Bachelor of Arts*, Economics. Student Body President; Dean's Scholar

# ViciCapital
PARTNERS

Boise

Los Angeles

Salt Lake City

June 1, 2010

**Easy Street Partners Matter**

**Vici Capital Partners: Team Bios**

1. Robert Moon is a Managing Director with twenty years of experience in management, turnaround consulting and investment banking. His managerial experience has been primarily for troubles companies and includes: Chief Restructuring Officer of a national car rental company in bankruptcy; Chief Financial Officer of a high technology manufacturing company with primary operations in China and Taiwan; Interim-Chief Financial Officer for a heavily leveraged steel construction company; Interim-Chief Financial Officer for a consumer products company. As an investment banker, Robert raised over $5 billion in debt and equity capital and completed over $10 billion of M&A transactions for companies such as K2, Gucci, Turner Broadcasting, Adidas, Samsonite, Clear Channel Communications Channel Communications, Converse, and PF Chang's. Robert earned an M.B.A. from Columbia Business School. He has lived and worked in Asia and speaks Mandarin Chinese.

2. Jerry Sturgill is a Managing Director with significant experience as a chief executive officer, chief financial officer and general counsel. Most recently, he has led the turnarounds and restructurings of companies in the food manufacturing and transportation industries. Previously, Jerry was a partner of the law firm, Latham & Watkins, where as a member of the finance and bankruptcy practice he developed the firm's New York banking practice and led legal work for financing and restructuring for an array of companies in various industries. Jerry was then a partner in the energy practice of Stoel Rives where he also led a variety of transactions such as the bankruptcy sale to international investors of Valbois, the Idaho year-round mountain resort now known as Tamarack. He authored chapter 5 of *Collier Lending Institutions and the Bankruptcy Code*, Matthew Bender (1986). Jerry earned his J.D. from the Brigham Young University law school prior to clerking for the Honorable Judge Eugene Wright, United States Court of Appeals for the Ninth Circuit.

3.  Mark Crockett is a Managing Director with 17 years of experience in performance improvement, strategy and M&A advisory work with clients such as Wells Fargo, Kaiser Permanente, Universal Studios, North American Van Lines, Morgan Stanley and Synovus as well as smaller companies. From 2005 to 2008, he was also a principal of NightWatch Capital, a concentrated public markets investment fund. Mark began his career as a banking lawyer with Latham & Watkins before joining McKinsey & Company for several years as a strategy and M&A consultant. He then left to acquire and operate a venture-backed retail financial services company, later selling it to a strategic buyer. Since 1999, Mark has also affiliated with EHS Partners and Harvest Earnings to lead earnings improvement programs. Mark earned his law degree from Stanford University where he was an Associate Editor of the *Stanford Law Review*.