# EXHIBIT A

# MARK A. CROCKETT

*mcrockett@vicicp.com; (c) 801-550-5343*
*4336 S. Wander, Salt Lake City, UT 84124*

## Professional

**2008-Present**   **VICI CAPITAL PARTNERS.** *Managing Director*
- Earnings improvement and turnaround consulting
- M&A advisory and co-investments

**1999…2008**   **EHS PARTNERS/HARVEST EARNINGS.** *Director of Client Services*
- Change management and turnaround consulting
- Consistent earnings impact of 25% to 100% ($40 million to $320 million/year)
- Example clients: Mellon Financial, North American Van Lines, Synovus Financial

**2005-2008**   **NIGHTWATCH CAPITAL.** *Principal*
- $80 million value-oriented investment fund, primarily public equities

**1999-2003**   **TAX ONE.** *CEO*
- Bought and venture financed chain of tax preparation centers
- Grew from 8 to over 100 in 5 states and sold to H&R Block

**1994-1999**   **McKINSEY & COMPANY.** *Manager, Healthcare & Financial*
- Strategy, marketing, M&A, and operational improvement consulting
- Financial Clients: Wells Fargo, Transamerica, Avco Financial, Morgan Stanley
- Example Non-Financial Clients: Kaiser Permanente, Universal Studios

**1993-1994**   **LATHAM & WATKINS.** *Law Associate*
- Secured lending: credit facilities, restructurings
- Securities: private placements, IPO's, stock option plans
- Corporate: purchase agreements, leases

**1989-1990**   **KNOWLEDGE EDGE.** *Associate*
- Strategy and marketing consulting for hotels, technology companies

**Boards**
- DYNATRONICS (DYNT)
- COMPUMED (CMPD)

## Service

**2005-2008**   **SALT LAKE COUNTY**
*Council Member* (elected)

**1999**   **BRIGHAM YOUNG UNIVERSITY**
*Adjunct Professor*, Public Policy

## Education

**1993**   **STANFORD UNIVERSITY**
*Juris Doctor.* Associate Editor, <u>Stanford Law Review</u>

**1989**   **BRIGHAM YOUNG UNIVERSITY**
*Master of Arts* (all but thesis), International Relations
*Bachelor of Arts*, Economics. Student Body President; Dean's Scholar