**The below described is SIGNED.**

**Dated: June 01, 2010** 
                                         **R. KIMBALL MOSIER**
                                         **U.S. Bankruptcy Judge**



___

Kenneth L. Cannon II (kcannon@djplaw.com) (3705)
Steven J. McCardell (smccardell@djplaw.com) (2144)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT  84110-4050
Telephone:  (801) 415-3000/Fax:  (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com) (admitted *pro hac vice*)
Steven B. Eichel (seichel@crowell.com) (admitted *pro hac vice*)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY  10022
Telephone:  (212) 223-4000/Fax:  (212) 223-4134
Counsel for Debtors and Debtors in Possession

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | |
| EASY STREET HOLDING, LLC, *et. al*. ) | Bankruptcy Case No. 09-29905 |
| ) | Jointly Administered with Cases |
| Debtors ) | 09-29907 and 09-29908 |
| ) | (This Order affects only Case No. 09-29907- |
| ) | Easy Street Partners, LLC) |
| Address:  201 Heber Avenue ) | |
| Park City, UT 84060 ) | |
| ) | Chapter 11 |
| Tax ID Numbers: ) | |
| 35-2183713 (Easy Street Holding, LLC), ) | Honorable R. Kimball Mosier |
| 20-4502979 (Easy Street Partners, LLC), and ) | |
| 84-1685764 (Easy Street Mezzanine, LLC) ) | **[FILED ELECTRONICALLY]** |
| ) | |

**ORDER APPROVING DEBTOR'S FOURTH <u>EX PARTE</u> MOTION TO (A) CONTINUE
HEARING ON CONFIRMATION AND (B) MODIFY CERTAIN DEADLINES
SET BY ORDER APPROVING AMENDED DISCLOSURE STATEMENT
<u>AS AMENDED BY ORDERS ENTERED MARCH 17, APRIL 19, AND MAY 13, 2010</u>**

NYIWDMS: 11481478_1

**Filed: 05/27/10**

Entered On Docket: 06/01/2010

The Court, having considered the fourth ex parte motion (the "Motion") of Easy Street Partners, LLC ("Partners") to (i) continue the hearing on confirmation of the Amended Plan of Reorganization of Easy Street Partners, LLC, dated February 18, 2010 (the "Plan"), and (ii) modify or continue certain deadlines relating to the process of soliciting and confirming the Plan which were fixed by the Court's Order entered February 26, 2010 (A) Approving Amended Disclosure Statement with Respect to Amended Plan of Reorganization of Easy Street Partners, LLC, Dated February 18, 2010, (B) Establishing a Record Date, (C) Approving Solicitation Procedures, (D) Approving Forms of Ballots and Voting Procedures, and (E) Approving Notice and Scheduling Confirmation Hearing (the "Disclosure Statement Order"), as modified by the Court's Orders entered March 17, 2010, April 19, and May 13, 2010 (the "Modified Schedule Orders"); noting that WestLB, AG ("WestLB"), the largest secured creditor in Partners' case, and the Official Committee of Unsecured Creditors (the "Committee") do not oppose the relief sought in the Motion (although WestLB and the Committee reserve all other rights and remedies available to them with respect to the Plan, the confirmation process, and in Partners' case), and good cause appearing therefor, hereby

ORDERS:

1. The Motion is granted.

2. The following hearing date and deadlines are continued or modified as follows: (i) hearing to consider confirmation of the Plan, currently scheduled for June 11, 2010 at 1:30 p.m., MDT, is hereby continued to June 25, 2010 at 10:00 a.m., MDT; (ii) the deadline for Partners to file its Plan Supplement, currently May 26, 2010, is hereby continued or modified to June 10, 2010; (iii) the deadlines for voting on the Plan and for objecting to the Plan, both

currently June 2, 2010, are hereby continued or modified to June 17, 2010; (iv) the deadline for filing Partners' response to objections to confirmation and a memorandum in support of confirmation of the Plan, currently June 7, 2010, is hereby continued or modified to June 22, 2010; and (v) the deadline for Partners to file a report of the results of voting on the Plan will be the commencement of the continued confirmation hearing on June 25, 2010.

      3.      The other procedures and deadlines fixed or set by the Disclosure Statement Order are not modified or continued by this Order. Partners is not required to serve a new solicitation package or ballot on creditors and interest holders.

      4.      Partners shall give notice to all parties in interest of the continued and modified confirmation hearing date and deadlines fixed by this Order substantially in the form of notices given following the Court's entry of the Modified Schedule Orders.

      5.      The rights of WestLB and of the Committee with respect to the Plan, the confirmation process, and Partners' case are reserved.

--------------------**END OF ORDER**----------------------



## CLERK OF COURT CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Order Approving Debtor's Fourth Motion to (A) Continue Hearing on Confirmation and (B) Modify Certain Deadlines Set by Order Approving Amended Disclosure Statement as Amended by Orders Entered March 17, April 19, and May 13, 2010 was served via the Bankruptcy Noticing Center United States or by first class mail, postage prepaid, on this _____ day of May, 2010 on the following:

Kenneth L. Cannon II
Steven J. McCardell
Durham Jones & Pinegar, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT  84110-4050

Michael V. Blumenthal
Bruce J. Zabarauskas
Steven B. Eichel
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY  10022

Annette W. Jarvis
Benjamin J. Kotter
Dorsey & Whitney LLP
136 South Main Street, Suite 1000
Salt Lake City, UT  84101-1685

Jeffrey W. Shields
Lon A. Jenkins
Troy J. Aramburu
Jones Waldo Holbrook & McDonough, PC
170 South Main Street, Suite 1500
Salt Lake City, UT  84101

John T. Morgan
Office of the United States Trustee
405 South Main Street, Suite 300
Salt Lake City, UT  84111

Adelaide Maudsley
Chapman & Cutler LLP
201 South Main Street, Suite 2000
Salt Lake City, UT 84111

_____

NYIWDMS: 11481478_1

# CERTIFICATE OF NOTICE

```
District/off: 1088-2          User: mtm                  Page 1 of 1                   Date Rcvd: Jun 01, 2010
Case: 09-29905                Form ID: pdfor1            Total Noticed: 6

The following entities were noticed by first class mail on Jun 03, 2010.
aty          +Adelaide Maudsley,   Chapman and Cutler LLP,   201 South Main Street,   Suite 2000,
               Salt Lake City, UT 84111-2298
aty          +Annette W. Jarvis,   Dorsey & Whitney LLP,   136 South Main Street,   Suite 1000,
               Salt Lake City, UT 84101-1685
aty          +John T. Morgan tr,   US Trustees Office,   Ken Garff Bldg.,   405 South Main Street,   Suite 300,
               Salt Lake City, Ut 84111-3402
aty           Kenneth L. Cannon, II,   Durham Jones & Pinegar,   111 East Broadway, Suite 900,   P O Box 4050,
               Salt Lake City, UT  84110-4050
aty          +Michael V. Blumenthal,   Crowell & Moring LLP,   590 Madison Avenue, 20th Floor,
               New York, NY 10022-2544
The following entities were noticed by electronic transmission on Jun 01, 2010.
aty          +Fax: 801-364-9127 Jun 02 2010 00:30:34      Jeffrey L. Shields,   Callister Nebeker & McCullough,
               Zions Bank Building, Suite 900,   10 East South Temple,   Salt Lake City, UT 84133-1101
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jun 03, 2010**                    **Signature:** _Joseph Speetjens_