**The below described is SIGNED.**

**Dated: June 04, 2010**

_____
**R. KIMBALL MOSIER**
**U.S. Bankruptcy Judge**



_____

Jeffrey W. Shields (USB #2948)
Lon A. Jenkins (USB #4060)
Troy J. Aramburu (USB #10444)
**JONES WALDO HOLBROOK & McDONOUGH PC**
170 South Main Street, Suite 1500
Salt Lake City, Utah   84101
Telephone:   (801) 521-3200

*Counsel to Unsecured Creditors' Committee*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re: | Bankruptcy No. 09-29905 |
| **EASY STREET HOLDING, LLC et al.,**[1] | (Jointly Administered with Cases 09-29907 and 09-29908) |
| Debtors. | Chapter 11 |
| | Honorable R. Kimball Mosier |

**ORDER SHORTENING NOTICE AND SETTING HEARING AND PROCEDURES ON APPLICATION OF THE COMMITTEE OF UNSECURED CREDITORS FOR EMPLOYMENT OF VICI CAPITAL PARTNERS LLC AS RESTRUCTURING ADVISOR**

Based upon the E*x Parte* Motion of the Official Committee of Unsecured Creditors to shorten notice and to set hearing on its application for employment of a restructuring advisor, and good cause appearing therefor, it is now by the Court

ORDERED AS FOLLOWS:

---

[1]   The Debtor entities are Easy Street Holding, LLC, Easy Street Partners, LLC, and Easy Street Mezzanine, LLC.

933840.1

**Filed: 06/03/10**

1.      The Motion be and herewith is granted.   The Committee has shown in its

E*x Parte* Motion adequate cause to shorten time for notice and hearing.

2.      The Committee shall serve, by electronic mail, a copy of this Order and its

application and supporting declarations upon the following parties:   West LB and its counsel;

the United States Trustee; BayNorth Partners and its counsel; the Debtors and their counsel;

Jacobsen Construction and its counsel; the Homeowners' Group through its counsel, Douglas

Payne of Fabian & Clendenin.

3.      A hearing on the Application will be held before the Court, The Honorable

R. Kimball Mosier, Bankruptcy Court Judge, presiding on ___Friday_____ the __11th__

day of June, 2010 at the hour of ___1:30____ o'clock _p_.m. at his courtroom, 350 South Main

Street, Salt Lake City, Utah 84111.   Objections to the Application may be in writing and filed at

any time before midnight of the day before the scheduled hearing.

_____

END OF DOCUMENT

933840.1