Jeffrey W. Shields (USB #2948)
Lon A. Jenkins (USB #4060)
Troy J. Aramburu (USB #10444)
**JONES WALDO HOLBROOK & McDONOUGH, PC**
170 South Main Street, Suite 1500
Salt Lake City, Utah  84101
Telephone:  (801) 521-3200
Email:  jshields@joneswaldo.com
ljenkins@joneswaldo.com
taramburu@joneswaldo.com

*Counsel to Unsecured Creditors' Committee*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re: | Bankruptcy No.09-29905 |
| **EASY STREET HOLDING, LLC et al.,** Debtor. | (Jointly Administered with Cases 09-29907 and09-29908) |
| | Chapter 11 |
| | Honorable R. Kimball Mosier |
| | CERTIFICATE OF SERVICE |

I hereby certify that on May 28, 2010 I caused to be served a true and correct copy of the *Second Interim Application of Jones Waldo Holbrook & McDonough, PC for Allowance of Fees and Expenses as Counsel for the Official Committee of Unsecured Creditors, for the Period of January 1, 2010 through and Including April 30, 2010* upon the following parties, via United States mail, postage prepaid and via ECF Notification:

ECF Notification:

- Kenneth L. Cannon    kcannon@djplaw.com, khughes@djplaw.com

- Scott A. Cummings    cummings.scott@dorsey.com

- Bastiaan Coebergh   coebergh@wasatchlaw.com, oborn@wasatchlaw.com, brian@wasatchlaw.com

- George B. Hofmann   gbh@pkhlawyers.com, dh@pkhlawyers.com

- Mary Margaret Hunt    hunt.peggy@dorsey.com, wardle.gay@dorsey.com

- Annette W. Jarvis    jarvis.annette@dorsey.com, smith.ron@dorsey.com;slc.lit@dorsey.com;brown.patricia@dorsey.com

- Michael R. Johnson    mjohnson@rqn.com, agale@rqn.com

- Anthony C. Kaye    kaye@ballardspahr.com

- Benjamin J. Kotter    kotter.benjamin@dorsey.com

- David E. Leta   delta@swlaw.com, wsmart@swlaw.com

- Adelaide Maudsley    maudsley@chapman.com, jemery@chapman.com

- Steven J. McCardell    smccardell@djplaw.com, khughes@djplaw.com

- John T. Morgan tr    john.t.morgan@usdoj.gov, james.gee@usdoj.gov

- David W. Overholt    doverholt@rsolaw.com, abachman@rsolaw.com

- Douglas J. Payne   dpayne@fabianlaw.com, jshowalter@fabianlaw.com

- Jessica G Peterson    jpeterson@djplaw.com

- Knute Rife    karife@rifelegal.com

- Jeffrey L. Shields    jlshields@cnmlaw.com, njpotter@cnmlaw.com

- Bradley L. Tilt   btilt@fabianlaw.com, rmellor@fabianlaw.com

- United States Trustee    USTPRegion19.SK.ECF@usdoj.gov

- Kim R. Wilson   bankruptcy_krw@scmlaw.com

934007.1

First class mail, postage prepaid upon the following:

| | |
|---|---|
| Michael V. Blumenthal<br>Bruce J. Zabarauskas<br>Steven B. Eichel<br>Crowell & Moring LLP<br>590 Madison Avenue, 20th Floor<br>New York, NY 10022 | Kenneth L. Cannon II<br>Jessica G Peterson<br>Steven J. McCardell<br>Durahm Jones & Pinegar, P.C.<br>P.O. Box 4050<br>Salt Lake City, UT 84110-4050 |
| Knute Rife<br>Wrona Law Offices<br>11650 S. State<br>Suite 103<br>Draper, UT 84020 | John T. Morgan tr<br>US Trustees Office<br>Ken Garff Bldg.<br>405 South Main Street<br>Suite 300<br>Salt Lake City, UT 84111 |
| Appraisal Group, Inc.<br>Attn: Paul W. Throndsen, MAI<br>7396 S Union Park Avenue, #301<br>Midvale, UT 84047 | BDRC 4 Site, LLC<br>Attn: Bryan W. Dorsey<br>305 NE Loop 820, Ste 109<br>Hurst, TX 76053 |
| Anthony S. Fiotto<br>Ambica Mohabir<br>Goodwin Procter LLP<br>Exchange Place<br>Boston, MA 02109 | Gemstone Hotels & Resorts, LLC<br>Attn: Jeff McIntyre, Principal<br>1912 Sidewinder Drive, #104<br>Park City, UT 84060 |
| Corbin B. Gordon<br>345 West 600 South, Suite 108<br>Heber City, UT 84032 | Brian W. Harvey<br>Goodwin Procter LLP<br>The New York Time Building<br>620 Eighth Avenue<br>New, NY 10018-1405 |
| WestLB, AG<br>1211 Ave. of the Americas, 24th Floor<br>New York, NY 10036-8705 | Easy Street Holding, LLC<br>4780 Winchester Court<br>Park City, UT 84098 |

3

934007.1

Easy Street Partners, LLC
4780 Winchester Court
Park City, UT 84098

Easy Street Mezzanine, LLC
4780 Winchester Court
Park City, UT 84098

Joseph E. Wrona
WRONA LAW OFFICES, P.C.
1745 Sidewinder Drive
Park City, UT 84060

In addition, I hereby certify that on June 3, 2010 I caused to be served a true and correct copy of the *Second Interim Application of Jones Waldo Holbrook & McDonough, PC for Allowance of Fees and Expenses as Counsel for the Official Committee of Unsecured Creditors, for the Period of January 1, 2010 through and Including April 30, 2010*, via United States mail, postage prepaid, upon the following:

Richard W. Havel
Sidley Austin, LLP
555 West Fifth Street
Los Angeles, CA  90013

DATED:  June 4, 2010.

             **JONES WALDO HOLBROOK & McDONOUGH, PC**

             By:   /s/Lon A. Jenkins
               Lon A. Jenkins
               Troy J. Aramburu

934007.1