Jeffrey Weston Shields (USB # 2948)
Lon A. Jenkins (USB # 4060)
Troy J. Aramburu (USB # 10444)
**JONES WALDO HOLBROOK & McDONOUGH, PC**
170 South Main Street, Suite 1500
Salt Lake City, UT 84101
Telephone: (801)521-3200
Facsimile:  (801) 328-0537
Email: jshields@joneswaldo.com
        lajenkins@joneswaldo.com
        taramburu@joneswaldo.com
*Attorneys for the Unsecured Creditors' Committee*

## IN THE UNITED STATES BANKRUPTCY COURT

## DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>EASY STREET HOLDINGS, LLC, et al.<br><br>Debtors. | **Bankruptcy No. 09-29905**<br><br>Jointly Administered with Cases:<br>09-29907 RKM and 09-29908 RKM<br><br>Chapter 11<br><br>Honorable R. Kimball Mosier<br><br>[Filed Electronically] |

**NOTICE OF HEARING ON APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO EMPLOY VICI CAPITAL PARTNERS AS RESTRUCTURING ADVISOR**

The Official Committee of Unsecured Creditors (the **"Committee")** of the above-captioned debtors' ("**Debtors**") pending chapter 11 cases has filed its *Application of Official Committee of Unsecured Creditors to Employ Vici Capital Partners as Restructuring Advisor* (the "**Motion**"), in which the Committee seeks to employ Vici Capital Partners.  A copy of the motion was served on parties in interest in the case via ECF notification on June 3 or via first class U. S. mail, postage prepaid on June 4, 2010.

**YOUR RIGHTS MAY BE AFFECTED.  YOU SHOULD READ THE MOTION CAREFULLY, AND DISCUSS IT WITH YOUR ATTORNEY, IF YOU HAVE ONE IN**

934223\1

**THIS CASE. (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE).**

A hearing on the Motion will be held before the Honorable R. Kimball Mosier, United States Bankruptcy Court Judge, on **June 11, 2010, at 1:30 p.m.** at the United States Bankruptcy Court, located at 350 South Main Street, Room 369, Frank E. Moss Federal Courthouse, Salt Lake City, Utah 84111.  The hearing may be continued from time to time without further notice except the announcement in open court of the time and place of such continued hearing.

If you do not want the Court to grant the relief requested in the Motion, or if you want the Court to consider your views on the Motion, then, not later than midnight of **June 10, 2010**, you or your attorney must file a written response or objection with the above-captioned court at:

Clerk, United States Bankruptcy Court
Frank E. Moss, United States Courthouse
350 South Main Street
Salt Lake City, Utah  84101

If you mail your response or objection to the Court, you must mail it early enough so the Court will **receive** it on or before the deadline described above.  You must also mail it or otherwise serve a copy of your response or objection upon the above-listed counsel for the Committee, so that it is **received** by counsel on or before the deadline.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief without a hearing.

DATED:  June 4, 2010.

JONES WALDO HOLBROOK & MCDONOUGH

/s/  Lon A. Jenkins
Jeffrey W. Shields
Lon A. Jenkins
Troy J. Aramburu
*Attorneys for the Unsecured Creditors' Committee*