**The below described is SIGNED.**

**Dated: June 04, 2010**

_____
**R. KIMBALL MOSIER**
**U.S. Bankruptcy Judge**



Signed as modified by the Court.

_____

Jeffrey W. Shields (USB #2948)
Lon A. Jenkins (USB #4060)
Troy J. Aramburu (USB #10444)
**JONES WALDO HOLBROOK & McDONOUGH PC**
170 South Main Street, Suite 1500
Salt Lake City, Utah   84101
Telephone:  (801) 521-3200

*Counsel to Unsecured Creditors' Committee*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| | | |
|---|---|---|
| In re: | : | Bankruptcy No. 09-29905 |
| **EASY STREET HOLDING, LLC et al.,**[1] | : | (Jointly Administered with Cases 09-29907 and 09-29908) |
| Debtors. | : | Chapter 11 |
| | : | Honorable R. Kimball Mosier |

**ORDER SHORTENING NOTICE AND SETTING HEARING AND PROCEDURES ON APPLICATION OF THE COMMITTEE OF UNSECURED CREDITORS FOR EMPLOYMENT OF VICI CAPITAL PARTNERS LLC AS RESTRUCTURING ADVISOR**

Based upon the E*x Parte* Motion of the Official Committee of Unsecured Creditors to shorten notice and to set hearing on its application for employment of a restructuring advisor, and good cause appearing therefor, it is now by the Court

ORDERED AS FOLLOWS:

---

[1]   The Debtor entities are Easy Street Holding, LLC, Easy Street Partners, LLC, and Easy Street Mezzanine, LLC.

933840.1

**Filed: 06/03/10**

Entered On Docket: 06/04/2010

1. The Motion be and herewith is granted. The Committee has shown in its Ex *Parte* Motion adequate cause to shorten time for notice and hearing.

2. The Committee shall serve, by electronic mail, a copy of this Order and its application and supporting declarations upon the following parties: West LB and its counsel; the United States Trustee; BayNorth Partners and its counsel; the Debtors and their counsel; Jacobsen Construction and its counsel; the Homeowners' Group through its counsel, Douglas Payne of Fabian & Clendenin.

3. A hearing on the Application will be held before the Court, The Honorable R. Kimball Mosier, Bankruptcy Court Judge, presiding on ___Friday___ the __11th__ day of June, 2010 at the hour of __1:30__ o'clock _p_.m. at his courtroom, 350 South Main Street, Salt Lake City, Utah 84111. Objections to the Application may be in writing and filed at any time before midnight of the day before the scheduled hearing.

_____

END OF DOCUMENT

933840.1

# CERTIFICATE OF NOTICE

```
District/off: 1088-2           User: djf                    Page 1 of 1                    Date Rcvd: Jun 04, 2010
Case: 09-29905                 Form ID: pdfor1              Total Noticed: 3

The following entities were noticed by first class mail on Jun 06, 2010.
aty          +Lon A. Jenkins,    Jones Waldo Holbrook & McDonough,    170 South Main St.,    Suite 1500,
               Salt Lake City, UT 84101-1644
aty          +Troy J. Aramburu,    Jones Waldo Holbrook & McDonough PC,    170 South Main Street,    Suite 1500,
               Salt Lake City, UT 84101-1644

The following entities were noticed by electronic transmission on Jun 04, 2010.
aty           +E-mail/Text: rhuot@joneswaldo.com                                    Jeffrey Weston Shields,
               Jones Waldo Holbrook & McDonough,    170 South Main Street,    Suite 1500,
               Salt Lake City, UT 84101-1644
                                                                                                TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 06, 2010**              **Signature:**   _Joseph Speetjens_