Jeffrey W. Shields (USB #2948)
Lon A. Jenkins (USB #4060)
Troy J. Aramburu (USB #10444)
**JONES WALDO HOLBROOK & McDONOUGH, PC**
170 South Main Street, Suite 1500
Salt Lake City, Utah 84101
Telephone: (801) 521-3200
Email: jshields@joneswaldo.com
ljenkins@joneswaldo.com
taramburu@joneswaldo.com

*Counsel to Unsecured Creditors' Committee*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re: | Bankruptcy No.09-29905 |
| **EASY STREET HOLDING, LLC et al.,**<br>Debtor. | (Jointly Administered with Cases<br>09-29907 and09-29908)<br><br>Chapter 11<br><br>Honorable R. Kimball Mosier<br><br>CERTIFICATE OF SERVICE |

I hereby certify that on June 3, 2010, I caused to be served a true and correct copy of the *Application of the Official Committee of Unsecured Creditors for Authorization to Employ Vici Capital Partners as Restructuring Advisor, Declaration of Mark A Crockett in Support of Application for an Order Authorizing the Employment of Vici Capital Partners as Restructuring Advisor to Committee, Order Authorizing Employment of Restructuring Advisor to the Committee, Ex Parte Motion to Shorten Notice on Application of Official Committee of Unsecured Creditors for Employment of Restructuring Advisor, Order Shortening Notice and*

934649.1

*Setting Hearing and Procedures on Application of the Committee of Unsecured Creditors for Employment of Vici Capital Partners LLC as Restructuring Advisor* via ECF notification upon the parties listed at **Exhibit A**.

I further certify that on June 4, 2010, I caused to be served a true and correct copy of the *Notice of Hearing on Application of the Official Committee of Unsecured Creditors to Employ Vici Capital Partners as Restructuring Advisor* via ECF notification upon the parties listed at **Exhibit A** and via first class U.S. mail, postage pre-paid upon the parties listed at **Exhibit B**.

Additionally, I hereby certify that on June 4, 2010, I caused to be served a true and correct copy of the *Application of the Official Committee of Unsecured Creditors for Authorization to Employ Vici Capital Partners as Restructuring Advisor, Declaration of Mark A Crockett in Support of Application for an Order Authorizing the Employment of Vici Capital Partners as Restructuring Advisor to Committee, Order Authorizing Employment of Restructuring Advisor to the Committee, Ex Parte Motion to Shorten Notice on Application of Official Committee of Unsecured Creditors for Employment of Restructuring Advisor, Order Shortening Notice and Setting Hearing and Procedures on Application of the Committee of Unsecured Creditors for Employment of Vici Capital Partners LLC as Restructuring Advisor* via first class U.S. mail, postage pre-paid upon the parties listed at **Exhibit B**.

2

934649.1

DATED: June 7, 2010.

                            **JONES WALDO HOLBROOK & McDONOUGH, PC**

                            By:  /s/Lon A. Jenkins
                                Lon A. Jenkins
                                Troy J. Aramburu

934649.1

3

# EXHIBIT A

934649.1

- Kenneth L. Cannon   kcannon@djplaw.com, khughes@djplaw.com
- Scott A. Cummings   cummings.scott@dorsey.com
- Bastiaan Coebergh   coebergh@wasatchlaw.com, oborn@wasatchlaw.com, brian@wasatchlaw.com
- George B. Hofmann   gbh@pkhlawyers.com, dh@pkhlawyers.com
- Mary Margaret Hunt   hunt.peggy@dorsey.com, wardle.gay@dorsey.com
- Annette W. Jarvis   jarvis.annette@dorsey.com, smith.ron@dorsey.com;slc.lit@dorsey.com;brown.patricia@dorsey.com
- Michael R. Johnson   mjohnson@rqn.com, agale@rqn.com
- Anthony C. Kaye   kaye@ballardspahr.com
- Benjamin J. Kotter   kotter.benjamin@dorsey.com
- David E. Leta   delta@swlaw.com, wsmart@swlaw.com
- Adelaide Maudsley   maudsley@chapman.com, jemery@chapman.com
- Steven J. McCardell   smccardell@djplaw.com, khughes@djplaw.com
- John T. Morgan tr   john.t.morgan@usdoj.gov, james.gee@usdoj.gov
- David W. Overholt   doverholt@rsolaw.com, abachman@rsolaw.com
- Douglas J. Payne   dpayne@fabianlaw.com, jshowalter@fabianlaw.com
- Jessica G Peterson   jpeterson@djplaw.com
- Knute Rife   karife@rifelegal.com
- Jeffrey L. Shields   jlshields@cnmlaw.com, njpotter@cnmlaw.com
- Bradley L. Tilt   btilt@fabianlaw.com, rmellor@fabianlaw.com
- United States Trustee   USTPRegion19.SK.ECF@usdoj.gov
- Kim R. Wilson   bankruptcy_krw@scmlaw.com

934649.1

# EXHIBIT B

Michael V. Blumenthal
Bruce J. Zabarauskas
Steven B. Eichel
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022

Knute Rife
Wrona Law Offices
11650 S. State
Suite 103
Draper, UT 84020

Appraisal Group, Inc.
Attn: Paul W. Throndsen, MAI
7396 S Union Park Avenue, #301
Midvale, UT 84047

Anthony S. Fiotto
Ambica Mohabir
Goodwin Procter LLP
Exchange Place
Boston, MA 02109

Corbin B. Gordon
345 West 600 South, Suite 108
Heber City, UT 84032


WestLB, AG
1211 Ave. of the Americas, 24th Floor
New York, NY 10036-8705

Easy Street Partners, LLC
4780 Winchester Court
Park City, UT 84098

Kenneth L. Cannon II
Jessica G Peterson
Steven J. McCardell
Durahm Jones & Pinegar, P.C.
P.O. Box 4050
Salt Lake City, UT 84110-4050

John T. Morgan tr
US Trustees Office
Ken Garff Bldg.
405 South Main Street
Suite 300
Salt Lake City, UT 84111

BDRC 4 Site, LLC
Attn: Bryan W. Dorsey
6387 Camp Bowie Blvd., Ste B-345
Ft. Worth, TX 76116

Gemstone Hotels & Resorts, LLC
Attn: Jeff McIntyre, Principal
1912 Sidewinder Drive, #104
Park City, UT 84060

Brian W. Harvey
Goodwin Procter LLP
The New York Time Building
620 Eighth Avenue
New, NY 10018-1405

Easy Street Holding, LLC
4780 Winchester Court
Park City, UT 84098

Easy Street Mezzanine, LLC
4780 Winchester Court
Park City, UT 84098

4

934649.1

Joseph E. Wrona
WRONA LAW OFFICES, P.C.
1745 Sidewinder Drive
Park City, UT 84060

Richard W. Havel
Sidley Austin, LLP
555 West Fifth Street
Los Angeles, CA 90013