# UNITED STATES BANKRUPTCY COURT
## District of Utah

In re:

EASY STREET HOLDING, LLC, *et al.*,

Debtors.

Address: 201 Heber Avenue
Park City, Utah 84060

**SUBPOENA**

Case Number: 09-29905 RKM
Jointly Administered with Cases
09-29907 and 09-29908

Chapter: 11

Honorable R. Kimball Mosier

**To: William Shoaf**
4780 Winchester Ct.          OR          2041 Sidewinder Drive, No. 4
Park City, Utah 84098                    Park City, Utah 84098

☐ YOU ARE COMMANDED to appear in the United States Bankruptcy Court at the place, date and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | Date and time: : |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition (to be recorded stenographically) in the above case

| PLACE OF TESTIMONY | DATE AND TIME |
|---|---|
| **Dorsey & Whitney, LLP**<br>**136 South Main Street, Suite 1000**<br>**Salt Lake City, Utah 84101** | **Monday, June 14, 2010 at 10:00 a.m. (Mountain)** |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PLACE | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedures, 30(b)(6) made applicable to this proceeding by rule 7030, Fed.R. Bankr.P. See Rules 1018 and 9014, Fed.R.Bankr.P.

| ISSUING OFFICER SIGNATURE AND TITLE | DATE |
|---|---|
| *[signature]* | June 4, 2010 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Benjamin J. Kotter, Attorney for WestLB, AG
DORSEY & WHITNEY LLP; 136 SOUTH MAIN STREET; SUITE 1000; SLC UTAH 84101; 801-933-7360



Constable Bringhurst
47 East 7200 South, Suite 221
Midvale, Utah 84047
(801) 561-4278

| | |
|---|---|
| IN RE , ) | |
| Plaintiff(s) ) | |
| ) | |
| vs. ) | |
| ) | **PROOF OF SERVICE** |
| EASY STREET HOLDING LLC ET AL, ) | Case No. 0929905 |
| Defendant(s) ) | |
| ) | |
| ) | |
| ) | |

Process: SUBPOENA DUCES TECUM
Court Date: 6-14-2010

THE UNDERSIGNED PERSON HEREBY CERTIFIES:
1) I served the attached process in the manner indicated below.
2) I was at the time of service a duly qualified and acting peace officer or person over the age of 18 years.
3) I am not a party to this action.


I served: William Shoaf
Date Served: 6-5-2010 1040
Address: 302 Heber Ave, Park City

**I delivered a copy of this process to William Shoaf, in person.**


I certify under criminal penalty of the State of Utah that the foregoing is true and correct.
Executed on 6-5-2010

*[signature]*

Bringhurst, Larry - Constable
# 4- 1


SERVICE FEE:    $15.00
MILEAGE FEE:    $0.00

TOTAL:    $15.00

Dorsey & Whitney Llp
136 SOUTH MAIN STREET, #1000
SALT LAKE CITY, UT 84101

Docket: 220845