# UNITED STATES BANKRUPTCY COURT
## District of Utah

| | |
|---|---|
| In re:<br><br>**EASY STREET HOLDING, LLC, *et al.*,**<br><br>    Debtors.<br><br>Address:  201 Heber Avenue<br>                Park City, Utah 84060 | **SUBPOENA DUCES TECUM**<br><br>Case Number: 09-29905 RKM<br>Jointly Administered with Cases<br>09-29907 and 09-29908<br><br>Chapter: 11<br><br>Honorable R. Kimball Mosier |

**To: CloudNine ResortClubs, LLC**
    **William Shoaf, Authorized Agent**

| | | |
|---|---|---|
| **4780 Winchester Ct.** | **OR** | **2041 Sidewinder Dr. No. 4** |
| **Park City, Utah 84098** | | **Park City, Utah 84068** |

☐ YOU ARE COMMANDED to appear in the United States Bankruptcy Court at the place, date and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | Date and time: : |

☑ YOU ARE COMMANDED in accordance with Rule 30(b)(6) of the Federal Rules of Civil Procedure, made applicable in this matter by Rules 9014 and 7030 of the Federal Rules of Bankruptcy Procedure, to designate one or more officers, directors, managing agents or other persons who shall appear on your behalf at the place, date, and time specified below to testify at the taking of a deposition (to be recorded stenographically) in the above case regarding the acquisition and any subsequent transfer of liquor licenses CL00961, BC00084, CL00962 and RE01791 used in connection with the Sky Lodge Hotel at 201 Heber Avenue, Park City, Utah and/or any of the restaurants or clubs located on the premises.

| PLACE OF TESTIMONY | DATE AND TIME |
|---|---|
| **Dorsey & Whitney, LLP**<br>**136 South Main Street, Suite 1000**<br>**Salt Lake City, Utah 84101** | **Monday, June 14, 2010 at 10:00 a.m.**<br>**(Mountain)** |

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):  **See Exhibit A.**

| PLACE | DATE AND TIME |
|---|---|
| **Dorsey & Whitney, LLP**<br>**136 South Main Street, Suite 1000**<br>**Salt Lake City, Utah 84101** | **On or before 3:00 p.m.,**<br>**Friday, June 11, 2010** |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PLACE | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedures, 30(b)(6) made applicable to this proceeding by rule 7030, Fed.R. Bankr.P.  See Rules 1018 and 9014, Fed.R.Bankr.P.

| ISSUING OFFICER SIGNATURE AND TITLE | DATE |
|---|---|
| | June 4, 2010 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Benjamin J. Kotter, Attorney for WestLB, AG
DORSEY & WHITNEY LLP; 136 SOUTH MAIN STREET; SUITE 1000; SLC UTAH 84101; 801-933-7360

Bringhurst Process Service
47 East 7200 South, Suite 221
Midvale, Utah 84047
(801) 561-4278

| | | |
|---|---|---|
| IN RE , <br> Plaintiff(s) <br><br> vs. <br><br> EASY STREET HOLDING LLC ET AL, <br> Defendant(s) | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | **PROOF OF SERVICE** <br> Case No. 0929905 |

Process: SUBPOENA DUCES TECUM
Court Date: 6-14-2010

THE UNDERSIGNED PERSON HEREBY CERTIFIES:
1) I served the attached process in the manner indicated below.
2) I was at the time of service a duly qualified and acting peace officer or person over the age of 18 years.
3) I am not a party to this action.

I served: Cloudnine Resort Clubs Llc
Date Served: 6-5-2010
Address: 201 Heber Ave, Park City

**Served on business or organization by giving a copy to William Shoaf, who is a(n) registered agent of said organization, designated to receive service of such process pursuant to Rule 4-(d)(1), Utah Rules of Civil Procedure.**

I certify under criminal penalty of the State of Utah that the foregoing is true and correct.
Executed on 6-5-2010

Bringhurst, Larry - Constable
# 4- 1

SERVICE FEE:      $15.00
MILEAGE FEE:      $0.00

TOTAL:            $15.00

Dorsey & Whitney Llp
136 SOUTH MAIN STREET, #1000
SALT LAKE CITY, UT 84101

Docket: 220842