Kenneth L. Cannon II (kcannon@djplaw.com) (3705)
Steven J. McCardell (smccardell@djplaw.com) (2144)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, UT  84110-4050
Telephone:  (801) 415-3000/Fax:  (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com) (admitted pro hac vice)
Steven B. Eichel (seichel@crowell.com) (admitted pro hac vice)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY  10022
Telephone:  (212) 223-4000/Fax:  (212) 223-4134

Counsel for Debtors and Debtors in Possession

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: | |
| | |
| EASY STREET HOLDING, LLC, *et al.*, | Bankruptcy Case No. 09-29905 |
| | Jointly Administered with Cases |
| | 09-29907 and 09-29908 |
| | |
| Address:  201 Heber Avenue | Chapter 11 |
| Park City, UT 84060 | |
| | Honorable R. Kimball Mosier |
| Tax ID Numbers: | |
| 35-2183713 (Easy Street Holding, LLC), | |
| 20-4502979 (Easy Street Partners, LLC), and | **[FILED ELECTRONICALLY]** |
| 84-1685764 (Easy Street Mezzanine, LLC) | |
| | |

## DURHAM JONES & PINEGAR'S SEVENTH PROFESSIONAL FEE REQUEST FOR THE PERIOD MAY 1, 2010 THROUGH MAY 31, 2010

Durham Jones & Pinegar ("DJP"), co-counsel for Easy Street Partners, LLC ("Partners"),

Easy Street Mezzanine, LLC ("Mezzanine"), and Easy Street Holding, LLC ("Holding"), debtors

and debtors in possession in the above-captioned cases (collectively, the "Debtors"), pursuant to

the Court's Order entered December 15, 2009 Approving Motion and Establishing Monthly Fee

and Expense Reimbursement Procedures (the "Interim Payment Order") hereby submits its

seventh professional fee request (the "Fee Request"), for the period from May 1, 2010 through

May 30, 2010 (the "Fee Period").

Pursuant to the Interim Payment Order, professionals employed pursuant to Order of the

Court to represent the Debtors or the Official Committee of Unsecured Creditors (the

"Committee") are authorized to request from the Debtors payment of 80% of their fees and

100% of their expenses on a monthly basis.   DJP's professional fees for the Fee Period are as

follows:

| MONTH | HOURS | FEES | 80% OF FEES | EXPENSES | TOTALS (80% FEES AND 100% EXPENSES) |
|---|---|---|---|---|---|
| **May** | 90.00 | 30,789.50[1] | $24,631.60 | $686.43 | $25,318.03 |

Attached are detailed statements of services for which payment is sought, redacted to

exclude privileged, work product, and confidential information, and expenses incurred, on a

monthly and on a matter basis.  Each statement includes total time expended, identity of

professionals providing services, hourly billing rates, and a detailed listing of time.

DJP understands that other professionals providing services to the Debtors and the

Committee may submit separate fee requests seeking payment of professional fees and

reimbursement of expenses.  The amount available under the cash collateral budget for payment

of professional fees and expenses of estate professionals in the Easy Street Partners case for May

2010, the one month of the Fee Period is $125,000.00, and DJP understands that total fees and

expenses of estate professionals in the Easy Street Partners case exceeds this amount for the

---

[1] This amount includes $1,750.00 in fees in the BayNorth Litigation matter.

2

month of May 2010.  DJP's fees and expenses for the Fee Period will, therefore, be pro rated with other estate professionals.

Pursuant to the Interim Fee Order, parties must file objections to the Fee Request within ten days from the date it is received.  Any objection must have a description of the specific subject matter and services in dispute and state the amount in dispute.  It shall not be sufficient simply to object to all fees and expenses.  Fees and expenses not objected to will be paid by the Debtors or, if the total of 80% of fees and 100% of expenses of estate professionals exceeds $125,000 per month, the fees and expenses will be pro-rated among fees and expenses for that month that are not objected to.

DATED this 10th day of June, 2010.

DURHAM JONES & PINEGAR, P.C.

By:    /s/  Kenneth L. Cannon II
Kenneth L. Cannon II (kcannon@djplaw.com)(3705)
Steven J. McCardell (smccardell@djplaw.com)(2144)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT  84110-4050
Telephone:  (801) 415-3000/Fax:  (801) 415-3500

Co-Counsel for the Debtors

SLC_622529.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of June, 2010, I caused to be served a copy of

Durham Jones & Pinegar's Seventh Professional Fee Request for the period May 1, 2010

through May 31, 2010 via email on the following:

Easy Street Partners, LLC
Easy Street Mezzanine, LLC
Easy Street Holding, LLC
Attn:  William Shoaf
4780 Winchester Court
Park City, UT  84098-7528
bshoaf@cloudnineresorts.com

Jeffrey W. Shields
Lon A. Jenkins
Jones Waldo Holbrook & McDonough
170 South Main Street, Suite 1500
Salt Lake City, UT  84101
jshields@joneswaldo.com
lajenkins@joneswaldo.com

Michael V. Blumenthal
Crowell & Moring
590 Madison Avenue, 20th Floor
New York, NY  10022
mblumenthal@crowell.com

James Winikor
West LB AG, New York Branch
1211 Sixth Avenue, 25th Floor
New York, NY  10036-8705
james_winikor@westlb.com

John T. Morgan
Office of the United States Trustee
405 South Main Street, Suite 300
Salt Lake City, UT  84111
john.t.morgan@usdoj.gov

Richard W. Havel
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013
rhavel@sidley.com

Annette W. Jarvis
Dorsey & Whitney, LLP
136 South Main Street, Suite 1000
Salt Lake City, UT  84101
jarvis.annette@dorsey.com

  /s/ Kristin Hughes

4

**MAY 2010**

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

June 10, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

## Invoice Summary

Client #:        26481     Easy Street
Matter #:           1      Asset Analysis & Investigation
Invoice No.              205380

For professional services rendered and costs advanced through May 31, 2010:

|                        |            |
|------------------------|------------|
| Total Fees             | $ 121.50   |
| Total Expenses         | $ 19.00    |
| **Total of This Invoice** | **$ 140.50** |

*Interest accrues at 1.5% per month on balance not paid after 30 days.*

*1*

Durham Jones & Pinegar. P.C.

Client #:      26481     Easy Street
Matter #:         1      Asset Analysis & Investigation
Invoice #:              205380

## Detail of Professional Fees

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|----------------------------------|-------|--------|
| 5/12/10 | HDO | UCC searches | .40 | 54.00 |
| 5/25/10 | HDO | Business entity searches and search for images regarding Cloudnine | .50 | 67.50 |

Total Fees:     $ 121.50

## Time Summary

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Doherty, Helen | .90 | 135.00 | 121.50 |

## Detail of Client Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 5/12/10 | Division of Corporations UCC Images | 18.00 |
| 5/25/10 | Division of Corporations Search for Images | 1.00 |

Total Expenses:     $ 19.00

*2*

Durham Jones & Pinegar. P.C.

Client #:     26481     Easy Street
Matter #:         1     Asset Analysis & Investigation
Invoice #:               205380

June 10, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

---

## Remittance Advice

*To insure proper credit to your account, please return this remittance with your payment.*

Client #:     26481     Easy Street
Matter #:         1     Asset Analysis & Investigation
Invoice No.               205380
Billing Attorney:     KLC

Current Invoice                    $ 140.50

Terms: Total Balance Is Due Upon Receipt

SALT LAKE CITY | OGDEN | ST. GEORGE | LAS VEGAS

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

June 10, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

---

## Invoice Summary

Client #:      26481      Easy Street
Matter #:          4      Claims Administration
Invoice No.            205381

For professional services rendered and costs advanced through May 31, 2010:

| | |
|---|---|
| Total Fees | $ 525.00 |
| Total Expenses | $ 15.84 |
| **Total of This Invoice** | **$ 540.84** |

*Interest accrues at 1.5% per month on balance not paid after 30 days.*

*1*

Durham Jones & Pinegar. P.C.

Client #:     26481    Easy Street
Matter #:         4    Claims Administration
Invoice #:            205381

## Detail of Professional Fees

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|----------------------------------|-------|--------|
| 5/04/10 | KLC | Telephone conference from creditor regarding claim | .30 | 105.00 |
| 5/05/10 | KLC | Reviewing proposed order on Gateway claim' | .30 | 105.00 |
| 5/05/10 | KLC | Telephone conference from Corbin Gordon regarding order on Gateway claim | .20 | 70.00 |
| 5/11/10 | KLC | Telephone conference from Bill Shoaf regarding claim issue | .20 | 70.00 |
| 5/11/10 | KLC | Telephone conference to Jennifer at Ameritone regarding claim issue | .20 | 70.00 |
| 5/19/10 | KLC | Telephone conference from Bill Shoaf regarding lease claim issues | .30 | 105.00 |

Total Fees:    $ 525.00

## Time Summary

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Cannon, Ken | 1.50 | 350.00 | 525.00 |

## Detail of Client Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 4/30/10 | Online research/Pacer | 15.84 |

Total Expenses:    $ 15.84

June 10, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

SALT LAKE CITY | OGDEN | ST. GEORGE | LAS VEGAS

```
 ┌─────────────────────┐
 │                     │
 │   D U R H A M       │
 │   ─────────         │
 │   J O N E S &       │
 │   ─────────         │
 │   P I N E G A R     │
 │                     │
 └─────────────────────┘
```

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

### Remittance Advice

*To insure proper credit to your account, please return this remittance with your payment.*

Client #:      26481      Easy Street
Matter #:         4       Claims Administration
Invoice No.             205381
Billing Attorney:       KLC

      Current Invoice                    $ 540.84

*Terms: Total Balance Is Due Upon Receipt*

*3*

D U R H A M

J O N E S &

P I N E G A R

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

June 10, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

## Invoice Summary

Client #:       26481     Easy Street
Matter #:          5      Employ & Fee Apps - Durham
Invoice No.              205382

For professional services rendered and costs advanced through May 31, 2010:

| | |
|---|---|
| Total Fees | $ 1,995.00 |
| Total Expenses | $ 73.50 |
| **Total of This Invoice** | **$ 2,068.50** |

*Interest accrues at 1.5% per month on balance not paid after 30 days.*

*1*

Durham Jones & Pinegar. P.C.

Client #:      26481     Easy Street
Matter #:          5     Employ & Fee Apps - Durham
Invoice #:               205382

### Detail of Professional Fees

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|--------------------------------|-------|--------|
| 5/14/10 | KLC | Reviewing April detailed billing reports | .70 | 245.00 |
| 5/17/10 | KLC | Drafting second interim fee application | 1.20 | 420.00 |
| 5/19/10 | KLC | Reviewing, revising sixth fee requests | .40 | 140.00 |
| 5/19/10 | KLC | Revising draft fee application | .50 | 175.00 |
| 5/20/10 | KLC | Drafting second interim fee application | 2.10 | 735.00 |
| 5/21/10 | KLC | Finalizing fee application | .80 | 280.00 |

Total Fees:    $ 1,995.00

### Time Summary

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Cannon, Ken | 5.70 | 350.00 | 1,995.00 |

### Detail of Client Expenses

| Date | Description | Amount |
|------|-------------|--------|
|  | Copy Charge | 73.50 |

Total Expenses:    $ 73.50

*2*

Durham Jones & Pinegar. P.C.

Client #:      26481     Easy Street
Matter #:         5      Employ & Fee Apps - Durham
Invoice #:               205382

June 10, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

---

### Remittance Advice

*To insure proper credit to your account, please return this remittance with your payment.*

Client #:      26481     Easy Street
Matter #:         5      Employ & Fee Apps - Durham
Invoice No.              205382
Billing Attorney:        KLC

Current Invoice                    $ 2,068.50

*Terms: Total Balance Is Due Upon Receipt ·*

3

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

June 10, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

## Invoice Summary

Client #:      26481     Easy Street
Matter #:          6     Employ & Fee Apps - Others
Invoice No.            205383

For professional services rendered and costs advanced through May 31, 2010:

| | |
|---|---|
| Total Fees | $ 2,533.00 |
| Total Expenses | $ 89.29 |
| **Total of This Invoice** | **$ 2,622.29** |

*Interest accrues at 1.5% per month on balance not paid after 30 days.*

*1*

Durham Jones & Pinegar. P.C.

Client #:     26481     Easy Street
Matter #:        6      Employ & Fee Apps - Others
Invoice #:          205383

## Detail of Professional Fees

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|----------------------------------|-------|--------|
| 5/03/10 | KLC | Emails to, from Joe Wrona regarding objection to his fees | .30 | 105.00 |
| 5/03/10 | KLC | Emails to, from Corbin Gordon regarding fee issues | .30 | 105.00 |
| 5/03/10 | KLC | Telephone conference from Corbin Gordon regarding fee issues | .20 | 70.00 |
| 5/07/10 | KLC | Addressing fees of Paul Throndsen - reviewing invoices, emails, etc. | .40 | 140.00 |
| 5/12/10 | KLC | Reviewing Corbin Gordon fee request, fee application | .50 | 175.00 |
| 5/12/10 | KLC | Telephone conference from Corbin Gordon regarding fee request, fee application | .30 | 105.00 |
| 5/17/10 | KLC | Drafting second interim fee application for AGI, the appraiser | 1.10 | 385.00 |
| 5/17/10 | KLC | Emails regarding fees of appraiser | .30 | 105.00 |
| 5/19/10 | KLC | Reviewing final form of AGI fee application | .50 | 175.00 |
| 5/20/10 | KLC | Telephone conference from Lon Jenkins regarding fee applications | .20 | 70.00 |
| 5/20/10 | KLC | Telephone conference from Michael Blumenthal regarding fee requests | .30 | 105.00 |
| 5/20/10 | KLC | Reviewing Jones Waldo's fee request | .30 | 105.00 |
| 5/25/10 | KLC | Reviewing interim fee procedures order | .50 | 175.00 |
| 5/25/10 | KLC | Email to client regarding interim fee procedures | .30 | 105.00 |
| 5/28/10 | JGP | Conference with Steven Eichel regarding fee application for Crowell & Moring. | .50 | 95.00 |
| 5/28/10 | JGP | Conference with Ken Cannon regarding fee application for Crowell & Moring. | .20 | 38.00 |
| 5/28/10 | JGP | Review the docket to determine formatting and noticing fee applications. | 1.30 | 247.00 |
| 5/28/10 | JGP | Edit Crowell & Moring's fee application. | 1.20 | 228.00 |

Total Fees:     $ 2,533.00

## Time Summary

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Cannon, Ken | 5.50 | 350.00 | 1,925.00 |
| Peterson, Jessica | 3.20 | 190.00 | 608.00 |

## Detail of Client Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 4/30/10 | Online research/Pacer | .64 |
|  | Copy Charge | 88.65 |

Total Expenses:     $ 89.29

Durham Jones & Pinegar. P.C.

Client #:      26481      Easy Street
Matter #:         6       Employ & Fee Apps - Others
Invoice #:             205383

June 10, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

---

## Remittance Advice

*To insure proper credit to your account, please return this remittance with your payment.*

Client #:      26481      Easy Street
Matter #:         6       Employ & Fee Apps - Others
Invoice No.             205383
Billing Attorney:       KLC

Current Invoice                    $ 2,622.29

*Terms: Total Balance Is Due Upon Receipt*

*3*

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

June 10, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

## Invoice Summary

| Client #: | 26481 | Easy Street |
| Matter #: | 8 | Plan and Disc. Statement |
| Invoice No. | | 205384 |

For professional services rendered and costs advanced through May 31, 2010:

| | |
|---|---|
| Total Fees | $ 18,900.00 |
| Total Expenses | $ 479.88 |
| **Total of This Invoice** | **$ 19,379.88** |

*Interest accrues at 1.5% per month on balance not paid after 30 days.*

*1*

Durham Jones & Pinegar. P.C.

Client #:      26481    Easy Street
Matter #:          8    Plan and Disc. Statement
Invoice #:              205384

## Detail of Professional Fees

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|--------------------------------|-------|--------|
| 5/03/10 | KLC | Telephone conference from Michael Blumenthal regarding plan issues | .30 | 105.00 |
| 5/03/10 | KLC | Reviewing email correspondence regarding negotiations with potential plan funders | .50 | 175.00 |
| 5/03/10 | KLC | Telephone conference from Bill Shoaf regarding issues with respect to plan funders | .30 | 105.00 |
| 5/03/10 | KLC | Telephone conference from Michael Blumenthal regarding status of negotiations with plan funder | .30 | 105.00 |
| 5/03/10 | KLC | Telephone conference to Paul Throndsen regarding follow up issues | .20 | 70.00 |
| 5/04/10 | KLC | Telephone conference with Michael Blumenthal, Bruce Zabarauskas, and Paul Throndsen regarding appraisal issues | 1.00 | 350.00 |
| 5/04/10 | KLC | Telephone conference from Steve Eichel regarding developments on plan funders | .20 | 70.00 |
| 5/04/10 | KLC | Telephone conference to Mike Johnson regarding Jacobsen, cash collateral issues | .30 | 105.00 |
| 5/04/10 | KLC | Telephone conference from Michael Blumenthal regarding timing issues with respect to the plan | .30 | 105.00 |
| 5/04/10 | KLC | Telephone conference to scheduling clerk regarding possible hearing dates for continued confirmation hearing | .20 | 70.00 |
| 5/04/10 | KLC | Reviewing emails, draft employment agreement, letter of intent from potential plan funders | .50 | 175.00 |
| 5/05/10 | KLC | Telephone conference from Michael Blumenthal regarding proposed letter of intent and employment agreement issues | .20 | 70.00 |
| 5/05/10 | KLC | Reviewing draft letter of intent, proposed changes | .70 | 245.00 |
| 5/05/10 | KLC | Reviewing email on letter of intent | .20 | 70.00 |
| 5/05/10 | KLC | Reviewing draft employment agreement with Shoaf | .40 | 140.00 |
| 5/05/10 | KLC | Telephone conference from Michael Blumenthal regarding going forward with signed letter of intent | .30 | 105.00 |
| 5/05/10 | KLC | Outlining issues for revising plan | .50 | 175.00 |
| 5/05/10 | KLC | Telephone conference to Lon Jenkins regarding plan issues, professional issues | .30 | 105.00 |
| 5/06/10 | KLC | Conference call with Bill Shoaf, Michael Blumenthal, David Leta, Ed Bailey, and Rob Platek | 1.00 | 350.00 |
| 5/06/10 | KLC | Telephone conference with Bill Shoaf, Philo Smith, and Michael Blumenthal regarding plan issues | .30 | 105.00 |
| 5/06/10 | KLC | Telephone conference from Michael Blumenthal regarding plan update | .30 | 105.00 |
| 5/06/10 | KLC | Drafting motion to continue confirmation process | .70 | 245.00 |

Durham Jones & Pinegar. P.C.

Client #:   26481   Easy Street
Matter #:      8    Plan and Disc. Statement
Invoice #:        205384

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|----------------------------------|-------|--------|
| 5/06/10 | KLC | Reviewing email correspondence with committee | .30 | 105.00 |
| 5/07/10 | KLC | Conf. call with plan funder, debtor, Michael Blumenthal, WestLB and attorneys for all | 1.50 | 525.00 |
| 5/07/10 | KLC | Telephone conference among Bill Shoaf, Philo Smith, BDRC representatives, and Michael Blumenthal | .40 | 140.00 |
| 5/07/10 | KLC | Follow on telephone conference with plan funder, debtor, WestLB, and attorneys regarding plan issues | .30 | 105.00 |
| 5/07/10 | KLC | Telephone conference from Lon Jenkins regarding exclusivity | .30 | 105.00 |
| 5/07/10 | KLC | Telephone conference from Michael Blumenthal regarding plan issues | .20 | 70.00 |
| 5/07/10 | KLC | Telephone conference from Michael Blumenthal regarding conference call Monday with WestLB and plan funder | .30 | 105.00 |
| 5/07/10 | KLC | Drafting motion on confirmation timetable | .60 | 210.00 |
| 5/10/10 | KLC | Conference call with plan funder and WestLB | 1.00 | 350.00 |
| 5/10/10 | KLC | Telephone conference from Michael Blumenthal regarding plan issues | .30 | 105.00 |
| 5/10/10 | KLC | Telephone conference from Michael Blumenthal regarding motion to continue confirmation dates | .20 | 70.00 |
| 5/10/10 | KLC | Telephone conference to scheduling clerk regarding hearing dates for confirmation | .20 | 70.00 |
| 5/10/10 | KLC | Telephone conference from Steve Eichel regarding exclusivity | .20 | 70.00 |
| 5/10/10 | KLC | Reviewing objections to proposed extension of exclusivity | .50 | 175.00 |
| 5/11/10 | KLC | Drafting motion to continue confirmation process | 1.40 | 490.00 |
| 5/11/10 | KLC | Drafting order on motion to continue confirmation timeline | .40 | 140.00 |
| 5/11/10 | KLC | Telephone conference from Annette Jarvis regarding motion to continue confirmation timeline | .20 | 70.00 |
| 5/11/10 | KLC | Telephone conference from Michael Blumenthal regarding plan funder issues | .20 | 70.00 |
| 5/11/10 | KLC | Reviewing revised plan funding agreement | .80 | 280.00 |
| 5/11/10 | KLC | Telephone conference from Steven Eichel regarding reply on exclusivity issues | .20 | 70.00 |
| 5/11/10 | KLC | Telephone conference from Michael Blumenthal and Steve Eichel regarding plan funding issues | .30 | 105.00 |
| 5/11/10 | KLC | Reviewing draft reply on exclusivity | .50 | 175.00 |
| 5/11/10 | KLC | Reviewing WestLB issues | .30 | 105.00 |
| 5/11/10 | KLC | Reviewing debtor's cash flow projections | .40 | 140.00 |
| 5/12/10 | KLC | Preparation for chambers meeting regarding continuance of the confirmation timeline | .50 | 175.00 |
| 5/12/10 | KLC | Telephone conference to Lon Jenkins regarding exclusivity issues | .30 | 105.00 |
| 5/12/10 | KLC | Telephone conference from Steve Eichel regarding plan funding agreement issues | .20 | 70.00 |

*3*

Durham Jones & Pinegar. P.C.

Client #:     26481     Easy Street
Matter #:     8        Plan and Disc. Statement
Invoice #:              205384

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|--------------------------------|-------|--------|
| 5/12/10 | KLC | Reviewing proposed changes to plan funding agreement | .50 | 175.00 |
| 5/12/10 | KLC | Telephone conference to Michael Blumenthal regarding status of plan funding agreement | .20 | 70.00 |
| 5/12/10 | KLC | Drafting notice of continued plan timeline | .70 | 245.00 |
| 5/13/10 | KLC | Telephone conference from Michael Blumenthal regarding plan funding agreement | .30 | 105.00 |
| 5/13/10 | KLC | Telephone conference to David Leta with Michael Blumenthal regarding status of plan funding agreement | .20 | 70.00 |
| 5/13/10 | KLC | Telephone conference to David Leta regarding plan funding agreement | .20 | 70.00 |
| 5/13/10 | KLC | Reviewing new draft of plan funding agreement | .50 | 175.00 |
| 5/13/10 | KLC | Reviewing formation documents related to Sky Lodge Holdings | .30 | 105.00 |
| 5/13/10 | KLC | Reviewing escrow instructions, telephone conference with Steve Eichel regarding same | .50 | 175.00 |
| 5/13/10 | KLC | Finalizing notice of continued confirmation hearing, other deadlines | .30 | 105.00 |
| 5/13/10 | KLC | Email correspondence regarding progress of plan funding agreement | .30 | 105.00 |
| 5/13/10 | KLC | Telephone conference to Michael Blumenthal regarding providing WestLB and committee with plan funding agreement | .20 | 70.00 |
| 5/13/10 | KLC | Emails regarding plan funding agreement, escrow agreement | .30 | 105.00 |
| 5/13/10 | KLC | Telephone conference to Bill Shoaf regarding signing plan funding agreement | .20 | 70.00 |
| 5/13/10 | KLC | Preparing for hearing on motion to extend exclusivity | .50 | 175.00 |
| 5/13/10 | KLC | Outlining argument, possible testimony for hearing on motion to extend exclusivity | 1.50 | 525.00 |
| 5/14/10 | KLC | Final preparation for hearing on motion to extend exclusivity | 1.80 | 630.00 |
| 5/14/10 | KLC | Telephone conference to Michael Blumenthal regarding hearing on motion to extend exclusivity | .20 | 70.00 |
| 5/14/10 | KLC | Conf. with Bill Shoaf in preparation for hearing on  motion to extend exclusivity | .20 | 70.00 |
| 5/14/10 | KLC | Attending hearing on motion to extend exclusivity | 1.20 | 420.00 |
| 5/14/10 | KLC | Meeting with Bill Shoaf, Ed Bailey, and David Leta regarding plan issues | .30 | 105.00 |
| 5/14/10 | KLC | Reviewing, responding to emails from WestLB regarding discovery, confidentiality, copy of plan | .40 | 140.00 |
| 5/14/10 | KLC | Telephone conference from Michael Blumenthal regarding plan issues | .20 | 70.00 |
| 5/14/10 | KLC | Telephone conference from David Leta regarding discovery requests | .30 | 105.00 |
| 5/14/10 | KLC | Conf .with Steve McCardell regarding plan issues | .20 | 70.00 |
| 5/17/10 | KLC | Reviewing email correspondence regarding plan issues | .50 | 175.00 |
| 5/17/10 | KLC | Telephone conference to Michael Blumenthal regarding plan negotiations | .20 | 70.00 |

*4*

Durham Jones & Pinegar. P.C.

Client #:    26481    Easy Street
Matter #:    8    Plan and Disc. Statement
Invoice #:    205384

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|--------------------------------|-------|--------|
| 5/17/10 | KLC | Drafting order on extension of exclusive period to confirm plan | .60 | 210.00 |
| 5/17/10 | KLC | Reviewing emails regarding discovery on plan issues | .40 | 140.00 |
| 5/18/10 | KLC | Reviewing email from Richard Havel regarding WestLB counter offer | .50 | 175.00 |
| 5/18/10 | KLC | Telephone conference to Michael Blumenthal regarding WestLB counter offer | .30 | 105.00 |
| 5/18/10 | KLC | Conf. with Steve McCardell regarding WestLB counteroffer | .30 | 105.00 |
| 5/18/10 | KLC | Emails from, to Mike Johnson regarding status | .20 | 70.00 |
| 5/19/10 | KLC | Reviewing emails regarding responses to WestLB counteroffer | .40 | 140.00 |
| 5/19/10 | KLC | Reviewing, marking changes to draft response from plan funder to WestLB | .40 | 140.00 |
| 5/19/10 | KLC | Email to David Leta regarding missing words, typographical errors in response | .20 | 70.00 |
| 5/19/10 | KLC | Conf. call with Bill Shoaf, Michael Blumenthal, BDRC representatives regarding WestLB issues | 1.30 | 455.00 |
| 5/19/10 | KLC | Telephone conference from Michael Blumenthal regarding plan issues | .30 | 105.00 |
| 5/20/10 | KLC | Addressing response of WestLB to Vision proposal | .40 | 140.00 |
| 5/20/10 | KLC | Telephone conference from Michael Blumenthal regarding status of plan negotiations | .30 | 105.00 |
| 5/21/10 | KLC | Telephone conference from Michael Blumenthal regarding developments in matter | .30 | 105.00 |
| 5/21/10 | KLC | Telephone conference from Annette Jarvis regarding discovery issues | .20 | 70.00 |
| 5/21/10 | KLC | Email to Michael Blumenthal regarding plan issues | .20 | 70.00 |
| 5/21/10 | KLC | Telephone conference from Annette Jarvis regarding liquor license used by the debtor | .20 | 70.00 |
| 5/21/10 | KLC | Telephone conference to Steve Eichel regarding liquor license issues | .20 | 70.00 |
| 5/21/10 | KLC | Reviewing docket regarding entry of orders relating to plan confirmation timeline | .20 | 70.00 |
| 5/24/10 | KLC | Reviewing WestLB draft plan | 1.80 | 630.00 |
| 5/24/10 | KLC | Telephone conference from Bill Shoaf regarding plan issues | .20 | 70.00 |
| 5/24/10 | KLC | Telephone conference with Bill Shoaf and Michael Blumenthal regarding plan issues | .40 | 140.00 |
| 5/24/10 | KLC | Research on liquor licenses in Utah | 1.30 | 455.00 |
| 5/24/10 | KLC | Telephone conference from Michael Blumenthal regarding negotiations with WestLB over plan | .30 | 105.00 |
| 5/24/10 | KLC | Email to Lon Jenkins regarding funding agreement | .20 | 70.00 |
| 5/24/10 | KLC | Email to Annette Jarvis regarding liquor license issues | .30 | 105.00 |
| 5/25/10 | KLC | Reviewing new draft of potential joint plan between Partners and WestLB | .80 | 280.00 |

Durham Jones & Pinegar. P.C.

Client #:    26481    Easy Street
Matter #:    8    Plan and Disc. Statement
Invoice #:    205384

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|--------------------------------|-------|--------|
| 5/25/10 | KLC | Telephone conference from Annette Jarvis regarding liquor licenses | .20 | 70.00 |
| 5/25/10 | KLC | Reviewing research on liquor licenses | .50 | 175.00 |
| 5/25/10 | KLC | Emails to, from Ben Kotter regarding discovery issues in plan | .30 | 105.00 |
| 5/25/10 | KLC | Reviewing, revising Jacobsen's proposed revisions to Jacobsen treatment, email to Rich Havel and Annette Jarvis regarding same | .60 | 210.00 |
| 5/25/10 | KLC | Telephone conference from Steven Eichel regarding plan issues | .20 | 70.00 |
| 5/26/10 | KLC | Telephone conference with Michael Blumenthal, Rich Havel, and Annette Jarvis regarding plan | .30 | 105.00 |
| 5/26/10 | KLC | Reviewing termination notice from Sky Lodge Holdings on plan funding agreement | .20 | 70.00 |
| 5/26/10 | KLC | Telephone conference from Michael Blumenthal regarding timeline, confirmation issues | .30 | 105.00 |
| 5/26/10 | KLC | Telephone conference from Bill Shoaf regarding liquor license, plan funding issues | .30 | 105.00 |
| 5/26/10 | KLC | Email to Annette Jarvis regarding liquor licenses | .20 | 70.00 |
| 5/26/10 | KLC | Emails regarding continued dates in the confirmation process | .30 | 105.00 |
| 5/26/10 | KLC | Drafting motion to reset dates related to confirmation of a plan | .80 | 280.00 |
| 5/26/10 | KLC | Telephone conference from Lon Jenkins regarding plan developments | .30 | 105.00 |
| 5/26/10 | KLC | Telephone conference to Mike Johnson regarding plan developments | .20 | 70.00 |
| 5/26/10 | KLC | Telephone conference from Michael Blumenthal regarding issues with respect to timing on plan | .20 | 70.00 |
| 5/27/10 | KLC | Telephone conference to Michael Blumenthal regarding exclusivity, rescheduled confirmation timeline | .20 | 70.00 |
| 5/27/10 | KLC | Revising motion to continue confirmation process, drafting order approving motion | .90 | 315.00 |
| 5/27/10 | KLC | Preparing for hearing on motion to extend exclusivity, reschedule confirmation hearing | .80 | 280.00 |
| 5/27/10 | KLC | Drafting order on motion to extend exclusivity | .60 | 210.00 |
| 5/27/10 | KLC | Attending hearing on motion to extend exclusivity, motion to continue confirmation process | .60 | 210.00 |
| 5/27/10 | KLC | Telephone conference from Annette Jarvis regarding hearing on motion to extend exclusivity | .20 | 70.00 |
| 5/31/10 | KLC | Reviewing emails, voicemail messages over the past several days | .40 | 140.00 |

Total Fees:     $ 18,900.00

**Time Summary**

| Name | Hours | Rate | Total |
|------|-------|------|-------|

6

Durham Jones & Pinegar. P.C.

Client #:    26481    Easy Street
Matter #:        8    Plan and Disc. Statement
Invoice #:        205384

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Cannon, Ken | 54.00 | 350.00 | 18,900.00 |

**Detail of Client Expenses**

| Date | Description | Amount |
|------|-------------|--------|
| 4/30/10 | Online research/Pacer | .32 |
| 4/30/10 | Online research/Pacer | 5.68 |
| 4/30/10 | Online research/Pacer | 2.32 |
| 4/30/10 | WestLaw Online Research | .41 |
| | Copy Charge | 471.15 |
| | Total Expenses: | $ 479.88 |

7

Durham Jones & Pinegar. P.C.

Client #:     26481     Easy Street
Matter #:          8     Plan and Disc. Statement
Invoice #:              205384

June 10, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

---

**Remittance Advice**

*To insure proper credit to your account, please return this remittance with your payment.*

Client #:     26481     Easy Street
Matter #:          8     Plan and Disc. Statement
Invoice No.              205384
Billing Attorney:       KLC

    Current Invoice                    $ 19,379.88

*Terms: Total Balance Is Due Upon Receipt*

SALT LAKE CITY | OGDEN | ST. GEORGE | LAS VEGAS

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

June 10, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

---

## Invoice Summary

| | | |
|---|---|---|
| Client #: | 26481 | Easy Street |
| Matter #: | 9 | Misc. Contested Matters |
| Invoice No. | 205385 | |

For professional services rendered and costs advanced through May 31, 2010:

| | |
|---|---|
| Total Fees | $ 2,795.00 |
| Total Expenses | $ .00 |
| **Total of This Invoice** | **$ 2,795.00** |

*Interest accrues at 1.5% per month on balance not paid after 30 days.*

*1*

Durham Jones & Pinegar. P.C.

Client #:      26481    Easy Street
Matter #:         9    Misc. Contested Matters
Invoice #:            205385

## Detail of Professional Fees

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|----------------------------------|-------|--------|
| 5/25/10 | RSM | Conference with K. Cannon regarding pleading question | .20 | 65.00 |
| 5/26/10 | KLC | Reviewing revised draft complaint against Wickline, BayNorth | .70 | 245.00 |
| 5/26/10 | KLC | Telephone conference from Bruce Zabarauskas regarding new draft complaint | .20 | 70.00 |
| 5/26/10 | KLC | Researching filing motion to file motion under seal, reviewing confidentiality agreement, protective order in BayNorth adversary | .90 | 315.00 |
| 5/26/10 | KLC | Drafting ex parte motion to file motion for relief from confidentiality agreement under seal | .80 | 280.00 |
| 5/26/10 | SJM | Review litigation/discovery/hearing calendar and prepare for upcoming items to be addressed | .40 | 140.00 |
| 5/27/10 | KLC | Revising ex parte motion to file motion under seal | .30 | 105.00 |
| 5/27/10 | KLC | Drafting proposed order on filing motion under seal to seek relief from confidentiality agreement and protective order | .70 | 245.00 |
| 5/27/10 | KLC | Reviewing revised complaint against Wickline, BayNorth | .80 | 280.00 |
| 5/27/10 | KLC | Reviewing motion for relief from protective order | .50 | 175.00 |
| 5/27/10 | KLC | Telephone conference to Bruce Zabarauskas regarding service of motion for relief from protective order, redacted complaint | .20 | 70.00 |
| 5/27/10 | KLC | Reviewing redacted complaint against Wickline, Email to al. | .80 | 280.00 |
| 5/27/10 | KLC | Telephone conference from Bill Shoaf regarding complaint against Wickline | .30 | 105.00 |
| 5/28/10 | SJM | Review complaint filed against Wickline and exhibits and Flint and prepare for depositions | 1.20 | 420.00 |

Total Fees:     $ 2,795.00

## Time Summary

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Cannon, Ken | 6.20 | 350.00 | 2,170.00 |
| Marshall, R. Stephen | .20 | 325.00 | 65.00 |
| McCardell, Steven J. | 1.60 | 350.00 | 560.00 |

*2*

Durham Jones & Pinegar. P.C.

Client #:   26481   Easy Street
Matter #:        9   Misc. Contested Matters
Invoice #:          205385

June 10, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

---

**Remittance Advice**

*To insure proper credit to your account, please return this remittance with your payment.*

Client #:   26481   Easy Street
Matter #:        9   Misc. Contested Matters
Invoice No.          205385
Billing Attorney:    KLC

    Current Invoice                    $ 2,795.00

*Terms: Total Balance Is Due Upon Receipt*

D U R H A M

J O N E S &

P I N E G A R

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

June 10, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

---

**Invoice Summary**

| | | |
|---|---|---|
| Client #: | 26481 | Easy Street |
| Matter #: | 10 | Case Administration |
| Invoice No. | 205386 | |

For professional services rendered and costs advanced through May 31, 2010:

| | |
|---|---|
| Total Fees | $ 245.00 |
| Total Expenses | $ 7.24 |
| **Total of This Invoice** | **$ 252.24** |

*Interest accrues at 1.5% per month on balance not paid after 30 days.*

*1*

Durham Jones & Pinegar. P.C.

Client #:        26481      Easy Street
Matter #:          10       Case Administration
Invoice #:                  205386

## Detail of Professional Fees

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|--------------------------------|-------|--------|
| 5/14/10 | KLC | Reviewing monthly financial reports, revising narratives for monthly financial reports | .50 | 175.00 |
| 5/26/10 | KLC | Reviewing emails regarding payroll issues | .20 | 70.00 |
| | | Total Fees: | | $ 245.00 |

## Time Summary

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Cannon, Ken | .70 | 350.00 | 245.00 |

## Detail of Client Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 4/30/10 | Online research/Pacer | .24 |
| 5/27/10 | Courier Service/Inhouse | 7.00 |
| | Total Expenses: | $ 7.24 |

*2*

Durham Jones & Pinegar. P.C.

Client #:    26481    Easy Street
Matter #:       10    Case Administration
Invoice #:              205386

June 10, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

---

## Remittance Advice

*To insure proper credit to your account, please return this remittance with your payment.*

Client #:    26481    Easy Street
Matter #:       10    Case Administration
Invoice No.              205386
Billing Attorney:       KLC

Current Invoice                              $ 252.24

*Terms: Total Balance Is Due Upon Receipt*

SALT LAKE CITY | OGDEN | ST. GEORGE | LAS VEGAS

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

June 10, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

---

## Invoice Summary

Client #:      26481      Easy Street
Matter #:         11      Cash Collateral/DIP Lending
Invoice No.             205387

For professional services rendered and costs advanced through May 31, 2010:

| | |
|---|---|
| Total Fees | $ 1,925.00 |
| Total Expenses | $ .00 |
| **Total of This Invoice** | **$ 1,925.00** |

*Interest accrues at 1.5% per month on balance not paid after 30 days.*

*1*

Durham Jones & Pinegar. P.C.

Client #:    26481    Easy Street
Matter #:      11     Cash Collateral/DIP Lending
Invoice #:           205387

## Detail of Professional Fees

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|--------------------------------|-------|--------|
| 5/05/10 | KLC | Reviewing emails regarding transfer requesters | .30 | 105.00 |
| 5/06/10 | KLC | Reviewing limited objection to cash collateral extension by Jacobsen | .40 | 140.00 |
| 5/06/10 | KLC | Telephone conference from Hsin-Hsin Yang regarding Jacobsen objection | .20 | 70.00 |
| 5/07/10 | KLC | Drafting stipulation on set aside at request of Jacobsen | .60 | 210.00 |
| 5/07/10 | KLC | Telephone conference to Mike Johnson regarding cash collateral issues | .20 | 70.00 |
| 5/07/10 | KLC | Telephone conference to Hsin-Hsin Yang regarding order on cash collateral extension | .20 | 70.00 |
| 5/07/10 | KLC | Revising proposed order approving extension of cash collateral stipulation | .50 | 175.00 |
| 5/07/10 | KLC | Telephone conference to Bill Shoaf regarding cash position issues | .20 | 70.00 |
| 5/10/10 | KLC | Telephone conferences with Hsin-Hsin Yang, Mike Johnson regarding order on second extension of cash collateral | .40 | 140.00 |
| 5/10/10 | KLC | Final review, emails regarding order on cash collateral | .40 | 140.00 |
| 5/11/10 | KLC | Telephone conference to Judge Mosier's chambers regarding proposed order on cash collateral extension | .20 | 70.00 |
| 5/17/10 | KLC | Reviewing budget issues with respect to professional fees | .40 | 140.00 |
| 5/18/10 | KLC | Reviewing budget issues, email correspondence regarding same | .30 | 105.00 |
| 5/20/10 | KLC | Reviewing emails on transfer requests, budget issues | .40 | 140.00 |
| 5/20/10 | KLC | Telephone conference to Michael Blumenthal regarding fee requests | .20 | 70.00 |
| 5/26/10 | KLC | Emails to, from Hsin-Hsin Yang regarding cash collateral stipulation | .20 | 70.00 |
| 5/27/10 | KLC | Reviewing new draft stipulation to extend cash collateral through the end of June | .40 | 140.00 |

Total Fees:       $ 1,925.00

## Time Summary

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Cannon, Ken | 5.50 | 350.00 | 1,925.00 |

SALT LAKE CITY | OGDEN | ST. GEORGE | LAS VEGAS

Durham Jones & Pinegar. P.C.

Client #:    26481    Easy Street
Matter #:       11    Cash Collateral/DIP Lending
Invoice #:             205387

June 10, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

---

## Remittance Advice
*To insure proper credit to your account, please return this remittance with your payment.*

Client #:    26481    Easy Street
Matter #:       11    Cash Collateral/DIP Lending
Invoice No.            205387
Billing Attorney:    KLC

Current Invoice                    $ 1,925.00

*Terms: Total Balance Is Due Upon Receipt*

SALT LAKE CITY | OGDEN | ST. GEORGE | LAS VEGAS

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

June 10, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

**Invoice Summary**

| | | |
|---|---|---|
| Client #: | 26481 | Easy Street |
| Matter #: | 12 | BayNorth Litigation |
| Invoice No. | | 205388 |

For professional services rendered and costs advanced through May 31, 2010:

| | |
|---|---|
| Total Fees | $ 1,750.00 |
| Total Expenses | $ 1.68 |
| **Total of This Invoice** | **$ 1,751.68** |

*Interest accrues at 1.5% per month on balance not paid after 30 days.*

*1*

Durham Jones & Pinegar. P.C.

Client #:     26481    Easy Street
Matter #:       12    BayNorth Litigation
Invoice #:           205388

## Detail of Professional Fees

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|--------------------------------|-------|--------|
| 5/03/10 | KLC | Reviewing issues with respect to deposition in Salt Lake City | .30 | 105.00 |
| 5/03/10 | KLC | Telephone conference from Bruce Zabarauskas regarding deposition next week | .20 | 70.00 |
| 5/11/10 | KLC | Emails to, from Bruce Zabarauskas regarding scheduling order, revising draft order and motion to amend same | .30 | 105.00 |
| 5/13/10 | KLC | Reviewing and preparing for filing motion to amend scheduling order and proposed amended scheduling order | .50 | 175.00 |
| 5/25/10 | KLC | Reviewing email from Bruce Zabarauskas regarding joint motion to modify scheduling order | .20 | 70.00 |
| 5/25/10 | KLC | Revising joint motion to amend scheduling order and proposed order to meet local formatting and rules | .70 | 245.00 |
| 5/25/10 | KLC | Telephone conference to Addie Maudsley regarding motion to modify scheduling order | .20 | 70.00 |
| 5/25/10 | KLC | Telephone conference to Bruce Zabarauskas regarding dates for rescheduled deadlines in BayNorth litigation | .20 | 70.00 |
| 5/25/10 | KLC | Revising joint motion and proposed order amending the scheduling order in the BayNorth adversary proceeding | .60 | 210.00 |
| 5/25/10 | KLC | Telephone conference from Addie Maudsley regarding revised order amending scheduling in adversary proceeding | .20 | 70.00 |
| 5/25/10 | KLC | Reviewing documents in BayNorth document production | .70 | 245.00 |
| 5/25/10 | KLC | Reviewing new draft complaint | .60 | 210.00 |
| 5/25/10 | KLC | Conf. with Steve Marshall regarding confidential documents | .30 | 105.00 |

Total Fees:     $ 1,750.00

## Time Summary

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Cannon, Ken | 5.00 | 350.00 | 1,750.00 |

## Detail of Client Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 4/30/10 | Online research/Pacer | .48 |
| 4/30/10 | Online research/Pacer | .48 |
| 4/30/10 | Online research/Pacer | .72 |

Total Expenses:     $ 1.68

Durham Jones & Pinegar. P.C.

Client #:      26481    Easy Street
Matter #:         12    BayNorth Litigation
Invoice #:                205388

June 10, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

---

## Remittance Advice

*To insure proper credit to your account, please return this remittance with your payment.*

Client #:      26481    Easy Street
Matter #:         12    BayNorth Litigation
Invoice No.              205388
Billing Attorney:       KLC

          Current Invoice                    $ 1,751.68

*Terms: Total Balance Is Due Upon Receipt*

SALT LAKE CITY | OGDEN | ST. GEORGE | LAS VEGAS