*Prepared and Submitted by:*

| | |
|---|---|
| Annette Jarvis (1649) | Richard W. Havel  (10759) |
| Peggy Hunt (6060) | SIDLEY AUSTIN LLP |
| Benjamin J. Kotter (9592) | 555 West Fifth Street, Suite 4000 |
| DORSEY & WHITNEY LLP | Los Angeles, CA  90013-1010 |
| 136 South Main Street, Suite 1000 | Telephone:  (213) 896-6000 |
| Salt Lake City, UT  84101-1685 | Facsimile:  (213) 896-6600 |
| Telephone:  (801) 933-7360 | Email:  rhavel@sidley.com |
| Facsimile:  (801) 933-7373 | |
| Email:  jarvis.annette@dorsey.com | |
| Email:  hunt.peggy@dorsey.com | |
| Email:  kotter.benjamin@dorsey.com | |

*Attorneys for WestLB, AG*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | |
| EASY STREET HOLDING, LLC, *et al.*, ) | Bankruptcy Case No. 09-29905 |
| ) | Jointly Administered with Cases |
| Debtors. ) | 09-29907 and 09-29908 |
| ) | |
| Address:  201 Heber Avenue ) | Chapter 11 |
| Park City, UT 84060 ) | |
| ) | Honorable R. Kimball Mosier |
| Tax ID Numbers: ) DATE: | |
| 35-2183713 (Easy Street Holding, LLC), ) TIME: | |
| 20-4502979 (Easy Street Partners, LLC), and ) PLACE: | |
| 84-1685764 (Easy Street Mezzanine, LLC) ) | |
| ) | |

**ORDER GRANTING EX PARTE MOTION FOR ORDER SHORTENING**
**TIME ON DISCLOSURE STATEMENT HEARING**

**Filed: 06/11/10**

WestLB, AG ("WestLB"), a secured creditor in the above-captioned bankruptcy proceeding, by and through its counsel of record, in accordance with Rule 9006(c) of the Federal Rules of Bankruptcy Procedure and Local Rule 9006-1(a), having moved this Court to reduce the time for notice of, response to, and the hearing on WestLB, AG's Motion to Approve Adequacy of WestLB, AG's Disclosure Statement (the "Motion") and good cause appearing therefore, IT IS HEREBY

**ORDERED** that the Motion is granted;

**ORDERED** that notice of the hearing on the Motion and corresponding objection deadline shall be effectuated by WestLB on Wednesday, June 16, 2010 via the Court's ECF/CM system;

**ORDERED** that the hearing on the Motion shall be heard on an expedited basis on Friday, June 25, 2010 at 10:00 a.m., or as soon thereafter as practicable; and it is further

**ORDERED** that all objections to the Motion, if any, shall be filed with the Court and served upon counsel for WestLB, the United States Trustee and parties in interest who have requested such notice, so that any such objection is actually filed and/or received by no later than 4:30 p.m., Tuesday, June 22, 2010.

(End of Document)