Joseph E. Wrona (wrona@wasatchlaw.com) (8746)
Wrona Law Firm, P.C.
1745 Sidewinder Drive
Park City, Utah 84060
Telephone: (435) 649-2525
Facsimile: (435) 649-5959
Special Counsel for Debtors and Debtors in Possession

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: | |
| EASY STREET HOLDING, LLC, *et al.*, | Bankruptcy Case No. 09-29905 |
| | Jointly Administered with Cases |
| | 09-29907 and 09-29908 |
| Address: 201 Heber Avenue | Chapter 11 |
| Park City, UT 84060 | |
| | Honorable R. Kimball Mosier |
| Tax ID Numbers: | |
| 35-2183713 (Easy Street Holding, LLC), | |
| 20-4502979 (Easy Street Partners, LLC), and | [FILED ELECTRONICALLY] |
| 84-1685764 (Easy Street Mezzanine, LLC) | |

## WRONA LAW FIRM'S SEVENTH PROFESSIONAL FEE REQUEST FOR THE PERIOD FROM MAY 1, 2010 TO MAY 31, 2010.

Wrona Law Firm, P.C. ("Wrona Law"), special counsel for Easy Street Partners, LLC ("Partners"), Easy Street Mezzanine, LLC ("Mezzanine"), and Easy Street Holding, LLC ("Holding"), debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"), pursuant to the Court's Order entered December 15, 2009 Approving Motion and Establishing Monthly Fee and Expense Reimbursement Procedures (the "Interim Payment Order") hereby submits its seventh professional fee request (the "Fee Request"), for the period from May 1, 2010 to May 31, 2010 (the "Fee Period").

Pursuant to the Interim Payment Order, professionals employed pursuant to Order of the Court to represent the Debtors or the Official Committee of Unsecured Creditors (the "Committee") are authorized to request from the Debtors payment of 80% of their fees and 100% of their expenses on a monthly basis. Wrona Law's professional fees for the Fee Period are as follows:

| MONTH | HOURS | FEES | 80% OF FEES | EXPENSES | TOTALS (80% FEES AND 100% EXPENSES) |
|---|---|---|---|---|---|
| May | 9.1 | $1,313.00 | $1,050.40 | $0.00 | $1,050.40 |
| TOTALS | 9.1 | $1,313.00 | $1,050.40 | $0.00 | $1,050.40 |

Attached are detailed statements of services for which payment is sought, redacted to exclude privileged, work product, and confidential information, and expenses incurred, on a monthly and on a matter basis. Each statement includes total time expended, identity of professionals providing services, hourly billing rates, and a detailed listing of time.

Wrona Law understands that other professionals providing services to the Debtors and the Committee may submit separate fee requests seeking payment of professional fees and reimbursement of expenses. The amount available under the cash collateral budget for payment of professional fees and expenses of estate professionals in the Easy Street Partners case for the each month of the Fee Period is $125,000, for a total of $375,000 for the Fee Period, and it may be that total fees and expenses of estate professionals in the Easy Street Partners case in any given month may exceed this amount. In such event, Wrona Law's fees and expenses will be pro-rated with other estate professionals.

Pursuant to the Interim Fee Order, parties must file objections to the Fee Request within ten days from the date it is received. Any objection must have a description of the specific subject matter and services in dispute and state the amount in dispute. It shall not be sufficient simply to object to all fees and expenses. Fees and expenses not objected to will be paid by the Debtors or, if the total of 80% of fees and 100% of expenses of estate professionals exceeds $125,000 for any month within the Fee Period, the fees and expenses will be pro-rated among fees and expenses for that month that are not objected to.

DATED: June 10, 2010.

                    WRONA LAW FIRM, P.C.

By: _/s/ Joseph E. Wrona_____
Joseph E. Wrona (wrona@wasatchlaw.com)(8746)
Wrona Law Firm, P.C.
1745 Sidewinder Drive
Park City, Utah 84060
Telephone: (435) 649-2525/Fax: (435) 649-5959

Special Counsel for the Debtors

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 14 day of June, 2010, I caused to be delivered via first class mail, postage-prepaid, a true and correct copy of the foregoing document upon the following:

Troy J. Aramburu
Lon A. Jenkins
Jeffrey Weston Shields
Jones Waldo Holbrook & McDonough, PC
170 South Main Street, Suite 1500
Salt Lake City, Utah  84101

Easy Street Holding, LLC
4780 Winchester Court
Park City, Utah  84098

Easy Street Mezzanine, LLC
4780 Winchester Court
Park City, Utah  84098

Easy Street Partners, LLC
4780 Winchester Court
Park City, Utah  84098

Michael V. Blumenthal
Steven B. Eichel
Bruce J. Zabarauskas
Crowell & Moring, LLP
590 Madison Avenue, 20th Floor
New York, NY  10022

Kenneth L. Cannon, II
Steven J. McCardell
Jessica G. Peterson
Durham Jones & Pinegar
111 East Broadway, Suite 900
PO Box 4050
Salt Lake City, Utah  84110-4050

4

Scott A. Cummings
Mary Margaret Hunt
Annette W. Jarvis
Benjamin J. Kotter
Dorsey & Whitney LLP
136 South Main Street, Suite 1000
Salt Lake City, Utah 84101

_____

WRONA
LAW FIRM
1745 Sidewinder Drive
Park City , Utah 84060 United States of America

Ph:(435) 649-2525
Fax:(435) 649-5959

William Shoaf
P. O. Box 683300
Park City, UT 84068

June 4, 2010

File #: 04186.12
Inv #: 15893

**Attention:**

**RE:** Chapter 11 - Easy Street Partners, LLC

| DATE | DESCRIPTION | ATTY | HRS | RATE | AMT |
|---|---|---|---|---|---|
| May-04-10 | Begin work on 2nd application for interim compensation. | BCJ | 0.60 | $90.00 | $54.00 |
| May-12-10 | Work on 6th interim fee request. | JEW | 0.30 | $350.00 | $105.00 |
| | Work on sixth fee request. | BCJ | 0.50 | $90.00 | $45.00 |
| May-14-10 | Work on Second Application for Interim Compensation. | BCJ | 2.50 | $90.00 | $225.00 |
| May-18-10 | Review and edit interim fee application. | JEW | 0.50 | $350.00 | $175.00 |
| | Work on second interim application for fees (.4); work on compiling exhibits re: same. (.4). | BCJ | 0.70 | $90.00 | $63.00 |
| May-19-10 | Finalize 2nd application for interim compensation, including exhibits. | BCJ | 2.10 | $90.00 | $189.00 |
| | Prepare Notice of Errata for sixth request for fees for Wrona Law. | BCJ | 0.30 | $90.00 | $27.00 |
| May-20-10 | Review WestLB communication an discuss with Shoaf for impact on members of ESP (.4). | JEW | 0.40 | $350.00 | $140.00 |
| May-24-10 | Working on Anej approach to WestLB and conference w/ Anej (.4); tele w/ Bill on WestLB workout (.3) | JEW | 0.70 | $350.00 | $245.00 |
| | Continue working on 2nd application for interim compensation. | BCJ | 0.50 | $90.00 | $45.00 |
| | Totals | | 9.10 | | $1,313.00 |

Total fee & disbursements this month $1,313.00