| | |
|---|---|
| Annette Jarvis (1649) | Kenneth L. Cannon II (3705) |
| Peggy Hunt (6060) | Steven J. McCardell (2144) |
| Benjamin J. Kotter (9592) | **DURHAM JONES & PINEGAR, P.C.** |
| **DORSEY & WHITNEY LLP** | 111 East Broadway, Suite 900 |
| 136 South Main Street, Suite 1000 | P.O. Box 4050 |
| Salt Lake City, Utah 84101-1685 | Salt Lake City, Utah 84110-4050 |
| Telephone: (801) 933-7360 | Telephone: (801) 415-3000 |
| Facsimile: (801) 933-7373 | Facsimile: (801) 415-3500 |
| Email: jarvis.annette@dorsey.com | Email: kcannon@djplaw.com |
|         hunt.peggy@dorsey.com |         smccardell@djplaw.com |
|         kotter.benjamin@dorsey.com | |
| | Michael V. Blumenthal (admitted pro hac vice) |
| Richard W. Havel (10759) | Steven B. Eichel (admitted pro hac vice) |
| **SIDLEY AUSTIN LLP** | **CROWELL & MORING LLP** |
| 555 West Fifth Street, Suite 4000 | 590 Madison Avenue, 20th Floor |
| Los Angeles, California 90013-1010 | New York, New York 10022 |
| Telephone: (213) 896-6000 | Telephone: (212) 223-4000 |
| Facsimile: (213) 896-6600 | Facsimile: (212) 223-4134 |
| Email: rhavel@sidley.com | Email: mblumenthal@crowell.com |
| | seichel@crowell.com |
| *Attorneys for WestLB, AG* | *Counsel for Debtors and Debtors in Possession* |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re:<br><br>EASY STREET HOLDING, LLC, *et. al.*,<br><br>    Debtors<br><br>Address:   201 Heber Avenue<br>               Park City, Utah 84060<br><br>Tax ID Numbers:<br>35-2183713 (Easy Street Holding, LLC),<br>20-4502979 (Easy Street Partners, LLC), and<br>84-1685764 (Easy Street Mezzanine, LLC) | Bankruptcy Case No. 09-29905<br>Jointly Administered with Cases<br>09-29907 and 09-29908<br>(This Notice affects only Case No.<br>09-29907 – Easy Street Partners, LLC)<br><br>Chapter 11<br><br>Honorable R. Kimball Mosier |

**<u>FIFTH AMENDED</u> NOTICE OF HEARING ON
CONFIRMATION OF PLAN AND RELATED DEADLINES**

PLEASE TAKE NOTICE THAT, pursuant to the Order of the United States Bankruptcy Court made upon the record at the conclusion of the hearing held June 11, 2010 in the above-captioned case (the "June 11th Order"), certain hearing dates and deadlines set forth in the Fourth Amended Notice of Hearing on Confirmation of Plan and Related Deadlines dated June 1, 2010 previously served on you have been continued and/or modified.  PLEASE READ THIS **FIFTH AMENDED** NOTICE CAREFULLY.

1.      On June 16, 2010, the Amended Plan of Reorganization of Easy Street Partners, LLC and WestLB, AG, Dated June 16, 2010 (the "Plan"), which effectively amends the Amended Plan of Reorganization of Easy Street Partners, LLC, dated February 18, 2010, was filed with the Bankruptcy Court.  As such, the old deadline for filing and serving objections to confirmation of the Plan, which was Thursday, June 17, 2010, at 4:30 p.m. MDT, has been modified.  The new deadline for filing objections to confirmation of the Plan with the Court is now **Wednesday, June 23, 2010, at 4:30 p.m. MDT**.  At the same time, you must also serve a copy of any objection you file so that it is actually received by the following parties by the stated deadline (the "Notice Parties"):  (1) counsel to the Debtors, Crowell & Moring LLP, 590 Madison Avenue, 20th Floor, New York, NY 10022, Attn:  Michael V. Blumenthal, Esq.; (2) co-counsel to the Debtors, Durham Jones & Pinegar, P.C., 111 East Broadway, Suite 900, P.O. Box 4050, Salt Lake City, UT 84111-4050, Attn:  Kenneth L. Cannon II, Esq.; (3) counsel to the Official Committee of Unsecured Creditors, Jones Waldo Holbrook & McDonough, PC, 170 South Main Street, Suite 1500, Salt Lake City, UT 84101, Attn:  Lon A. Jenkins, Esq.; and (4) the Office of the United States Trustee, 405 South Main Street, Suite 300, Ken Garff Building, Salt Lake City, UT 84111, Attn:  John T. Morgan, Esq.; (5) counsel for WestLB, AG, Sidley Austin LLP, 555 West Fifth Street, Los Angeles, CA 90013, Attn:  Richard W. Havel, Esq.; and (6) counsel for WestLB, AG, Dorsey & Whitney, LLP, 136 South Main Street, Suite 1000, Salt Lake City, UT 84101, Attn: Annette W. Jarvis.

2.      If you are eligible to vote on the Plan, you have received a ballot for voting on the Plan with the "Solicitation Package" mailed to you on February 26, 2010. The deadline for submitting ballots accepting or rejecting the Plan remains **Thursday, June 17, 2010, at 4:30 p.m. MDT**.  To be counted, properly executed and completed ballots must be returned so as to be actually received by the new deadline to:  Michael V. Blumenthal, Esq., Crowell & Moring, LLP 590 Madison Avenue, New York, New York 10022.  For more information on completing and submitting the Ballot, please carefully read the instructions accompanying the Ballot, replacing the March 22, 2010 deadline set forth therein with June 2, 2010.  CROWELL & MORING LLP CANNOT GIVE YOU LEGAL ADVICE.  IF YOU DO NOT UNDERSTAND THIS NOTICE, YOU SHOULD CONSULT A LAWYER.  If you have already submitted your ballot, you do not need to submit a second ballot unless you choose to do so.

3.      IF YOU HOLD OR HAVE ASSERTED CLAIMS AGAINST THE DEBTOR THAT ARE IN A CLASS THAT ARE NOT IMPAIRED UNDER THE PLAN, YOU ARE NOT ELIGIBLE TO VOTE ON THE PLAN.  PURSUANT TO SECTION 1126(f) OF THE UNITED STATES BANKRUPTCY CODE, YOU ARE (i) DEEMED TO HAVE VOTED TO ACCEPT THE PLAN AND (ii) NOT ENTITLED TO VOTE TO ACCEPT OR REJECT THE PLAN AS A HOLDER OF SUCH CLAIM.  ACCORDINGLY, THIS NOTICE AND THE

CONFIRMATION HEARING NOTICE ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.  IF YOU HAVE ANY QUESTIONS ABOUT THE STATUS OF YOUR CLAIM(S), YOU SHOULD CONTACT THE DEBTOR'S COUNSEL AT THE FOLLOWING ADDRESS: STEVEN B. EICHEL, ESQ., CROWELL & MORING LLP, 590 MADISON AVENUE, 20th FLOOR, NEW YORK, NY 10022, TEL. NO. (212) 223-4000.  YOU MAY ALSO CONTACT WESTLB, AG'S COUNSEL AT THE FOLLOWING ADDRESS: CHRISTIAN M. CRAIGE, ESQ., SIDLEY & AUSTIN LLP, 555 WEST FIFTH STREET, SUITE 4000, LOS ANGELS, CA 90013, TEL. NO. (213) 896-6000.  NEITHER CROWELL & MORING LLP NOR SIDLEY & AUSTIN LLP CANNOT GIVE YOU LEGAL ADVICE.  IF YOU DO NOT UNDERSTAND THIS NOTICE, YOU SHOULD CONSULT A LAWYER.

4. Copies of the Plan and Disclosure Statement may be obtained upon request by contacting the Debtor's counsel at (212) 223-4000, or by written request directed to:  Crowell & Moring LLP, 590 Madison Avenue, 20th Floor, New York, NY 10022, Attn:  Michael V. Blumenthal, Esq.

5. The old deadline for the Debtor to file a Plan Supplement, which was <u>Thursday, June 10, 2010</u>, has been modified.  The new deadline for the Debtor to file a Plan Supplement is **<u>Monday, June 21, 2010</u>**.  The Order (A) Approving Amended Disclosure Statement With Respect To Amended Plan Of Reorganization Of Easy Street Partners, LLC, Dated February 18, 2010 (B) Establishing A Record Date, (C) Approving Solicitation Procedures, (D) Approving Forms Of Ballots And Voting Procedures, and (E) Approving Notice of and Scheduling Confirmation Hearing (the "Disclosure Statement Order"), a copy of which was served on you as part of the Solicitation Package, provides that the Debtor shall serve copies of the Plan Supplement on certain parties.  You may also receive a copy of the Plan Supplement when it is filed by submitting no later than June 18, 2010, a request to counsel for the Debtor, Steven B. Eichel, Crowell & Moring LLP, 590 Madison Avenue, 20th Floor, New York, NY  10022, telephone:  (212) 223-4000, facsimile:  (212) 223-4134, email:  seichel@crowell.com, or Kenneth L. Cannon II, Durham, Jones & Pinegar, 111 East Broadway, Suite 900, P.O. Box 4050, Salt Lake City, UT 84111-4050, telephone:  (801) 415-3000, facsimile:  (801) 415-3500, email: kcannon@djplaw.com.  If you have already submitted a request to receive a copy of the Plan Supplement when filed, you do not need to submit another request.  You may also receive a copy of the Plan Supplement after June 21, 2010, by requesting a copy from Debtor's counsel.

6. **THE HEARING TO CONSIDER CONFIRMATION OF THE PLAN, REMAINS CURRENTLY SCHEDULED FOR <u>FRIDAY, JUNE 25, 2010, AT 10:00 A.M. MDT</u>** (the "Confirmation Hearing"), before the Honorable R. Kimball Mosier, Room 369, Frank E. Moss United States Courthouse, 350 South Main Street, Salt Lake City, Utah 84101.  The Confirmation Hearing may be continued at any time; however, if continued other than at the scheduled Confirmation Hearing, the Debtor shall send a notice of the continued date by first class U.S. mail.

7. **Please take further notice that the Plan contains an injunction against taking certain actions. Please consult the Disclosure Statement for a complete explanation of the injunctions set forth in the Plan.**

8. In addition to the matters described in this notice, the Court has established various procedures and deadlines in connection with voting and confirmation of the Plan, which are set forth in the Disclosure Statement Order, a copy of which was served on you as part of the Solicitation Package. Those procedures and deadlines remain fully in effect, except as modified by the Court's June 11th Order or another earlier Order.

DATED this 16th day of June, 2010.

| **DORSEY & WHITNEY LLP** | **DURHAM JONES & PINEGAR, P.C.** |
|---|---|
| /s/ Benjamin J. Kotter | /s/ Kenneth L. Cannon II |
| Annette W. Jarvis | Kenneth L. Cannon II |
| Peggy Hunt | Steven J. McCardell |
| Benjamin J. Kotter | |
| | and |
| and | |
| | Michael V. Blumenthal |
| Richard W. Havel | Steven B. Eichel |
| **SIDLEY & AUSTIN, LLP** | **CROWELL & MORING, LLP** |
| *Attorneys for WestLB, AG* | *Attorneys for Debtors and Debtors in Possession* |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Fifth Amended Notice of Hearing on Confirmation of Plan and Related Deadlines was served this 16th day of June, 2010 via first-class mail, postage prepaid on the parties listed on the attached pages.

/s/  Kristin Hughes

A.W. Marshall Company
P O Box 16127
Salt Lake City, UT  84116-0127

ACME Thread Ware
6436 N Business Park Loop Rd.
Park City, UT  84098-6233

ADT Security Services Inc
P O Box 371956
Pittsburgh, PA  15250-7956

AT&T Mobility
P O Box 6463
Carol Stream, IL  60197-6463

ATIV Corporation
722 Nardo Rd
Encinitas, CA  92024

AXIS Group
84 Route 347
Port Jefferson Station, NY  11767

Aetna
PO Box 894938
Los Angeles, CA  90189-4938

W Brian Ahern
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Air Filter Sales & Service Inc
255 West 2950 South
Salt Lake City, UT  84115-3443

Albert Ulster Imports, Inc.
PO Box 770
Gaithersburg, MD 20884-0770

Albert and Roxann Albiana
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Alchemy Ventures Trust
17575 Fitzpatrick Lane
Occidental, CA  95465-9355

Alchemy Ventures Trust
c/o Kim R. Wilson
Snow Christensen & Martineau
P O Box 45000
Salt Lake City, UT  84145-5000

Gilbert & Jeanette Alder
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

All-Pro Cleaning Systems, Inc.
166 West Cottage Avenue
Sandy, UT 84070-1433

Allen Distribution Services
3247 South 3690 West
West Valley City, UT 84120-2150

Alliance Abroad Group LP
1221 South Mopac Expressway
Suite 100
Austin, TX  78746-7615

Allied Waste Services
PO Box 78829
Phoenix, AZ 85062-8829

Stephen Allis
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Alpine Adventures
3020 North Federal Highway # 10
Fort Lauderdale, FL  33306-1451

Alsco
P O Box 25717
Salt Lake City, UT  84125-0717

Brian D. Althaver
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

American Express
PO Box 53852
Phoenix, AZ 85072-3852

American Express Travel
2421 West Peoria Avenue
Phoenix, AZ  85029-4939

American Express Travel Relate
2840 South 123rd Court
Omaha, NE  68144

American Ski & Board Association
686 NW York
Bend, OR  97701

Jonathan & Joanne Ames
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

American Hotel Register CO
16458 Collections Center Drive
Chicago, IL  60693-0001

American Liberty Insurance
3601 N University Ave Suite 100
Provo, UT  84604-6600

Allan & Amy Anderson
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Appliance Sales & Service
P O Box 670
55 E Center St., Suite 140
Heber City, UT 84032-1946

Troy J. Aramburu
Jones Waldo Holbrook & McDonough
170 South Main Street, Suite 1500
Salt Lake City, UT 84101-1644

Arctic Spas/ Spagoods.com
4575 N. Silver Springs Dr
Park City, UT 84098-7536

BDRC 4 Site, LLC
Attn: Brian W. Dorsey
305 NE Loop 820, St. 109
Hurst, TX 76053-7211

BJ Plumbing Supply
1470 South State
Orem, UT 84097-7704

BTC Rob Stevenson
957 East 1300 South
Salt Lake City, UT 84105-1856

Diane H. Banks
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

Baker Tile Co
1434 West 8040 South
West Jordan, UT 84088-9459

Bank Living Trust
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

Christopher B. Barker, Esq.
Goodwin Proctor LLP
53 State Street
Boston, MA 02109-2881

James and Marianne Barickman
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

BayNorth Realty Fund
BayNorth Capital, LLC
Attn: Charles J. Flint
One Financial Center, Floor 23
Boston, MA 02111-2621

Bellows Glass
76 West 200 South
Heber City, UT 84032-2005

Bevco2
651 West 600 South
Salt Lake City, UT 84104-1015

Big Four Distributing, Inc
304 East 900 South
Provo, UT 84606-7316

Michael V. Blumenthal
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022-2544

Peter Blythe
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

Scott Boberek
P O Box 680514
Park City, UT 84068

Thomas S. Bradley
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

Lisa A. Bugaski, Trustee
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

Business Technology Consulting
Rob Stevenson
957 East 1300 South
Salt Lake City, UT 84105

Josh Butsch
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

C & G Velasquez Family Trust
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

CBIZ Accounting
175 S West Temple, Suite 650
Salt Lake City, UT 84111

CRC Design
Attn: Clay Coleman
298 South Center
Midway, UT 84049

Cameron & Associates
P O Box 5
Orem, UT 84059

Amy Casey
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

Castillo Trust
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

Michael & Nilda Chang
16 Morning Sky Lane
Las Vegas, NV 89135-7860

Chang Family Trust
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

Child Support Services
ORS PO Box 45011
Salt Lake City, UT 84145-0011

Cintas Corporation
97627 Eagle Way
Chicago, IL 60678-7627

CloudNine Resorts – Sky Lodge Dev
c/o Kim R. Wilson
Snow Christensen & Martineau
P O Box 45000
Salt Lake City, UT  84145-5000

CloudNine Resorts – Sky Lodge Mgmt
c/o Kim R. Wilson
Snow Christensen & Martineau
P O Box 45000
Salt Lake City, UT  84145-5000

CloudNine Resorts SL Development
Attn:  Bill Shoaf
P O Box 683300
Park City, UT 84068-3300

CloudNine Resorts SL Management
Attn:  Bill Shoaf
P O Box 683300
Park City, UT 84068-3300

Nelson Coats
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Bastiaan Coebergh
Wrona Law Offices, P.C.
1745 Sidewinder Drive
Park City, UT  84060

Colorado Casualty Insurance Co
PO Box 85627
San Diego, CA 92186-5627

Comcast
P O Box 34744
Seattle, WA  98124-1744

CoolWorks.com
PO Box 272
Gardiner, MT 59030-0272

Committee of Unsecured Creditors
Jones Waldo Holbrook & McDonough
170 South Main Street, Suite 1500
Salt Lake City, UT  84101-1644

Jonathan B. and Marie Connor
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Corrado Properties
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Christine M. Craige, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA  90013-1010

Scott A. Cummings
Dorsey & Whitney LLP
136 South Main Street, Suite 1000
Salt Lake City, UT  84101-1685

Curb It Recycling
P O Box 681397
Park City, UT  84068-1397

Cushman & Wakefield
50 Broad Street
New York, NY 10004-2307

Robert J. Dale
Bradley L. Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Phillip A & Ruth M Davidson
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Kenneth A & Marcie B. Davis
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Michael Scott Davis
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Dex West
P O Box 79167
Phoenix, AZ  85062-9167

Diamond Rental
4518 South 500 West
Salt Lake City, UT 84123-3694

K Dickey, S Dickey & P Bradley
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Robert A. & Bianka M. Diorio
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Leon and Joy Dreimann
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

James I and Suzanne Duffield
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Drew A. Norman, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA  90013-1010

EM Systems
P O Box 540783
North Salt Lake, UT  84054-0783

Easy Street Holding, LLC
4780 Winchester Court
Park City, UT  84098-7528

Easy Street Mezzanine, LLC
4780 Winchester Court
Park City, UT  84098-7528

Easy Street Partners, LLC
4780 Winchester Court
Park City, UT  84098-7528

Ecolab
P O Box 100512
Pasadena, CA  91189-0512

Ecolab Pest Elim. Div
P O Box 6007
Grand Forks, ND  58206-6007

Steven B. Eichel
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY  10022-2544

Elliott Workgroup LLC
Attn:  Craig Elliott
P O Box 3419
Park City, UT  84060-3419

William D. Ellis, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA  90013

Stephen Elrick
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

William S. Escudier
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

W Escudier, M. Escudier, T Escudier, W Escudier
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Fabian & Clendenin
c/o Robert Dale & Bradley Tilt
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Michael A. Feder
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

FedEx
PO Box 7221
Pasadena, CA 91109-7321

Diana Ferguson
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Janis J Ferraris & Deborah J Depaoli
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Stephen N. Finberg
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Dena A. Fleming & Steve Chin
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Joshua Fick
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Anthony S. Fiotto
Goodwin Proctor LLP
53 State Street
Boston, MA  02109-2881

Five 9's Communication
P O Box 348
Roy, UT  84067-0348

Ruben Flores
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Fog River Fisheries
9554 Wells Circle, Suite A
West Jordan, UT  84081

Ronald A. Fragen
64893 Saragossa
Palm Springs, CA  92264

Frank Rimerman & Co. LLP
60 South Market Street
San Jose, CA  95113-2351

Fuelman
PO Box 105080
Atlanta, GA 30348-5080

G.M. Collin Skin Care Inc.
613 State Route 3, Suite 100
Plattsburgh, NY  12901

Curtis & Patricia Gardner
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Gateway Center, LLC
c/o Commerce CRG
32 West 200 South, Suite 501
Salt Lake City, UT  84101

Gateway Center, LLC
c/o Resort Commercial Property Mgmt
1415 Lowell Avenue
P O Box 682152
Park City, UT  84068-2152

Gateway Center, LLC
c/o Vectra Management Group
424 West 33rd Street, Suite 540
New York, NY  10001-2641

Gemstone Hotels & Resorts, LLC
Attn:  Jeff McIntyre, Principal
1912 Sidewinder Drive, # 104
Park City, UT  84060

General Chemical
PO Box 533195
Charlotte, NC 28290-3195

Gentry Finance
386 South State Street
Orem, UT  84058-5424

Get Fresh
1548 18th Street
Santa Monica, CA  90404

Andrew & Karen Gilligan
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Goodrich & Thomas, CPAs
3200 Park Center Drive Suite 1170
Costa Mesa, CA  92626-7153

Corbin B. Gordon
Corbin B. Gordon, P.C.
345 West 600 South
Heber City, UT 84032-2247

Grazo Electric
PO Box 1196
Midway, UT 84049-1196

Mark T. Greenquist
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Marcia L. Griffiths
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Merrick L & Rosa S. Gross
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Craig & Ann Guernsey
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Gunthers Comfort Air
81 South 700 East
American Fork, UT 84003-2158

Gunthers Comfort Air
c/o Jeffrey L. Shields
Callister Nebeker & McCullough
10 East South Temple, Suite 900
Salt Lake City, UT  84133-1101

HD Supply Facilities Maintenance
P O Box 509058
San Diego, CA  92150-9058

HY-KO Supply Co.
1980 West Industrial Cir
P O Box 26116
Salt Lake City, UT  84126

Suzanne Harris
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Brian W. Harvey
Goodwin Proctor LLP
The New York Times Building
620 Eighth Avenue
New York, NY  10018-1618

Richard W. Havel, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA  90013-1010

George F.J. and Ruth Hill
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Dane C. Hillyard
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

William A & Constance F Hindle
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

John M. Hojel & Veronica Hojel
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Brooks Hoven and Brenda Schmid
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Home Depot Credit Services
P O Box 6031
The Lakes, NV  88901-6031

Hood Cleaners of Utah
P O Box 342
Riverton, UT 84065-0342

Hop To It Living Trust
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Hotel Amenities Resources LLC
2000 Van Ness Avenue Suite 801
San Francisco, CA  94109-3023

Mary Margaret Hunt
Dorsey & Whitney LLP
136 South Main Street, Suite 1000
Salt Lake City, UT  84101-1685

Innovative Body Science  
6350 Yarrow Drive Suite D  
Carlsbad, CA 92011-1544  

Intermountain Drug Testing  
PO Box 9800  
Salt Lake City, UT  84109-9800  

Internal Revenue Service  
Centralized Insolvency Operations  
P O Box 21126  
Philadelphia, PA  19114-0326  

Internal Revenue Service  
IRS-Group Manager  
50 South 500 East, M/S 5021-SLC  
Salt Lake City, UT  84111  

Ion Cibuc  
7 Kafern Drive Apt 1-D  
Baltimore, MD 21207-4383  

Jacobsen Construction  
PO Box 27608  
Salt Lake City, UT 84127-0608  

Jacobsen National Group, Inc.  
c/o Michael R. Johnson, Esq.  
Ray Quinney & Nebeker  
36 South State Street, Suite 1400  
Salt Lake City, UT  84111-1451  

Annette W. Jarvis, Esq.  
Dorsey & Whitney LLP  
136 South Main Street, Suite 1000  
Salt Lake City, UT  84101-1685  

Lon A. Jenkins  
Jones Waldo Holbrook & McDonough  
170 South Main Street, Suite 1500  
Salt Lake City, UT  84101-1644  

Catherine Johnson  
3182 Creek Road  
Park City, UT  84098  

Michael R. Johnson, Esq.  
Ray Quinney & Nebeker  
36 South State Street, Suite 1400  
P O Box 45385  
Salt Lake City, UT  84145-0385  

**Kaba Ilco, Inc  
PO Box 12553 Succ Centre Ville  
Montreal, QC H3C-6R1  
CANADA**

KBIi Properties, LP  
PO Box 680464  
Park City, UT 84068-0464  

Darren T & Alona Kavinoky  
c/o Robert Dale & Bradley Tilt  
Fabian & Clendenin  
215 South State Street, Suite 1200  
Salt Lake City, UT  84111-2323  

Anthony C. Kaye  
Ballard Spahr Andrews & Ingersoll  
201 South Main Street, Suite 600  
Salt Lake City, UT  84111-2212  

John P. and Melissa B. Kelly  
c/o Robert Dale & Bradley Tilt  
Fabian & Clendenin  
215 South State Street, Suite 1200  
Salt Lake City, UT  84111-2323  

Klehr, Branzburg & Ellers LLP  
Attn:  William A. Harvey  
260 South Broad St.  
Philadelphia, PA 19102-5021  

Benjamin J. Kotter  
Dorsey & Whitney LLP  
136 South Main Street, Suite 1000  
Salt Lake City, UT  84101-1685  

Mark C. Kramer Trust  
c/o Robert Dale & Bradley Tilt  
Fabian & Clendenin  
215 South State Street, Suite 1200  
Salt Lake City, UT  84111-2323  

Rishi & Ashima Kumar  
c/o Robert Dale & Bradley Tilt  
Fabian & Clendenin  
215 South State Street, Suite 1200  
Salt Lake City, UT  84111-2323  

Steve LaFredo  
c/o Robert Dale & Bradley Tilt  
Fabian & Clendenin  
215 South State Street, Suite 1200  
Salt Lake City, UT  84111-2323  

Brian & Teri Laidlaw  
c/o Robert Dale & Bradley Tilt  
Fabian & Clendenin  
215 South State Street, Suite 1200  
Salt Lake City, UT  84111-2323  

La Monica's Restaurant Equipment  
6211 South 380 West  
Murray, UT 84107-3309  

Janet & William Lamkin  
c/o Robert Dale & Bradley Tilt  
Fabian & Clendenin  
215 South State Street, Suite 1200  
Salt Lake City, UT  84111-2323  

Robert Lamkin & Ray Bidenhost  
c/o Robert Dale & Bradley Tilt  
Fabian & Clendenin  
215 South State Street, Suite 1200  
Salt Lake City, UT  84111-2323  

William & Janet Lamkin  
c/o Robert Dale & Bradley Tilt  
Fabian & Clendenin  
215 South State Street, Suite 1200  
Salt Lake City, UT  84111-2323  

Eric D. Lemont  
Goodwin Proctor LLP  
53 State Street  
Boston, MA  02109-2881  

Les Olson Company  
P O Box 65598  
Salt Lake City, UT  84165-0598  

Levine Holdings, LLC  
c/o Robert Dale & Bradley Tilt  
Fabian & Clendenin  
215 South State Street, Suite 1200  
Salt Lake City, UT  84111-2323  

Linda Marie Eide Residuary  
 Family Trust  
c/o Robert Dale & Bradley Tilt  
Fabian & Clendenin  
215 South State Street, Suite 1200  
Salt Lake City, UT  84111-2323

| | | |
|---|---|---|
| Liquor Leasing & Service, L.C.<br>9283 South Jean Drive<br>Sandy, UT  84070-6254 | Mark Litchfield & Kristin Rotter<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 | Living Creations Inc<br>2163 E Lambourne Ave<br>Salt Lake City, UT  84109-2454 |
| Lovejoy Sky Lodge<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 | Larry L. Lozensky<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 | James A. Lundin<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 |
| Luxury Residence Group<br>Attn:  Carrie Shoaf<br>693 Main Street<br>P O Box 1225<br>Park City, UT  84060 | M & M Distributing<br>531 West 600 North<br>Salt Lake City, UT 84116-3430 | Market Metrix<br>990 A Street Suite 301<br>San Rafael, CA 94901-3000 |
| Mascioni Hospitality, Inc.<br>915 Broadway, Suite 1909<br>New York, NY  10010 | Adelaide Maudsley<br>Chapman & Cutler LLP<br>201 South Main Street, Suite 2000<br>Salt Lake City, UT  84111-2298 | Kevin McCarthy<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 |
| Tracy McCarthy<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 | Clint McClellan<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 | McGladrey and Pullin<br>Attn:  Jan Riend<br>One South Wacker Drive, Suite 800<br>Chicago, IL  60606-4650 |
| John E. McIlwaine<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 | Claudia McMullin & Timothy Douglas<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 | Joshua A. Mettle<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 |
| Media One of Utah<br>4770 South 5600 West<br>West Valley City, UT  84170-4005 | Merrit & Harris<br>301 E Glenoaks Blvd. Suite 4<br>Glendale CA 91207-2115 | Thomas & Julie B. Millar<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 |
| Millcreek Consulting<br>Attn:  Steve Brown<br>3017 E Kempner Rd.<br>Salt Lake City UT  84109-3654 | Daniel S. Miller DDS<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 | Robert A. Miller<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 |
| Money 4 You & Mr. Money<br>498 North 900 West # 230<br>Kaysville, UT 84037-4213 | Frederic Monnot<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 | Stephen Monticone<br>592 North 200 West<br>Heber City, UT  84032 |
| John T. Morgan Tr<br>US Trustees Office<br>405 South Main Street, Suite 300<br>Salt Lake City, UT  84111-3402 | Mountain Valley Temperature Control<br>PO Box 429<br>Pleasant Grove, UT 84062-0429 | Muir Copper Canyon Farms<br>PO Box 26775<br>Salt Lake City, UT 84126-0775 |

Muzak LLC
PO Box 71070
Charlotte, NC 28272-1070

Nicholas & Company, Inc.
P O Box 45005
Salt Lake City, UT  84145-0005

Night Vision Landscape Light
2859 West 7550 South
West Jordan, UT  84084-3712

Open Table Inc
PO Box 49322
San Jose, CA  95161-9322

Pacific Seafood - Utah
P O Box 97
Clackmas, OR  97015-0097

Park Avenue Travel
11 Park Avenue
Swarthmore, PA  19081

Park City I, LLC
c/o George B. Hofmann
Parsons Kinghorn Harris
111 East Broadway, Suite 1100
Salt Lake City, UT  84111

Park City Surveying
P O Box 682993
Park City, UT  84068-2993

Daniel H. & Vanessa I. Payne
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Douglas J. Payne
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Philo Smith
684 Glenneyre Street
Laguna Beach, CA  92651-2420

Philo Smith Jr. Trust
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Par Springer-Miller System, Inc
782 Mountain Road
PO Box 1547
Stowe, VT 05672-1547

Park City Auto Parts/Hardware
P O Box 244
Heber City, UT  84032-0244

Park City Chamber Bureau
P O Box 1630
Park City, UT  84060

Park City Lock & Key
3946 North Last Run Drive
Park City, UT  84098

Park City Municipal Corp.
PO Box 1480
Park City, UT 84060-1480

Park City Water
PO Box 1480
Park City, UT 84060-1480

Park City WinElectric
PO Box 681729
Park City, UT 84068-1729

Patricia Wagner
P O Box 680322
Park City, UT 84068-0322

PayChex Human Resources Services
P O Box 29769
New York, NY  10087-9769

Peak Mobile Communications
4910 South Warehouse Road
Salt Lake City, UT 84118-6354

Peets Coffee & Tea
P O Box 12509
Berkeley, CA  94712-3509

Pitney Bowes
P O Box 856390
Louisville, KY  40285-6390

Plaza Dry Cleaners
PO Box 770-361
Park City UT 84060

Donald E. Porteous
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Porter Paint
1268 South 500 West
Salt Lake City, UT  84101-3019

Proforma
PO Box 51925
Los Angeles, CA 90051-6225

Protravel International
14130 Riverside Drive
Sherman Oaks, CA 91423-2313

Protravel International Inc
515 Madison Ave 10th Floor
New York, NY 10022-5403

| | | |
|---|---|---|
| Questar Gas Company<br>PO Box 45360<br>Salt Lake City, UT 84145-0360 | Qwest, Inc.<br>Attn: Bankruptcy Department<br>PO Box 29040<br>Phoenix, AZ 85038-9040 | Qwest Corp.<br>Attn: Jane Frey<br>1801 California Street, Room 900<br>Denver, CO 80202-2658 |
| Qwest Communications Company<br>Attn: Jane Frey<br>1801 California Street, Room 900<br>Denver, CO 80202-2658 | Qwest Long Distance Business Services<br>PO Box 856169<br>Louisville, KY 40285-6169 | Elizabeth Rad<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT 84111-2323 |
| Charles & Vicki P. Raeburn<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT 84111-2323 | Angela Rayner<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT 84111-2323 | Steve Reich<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT 84111-2323 |
| Steve Reich, Scott Coleman<br>& Ashley Coleman<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT 84111-2323 | Renegade Oil Inc<br>1141 South 3200 West<br>Salt Lake City, UT 84104-4562 | Revco Leasing<br>P O Box 65598<br>Salt Lake City, UT 84165-0598 |
| Knute Rife<br>Wrona Law Offices<br>11650 South State Street, Suite 103<br>Draper, UT 84020-7144 | Rimmerman<br>One Embarcadero Center, Suite 2410<br>San Francisco, CA 94111-3737 | PacifiCorp<br>Attn: Bankruptcy<br>P O Box 25308<br>Salt Lake City, UT 84125-0308 |
| Eric & Susan Rothchild<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT 84111-2323 | RussWoods LLC<br>5148 Silver Springs Road<br>Park City, UT 84098-6034 | SL Convention & Visitors Bureau<br>90 South West Temple<br>Salt Lake City, UT 84101-1406 |
| Safeguard<br>P O Box 5<br>Orem, UT 84059 | Schindler Elevator Corporation<br>P O Box 93050<br>Chicago, IL 60630 | Scott James Jewelry<br>32 South Main Street<br>Heber City, UT 84032 |
| Securities & Exchange Commission<br>Attn: Bankruptcy Dept.<br>44 Montgomery St # 1100<br>San Francisco, CA 94104-4613 | Sentry West Insurance Services<br>PO Box 9289<br>Salt Lake City, UT 84109-9289 | Shaner Design, Inc.<br>Attn: Tom Shaner<br>614 Main Street, Suite 404<br>PO Box 4560<br>Park City, UT 84060-4560 |
| Sheri P. Chromow, Esq.<br>Katten Muchin Rosenman LLP<br>575 Madison Avenue<br>New York, NY 10022-2585 | Jeffrey L. Shields<br>Callister Nebeker & McCullough<br>10 East South Temple, Suite 900<br>Salt Lake City, UT 84133-1101 | Jeffrey Weston Shields<br>Jones Waldo Holbrook & McDonough<br>170 South Main Street, Suite 1500<br>Salt Lake City, UT 84101-1644 |
| Shift4 Corporation<br>1491 Center Crossing Rd<br>Las Vegas, NV 89144-7047 | William & Carrie Shoaf<br>4780 Winchester Court<br>Park City, UT 84098-7528 | Shoes For Crews, LLC<br>File LockBox 51151<br>Los Angeles, CA 90074-1151 |

| | | |
|---|---|---|
| Matthew & Terry L. Sidford<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 | Siemens Building Technologies, Inc.<br>9707 Sandy Parkway<br>Sandy, UT  84070-2500 | Charles H. & Andrea E. Silverman<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 |
| Robert K & Lynn K Simons<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 | Skyboozers LLC<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 | Sky Lodge Holdings, LLC<br>c/o David E. Leta<br>Snell & Wilmer<br>15 West South Temple, Suite 1200<br>Salt Lake City, UT  84101-1547 |
| **Small Luxury Hotels**<br>**2nd Floor-Grantham House**<br>**North Street Leatherhead**<br>**Surrey KT22 7AZ**<br>**GREAT BRITAIN** | Amer & Yvette Soudani<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 | Squire<br>Attn:  Ray Chipman<br>1329 South 800 East<br>Orem, UT 84097-7700 |
| Standard Plumbing Supply<br>PO Box 708490<br>Sandy, UT 84070 | Staples Credit Plan<br>Dept 51-7861136819<br>PO Box 689020<br>Des Moines, IA  50368-9020 | David L & Louise A. Stark<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 |
| State Office of Recovery Services<br>515 East 100 South<br>P O Box 45033<br>Salt Lake City, UT  84145-0033 | State of Utah<br>Office of the Attorney General<br>Tax & Revenue Division<br>P O Box 40874<br>Salt Lake City, UT  84114-0874 | Step Saver Inc.<br>1901 West 2425 South<br>Wood Cross, UT  84087-2463 |
| Stone Ground Bakery<br>P O Box 581078<br>Salt Lake City, UT  84158-1078 | Sugar House Awning<br>7526 South State Street<br>Midvale, UT  84047 | Summit Business Services<br>Attn:  Chipper Leonard<br>4130 Hilltop Court<br>Park City, UT  84098-4715 |
| Summit County Assessor<br>PO Box 128<br>Coalville, UT 84017-0128 | Summit County Treasurer<br>60 North Main<br>PO Box 128<br>Coalville, UT  84017 | Summit County Public Health Dept<br>Environmental Laboratory<br>PO Box 128<br>Coalville, UT 84017-0128 |
| Sundance Partners, Ltd.<br>c/o Ballard Spahr<br>201 South Main Street, Suite 800<br>Salt Lake City, UT  84111-2212 | Swire Coca-Cola USA<br>P O Box 1410<br>Draper, UT  84020-1410 | Sysco Intermountain Food Service<br>Attn:  Steve Lewis<br>P O Box 27638<br>Salt Lake City, UT  84127-0638 |
| Sysco Intermountain Food Services, Inc.<br>c/o David W. Overholt<br>Richer & Overholt, PC<br>901 West Baxter Drive<br>South Jordan, UT  84095-8687 | TCF Holdings – Fred Mommot<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 | Target Labels & Packaging<br>40 West 3800 North<br>Hyde Park, UT  84318-4114 |
| N. Allen Taylor<br>Taylor Capital Management<br>6641 North Paseo Tamayo<br>Tucson, AZ  85750 | Tenderfoot Holdings LLC<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 | Teresa Martha Wiss Trust<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 |

| | | |
|---|---|---|
| The Aspen Times<br>Colorado Mountains News Media<br>P O Box 540<br>Gypsum, CO  81637 | The Barbara A Casale Revocable Trust<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 | The Chef's Garden<br>9009 Huron-Avery Road<br>Huron, OH 44839-2448 |
| The Elevator Company<br>PO Box 736<br>Bountiful, UT 84011-0736 | The Mark and Joann Tattersall Trust<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 | The Park Record<br>P O Box 3688<br>Park City, UT  84060 |
| The Richard C. Casale Revocable Trust<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 | The Shoaf Family Trust Jan 16 2002<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 | Paul W. Throndsen, MAI<br>Appraisal Group, Inc.<br>7396 South Union Park Ave., #301<br>Midvale, UT  84047 |
| Timothy G. Little, Esq.<br>Katten Muchin Rosenman LLP<br>575 Madison Avenue<br>New York, NY  10022-2585 | USA Today<br>P O Box 79782<br>Baltimore, MD  21279-0782 | Union Square Home Owners<br>Association<br>PO Box 683300<br>Park City UT 84068-3300 |
| United Fence Co.<br>PO Box 26933<br>2525 South 2700 West<br>Salt Lake City, UT 84119-1227 | Universal Companies<br>18260 Oak Park Drive<br>Abingdon, VA  24210 | Utah Dept-Alcoholic Beverage Control<br>1625 South 900 West<br>P O Box 30408<br>Salt Lake City, UT  84130-0408 |
| Utah Dept of Workforce Services<br>P O Box 45249<br>Salt Lake City, UT  84145-0249 | Utah Fire Equipment<br>152 West 1700 South<br>Salt Lake City, UT  84115 | Utah State Tax Commission<br>Sales Tax<br>210 North 1950 West<br>Salt Lake City, UT  84134-0400 |
| Stephen P. & Barbara Vermut<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 | Virtuoso, Ltd.<br>c/o R. Jason Pierce<br>Bourland, Wall & Wenzel, P.C.<br>301 Commerce Street, Suite 1500<br>Fort Worth, TX  76102 | Virtuoso, Ltd<br>P O Box 99358<br>Fort Worth, TX  76199-0358 |
| Graham Wagner & Kati Irwin<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 | Wasatch Audio-Visual<br>PO Box 770 PMB282<br>Park City, UT  84060-0770 | Wasatch Meats<br>926 South Jefferson Street<br>Salt Lake City, UT  84101-2983 |
| Water Images<br>P O Box 571393<br>Murray, UT 84157-1393 | Water Reclamation District<br>2800 Homestead Rd<br>Park City, UT  84098-4869 | Alfred M. Wesser<br>2353 South Waldby Avenue<br>Fresno, CA  93725 |
| Wells Fargo Equipment Finance<br>NW-8178 PO Box 1450<br>Minneapolis, MN 55485-8178 | Wells Fargo Equipment Finance<br>733 Marquette Avenue Suite 700<br>Minneapolis, MN 55402-2316 | West LB AG, New York Branch<br>Attn:  Christian Ruehmer<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007 |

Duncan Robertson
Executive Director
WestLB AG, Special Situations - NY
7 World Trade Center
250 Greenwich Street
New York, NY 10007

Whitney Advertising & Design
6410 N Business Park Loop Rd
Suite H
Park City, UT  84098-6212

David L. Wickline
c/o Kim R. Wilson
Snow Christensen & Martineau
P O Box 45000
Salt Lake City, UT  84145-5000

Francine Wynn
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Bruce J. Zabarauskas
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY  10022-2544


Emily and John Hill
1821 Tamarack Street
Westlake Village, CA 91361


Michael Pardo
513 Scrimshaw Way
Severna Park, MD 21146-1424

West LB AG, New York Branch
Attn:  Jeff Nelson
7 World Trade Center
250 Greenwich Street
New York, NY 10007

Jim & Robin Whitney
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Kim R. Wilson
Snow Christensen & Martineau
10 Exchange Place, Suite 1100
P O Box 45000
Salt Lake City, UT  84145-5000

Kenneth Yonemura &
 Grace Noda-Yonemura
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Anthony & Teresa Meno Zingale
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323


Joy and Leon Dreimann
1285 Loch Lane
Lake Forest, IL 60045


Sarah Betsy Bacon
2952 Arabian Drive
Park City, UT 84060

West LB AG, New York Branch
Attn:  James Winikor
7 World Trade Center
250 Greenwich Street
New York, NY 10007

David Wickline
17575 Fitzpatrick Lane
Occidental, CA  95465-9355


Joseph E. Wrona
Wrona Law Office, P.C.
1816 Prospecter
Park City, UT  84060

Phillip & Ruth Yuan
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Acme Holdings LLC
Sean Raiton
PO Box 681373
Park City, UT  84068


Kevin Borg
2215 East 6595 South
Salt Lake City, UT 84121