Jeffrey W. Shields (USB #2948)
Lon A. Jenkins (USB #4060)
Troy J. Aramburu (USB #10444)
**JONES WALDO HOLBROOK & McDONOUGH, PC**
170 South Main Street, Suite 1500
Salt Lake City, Utah 84101
Telephone: (801) 521-3200

*Counsel to Unsecured Creditors' Committee*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF UTAH

| | | |
|---|---|---|
| In re: | : | Bankruptcy No. 09-29905 |
| **EASY STREET HOLDING, LLC et al.,**[1] | : | (Jointly Administered with Cases 09-29907 and 09-29908) |
| Debtors. | : | Chapter 11 |
| | : | Honorable R. Kimball Mosier |

**SEVENTH PROFESSIONAL FEE REQUEST FOR JONES WALDO HOLBROOK & MCDONOUGH, PC, COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR THE PERIOD MAY 1, 2010 THROUGH AND INCLUDING MAY 31, 2010**

The Official Committee of Unsecured Creditors (the "**Committee**") for the above captioned debtors and debtors in possession (collectively the "**Debtors**"), by its counsel, Jones Waldo Holbrook & McDonough, PC, ("**Jones Waldo**") pursuant to the Court's Order entered December 15, 2009 establishing monthly fee and expense reimbursement procedures ("**Interim Payment Order**") hereby submits its sixth fee request (the "**Fee Request**") for the period of May 1, 2010 through and including May 31, 2010 (the "**Fee Period**").

---

[1] The Debtor entities are Easy Street Holding, LLC, Easy Street Partners, LLC, and Easy Street Mezzanine, LLC.

936124.1

Jones Waldo professionals have recorded their time spent in performing services, as shown in the attached Exhibit "A," into the following matters:

| Matter No. | Matter Name |
|---|---|
| 0001 | Asset Analysis and Recovery |
| 0002 | Asset Disposition |
| 0003 | Case Administration |
| 0004 | Claims Administration & Objections |
| 0005 | Fee/Employment Applicants |
| 0006 | Fee/Employment Objections |
| 0007 | Financing/Cash Collateral |
| 0008 | Litigation |
| 0009 | Plan and Disclosure Statement |
| 0010 | Lien/Security Interest Investigation |
| 0011 | BayNorth Litigation |
| 0012 | WestLB Litigation |

Pursuant to the Interim Payment Order, professionals employed by Order of the Court to represent the Debtor or the Official Committee of Unsecured Creditors are authorized to request from the Debtor payment for services rendered and expenses incurred during the fee period equal to eighty percent (80%) of the fees sought and one hundred percent (100%) of the expenses incurred during the Fee Period. Jones Waldo's fees and expenses are as follows:

| Month | Hours | Fees | 80% of Fees | Expenses | Total (80% of Fees and 100% of expenses) |
|---|---|---|---|---|---|
| April | 102.15 | $26,648.00 | $21,318.40 | $672.73 | $21,991.13 |

Attached as Exhibit "A" are detailed statements for which payment is being sought. Statements may be redacted, to the extent necessary, to exclude, privileged, work product, litigation strategy and confidential information. Each statement includes the total time expended,

2

936124.1

identity of professional providing services, hourly billing rate, and detailed description of services rendered.

Pursuant to Interim Fee Order, parties must file objections to the Fee Request within ten (10) days from the date it is received. Any objection must have a description of the specific subject matter and services in dispute and state the amount in dispute. It is not sufficient to simply object to all fees and expenses. Fees and expense not objected to will be paid by the Debtors or, if the total of 80% of fees and 100% of expenses of estate professionals exceeds $125,000 per month, the fees and expenses will be pro-rated among fees and expenses of estate professionals for that month which are not objected to.

DATED this 17th of June, 2010.

                                      **JONES WALDO HOLBROOK & McDONOUGH, PC**

                                      /s/ Lon A. Jenkins
                                      Jeffery W. Shields
                                      Lon A. Jenkins
                                      Troy J. Aramburu

                                      *Counsel to Unsecured Creditors' Committee*

936124.1

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of June, 2010 I caused a true and correct copy of the foregoing *Seventh Professional Fee Request for Jones Waldo Holbrook & McDonough, PC, Counsel for the Official Committee of Unsecured Creditors, for the Period May 1, 2010 Through and Including May 31, 2010* to be served in the manner indicated below.

ECF Notification:

- Kenneth L. Cannon   kcannon@djplaw.com, khughes@djplaw.com
- Scott A. Cummings   cummings.scott@dorsey.com
- Mary Margaret Hunt   hunt.peggy@dorsey.com, wardle.gay@dorsey.com
- Annette W. Jarvis   jarvis.annette@dorsey.com, smith.ron@dorsey.com;slc.lit@dorsey.com;brown.patricia@dorsey.com
- Michael R. Johnson   mjohnson@rqn.com, agale@rqn.com
- Anthony C. Kaye   kaye@ballardspahr.com
- Benjamin J. Kotter   kotter.benjamin@dorsey.com
- Adelaide Maudsley   maudsley@chapman.com, jemery@chapman.com
- Steven J. McCardell   smccardell@djplaw.com, khughes@djplaw.com
- John T. Morgan tr   john.t.morgan@usdoj.gov, james.gee@usdoj.gov
- David W. Overholt   doverholt@rsolaw.com, abachman@rsolaw.com
- Jessica G Peterson   jpeterson@djplaw.com
- Knute Rife   karife@rifelegal.com
- Jeffrey L. Shields   jlshields@cnmlaw.com, njpotter@cnmlaw.com
- United States Trustee   USTPRegion19.SK.ECF@usdoj.gov

And via first class mail, postage prepaid upon the following:

Appraisal Group, Inc.
Attn: Paul W. Throndsen, MAI
7396 S Union Park Avenue, #301
Midvale, UT 84047

Michael V. Blumenthal
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022

BDRC 4 Site, LLC
Attn: Bryan W. Dorsey
305 NE Loop 820, Ste 109
Hurst, TX 76053

Steven B. Eichel
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022

4

936124.1

| | |
|---|---|
| Anthony S. Fiotto<br>Goodwin Procter LLP<br>Exchange Place<br>Boston, MA 02109 | WestLB, AG<br>1211 Ave. of the Americas, 24th Floor<br>New York, NY 10036-8705 |
| Gemstone Hotels & Resorts, LLC<br>Attn: Jeff McIntyre, Principal<br>1912 Sidewinder Drive, #104<br>Park City, UT 84060 | Easy Street Holding, LLC<br>4780 Winchester Court<br>Park City, UT 84098 |
| Corbin B. Gordon<br>345 West 600 South, Suite 108<br>Heber City, UT 84032 | Easy Street Partners, LLC<br>4780 Winchester Court<br>Park City, UT 84098 |
| Brian W. Harvey<br>Goodwin Procter LLP<br>The New York Time Building<br>620 Eighth Avenue<br>New, NY 10018-1405 | Easy Street Mezzanine, LLC<br>4780 Winchester Court<br>Park City, UT 84098 |
| Ambica Mohabir<br>Goodwin Procter LLP<br>Exchange Place<br>Boston, MA 02109 | Joseph E. Wrona<br>WRONA LAW OFFICES, P.C.<br>1745 Sidewinder Drive<br>Park City, UT 84060 |
| Richard W. Havel<br>Sidley & Austin, LLP<br>555 West Fifth Street, Suite 4000<br>Los Angeles, CA 90013-1010 | Bruce J. Zabarauskas<br>Crowell & Moring LLP<br>590 Madison Avenue, 20th Floor<br>New York, NY 10022 |

/s/ Rebecca Huot

936124.1