# EXHIBIT A

## JONES, WALDO, HOLBROOK & McDONOUGH
A Professional Corporation

### ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe
,

June 17, 2010
Invoice: 1491207

22414.0003
Case Administration

### STATEMENT OF ACCOUNT

**Prior Activity**

| | | | |
|---|---|---|---|
| Previous Balance Due as of May 15, 2010 | | | $ 17,349.38 |
| 05/25/10 | Cash Receipt | | -6,618.34 |
| 05/28/10 | Cash Receipt Cancellation | | 2,960.74 |
| **Total Past Due Balance** (If payment has been sent, disregard this balance) | | | **$ 13,691.78** |

**Current Activity**

| | |
|---|---|
| Current Fees | 5,570.00 |
| Current Expenses | 635.75 |
| **Total Current Balance Due for Invoice 1491207** | **$ 6,205.75** |

**Total Due** (For Past Due Activity and Current Activity)      **$ 19,897.53**

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

Fee for legal services rendered in caption from date of last bill to and including May 31, 2010.

## Fee Detail

| Date | Atty | Hours | Description |
|------|------|-------|-------------|
| 05/03/10 | JYS | 0.30 | Review monthly financials. |
| 05/04/10 | LAJ | 0.50 | Read finalized documents to prepare for Committee meeting. |
| 05/04/10 | LAJ | 0.40 | Review notes, tasks from Committee meeting. |
| 05/06/10 | LAJ | 0.20 | Telephone conference with J. Tozer re discussion of committee meeting held May 5th. |
| 05/07/10 | LAJ | 0.40 | Analyze letter of intent received; email to Committee. |
| 05/07/10 | LAJ | 0.20 | Email C. Elliott re developments. |
| 05/10/10 | RAH | 0.20 | Access docket for current matrix; email Joyce re same. |
| 05/10/10 | RAH | 0.60 | Print documents filed during the previous week; analyze for significant dates; calendar same. |
| 05/11/10 | LAJ | 0.20 | Emails to C. Elliott re next meeting. |
| 05/11/10 | LAJ | 0.40 | Read cash projections provided by Debtor. |
| 05/11/10 | RAH | 0.20 | Print newly filed documents; analyze for significant dates; calendar same. |
| 05/11/10 | RAH | 0.20 | Email Committee members with a copy of the Objection to Extend Exclusivity that was filed with the court. |
| 05/12/10 | LAJ | 0.20 | Emails to Committee re meeting on May 14, 2010. |
| 05/12/10 | RAH | 0.30 | Print newly filed documents; analyze for significant dates; calendar new deadlines pertaining to confirmation of the plan. |
| 05/13/10 | LAJ | 1.30 | Draft minutes from April 22, 2010 meeting; transmit to Committee. |
| 05/13/10 | LAJ | 0.30 | Draft minutes from May 4, 2010 meeting; transmit to Committee. |
| 05/13/10 | LAJ | 0.20 | Draft Agenda for May 14, 2010 meeting. |
| 05/13/10 | RAH | 0.20 | Check docket; print newly filed documents; analyze for significant dates; calendar same. |
| 05/14/10 | JYS | 1.50 | Court appearance; hearing on Debtor's Motion to Extend Exclusive Period (1.0); Committee conference call participation (1.0); review further Vici materials and leave voicemail for R. Moon. |
| 05/14/10 | LAJ | 0.50 | Prepare for Committee meeting. |
| 05/14/10 | LAJ | 1.20 | Conduct Committee meeting. |
| 05/17/10 | RAH | 0.20 | Check docket; print newly filed documents; analyze for significant dates; calendar same. |
| 05/18/10 | RAH | 0.30 | Check docket; print newly filed documents; analyze for significant dates; calendar same. |
| 05/19/10 | LAJ | 0.30 | Telephone conference with R. Goodrich re report on Committee meeting. |
| 05/19/10 | LAJ | 0.20 | Email exchange with Committee re information from Debtor. |
| 05/19/10 | RAH | 0.10 | Check docket; print newly filed documents; analyze for significant dates; calendar same. |
| 05/20/10 | RAH | 0.60 | Check docket; print newly filed documents; analyze for significant dates; calendar numerous deadlines. |
| 05/21/10 | JYS | 0.20 | Review minutes and email reports to Committee from L. Jenkins. |
| 05/21/10 | RAH | 0.30 | Check docket; print newly filed documents; analyze for significant dates; calendar same. |
| 05/24/10 | LAJ | 0.20 | Emails with C. Elliott re weekend developments. |
| 05/24/10 | RAH | 0.20 | Check docket; print newly filed documents; analyze for significant dates; calendar same. |
| 05/25/10 | LAJ | 0.30 | Telephone conference with M. Blumenthal re developments. |
| 05/25/10 | RAH | 0.40 | Check docket; print newly filed documents; analyze for significant dates; calendar same. |
| 05/26/10 | LAJ | 0.20 | Conference with H. Levine re meetings and ballot. |
| 05/26/10 | LAJ | 0.50 | Draft lengthy email to Committee to address points raised by Member. |
| 05/27/10 | LAJ | 1.20 | Draft minutes from May 14, 2010 meeting. |
| 05/27/10 | LAJ | 0.20 | Draft agenda for May 28, 2010 meeting. |

22414.0003
Case Administration

Invoice No.:1491207

## Fee Detail

| Date | Atty | Hours | Description |
|---|---|---|---|
| 05/27/10 | LAJ | 0.20 | Conference with Jeff Shields re issues to address at tomorrow's Committee meeting. |
| 05/27/10 | LAJ | 0.20 | Review minutes and transmit to Members. |
| 05/27/10 | LAJ | 0.30 | Review Agenda and transmit to Members. |
| 05/28/10 | JYS | 2.00 | Prepare for and participate in Committee call. |
| 05/28/10 | LAJ | 1.30 | Attend committee meeting. |
| 05/28/10 | LAJ | 0.20 | Review notes from meeting re action items. |
| 05/28/10 | LAJ | 0.30 | Conference with Jeff Shields re issues arising out of Committee meeting strategy. |

**Total Hours**      **19.40**

## Fee Summary

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Shields, Jeffery | $ 360.00 | 4.00 | $ 1,440.00 |
| Jenkins, Lon A | 320.00 | 11.60 | 3,712.00 |
| Huot, Rebecca A | 110.00 | 3.80 | 418.00 |
| **Total Hours and Fees:** | | **19.40** | **$ 5,570.00** |

## Expenses

| Date | Description | Amount |
|---|---|---|
| 05/17/10 | Express Delivery - FEDERAL EXPRESS CORPORATION; to Mark Cockett sent 05/06/10 | 54.34 |
| 05/17/10 | Express Delivery - FEDERAL EXPRESS CORPORATION; to Robert Moon sent 05/06/10 | 84.30 |
| | Long Distance Telephone Charges | 1.26 |
| | In house photo copies - 2,324 pages @ 0.20 | 464.80 |
| | Postage | 31.05 |

**Disbursements Total**      **$ 635.75**

JONES, WALDO, HOLBROOK & MCDONOUGH

A Professional Corporation

ATTORNEYS AND COUNSELORS

Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe
,

June 17, 2010
Invoice: 1491207

22414.0003
Case Administration

## STATEMENT OF ACCOUNT

**Prior Activity**

| | | |
|---|---|---:|
| Previous Balance Due as of May 15, 2010 | | $ 17,349.38 |
| 05/25/10 | Cash Receipt | -6,618.34 |
| 05/28/10 | Cash Receipt Cancellation | 2,960.74 |
| **Total Past Due Balance** (If payment has been sent, disregard this balance) | | **$ 13,691.78** |

**Current Activity**

| | |
|---|---:|
| Current Fees | 5,570.00 |
| Current Expenses | 635.75 |
| **Total Current Balance Due for Invoice 1491207** | **$ 6,205.75** |

| | |
|---|---:|
| **Total Due** (For Past Due Activity and Current Activity) | **$ 19,897.53** |

# REMITTANCE COPY -- PLEASE RETURN WITH PAYMENT

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

# JONES, WALDO, HOLBROOK & MCDONOUGH

A Professional Corporation

## ATTORNEYS AND COUNSELORS

Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe

,

June 17, 2010
Invoice:  1491208

22414.0004
Claims Administration & Objections

## STATEMENT OF ACCOUNT

**Prior Activity**

| | | |
|---|---|---:|
| Previous Balance Due as of May 15, 2010 | | $ 2,272.00 |
| 05/25/10 | Cash Receipt | -851.20 |
| 05/28/10 | Cash Receipt Cancellation | 725.60 |
| **Total Past Due Balance** (If payment has been sent, disregard this balance) | | **$ 2,146.40** |

**Current Activity**

| | |
|---|---:|
| Current Fees | 288.00 |
| Current Expenses | 0.00 |
| **Total Current Balance Due for Invoice 1491208** | **$ 288.00** |

| | |
|---|---:|
| **Total Due** (For Past Due Activity and Current Activity) | **$ 2,434.40** |

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

22414.0004
Claims Administration &
Objections

Invoice No.:1491208

Fee for legal services rendered in caption from date of last bill to and including May 31, 2010.

| | Fee Detail | | |
|---|---|---|---|

| Date | Atty | Hours | Description |
|---|---|---|---|
| 05/07/10 | LAJ | 0.20 | Review Sysco claim stipulation. |
| 05/26/10 | LAJ | 0.70 | Claim analysis re WestLB plan. |
| **Total Hours** | | **0.90** | |

| | Fee Summary | | |
|---|---|---|---|

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Jenkins, Lon A | $ 320.00 | 0.90 | $ 288.00 |
| **Total Hours and Fees:** | | **0.90** | **$ 288.00** |

# JONES, WALDO, HOLBROOK & McDONOUGH

A Professional Corporation

## ATTORNEYS AND COUNSELORS

Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe
,

June 17, 2010
Invoice:  1491208

22414.0004
Claims Administration & Objections

## STATEMENT OF ACCOUNT

**Prior Activity**

| | | | |
|---|---|---|---|
| Previous Balance Due as of May 15, 2010 | | | $ 2,272.00 |
| 05/25/10 | Cash Receipt | | -851.20 |
| 05/28/10 | Cash Receipt Cancellation | | 725.60 |
| **Total Past Due Balance** (If payment has been sent, disregard this balance) | | | **$ 2,146.40** |

**Current Activity**

| | |
|---|---|
| Current Fees | 288.00 |
| Current Expenses | 0.00 |
| **Total Current Balance Due for Invoice 1491208** | **$ 288.00** |

| | |
|---|---|
| **Total Due** (For Past Due Activity and Current Activity) | **$ 2,434.40** |

# REMITTANCE COPY -- PLEASE RETURN WITH PAYMENT

# JONES, WALDO, HOLBROOK & MCDONOUGH
### A Professional Corporation

## ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe

,

June 17, 2010
Invoice: 1491205

22414.0005
Fee / Employment Applicants

## STATEMENT OF ACCOUNT

**Prior Activity**

| | | | |
|---|---|---|---|
| Previous Balance Due as of May 15, 2010 | | | $ 12,115.85 |
| 05/25/10 | Cash Receipt | | -3,839.20 |
| 05/28/10 | Cash Receipt Cancellation | | 2,512.00 |
| **Total Past Due Balance** (If payment has been sent, disregard this balance) | | | **$ 10,788.65** |

**Current Activity**

| | |
|---|---|
| Current Fees | 8,676.00 |
| Current Expenses | 0.44 |
| **Total Current Balance Due for Invoice 1491205** | **$ 8,676.44** |

| | |
|---|---|
| **Total Due** (For Past Due Activity and Current Activity) | **$ 19,465.09** |

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

22414.0005
Fee / Employment Applicants

Invoice No.:1491205

Fee for legal services rendered in caption from date of last bill to and including May 31, 2010.

## Fee Detail

| Date | Atty | Hours | Description |
|------|------|-------|-------------|
| 05/04/10 | JYS | 2.90 | Conduct committee meeting at Jones Waldo including R. Kirkham of Jacobsen and counsel (1.5); telephone conference with Rob Moon (.2); assemble documents for Mr. Moon (1.0); follow up call to Mr. Moon (.2). |
| 05/04/10 | LAJ | 0.70 | Post-meeting conference with Jeff Shields to discuss tasks and telephone conference with Jeff Shields and R. Moon re interview of financial consultant for Committee. |
| 05/04/10 | TZS | 4.50 | Meet with J Shields; Discuss financial advisor's need for an organized binder of case specific documents; Receive contact information for Robert Moon; Speak with Robert Moon in regards to requested contents of binder; Begin to review Pacer and determine documents needed; |
| 05/05/10 | LAJ | 0.40 | Analyze materials re: potential financial consultant. |
| 05/05/10 | LAJ | 0.20 | Telephone conference with R. Moon re proposal to act as consultant. |
| 05/05/10 | LAJ | 0.30 | Telephone conference with K. Cannon re BDRC engagement. |
| 05/06/10 | JYS | 1.30 | Review VP funding agreement from debtor (.25); telephone conference with Rob Moon (.2); email to and from Rob Moon (.2) review new letter of intent from debtor (.25); confer with Mr. Jenkins (.2); review revised engagement letter from Mr. Moon (.2). |
| 05/06/10 | TZS | 4.00 | Continue to review Pacer and create binders for use by financial advisor Robert Moon per J Shields |
| 05/07/10 | JYS | 0.20 | Email to and from R. Moon (.2). |
| 05/07/10 | LAJ | 0.40 | Review and analyze draft proposal from Vici Capital. |
| 05/07/10 | LAJ | 0.20 | Telephone conference with K. Cannon re discussion of BDRC retention. |
| 05/07/10 | TZS | 3.50 | Receive phone call from Robert Moon in regards to documents needed as soon as possibe; determine documents needed; send documents via PDF to Mr. Moon's email; Finish binders, create index, copy for file, and ship; |
| 05/11/10 | LAJ | 0.50 | Read and analyze Vici draft proposed engagement letter. |
| 05/12/10 | JYS | 0.20 | Telephone conference with Rob Moon. |
| 05/12/10 | JYS | 0.40 | Review redrafted Vici engagement letter (.2); review with Lon Jenkins (.2). |
| 05/12/10 | LAJ | 0.30 | Review Crowell's sixth fee request. |
| 05/12/10 | LAJ | 0.40 | Review revised proposed Vici draft engagement letter. |
| 05/13/10 | LAJ | 0.20 | Draft email to Committee re Vici proposal. |
| 05/13/10 | LAJ | 0.20 | Conference with Jeff Shields re Vici proposal. |
| 05/14/10 | LAJ | 0.30 | Conference with Jeff Shields and call to R. Moon re possible employment of consultant. |
| 05/17/10 | JYS | 0.20 | Telephone conference with Rob Moon. |
| 05/19/10 | LAJ | 0.40 | Review Durham Jones Pinegar fee request. |
| 05/19/10 | LAJ | 0.40 | Read blackline engagement letter; emails to R. Moon. |
| 05/20/10 | JYS | 0.60 | Confer with Lon Jenkins on Vici engagement letter (.2); review email string with Vici (.1); email to and from Rob Moon (.1); review revised engagement letter (.2). |
| 05/20/10 | LAJ | 1.00 | Read and revise April billings. |
| 05/20/10 | LAJ | 0.70 | Read revised versions of Vici engagement letter; comment on same; draft emails to R. Moon. |
| 05/20/10 | LAJ | 0.50 | Draft and revise fee request for April fees. |
| 05/20/10 | LAJ | 0.30 | Further revisions to Vici engagement. |
| 05/20/10 | RAH | 0.90 | File Fee Request with the court; coordinate service; email to all parties. |
| 05/21/10 | LAJ | 0.30 | Look at Cloud Nine claims. |
| 05/24/10 | LAJ | 0.20 | Read fee letter from WestLB. |

22414.0005
Fee / Employment Applicants
Invoice No.:1491205

## Fee Detail

| Date | Atty | Hours | Description |
|------|------|-------|-------------|
| 05/27/10 | JYS | 0.20 | Email to and from Rob Moon. |
| 05/27/10 | LAJ | 0.80 | Read and edit April invoices for fee application. |
| 05/27/10 | LAJ | 0.10 | Conference with Jeff Shields re possible consultant for Committee. |
| 05/27/10 | LAJ | 0.20 | Conference with Rebecca Huot re invoices to Committee Chair for approval; draft email. |
| 05/27/10 | LAJ | 0.80 | Calculations of invoices for each matter for fee application; conferences with K. Walters re same. |
| 05/27/10 | LAJ | 1.10 | Draft fee application for filing tomorrow. |
| 05/27/10 | RAH | 0.30 | Scan and email Fee Requests for January through April to Mr. Elliott for his review and approval. |
| 05/27/10 | RAH | 0.20 | Confer with Lon Jenkins re information needed for Second Interim Fee Application. |
| 05/27/10 | RAH | 1.80 | Analyze invoices; add up fees and costs for each matter for January through April; create spreadsheet re same; total all fees and costs. |
| 05/28/10 | LAJ | 0.30 | Conference with Rebecca Huot re preparing exhibits for fee application. |
| 05/28/10 | LAJ | 2.40 | Draft fee application. |
| 05/28/10 | LAJ | 0.30 | Conferences with Rebecca Huot re exhibits to fee application; review same with her. |
| 05/28/10 | LAJ | 1.00 | Draft and finalize fee application. |
| 05/28/10 | LAJ | 0.30 | Conferences with Rebecca Huot compiling, filing and serving fee application. |
| 05/28/10 | RAH | 3.70 | Analyze invoices for the months of January, February, March and April; create spreadsheet showing hours worked and fees to include in Second Interim Fee Application; gather, redact and organize invoices to add as an exhibit to Second Interim Fee Application; confer with Lon Jenkins re information for each of the tables included in the Application. |
| 05/28/10 | RAH | 0.80 | Continue working with Lon on Second Interim Fee Application; gather information and create a breakdown of expenses for the applicable time period. |
| 05/28/10 | RAH | 1.90 | Finalize Second Interim Fee Application; file with the court; prepare and mail service copies. |
| 05/28/10 | RAH | 0.40 | Draft Certificate of Service re Second Interim Fee Application. |
| 05/31/10 | JYS | 0.20 | Email to and from Rob Moon. |

**Total Hours**      **43.40**

## Fee Summary

| Attorney | Rate | Hours | Amount |
|----------|------|-------|--------|
| Shields, Jeffery | $ 360.00 | 6.20 | $ 2,232.00 |
| Jenkins, Lon A | 320.00 | 15.20 | 4,864.00 |
| Huot, Rebecca A | 110.00 | 10.00 | 1,100.00 |
| Shields, Thomas | 40.00 | 12.00 | 480.00 |
| **Total Hours and Fees:** | | **43.40** | **$ 8,676.00** |

## Expenses

| Date | Description | Amount |
|------|-------------|--------|
| | Postage | 0.44 |

22414.0005    Jun 8 00 2010
Fee / Employment Applicants    Invoice No.:1491205

## Expenses

| Date | Description | Amount |
|------|-------------|--------|
| **Disbursements Total** | | **$ 0.44** |

JONES, WALDO, HOLBROOK & McDONOUGH

A Professional Corporation

ATTORNEYS AND COUNSELORS

Post Office Box 45444

Salt Lake City, UT 84145-0444

Telephone (801) 521-3200

Facsimile (801) 328-0537

www.joneswaldo.com

Easy Street Unsecured Creditors Committe                                     June 17, 2010

,                                                                                            Invoice: 1491205

22414.0005

Fee / Employment Applicants

### STATEMENT OF ACCOUNT

**Prior Activity**

| | | | |
|---|---|---|---|
| Previous Balance Due as of May 15, 2010 | | | $ 12,115.85 |
| | 05/25/10 | Cash Receipt | -3,839.20 |
| | 05/28/10 | Cash Receipt Cancellation | 2,512.00 |
| **Total Past Due Balance** (If payment has been sent, disregard this balance) | | | **$ 10,788.65** |

**Current Activity**

| | |
|---|---|
| Current Fees | 8,676.00 |
| Current Expenses | 0.44 |
| **Total Current Balance Due for Invoice 1491205** | **$ 8,676.44** |

| | |
|---|---|
| **Total Due** (For Past Due Activity and Current Activity) | **$ 19,465.09** |

# REMITTANCE COPY -- PLEASE RETURN WITH PAYMENT

# JONES, WALDO, HOLBROOK & McDONOUGH

A Professional Corporation

### ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe

,

June 17, 2010
Invoice: 1491209

22414.0007
Financing / Cash Collateral

## STATEMENT OF ACCOUNT

**Prior Activity**

| | |
|---|---:|
| Previous Balance Due as of May 20, 2010 | $ 2,659.27 |
| **Total Past Due Balance** (If payment has been sent, disregard this balance) | **$ 2,659.27** |

**Current Activity**

| | |
|---|---:|
| Current Fees | 576.00 |
| Current Expenses | 0.00 |
| **Total Current Balance Due for Invoice 1491209** | **$ 576.00** |

| | |
|---|---:|
| **Total Due** (For Past Due Activity and Current Activity) | **$ 3,235.27** |

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

22414.0007                                                                                                              June 11, 2010
Financing / Cash Collateral                                                                                            Invoice No.:1491209

Fee for legal services rendered in caption from date of last bill to and including May 31, 2010.

## Fee Detail

| Date | Atty | Hours | Description |
|------|------|-------|-------------|
| 05/03/10 | LAJ | 0.90 | Read (1) financial documents, (2) cash collateral extensions, (3) exclusive period extension motion and (4) Debtors' projections -- for meeting next day. |
| 05/05/10 | LAJ | 0.20 | Read objection to cash collateral stipulation. |
| 05/05/10 | LAJ | 0.40 | Analyze cash collateral stipulation re committee concerns. |
| 05/28/10 | LAJ | 0.30 | Read cash collateral extension pleadings. |

**Total Hours**      **1.80**

## Fee Summary

| Attorney | Rate | Hours | Amount |
|----------|------|-------|--------|
| Jenkins, Lon A | $ 320.00 | 1.80 | $ 576.00 |
| **Total Hours and Fees:** | | **1.80** | **$ 576.00** |

# JONES, WALDO, HOLBROOK & MCDONOUGH

A Professional Corporation

## ATTORNEYS AND COUNSELORS

Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe                        June 17, 2010
,                                                                                                 Invoice: 1491209

22414.0007
Financing / Cash Collateral

## STATEMENT OF ACCOUNT

**Prior Activity**
Previous Balance Due as of May 20, 2010                                          $ 2,659.27
**Total Past Due Balance** (If payment has been sent, disregard this balance)     **$ 2,659.27**

**Current Activity**
Current Fees                                                                                   576.00
Current Expenses                                                                              0.00
**Total Current Balance Due for Invoice 1491209**                                  **$ 576.00**

**Total Due** (For Past Due Activity and Current Activity)                        $ 3,235.27

# REMITTANCE COPY -- PLEASE RETURN WITH PAYMENT

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

# JONES, WALDO, HOLBROOK & MCDONOUGH
A Professional Corporation

ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe                June 17, 2010
,                                                        Invoice:  1491210

22414.0008
Litigation

## STATEMENT OF ACCOUNT

**Prior Activity**

| | | |
|---|---|---:|
| Previous Balance Due as of January 26, 2010 | | $ 1,147.00 |
| 03/02/10 | Cash Receipt | -726.04 |
| 04/14/10 | Cash Receipt | -420.96 |
| **Total Past Due Balance** (If payment has been sent, disregard this balance) | | **$ 0.00** |

**Current Activity**

| | |
|---|---:|
| Current Fees | 3,808.00 |
| Current Expenses | 0.00 |
| **Total Current Balance Due for Invoice 1491210** | **$ 3,808.00** |

| | |
|---|---:|
| **Total Due** (For Past Due Activity and Current Activity) | **$ 3,808.00** |

Fee for legal services rendered in caption from date of last bill to and including May 31, 2010.

| | | | Fee Detail | | |
|---|---|---|---|

| Date | Atty | Hours | Description |
|---|---|---|---|
| 05/06/10 | LAJ | 0.20 | Conference with Brock Worthen re research needed on exclusive period extension. |
| 05/06/10 | LAJ | 0.50 | Read letter of intent backup reports. |
| 05/06/10 | LAJ | 0.60 | Read research cases on objections to motions to extend exclusive periods. |
| 05/06/10 | LAJ | 0.20 | Conference with Brock Worthen re research findings on extension of exclusive period. |
| 05/06/10 | LAJ | 0.90 | Read Debtors' motion to extend exclusive period; begin draft of objection thereto. |
| 05/06/10 | LAJ | 1.40 | Draft and revise Objection to Debtors' Motion to Extend Exclusivity. |
| 05/07/10 | LAJ | 0.50 | Final review and edits to Objection to Motion to Extend Exclusive Period. |
| 05/07/10 | LAJ | 0.20 | Conference with Jeff Shields re status of exclusivity/objections. |
| 05/07/10 | LAJ | 0.60 | Objection to exclusivity. |
| 05/07/10 | LAJ | 0.20 | Emails to M. Johnson (Jacbosen) re objection to exclusivity. |
| 05/07/10 | LAJ | 0.10 | Telephone conference with K. Cannon re objection to exclusive period objection. |
| 05/10/10 | JYS | 0.70 | Review objection to extension of exclusivity and confer with Mr. Jenkins concerning same (.4); finalize objection and supervise filing (.2); telephone conference with Michael Johnson (.1). |
| 05/10/10 | JYS | 0.20 | Review WestLB objection to extension of exclusivity. |
| 05/10/10 | RAH | 0.40 | Scan and file Objection to Extension of Exclusivity Period. |
| 05/11/10 | LAJ | 0.40 | Read WestLB objection to motion to extend exclusivity and accompanying affidavit. |
| 05/13/10 | LAJ | 0.30 | Read Debtor's Reply to Objection to Exclusivity Motion. |
| 05/13/10 | LAJ | 0.30 | Telephone conference with A. Jarvis re Debtor's exclusivity motion. |
| 05/13/10 | LAJ | 0.30 | Telephone conference with K. Cannon re hearing the next day, plan progress. |
| 05/14/10 | LAJ | 0.70 | Prepare for hearing on Debtor's motion to extend exclusive period. |
| 05/14/10 | LAJ | 1.30 | To Court; attend hearing on Debtor's motion to extend exclusive period; conferences with counsel after hearing and return from Court. |
| 05/26/10 | LAJ | 0.30 | Telephone conference with Havel and Jarvis re position on Debtor's exclusivity motion |
| 05/26/10 | LAJ | 0.20 | Telephone conference with KLC re committee position on Debtor's exclusivity motion. |
| 05/27/10 | LAJ | 1.10 | To court; attend hearing on Debtors motion to extend exclusive period; return from court. |
| 05/28/10 | JYS | 0.40 | Review Wickline Complaint. |

**Total Hours**          **12.00**

| | | | Fee Summary | | |
|---|---|---|---|

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Shields, Jeffery | $ 360.00 | 1.30 | $ 468.00 |
| Jenkins, Lon A | 320.00 | 10.30 | 3,296.00 |
| Huot, Rebecca A | 110.00 | 0.40 | 44.00 |
| **Total Hours and Fees:** | | **12.00** | **$ 3,808.00** |

# JONES, WALDO, HOLBROOK & McDONOUGH

A Professional Corporation

## ATTORNEYS AND COUNSELORS

Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe
,

June 17, 2010
Invoice: 1491210

22414.0008
Litigation

## STATEMENT OF ACCOUNT

**Prior Activity**

| | | | |
|---|---|---|---|
| Previous Balance Due as of January 26, 2010 | | | $ 1,147.00 |
| 03/02/10 | Cash Receipt | | -726.04 |
| 04/14/10 | Cash Receipt | | -420.96 |
| **Total Past Due Balance** (If payment has been sent, disregard this balance) | | | **$ 0.00** |

**Current Activity**

| | |
|---|---|
| Current Fees | 3,808.00 |
| Current Expenses | 0.00 |
| **Total Current Balance Due for Invoice 1491210** | **$ 3,808.00** |

| | |
|---|---|
| **Total Due** (For Past Due Activity and Current Activity) | **$ 3,808.00** |

# REMITTANCE COPY -- PLEASE RETURN WITH PAYMENT

## JONES, WALDO, HOLBROOK & McDONOUGH

A Professional Corporation

### ATTORNEYS AND COUNSELORS

Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe

,

June 17, 2010
Invoice: 1491206

22414.0009
Plan & Disclosure Statement

### STATEMENT OF ACCOUNT

| | | | |
|---|---|---|---|
| **Prior Activity** | | | |
| Previous Balance Due as of May 15, 2010 | | | $ 34,913.62 |
| 05/25/10 | Cash Receipt | | -10,988.22 |
| 05/28/10 | Cash Receipt Cancellation | | 3,309.74 |
| **Total Past Due Balance** (If payment has been sent, disregard this balance) | | | **$ 27,235.14** |
| | | | |
| **Current Activity** | | | |
| Current Fees | | | 7,602.00 |
| Current Expenses | | | 36.54 |
| **Total Current Balance Due for Invoice 1491206** | | | **$ 7,638.54** |
| | | | |
| **Total Due** (For Past Due Activity and Current Activity) | | | **$ 34,873.68** |

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

22414.0009
Plan & Disclosure Statement

Invoice No.:1491206

Fee for legal services rendered in caption from date of last bill to and including May 31, 2010.

## Fee Detail

| Date | Atty | Hours | Description |
|------|------|-------|-------------|
| 05/03/10 | JYS | 0.20 | Telephone conference with Rob Moon of Vici Partners. |
| 05/04/10 | LAJ | 0.30 | Telephone conference with K. Cannon and M. Blumenthal re plan funder letter of intent. |
| 05/04/10 | LAJ | 1.90 | Participate in Committee meeting with Jacobsen representatives. |
| 05/05/10 | JYS | 0.45 | Email to and from Rob Moon (.2); confer with Lon Jenkins on Debtor financing issues (.25). |
| 05/05/10 | LAJ | 0.20 | Telephone conference with S. Brown re case developments and plan funder. |
| 05/05/10 | LAJ | 0.20 | Conference with Jeff Shields re letter of intent, plan issues. |
| 05/06/10 | BQW | 1.60 | Research re elements necessary to establish "cause" under section 1121 and when denial of a motion under 1121(b) is proper. |
| 05/06/10 | LAJ | 0.30 | Telephone conference with J. Tozer re further discussion of plan development. |
| 05/06/10 | LAJ | 0.20 | Telephone conference with Blumenthal re new letter of intent. |
| 05/06/10 | LAJ | 0.40 | Read and analyze letter of intent received from Blumenthal. |
| 05/06/10 | LAJ | 0.30 | Review additional auction information from debtor. |
| 05/07/10 | LAJ | 0.60 | Analyze proposed WestLB treatment versus existing plan. |
| 05/07/10 | LAJ | 0.50 | Review letter of intent back up from B. Shoaf; analyze in view of plan. |
| 05/11/10 | LAJ | 0.30 | Telephone conference with G. Hoffman re ES Holdings' holders involvement. |
| 05/11/10 | LAJ | 0.40 | Telephone conference with M. Blumenthal re discussion of plan developments. |
| 05/11/10 | LAJ | 0.50 | Telephone conference with R. Havel re reaction to disclosure statement and related plan issues. |
| 05/11/10 | LAJ | 0.20 | Conference with Jeff Shields re discuss WestLB response to letter of intent. |
| 05/11/10 | LAJ | 0.40 | Read Debtors' motion for further continuances; distribute. |
| 05/11/10 | LAJ | 0.30 | Draft notes to file re plan alternatives. |
| 05/12/10 | LAJ | 0.40 | Read and analyze Debtor's ex parte motion to extend confirmation dates. |
| 05/12/10 | LAJ | 0.40 | Telephone conference with K. Cannon re exclusivity plan and plan funded issues. |
| 05/12/10 | LAJ | 0.40 | Analyze alternative plan. |
| 05/13/10 | LAJ | 0.60 | Draft lengthy email to Committee re Debtor's progress to funding plan; discussion on proposal to address exclusivity motion. |
| 05/13/10 | LAJ | 0.20 | Review emails re funding agreement with Plan Funder. |
| 05/14/10 | LAJ | 0.20 | Review notice of extended confirmation dates; send to Committee. |
| 05/14/10 | LAJ | 0.90 | Plan formulation. |
| 05/19/10 | LAJ | 0.40 | Read information from Debtor re plan negotiations. |
| 05/19/10 | LAJ | 0.30 | Telephone conference with K. Cannon re developments on plan funder negotiations. |
| 05/19/10 | LAJ | 0.30 | Communication with Committee members re: plan. |
| 05/19/10 | LAJ | 0.80 | Analyze plan alternatives. |
| 05/19/10 | LAJ | 0.40 | Telephone conference with M. Blumenthal re developments on plan negotiations. |
| 05/20/10 | LAJ | 0.20 | Telephone conference with K. Cannon re WestLB plan response. |
| 05/21/10 | LAJ | 0.30 | Telephone conference with M. Blumenthal re update on plan progress. |
| 05/21/10 | LAJ | 0.40 | Telephone conference with R. Havel and A. Jarvis re possible WestLB plan. |
| 05/21/10 | LAJ | 0.50 | Draft lengthy email to Committee re status. |
| 05/24/10 | JYS | 0.40 | Preliminary review of WestLB creditor plan draft (.4). |
| 05/24/10 | LAJ | 1.00 | Comparison of WestLB plan to Debtor's plan. |
| 05/24/10 | LAJ | 0.30 | Conferences with Jeff Shields re discuss issues related to creditors' plan. |
| 05/24/10 | LAJ | 1.10 | Read and analyze draft WestLB Plan. |
| 05/24/10 | LAJ | 0.80 | Read, briefly, Plan Funding Agreement. |

22414.0009
Plan & Disclosure Statement

Page 3
June 17, 2010
Invoice No.:1491206

## Fee Detail

| Date | Atty | Hours | Description |
|------|------|-------|-------------|
| 05/25/10 | LAJ | 0.50 | Draft lengthy email to Committee re WestLB possible plan. |
| 05/25/10 | LAJ | 0.50 | Review provisions in WestLB plan for Committee email. |
| 05/25/10 | LAJ | 1.30 | Read Funding Agreement. |
| 05/26/10 | LAJ | 1.30 | Analyze plan options in view of developments. |
| 05/26/10 | LAJ | 0.50 | Draft lengthy email status report to Committee re plan and plan funder developments. |
| 05/27/10 | LAJ | 0.30 | Review draft Order on exclusivity. |
| 05/27/10 | LAJ | 0.30 | Post-hearing conference with A. Jarvis re plan strategy. |

**Total Hours**        **24.25**

## Fee Summary

| Attorney | Rate | Hours | Amount |
|----------|------|-------|--------|
| Shields, Jeffery | $ 360.00 | 1.05 | $ 378.00 |
| Jenkins, Lon A | 320.00 | 21.60 | 6,912.00 |
| Worthen, Brock | 195.00 | 1.60 | 312.00 |
| **Total Hours and Fees:** | | **24.25** | **$ 7,602.00** |

## Expenses

| Date | Description | Amount |
|------|-------------|--------|
| | Long Distance Telephone Charges | 36.54 |
| **Disbursements Total** | | **$ 36.54** |

JONES, WALDO, HOLBROOK & McDONOUGH

A Professional Corporation

ATTORNEYS AND COUNSELORS

Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe

,

June 17, 2010
Invoice: 1491206

22414.0009
Plan & Disclosure Statement

## STATEMENT OF ACCOUNT

**Prior Activity**

| | | | |
|---|---|---|---|
| Previous Balance Due as of May 15, 2010 | | | $ 34,913.62 |
| 05/25/10 | Cash Receipt | | -10,988.22 |
| 05/28/10 | Cash Receipt Cancellation | | 3,309.74 |
| **Total Past Due Balance** (If payment has been sent, disregard this balance) | | | **$ 27,235.14** |

**Current Activity**

| | |
|---|---|
| Current Fees | 7,602.00 |
| Current Expenses | 36.54 |
| **Total Current Balance Due for Invoice 1491206** | **$ 7,638.54** |

| | |
|---|---|
| **Total Due** (For Past Due Activity and Current Activity) | **$ 34,873.68** |

# REMITTANCE COPY -- PLEASE RETURN WITH PAYMENT

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

# JONES, WALDO, HOLBROOK & McDONOUGH
### A Professional Corporation

## ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe
,

June 17, 2010
Invoice: 1491211

22414.0012
WestLB Litigation

## STATEMENT OF ACCOUNT

**Prior Activity**

| | | | |
|---|---|---|---|
| Previous Balance Due as of May 15, 2010 | | | $ 11,620.00 |
| 05/25/10 | Cash Receipt | | -1,266.40 |
| 05/28/10 | Cash Receipt Cancellation | | 768.80 |
| **Total Past Due Balance** (If payment has been sent, disregard this balance) | | | **$ 11,122.40** |

**Current Activity**

| | |
|---|---|
| Current Fees | 128.00 |
| Current Expenses | 0.00 |
| **Total Current Balance Due for Invoice 1491211** | **$ 128.00** |

| | |
|---|---|
| **Total Due** (For Past Due Activity and Current Activity) | **$ 11,250.40** |

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

22414.0012                                                                                                    June 17, 2010
WestLB Litigation                                                                                  Invoice No.:1491211

Fee for legal services rendered in caption from date of last bill to and including May 31, 2010.

## Fee Detail

| Date | Atty | Hours | Description |
|------|------|-------|-------------|
| 05/11/10 | LAJ | 0.20 | Emails to R. Havel re answer extension. |
| 05/28/10 | LAJ | 0.20 | Emails to R. Havel re WestLB request for extension to answer complaint. |
| **Total Hours** | | **0.40** | |

## Fee Summary

| Attorney | Rate | Hours | Amount |
|----------|------|-------|--------|
| Jenkins, Lon A | $ 320.00 | 0.40 | $ 128.00 |
| **Total Hours and Fees:** | | **0.40** | **$ 128.00** |

# JONES, WALDO, HOLBROOK & McDONOUGH

A Professional Corporation

### ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe
,

June 17, 2010
Invoice: 1491211

22414.0012
WestLB Litigation

### STATEMENT OF ACCOUNT

**Prior Activity**

| | | |
|---|---|---|
| Previous Balance Due as of May 15, 2010 | | $ 11,620.00 |
| 05/25/10 | Cash Receipt | -1,266.40 |
| 05/28/10 | Cash Receipt Cancellation | 768.80 |
| **Total Past Due Balance** (If payment has been sent, disregard this balance) | | **$ 11,122.40** |

**Current Activity**

| | |
|---|---|
| Current Fees | 128.00 |
| Current Expenses | 0.00 |
| **Total Current Balance Due for Invoice 1491211** | **$ 128.00** |

| | |
|---|---|
| **Total Due** (For Past Due Activity and Current Activity) | **$ 11,250.40** |

# REMITTANCE COPY -- PLEASE RETURN WITH PAYMENT

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.