**The below described is UNSIGNED: Alternate order to be signed.**

**Dated: June 14, 2010**



_____

*Prepared and Submitted by:*

Annette Jarvis (1649)  
Peggy Hunt (6060)  
Benjamin J. Kotter (9592)  
DORSEY & WHITNEY LLP  
136 South Main Street, Suite 1000  
Salt Lake City, UT 84101-1685  
Telephone: (801) 933-7360  
Facsimile: (801) 933-7373  
Email: jarvis.annette@dorsey.com  
Email: hunt.peggy@dorsey.com  
Email: kotter.benjamin@dorsey.com  

Richard W. Havel (10759)  
SIDLEY AUSTIN LLP  
555 West Fifth Street, Suite 4000  
Los Angeles, CA 90013-1010  
Telephone: (213) 896-6000  
Facsimile: (213) 896-6600  
Email: rhavel@sidley.com  

*Attorneys for WestLB, AG*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| EASY STREET HOLDING, LLC, *et al.*, | ) | Bankruptcy Case No. 09-29905 |
| | ) | Jointly Administered with Cases |
| Debtors. | ) | 09-29907 and 09-29908 |
| | ) | |
| Address: 201 Heber Avenue | ) | Chapter 11 |
| Park City, UT 84060 | ) | |
| | ) | Honorable R. Kimball Mosier |
| Tax ID Numbers: | ) DATE: | |
| 35-2183713 (Easy Street Holding, LLC), | ) TIME: | |
| 20-4502979 (Easy Street Partners, LLC), and | ) PLACE: | |
| 84-1685764 (Easy Street Mezzanine, LLC) | ) | |
| | ) | |

**ORDER GRANTING EX PARTE MOTION FOR ORDER SHORTENING
TIME ON DISCLOSURE STATEMENT HEARING**

**Filed: 06/11/10**

Entered On Docket: 06/15/2010

WestLB, AG ("WestLB"), a secured creditor in the above-captioned bankruptcy proceeding, by and through its counsel of record, in accordance with Rule 9006(c) of the Federal Rules of Bankruptcy Procedure and Local Rule 9006-1(a), having moved this Court to reduce the time for notice of, response to, and the hearing on WestLB, AG's Motion to Approve Adequacy of WestLB, AG's Disclosure Statement (the "Motion") and good cause appearing therefore, IT IS HEREBY

**ORDERED** that the Motion is granted;

**ORDERED** that notice of the hearing on the Motion and corresponding objection deadline shall be effectuated by WestLB on Wednesday, June 16, 2010 via the Court's ECF/CM system;

**ORDERED** that the hearing on the Motion shall be heard on an expedited basis on Friday, June 25, 2010 at 10:00 a.m., or as soon thereafter as practicable; and it is further

**ORDERED** that all objections to the Motion, if any, shall be filed with the Court and served upon counsel for WestLB, the United States Trustee and parties in interest who have requested such notice, so that any such objection is actually filed and/or received by no later than 4:30 p.m., Tuesday, June 22, 2010.

(End of Document)

-2-

4842-6723-0982\1 6/10/2010 11:37 PM

# CERTIFICATE OF NOTICE

```
District/off: 1088-2          User: kpc                 Page 1 of 1                Date Rcvd: Jun 15, 2010
Case: 09-29905                Form ID: pdfor1           Total Noticed: 1
```

The following entities were noticed by first class mail on Jun 17, 2010.
```
aty          +Annette W. Jarvis,   Dorsey & Whitney LLP,   136 South Main Street,   Suite 1000,
              Salt Lake City, UT 84101-1685
```
The following entities were noticed by electronic transmission.
NONE.                                                                                             TOTAL: 0
          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 17, 2010**                      **Signature:**    _Joseph Speetjens_