Annette Jarvis (1649)
Peggy Hunt (6060)
Benjamin J. Kotter (9592)
DORSEY & WHITNEY LLP
136 South Main Street, Suite 1000
Salt Lake City, UT  84101-1685
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
Email: jarvis.annette@dorsey.com
Email: hunt.peggy@dorsey.com
Email: kotter.benjamin@dorsey.com

Richard W. Havel  (10759)
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA  90013-1010
Telephone:  (213) 896-6000
Facsimile:  (213) 896-6600
Email: rhavel@sidley.com

Attorneys for WestLB, AG

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| EASY STREET HOLDING, LLC, *et al.*, | ) | Bankruptcy Case No. 09-29905 |
| | ) | Jointly Administered with Cases |
| Debtors. | ) | 09-29907 and 09-29908 |
| | ) | |
| Address:  201 Heber Avenue | ) | Chapter 11 |
| Park City, UT 84060 | ) | |
| | ) | **[ELECTRONICALLY FILED]** |
| Tax ID Numbers: | ) | |
| 35-2183713 (Easy Street Holding, LLC), | ) | |
| 20-4502979 (Easy Street Partners, LLC), and | ) | |
| 84-1685764 (Easy Street Mezzanine, LLC) | ) | |
| | ) | |

**OBJECTION TO WRONA LAW FIRM, P.C. AND
RESERVATION OF RIGHTS OF WESTLB, AG TO
SECOND INTERIM FEE APPLICATIONS OF PROFESSIONALS**

WestLB, AG, a secured creditor in the above-captioned case and as agent under a Senior

Loan Agreement ("WestLB"),[1] by and through its counsel, hereby makes this reservation of

rights (this "Reservation of Rights") to Wrona Law Firm, P.C., ("Wrona"), Jones Waldo

Holbrook & McDonough, PC, ("Jones Waldo") Crowell & Moring LLP ("C&M "), Appraisal

---

[1] Any capitalized terms not defined herein shall have the definitions set forth in the Loan Documents.

Group, Inc. ("AGI"), Corbin B. Gordon, P.C. ("Gordon"), and Durham Jones & Pinegar ("DJP", collectively with Wrona, Waldo, C&M, AGI and Gordon, the "Professionals") second application for interim compensation and reimbursement for the period of January 1, 2010 through April 30, 2010 ("Second Interim Period Request").  WestLB hereby joins Gateway Center, LLC ("Gateway") in its objections to Wrona's Second Interim Period Request on the grounds that Wrona is not disinterested on a matter in which it has been representing the estate. In support hereof, WestLB represents as follows:

1.      On December 15, 2009, this Court entered an Order Approving Motion and Establishing Monthly Fee and Expense Reimbursement Procedures ("Fee Order") [Docket No. 217] approving the motion filed by Easy Street Partners, LLC ("Partners"), Easy Street Mezzanine, LLC ("Mezzanine"), and Easy Street Holding, LLC ("Holding", collectively with Partners and Mezzanine, the "Debtor" or "Debtors").

2.      Pursuant to the Fee Order, this Court approved monthly interim compensation and reimbursement of persons or entities currently retained or who may be retained in the future by the Debtors or the Official Committee of Unsecured Creditors (the "Committee"), except for the co-manager BDRC 4Site, LLC and its former consultant, Gemstone Hotels and Resorts, LLC, who are paid monthly outside the procedures approved by the Fee Order.  Further to the Fee Order, the Professionals were required to file an Interim Fee Application seeking compensation for any preceding 120-day period.  At the conclusion of the Debtor's cases, the Professionals shall file an appropriate application seeking final allowance of all fees and costs.  Further, the Second Interim Period Requests are subject to final review at time of final allowance.

3.      On April 23, 2010 and May 24, 2010 Gateway filed objections to Wrona's Fifth Professional Fee Request for the Period from March 1, 2010 to March 30, 2010 ("Wrona Fifth

Fee App") [Docket No. 424] and Wrona's Sixth Professional Fee Request for the Period from

April 1, 2010 to April 30, 2010 ("Wrona Sixth Fee App") [Docket No. 479], ("Gateway's Wrona

Objections") [Docket Nos. 453 and 512] based on Wrona's representation of William Shoaf

("Shoaf") and CloudNine Resorts, LLC ("CloudNine") in a state court matter for Shoaf and

CloudNine's lease obligations and personal guaranty to Gateway ("State Court Lawsuit").

Several time entries in Wrona Fifth Fee App and Wrona Sixth Fee App relate to representation of

Shoaf and CloudNine in the State Court Lawsuit matters.  A copy of Gateway's Wrona

Objections are attached hereto as Exhibit A.

     4.     Further, WestLB reserves the right to object to any portion of the Professionals'

Second Interim Period Request in connection with the final allowance of fees and such

reservation of the right to object shall not be construed as a waiver of such right.

     WHEREFORE, for the reasons stated herein, WestLB objects to the payment of Wrona's

Second Interim Period Request and reserve its right to object to any portion of the Professionals'

Second Interim Period Request.

DATED this 21st day of June, 2010.

DORSEY & WHITNEY LLP

    */s/ Benjamin J. Kotter*
Annette W. Jarvis
Peggy Hunt
Benjamin J. Kotter

and

Richard W. Havel
SIDLEY & AUSTIN LLP

*Attorneys for WestLB, AG*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 21st day of June, 2010, a true and correct copy of the

foregoing was filed electronically with the Bankruptcy Court to be served via the Court's

ECF/CM system upon the following:

- Troy J. Aramburu    taramburu@joneswaldo.com,
  rhuot@joneswaldo.com;jpollard@joneswaldo.com
- Kenneth L. Cannon    kcannon@djplaw.com, khughes@djplaw.com
- Bastiaan Coebergh    coebergh@wasatchlaw.com,
  oborn@wasatchlaw.com;brian@wasatchlaw.com
- Scott A. Cummings    cummings.scott@dorsey.com
- George B. Hofmann    gbh@pkhlawyers.com, dh@pkhlawyers.com
- Mary Margaret Hunt    hunt.peggy@dorsey.com,
  brown.patricia@dorsey.com;smith.ron@dorsey.com;slc.lit@dorsey.com
- Annette W. Jarvis    jarvis.annette@dorsey.com,
  smith.ron@dorsey.com;slc.lit@dorsey.com;brown.patricia@dorsey.com
- Lon A. Jenkins    lajenkins@joneswaldo.com,
  krichardson@joneswaldo.com;ecf@joneswaldo.com;rhuot@joneswaldo.com
- Michael R. Johnson    mjohnson@rqn.com, sglendening@rqn.com;docket@rqn.com
- Anthony C. Kaye    kaye@ballardspahr.com,
  swand@ballardspahr.com;saltlakedocketclerk@ballardspahr.com
- Benjamin J. Kotter    kotter.benjamin@dorsey.com,
  smith.ron@dorsey.com;brown.patricia@dorsey.com;slc.lit@dorsey.com
- David E. Leta    dleta@swlaw.com, wsmart@swlaw.com
- Adelaide Maudsley    maudsley@chapman.com, jemery@chapman.com
- Steven J. McCardell    smccardell@djplaw.com, khughes@djplaw.com
- John T. Morgan tr    john.t.morgan@usdoj.gov, james.gee@usdoj.gov
- David W. Overholt    doverholt@rsolaw.com, abachman@rsolaw.com
- Douglas J. Payne    dpayne@fabianlaw.com, jshowalter@fabianlaw.com
- Jessica G Peterson    jpeterson@djplaw.com
- Knute Rife    karife@rifelegal.com
- Jeffrey L. Shields    jlshields@cnmlaw.com, njpotter@cnmlaw.com
- Jeffrey Weston Shields    jshields@joneswaldo.com, rhuot@joneswaldo.com
- Bradley L. Tilt    btilt@fabianlaw.com, rmellor@fabianlaw.com
- United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
- Kim R. Wilson    bankruptcy_krw@scmlaw.com

Additionally, I also hereby certify that on the 21st day of June, 2010, true and correct

copies of the foregoing were also served via First Class U.S. Mails postage prepaid upon the

following:

Appraisal Group, Inc.
Attn: Paul W. Throndsen, MAI
7396 S Union Park Avenue, #301
Midvale, UT 84047

BDRC 4 Site, LLC
Attn: Bryan W. Dorsey
305 NE Loop 820, Ste 109
Hurst, TX 76053

Michael V. Blumenthal
Steven B. Eichel
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022

Durham Jones & Pinegar, P.C.
Attn: Kenneth L. Cannon II
P O Box 4050
Salt Lake City, UT 84110-4050

Anthony S. Fiotto
Goodwin Procter LLP
Exchange Place
Boston, MA 02109

Gemstone Hotels & Resorts, LLC
Attn: Jeff McIntyre, Principal
1912 Sidewinder Drive, #104
Park City, UT 84060

Corbin B. Gordon
345 West 600 South, Suite 108
Heber City, UT 84032

Brian W. Harvey
Goodwin Procter LLP
The New York Time Building
620 Eighth Avenue
New, NY 10018-1405

Ambica Mohabir
Goodwin Procter LLP
Exchange Place
Boston, MA 02109

Paul W. Throndsen
Appraisal Group, Inc.
7396 South Union Park Avenue, Suite 301
Salt Lake City, UT 84047

Joseph E. Wrona
WRONA LAW OFFICES, P.C.
1745 Sidewinder Drive
Park City, UT 84060

Bruce J. Zabarauskas
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022

*/s/ Benjamin J. Kotter*

## **EXHIBIT A**

Douglas J. Payne (A4113)
Robert G. Crockett (A12067)
FABIAN & CLENDENIN,
  A Professional Corporation
215 South State, Suite 1200
Salt Lake City, Utah 84111-2323
dpayne@fabianlaw.com
rcrockett@fabianlaw.com
Telephone: (801) 531-8900
Fax: (801) 596-2814

*Attorneys for Gateway Center, LLC*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

|  |  |
|---|---|
| In Re:<br><br>EASY STREET HOLDING, LLC, *et al.*<br><br>Debtors. | Bankruptcy Case No. 09-29905<br>Jointly Administered with Cases 09-29907<br>and 09-29908<br><br>Chapter 11<br><br>Honorable R. Kimball Mosier<br><br>**GATEWAY CENTER, LLC'S<br>OBJECTION TO WRONA LAW<br>FIRM'S FIFTH FEE APPLICATION** |

Gateway Center, LLC ("**Gateway**"), through its attorneys Fabian & Clendenin, pursuant

to the *Order Approving Motion and Establishing Monthly Fee and Expense Reimbursement*

*Procedures* dated December 15, 2009 [Dkt. 271], objects to the *Wrona Law Firm's Fifth*

*Professional Fee Request for the Period from March 1, 2010 to March 31, 2010* [Dkt. 424] (the

"**Fifth Wrona Fee Application**") as follows:

1.     Debtors Easy Street Partners, LLC, Easy Street Mezzanine, LLC, and Easy Street

Holding, LLC (collectively, the "**Debtors**") are debtors-in-possession in the above-entitled

jointly administered Chapter 11 cases.

2.     On October 19, 2009, the Debtors filed an application [Dkt. 102] to employ the

Wrona Law Offices, LLC ("**Wrona**") as special counsel.

3.     The application requested that the Debtors be authorized to employ Wrona as

special counsel to provide a very broad scope of services:

The specific services which may be provided by Wrona Law Offices are:

     a.     Advising the Debtors on litigation, bankruptcy and financing matters,

including the negotiation and structure of debtor-in-possession financing;

     b.     Representing the Debtors in connection with this proceeding, including

adversarial actions within this proceeding; and

     c.     Representing and advising Debtors with regard to issues related to the

complex relationships within Debtor's [sic] organization, and between Debtor [sic] and

its [sic] fractional interest unit owners.

Application [Dkt. 102], at ¶ 12.

4.     The Declaration of Joseph E. Wrona [Dkt. 103] filed in support of the application

to employ the Wrona Law Offices stated that Wrona has provided legal representation to Cloud

Nine Resorts Management, LLC, but affirmatively states that Wrona "does not currently

represent any party in interest in any matter related to the Debtor." *Id.* at ¶¶ 4 & 4.a.

5.     The Court granted the Debtors' application to employ Wrona by Order dated

December 15, 2009.  [Dkt. No. 218].

6.    In January 2009, Debtor Easy Street Partners, LLC ("**Partners**") agreed to
assume the interest in and obligations of Cloudnine Resorts, LLC ("**Cloudnine**") as lessee under
lease ("**Lease**") of real property located in Park City, Utah, that Cloudnine was leasing from
Gateway.

7.    Cloudnine as the original lessee was not released from liability under the Lease
when Partners agreed to assume it.  Cloudnine is an affiliate of Partners, and is controlled by
Partners' principal and managing member, William Shoaf ("**Shoaf**").

8.    Shoaf executed a personal guaranty of the obligations of Cloudnine and Partners
under the Lease in which Shoaf obligated himself to Gateway in his individual capacity.

9.    On March 11, 2010, Gateway filed a lawsuit against Cloudnine and Shoaf in
Third District Court for Summit County, Utah, seeking damages for their obligations under the
Lease and personal guaranty, respectively, *Gateway Center, LLC v. Cloudnine Resorts, LLC and
William Shoaf*, Civil No. 100500193 (the "**State Court Lawsuit**").

10.    Wrona represents Cloudnine and Shoaf in the State Court Lawsuit.  On April 13,
2010, Wrona, acting as counsel for defendants Cloudnine and Shoaf, executed a *Stipulation to
Extend Time for Defendants to Respond to the Complaint* ("**State Court Stipulation**").  A copy
of the State Court Stipulation is attached hereto as **Exhibit "A."**

11.    On April 12, 2010, Wrona filed the Fifth Wrona Fee Application for the period
March 1, 2010 through March 31, 2010.  The detailed time entries attached to application include
several entries in which Wrona is reviewing the complaint in the State Court Lawsuit with Shoaf
or is analyzing the Gateway matter.  *See* time entries dated March 15, March 24, and March 29,
2010.

3

12.     Wrona's representation of Shoaf and Cloudnine in the State Court Lawsuit regarding the Lease with Gateway constitutes the representation of an interest adverse to the estate with respect to which Wrona has been employed within the meaning of 11 U.S.C. § 327(e).

13.     Gateway objects to the Fifth Wrona Fee Application on the grounds that Wrona is not disinterested with respect to a matter on which he is employed.

WHEREFORE, Gateway prays for entry of an Order:

A.      Denying the Fifth Wrona Fee Application in its entirety on the grounds that Wrona is not disinterested on a matter on which he has been representing the estate; and

B.      For such other and further relief as the Court deems just and equitable.

DATED this 23rd day of April, 2010.

/s/ Douglas J. Payne
Douglas J. Payne
Robert G. Crockett
**FABIAN & CLENDENIN**
  A Professional Corporation
*Attorneys for Gateway Center, LLC*

# CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served on this 23rd day

of April, 2010, via ECF Notification, on the following:

| | |
|---|---|
| Troy J. Aramburu | taramburu@joneswaldo.com, rhuot@joneswaldo.com |
| Michael V. Blumenthal | mblumenthal@crowell.com |
| Kenneth L. Cannon II | kcannon@djplaw.com |
| Scott A. Cummings | cummings.scott@dorsey.com |
| Steven B. Eichel | seichel@crowell.com |
| George B. Hofmann | gbh@pkhlawyers.com, dh@pkhlawyers.com |
| Mary Margaret Hunt | hunt.peggy@dorsey.com, brown.patricia@dorsey.com, smith.ron@dorsey.com, slc.lit@dorsey.com |
| Annette W. Jarvis | jarvis.annette@dorsey.com, smith.ron@dorsey.com, slc.lit@dorsey.com, brown.patricia@dorsey.com |
| Lon A. Jenkins | lajenkins@joneswaldo.com, krichardson@joneswaldo.com, ecf@joneswaldo.com, rhuot@joneswaldo.com |
| Michael R. Johnson | mjohnson@rqn.com, agale@rqn.com |
| Anthony C. Kaye | kaye@ballardspahr.com, swand@ballardspahr.com |
| Benjamin J. Kotter | kotter.benjamin@dorsey.com, smith.ron@dorsey.com, brown.patricia@dorsey.com, slc.lit@dorsey.com |
| Adelaide Maudsley | maudsley@chapman.com, jemery@chapman.com |
| Steven J. McCardell | smccardell@djplaw.com |
| John T. Morgan tr | john.t.morgan@usdoj.gov, james.gee@usdoj.gov |
| David W. Overholt | doverholt@rsolaw.com, abachman@rsolaw.com |
| Knute Rife | karife@rifelegal.com |
| Jeffrey L. Shields | jlshields@cnmlaw.com, njpotter@cnmlaw.com |
| Jeffrey Weston Shields | jshields@joneswaldo.com, rhuot@joneswaldo.com |
| United States Trustee | USTPRegion19.SK.ECF@usdoj.gov |
| Kim R. Wilson | bankruptcy_krw@scmlaw.com |

I further certify that a true and accurate copy of the foregoing was served on this 23rd day

of April, 2010, via first-class mail, facsimile, and e-mail on the following:

Corbin B. Gordon
Corbin B. Gordon, P.C.
345 West 600 South, Suite 108
Heber City, UT 84032-2247
E-mail:  corbingordon@yahoo.com
Fax:  (888) 822-8796

Joseph E. Wrona
Wrona Law Firm, P.C.
1745 Sidewinder Drive
Park City, UT 84060
E-mail: wrona@wasatchlaw.com
Fax: (435) 649-5959

    I further certify that a true and accurate copy of the foregoing was served on this 23rd day

of April, 2010, via first-class mail, on the following:

Easy Street Partners, LLC
4780 Winchester Court
Park City, UT 84098


                     /s/ Douglas J. Payne

ND: 4815-7019-8790, v. 1

# EXHIBIT "A"

Robert G. Crockett (A12067)
Diane H. Banks (A4966)
FABIAN & CLENDENIN,
   a Professional Corporation
215 South State Street, Suite 1200
Salt Lake City, Utah 84111-2323
Telephone: (801) 531-8900
Fax: (801) 532-3370
Attorneys for Plaintiff
rcrockett@fabianlaw.com
dbanks@fabianlaw.com

IN THE THIRD JUDICIAL DISTRICT COURT

SUMMIT COUNTY, STATE OF UTAH

| | |
|---|---|
| GATEWAY CENTER, LLC, a Utah limited liability company,<br><br>          Plaintiff,<br><br>v.<br><br>CLOUDNINE RESORTS, LLC, a Utah limited liability company; WILLIAM SHOAF, an individual,<br><br>          Defendants. | **STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT**<br><br>Civil No. 100500193<br><br>Judge Bruce Lubeck |

Robert G. Crockett, counsel for Plaintiff Gateway Center, LLC, and Joseph E. Wrona,

counsel for Defendants Cloudnine Resorts, LLC and William Shoaf (collectively "Defendants")

hereby stipulate that Defendants' time to respond to Plaintiff's Complaint is extended until seven (7)

calendar days following the receipt of written notice from the Plaintiff to Defendants stating the need

to respond.

The parties further stipulate that Defendants will give Plaintiff seven (7) days written notice prior to filing an answer or other response to the Complaint if Plaintiff has not yet required a response.

DATED this _9th_ day of April, 2010.

_____

Robert G. Crockett
Diane H. Banks
FABIAN & CLENDENIN,
  a Professional Corporation
Attorneys for Plaintiff

DATED this _13th_ day of April, 2010.

_____

Joseph E. Wrona
WRONA LAW FIRM
Attorneys for Defendants

4827-5842-3813, v. 1

2

## CERTIFICATE OF SERVICE

I hereby certify that on this _13th_ day of April, 2010, I caused the foregoing **STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT** to be served via United States Mail, first class postage pre-paid, a true and correct copy to:

> Robert G. Crockett
> Diane H. Banks
> FABIAN & CLENDENIN
> 215 South State Street, Suite 1200
> Salt Lake City, Utah 84111-2323

Douglas J. Payne (A4113)
Robert G. Crockett (A12067)
FABIAN & CLENDENIN,
  A Professional Corporation
215 South State, Suite 1200
Salt Lake City, Utah 84111-2323
dpayne@fabianlaw.com
rcrockett@fabianlaw.com
Telephone: (801) 531-8900
Fax: (801) 596-2814

*Attorneys for Gateway Center, LLC*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In Re:<br><br>EASY STREET HOLDING, LLC, *et al.*<br><br>Debtors. | Bankruptcy Case No. 09-29905<br>Jointly Administered with Cases 09-29907<br>and 09-29908<br><br>Chapter 11<br><br>Honorable R. Kimball Mosier<br><br>**GATEWAY CENTER, LLC'S<br>OBJECTION TO WRONA LAW<br>FIRM'S SIXTH FEE APPLICATION** |

    Gateway Center, LLC ("**Gateway**"), through its attorneys Fabian & Clendenin, pursuant to the *Order Approving Motion and Establishing Monthly Fee and Expense Reimbursement Procedures* dated December 15, 2009 [Dkt. 271], objects to the *Wrona Law Firm's Sixth Professional Fee Request for the Period from April 1, 2010 to April 30, 2010* [Dkt. 479] (the "**Sixth Wrona Fee Application**") as follows:

1.      Debtors Easy Street Partners, LLC, Easy Street Mezzanine, LLC, and Easy Street
Holding, LLC (collectively, the "**Debtors**") are debtors-in-possession in the above-entitled
jointly administered Chapter 11 cases.

2.      On October 19, 2009, the Debtors filed an application [Dkt. 102] to employ the
Wrona Law Offices, LLC ("**Wrona**") as special counsel.

3.      The application requested that the Debtors be authorized to employ Wrona as
special counsel to provide a very broad scope of services:

The specific services which may be provided by Wrona Law Offices are:

    a.      Advising the Debtors on litigation, bankruptcy and financing matters,
including the negotiation and structure of debtor-in-possession financing;

    b.      Representing the Debtors in connection with this proceeding, including
adversarial actions within this proceeding; and

    c.      Representing and advising Debtors with regard to issues related to the
complex relationships within Debtor's [sic] organization, and between Debtor [sic] and
its [sic] fractional interest unit owners.

Application [Dkt. 102], at ¶ 12.

4.      The Court granted the Debtors' application to employ Wrona as special counsel
with respect to a broad scope of matters by Order dated December 15, 2009.  [Dkt. No. 218].

5.      In January 2009, Debtor Easy Street Partners, LLC ("**Partners**") agreed to
assume the interest in and obligations of Cloud Nine Resorts, LLC ("**Cloud Nine**") as lessee
under lease ("**Lease**") of real property located in Park City, Utah, that Cloud Nine was leasing
from Gateway.

6.  Cloud Nine as the original lessee was not released from liability under the Lease when Partners agreed to assume it.  Cloud Nine is an affiliate of Partners, and is controlled by Partners' principal and managing member, William Shoaf ("**Shoaf**").

7.  Shoaf executed a personal guaranty of the obligations of Cloud Nine and Partners under the Lease in which Shoaf obligated himself to Gateway in his individual capacity.

8.  On March 11, 2010, Gateway filed a lawsuit against Cloud Nine and Shoaf in Third District Court for Summit County, Utah, seeking damages for their obligations under the Lease and personal guaranty, respectively, *Gateway Center, LLC v. Cloud Nine Resorts, LLC and William Shoaf,* Civil No. 100500193 (the "**State Court Lawsuit**").  Neither Partners nor either of the other debtors in the above-entitled jointly administered bankruptcy is a party to the State Court Lawsuit.

9.  After Gateway served Cloud Nine and Shoaf with a summons and complaint, Wrona telephoned Rob Crockett, one of Gateway's attorneys, and indicated he would be representing Cloud Nine and Shoaf in the State Court Lawsuit.

10.  A few days after receiving the call in which Mr. Wrona indicated he would be representing Cloud Nine and Shoaf, Mr. Crockett suggested to Mr. Wrona that the parties to the State Court Lawsuit stipulate to an extension of time for the defendants to file an answer because of the possibility that the then-pending objection to Gateway's claim in Partners' bankruptcy might resolve certain issues relating to the Lease.  Mr. Wrona agreed.

11.  On April 13, 2010, Wrona, acting as counsel for defendants Cloud Nine and Shoaf, executed a *Stipulation to Extend Time for Defendants to Respond to the Complaint*

("**State Court Stipulation**") and filed it with the Third District Court for Summit County, Utah.

A copy of the State Court Stipulation is attached hereto as **Exhibit "A."**

12.     On May 13, 2010, Wrona filed the Sixth Wrona Fee Application for the period

April 1, 2010 through April 30, 2010.  The detailed time entries attached to application include

several entries in which Wrona provided legal services to the Debtors regarding the State Court

Lawsuit or the Gateway Lease.  *See* time entries dated April 6 and April 20, 2010.

13.     Similarly, a number of time entries in Wrona's immediately prior fee application

similarly reflected that Wrona has represented the Debtors in connection with the State Court

Lawsuit or the Lease.  *See* time entries dated March 15, March 24, and March 29 in Fifth Wrona

Fee Application [Dkt No. 424].

14.     Wrona's representation of Shoaf and Cloud Nine in the State Court Lawsuit

regarding the Lease with Gateway constitutes the representation of an interest adverse to the

estate with respect to which Wrona has been employed within the meaning of 11 U.S.C. §

327(e).

15.     In addition, a number of entries in the Sixth Wrona Fee Application, totaling 1.1

hours, are for services that appear to have been provided exclusively to Cloud Nine and Shoaf in

the State Court Lawsuit.  *See, e.g.,* time entries dated April 8 (0.6 hours), April 12 (0.3 hours),

and April 13, 2010 (0.2 hours).

16.     Hence, Wrona not only represented interests adverse to the estate, but

isimpermissibly requesting that the estate pay for services provided to insiders, namely Cloud

Nine and Shoaf.

WHEREFORE, Gateway prays for entry of an Order:

A.      Denying the Sixth Wrona Fee Application in its entirety on the grounds that

Wrona is not disinterested on a matter on which he has been representing the estate;

B.      In the event the Court does not deny the Sixth Wrong Fee Application in its

entirety, the Court should, at the very least, deny compensation for services provided for insiders

Cloud Nine and Shoaf; and

C.      For such other and further relief as the Court deems just and equitable.

DATED this 24th day of May, 2010.


                                    /s/ Douglas J. Payne
                                    Douglas J. Payne
                                    Robert G. Crockett
                                    **FABIAN & CLENDENIN**
                                     A Professional Corporation
                                    *Attorneys for Gateway Center, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served on this 24th day

of May, 2010, via ECF Notification, on the following:

| | |
|---|---|
| Troy J. Aramburu | taramburu@joneswaldo.com, rhuot@joneswaldo.com |
| Michael V. Blumenthal | mblumenthal@crowell.com |
| Kenneth L. Cannon II | kcannon@djplaw.com |
| Scott A. Cummings | cummings.scott@dorsey.com |
| Steven B. Eichel | seichel@crowell.com |
| George B. Hofmann | gbh@pkhlawyers.com, dh@pkhlawyers.com |
| Mary Margaret Hunt | hunt.peggy@dorsey.com, brown.patricia@dorsey.com, smith.ron@dorsey.com, slc.lit@dorsey.com |
| Annette W. Jarvis | jarvis.annette@dorsey.com, smith.ron@dorsey.com, slc.lit@dorsey.com, brown.patricia@dorsey.com |
| Lon A. Jenkins | lajenkins@joneswaldo.com, krichardson@joneswaldo.com, ecf@joneswaldo.com, rhuot@joneswaldo.com |
| Michael R. Johnson | mjohnson@rqn.com, agale@rqn.com |
| Anthony C. Kaye | kaye@ballardspahr.com, swand@ballardspahr.com |
| Benjamin J. Kotter | kotter.benjamin@dorsey.com, smith.ron@dorsey.com, brown.patricia@dorsey.com, slc.lit@dorsey.com |
| Adelaide Maudsley | maudsley@chapman.com, jemery@chapman.com |
| Steven J. McCardell | smccardell@djplaw.com |
| John T. Morgan tr | john.t.morgan@usdoj.gov, james.gee@usdoj.gov |
| David W. Overholt | doverholt@rsolaw.com, abachman@rsolaw.com |
| Knute Rife | karife@rifelegal.com |
| Jeffrey L. Shields | jlshields@cnmlaw.com, njpotter@cnmlaw.com |
| Jeffrey Weston Shields | jshields@joneswaldo.com, rhuot@joneswaldo.com |
| United States Trustee | USTPRegion19.SK.ECF@usdoj.gov |
| Kim R. Wilson | bankruptcy_krw@scmlaw.com |

I further certify that a true and accurate copy of the foregoing was served on this 24th day

of May, 2010, via first-class mail on the following:

Corbin B. Gordon
Corbin B. Gordon, P.C.
345 West 600 South, Suite 108
Heber City, UT 84032-2247

Joseph E. Wrona
Wrona Law Firm, P.C.
1745 Sidewinder Drive
Park City, UT  84060

Easy Street Partners, LLC
4780 Winchester Court
Park City, UT  84098

/s/ Douglas J. Payne

ND: 4836-3106-1510, v.  1

7

EXHIBIT "A"

Robert G. Crockett (A12067)
Diane H. Banks (A4966)
FABIAN & CLENDENIN,
 a Professional Corporation
215 South State Street, Suite 1200
Salt Lake City, Utah 84111-2323
Telephone:  (801) 531-8900
Fax:  (801) 532-3370
Attorneys for Plaintiff
rcrockett@fabianlaw.com
dbanks@fabianlaw.com

IN THE THIRD JUDICIAL DISTRICT COURT

SUMMIT COUNTY, STATE OF UTAH

| | |
|---|---|
| GATEWAY CENTER, LLC, a Utah limited liability company,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CLOUDNINE RESORTS, LLC, a Utah limited liability company; WILLIAM SHOAF, an individual,<br><br>　　　　Defendants. | **STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT**<br><br>Civil No. 100500193<br><br>Judge Bruce Lubeck |

Robert G. Crockett, counsel for Plaintiff Gateway Center, LLC, and Joseph E. Wrona,

counsel for Defendants Cloudnine Resorts, LLC and William Shoaf (collectively "Defendants")

hereby stipulate that Defendants' time to respond to Plaintiff's Complaint is extended until seven (7)

calendar days following the receipt of written notice from the Plaintiff to Defendants stating the need

to respond.

The parties further stipulate that Defendants will give Plaintiff seven (7) days written notice prior to filing an answer or other response to the Complaint if Plaintiff has not yet required a response.

DATED this 9th day of April, 2010.

_____
Robert G. Crockett
Diane H. Banks
FABIAN & CLENDENIN,
  a Professional Corporation
Attorneys for Plaintiff

DATED this 13th day of April, 2010.

_____
Joseph E. Wrona
WRONA LAW FIRM
Attorneys for Defendants

4827-5842-3813, v. 1

2

CERTIFICATE OF SERVICE

I hereby certify that on this _13th_ day of April, 2010, I caused the foregoing **STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT** to be served via United States Mail, first class postage pre-paid, a true and correct copy to:

Robert G. Crockett
Diane H. Banks
FABIAN & CLENDENIN
215 South State Street, Suite 1200
Salt Lake City, Utah 84111-2323