Jeffrey W. Shields (USB #2948)
Lon A. Jenkins (USB #4060)
Troy J. Aramburu (USB #10444)
**JONES WALDO HOLBROOK & McDONOUGH, PC**
170 South Main Street, Suite 1500
Salt Lake City, Utah  84101
Telephone:  (801) 521-3200

*Counsel to Unsecured Creditors' Committee*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re: | Bankruptcy No. 09-29905 |
| **EASY STREET HOLDING, LLC et al.,**[1] | (Jointly Administered with Cases 09-29907 and 09-29908) |
| Debtors. | Chapter 11 |
| | Honorable R. Kimball Mosier |

**LIMITED JOINDER OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS IN THE OBJECTION OF GATEWAY CENTER, LLC'S OBJECTION TO THE SECOND APPLICATION OF CORBIN B. GORDON, P.C. FOR INTERIM COMPENSATION AND REIMBURSEMENT PURSUANT TO 11 U.S.C. §§ 330 AND 331 AS ATTORNEYS FOR THE DEBTOR IN POSSESSION FOR THE PERIOD JANUARY 1, 2010 THROUGH APRIL 30, 2010**

The Official Committee of Unsecured Creditors (the "**Committee**") for the above captioned debtors and debtors in possession (collectively the "**Debtors**"), by its counsel, Jones Waldo Holbrook & McDonough, PC, ("**Jones Waldo**") hereby submits its limited joinder to Gateway Center, LLC's ("Gateway") to the Second Application of Corbin B. Gordon, P.C. ("Gordon Firm") for Interim Compensation and Reimbursement Pursuant to 11 U.S.C. §§ 330 and 331 as Attorneys for the Debtor in Possession for the Period January 1, 2010 Through April 30, 2010 ("Gordon Application").  In addition to the statements and arguments made by Gateway in its Objection, the Committee states as follows:

---

[1]   The Debtor entities are Easy Street Holding, LLC, Easy Street Partners, LLC, and Easy Street Mezzanine, LLC.

1. Pursuant to its Application, the Gordon Firm is seeking allowance and payment of interim compensation and reimbursement in the total amount of $22,682.50 for fees and expenses incurred for the period January 1, 2010 through April 30, 2010.

2. The Gordon Firm had not initially disclosed its representation of Cloud Nine Resorts, LLC, an affiliate of the Debtors, apparently as a result of some confusion respecting the ownership structure of the Debtors.

3. According to the Gordon Firm's Second Supplemental Declaration (docket no. 495), Mr. Gordon realized for the first time on approximately March 15, 2010 that Cloud Nine Resorts, LLC might have a claim back against Debtor Partners for contribution if Cloud Nine Resorts were obligated to pay Gateway under the lease.

4. It was not, however, until May 17, 2010, in response to Gateway's Objection to the Gordon Firm's Application, that the Gordon Firm supplemented its statement under Fed. R. Bank. Pro. 2014 to disclose its representation of Cloud Nine Resorts.

5. The failure of an estate professional to make timely and appropriate disclosures upon obtaining knowledge of a possible conflict warrants at least a partial denial of fees and costs. Although the Gordon Firm has asserted that the interests of the Debtors and Cloud Nine Resorts are aligned in the Gateway lease dispute, nevertheless, disclosure must be made for the very reason that there are potential claims by the Gordon Firm's client which may be asserted against the estate if the lease dispute has an unfavorable outcome. A partial denial of fees related to services in connection with the lease dispute is warranted.

WHEREFORE, the Committee respectfully requests this Court to deny, in part, the Application, consistent with the foregoing.

DATED this 21st day of June, 2010.

          **JONES WALDO HOLBROOK &**
          **McDONOUGH, PC**

          /s/ Lon A. Jenkins
          Jeffery W. Shields
          Lon A. Jenkins
          Troy J. Aramburu

          *Counsel to Unsecured Creditors' Committee*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of June, 2010 I caused a true and correct copy of the foregoing *Limited Joinder of the Official Committee of Unsecured Creditors to in the Objection of Gateway Center, LLC's Objection to the Second Application of Corbin B. Gordon, P.C. for Interim Compensation and Reimbursement Pursuant to 11 U.S.C. §§ 330 and 331 as Attorneys for the Debtor in Possession for the Period January 1, 2010 through April 30, 2010* upon the following parties, via ECF Notification, email and first class U.S. mail, postage prepaid:

ECF Notification:

- Kenneth L. Cannon    kcannon@djplaw.com, khughes@djplaw.com
- Scott A. Cummings    cummings.scott@dorsey.com
- Bastiaan Coebergh   coebergh@wasatchlaw.com, oborn@wasatchlaw.com, brian@wasatchlaw.com
- George B. Hofmann    gbh@pkhlawyers.com, dh@pkhlawyers.com
- Mary Margaret Hunt    hunt.peggy@dorsey.com, wardle.gay@dorsey.com
- Annette W. Jarvis    jarvis.annette@dorsey.com, smith.ron@dorsey.com;slc.lit@dorsey.com;brown.patricia@dorsey.com
- Michael R. Johnson    mjohnson@rqn.com, agale@rqn.com
- Anthony C. Kaye    kaye@ballardspahr.com
- Benjamin J. Kotter    kotter.benjamin@dorsey.com
- David E. Leta   delta@swlaw.com, wsmart@swlaw.com
- Adelaide Maudsley    maudsley@chapman.com, jemery@chapman.com
- Steven J. McCardell    smccardell@djplaw.com, khughes@djplaw.com
- John T. Morgan tr    john.t.morgan@usdoj.gov, james.gee@usdoj.gov
- David W. Overholt    doverholt@rsolaw.com, abachman@rsolaw.com
- Douglas J. Payne   dpayne@fabianlaw.com, jshowalter@fabianlaw.com
- Jessica G Peterson    jpeterson@djplaw.com
- Knute Rife    karife@rifelegal.com
- Jeffrey L. Shields    jlshields@cnmlaw.com, njpotter@cnmlaw.com
- Bradley L. Tilt    btilt@fabianlaw.com, rmellor@fabianlaw.com
- United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
- Kim R. Wilson   bankruptcy_krw@scmlaw.com

902884                                        4

First class mail, postage prepaid and email upon the following:

| | |
|---|---|
| Joseph E. Wrona<br>Wrona Law Firm<br>1745 Sidewinder Drive<br>Park City, UT  84060<br>wrona@asatchlaw.com | Corbin B. Gordon<br>Corbin B. Gordon, P.C.<br>345 West 600 South, Suite 108<br>Heber City, UT  84032<br>corbingordon@yahoo.com |
| Richard W. Havel<br>Sidley Austin LLP<br>555 West Fifth Street, Suite 4000<br>Los Angeles, CA  90013<br>rhavel@sidley.com | Kenneth L. Cannon II<br>Steven J. McCardell<br>Durham Jones & Pinegar, P.C.<br>111 East Broadway, Suite 900<br>P.O. Box 4050<br>Salt Lake City, UT  84111-4050<br>kcannon@djplaw.com<br>smccardell@djplaw.com |
| Michael V. Blumenthal<br>Steven B. Eichel<br>Crowell & Moring LLP<br>590 Madison Avenue, 20th Floor<br>New York, NY  10022<br>mblumenthal@crowell.com<br>seichel@crowell.com | |

/s/ Rebecca Huot

5

936474.1