Annette Jarvis (1649)
Peggy Hunt (6060)
Benjamin J. Kotter (9592)
DORSEY & WHITNEY LLP
136 South Main Street, Suite 1000
Salt Lake City, UT  84101-1685
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
Email: jarvis.annette@dorsey.com
        hunt.peggy@dorsey.com
        kotter.benjamin@dorsey.com

Richard W. Havel (10759)
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA  90013-1010
Telephone:  (213) 896-6000
Facsimile:  (213) 896-6600
Email:  rhavel@sidley.com

*Attorneys for WestLB, AG*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| EASY STREET HOLDING, LLC, *et al.*, | ) | Bankruptcy Case No. 09-29905 |
| | ) | Jointly Administered with Cases |
| Debtors. | ) | 09-29907 and 09-29908 |
| | ) | |
| Address:  201 Heber Avenue | ) | Chapter 11 |
| Park City, UT 84060 | ) | |
| | ) | Honorable R. Kimball Mosier |
| Tax ID Numbers: | ) | |
| 35-2183713 (Easy Street Holding, LLC), | ) | [FILED ELECTRONICALLY] |
| 20-4502979 (Easy Street Partners, LLC), and | ) | |
| 84-1685764 (Easy Street Mezzanine, LLC) | ) | |

## REINSTATEMENT AND FOURTH EXTENSION OF STIPULATION AUTHORIZING USE OF CASH COLLATERAL PURSUANT TO 11 U.S.C. § 363 AND GRANTING ADEQUATE PROTECTION TO WESTLB, AG

This Reinstatement and Fourth Extension of the Stipulation Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. § 363 and Granting Adequate Protection to WestLB, AG  (this "Reinstatement and Fourth Extension") is entered into by and among Easy Street,[1] WestLB and Jacobsen National Group ("Jacobsen") through their counsel of record, with reference to the following facts:

## RECITALS

A.    Easy Street, together with Easy Street Holding, LLC and Easy Street Mezzanine, LLC, are debtors in possession, having filed voluntary Chapter 11 petitions on September 14, 2009;

B.    Easy Street owns and operates certain real property and improvements and related facilities in Park City, Utah commonly known as the Sky Lodge Private Residence Club and Hotel;

C.    On or about October 9, 2009, Easy Street and WestLB filed the Stipulation Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. § 363 and Granting Adequate Protection to WestLB, AG [Docket No. 84], as amended by that certain Amendment to Stipulation Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. § 363 and Granting Adequate Protection to WestLB, AG – Amended Exhibit C (Bank Accounts) filed on or about October 13, 2009 (as may have been or may be amended, modified, and extended from time to time, the "Stipulation") [Docket No. 91];

D.    On or about October 14, 2009, the Court entered its Order on Stipulation Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. § 363 and Granting Adequate

---

[1] Capitalized terms not otherwise defined herein shall have the same meanings ascribed to them in the Stipulation (as defined herein) and the Loan Documents.

Protection to WestLB, AG (the "Original Cash Collateral Order") [Docket No. 95].  The Original

Cash Collateral Order and the Stipulation reflect certain terms, as stipulated by the parties,

regarding the use of Cash Collateral;

        E.      In the course of implementing the Stipulation, WestLB and Easy Street informally

agreed to certain new or different terms governing the use of Cash Collateral and on or about

November 25, 2009, filed the Joint Motion to Approve Amendments to Stipulation Authorizing

Use of Cash Collateral Pursuant to 11 U.S.C. § 363 and Granting Additional Adequate

Protection to WestLB, AG (the "Amendment") [Docket No. 172] to formally incorporate such

terms into the Stipulation;

        F.      On or about December 11, 2009, Jacobsen filed its Jacobsen National Group's

Protective, Conditional, and Limited Response to Joint Motion to Approve Amendments to

Stipulation Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. § 363 and Granting

Additional Adequate Protection to WestLB, AG (the "Jacobsen Objection") [Docket No. 210] in

response to Easy Street and WestLB's Amendment, in which Jacobsen proposed (and which

Easy Street and WestLB agreed to in the December 14, 2009 hearing), among other things,

preservation of at least $1.7 Million in funds in Easy Street's Escrow Accounts to remain in

segregated accounts with either Wells Fargo or its successor bank.  On or about December 15,

2009, the Court entered its Order on Joint Motion to Approve Amendment to Stipulation

Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. § 363 and Granting Adequate

Protection to WestLB, AG (the "Amendment Approval Order") [Docket No. 219], which

approved in part and continued in part the Amendment, and set a hearing on consideration of the

$1.7 Million Set Aside for January 19, 2010.  On or about January 26, 2010, the Court entered

the Order Modifying Order entered December 15, 2009 on Joint Motion to Approve

Amendments to Stipulation (the "Modified Amendment Approval Order") [Docket No. 272],

modifying the Amendment Approval Order, which reduced the amount of the $1.7 Million Set

Aside from $1.7 million to $600,000 (the "$600,000 Set Aside");

G.    On or about January 7, 2010, the Court entered the Order on Extension of Certain

Deadlines of Stipulation (the "Order on Extension") [Docket No. 244], approving the Extension

of Certain Deadlines filed on December 27, 2009 (the "Extension") [Docket No. 234], extending

certain deadlines, including Easy Street's use of Cash Collateral through April 30, 2010;

H.    On or about May 12, 2010, the Court entered the Order on Second Extension of

Certain Deadlines to Stipulation Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. 363

and Granting Adequate Protection to WestLB, AG (the "Second Order on Extension") [Docket

No. 474], approving the Second Extension of Deadlines filed on April 29, 2010 (the "Second

Extension") [Docket No. 457] and resolving the Limited Objection to the Second Extension filed

on May 4, 2010 by Jacobsen (the "Jacobsen Limited Objection") [Docket No. 462];

I.    On or about May 28, 2010, WestLB and Easy Street filed the Third Extension of

Certain Deadlines to Stipulation Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. 363

and Granting Adequate Protection to WestLB, AG (the "Third Extension") [Docket No. 521],

extending Easy Street's use of Cash Collateral through June 30, 2010.  The Third Extension

continued in effect the Court's prior rulings regarding the $600,000 Set Aside.  On or about May

28, 2010, WestLB and Easy Street filed the Notice of the Third Extension[2] [Docket No. 522].

---

[2] Although the Court has not entered an order on the Third Extension, the five (5) day objection period has expired
without objection and the Third Extension is deemed to have been in effect as of the expiration of such period.

J.      On or about June 9, 2010, WestLB filed a Notice of Termination of Stipulation

Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. 363 and Granting Adequate Protection

to WestLB, AG (the "Notice of Termination") [Docket No. 550], which terminated the

Stipulation and Easy Street's right to use Cash Collateral as of June 15, 2010.

K.      On June 16, 2010, Easy Street and WestLB filed their Amended Plan of

Reorganization of Easy Street Partners, LLC and WestLB, AG, Dated June 16, 2010 (the "Joint

Plan") [Docket No. 566].  The Joint Plan contemplates, inter alia, the payment to Jacobsen of

$1,330,000 in cash on the effective date of the Joint Plan, which treatment is more fully set forth

in Article 5.2 of the Joint Plan.  Easy Street and WestLB currently contemplate presenting the

Joint Plan for confirmation on June 25, 2010, or as soon thereafter as the Joint Plan can be

considered by the Court.

L.      This Reinstatement and Fourth Extension contemplates the following: (i) revival

and reinstatement of the Stipulation; (ii) revision of the June 2010 budget; (iii) updating of the

placeholder July and August 2010 Budgets;[3] (iv) elimination of the Carve-Out and provisions

pertaining to payment of professionals subsequent to June 15, 2010; (v) extension of certain

deadlines through August 31, 2010; and (vi) Jacobsen's consent to use of a portion of the

$600,000 Set Aside in return for the adequate protection granted to Jacobsen herein.

M.      In consideration of the foregoing promises and for other good and valuable

consideration, the receipt and adequacy of which are hereby acknowledged, Easy Street, WestLB

---

[3] Easy Street and WestLB acknowledge and agree that the July and August 2010 Budgets have not been agreed upon
and are still subject to final review and change by WestLB.  As such, the appended July and August 2010 Budgets
are not the final and agreed upon Budgets for such months.

and Jacobsen hereby covenant and agree to the following extensions and related modifications to be effective as of June 18, 2010:

1.      <u>Revival and Reinstatement of Stipulation</u>.  WestLB and Easy Street agree to the reinstatement of the Stipulation allowing Easy Street's continued use of Cash Collateral, as amended through this Reinstatement and Fourth Extension.

2.      <u>Revised and Updated Budgets</u>.  The Stipulation is hereby amended by the addition of <u>Exhibit A-1</u> to read as set forth on <u>Annex I</u> attached hereto, which shall constitute (i) the revised June 2010 Budget and (ii) the temporary placeholder Budgets for July and August 2010 for use of Cash Collateral.  Easy Street and WestLB acknowledge and agree that the appended July and August 2010 Budgets have not yet been finalized and are therefore subject to review and updating by WestLB.  Upon such review, WestLB shall authorize Easy Street to update this Reinstatement and Fourth Extension with revised July and August 2010 Budgets, which shall constitute the actual July and August 2010 Budgets, until subsequent amendment, if any.

3.      <u>Elimination of Carve Out and Payment of Professionals' Fees</u>.  The Stipulation is hereby amended by eliminating Paragraph 27 regarding the carve out for payment of professionals and related fees as well as any line-items contained in the Budgets pertaining to the payment of such fees[4].  The elimination of professional fees shall be applied prospectively as to any such fees incurred on or after June 15, 2010, and the carve out pursuant to Paragraph 27 for period prior to June 15, 2010 shall remain unaffected.

---

[4] Specifically, (i) monthly professional fees in the amount of $125,000 to Easy Street and (ii) monthly adequate protection  payments of $100,000  to WestLB shall be subject to this provision.

4.      <u>Extension of Deadlines</u>.  WestLB and Easy Street have agreed to extend certain deadlines contained in the Stipulation such that the Stipulation will continue to be in full force and effect up to and through August 31, 2010.  The expiration for consensual use of the Cash Collateral will be extended by replacing "June 30, 2010" in the fourth (4th) line of <u>Paragraph 15</u>[5] with "August 31, 2010" and by replacing "June 30, 2010" in the third (3rd) line of <u>Paragraph 32</u> with "August 31, 2010".

5.      <u>Jacobsen Consent to Use of $600,000 Set Aside</u>.  Based on the fact that Easy Street has a need to utilize some of the $600,000 Set Aside to pay actual and necessary post-petition expenses and claims in order to insure that Easy Street, its bankruptcy estate and its creditors are able to pay necessary post-petition expenses and claims pending confirmation of the Joint Plan, Jacobsen consents to the reduction of the $600,000 Set Aside, and to Easy Street's use of a portion of the $600,000 Set Aside for such purposes, with the following conditions:

(i)      the $600,000 Set Aside shall be reduced to an amount that is not less than $250,000 (the "<u>$250,000 Set Aside</u>");

(ii)      in the event that this Court ultimately decides that Jacobsen either owns or has a lien on the funds constituting the $250,000 Set Aside, Jacobsen shall receive (in addition to that portion of the $250,000 Set Aside that the Court awards to it) a lien in an amount up to $350,000 that is <u>pari</u> <u>passu</u> with WestLB on any net proceeds recovered in the new pending adversary proceedings filed by Easy Street against BayNorth Realty Funds, VI, Limited Partnership ("<u>BayNorth</u>") [Case No.

---

[5] All paragraph and other section references are to the Stipulation.

09-02422] and David Wickline, et al. ("<u>Wickline</u>," together with BayNorth, the

"<u>Adversary Proceedings</u>") [Case No. 10-02401] (the "<u>Jacobsen Lien</u>");

(iii)     Paragraph 21 (regarding the granting of <u>pari</u> <u>passu</u> liens) is hereby

amended  as necessary to effectuate the Jacobsen Lien; and

(iv)     the Jacobsen Lien will be binding and perfected for all purposes without

any need for Jacobsen to take any further action to perfect such lien.

6.     <u>Copies</u>.  Any communications, reports, budgets, or other reporting

obligations that Easy Street is required to send to WestLB under the Stipulation or Loan

Documents shall be copied to WestLB's counsel, Richard W. Havel, at <u>rhavel@sidley.com</u>.

7.     <u>Reservation of Rights</u>.  This Reinstatement and Fourth Extension shall not

be deemed to be a consent to any waiver of any Events of Default or Termination Event other

than those set forth in the Notice of Termination.  At any time, WestLB and its representatives

shall be entitled to exercise any or all of their remedies under the Stipulation and Loan

Documents as a result of the arising or occurrence of an Event of Default or Termination Event.

8.     <u>Previous Agreements</u>.  Notwithstanding any changes to the Stipulation

effected by this Reinstatement and Fourth Extension and by order of the Court approving this

Reinstatement and Fourth Extension (the "<u>Reinstatement and Fourth Extension Approval</u>

<u>Order</u>"), the Original Cash Collateral Order shall remain in full force and effect, except as

otherwise amended by prior amendments, extensions and approval orders effectuating any

amendments and/or extensions.

8

9.    Counterparts.  This Reinstatement and Fourth Extension may be executed in any number of counterparts, each of which when executed and delivered shall be deemed to be an original, and all such counterparts together shall constitute one and the same instrument.

**WHEREFORE**, Easy Street, WestLB, and Jacobsen by and through the signatures of their counsel below, hereby so stipulate among themselves as set forth herein on the date set forth below and respectfully request that the Court enter the Reinstatement and Fourth Extension Approval Order approving and effectuating their mutual agreements as set forth herein.

DATED this 21st day of June, 2010.

DURHAM JONES & PINEGAR, P.C.

_/s/ Kenneth L. Cannon II_
Kenneth L. Cannon II
Steven J. McCardell

and

Michael V. Blumenthal
CROWELL & MORING LLP
*Counsel for Debtors and Debtors In Possession*

DATED this 21st day of June, 2010.

DORSEY & WHITNEY, LLP

_/s/ Benjamin J. Kotter_
Annette W. Jarvis
Peggy Hunt
Benjamin J. Kotter

and

Richard W. Havel
SIDLEY AUSTIN LLP
*Counsel for WestLB, AG*

DATED this 21st day of June, 2010.

RAY QUINNEY & NEBEKER, P.C.

_/s/ Michael R. Johnson_
Michael R. Johnson
*Counsel for Jacobsen National Group, Inc.*

**Exhibit A-1**
**Budgets for Use of Cash Collateral**

## ANNEX I

## EXHIBIT A-1

Updated Budgets

**Exhibit A-1**
**Budgets for Use of Cash Collateral**

**Easy Street Partners**
**June 2010 Budget**
Consolidated

| Operating Statistics | Jun-10 |
|---|---|
| Hotel Occupancy | 55.60% |
| Transient Occupancy | 48.70% |
| Owner Occupancy | 6.90% |
| Room Nights Occupied | 550 |
| ADR | $ 232.39 |
| % of Project Sold Out | 64.20% |
| | |
| Property Management Occupancy | |
| Transient Occupancy | 0 |
| Room Nights Occupied | 0 |
| ADR | 0 |
| Total Condo Units | 0 |
| | |
| Hotel & Property Management | |
| Total Revenues | 424,927 |
| Total Operating Expenses | 366,328 |
| Net Operating Profit (Loss) | 58,599 |
| Total Undistributed Expenses | 14,872 |
| Total Owners Rental Commissions | 16,541 |
| | |
| Profit (Loss) | 27,186 |

**Exhibit A-1**
**Budgets for Use of Cash Collateral**

**Easy Street Partners**
**June 2010 Budget**

Real Estate Sales

| | |
|---|---|
| Fractional Units Sold | 0 |
| Total Gross Sales | 0 |
| Total Costs & Commissions | 0 |
| | |
| Net Real Estate Profit (Loss) | 0 |

Easy Street Partners
HOA Dues

| | |
|---|---|
| Residential Dues | 34,520 |
| Commercial Dues | 20,056 |
| Total Dues | 54,576 |

Administrative & General

| | |
|---|---|
| ESP Legal & Related | 62,500 |
| WLB Legal & Related | 50,000 |
| Professional Fees-BDRC monthly fee, travel, accounting | 27,000 |
| Professional Fees-Appraisal | 22,970 |
| Trustee Charges | 5,500 |
| Residential Condominium Property Taxes | |
| Rent & Other | |
| Total Administrative & General | 167,970 |
| | |
| Net ESP Expenses | 222,546 |
| | |
| Net Cash Available for Debt | (195,360) |

Interest and Other Bank Payments
West LB Adequate Protection

| | |
|---|---|
| Payment | 34,000 |
| | |
| Total Bank Payments | 34,000 |
| | |
| Net Cash After Bank Payments | (229,360) |

**Exhibit A-1**
**Budgets for Use of Cash Collateral**

**Easy Street Partners**
**June 2010 Budget**

| Hotel Operations | Jun-10 |
|---|---|
| Hotel Occupancy | 55.60% |
| Transient Occupancy | 48.70% |
| Owner Occupancy | 6.90% |
| Room Nights Occupied | 550 |
| ADR | $ 232.39 |
| % of Project Sold Out | 64.20% |
| | |
| Property Management Occupancy | |
| Transient Occupancy | 0 |
| Room Nights Occupied | 0 |
| ADR | 0 |
| Total Condo Units | 0 |
| | |
| Revenue | |
| Hotel Rooms Revenue | 125,038 |
| Property Management Revenue | |
| F&B Revenue | 204,929 |
| Spa Revenue | 54,160 |
| Sky Club Memberships | 30,800 |
| Zoom Rental Revenue | 10,000 |
| Total Revenue | 424,927 |
| | |
| Expenses | |
| Rooms Division | 85,070 |
| Property Management | |
| Food & Beverage | 182,889 |
| Spa | 42,589 |
| Facilities | 71,079 |
| HOA Credit-Facilities | (51,305) |
| HOA Credit-Other | (20,574) |
| Sales & Marketing | 56,505 |
| Administration | 27,365 |
| Total Expenses | 393,618 |
| | |
| Net Operating Profit (Loss) | 31,309 |
| | |
| Management Fees | 14,872 |
| | |
| Resort Operating Profit (Loss) | 16,437 |
| | |
| Sky Lodge Owners Rental Commissions | 16,541 |

**Exhibit A-1**
**Budgets for Use of Cash Collateral**

**Easy Street Partners**
**July 2010 Budget**
Consolidated

| Operating Statistics | | Jul-10 |
|---|---|---|
| | | |
| Hotel occupancy | | 63.0% |
| Transient Occupancy | | 49.6% |
| Owner Occupancy | | 13.4% |
| Room Nights Occupied | | 644 |
| ADR | $ | 231.63 |
| % of Project Sold Out | | 64.8% |
| | | |
| Property Management Occupancy | | 0 |
| Transient Occupancy | | 0 |
| Room Nights occupied | | 0 |
| ADR | | 0 |
| Total Condo Units | | 0 |
| | | |
| Hotel & Property Management | | |
| Total Revenues | | 505,975 |
| Total Operating Expenses | | 418,854 |
| Net Operating Profit (Loss) | | 87,121 |
| Total Undistributed Expenses | | 17,709 |
| Total Owner Rental Commissions | | 34,683 |
| | | |
| Profit ( Loss) | | 34,729 |

**Exhibit A-1**
**Budgets for Use of Cash Collateral**

**Easy Street Partners**
**July 2010 Budget**

| | Jul-10 |
|---|---|
| Real Estate Sales | |
| Fractional Units Sold | - |
| Total Gross Sales | - |
| Total Costs & Commissions | - |
| | |
| Net Real Estate Profit (Loss) | - |
| | |
| Easy Street Partners | |
| HOA Dues | |
| Residential Dues | 34,520 |
| Commercial Dues | 20,056 |
| Total Dues | 54,576 |
| | |
| Administrative & General | |
| ESP Legal & Related | - |
| WLB Legal & Related | - |
| Professional Fees - BDRC monthly fee, travel, accounting | 33,500 |
| Trustee Charges | - |
| Residential Condominium Property Taxes | - |
| Rent & Other | - |
| Total Administrative and General | 33,500 |
| | |
| Net ESP Expenses | 88,076 |
| | |
| Net Cash Available for Debt | (53,347) |
| | |
| Interest and Other Bank Payments | - |
| West LB Adequate Protection Payment | - |
| | |
| Total Bank Payments | - |
| | |
| Net Cash After Bank Payments | (53,347) |

**Exhibit A-1**
**Budgets for Use of Cash Collateral**

**Easy Street Partners**
**July 2010 Budget**

Hotel Operations

| | | |
|---|---|---|
| Hotel Occupancy | | 63.0% |
| Transient Occupancy | | 49.6% |
| Owner Occupancy | | 13.4% |
| Room Nights Occupied | | 644 |
| ADR | 231.63 | |
| % of Project Sold Out | | 64.8% |
| | | |
| Property Management Occupancy | | 0 |
| Transient Occupancy | | 0 |
| Room Nights Occupied | | 0 |
| ADR | | - |
| Total Condo Units | | - |

Revenue
| | |
|---|---|
| Hotel Rooms Revenue | 132,690 |
| Property Management Revenue | - |
| F&B Revenue | 275,516 |
| Spa Revenue | 56,969 |
| Sky Club Memberships | 30,800 |
| Zoom Rental Revenue | 10,000 |
| Total Revenue | 505,975 |

Expenses
| | |
|---|---|
| Rooms Division | 100,814 |
| Property Management | - |
| Food & Beverage | 214,085 |
| Spa | 43,046 |
| Facilities | 50,530 |
| HOA Credit - Facilities | (51,305) |
| HOA Credit - Other | (20,574) |
| Sales & Marketing | 53,598 |
| Administration | 28,659 |
| Total Expenses | 418,853 |
| | |
| Net Operating Profit (Loss) | 87,122 |
| | |
| Management Fees | 17,709 |

**Exhibit A-1**
**Budgets for Use of Cash Collateral**

Resort Operating Profit (Loss)                              69,413

Sky Lodge Owners Rental Commissions                        34,683

**Exhibit A-1**
**Budgets for Use of Cash Collateral**

**Easy Street Partners**
**August 2010 Budget**

| Operating Statistics | Aug-10 | |
|---|---|---|
| Hotel occupancy | | 60.9% |
| Transient Occupancy | | 54.7% |
| Owner Occupancy | | 6.2% |
| Room Nights Occupied | | 623 |
| ADR | 232.14 | |
| % of  Project Sold Out | | 65.3% |
| | | |
| Property Management Occupancy | | 0 |
| Transient Occupancy | | 0 |
| Room Nights occupied | | 0 |
| ADR | | 0 |
| Total Condo Units | | 0 |

| Hotel & Property Management | |
|---|---|
| Total Revenues | 566,429 |
| Total Operating Expenses | 437,730 |
| Net Operating Profit (Loss) | 128,699 |
| Total Undistributed Expenses | 19,825 |
| Total Owner Rental Commissions | 38,394 |
| | |
| Profit ( Loss) | 70,480 |

Ex. A-1

**Exhibit A-1**
**Budgets for Use of Cash Collateral**

**Easy Street Partners**
**August 2010 Budget**

| | Aug-10 |
|---|---|
| Real Estate Sales | |
| Fractional Units Sold | - |
| Total Gross Sales | - |
| Total Costs & Commissions | - |
| | |
| Net Real Estate Profit (Loss) | - |
| | |
| Easy Street Partners | |
| HOA Dues | |
| Residential Dues | 34,520 |
| Commercial Dues | 20,056 |
| Total Dues | 54,576 |
| | |
| Administrative & General | |
| ESP Legal & Related | - |
| WLB Legal & Related | - |
| Professional Fees - BDRC monthly fee, travel, accounting | 23,000 |
| Trustee Charges | - |
| Residential Condominium Property Taxes | - |
| Rent & Other | - |
| Total Administrative and General | 23,000 |
| | |
| Net ESP Expenses | 77,576 |
| | |
| Net Cash Available for Debt | (7,096) |
| | |
| Interest and Other Bank Payments | - |
| West LB Adequate Protection Payment | - |
| | |
| Total Bank Payments | - |
| | |
| Net Cash After Bank Payments | (7,096) |

**Exhibit A-1**
**Budgets for Use of Cash Collateral**

**Easy Street Partners**
**August 2010 Budget**

Hotel Operations

| | | |
|---|---|---|
| Hotel Occupancy | | 60.9% |
| Transient Occupancy | | 54.7% |
| Owner Occupancy | | 6.2% |
| Room Nights Occupied | | 623 |
| ADR | $ | 232.14 |
| % of Project Sold Out | | 65.3% |
| | | |
| Property Management Occupancy | | 0 |
| Transient Occupancy | | 0 |
| Room Nights Occupied | | 0 |
| ADR | | - |
| Total Condo Units | | - |

Revenue

| | |
|---|---|
| Hotel Rooms Revenue | 144,757 |
| Property Management Revenue | - |
| F&B Revenue | 317,948 |
| Spa Revenue | 62,924 |
| Sky Club Memberships | 30,800 |
| Zoom Rental Revenue | 10,000 |
| Total Revenue | 566,429 |

Expenses

| | |
|---|---|
| Rooms Division | 99,965 |
| Property Management | - |
| Food & Beverage | 228,706 |
| Spa | 46,073 |
| Facilities | 50,555 |
| HOA Credit - Facilities | (51,305) |
| HOA Credit - Other | (20,574) |
| Sales & Marketing | 54,608 |
| Administration | 29,701 |
| Total Expenses | 437,729 |
| | |
| Net Operating Profit (Loss) | 128,700 |

**Exhibit A-1**
**Budgets for Use of Cash Collateral**

| | |
|---|---|
| Management Fees | 19,825 |
| Resort Operating Profit (Loss) | 108,875 |
| Sky Lodge Owners Rental Commissions | 38,394 |