Annette Jarvis (1649)
Peggy Hunt (6060)
Benjamin J. Kotter (9592)
DORSEY & WHITNEY LLP
136 South Main Street, Suite 1000
Salt Lake City, UT 84101-1685
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
Email: jarvis.annette@dorsey.com
Email: hunt.peggy@dorsey.com
Email: kotter.benjamin@dorsey.com

Richard W. Havel (10759)
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600
Email: rhavel@sidley.com

Attorneys for WestLB, AG

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>EASY STREET HOLDING, LLC, *et al.*,<br><br>Debtors.<br><br>Address: 201 Heber Avenue<br>Park City, UT 84060<br><br>Tax ID Numbers:<br>35-2183713 (Easy Street Holding, LLC),<br>20-4502979 (Easy Street Partners, LLC), and<br>84-1685764 (Easy Street Mezzanine, LLC) | Bankruptcy Case No. 09-29905<br>Jointly Administered with Cases<br>09-29907 and 09-29908<br><br>Chapter 11<br><br>[ELECTRONICALLY FILED] |

### CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2010, the Plan Supplement to the Amended Plan of Reorganization of Easy Street Partners, LLC and WestLB, AG Dated June 16, 2010 (the "Plan Supplement") and the Reinstatement and Fourth Extension of Stipulation Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. § 363 and Granting Adequate Protection to WestLB, AG (the "Stipulation") were filed electronically with the Bankruptcy Court to be served via the

Court's ECF/CM system upon the individuals identified in the attached Exhibit A. Additionally, I also hereby certify that on the 21st day of June, 2010, true and correct copies of the Plan Supplement were also served via First Class U.S. Mails postage prepaid upon the individuals identified in the attached Exhibit B.

DATED this 21st day of June, 2010.

DORSEY & WHITNEY LLP

/s/ Benjamin J. Kotter
Annette W. Jarvis
Peggy Hunt
Benjamin J. Kotter

and

Richard W. Havel
SIDLEY & AUSTIN LLP

*Attorneys for WestLB, AG*

# Exhibit A

- Troy J. Aramburu   taramburu@joneswaldo.com, rhuot@joneswaldo.com;jpollard@joneswaldo.com
- Kenneth L. Cannon   kcannon@djplaw.com, khughes@djplaw.com
- Bastiaan Coebergh   coebergh@wasatchlaw.com, oborn@wasatchlaw.com;brian@wasatchlaw.com
- Scott A. Cummings   cummings.scott@dorsey.com
- George B. Hofmann   gbh@pkhlawyers.com, dh@pkhlawyers.com
- Mary Margaret Hunt   hunt.peggy@dorsey.com, brown.patricia@dorsey.com;smith.ron@dorsey.com;slc.lit@dorsey.com
- Annette W. Jarvis   jarvis.annette@dorsey.com, smith.ron@dorsey.com;slc.lit@dorsey.com;brown.patricia@dorsey.com
- Lon A. Jenkins   lajenkins@joneswaldo.com, krichardson@joneswaldo.com;ecf@joneswaldo.com;rhuot@joneswaldo.com
- Michael R. Johnson   mjohnson@rqn.com, sglendening@rqn.com;docket@rqn.com
- Anthony C. Kaye   kaye@ballardspahr.com, swand@ballardspahr.com;saltlakedocketclerk@ballardspahr.com
- Benjamin J. Kotter   kotter.benjamin@dorsey.com, smith.ron@dorsey.com;brown.patricia@dorsey.com;slc.lit@dorsey.com
- David E. Leta   dleta@swlaw.com, wsmart@swlaw.com
- Adelaide Maudsley   maudsley@chapman.com, jemery@chapman.com
- Steven J. McCardell   smccardell@djplaw.com, khughes@djplaw.com
- John T. Morgan tr   john.t.morgan@usdoj.gov, james.gee@usdoj.gov
- David W. Overholt   doverholt@rsolaw.com, abachman@rsolaw.com
- Douglas J. Payne   dpayne@fabianlaw.com, jshowalter@fabianlaw.com
- Jessica G Peterson   jpeterson@djplaw.com
- Knute Rife   karife@rifelegal.com
- Jeffrey L. Shields   jlshields@cnmlaw.com, njpotter@cnmlaw.com
- Jeffrey Weston Shields   jshields@joneswaldo.com, rhuot@joneswaldo.com
- Bradley L. Tilt   btilt@fabianlaw.com, rmellor@fabianlaw.com
- United States Trustee   USTPRegion19.SK.ECF@usdoj.gov
- Kim R. Wilson   bankruptcy_krw@scmlaw.com

# Exhibit B

ADT Security Services Inc
P O Box 371956
Pittsburgh, PA  15250-7956

Aetna
PO Box 14089
Lexington, KY  40512

American Express
PO Box 53852
Phoenix, AZ 85072-3852

Michael V. Blumenthal
Steven B. Eichel
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY  10022-2544

Kenneth L. Cannon II
Durham Jones & Pinegar
P O Box 4050
Salt Lake City, UT  84110-4050

Robert J. Dale
Douglas J. Payne
Bradley L. Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

EC Power System Agreement
3738 West 2340 South #E
Salt Lake City, UT  84120-7233

Ecolab
P O Box 100512
Pasadena, CA  91189-0512

Ecolab Pest Elim. Div
P O Box 6007
Grand Forks, ND  58206-6007

Hasler, Inc.
P O Box 3808
Milford, CT  06480-8708

Richard W. Havel, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA  90013-1010

George B. Hofmann
Parsons Kinghorn Harris
111 East Broadway, Suite 1100
Salt Lake City, UT  84111

Internal Revenue Service
IRS-Group Manager
50 South 500 East, M/S 5021-SLC
Salt Lake City, UT  84111

Annette W. Jarvis
Benjamin J. Kotter
Dorsey & Whitney LLP
136 South Main Street, Suite 1000
Salt Lake City, UT  84101-1685

Michael R. Johnson, Esq.
Ray Quinney & Nebeker
36 South State Street, Suite 1400
Salt Lake City, UT  84111-1451

Liquor Leasing & Service, L.C.
9283 South Jean Drive
Sandy, UT  84070-6254

Adelaide Maudsley
Chapman & Cutler LLP
201 South Main Street, Suite 2000
Salt Lake City, UT  84111-2298

John T. Morgan Tr
US Trustees Office
405 South Main Street, Suite 300
Salt Lake City, UT  84111-3402

Mountain Valley Temperature Control
PO Box 429
Pleasant Grove, UT 84062-0429

Muzak LLC
PO Box 71070
Charlotte, NC  28272-1070

Open Table Inc
PO Box 49322
San Jose, CA  95161-9322

Par Springer-Miller System, Inc
782 Mountain Road
PO Box 1547
Stowe, VT  05672-1547

PayChex
4400 Kittredge Street, Suite 50
Denver, CO  80239

Revco Leasing
P O Box 65598
Salt Lake City, UT  84165-0598

Schindler Elevator Corporation
P O Box 93050
Chicago, IL  60630

Securities & Exchange Commission
Attn:  Bankruptcy Dept.
44 Montgomery St # 1100
San Francisco, CA 94104-4613

Jeffrey L. Shields
Callister Nebeker & McCullough
10 East South Temple, Suite 900
Salt Lake City, UT  84133-1101

Jeffrey W. Shields
Lon A. Jenkins
Troy J. Aramburu
Jones Waldo Holbrook & McDonough
170 South Main Street, Suite 1500
Salt Lake City, UT  84101-1644

Shift4 Corporation
1491 Center Crossing Rd
Las Vegas, NV  89144-7047

William Shoaf
4780 Winchester Court
Park City, UT 84098-7528

Space Place Storage
P O Box 681451
Park City, UT  84058

Step Saver Inc.
1901 West 2425 South
Wood Cross, UT  84087-2463

Travelscape, LLC dba Expedia Travel
10190 Covington Cross Drive
Las Vegas, NV  89144

Utah Fire Equipment
152 West 1700 South
Salt Lake City, UT  84115

Utah State Tax Commission
210 North 1950 West
Salt Lake City, UT  84134-0400

Virtuoso, Ltd.
c/o R. Jason Pierce
Bourland, Wall & Wenzel, P.C.
301 Commerce Street, Suite 1500
Fort Worth, TX  76102

Virtuoso, Ltd
P O Box 99358
Fort Worth, TX  76199-0358

Kim R. Wilson
Nathan Skeen
Snow Christensen & Martineau
P O Box 45000
Salt Lake City, UT  84145-5000