George Hofmann (10005)
**Parsons Kinghorn Harris**
A Professional Corporation
111 East Broadway, 11th Floor
Salt Lake City, UT 84111
Telephone: (801) 363-4300
Facsimile: (801) 363-4378

Attorneys for Park City I, LLC

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| In re | Bankruptcy No. 09-29905 (RKM) |
|---|---|
| EASY STREET HOLDING, LLC, et. al., | Jointly Administered with Cases 09-29907 and 09-29908 |
| Debtors. | Chapter 11 |
| | [Filed Electronically] |

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2010, I caused to be served a true and correct copy of the following document as follows:

1. Pack City I, LLC's Objection to Confirmation of Amended Plan of Reorganization of Easy Street Partners, LLC and WestLB, AG Dated June 16, 2010

**By U.S. Mail, first-class, postage prepaid to the following:**

Michael V. Blumenthal
Bruce J. Zabarauskas
Steven B. Eichel
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022

Kenneth L. Cannon, II
Jessica G Peterson
Steven J. McCardell
Durham Jones & Pinegar
111 East Broadway, Suite 900
PO Box 4050
Salt Lake City, UT 84110

{00097844.DOC /}

| | |
|---|---|
| Knute Rife | John T. Morgan tr |
| Wrona Law Offices | US Trustees Office |
| 11650 S. State | Ken Garff Bldg. |
| Suite 103 | 405 South Main Street, Suite 300 |
| Draper, UT 84020 | Salt Lake City, UT 84111 |

Dated: June 23, 2010

**PARSONS KINGHORN HARRIS**
*A Professional Corporation*

/s/ George Hofmann
GEORGE HOFMANN

Attorneys for Park City I, LLC