Jeffrey W. Shields (USB #2948)
Lon A. Jenkins (USB #4060)
Troy J. Aramburu (USB #10444)
**JONES WALDO HOLBROOK & McDONOUGH, PC**
170 South Main Street, Suite 1500
Salt Lake City, Utah  84101
Telephone:  (801) 521-3200
Email:  jshields@joneswaldo.com
ljenkins@joneswaldo.com
taramburu@joneswaldo.com

*Counsel to Unsecured Creditors' Committee*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re: | Bankruptcy No.09-29905 |
| **EASY STREET HOLDING, LLC et al.,** Debtor. | (Jointly Administered with Cases 09-29907 and09-29908) |
| | Chapter 11 |
| | Honorable R. Kimball Mosier |
| | **CERTIFICATE OF SERVICE** |

I hereby certify that on June 23, 2010 I caused to be served a true and correct copy of the *Response of the Unsecured Creditors' Committee to the Amended Plan of Reorganization of Easy Street Partners, LlC and WestLB, AG Dated June 16, 2010* upon the following parties, via ECF Notification, first class U. S. mail, postage prepaid and email:

ECF Notification:

- Kenneth L. Cannon     kcannon@djplaw.com, khughes@djplaw.com
- Scott A. Cummings     cummings.scott@dorsey.com

- Bastiaan Coebergh   coebergh@wasatchlaw.com, oborn@wasatchlaw.com, brian@wasatchlaw.com

- George B. Hofmann   gbh@pkhlawyers.com, dh@pkhlawyers.com

- Mary Margaret Hunt    hunt.peggy@dorsey.com, wardle.gay@dorsey.com

- Annette W. Jarvis    jarvis.annette@dorsey.com, smith.ron@dorsey.com;slc.lit@dorsey.com;brown.patricia@dorsey.com

- Michael R. Johnson    mjohnson@rqn.com, agale@rqn.com

- Anthony C. Kaye    kaye@ballardspahr.com

- Benjamin J. Kotter    kotter.benjamin@dorsey.com

- David E. Leta   delta@swlaw.com, wsmart@swlaw.com

- Adelaide Maudsley    maudsley@chapman.com, jemery@chapman.com

- Steven J. McCardell    smccardell@djplaw.com, khughes@djplaw.com

- John T. Morgan tr    john.t.morgan@usdoj.gov, james.gee@usdoj.gov

- David W. Overholt    doverholt@rsolaw.com, abachman@rsolaw.com

- Douglas J. Payne   dpayne@fabianlaw.com, jshowalter@fabianlaw.com

- Jessica G Peterson    jpeterson@djplaw.com

- Knute Rife    karife@rifelegal.com

- Jeffrey L. Shields    jlshields@cnmlaw.com, njpotter@cnmlaw.com

- Bradley L. Tilt   btilt@fabianlaw.com, rmellor@fabianlaw.com

- United States Trustee    USTPRegion19.SK.ECF@usdoj.gov

- Kim R. Wilson    bankruptcy_krw@scmlaw.com

2

936824.1

First class mail, postage prepaid and email:

Michael V. Blumenthal, Esq.
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
mblumenthal@crowell.com

John T. Morgan, Esq.
Office of the United States Trustee
405 South Main Street, Suite 300
Ken Garff Building
Salt Lake City, UT 84111
john.t.morgan@usdoj.gov

Annette W. Jarvis
Dorsey & Whitney, LLP
136 South Main Street, Suite 1000
Salt Lake City, UT 84101
jarvis.annette@dorsey.com

Kenneth L. Cannon II, Esq.
Durham Jones & Pinegar, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT 84111-4050
kcannon@djplaw.com

Richard W. Havel, Esq.
Sidley Austin, LLP
555 West Fifth Street
Los Angeles, CA 90013
rhavel@sidley.com

DATED: June 24, 2010.

**JONES WALDO HOLBROOK & McDONOUGH, PC**

By: /s/Lon A. Jenkins
    Jeffrey W. Shields
    Lon A. Jenkins
    Troy J. Aramburu

936824.1