Kim R. Wilson (3512)
P. Matthew Cox (9879)
Nathan R. Skeen (12662)
**SNOW, CHRISTENSEN & MARTINEAU**
10 Exchange Place, Eleventh Floor
Post Office Box 45000
Salt Lake City, Utah 84145
Telephone:  (801) 521-9000
Facsimile:   (801) 363-0400

Attorneys for David Wickline, personally,
and Alchemy Ventures Trust, LLC and
David Wickline, as member and manager,
respectively, of and on behalf of Cloudnine
Resorts-Sky Lodge Development, LLC and
Cloudnine Resorts-Sky Lodge Management, LLC

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

---

| | |
|---|---|
| In re:<br><br>**EASY STREET HOLDING, LLC, *et al.,***<br><br>Debtors.<br><br>Address: 201 Heber Avenue<br>Park City, UT 84060<br><br>Tax ID Numbers:<br>35-2183713 (Easy Street Holding, LLC)<br>20-4502979 (Easy Street Partners, LLC),and<br>84-1685764 (East Street Mezzanine, LLC) | Bankruptcy No. 09M-29905<br>Jointly Administered with Cases<br>09-29907 and 09-29908<br><br>(Chapter 11)<br><br><br>**AMENDED CERTIFICATE OF<br>SERVICE** |

---

I hereby certify that on the 23rd day of June, 2010, I caused to be served a copy of

David Wickline's and Alchemy Ventures Trust, LLC, on Behalf of Cloudnine Resorts-Sky

Lodge Development, LLC and Cloudnine Resorts-Sky Lodge Management, LLC, Objection

to Confirmation Of Amended Plan of Reorganization of Easy Street Partners, LLC and

WestLB, Ag dated June 16, 2010 to the following in the manner indicated.  Certificate

corrected to reflect proper parties of representation:

> Michael V. Blumenthal, Esq. (via U.S. Mail)
> Crowell & Moring, LLP
> 590 Madison Avenue, 20th Floor
> New York, NY 10022
>
> Kenneth L. Cannon, II (via ECF)
> Durham, Jones & Pinegar
> 111 East Broadway, Ste. 900
> P. O. Box 4050
> Salt Lake City, UT 84110-4050
>
> Lon A. Jenkins (via ECF)
> Jones Waldo Holbrook & McDonough, PC
> 170 South Main Street, Ste. 1500
> Salt Lake City, UT 84101
>
> John T. Morgan (via ECF)
> Ken Garff Building
> 405 South Main Street, Ste. 300
> Salt Lake City, UT 84111
>
> Richard W. Havel, Esq (via U.S. Mail) .
> Sidley Austin, LP
> 555 West Fifth Street
> Los Angeles, CA 90013
>
> Annette W. Jarvis (via ECF)
> Dorsey & Whitney, LLP
> 136 South Main Street, Ste. 1000
> Salt Lake City, UT 84101

DATED this 24th day of June, 2010.

> SNOW, CHRISTENSEN & MARTINEAU
>
> By:   /s/ Kim R. Wilson
> Kim R. Wilson
> Attorneys for David Wickline and Alchemy
> Ventures Trust, LLC as member and
> manager, respectively, of and on behalf of
> CloudNine Resorts-Sky Lodge
> Development, LLC and CloudNine
> Resorts-Sky Lodge Management, LLC