Annette Jarvis (1649)
Peggy Hunt (6060)
Benjamin J. Kotter (9592)
DORSEY & WHITNEY LLP
136 South Main Street, Suite 1000
Salt Lake City, UT 84101-1685
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
Email: jarvis.annette@dorsey.com
Email: hunt.peggy@dorsey.com
Email: kotter.benjamin@dorsey.com

Richard W. Havel  (10759)
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA  90013-1010
Telephone:  (213) 896-6000
Facsimile:  (213) 896-6600
Email: rhavel@sidley.com

*Attorneys for WestLB, AG*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: | |
| EASY STREET HOLDING, LLC, *et al.*, | Bankruptcy Case No. 09-29905 |
| | Jointly Administered with Cases |
| Debtors. | 09-29907 and 09-29908 |
| Address:  201 Heber Avenue | Chapter 11 |
| Park City, UT 84060 | |
| | **[ELECTRONICALLY FILED]** |
| Tax ID Numbers: | |
| 35-2183713 (Easy Street Holding, LLC), | |
| 20-4502979 (Easy Street Partners, LLC), and | |
| 84-1685764 (Easy Street Mezzanine, LLC) | |

**LIMITED OBJECTION AND RESERVATION OF RIGHTS OF WESTLB, AG TO SEVENTH PROFESSIONAL FEE REQUEST OF PROFESSIONALS**

WestLB, AG, a secured creditor in the above-captioned case and as agent under a Senior

Loan Agreement ("WestLB"),[1] by and through its counsel, hereby makes this limited objection

and reservation of rights (this "Reservation of Rights") to Wrona Law Firm, P.C. ("Wrona"),

---

[1] Any capitalized terms not defined herein shall have the definitions set forth in the Loan Documents.

1

Jones Waldo Holbrook & McDonough, PC, ("Jones Waldo") Crowell & Moring LLP ("C&M"), and Durham Jones & Pinegar ("DJP", collectively with Wrona, Jones Waldo, C&M, the "Professionals") seventh professional fee requests ("Seventh Fee Requests"). In support hereof, WestLB represents as follows:

1. On December 15, 2009, this Court entered an Order Approving Motion and Establishing Monthly Fee and Expense Reimbursement Procedures ("Fee Order") [Docket No. 217] approving the motion filed by Easy Street Partners, LLC ("Partners"), Easy Street Mezzanine, LLC ("Mezzanine"), and Easy Street Holding, LLC ("Holding", collectively with Partners and Mezzanine, the "Debtor" or "Debtors").

2. Pursuant to the Fee Order, this Court approved monthly interim compensation and reimbursement of persons or entities currently retained or who may be retained in the future by the Debtors or the Official Committee of Unsecured Creditors (the "Committee"), except for the co-manager BDRC 4Site, LLC and the consultant, Gemstone Hotels and Resorts, LLC, who are paid monthly outside the procedures approved by the Fee Order. Further to the Fee Order, the Professionals were required to file an Interim Fee Application seeking compensation for any preceding 120-day period.

3. Section (g) of the Fee Order allows for a limit on payment of fees due to insufficient funds available to the Debtor. Currently, the status of Debtor's proposed plan, plan confirmation and effective dates are unclear. Thus, any payments to Professionals at this time would jeopardize the Debtor's available cash reserve to maintain its business and its business payment obligations. As such, WestLB requests the Court to defer all payments made to Professionals until the Debtor obtains a clearer timeline as to the aforementioned dates.

4. Further, WestLB reserves the right to object to any portion of the Professionals Seventh Fee Requests and such reservation of the right to object shall not be construed as a waiver of such right.

WHEREFORE, for the reasons stated herein, WestLB objects to the payment of the Professionals' Seventh Fee Requests.

Dated this 24th day of June, 2010.

                              DORSEY & WHITNEY LLP

                              */s/ Benjamin J. Kotter*
                              Annette W. Jarvis
                              Peggy Hunt
                              Benjamin J. Kotter

                              and

                              Richard W. Havel
                              SIDLEY & AUSTIN LLP

                              *Attorneys for WestLB, AG*