### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| EASY STREET HOLDING, LLC, *et. al*. ) | Bankruptcy Case No. 09-29905 |
| ) | Jointly Administered with Cases |
| Debtors ) | 09-29907 and 09-29908 |
| ) | |
| Address:   201 Heber Avenue ) | Chapter 11 |
| Park City, UT 84060 ) | |
| ) | Honorable R. Kimball Mosier |
| Tax ID Numbers: ) | |
| 35-2183713 (Easy Street Holding, LLC), ) | |
| 20-4502979 (Easy Street Partners, LLC), and ) | |
| 84-1685764 (Easy Street Mezzanine, LLC) ) | **[FILED ELECTRONICALLY]** |
| ) | |

### DECLARATION OF MICHAEL V. BLUMENTHAL REGARDING THE TABULATION OF VOTES WITH RESPECT TO AMENDED PLAN OF REORGANIZATION OF EASY STREET PARTNERS, LLC AND WESTLB, AG DATED JUNE 16, 2010

Michael V. Blumenthal declares and states as follows:

1. I am a partner in the law firm of Crowell & Moring, co-counsel for Easy Street Partners, LLC ("Partners"). My business address is 590 Madison Avenue, 20th Floor, New York, New York 10022.

2. Pursuant to paragraph 2(C)(i)(b) of the Order (A) Approving Amended Disclosure Statement with Respect to Amended Plan of Reorganization of Easy Street Partners, LLC, Dated February 17, 2010, (B) Establishing a Record Date, (C) Approving Solicitation Procedures, (D) Approving Forms of Ballots and Voting Procedures, and (E) Approving Notice and Scheduling Confirmation Hearing (the "Order on Disclosure Statement and Voting"), holders of claims and interests entitled to vote on the plan of reorganization were required, in order for their Ballot to be counted in voting to accept or reject the plan, to deliver their executed and

completed "to Michael V. Blumenthal, Esq., Crowell & Moring, LLP 590 Madison Avenue, New York, NY 10022 (I) by first class mail, in the return envelope provided with each Ballot, (II) by overnight courier, or (III) by personal delivery so that it is <u>actually</u> <u>received</u> no later than Voting Deadline."

3. Pursuant to subsequent amendments to the Order on Disclosure Statement and Voting, the Voting Deadline was continued so that, under the last amended Order continuing hearing on confirmation and modifying certain deadlines set by the Order on Disclosure Statement and Voting, the Voting Deadline was fixed as June 17, 2010.

4. Pursuant to the Order on Disclosure Statement and Voting, as amended, I received and tabulated Ballots on the plan of reorganization. The results of the tabulation of properly completed and executed timely returned Ballots in Classes 1, 2, 4, and 5 are set forth in the Tabulation Report annexed hereto as Exhibit A. Ballots were also cast in Classes 6 and 7, and the results of the tabulation of Ballots in those Classes is also included in the Tabulation Report.

5. All Ballots received by me are stored in the offices of Crowell & Moring located at 590 Madison Avenue, 20th Floor, New York, New York 10022, and are available for inspection by the Court or any party in interest upon request.

I declare to the best of my knowledge and belief under penalty of perjury that the foregoing is true and correct.

DATED:  June 24, 2010

        /s/ Michael V. Blumenthal
MICHAEL V. BLUMENTHAL

# EXHIBIT A

# TABULATION REPORT

## SUMMARY

| CLASS | # | % | AMOUNT | % | # | % | AMOUNT | % | Options |
|---|---|---|---|---|---|---|---|---|---|
| | | ACCEPTING | | | | REJECTING | | | |
| 1 | 1 | 100% | $4,115,567.74 | 100% | 0 | 0% | $0.00 | 0% | |
| 2* | 1 | 50% | $1,500,000.00 | 85% | 1 | 50% | $264,587.52 | 15% | |
| 4 | 24 | 96% | $569,432.57 | 99.2% | 1 | 4% | $4,095.00 | .7% | OPTION 1: **9** <br> OPTION 2: **16** |
| 4 INSIDERS | 3 | 75% | $379,516.31 | 98.8% | 1 | 25% | $4,607.90 | 1.1% | |
| 5 | 35 | 100% | $9,231,346.06 | 100% | 0 | 0% | $0.00 | 0% | |
| 6** | 2 | N/A | N/A | N/A | 2 | N/A | N/A | N/A | |
| 7 | 1 | 100% | N/A | 100% | 0 | 0% | $0.00 | 0% | |
| **TOTAL:** | **67** | **93%** | **$18,671,314.68** | **90.72%** | **5** | **6.9%** | **$1,908,134.81** | **9.27%** | |

*\* Based upon communications among the parties, it is anticipated that the initial rejection and objection will be withdrawn at the Confirmation hearing, resulting in 100% acceptance in Class 2*

*\*\* Under the Plan this Class receives nothing and is deemed to reject; however, the last vote of these entities was to accept.*

# CLASS 1

| Name | Address | Class | Accept/ Reject | Voting Amount | Options 1 or 2 | Scheduled Amount | Scheduled Type | Claim filed Amount | Claim Type |
|---|---|---|---|---|---|---|---|---|---|
| WestLB AG | WestLB c/o James Winikor, Associate Director | 1 | Accept | 16,049,742.71 | | | | | |
| Total | | | | 16,049,742.71 | | | | | |

**CLASS 1
NUMBER OF VOTES: 1
100% ACCEPT - $16,049,742.71**

# CLASS 2

| Name | Address | Class | Accept/ Reject | Voting Amount | Options 1 or 2 | Scheduled Amount | Scheduled Type | Claim filed Amount | Claim Type |
|---|---|---|---|---|---|---|---|---|---|
| Jacobson National Group, Inc. | Michael Johnson, Esq. Jacobson National Group, Inc. 36 South State Street Salt Lake City, UT 84111 | 2 | Accept | 1,500,000 | | 0 | Secured | 1,477,7718.22 | Secured |
| Gunter Inc. dba Gunter Comfort Air | Gunter Inc. dba Gunter Comfort Air Jeffrey Shields Callister Nebeker & McCullough Zions Bank Building, Suite 900 10 East South Temple Salt Lake City, UT 84133 | 2 | * Reject until it is amended with Gunther's obj. to the Plan | 264,587.52 | | | | 264587.52 | Secured |
| | | | | | | | | | |
| TOTAL | | | | 1,764,587.52 | | | | | |

**CLASS 2**
**NUMBER OF VOTES: 2**
**1 ACCEPT - $1,500,000.00 (85%)**
**1 REJECT - $264,587.52 (15%)**
**Total: 1,764,587.52 (100%)**

*\* Based upon communications among the parties, it is anticipated that the initial rejection and objection will be withdrawn at the Confirmation hearing, resulting in 100% acceptance in Class 2*

A-3

# **CLASS 4**

| Name | Address | Class | Accept/ Reject | Voting Amount | Options 1 or 2 | Scheduled Amount | Scheduled Type | Claim filed Amount | Claim Type |
|---|---|---|---|---|---|---|---|---|---|
| Sarah E. Bacon **[DOES NOT COUNT – VOTED ON CLASS 4 BALLOT, BUT SHOULD BE CLASS 5 BALLOT – PER ORDER DATED 2/25/2010 REGARDING BALLOTS** | Sarah E. Bacon Teresa M. Wiss Trust 2952 Arabian Park City, UT 84060 | ~~4~~/5 | ~~Accept~~ | ~~304,028.00~~ | | 190.15 | Unsecured | 304,028.00 | Unsecured |
| Gateway Center LLC | Gateway Center W. james Tozer, Jr. Manager c/o Vectra management Group 424 West 33rd Street. Suite 540 New York, NY 10001-2614 | 4 | Accept | 144,009.60 | Option 2 | 10,319.65 | Unsecured | 16,577.98 | Unsecured and Secured |
| CBIZ | CBIZ E.J.Passey, Sr Managing Director 175 South West Temple Suite 650 Salt Lake City, UT 84101 | 4 | Accept | 41,010 | Option 2 | 36,145.00 | Unsecured | | |
| Klehr Harrison Harvey | Klehr Harrison Harvey Heather I. Levine, Partner 1835 Market Street Phil, PA 19103 | 4 | Accept | 55,602.50 | Option 2 | 55,620.50 | Unsecured | | |
| RussWoods LLC | RussWoods LLC Russell Crump, Owner 5148 N. Silver Springs Road Park City, UT 84098 | 4 | Accept | $745.00 | Option 2 | 20,694.67 | Unsecured | 745.00 | Unsecured |
| Peak Mobile Communications | Roger Mickelson, President Peak Mobile Communications, LLC 4910 S. Warehouse Road Salt Lake City, UT 84118-6354 | 4 | Accept | 135.53 | Option 2 | 135.53 | Unsecured | | |
| Park City Surveying | Christopher Pentes, CFO Park City Surveying Group, Inc. PO Box 682993 Park City, UT 84068 | 4 | Accept | 1915.00 | Option 1 | 1915.00 | Unsecured | | |
| Shaner Design, Inc | Tom Shaner, President Shaner Design, Inc. 614 Main Street, Suite 404 PO Box 4560 Park City, UT 84060 | 4 | **REJECT** | 4,095.00 | N/A | 4095.00 | Unsecured | | |
| McGladrey & Pullen | Janice A. Riend McGladrey & Pullen One South Wacker Dr. Ste. 800 Chicago, IL 60606-3392 | 4 | Accept | 15,000.00 | Option 2 | 15,000.00 | Unsecured | 15000.00 | Unsecured |
| Colorado Mountain News Media | Lori McCole, Business Manager Colorado Mountain News Media | 4 | Accept | 450.00 | Option 1 | 906.75 | Unsecured | | |

A-4

| Name | Address | Class | Accept/ Reject | Voting Amount | Options 1 or 2 | Scheduled Amount | Scheduled Type | Claim filed Amount | Claim Type |
|---|---|---|---|---|---|---|---|---|---|
| | PO Box 1500 200 Lindbergh Dr. Gypsum, CO 81637 | | | | | | | | |
| Muir Enterprises | Janoe Jeffs, Credit Manager Muir Enterprises 3575 W. 900 S. Salt Lake City, UT 84104-4543 | 4 | Accept | 3513.01 | Option 2 | 3283.36 | Unsecured | | |
| A.W. Marshall Co. | A.W. Marshall Co. Will A. Marshall, President 437 No. 500 West PO Box 16127 Salt Lake City, UT 84116-0127 | 4 | Accept | 510.24 | Option 1 | 298.83 | Unsecured | | |
| Goodrich & Thomas, CPAs | Doug Thomas, Partner Goodrich & Thomas, CPAs 3200 Park Center Drive Suite 1170 Costa Mesa, CA 92626 | 4 | Accept | 49,525.00 | Option 1 | 48300.00 | Unsecured | 49,525.00 | Unsecured |
| Elliott Workgroup Architecture | Craig Elliott, Principal Elliott Workgroup Architecture PO Box 3419 Park City, UT 84060 | 4 | Accept | 105,700.00 | Option 2 | 0 | | | |
| J.H. Haws | J.H. Haws, Credit Manager Revco Leasing 3244 South 300 West Salt Lake City, UT 84115 | 4 | Accept | 37,112.12 | Option 1 | 729.01 | Unsecured | | Unsecured |
| Scott J. Boberek | Scott J. Boberek, Executive Chief | 4 | Accept | 60.00 | Option 2 | 60.00 | Unsecured | | |
| Whitney Advertising & Design, Inc. | Robin Palazzo Whitney, V.P. Whitney Advertising & Design, Inc. 6410 N. Business Park Loop Road Suite H Park City, UT 84098 | 4 | Accept | 6,263.39 | Option 2 | 5,000.00 | Unsecured | 6,263.39 | Unsecured |
| G.M. Collin | Jacques Vezeau G.M. Collin 613 Route 3, Suite 100 Plattsburgh, NY 12901 | 4 | Accept | 958.78 | Option 2 | 890.60 | Unsecured | 400.00 | Unsecured |
| Target Labels & Packaging LLC | Craig Saunders, Controller Target Labels & Packaging LLC 40 West 3800 North Hyde Park, UT 84318 | 4 | Accept | 400.00 | Option 2 | 400.00 | Unsecured | 400.00 | Unsecured |
| Frank, Rimerman & Co., LLP | Larry Gentry, CFO Frank, Rimerman & Co., LLP One Embarcadero Center Suite 2410 San Francisco, CA 94111 | 4 | Accept | 4,180.65 | Option 2 | 4,030.00 | Unsecured | 0 (Mezz & Partners) | Unsecured |
| Hotel Amenities Resources | Roger G. Bloom Hotel Amenities Resources 200 Van Ness Avenue, Suite 801 San Francisco, CA 94109 | 4 | Accept | 888.62 | Option 2 | 888.62 | Unsecured | | |
| Millcreek Consulting | Stephen M. Brown | 4 | Accept | 100,044.00 | Option 1 | 100,044.00 | Unsecured | 100,044.00 | Unsecured |

| Name | Address | Class | Accept/ Reject | Voting Amount | Options 1 or 2 | Scheduled Amount | Scheduled Type | Claim filed Amount | Claim Type |
|---|---|---|---|---|---|---|---|---|---|
| | Millcreek Consulting 3017 East Kempner Road Salt Lake City, UT 84109 | | | | | | | | |
| Air Filter Sales & Service, Inc. | Larry Goudriaan, President Air Filter Sales & Service, Inc. 255 West 2950 South Salt Lake City, UT 84115 | 4 | Accept | 672.88 | Option 2 | 672.88 | Unsecured | 672.88 | Unsecured |
| Sugar House Awning | D. Clark Sevy, Jr., Secretary Sugar House Awning 7526 South State Street Midvale, UT 84047 | 4 | Accept | 57.70 | Option 1 | 57.70 | Unsecured | | |
| Pacific Seafood | Jennie J. Flanery Pacific Seafood PO Box 97 Clackamas, OR 97015 | 4 | Accept | 138.55 | N/A | 1,091.12 | Unsecured | 809.21 Pri 138.55 Unknown | Priority & Unknown |
| Squire & Company Voting amount $544.43 DO NOT COUNT AS A VOTE, - SEE BELOW | Ray Chipman, Audit Manager Squire Audit & Tax 1329 South 800 East Orem, UT 84097-7700 | 4 | Accept | See below | Option 2 | 544.43 | Unsecured | 540.00 | Unsecured |
| Squire & Company (Corrected- See Above) | Ray Chipman, Audit Manager Squire Audit & Tax 1329 South 800 East Orem, UT 84097-7700 | 4 | Accept | 540.00 | Option 2 | 544.43 | Unsecured | 540.00 | Unsecured |
| | | | | | | | | | |
| **TOTAL** | | | | $573,527.57 | | | | | |

**CLASS 4**
**NUMBER OF VOTES: 25**
**24 ACCEPT - $569,432.57 (99.28%)**
**1 REJECT - $4,095.00 (.72%)**
**Total: 573,527.57 (100%)**

# CLASS 4 INSIDERS

| Name | Address | Class | Accept/ Reject | Voting Amount | Options 1 or 2 | Scheduled Amount | Scheduled Type | Claim filed Amount | Claim Type |
|---|---|---|---|---|---|---|---|---|---|
| WIckline | Wickline c/o Snow Christensen & Martineau Nathan R. Skeen, Atty for Voter 10 Exchange Place 11th Floor Salt Lake City, UT 84111 | 4 | **REJECT** | 4,607.90 | Option 2 | 4607.90 | Unsecured | 4607.90 | Unsecured |
| Philo Smith Jr. | Philo Smith Jr. | 4 | Accept | 237,000.00 | Option 1 | 237,000.00 | Unsecured | 237,000.00 | Unsecured |
| William Shoaf **(Dated 6/12/10 SUPERSEDES PRIOR BALLOTS)** | William Shoaf 1776 Park Avenue Park City, UT 84060-5125 | 4 | Accept | 67,795.20 | Option 1 | 18,385.20 | Unsecured | 43385.20 | Unsecured |
| Luxury Residence Group **(Dated 6/12/10 SUPERSEDES PRIOR BALLOTS)** | Luxury Residence Group c/o Carrie Shoaf, Manager 1776 Park Avenue Park City, UT 84060-5125 | 4 | Accept | 74,721.11 | Option 1 | 74,721.11 | Unsecured | 74,721.11 | Unsecured |
| **TOTAL** | | | | **384,124.21** | | | | | |

**CLASS 4 INSIDERS**
**NUMBER OF VOTES: 4**
**3 ACCEPT - $379,516.31 (98.8%)**
**1 REJECT - $4,607.90 (1.19%)**
**Total: $384,124.21 (100%)**

A-7

# CLASS 5

| Name | Address | Class | Accept/ Reject | Voting Amount | Options 1 or 2 | Scheduled Amount | Scheduled Type | Claim filed Amount | Claim Type |
|---|---|---|---|---|---|---|---|---|---|
| Mountain Seas Dev. Ltd. **And** Suzanne Harris | Suzanne Harris **and** Mountain Seas Dev. Ltd. 2200 Park Avenue, Bk/B Park City, UT 84060 | 5 | Accept | 190.15 | | 190.15 | Unsecured | 238449.00 | Unsecured |
| Graham Wagner | Graham Wagner PO Box 6800136 Park City, UT 84068 | 5 | Accept | 269,621.00 | | 247.29 | Unsecured | 269621.00 | Unsecured |
| Stephen Elrick | Stephen Elrick PO Box 3592 Park City, UT 84060 | 5 | Accept | 326,689..00 | | 0 | | 326689.00 | Unsecured |
| Charles F. Raeburn | Charles F. Raeburn | 5 | Accept | 414,858.00 | | 455.72 | Unsecured | 414858.00 | Unsecured |
| Vicki P. Raeburn | Vicki P. Raeburn | 5 | Accept | 999950 | | | | See above | See above |
| Philip S. Yuan | Philip S. Yuan Memorial Orthopedic Surgical Group 2760 Atlantic Avenue Long Beach, CA 90806 | 5 | Accept | 4500.00 | | 0 | | 405404.00 | Unsecured |
| The Sky Lodge | Constance Fletcher Hindle William A. Hindle | 5 | Accept | 440,000.00 | | 0 | | | |
| Donald Porteous | Donald Porteous | 5 | Accept | 434,934.00 | | 0 | | 434934.00 | Unsecured |
| Luxury Residence Group | Carrie Shoaf, Trustee William H. Shoaf, Trustee Luxury Residence Group 693 Main Street PO Box 1225 Park City, UT 84060 | 5 | Accept | 197,000.00 | | 74,721.11 | Unsecured | 74,721.11 | Unsecured |
| Whitney Advertising and Design Inc. | Jim & Robin Whitney Whitney Advertising and Design Inc. 6410 N. Business Park Loop Road Suite H Park City, UT 84098 | 5 | Accept | 195,976.00 | | 5,000.78 | Unsecured | 6263.39 and 195976.00 | Unsecured |
| Charles H. Silverman | Charles Silverman 1503 Hayfield Dr. Yardley, PA 19067 | 5 | Accept | 269,621.00 | | 0 | | 269621.00 | Unsecured |
| Louis Walton Mark C. Kramer | Louise Walton Mark C. Kramer 390 Big Dutch Drive Deer Mountain, UT 84036 | 5 | Accept | 217,751.00 | | 0 | | 217751.00 | Unsecured |
| Claudia McMullin Timothy Douglas | Claudia McMullin Timothy Douglas 1565 Little Lake Drive Park City, UT 84098 | 5 | Accept | 252,826.00 | | 153.30 | Unsecured | | |

A-8

| Name | Address | Class | Accept/ Reject | Voting Amount | Options 1 or 2 | Scheduled Amount | Scheduled Type | Claim filed Amount | Claim Type |
|---|---|---|---|---|---|---|---|---|---|
| Francine Wynn | Francine Wynn 115 Roadrunner Irvine, CA 92603 | 5 | Accept | 309,332.00 | | 0 | | 309332.00 | Unsecured |
| David Stark | David Stark 4766 Murfreesboro Rd Arrington, TN 37014-9166 | 5 | Accept | 260,000.00 | | 205.73 | Unsecured | 260000.00 | Unsecured |
| Ken Yonemura Grace Noda | Ken Yonemura Grace Noda 5529 E. Pioneer Fork Rd Salt Lake City, UT 84108-1682 | 5 | Accept | 390,146.00 | | 0 | | 390146.00 | Unsecured |
| Merrick L. Gross Rosa S. Gross | Merrick L. Gross Rosa S. Gross 100 SE 2nd Street Suite 4000 Miami, FL 33131 | 5 | Accept | 280,006.00 | | 0 | | 2800006.000 | |
| Laguna Nursery | Nelson Coates Ruben Flores Laguna Nursery 1370 South Coast Hwy Laguna Beach, CA 92651 | 5 | Accept | 466,739.00 | | 0 | | 466739.00 | Unsecured |
| Kevin R. McCarthy | Kevin R. McCarthy PO Box 680608 Park City, UT 84068-0608 | 5 | Accept | 397.36 | | 397.36 | Unsecured | 247275.00 | Unsecured |
| Lovejoy Sky Lodge LLC | Patricia Lovejoy Lovejoy Sky Lodge LLC 48 Burying Hill Rd. Greenwich, CT 06831 | 5 | Accept | 548.55 | | 548.55 | Unsecured | 404582.00 | Unsecured |
| William S. Escudier | William S. Escudier 1121 W Cypress Dr. Arlington Hts, IL 60005-3017 | 5 | Accept | 290,370.00 | | 739.18 | Unsecured | 290370.00 | Unsecured |
| Bank Living Trust | Marshall Bank, Trustee Bank of Living Trust 62464 E Northwood Road Tucson, AZ 85739 | 5 | Accept | Unliquidated | | 190.78 | Unsecured | 0 | Unliquidated |
| Stephen Allis | Stephen Allis 311 C Street, NE Washington, DC 20002 | 5 | Accept | 425,679.00 | | 0 | | 425679.00 | Unsecured |
| Lisa A. Bugajski | Lisa A. Bugajski, Trustee Adobe Systems, Inc. 345 Park Avenue, San Jose, CA 95110 | 5 | Accept | 414,858.00 | | 0 | | 414858.00 | Unsecured |
| Ann M. Guernsey | Ann M. Guernsey Walbro Engine Management 7400 North Oracle Road, Suite 310 Tucson, Arizona 85704-6342 | 5 | Accept | 4,500.00 | | 1,905.53 | Unsecured | 280006.00 | Unsecured |
| Brian D. Althaver | Brian D. Althaver Jabil Circuit, Inc. 10560 Martin Luther King Street St. Petersburg, FL 33716 | 5 | Accept | 4500.00 | | 190.15 | Unsecured | 248873.00 | Unsecured |

| Name | Address | Class | Accept/Reject | Voting Amount | Options 1 or 2 | Scheduled Amount | Scheduled Type | Claim filed Amount | Claim Type |
|---|---|---|---|---|---|---|---|---|---|
| Brian & Teri Laidlaw | Brian & Teri Laidlaw 29642 Novacella (unit 209C) LN., CA 92677 | 5 | Accept | 0 | | 0 | | 364114.00 | Unsecured |
| Hop to it | Alan Michael Kessler Hop to it Trust 350 South ?? road Palm Beach , FL 33480 | 5 | Accept | 238,499.00 | | 0 | | 238499.00 | Unsecured |
| Skyboozers | Skyboozers 625 Main Street PO Box 1226 Park City, UT 84060 | 5 | Accept | 228,125.00 | | 124.22 | Unsecured | 228125.00 | Unsecured |
| Tracy McCarthy | Tracy McCarthy Lloyd Banking Group PLC 48 Chiswell Street London, EC1Y4XX | 5 | Accept | 303,412.00 | | 0 | | 303412.00 | Unsecured |
| Robert K. Simons | Robert K. Simons 1181 Lime Canyon Road Midway, UT 84049 | 5 | Accept | 435,606.00 | | 494.60 | Unsecured | 435606.00 | Unsecured |
| Dena Fleming & Steve Chin | Dena Fleming & Steve Chin 2200 Park Avenue, Building B Park City, UT 8460 | 5 | Accept | 402,678.00 | | 0 | | 402678.00 | Unsecured |
| Yvette & Amer Soudani | Yvette & Amer Soudani 1650 Mesa Ridge Avenue Westlake, Village, CA 91362 | 5 | Accept | 2,250.00 | | 0 | | 499900.00 | Unsecured |
| Deborah DePaoli/Janis Ferraris | Deborah DePaoli/Janis Ferraris 710 B. 13th Fl Pux., AZ 85020 | 5 | Accept | 474,038.00 | | 0 | | 474,038.00 | Unsecured |
| St. Helena Shipping Co. | Bill Lamkin St. Helena Shipping Co 1241 Adams Street St. Helena, CA 94574 | 5 | Accept | 1,275,696.00 | | 611.55 | Unsecured | 840,464.00 | Unsecured |
| | | | | | | | | | |
| **TOTAL** | | | | **9,231,346.06** | | | | | |

**CLASS 5
NUMBER OF VOTES: 35
35 ACCEPT - $9,231,346.06 (100%)**

# **CLASS 6\*\***

| Name | Address | Class | Accept/ Reject | Voting Amount | Options 1 or 2 | Scheduled Amount | Scheduled Type | Claim filed Amount | Claim Type |
|---|---|---|---|---|---|---|---|---|---|
| Cloud Nine SL Development **(Dated 6/12/10 SUPERSEDES PRIOR BALLOTS)** | William Shoaf, Manager Cloud Nine SL Development 1776 Park Avenue Park City, UT 84060-5125 | 4 | Accept | 1,822,313.00 | Option 1 | 1,368,213.00 & 366,631.39 | Unsecured | 1,305,413.00, 372,193.00, 1,641,013.06; 366631.39 | Unsecured |
| Cloud Nine SL Management **(Dated 6/12/10 SUPERSEDES PRIOR BALLOTS)** | William Shoaf, Manager Cloud Nine SL Management 1776 Park Avenue Park City, UT 84060-5125 | 4 | Accept | 1,053,139.00 | Option 1 | 1,368,213.00 & 366,631.39 | Unsecured | 1,305,413.00, 372,193.00, 1,641,013.06; 366631.39 | Unsecured |
| Cloudnine Resorts-Sky Lodge Mgmt, LLC by Wickline **(Dated May 14, 2010)** | Cloudnine Resorts-Sky Lodge Mgmt, LLC by Alchemy Ventures Trust and David Wickline Nathan R. Skeen, Atty for Voter c/o Snow Christensen & Martineau 10 Exchange Place, 11th Floor Salt Lake City, UT 84111 | 4 | **REJECT (See Plan ¶5.4)** | 366,631.39 | N/A | 366,631.39 | Unsecured | 366,631.39 | Unsecured |
| Cloudnine Resorts-Sky Lodge Development, LLC by Wickline **(Dated May 14, 2010)** | Cloudnine Resorts-Sky Lodge Development, LLC by Alchemy Ventures Trust and David Wickline Nathan R. Skeen, Atty for Voter c/o Snow Christensen & Martineau 10 Exchange Place, 11th Floor Salt Lake City, UT 84111 | 4 | **REJECT (See Plan ¶5.4)** | 1,268,213.00 | N/A | 1,268,213.00 | Unsecured | 1,641,013.06 | Unsecured |
|  |  |  |  | 4,510,296.39 |  |  |  |  |  |

*\*\* Under the Plan this Class receives nothing and is deemed to reject; however, the last vote of these entities was to accept.*

A-11

# CLASS 7

| Name | Address | Class | Accept/ Reject | Voting Amount | Options 1 or 2 | Scheduled Amount | Scheduled Type | Claim filed Amount | Claim Type |
|---|---|---|---|---|---|---|---|---|---|
| Easy Street Mezzanine, LLC | Easy Street Mezzanine, LLC | 6̶ 7 | Accept | N/A | | | | | |
| | | | | | | | | | |

> **CLASS 7**
> **NUMBER OF VOTES: 1**
> **1 ACCEPT - $N/A (100%)**