Jeffrey Weston Shields (USB # 2948)
Lon A. Jenkins (USB # 4060)
Troy J. Aramburu (USB # 10444)
**JONES WALDO HOLBROOK & McDONOUGH, PC**
170 South Main Street, Suite 1500
Salt Lake City, UT 84101
Telephone: (801)521-3200
Facsimile:  (801) 328-0537
Email:  jshields@joneswaldo.com
        lajenkins@joneswaldo.com
        taramburu@joneswaldo.com
*Attorneys for the Unsecured Creditors' Committee*

### IN THE UNITED STATES BANKRUPTCY COURT
### DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>**EASY STREET HOLDINGS, LLC, et al.**<br><br>Debtors. | **Bankruptcy No. 09-29905**<br><br>Jointly Administered with Cases:<br>09-29907 RKM and 09-29908 RKM<br><br>Chapter 11<br><br>Honorable R. Kimball Mosier<br><br>[Filed Electronically] |

### NOTICE OF CONTINUED HEARING ON APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO EMPLOY VICI CAPITAL PARTNERS AS RESTRUCTURING ADVISOR

The Official Committee of Unsecured Creditors (the **"Committee"**) of the above-captioned debtors' ("**Debtors**") pending chapter 11 cases has filed its *Application of Official Committee of Unsecured Creditors to Employ Vici Capital Partners as Restructuring Advisor* (the "**Motion**"), in which the Committee seeks to employ Vici Capital Partners.

937529\1

A hearing on the Motion was previously scheduled to be held before the Honorable R. Kimball Mosier, United States Bankruptcy Court Judge, on June 25, 2010 at 10:00 a.m. The hearing has been continued without date.

DATED: June 30, 2010.

**JONES WALDO HOLBROOK & MCDONOUGH**

/s/ Lon A. Jenkins
Jeffrey W. Shields
Lon A. Jenkins
Troy J. Aramburu
*Attorneys for the Unsecured Creditors' Committee*