Douglas J. Payne, #4113
Robert J. Dale, #0808
Bradley L. Tilt, #7649
FABIAN & CLENDENIN,
  A Professional Corporation
215 South State, Suite 1200
Salt Lake City, Utah 84111-2323
dpayne@fabianlaw.com
rdale@fabianlaw.com
btilt@fabianlaw.com
Telephone: (801) 531-8900
Fax: (801) 596-2814

*Attorneys for Certain Fractional Unit Owners*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In Re:<br><br>EASY STREET HOLDING, LLC, *et al.*<br><br>Debtors. | Bankruptcy Case No. 09-29905<br>Jointly Administered with Cases 09-29907 and 09-29908<br><br>Chapter 11<br><br>Honorable R. Kimball Mosier<br><br>***EX PARTE* REQUEST FOR REMOVAL OF ROBERT J. DALE ONLY FROM THE MAILING MATRIX**<br>**(for Robert J. Dale only and NOT the law firm of Fabian & Clendenin, P.C.)** |

Robert J. Dale hereby requests that he, for himself only and NOT for the law firm of

Fabian & Clendenin, P.C., on account of his recent appointment and confirmation to be a district

court judge for the Second District Court, State of Utah, be removed from the mailing matrix and

ECF service list as legal counsel for Certain Fractional Unit Owners in the above-entitled action.

2

Douglas J. Payne and Bradley L. Tilt of Fabian & Clendenin, P.C. therefore remain as the only attorneys of record for the FDIC in the above-entitled action.

All parties and counsel herein, and the court, should continue to direct and otherwise serve all pleadings, notices, documents, papers and other material relating to the above-captioned action to and upon:

> Douglas J. Payne
> Bradley L. Tilt
> FABIAN & CLENDENIN, P.C.
> 215 South State, Suite 1200
> Salt Lake City, Utah 84111-2323

DATED this 1st day of July, 2010.

      /s/ Bradley L. Tilt_____
Robert J. Dale
Douglas J. Payne
Bradley L. Tilt

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **EX PARTE REQUEST FOR REMOVAL OF ROBERT J. DALE ONLY FROM THE MAILING MATRIX (for Robert J. Dale only and NOT the law firm of Fabian & Clendenin, P.C.)** was served on all parties and counsel noted in the Court's ECF service list this 1st day of July, 2010.

/s/ Bradley L. Tilt