Jeffrey W. Shields (USB #2948)
Lon A. Jenkins (USB #4060)
Troy J. Aramburu (USB #10444)
**JONES WALDO HOLBROOK & McDONOUGH, PC**
170 South Main Street, Suite 1500
Salt Lake City, Utah 84101
Telephone: (801) 521-3200
Email: jshields@joneswaldo.com
ljenkins@joneswaldo.com
taramburu@joneswaldo.com

*Counsel to Unsecured Creditors' Committee*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH**

| In re: | Bankruptcy No.09-29905 |
|---|---|
| **EASY STREET HOLDING, LLC et al.,** Debtor. | (Jointly Administered with Cases 09-29907 and 09-29908) |
| | Chapter 11 |
| | Honorable R. Kimball Mosier |
| | **CERTIFICATE OF SERVICE** |

I hereby certify that on June 30, 2010 I caused to be served a true and correct copy of the *Notice of Continued Hearing on Application of the Official Committee of Unsecured Creditors to Employ Vici Capital Partners as Restructuring Advisor* upon the parties listed at Exhibit A via first class U.S. mail, postage prepaid, and via ECF Notification to the following:

- Kenneth L. Cannon    kcannon@djplaw.com, khughes@djplaw.com
- Scott A. Cummings    cummings.scott@dorsey.com
- Bastiaan Coebergh    coebergh@wasatchlaw.com, oborn@wasatchlaw.com, brian@wasatchlaw.com

- George B. Hofmann   gbh@pkhlawyers.com, dh@pkhlawyers.com
- Mary Margaret Hunt    hunt.peggy@dorsey.com, wardle.gay@dorsey.com
- Annette W. Jarvis   jarvis.annette@dorsey.com, smith.ron@dorsey.com;slc.lit@dorsey.com;brown.patricia@dorsey.com
- Michael R. Johnson   mjohnson@rqn.com, agale@rqn.com
- Anthony C. Kaye   kaye@ballardspahr.com
- Benjamin J. Kotter   kotter.benjamin@dorsey.com
- David E. Leta  delta@swlaw.com, wsmart@swlaw.com
- Adelaide Maudsley    maudsley@chapman.com, jemery@chapman.com
- Steven J. McCardell    smccardell@djplaw.com, khughes@djplaw.com
- John T. Morgan tr    john.t.morgan@usdoj.gov, james.gee@usdoj.gov
- David W. Overholt    doverholt@rsolaw.com, abachman@rsolaw.com
- Douglas J. Payne  dpayne@fabianlaw.com, jshowalter@fabianlaw.com
- Jessica G Peterson    jpeterson@djplaw.com
- Knute Rife    karife@rifelegal.com
- Jeffrey L. Shields    jlshields@cnmlaw.com, njpotter@cnmlaw.com
- Bradley L. Tilt  btilt@fabianlaw.com, rmellor@fabianlaw.com
- United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
- Kim R. Wilson   bankruptcy_krw@scmlaw.com

2

937791.1

DATED: July 2, 2010.

          **JONES WALDO HOLBROOK & McDONOUGH, PC**

          By: /s/Lon A. Jenkins
              Jeffrey W. Shields
              Lon A. Jenkins
              Troy J. Aramburu

937791.1

2

# EXHIBIT A

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1088-2<br>Case 09-29905<br>District of Utah<br>Salt Lake City<br>Thu Jul 1 17:47:43 MDT 2010 | AT&T Mobility<br>PO Box 6463<br>Carol Stream, IL 60197-6463 | ATIV Corporation<br>722 Nardo Rd<br>Encinitas, CA 92024-3827 |
| AXIS Group<br>84 Route 347<br>Port Jefferson Station, NY 11776-2627 | Alchemy Ventures Group, LLC<br>c/o Kim R. Wilson<br>Snow, Christensen & Martineau<br>P. O. Box 45000<br>Salt Lake City, UT 84145-5000 | Alchemy Ventures Trust<br>17575 Fitzpatrick Lane<br>Occidental, CA 95465-9355 |
| Alliance Abroad Group LP<br>1221 South Mopac Expressway, Suite 100<br>Austin, TX 78746-7615 | Alpine Adventures<br>3020 North Federal Highway # 10<br>Fort Lauderdale, FL 33306-1451 | American Express Travel Relate<br>2840 South 123rd Court<br>Omaha, NE 68144-3977 |
| American Ski & Board Association<br>686 NW York<br>Bend, OR 97701-9732 | Anthony S. Fiotto<br>Eric D. Lemont<br>Goodwin Procter LLP<br>53 State Street<br>Boston, MA 02109-2881 | Appraisal Group, Inc.<br>Attn: Paul W. Throndsen, MAI<br>7396 S Union Park Avenue, #301<br>Midvale, UT 84047-6703 |
| Troy J. Aramburu<br>Jones Waldo Holbrook & McDonough PC<br>170 South Main Street<br>Suite 1500<br>Salt Lake City, UT 84101-1644 | BDRC 4 Site, LLC<br>Attn: Bryan W. Dorsey<br>305 NE Loop 820, Ste 109<br>Hurst, TX 76053-7211 | BayNorth Realty Fund<br>Bay North Capital, LLC<br>Attn:Charles J. Flint<br>One Financial Center, Floor 23<br>Boston, MA 02111-2621 |
| Michael V. Blumenthal<br>Crowell & Moring LLP<br>590 Madison Avenue, 20th Floor<br>New York, NY 10022-2544 | Business Technology Consulting<br>Rob Stevenson<br>957 East 1300 South<br>Salt Lake City, UT 84105-1856 | CBIZ<br>175 S West Temple, Suite 650<br>Salt Lake City, UT 84101-1422 |
| Kenneth L. Cannon II<br>Durham Jones & Pinegar<br>111 East Broadway, Suite 900<br>P O Box 4050<br>Salt Lake City, UT 84110-4050 | Christina M. Craige, Esq.<br>Sidley Austin LLP<br>555 West Fifth Street<br>Los Angeles, CA 90013-1010 | Christopher B. Barker, Esq.<br>Goodwin Procter LLP<br>53 State Street<br>Boston, MA 02109-2881 |
| Cloudnine Resorts-Sky Lodge Development<br>Kim R Wilson<br>Snow, Christensen & Martineau<br>PO Box 45000<br>SLC, UT 84145-5000 | Bastiaan Coebergh<br>Wrona Law Offices, P.C.<br>1816 Prospector Ave<br>Suite 100<br>Park City, UT 84060-7481 | Committee of Unsecured Creditors<br>Jones Waldo Holbrook & McDonough<br>170 South Main<br>Suite 1500<br>Salt Lake City, UT 84101-1644 |
| Crowell & Moring LLP<br>590 Madison Avenue, 20th Floor<br>New York, NY 10022-2544 | Scott A. Cummings<br>Dorsey & Whitney LLP<br>136 South Main Street<br>Suite 1000<br>Salt Lake City, UT 84101-1685 | Cushman & Wakefield<br>50 Broad Street<br>New York NY 10004-2307 |
| David L. Wickline<br>c/o Kim R. Wilson<br>Snow, Christensen & Martineau<br>P. O. Box 45000<br>Salt Lake City, UT 84145-5000 | David Wickline<br>17575 Fitzpatrick Land<br>Occidental, CA 95465-9355 | Diane H Banks<br>Fabian & Clendenin<br>215 South State Street #1200<br>SLC, UT 84111-2323 |

Drew A. Norman, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013-1010

Durham Jones & Pinegar, P.C.
Attn: Kenneth L. Cannon II
P O Box 4050
Salt Lake City, UT 84110-4050

EM Systems
PO Box 540783 North
Salt Lake City, UT 84054-0783

Easy Street Holding, LLC
4780 Winchester Court
Park City, UT 84098-7528

Easy Street Mezzanine, LLC
4780 Winchester Court
Park City, UT 84098-7528

Easy Street Partners, LLC
4780 Winchester Court
Park City, UT 84098-7528

Steven B. Eichel
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022-2544

Elliott Workgroup
Attn: Craig Elliott
P O Box 3419
Park City, UT 84060-3419

FedEx
PO Box 7221
Pasadena, CA 91109-7321

Five 9's Communication
PO Box 348
Roy, UT 84067-0348

Fog River Fisheries
9554 Wells Circle, Suite A
West Jordan, UT 84081-6225

Fragen Ronald A.
64893 Saragossa
Palm Springs CA 92264-0221

Frank Rimerman & Co. LLP
60 South Market Street Ste 500
San Jose, CA 95113-2356

Gateway Center, LLC
c/o Resort Commercial Property Mgmt
1415 Lowell Avenue
P.O. Box 682152
Park City, UT 84068-2152

Gateway Center, LLC
c/o Commerce
32 West 200 South, Suite 501
Salt Lake City, UT 84101-1603

Gemstone Hotels & Resorts, LLC
Attn: Jeff McIntyre, Principal
1912 Sidewinder Drive, #104
Park City, UT 84060-7366

Get Fresh
1548 18th Street
Santa Monica, CA 90404-3404

Goodrich & Thomas, CPAs
3200 Park Center Drive Suite 1170
Costa Mesa, CA 92626-7153

Corbin B. Gordon
345 West 600 South, Suite 108
Heber City, UT 84032-2282

Brian W. Harvey
Goodwin Procter LLP
The New York Time Building
620 Eighth Avenue
New, NY 10018-1618

George B. Hofmann
Parsons Kinghorn & Harris
111 East Broadway
11th Floor
Salt Lake City, UT 84111-5225

Mary Margaret Hunt
Dorsey & Whitney LLP
136 South Main Street
Suite 1000
Salt Lake City, UT 84101-1685

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

Jacobsen Construction
PO Box 27608
Salt Lake City, UT 84127-0608

Jacobsen National Group, Inc.
c/o Michael R. Johnson, Esq.
Ray Quinney & Nebeker P.C.
36 South State Street, Suite 1400
Salt Lake City, Utah 84111-1451

Annette W. Jarvis
Dorsey & Whitney LLP
136 South Main Street
Suite 1000
Salt Lake City, UT 84101-1685

Lon A. Jenkins
Jones Waldo Holbrook & McDonough
170 South Main St.
Suite 1500
Salt Lake City, UT 84101-1644

Michael R. Johnson
Ray Quinney & Nebeker P.C.
36 South State Street
Suite 1400
P.O. Box 45385
Salt Lake City, UT 84145-0385

Jones Waldo Holbrook & McDonough, P.C.
170 S. Main Street
Suite 1500
Salt Lake City, UT 84101-1644

Anthony C. Kaye
Ballard Spahr Andrews & Ingersoll, LLP
201 South Main Street
Suite 600
Salt Lake City, UT 84111-2212

| | | |
|---|---|---|
| Klehr, Branzburg & Ellers LLP<br>Attn: William A Harvey,Esquire<br>260 South Broad St,<br>Philadelphia, PA 19102-5021 | Benjamin J. Kotter<br>Dorsey & Whitney, LLP<br>136 South Main Street<br>Suite 1000<br>Salt Lake City, UT 84101-1685 | Les Olson Company<br>PO Box 65598<br>Salt Lake City, UT 84165-0598 |
| David E. Leta<br>Snell & Wilmer<br>15 West South Temple<br>Suite 1200<br>Salt Lake City, UT 84101-1547 | Luxury Residence Group<br>P O Box 1225<br>Park City, UT 84060-1225 | Adelaide Maudsley<br>Chapman and Cutler LLP<br>201 South Main Street<br>Suite 2000<br>Salt Lake City, UT 84111-2298 |
| Steven J. McCardell<br>Durham Jones & Pinegar<br>111 East Broadway, Suite 900<br>P O Box 4050<br>Salt Lake City, UT 84110-4050 | McGladrey and Pullin<br>One South Wacker Drive, Suite 800<br>Chicago, IL 60606-4650 | Media One of Utah<br>4770 South 5600 West<br>West Valley City, UT 84118-7400 |
| Merrit & Harris<br>301 E Glenoaks Blvd. Suite 4<br>Glendale CA 91207-2115 | Millcreek Consulting<br>3017 East Kempner Rd<br>Salt Lake City UT 84109-3654 | John T. Morgan tr<br>US Trustees Office<br>Ken Garff Bldg.<br>405 South Main Street<br>Suite 300<br>Salt Lake City, Ut 84111-3402 |
| Muir Copper Canyon Farms<br>PO Box 26775<br>Salt Lake City, UT 84126-0775 | N. Allen Taylor<br>Taylor Capital Management<br>6641 North Paseo Tamayo<br>Tucson, AZ 85750-1228 | Open Table Inc<br>PO Box 49322<br>San Jose, CA 95161-9322 |
| David W. Overholt<br>Richer & Overholt, PC<br>901 West Baxter Drive<br>South Jordan, UT 84095-8687 | Park Avenue Travel<br>11 Park Avenue<br>Swathomre, PA 19081-1596 | Park City I, LLC<br>c/o George B. Hofmann<br>Parsons Kinghorn Harris<br>111 E. Broadway, 11th Floor<br>Salt Lake City, UT 84111-5225 |
| Park City Surveying<br>P O Box 682993<br>Park City, UT 84068-2993 | Douglas J. Payne<br>Fabian & Clendenin<br>215 South State Street<br>Suite 1200<br>Salt Lake City, UT 84111-2323 | Peak Mobile Communications<br>4910 South Warehouse Road<br>Salt Lake City, UT 84118-6354 |
| Jessica G Peterson<br>Durham Jones & Pinegar<br>111 East Broadway, Suite 900<br>PO Box 4050<br>Salt Lake City, UT 84110-4050 | Philo Smith Jr. Trust<br>684 Glenneyre Street<br>Laguna Beach, CA 92651-2420 | Pitney Bowes<br>PO Box 856390<br>Louisville, KY 40285-6390 |
| Qwest Inc.<br>P O Box 29040<br>Phoenix, AZ 85038-9040 | Richard W. Havel, Esq.<br>Sidley Austin LLP<br>555 West Fifth Street<br>Los Angeles, CA 90013-1010 | Knute Rife<br>Wrona Law Offices<br>11650 S. State<br>Suite 103<br>Draper, UT 84020-7144 |
| Rocky Mountain Power<br>PO Box 25308<br>Salt Lake City UT 84125-0308 | Securities & Exchange Commission<br>Attn: Bankruptcy Dept.<br>44 Montgomery St # 1100<br>San Francisco, CA 94104-4613 | Sheri P. Chromow, Esq.<br>Katten Muchin Rosenman LLP<br>575 Madison Avenue<br>New York, NY 10022-2585 |

| | | |
|---|---|---|
| Jeffrey L. Shields<br>Callister Nebeker & McCullough<br>Zions Bank Building, Suite 900<br>10 East South Temple<br>Salt Lake City, UT 84133-1101 | Jeffrey Weston Shields<br>Jones Waldo Holbrook & McDonough<br>170 South Main Street<br>Suite 1500<br>Salt Lake City, UT 84101-1644 | Sky Lodge Holdings, LLC<br>c/o David E. Leta<br>Snell & Wilmer<br>15 West South Temple<br>Suite 1200<br>Salt Lake City, UT 84101-1547 |
| Staples Credit Plan<br>Dept 51-7861136819<br>PO Box 689020<br>Des Moines, IA 50368-9020 | State Office of Recovery Services<br>515 East 100 South<br>P O Box 45033<br>Salt Lake City, UT 84145-0033 | State of Utah<br>Office of the Attorney General<br>Tax & Revenue Division<br>P O Box 40874<br>Salt Lake City, UT 84114-0874 |
| Summit Business Services<br>Attn: Chipper Leonard<br>4130 Hilltop Ct<br>Park City, UT 84098-4715 | Summit County Treasurer<br>60 North Main<br>PO Box 128<br>Coalville, UT 84017-0128 | Sundance Partners, Ltd.<br>Ballard Spahr<br>One Utah Center<br>Suite 800<br>201 South Main Street<br>Salt Lake City, Ut 84111-2221 |
| The Park Record<br>PO Box 3688<br>Park City, UT 84060-3688 | Paul W. Throndsen<br>Appraisal Group, Inc.<br>7396 South Union Park Avenue, Suite 301<br>Salt Lake City, UT 84047 | Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street, 12th Floor<br>PO Box 510210<br>Salt Lake City, UT 84111-2319 |
| Timothy G. Little, Esq.<br>Katten Muchin Rosenman LLP<br>575 Madison Avenue<br>New York, NY 10022-2585 | Tom Shaner<br>Shaner Design, Inc.<br>PO Box 4560<br>Park City, UT 84060-4560 | Union Square Home Owners Association<br>PO Box 683300<br>Park City UT 84068-3300 |
| United States Trustee<br>Ken Garff Bldg.<br>405 South Main Street<br>Suite 300<br>Salt Lake City, UT 84111-3402 | Utah Dept of Workforce Services<br>P O Box 45249<br>Salt Lake City, UT 84145-0249 | Utah Dept-Alcoholic Beverage Control<br>1625 South 900 West<br>PO Box 30408<br>Salt Lake City, UT 84130-0408 |
| Utah State Tax Commission Sales Tax<br>210 North 1950 West<br>Salt Lake City, UT 84134-9000 | Virtuoso, Ltd<br>PO Box 99358<br>Fort Worth, TX 76199-0358 | West LB AG, New York Branch<br>Attn: Christian Ruehmer<br>1211 Avenue of the Americas, 24th Flr<br>New York, NY 10036-8705 |
| West LB AG, New York Branch<br>Attn: Duncan Robertson<br>1211 Sixth Avenue, 25th Floor<br>New York, NY 10036-8705 | West LB AG, New York Branch<br>Attn: James Winikor<br>1211 Sixth Avenue, 25th Floor<br>New York, NY 10036-8705 | West LB AG, New York Branch<br>Attn: Jeff Nelson<br>1211 Avenue of the Americas, 24lh FIr<br>New York, NY 10036 |
| William D. Ellis, Esq.<br>Sidley Austin LLP<br>555 West Fifth Street<br>Los Angeles, CA 90013-1010 | William Shoaf<br>4780 Winchester Court<br>Park City, UT 84098-7528 | Kim R. Wilson<br>Snow Christensen & Martineau<br>10 Exchange Place 11th Floor<br>P.O. Box 45000<br>Salt Lake City, UT 84145-5000 |
| Joseph E. Wrona<br>1745 Sidewinder Drive<br>Park City, UT 84060-7218 | Joseph E. Wrona<br>WRONA LAW OFFICES, P.C.<br>1745 Sidewinder Drive<br>Park City, UT 84060-7218 | Bruce J. Zabarauskas<br>Crowell & Moring LLp<br>590 Madison Avenue, 20th Floor<br>New York, NY 10022-2544 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA 19114-0326

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)AT&T Mobility
PO Box 6463
Carol Stream, IL 60197-6463

(d)ATIV Corporation
722 Nardo Rd
Encinitas, CA 92024-3827

(u)Alchemy Ventures Group, LLC

(d)Alliance Abroad Group LP
1221 South Mopac Expressway, Suite 100
Austin, TX 78746-7615

(d)Alpine Adventures
3020 North Federal Highway # 10
Fort Lauderdale, FL 33306-1451

(u)Brian D. Althaver, et al.

(d)American Express Travel Relate
2840 South 123rd Court
Omaha, NE 68144-3977

(d)American Ski & Board Association
686 NW York
Bend, OR 97701-9732

(u)Bay North Capital, LLC

(u)Bay North Realty Fund VI, LP

(d)Business Technology Consulting
Rob Stevenson
957 East 1300 South
Salt Lake City, UT 84105-1856

(u)CloudNine Resorts-Sky Lodge Development, L

(du)CloudNine Resorts-Sky Lodge Development,

(u)CloudNine Resorts-Sky Lodge Management, LL

(du)CloudNine Resorts-Sky Lodge Management, L

(d)EM Systems
PO Box 540783 North
Salt Lake City, UT 84054-0783

(d)Fog River Fisheries
9554 Wells Circle, Suite A
West Jordan, UT 84081-6225

(d)Get Fresh
1548 18th Street
Santa Monica, CA 90404-3404

(u)Gunther Inc. dba Gunther Comfort Air

(du)Gunther Inc. dba Gunther Comfort Air

(u)Jacobsen National Group, Inc.

| | | |
|---|---|---|
| (d)Media One of Utah<br>4770 South 5600 West<br>West Valley City, UT 84118-7400 | (u)R. Kimball Mosier | (d)N. Allen Taylor<br>Taylor Capital Management<br>6641 North Paseo Tamayo<br>Tucson, AZ 85750-1228 |
| (d)Open Table Inc<br>PO Box 49322<br>San Jose, CA 95161-9322 | (d)Park Avenue Travel<br>11 Park Avenue<br>Swathomre, PA 19081-1596 | (u)Park City I, LLC |
| (d)Peak Mobile Communications<br>4910 South Warehouse Road<br>Salt Lake City, UT 84118-6354 | (d)Summit County Treasurer<br>60 North Main<br>PO Box 128<br>Coalville, UT 84017-0128 | (u)Sysco Intermountain Food Services, Inc. |
| (d)The Park Record<br>PO Box 3688<br>Park City, UT 84060-3688 | (u)Virtuoso, Ltd | (u)WestLB AG |
| (u)David L. Wickline | End of Label Matrix<br>Mailable recipients   119<br>Bypassed recipients    34<br>Total                 153 | |