Annette Jarvis (1649)
Peggy Hunt (6060)
Benjamin J. Kotter (9592)
DORSEY & WHITNEY LLP
136 South Main Street, Suite 1000
Salt Lake City, UT  84101-1685
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
Email: jarvis.annette@dorsey.com
Email: hunt.peggy@dorsey.com
Email: kotter.benjamin@dorsey.com

Richard W. Havel  (10759)
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA  90013-1010
Telephone:  (213) 896-6000
Facsimile:  (213) 896-6600
Email: rhavel@sidley.com

*Attorneys for WestLB, AG*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| In re: | Bankruptcy No. 09-29905 |
| **EASY STREET HOLDING, LLC et al.,**[1] | (Jointly Administered with Cases 09-29907 and 09-29908) |
| Debtors. | |
| | Chapter 11 |
| | Honorable R. Kimball Mosier |

**NOTICE TO CERTAIN CLASS 4 CREDITORS OF OPPORTUNITY TO RE-ELECT TREATMENT OPTION UNDER CONFIRMED AMENDED JOINT PLAN OF REORGANIZATION OF EASY STREET PARTNERS, LLC AND WESTLB, AG DATED JUNE 16, 2010**

**PLEASE TAKE NOTICE** that the Amended Plan of Reorganization of Easy Street Partner, LLC and WestLB, AG Dated June 16, 2010 ("Joint Plan") was approved by the Court on June 28, 2010.  In connection with the Court's approval of the Joint Plan, the Court ordered that certain Class 4 Unsecured Creditors be given the opportunity to reconsider their election to

---

[1] The Debtor entities are Easy Street Holding, LLC, Easy Street Partners, LLC, and Easy Street Mezzanine, LLC.

accept treatment under Option 1 of the Joint Plan. That Option, as well as the alternative Option 2, is set forth on page 16 of the Joint Plan, a copy of which was mailed to you on June 16, 2010.

**PLEASE TAKE FURTHER NOTICE** that if you are receiving this notification, you are afforded the opportunity to reconsider your election of Option 1 under Class 4 of the Joint Plan and you satisfy the criteria approved by the Court to be afforded that opportunity. **You may only change your election from Option 1 (deferred payments over approximately 3½ years of 100% of your claim) to Option 2 (a lump sum payment of 60% of your claim within 30 days of the Effective Date of the Joint Plan, in full satisfaction of your claim)**.

**PLEASE TAKE FURTHER NOTICE** that you may wish to refer to certain materials in order to assist you in making a determination to reconsider your election. Those materials are (i) the Joint Plan, a copy of which was mailed to you on June 16, 2010; (ii) the Plan Supplement, which was filed with the Court by the Plan Proponents on June 21, 2010; and (iii) certain Updated Budgets and Pro Formas, which were introduced into evidence at the hearings to consider approval of the Joint Plan. You should have already received the Joint Plan. If you would like to receive a copy of the Plan Supplement and Updated Budgets and Pro Formas, you may do so by contacting Rebecca Huot at rhuot@joneswaldo.com or by telephone at 801-534-7237.

**PLEASE TAKE FURTHER NOTICE** that if you choose to change your election from Option 1 to Option 2, you must do so by fully completing the attached Change of Election Form and returning it to both the Debtor and WestLB, AG **so that the Change of Election Form is actually received on or before July 15, 2010 at 4:00 p.m. MDT** addressed to each of the following:

To Debtor:

    Michael V. Blumenthal, Esq.
    Crowell & Moring LLP
    590 Madison Avenue, 20th Floor
    New York, New York 10022

To WestLB, AG:

    Richard W. Havel, Esq.
    Sidley Austin LLP
    555 West Fifth Street, Suite 4000
    Los Angeles, CA 90013

**Facsimile or electronic delivery will not be accepted. Instead of effecting delivery by mail, it is recommended, although not required, that you use an overnight delivery or hand delivery service to ensure timely delivery of your Change of Election Form. If no Change of Election Form is actually received on or before July 15, 2010 at 4:00 p.m. MDT, you will receive the treatment set forth in Option 1 on account of any Allowed Class 4 Claim.**

DATED this 2nd day of July, 2010.

**DORSEY & WHITNEY LLP**

   /s/ Benjamin J. Kotter
Annette Jarvis
Peggy Hunt
Benjamin J. Kotter

-and-

**SIDLEY AUSTIN LLP**
Richard W. Havel
Christina M. Craige

*Attorneys for WestLB, AG*

3

# CHANGE OF ELECTION FORM

I, _____, on behalf of _____ ("Holder"), hereby elect to change the treatment of Holder's allowed Class 4 Claim under the Amended Plan of Reorganization of Easy Street Partners, LLC and WestLB, AG Dated June 16, 2010 ("Joint Plan") from Option 1 (as described in the Joint Plan) to Option 2 (as described in the Joint Plan).

DATED this \_\_\_ day of July, 2010.

        Name of Voter: _____
                         (Print or Type)

        Signature: _____

        By: _____
                         (If applicable)

        Title: _____
                         (If applicable)

4833-6573-1846\1 7/2/2010 11:58 AM