Annette Jarvis (1649)
Peggy Hunt (6060)
Benjamin J. Kotter (9592)
DORSEY & WHITNEY LLP
136 South Main Street, Suite 1000
Salt Lake City, UT  84101-1685
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
Email: jarvis.annette@dorsey.com
Email: hunt.peggy@dorsey.com
Email: kotter.benjamin@dorsey.com

Richard W. Havel  (10759)
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA  90013-1010
Telephone:  (213) 896-6000
Facsimile:  (213) 896-6600
Email: rhavel@sidley.com

*Attorneys for WestLB, AG*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re: | )<br>) |
| EASY STREET HOLDING, LLC, *et al.*, | )  Bankruptcy Case No. 09-29905<br>)  Jointly Administered with Cases<br>)  09-29907 and 09-29908 |
| Address:  201 Heber Avenue<br>            Park City, UT 84060 | )  Chapter 11<br>)<br>)  Honorable R. Kimball Mosier |
| Tax ID Numbers:<br>35-2183713 (Easy Street Holding, LLC),<br>20-4502979 (Easy Street Partners, LLC), and<br>84-1685764 (Easy Street Mezzanine, LLC) | )<br>)  **[FILED ELECTRONICALLY]**<br>)<br>) |

**NOTICE OF (I) ENTRY OF ORDER CONFIRMING THE AMENDED PLAN OF
REORGANIZATION OF EASY STREET PARTNERS, LLC AND WESTLB, AG DATED
JUNE 16, 2010 AND (II) DEADLINES TO FILE (A) ADMINISTRATIVE CLAIMS AND
OBJECTIONS TO CURE AMOUNTS AND (B) CONTRACT/LEASE REJECTION
DAMAGES CLAIMS**

PLEASE TAKE NOTICE that on July 2 2010, the United States Bankruptcy Court for

the District of Utah, Central Division (the "Bankruptcy Court") entered its Order Confirming

Amended Plan of Reorganization of Easy Street Partners, LLC and WestLB, AG dated June 16,

2010 (the "Confirmation Order") (unless otherwise defined herein, capitalized terms used in this Notice shall have the meanings ascribed to such terms in the Amended Plan of Reorganization of Easy Street Partners, LLC and WestLB, AG dated June 16, 2010 (the "Plan")).

## DEADLINE TO FILE ADMINISTRATIVE CLAIMS AND OBJECTIONS TO CURE AMOUNTS

PLEASE TAKE FURTHER NOTICE that in accordance with the Confirmation Order, any (i) request for payment of an Administrative Claim or (ii) objection to the proposed cure amount contained in Exhibit 6 of the Plan Supplement (a "Cure Objection") must be filed with the Bankruptcy Court and served on counsel for Partners and counsel for WestLB **on or before July 15, 2010 at 4:00 p.m. prevailing Mountain Time** (the "Administrative Claims Bar Date") or forever be barred from seeking payment from Partners' estate or the Reorganized Debtor. Administrative Claims include professional fees and expenses, and thus the Administrative Claims Bar Date is the deadline for the professionals retained in these bankruptcy cases to file their final application for fees and reimbursement of expenses. Objections to requests for payment of Administrative Claims and responses to Cure Objections must be filed on or before **July 20, 2010**. The foregoing deadlines can be extended at the option of WestLB, with notice provided to the affected parties. The Court has set a hearing to consider Cure Objections and the allowance of Administrative Claims for **July 29, 2010, at 2:00 p.m. prevailing Mountain Time**.

## REJECTION DAMAGES BAR DATE REGARDING CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES

PLEASE TAKE FURTHER NOTICE that, in accordance with Section 8.2(c) of Plan, the Confirmation Order constitutes an order of the Bankruptcy Court approving the rejection as of

2

the Effective Date of all executory contracts and unexpired leases which were not either (i) listed in the Plan Supplement as contracts and leases to be assumed; or (ii) already assumed or rejected during Partners' bankruptcy case.  Pursuant to Section 8.3 of the Plan and the Confirmation Order, if the rejection of an executory contract or unexpired lease through entry of the Confirmation Order gives rise to a Claim, then such Claim shall be forever barred and shall not be enforceable against Partners or the Reorganized Debtor, or its property, unless a proof of claim is filed and served upon counsel to the Reorganized Debtor, counsel to the Creditors' Committee and counsel to WestLB, no later than July 16, 2010, which is fourteen (14) calendar days after the Confirmation Date.  Nothing in the Plan, the Confirmation Order, or this Notice will extend any prior deadline to file a proof of claim for damages arising from rejection.

DATED this 2nd day of July, 2010.

**DORSEY & WHITNEY LLP**

  */s/ Benjamin J. Kotter*
Annette Jarvis
Peggy Hunt
Benjamin J. Kotter

-and-

**SIDLEY AUSTIN LLP**
Richard W. Havel
Christina M. Craige

*Attorneys for WestLB, AG*