Kenneth L. Cannon II (kcannon@djplaw.com) (3705)
Steven J. McCardell (smccardell@djplaw.com) (2144)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, UT  84110-4050
Telephone:  (801) 415-3000/Fax:  (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com) (admitted pro hac vice)
Steven B. Eichel (seichel@crowell.com) (admitted pro hac vice)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY  10022
Telephone:  (212) 223-4000/Fax:  (212) 223-4134

Counsel for Debtors and Debtors in Possession

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| EASY STREET HOLDING, LLC, *et al.*, | ) | Bankruptcy Case No. 09-29905 |
| | ) | Jointly Administered with Cases |
| | ) | 09-29907 and 09-29908 |
| | ) | |
| Address:  201 Heber Avenue | ) | Chapter 11 |
| Park City, UT 84060 | ) | |
| | ) | Honorable R. Kimball Mosier |
| Tax ID Numbers: | ) | |
| 35-2183713 (Easy Street Holding, LLC), | ) | |
| 20-4502979 (Easy Street Partners, LLC), and | ) | **[FILED ELECTRONICALLY]** |
| 84-1685764 (Easy Street Mezzanine, LLC) | ) | |
| | ) | |

## DURHAM JONES & PINEGAR'S EIGHTH PROFESSIONAL FEE REQUEST FOR THE PERIOD JUNE 1, 2010 THROUGH JUNE 15, 2010

Durham Jones & Pinegar ("DJP"), co-counsel for Easy Street Partners, LLC ("Partners"),

Easy Street Mezzanine, LLC ("Mezzanine"), and Easy Street Holding, LLC ("Holding"), debtors

and debtors in possession in the above-captioned cases (collectively, the "Debtors"), pursuant to

the Court's Order entered December 15, 2009 Approving Motion and Establishing Monthly Fee

and Expense Reimbursement Procedures (the "Interim Payment Order") hereby submits its

eighth professional fee request (the "Fee Request"), for the period from June 1, 2010 through

June 15, 2010 (the "Fee Period"). The period is shortened because of the termination and

modification of the cash collateral stipulation between Partners and WestLB AG.

Pursuant to the Interim Payment Order, professionals employed pursuant to Order of the

Court to represent the Debtors or the Official Committee of Unsecured Creditors (the

"Committee") are authorized to request from the Debtors payment of 80% of their fees and

100% of their expenses on a monthly basis. DJP's professional fees and out-of-pocket expenses

for the Fee Period are as follows:

| MONTH | HOURS | FEES | 80% OF FEES | EXPENSES | TOTALS (80% FEES AND 100% EXPENSES) |
|---|---|---|---|---|---|
| June | 35.40 | $12,310.00[1] | $9,848.00 | $699.31 | $10,547.31 |

Attached are detailed statements of services for which payment is sought, redacted to

exclude privileged, work product, and confidential information, and expenses incurred, on a

monthly and on a matter basis. Each statement includes total time expended, identity of

professionals providing services, hourly billing rates, and a detailed listing of time.

DJP understands that other professionals providing services to the Debtors and the

Committee may submit separate fee requests seeking payment of professional fees and

reimbursement of expenses. The amount available under the cash collateral budget for payment

of professional fees and expenses of estate professionals in the Easy Street Partners case for the

Fee Period is $62,500.00, and DJP understands that total fees and expenses of estate

---

[1] This amount includes $105.00 in fees in the BayNorth Litigation matter.

2

SLC_635101.1

professionals in the Easy Street Partners case likely exceeds this amount for the first half of the month of June 2010.  DJP's fees and expenses for the Fee Period will, therefore, be pro rated with other estate professionals.

Pursuant to the Interim Fee Order, parties must file objections to the Fee Request within ten days from the date it is received.  Any objection must have a description of the specific subject matter and services in dispute and state the amount in dispute.  It shall not be sufficient simply to object to all fees and expenses.  Fees and expenses not objected to will be paid by the Debtors or, if the total of 80% of fees and 100% of expenses of estate professionals exceeds the amount allotted under the cash collateral stipulation, the fees and expenses will be pro-rated among fees and expenses for that month that are not objected to.

DATED this 7th day of July, 2010.

DURHAM JONES & PINEGAR, P.C.

By:    /s/  Kenneth L. Cannon II
Kenneth L. Cannon II (kcannon@djplaw.com)(3705)
Steven J. McCardell (smccardell@djplaw.com)(2144)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT   84110-4050
Telephone:  (801) 415-3000/Fax:  (801) 415-3500

Co-Counsel for the Debtors

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of July, 2010, I caused to be served a copy of Durham

Jones & Pinegar's Eighth Professional Fee Request for the period June 1, 2010 through June 15,

2010 via email on the following:

Easy Street Partners, LLC
Easy Street Mezzanine, LLC
Easy Street Holding, LLC
Attn: William Shoaf
4780 Winchester Court
Park City, UT 84098-7528
bshoaf@cloudnineresorts.com

Michael V. Blumenthal
Crowell & Moring
590 Madison Avenue, 20th Floor
New York, NY 10022
mblumenthal@crowell.com

John T. Morgan
Office of the United States Trustee
405 South Main Street, Suite 300
Salt Lake City, UT 84111
john.t.morgan@usdoj.gov

Jeffrey W. Shields
Lon A. Jenkins
Jones Waldo Holbrook & McDonough
170 South Main Street, Suite 1500
Salt Lake City, UT 84101
jshields@joneswaldo.com
lajenkins@joneswaldo.com

James Winikor
West LB AG, New York Branch
1211 Sixth Avenue, 25th Floor
New York, NY 10036-8705
james_winikor@westlb.com

Richard W. Havel
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013
rhavel@sidley.com

Annette W. Jarvis
Dorsey & Whitney, LLP
136 South Main Street, Suite 1000
Salt Lake City, UT 84101
jarvis.annette@dorsey.com

  /s/ Kristin Hughes

4

# JUNE 2010

SLC_635101.1

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

July 7, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT 84068

---

**Invoice Summary**

Client #:     26481     Easy Street
Matter #:        1     Asset Analysis & Investigation
Invoice No.           213895

For professional services rendered and costs advanced through June 15, 2010:

| | |
|---|---|
| Total Fees | $ 245.00 |
| Total Expenses | $ 1.92 |
| **Total of This Invoice** | **$ 246.92** |

*Interest accrues at 1.5% per month on balance not paid after 30 days.*

*1*

Durham Jones & Pinegar. P.C.

Client #:     26481    Easy Street
Matter #:        1    Asset Analysis & Investigation
Invoice #:            213895

## Detail of Professional Fees

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|--------------------------------|-------|--------|
| 6/09/10 | KLC | Telephone conference from Bill Shoaf regarding executory contract issues | .30 | 105.00 |
| 6/09/10 | KLC | Reviewing executory contract regarding possible damages if it is rejected | .40 | 140.00 |

Total Fees:    $ 245.00

## Time Summary

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Cannon, Ken | .70 | 350.00 | 245.00 |

## Detail of Client Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 5/31/10 | Online research - Pacer | 1.92 |

Total Expenses:    $ 1.92

*2*

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

July 7, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT 84068

---

**Invoice Summary**

Client #:      26481    Easy Street
Matter #:          4    Claims Administration
Invoice No.            213896

For professional services rendered and costs advanced through June 15, 2010:

|  |  |
|---|---|
| Total Fees | $ 19.00 |
| Total Expenses | $ .00 |
| **Total of This Invoice** | **$ 19.00** |

*Interest accrues at 1.5% per month on balance not paid after 30 days.*

*1*

Durham Jones & Pinegar. P.C.

Client #:    26481    Easy Street
Matter #:        4    Claims Administration
Invoice #:          213896

**Detail of Professional Fees**

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|-------------------------------|-------|--------|
| 6/07/10 | JGP | Conference with Steven Eichel regarding proofs of claim filed by Bill Shoaf and Carrie Shoaf and related company. | .10 | 19.00 |

Total Fees:          $ 19.00

**Time Summary**

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Peterson, Jessica | .10 | 190.00 | 19.00 |

SALT LAKE CITY | OGDEN | ST. GEORGE | LAS VEGAS

```
D U R H A M

J O N E S  &

P I N E G A R
```

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

July 7, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

---

**Invoice Summary**

| | | |
|---|---|---|
| Client #: | 26481 | Easy Street |
| Matter #: | 5 | Employ & Fee Apps - Durham |
| Invoice No. | | 213897 |

For professional services rendered and costs advanced through June 15, 2010:

| | |
|---|---|
| Total Fees | $ 630.00 |
| Total Expenses | $ 313.15 |
| **Total of This Invoice** | **$ 943.15** |

*Interest accrues at 1.5% per month on balance not paid after 30 days.*

*1*

Durham Jones & Pinegar. P.C.

Client #:    26481    Easy Street
Matter #:        5    Employ & Fee Apps - Durham
Invoice #:           213897

## Detail of Professional Fees

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|-------------------------------|-------|--------|
| 6/01/10 | KLC | Drafting notice of hearing on professionals' second interim fee applications | .80 | 280.00 |
| 6/09/10 | KLC | Reviewing detailed billing reports for fee request | .60 | 210.00 |
| 6/10/10 | KLC | Final review of fee request | .40 | 140.00 |
| | | Total Fees: | | $ 630.00 |

## Time Summary

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Cannon, Ken | 1.80 | 350.00 | 630.00 |

## Detail of Client Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 5/31/10 | Online research - Pacer | 10.56 |
| 5/31/10 | Online research - Pacer | 1.84 |
| | Copy Charge | 300.75 |
| | Total Expenses: | $ 313.15 |

2

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

July 7, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

**Invoice Summary**

Client #:    26481    Easy Street
Matter #:       6    Employ & Fee Apps - Others
Invoice No.         213898

For professional services rendered and costs advanced through June 15, 2010:

| | |
|---|---|
| Total Fees | $ 1,155.00 |
| Total Expenses | $ 7.28 |
| **Total of This Invoice** | **$ 1,162.28** |

*Interest accrues at 1.5% per month on balance not paid after 30 days.*

*1*

Durham Jones & Pinegar. P.C.

Client #:     26481     Easy Street
Matter #:         6     Employ & Fee Apps - Others
Invoice #:               213898

## Detail of Professional Fees

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|--------------------------------|-------|--------|
| 6/01/10 | KLC | Drafting application to employ Niederhauser & Davis and declaration in support thereof | 1.20 | 420.00 |
| 6/01/10 | KLC | Telephone conference from Corbin Gordon regarding objection to fee application | .30 | 105.00 |
| 6/03/10 | KLC | Correspondence with Stephanie Russell regarding application to employ accountant | .40 | 140.00 |
| 6/03/10 | KLC | Compiling information for accounting firm's application to be employed | .40 | 140.00 |
| 6/08/10 | KLC | Reviewing proposed response to objections to fees | .50 | 175.00 |
| 6/08/10 | KLC | Reviewing Committee's application to employ financial adviser | .50 | 175.00 |

Total Fees:     $ 1,155.00

## Time Summary

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Cannon, Ken | 3.30 | 350.00 | 1,155.00 |

## Detail of Client Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 5/31/10 | Online research - Pacer | 1.68 |
| 5/31/10 | Online research - Pacer | 5.60 |

Total Expenses:     $ 7.28

*2*

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

July 7, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT 84068

---

**Invoice Summary**

Client #:      26481     Easy Street
Matter #:         8      Plan and Disc. Statement
Invoice No.            213899

For professional services rendered and costs advanced through June 15, 2010:

|                        |              |
|------------------------|--------------|
| Total Fees             | $ 8,231.00   |
| Total Expenses         | $ 118.04     |
| **Total of This Invoice** | **$ 8,349.04** |

*Interest accrues at 1.5% per month on balance not paid after 30 days.*

*1*

Durham Jones & Pinegar. P.C.

Client #:    26481    Easy Street
Matter #:        8    Plan and Disc. Statement
Invoice #:            213899

**Detail of Professional Fees**

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|--------------------------------|-------|--------|
| 6/01/10 | KLC | Telephone conference from Bill Shoaf regarding plan issues | .30 | 105.00 |
| 6/01/10 | KLC | Reviewing docket regarding entry of order continuing confirmation hearing and other dates, drafting notice of continued hearing and other dates related to confirmation | .80 | 280.00 |
| 6/01/10 | KLC | Telephone conference with Bill Shoaf and Michael Blumenthal regarding issues related to plan | .40 | 140.00 |
| 6/01/10 | KLC | Telephone conference from Steve Eichel regarding exclusivity in Holding and Mezzanine cases | .20 | 70.00 |
| 6/01/10 | KLC | Telephone conference to Court's chambers regarding entry of order continuing hearing on confirmation | .20 | 70.00 |
| 6/01/10 | KLC | Telephone conference from Annette Jarvis regarding liquor license issues | .20 | 70.00 |
| 6/01/10 | KLC | Email to Bill Shoaf regarding plan issues | .30 | 105.00 |
| 6/01/10 | KLC | Telephone conference from Bill Shoaf regarding liquor license issues | .20 | 70.00 |
| 6/02/10 | KLC | Outlining liquor license history | .50 | 175.00 |
| 6/02/10 | KLC | Telephone conference with Bill Shoaf and Michael Blumenthal regarding issues going forward | .30 | 105.00 |
| 6/02/10 | KLC | Telephone conference to Michael Blumenthal regarding plan status | .20 | 70.00 |
| 6/02/10 | KLC | Telephone conference to Annette Jarvis regarding liquor license history | .20 | 70.00 |
| 6/03/10 | KLC | Telephone conference from Bill Shoaf regarding plan issues | .50 | 175.00 |
| 6/03/10 | KLC | Telephone conference to Michael Blumenthal regarding plan | .30 | 105.00 |
| 6/03/10 | KLC | Addressing discovery issues related to WestLB | .40 | 140.00 |
| 6/03/10 | KLC | Reviewing discovery requests | .50 | 175.00 |
| 6/08/10 | JGP | Edit ballots for Bill Shoaf, Carrie Shoaf, and related company. | .40 | 76.00 |
| 6/08/10 | KLC | Telephone conference to Bill Shoaf regarding conference call issues. | .20 | 70.00 |
| 6/08/10 | KLC | Telephone conference from Michael Blumenthal regarding status of negotiations, strategy issues | .40 | 140.00 |
| 6/08/10 | KLC | Conference call with Bill Shoaf, Michael Blumenthal, Lon Jenkins, Jeff Shields, Mike Johnson, Richard Kirkham regarding plan issues | .50 | 175.00 |
| 6/08/10 | KLC | Reviewing discovery issues | .50 | 175.00 |
| 6/08/10 | KLC | Conference call with Bill Shoaf, Michael Blumenthal, BDRC representatives regarding alternative plan possibilities | .50 | 175.00 |
| 6/08/10 | KLC | Telephone conference from Michael Blumenthal regarding plan ideas | .30 | 105.00 |
| 6/08/10 | KLC | Reviewing court's docket regarding plan settings | .30 | 105.00 |
| 6/08/10 | KLC | Telephone conference from Lon Jenkins regarding committee issues | .40 | 140.00 |

*2*

Durham Jones & Pinegar. P.C.

Client #:      26481     Easy Street
Matter #:         8      Plan and Disc. Statement
Invoice #:            213899

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|----------------------------------|-------|--------|
| | | on plan | | |
| 6/08/10 | KLC | Reviewing emails regarding Jacobsen on plan | .30 | 105.00 |
| 6/09/10 | KLC | Telephone conference from Michael Blumenthal regarding plan strategy issues | .30 | 105.00 |
| 6/09/10 | KLC | Conference call with Michael Blumenthal, Lon Jenkins, Mike Johnson regarding discussion to be had with WestLB counsel | 1.00 | 350.00 |
| 6/09/10 | KLC | Conf. call with Michael Blumenthal, Lon Jenkins, Mike Johnson, Rich Havel, Annette Jarvis regarding plan issues | .60 | 210.00 |
| 6/09/10 | KLC | Conf. call with Michael Blumenthal, Lon Jenkins, Mike Johnson regarding call with WestLB counsel | .40 | 140.00 |
| 6/09/10 | KLC | Conf. call with Bill Shoaf and Michael Blumenthal regarding strategies going forward | .30 | 105.00 |
| 6/09/10 | KLC | Drafting email to Rich Havel recapping discussion regarding plan issues | .70 | 245.00 |
| 6/09/10 | KLC | Telephone conference from Bill Shoaf regarding implications of WestLB's termination of cash collateral consent | .30 | 105.00 |
| 6/10/10 | KLC | Reviewing discovery issues with WestLB on plan | .30 | 105.00 |
| 6/10/10 | KLC | Telephone conference to Ben Kotter regarding time of depositions scheduled for next week | .20 | 70.00 |
| 6/10/10 | KLC | Telephone conference from Michael Blumenthal regarding draft email to WestLB counsel | .20 | 70.00 |
| 6/10/10 | KLC | Email to Jeff Shields regarding proposed correspondence to WestLB counsel | .20 | 70.00 |
| 6/10/10 | KLC | Telephone conference to Jeff Shields regarding draft email to WestLB | .20 | 70.00 |
| 6/10/10 | KLC | Telephone conference with Bill Shoaf, Philo Smith, and Michael Blumenthal regarding WestLB proposal | .40 | 140.00 |
| 6/10/10 | KLC | Conf. call with Michael Blumenthal and Mike Johnson regarding plan issues | .60 | 210.00 |
| 6/10/10 | KLC | Reviewing WestLB plan | .90 | 315.00 |
| 6/10/10 | KLC | Telephone conference from Michael Blumenthal, Steve Eichel regarding plan issues | .50 | 175.00 |
| 6/10/10 | KLC | Reviewing emails from WestLB | .30 | 105.00 |
| 6/10/10 | KLC | Addressing budget issues, professional fee issues related to plan | .50 | 175.00 |
| 6/10/10 | KLC | Telephone conference to Rich Havel regarding hearing on Friday | .20 | 70.00 |
| 6/10/10 | KLC | Telephone conference from Michael Blumenthal regarding hearing on Friday, issues related thereto | .30 | 105.00 |
| 6/11/10 | KLC | Telephone conference from Lon Jenkins regarding today's hearing | .40 | 140.00 |
| 6/11/10 | KLC | Telephone conference to Michael Blumenthal regarding developments in plan | .30 | 105.00 |
| 6/11/10 | KLC | Conf. call with Michael Blumenthal and Rich Havel regarding plan | .50 | 175.00 |

*3*

Durham Jones & Pinegar. P.C.

Client #:     26481     Easy Street
Matter #:        8      Plan and Disc. Statement
Invoice #:              213899

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|--------------------------------|-------|--------|
| | | issues | | |
| 6/11/10 | KLC | Telephone conference from Michael Blumenthal regarding hearing on plan issues | .30 | 105.00 |
| 6/11/10 | KLC | Telephone conference to Lon Jenkins regarding plan issues, committee | .40 | 140.00 |
| 6/11/10 | KLC | Telephone conference to Mike Johnson regarding Jacobsen | .20 | 70.00 |
| 6/11/10 | KLC | Reviewing email from Mike Johnson regarding Jacobsen's demands | .50 | 175.00 |
| 6/11/10 | KLC | Attending hearing on plan issues | 1.40 | 490.00 |
| 6/11/10 | KLC | Preparing for hearing on plan motions | .80 | 280.00 |
| 6/11/10 | KLC | Telephone conference from Bill Shoaf regarding plan issues | .30 | 105.00 |
| 6/14/10 | KLC | Reviewing issues related to Jacobsen and Gunther's under plan | .40 | 140.00 |
| 6/14/10 | SJM | Conference with W. Shoaf about confirmation issues and provide information requested by W. Shoaf | .50 | 175.00 |

Total Fees:          $ 8,231.00

**Time Summary**

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Cannon, Ken | 22.80 | 350.00 | 7,980.00 |
| McCardell, Steven J. | .50 | 350.00 | 175.00 |
| Peterson, Jessica | .40 | 190.00 | 76.00 |

**Detail of Client Expenses**

| Date | Description | Amount |
|------|-------------|--------|
| 5/31/10 | Online research - Pacer | 14.88 |
| 5/31/10 | Online research - Pacer | .56 |
| | Copy Charge | 102.60 |

Total Expenses:          $ 118.04

*4*

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

July 7, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

**Invoice Summary**

| | | |
|---|---|---|
| Client #: | 26481 | Easy Street |
| Matter #: | 9 | Misc. Contested Matters |
| Invoice No. | 213900 | |

For professional services rendered and costs advanced through June 15, 2010:

| | |
|---|---|
| Total Fees | $ 805.00 |
| Total Expenses | $ .60 |
| **Total of This Invoice** | **$ 805.60** |

*Interest accrues at 1.5% per month on balance not paid after 30 days.*

*1*

Durham Jones & Pinegar. P.C.

Client #:    26481    Easy Street
Matter #:       9    Misc. Contested Matters
Invoice #:       213900

**Detail of Professional Fees**

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|----------------------------------|-------|--------|
| 6/03/10 | KLC | Telephone conference to Court's chambers regarding hearing on motion to use confidential information | .20 | 70.00 |
| 6/03/10 | KLC | Drafting notice of hearing on motion for limited relief from confidentiality agreement and order | .70 | 245.00 |
| 6/08/10 | KLC | Emails to, from court's chambers regarding hearing on motion under seal | .30 | 105.00 |
| 6/09/10 | KLC | Telephone conference to chambers regarding hearing on motion to unseal confidential information | .20 | 70.00 |
| 6/09/10 | KLC | Revising notice of hearing on motion for relief from confidentiality agreement and protective order | .50 | 175.00 |
| 6/10/10 | KLC | Reviewing certificate of service on Wickline, arranging for filing | .20 | 70.00 |
| 6/10/10 | SJM | Conferences with K. Cannon on discovery requested by West  LB | .20 | 70.00 |

Total Fees:    $ 805.00

**Time Summary**

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Cannon, Ken | 2.10 | 350.00 | 735.00 |
| McCardell, Steven J. | .20 | 350.00 | 70.00 |

**Detail of Client Expenses**

| Date | Description | Amount |
|------|-------------|--------|
|  | Copy Charge | .60 |

Total Expenses:    $ .60

SALT LAKE CITY | OGDEN | ST. GEORGE | LAS VEGAS

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

July 7, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT 84068

**Invoice Summary**

Client #:    26481    Easy Street
Matter #:      10    Case Administration
Invoice No.        213901

For professional services rendered and costs advanced through June 15, 2010:

| | |
|---|---|
| Total Fees | $ 315.00 |
| Total Expenses | $ 250.00 |
| **Total of This Invoice** | **$ 565.00** |

*Interest accrues at 1.5% per month on balance not paid after 30 days.*

*1*

Durham Jones & Pinegar. P.C.

Client #:    26481    Easy Street
Matter #:       10    Case Administration
Invoice #:            213901

## Detail of Professional Fees

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|----------------------------------|-------|--------|
| 6/15/10 | KLC | Emails regarding monthly financial reports of Debtors | .30 | 105.00 |
| 6/15/10 | SJM | Conference with W. Shoaf regarding status (.20); review monthly financial report and prepare narrative for report and give instructions on filing (.40) | .60 | 210.00 |

Total Fees:     $ 315.00

## Time Summary

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Cannon, Ken | .30 | 350.00 | 105.00 |
| McCardell, Steven J. | .60 | 350.00 | 210.00 |

## Detail of Client Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 5/27/10 | Filing Fee | 250.00 |

Total Expenses:     $ 250.00

*2*

D U R H A M

J O N E S &

P I N E G A R

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

July 7, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

---

**Invoice Summary**

Client #:      26481    Easy Street
Matter #:        11     Cash Collateral/DIP Lending
Invoice No.            213902

For professional services rendered and costs advanced through June 15, 2010:

| | |
|---|---:|
| Total Fees | $ 805.00 |
| Total Expenses | $ 4.48 |
| **Total of This Invoice** | **$ 809.48** |

*Interest accrues at 1.5% per month on balance not paid after 30 days.*

*1*

Durham Jones & Pinegar. P.C.

Client #:     26481     Easy Street
Matter #:       11      Cash Collateral/DIP Lending
Invoice #:              213902

## Detail of Professional Fees

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|--------------------------------|-------|--------|
| 6/09/10 | KLC | Reviewing notice of cancellation of cash collateral stipulation from WestLB | .40 | 140.00 |
| 6/09/10 | KLC | Addressing issues in termination of cash collateral stipulation | .50 | 175.00 |
| 6/10/10 | KLC | Telephone conference to Mike Johnson regarding holdback for Jacobsen | .20 | 70.00 |
| 6/10/10 | SJM | Review West LB termination of cash collateral stipulation (.30) and conference e with K. Cannon on same (.10) | .40 | 140.00 |
| 6/11/10 | KLC | Reviewing transfer requests, issues related to same | .40 | 140.00 |
| 6/15/10 | KLC | Reviewing transfer requests, issues related to same | .40 | 140.00 |

Total Fees:     $ 805.00

## Time Summary

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Cannon, Ken | 1.90 | 350.00 | 665.00 |
| McCardell, Steven J. | .40 | 350.00 | 140.00 |

## Detail of Client Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 5/31/10 | Online research - Pacer | .80 |
| 5/31/10 | Online research - Pacer | 3.68 |

Total Expenses:     $ 4.48

SALT LAKE CITY | OGDEN | ST. GEORGE | LAS VEGAS

D U R H A M

J O N E S &

P I N E G A R

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

July 7, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT 84068

---

**Invoice Summary**

| | | |
|---|---|---|
| Client #: | 26481 | Easy Street |
| Matter #: | 12 | BayNorth Litigation |
| Invoice No. | | 213903 |

For professional services rendered and costs advanced through June 15, 2010:

| | |
|---|---|
| Total Fees | $ 105.00 |
| Total Expenses | $ 3.84 |
| **Total of This Invoice** | **$ 108.84** |

*Interest accrues at 1.5% per month on balance not paid after 30 days.*

*1*

SALT LAKE CITY | OGDEN | ST. GEORGE | LAS VEGAS

Durham Jones & Pinegar. P.C.

Client #:     26481     Easy Street
Matter #:        12     BayNorth Litigation
Invoice #:              213903

**Detail of Professional Fees**

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|----------------------------------|-------|--------|
| 6/10/10 | KLC | Reviewing correspondence from BayNorth | .30 | 105.00 |

|  |  |  | Total Fees: | $ 105.00 |
|--|--|--|-------------|----------|

**Time Summary**

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Cannon, Ken | .30 | 350.00 | 105.00 |

**Detail of Client Expenses**

| Date | Description | Amount |
|------|-------------|--------|
| 5/31/10 | Online research - Pacer | 3.84 |

|  | Total Expenses: | $ 3.84 |
|--|-----------------|--------|

*2*