Jeffrey W. Shields (USB #2948)
Lon A. Jenkins (USB #4060)
Troy J. Aramburu (USB #10444)
**JONES WALDO HOLBROOK & McDONOUGH, PC**
170 South Main Street, Suite 1500
Salt Lake City, Utah  84101
Telephone:  (801) 521-3200

*Counsel to Unsecured Creditors' Committee*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| | | |
|---|---|---|
| In re: | : | Bankruptcy No. 09-29905 |
| | : | |
| **EASY STREET HOLDING, LLC et al.,**[1] | : | (Jointly Administered with Cases |
| | : | 09-29907 and 09-29908) |
| Debtors. | : | |
| | : | Chapter 11 |
| | : | |
| | : | Honorable R. Kimball Mosier |
| | : | |

**EIGHTH PROFESSIONAL FEE REQUEST FOR JONES WALDO HOLBROOK & MCDONOUGH, PC, COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR THE PERIOD JUNE 1, 2010 THROUGH AND INCLUDING JUNE 30, 2010**

The Official Committee of Unsecured Creditors (the "**Committee**") for the above captioned debtors and debtors in possession (collectively the "**Debtors**"), by its counsel, Jones Waldo Holbrook & McDonough, PC, ("**Jones Waldo**") pursuant to the Court's Order entered December 15, 2009 establishing monthly fee and expense reimbursement procedures ("**Interim Payment Order**") hereby submits its eighth fee request (the "**Fee Request**") for the period of June 1, 2010 through and including June 30, 2010 (the "**Fee Period**").

---

[1]   The Debtor entities are Easy Street Holding, LLC, Easy Street Partners, LLC, and Easy Street Mezzanine, LLC.

Jones Waldo professionals have recorded their time spent in performing services, as shown in the attached Exhibit "A," into the following matters:

| Matter No. | Matter Name |
|---|---|
| 0001 | Asset Analysis and Recovery |
| 0002 | Asset Disposition |
| 0003 | Case Administration |
| 0004 | Claims Administration & Objections |
| 0005 | Fee/Employment Applicants |
| 0006 | Fee/Employment Objections |
| 0007 | Financing/Cash Collateral |
| 0008 | Litigation |
| 0009 | Plan and Disclosure Statement |
| 0010 | Lien/Security Interest Investigation |
| 0011 | BayNorth Litigation |
| 0012 | WestLB Litigation |

Pursuant to the Interim Payment Order, professionals employed by Order of the Court to represent the Debtor or the Official Committee of Unsecured Creditors are authorized to request from the Debtor payment for services rendered and expenses incurred during the fee period equal to eighty percent (80%) of the fees sought and one hundred percent (100%) of the expenses incurred during the Fee Period. Jones Waldo's fees and expenses are as follows:

| Month | Hours | Fees | 80% of Fees | Expenses | Total (80% of Fees and 100% of expenses) |
|---|---|---|---|---|---|
| June | 159.10 | $46,646.00 | $37,316.80 | $538.61 | $37,855.41 |

Attached as Exhibit "A" are detailed statements, by billing category, for which payment is being sought. Statements may be redacted, to the extent necessary, to exclude, privileged, work product, litigation strategy and confidential information. Each statement includes the total

2

938514.1

time expended, identity of professional providing services, hourly billing rate, and detailed description of services rendered.

Pursuant to Interim Fee Order, parties must file objections to the Fee Request within ten (10) days from the date it is received.  Any objection must have a description of the specific subject matter and services in dispute and state the amount in dispute.  It is not sufficient to simply object to all fees and expenses.  Fees and expense not objected to will be paid by the Debtors or, if the total of 80% of fees and 100% of expenses of estate professionals exceeds $125,000 per month, the fees and expenses will be pro-rated among fees and expenses of estate professionals for that month which are not objected to.

DATED this 9th day of July, 2010.                           .

**JONES WALDO HOLBROOK &
McDONOUGH, PC**

/s/ Lon A. Jenkins
Jeffery W. Shields
Lon A. Jenkins
Troy J. Aramburu

*Counsel to Unsecured Creditors' Committee*

938514.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of July, 2010 I caused a true and correct copy of the

foregoing *Eighth Professional Fee Request for Jones Waldo Holbrook & McDonough, PC,*

*Counsel for the Official Committee of Unsecured Creditors, for the Period June 1, 2010*

*Through and Including June 30, 2010* to be served in the manner indicated below.

ECF Notification:

- Kenneth L. Cannon    kcannon@djplaw.com, khughes@djplaw.com
- Scott A. Cummings    cummings.scott@dorsey.com
- Mary Margaret Hunt    hunt.peggy@dorsey.com, wardle.gay@dorsey.com
- Annette W. Jarvis    jarvis.annette@dorsey.com,
  smith.ron@dorsey.com;slc.lit@dorsey.com;brown.patricia@dorsey.com
- Michael R. Johnson    mjohnson@rqn.com, agale@rqn.com
- Anthony C. Kaye    kaye@ballardspahr.com
- Benjamin J. Kotter    kotter.benjamin@dorsey.com
- Adelaide Maudsley    maudsley@chapman.com, jemery@chapman.com
- Steven J. McCardell    smccardell@djplaw.com, khughes@djplaw.com
- John T. Morgan tr    john.t.morgan@usdoj.gov, james.gee@usdoj.gov
- David W. Overholt    doverholt@rsolaw.com, abachman@rsolaw.com
- Jessica G Peterson    jpeterson@djplaw.com
- Knute Rife    karife@rifelegal.com
- Jeffrey L. Shields    jlshields@cnmlaw.com, njpotter@cnmlaw.com
- United States Trustee    USTPRegion19.SK.ECF@usdoj.gov

And via first class mail, postage prepaid upon the following:

Appraisal Group, Inc.
Attn: Paul W. Throndsen, MAI
7396 S Union Park Avenue, #301
Midvale, UT 84047

Michael V. Blumenthal
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022

BDRC 4 Site, LLC
Attn: Bryan W. Dorsey
305 NE Loop 820, Ste 109
Hurst, TX 76053

Steven B. Eichel
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022

938514.1

Anthony S. Fiotto
Goodwin Procter LLP
Exchange Place
Boston, MA 02109

Gemstone Hotels & Resorts, LLC
Attn: Jeff McIntyre, Principal
1912 Sidewinder Drive, #104
Park City, UT 84060

Corbin B. Gordon
345 West 600 South, Suite 108
Heber City, UT 84032

Brian W. Harvey
Goodwin Procter LLP
The New York Time Building
620 Eighth Avenue
New, NY 10018-1405

Ambica Mohabir
Goodwin Procter LLP
Exchange Place
Boston, MA 02109

Richard W. Havel
Christina M. Craige
Sidley & Austin, LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013-1010

WestLB, AG
1211 Ave. of the Americas, 24th
Floor
New York, NY 10036-8705

Easy Street Holding, LLC
4780 Winchester Court
Park City, UT 84098

Easy Street Partners, LLC
4780 Winchester Court
Park City, UT 84098

Easy Street Mezzanine, LLC
4780 Winchester Court
Park City, UT 84098

Joseph E. Wrona
WRONA LAW OFFICES, P.C.
1745 Sidewinder Drive
Park City, UT 84060

Bruce J. Zabarauskas
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022

/s/ Rebecca Huot

938514.1

# EXHIBIT A

### JONES, WALDO, HOLBROOK & McDONOUGH
A Professional Corporation

**ATTORNEYS AND COUNSELORS**
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe

,

July 9, 2010
Invoice: 1491503

22414.0001
Asset Anaylsis and Recovery

### STATEMENT OF ACCOUNT

| | |
|---|---|
| **Prior Activity** | |
| Previous Balance Due as of June 15, 2010 | $ 841.34 |
| **Total Past Due Balance** (If payment has been sent, disregard this balance) | **$ 841.34** |
| | |
| **Current Activity** | |
| Current Fees | 238.00 |
| Current Expenses | 235.18 |
| **Total Current Balance Due for Invoice 1491503** | **$ 473.18** |
| | |
| **Total Due** (For Past Due Activity and Current Activity) | **$ 1,314.52** |

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

22414.0001                                                                                    July 9, 2010
Asset Anaylsis and Recovery                                                       Invoice No.:1491503

Fee for legal services rendered in caption from date of last bill to and including June 30, 2010.

### Fee Detail

| Date | Atty | Hours | Description |
|------|------|-------|-------------|
| 06/03/10 | JYS | 0.60 | Review Mr. Jenkins' letter to key counsel; email to and from Mr. Jenkins. |
| 06/09/10 | RAH | 0.20 | Check docket; print newly filed documents; analyze for significant dates. |
| **Total Hours** | | **0.80** | |

### Fee Summary

| Attorney | Rate | Hours | Amount |
|----------|------|-------|--------|
| Shields, Jeffery | $ 360.00 | 0.60 | $ 216.00 |
| Huot, Rebecca A | 110.00 | 0.20 | 22.00 |
| **Total Hours and Fees:** | | **0.80** | **$ 238.00** |

### Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 06/28/10 | Online Legal Research | 120.00 |
| | Long Distance Telephone Charges | 15.96 |
| | In house photo copies - 12 pages @ 0.20 | 2.40 |
| | Postage | 96.82 |
| **Disbursements Total** | | **$ 235.18** |

# Jones, Waldo, Holbrook & McDonough
### A Professional Corporation

ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe

,

July 9, 2010
Invoice: 1491503

22414.0001
Asset Anaylsis and Recovery

## STATEMENT OF ACCOUNT

| | |
|---|---:|
| **Prior Activity** | |
| Previous Balance Due as of June 15, 2010 | $ 841.34 |
| **Total Past Due Balance** (If payment has been sent, disregard this balance) | **$ 841.34** |
| | |
| **Current Activity** | |
| Current Fees | 238.00 |
| Current Expenses | 235.18 |
| **Total Current Balance Due for Invoice 1491503** | **$ 473.18** |
| | |
| **Total Due** (For Past Due Activity and Current Activity) | **$ 1,314.52** |

# REMITTANCE COPY -- PLEASE RETURN WITH PAYMENT

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

# JONES, WALDO, HOLBROOK & McDONOUGH
A Professional Corporation

## ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe

,

July 9, 2010
Invoice: 1491504

22414.0003
Case Administration

## STATEMENT OF ACCOUNT

**Prior Activity**

| | |
|---|---:|
| Previous Balance Due as of June 17, 2010 | $ 19,897.53 |
| **Total Past Due Balance** (If payment has been sent, disregard this balance) | **$ 19,897.53** |

**Current Activity**

| | |
|---|---:|
| Current Fees | 7,505.00 |
| Current Expenses | 185.21 |
| **Total Current Balance Due for Invoice 1491504** | **$ 7,690.21** |

| | |
|---|---:|
| **Total Due** (For Past Due Activity and Current Activity) | **$ 27,587.74** |

Fee for legal services rendered in caption from date of last bill to and including June 30, 2010.

**Fee Detail**

| Date | Atty | Hours | Description |
|---|---|---|---|
| 06/01/10 | RAH | 0.30 | Check docket; print newly filed documents; analyze for significant dates; calendar same. |
| 06/03/10 | LAJ | 0.70 | Draft minutes of May 28, 2010 meeting. |
| 06/03/10 | LAJ | 0.30 | Evaluate and draft agenda for June 4, 2010 committee meeting. |
| 06/04/10 | LAJ | 1.50 | Conduct weekly committee meeting. |
| 06/04/10 | LAJ | 0.20 | Email exchanges with J. Shields re report and outcome of committee meeting. |
| 06/04/10 | RAH | 0.20 | Check docket; print newly filed documents; analyze for significant dates. |
| 06/04/10 | RAH | 0.30 | Make copies of monthly operating reports for Mr. Jenkins' review; draft email to Committee attaching monthly operating reports. |
| 06/07/10 | JYS | 0.20 | Brief review of Debtor's monthly financial report. |
| 06/07/10 | LAJ | 1.00 | Read and compare April and March monthly financial reports; analyze same; email to committee. |
| 06/07/10 | RAH | 1.10 | Check docket; print newly filed documents; analyze for significant dates; calendar numerous upcoming deadlines. |
| 06/08/10 | JYS | 1.80 | Prepare for committee call (.3); participate in weekly committee conference call (1.3) debrief on issues and needed work with Mr. Jenkins (.2). |
| 06/08/10 | JYS | 0.30 | Review email from M. Tozier (.1); confer with L. Jenkins (.2). |
| 06/08/10 | LAJ | 0.30 | Telephone conference with J. Shields re update in case. |
| 06/08/10 | LAJ | 0.60 | Review monthly operating reports for report to committee. |
| 06/08/10 | LAJ | 0.30 | Conference with K. Cannon re Monthly Operating Report questions. |
| 06/09/10 | JYS | 0.30 | Reply email to J. Tozier (.2); review June 4 minutes (.1). |
| 06/09/10 | LAJ | 0.90 | Draft minutes from June 4, 2010 committee meeting. |
| 06/09/10 | LAJ | 0.50 | Draft lengthy update email to committee re meetings today. |
| 06/11/10 | JYS | 0.20 | Telephone conference with Mike Homer, counsel to homeowner. |
| 06/11/10 | LAJ | 0.40 | Read plans to prepare for committee meeting. |
| 06/11/10 | LAJ | 0.80 | Conduct committee meeting. |
| 06/11/10 | LAJ | 0.30 | Email absent members re hearing developments today. |
| 06/14/10 | JYS | 0.40 | Review report of hearing to committee and confer with Mr. Jenkins on plan comparison. |
| 06/14/10 | LAJ | 0.50 | Draft lengthy email to committee re report on plan negotiations with Debtor, WestLB, and Jacobsen to date. |
| 06/15/10 | JYS | 0.30 | Telephone conference with Jim Tozier of Committee and notes of call. |
| 06/15/10 | LAJ | 0.40 | Conference with J. Shields re report on call with committee members and related issues. |
| 06/17/10 | LAJ | 0.80 | Draft minutes from June 11, 2010 meeting. |
| 06/17/10 | LAJ | 0.70 | Draft lengthy email to committee re report and analysis of joint plan. |
| 06/17/10 | LAJ | 0.20 | Draft agenda for June 18 meeting. |
| 06/18/10 | LAJ | 0.70 | Prepare for Committee meeting. |
| 06/18/10 | LAJ | 0.70 | Conduct Committee meeting. |
| 06/21/10 | LAJ | 0.40 | Draft minutes from June 18 meeting. |
| 06/21/10 | LAJ | 0.40 | Communication with committee re options regarding plan. |
| 06/21/10 | LAJ | 0.50 | Draft letter to unsecured creditors for committee chairman's signature re status of case and developments. |
| 06/21/10 | RAH | 0.30 | Check docket; print newly filed documents; analyze for significant dates. |
| 06/22/10 | LAJ | 1.10 | Draft letter to unsecured creditors re status of case. |

22414.0003                                                                                                                July 9, 2010
Case Administration                                                                                      Invoice No.:1491504

## Fee Detail

| Date | Atty | Hours | Description |
|------|------|-------|-------------|
| 06/22/10 | LAJ | 0.20 | Conference with J. Shields re discussion of Plan Supplement. |
| 06/22/10 | LAJ | 0.60 | Draft letter to unsecured creditors re status of case. |
| 06/22/10 | RAH | 1.90 | Check docket; print newly filed documents for the past week; analyze for significant dates; calendar all deadlines. |
| 06/23/10 | LAJ | 0.50 | Revise edits to letter to unsecured creditors for C. Elliott's signature. |
| 06/23/10 | LAJ | 0.20 | Conference with C. Elliott re comments on letter to unsecured creditors. |
| 06/23/10 | LAJ | 0.30 | Finalize letter per comments; conference with J. Shields re delivery. |
| 06/23/10 | RAH | 0.20 | Scan each of the monthly operating reports; make a working copy for Mr. Jenkins' review. |
| 06/25/10 | RAH | 0.40 | Check docket; print newly filed documents; analyze for significant dates. |
| 06/30/10 | LAJ | 0.30 | Review revised pro formas for delivery to committee. |
| 06/30/10 | LAJ | 0.60 | Analyze feasibility materials forwarded to committee with explanatory email. |
| 06/30/10 | LAJ | 1.00 | Draft update email to committee re report on confirmation hearing and remaining issues and tasks. |

**Total Hours**          **26.10**

## Fee Summary

| Attorney | Rate | Hours | Amount |
|----------|------|-------|--------|
| Shields, Jeffery | $ 360.00 | 3.50 | $ 1,260.00 |
| Jenkins, Lon A | 320.00 | 17.90 | 5,728.00 |
| Huot, Rebecca A | 110.00 | 4.70 | 517.00 |
| **Total Hours and Fees:** | | **26.10** | **$ 7,505.00** |

## Expenses

| Date | Description | Amount |
|------|-------------|--------|
| | Long Distance Telephone Charges | 185.21 |
| **Disbursements Total** | | **$ 185.21** |

# JONES, WALDO, HOLBROOK & McDONOUGH

A Professional Corporation

ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe

,

July 9, 2010
Invoice: 1491504

22414.0003
Case Administration

## STATEMENT OF ACCOUNT

**Prior Activity**

| | |
|---|---:|
| Previous Balance Due as of June 17, 2010 | $ 19,897.53 |
| **Total Past Due Balance** (If payment has been sent, disregard this balance) | **$ 19,897.53** |

**Current Activity**

| | |
|---|---:|
| Current Fees | 7,505.00 |
| Current Expenses | 185.21 |
| **Total Current Balance Due for Invoice 1491504** | **$ 7,690.21** |

| | |
|---|---:|
| **Total Due** (For Past Due Activity and Current Activity) | **$ 27,587.74** |

# REMITTANCE COPY -- PLEASE RETURN WITH PAYMENT

# JONES, WALDO, HOLBROOK & MCDONOUGH
A Professional Corporation

## ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe

,

July 9, 2010
Invoice: 1491505

22414.0004
Claims Administration & Objections

## STATEMENT OF ACCOUNT

**Prior Activity**

| | |
|---|---:|
| Previous Balance Due as of June 17, 2010 | $ 2,434.40 |
| **Total Past Due Balance** (If payment has been sent, disregard this balance) | **$ 2,434.40** |

**Current Activity**

| | |
|---|---:|
| Current Fees | 2,128.00 |
| Current Expenses | 0.00 |
| **Total Current Balance Due for Invoice 1491505** | **$ 2,128.00** |

| | |
|---|---:|
| **Total Due** (For Past Due Activity and Current Activity) | **$ 4,562.40** |

22414.0004
Claims Administration &
Objections

July 9, 2010
Invoice No.:1491505

Fee for legal services rendered in caption from date of last bill to and including June 30, 2010.

## Fee Detail

| Date | Atty | Hours | Description |
|------|------|-------|-------------|
| 06/07/10 | LAJ | 0.40 | Conference with R. Huot re certificate of service on motion to employ Vici Capital and related orders and identify recipients. |
| 06/14/10 | KZF | 4.00 | Creating table of unsecured, non-priority creditors; comparing list, Schedule F, and claims. |
| 06/14/10 | LAJ | 0.30 | Compare claims lists and brief review of claims for meeting with K. Finlayson. |
| 06/14/10 | LAJ | 0.30 | Conference with K. Finlayson re research on filed and scheduled claims for claims analysis. |
| 06/14/10 | LAJ | 0.20 | Conference with K. Finlayson re discussion of claims analysis. |
| 06/14/10 | LAJ | 0.40 | Analyze claim info from K. Finlayson re discrepancies in debtor's listing and committee analysis. |
| 06/14/10 | LAJ | 0.60 | Review claim reconciliation problems and discrepancies. |
| 06/15/10 | KZF | 1.10 | Doing excel spreadsheet to calculate claims of unsecured, non-priority creditors. |
| 06/16/10 | JYS | 0.40 | Review binder of filed claims. |
| 06/16/10 | KZF | 0.30 | Refining excel spreadsheet on unswecured, non-priority claims and discussing with Lon Jenkins. |
| 06/16/10 | LAJ | 0.60 | Meet with K. Finlayson re claims analysis and analyze claim amounts and discrepancies. |
| 06/16/10 | LAJ | 0.20 | Read M. Johnson emails re Gunther claims. |
| 06/17/10 | LAJ | 0.30 | Review insider/principal's claims. |
| 06/22/10 | LAJ | 0.20 | Conference with J. Pollard re analysis of claims. |

**Total Hours**        **9.30**

## Fee Summary

| Attorney | Rate | Hours | Amount |
|----------|------|-------|--------|
| Shields, Jeffery | $ 360.00 | 0.40 | $ 144.00 |
| Jenkins, Lon A | 320.00 | 3.50 | 1,120.00 |
| Finlayson, Kristy K | 160.00 | 5.40 | 864.00 |
| **Total Hours and Fees:** | | **9.30** | **$ 2,128.00** |

JONES, WALDO, HOLBROOK & McDONOUGH
A Professional Corporation

ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe

,

July 9, 2010
Invoice: 1491505

22414.0004
Claims Administration & Objections

### STATEMENT OF ACCOUNT

| | |
|---|---:|
| **Prior Activity** | |
| Previous Balance Due as of June 17, 2010 | $ 2,434.40 |
| **Total Past Due Balance** (If payment has been sent, disregard this balance) | **$ 2,434.40** |
| | |
| **Current Activity** | |
| Current Fees | 2,128.00 |
| Current Expenses | 0.00 |
| **Total Current Balance Due for Invoice 1491505** | **$ 2,128.00** |
| | |
| **Total Due** (For Past Due Activity and Current Activity) | **$ 4,562.40** |

# REMITTANCE COPY -- PLEASE RETURN WITH PAYMENT

# JONES, WALDO, HOLBROOK & McDONOUGH
### A Professional Corporation

## ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe

,

July 9, 2010
Invoice: 1491506

22414.0005
Fee / Employment Applicants

## STATEMENT OF ACCOUNT

**Prior Activity**

| | |
|---|---|
| Previous Balance Due as of June 15, 2010 | $ 19,465.09 |
| **Total Past Due Balance** (If payment has been sent, disregard this balance) | **$ 19,465.09** |

**Current Activity**

| | |
|---|---|
| Current Fees | 7,122.00 |
| Current Expenses | 0.00 |
| **Total Current Balance Due for Invoice 1491506** | **$ 7,122.00** |

| | |
|---|---|
| **Total Due** (For Past Due Activity and Current Activity) | **$ 26,587.09** |

22414.0005                                                                                           July 9, 2010
Fee / Employment Applicants                                                              Invoice No.:1491506

Fee for legal services rendered in caption from date of last bill to and including June 30, 2010.

| Date | Atty | Hours | Description |
|------|------|-------|-------------|
| 06/01/10 | JYS | 0.20 | Email to and from Mr. Crockett of Vici; email to and from Rob Moon. |
| 06/01/10 | LAJ | 1.50 | Read Gordon and Wrona fee applications, the gateway objections thereto and Gordon's Second Verified Statement. |
| 06/02/10 | JYS | 2.00 | Prepare Motion to Appoint Vici Partners as committee professional, notice, proposed order on shortened notice, and proposed order appointing committee professional; follow up email communication to Rob Moon and Mark Crockett of Vici Partners; confer with L. Jenkins. |
| 06/02/10 | JYS | 0.80 | Revisions to pleadings to appoint professional (Vici); review extended vitae exhibits and follow up communications with Messrs. Crockett and Moon. |
| 06/02/10 | LAJ | 0.70 | Draft application to employ Vici. |
| 06/02/10 | LAJ | 2.80 | Draft application to employ Vici Partners as Committee Restructuring Professional. |
| 06/03/10 | LAJ | 0.40 | Read and revise Crockett declaration for Vici application. |
| 06/03/10 | LAJ | 0.30 | Emails with R. Moon and M. Crockett re declaration to accompany Vici application. |
| 06/03/10 | LAJ | 0.50 | Finalize papers for Vici application. |
| 06/03/10 | LAJ | 0.20 | Emails to C. Elliott re executing Vici application. |
| 06/03/10 | LAJ | 0.30 | E-file Vici application. |
| 06/03/10 | LAJ | 0.50 | Draft and revise motion and order to shorten time on Vici application. |
| 06/03/10 | RAH | 0.80 | Revise and finalize certificate of service re fee application; copy and mail a copy to Mr. Havel; file with the court. |
| 06/03/10 | RAH | 1.40 | Revise Application to Employ Vici Capital Partners and scan in preparation for filing with the court. |
| 06/03/10 | RAH | 0.60 | Work with Lon to file Application to Employ Vici Capital Partners; serve via email to all parties. |
| 06/04/10 | LAJ | 0.20 | Telephone conference with Judger Mosiers' chambers re order on shortened notice and follow up with R. Huot. |
| 06/04/10 | LAJ | 0.20 | Emails with M. Crockett re meeting to discuss case background. |
| 06/04/10 | LAJ | 0.20 | Read WestLB fee notification. |
| 06/04/10 | LAJ | 0.20 | Conference with R. Huot re service of order shortening time in Vici application. |
| 06/04/10 | LAJ | 0.20 | Review and edit notice of hearing on Application to Employ Vici. |
| 06/04/10 | LAJ | 0.20 | Meet with R. Huot and J. Pollard re service of notice and order on Application to Employ Professional. |
| 06/04/10 | RAH | 0.80 | Draft Notice of hearing re Application to Employ. |
| 06/04/10 | RAH | 0.20 | Revise Notice of Hearing per Mr. Jenkins' changes. |
| 06/04/10 | RAH | 0.20 | Confer with Mr. Jenkins and Joyce Pollard re service of Application to Employ. |
| 06/04/10 | RAH | 0.20 | Substitute changed pages into documents in order to serve by mail. |
| 06/04/10 | RAH | 0.60 | File and service Notice of Hearing. |
| 06/07/10 | LAJ | 0.60 | Prepare for meeting with potential financial advisor. |
| 06/07/10 | LAJ | 1.50 | Meet with M. Crockett and R. Moon by phone to discuss background of case for possible employment. |
| 06/07/10 | RAH | 0.80 | Draft, revise and file certificate of service re Notice of Hearing. |
| 06/10/10 | JYS | 0.70 | Review Winokur Declaration (.2); review WestLB objection to committee application (.3); confer with Mr. Jenkins (.2). |
| 06/10/10 | LAJ | 0.20 | Telephone conference with M. Crockett (Vici Capital) re hearing on employment tomorrow. |

22414.0005
Fee / Employment Applicants

July 9, 2010
Invoice No.:1491506

## Fee Detail

| Date | Atty | Hours | Description |
|------|------|-------|-------------|
| 06/10/10 | LAJ | 0.20 | Draft email to S. Brown re hearing tomorrow to employ financial advisor. |
| 06/10/10 | RAH | 0.80 | Create hearing binder for Lon Jenkins regarding Application to Employ Vici Capital Partners. |
| 06/11/10 | LAJ | 0.20 | Telephone conference with M. Crockett re report on committee's determination to continue hearing on application. |
| 06/11/10 | LAJ | 0.20 | Communications with Court re continuance of hearing on Vici Application. |
| 06/11/10 | RAH | 0.20 | Print WestLB's Objection and include a copy in Mr. Jenkins' hearing binder for the Application to Employ. |
| 06/17/10 | LAJ | 1.30 | Review and edit invoices for Seventh fee request. |
| 06/17/10 | LAJ | 0.20 | Email exchange with committee member re balloting. |
| 06/17/10 | LAJ | 0.60 | Draft calculations for Seventh fee request. |
| 06/17/10 | LAJ | 0.30 | Conference with J. Pollard re finalizing and filing seventh fee request. |
| 06/21/10 | RAH | 0.50 | Print newly filed fee applications, objections, and responses. |
| 06/21/10 | RAH | 0.30 | Access docket and print Verified Statement for Mr. Jenkins. |
| 06/24/10 | LAJ | 0.40 | Read fee applications to prepare for hearing. |
| 06/24/10 | RAH | 1.00 | Create hearing binders for Lon Jenkins re fee application hearing and Plan. |
| 06/28/10 | LAJ | 0.50 | Attend and participate in hearing on professionals' fee applications. |
| 06/29/10 | LAJ | 0.20 | Telephone conference with Shannon re continued hearing on employment of Vici. |
| 06/30/10 | LAJ | 0.20 | Draft notice of continued hearing on Vici application per Court instruction. |
| 06/30/10 | RAH | 0.30 | Draft Notice of Continued Hearing. |
| 06/30/10 | RAH | 0.20 | File Notice of Continued Hearing with the court; arrange service. |
| 06/30/10 | RAH | 0.10 | Upload Order Approving Fee Application to the court's website. |

**Total Hours**        27.70

## Fee Summary

| Attorney | Rate | Hours | Amount |
|----------|------|-------|--------|
| Shields, Jeffery | $ 360.00 | 3.70 | $ 1,332.00 |
| Jenkins, Lon A | 320.00 | 15.00 | 4,800.00 |
| Huot, Rebecca A | 110.00 | 9.00 | 990.00 |
| **Total Hours and Fees:** | | 27.70 | **$ 7,122.00** |

# JONES, WALDO, HOLBROOK & MCDONOUGH
A Professional Corporation

### ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe

,

July 9, 2010
Invoice: 1491506

22414.0005
Fee / Employment Applicants

### STATEMENT OF ACCOUNT

**Prior Activity**

| | |
|---|---|
| Previous Balance Due as of June 15, 2010 | $ 19,465.09 |
| **Total Past Due Balance** (If payment has been sent, disregard this balance) | **$ 19,465.09** |

**Current Activity**

| | |
|---|---|
| Current Fees | 7,122.00 |
| Current Expenses | 0.00 |
| **Total Current Balance Due for Invoice 1491506** | **$ 7,122.00** |

| | |
|---|---|
| **Total Due** (For Past Due Activity and Current Activity) | **$ 26,587.09** |

# REMITTANCE COPY -- PLEASE RETURN WITH PAYMENT

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIN THIRTY (30) DAYS OF INVOICE DATE

WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

## JONES, WALDO, HOLBROOK & MCDONOUGH
A Professional Corporation

### ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe

,

July 9, 2010
Invoice: 1491507

22414.0006
Fee / Employment Objections

### STATEMENT OF ACCOUNT

**Prior Activity**

| | | |
|---|---|---:|
| Previous Balance Due as of May 15, 2010 | | $ 5,514.00 |
| 05/25/10 | Cash Receipt | -4,077.60 |
| 05/28/10 | Cash Receipt Cancellation | 3,506.40 |
| **Total Past Due Balance** (If payment has been sent, disregard this balance) | | **$ 4,942.80** |

**Current Activity**

| | |
|---|---:|
| Current Fees | 1,626.00 |
| Current Expenses | 7.56 |
| **Total Current Balance Due for Invoice 1491507** | **$ 1,633.56** |

| | |
|---|---:|
| **Total Due** (For Past Due Activity and Current Activity) | **$ 6,576.36** |

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

22414.0006                                                                    July 9, 2010
Fee / Employment Objections                                           Invoice No.:1491507

Fee for legal services rendered in caption from date of last bill to and including June 30, 2010.

### Fee Detail

| Date | Atty | Hours | Description |
|------|------|-------|-------------|
| 06/21/10 | LAJ | 1.20 | Read Wrona and Gordon fee applications and analyze Gateway's objections thereto. |
| 06/21/10 | LAJ | 1.60 | Draft, revise and finalize objection to Corbin Gordon fee application. |
| 06/21/10 | LAJ | 1.60 | Draft and revise objection to Wrona fee application. |
| 06/21/10 | RAH | 0.50 | Revise objection to Wrona's fee application; file with the court; arrange service to indicated parties. |
| 06/21/10 | RAH | 0.50 | Revise response to Corbin Gordon's fee application; file with the court; arrange service to indicated people. |
| 06/24/10 | LAJ | 0.20 | Read Wrona reply to fee application objections. |
| 06/24/10 | RAH | 0.40 | Draft and file Certificate of Service re Committee's responses to Wrona and Corbin Gordon's fee applications. |

**Total Hours**          **6.00**

### Fee Summary

| Attorney | Rate | Hours | Amount |
|----------|------|-------|--------|
| Jenkins, Lon A | $ 320.00 | 4.60 | $ 1,472.00 |
| Huot, Rebecca A | 110.00 | 1.40 | 154.00 |
| **Total Hours and Fees:** | | **6.00** | **$ 1,626.00** |

### Expenses

| Date | Description | Amount |
|------|-------------|--------|
| | Long Distance Telephone Charges | 7.56 |
| **Disbursements Total** | | **$ 7.56** |

# Jones, Waldo, Holbrook & McDonough

A Professional Corporation

## ATTORNEYS AND COUNSELORS

Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe

,

July 9, 2010
Invoice: 1491507

22414.0006
Fee / Employment Objections

## STATEMENT OF ACCOUNT

**Prior Activity**

| | | |
|---|---|---:|
| Previous Balance Due as of May 15, 2010 | | $ 5,514.00 |
| 05/25/10 | Cash Receipt | -4,077.60 |
| 05/28/10 | Cash Receipt Cancellation | 3,506.40 |
| **Total Past Due Balance** (If payment has been sent, disregard this balance) | | **$ 4,942.80** |

**Current Activity**

| | |
|---|---:|
| Current Fees | 1,626.00 |
| Current Expenses | 7.56 |
| **Total Current Balance Due for Invoice 1491507** | **$ 1,633.56** |

| | |
|---|---:|
| **Total Due** (For Past Due Activity and Current Activity) | **$ 6,576.36** |

# REMITTANCE COPY -- PLEASE RETURN WITH PAYMENT

## JONES, WALDO, HOLBROOK & McDONOUGH
### A Professional Corporation

**ATTORNEYS AND COUNSELORS**
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe                July 9, 2010
,                                                        Invoice: 1491508

22414.0007
Financing / Cash Collateral

### STATEMENT OF ACCOUNT

**Prior Activity**

| | |
|---|---:|
| Previous Balance Due as of June 17, 2010 | $ 3,235.27 |
| **Total Past Due Balance** (If payment has been sent, disregard this balance) | **$ 3,235.27** |

**Current Activity**

| | |
|---|---:|
| Current Fees | 680.00 |
| Current Expenses | 0.00 |
| **Total Current Balance Due for Invoice 1491508** | **$ 680.00** |

| | |
|---|---:|
| **Total Due** (For Past Due Activity and Current Activity) | **$ 3,915.27** |

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

22414.0007
Financing / Cash Collateral

July 9, 2010
Invoice No.:1491508

Fee for legal services rendered in caption from date of last bill to and including June 30, 2010.

## Fee Detail

| Date | Atty | Hours | Description |
|------|------|-------|-------------|
| 06/02/10 | JYS | 0.20 | Review cash collateral extension. |
| 06/02/10 | LAJ | 0.30 | Read third cash collateral extension filed by WestLB. |
| 06/09/10 | LAJ | 0.20 | Telephone conference with K. Cannon re WestLB termination of cash collateral authorization. |
| 06/09/10 | LAJ | 0.20 | Telephone conference with J. Shields re WestLB termination of cash collateral authorization. |
| 06/09/10 | LAJ | 0.20 | Read WestLB Notice of Termination of Cash Collateral Stipulation. |
| 06/11/10 | LAJ | 0.20 | Read Winikor declaration in support of cash collateral termination. |
| 06/16/10 | LAJ | 0.40 | Read draft stipulation re amended cash collateral with reduced Jacobsen set-aside. |
| 06/22/10 | LAJ | 0.40 | Read WestLB reinstatement of cash collateral. |

**Total Hours**          **2.10**

## Fee Summary

| Attorney | Rate | Hours | Amount |
|----------|------|-------|--------|
| Shields, Jeffery | $ 360.00 | 0.20 | $ 72.00 |
| Jenkins, Lon A | 320.00 | 1.90 | 608.00 |
| **Total Hours and Fees:** | | **2.10** | **$ 680.00** |

## JONES, WALDO, HOLBROOK & MCDONOUGH
A Professional Corporation

ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe

,

July 9, 2010
Invoice:  1491508

22414.0007
Financing / Cash Collateral

### STATEMENT OF ACCOUNT

**Prior Activity**

| | |
|---|---|
| Previous Balance Due as of June 17, 2010 | $ 3,235.27 |
| **Total Past Due Balance** (If payment has been sent, disregard this balance) | **$ 3,235.27** |

**Current Activity**

| | |
|---|---|
| Current Fees | 680.00 |
| Current Expenses | 0.00 |
| **Total Current Balance Due for Invoice 1491508** | **$ 680.00** |

| | |
|---|---|
| **Total Due** (For Past Due Activity and Current Activity) | **$ 3,915.27** |

# REMITTANCE COPY -- PLEASE RETURN WITH PAYMENT

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIIN THIRTY (30) DAYS OF INVOICE DATE

WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

# JONES, WALDO, HOLBROOK & McDONOUGH

A Professional Corporation

### ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe

,

July 9, 2010
Invoice: 1491509

22414.0008
Litigation

## STATEMENT OF ACCOUNT

**Prior Activity**

| | |
|---|---:|
| Previous Balance Due as of June 17, 2010 | $ 3,808.00 |
| **Total Past Due Balance** (If payment has been sent, disregard this balance) | **$ 3,808.00** |

**Current Activity**

| | |
|---|---:|
| Current Fees | 1,056.00 |
| Current Expenses | 0.00 |
| **Total Current Balance Due for Invoice 1491509** | **$ 1,056.00** |

| | |
|---|---:|
| **Total Due** (For Past Due Activity and Current Activity) | **$ 4,864.00** |

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIN THIRTY (30) DAYS OF INVOICE DATE

WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

Fee for legal services rendered in caption from date of last bill to and including June 30, 2010.

| | | | Fee Detail |
| --- | --- | --- | --- |
| **Date** | **Atty** | **Hours** | **Description** |
| 06/01/10 | LAJ | 1.10 | Read Partners v. Wickline, et al. and exhibits. |
| 06/01/10 | LAJ | 1.50 | Read Easy Street v. Wickline, et al. and exhibits. |
| 06/02/10 | LAJ | 0.20 | Review deposition notices; email B. Kotter re same. |
| 06/04/10 | LAJ | 0.50 | Read WestLB subpoenas to CloudNine entities. |

**Total Hours**        **3.30**

| | | Fee Summary | |
| --- | --- | --- | --- |
| **Attorney** | **Rate** | **Hours** | **Amount** |
| Jenkins, Lon A | $ 320.00 | 3.30 | $ 1,056.00 |
| **Total Hours and Fees:** | | **3.30** | **$ 1,056.00** |

# JONES, WALDO, HOLBROOK & MCDONOUGH
### A Professional Corporation

### ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe                July 9, 2010
,                                                       Invoice:  1491509

22414.0008
Litigation

### STATEMENT OF ACCOUNT

| | |
|---|---|
| **Prior Activity** | |
| Previous Balance Due as of June 17, 2010 | $ 3,808.00 |
| **Total Past Due Balance** (If payment has been sent, disregard this balance) | **$ 3,808.00** |
| | |
| **Current Activity** | |
| Current Fees | 1,056.00 |
| Current Expenses | 0.00 |
| **Total Current Balance Due for Invoice 1491509** | **$ 1,056.00** |
| | |
| **Total Due** (For Past Due Activity and Current Activity) | **$ 4,864.00** |

# REMITTANCE COPY -- PLEASE RETURN WITH PAYMENT

# JONES, WALDO, HOLBROOK & MCDONOUGH
A Professional Corporation

### ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe

,

July 9, 2010
Invoice:  1491510

22414.0009
Plan & Disclosure Statement

## STATEMENT OF ACCOUNT

**Prior Activity**

| | |
|---|---|
| Previous Balance Due as of June 15, 2010 | $ 34,873.68 |
| **Total Past Due Balance** (If payment has been sent, disregard this balance) | **$ 34,873.68** |

**Current Activity**

| | |
|---|---|
| Current Fees | 26,291.00 |
| Current Expenses | 110.66 |
| **Total Current Balance Due for Invoice 1491510** | **$ 26,401.66** |

| | |
|---|---|
| **Total Due** (For Past Due Activity and Current Activity) | **$ 61,275.34** |

22414.0009
Plan & Disclosure Statement

Fee for legal services rendered in caption from date of last bill to and including June 30, 2010.

### Fee Detail

| Date | Atty | Hours | Description |
|---|---|---|---|
| 06/02/10 | LAJ | 0.20 | Telephone conference with J. Shields re plan and litigation strategy. |
| 06/03/10 | LAJ | 2.20 | Draft letter to counsel in case re report on committee's position respecting plan and employment of committee financial advisor. |
| 06/03/10 | LAJ | 0.50 | Telephone conference with M. Blumenthal re discussion of committee employment of financial advisor and plan funder issues. |
| 06/04/10 | LAJ | 0.20 | Telephone conference with M. Johnson re set up plan meeting. |
| 06/04/10 | LAJ | 0.30 | Telephone conference with M. Blumenthal re discuss plan alternative. |
| 06/04/10 | LAJ | 0.20 | Conference with M. Blumenthal re ballot report. |
| 06/07/10 | LAJ | 0.20 | Call from S. Brown and email to M. Blumenthal re plan funder. |
| 06/07/10 | LAJ | 0.50 | Call with M. Blumenthal joined in part by M. Johnson re alternative plan strategy. |
| 06/07/10 | LAJ | 0.50 | Analyze and outline what a new alternative plan would embody. |
| 06/08/10 | LAJ | 0.30 | Email exchanges with committee members re plan (alternative) strategies. |
| 06/08/10 | LAJ | 1.20 | Conference call with debtor and debtor's counsel, Jacobsen and Jacobsen's counsel and J. Shields re alternative plan issue. |
| 06/08/10 | LAJ | 0.30 | Post-meeting conference with J. Shields re plan strategy. |
| 06/08/10 | LAJ | 0.30 | Draft lengthy email to committee re report on plan issuer. |
| 06/08/10 | LAJ | 0.30 | Telephone conference with M. Blumenthal re further discussion of plan strategy. |
| 06/09/10 | JYS | 0.90 | Conference call with Mike Johnson, Mike Blumenthal, Annette Jarvis, Rich Havel, Ken Cannon and Lon Jenkins (.7); review notice to cancel cash collateral (.2). |
| 06/09/10 | LAJ | 0.20 | Email to committee re status of plan discussions with Debtor, Jacobsen |
| 06/09/10 | LAJ | 0.30 | Telephone conference with S. Brown re discussion of negotiations with Debtor, WestLB. |
| 06/09/10 | LAJ | 0.40 | Analyze possible terms, ramifications of alternate plan. |
| 06/09/10 | LAJ | 0.90 | Telephone conference with M. Blumenthal, K. Cannon, M. Johnson and J. Shields (prior to call with WestLB) re discuss strategy for plan meeting. |
| 06/09/10 | LAJ | 0.10 | Telephone conference with J. Shields re preparation for meeting with WestLB. |
| 06/09/10 | LAJ | 0.90 | Telephone conference with M. Blumenthal, Cannon, Havel, Ellis, Jarvis, Johnson and J. Shields re: discuss alternative plan. |
| 06/09/10 | LAJ | 0.10 | Telephone conference with J. Shields re discuss meeting with WestLB strategy. |
| 06/09/10 | LAJ | 0.40 | Post-meeting conference with Blumenthal, Johnson, Cannon re: plan responsibilities. |
| 06/10/10 | JYS | 1.00 | Email to and from Ken Cannon (.2); review WestLB plan draft (.4); review WestLB objection (.2); review Mr. Jenkins' email to committee (.2). |
| 06/10/10 | LAJ | 0.20 | Read Havel email and respond re WestLB plan. |
| 06/10/10 | LAJ | 0.20 | Draft email to Committee transmitting WestLB plan. |
| 06/10/10 | LAJ | 0.40 | Telephone conference with R. Havel re new WestLB plan or joint plan. |
| 06/10/10 | LAJ | 0.20 | Read and draft emails to M. Johnson, R. Havel re plan treatments WestLB plan order. |
| 06/10/10 | LAJ | 0.20 | Conferences with Jeff Shields re new WestLB plan. |
| 06/10/10 | LAJ | 0.30 | Telephone conference with K. Cannon re joint plan negotiations. |
| 06/10/10 | LAJ | 1.60 | Read new WestLB plan. |
| 06/10/10 | LAJ | 0.30 | Review debtors' markup of WestLB plan. |
| 06/10/10 | LAJ | 0.20 | Email S. Eichel re mark-up of plan. |
| 06/11/10 | JYS | 0.20 | Debrief with Mr. Jenkins on Committee call and action items. |
| 06/11/10 | LAJ | 0.30 | Telephone conference with K. Cannon re discussion of claims, plan discussions with WestLB. |

22414.0009                                                                July 9, 2010
Plan & Disclosure Statement                                    Invoice No.:1491510

## Fee Detail

| Date | Atty | Hours | Description |
|------|------|-------|-------------|
| 06/11/10 | LAJ | 0.30 | Email exchanges with counsel re postponement of confirmation hearing and Jacobsen release of cash. |
| 06/11/10 | LAJ | 0.30 | Read WestLB objections to Exclusive Period Extension. |
| 06/11/10 | LAJ | 1.30 | To court to attend hearing on debtor's exclusivity extension and committee motion to employ financial advisor then return from court. |
| 06/11/10 | LAJ | 0.30 | Post hearing conferences with counsel re Cloud Nine issue and subordination classification. |
| 06/11/10 | LAJ | 0.20 | Read and exchange emails with counsel re Saturday plan meeting. |
| 06/12/10 | LAJ | 1.10 | Participate in conference call with R. Havel, B. Ellis, M. Blumenthal, M. Johnson re plan negotiations to reach joint plan. |
| 06/13/10 | JYS | 0.40 | Review plan comparison. |
| 06/13/10 | JYS | 0.20 | Confer with Mr. Jenkins re plan comparison. |
| 06/13/10 | LAJ | 1.60 | Read and analyze plan drafts from debtor and WestLB. |
| 06/14/10 | JYS | 0.10 | Review email from M. Johnson. |
| 06/14/10 | LAJ | 0.70 | Draft and revise lengthy email to Debtors, WestLB, Jacobsen, re committee issues, concerns, suggestions with joint plan. |
| 06/14/10 | LAJ | 0.20 | Telephone conference with M. Johnson re discussion of Jacobsen position on plan. |
| 06/14/10 | LAJ | 0.20 | Telephone conference with R. Havel re joint plan negotiations and Shoaf agreement. |
| 06/14/10 | LAJ | 0.40 | Telephone conference with M. Blumenthal re joint discussions and insider issues. |
| 06/15/10 | JYS | 0.20 | Confer with L. Jenkins. |
| 06/15/10 | JYS | 0.20 | Review Shoaf agreement term sheet. |
| 06/15/10 | JYS | 0.30 | Review further amended plan, disclosure and blacklines thereof. |
| 06/15/10 | LAJ | 0.30 | Telephone conference with A. Jarvis re treatment of class 6 and subordination. |
| 06/15/10 | LAJ | 1.10 | Read new version of plan from R. Havel and analyze same. |
| 06/15/10 | LAJ | 0.20 | Telephone conference with M. Blumenthal re discuss plan negotiations progress. |
| 06/15/10 | LAJ | 0.50 | Research subordination under plan of class 6. |
| 06/16/10 | JYS | 0.30 | Confer with Mr. Jenkins concerning plan strategy. |
| 06/16/10 | JYS | 0.30 | Confer with L. Jenkins and suggest plan language. |
| 06/16/10 | JYS | 0.20 | Review extensive email strings concerning plan. |
| 06/16/10 | LAJ | 0.20 | Draft email to Havel and Blumenthal re concerns regarding option 1 payout assurances. |
| 06/16/10 | LAJ | 0.40 | Telephone conference with R. Havel re resolution of class 4 - option 1 treatment. |
| 06/16/10 | LAJ | 0.40 | Telephone conference with M. Blumenthal re discussion of claims, class 4 treatment. |
| 06/16/10 | LAJ | 0.20 | Telephone conference with J. Shields re concept for plan insert. |
| 06/16/10 | LAJ | 0.50 | Analyze issue and draft language for insert into plan. |
| 06/16/10 | LAJ | 0.60 | Review new draft of plan. |
| 06/16/10 | LAJ | 0.30 | Telephone conference with R. Havel re class 6 claims, alternative treatment. |
| 06/16/10 | LAJ | 0.40 | Read and analyze Shoaf term sheet. |
| 06/16/10 | LAJ | 0.70 | Analyze issues relating to non-plan terms class 6 treatment and plan objections possible. |
| 06/16/10 | LAJ | 0.30 | Conference with J. Shields re Shoaf term sheet in view of case. |
| 06/17/10 | LAJ | 0.30 | Telephone conference with G. Hoffman re possible Park City I involvement in plan. |
| 06/17/10 | LAJ | 0.80 | Read and analyze plan to prepare for discussion at tomorrow's committee meeting. |
| 06/21/10 | LAJ | 0.60 | Breif review of plan subbplement filed today. |
| 06/22/10 | JYS | 0.20 | Review plan supplement. |
| 06/22/10 | JYS | 0.20 | Consult with L. Jenkins on strategy for unsecured claim. |
| 06/22/10 | LAJ | 0.20 | Email to Committee re plan supplement. |
| 06/22/10 | LAJ | 1.10 | Read plan supplement. |
| 06/22/10 | LAJ | 0.40 | Read plan supplement. |
| 06/22/10 | LAJ | 0.70 | Compare plan supplement to plan; analyze same. |
| 06/22/10 | LAJ | 1.40 | Read disclosure statement to compare with current joint plan to analyze differences. |

22414.0009                                                                    July 9, 2010
Plan & Disclosure Statement                                          Invoice No.:1491510

## Fee Detail

| Date | Atty | Hours | Description |
|------|------|-------|-------------|
| 06/23/10 | JYS | 0.30 | Review and provide comment on Plan response to Mr. Jenkins. |
| 06/23/10 | JYS | 0.60 | Review various plan objections posted by parties in interest. |
| 06/23/10 | JYS | 0.50 | Prepare notes to counter arguments and objections. |
| 06/23/10 | LAJ | 1.40 | Draft committee response to plan. |
| 06/23/10 | LAJ | 0.20 | Telephone conference with K. Cannon re plan objections. |
| 06/23/10 | LAJ | 0.70 | Draft committee response to plan. |
| 06/23/10 | LAJ | 0.20 | Conference with J. Shields re issues with plan supplement. |
| 06/23/10 | LAJ | 0.60 | Draft committee response to plan. |
| 06/23/10 | LAJ | 0.40 | Draft committee response to plan. |
| 06/23/10 | LAJ | 0.30 | Draft email to Committee re report on response to plan supplement. |
| 06/23/10 | LAJ | 1.50 | Draft, revise and finalize for filing Committee response to plan. |
| 06/23/10 | LAJ | 0.10 | Email to Havel and Blumenthal re plan objection. |
| 06/23/10 | LAJ | 0.30 | Conference with R. Huot and J. Pollard re filing and service of response. |
| 06/23/10 | LAJ | 0.20 | Telephone conference with K. Cannon re Committee's response to Plan, resolution of concerns. |
| 06/23/10 | RAH | 0.10 | Access docket and pull a copy of Bill Shoaf's Declaration for Mr. Jenkins. |
| 06/23/10 | RAH | 0.20 | Analyze Notice for service instructions per Mr. Jenkins' request; report findings. |
| 06/23/10 | RAH | 0.30 | File Objection to Confirmation of Plan with the court; arrange service. |
| 06/24/10 | JYS | 0.40 | Review large Wickline objection. |
| 06/24/10 | JYS | 0.30 | Confer with Mr. Jenkins concerning response thereto. |
| 06/24/10 | JYS | 0.40 | Confer with Mr. Jenkins to prepare for beginning of confirmation hearing on June 25. |
| 06/24/10 | JYS | 0.20 | Review WestLB's confirmation brief. |
| 06/24/10 | JYS | 0.10 | Review vote count summary. |
| 06/24/10 | LAJ | 1.70 | Read objections to plan, analyze same. |
| 06/24/10 | LAJ | 0.40 | Telephone conferences with A. Jarvis and R. Havel re discuss plan modification to satisfy committee re-electing parameters. |
| 06/24/10 | LAJ | 1.60 | Analysis of arguments at confirmation hearing, reading documents, research. |
| 06/24/10 | LAJ | 1.10 | Draft outline of presentation re confirmation hearing argument. |
| 06/24/10 | LAJ | 0.30 | Draft email to C. Elliott re possible testimony at hearing. |
| 06/24/10 | LAJ | 0.30 | Go over hearing binders with R. Huot. |
| 06/24/10 | RAH | 0.30 | Pull copies of responses and objections to Plan and forward to members of the Committee. |
| 06/24/10 | RAH | 0.40 | Revise Mr. Jenkins' hearing binder. |
| 06/24/10 | RAH | 1.10 | Create hearing binders for Lon Jenkins re confirmation hearing. |
| 06/25/10 | JYS | 0.20 | Review Robertson declaration. |
| 06/25/10 | JYS | 1.50 | Attend portion of June 25 confirmation hearing. |
| 06/25/10 | JYS | 0.20 | Confer with Craig Elliott, committee chair. |
| 06/25/10 | JYS | 0.20 | Post-hearing conference with Mr. Jenkins. |
| 06/25/10 | LAJ | 1.10 | Reading to prepare for hearing; reading WestLB response to plan objections. |
| 06/25/10 | LAJ | 0.80 | Draft C. Elliott proffer in support of confirmation and settlement. |
| 06/25/10 | LAJ | 2.50 | Attend and participate in confirmation hearing; various conferences with counsel and C. Elliott. |
| 06/25/10 | LAJ | 3.30 | Attend and participate in confirmation hearing. |
| 06/25/10 | TJA | 0.40 | Strategize with Lon Jenkins re plan confirmation issues. |
| 06/25/10 | TJA | 0.30 | Strategize with Lon Jenkins re settlement of claims in confirmed plan of reorganization or liquidation. |
| 06/25/10 | TJA | 1.80 | Analyze case law re standards for settlement of claims in context of chapter 11 plan. |
| 06/27/10 | LAJ | 0.90 | Draft direct examination of Craig Elliott in support of settlement/confirmation. |
| 06/28/10 | BQW | 1.20 | Research re settlement of claims in proposed plan and application of Rule 9019 standards when doing so in preparation for confirmation hearing. |
| 06/28/10 | JYS | 0.50 | Confer with Mr. Jenkins concerning Friday hearing and preparation for continuation. |

22414.0009                                                                                                July 9, 2010
Plan & Disclosure Statement                                                                  Invoice No.:1491510

## Fee Detail

| Date | Atty | Hours | Description |
|------|------|-------|-------------|
| 06/28/10 | JYS | 2.00 | Attend afternoon session of contested confirmation hearings. |
| 06/28/10 | LAJ | 0.50 | Meet with C. Elliott to discuss his possible testimony in support of settlement. |
| 06/28/10 | LAJ | 0.20 | To court to attend confirmation hearing. |
| 06/28/10 | LAJ | 2.30 | Attend and participate in confirmation hearing. |
| 06/28/10 | LAJ | 0.40 | Draft and revise Elliott direct and cross. |
| 06/28/10 | LAJ | 3.60 | Attend and participate in conclusion of confirmation hearing. |
| 06/28/10 | LAJ | 0.20 | Draft email to committee re brief report on hearing. |
| 06/28/10 | TJA | 2.20 | Analyze case law discussing FRBP 9019, and settlement of claims in confirmed plans. |
| 06/28/10 | TJA | 0.60 | Attend plan confirmation hearing. |
| 06/29/10 | JYS | 0.20 | Confer with Mr. Jenkins. |
| 06/29/10 | LAJ | 0.70 | Conduct committee meeting. |
| 06/29/10 | LAJ | 0.20 | Email Vici Capital re status of plan. |
| 06/29/10 | LAJ | 1.30 | Read draft confirmation order; email to Sidley & Austin re comments on order. |
| 06/29/10 | LAJ | 0.50 | Review final, filed version of Confirmation Order. |
| 06/30/10 | JYS | 0.20 | Review pro formas. |

**Total Hours**          **83.80**

## Fee Summary

| Attorney | Rate | Hours | Amount |
|----------|------|-------|--------|
| Shields, Jeffery | $ 360.00 | 12.50 | $ 4,500.00 |
| Jenkins, Lon A | 320.00 | 62.40 | 19,968.00 |
| Aramburu, Troy J | 250.00 | 5.30 | 1,325.00 |
| Worthen, Brock | 195.00 | 1.20 | 234.00 |
| Huot, Rebecca A | 110.00 | 2.40 | 264.00 |
| **Total Hours and Fees:** | | **83.80** | **$ 26,291.00** |

## Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 05/06/10 | Online Legal Research | $ 80.00 |
| | Long Distance Telephone Charges | 30.66 |
| **Disbursements Total** | | **$ 110.66** |

# JONES, WALDO, HOLBROOK & MCDONOUGH

A Professional Corporation

ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe                          July 9, 2010
,                                                                 Invoice: 1491510

22414.0009
Plan & Disclosure Statement

### STATEMENT OF ACCOUNT

**Prior Activity**

| | |
|---|---|
| Previous Balance Due as of June 15, 2010 | $ 34,873.68 |
| **Total Past Due Balance** (If payment has been sent, disregard this balance) | **$ 34,873.68** |

**Current Activity**

| | |
|---|---|
| Current Fees | 26,291.00 |
| Current Expenses | 110.66 |
| **Total Current Balance Due for Invoice 1491510** | **$ 26,401.66** |

| | |
|---|---|
| **Total Due** (For Past Due Activity and Current Activity) | **$ 61,275.34** |

# REMITTANCE COPY -- PLEASE RETURN WITH PAYMENT