Douglas J. Payne, #4113
Bradley L. Tilt, #7649
FABIAN & CLENDENIN,
   A Professional Corporation
215 South State, Suite 1200
Salt Lake City, Utah 84111-2323
dpayne@fabianlaw.com
btilt@fabianlaw.com
Telephone: (801) 531-8900
Fax: (801) 596-2814

*Attorneys for Certain Fractional Unit Owners*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In Re: ) | |
| ) | Bankruptcy Case No. 09-29905 |
| EASY STREET HOLDING, LLC, *et al.* ) | Jointly Administered with Cases 09-29907 |
| ) | and 09-29908 |
| Debtors. ) | |
| ) | Chapter 11 |
| ) | |
| ) | Honorable R. Kimball Mosier |
| ) | |
| ) | **AMENDED *EX PARTE* REQUEST FOR** |
| ) | **REMOVAL OF ROBERT J. DALE** |
| ) | **ONLY FROM THE MAILING MATRIX** |
| ) | **(for Robert J. Dale only and NOT the law** |
| ) | **firm of Fabian & Clendenin, P.C.)** |

Certain Fractional Unit Owners (the "**Owners**") hereby request that Robert J. Dale, for

himself only and NOT for the law firm of Fabian & Clendenin, P.C., on account of his recent

appointment and confirmation to be a district court judge for the Second District Court, State of

Utah, be withdrawn as legal counsel for the Owners in the above-entitled action and removed

from the mailing matrix and ECF service list.  Douglas J. Payne and Bradley L. Tilt of Fabian &

Clendenin, P.C. therefore remain as the only attorneys of record for the Owners in the above-entitled action.

All parties and counsel herein, and the court, should continue to direct and otherwise serve all pleadings, notices, documents, papers and other material relating to the above-captioned action to and upon:

>Douglas J. Payne
>Bradley L. Tilt
>FABIAN & CLENDENIN, P.C.
>215 South State, Suite 1200
>Salt Lake City, Utah 84111-2323

A proposed order is submitted herewith.

DATED this 12th day of July, 2010.

>/s/ Bradley L. Tilt_____
>Douglas J. Payne
>Bradley L. Tilt
>FABIAN & CLENDENIN

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the foregoing

**AMENDED *EX PARTE* REQUEST FOR REMOVAL OF ROBERT J. DALE ONLY**

**FROM THE MAILING MATRIX (for Robert J. Dale only and NOT the law firm of**

**Fabian & Clendenin, P.C.)** was served on all parties and counsel noted in the Court's ECF

service list this 12th day of July, 2010.

/s/ Bradley L. Tilt