Douglas J. Payne, #4113
Bradley L. Tilt, #7649
FABIAN & CLENDENIN,
  A Professional Corporation
215 South State, Suite 1200
Salt Lake City, Utah 84111-2323
dpayne@fabianlaw.com
btilt@fabianlaw.com
Telephone: (801) 531-8900
Fax: (801) 596-2814

*Attorneys for Certain Fractional Unit Owners*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In Re:<br><br>EASY STREET HOLDING, LLC, *et al.*<br><br>Debtors. | Bankruptcy Case No. 09-29905<br>Jointly Administered with Cases 09-29907<br>and 09-29908<br><br>Chapter 11<br><br>Honorable R. Kimball Mosier<br>**ORDER AUTHORIZING WITHDRAWAL OF COUNSEL**<br>**(for Robert J. Dale only and NOT the law firm of Fabian & Clendenin, P.C.)** |

Pursuant to Rule 2091-1(b)(1) of the Local Rules of Practice of the United States Bankruptcy Court for the District of Utah, the Court, having reviewed the AMENDED *EX PARTE* REQUEST FOR REMOVAL OF ROBERT J. DALE ONLY FROM THE MAILING MATRIX (for Robert J. Dale only and NOT the law firm of Fabian & Clendenin, P.C.), and finding good cause:

4824-7464-1926

IT IS HEREBY ORDERED that Robert J. Dale, for himself only and NOT for the law firm of Fabian & Clendenin, P.C., on account of his recent appointment and confirmation to be a district court judge for the Second District Court, State of Utah, is hereby withdrawn as legal counsel for Certain Fractional Unit Owners (the "**Owners**") in the above-entitled action and removed from the mailing matrix and ECF service list.

IT IS FURTHER ORDERED that Douglas J. Payne and Bradley L. Tilt of Fabian & Clendenin, P.C. therefore remain as the only attorneys of record for the Owners in the above-entitled action.

IT IS FURTHER ORDERED THAT all parties and counsel herein, and the court, should continue to direct and otherwise serve all pleadings, notices, documents, papers and other material relating to the above-captioned action to and upon:

> Douglas J. Payne
> Bradley L. Tilt
> FABIAN & *CLENDENIN*, P.C.
> 215 South State, Suite 1200
> Salt Lake City, Utah 84111-2323
> dhague@fabianlaw.com

DATED this ____ day of July, 2010.

_____
Honorable R. Kimball Mosier

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **ORDER AUTHORIZING WITHDRAWAL OF COUNSEL (for Robert J. Dale only and NOT the law firm of Fabian & Clendenin, P.C.)** was served on all parties and counsel noted in the Court's ECF service list this 12th day of July, 2010.

/s/ Bradley L. Tilt