**The below described is SIGNED.**



**Dated: July 13, 2010**

_____
            **R. KIMBALL MOSIER**
            **U.S. Bankruptcy Judge**

_____

Corbin B. Gordon (corbingordon@yahoo.com) (9194)
CORBIN B. GORDON, P.C.
345 West 600 South, Suite 108
Heber City, UT   84032
Telephone:  (435) 657-0984/Fax:  (888) 822-8796

Special Counsel for Debtors and Debtors in Possession

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

|  |  |
|---|---|
| In re: | ) |
|  | ) |
| EASY STREET HOLDING, LLC, *et al.*, | ) Bankruptcy Case No. 09-29905 |
|  | ) Jointly Administered with Cases |
| Debtors. | ) 09-29907 and 09-29908 |
|  | ) |
| Address:  201 Heber Avenue | ) Chapter 11 |
|                Park City, UT 84060 | ) |
|  | ) Honorable R. Kimball Mosier |
| Tax ID Numbers: | ) |
| 35-2183713 (Easy Street Holding, LLC), | ) |
| 20-4502979 (Easy Street Partners, LLC), and | ) **[FILED ELECTRONICALLY]** |
| 84-1685764 (Easy Street Mezzanine, LLC) | ) |

**ORDER APPROVING INTERIM COMPENSATION
AND REIMBURSEMENT FOR CORBIN B. GORDON, P.C.  PURSUANT
TO SECOND FEE APPLICATION AND 11 U.S.C. §§ 330 AND 331 AS
SPECIAL COUNSEL FOR DEBTOR IN POSSESSION FOR
THE PERIOD JANUARY 1, 2010 THROUGH APRIL 30, 2010**

The second application ("Application") of Corbin B. Gordon, P.C., special counsel for

Easy Street Partners, LLC ("Partners"), for allowance and payment of interim compensation and

reimbursement pursuant to 11 U.S.C. §§ 330 and 331, Federal Rule of Bankruptcy Procedure

SLC_632427

**Filed: 07/01/10**

2016, and the Fee Guidelines of the United States Trustee, came on for hearing on June 28, 2010. Appearances were made as noted on the record. The Court, having reviewed and considered the Application, the Objection of Gateway Center, LLC to the Application, the Limited Joinder of the Official Committee of Unsecured Creditors in the Objection of Gateway Center, LLC to the Application, the Reservation of Rights filed by WestLB, AG ("WestLB") to the Application, and the Response of Corbin B. Gordon, P.C. to Objection, and having found that notice of the Application and of the hearing thereon are proper and that the compensation requested is for actual, necessary services rendered by Corbin B. Gordon, P.C., and good cause appearing therefore, hereby

    ORDERS:

    1.    Corbin B. Gordon, P.C. is awarded interim compensation in the amount of $22,682.00 for professional services rendered, which fees are entitled to administrative expense priority under 11 U.S.C. §§ 503(b)(2) and 507(a)(2).

    2.    Partners is authorized to pay fees approved by this Order that have not previously been paid in its discretion as estate funds are available for such payment.

    3.    This award of fees and expenses is interim pursuant to 11 U.S.C. § 331, and as such, is subject to review and objection by parties in interest when final approval for allowed fees and expenses is requested pursuant to 11 U.S.C. § 330. The rights of WestLB to object to final allowance of fees are explicitly reserved.

* * * * END OF DOCUMENT * * *

# SERVICE LIST

Service of the foregoing Order Approving Interim Compensation for Corbin B. Gordon, P.C., Pursuant to Second Fee Application and 11 U.S.C. §§ 330 and 331 as Special Counsel for Debtor in Possession for the Period January 1, 2010 through April 30, 2010 will be effected through the Bankruptcy Noticing Center to each party listed below.

Kenneth L. Cannon II
Durham Jones & Pinegar, PC
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, UT 84110-4050

Michael V. Blumenthal
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022-2544

Corbin B. Gordon
Corbin B. Gordon, P.C.
345 West 600 South, Suite 108
Heber City, UT 84032

Lon A. Jenkins
Jones Waldo Holbrook & McDonough PC
170 South Main Street, Suite 1500
Salt Lake City, UT 84101-1644

Annette W. Jarvis
Benjamin J. Kotter
Dorsey & Whitney LLP
136 South Main Street, Suite 1000
Salt Lake City, UT 84101-1685

Richard W. Havel, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013-1010

John T. Morgan Trustee
US Trustees Office
405 South Main Street, Suite 300
Salt Lake City, UT 84111-3402

Douglas J. Payne
Fabian & Clendenin
215 South State, Suite 1200
Salt Lake City, UT 84111-2323

3