Kenneth L. Cannon II (kcannon@djplaw.com) (3705)
Steven J. McCardell (smccardell@djplaw.com) (2144)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT   84110-4050
Telephone:  (801) 415-3000/Fax:  (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com) (admitted pro hac vice)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY  10022
Telephone:  (212) 223-4000/Fax:  (212) 223-4134

Counsel for Debtors and Debtors in Possession

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: | |
| | |
| EASY STREET HOLDING, LLC, *et al.*, | Bankruptcy Case No. 09-29905 |
| | Jointly Administered with Cases |
| | 09-29907 and 09-29908 |
| | |
| Address:  201 Heber Avenue | Chapter 11 |
| Park City, UT 84060 | |
| | Honorable R. Kimball Mosier |
| Tax ID Numbers: | |
| 35-2183713 (Easy Street Holding, LLC), | |
| 20-4502979 (Easy Street Partners, LLC), and | [FILED ELECTRONICALLY] |
| 84-1685764 (Easy Street Mezzanine, LLC) | |
| | |

## CROWELL & MORING LLP'S EIGHTH PROFESSIONAL FEE REQUEST FOR THE PERIOD JUNE 1, 2010 THROUGH JUNE 15, 2010

Crowell & Moring LLP ("C&M"), counsel for Easy Street Partners, LLC ("Partners"),

Easy Street Mezzanine, LLC ("Mezzanine"), and Easy Street Holding, LLC ("Holding"), debtors

and debtors in possession in the above-captioned cases (collectively, the "Debtors"), pursuant to

the Court's Order entered December 15, 2009 Approving Motion and Establishing Monthly Fee

and Expense Reimbursement Procedures (the "Interim Payment Order") hereby submits its

eighth professional fee request (the "Fee Request"), for the period from June 1, 2010, through

and including June 15, 2010 (the "Fee Period").

Pursuant to the Interim Payment Order, professionals employed pursuant to Order of the

Court to represent the Debtors or the Official Committee of Unsecured Creditors (the

"Committee") are authorized to request from the Debtors payment of 80% of their fees and

100% of their expenses on a monthly basis.   C&M's professional fees and expenses for the Fee

Period are as follows:

| MONTH | HOURS | FEES | 80% OF FEES** | EXPENSES | TOTALS (80% FEES AND 100% EXPENSES) |
|---|---|---|---|---|---|
| JUNE | 89.4 | $53,240.50 [1] | $42,592.40 | $1,964.18[1] | $44,556.58 |

Attached as Exhibits A are detailed statements of services for which payment is sought

for June 1, 2010 thru and including June 15, 2010, redacted to exclude privileged, work

product, and confidential information, and expenses incurred, on a monthly and on a matter

basis.  Each statement includes total time expended, identity of professionals providing

services, hourly billing rates, and a detailed listing of time.

C&M understands that other professionals providing services to the Debtors and the

Committee may submit separate fee requests seeking payment of professional fees and

---

[1] Of this amount $3,399.00 of time charges and $561.96 of expenses, which are reflected in matter 9 annexed
hereto, were rendered and incurred in connection with the Adversary Proceeding.  Pursuant to paragraph
4G.(i) of the Extension of Certain Deadlines of Stipulation Authorizing Use of Cash Collateral dated
December 27, 2009, which was approved by an Order entered on January 25, 2010, the fees and expenses of
C&M in connection with the Adversary Proceeding for periods subsequent to January 2010, would be paid if
the fees and expenses of the other professionals are paid.  If the Adversary Proceeding is excluded, the
amount of 80% of fees would be $39,873.20 and expenses would be $1,402.22 for a total of $41,275.42.
** Calculated on an amount including the Adversary Proceeding.

reimbursement of expenses.  The amount available under the cash collateral budget for

payment of professional fees and expenses of estate professionals in the Easy Street Partners

case for the Fee Period is $62,500.  If total fees and expenses of estate professionals in the

Easy Street Partners case exceeds this amount for the Fee Period; therefore, C&M's fees and

expenses will be pro rated with other estate professionals.

Pursuant to the Interim Fee Order, parties must file objections to the Fee Request

within ten days from the date it is received.  Any objection must have a description of the

specific subject matter and services in dispute and state the amount in dispute.  It shall not be

sufficient simply to object to all fees and expenses.  Fees and expenses not objected to will be

paid by the Debtors or, if the total of 80% of fees and 100% of expenses of estate

professionals exceeds $62,500 for any month within the Fee Period, the fees and expenses will

be pro-rated among fees and expenses for that month that are not objected to.

DATED:  July 8, 2010

CROWELL & MORING LLP


By: /s/ Michael V. Blumenthal
   Michael V. Blumenthal (mblumenthal@crowell.com)(0505)
   Crowell & Moring LLP
   590 Madison Avenue
   New York, New York 10022
   Telephone:  (212) 233-4000 / Fax:  (212) 895-4201
   Counsel for the Debtors

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 8th day of July 2010, I caused to be served a copy of Crowell & Moring LLP's Eighth Professional Fee Request for the period June 1, 2010 through and including June 15, 2010 via ECF notification, electronic mail and/or first-class mail, postage prepaid as listed below.

/s/ Michael V. Blumenthal
Michael V. Blumenthal

John T. Morgan
Office of the US Trustee
405 South Main Street, Suite 300
Salt Lake City, UT 84111

Lon A. Jenkins, Esq.
Jones Waldo Holbrook & McDonough
170 South Main Street, Suite 1500
Salt Lake City, UT 84101

Richard Havel
Sidley Austin LLP
555 West Fifth Street
Suite 4000
Los Angeles, CA 90013

James Winikor
WestLB AG- New York Branch
7 World Trade Center
250 Greenwich Street
New York, NY 10007

William Shoaf
CloudNine Resorts
136 Heber Avenue, Suite 303
PO Box 683300
Park City, UT 84068

# Exhibit A



590 Madison Avenue, 20th Floor, New York, NY  10022-2524
p 212.223.4000  ▪  f 212.223.4134
Taxpayer ID # 52-1150358

July 7, 2010

Easy Street Holding, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah 84098

Attn:  William Shoaf

Matter: 105773.0000001
Invoice: 1332248

---

Statement of Account

RE: General Advice

| | |
|---|---:|
| Professional Services Rendered Through June 15, 2010 | $0.00 |
| Other Services and Expenses | 161.11 |
| Total Due this Invoice | $161.11 |

Crowell & Moring LLP  ▪  www.crowell.com  ▪  Washington, DC  ▪  California  ▪  New York  ▪  London  ▪  Brussels

Statement Number:  1332248
Page #: 2

## Professional Services:

|  |  |  |
|---|---|---|
| **Total Professional Services** | <u>**0.00**</u> | <u>**$0.00**</u> |

## Other Services & Expenses:

| Description | Amount |
|---|---|
| Inhouse Duplicating | 14.40 |
| Long Distance Telephone | 146.71 |
| **Total Other Services & Expenses** | <u>**$161.11**</u> |



590 Madison Avenue, 20th Floor, New York, NY 10022-2524
p 212.223.4000 ▪ f 212.223.4134
Taxpayer ID # 52-1150358

July 7, 2010

Easy Street Holding, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah  84098

Attn:  William Shoaf

Matter: 105773.0000003
Invoice: 1332247

---

Statement of Account

RE: Case Administration

| | |
|---|---|
| Professional Services Rendered Through June 15, 2010 | $616.00 |
| Other Services and Expenses | 0.00 |
| Total Due this Invoice | $616.00 |

Statement Number:  1332247
Page #: 2

## Professional Services:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 06/01/10 | S E | Conf with S. Leung re updating case calendar based on order extending plan related deadlines (.1); review updated case calendar and draft email to S. leung re same (.1) | 0.20 | 112.00 |
| 06/01/10 | S L | Updated case calendar with S. Eichel. | 0.40 | 96.00 |
| 06/04/10 | S L | Retrieve various legal document filed in ESP for Michael V. Blumenthal, coordination of same. | 0.30 | 72.00 |
| 06/15/10 | S E | Tel conf with J. Devine re contract with Virtuoso and status of case (.2); review email from B. Shoaf re Virtuoso (.1); conf with M. Blumenthal re Virtuoso (.1); draft email to B. Shoaf re Virtuoso (.2) | 0.60 | 336.00 |
| | | **Total Professional Services** | **1.50** | **$616.00** |

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Steven Eichel | 560.00 | 0.80 | 448.00 |
| Stella Leung | 240.00 | 0.70 | 168.00 |
| **Total Professional Services** | | **1.50** | **$616.00** |



590 Madison Avenue, 20th Floor, New York, NY 10022-2524
p 212.223.4000 ▪ f 212.223.4134
Taxpayer ID # 52-1150358

July 7, 2010

Easy Street Holding LLC; Easy Street Mezzanine LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah  84098

Matter: 105773.0000004
Invoice: 1332246

Statement of Account

RE: Claims Administration

| | |
|---|---|
| Professional Services Rendered Through June 15, 2010 | $648.00 |
| Other Services and Expenses | 0.00 |
| Total Due this Invoice | $648.00 |

Statement Number: 1332246

Page #: 2

## Professional Services:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 06/07/10 | S L | Reviewed claims filed in Partners and compare with scheduled amounts (.40), office conference with S. Eichel regarding same (.20); revisions to same (.10). | 0.70 | 168.00 |
| 06/07/10 | S L | Prepare chart of Partners claims and scheduled amounts. | 1.40 | 336.00 |
| 06/08/10 | S L | Finalized charts of claims and scheduled amounts. | 0.60 | 144.00 |
| | | **Total Professional Services** | **2.70** | **$648.00** |

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Stella Leung | 240.00 | 2.70 | 648.00 |
| **Total Professional Services** | | **2.70** | **$648.00** |



590 Madison Avenue, 20th Floor, New York, NY 10022-2524
p 212.223.4000 ▪ f 212.223.4134
Taxpayer ID # 52-1150358

July 7, 2010

Easy Street Holding, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah  84098

Attn: William Shoaf

Matter: 105773.0000006
Invoice: 1332245

Statement of Account

RE: Executory Contracts/Leases

Professional Services Rendered Through June 15, 2010                      $355.50

Other Services and Expenses                                                              0.00

Total Due this Invoice                                                                     $355.50

Statement Number: 1332245
Page #: 2

## Professional Services:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 06/15/10 | V A | Coordinate with S. Eichel re executory and postpetition leases (0.3); review correspondence with C. Craige and M. Soto (.3); revise list of executory contracts and send same to C. Craige (.3) | 0.90 | 355.50 |
| | | **Total Professional Services** | **0.90** | **$355.50** |

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Vivian Arias | 395.00 | 0.90 | 355.50 |
| **Total Professional Services** | | **0.90** | **$355.50** |



590 Madison Avenue, 20th Floor, New York, NY 10022-2524
p 212.223.4000 ▪ f 212.223.4134
Taxpayer ID # 52-1150358

July 7, 2010

Easy Street Holding, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah 84098

Attn: William Shoaf

Matter: 105773.0000009
Invoice: 1332244

---

Statement of Account

RE: Bay North Litigation

| | |
|---|---|
| Professional Services Rendered Through June 15, 2010 | $3,399.00 |
| Other Services and Expenses | 561.96 |
| Total Due this Invoice | $3,960.96 |

## Professional Services:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 06/10/10 | B Z | Review correspondence re: discovery issues (.1); discussion with M. Blumenthal re: same (.1). | 0.20 | 112.00 |
| 06/11/10 | B Z | Discussion with ███████ re: additional documents requested. | 0.20 | 112.00 |
| 06/11/10 | MVB | Office conference with B. Zabarauskas re: status and strategy. | 0.30 | 213.00 |
| 06/14/10 | B Z | Discussion with M. Blumenthal and W. Shoaf re: BayNorth complaint and document production. | 0.30 | 168.00 |
| 06/15/10 | B Z | Review documents relating to production and issues raised by BayNorth's counsel concerning production (2.1); draft letter re: same (.5); discussion with M. Blumenthal re: same (.3); discussion with W. Shoaf re: same (.3). | 3.20 | 1,792.00 |
| 06/15/10 | MVB | Review and revise letter from Bay North counsel and reply with B. Zabarauskas. | 0.20 | 142.00 |
| 06/15/10 | S M | Research re: discoverability of settlement negotiations. | 2.00 | 860.00 |
| | | **Total Professional Services** | **6.40** | **$3,399.00** |

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Michael V. Blumenthal | 710.00 | 0.50 | 355.00 |
| Bruce Zabarauskas | 560.00 | 3.90 | 2,184.00 |
| Shamiso Maswoswe | 430.00 | 2.00 | 860.00 |
| **Total Professional Services** | | **6.40** | **$3,399.00** |

## Other Services & Expenses:

| Description | Amount |
|-------------|--------|
| Comp. Library Research | 105.36 |
| Electronic Discovery | 185.50 |
| Miscellaneous | 271.10 |
| **Total Other Services & Expenses** | **$561.96** |



590 Madison Avenue, 20th Floor, New York, NY 10022-2524
p 212.223.4000 ▪ f 212.223.4134
Taxpayer ID # 52-1150358

July 7, 2010


Easy Street Holding, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah  84098

Attn:  William Shoaf

Matter: 105773.0000010
Invoice: 1332243

---

Statement of Account

RE: Other Litigation

| | |
|---|---:|
| Professional Services Rendered Through June 15, 2010 | $4,286.00 |
| Other Services and Expenses | 358.06 |
| Total Due this Invoice | $4,644.06 |

Statement Number:  1332243

Page #: 2

## Professional Services:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 06/01/10 | B Z | Review service copies of complaint to BayNorth entities and Flint (3.); correspondence to A. Fiotto re: same (.2) | 0.50 | 280.00 |
| 06/02/10 | B Z | Draft letter to be sent in connection with service on Wickline and Wickline entities (.2); prepare spoilation letter to be sent to Wickline's counsel (3.1). | 3.30 | 1,848.00 |
| 06/03/10 | B Z | Draft, revise and finalize spoilation letters. | 3.40 | 1,904.00 |
| 06/04/10 | B Z | Discussion with M. Blumenthal and S. Feldman re: status of confirmation. | 0.20 | 112.00 |
| 06/10/10 | MVB | Office conference with B. Zabarauskas re: service of subpoenas and status. | 0.20 | 142.00 |
| | | **Total Professional Services** | **7.60** | **$4,286.00** |

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Michael V. Blumenthal | 710.00 | 0.20 | 142.00 |
| Bruce Zabarauskas | 560.00 | 7.40 | 4,144.00 |
| **Total Professional Services** | | **7.60** | **$4,286.00** |

## Other Services & Expenses:

| Description | Amount |
|-------------|--------|
| Inhouse Duplicating | 311.00 |
| Long Distance Telephone | 1.89 |
| Express Delivery | 45.17 |
| **Total Other Services & Expenses** | **$358.06** |



590 Madison Avenue, 20ᵗʰ Floor, New York, NY 10022-2524
p 212.223.4000 ▪ f 212.223.4134
Taxpayer ID # 52-1150358

July 7, 2010

Easy Street Holdihng, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah 84098

Attn: William Shoaf

Matter: 105773.0000012
Invoice: 1332242

---

Statement of Account

RE: Reorganization Plan/Disclosure Statement

| | |
|---|---|
| Professional Services Rendered Through June 15, 2010 | $37,255.00 |
| Other Services and Expenses | 99.13 |
| Total Due this Invoice | $37,354.13 |

Crowell & Moring LLP ▪ www.crowell.com ▪ Washington, DC ▪ California ▪ New York ▪ London ▪ Brussels

Statement Number: 1332242
Page #: 2

## Professional Services:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 06/01/10 | S E | Review order extending plan related deadlines (.1) and office conference with M. Blumenthal re: same (.1). | 0.20 | 112.00 |
| 06/01/10 | S L | Retrieve copy of order regarding extending time to file plan supplement (.10); retrieve various related document from docket sheet per S. Eichel (.40). | 0.50 | 120.00 |
| 06/02/10 | MVB | Telephone call with R. Havel re: bank/joint plan (.3); telephone call with B. Shoaf re: status of joint bank plan and strategy (.5). | 0.80 | 568.00 |
| 06/03/10 | MVB | Telephone call with K. Cannon re: status and strategy (.3); telephone calls with B. Shoaf and P. Smith re: status and strategy for alternative plan (.5); telephone call with L. Jenkins re: statusof bank plan and strategy for alternatives (.4); review correspondence from L. Jenkins re: status of bank/joint plan (.2). | 1.40 | 994.00 |
| 06/04/10 | MVB | Conference call with B. Shoaf, P. Smith and J. Blatt re: alternatives and strategy for alternative plan (.8); conference call with creditors' committee (.6); follow up with B. Shoaf, P. Smith and J. Blatt (.5); telephone call with L. Jenkins (.3); telephone call with R. Havel re: committee position (.2). | 2.40 | 1,704.00 |
| 06/07/10 | S E | Analyze claims issues in connection with balloting issues (.6); conf with M. Blumenthal re balloting issues (.2); tel conf with M. Blumenthal re status and strategy (.3); tel conf with J. Petersen re ballot issue (.1); draft email to J. Petersen re ballot issue (.1); confs with S. Leung re claims analysis (.2) | 1.50 | 840.00 |
| 06/07/10 | MVB | Numerous telephone calls with B. Shoaf, P. Smith and K. Sallinger re: potential plan funders (1.4); telephone calls with K. Cannon re: foregoing and strategy (.4); telephone calls and conference calls with L. Jenkins and K. Cannon and M. Johnson re: strategy for call with R. Havel on Tuesday (1.4). | 3.20 | 2,272.00 |
| 06/07/10 | S L | Updated chart of incoming ballots  (.50); revised summary ballot chart per Michael V. Blumenthal (.70); office conference with Michael V. Blumenthal and Steven Eichel regarding same (.30). | 1.50 | 360.00 |
| 06/08/10 | S E | Work on issues re new term sheets | 0.60 | 336.00 |

Statement Number: 1332242

Page # 3

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 06/08/10 | MVB | Conference call with J. Blatt, B. Shoaf, P. Smith re: strategy and status of potential purchasers (1.0); telephone call with B. Dorsey re: ▮▮▮▮▮▮▮▮ as purchaser (.3); telephone call with K. Sallinger re: same and structure of term sheet (.4); follow up conversation with K. Sallinger (.2); conference call with L. Jenkens, J. Shields, M. Johnson, R. Kirkham, K. Cannon and B. Shoaf re: alternative plan and strategy (2.0); follow up conference call with B. Shoaf, P. Smith, K. Sallinger, J. Blatt and K. Cannon (.7); telephone call with R. Havel re: status of WestLB and setting conference call (.2); telephone call with L. Jenkens re: followup (.2); telephone calls with K. Cannon re: foregoing and strategy (.4); multiple telephone calls with B. Shoaf re: foregoing and strategy (1.2); begin draft of term sheet for use with alternative plan funders (1.0). | 7.60 | 5,396.00 |
| 06/09/10 | MVB | Conference call with K. Cannon, L. Jenkins and M. Johnson re: status of plan and strategy re: WestLB and alternative plan (1.0); conference call with R. Havel, A. Jarvis, W. Ellis, K. Cannon, L. Jenkins, J. Shields and M. Johnson re: plan negotiations (.8); follow up with K. Sallinger, L. Jenkins and M. Johnson (.3); follow up with B. Shoaf and K. Cannon (.3); draft term sheet for use with alternative plan funders (.8). | 3.20 | 2,272.00 |
| 06/10/10 | S E | Conf with M. Blumenthal re joint plan (.1); tel conf with M. Blumenthal and K. Cannon re status and strategy (.3); review plan sent by WestLB and compare it to our comments to prior plan (1.2) ; conf with M. Blumenthal re joint plan with our proposed comments (.5); review and revise joint plan with our comments (.5); draft email to R. Havel and others re debtor's comments to West LB plan, and outstanding issues and comments (.4) | 3.00 | 1,680.00 |
| 06/10/10 | B Z | Discussion with M. Blumenthal re: plan negotiations. | 0.20 | 112.00 |
| 06/10/10 | MVB | Conference call with B. Shoaf, P. Smith, K. Cannon re: alternative plan funder, termination of use of cash collateral and strategy (.6); review plan sent by WestLB (1.0); office conference with S. Eichel re: comments and conversation into joint plan (.8); review redrafted joint plan (1.2); review email from R. Havel re: exclusivity and issues surrounding joint plan for Friday's hearing (.2); telephone call with R. Havel re: same (.2). | 4.00 | 2,840.00 |
| 06/11/10 | S E | Conf with M. Blumenthal re status and strategy re plan (.2); confs with M. Blumenthal re voting (.2); analyze voting issue (.2);tel conf with M. Blumenthal, B. Shoaf, P. Smith. and plan funder re alternatives to fund the plan (1.0) tel conf with M. Blumenthal and B. Shoaf re status and strategy re alternatives (.2); review emails from K. Cannon re (i) Virtuoso agreement and (ii) exclusivity (.1) | 1.80 | 1,008.00 |

Statement Number: 1332242

Page # 4

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 06/11/10 | MVB | Telephone calls with B. Shoaf, P. Smith and K. Cannon re: status of negotiations for joint plan and strategy for hearing on exclusivity (1.0); telephone call with B. Shoaf and P. Smith re: negotiations with alternate plan funder and strategy (.7); conference call with ███████ B. Shoaf and P. Smith re: funding plan (1.4); attend, by telephone, hearing to extend exclusivity and status conference (1.0). | 4.10 | 2,911.00 |
| 06/12/10 | MVB | Prepare for (.3) and attend conference call with R. Havel, B. Ellis, L. Jenkins and M. Johnson re: negotiation of joint plan (1.3); follow up call with B. Shoaf re: status and strategy (.5). | 2.10 | 1,491.00 |
| 06/13/10 | MVB | Telephone call with R. Havel re: negotiation of joint plan and related issues (.4); telephone call with B. Shoaf re: same (.3). | 0.70 | 497.00 |
| 06/14/10 | S E | Review W. Shoaf's email re ballot (.1); draft email to S. Leung re same (.1); review and comment on joint plan of reorganization (1.8); conf with M. Blumenthal re joint plan (.5); revise WestLB's' proposed joint plan (.9); draft email to C. Craige (WestLB's counsel) and others re comments to plan (.2); review C. Craige's email re plan supplement (.1); draft email to M. Soto and W. Shoaf re plan supplement (.1); review email from W. Shoaf re plan supplement (.1); draft email to C. Craige in response to her email re plan supplement (.1); conf with M. Blumenthal and B. Zabarauskas re WestLB's proposals re structuring certain plan provisions (.3); review email from M. Soto re executory contracts (.1); review various emails from M. Johnson, L. Jenkins, M. Blumenthal and K. Cannon re comments to plan (.2); work on issues re executory contracts for plan supplement (1.2); review various emails form M. Soto contracts (.2); tel conf with L. Jenkins and M. Blumenthal re plan (.2) | 6.20 | 3,472.00 |
| 06/14/10 | B Z | Conference with M. Blumenthal and S. Eichel re: restructuring issues. | 0.50 | 280.00 |
| 06/14/10 | MVB | Conference call wtih B. Zabarauskas and S. Eichel re: structure of joint plan (.5); office conference with S. Leung re: ballot chart (.3); telephone call with L. Jenkins re: issues concerning joint plan (.2). | 1.00 | 710.00 |
| 06/14/10 | S L | Updated ballots charts regarding corrected ballots per S. Eichel (.30); Office conferences and meetings with Michael V. Blumenthal regarding ballots and charts (.30); updated charts per Michael V. Blumenthal (.40); telephone call to W. Shoaf regarding original ballots (.10). | 1.10 | 264.00 |

Statement Number: 1332242
Page # 5

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 06/15/10 | S E | Review emails from M. Soto re executory contracts for Plan Supplement and to provide information to WestLB's counsel (.2); prepare for conf call with R. Havel and C. Craige re plan (.4); tel conf with C. Craige, R. Havel, and M. Blumenthal re finalizing joint plan (.7); draft email to C. Craige re plan supplement (.1); review contracts in connection with plan supplement (.8); draft email to C. Craige re rejection damages (.1); conf with M. Blumenthal re terms of plan (.1); draft emails to C. Craige re revised list of executory contracts (.2); review email from C. Craige re revised plan (.1); review revised plan (.3); conf with M. Blumenthal re agreements and proposed comments to WestLB's revised plan (.2); tel conf with C. Craige re comments to plan and tax issue (.1); draft email to M. Soto re additonal information re contracts for executory contract chart for plan supplement (.1) | 3.40 | 1,904.00 |
| 06/15/10 | MVB | Review and revise several drafts of joint plan (1.2); telephone calls with R. Havel and C. Craig (.7), B. Shoaf (.5), L. Jenkins (.3) and M. Johnson (.2) re: same; office conferences with S. Eichel re: same (.8); review and revise term sheet for joint plan and employment agreement (1.0); several telephone calls with B. Shoaf (1.0) and R. Havel (.6) re: same; review and revise Plan Supplement (.3); review executory contracts (.2) and office conferences with S. Eichel re: same (.4). | 7.20 | 5,112.00 |

|  |  | **Total Professional Services** | **58.20** | **$37,255.00** |

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Michael V. Blumenthal | 710.00 | 37.70 | 26,767.00 |
| Steven Eichel | 560.00 | 16.70 | 9,352.00 |
| Bruce Zabarauskas | 560.00 | 0.70 | 392.00 |
| Stella Leung | 240.00 | 3.10 | 744.00 |
| **Total Professional Services** | | **58.20** | **$37,255.00** |

## Other Services & Expenses:

| Description | Amount |
|-------------|--------|
| Local Transportation | 7.00 |
| Administrative overtime | 90.00 |
| Long Distance Telephone | 2.13 |
| **Total Other Services & Expenses** | **$99.13** |



590 Madison Avenue, 20th Floor, New York, NY 10022-2524
p 212.223.4000 ▪ f 212.223.4134
Taxpayer ID # 52-1150358

July 7, 2010


Easy Street Holding, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah 84098

Attn: William Shoaf

Matter: 105773.0000014
Invoice: 1332241

---

Statement of Account

RE: Retention/Fee Matters

| | |
|---|---|
| Professional Services Rendered Through June 15, 2010 | $1,640.00 |
| Other Services and Expenses | 0.00 |
| Total Due this Invoice | $1,640.00 |

Statement Number:  1332241
Page #: 2

## Professional Services:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 06/01/10 | S E | Draft email to J. Petersen and K. Cannon re filing of fee application notice (.1); review response from K. Cannon re notice of fee applications (.1) | 0.20 | 112.00 |
| 06/01/10 | S L | Reviewed dockets sheet for filing of Crowell and Moring LLP's 2nd fee application and review the Notice of hearing on PRINTER ID:\\nyprint\NY fee application. L | 0.40 | 96.00 |
| 06/03/10 | MVB | Review committee application re: retention of financial advisor. | 0.20 | 142.00 |
| 06/11/10 | S L | Review bills for the month of May and revisions to same per Michael V. Blumenthal (.70), draft monthly interim fee for the month of May (.20); coordination of exhibits to interim fee application (.80). | 1.70 | 408.00 |
| 06/14/10 | MVB | Office conference with S. Leung re: preparation of monthly interim fee request (.3); review and revise same (.3). | 0.60 | 426.00 |
| 06/14/10 | S L | Draft interim fee application for May (.70), office conference with Michael V. Blumenthal regarding same (.20); revisions to same (.30); prepare same for service and filing with Clerk of the court via local counsel (.60), telephone call to local counsel regarding same (.10). | 1.90 | 456.00 |
| | | **Total Professional Services** | **5.00** | **$1,640.00** |

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Michael V. Blumenthal | 710.00 | 0.80 | 568.00 |
| Steven Eichel | 560.00 | 0.20 | 112.00 |
| Stella Leung | 240.00 | 4.00 | 960.00 |
| **Total Professional Services** | | **5.00** | **$1,640.00** |



590 Madison Avenue, 20th Floor, New York, NY 10022-2524
p 212.223.4000 ▪ f 212.223.4134
Taxpayer ID # 52-1150358

July 7, 2010

Easy Street Holding, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah  84098

Attn:  William Shoaf

Matter: 105773.0000015
Invoice: 1332240

---

Statement of Account

RE: Secured Claims (WestLB)

| | |
|---|---|
| Professional Services Rendered Through June 15, 2010 | $4,686.00 |
| Other Services and Expenses | 0.00 |
| Total Due this Invoice | $4,686.00 |

Statement Number:  1332240
Page #: 2

## Professional Services:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 06/09/10 | MVB | Review emails from B. Shoaf re: bank balances and upcoming cash drawer requests (.3); review notices of termination of cash collateral stipulation (.3); review operative provisions of cash collateral stipulation and amendments thereto (.5); telephone calls with K. Cannon (.3) and B. Shoaf (.3) re: same; telephone call with R. Havel re: extension through July (.2). | 1.90 | 1,349.00 |
| 06/10/10 | MVB | Review and revise email from K. Cannon to be sent to WestLB (.2); telephone call with K. Cannon re: extension of cash collateral stipulation and issues re: same (.4); telephone call with R. Havel re: extension of cash collateral stipulation and clarification of language (.3); review weekly cash requests and issues re: same (.3); telephone call with M. Johnson and K. Cannon re: Jacobsen (.3). | 1.50 | 1,065.00 |
| 06/14/10 | MVB | Review and revise budgets and draw requests (.3); telephone calls and emails with J. Blatt re: same (.3); telephone call with M. Johnson re: reduction of Jacobsen escrow (.4). | 1.00 | 710.00 |
| 06/15/10 | MVB | Telephone calls with R. Havel (.2), H. Yang (.3) and M. Johnson (.2) re: extension of cash collateral stipulation and reduction of Jacobsen Set Aside; review emails re: same (.2); review existing stipulations and begin draft of revision of Jacobsen Set Aside (.4); review budgets for July and June (.3); telephone calls with J. Blatt (.3) and B. Shoaf (.3) re: same. | 2.20 | 1,562.00 |

**Total Professional Services**          **6.60**   **$4,686.00**

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Michael V. Blumenthal | 710.00 | 6.60 | 4,686.00 |
| **Total Professional Services** | | **6.60** | **$4,686.00** |



590 Madison Avenue, 20th Floor, New York, NY 10022-2524
p 212.223.4000 ▪ f 212.223.4134
Taxpayer ID # 52-1150358

July 7, 2010

Easy Street Holding, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah 84098

Attn:  William Shoaf

Matter: 105773.0000019
Invoice: 1332239

---

Statement of Account

RE: Non-Billable Travel

| | |
|---|---|
| Professional Services Rendered Through June 15, 2010 | $0.00 |
| Other Services and Expenses | 783.92 |
| Total Due this Invoice | $783.92 |

Statement Number:  1332239
Page #: 2

## Professional Services:

| | | |
|---|---|---|
| **Total Professional Services** | <u>0.00</u> | <u>$0.00</u> |

## Other Services & Expenses:

| Description | Amount |
|---|---|
| Air fare | 705.00 |
| Other Travel Expenses | 78.92 |
| **Total Other Services & Expenses** | <u>**$783.92**</u> |



590 Madison Avenue, 20th Floor, New York, NY 10022-2524
p 212.223.4000 ■ f 212.223.4134
Taxpayer ID # 52-1150358

July 7, 2010

Easy Street Holding, LLC
c/o Cloud Nine Resorts, LLC
4870 Winchester Court
Park City, Utah 84098

Attn:  William Shoaf

Matter: 105773.0000020
Invoice: 1332238

---

Statement of Account

RE: Corporate Issues

| | |
|---|---|
| Professional Services Rendered Through June 15, 2010 | $355.00 |
| Other Services and Expenses | 0.00 |
| Total Due this Invoice | $355.00 |

## Professional Services:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 06/01/10 | MVB | Emails re: liquor licenses (.2); telephone calls with K. Cannon and B. Shoaf re: same (.3). | 0.50 | 355.00 |
| | | **Total Professional Services** | **0.50** | **$355.00** |

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Michael V. Blumenthal | 710.00 | 0.50 | 355.00 |
| **Total Professional Services** | | **0.50** | **$355.00** |