Kenneth L. Cannon II (kcannon@djplaw.com) (3705)
Steven J. McCardell (smccardell@djplaw.com) (2144)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT   84110-4050
Telephone:  (801) 415-3000/Fax:  (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com) (admitted pro hac vice)
Steven B. Eichel (seichel@crowell.com) (admitted pro hac vice)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY   10022
Telephone:  (212) 223-4000/Fax:  (212) 223-4134

Counsel for Debtors and Debtors in Possession

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re: <br><br> EASY STREET HOLDING, LLC, *et al.*, <br><br><br><br> Address:  201 Heber Avenue <br> Park City, UT 84060 <br><br> Tax ID Numbers: <br> 35-2183713 (Easy Street Holding, LLC), <br> 20-4502979 (Easy Street Partners, LLC), and <br> 84-1685764 (Easy Street Mezzanine, LLC) | Bankruptcy Case No. 09-29905 <br> Jointly Administered with Cases <br> 09-29907 and 09-29908 <br><br> Chapter 11 <br><br> Honorable R. Kimball Mosier <br><br> **[FILED ELECTRONICALLY]** |

**THIRD AND FINAL APPLICATION FOR ALLOWANCE
OF COMPENSATION BY APPRAISAL GROUP, INC. COMBINED WITH
<u>APPLICATION FOR FINAL APROVAL FOR COMPENSATION</u>**

Appraisal Group, Inc. and Paul W. Throndsen ("AGI") hereby submits its third interim

application pursuant to 11 U.S.C. §§ 330 and Federal Rule of Bankruptcy Procedure 2016 for

allowance and payment of interim compensation in the amount of $1,063.75 for preparation for

SLC_639164.1

and attendance in court for expert appraisal testimony with respect to property located in Park City, Utah (the "Sky Lodge") owned by Easy Street Partners ("Partners"), combined with its application for final allowance of compensation of $19,976.25 for professional services rendered, which includes compensation sought by this Application and compensation previously allowed by the Court.

**A.     BACKGROUND**

1. Partners commenced this case under Chapter 11 of the United States Bankruptcy Code by filing a voluntary petition on September 14, 2009.

2. Partners filed its application to employ AGI as an appraiser on November 5, 2009 (the "Employment Application"). The Court approved Partners' application by Order entered on December 12, 2009 (the "Order Approving Application").

3. As contemplated by the Employment Application and approved in the Order Approving Application, AGI prepared and delivered the Original Appraisal report. By Order entered March 29, 2010, the Court approved AGI's first interim application and allowed AGI's fees for the Original Appraisal Report in the amount of $14,300, and authorized payment thereof. On June 28, 2010, the Court approved AGI's second interim application and approved fees for an addendum to the Original Appraisal Report and for preparation for and attendance at a court hearing in the amount of $4,612.50. An order is pending on the second interim application. A summary of fees requested both by this third application and all fees, as required by the Fee Guidelines of the United States Trustee, is attached hereto as <u>Exhibit A</u>.

4. During the period of this third interim application and subsequent to the completion of the addendum an Mr. Throndsen's attendance at the hearing on valuation of the

Sky Lodge, AGI was requested by Partners to attend the confirmation hearing and testify regarding valuation issues. AGI's invoice for these services is attached as Exhibit B.

5. There is no agreement or understanding between AGI and any other person for the sharing of compensation to be received for services rendered in this case except among the members of AGI.

6. All professional services for which compensation is requested were performed for and on behalf of Partners and not on behalf of any committee, creditor, or other person.

7. Attached as Exhibit C is a vita showing the qualifications and experience of the Paul W. Throndsen, MAI who performed and/or supervised the services for which compensation is sought.

B. PROJECT NARRATIVE DESCRIPTION

The services performed broadly entail the appraisal of and expert testimony on Partners' property consisting of the Sky Lodge, a luxury boutique hotel located in the middle of historic Main Street in Old Town Park City offering numerous amenities including a spa, a bar and lounge, meeting and event venues, and, in buildings adjacent to the Sky Lodge, restaurants.

C. COMEPNSATION FOR SERVICES RENDERED

The reasonable value of services rendered by applicant as appraisers for Partners for services rendered described in this third application, which consisted of consultation with counsel, preparation for expert testimony, and attendance at the confirmation hearing to provide this testimony is $1,063.75, consisting of 5.75 hours of professional services at $185.00 per hour.

WHEREFORE, applicant AGI requests the following:

1. Allowance of professional compensation as set forth in this third application in the amount of $1,063.75 as compensation for professional services rendered and that payment of the allowed amount as an administrative expense pursuant to 11 U.S.C. §§ 503(b)(2) and 507(a)(1).

2. That all amounts allowed to AGI on an interim basis in connection with the first and second interim applications and with this third application be allowed on a final basis pursuant to 11 U.S.C. § 330 and as priority administrative expenses of the estate pursuant to 11 U.S.C. §§ 503(b)(2) and 507(a)(1) and that payment of all allowed amounts be made to AGI.

DATED this 14th day of July, 2010.

_____
Paul W. Throndsen, MAI
APPRAISAL GROUP, INC.
Appraisers for Debtor-In-Possession

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of July , 2010, I caused to be served a copy of the Third and Final Application for Allowance of Compensation by Appraisal Group, Inc. Combined with Application for Final Approval for Compensation via ECF and/or first class mail on the following:

Easy Street Partners, LLC
Easy Street Mezzanine, LLC
Easy Street Holding, LLC
Attn: William Shoaf
4780 Winchester Court
Park City, UT 84098-7528
bshoaf@cloudnineresorts.com

Michael V. Blumenthal
Crowell & Moring
590 Madison Avenue, 20th Floor
New York, NY 10022
mblumenthal@crowell.com

John T. Morgan
Office of the United States Trustee
405 South Main Street, Suite 300
Salt Lake City, UT 84111
john.t.morgan@usdoj.gov

Jeffrey W. Shields
Lon A. Jenkins
Jones Waldo Holbrook & McDonough
170 South Main Street, Suite 1500
Salt Lake City, UT 84101
jshields@joneswaldo.com
lajenkins@joneswaldo.com

James Winikor
West LB AG, New York Branch
1211 Sixth Avenue, 25th Floor
New York, NY 10036-8705
james_winikor@westlb.com

Richard W. Havel
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013
rhavel@sidley.com

Annette W. Jarvis
Dorsey & Whitney, LLP
136 South Main Street, Suite 1000
Salt Lake City, UT 84101
jarvis.annette@dorsey.com

/s/ Kristin Hughes

5

# EXHIBIT A

SLC_639164.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| EASY STREET HOLDING, LLC, *et al.*, ) | Bankruptcy Case No. 09-29905 |
| ) | Jointly Administered with Cases |
| Debtors. ) | 09-29907 and 09-29908 |
| ) | |
| Address: 201 Heber Avenue ) | Chapter 11 |
| Park City, UT 84060 ) | |
| ) | Honorable R. Kimball Mosier |
| Tax ID Numbers: ) | |
| 35-2183713 (Easy Street Holding, LLC), ) | |
| 20-4502979 (Easy Street Partners, LLC), and ) | **[FILED ELECTRONICALLY]** |
| 84-1685764 (Easy Street Mezzanine, LLC) ) | |

**SUMMARY REQUIRED BY UNITED STATES TRUSTEE GUIDELINES**

| | | |
|---|---|---|
| Fees Previously Requested: | $18,912.50 | NAME OF APPLICANT: |
| Fees Previously Paid: | $0.00 | Appraisal Group, Inc. |
| | | |
| Expenses Previously Requested: | $0.00 | ROLE IN THE CASE: |
| Expenses Previously Paid: | $0.00 | Expert Appraiser for Debtor in Possession |
| | | |
| Retainer Paid: | $.00 | CURRENT APPLICATION: |
| | | Fee Requested $1,063.75 |
| | | Expenses Requested $0.00 |

7

# EXHIBIT B


**Appraisal Group, Inc.**

Paul W. Throndsen, MAI
Gary M. Scheffner, MAI
Jeremie T. Snowder, MAI
Christopher T. Hansen
Orson H. Dietz
Bret R. Slaugh
J.C. Dietz

7396 So. Union Park Avenue, Suite 301
Salt Lake City, Utah 84047
(801) 263-1200  Fax (801) 352-4951
Park City (435) 649-8449
www.appraisalgrp.com

July 8, 2010

**Easy Street Partners**
**c/o DURHAM JONES & PINEGAR**
Attn: Mr. Kenneth L. Cannon II
111 E. Broadway, Suite 900
Salt Lake City, UT 84111

# * * * * I N V O I C E * * * *

RE: Sky Lodge - 201 Main Street, Park City, Utah, owned by Easy Street Partners

| | | |
|---|---|---|
| A) | Discussion with attorneys on alternative valuation dates and support for liquidation values. Completed research on past Park City market trends and current liquidation sales. (June 23 and 24, 2010) | 2.50 hrs. |
| B) | Preparation for and attendance at bankruptcy court hearing on June 25, 2010. | 3.25 hrs. |
| | Total Hours: | 5.75 hrs. |
| | Hourly Rate: | x $185.00 |
| | TOTAL AMOUNT DUE: | $1,063.75 |

PAYMENT DUE WITHIN 30 DAYS
Federal Tax ID#:   87-0514519
Invoice #:            100704PT

# EXHIBIT C

RESUME

# PAUL W. THRONDSEN, MAI

| | |
|---|---|
| Address: | Appraisal Group, Inc.<br>7396 So. Union Park Ave., #301<br>Midvale, Utah 84047 |
| Telephone: | Business:    (801) 263-1200        Park City (435) 649-8449<br>Fax:            (801) 352-4951<br>E-Mail:       paul@agiutah.com |
| Education: | Bachelors of Science (Finance Major), University of Utah, 1974.<br>Masters of Business Administration, University of Utah, 1976 |
| Experience:<br>1993-present | Owner of Appraisal Group, Inc., Salt Lake City, Utah<br>Full time appraiser/consultant. Devoting 100% of time to commercial assignments in Utah and other Western States. |
| 1985-1993 | Part owner of Appraisal Associates, Inc., Salt Lake City, Utah<br>Full-time appraiser/consultant. |
| 1981-1985 | Self-employed; appraiser/consultant with Appraisal Associates, Inc., Salt Lake City, Utah. Duties included both residential and commercial assignments. Managed residential staff from 1982 to 1985 while devoting nearly 100% of appraising to commercial assignments in Utah. |
| 1976-1981 | Staff appraiser with Mulcock Appraising Company, Salt Lake City, Utah. Duties included residential assignments and construction inspections. |
| 1975-1976 | Loan Officer & Branch Manager for Lomas and Nettleton, Salt Lake City, Utah. Office manager overseeing loan production. |
| Professional<br>Courses: | Intro to Appraising Real Estate             Case Studies/Real Estate Valuation<br>Capitalization Theory & Techniques      Standards of Professional Practice<br>Valuation Analysis & Report Writing      Highest & Best Use & Market Analysis<br>Industrial Valuation                             Separating Real & Personal Property<br>Adv. Sales Comparison & Cost Approach   from Intangible Business Assets<br>Residential Appraising |
| Seminars: | Cash Equivalency & Creative Financing    Mortgage - Equity Analysis<br>Value of Leased Fee & Leasehold Estates  Developing Hotel/Motel Prop.<br>Highest & Best Use                                    Easement Valuation<br>Computer Appraisal Applications             Bank Regulations and Appraisal<br>Reviewing Appraisals                                American with Disabilities Act<br>Subdivision Analysis                                 Understanding Limited Appraisals<br>Feasibility Analysis & Highest & Best Use     Data Confirmation/Verification Methods<br>Environmental Risk & the Appraisal Process Understanding/Testing DCF Analysis<br>Special Purpose Properties                       Scope of Work<br>Appraisal of Non-Conforming Properties |

| | |
|---|---|
| Memberships & Affiliations: | Member Appraisal Institute (MAI #6981)<br>Utah State Certified General Appraiser, No. 5451070-CG00, (expires 6-30-11)<br>Wyoming State Certified Appraiser, No. 341, (expires 4-28-10)<br>Associate Member of Salt Lake Board of Realtors<br>Affiliate Member of Park City Board of Realtors |
| Appraisal Experience: | Experienced in the appraisal of office buildings, shopping centers, industrial properties, apartments, hotels/motels, mini-warehouses, nursing homes, residential care facilities, commercial developments, residential subdivisions, partial interest, and raw land. Specializing in income-producing properties and project approvals. Also, specializing in Summit County (Park City) properties. |
| Professional: | Past President of Utah Chapter of the Appraisal Institute (1994). National Board of Examiners for Experience - Term 1986-1992. Member of Regional Ethics Panel. Past Chairman of Chapter Government Affairs Committee, Admissions Committee and Education Committee. Awarded Utah Chapter "Appraiser of the Year - 2004".<br><br>Past President and Chairman of the Board of Comp-U-Share, Inc. (Market data system; group of 18 appraisal offices), and past Chairman of Quality Control Committee.<br><br>President of Utah Association of Appraisers - 1996 to 1997 and 2002 to 2003<br><br>Experience Review Committee for Utah State Board of Appraisers |

Clients:
(partial list)

| | |
|---|---|
| JPMorgan Chase | Wells Fargo Bank |
| Brighton Bank | U.S. Bank |
| American First Credit Union | Citicorp Bank |
| Republic Mortgage | Small Business Administration |
| Key Bank | Zions Securities Corp. |
| Salt Lake City Credit Union | Zions First National Bank |
| Bank of Utah | L.D.S. Church |
| Holiday Oil Company | Holladay Bank |
| S-DevCorp. (F.C. Stangl) | Roderick Enterprises |
| Boyer & Company | Kennecott Copper Corporation |
| Commerce Colliers CRG | Granite School District |
| AEGON Realty Advisors | CB Richard Ellis |
| State of Utah | Salt Lake County |
| Washington Mutual Savings Bank | Salt Lake City RDA |
| First Utah Bank | Utah Dept. of Transportation |
| First National Bank of Layton | Bank of the West |
| GE Capital | Deutsche Bank |
| Bank of America | Merrill Lynch Mortgage Capital |
| Amsource | Security National Financial |
| Woodbury Corp. | Summit County |
| Frontier Bank | Park City |
| Bank of American Fork | Artesia Mortgage |
| Barnes Bank | Interbay Funding |
| Utah First Credit Union | Mountain America Credit Union |
| Jordan Credit Union | Utah Transit Authority (UTA) |

Other local real estate brokers, developers, and attorneys
References:    Available upon request.