# Exhibit A

**Ex. to Joint Motion to Approve Stipulation with Elliott Workgroup, LLC [Docket No. 614]**

## STIPULATION CHARACTERIZING CLAIM OF ELLIOTT WORKGROUP, LLC AS A GENERAL UNSECURED CLAIM

Easy Street Partners, LLC, debtor in possession ("Partners") and Elliott Workgroup, LLC ("Elliott Workgroup") hereby state as follows:

A.   Partners commenced this case under Chapter 11 of the United States Bankruptcy Code by filing a voluntary petition on September 14, 2009.

B.   In its schedules of assets and liabilities, Partners listed Elliott Workgroup on Schedule D as a secured claim in the amount of $105,700 based on a mechanic's lien filed in March 2009 by Elliott Workgroup.  However, both Partners and Elliott Workgroup acknowledged from an early point in the case that Elliott Workgroup failed to perfect its mechanic's lien and its claim was, therefore, unsecured.

C.   Elliott Workgroup was appointed to the Unsecured Creditors' Committee (the "Committee") on the basis that it was unsecured and, in fact, a principal of Elliott Workgroup, Craig Elliott was appointed as chair of the Committee.

D.   Elliott Workgroup's claim has been treated as unsecured throughout Partners' case. Craig Elliott was involved in negotiations leading to the treatment of general unsecured claims under Partners' plan of reorganization, which treatment was maintained under the amended plan filed June 16, 2010 by Partners and WestLB AG (the "Joint Plan").  Elliott Workgroup voted to accept the Joint Plan in Class 4, which consists of general unsecured claims.

WHEREFORE, in order to resolve any future issue with respect to the character of Elliott Workgroup's claim against Partners, Partners and Elliott Workgroup stipulate and agree as follows:

SLC_633379.3

1. Elliott Workgroup's claim in the amount of $105,700 against Partners is recharacterized as an allowed general unsecured claim classified and treated in Class 4 under the Joint Plan.

2. Partners will file a motion requesting that the Court approve this Stipulation as a compromise of claims and allow Elliott Workgroup's claim as a general unsecured claim in the amount of $105,700.

DATED this 6 day of July, 2010.

ELLIOTT WORKGROUP, LLC
By: Craig Elliott
Its: Principal & Manager

EASY STREET PARTNERS, LLC
By: William Shoaf
Its: Co-Manager

2