# Exhibit A



**WRONA LAW FIRM**

1745 Sidewinder Drive
Park City, Utah  84060 United States of America

Ph:(435) 649-2525
Fax:(435) 649-5959

William Shoaf
P. O. Box 683300
Park City, UT 84068

July 6, 2010

File #:	04186.12
Inv #:	16216

**Attention:**

**RE:**	Chapter 11 - Easy Street Partners, LLC

| DATE | DESCRIPTION | ATTY | HRS | RATE | AMT |
|---|---|---|---|---|---|
| Jun-01-10 | Obtain and review notice of fee application hrg; calendar same and check to determine if all filings related to same are in. | JEW | 0.20 | $350.00 | $70.00 |
| Jun-07-10 | Tele w/ Bill on status and how it impacts members of ESL; review docs in case. | JEW | 0.30 | $350.00 | $105.00 |
| Jun-08-10 | Tele from Blumenthal (.1); tele w/ Shoaf on WestLB and whether and how to discuss with other members (.2). | JEW | 0.30 | $350.00 | $105.00 |
| Jun-09-10 | Review subpeonas to determine if othe rmembers of ESP should be involved in any way, discuss same with members. | JEW | 0.40 | $350.00 | $140.00 |
| Jun-10-10 | Corr w/ Ken Cannon on hrg issues (.2); tele w/ Anuj on deal (.2)l; review docs filed today (.1). | JEW | 0.50 | $350.00 | $175.00 |
| | Work on 7th interim fee request. | BCJ | 0.60 | $90.00 | $54.00 |
| Jun-14-10 | Review WestLB proposal in order to manage other members expectations and reactions (.4); tele w/ Shoaf to go over entire situation and how outcome will impact interests of other members (.5). | JEW | 0.90 | $350.00 | $315.00 |
| | File Wrona Law's seventh fee request via bankruptcy court ECF system. | BCJ | 0.30 | $90.00 | $27.00 |
| Jun-15-10 | Tele w/ Bill on status of WestLB deal (.3); corr w/ Bill on several issues related to deal that require partner sensitivity (.2); 2nd call w/ Bill regarding WestLB's request for attorney revuew and refer Bill to other counsel (.2). | JEW | 0.70 | $350.00 | $245.00 |
| Jun-16-10 | Conference w/ Bill to go over proposal and to discuss how to contact other members of ESP (.4). | JEW | 0.40 | $350.00 | $140.00 |

| Date | Description | Atty | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Jun-21-10 | Obtain and review Unsecured Creditor Objectiont o Fee Request (.2); corr w/ Shoaf on same (.1); outline response for court to present at hrg (.2). | JEW | 0.50 | $350.00 | $175.00 |
| Jun-23-10 | Work on response to objections to WLF 2nd application for interim compensation. | BCJ | 0.50 | $90.00 | $45.00 |
| Jun-24-10 | Review Objections to fees and accusations of insider representation, outline response to same and edit response (.5 total); tele w/ Shoaf on preparation for Friday hrg on Plan approval and discussing objectons of Rad and Wickline to Plan and whether I should attempt to reach out to thos emembers for solution (.5); prep for Friday hrg (.6). | JEW | 1.60 | $350.00 | $560.00 |
| | Work on response to objections to WLF 2nd application for interim compensation. | BCJ | 2.70 | $90.00 | $243.00 |
| Jun-25-10 | Travel to SLC, attend BK hrg on interim fee aplication and approval of plan, make notes for possible media coverage and unit owner communication, return (9:30 am -- 6pm with 1.5 hr lunch: 7hrs). | JEW | 7.00 | $350.00 | $2,450.00 |
| Jun-28-10 | Travel to court and appear at plan approval and fee application hrg, make notes throughout for media communicatin (9am-5:30 pm w/ 1.3 hr lunch: 7.2 hrs)(tele w/ Shoaf to discuss media issues and communication with unit owners (.3). | JEW | 7.50 | $350.00 | $2,625.00 |
| Jun-29-10 | Review Fabian's announcement to unit owners and draft comments to Debtor's counsels regarding media (.3); tele w/ Shoaf on same (.2); corr w/ Cannon on order (.10. | JEW | 0.60 | $350.00 | $210.00 |
| Jun-30-10 | Review draft Order on Interim Fee Award and comment to Cannon (.2); corr w/ Debtors and WestLB regarding press release and medai issues (.2); corr w/ Shoaf on employee communication (.1). | JEW | 0.50 | $350.00 | $175.00 |

|  |  |  |
|---|---|---|
| Totals | 25.50 | $7,859.00 |
| Total fee & disbursements this month | | $7,859.00 |
| Previous Balance | | $32,045.57 |
| Previous Payments | | 0.00 |
| Interest Due (18%) | | $2,536.62 |
| **Balance Now Due** | | **$42,441.19** |

TAX ID Number    87-0676597