Jeffrey Weston Shields (USB #2948)
Lon A. Jenkins (USB #4060)
Troy J. Aramburu (USB #10444)
**JONES WALDO HOLBROOK & McDONOUGH, PC**
170 South Main Street, Suite 1500
Salt Lake City, Utah 84101
Telephone: (801) 521-3200

*Counsel to Unsecured Creditors' Committee*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re: | Bankruptcy No. 09-29905 |
| **EASY STREET HOLDING, LLC et al.,**[1] | (Jointly Administered with Cases 09-29907 and 09-29908) |
| Debtors. | Chapter 11 |
| | Honorable R. Kimball Mosier |

**APPLICATION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE FOR OUT-OF-POCKET EXPENSES INCURRED BY UNSECURED CREDITORS' COMMITTEE MEMBER GOODRICH, THOMAS, CANNON & REEDS, LLP PURSUANT TO 11 U.S.C. § 503(b)(3)(F)**

Pursuant to 11 U.S.C. § 503(b)(3)(F), Jones Waldo Holbrook & McDonough, PC ("**Jones Waldo**"), attorneys for the Official Committee of Unsecured Creditors (the "**Committee**") submits this Application (the "**Application**") for allowance as an administrative expense of **$1,040.60** for travel expenses incurred by Robert Goodrich of Goodrich, Thomas, Cannon & Reeds, LLP ("**Goodrich, Thomas**"), a member of the Committee, in performance of its duties as a member of the Committee.

---

[1] The Debtor entities are Easy Street Holding, LLC, Easy Street Partners, LLC, and Easy Street Mezzanine, LLC.

938969.1

Mr. Goodrich traveled from Orange County, California to Salt Lake City to attend Committee meetings on October 6, 2009 and to conduct Committee organizational business and interview potential Committee counsel candidates.  Subsequently, on May 4, 2010, Mr. Goodrich traveled to Salt Lake City from Orange County, California to attend an in-person Committee meeting to discuss plan of reorganization alternatives with other creditors.  The expenses incurred were actual and necessary in the performance of Goodrich, Thomas' duties as a member of the Committee.  Copies of accompanying receipts evidencing the $1,040.60 in out of pocket costs incurred by Goodrich, Thomas are attached as **Exhibit A**.

WHEREFORE, Goodrich, Thomas respectfully requests this Court to enter an Order allowing, as an administrative expense, and authorizing payment, pursuant to 11 U.S.C. § 503(b)(3)(F), of Goodrich, Thomas' out of pocket costs in the amount of $1,040.60.

DATED this 15th day of July, 2010.

           **JONES WALDO HOLBROOK & McDONOUGH, PC**

           /s/ Lon A. Jenkins
           Jeffery Weston Shields
           Lon A. Jenkins
           Troy J. Aramburu

*Counsel to Unsecured Creditors' Committee*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of July, 2010 I caused a true and correct copy of the foregoing *Application for Allowance and Payment of Administrative Expense for Out-of-Pocket Expenses Incurred by Unsecured Creditors' Committee Member Goodrich, Thomas, Cannon & Reeds, LLP Pursuant to 11 U.S.C § 503(b)(3)(F)* to be served in the manner indicated below.

ECF Notification:

- Kenneth L. Cannon    kcannon@djplaw.com, khughes@djplaw.com
- Scott A. Cummings    cummings.scott@dorsey.com
- Mary Margaret Hunt    hunt.peggy@dorsey.com, wardle.gay@dorsey.com
- Annette W. Jarvis    jarvis.annette@dorsey.com, smith.ron@dorsey.com;slc.lit@dorsey.com;brown.patricia@dorsey.com
- Michael R. Johnson    mjohnson@rqn.com, agale@rqn.com
- Anthony C. Kaye    kaye@ballardspahr.com
- Benjamin J. Kotter    kotter.benjamin@dorsey.com
- Adelaide Maudsley    maudsley@chapman.com, jemery@chapman.com
- Steven J. McCardell    smccardell@djplaw.com, khughes@djplaw.com
- John T. Morgan tr    john.t.morgan@usdoj.gov, james.gee@usdoj.gov
- David W. Overholt    doverholt@rsolaw.com, abachman@rsolaw.com
- Jessica G Peterson    jpeterson@djplaw.com
- Knute Rife    karife@rifelegal.com
- Jeffrey L. Shields    jlshields@cnmlaw.com, njpotter@cnmlaw.com
- United States Trustee    USTPRegion19.SK.ECF@usdoj.gov

And via first class mail, postage prepaid upon the following:

| | |
|---|---|
| Gemstone Hotels & Resorts, LLC | Richard W. Havel |
| Attn: Jeff McIntyre, Principal | Christina M. Craige |
| 1912 Sidewinder Drive, #104 | Sidley Austin, LLP |
| Park City, UT  84060 | 555 West Fifth Street, Suite 4000 |
| | Los Angeles, CA  90013-1010 |

3

938969.1

Michael V. Blumenthal
Steven B. Eichel
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022

Kenneth L. Cannon, II
Durham Jones & Pinegar
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, UT 84110-4050

Annette W. Jarvis
Dorsey & Whitney
136 S. Main Street, #1000
Salt Lake City, UT 84101

Adelaide Maudsley
Chapman and Cutler LLP
201 South Main Street, #2000
Salt Lake City, UT 84111

John T. Morgan tr
US Trustees Office
Ken Garff Bldg.
405 South Main Street
Suite 300
Salt Lake City, UT 84111

William & Carrie Shoaf
4780 Winchester Court
Park City, UT 84098-7528

Douglas J. Payne
Fabian & Clendenin
215 South State Street, #1200
Salt Lake City, UT 84111

And via email to the following:

Richard W. Havel:  rhavel@sidley.com
Christina M. Craige:  ccraige@sidley.com
Annette W. Jarvis:  jarvis.annette@dorsey.com
Kenneth L. Cannon, II:  kcannon@djplaw.com
Michael V. Blumenthal:  mblumenthal@crowell.com


/s/ Rebecca Huot

4

938969.1

# EXHIBIT A

Bob Goodrich
Easy Street Holdings Committee Travel

| Date | Amount |
|---|---|
| 10/6/2009 | 433.20 |
| 5/4/2010 | 607.40 |
| | 1,040.60 |

**Shelley Phelps**

From: DeltaElectronicTicketReceipt@delta.com
Sent: Monday, October 05, 2009 11:28 AM
To: Shelley Phelps
Subject: ROBERT G ORANGE-COUNTY 06OCT09





(Scan this barcode at a Delta Self-Service Kiosk to access your reservation.)

## Your Receipt and Itinerary

ROBERT GOODRICH
3200 PARK CENTER DRIVE 1170
COSTA MESA CA 92626

Thank you for choosing Delta. We encourage you to review this information before your trip. If you need to contact Delta or check on your flight information, go to delta.com, call 800-221-1212 or call the number on the back of your SkyMiles® card.

Now, managing your travel plans just got easier. You can exchange, reissue and refund electronic tickets at delta.com. Take control and make changes to your itineraries at delta.com/itineraries.

Speed through the airport. Check-in online for your flight.    --> Check-in

## Flight Information

```
DELTA CONFIRMATION #:   DKFC4F
TICKET #:   00623150164840
                                   Bkng                               Meals/  Seat/
Day  Date     Flight       Status  Class    City           Time       Other   Cabin
---  -----    -----------  ------  -----    -------------  -----      ------  -------
Tue  06OCT    DELTA 1220   OK      B     LV ORANGE-COUNTY  645A               11C
                                         AR SALT LAKE CI   955A               COACH
                                            TY


Tue  06OCT    DELTA 1227   OK      B     LV SALT LAKE CI   817P               24C
                                            TY                                COACH
                                         AR ORANGE-COUNTY  910P
```

Check your flight information online at delta.com or call the Delta Flightline at **800-325-1999**.

Baggage and check-in requirements vary by airport and airline, so please check with the operating carrier on your ticket.
Please review Delta's check-in Requirements and baggage guidelines for details.

You must be checked in and at the gate at least 15 minutes before your scheduled departure time for travel inside the United States.
You must be checked in and at the gate at least 45 minutes before your scheduled departure time for international travel.
For tips on flying safely with laptops, cell phones, and other battery-powered devices, please visit

Key to Terms
\# - Arrival date different than departure date
\*\* - See Seats on delta.com
\*\*\* - Multi meals
\*S$ - Multiple seats
AR - Arrives
B - Breakfast
C - Bagels/Beverages
D - Dinner
F - Food available for purchase
L - Lunch
LV - Departs

6/30/2010

http://SafeTravel.dot.gov.

M - Movie
R - Refreshments - Complimentary
S - Snack
T - Cold meal
V - Snacks for Sale

## Passenger Information

ROBERT GOODRICH

## Billing Details

## Receipt Information

```
Fare Details: SNA DL SLC191.63BA00A0RA DL SNA191.63BA00A0RA USD383.26END ZP S
NASLC XF SNA4.5SLC4.5
```

| | | |
|---|---|---|
| Fare: | 383.26 USD | Form of Payment   AX**********41008 |
| Tax: | 49.94 TX | |
| Total: | 433.20 USD | |

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply and are displayed in the sections below.

This ticket is non-refundable unless issued at a fully refundable fare. Any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

## Detailed Tax Information

**Total Tax: 49.94 USD**

| XF | 9.00 | ZP | 7.20 | AY | 5.00 | US | 28.74 |
|---|---|---|---|---|---|---|---|

## Ticketing Details

Scan this barcode at a Delta Self-Service Kiosk to access your reservation.



```
TICKET #:   00623150164840
Issue Date:  10/05/09   Expiration: 10/05/10
Place of Ticket Issue:  WWWRES
Issuing Agent Id:  DL/WW
Ticket Issue date:  05OCT09
Not Transferable
```

Save money when you book your next car or hotel at delta.com.

Save up to 40% off your rental plus earn double miles on rentals of 1 or more days.

Hotel Search by The Hilton Family.

Up to 25,000 bonus miles. Plus, no annual fee for first year. Apply Now.

6/30/2010

# Your purchase is complete. Thank you for choosing Delta.

**Flight Confirmation Number: DBI6U8**

Enjoy improved benefits to help speed you through the airport including faster check-in, our highest boarding priority, expedited baggage service, and more..

**What's Next**
Now that you've finished booking your trip:

In order to comply with the Transportation Security Administration's **Secure Flight Program**, Delta is now collecting additional data for all passengers.
**Provide your Secure Flight Passenger Data now.**
- Your e-Tickets, confirmations, receipts, and flight notifications will be emailed to you at rgoodrich@gtcrcpas.com.
- You may check in for your flight, email receipts and itineraries, choose your seats, or cancel your reservation by managing your **itinerary online**.
- Add **Trip Protector** to protect against trip cancellations and interruptions with Access America.

Get Notifications    Add to Calendar    Add Trip Services & Activities



**Your Flight Selection:**

| Departs | Arrives | Stops | Flights & Cabin (Class) | | Travel Time |
|---|---|---|---|---|---|
| **Outbound: Orange County, CA (SNA) to Salt Lake City, UT (SLC) on Tue, 04 May 2010** | | | | | |
| 6:45am SNA | 9:50am SLC | Nonstop | **Delta 2632** Airbus Industrie A319 **In-Flight Services** | First (A) | 2 hr 05 min |
| **Return: Salt Lake City, UT (SLC) to Orange County, CA (SNA) on Tue, 04 May 2010** | | | | | |
| 2:08pm SLC | 3:04pm SNA | Nonstop | **Delta 2791** McDonnell Douglas MD-90 **In-Flight Services** | First (A) | 1 hr 56 min |



Book with confidence. See Delta's **Best Fare Guarantee**.

Total balance due (including taxes/fees):    $607.40 (USD)

View taxes/fees policies.
View change & cancelation policies.
View baggage policies.
This ticket is non-refundable.

| Passenger | From | To | Seat Assignment | Special Services (e.g. Wheelchair) |
|---|---|---|---|---|
| | | | | |