# FEBRUARY 2010

# INVOICES

## JONES, WALDO, HOLBROOK & McDONOUGH

A Professional Corporation

### ATTORNEYS AND COUNSELORS

Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe

,

March 19, 2010
Invoice:  1487046

22414.0001
Asset Anaylsis and Recovery

## STATEMENT OF ACCOUNT

| | |
|---|---:|
| **Prior Activity** | |
| Previous Balance Due as of February 15, 2010 | $ 5,349.32 |
| 03/02/10          Cash Receipt | -5,349.32 |
| **Total Past Due Balance** (If payment has been sent, disregard this balance) | **$ 0.00** |
| | |
| **Current Activity** | |
| Current Fees | 93.00 |
| Current Expenses | 440.83 |
| **Total Current Balance Due for Invoice 1487046** | **$ 533.83** |
| | |
| **Total Due** (For Past Due Activity and Current Activity) | **$ 533.83** |

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

Asset Analysis and Recovery

Invoice No.: 1487040

Fee for legal services rendered in caption from date of last bill to and including February 28, 2010.

## Fee Detail

| Date | Atty | Hours | Description |
|------|------|-------|-------------|
| 02/22/10 | LAJ | 0.30 | Telephone conference with Mr. Blumenthal re plan discussions and "moving parts". |

**Total Hours**        **0.30**

## Fee Summary

| Attorney | Rate | Hours | Amount |
|----------|------|-------|--------|
| Jenkins, Lon A | $ 310.00 | 0.30 | $ 93.00 |
| | | 0.30 | $ 93.00 |

**Total Hours and Fees:**

## Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 02/05/10 | Fees - Wells Fargo Card Services; US Bankrucpty Court | 250.00 |
| | Long Distance Telephone Charges | 78.27 |
| | In house photo copies - 543 pages @ 0.20 | 108.60 |
| | Postage | 3.96 |
| | | $ 440.83 |

**Disbursements Total**

### JONES, WALDO, HOLBROOK & MCDONOUGH
A Professional Corporation

ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe

March 19, 2010
Invoice: 1487047

22414.0003
Case Administration

### STATEMENT OF ACCOUNT

**Prior Activity**

| | | |
|---|---|---|
| Previous Balance Due as of February 15, 2010 | | $ 6,623.96 |
| 03/02/10 | Cash Receipt | -3,572.46 |
| **Total Past Due Balance** (If payment has been sent, disregard this balance) | | **$ 3,051.50** |

**Current Activity**

| | |
|---|---|
| Current Fees | 4,572.00 |
| Current Expenses | 66.64 |
| **Total Current Balance Due for Invoice 1487047** | **$ 4,638.64** |

| | |
|---|---|
| **Total Due** (For Past Due Activity and Current Activity) | **$ 7,690.14** |

224
Case Administration

Invoice No.:1487047

Fee for legal services rendered in caption from date of last bill to and including February 28, 2010.

| Date | Atty | Hours | Description |
|------|------|-------|-------------|
| 02/01/10 | JYS | 0.50 | Email to and from Rich Havel. |
| 02/01/10 | JYS | 0.20 | Confer with Mr. Jenkins. |
| 02/01/10 | JYS | 0.10 | Review minutes and proposed agenda. |
| 02/01/10 | LAJ | 0.30 | Review notes, prepare Agenda for tomorrow's meeting. |
| 02/01/10 | LAJ | 0.60 | Draft Minutes from 1/26/10 Committee meeting. |
| 02/02/10 | JYS | 0.80 | Committee conference call. |
| 02/02/10 | LAJ | 0.30 | Review notes to prepare for committee meeting. |
| 02/02/10 | LAJ | 0.80 | Attend/conduct Committee meeting. |
| 02/03/10 | JYS | 0.10 | Email to and from Rich Havel. |
| 02/03/10 | JYS | 0.20 | Review call summary from Mr. Jenkins. |
| 02/08/10 | LAJ | 0.90 | Draft Minutes from 2/2/10 meeting. |
| 02/08/10 | LAJ | 0.30 | Draft Agenda for 2/9/10 meeting. |
| 02/08/10 | LAJ | 0.40 | Numerous email exchanges with R. Havel, Hsin-Hsin Yang re revisions to Stipulation. |
| 02/09/10 | LAJ | 0.30 | Review notes to prepare for Committee Meeting. |
| 02/09/10 | LAJ | 0.90 | Conduct Committee Meeting. |
| 02/15/10 | JYS | 0.10 | Review minutes of 2/9/10 meeting. |
| 02/15/10 | LAJ | 0.80 | Draft minutes from 2/9/10 meeting. |
| 02/15/10 | LAJ | 0.20 | Draft Agenda for 2/26/10 meeting. |
| 02/16/10 | JYS | 1.00 | Participate in Committee conference call. |
| 02/16/10 | JYS | 0.50 | Review current proposed plan and disclosure documents. |
| 02/16/10 | LAJ | 0.90 | Attend Committee meeting. |
| 02/22/10 | LAJ | 0.40 | Review Monthly Operating Reports. |
| 02/22/10 | LAJ | 0.70 | Draft Minutes of 2/16/10 meeting. |
| 02/22/10 | LAJ | 0.20 | Draft Agenda for 2/23/10 meeting. |
| 02/22/10 | SDG | 0.30 | Email Committee members re disclosure statement and Monthly Operating reports. |
| 02/23/10 | JYS | 0.80 | Committee conference call. |
| 02/23/10 | LAJ | 1.00 | Participate in Committee meeting. |
| 02/23/10 | LAJ | 0.30 | Post-Committee meeting with Jeff Shields to strategize. |
| 02/24/10 | JYS | 0.30 | Review and comment on email report from Lon Jenkins to Craig Elliot. |

**Total Hours**       **14.20**

| Attorney | Rate | Hours | Amount |
|----------|------|-------|--------|
| Shields, Jeffery | $ 360.00 | 4.60 | $ 1,656.00 |
| Jenkins, Lon A | 310.00 | 9.30 | 2,883.00 |
| Glendening, Sherry D | 110.00 | 0.30 | 33.00 |

2241
Case Administration

Invoice No..14970–7

| | Fee Summary | | | |
|---|---|---|---|---|
| Total Hours and Fees: | | | 14.20 | $ 4,572.00 |

| | Expenses | | |
|---|---|---|---|
| | | | Amount |
| Date | Description | | 66.64 |
| | Long Distance Telephone Charges | | |
| | | | $ 66.64 |
| Disbursements Total | | | |

# JONES, WALDO, HOLBROOK & MCDONOUGH
### A Professional Corporation

### ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe

March 19, 2010
Invoice: 1487052

22414.0004
Claims Administration & Objections

## STATEMENT OF ACCOUNT

| | |
|---|---:|
| **Prior Activity** | |
| Previous Balance Due as of February 15, 2010 | $ 692.00 |
| **Total Past Due Balance** (If payment has been sent, disregard this balance) | $ 692.00 |
| | |
| **Current Activity** | |
| Current Fees | 157.00 |
| Current Expenses | 0.00 |
| **Total Current Balance Due for Invoice 1487052** | $ 157.00 |
| | |
| **Total Due** (For Past Due Activity and Current Activity) | $ 849.00 |

PAYMENT DUE UPON RECEIPT OF INVOICE. ANY AMOUNT NOT PAID WITHIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

2241·
Claims Administration &
Objections

Invoice No.:1487052

Fee for legal services rendered in caption from date of last bill to and including February 28, 2010.

## Fee Detail

| Date | Atty | Hours | Description |
|------|------|-------|-------------|
| 02/22/10 | LAJ | 0.40 | Review, analyze unsecured creditor list from Blumenthal. |
| 02/22/10 | SDG | 0.30 | Review Amended Notice of Hearing on Debtor's Objection to Baynorth Interest; update calendar and docket re same. |

**Total Hours**          **0.70**

## Fees Summary

| Attorney | Rate | Hours | Amount |
|----------|------|-------|--------|
| Jenkins, Lon A. | $ 310.00 | 0.40 | $ 124.00 |
| Glendening, Sherry D | 110.00 | 0.30 | 33.00 |
| | | 0.70 | $ 157.00 |

**Total Hours and Fees:**

# JONES, WALDO, HOLBROOK & MCDONOUGH

A Professional Corporation

### ATTORNEYS AND COUNSELORS

Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe

March 19, 2010
Invoice: 1487048

22414.0005
Fee / Employment Applicants

## STATEMENT OF ACCOUNT

| | |
|---|---:|
| **Prior Activity** | |
| Previous Balance Due as of February 15, 2010 | $ 10,362.00 |
| **Total Past Due Balance (If payment has been sent, disregard this balance)** | $ 10,362.00 |
| | |
| **Current Activity** | |
| Current Fees | 1,659.00 |
| Current Expenses | 0.00 |
| **Total Current Balance Due for Invoice 1487048** | $ 1,659.00 |
| | |
| **Total Due (For Past Due Activity and Current Activity)** | $ 12,021.00 |

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

Fee / Employment Applicants

Invoice No.: 1467046

Fee for legal services rendered in caption from date of last bill to and including February 28, 2010.

### Fee Detail

| Date | Atty | Hours | Description |
|------|------|-------|-------------|
| 02/01/10 | LAJ | 1.40 | Review professionals' filed fee applications. |
| 02/01/10 | LAJ | 0.20 | Conference with K. Cannon re notice of fee applications hearing. |
| 02/01/10 | LAJ | 0.20 | Conferences with Sherry Glendening re certificate of service on fee application. |
| 02/01/10 | SDG | 0.50 | Draft Certificate of Service on First Fee Application; file same |
| 02/04/10 | SDG | 0.40 | Review, calendar and docket hearing re fee application; conference with L. Jenkins re same |
| 02/06/10 | SDG | 0.20 | Review objection filed by WestLB to Jones Waldo's second Fee Request |
| 02/17/10 | SDG | 0.30 | Conference with L. Jenkins re Corbin Gordon invoices, email same to J. Tozer. |
| 02/23/10 | LAJ | 0.70 | Work on January fee submission. |
| 02/24/10 | LAJ | 1.10 | Prepare invoices for Monthly Fee Submission. |
| 02/25/10 | SDG | 0.70 | Draft 3rd fee Request.  Review invoices and calculate fees due. |
| 02/26/10 | LAJ | 0.90 | Review invoices and draft Notice re Jones Waldo Third Monthly Fee Request. |
| 02/26/10 | SDG | 0.30 | Cursory review of Durham Jones third fee request. |

**Total Hours**          6.90

### Fee Summary

| Attorney | Rate | Hours | Amount |
|----------|------|-------|--------|
| Jenkins, Lon A | $ 310.00 | 4.50 | $ 1,395.00 |
| Glendening, Sherry D | 110.00 | 2.40 | 264.00 |
| | | 6.90 | $ 1,659.00 |

**Total Hours and Fees:**

JONES, WALDO, HOLBROOK & McDONOUGH
A Professional Corporation

ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe

March 19, 2010
Invoice: 1487049

22414.0006
Fee / Employment Objections

### STATEMENT OF ACCOUNT

| | |
|---|---:|
| **Prior Activity** | |
| Previous Balance Due as of February 24, 2010 | $ 2,019.00 |
| 03/02/10        Cash Receipt | -1,730.00 |
| **Total Past Due Balance (If payment has been sent, disregard this balance)** | $ 289.00 |
| | |
| **Current Activity** | |
| Current Fees | 714.00 |
| Current Expenses | 93.60 |
| **Total Current Balance Due for Invoice 1487049** | $ 807.60 |
| | |
| **Total Due (For Past Due Activity and Current Activity)** | $ 1,096.60 |

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

Fee / Employment Objections

Invoice No.:148/049

Fee for legal services rendered in caption from date of last bill to and including February 28, 2010.

### Fee Detail

| Date | Atty | Hours | Description |
|------|------|-------|-------------|
| 02/04/10 | LAJ | 1.70 | Review Professionals' Fee Applications. |
| 02/05/10 | SDG | 1.70 | Catalogue fee applications into binders to assist L. Jenkins and J. Shields with hearing on various fee applications |

**Total Hours**     **3.40**

### Fee Summary

| Attorney | Rate | Hours | Amount |
|----------|------|-------|--------|
| Jenkins, Lon A | $ 310.00 | 1.70 | $ 527.00 |
| Glendening, Sherry D | 110.00 | 1.70 | 187.00 |
| **Total Hours and Fees:** | | **3.40** | **$ 714.00** |

### Expenses

| Date | Description | Amount |
|------|-------------|--------|
| | In house photo copies - 468 pages @ 0.20 | 93.60 |
| **Disbursements Total** | | **$ 93.60** |

JONES, WALDO, HOLBROOK & MCDONOUGH
A Professional Corporation

ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe

March 19, 2010
Invoice: 1487050

22414.0009
Plan & Disclosure Statement

### STATEMENT OF ACCOUNT

| | |
|---|---:|
| **Prior Activity** | |
| Previous Balance Due as of February 15, 2010 | $ 5,216.00 |
| **Total Past Due Balance** (If payment has been sent, disregard this balance) | $ 5,216.00 |
| | |
| **Current Activity** | |
| Current Fees | 19,708.50 |
| Current Expenses | 17.64 |
| **Total Current Balance Due for Invoice 1487050** | $ 19,726.14 |
| | |
| **Total Due** (For Past Due Activity and Current Activity) | $ 24,942.14 |

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIN THIRTY (30) DAYS OF INVOICE DATE WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

224
Plan & Disclosure Statement

Invoice No.:1487050

Fee for legal services rendered in caption from date of last bill to and including February 28, 2010.

### Fee Detail

| Date | Atty | Hours | Description |
|------|------|-------|-------------|
| 02/01/10 | LAJ | 0.50 | Telephone conference with M. Blumenthal re discussion of Plan negotiation development. |
| 02/01/10 | LAJ | 0.90 | Review Plan for meeting. |
| 02/02/10 | LAJ | 0.20 | Conference with K.Cannon re meeting with Plan Funder. |
| 02/03/10 | LAJ | 0.40 | Telephone conference with K. Cannon re Plan negotiations, Disclosure Statement issues. |
| 02/03/10 | LAJ | 0.70 | Analyze re terms of proposed Plan, response to West LB request for moratorium in Committee v. West LB. |
| 02/03/10 | LAJ | 0.20 | Email Jeff Shields re Plan litigation strategy. |
| 02/03/10 | LAJ | 0.60 | Telephone conference with M. Blumenthal re discussion of Plan issues; treatment of unsecureds, setting up meeting with Plan Funder. |
| 02/05/10 | LAJ | 1.30 | Review, analyze Plan for 2/8/10 conference call with Debtors' counsel and Plan Funder. |
| 02/05/10 | LAJ | 0.90 | Read S. Brown email and attachments re David Wickline. |
| 02/08/10 | LAJ | 0.70 | Draft, analyze timeline for Committee. |
| 02/08/10 | LAJ | 0.80 | Review, analyze Disclosure Statement and, in particular, Exhibits/projections to prepare for meeting with Debtor and Plan Funder. |
| 02/08/10 | LAJ | 0.50 | Analyze, prepare questions for meeting with Debtor's counsel and Plan Funder. |
| 02/08/10 | LAJ | 0.90 | Participate in telephone conference with M. Blumenthal, S. Sandholtz, L. Hulme re Plan negotiations, payment to unsecured creditors. |
| 02/08/10 | SDG | 0.20 | Review corrected Notice of Deposition, calendar and docket same |
| 02/09/10 | LAJ | 2.50 | Thorough review of Disclosure Statement and all exhibits for Objection on Friday. |
| 02/10/10 | LAJ | 0.20 | Conference with Jeff Shields re Plan negotiations. |
| 02/10/10 | LAJ | 0.20 | Telephone conference with M. Blumenthal re Plan negotiations. |
| 02/10/10 | LAJ | 0.40 | Analyze Plan negotiation issues, scenarios. |
| 02/10/10 | LAJ | 1.60 | Review Disclosure Statement exhibits 2-1 to 2-3 to determine issues for Objection. |
| 02/10/10 | LAJ | 1.10 | Review Disclosure Statement objection precedents; read cases for law section of Objection. |
| 02/11/10 | LAJ | 0.40 | Telephone conference with M. Blumenthal re possible committee/unsecured credit treatment. |
| 02/11/10 | LAJ | 0.60 | Read, analyze Disclosure Statement for objection. |
| 02/11/10 | LAJ | 0.20 | Conference with Nathan Thomas re research on absolute priority rule. |
| 02/12/10 | JYS | 0.80 | Confer with Mr. Jenkins and assist with preparation of Objection to Disclosure Statement. |
| 02/12/10 | LAJ | 2.80 | Draft Disclosure Statement objection. |
| 02/12/10 | LAJ | 2.90 | Draft Disclosure Statement objection. |
| 02/12/10 | LAJ | 0.20 | Telephone conference with K.Cannon re chronology of plan confrmation, related issues. |
| 02/12/10 | SDG | 1.50 | File and serve objection to Disclosure Statement filed by Easy Street Partners |
| 02/15/10 | LAJ | 1.00 | Read parties' Disclosure Statement objections. |
| 02/15/10 | LAJ | 0.30 | Conference with Nathan Thomas re research on absolute priority rule. |
| 02/15/10 | LAJ | 0.30 | Telephone conference with M. Blumenthal re Plan modifications. |
| 02/15/10 | NDT | 0.50 | Perform research re propriety of cram down of unsecured creditors with payments over time without interest. |
| 02/15/10 | SDG | 0.50 | Cursory review of multiple objections to Disclosures statement |
| 02/16/10 | JYS | 1.00 | Strategy conference with Mr. Jenkins. |
| 02/16/10 | LAJ | 0.80 | Meet with Jeff Shields re discuss Plan strategy and presentation at Committee Meeting. |
| 02/16/10 | LAJ | 0.30 | Conferences with Sherry Glendening and revise Certificate of Service on Disclosure Statement Objection. |

Invoice No.:1487050

Plan & Disclosure Statement

### Fee Detail

| Date | Atty | Hours | Description |
|------|------|-------|-------------|
| 02/16/10 | LAJ | 0.40 | Review, analyze for Plan discussions, Bay North Disclosure Statement Objection. |
| 02/16/10 | SDG | 0.60 | Assemble objections filed to Disclosure Statement; assist L. Jenkins re meeting with Committee |
| 02/16/10 | SDG | 1.50 | Assist L. Jenkins and J. Shields with preparations for hearing on Disclosure Statement |
| 02/16/10 | SDG | 0.50 | Finalize Certificate of Service on Objection to Disclosure statement; email same to L. Jenkins for review, file same. |
| 02/17/10 | JYS | 0.30 | Review modified disclosure statement from Debtor. |
| 02/17/10 | JYS | 0.20 | Review response of Debtor to Disclosure objections. |
| 02/17/10 | JYS | 0.20 | Review proposed disclosure statement order from Debtor. |
| 02/17/10 | LAJ | 0.30 | Conference with K. Cannon re Plan discussions. |
| 02/17/10 | LAJ | 0.20 | Email exchange with S. Brown re developments relating to Plan. |
| 02/17/10 | LAJ | 0.60 | Review Debtors' response to Disclosure Statement Objections. |
| 02/17/10 | LAJ | 1.10 | Read, analyze 2/17 amended Disclosure Statement; compare with Objections filed to 1/15/10 version. |
| 02/17/10 | LAJ | 0.50 | Draft email to Committee explaining Disclosure Statement revisions by Debtor. |
| 02/17/10 | LAJ | 0.30 | Telephone conference with K. Cannon re revisions to Disclosure Statement. |
| 02/17/10 | LAJ | 0.40 | Conference with Jeff Shields re amended Disclosure Statement. |
| 02/18/10 | JYS | 1.20 | Review pleadings and construct hearing binder to prepare for disclosure hearing. |
| 02/18/10 | JYS | 2.50 | Attend hearing on sufficiency of disclosure statement (Judge Mosier). |
| 02/18/10 | JYS | 1.00 | Post-hearing meeting at Jones Waldo offices with Michael Blumenthal and Ken Cannon. |
| 02/18/10 | JYS | 0.20 | Review confidential term sheet on financing structure. |
| 02/18/10 | LAJ | 1.20 | Read Disclosure Statement, Objections to Disclosure Statement for hearing preparation. |
| 02/18/10 | LAJ | 0.50 | Telephone conference with K. Cannon, M.Blumenthal re discussion for Committee Objections to Disclosure Statement; Plan discussions. |
| 02/18/10 | LAJ | 0.50 | Outline presentation to Court for hearing on disclosure statements. |
| 02/18/10 | LAJ | 0.30 | Review recent Disclosure Statement revision. |
| 02/18/10 | LAJ | 2.60 | Attend Disclosure Statement hearing. |
| 02/18/10 | LAJ | 0.90 | Meet with Jeff Shields, M. Blumenthal, K. Cannon re negotiations on Plan. |
| 02/19/10 | LAJ | 0.50 | Review Term Sheet from West LB to resolve issues in case. |
| 02/19/10 | LAJ | 0.90 | Analysis for negotiation of Plan dispute, review. |
| 02/19/10 | LAJ | 0.90 | Draft lengthy email to Committee re Plan issues, dates for hearings, etc. |
| 02/19/10 | LAJ | 0.50 | Review Order re approval of Disclosure Statement. |
| 02/22/10 | LAJ | 0.30 | Emails to parties re Revised Disclosure Statement. |
| 02/22/10 | LAJ | 1.90 | Review, analysis of 2/21/10 versions of Disclosure Statement and Exhibits. |
| 02/22/10 | LAJ | 0.30 | Review emails, conference with M. Blumenthal re Plan negotiations. |
| 02/22/10 | LAJ | 0.50 | Analyze Order and comments to Debtors' counsel re Disclosure Statement. |
| 02/22/10 | SDG | 0.30 | Cursory review Amended Plan and Disclosure statement dated 2-17-2010 |
| 02/22/10 | SDG | 0.40 | Review Notice of Hearing re Easy Street Mezzaine and Easy Street Holdings Motion to Extend Exclusivity period; calendar and docket same. |
| 02/23/10 | JYS | 1.00 | Pre-conference strategy session with Mr. Jenkins. |
| 02/23/10 | JYS | 0.70 | Telephone conference with Mr. Jenkins, Mr. Blumenthal and Mr. Havel concerning committee claims. |
| 02/23/10 | LAJ | 0.50 | Conference with Jeff Shields re discuss Plan negotiation strategy. |
| 02/23/10 | LAJ | 0.40 | Review, comment on form of approval order. |
| 02/23/10 | LAJ | 0.30 | Emails to parties re form of approval order. |
| 02/23/10 | LAJ | 0.90 | Document review and note review in connection with analyses and evaluation of Plan strategies. |
| 02/23/10 | LAJ | 0.90 | Analyze Plan negotiation (treatment scenarios). |
| 02/23/10 | LAJ | 0.90 | Telephone conference with R. Havel, M. Blumenthal, and Jeff Shields re Plan negotiations. |

Plan & Disclosure Statement

Invoice No.:1487050

## Fee Detail

| Date | Atty | Hours | Description |
|------|------|-------|-------------|
| 02/23/10 | LAJ | 0.30 | Post-conference call meeting with Jeff Shields re negotiation strategy. |
| 02/24/10 | LAJ | 0.30 | Telephone conference with M. Blumenthal re discussion of Plan terms. |
| 02/24/10 | LAJ | 0.40 | Draft email to C. Elliott re update on Plan negotiations. |
| 02/24/10 | LAJ | 0.20 | Conference with Jeff Shields re Plan negotiations. |
| 02/24/10 | LAJ | 0.30 | Telephone conference with M. Blumenthal re further Plan discussions. |
| 02/24/10 | LAJ | 0.30 | Conference with Jeff Shields re discuss Plan treatment strategy. |
| 02/25/10 | LAJ | 0.30 | Telephone conference with M. Blumenthal re Disclosure Statement revisions. |
| 02/25/10 | LAJ | 0.90 | Draft lengthy email to Comittee re Plan negotiations. |
| 02/25/10 | LAJ | 2.10 | Thorough review (for approval) of most recent version of Disclosure Statements and Exhibits, etc. |
| 02/25/10 | LAJ | 0.50 | Review proposed revised Order approving Disclosure Statement; conference with Sherry Glendening re endorsing same. |
| 02/26/10 | JYS | 0.30 | Review Amended Plan and Amended Disclosure. |
| 02/26/10 | LAJ | 0.70 | Review Amended Plan filed yesterday. |
| 02/26/10 | SDG | 0.50 | Review Amended Plan and Disclosure Statement dated 2-18-2010; email same to Committee members. |

**Total Hours**          **66.10**

## Fee Summary

| Attorney | Rate | Hours | Amount |
|----------|------|-------|--------|
| Shields, Jeffery | $ 360.00 | 9.40 | $ 3,384.00 |
| Jenkins, Lon A | 310.00 | 50.20 | 15,562.00 |
| Thomas, Nathan D | 205.00 | 0.50 | 102.50 |
| Glendening, Sherry D | 110.00 | 6.00 | 660.00 |
| | | 66.10 | $ 19,708.50 |

**Total Hours and Fees:**

## Expenses

| Date | Description | Amount |
|------|-------------|--------|
| | Long Distance Telephone Charges | 17.64 |
| | | $ 17.64 |

**Disbursements Total**

## JONES, WALDO, HOLBROOK & McDONOUGH
A Professional Corporation

### ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe
,

March 19, 2010
Invoice: 1487051

22414.0012
WestLB Litigation

### STATEMENT OF ACCOUNT

| | |
|---|---:|
| **Prior Activity** | |
| Previous Balance Due as of February 15, 2010 | $ 10,175.82 |
| 03/02/10          Cash Receipt | -330.82 |
| **Total Past Due Balance (If payment has been sent, disregard this balance)** | **$ 9,845.00** |
| | |
| **Current Activity** | |
| Current Fees | 622.00 |
| Current Expenses | 0.00 |
| **Total Current Balance Due for Invoice 1487051** | **$ 622.00** |
| | |
| **Total Due (For Past Due Activity and Current Activity)** | **$ 10,467.00** |

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

WestLB Litigation

Invoice No.:145/051

Fee for legal services rendered in caption from date of last bill to and including February 28, 2010.

### Fee Detail

| Date | Atty | Hours | Description |
|------|------|-------|-------------|
| 02/01/10 | LAJ | 0.30 | Email exchange with West LB counsel re Committee v. West LB. |
| 02/03/10 | LAJ | 0.50 | Draft lengthy email to West LB counsel re denial of litigation moratorium, etc. |
| 02/08/10 | LAJ | 0.60 | Review, edit proposed Stipulation with West LB; email exchanges with West LB counsel re same. |
| 02/09/10 | LAJ | 0.30 | Read, approve, endorse stipulation with West LB; email B. Kotter re same. |
| 02/10/10 | LAJ | 0.20 | Conference with Sherry Glendening re docketing West LB stipulation dates. |
| 02/10/10 | SDG | 0.30 | Review Stipulation between committee and WestLB re time to answer complaint; email correspondence with L. Jenkins re same |

**Total Hours**        **2.20**

### Fee Summary

| Attorney | Rate | Hours | Amount |
|----------|------|-------|--------|
| Jenkins, Lon A. | $ 310.00 | 1.90 | $ 589.00 |
| Glendening, Sherry D | 110.00 | 0.30 | 33.00 |
| **Total Hours and Fees:** | | **2.20** | **$ 622.00** |

# MARCH 2010

# INVOICES

JONES, WALDO, HOLBROOK & McDONOUGH
A Professional Corporation

ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe

April 27, 2010
Invoice: 1488473

22414.0003
Case Administration

### STATEMENT OF ACCOUNT

| | | |
|---|---|---:|
| **Prior Activity** | | |
| Previous Balance Due as of March 15, 2010 | | $ 7,690.14 |
| 04/14/10 | Cash Receipt | -66.64 |
| **Total Past Due Balance** (If payment has been sent, disregard this balance) | | $ 7,623.50 |
| | | |
| **Current Activity** | | |
| Current Fees | | 3,641.00 |
| Current Expenses | | 47.94 |
| **Total Current Balance** Due for Invoice 1488473 | | $ 3,688.94 |
| | | |
| **Total Due** (For Past Due Activity and Current Activity) | | $ 11,312.44 |

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

Invoice No.:1488473

Case Administration

Fee for legal services rendered in caption from date of last bill to and including March 31, 2010.

### Fee Detail

| Date | Atty | Hours | Description |
|------|------|-------|-------------|
| 03/03/10 | LAJ | 0.30 | Draft update email to C. Elliott. |
| 03/03/10 | LAJ | 0.20 | Email exchange with T. Shaner re Committee meeting schedule. |
| 03/04/10 | LAJ | 0.20 | Email exchanges with C. Elliott re Committee action. |
| 03/05/10 | LAJ | 0.80 | Draft Minutes of 2/22/10 meeting. |
| 03/08/10 | LAJ | 0.30 | Emails to Committee Members and Jeff Shields re scheduling Committee meeting and discuss developments. |
| 03/12/10 | JYS | 1.25 | Committee conference call. |
| 03/12/10 | LAJ | 1.30 | Attend Committee Meeting; conduct same. |
| 03/12/10 | LAJ | 0.40 | Conferences with Jeff Shields re tasks as follow-up to Committee directive. |
| 03/15/10 | LAJ | 0.20 | Email R. Havel, A. Jarvis re changes in status of case. |
| 03/16/10 | LAJ | 0.40 | Review DIP monthly reports filed 3/15/10. |
| 03/17/10 | LAJ | 0.30 | Review Amended Notice of Confirmation; email Committee re same; email C. Elliott re meeting. |
| 03/18/10 | LAJ | 0.30 | Emails with C. Elliott, Members re Committee meeting and topics. |
| 03/19/10 | LAJ | 0.20 | Emails with Committee re continued meeting. |
| 03/22/10 | LAJ | 0.30 | Review ECF notifications. |
| 03/24/10 | LAJ | 0.20 | Draft notice of 3/26 Committee meeting; email same. |
| 03/24/10 | LAJ | 0.80 | Draft Minutes from 3/12/10 Committee Meeting. |
| 03/25/10 | LAJ | 0.30 | Draft Agenda for 3/26 meeting; email to Members. |
| 03/25/10 | LAJ | 0.20 | Conference with Sherry Glendening re docketing. |
| 03/26/10 | JYS | 1.20 | Participate in Committee conference call. |
| 03/26/10 | LAJ | 0.50 | Review pleadings, notes; outline discussion topics for Committee meeting. |
| 03/26/10 | LAJ | 0.90 | Conduct Committee meeting. |
| 03/31/10 | LAJ | 0.80 | Draft Minutes. |

**Total Hours**     11.35

### Fee Summary

| Attorney | Rate | Hours | Amount |
|----------|------|-------|--------|
| Shields, Jeffery | $360.00 | 2.45 | $882.00 |
| Jenkins, Lon A | 310.00 | 8.90 | 2,759.00 |
| **Total Hours and Fees:** | | 11.35 | $3,641.00 |

### Expenses

Case Administration

Invoice No.:1488473

| Date | Description | Amount |
|------|-------------|--------|
|  | Long Distance Telephone Charges | 38.79 |
|  | Postage | 9.15 |
|  |  | $ 47.94 |

**Disbursements Total**

Jones, Waldo, Holbrook & McDonough
A Professional Corporation

ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe

April 27, 2010
Invoice: 1488474

22414.0004
Claims Administration & Objections

### STATEMENT OF ACCOUNT

| | |
|---|---:|
| **Prior Activity** | |
| Previous Balance Due as of March 19, 2010 | $ 849.00 |
| 04/14/10          Cash Receipt | -124.00 |
| **Total Past Due Balance (If payment has been sent, disregard this balance)** | **$ 725.00** |
| | |
| **Current Activity** | |
| Current Fees | 907.00 |
| Current Expenses | 0.00 |
| **Total Current Balance Due for Invoice 1488474** | **$ 907.00** |
| | |
| **Total Due (For Past Due Activity and Current Activity)** | **$ 1,632.00** |

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

Claims Administration &
Objections

Invoice No.:1488474

Fee for legal services rendered in caption from date of last bill to and including March 31, 2010.

## Fee Detail

| Date | Atty | Hours | Description |
|------|------|-------|-------------|
| 03/02/10 | LAJ | 1.30 | Read Claim Objections filed by Debtor, Motion to set value of assets. |
| 03/02/10 | SDG | 0.30 | Cursory review of Debtor's Ex Parte Motion for Leave to File Omnibus Objection to and Motion to Allow Homeowners Claims reduced amount. |
| 03/02/10 | SDG | 0.20 | Cursory review of Response to Objection to proof of interest filed by BayNorth. |
| 03/02/10 | SDG | 0.70 | Review Debtor's objections to claims; calendar and docket hearing and deadline for response. |
| 03/10/10 | LAJ | 0.50 | Read pleadings for hearing on Debtor's objection to Bay North proof of interest. |
| 03/11/10 | LAJ | 0.70 | Hearing on claim objection. |

**Total Hours**       **3.70**

## Fee Summary

| Attorney | Rate | Hours | Amount |
|----------|------|-------|--------|
| Jenkins, Lon A | $ 310.00 | 2.50 | $ 775.00 |
| Glendening, Sherry D | 110.00 | 1.20 | 132.00 |
| | | 3.70 | $ 907.00 |

**Total Hours and Fees:**

JONES, WALDO, HOLBROOK & McDONOUGH
A Professional Corporation

ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe

April 27, 2010
Invoice: 1488475

22414.0005
Fee / Employment Applicants

## STATEMENT OF ACCOUNT

| | | |
|---|---|---:|
| **Prior Activity** | | |
| Previous Balance Due as of March 15, 2010 | | $ 12,021.00 |
| 04/14/10 | Cash Receipt | -4,594.00 |
| **Total Past Due Balance** (If payment has been sent, disregard this balance) | | **$ 7,427.00** |
| | | |
| **Current Activity** | | |
| Current Fees | | 3,140.00 |
| Current Expenses | | 0.00 |
| **Total Current Balance Due for Invoice 1488475** | | **$ 3,140.00** |
| | | |
| **Total Due** (For Past Due Activity and Current Activity) | | **$ 10,567.00** |

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

Invoice No.:1488475

Fee / Employment Applicants

Fee for legal services rendered in caption from date of last bill to and including March 31, 2010.

## Fee Detail

| Date | Atty | Hours | Description |
|------|------|-------|-------------|
| 03/03/10 | LAJ | 1.00 | Review professionals' fee applications. |
| 03/04/10 | LAJ | 1.80 | Review fee applications. |
| 03/05/10 | SDG | 2.20 | Research re Fee Application protocols, review various fee applications and conference with L. Jenkins re same. |
| 03/08/10 | SDG | 0.50 | Review fee application of Crowell & Moring re hourly rates; conference with L. Jenkins re same. |
| 03/09/10 | LAJ | 0.60 | Invoice review for 4th request. |
| 03/09/10 | SDG | 0.20 | Filed Certificate of Service re Objection to fee application. |
| 03/12/10 | LAJ | 0.20 | Review Wrona 4th fee request. |
| 03/16/10 | LAJ | 0.30 | Prepare for fee application hearings. |
| 03/16/10 | LAJ | 0.70 | Attend fee application hearings. |
| 03/18/10 | LAJ | 0.20 | Review orders on Debtors' professional's fee applications. |
| 03/18/10 | LAJ | 0.30 | Review, edit order on Jones Waldo fee application; conference with Sherry Glendening re same. |
| 03/18/10 | LAJ | 0.80 | Review, edit February invoices for fee submission. |
| 03/22/10 | LAJ | 1.00 | Review, edit revised invoices for filing with monthly fee submission. |
| 03/23/10 | LAJ | 1.00 | Attend to final review of February fee submission; draft same. |
| 03/24/10 | LAJ | 0.50 | Review fee submissions for estate professionals. |
| 03/25/10 | LAJ | 0.40 | Review Durham Jones 4th fee request. |
| 03/30/10 | LAJ | 0.30 | Review orders re professional compensation. |

**Total Hours**        **12.00**

## Fee Summary

| Attorney | Rate | Hours | Amount |
|----------|------|-------|--------|
| Jenkins, Lon A | $ 310.00 | 9.10 | $ 2,821.00 |
| Glendening, Sherry D | 110.00 | 2.90 | 319.00 |
| | | 12.00 | $ 3,140.00 |

**Total Hours and Fees:**

# JONES, WALDO, HOLBROOK & McDONOUGH
### A Professional Corporation

### ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe

April 27, 2010
Invoice:  1488476

22414.0006
Fee / Employment Objections

## STATEMENT OF ACCOUNT

| | | |
|---|---|---|
| **Prior Activity** | | |
| Previous Balance Due as of March 15, 2010 | | $ 1,096.60 |
| 04/14/10 | Cash Receipt | -93.60 |
| **Total Past Due Balance (If payment has been sent, disregard this balance)** | | **$ 1,003.00** |
| | | |
| **Current Activity** | | |
| Current Fees | | 4,383.00 |
| Current Expenses | | 0.00 |
| **Total Current Balance Due for Invoice 1488476** | | **$ 4,383.00** |
| | | |
| **Total Due (For Past Due Activity and Current Activity)** | | **$ 5,386.00** |

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

Fee / Employment Objections

Invoice No.:1488476

Fee for legal services rendered in caption from date of last bill to and including March 31, 2010.

## Fee Detail

| Date | Atty | Hours | Description |
|------|------|-------|-------------|
| 03/04/10 | LAJ | 1.30 | Read, analyze fee objection precedents. |
| 03/05/10 | LAJ | 2.60 | Review Debtors' professionals' fee applications with attached invoices for possible objections. |
| 03/08/10 | BQW | 1.00 | Research re District of Utah cases re standard for reasonableness of attorneys fees incurred in representation of a debtor. |
| 03/08/10 | LAJ | 1.70 | Read cases from B. Worthen re standards for professional compensation in Utah. |
| 03/08/10 | LAJ | 0.90 | Draft Objection to C&M fee application. |
| 03/08/10 | LAJ | 1.00 | Draft Objection to Crowell fee application. |
| 03/08/10 | LAJ | 0.70 | Draft Objection to Crowell fee application. |
| 03/08/10 | LAJ | 0.40 | Conferences with Sherry Glendening re determining C&M fee amounts for specific tasks. |
| 03/08/10 | LAJ | 0.90 | Finalize for filing Objection to Crowell fee application. |
| 03/08/10 | SDG | 0.50 | Conference with L. Jenkins; finalize and file Objection to fees of Crowell & Moring, cause same to be served. |
| 03/08/10 | SDG | 0.60 | Assist L. Jenkins with preparation of Objection to Fee Application. |
| 03/08/10 | SDG | 0.50 | Assist L. Jenkins with fee application objection |
| 03/09/10 | LAJ | 0.60 | Finalize fee application objection. |
| 03/09/10 | LAJ | 0.30 | Read West LB objection to fees. |
| 03/09/10 | LAJ | 0.30 | Conference with Sherry Glendening and review Certificate of Sevice on fee objection to ensure proper service. |
| 03/09/10 | LAJ | 0.20 | Email exchange with M. Blumenthal re our objection to C&M's fees. |
| 03/09/10 | LAJ | 0.20 | Email exchange with Jeff Shields re strategy re fee objection. |
| 03/09/10 | SDG | 0.40 | Draft Certificate of Service on Objection to Fee Application. |
| 03/10/10 | LAJ | 0.20 | Email exchanges with M. Blumenthal re fee application objection. |
| 03/12/10 | LAJ | 0.20 | Telephone conference with C. Elliott re objections to fee applications. |
| 03/12/10 | LAJ | 0.20 | Telephone conferences with M. Blumenthal re Committee objection to C&M fee application. |
| 03/12/10 | LAJ | 0.30 | Telephone conferences with M. Blumenthal re strategy re fee objection. |
| 03/15/10 | LAJ | 0.40 | Telephone conference with M. Blumenthal re negotiation of reductions to Crowell fee application. |
| 03/15/10 | LAJ | 0.60 | Review, analyze C&M fee application for settlement proposal on reductions; calculate same. |

**Total Hours**    **15.80**

## Fee Summary

| Attorney | Rate | Hours | Amount |
|----------|------|-------|--------|
| Jenkins, Lon A | $ 310.00 | 12.80 | $ 3,968.00 |
| Worthen, Brock | 195.00 | 1.00 | 195.00 |
| Glendening, Sherry D | 110.00 | 2.00 | 220.00 |
| | | 15.80 | $ 4,383.00 |

**Total Hours and Fees:**

## JONES, WALDO, HOLBROOK & MCDONOUGH
A Professional Corporation

### ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe

April 27, 2010
Invoice: 1488477

22414.0009
Plan & Disclosure Statement

### STATEMENT OF ACCOUNT

| | | |
|---|---|---:|
| **Prior Activity** | | |
| Previous Balance Due as of March 15, 2010 | | $ 24,942.14 |
| 04/14/10 | Cash Receipt | -17.64 |
| **Total Past Due Balance (If payment has been sent, disregard this balance)** | | **$ 24,924.50** |
| | | |
| **Current Activity** | | |
| Current Fees | | 3,952.00 |
| Current Expenses | | 148.14 |
| **Total Current Balance Due for Invoice 1488477** | | **$ 4,100.14** |
| | | |
| **Total Due (For Past Due Activity and Current Activity)** | | **$ 29,024.64** |

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

Invoice No.:1488477

Plan & Disclosure Statement

Fee for legal services rendered in caption from date of last bill to and including March 31, 2010.

### Fee Detail

| Date | Atty | Hours | Description |
|---|---|---|---|
| 03/01/10 | LAJ | 0.40 | Evaluate settlement scenarios. |
| 03/01/10 | SDG | 0.60 | Review order approving amended disclosure statement and setting forth deadline with respect to confirmation of plan; calendar and docket same. |
| 03/02/10 | JYS | 1.50 | Review several inbound pleadings including Disclosure Statement, Bay North objections, claim objections, omnibus orders. |
| 03/02/10 | LAJ | 0.20 | Telephone conference with K. Cannon re ballot error. |
| 03/02/10 | LAJ | 0.30 | Email to Committee re balloting error. |
| 03/02/10 | SDG | 0.30 | Review of Motion for entry of Order determining value of Sky Lodge; calendar and docket deadline for response and hearing. |
| 03/03/10 | LAJ | 0.20 | Telephone conference with C. Elliott re balloting. |
| 03/04/10 | LAJ | 0.20 | Review West LB discovery notices. |
| 03/04/10 | SDG | 0.30 | Calendar and docket deadline re Subpoena issued to Strategic Capital Partners, Deposition of Kim Sallengier and Easy Street Partners. |
| 03/08/10 | LAJ | 0.20 | Emails with S. Brown, C. Elliott re developments regarding plan fund. |
| 03/08/10 | LAJ | 0.20 | Read West LB reservation of rights. |
| 03/08/10 | LAJ | 0.30 | Telephone conference with M. Blumenthal re report on plan fund issues, developments. |
| 03/08/10 | SDG | 0.40 | Calendar and docket Debtors Notice of Hearing on Easy Street Partners Motion to Extend Exclusive Period. |
| 03/09/10 | LAJ | 0.90 | Analyze lawsuit, plan re strategy for plan objection. |
| 03/09/10 | LAJ | 0.20 | Email exchange with C. Elliott re plan developments. |
| 03/10/10 | LAJ | 0.30 | Review notices of continued depositions. |
| 03/11/10 | SDG | 0.30 | Review Notice of extended deadline for Easy Street Partners to respond to request for documents, calendar and docket same. |
| 03/12/10 | LAJ | 0.20 | Emails with M. Blumenthal re plan funder issues. |
| 03/12/10 | LAJ | 0.60 | Analyze plan options re plan funder uncertainty. |
| 03/15/10 | LAJ | 0.30 | Draft lengthy email to Committee Members re status of confirmation proceedings - delayed. |
| 03/15/10 | LAJ | 0.30 | Draft lengthy email to Jeff Shields re issues for consideration re plan confirmation issues. |
| 03/15/10 | LAJ | 0.20 | Telephone conference with M. Blumenthal re status of plan funder. |
| 03/16/10 | LAJ | 0.20 | Conference with KLC re confirmation heaing schedule. |
| 03/24/10 | LAJ | 0.50 | Telephone conference with M. Blumenthal re developments related to plan funder and related issues. |
| 03/26/10 | JYS | 0.20 | Review inbound orders relating to exclusivity extensions for Mezzaninne and Holdings. |
| 03/26/10 | LAJ | 0.80 | Read pleadings re appraisals, claim estimation, extension of exclusion periods. |
| 03/29/10 | LAJ | 0.20 | Telephone conference with K. Cannon re valuation hearing tomorrow. |
| 03/30/10 | LAJ | 0.50 | Read pleadings for hearings today. |
| 03/30/10 | LAJ | 0.90 | To court, attend various hearings: (1) valuation; (2) homeowners' claim estimation; (3) extension of exclusive period; return from court. |
| 03/31/10 | LAJ | 0.30 | Review Debtors' pleadings filed re new appraisal. |
| 03/31/10 | LAJ | 0.20 | Emails with M. Blumenthal re LOI from plan funder. |
| 03/31/10 | LAJ | 1.30 | Analyze plan options, litigation options in view of possible plan funding issues. |
| 03/31/10 | LAJ | 0.20 | Email exchange with R. Havel re plan issues. |

Plan & Disclosure Statement

Invoice No.:1488477

## Fee Detail

| Date | Atty | Hours | Description |
|------|------|-------|-------------|
| Total Hours | | 13.70 | |

## Fee Summary

| Attorney | Rate | Hours | Amount |
|----------|------|-------|--------|
| Shields, Jeffery | $ 360.00 | 1.70 | $ 612.00 |
| Jenkins, Lon A | 310.00 | 10.10 | 3,131.00 |
| Glendening, Sherry D | 110.00 | 1.90 | 209.00 |
| **Total Hours and Fees:** | | 13.70 | $ 3,952.00 |

## Expenses

| Date | Description | Amount |
|------|-------------|--------|
| | Long Distance Telephone Charges | 50.42 |
| | In house photo copies - 482 pages @ 0.20 | 96.40 |
| | Postage | 1.32 |
| **Disbursements Total** | | $ 148.14 |

JONES, WALDO, HOLBROOK & MCDONOUGH
A Professional Corporation

ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe

April 27, 2010
Invoice: 1488478

22414.0011
Bay North Litigation

## STATEMENT OF ACCOUNT

| | |
|---|---:|
| **Prior Activity** | |
| Previous Balance Due as of February 15, 2010 | $ 2,541.00 |
| **Total Past Due Balance** (If payment has been sent, disregard this balance) | $ 2,541.00 |
| | |
| **Current Activity** | |
| Current Fees | 186.00 |
| Current Expenses | 0.00 |
| **Total Current Balance Due for Invoice 1488478** | $ 186.00 |
| | |
| **Total Due** (For Past Due Activity and Current Activity) | $ 2,727.00 |

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

Invoice No.:1488478

Bay North Litigation

Fee for legal services rendered in caption from date of last bill to and including March 31, 2010.

### Fee Detail

| Date | Atty | Hours | Description |
|------|------|-------|-------------|
| 03/01/10 | LAJ | 0.10 | Email K. Cannon re deposition of Bay North. |
| 03/03/10 | LAJ | 0.50 | Review documents re Bay North deposition. |

**Total Hours**   0.60

### Fee Summary

| Attorney | Rate | Hours | Amount |
|----------|------|-------|--------|
| Jenkins, Lon A. | $ 310.00 | 0.60 | $ 186.00 |
| **Total Hours and Fees:** | | 0.60 | $ 186.00 |

## JONES, WALDO, HOLBROOK & McDONOUGH
A Professional Corporation

ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe

April 27, 2010
Invoice: 1488479

22414.0012
WestLB Litigation

### STATEMENT OF ACCOUNT

| | |
|---|---|
| **Prior Activity** | |
| Previous Balance Due as of March 15, 2010 | $ 10,467.00 |
| **Total Past Due Balance** (If payment has been sent, disregard this balance) | **$ 10,467.00** |
| | |
| **Current Activity** | |
| Current Fees | 961.00 |
| Current Expenses | 0.00 |
| **Total Current Balance Due for Invoice 1488479** | **$ 961.00** |
| | |
| **Total Due** (For Past Due Activity and Current Activity) | **$ 11,428.00** |

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

WestLB Litigation

Invoice No.:1488479

Fee for legal services rendered in caption from date of last bill to and including March 31, 2010.

### Fee Detail

| Date | Atty | Hours | Description |
|------|------|-------|-------------|
| 03/03/10 | LAJ | 0.40 | Analyze issues re requiring answer/response from West LB. |
| 03/05/10 | LAJ | 0.50 | Draft notice to West LB re answer to Complaint. |
| 03/10/10 | LAJ | 0.40 | Revise correspondence to R. Havel. |
| 03/12/10 | LAJ | 0.20 | Conferences with KR and finalize West LB demand. |
| 03/24/10 | LAJ | 0.80 | Review complaint, caselaw; analyze plan treatments to prepare for meeting with West LB. |
| 03/24/10 | LAJ | 0.60 | Conference with A. Jarvis re discussion of Committee v. West LB litigation. |
| 03/26/10 | LAJ | 0.20 | Review correspondence from Sidley & Austin. |

**Total Hours**        **3.10**

### Fee Summary

| Attorney | Rate | Hours | Amount |
|----------|------|-------|--------|
| Jenkins, Lon A | $ 310.00 | 3.10 | $ 961.00 |
| **Total Hours and Fees:** | | **3.10** | **$ 961.00** |