Blake D. Miller (4090)
**MILLER GUYMON, P.C.**
165 Regent Street
Salt Lake City, Utah 84111
Telephone: (801) 363-5600
Facsimile: (801) 363-5601
e-mail: miller@millerguymon.com

Attorneys for BDRC 4Site, LLC

---

### IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>**EASY STREET HOLDING, LCC, et al.,**<br><br>Debtors. | **Bankruptcy Case No. 09-29905**<br>**(Jointly Administered with Cases**<br>**09-29907 and 09-29908)**<br><br>**Chapter 11**<br><br>**Honorable R. Kimball Mosier**<br><br>**(Filed Electronically)** |

### FINAL FEE APPLICATION OF CO-MANAGER, BDRC 4SITE, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES

---

BDRC 4Site, LLC, ("BDRC 4Site") hereby submits to the Court its Final Fee Application for allowance and payment of compensation for services rendered and for reimbursement of expenses incurred as "Co-Manager" and for restructure/financing services provided to the above-captioned debtors and debtors in possession (collectively, the "Debtors") during the period

commencing November 13, 2009 through and including June 30, 2010. In support thereof,

BDRC 4Site respectfully represents as follows:

1.      Pursuant to the Court's October 4, 2009 Cash Collateral Order, the Debtor was

required to employ the services of a Co-Manager. The Debtor selected BDRC 4Site as Co-

Manager.

2.      The Debtor and BDRC 4Site entered into a Professional Services Agreement,

dated November 12, 2009, which agreement was subsequently revised. A copy of the Revised

Professional Services Agreement Between Easy Street Partners, LLC and BDRC 4Site, LLC (the

"Revised PSA") is attached as **Exhibit "A."**

3.      Pursuant to the Revised PSA, BDRC 4Site was to provide the co-

management/advisory services outlined in Schedule 1 to that Agreement. In exchange for such

services, the Debtor agreed to compensate BDRC 4Site in monthly installments of $33,000 per

month for the first two months of the term of the Revised PSA, and $23,000 per month for the

remainder of term of the Revised PSA.

4.      In addition, should BDRC 4Site be requested to provide services to obtain exit

financing, the parties agreed that BDRC 4Site would be paid for such services at reasonable and

market rates, in an amount to be later determined by the parties and approved by the Court.

5.      The primary term of the Revised PSA was six months, with an automatic six-

month extension unless an appropriate cancellation was performed at least 45 days prior to the

end of the primary term. If the engagement was terminated prior to the expiration of a term, a

termination fee of twice the then current monthly co-management/advisory fee would be due.

2

6.     By its Order Granting Debtor's Application to Employ BDRC 4 Site, LLC as Co-Manager (the "Employment Order," Docket No. 200), the Court granted Debtor's Application to Employ BDRC 4Site, LLC as Co-Manager (the "Employment Application," Docket No. 148), authorizing the Debtor to employ BDRC 4 Site under the Revised PSA, effective as of November 13, 2009.

7.     The Employment Order expressly amended the Revised PSA to require the Debtor to reimburse BDRC 4Site for any out-of- pocket expenses reasonably incurred by BDRC 4Site in connection with the delivery of the Professional Services, including but not limited to, travel and similar items.   In total, $17,981.32 in such expenses were incurred, of which $527.00 remains unpaid.  A detailed itemization of BDRC 4Site's reimbursable expenses is attached as **Exhibit "B."**

8.     In reliance of the Revised PSA and the Court's order, BDRC 4Site provided the services contemplated by the Revised PSA.

9.     Neither party delivered a notice of termination at least 45 days prior to the expiration of the Original Term.  Consequently, the term of the Revised PSA was automatically renewed for an additional six months – to November 13, 2010.

10.     On June 30, 2010, BDRC 4Site received a letter from Debtor's legal counsel purporting to terminate the Revised PSA effective as of the date thereof. A copy of that letter is attached as **Exhibit "C**." The letter fails to comply with the express requirements of the Revised PSA as it fails to provide the requisite 45 days prior written notice for termination of the Revised PSA and was not accompanied by the required Termination Fee.  Therefore, the letter is

insufficient and Debtor has failed to properly exercise its right to terminate the Revised PSA.

Despite the patent deficiency of the letter, the Debtor has not attempted to issue an appropriate

termination notice.

11.    The Debtor paid BDRC 4Site the $33,000 monthly Co-Management/Advisory

Fees for December, 2009 and January, 2010, as well as the $23,000 monthly Co-

Management/Advisory Fees for the months of February, 2010, through June, 2010.  The Debtor,

however, never paid the partial initial month's Co-Management/Advisory Fee for November,

2009 (November 13 through November 30, 2009 – 17 days), which prorated amount is $13,033.

12.    Even if the Debtor had properly terminated the Revised PSA, as of June 30, 2010,

it owes BDRC 4Site the Co-Management/Advisory Fee for a period of 45 days from the date of

the notice ($34,500), plus the Termination Fee of $46,000, for a total of $80,500.

13.    Pursuant to the Revised PSA, the Debtor shall indemnify BDRC 4Site for its

attorneys' fees and costs arising out of or incurred in connection with its duties under the Revised

PSA.  In preparing, submitting and presenting this fee application, BDRC 4Site has incurred

attorney fees and costs which are reimbursable to it from the Debtor.  The amount of such

attorney fees and costs will be supplemented on or before the date of hearing on this application.

14.    Starting in December, 2009, the Debtor and its counsel specifically requested that

BDRC 4Site commence efforts to obtain exit financing, as anticipated by the Revised PSA.

Pursuant to the specific requests and instructions of the Debtor and its counsel, BDRC 4Site:

(A)    Drafted private placement memoranda, marketing and investment packages, with

detailed background, financial and related information.  In developing these packages,

4

BDRC 4Site developed the requisite restructure plan for the Debtor, together with options

for the collateralization of the Debtor's assets.  Such work consumed hundreds of hours

by employees of BDRC 4Site.  BDRC 4Site's work in this area was the subject of

substantial and ongoing discussion between BDRC 4Site, the Debtor, the Debtor's

counsel and West LB.  In fact, in weekly conference calls in which the Debtor and West

LB participated, the agenda included an update on the work BDRC 4Site was performing

on obtaining exit financing.  Eventually, BDRC 4Site's exit financing work was

incorporated into the Debtor's Disclosure Statement and Plan.

(B)      Upon completion of the package, BDRC 4Site circulated the package to its

network of professional affiliations and relationships, many of whom were top-tier

investment firms.  Substantial follow-up conferences and due diligence responses were

performed for each of the numerous firms that demonstrated interest.  BDRC 4Site

representatives personally travelled across the country presenting the package in an

attempt to obtain the requisite funding.  Many of these presentations required substantial

time.  For example, one such effort required a two day presentation in New York.  In

addition, BDRC 4Site conducted ten separate presentations at the Debtor's property, each

of which included a physical tour and due diligence response sessions.  In total, BDRC

4Site conducted over 57 separate presentations and invested over 400 man hours in an

effort to comply with the Debtor's request to obtain exit financing.

(C)      BDRC 4Site's efforts to obtain financing occurred over a seven month period.

During this time, deal points were often modified and BDRC 4Site was required to

update the financial package.  After the third such revision, BDRC 4Site obtained an offer

from Strategic Capital Partners for the requisite exit financing.

(D)      BDRC 4Site conducted its exit financing efforts at the direct request of the Debtor

and West LB.  Both entities were consistently informed of BDRC 4Site's efforts to obtain

such financing.

(E)      Although BDRC  4Site obtained the requisite exit financing commitment from

Strategic Capital Partners, West LB ultimately decided to itself fund the Debtor's plan

through an affiliate on terms similar to those obtained by BDRC 4Site.

15.      As represented by the Debtor in its Employment Application, the Debtor

anticipated paying a "fee for procuring either exit financing or new equity . . . at reasonable and

market rates, subject to this Court's approval. . . ."  (Employment Application, ¶6).   BDRC

4Site's customary exit financing rates are between two and four percent of the funding amount.

This rate is comparable to industry standards.  During the time BDRC 4Site performed its

financing efforts, the Debtor and West LB were aware of the expected exit financing fee to be

payable to BDRC 4Site.

16.      Even if definite terms are not preapproved prospectively by the Bankruptcy Court

under 11 U.S.C. §328, the Court can award reasonable compensation for services actually

rendered under §330.  In evaluating a fee request under § 330, the Court should consider the

"nature, the extent and the value of such services, taking into account all relevant factors,

including –

(A)     the time spent on such services;

(B)     the rates charged for such services;

(C)     whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;

(D)     whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

(E)     with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

(F)     whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

17.     In performing its exit financing efforts, BDRC 4Site:

(A)     Expended 455 Principal man hours.  The customary hourly rate for Principals of BDRC 4Site is $250.

(B)     Incurred 55 hours of staff time to assist with development of the marketing books. The customary hourly rate for staff is $25.

18.     In addition, in responding to the Debtor's request for BDRC 4Site to obtain exit financing, BDRC 4Site incurred out of pocket costs as follows:

(A)     printing costs of $2,441.25 (0.75 page)

(B)     overnight shipping expenses of $560.

(C)     travel expenses in excess of $5,000.

In reliance on the promises of compensation for its exit financing efforts, BDRC 4Site incurred the above out of pocket costs.  The expected exit fee was intended to cover such costs. Accordingly, BDRC 4Site has not been reimbursed such costs.

19.     If analyzed on an hourly plus expenses basis, the value of BDRC 4Site's exit financing efforts would be $123,126.25.

7

20.     In evaluating transaction fees under §330, however, the time spent or rates charge

are not relevant.  Rather, "relevant factors to consider in assessing a financial advisor's

transaction fee are (i) whether the financial advisor's services were necessary and beneficial to

the estates at the time they were rendered, and (ii) whether the compensation is reasonable based

on the customary compensation charged by comparably skilled practitioners in cases outside of

bankruptcy."  *In re XO Communications, Inc.*, 398 B.R. 106 (Bankr. S.D. N.Y. 2008).

21.     The exit financing efforts conducted by BDRC 4Site were both necessary and

beneficial to the estate.  Exit financing was a requirement for the anticipated restructure of the

Debtor.  The <u>only</u> party that attempted to obtain such exit financing on behalf of the Debtor was

BDRC 4Site.  As a result of BDRC 4Site's efforts, exit financing was obtained from Strategic

Capital Partners.[1]

22.     In addition, a fee of between two and four percent is not only the customary

charge for such services charged by BDRC 4Site, but in the industry as a whole.

23.     BDRC 4Site is willing to accept a two percent fee for its exit financing work.

Based on the amount of exit financing in this case, a two percent fee would total $86,792.20.[2]

---

[1] The fact that West LB elected to provide this funding in place of Strategic does not change the contribution provided by BDRC 4Site.

[2] After deduction of out of pocket costs incurred in the exit financing effort on behalf of the Debtor, the compensation portion of this fee would be $78,790.95.

WHEREFORE, BDRC 4Site requests that this Court enter an Order:

(A)      Approving this Application.

(B)      Allowing compensation previously paid to BDRC 4Site for the Co-

Management/Advisory Fee for December, 2009 through of $181,000.

(C)      Awarding BDRC 4Site compensation for the unpaid Co-Management/Advisory

Fee for the partial month of November, 2009 of $13,033.

(D)      Awarding BDRC 4Site compensation for the unpaid Co-Management/Advisory

Fee for the 45-day prior notice period from June 30, 2010 of $34,500.

(E)      Awarding BDRC 4Site the requisite Termination Fee of $46,000.

(F)      Awarding BDRC 4Site reimbursable expenses of $17,981.32, and requiring

payment of $527.00.

(G)      Awarding BDRC 4Site its attorneys' fees and costs related to this application.

(H)      Awarding BDRC 4Site a financing fee of $86,792.20.

(I)      Providing such other and further relief as the Court deems necessary or proper.


DATED this 15th day of July 2010.



                                        Miller Guymon, P.C.

                                        */s/ Blake D. Miller*
                                        Blake D. Miller

                                        Attorneys for BDRC 4Site

| UNITED STATES TRUSTEE SUMMARY SHEET |
|---|

Pursuant to the United States Trustee guidelines for fee applications, BDRC 4Site, LLC, ("BDRC 4Site") hereby submits this summary sheet as a companion to its Final Fee Application of Co-Manager, BDRC 4Site, LLC for Compensation for Services and Reimbursement of Expenses.

| | |
|---|---|
| Total New Compensation Requested by this Application: | $180,325.20 |
| Total Expenses Requested by this Application: | $17,981.32 (of which only $527.00 remains unpaid) |
| Total Compensation Previously Paid (per Revised PSA) | $181,000.00 |
| **Total Compensation and Expenses for which Court Approval is Requested:** | **$379,306.52** |
| Names and Billing Rates: | Not Applicable |
| Total Hours Billed and Total Amount of Billing per Person: | Not Applicable |
| Blended Hourly Rate: | Not Applicable |

10

# Exhibit "A"

# Professional Services Agreement

**Effective Date**: November 12, 2009

**BDRC 4Site**:  BDRC 4Site LLC, a Texas limited liability company

**BDRC 4Site
Address for Notices**: Attn: Kim Sallinger
305 N.E. Loop 820, Suite 109
Hurst TX 76053
Fax: 817-595-3517
Email: kim@bdrc4site.com

**Owner**: Easy Street Partners, LLC

**Owner Address for Notices**: 201 Heber Avenue
Park City, Utah 84068
**Phone**: 435-658-2500
**Fax**: 866-712-0135
**Email**: bshoaf@cloudnineresorts.com

**Project**:     The Sky Lodge
201 Heber Ave
Park City, UT 84060

**Professional Services**: as detailed on **Schedule 1** attached hereto.

This Professional Services Agreement (this "Agreement") is made and entered into as of the Effective Date by and between BDRC 4Site and Owner.

## Recitals

1.      Owner is the owner of the Project.

2.      The Principals of BDRC 4Site are experienced in delivering Professional Services of the type described on Schedule 1 to third-party property owners and for their own account.

3.      Owner desires to contract with BDRC 4Site to provide the Professional Services to Owner in connection with the Project.

4.      Owner has agreed to compensate BDRC 4Site for providing the Professional Services to Owner as hereafter provided.

**Professional Services Agreement - Page 1**

## Agreements

THEREFORE, for and in consideration of the mutual agreements herein made, and intending to be legally bound hereby, subject to the approval of the United States Bankruptcy Court for the District of Utah, the parties hereto hereby agree as follows:

1.      **Engagement**. Owner hereby engages BDRC 4Site to provide the Professional Services to Owner in connection with the Project, upon and subject to the terms and conditions of this Agreement. Owner hereby authorizes BDRC 4Site to exercise such powers with respect to the Project as may be necessary for the performance of BDRC 4Site's obligations under the terms of this Agreement, and BDRC 4Site accepts such appointment under the terms and conditions hereafter set forth. Except to the extent specifically provided for herein, or as otherwise may be reasonably necessary to deliver the Professional Services hereunder, BDRC 4Site shall have no right or authority, expressed or implied, to commit or otherwise obligate Owner or to otherwise encumber the Project in any manner whatsoever.

2.      **Term**.

a.      This Agreement is effective as of the Effective Date and shall extend for a term of 6 months thereafter (the "Original Term"). This Agreement shall automatically be renewed for consecutive periods of 6 months each (each a "Renewal Period"), unless one party delivers to the other party a notice of such party's intent not to renew at least 45 days prior to the expiration of the Original Term, or the Renewal Period, as the case may be.

b.      Owner may terminate this Agreement without cause by giving 45 days' prior written notice, subject to the Termination Fee set forth in **Schedule 2** attached hereto.

3.      **Effect of Termination**. Upon the termination of this Agreement and payment of the Termination Fee - per **Schedule 2** - if applicable, BDRC 4Site shall have no further obligation to provide Professional Services to Owner and all outstanding unpaid amounts due and owing to BDRC 4Site for Professional Services provided prior to such termination shall become immediately due and payable.

4.      **Compensation**.

a.      Owner agrees to compensate BDRC 4Site for the Professional Services in accordance with **Schedule 2** attached hereto and subject to the approval of

**Professional Services Agreement - Page 2**

the United States Bankruptcy Court for the District of Utah ("Bankruptcy Court Approval").

b.   Owner acknowledges and agrees that for each Renewal Period, BDRC 4Site shall be allowed to increase any or all of the fees for the Renewal Period by an amount not to exceed five percent (5%) of the fees in effect immediately prior to such Renewal Period. In addition, if at any time while this Agreement is in effect there is a change in federal, state, or local laws, rules, regulations, or procedures that materially alters the nature or extent of the Professional Services, or if Owner materially changes the scope of the Professional Services, then Owner agrees that BDRC 4Site may make an equitable adjustment to its fees to compensate for such changes. In the event of any such rate increase, Owner reserves the right to terminate this Agreement with 45 days prior written notice and payment of Termination Fee to BDRC 4Site.

c.   Owner also agrees to reimburse BDRC 4Site for any out-of-pocket expenses reasonably incurred by BDRC 4Site in connection with the delivery of the Professional Services, including, but not limited to, travel, legal, outside accounting and auditing, insurance, and similar services.

5.   **Representations and Warranties**.

a.   Owner represents and warrants that, subject to Bankruptcy Court Approval, it has the full partnership power, capacity, and authorization to execute and deliver this Agreement and to perform its obligations hereunder.

b.   BDRC 4Site represents and warrants that it is a limited liability company duly organized, validly existing, and in good standing under the laws of the State of Texas, and that is has the full corporate power, capacity, and authority to execute and deliver this Agreement and to perform its obligations hereunder.

6.   **Default**. In the event of a breach or default in the performance of this Agreement by a party hereto, the non-defaulting party shall promptly furnish written notice thereof to the defaulting party, which notice shall set forth, in reasonable detail, the nature and extent of the alleged breach or default and the actions deemed appropriate by the non-defaulting party to cure the alleged breach or default. The defaulting party shall have a period of 30 calendar days from its receipt of such notice (the "Cure Period") to cure the default. If such default is cured to the non-defaulting party's reasonable satisfaction within the Cure Period, then this Agreement shall remain in full force and effect. If such default is not cured to the non-defaulting party's reasonable satisfaction within the Cure Period,

**Professional Services Agreement - Page 3**

the non-defaulting party may treat the defaulting party as being in default under Agreement and pursue such rights and remedies as may be available under applicable law, including, but not limited to immediate termination of this Agreement, suit for damages, specific performance or other available remedies. If Owner terminates BDRC 4Site based on such a default, no Termination Fee shall be due or payable, provided, however, that fees payable through termination shall be payable.

7.    **Indemnification: Limitation of Liability**.

a.    In the absence of gross negligence or intentional misconduct on its part, BDRC 4Site shall not be liable for any action taken, suffered, or omitted by it or for any error of judgment made by it in the performance of its duties under this Agreement.

b.    Owner shall indemnify BDRC 4Site for, and hold it harmless against any loss, liability, claim or expense, including attorneys' fees (collectively "Losses"), arising out of or in connection with its duties under this Agreement, including the costs and expenses of defending itself against any Losses in connection therewith, unless such Losses shall have been determined by a court of competent jurisdiction to be the result of BDRC 4Site's gross negligence or intentional misconduct. In no case will BDRC 4Site be liable for special, indirect, incidental or consequential loss or consequential damages of any kind whatsoever (including but not limited to lost profits), even if BDRC 4Site has been advised of the possibility of such damages.

c.    BDRC 4Site shall indemnify Owner for, and hold it harmless against any Losses arising out of or caused by BDRC 4Site's gross negligence or intentional misconduct; provided however, that in no case will BDRC 4Site be liable for special, indirect, incidental, or consequential losses or consequential damages of any kind whatsoever (including but not limited to lost profits), even if BDRC 4Site has been advised of the possibility of such damages.

d.    The obligations of Owner and BDRC 4Site under this section shall survive the termination of the Agreement.

8.    **Confidential Information**.  BDRC 4Site agrees that in view of the confidential nature of the information, documents, and files of Owner (the "Owner Documents") which it is required to prepare, process, or maintain under this Agreement, it will perform its duties in such a manner so as to prevent the disclosure to any persons not employed by BDRC 4Site of any of the Owner Documents, except as may be required by any regulatory authority having

**Professional Services Agreement - Page 4**

jurisdiction over Owner or as may be consented to by Owner. BDRC 4Site further agrees to return to Owner all or any requested portion of the Owner Documents.

9.    **Independent Contractors.** The performance of BDRC 4Site and Owner under this Agreement are as non-exclusive, independent contractors, and nothing in this Agreement or otherwise is intended or will be construed to create a joint venture, partnership, employment arrangement, or other similar relationship between the two. Neither Owner, nor any of its employees or agents, will be deemed to be an employee or agent of BDRC 4Site. Neither BDRC 4Site, nor any of its employees or agents, will be deemed to be an employee or agent of Owner. Except as specified in this Agreement, nothing herein shall be construed to create the relationship of principal and agent between Owner and BDRC 4Site. BDRC 4Site shall not act or attempt to act or represent himself, directly or by implication, as an agent of Owner or in any manner assume or create, or attempt to assume or create, any obligation on behalf of, or in the name of Owner, unless so instructed by Owner in writing. Owner shall not act or attempt to act or represent itself, directly or by implication, as an agent of BDRC 4Site or in any manner assume or create, or attempt to assume or create, any obligation on behalf of, or in the name of BDRC 4Site.

10.    **Miscellaneous.**

a.    Assignment. The rights and obligations of each party under this Agreement are personal and not assignable, either voluntarily or by operation of law, without the prior written consent of the other party, which consent will not be unreasonably withheld.

b.    Governing Law. This Agreement shall be governed by the laws of the State in which the Project is located.

c.    Entire Agreement. This Agreement and the schedules attached hereto represent the entire understanding and agreement between the parties hereto, supersede all prior written instruments or memoranda with respect thereto, and may not be terminated or modified except by a written instrument executed by the parties hereto.

d.    Incorporation of Schedules. This Agreement shall be deemed to have incorporated by reference all of the schedules referred to herein to the same extent as if such schedules were fully set forth herein. Each reference herein to "this Agreement" shall be construed to include each such schedule.

e.    Severability. In the event any provision or portion of this Agreement is deemed to be invalid or unenforceable, in whole or in part, for any reason,

the remainder thereof shall not be invalidated or rendered unenforceable or otherwise adversely affected.

f.  Notices. Any notice, request or other communication (a "notice") required or permitted to be given hereunder shall be in writing and shall be delivered by hand delivery or by overnight courier (such as United Parcel Service or Federal Express), sent by electronic document transmission (email) in PDF format (provided a copy of such notice is deposited with an overnight courier for next business day delivery), sent by facsimile (provided a copy of such notice is deposited with an overnight courier for next business day delivery), or mailed by United States registered or certified mail, return receipt requested, postage prepaid and addressed to each party at its address as set forth below. Any such notice shall be considered given on the date of such hand or courier delivery, transmission of the email (provided a copy of such notice is deposited with an overnight courier for next business day delivery), confirmed facsimile transmission (provided a copy of such notice is deposited with an overnight courier for next business day delivery), deposit with such overnight courier for next business day delivery, or deposit in the United States mail; provided, however, that the time period (if any is provided herein) in which to respond to such notice shall commence on the date of hand or overnight courier delivery or on the date received following deposit in the United States mail as provided above. Rejection or other refusal to accept or inability to deliver because of change of address of which no notice was given shall be deemed to be receipt of the notice. By giving at least five (5) days' prior written notice thereof, either party may from time to time and at any time change its mailing address hereunder.

g.  Paragraph Headings. The paragraph headings contained in this Agreement are for reference purposes only and shall not affect the interpretation or meaning of this Agreement.

h.  Force Majeure. If performance by BDRC 4Site of any Professional Services is prevented, restricted, delayed, or interfered with by reason of acts of God, floods, lightning, severe weather, shortages of materials, rationing, utility or communication failures, earthquakes, war, revolution, civil commotion, acts of public enemies, blockade, embargo, or any law, order, proclamation, regulation, ordinance, demand, or requirement having legal effect of any government or any judicial authority or representative of any such government, which is beyond the reasonable control of BDRC 4Site, then BDRC 4Site shall be excused from such performance to the extent of such prevention, restriction, delay, or interference. To the extent that such non-performance has, to Owner's sole discretion, a materially

**Professional Services Agreement - Page 6**

adverse effect on Owner's ability to conduct business, Owner has the right to terminate this Agreement.

**Signature Page to Professional Services Agreement**

IN WITNESS WHEREOF, the parties have executed this Agreement on the dates indicated below to be effective as of the Effective Date.

OWNER

**Easy Street Partners, LLC**

By:_____

Printed Name: William Shoaf

Title:   Co-Manager

Date:_____11/72/9._____

By:_____

Printed Name: Philo Smith

Title:   Co-Manager

Date:_____

**BDRC 4Site LLC**

By:_____

Printed Name: Kim Sallinger

Title:   Principal & Director

Date:____11/12/09_____

**Professional Services Agreement - Page 7**

adverse effect on Owner's ability to conduct business, Owner has the right to terminate this Agreement.

**Signature Page to Professional Services Agreement**

IN WITNESS WHEREOF, the parties have executed this Agreement on the dates indicated below to be effective as of the Effective Date.

OWNER

**Easy Street Partners, LLC**

By: _____

Printed Name: William Shoaf

Title:   Co-Manager

Date: _____

By: _____

Printed Name: Philo Smith

Title:   Co-Manager

Date: _____

**BDRC 4Site LLC**

By: _____

Printed Name: Kim Sallinger

Title:   Principal & Director

Date: 11/12/09

**Professional Services Agreement - Page 7**

## Schedule 1

## BDRC 4Site  Duties and Responsibilities

BDRC 4Site will have authority and responsibility to actively participate in making operational and managerial decisions for the Project. All material decisions regarding business operations shall be made jointly by BDRC 4Site and Senior Management ("Senior Management") of Easy Street Partners, LLC ("Easy Street") including:

1.      BDRC 4Site will send Jeff Blatt and Kim Sallinger to the Project to begin due diligence and to establish the initial interface with Senior Management. Subsequent property visits may include other members of BDRC 4Site's team, including Michael Sacenti, John Dingle, Jerry Lloyd and Carl Kernodle.

2.      BDRC 4Site's accounting team will monitor compliance with the Project's budget and approve expenditures for the Project, including the payment of real estate and personal property taxes, utilities, insurance premiums, license and permit fees and charges provided for in contracts entered into by Easy Street or its affiliates.

3.      BDRC 4Site will review and approve management of working capital including authorization of transfers between the various accounts approved under the Cash Collateral Stipulation document.

4.      BDRC 4Site will assist in the development of, and sign off on, the annual business plan for the Project, which will detail the hotel operations and future marketing of fractional ownership interests when viability and stability of the sales environment returns.

5.      BDRC 4Site shall supervise the preparation of, and sign off on, financial statements and other information to be provided by the Debtors under the Cash Collateral Stipulation document.

6.      BDRC 4Site shall review and participate in the on-site, day-to-day management of the hotel and business operations including but not limited to: Supervisory assistance of the general manager, and review management of the other staff, including training, recruiting and seasonal adjustments to staff.

7.      BDRC 4Site shall review, comment, and sign off on programs and initiatives in the marketing, promotion and operation of the hotel and amenities.

**Professional Services Agreement - Page 8**

8.   BDRC 4Site shall supervise communications and relations with the property owners' association and owners of fractional shares.

9.   BDRC 4Site shall supervise public announcements, press releases, and media communications.

10.   BDRC 4Site shall review and analyze Rev PAR growth, room rates and charges for services provided in the Project.

11.   BDRC 4Site shall review and sign off on procedures for maintaining the Project's books and records and internal accounting and operating controls.

12.   BDRC 4Site shall review and analyze operating costs and expenses for the Project.

13.   BDRC 4Site shall review all current service and maintenance contracts, vendors, and trade creditors, identify and implement changes or pricing improvements.

14.   BDRC 4Site shall participate in periodic meetings, either phone or in person, with WestLB and Debtor's Senior Management to review and report on status of business operations, assets, budgets, operating projections, business plans and other pertinent information.

15.   BDRC 4Site shall assist Easy Street in developing a "Work-Out" plan for the Project, to include:

a.   Modification of operations where advantageous;

b.   Development of new strategies and related budget impact;

c.   Development of strategy to attract new equity; and

d.   Restructuring of existing debt.

16.   Assist in the development of a marketing program and re-engagement of a sales force to facilitate sale of the fractional product over the next few years.

**Professional Services Agreement - Page 9**

## Schedule 2

## Fee Structure and Terms

| | |
|---|---|
| CO-MANAGEMENT/ADVISORY FEE | Fee of $33,000 per month for the first two (2) months then the monthly fee shall be lowered to $23,000 per month for the remainder of term. |
| TERMINATION FEE | Should BDRC 4Site's agreement be terminated before the expiration of term, a Termination Fee Penalty equal to two (2) times the then-current Co-Management/Advisory Fee will be due with the termination notice. |
| RETAINER FEE | A retainer fee equal to one (1) months Co-Management/Advisory Fee is requested. Future monthly retainers are to be paid by the first week of the month. |
| SALES & MARKETING FEE OF UNITS | Fractional sales and marketing fees for the remaining units shall be mutually agreed upon by the BDRC 4Site, Easy Street, and Lenders. |
| PROCUREMENT OF EXIT FINANCING AND/OR NEW EQUITY | Fee to be mutually agreed upon |

# Exhibit "B"

Merit Commercial Realty, Inc.

305 NE Loop 820
Suite 109
Hurst, TX  76053

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/25/2010 | 08-196 |

| Bill To |
|---------|
| Sky Lodge |

| Description | Amount |
|-------------|--------|
| Jeffrey Blatt - Reimbursement for travel expenses | 1,640.40 |
| Kim Sallinger -Reimbursement for travel expenses | 2,599.16 |
| Bryan Dorsey - Reimbursement for travel expenses | 2,281.40 |

| | **Total** | $6,520.96 |

**Employee Cash Reimbursement Form**

| | | | |
|---|---|---|---|
| Pay: | Bryan Dorsey | Total: | $2,281.40 |
| Job #: | Sky Lodge | Less Advance: | |
| Date: | 1/25/10 | Total Due from Sky Lodge: | $2,281.40 |
| Mail To: | 1014 Ferris Avenue, Ste. 2152 | Approved By: | |
| | Waxahachie, TX 75165 | | |

**Expenses Paid For By Bryan**

| Date | Cost Code | Cat | Description and Purpose (Include Guests' name when applicable) | Total Cost |
|---|---|---|---|---|
| 11/13/09 | | | AA - Salt Lake City | $893.20 |
| 11/13/09 | | | AA - Salt Lake City | $893.20 |
| 11/16/09 | | | AA - Salt Lake City | $230.00 |
| 11/16/09 | | | AA - Salt Lake City | $230.00 |
| 11/18/09 | | | AA - Salt Lake City | $35.00 |
| | | | Totals: | $2,281.40 |

**Employee Cash Reimbursement Form**

Pay: Jeffrey Blatt                        Total: | $1,640.40

| | |
|---|---|
| Pay: Jeffrey Blatt | Total: $1,640.40 |
| Job #: Sky Lodge | Less Advance: |
| Date: 1/25/10 | Total Due from Sky Lodge: $1,640.40 |
| Mail To: 323 Congress Ave, Suite Austin, TX 78701 | Approved By: |

**Expenses Paid For By Bryan**

| Date | Cost Code | Cat | Description and Purpose (Include Guests' name when applicable) | Total Cost |
|---|---|---|---|---|
| 11/17/09 | | | Delta - SLC | $919.20 |
| 12/7/09 | | | Delta - SLC | $721.20 |
| | | | Totals: | $1,640.40 |

**Employee Cash Reimbursement Form**

Pay: <u>Kim Sallinger</u>

Job #: <u>Sky Lodge</u>

Date: <u>1/25/10</u>

Mail To: 305 N.E. Loop 820, Suite 109
Hurst, TX  76053

Total: | $2,599.16 |

Less Advance:

Total Due from Sky Lodge: | $2,599.16 |

Approved By: _____

| Expenses Paid For By Bryan | | | | |
|---|---|---|---|---|
| Date | Cost Code | Cat | Description and Purpose (Include Guests' name when applicable) | Total Cost |
| 11/18/09 | | | National Car Rental | $238.16 |
| 11/25/09 | | | AA - SLC | $697.20 |
| 11/25/09 | | | AA - SLC | $441.20 |
| 12/26/09 | | | AA - SLC (Feb 8) | $321.20 |
| 12/22/09 | | | AA - SLC | $460.20 |
| 12/22/09 | | | AA - SLC | $441.20 |
| | | | Totals: | $2,599.16 |

BDRC 4 Site, LLC

**BDRC** 305 N.E. Loop 820, Ste 109
Hurst, TX  76053

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/12/2010 | 11-106 |

**Bill To**

The Sky Lodge
Mr. William Shoaf
201 Herber Avenue
Park City, Utah 84068

| Description | Amount |
|-------------|--------|
| Jeffrey Blatt - Reimbursement for travel expenses | 719.40 |
| Kim Sallinger - Reimbursement for travel expenses | 2,755.98 |
| Bryan Dorsey - Reimbursement for travel expenses | 970.78 |
| **Total** | $4,446.16 |

**Sophie Sallinger**

From:       Kim Sallinger
Sent:       Monday, March 01, 2010 10:31 PM
To:         Sophie Sallinger
Subject:    Emailing: Virtually There - eTicket Receipt.htm

**jetBlue**
HAPPY JETTING

eTicket Receipt

- Print this page    Close this page

**Prepared For**
SALLINGER/KIM SALLINGER

| | |
|---|---|
| CONFIRMATION # | INGQWP |
| TICKET ISSUE DATE | 26Feb10 |
| TICKET NUMBER | 2792141223527 |
| ISSUING AIRLINE | JETBLUE AIRWAYS |
| ISSUING AGENT | NIH/SSW |

1

## Itinerary Details

| TRAVEL DATE | AIRLINE | DEPARTURE | ARRIVAL | OTHER NOTES |
|---|---|---|---|---|
| 02Mar | JETBLUE AIRWAYS B6 1062 | AUSTIN, TX Time 1:10pm | NEW YORK JFK, NY Time 5:55pm Terminal TERMINAL 5 | Class ECONOMY |
| | | | | Seat Number 17B (CONFIRMED) |
| | | | | Baggage Allowance 1PC |
| | | | | Booking Status CONFIRMED |
| | | | | Fare Basis OHD126 |
| | | | | Not Valid Before 02MAR |
| | | | | Not Valid After 02MAR |
| 05Mar | JETBLUE AIRWAYS B6 1061 | NEW YORK JFK, NY Time 7:55am Terminal TERMINAL 5 | AUSTIN, TX Time 11:25am | Class ECONOMY |
| | | | | Seat Number 22B (CONFIRMED) |
| | | | | Baggage Allowance 1PC |
| | | | | Booking Status CONFIRMED |
| | | | | Fare Basis MH7 |
| | | | | Not Valid Before 05MAR |
| | | | | Not Valid After 05MAR |

## Payment/Fare Details

Form of Payment

CREDIT CARD - AMERICAN EXPRESS : XXXXXXXXXXX 3019

2

Endorsement / Restrictions

Fare Calculation Line

NONREF - FEE FOR CHG/CXL

AUS B6 NYC101.40OHD126 B6 AUS161.86MH7 USD263.26END ZPAUSJFK XFAUS4.5JFK4.5

Fare

USD 263.26

Taxes/Fees/Charges

USD 19.74 US (US TRANSPORTATION TAX)

USD 7.40 ZP (US SEGMENT TAX)

USD 14.00 XT (COMBINED TAXES)

Total Fare

USD 304.40

**Positive identification required for airport check in**

**Notice:**

Carriage and other service provided by the carrier are subject to conditions of carriage, which are hereby incorporated by reference. These conditions may

be obtained from the issuing carrier.

E-Ticket Receipt total includes only air fare, taxes and fees applicable to air fare, baggage fees, and EML fees as may be applicable. E-Receipt does not

CARLTON HOTEL
88 MADISON AVENUE
NEW YORK      NY   10016
Tele- (212) 532-4100     Fax- (212) 696-9758

SALLINGER, KIM

422
179
DLX
1 / 0

| 3/2/2010 | 3/5/2010 | | | BAR | BAR | 17600366969 |
|---|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| 3/2/2010 | 422 | ROOM CHARGE | #422 SALLINGER, KIM | | $179.00 |
| 3/2/2010 | 422 | SALES TAX 8.875% | SALES TAX 8.875% | | $15.89 |
| 3/2/2010 | 422 | CITY TAX 5.875% | CITY TAX 5.875% | | $10.52 |
| 3/2/2010 | 422 | OCC TAX/JAVITS CTR EXPANSION | OCC TAX/JAVITS CTR EXPANSION | | $3.50 |
| 3/3/2010 | 422 | CAFE | 422/4014/09:59/CAFE | | $22.35 |
| 3/3/2010 | 422 | HONOR BAR | 422/175652/175652 | | $4.36 |
| 3/3/2010 | 422 | ROOM CHARGE | #422 SALLINGER, KIM | | $179.00 |
| 3/3/2010 | 422 | SALES TAX 8.875% | SALES TAX 8.875% | | $15.89 |
| 3/3/2010 | 422 | CITY TAX 5.875% | CITY TAX 5.875% | | $10.52 |
| 3/3/2010 | 422 | OCC TAX/JAVITS CTR EXPANSION | OCC TAX/JAVITS CTR EXPANSION | | $3.50 |
| 3/4/2010 | 422 | CAFE | 422/4060/09:34/CAFE | | $17.30 |
| 3/4/2010 | 422 | HONOR BAR | 422/171050/171050 | | ($4.36) |
| 3/4/2010 | 422 | ROOM CHARGE | #422 SALLINGER, KIM | | $179.00 |
| 3/4/2010 | 422 | SALES TAX 8.875% | SALES TAX 8.875% | | $15.89 |
| 3/4/2010 | 422 | CITY TAX 5.875% | CITY TAX 5.875% | | $10.52 |
| 3/4/2010 | 422 | OCC TAX/JAVITS CTR EXPANSION | OCC TAX/JAVITS CTR EXPANSION | | $3.50 |

*Bryan Dorsey has duplicate*

TOTAL DUE:       $666.38

# AmericanAirlines®



CLOSE WINDOW

PRINT PAGE

**Note: This is not your receipt. You will be receiving your itinerary confirmation along with your receipt soon. You may print your Itinerary & Receipt directly from AA.com once the status is updated from "Purchased" to "Ticketed".**

### Reservation Details

| Record Locator | Status | Reservation Name |
|---|---|---|
| **BMFOTM** | Purchased | DFW/SLC |

Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation.

### Your Itinerary

| Carrier | Flight Number | Departing City | Date & Time | Arriving City | Date & Time | Cabin Booking Code | Seats |
|---|---|---|---|---|---|---|---|
| AA AMERICAN AIRLINES | 689 | DFW Dallas/ Fort Worth | Mar 09, 2010 09:30 AM | SLC Salt Lake City | Mar 09, 2010 11:20 AM | Economy W | 22F |
| AA AMERICAN AIRLINES | 698 | SLC Salt Lake City | Mar 11, 2010 04:45 PM | DFW Dallas/ Fort Worth | Mar 11, 2010 08:20 PM | Economy W | 23F |

### Fare Summary

Average Fare per Person - 636.00 USD

| Passenger Type Used in Pricing | Fare per Person | Additional Taxes and Fees per Person | Total Price |
|---|---|---|---|
| 1  Adult | 636.00 USD | 21.40 USD | 657.40 USD |
| | | **Total Price** | **657.40 USD** |

### Summary Details

#### Credit Card Information

| | |
|---|---|
| Card Type: | AMERICAN EXPRESS |
| Account #: | **** **** **** 3019 |
| Expiration Date: | ********* |
| Description: | |

#### Delivery Information

# AmericanAirlines

CLOSE WINDOW
PRINT PAGE

**Note:** This is not your receipt. You will be receiving your itinerary confirmation along with your receipt soon. You may print your itinerary & Receipt directly from AA.com once the status is updated from "Purchased" to "Ticketed".

## Reservation Details

| Record Locator | Status | Reservation Name |
|---|---|---|
| **KTQHOF** | Purchased | DFW/SLC |

Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation.

## Your Itinerary

| Carrier | Flight Number | Departing City | Date & Time | Arriving City | Date & Time | Cabin Booking Code | Seats |
|---|---|---|---|---|---|---|---|
| AA AMERICAN AIRLINES | 689 | DFW Dallas/ Fort Worth | Feb 16, 2010 09:30 AM | SLC Salt Lake City | Feb 16, 2010 11:20 AM | Economy W | 18B |
| AA AMERICAN AIRLINES | 698 | SLC Salt Lake City | Feb 18, 2010 04:45 PM | DFW Dallas/ Fort Worth | Feb 18, 2010 08:20 PM | Economy W | 16F |

## Fare Summary

Average Fare per Person - 636.00 USD

| Passenger Type Used in Pricing | Fare per Person | Additional Taxes and Fees per Person | Total Price |
|---|---|---|---|
| 1 Adult | 636.00 USD | 21.40 USD | 657.40 USD |
| | | **Total Price** | **657.40 USD** |

## Summary Details

### Credit Card Information

| | |
|---|---|
| Card Type: | AMERICAN EXPRESS |
| Account #: | **** **** **** 3019 |
| Expiration Date: | ********* |
| Description: | |

### Delivery Information

## AmericanAirlines


CLOSE WINDOW
PRINT PAGE

**Note:** This is not your receipt. You will be receiving your itinerary confirmation along with your receipt soon. You may print your itinerary & Receipt directly from AA.com once the status is updated from "Purchased" to "Ticketed".

### Reservation Details

| Record Locator | Status | Reservation Name |
|---|---|---|
| **GSQXBK** | Purchased | **DFW/SLC** |

Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation.

### Your Itinerary

| Carrier | Flight Number | Departing City | Date & Time | Arriving City | Date & Time | Cabin Booking Code | Seats |
|---|---|---|---|---|---|---|---|
| AMERICAN AIRLINES | 689 | DFW Dallas/ Fort Worth | Mar 23, 2010 09:30 AM | SLC Salt Lake City | Mar 23, 2010 11:20 AM | Economy  Q | 18F |
| AMERICAN AIRLINES | 698 | SLC Salt Lake City | Mar 25, 2010 04:45 PM | DFW Dallas/ Fort Worth | Mar 25, 2010 08:20 PM | Economy  W | 10E |

### Fare Summary

Average Fare per Person - 449.00 USD

| Passenger Type Used in Pricing | Fare per Person | Additional Taxes and Fees per Person | Total Price |
|---|---|---|---|
| 1  Adult | 449.00 USD | 21.40 USD | 470.40 USD |
| | | **Total Price** | **470.40 USD** |

### Summary Details

Credit Card Information

| | |
|---|---|
| Card Type: | AMERICAN EXPRESS |
| Account #: | **** **** **** 3019 |
| Expiration Date: | ********* |
| Description: | |

Delivery Information

JFREY T AUSTIN 26FEB10                                                    Page 1 of 2



Jeff Blatt <jeffblatt@gmail.com>

# JEFFREY T AUSTIN 26FEB10
1 message

DeltaElectronicTicketReceipt@delta.com <DeltaElectronicTicketReceipt@delta.com>       Mon, Feb 22, 2010 at 1:04 PM
Reply-To: DeltaElectronicTicketReceipt@delta.com
To: JEFFBLATT@gmail.com



## DELTA

*Your Receipt and Itinerary*

JEFFREY T BLATT
3801 AGAPE LN
AUSTIN TX 78735 1659

Thank you for choosing Delta. We encourage you to review this information before your trip. If you need to contact a Reservations agent about your flight information, go to delta.com, call 900-221-1212 or call the number on the back of your SkyMiles? card.

Now managing your travel plans just got easier. You can exchange, reissue and refund eligible tickets at delta.com. Please review any exchange charges to your itinerary at delta.com/reissue.

Speed through the airport. Check in online for your flight.

## Flight Information

## Passenger Information

## Billing Details

## Receipt Information

FREY T AUSTIN 26FEB10                                                    Page 2 of 2

$719.40

Note: When using certain vouchers to purchase tickets remaining credits may be be retained. Any such credit is non-refundable in most cases, and as mispriced in the sections below

This ticket is non-refundable unless stated in a fare refundable fare. Any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

**Detailed Tax Information**

**Total Tax: 70.10 USD**

Ticketing Details

Scan this barcode at a Delta Self-Service Kiosk to access your reservation



Save money when you book your next rental car on Delta.com          Save up to 40% off your rental plus earn double miles on rentals of 1 or more days          Earn double miles by Hilton, HHonors          Earn 25,000 bonus miles. Plan rewards. It's free. First year fee, AmEx

 ∆ DELTA          

**Conditions of Carriage**

Air transportation on Delta and the Delta Connection carriers is subject to Delta's conditions of carriage. They include terms governing, for example:

- Limits on our liability for personal injury or death of passenger, and for loss, damage or delay of goods and baggage

- Claims restrictions, including time periods within which you must file a claim or bring an action against us

- Our right to change terms of the contract

- Check-in requirements and other rules establishing when we may refuse carriage

- Our rights and limits of our liability for delay or failure to perform, including schedule changes, substitution of alternate air carriers or aircraft and rerouting

- Our policy on reconfirmations, and our rights if you board us after you boarded due to an oversold flight

Terms incorporated by reference into your contract with you. You may view these conditions of carriage in full at any Delta location or as may be obtained by mail, upon request, from any of our offices or ticket agents. You have the right to inspect the full text of each applicable term incorporated by reference from this contract.

BDRC 4 Site, LLC

**BDRC** 305 N.E. Loop 820, Ste 109
4 SITE  Hurst, TX  76053

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/5/2010 | 11-111 |

**Bill To**

The Sky Lodge
Mr. William Shoaf
201 Herber Avenue
Park City, Utah 84068

| Description | Amount |
|-------------|--------|
| Kim Sallinger | 1,434.80 |
| Jeffrey Blatt | 1,153.80 |
| Bryan Dorsey | 3,182.40 |

| | Total | $5,771.00 |
|---|-------|-----------|

**Employee Cash Reimbursement Form**

| | |
|---|---|
| Pay: Bryan Dorsey | Total: $3,182.40 |
| Job #: Sky Lodge | Less Advance: |
| Date: 5/4/10 | Total Due from Sky Lodge: $3,182.40 |
| Mail To: 1014 Ferris Avenue, Ste. 2152 | Approved By: _____ |
| Waxahachie, TX 75165 | |

### Expenses Paid For By Bryan

| Date | Cost Code | Cat | Description and Purpose (Include Guests' name when applicable) | Total Cost |
|---|---|---|---|---|
| 3/11/10 | | | American Ticket | $100.00 |
| 3/11/10 | | | American Ticket | $100.00 |
| 3/11/10 | | | American Ticket | $1,100.00 |
| 4/12/10 | | | Jet Blue | $983.00 |
| 4/12/10 | | | The Helmsley Hotel NY | $899.40 |
| | | | Totals: | $3,182.40 |

**Air:**



| Home | Flight Status | Change/Cancel | Seats | Baggage info |

Thanks for choosing JetBlue. Please review this booking confirmation carefully as it includes some important and helpful information about your trip. Although you don't need this document to check in, we recommend that you print it out for your reference.

### Your confirmation number is LLWRNN.

### Your itinerary

| Date | Departs/Arrives | Route | Flight | Travelers | Seats | Terminal |
|------|-----------------|-------|--------|-----------|-------|----------|
| Mon, Apr 12 | 12:58 p.m.<br>6:00 p.m. | **AUSTIN, TX** to<br>**NEW YORK JFK, NY** | 1062 | Bryan Dorsey | 15C | |
| Wed, Apr 14 | 6:00 p.m.<br>9:38 p.m. | **NEW YORK JFK, NY** to<br>**LOS ANGELES, CA** | 673 | Bryan Dorsey | 4D ˙ | 5 |
| Fri, Apr 16 | 9:55 a.m.<br>2:47 p.m. | **LONG BEACH, CA** to<br>**AUSTIN, TX** | 1416 | Bryan Dorsey | 17A | |

˙ Even More Legroom seat

### Payment $ 983.00

**Hotels:**

### The Helmsley Park Lane
★★★ ⅃
36 Central Park S
New York NY 10019
Check-in:  **April 12, 2010**
(Check in time 3:00 PM)

Check-out: **April 14, 2010**
(Check out time 12:00 PM)

### Rates per Room
(excluding tax recovery charges and service fees)

April 12,2010 ---- $297.00
April 13,2010 ---- $297.00

2 Adults, 0 Children

Deluxe City View-1 Queen Bed
**Guest: bryan dorsey**

**Tax Recovery Charges and**     $105.40
**Service Fees**

Misc charges  $200.00

Total Charges     **$899.40**
(including tax recovery charges and service
fees)

## The Beverly Hilton

★ ★ ★ ★
9876 Wilshire Blvd
Beverly Hills CA 90210

Check-in: **April 14, 2010**
         (Check in time 3:00 PM)         2 Adults, 0 Children

Check-out: **April 16, 2010**
         (Check out time 12:00 PM)       **Standard King-non Refundable**
                                       **Guest: bryan dorsey**

**Rates per Room**
(excluding tax recovery charges and service fees)     Company Name::

April 14,2010 ---- $276.00
April 15,2010 --- $276.00

**Tax Recovery Charges and**     $101.41
**Service Fees**

Misc Charges $200.00

Total Charges     **$853.41**
(including tax recovery charges and service fees)
The above charges to your credit card were made
by Travelscape, LLC. To view our full Terms &
Conditions, please go to our Terms & Conditions
page.

**Meals:**

4/13/2010
Quality Meats     **$485.00**

4/15/2010
Craft     **$415.00**

**Ground transportation:**

Taxi 4/12/2010  from JFK     **$75.00**
Taxi 4/14/2010  to JFK     **$90.00**
Taxi 4/14/2010  from LAX     **$70.00**
Taxi 4/16/2010  to LGB     **$140.00**

**Total Trip Expense:  $4010.81**

# Citi® AAdvantage® World MasterCard®

AAdvantage is a registered trademark of American Airlines, Inc.



Account Number:
www.citicards.com

Customer Service: 1-888-766-CITI(2484)
BOX 6062 SIOUX FALLS, SD 57117

## Summary of Account Activity



Previous Balance
Payments
Other Credits
Purchases
Balance Transfers
Cash Advances
Fees Charged
Interest Charged

New Balance

Past Due Amount                    $0.00

Amt. Over Rev. Cr. Lt.             $0.00

Revolving Credit Limit
Avail. Revolving Credit
Cash Advance Limit
Available Cash Limit
Statement Closing Date
Days in Billing Cycle

## Payment Information

Payment must be received by 5:00 P.M.
local time on the payment due date.

New Balance
Minimum Payment Due
Payment Due Date

Late Payment Warning: If we do not receive your minimum payment by the date listed above, you may have to pay up to a $39 late fee and your APRs may be increased up to the variable Penalty APR of 29.99%.

Minimum Payment Warning: If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 34 year(s) | $58,588 |
| $959 | 3 year(s) | $34,552 (Savings= $24,036) |

If you would like information about credit counseling services, call 1-877-337-8187.

| Sale Date | Post Date | Reference Number | Activity Since Last Statement | | Amount |
|---|---|---|---|---|---|
| | | | Payments, Credits & Adjustments | | |
| | | | NATIONAL CREDIT | | |
| | | | Standard Purch | | |
| 3/06 | 3/06 | GQ05YGLB | THE CARLTON HOTEL   NEW YORK   NY | | 4.90 |
| | | | PHONE NUMBER: 2125324100 | | |
| | | | FOLIO NUMBER: 366970 | | |
| | | | ARRIVE: 03/02/10 DEPART: 03/05/10 | | |
| 3/06 | 3/06 | QNZ1C4X2 | AL BIERNAT'S   DALLAS   TX | | 270.66 |
| 3/06 | 3/06 | BRZ4YGLB | THE CARLTON HOTEL   NEW YORK   NY | | 944.87 |
| | | | PHONE NUMBER: 2125324100 | | |
| | | | FOLIO NUMBER: 366970 | | |
| | | | ARRIVE: 03/02/10 DEPART: 03/05/10 | | |
| 3/07 | 3/07 | 5QNBR2Z4 | FEDEX KINKO'S #0191   DALLAS   TX | | 7.54 |
| 3/08 | 3/08 | 3DHY*1DB | EXXONMOBIL   47203633 AUSTIN   TX | | 47.50 |
| 3/09 | 3/09 | 30DMJT0O | TSP*   Travel 800-219-4606   WA | | 198.58 |
| 3/09 | 3/09 | ZRZN29K4 | PLAZA CAR WASH & LUBE   DALLAS   TX | | 27.99 |
| 3/09 | 3/09 | 5QWLQV15 | CVSPHARMACY #6777   003 DALLAS   TX | | 186.00 |
| 3/11 | 3/11 | XHGXJSWG | AMERICANOO0123168620425 AA.COM/AA RES   TX | | 100.00 |
| | | | NAME: DORSEY/BRYAN | | |
| | | | DEPART: 03/16/10 | | |
| | | | DFW   TO LGA   : AA: CLASS: B : STOP:0 | | |
| | | | LGA   TO DFW   : AA: CLASS: H : STOP:0 | | |
| 3/11 | 3/11 | W4DZJSWG | AMERICANOO0123168620210 AA.COM/AA RES TX | | 100.00 |
| | | | NAME: DORSEY/BRYAN | | |
| | | | DEPART: 03/11/10 | | |
| | | | XAA   TO XXX   : AA: CLASS: X : STOP:0 | | |
| 3/12 | 3/12 | QM2CP9OO | TSP*   Travel 800-219-4606   WA | | 531.51 |
| 3/12 | 3/12 | CCTKG66S | SEVY S GRILL   DALLAS   TX | | 227.25 |
| 3/13 | 3/13 | S*4WB4X2 | AL BIERNAT'S   DALLAS   TX | | 659.48 |
| 3/15 | 3/15 | Z3TO8QBW | RACETRAC569   00005694 DALLAS   TX | | 45.00 |

SEND PAYMENTS TO: CITI CARDS PO BOX 183051 COLUMBUS, OH 43218-3051

46427N

PLEASE FOLLOW PAYMENT INSTRUCTIONS ON REVERSE SIDE.

**Employee Cash Reimbursement Form**

| | | |
|---|---|---|
| Pay: | Jeffrey Blatt | Total: **$1,153.80** |
| Job #: | Sky Lodge | Less Advance: |
| Date: | 5/4/10 | Total Due from Sky Lodge: **$1,153.80** |
| Mail To: | 323 Congress Ave,Suite | Approved By: |
| | Austin, TX 78701 | |

| | | | Expenses Paid For By Bryan | |
|---|---|---|---|---|
| Date | Cost Code | Cat | Description and Purpose (Include Guests' name when applicable) | Total Cost |
| 4/8/10 | | | Delta Ticket | $432.40 |
| 4/27/10 | | | Delta Ticket | $721.40 |
| | | | Totals: | **$1,153.80** |

Book a Flight at Delta.com

Page 1 of 2



Your purchase is complete. Thank you for choosing Delta.

**Flight Confirmation Number: DLSICC**

**What's Next**
Now that you've finished booking your trip:

In order to comply with the Transportation Security Administration's Secure Flight Program, Delta is now collecting additional data for all passengers.
**Provide your Secure Flight Passenger Data now.**
- Your eTicket receipt(s) and confirmation have been sent to jeffblatt@gmail.com.
- Delta Messenger will send flight updates based on the contact preferences in your profile. Subscribe/edit your contact preferences now.
- You may check in for your flight, email receipts and itineraries, choose your seats, or cancel your reservation by managing your itinerary online.
- Add Trip Protector to protect against trip cancellations and interruptions with Access America.

Get Notifications    Add to Calendar    Add Trip Services & Activities

**Your Flight Selection:**

| Departs | Arrives | Stops | Flights & Cabin (Class) | | Travel Time |
|---|---|---|---|---|---|
| **Leg 1: Austin, TX (AUS) to Salt Lake City, UT (SLC) on Thu, 08 Apr 2010** | | | | | |
| 5:55am AUS | 8:00am SLC | Nonstop | Delta 3471 Canadair Regional Jet 900 operated by Mesaba Dba Delta Connection In-Flight Services | Coach (H) | 3 hr 05 min |
| **Leg 2: Salt Lake City, UT (SLC) to Los Angeles, CA (LAX) on Fri, 09 Apr 2010** | | | | | |
| 7:49pm SLC | 8:44pm LAX | Nonstop | Delta 1183 Boeing 757 In-Flight Services | Coach (K) | 1 hr 55 min |

Book with confidence. See Delta's Best Fare Guarantee    Total balance due (including taxes/fees):    $432.40 (USD)

View cancellation policies
View change & cancellation policies
View baggage policies
This value is non refundable

Miles earned = 2503
MQM earned = 1689 (details)

| Passenger | From | To | Seat Assignment | Special Services (e.g. wheelchair) |
|---|---|---|---|---|
| Mr Jeffrey T Blatt SkyMiles # 2005250499 | Austin, TX (AUS) | Salt Lake City, UT (SLC) | Not Assigned Change Seats | Add/Edit |
| | Salt Lake City, UT (SLC) | Los Angeles, CA (LAX) | Not Assigned Change Seats | Add/Edit |

**Passenger Information**

**Contact**
Telephone number: 512-554-3647 (Cell)

**Billing Information**
Payment Type:    Master Card, ************5183
Payee             Mr. Jeffrey T Blatt
                  3601 Agape Ln
                  Austin, TX 78735-1059, United States

https://www.delta.com/booking/passengerInfo.do;jsessionid=PUz5qkEAFeTT0G0?dispatch...   4/1/2010

Book a Flight at Delta.com

**Price per Passenger**

| Fare | U.S. Tax(es) | Base Fare | Taxes/Fees | Subtotal | # of Psgrs | Total Price of Ticket(s) |
|------|--------------|-----------|------------|----------|------------|--------------------------|
| $382.33 (USD) | $28.67 (USD) | $411.00 (USD) | $21.40 (USD) | $432.40 (USD) | 1 | $432.40 (USD) |

View fare rules
View Taxes/Fees

**Total Amounts Charged**

| Flight: | $432.40 (USD) |
|---------|---------------|

| Total amount charged (including taxes/fees): | $432.40 (USD) |
|----------------------------------------------|---------------|

[+] Feedback

©2010 Delta Air Lines, Inc.



Your purchase is complete. Thank you for choosing Delta.

**Flight Confirmation Number: PV7KQ3**

**What's Next**
Now that you've finished booking your trip:

In order to comply with the Transportation Security Administration's **Secure Flight Program**, Delta is now collecting additional data for all passengers.
**Provide your Secure Flight Passenger Data now.**

- Your eTicket receipt(s) and confirmation have been sent to jeffblatm@gmail.com.
- Delta Messenger will send flight updates based on the contact preferences in your profile. Subscribe/edit your contact preferences now
- You may check in for your flight, email receipts and itineraries, choose your seats, or cancel your reservation by managing your itinerary online.
- Add Trip Protector to protect against trip cancellations and interruptions with Access America.

Get Notifications      Add to Calendar      Add Trip Services & Activities

**Your Flight Selection:**

| Departs | Arrives | Stops | Flights & Cabin (Class) | Travel Time |
|---|---|---|---|---|
| **Outbound: Austin, TX (AUS) to Salt Lake City, UT (SLC) on Tue, 27 Apr 2010** | | | | |
| 5:55am AUS | 8:00am SLC | Nonstop | Delta 3471 Canadair Regional Jet 900 operated by Mesaba Dba Delta Connection In-Flight Services | Coach (M) | 3 hr 05 min |
| **Return: Salt Lake City, UT (SLC) to Austin, TX (AUS) on Thu, 29 Apr 2010** | | | | |
| 5:01pm SLC | 8:48pm AUS | Nonstop | Delta 3480 Canadair Regional Jet 900 operated by Mesaba Dba Delta Connection In-Flight Services | Coach (L) | 2 hr 47 min |

Book with confidence. See Delta's Best Fare Guarantee.

**Total balance due (including taxes/fees):** $721.40 (USD)

View fare/farm policies
View change & cancellation policies
View baggage policies
This ticket is non refundable

Miles earned = 3236
MQM earned = 2158 (details)

| Passenger | From | To | Seat Assignment | Special Services (e.g. Wheelchair) |
|---|---|---|---|---|
| Mr. Jeffrey T Blatt SkyMiles # 2005250499 | Austin, TX (AUS) | Salt Lake City, UT (SLC) | 14D Change Seats | Add/Edit |
| | Salt Lake City, UT (SLC) | Austin, TX (AUS) | Not Assigned Change Seats | Add/Edit |

**Passenger Information**

**Contact**
Telephone number  512-329-8127 (Home)

**Billing Information**
Payment Type:     Master Card, **************5183
Payer:            Mr. Jeffrey T Blatt
                  3801 Agape Ln
                  Austin, TX 78735-1659, United States

[+] Feedback

**Price per Passenger**

| Fare | U.S. Tax(es) | Base Fare | Taxes/Fees | Subtotal | # of Psgrs | Total Price of Ticket(s) |
|------|-------------|-----------|-----------|----------|-----------|--------------------------|
| $651.16 (USD) | $48.84 (USD) | $700.00 (USD) | $21.40 (USD) | $721.40 (USD) | 1 | $721.40 (USD) |

View fare rules
View Taxes/Fees

**Total Amounts Charged**

| Right | | $721.40 (USD) |
|-------|--|---------------|

| Total amount charged (excluding taxes/fees): | $721.40 (USD) |
|----------------------------------------------|---------------|

**A Greener Way to Fly**
Delta Air Lines has partnered with The Nature Conservancy® to help you offset your carbon footprint for this trip and other ways to sustain our environment.

© 2010 Delta Air Lines, Inc.

**Employee Cash Reimbursement Form**

| | | |
|---|---|---|
| Pay: | Kim Sallinger | |
| Job #: | Sky Lodge | |
| Date: | 5/4/10 | |
| Mail To: | 305 N.E. Loop 820, Suite 109 | |
| | Hurst, TX  76053 | |

| | |
|---|---|
| Total: | $1,434.80 |
| Less Advance: | |
| Total Due from Sky Lodge: | $1,434.80 |
| Approved By: | |

**Expenses Paid For By Bryan**

| Date | Cost Code | Cat | Description and Purpose (Include Guests' name when applicable) | Total Cost |
|---|---|---|---|---|
| 3/24/10 | | | American Ticket | $781.40 |
| 5/14/10 | | | American Ticket | $653.40 |
| | | | | |
| | | | | |
| | | | | |
| | | | Totals: | $1,434.80 |

Prepared For
**SOPHIE C SALLINGER**                Account Number

Page 4 of 7

**Due in Full continued**                                                                          Amount $

| | | | | |
|---|---|---|---|---|
| 03/12/10 | AMERICAN AIRLINES   DALLAS,   TX | | | 470.40 |
| | AMERICAN AIRLINES | | | |
| | From: | To: | Carrier:   Class: | |
| | DALLAS/FT WORTH TX | | | |
| | | SALT LAKE CITY UT | AA        QC | |
| | | DALLAS/FT WORTH TX | AA        WA | |
| | Ticket Number: 0012316897 1044 | | Date of Departure: 03/12 | |
| | Passenger Name: SALLINGER/KIM | | | |
| | Document Type: PASSENGER TICKET | | | |
| 03/23/10 | AMERICAN AIRLINES   DALLAS   TX | | | 25.00 |
| | AMERICAN AIRLINES | | | |
| | Routing Details Not Available | | | |
| | Ticket Number: 00126039281181 | | Date of Departure: 03/23 | |
| | Passenger Name: SALLINGER/KIM | | | |
| | Document Type: SPD/AIR FREIGHT | | | |
| 03/24/10 | AMERICAN AIRLINES   DALLAS,   TX | | | 781.40 |
| | AMERICAN AIRLINES | | | |
| | From: | To: | Carrier:   Class: | |
| | DALLAS/FT WORTH TX | SALT LAKE CITY UT | AA        LA | |
| | | DALLAS/FT WORTH TX | AA        WA | |
| | Ticket Number: 00123173885125 | | Date of Departure: 03/24 | |
| | Passenger Name: SALLINGER/KIM | | | |
| | Document Type: PASSENGER TICKET | | | |
| 03/24/10 | Easy Street BrasseriPark City | | | 20 10 |
| | (435)658-9429 | | | |
| | TIP | 6.00 | | |
| 03/25/10 | AMERICAN AIRLINES   SALT LAKE CITUT | | | 25.00 |
| | AMERICAN AIRLINES | | | |
| | Routing Details Not Available | | | |
| | Ticket Number: 00126040515362 | | Date of Departure: 03/25 | |
| | Passenger Name: SALLINGER/KIM | | | |
| | Document Type: SPD/AIR FREIGHT | | | |
| 03/30/10 | AMERICAN AIRLINES   DALLAS   TX | | | 25.00 |
| | AMERICAN AIRLINES | | | |
| | Routing Details Not Available | | | |
| | Ticket Number: 00126042793652 | | Date of Departure: 03/30 | |
| | Passenger Name: SALLINGER/KIM | | | |
| | Document Type: SPD/AIR FREIGHT | | | |
| 03/30/10 | Easy Street BrasseriPark City | | | 22.36 |
| | (435)658-9429 | | | |
| | TIP | 5.00 | | |

**Total of Due in Full Activity for KIM T SALLINGER**                          **2,441.81**

**Total Due in Full Activity**                                               **2,693.86**

---

**Important Notice**

**Information on Flexible Payment Features**

You may have access to one or more Flexible Payment Features as part of your Card account.  The current Annual
Percentage Rates (APRs) and Daily Periodic Rates (DPRs) for the Flexible Payment Features are as follows:

For Sign & Travel®, the APR is 15.24%, the DPR is 0.0417%

Sign & Travel, the APR is 15.24%, the DPR is 0.0417%

Please refer to page   2
for further important
information regarding
your account



**AmericanAirlines**

CLOSE WINDOW
PRINT PAGE

Note: This is not your receipt. You will be receiving your itinerary confirmation along with your receipt soon.
You may print your itinerary & Receipt directly from AA.com once the status is updated from "Purchased" to
"Ticketed"

## Reservation Details

| Record Locator | Status | Reservation Name |
|---|---|---|
| BZRFFI | Purchased | DFW/SLC |

Your record locator is your reservation
confirmation number and will be needed to retrieve
or reference your reservation

## Your Itinerary

| Carrier | Flight Number | Departing City | Date & Time | Arriving City | Date & Time | Cabin Booking Code | Seats |
|---|---|---|---|---|---|---|---|
| AA AMERICAN AIRLINES | 631 | DFW Dallas/ Fort Worth | May 11, 2010 10:10 AM | SLC Salt Lake City | May 11, 2010 11:55 AM | Economy W | 2F |

## Fare Summary

Average Fare per Person - 324.00 USD

| Passenger Type Used in Pricing | Fare per Person | Additional Taxes and Fees per Person | Total Price |
|---|---|---|---|
| Adult | 324.00 USD | 10.70 USD | 334.70 USD |
| | | Total Price | 334.70 USD |

## Fare Summary

Average Fare per Person - 308.00 USD

| Passenger Type Used in Pricing | Fare per Person | Additional Taxes and Fees per Person | Total Price |
|---|---|---|---|
| Adult | 308.00 USD | 10.70 USD | 318.70 USD |
| | | Total Price | 318.70 USD |

Expiration Date

Description

### Delivery Information

Ticket E-MAIL          KIM@MERITREALTYTX.COM

### Contact Information

# Invoice

 **BDRC 4 Site, LLC**

6387 Camp Bowie Blvd
Suite B-345
Fort Worth, TX 76116

| Date | Invoice # |
|------|-----------|
| 6/16/2010 | 11-114 |

| Bill To |
|---------|
| The Sky Lodge |
| Mr. William Shoaf |
| 201 Herber Avenue |
| Park City, Utah 84068 |

| Description | Amount |
|-------------|--------|
| Airline Ticket | 713.40 |
| **Total** | **$713.40** |

# AmericanAirlines

CLOSE WINDOW

PRINT PAGE

**Note: This is not your receipt. You will be receiving your itinerary confirmation along with your receipt soon. You may print your Itinerary & Receipt directly from AA.com once the status is updated from "Purchased" to "Ticketed".**

## Reservation Details

| Record Locator | Status | Reservation Name |
|---|---|---|
| **IWLVBK** | Purchased | **DFW/SLC** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | | |

## Your Itinerary

| Carrier | Flight Number | Departing City | Date & Time | Arriving City | Date & Time | Cabin Booking Code | Seats |
|---|---|---|---|---|---|---|---|
| AMERICAN AIRLINES | 689 | DFW Dallas/ Fort Worth | Jun 17, 2010 10:05 AM | SLC Salt Lake City | Jun 17, 2010 11:40 AM | Economy W | unassigned |
| AMERICAN AIRLINES | 472 | SLC Salt Lake City | Jun 18, 2010 05:05 PM | DFW Dallas/ Fort Worth | Jun 18, 2010 08:40 PM | Economy W | 16F |

## Fare Summary

Average Fare per Person - 692.00 USD

| Passenger Type Used in Pricing | Fare per Person | Additional Taxes and Fees per Person | Total Price |
|---|---|---|---|
| 1  Adult | 692.00 USD | 21.40 USD | 713.40 USD |
| | | Total Price | 713.40 USD |

## Summary Details

### Credit Card Information

| | |
|---|---|
| Card Type: | AMERICAN EXPRESS |
| Account #: | **** **** **** 3019 |
| Expiration Date: | ********* |
| Description: | |

### Delivery Information

E-Ticket E-MAIL:        KIM@MERITREATLYTX.COM

**Contact Information**

Email Address:          KIM@MERITREALTYTX.COM

**Business ExtrAA Account Number:**

**Upgrade Reservation**

| Flight Number | Departing | Arriving | 500-mile Upgrades Required per Person | Request Upgrade? |
|---|---|---|---|---|

500-mile Upgrades may be purchased at the airport or at a discount when purchased online.

**Reminder:**

- If your itinerary contains international flights, it is the sole responsibility of each passenger in the itinerary to have the proper documents for entry/re-entry into a country. To obtain documentation requirements, contact the embassy or consulate of all countries involved in your itinerary, including all countries in which you may be transiting. You can also contact your international carrier(s) for further information on documentation requirements, embargoes, travel advisories and/or additional requirements that may apply to the country or countries in your itinerary. Passengers will need to present Itinerary and Receipt (I & R) to an immigration officer upon request.
- Some fares purchased on AAdvantage participating airlines are not eligible for mileage accrual. View eligible booking codes and mileage accrual rates by airlines at www.aa.com/participantairlines.
- American Airlines will restrict boarding pass issuance when any uncollected Change Fees involving an itinerary change exist. To avoid any inconvenience to you, we encourage you to satisfy Change Fee collection with Reservations or your travel agent at the time the itinerary change is made.
- To expedite check-in, gate locations at airports will accept credit cards only. Passengers with Electronic tickets on international flights will need to present the Itinerary and Receipt (I & R) to an immigration officer upon request. If your I & R are not received by mail or post prior to departure, you will need to request one in person at the ticket counter.
- Many common items used every day in the home or workplace may be considered dangerous when transported in baggage by air. You must declare your dangerous goods to the airline. Failure to do so violates U.S. Federal Law.

CLOSE WINDOW

BDRC 4 Site, LLC

# Invoice

**BDRC** 6387 Camp Bowie Blvd
Suite B-345
Fort Worth, TX 76116

| Date | Invoice # |
|------|-----------|
| 6/22/2010 | 11-117 |

| Bill To |
|---------|
| The Sky Lodge
Mr. William Shoaf
201 Herber Avenue
Park City, Utah 84068 |

| Description | Amount |
|-------------|--------|
| Airline ticket - June Trip | 529.40 |

| | **Total** | $529.40 |





| Carrier | Flight Number | Departing | | Arriving | | Booking Code |
| | | City | Date & Time | City | Time | |
|---|---|---|---|---|---|---|
| American Airlines | 689 | DALLAS FT WORTH | SAT 03JUL 10:05 AM | SALT LAKE CITY | 11:40 AM | W |
| | | Kim Sallinger | FF#: 270C7L0 | Economy | Seat 10D | Food For Purchase |
| American Airlines | 472 | SALT LAKE CITY | WED 07JUL 5:05 PM | DALLAS FT WORTH | 8:40 PM | Q |
| | | Kim Sallinger | FF#: 270C7L0 | Economy | Seat 16F | Food For Purchase |



| PASSENGER | TICKET NUMBER | FARE-USD | TAX | TICKET TOTAL |
|---|---|---|---|---|
| KIM SALLINGER | 0012360631499 | 472.55 | 56.85 | 529.40 |

**KIM SALLINGER - Additional Fare Collection 65.00**

| ADDITIONAL SERVICES | DATE | CURRENCY | AMOUNT |
|---|---|---|---|
| Ticket Change | 30 JUN 10 | USD | 75.00 |

**Payment Type: Exchange, American Express XXXXXXXXXX1005**

Additional Services are subject to credit card approval at time of ticketing. Additional Services may appear on multiple accompanied documents as a matter of reference.

You have purchased a NON-REFUNDABLE fare. The itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has no value. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

** Your Boarding and Flexibility Package includes the following products: Group One of General Boarding, Standby, and $75.00 Flight Change Discount.

** Group 1 of General Boarding may not be available on all American Eagle flights and Standby does not guarantee a seat on a particular flight. Additional information can be found at www.aa.com/yourchoice. **

Electronic tickets are NOT TRANSFERABLE. Tickets with nonrestrictive fares are valid for one year from original date of issue. If you have questions regarding our refund policy, please visit www.aa.com/refunds.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

Check-in times will vary by departure location. In order to determine the time you need to check-in at the airport, please visit www.aa.com/airportexpectations.

A summary of Terms and Conditions of Travel is available by selecting the Conditions of Carriage button below.

NRID: 562358354421301859326430

# Exhibit "C"



590 Madison Avenue, New York, NY 10022-2524 ▪ p212 223-4000 ▪ f212 223-4134

**Michael V. Blumenthal**
**(212) 895-4241**
**MBlumenthal@crowell.com**

June 30, 2010

Via Facsimile (817-595-3517), Federal
  Express & E-Mail (kim@bdrc4site.com)
BDRC 4 Site LLC
Attn:  Kim Sallinger
1200 Summit Avenue, Ste. 800
Fort Worth, TX  76102

> **Re:**  **Consulting Services Agreement dated as of November 12, 2009 (the**
> **"Agreement") Between Easy Street Partners, LLC ("ESP") and**
> **BDRC 4 Site LLC ("BDRC")**

Dear Kim:

       As you know, our firm represents ESP in its Chapter 11 case.  On behalf of ESP, and
consistent with my telephone conversation with you today, ESP hereby terminates the
Agreement pursuant to the terms thereof.  The Agreement is terminated effective as of today.

       In the event you have any questions, call me at your convenience.

                                        Sincerely,

                                        Michael V. Blumenthal

MVB:akb
cc:    Kenneth L. Cannon, Esq.
       Richard W. Havel, Esq.
       Mr. William Shoaf
       (Via Email)

**Crowell & Moring LLP** ▪ www.crowell.com ▪ **Washington, DC** ▪ **New York** ▪ **California** ▪ **Anchorage** ▪ **London** ▪ **Brussels**