Kenneth L. Cannon II (kcannon@djplaw.com) (3705)
Steven J. McCardell (smccardell@djplaw.com) (2144)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT  84110-4050
Telephone:  (801) 415-3000/Fax:  (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com) (admitted *pro* *hac* *vice*)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY  10022
Telephone:  (212) 223-4000/Fax:  (212) 223-4134

Counsel for Debtors and Debtors in Possession

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: | |
| | |
| EASY STREET HOLDING, LLC, *et al.*, | Bankruptcy Case No. 09-29905 |
| | Jointly Administered with Cases |
| Debtors. | 09-29907 and 09-29908 |
| | |
| Address:  201 Heber Avenue | Chapter 11 |
| Park City, UT 84060 | |
| | Honorable R. Kimball Mosier |
| Tax ID Numbers: | |
| 35-2183713 (Easy Street Holding, LLC), | |
| 20-4502979 (Easy Street Partners, LLC), and | **[FILED ELECTRONICALLY]** |
| 84-1685764 (Easy Street Mezzanine, LLC) | |

## THIRD APPLICATION OF DURHAM JONES & PINEGAR FOR INTERIM COMPENSATION AND REIMBURSEMENT PURSUANT TO 11 U.S.C. §§ 330 AND 331 AS ATTORNEYS FOR THE DEBTORS IN POSSESSION FOR THE PERIOD MAY 1, 2010 THROUGH JULY 29, 2010, COMBINED WITH APPLICATION FOR FINAL APPROVAL FOR FEES AND EXPENSES PREVIOUSLY APPROVED

Durham Jones & Pinegar ("DJP"), co-counsel for Easy Street Partners, LLC ("Partners"),

Easy Street Mezzanine, LLC ("Mezzanine"), and Easy Street Holding, LLC ("Holding")

(together, Partners, Mezzanine, and Holding will be referred to as the "Debtors"), pursuant to

11 U.S.C. §§ 330 and 331, Federal Rule of Bankruptcy Procedure 2016, and the Fee Guidelines

of the United States Trustee, hereby submits its third interim and final application (the

"Application").

I.      INTRODUCTION

        A.      Relief Requested by this Application.

                1.      By this Application, DJP applies for the following:

                        a.      Approval and payment of interim compensation and

reimbursement in the total amount of $77,347.69, which includes interim compensation in the

amount of $73,928.00 for professional services rendered and interim reimbursement in the

amount of $3,419.69 for expenses incurred, for the period May 1, 2010, through July 9, 2010 (the

"Third Application Period").

                        b.      Final allowance of all compensation and reimbursement in the

amount of $395,074.20, which includes final allowance of compensation in the amount of

$372,157.00 for professional services rendered, and reimbursement in the amount of $22,916.70

for expenses incurred for the period September 14, 2009 through July 29, 2010 (the "Entire Case

Period"). The requested fees and expenses include the amounts estimated in paragraph 2 below

and are subject to adjustment as a result.

                2.      As part of its Third Application, DJP estimates that compensation for

services rendered and reimbursement of expenses incurred during the period July 10, 2010

through July 29, 2010 (the "Post Application Period") in the approximate amounts of $5,000 and

$500 respectively.  Prior to the hearing on this Third Application, DJP will file a supplement to

this Third Application setting forth additional detail regarding fees and expenses during the Post

Application Period.

B.     Case Background

1.     The Debtors commenced these jointly-administered cases under

Chapter 11 of the United States Bankruptcy Code by filing voluntary petitions on September 14,

2009 (the "Petition Date").  Each is operating its business as a debtor in possession pursuant to

11 U.S.C. §§ 1107 and 1108.

2.     Partners is a limited liability company that owns and operates the

Sky Lodge, a luxury boutique hotel in Park City, Utah, and related restaurants and businesses.

Mezzanine owns 100% of the equity of Partners and Holding owns 100% of Mezzanine.

3.     The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157

and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

C.     Employment of DJP

1.     On October 23, 2009, the Court entered its Order Approving the Debtors'

Employment of Durham Jones & Pinegar as Co-Counsel, effective as of September 14, 2009.

2.     As DJP disclosed in the Declaration of Kenneth L. Cannon II Pursuant to

11 U.S.C. § 329(a) and Fed. R. Bankr. P. 2014(a) and 2016(a) in Support of Debtors'

Application to Employ Durham Jones & Pinegar as Its Counsel dated September 23, 2009, DJP

prepetition received a retainer for postpetition services in the amount of $25,177.50 (the

"Retainer"), which was left from retainers totalling $50,000 prepetition funded $25,000 by

William Shoaf and $25,000 by the Diane Jordan-Smith Trust, a trust associated with Philo

Smith. Mssrs. Shoaf and Smith are co-managers of the Debtors.

      3.     All services performed and expenses incurred for which compensation or

reimbursement is sought were performed or incurred for and on behalf of the Debtors' estates

and not for any other person or entity.

      4.     DJP has not shared or agreed to share compensation or reimbursement

awarded in this case with any other person except as among the members and employees of the

firm.

      5.     DJP has not made any agreements with the Debtors or others for

compensation or reimbursement relating to this case which have not been disclosed to the Court.

      D.     <u>Successful Steps Taken Toward Reorganization</u>.  On July 2, 2010, the Court

entered its Order confirming the Amended Plan of Reorganization of Easy Street Partners, LLC

and WestLB AG dated June 16, 2010 (the "Joint Plan"), culminating almost ten months of

operational challenges, difficult negotiations, failed proposals from investors and would-be

lenders, and ultimate settlement with WestLB, AG ("WestLB"), Partners' principal secured

lender.  Partners and WestLB were able to negotiate a plan of reorganization which results in the

effective continued operation of the Sky Lodge with all that entails, payment of creditors in full

or nearly in full, and resolution of mechanic's liens and litigation commenced by mechanic's lien

claimants (which had stopped sales of fractional units and caused substantial homeowner

concern).  Almost all parties in interest made concessions to make this result possible.  DJP has

worked closely with Crowell & Moring, its co-counsel, representing the Debtors in all aspects of

their cases, with principals and employees of the Debtors, and with the Unsecured Creditors

Committee, secured and unsecured creditors, and potential investors and lender. DJP's services

have resulted in significant benefit to the Debtors and their creditors.

     E.    <u>Interim Fee Procedures</u>. On December 14, 2009, the Bankruptcy Court entered its

Order Approving Motion and Establishing Monthly Fee and Expense Reimbursement Procedures

(the "Interim Fee Procedures Order"). Pursuant to the Interim Fee Procedures Order,

professionals representing the Debtors' estates may file and serve monthly fee requests. In

general terms, subject to amounts available for payment to estate professionals, those

professionals requesting monthly payment of fees and expenses may be paid 100% of out-of-

pocket expenses and up to 80% of fees on a monthly basis.

II.    PRIOR APPLICATIONS FOR COMPENSATION AND REIMBURSEMENT AND
     REQUESTS FOR MONTHLY PAYMENTS UNDER THE INTERIM FEE
     PROCEDURES ORDER

     A.    <u>DJP's Prior Applications for Compensation and Reimbursement</u>

     1.    DJP's first interim application for compensation and reimbursement (the

"First Application") was filed on January 29, 2010 and covered the period from September 14,

2009 through December 1, 2010. The First Application sought approval of $176,262.19, which

includes $171,675.00 for professional services rendered and $4,587.19 in expenses incurred in

connection with those services.

     2.    On March 29, 2010, the Court entered an order approving the amount of

fees and expenses requested in the First Application, authorizing DJP to apply the prepetition

retainer, and authorizing the Debtors to pay allowed fees and expenses in their discretion as they

could.

3.      DJP's second interim application for compensation and reimbursement

(the "Second Application") was filed on May 21, 2010 and covered the period from January 1,

2010, through April 30, 2010.  The Second Application sought approval of $135,964.32, which

includes $121,554.50 for professional services rendered and $14,409.82 in expenses incurred in

connection with those services.

4.      On July 14, 2010, the Court entered an order approving the amount of fees

and expenses requested in the Second Application, authorizing the Debtors to pay allowed fees

and expenses in their discretion as they could.

B.      <u>Payments Received by DJP</u>.  To date, DJP has been paid $209.977.08 in allowed

fees and expenses for the period from September 14, 2009 through May 31, 2010, from the

retainer it received and from payments made pursuant to the Interim fee Procedures Order.  It

anticipates receiving further payments pursuant to fee requests and payments pursuant to the

Interim Fee Procedures Order between the date of this Third Application and the hearing thereon.

III.    THE PRESENT INTERIM APPLICATION PERIOD

A.      <u>Billing Methodology</u>

1.      In this Application, DJP is requesting compensation for services provided

and reimbursement of expenses incurred during the Application Period, May 1, 2010 through

July 29, 2010.  A summary of fees and expenses requested, as required by the Fee Guidelines of

the United States Trustee, is attached hereto as <u>Exhibit 1</u>.  A summary of the expenses incurred,

broken down by project category and by type of expense, is included below.

2.    DJP's services in this case are billed on an hourly-rate basis, consistent with DJP's customary charges for comparably skilled and experienced practitioners in other bankruptcy and non-bankruptcy cases.

3.    In rendering services and incurring expenses on behalf of the estate, DJP makes reasonable efforts to use the most economical means and methods that are available and appropriate under the circumstances.

4.    The education and experience of the DJP attorneys providing service on behalf of the Examiner during the Application Period are detailed in the professional resumes attached as Exhibit 2.

5.    Given the education, experience, and expertise of the DJP attorneys rendering services in this case, the rates charged are reasonable, and are the same as or lower than rates DJP typically charges to clients for similar services.

B.    Services Performed on Behalf of the Estate

1.    During the Application Period, DJP rendered services to the estate for which it seeks compensation in the total amount of $73,928.00.  Such services are detailed in the invoices broken down by project category which are attached hereto as Exhibit 3.

2.    DJP has categorized the time spent performing services for the estate into the following project categories (DJP has performed no services in certain categories).

| DJP Matter No. | Matter Name |
|---|---|
| 00001 | Asset Analysis and Investigation |
| 00004 | Claims Administration |
| 00005 | Employment and Fee Applications - DJP |
| 00006 | Employment and Fee Applications - Other |
| 00008 | Plan and Disclosure Statement |
| 00009 | Miscellaneous Contested Matters |
| 00010 | Case Management |
| 00011 | Cash Collateral/DIP Lending |
| 00012 | BayNorth Litigation |

3.      The totals of the fees sought in this Application for services in the various

project categories are as follows:

| Matter No. | Matter Name | Amount |
|---|---|---|
| 00001 | Asset Analysis and Investigation | $366.50 |
| 00004 | Claims Administration | $964.00 |
| 00005 | Employment/Fee Applications – DJP | $3,745.00 |
| 00006 | Employment/Fee Applications – Other | $5,683.00 |
| 00008 | Plan and Disclosure Statement | $52,429.50 |
| 00009 | Miscellaneous Contested Matters | $4,090.00 |
| 00010 | Case Administration | $770.00 |
| 00011 | Cash Collateral | $3,570.00 |
| 00012 | BayNorth Litigation | $2,310.00 |
|  | TOTAL: | $73,928.00 |

C.      Summary of Services in Each Project Category

A summary of the nature of each project category, a table indicating the names,

billing rates, hours spent, and total amounts billed during the Application Period as to each DJP

professional and paraprofessional in each project category, and a synopsis of the work performed

during the Application Period in each project category, is provided in separate paragraphs below.

A detailed description of the services rendered in each project category is set forth in the billing

reports attached hereto as Exhibit 3.

.

1.    Asset Analysis and Investigation (matter 00001)

        a.      This project category is for services relating to measures to address issues related to the assets of the Debtors, including security interests therein.

        b.      During the Application Period, the following DJP professional provided services to the estate in this project category:

| NAME (INITIALS) | TITLE/OFFICE | HOURLY RATE | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|---|
| Kenneth L. Cannon II (KLC) | Shareholder | $350 | .70 | $245.00 |
| Helen Doherty (HDO) | Paralegal | $135 | .90 | $121.50 |
| TOTAL HOURS | | | 1.60 | $366.50 |

        c.      During the Application Period, services in this category included UCC and business entity searches, executory contract matters, and consultation with the client regarding same.

2.    Claims Administration (matter 00004)

        a.      This project category is for time spent for services related to addressing claims issues in the Debtor's case.

        b.      During the Application Period, the following DJP professional provided services to the estate in this project category:

| NAME (INITIALS) | TITLE/OFFICE | HOURLY RATE | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|---|
| Kenneth L. Cannon II (KLC) | Shareholder | $350 | 2.60 | $945.00 |
| Jessica G. Peterson (JGP) | Associate | $190 | 0.10 | $19.00 |
| TOTAL HOURS | | | 2.70 | $964.00 |

        c.      Services rendered in this project category during the Application Period included addressing disputes regarding claims, insider claims, and recharacterization of the Elliott Workgroup claim.

3.     DJP Fee and Employment Applications (matter 00005)

      a.     This project category is for time spent drafting and filing the

Debtors' application to employ DJP and interim fee requests authorized by the court.

      b.     During the Application Period, the following DJP professional

provided services to the estate in this project category:

| NAME (INITIALS) | TITLE/OFFICE | HOURLY RATE | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|---|
| Kenneth L. Cannon II (KLC) | Shareholder | $350 | 10.70 | $3,745.00 |
| TOTAL HOURS | | | 10.70 | $3,745.00 |

      c.     Services rendered in this project category during the Application

Period included preparation and review of DJP's second interim fee application, fee requests for

April, May, and June 2010, attending the hearing on the second interim fee application, and

preparation of a proposed order on the second interim fee application.

4.     Employment and Fee Applications Other than DJP (matter 00006)

      a.     This project category is for services in assisting non-bankruptcy

professionals and non-resident bankruptcy professionals in preparing employment applications

for approval by the Court and fee requests and fee applications.

      b.     During the Application Period, the following DJP professionals

provided services to the estate in this project category:

| NAME (INITIALS) | TITLE/OFFICE | HOURLY RATE | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|---|
| Kenneth L. Cannon II (KLC) | Shareholder | $350 | 14.30 | $5,005.00 |
| Steven J. McCardell (SJM) | Shareholder | $350 | 0.20 | $70.00 |
| Jessica G. Peterson (JGP) | Associate | $190 | 3.20 | $608.00 |
| TOTAL HOURS | | | 17.70 | $5,683.00 |

c.      During the Application Period, services in this category included assisting non-bankruptcy professionals with employment and fee applications and fee requests, reviewing fee applications, preparing a notice of hearing on fee applications and assisting in the preparation of orders on the second interim fee applications, and addressing co-manager issues.

5.      <u>Plan and Disclosure Statement (matter 00008)</u>

a.      This project category is for services relating to the plan of reorganization and disclosure statement.

b.      During the Application Period, the following DJP professionals provided services to the estate in this project category:

| NAME (INITIALS) | TITLE/OFFICE | HOURLY RATE | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|---|
| Kenneth L. Cannon II (KLC) | Shareholder | $350 | 136.80 | $47,880.00 |
| Steven J. McCardell (SJM) | Shareholder | $350 | 9.00 | $3,150.00 |
| N. Todd Leishman (NTL) | Shareholder | $315 | 3.90 | $1,228.50 |
| Jessica G. Peterson (JGP) | Associate | $190 | 0.90 | $171.00 |
| TOTAL HOURS | | | 150.60 | $52,429.50 |

c.      During the Application Period, services in this category included participating in negotiations with respect to alternative plan funders, assisting in the preparation and review of letter of intent and funding agreements with potential plan funders, preparing motions to continue the confirmation hearing and notices regarding continued confirmation hearing, consulting with co-counsel and other counsel regarding plan proposals and continued hearing dates, preparation and prosecution of a motion to extend exclusivity, addressing liquor license issues, discussions with counsel for creditors such as mechanic's lien claimants, attending hearings related to these matters, consulting with the client on plan issues, participating in responding to plan objections and preparation of confirmation memorandum, attending and

11

participating in the confirmation hearing, addressing final creditor issues, reviewing the proposed

confirmation order, and addressing priority claims to be paid under the plan.

      6.     Miscellaneous Contested Matters (matter 00009)

      a.     This project category is for services involving contested matters

and adversary proceedings not addressed elsewhere.

      b.     During the Application Period, the following DJP professionals

provided services to the estate in this project category:

| NAME (INITIALS) | TITLE/OFFICE | HOURLY RATE | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|---|
| Kenneth L. Cannon II (KLC) | Shareholder | $350 | 9.70 | $3,395.00 |
| Steven J. McCardell (SJM) | Shareholder | $350 | 1.80 | $630.00 |
| R. Stephen Marshall (RSM) | Shareholder | $325 | 0.20 | $65.00 |
| TOTAL HOURS | | | 10.10 | $4,090.00 |

      c.     During the Application Period, services in this category included

addressing issues related to the Debtors' motion for relief from a confidentiality agreement with

BayNorth to use certain documents in the breach of fiduciary duty adversary proceeding,

addressing filing motion and complaint under seal in light of confidentiality requirement, and

consulting with co-counsel and the client regarding the same.

      7.     Case Administration (matter 00010)

      a.     This project category is for services relating to measures involving

general matters in the Debtors' cases.

      b.     During the Application Period, the following DJP professional

provided services to the estate in this project category:

| NAME (INITIALS) | TITLE/OFFICE | HOURLY RATE | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|---|
| Kenneth L. Cannon II (KLC) | Shareholder | $350 | 1.60 | $560.00 |
| Steven J. McCardell (SJM) | Shareholder | $350 | 0.60 | $210.00 |
| TOTAL HOURS | | | 2.20 | $770.00 |

       c.       During the Application Period, services in this category included reviewing monthly operating reports and preparing the narratives for the same, addressing payroll issues, and consulting with the client regarding the same.

       8.       <u>Cash Collateral</u>

       a.       This project category is for services relating to measures relating to obtaining financing for the Debtor and its operations.

       b.       During the Application Period, the following DJP professional provided services to the estate in this project category:

| NAME (INITIALS) | TITLE/OFFICE | HOURLY RATE | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|---|
| Kenneth L. Cannon II (KLC) | Shareholder | $350 | 9.50 | $3,325.00 |
| Steven J. McCardell (SJM) | Shareholder | $350 | 0.70 | $245.00 |
| TOTAL HOURS | | | 10.20 | $3,570.00 |

       c.       During the Application Period, services in this category included addressing issues with Jacobsen on the cash collateral stipulation, reviewing termination of cash collateral by WestLB, discussions with co-counsel and with WestLB's counsel regarding cash collateral, reviewing and commenting on an agreement to extend cash collateral, and reviewing and consulting with the client on weekly transfer requests.

9. <u>BayNorth Litigation</u>

a. This project category is for services relating to measures relating to litigation brought by the Debtors against BayNorth Realty Fund VI, L.P. ("BayNorth"), a secured creditor of Mezzanine and Holding.

b. During the Application Period, the following DJP professional provided services to the estate in this project category:

| NAME (INITIALS) | TITLE/OFFICE | HOURLY RATE | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|---|
| Kenneth L. Cannon II (KLC) | Shareholder | $350 | 6.60 | $2,310.00 |
| TOTAL HOURS | | | 6.60 | $2,310.00 |

c. During the Application Period, services in this category included preparing and filing motions and orders on amending the scheduling order in adversary and reviewing correspondence regarding discovery and other issues in the adversary proceeding.

D. <u>Reimbursement of Expenses</u>

1. During the Application Period, DJP incurred actual and necessary expenses in the total amount of $3,419.69 in connection with the professional services rendered to the estates. A summary showing the break-down of total expenses by project category and by type of expense is set forth below:

14

| Expense Breakdown by Project | Total |
|---|---|
| Asset Analysis & Investigation | $20.92 |
| Claims Administration | $15.84 |
| Employ & Fee Apps. – Durham | $386.65 |
| Employ & Fee Apps. – Others | $96.57 |
| Plan and Disc. Statement | $2,631.87 |
| Misc. Contested Matters | $.0.60 |
| Case Administration | $257.24 |
| Cash Collateral | $4.48 |
| BayNorth Litigation | $5.52 |
| TOTAL | $3,419.69 |

| Expense Breakdown by Type | Total |
|---|---|
| Division of Corps | $19.00 |
| Filing Fees | $250.00 |
| Legal Research | $0.41 |
| Messenger Service | $14.00 |
| Pacer | $72.08 |
| Reproduction | $3,064.20 |
| TOTAL | $3,419.69 |

Details of the expenses incurred in each project category are included in the invoices attached as

Exhibit 3 hereto.  DJP does not currently charge its clients for long-distance telephone charges.

The only telephone charges are for the actual expense of conference calls made through an

outside service.  Inside copy charges are $.15 per page.  Outside copy charges are for the actual

amount charged to DJP by outside services.  Computerized legal research is billed to clients at

the actual amount charged to DJP for such services.  DJP keeps in its files appropriate detail,

including receipts, invoices, reimbursement vouchers, and other supporting information

concerning the expenses incurred in this representation, and that information is available for

review upon request.

2.      The expenses incurred by DJP for which reimbursement in this

Application is sought are consistent with the U.S. Trustee Guidelines and the rules and orders

applicable in this case.

E.      Billing Discretion

1.      DJP seeks to have its fees and expenses allowed in the full amount set

forth in this Application.

2.      DJP has used its billing discretion and has, where appropriate, voluntarily

reduced its fees and expenses consistent with the U.S. Trustee Guidelines and the prior practice

of this Court.

IV.    FINAL APPLICATION

1.      The detailed time reports for the Third Application Period are attached to

this Final Application as Exhibit C.

2.      DJP's detailed time reports for the period September 14, 2009, through

December 31, 2009, which is the period of the First Application, are attached as Exhibit C to the

First Application.  DJP's detailed time reports for the period January 1, 2010, through April 30,

2010, which is the period of the Second Application, are attached as Exhibit C to the Second

Application.

V.      APPLICABLE STANDARDS FOR DJP'S REQUEST FOR FINAL COMPENSATION

A.      Legal Standards

1.      Pursuant to Bankruptcy Code § 330(a)(1), the Court may award to

professionals employed pursuant to § 327:

16

> (A)  reasonable compensation for actual, necessary services rendered by the . . . professional person, or attorney and by any paraprofessional person employed by any such person; and

> (B)  reimbursement for actual, necessary expenses.

11 U.S.C. § 330(a)(1).  In determining the amount of reasonable compensation to be awarded, this Court is to consider the nature, extent, and value of the services by taking into account all relevant factors,  including:

> (A)  the time spent on such services;

> (B)   the rates charged for such services;

> (C)  whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;

> (D)  whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue or task addressed;

> (E)  with respect to a professional person, whether the person  . . . has demonstrated skill and experience in the bankruptcy field; and

> (F)  whether the compensation is reasonable based upon the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

2.    Section 330 also provides that courts are not to allow compensation for "unnecessary duplication of services" or "services that were not reasonably likely to benefit the debtor's estate; or necessary to the administration of the case."  11 U.S.C. § 330(a)(4)(A).

3.    DJP is seeking compensation for approximately 1122.40 hours of services by its professionals and paraprofessionals in connection with its representation of the Debtors during the Entire Case Period.  Professional services rendered by DJP during this case have been itemized by each professional by matter, with that professional's billing rate, number of hours,

and total compensation requested.  DJP is uniquely qualified to provide the services it has

performed in the Debtors' cases.  The attorneys who have participated in DJP;s representation of

the Debtors have the experience and expertise necessary to provide the high level of services

expected in cases like the Debtors'.   DJP reasonably expended this time in order to adequately

represent and protect the interests of the Debtors and their estates in these cases.

4.      The hourly rate of each professional who rendered services in connection

with the cases during each application period is set forth in each of the fee applications.  DJP

believes that the hourly rates charged for its attorneys and paraprofessionals are reasonable and

competitive with the hourly rates charged by law firms of comparable size and quality that have

similar expertise and experience level as DJP.

5.      DJP asserts that, based upon the factors to be considered pursuant to

section 330 of the Bankruptcy Code, the quality of the services provided, and the results that

have been achieved to date, allowance of the amounts requested is justified.

6.      DJP has been careful to work closely with Crowell & Moring, its co-

counsel, to avoid unnecessary duplication.

7.      The services rendered by DJP were necessary and beneficial to the Debtors

and their estate, given, among other things, the threat of foreclosure by BayNorth on its

mezzanine loan prior to the commencement of the case.   As a result of DJP's efforts, with other

estate professionals, this Court confirmed a plan of reorganization proposed jointly with WestLB,

which provides for the continued operations of Partners', continued employment of over 80

employees, up to a 100% recovery to general unsecured creditors over time, payment of an

agreed amount to Jacobsen and its subcontractors, and satisfaction and clearance of all liens

18

against Partners' property and the homeowners, which permits the opportunity, going forward, of selling fractional units, renewing confidence of existing homeowners, and of the project contributing to the essence of Old Town Park City.

8.     DJP submits that, based upon the factors to be considered pursuant to section 330 of the Bankruptcy Code, the quality of the services provided, and the results that have been achieved more than justify allowance of the amounts requested.  The services of DJP have resulted in significant benefit to Partners and its creditors.

WHEREFORE, DJP prays:

1.     That interim compensation and reimbursement be awarded to DJP in the total amount of $77,347.69 which includes $73,928.00 for professional services rendered and $3,419.69 for expenses incurred during the Application Period;

2.     That such amounts be allowed as priority administrative expenses of the estate in Chapter 11 pursuant to 11 U.S.C. §§ 503(b)(2) and 507(a)(1);

3.     That DJP retain amounts paid to it pursuant to the interim requests;

4.     That the Debtors be authorized, pursuant to 11 U.S.C. §§ 330 and 331, to pay such further allowed amounts from the estates as set forth herein.

DATED this 15th day of July, 2010.

DURHAM JONES & PINEGAR

By: /s/ Kenneth L. Cannon II _____
   Kenneth L. Cannon II
   Steven J. McCardell
   111 East Broadway, Suite 900
   Salt Lake City, UT 84111
   Telephone: (801) 415-3000
   Facsimile: (801) 415-3500

Co-Counsel for the Debtors and Debtors
   in Possession

# EXHIBIT 1

SLC_634531.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| EASY STREET HOLDING, LLC, *et al.*, | ) | Bankruptcy Case No. 09-29905 |
| | ) | Jointly Administered with Cases |
| Debtors. | ) | 09-29907 and 09-29908 |
| | ) | |
| Address:  201 Heber Avenue | ) | Chapter 11 |
|           Park City, UT 84060 | ) | |
| | ) | Honorable R. Kimball Mosier |
| Tax ID Numbers: | ) | |
| 35-2183713 (Easy Street Holding, LLC), | ) | |
| 20-4502979 (Easy Street Partners, LLC), and | ) | **[FILED ELECTRONICALLY]** |
| 84-1685764 (Easy Street Mezzanine, LLC) | ) | |

## SUMMARY REQUIRED BY UNITED STATES TRUSTEE GUIDELINES

| | | |
|---|---|---|
| Fees Previously Requested: | $293,229.00 | NAME OF APPLICANT: |
| Fees Previously Paid: | $191,000.07 | Durham, Jones & Pinegar |
| | | |
| Expenses Previously Requested: | $18,997.01 | ROLE IN THE CASE: |
| Expenses Previously Paid: | $18,997.01 | Co-Counsel for Debtor in Possession |
| | | |
| Retainer Paid: | $25,177.50 | CURRENT APPLICATION: |

| | |
|---|---|
| Fee Requested | $73,928.00 |
| Expenses Requested | $3,419.69 |

SLC_634531

| NAME OF PROFESSIONAL/ PARALEGAL | YEAR ADMITTED TO PRACTICE | HOURS BILLED CURRENT APPLICATION | RATE | TOTAL FOR APPLICATION |
|---|---|---|---|---|
| **SHAREHOLDERS** | | | | |
| Kenneth L. Cannon II | 1982 | 192.50 | $350 | $67,410.00 |
| Steven J. McCardell | 1981 | 12.30 | $350 | $4,305.00 |
| R. Stephen Marshall | 1980 | 0.20 | $325 | $65.00 |
| N. Todd Leishman | | 3.90 | $315 | $1,228.50 |
| **ASSOCIATES** | | | | |
| Jessica G. Peterson | 2006 | 4.20 | $190 | $798.00 |
| **PARAPROFESSIONALS** | | | | |
| Helen Doherty | | 0.90 | $135 | $121.50 |
| TOTAL | | 214.00 | | $73,928.00 |

# EXHIBIT 2

## SHAREHOLDERS

**KENNETH L. CANNON II** is a shareholder in DJP in the firm's bankruptcy and creditors' rights practice. Mr. Cannon is primarily engaged in reorganization, bankruptcy, and commercial law matters. In the corporate reorganization and bankruptcy areas, he has represented trustees, debtors, secured and unsecured creditors, and creditors' committees in all facets of Chapter 11 cases. In the commercial area, Mr. Cannon has substantial experience in out-of-bankruptcy workouts, bankruptcy planning, secured transactions, and litigation. A significant portion of his practice involves rendering bankruptcy opinions in complex financial transactions.

Previously, Mr. Cannon practiced at a large national law firm for twenty years. He received his bachelor's degree in history summa cum laude from Brigham Young University in 1978 and was the valedictorian of his class. While an undergraduate, he was a Hinckley Scholar and the recipient of numerous scholastic awards. Mr. Cannon received both his J.D. and his M.A. in American history from Brigham Young University in 1982. He graduated cum laude from law school and is a member of the Order of the Coif and a J. Reuben Clark Scholar. Mr. Cannon was admitted to the practice of law in Utah in 1982, in the District of Columbia in 1993, and in New York in 1994 and is admitted to a number of federal courts of appeal. He served as a Fulbright Scholar during 1985 at Helsinki University in Finland where he conducted research in comparative insolvency law and administrative law. He formerly served on the Advisory Board of the Rocky Mountain Region of the American Bankruptcy Institute and was an adjunct faculty member at J. Reuben Clark Law School, teaching the debtor-creditor class and a Chapter 11 seminar. Mr. Cannon publishes and lectures widely on bankruptcy topics.

**STEVEN J. McCARDELL** is a shareholder in DJP. Previously, he was a partner in a large national firm. Mr. McCardell also served as a judicial law clerk to two federal bankruptcy judges before entering private practice. He received his bachelor's degree *summa cum laude* from Brigham Young University in 1978. Mr. McCardell received his law degree *cum laude* from Brigham Young University in 1981. Mr. McCardell was admitted to the practice of law in Utah in 1981, is admitted practice (and has argued) before the United States Supreme Court and is also admitted to a number of federal courts of appeal. He is a Fellow in the American College of Bankruptcy and formerly was an adjunct faculty member on bankruptcy law at Brigham Young University and the University of Utah law schools. He is also a prominent speaker at seminars on bankruptcy topics.

Mr. McCardell is primarily engaged in reorganization, bankruptcy, and commercial litigation matters. In the corporate reorganization and bankruptcy areas, he has represented secured and unsecured creditors, creditors' committees, debtors, trustees, and other parties in interest in many significant Chapter 11 cases. Mr. McCardell is a prominent appellate advocate and has successfully argued appeals before courts of appeals and the United States Supreme Court. Mr. McCardell also has represented parties in out-of-bankruptcy workouts and substantial commercial litigation matters.

**R. STEPHEN MARSHALL** is a shareholder in DJP and is the section head of the litigation section of the firm.  Mr. Marshall specializes in commercial litigation and appellate practice.  He received his B.A. from the University of Utah in history *magna cum laude* in 1977.  He received his law degree from the University of Utah College of Law in 1980, where he was on the board of editors of the law review.  He is admitted to practice in Utah, all federal courts in Utah, to the United States Court of Appeals for the Tenth Circuit, and to the United States Supreme Court.

**N. TODD LEISHMAN** is a shareholder in DJP.  He obtained his J.D. degree from the University of Utah, S.J. Quinney College of Law in 1991.  He was admitted to the Utah Bar in 1992.  His practice concentrates on corporate and business law with special emphasis on mergers and acquisitions, corporate finance, including venture capital and other early-stage financing, corporate governance, and securities compliance.  He frequently works closely with the firm's litigation group in handling disputes regarding ownership and control of closely held entities.  He also frequently negotiates and drafts complex commercial contracts, including manufacturing, licensing, and distribution agreements.

## ASSOCIATES

**JESSICA G. PETERSON** is an associate with DJP.  Ms. Peterson's practice areas are bankruptcy and creditors' rights, employment, education law, and litigation.  Ms. Peterson is admitted to the Utah State Bar and the United States Federal District Court for the District of Utah.  She served as a law clerk to the Hon. Christine Durham, Chief Justice of the Utah Supreme Court.  Jessica received her J.D. degree from the S.J. Quinney College of Law, University of Utah in 2006, with honors, where she served as an editor on the Utah Law Review and was a Traynor Moot Court Semi-Finalist.  Ms. Peterson also received her M.B.A. (2006) and her H.B.S. (2003), magna cum laude, from the University of Utah.

## PARAPROFESSIONALS

**HELEN M. DOHERTY** is a paralegal with DJP.  Education: Salt Lake Community College (A.S., Accounting, 1996); University of Utah (B.S., Economics, 1999).  Experience: M.D., Inc. 1994-1997 (Controller); Mr. DryCleaners, Inc. 1997-Present (President); McDowell & Gillman, P.C. 2000-2005 (Legal Administrator); Durham Jones & Pinegar 2006 – present

# EXHIBIT 3

SLC_634531

# MAY 2010

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

June 10, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

---

## Invoice Summary

Client #:      26481      Easy Street
Matter #:          1      Asset Analysis & Investigation
Invoice No.          205380

For professional services rendered and costs advanced through May 31, 2010:

| | |
|---|---|
| Total Fees | $ 121.50 |
| Total Expenses | $ 19.00 |
| **Total of This Invoice** | **$ 140.50** |

*1*

Durham Jones & Pinegar. P.C.

Client #:      26481    Easy Street
Matter #:        1      Asset Analysis & Investigation
Invoice #:            205380

## Detail of Professional Fees

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|--------------------------------|-------|--------|
| 5/12/10 | HDO | UCC searches | .40 | 54.00 |
| 5/25/10 | HDO | Business entity searches and search for images regarding Cloudnine | .50 | 67.50 |
| | | Total Fees: | | $ 121.50 |

## Time Summary

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Doherty, Helen | .90 | 135.00 | 121.50 |

## Detail of Client Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 5/12/10 | Division of Corporations UCC Images | 18.00 |
| 5/25/10 | Division of Corporations Search for Images | 1.00 |
| | Total Expenses: | $ 19.00 |

*2*

Durham Jones & Pinegar. P.C.

Client #:       26481      Easy Street
Matter #:           1      Asset Analysis & Investigation
Invoice #:              205380

June 10, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

---

## Remittance Advice

*To insure proper credit to your account, please return this remittance with your payment.*

Client #:       26481      Easy Street
Matter #:           1      Asset Analysis & Investigation
Invoice No.             205380
Billing Attorney:      KLC

Current Invoice                        $ 140.50

Terms: Total Balance Is Due Upon Receipt

3

**D U R H A M**

**J O N E S &**

**P I N E G A R**

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

June 10, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

**Invoice Summary**

Client #:     26481     Easy Street
Matter #:         4     Claims Administration
Invoice No.          205381

For professional services rendered and costs advanced through May 31, 2010:

| | |
|---|---|
| Total Fees | $ 525.00 |
| Total Expenses | $ 15.84 |
| **Total of This Invoice** | **$ 540.84** |

*1*

Durham Jones & Pinegar. P.C.

| | | |
|---|---|---|
| Client #: | 26481 | Easy Street |
| Matter #: | 4 | Claims Administration |
| Invoice #: | 205381 | |

## Detail of Professional Fees

| Date | Atty | Description of Services Rendered | Hours | Amount |
|---|---|---|---|---|
| 5/04/10 | KLC | Telephone conference from creditor regarding claim | .30 | 105.00 |
| 5/05/10 | KLC | Reviewing proposed order on Gateway claim' | .30 | 105.00 |
| 5/05/10 | KLC | Telephone conference from Corbin Gordon regarding order on Gateway claim | .20 | 70.00 |
| 5/11/10 | KLC | Telephone conference from Bill Shoaf regarding claim issue | .20 | 70.00 |
| 5/11/10 | KLC | Telephone conference to Jennifer at Ameritone regarding claim issue | .20 | 70.00 |
| 5/19/10 | KLC | Telephone conference from Bill Shoaf regarding lease claim issues | .30 | 105.00 |

Total Fees:    $ 525.00

## Time Summary

| Name | Hours | Rate | Total |
|---|---|---|---|
| Cannon, Ken | 1.50 | 350.00 | 525.00 |

## Detail of Client Expenses

| Date | Description | Amount |
|---|---|---|
| 4/30/10 | Online research/Pacer | 15.84 |

Total Expenses:    $ 15.84

June 10, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT 84068

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

**Remittance Advice**
*To insure proper credit to your account, please return this remittance with your payment.*

Client #:       26481      Easy Street
Matter #:            4      Claims Administration
Invoice No.              205381
Billing Attorney:       KLC

       Current Invoice                          $ 540.84

*Terms: Total Balance Is Due Upon Receipt*

3

```
DURHAM

JONES &

PINEGAR
```

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djpiaw.com
F.E.I. # 87-0399832

June 10, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

---

**Invoice Summary**

Client #:     26481     Easy Street
Matter #:         5     Employ & Fee Apps - Durham
Invoice No.            205382

For professional services rendered and costs advanced through May 31, 2010:

|  |  |
|---|---|
| Total Fees | $ 1,995.00 |
| Total Expenses | $ 73.50 |
| **Total of This Invoice** | **$ 2,068.50** |

*1*

Durham Jones & Pinegar. P.C.

Client #:      26481      Easy Street
Matter #:          5      Employ & Fee Apps - Durham
Invoice #:            205382

## Detail of Professional Fees

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|--------------------------------|-------|--------|
| 5/14/10 | KLC | Reviewing April detailed billing reports | .70 | 245.00 |
| 5/17/10 | KLC | Drafting second interim fee application | 1.20 | 420.00 |
| 5/19/10 | KLC | Reviewing, revising sixth fee requests | .40 | 140.00 |
| 5/19/10 | KLC | Revising draft fee application | .50 | 175.00 |
| 5/20/10 | KLC | Drafting second interim fee application | 2.10 | 735.00 |
| 5/21/10 | KLC | Finalizing fee application | .80 | 280.00 |

Total Fees:      $ 1,995.00

## Time Summary

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Cannon, Ken | 5.70 | 350.00 | 1,995.00 |

## Detail of Client Expenses

| Date | Description | Amount |
|------|-------------|--------|
| | Copy Charge | 73.50 |

Total Expenses:      $ 73.50

*2*

Durham Jones & Pinegar. P.C.

Client #:      26481      Easy Street
Matter #:          5      Employ & Fee Apps - Durham
Invoice #:             205382

June 10, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

---

## Remittance Advice

*To insure proper credit to your account, please return this remittance with your payment.*

Client #:      26481      Easy Street
Matter #:          5      Employ & Fee Apps - Durham
Invoice No.               205382
Billing Attorney:         KLC

Current Invoice                      $ 2,068.50

*Terms: Total Balance Is Due Upon Receipt ·*

3

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

June 10, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

---

**Invoice Summary**

Client #:   26481   Easy Street
Matter #:        6   Employ & Fee Apps - Others
Invoice No.        205383

For professional services rendered and costs advanced through May 31, 2010:

| | |
|---|---|
| Total Fees | $ 2,533.00 |
| Total Expenses | $ 89.29 |
| **Total of This Invoice** | **$ 2,622.29** |

*1*

Durham Jones & Pinegar. P.C.

Client #:     26481     Easy Street
Matter #:       6      Employ & Fee Apps - Others
Invoice #:        205383

## Detail of Professional Fees

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|--------------------------------|-------|--------|
| 5/03/10 | KLC | Emails to, from Joe Wrona regarding objection to his fees | .30 | 105.00 |
| 5/03/10 | KLC | Emails to, from Corbin Gordon regarding fee issues | .30 | 105.00 |
| 5/03/10 | KLC | Telephone conference from Corbin Gordon regarding fee issues | .20 | 70.00 |
| 5/07/10 | KLC | Addressing fees of Paul Throndsen - reviewing invoices, emails, etc. | .40 | 140.00 |
| 5/12/10 | KLC | Reviewing Corbin Gordon fee request, fee application | .50 | 175.00 |
| 5/12/10 | KLC | Telephone conference from Corbin Gordon regarding fee request, fee application | .30 | 105.00 |
| 5/17/10 | KLC | Drafting second interim fee application for AGI, the appraiser | 1.10 | 385.00 |
| 5/17/10 | KLC | Emails regarding fees of appraiser | .30 | 105.00 |
| 5/19/10 | KLC | Reviewing final form of AGI fee application | .50 | 175.00 |
| 5/20/10 | KLC | Telephone conference from Lon Jenkins regarding fee applications | .20 | 70.00 |
| 5/20/10 | KLC | Telephone conference from Michael Blumenthal regarding fee requests | .30 | 105.00 |
| 5/20/10 | KLC | Reviewing Jones Waldo's fee request | .30 | 105.00 |
| 5/25/10 | KLC | Reviewing interim fee procedures order | .50 | 175.00 |
| 5/25/10 | KLC | Email to client regarding interim fee procedures | .30 | 105.00 |
| 5/28/10 | JGP | Conference with Steven Eichel regarding fee application for Crowell & Moring. | .50 | 95.00 |
| 5/28/10 | JGP | Conference with Ken Cannon regarding fee application for Crowell & Moring. | .20 | 38.00 |
| 5/28/10 | JGP | Review the docket to determine formatting and noticing fee applications. | 1.30 | 247.00 |
| 5/28/10 | JGP | Edit Crowell & Moring's fee application. | 1.20 | 228.00 |

Total Fees:     $ 2,533.00

## Time Summary

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Cannon, Ken | 5.50 | 350.00 | 1,925.00 |
| Peterson, Jessica | 3.20 | 190.00 | 608.00 |

## Detail of Client Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 4/30/10 | Online research/Pacer | .64 |
| | Copy Charge | 88.65 |
| | Total Expenses: | $ 89.29 |

*2*

Durham Jones & Pinegar. P.C.

Client #:      26481      Easy Street
Matter #:          6      Employ & Fee Apps - Others
Invoice #:              205383

June 10, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

---

**Remittance Advice**

*To insure proper credit to your account, please return this remittance with your payment.*

Client #:      26481      Easy Street
Matter #:          6      Employ & Fee Apps - Others
Invoice No.              205383
Billing Attorney:      KLC

Current Invoice                    $ 2,622.29

*Terms: Total Balance Is Due Upon Receipt*

3

D U R H A M

J O N E S &

P I N E G A R

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

June 10, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

---

**Invoice Summary**

Client #:     26481     Easy Street
Matter #:          8     Plan and Disc. Statement
Invoice No.          205384

For professional services rendered and costs advanced through May 31, 2010:

| | |
|---|---|
| Total Fees | $ 18,900.00 |
| Total Expenses | $ 479.88 |
| **Total of This Invoice** | **$ 19,379.88** |

*1*

Durham Jones & Pinegar. P.C.

Client #:   26481   Easy Street
Matter #:      8   Plan and Disc. Statement
Invoice #:      205384

## Detail of Professional Fees

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|--------------------------------|-------|--------|
| 5/03/10 | KLC | Telephone conference from Michael Blumenthal regarding plan issues | .30 | 105.00 |
| 5/03/10 | KLC | Reviewing email correspondence regarding negotiations with potential plan funders | .50 | 175.00 |
| 5/03/10 | KLC | Telephone conference from Bill Shoaf regarding issues with respect to plan funders | .30 | 105.00 |
| 5/03/10 | KLC | Telephone conference from Michael Blumenthal regarding status of negotiations with plan funder | .30 | 105.00 |
| 5/03/10 | KLC | Telephone conference to Paul Throndsen regarding follow up issues | .20 | 70.00 |
| 5/04/10 | KLC | Telephone conference with Michael Blumenthal, Bruce Zabarauskas, and Paul Throndsen regarding appraisal issues | 1.00 | 350.00 |
| 5/04/10 | KLC | Telephone conference from Steve Eichel regarding developments on plan funders | .20 | 70.00 |
| 5/04/10 | KLC | Telephone conference to Mike Johnson regarding Jacobsen, cash collateral issues | .30 | 105.00 |
| 5/04/10 | KLC | Telephone conference from Michael Blumenthal regarding timing issues with respect to the plan | .30 | 105.00 |
| 5/04/10 | KLC | Telephone conference to scheduling clerk regarding possible hearing dates for continued confirmation hearing | .20 | 70.00 |
| 5/04/10 | KLC | Reviewing emails, draft employment agreement, letter of intent from potential plan funders | .50 | 175.00 |
| 5/05/10 | KLC | Telephone conference from Michael Blumenthal regarding proposed letter of intent and employment agreement issues | .20 | 70.00 |
| 5/05/10 | KLC | Reviewing draft letter of intent, proposed changes | .70 | 245.00 |
| 5/05/10 | KLC | Reviewing email on letter of intent | .20 | 70.00 |
| 5/05/10 | KLC | Reviewing draft employment agreement with Shoaf | .40 | 140.00 |
| 5/05/10 | KLC | Telephone conference from Michael Blumenthal regarding going forward with signed letter of intent | .30 | 105.00 |
| 5/05/10 | KLC | Outlining issues for revising plan | .50 | 175.00 |
| 5/05/10 | KLC | Telephone conference to Lon Jenkins regarding plan issues, professional issues | .30 | 105.00 |
| 5/06/10 | KLC | Conference call with Bill Shoaf, Michael Blumenthal, David Leta, Ed Bailey, and Rob Platek | 1.00 | 350.00 |
| 5/06/10 | KLC | Telephone conference with Bill Shoaf, Philo Smith, and Michael Blumenthal regarding plan issues | .30 | 105.00 |
| 5/06/10 | KLC | Telephone conference from Michael Blumenthal regarding plan update | .30 | 105.00 |
| 5/06/10 | KLC | Drafting motion to continue confirmation process | .70 | 245.00 |

*2*

Durham Jones & Pinegar. P.C.

Client #:      26481      Easy Street
Matter #:         8      Plan and Disc. Statement
Invoice #:      205384

| Date | Atty | Description of Services Rendered | Hours | Amount |
|---|---|---|---|---|
| 5/06/10 | KLC | Reviewing email correspondence with committee | .30 | 105.00 |
| 5/07/10 | KLC | Conf. call with plan funder, debtor, Michael Blumenthal, WestLB and attorneys for all | 1.50 | 525.00 |
| 5/07/10 | KLC | Telephone conference among Bill Shoaf, Philo Smith, BDRC representatives, and Michael Blumenthal | .40 | 140.00 |
| 5/07/10 | KLC | Follow on telephone conference with plan funder, debtor, WestLB, and attorneys regarding plan issues | .30 | 105.00 |
| 5/07/10 | KLC | Telephone conference from Lon Jenkins regarding exclusivity | .30 | 105.00 |
| 5/07/10 | KLC | Telephone conference from Michael Blumenthal regarding plan issues | .20 | 70.00 |
| 5/07/10 | KLC | Telephone conference from Michael Blumenthal regarding conference call Monday with WestLB and plan funder | .30 | 105.00 |
| 5/07/10 | KLC | Drafting motion on confirmation timetable | .60 | 210.00 |
| 5/10/10 | KLC | Conference call with plan funder and WestLB | 1.00 | 350.00 |
| 5/10/10 | KLC | Telephone conference from Michael Blumenthal regarding plan issues | .30 | 105.00 |
| 5/10/10 | KLC | Telephone conference from Michael Blumenthal regarding motion to continue confirmation dates | .20 | 70.00 |
| 5/10/10 | KLC | Telephone conference to scheduling clerk regarding hearing dates for confirmation | .20 | 70.00 |
| 5/10/10 | KLC | Telephone conference from Steve Eichel regarding exclusivity | .20 | 70.00 |
| 5/10/10 | KLC | Reviewing objections to proposed extension of exclusivity | .50 | 175.00 |
| 5/11/10 | KLC | Drafting motion to continue confirmation process | 1.40 | 490.00 |
| 5/11/10 | KLC | Drafting order on motion to continue confirmation timeline | .40 | 140.00 |
| 5/11/10 | KLC | Telephone conference from Annette Jarvis regarding motion to continue confirmation timeline | .20 | 70.00 |
| 5/11/10 | KLC | Telephone conference from Michael Blumenthal regarding plan funder issues | .20 | 70.00 |
| 5/11/10 | KLC | Reviewing revised plan funding agreement | .80 | 280.00 |
| 5/11/10 | KLC | Telephone conference from Steven Eichel regarding reply on exclusivity issues | .20 | 70.00 |
| 5/11/10 | KLC | Telephone conference from Michael Blumenthal and Steve Eichel regarding plan funding issues | .30 | 105.00 |
| 5/11/10 | KLC | Reviewing draft reply on exclusivity | .50 | 175.00 |
| 5/11/10 | KLC | Reviewing WestLB issues | .30 | 105.00 |
| 5/11/10 | KLC | Reviewing debtor's cash flow projections | .40 | 140.00 |
| 5/12/10 | KLC | Preparation for chambers meeting regarding continuance of the confirmation timeline | .50 | 175.00 |
| 5/12/10 | KLC | Telephone conference to Lon Jenkins regarding exclusivity issues | .30 | 105.00 |
| 5/12/10 | KLC | Telephone conference from Steve Eichel regarding plan funding agreement issues | .20 | 70.00 |

3

Durham Jones & Pinegar. P.C.

Client #:    26481    Easy Street
Matter #:    8    Plan and Disc. Statement
Invoice #:    205384

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|----------------------------------|-------|--------|
| 5/12/10 | KLC | Reviewing proposed changes to plan funding agreement | .50 | 175.00 |
| 5/12/10 | KLC | Telephone conference to Michael Blumenthal regarding status of plan funding agreement | .20 | 70.00 |
| 5/12/10 | KLC | Drafting notice of continued plan timeline | .70 | 245.00 |
| 5/13/10 | KLC | Telephone conference from Michael Blumenthal regarding plan funding agreement | .30 | 105.00 |
| 5/13/10 | KLC | Telephone conference to David Leta with Michael Blumenthal regarding status of plan funding agreement | .20 | 70.00 |
| 5/13/10 | KLC | Telephone conference to David Leta regarding plan funding agreement | .20 | 70.00 |
| 5/13/10 | KLC | Reviewing new draft of plan funding agreement | .50 | 175.00 |
| 5/13/10 | KLC | Reviewing formation documents related to Sky Lodge Holdings | .30 | 105.00 |
| 5/13/10 | KLC | Reviewing escrow instructions, telephone conference with Steve Eichel regarding same | .50 | 175.00 |
| 5/13/10 | KLC | Finalizing notice of continued confirmation hearing, other deadlines | .30 | 105.00 |
| 5/13/10 | KLC | Email correspondence regarding progress of plan funding agreement | .30 | 105.00 |
| 5/13/10 | KLC | Telephone conference to Michael Blumenthal regarding providing WestLB and committee with plan funding agreement | .20 | 70.00 |
| 5/13/10 | KLC | Emails regarding plan funding agreement, escrow agreement | .30 | 105.00 |
| 5/13/10 | KLC | Telephone conference to Bill Shoaf regarding signing plan funding agreement | .20 | 70.00 |
| 5/13/10 | KLC | Preparing for hearing on motion to extend exclusivity | .50 | 175.00 |
| 5/13/10 | KLC | Outlining argument, possible testimony for hearing on motion to extend exclusivity | 1.50 | 525.00 |
| 5/14/10 | KLC | Final preparation for hearing on motion to extend exclusivity | 1.80 | 630.00 |
| 5/14/10 | KLC | Telephone conference to Michael Blumenthal regarding hearing on motion to extend exclusivity | .20 | 70.00 |
| 5/14/10 | KLC | Conf. with Bill Shoaf in preparation for hearing on motion to extend exclusivity | .20 | 70.00 |
| 5/14/10 | KLC | Attending hearing on motion to extend exclusivity | 1.20 | 420.00 |
| 5/14/10 | KLC | Meeting with Bill Shoaf, Ed Bailey, and David Leta regarding plan issues | .30 | 105.00 |
| 5/14/10 | KLC | Reviewing, responding to emails from WestLB regarding discovery, confidentiality, copy of plan | .40 | 140.00 |
| 5/14/10 | KLC | Telephone conference from Michael Blumenthal regarding plan issues | .20 | 70.00 |
| 5/14/10 | KLC | Telephone conference from David Leta regarding discovery requests | .30 | 105.00 |
| 5/14/10 | KLC | Conf .with Steve McCardell regarding plan issues | .20 | 70.00 |
| 5/17/10 | KLC | Reviewing email correspondence regarding plan issues | .50 | 175.00 |
| 5/17/10 | KLC | Telephone conference to Michael Blumenthal regarding plan negotiations | .20 | 70.00 |

*4*

Durham Jones & Pinegar. P.C.

Client #:    26481    Easy Street
Matter #:      8     Plan and Disc. Statement
Invoice #:         205384

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|----------------------------------|-------|--------|
| 5/17/10 | KLC | Drafting order on extension of exclusive period to confirm plan | .60 | 210.00 |
| 5/17/10 | KLC | Reviewing emails regarding discovery on plan issues | .40 | 140.00 |
| 5/18/10 | KLC | Reviewing email from Richard Havel regarding WestLB counter offer | .50 | 175.00 |
| 5/18/10 | KLC | Telephone conference to Michael Blumenthal regarding WestLB counter offer | .30 | 105.00 |
| 5/18/10 | KLC | Conf. with Steve McCardell regarding WestLB counteroffer | .30 | 105.00 |
| 5/18/10 | KLC | Emails from, to Mike Johnson regarding status | .20 | 70.00 |
| 5/19/10 | KLC | Reviewing emails regarding responses to WestLB counteroffer | .40 | 140.00 |
| 5/19/10 | KLC | Reviewing, marking changes to draft response from plan funder to WestLB | .40 | 140.00 |
| 5/19/10 | KLC | Email to David Leta regarding missing words, typographical errors in response | .20 | 70.00 |
| 5/19/10 | KLC | Conf. call with Bill Shoaf, Michael Blumenthal, BDRC representatives regarding WestLB issues | 1.30 | 455.00 |
| 5/19/10 | KLC | Telephone conference from Michael Blumenthal regarding plan issues | .30 | 105.00 |
| 5/20/10 | KLC | Addressing response of WestLB to Vision proposal | .40 | 140.00 |
| 5/20/10 | KLC | Telephone conference from Michael Blumenthal regarding status of plan negotiations | .30 | 105.00 |
| 5/21/10 | KLC | Telephone conference from Michael Blumenthal regarding developments in matter | .30 | 105.00 |
| 5/21/10 | KLC | Telephone conference from Annette Jarvis regarding discovery issues | .20 | 70.00 |
| 5/21/10 | KLC | Email to Michael Blumenthal regarding plan issues | .20 | 70.00 |
| 5/21/10 | KLC | Telephone conference from Annette Jarvis regarding liquor license used by the debtor | .20 | 70.00 |
| 5/21/10 | KLC | Telephone conference to Steve Eichel regarding liquor license issues | .20 | 70.00 |
| 5/21/10 | KLC | Reviewing docket regarding entry of orders relating to plan confirmation timeline | .20 | 70.00 |
| 5/24/10 | KLC | Reviewing WestLB draft plan | 1.80 | 630.00 |
| 5/24/10 | KLC | Telephone conference from Bill Shoaf regarding plan issues | .20 | 70.00 |
| 5/24/10 | KLC | Telephone conference with Bill Shoaf and Michael Blumenthal regarding plan issues | .40 | 140.00 |
| 5/24/10 | KLC | Research on liquor licenses in Utah | 1.30 | 455.00 |
| 5/24/10 | KLC | Telephone conference from Michael Blumenthal regarding negotiations with WestLB over plan | .30 | 105.00 |
| 5/24/10 | KLC | Email to Lon Jenkins regarding funding agreement | .20 | 70.00 |
| 5/24/10 | KLC | Email to Annette Jarvis regarding liquor license issues | .30 | 105.00 |
| 5/25/10 | KLC | Reviewing new draft of potential joint plan between Partners and WestLB | .80 | 280.00 |

5

Durham Jones & Pinegar. P.C.

Client #:      26481    Easy Street
Matter #:         8     Plan and Disc. Statement
Invoice #:            205384

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|----------------------------------|-------|--------|
| 5/25/10 | KLC | Telephone conference from Annette Jarvis regarding liquor licenses | .20 | 70.00 |
| 5/25/10 | KLC | Reviewing research on liquor licenses | .50 | 175.00 |
| 5/25/10 | KLC | Emails to, from Ben Kotter regarding discovery issues in plan | .30 | 105.00 |
| 5/25/10 | KLC | Reviewing, revising Jacobsen's proposed revisions to Jacobsen treatment, email to Rich Havel and Annette Jarvis regarding same | .60 | 210.00 |
| 5/25/10 | KLC | Telephone conference from Steven Eichel regarding plan issues | .20 | 70.00 |
| 5/26/10 | KLC | Telephone conference with Michael Blumenthal, Rich Havel, and Annette Jarvis regarding plan | .30 | 105.00 |
| 5/26/10 | KLC | Reviewing termination notice from Sky Lodge Holdings on plan funding agreement | .20 | 70.00 |
| 5/26/10 | KLC | Telephone conference from Michael Blumenthal regarding timeline, confirmation issues | .30 | 105.00 |
| 5/26/10 | KLC | Telephone conference from Bill Shoaf regarding liquor license, plan funding issues | .30 | 105.00 |
| 5/26/10 | KLC | Email to Annette Jarvis regarding liquor licenses | .20 | 70.00 |
| 5/26/10 | KLC | Emails regarding continued dates in the confirmation process | .30 | 105.00 |
| 5/26/10 | KLC | Drafting motion to reset dates related to confirmation of a plan | .80 | 280.00 |
| 5/26/10 | KLC | Telephone conference from Lon Jenkins regarding plan developments | .30 | 105.00 |
| 5/26/10 | KLC | Telephone conference to Mike Johnson regarding plan developments | .20 | 70.00 |
| 5/26/10 | KLC | Telephone conference from Michael Blumenthal regarding issues with respect to timing on plan | .20 | 70.00 |
| 5/27/10 | KLC | Telephone conference to Michael Blumenthal regarding exclusivity, rescheduled confirmation timeline | .20 | 70.00 |
| 5/27/10 | KLC | Revising motion to continue confirmation process, drafting order approving motion | .90 | 315.00 |
| 5/27/10 | KLC | Preparing for hearing on motion to extend exclusivity, reschedule confirmation hearing | .80 | 280.00 |
| 5/27/10 | KLC | Drafting order on motion to extend exclusivity | .60 | 210.00 |
| 5/27/10 | KLC | Attending hearing on motion to extend exclusivity, motion to continue confirmation process | .60 | 210.00 |
| 5/27/10 | KLC | Telephone conference from Annette Jarvis regarding hearing on motion to extend exclusivity | .20 | 70.00 |
| 5/31/10 | KLC | Reviewing emails, voicemail messages over the past several days | .40 | 140.00 |

Total Fees:      $ 18,900.00

**Time Summary**

| Name | Hours | Rate | Total |
|------|-------|------|-------|

6

Durham Jones & Pinegar. P.C.

Client #:       26481      Easy Street
Matter #:            8      Plan and Disc. Statement
Invoice #:              205384

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Cannon, Ken | 54.00 | 350.00 | 18,900.00 |

**Detail of Client Expenses**

| Date | Description | Amount |
|------|-------------|--------|
| 4/30/10 | Online research/Pacer | .32 |
| 4/30/10 | Online research/Pacer | 5.68 |
| 4/30/10 | Online research/Pacer | 2.32 |
| 4/30/10 | WestLaw Online Research | .41 |
|  | Copy Charge | 471.15 |

Total Expenses:      $ 479.88

7

Durham Jones & Pinegar. P.C.

Client #:  26481  Easy Street
Matter #:  8  Plan and Disc. Statement
Invoice #:  205384

June 10, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

---

## Remittance Advice

*To insure proper credit to your account, please return this remittance with your payment.*

Client #:  26481  Easy Street
Matter #:  8  Plan and Disc. Statement
Invoice No.  205384
Billing Attorney:  KLC

Current Invoice                    $ 19,379.88

*Terms: Total Balance Is Due Upon Receipt*

SALT LAKE CITY | OGDEN | ST. GEORGE | LAS VEGAS

**DURHAM**

**JONES &**

**PINEGAR**

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

June 10, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

---

**Invoice Summary**

Client #:     26481     Easy Street
Matter #:          9     Misc. Contested Matters
Invoice No.               205385

For professional services rendered and costs advanced through May 31, 2010:

|  |  |
|---|---|
| Total Fees | $ 2,795.00 |
| Total Expenses | $ .00 |
| **Total of This Invoice** | **$ 2,795.00** |

*1*

Durham Jones & Pinegar. P.C.

Client #:     26481     Easy Street
Matter #:          9     Misc. Contested Matters
Invoice #:            205385

## Detail of Professional Fees

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|--------------------------------|-------|--------|
| 5/25/10 | RSM | Conference with K. Cannon regarding pleading question | .20 | 65.00 |
| 5/26/10 | KLC | Reviewing revised draft complaint against Wickline, BayNorth | .70 | 245.00 |
| 5/26/10 | KLC | Telephone conference from Bruce Zabarauskas regarding new draft complaint | .20 | 70.00 |
| 5/26/10 | KLC | Researching filing motion to file motion under seal, reviewing confidentiality agreement, protective order in BayNorth adversary | .90 | 315.00 |
| 5/26/10 | KLC | Drafting ex parte motion to file motion for relief from confidentiality agreement under seal | .80 | 280.00 |
| 5/26/10 | SJM | Review litigation/discovery/hearing calendar and prepare for upcoming items to be addressed | .40 | 140.00 |
| 5/27/10 | KLC | Revising ex parte motion to file motion under seal | .30 | 105.00 |
| 5/27/10 | KLC | Drafting proposed order on filing motion under seal to seek relief from confidentiality agreement and protective order | .70 | 245.00 |
| 5/27/10 | KLC | Reviewing revised complaint against Wickline, BayNorth | .80 | 280.00 |
| 5/27/10 | KLC | Reviewing motion for relief from protective order | .50 | 175.00 |
| 5/27/10 | KLC | Telephone conference to Bruce Zabarauskas regarding service of motion for relief from protective order, redacted complaint | .20 | 70.00 |
| 5/27/10 | KLC | Reviewing redacted complaint against Wickline, Email to al. | .80 | 280.00 |
| 5/27/10 | KLC | Telephone conference from Bill Shoaf regarding complaint against Wickline | .30 | 105.00 |
| 5/28/10 | SJM | Review complaint filed against Wickline and exhibits and Flint and prepare for depositions | 1.20 | 420.00 |

Total Fees:     $ 2,795.00

## Time Summary

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Cannon, Ken | 6.20 | 350.00 | 2,170.00 |
| Marshall, R. Stephen | .20 | 325.00 | 65.00 |
| McCardell, Steven J. | 1.60 | 350.00 | 560.00 |

*2*

Durham Jones & Pinegar. P.C.

Client #:      26481     Easy Street
Matter #:          9     Misc. Contested Matters
Invoice #:               205385

June 10, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

---

## Remittance Advice

*To insure proper credit to your account, please return this remittance with your payment.*

Client #:      26481     Easy Street
Matter #:          9     Misc. Contested Matters
Invoice No.              205385
Billing Attorney:        KLC

Current Invoice          $ 2,795.00

*Terms: Total Balance Is Due Upon Receipt*

SALT LAKE CITY | OGDEN | ST. GEORGE | LAS VEGAS

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

June 10, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT 84068

---

**Invoice Summary**

Client #:    26481    Easy Street
Matter #:        10    Case Administration
Invoice No.        205386

For professional services rendered and costs advanced through May 31, 2010:

| | |
|---|---|
| Total Fees | $ 245.00 |
| Total Expenses | $ 7.24 |
| **Total of This Invoice** | **$ 252.24** |

*1*

Durham Jones & Pinegar. P.C.

Client #:    26481    Easy Street
Matter #:       10    Case Administration
Invoice #:             205386

## Detail of Professional Fees

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|--------------------------------|-------|--------|
| 5/14/10 | KLC | Reviewing monthly financial reports, revising narratives for monthly financial reports | .50 | 175.00 |
| 5/26/10 | KLC | Reviewing emails regarding payroll issues | .20 | 70.00 |
| | | Total Fees: | | $ 245.00 |

## Time Summary

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Cannon, Ken | .70 | 350.00 | 245.00 |

## Detail of Client Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 4/30/10 | Online research/Pacer | .24 |
| 5/27/10 | Courier Service/Inhouse | 7.00 |
| | Total Expenses: | $ 7.24 |

*2*

Durham Jones & Pinegar. P.C.

Client #:      26481    Easy Street
Matter #:         10    Case Administration
Invoice #:             205386

June 10, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

---

## Remittance Advice

*To insure proper credit to your account, please return this remittance with your payment.*

Client #:      26481    Easy Street
Matter #:         10    Case Administration
Invoice No.            205386
Billing Attorney:      KLC

Current Invoice                        $ 252.24

*Terms: Total Balance Is Due Upon Receipt*                      .

SALT LAKE CITY | OGDEN | ST. GEORGE | LAS VEGAS

D U R H A M

J O N E S &

P I N E G A R

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

June 10, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT 84068

---

**Invoice Summary**

Client #:      26481      Easy Street
Matter #:         11      Cash Collateral/DIP Lending
Invoice No.          205387

For professional services rendered and costs advanced through May 31, 2010:

|                        |            |
|------------------------|-----------:|
| Total Fees             | $ 1,925.00 |
| Total Expenses         | $ .00      |
| **Total of This Invoice** | **$ 1,925.00** |

*1*

Durham Jones & Pinegar. P.C.

Client #:     26481    Easy Street
Matter #:        11    Cash Collateral/DIP Lending
Invoice #:          205387

## Detail of Professional Fees

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|-------------------------------|-------|--------|
| 5/05/10 | KLC | Reviewing emails regarding transfer requesters | .30 | 105.00 |
| 5/06/10 | KLC | Reviewing limited objection to cash collateral extension by Jacobsen | .40 | 140.00 |
| 5/06/10 | KLC | Telephone conference from Hsin-Hsin Yang regarding Jacobsen objection | .20 | 70.00 |
| 5/07/10 | KLC | Drafting stipulation on set aside at request of Jacobsen | .60 | 210.00 |
| 5/07/10 | KLC | Telephone conference to Mike Johnson regarding cash collateral issues | .20 | 70.00 |
| 5/07/10 | KLC | Telephone conference to Hsin-Hsin Yang regarding order on cash collateral extension | .20 | 70.00 |
| 5/07/10 | KLC | Revising proposed order approving extension of cash collateral stipulation | .50 | 175.00 |
| 5/07/10 | KLC | Telephone conference to Bill Shoaf regarding cash position issues | .20 | 70.00 |
| 5/10/10 | KLC | Telephone conferences with Hsin-Hsin Yang, Mike Johnson regarding order on second extension of cash collateral | .40 | 140.00 |
| 5/10/10 | KLC | Final review, emails regarding order on cash collateral | .40 | 140.00 |
| 5/11/10 | KLC | Telephone conference to Judge Mosier's chambers regarding proposed order on cash collateral extension | .20 | 70.00 |
| 5/17/10 | KLC | Reviewing budget issues with respect to professional fees | .40 | 140.00 |
| 5/18/10 | KLC | Reviewing budget issues, email correspondence regarding same | .30 | 105.00 |
| 5/20/10 | KLC | Reviewing emails on transfer requests, budget issues | .40 | 140.00 |
| 5/20/10 | KLC | Telephone conference to Michael Blumenthal regarding fee requests | .20 | 70.00 |
| 5/26/10 | KLC | Emails to, from Hsin-Hsin Yang regarding cash collateral stipulation | .20 | 70.00 |
| 5/27/10 | KLC | Reviewing new draft stipulation to extend cash collateral through the end of June | .40 | 140.00 |

Total Fees:        $ 1,925.00

## Time Summary

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Cannon, Ken | 5.50 | 350.00 | 1,925.00 |

*2*

Durham Jones & Pinegar. P.C.

Client #:   26481   Easy Street
Matter #:   11   Cash Collateral/DIP Lending
Invoice #:   205387

June 10, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

---

**Remittance Advice**

*To insure proper credit to your account, please return this remittance with your payment.*

Client #:   26481   Easy Street
Matter #:   11   Cash Collateral/DIP Lending
Invoice No.   205387
Billing Attorney:   KLC

Current Invoice                 $ 1,925.00

*Terms: Total Balance Is Due Upon Receipt*

*3*

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

June 10, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

**Invoice Summary**

Client #:   26481   Easy Street
Matter #:      12   BayNorth Litigation
Invoice No.         205388

For professional services rendered and costs advanced through May 31, 2010:

| | |
|---|---|
| Total Fees | $ 1,750.00 |
| Total Expenses | $ 1.68 |
| **Total of This Invoice** | **$ 1,751.68** |

*1*

Durham Jones & Pinegar. P.C.

Client #:      26481    Easy Street
Matter #:        12    BayNorth Litigation
Invoice #:            205388

## Detail of Professional Fees

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|--------------------------------|-------|--------|
| 5/03/10 | KLC | Reviewing issues with respect to deposition in Salt Lake City | .30 | 105.00 |
| 5/03/10 | KLC | Telephone conference from Bruce Zabarauskas regarding deposition next week | .20 | 70.00 |
| 5/11/10 | KLC | Emails to, from Bruce Zabarauskas regarding scheduling order, revising draft order and motion to amend same | .30 | 105.00 |
| 5/13/10 | KLC | Reviewing and preparing for filing motion to amend scheduling order and proposed amended scheduling order | .50 | 175.00 |
| 5/25/10 | KLC | Reviewing email from Bruce Zabarauskas regarding joint motion to modify scheduling order | .20 | 70.00 |
| 5/25/10 | KLC | Revising joint motion to amend scheduling order and proposed order to meet local formatting and rules | .70 | 245.00 |
| 5/25/10 | KLC | Telephone conference to Addie Maudsley regarding motion to modify scheduling order | .20 | 70.00 |
| 5/25/10 | KLC | Telephone conference to Bruce Zabarauskas regarding dates for rescheduled deadlines in BayNorth litigation | .20 | 70.00 |
| 5/25/10 | KLC | Revising joint motion and proposed amended order amending the scheduling order in the BayNorth adversary proceeding | .60 | 210.00 |
| 5/25/10 | KLC | Telephone conference from Addie Maudsley regarding revised order amending scheduling in adversary proceeding | .20 | 70.00 |
| 5/25/10 | KLC | Reviewing documents in BayNorth document production | .70 | 245.00 |
| 5/25/10 | KLC | Reviewing new draft complaint | .60 | 210.00 |
| 5/25/10 | KLC | Conf. with Steve Marshall regarding confidential documents | .30 | 105.00 |

Total Fees:     $ 1,750.00

## Time Summary

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Cannon, Ken | 5.00 | 350.00 | 1,750.00 |

## Detail of Client Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 4/30/10 | Online research/Pacer | .48 |
| 4/30/10 | Online research/Pacer | .48 |
| 4/30/10 | Online research/Pacer | .72 |

Total Expenses:     $ 1.68

Durham Jones & Pinegar. P.C.

Client #:      26481      Easy Street
Matter #:         12      BayNorth Litigation
Invoice #:               205388

June 10, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

---

## Remittance Advice

*To insure proper credit to your account, please return this remittance with your payment.*

Client #:      26481      Easy Street
Matter #:         12      BayNorth Litigation
Invoice No.              205388
Billing Attorney:        KLC

Current Invoice                    $ 1,751.68

*Terms: Total Balance Is Due Upon Receipt*

SALT LAKE CITY | OGDEN | ST. GEORGE | LAS VEGAS

# JUNE 2010

```
┌─────────────────────┐
│  D U R H A M        │
│  ───────            │
│  J O N E S &        │
│  ───────            │
│  P I N E G A R      │
└─────────────────────┘
```

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

July 7, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

---

**Invoice Summary**

Client #:     26481     Easy Street
Matter #:        1      Asset Analysis & Investigation
Invoice No.            214871

For professional services rendered and costs advanced through June 30, 2010:

|  |  |
|---|---|
| Total Fees | $ 245.00 |
| Total Expenses | $ 1.92 |
| **Total of This Invoice** | **$ 246.92** |

*1*

Durham Jones & Pinegar. P.C.

Client #:      26481    Easy Street
Matter #:        1     Asset Analysis & Investigation
Invoice #:             214871

## Detail of Professional Fees

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|--------------------------------|-------|--------|
| 6/09/10 | KLC | Telephone conference from Bill Shoaf regarding executory contract issues | .30 | 105.00 |
| 6/09/10 | KLC | Reviewing executory contract regarding possible damages if it is rejected | .40 | 140.00 |

Total Fees:        $ 245.00

## Time Summary

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Cannon, Ken | .70 | 350.00 | 245.00 |

## Detail of Client Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 5/31/10 | Online research - Pacer | 1.92 |

Total Expenses:        $ 1.92

*2*

Durham Jones & Pinegar. P.C.

Client #:   26481   Easy Street
Matter #:      1   Asset Analysis & Investigation
Invoice #:        214871


July 7, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

---

## Remittance Advice

*To insure proper credit to your account, please return this remittance with your payment.*


Client #:   26481   Easy Street
Matter #:      1   Asset Analysis & Investigation
Invoice No.        214871
Billing Attorney:   KLC

**Current Invoice**            **$ 246.92**

*3*

DURHAM
—————
JONES &
—————
PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

July 7, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

---

**Invoice Summary**

Client #:      26481      Easy Street
Matter #:          4      Claims Administration
Invoice No.            214872

For professional services rendered and costs advanced through June 30, 2010:

| | |
|---|---|
| Total Fees | $ 19.00 |
| Total Expenses | $ .00 |
| **Total of This Invoice** | **$ 19.00** |

*1*

Durham Jones & Pinegar. P.C.

Client #:     26481    Easy Street
Matter #:        4    Claims Administration
Invoice #:         214872

## Detail of Professional Fees

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|--------------------------------|-------|--------|
| 6/07/10 | JGP | Conference with Steven Eichel regarding proofs of claim filed by Bill Shoaf and Carrie Shoaf and related company. | .10 | 19.00 |

|  |  |  | Total Fees: | $ 19.00 |

## Time Summary

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Peterson, Jessica | .10 | 190.00 | 19.00 |

*2*

Durham Jones & Pinegar. P.C.

Client #:    26481    Easy Street
Matter #:       4    Claims Administration
Invoice #:           214872

July 7, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

---

### Remittance Advice

*To insure proper credit to your account, please return this remittance with your payment.*

Client #:    26481    Easy Street
Matter #:       4    Claims Administration
Invoice No.          214872
Billing Attorney:    KLC

**Current Invoice**                        **$ 19.00**

3

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

July 7, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT 84068

---

**Invoice Summary**

Client #:     26481     Easy Street
Matter #:         5     Employ & Fee Apps - Durham
Invoice No.          214873

For professional services rendered and costs advanced through June 30, 2010:

|                        |              |
|------------------------|--------------|
| Total Fees             | $ 980.00     |
| Total Expenses         | $ 313.15     |
| **Total of This Invoice** | **$ 1,293.15** |

*1*

Durham Jones & Pinegar. P.C.

Client #:    26481    Easy Street
Matter #:        5    Employ & Fee Apps - Durham
Invoice #:        214873

## Detail of Professional Fees

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|----------------------------------|-------|--------|
| 6/01/10 | KLC | Drafting notice of hearing on professionals' second interim fee applications | .80 | 280.00 |
| 6/09/10 | KLC | Reviewing detailed billing reports for fee request | .60 | 210.00 |
| 6/10/10 | KLC | Final review of fee request | .40 | 140.00 |
| 6/29/10 | KLC | Drafting order on DJP interim fee application | .50 | 175.00 |
| 6/30/10 | KLC | Finalizing order on DJP fees | .50 | 175.00 |

Total Fees:    $ 980.00

## Time Summary

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Cannon, Ken | 2.80 | 350.00 | 980.00 |

## Detail of Client Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 5/31/10 | Online research - Pacer | 10.56 |
| 5/31/10 | Online research - Pacer | 1.84 |
| | Copy Charge | 300.75 |

Total Expenses:    $ 313.15

*2*

Durham Jones & Pinegar. P.C.

Client #:    26481    Easy Street
Matter #:        5    Employ & Fee Apps - Durham
Invoice #:          214873

July 7, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

---

## Remittance Advice
*To insure proper credit to your account, please return this remittance with your payment.*

Client #:    26481    Easy Street
Matter #:        5    Employ & Fee Apps - Durham
Invoice No.          214873
Billing Attorney:    KLC

**Current Invoice**                    **$ 1,293.15**

*3*

D U R H A M

J O N E S &

P I N E G A R

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

July 7, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT 84068

---

**Invoice Summary**

Client #:      26481    Easy Street
Matter #:         6    Employ & Fee Apps - Others
Invoice No.          214874

For professional services rendered and costs advanced through June 30, 2010:

| | |
|---|---:|
| Total Fees | $ 2,275.00 |
| Total Expenses | $ 7.28 |
| Total of This Invoice | $ 2,282.28 |

*1*

Durham Jones & Pinegar. P.C.

Client #:    26481    Easy Street
Matter #:        6    Employ & Fee Apps - Others
Invoice #:           214874

## Detail of Professional Fees

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|--------------------------------|-------|--------|
| 6/01/10 | KLC | Drafting application to employ Niederhauser & Davis and declaration in support thereof | 1.20 | 420.00 |
| 6/01/10 | KLC | Telephone conference from Corbin Gordon regarding objection to fee application | .30 | 105.00 |
| 6/03/10 | KLC | Correspondence with Stephanie Russell regarding application to employ accountant | .40 | 140.00 |
| 6/03/10 | KLC | Compiling information for accounting firm's application to be employed | .40 | 140.00 |
| 6/08/10 | KLC | Reviewing proposed response to objections to fees | .50 | 175.00 |
| 6/08/10 | KLC | Reviewing Committee's application to employ financial adviser | .50 | 175.00 |
| 6/23/10 | KLC | Addressing BDRC termination issues, emails to Michael Blumenthal regarding same | .50 | 175.00 |
| 6/29/10 | KLC | Drafting order on Corbin Gordon fee application, reviewing objections thereto | .70 | 245.00 |
| 6/29/10 | KLC | Drafting order on Crowell & Moring fee application | .40 | 140.00 |
| 6/29/10 | SJM | Review fee submissions of WestLB counsel for month of May (.10); conference with K. Cannon on court's ruling on fees of C. Gordon and J. Wrona (.10) | .20 | 70.00 |
| 6/30/10 | KLC | Drafting order on Wrona Law fees | .70 | 245.00 |
| 6/30/10 | KLC | Telephone conference from Joe Wrona regarding fees, other issues in case | .30 | 105.00 |
| 6/30/10 | KLC | Email to Corbin Gordon regarding fee orders | .20 | 70.00 |
| 6/30/10 | KLC | Telephone conference from Steven Eichel regarding final fee applications | .20 | 70.00 |

Total Fees:     $ 2,275.00

## Time Summary

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Cannon, Ken | 6.30 | 350.00 | 2,205.00 |
| McCardell, Steven J. | .20 | 350.00 | 70.00 |

## Detail of Client Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 5/31/10 | Online research - Pacer | 1.68 |
| 5/31/10 | Online research - Pacer | 5.60 |

*2*

Durham Jones & Pinegar. P.C.

Client #:      26481     Easy Street
Matter #:          6     Employ & Fee Apps - Others
Invoice #:               214874

July 7, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

---

## Remittance Advice

*To insure proper credit to your account, please return this remittance with your payment.*

Client #:      26481     Easy Street
Matter #:          6     Employ & Fee Apps - Others
Invoice No.              214874
Billing Attorney:        KLC

**Current Invoice**                    **$ 2,282.28**

SALT LAKE CITY | OGDEN | ST. GEORGE | LAS VEGAS

```
DURHAM

JONES &

PINEGAR
```

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

July 7, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

---

**Invoice Summary**

| | | |
|---|---|---|
| Client #: | 26481 | Easy Street |
| Matter #: | 8 | Plan and Disc. Statement |
| Invoice No. | 214876 | |

For professional services rendered and costs advanced through June 30, 2010:

| | |
|---|---|
| Total Fees | $ 31,394.50 |
| Total Expenses | $ 2,181.14 |
| **Total of This Invoice** | **$ 33,575.64** |

*1*

Durham Jones & Pinegar. P.C.

Client #:      26481    Easy Street
Matter #:         8    Plan and Disc. Statement
Invoice #:           214876


**Detail of Professional Fees**

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|--------------------------------|-------|--------|
| 6/01/10 | KLC | Telephone conference from Bill Shoaf regarding plan issues | .30 | 105.00 |
| 6/01/10 | KLC | Reviewing docket regarding entry of order continuing confirmation hearing and other dates, drafting notice of continued hearing and other dates related to confirmation | .80 | 280.00 |
| 6/01/10 | KLC | Telephone conference with Bill Shoaf and Michael Blumenthal regarding issues related to plan | .40 | 140.00 |
| 6/01/10 | KLC | Telephone conference from Steve Eichel regarding exclusivity in Holding and Mezzanine cases | .20 | 70.00 |
| 6/01/10 | KLC | Telephone conference to Court's chambers regarding entry of order continuing hearing on confirmation | .20 | 70.00 |
| 6/01/10 | KLC | Telephone conference from Annette Jarvis regarding liquor license issues | .20 | 70.00 |
| 6/01/10 | KLC | Email to Bill Shoaf regarding plan issues | .30 | 105.00 |
| 6/01/10 | KLC | Telephone conference from Bill Shoaf regarding liquor license issues | .20 | 70.00 |
| 6/02/10 | KLC | Outlining liquor license history | .50 | 175.00 |
| 6/02/10 | KLC | Telephone conference with Bill Shoaf and Michael Blumenthal regarding issues going forward | .30 | 105.00 |
| 6/02/10 | KLC | Telephone conference to Michael Blumenthal regarding plan status | .20 | 70.00 |
| 6/02/10 | KLC | Telephone conference to Annette Jarvis regarding liquor license history | .20 | 70.00 |
| 6/03/10 | KLC | Telephone conference from Bill Shoaf regarding plan issues | .50 | 175.00 |
| 6/03/10 | KLC | Telephone conference to Michael Blumenthal regarding plan | .30 | 105.00 |
| 6/03/10 | KLC | Addressing discovery issues related to WestLB | .40 | 140.00 |
| 6/03/10 | KLC | Reviewing discovery requests | .50 | 175.00 |
| 6/08/10 | JGP | Edit ballots for Bill Shoaf, Carrie Shoaf, and related company. | .40 | 76.00 |
| 6/08/10 | KLC | Telephone conference to Bill Shoaf regarding conference call issues. | .20 | 70.00 |
| 6/08/10 | KLC | Telephone conference from Michael Blumenthal regarding status of negotiations, strategy issues | .40 | 140.00 |
| 6/08/10 | KLC | Conference call with Bill Shoaf, Michael Blumenthal, Lon Jenkins, Jeff Shields, Mike Johnson, Richard Kirkham regarding plan issues | .50 | 175.00 |
| 6/08/10 | KLC | Reviewing discovery issues | .50 | 175.00 |
| 6/08/10 | KLC | Conference call with Bill Shoaf, Michael Blumenthal, BDRC representatives regarding alternative plan possibilities | .50 | 175.00 |
| 6/08/10 | KLC | Telephone conference from Michael Blumenthal regarding plan ideas | .30 | 105.00 |
| 6/08/10 | KLC | Reviewing court's docket regarding plan settings | .30 | 105.00 |

*2*

Durham Jones & Pinegar. P.C.

Client #:   26481   Easy Street
Matter #:   8   Plan and Disc. Statement
Invoice #:   214876

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|----------------------------------|-------|--------|
| 6/08/10 | KLC | Telephone conference from Lon Jenkins regarding committee issues on plan | .40 | 140.00 |
| 6/08/10 | KLC | Reviewing emails regarding Jacobsen on plan | .30 | 105.00 |
| 6/09/10 | KLC | Telephone conference from Michael Blumenthal regarding plan strategy issues | .30 | 105.00 |
| 6/09/10 | KLC | Conference call with Michael Blumenthal, Lon Jenkins, Mike Johnson regarding discussion to be had with WestLB counsel | 1.00 | 350.00 |
| 6/09/10 | KLC | Conf. call with Michael Blumenthal, Lon Jenkins, Mike Johnson, Rich Havel, Annette Jarvis regarding plan issues | .60 | 210.00 |
| 6/09/10 | KLC | Conf. call with Michael Blumenthal, Lon Jenkins, Mike Johnson regarding call with WestLB counsel | .40 | 140.00 |
| 6/09/10 | KLC | Conf. call with Bill Shoaf and Michael Blumenthal regarding strategies going forward | .30 | 105.00 |
| 6/09/10 | KLC | Drafting email to Rich Havel recapping discussion regarding plan issues | .70 | 245.00 |
| 6/09/10 | KLC | Telephone conference from Bill Shoaf regarding implications of WestLB's termination of cash collateral consent | .30 | 105.00 |
| 6/10/10 | KLC | Reviewing discovery issues with WestLB on plan | .30 | 105.00 |
| 6/10/10 | KLC | Telephone conference to Ben Kotter regarding time of depositions scheduled for next week | .20 | 70.00 |
| 6/10/10 | KLC | Telephone conference from Michael Blumenthal regarding draft email to WestLB counsel | .20 | 70.00 |
| 6/10/10 | KLC | Email to Jeff Shields regarding proposed correspondence to WestLB counsel | .20 | 70.00 |
| 6/10/10 | KLC | Telephone conference to Jeff Shields regarding draft email to WestLB | .20 | 70.00 |
| 6/10/10 | KLC | Telephone conference with Bill Shoaf, Philo Smith, and Michael Blumenthal regarding WestLB proposal | .40 | 140.00 |
| 6/10/10 | KLC | Conf. call with Michael Blumenthal and Mike Johnson regarding plan issues | .60 | 210.00 |
| 6/10/10 | KLC | Reviewing WestLB plan | .90 | 315.00 |
| 6/10/10 | KLC | Telephone conference from Michael Blumenthal, Steve Eichel regarding plan issues | .50 | 175.00 |
| 6/10/10 | KLC | Reviewing emails from WestLB | .30 | 105.00 |
| 6/10/10 | KLC | Addressing budget issues, professional fee issues related to plan | .50 | 175.00 |
| 6/10/10 | KLC | Telephone conference to Rich Havel regarding hearing on Friday | .20 | 70.00 |
| 6/10/10 | KLC | Telephone conference from Michael Blumenthal regarding hearing on Friday, issues related thereto | .30 | 105.00 |
| 6/11/10 | KLC | Telephone conference from Lon Jenkins regarding today's hearing | .40 | 140.00 |
| 6/11/10 | KLC | Telephone conference to Michael Blumenthal regarding developments in plan | .30 | 105.00 |

3

Durham Jones & Pinegar. P.C.

Client #:   26481   Easy Street
Matter #:   8   Plan and Disc. Statement
Invoice #:   214876

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|----------------------------------|-------|--------|
| 6/11/10 | KLC | Conf. call with Michael Blumenthal and Rich Havel regarding plan issues | .50 | 175.00 |
| 6/11/10 | KLC | Telephone conference from Michael Blumenthal regarding hearing on plan issues | .30 | 105.00 |
| 6/11/10 | KLC | Telephone conference to Lon Jenkins regarding plan issues, committee | .40 | 140.00 |
| 6/11/10 | KLC | Telephone conference to Mike Johnson regarding Jacobsen | .20 | 70.00 |
| 6/11/10 | KLC | Reviewing email from Mike Johnson regarding Jacobsen's demands | .50 | 175.00 |
| 6/11/10 | KLC | Attending hearing on plan issues | 1.40 | 490.00 |
| 6/11/10 | KLC | Preparing for hearing on plan motions | .80 | 280.00 |
| 6/11/10 | KLC | Telephone conference from Bill Shoaf regarding plan issues | .30 | 105.00 |
| 6/14/10 | KLC | Reviewing issues related to Jacobsen and Gunther's under plan | .40 | 140.00 |
| 6/14/10 | SJM | Conference with W. Shoaf about confirmation issues and provide information requested by W. Shoaf | .50 | 175.00 |
| 6/16/10 | JGP | Conference with Michael Blumenthal regarding filing plan. | .30 | 57.00 |
| 6/16/10 | JGP | Voice message to Ben Kotter at Dorsey & Whitney regarding drafting notice of hearing and serving joint plan and notice of hearing. | .10 | 19.00 |
| 6/16/10 | SJM | Review and sign POR and conference with M. Blumenthal on POR | 1.50 | 525.00 |
| 6/17/10 | SJM | Conference with G. Hofmann regarding plan filed yesterday (.10); review plan as to questions asked by G. Hofmann (.20); further review of plan provisions as to treatment of claims, in preparation for confirmation hearing (.30) | .60 | 210.00 |
| 6/18/10 | KLC | Email from Wickline counsel regarding supplying documents, addressing same | .30 | 105.00 |
| 6/21/10 | KLC | Telephone conference from Michael Blumenthal regarding status of plan confirmation | .50 | 175.00 |
| 6/21/10 | KLC | Telephone conference to Paul Throndsen regarding confirmation hearing | .20 | 70.00 |
| 6/21/10 | KLC | Telephone conference with Mike Johnson and, for part, with Jeff Shields, regarding Gunther's | .40 | 140.00 |
| 6/21/10 | KLC | T/c from Elena Pasillas regarding CBIZ | .20 | 70.00 |
| 6/21/10 | KLC | Reviewing new notice of confirmation matters, email to Elena Pasillas regarding same | .20 | 70.00 |
| 6/21/10 | KLC | Telephone conference from Michael Blumenthal regarding evidentiary, other issues for confirmation hearing | .20 | 70.00 |
| 6/21/10 | KLC | Telephone conference from Annette Jarvis regarding preparation for hearing on confirmation | .30 | 105.00 |
| 6/21/10 | KLC | Telephone conference from Annette Jarvis regarding plan supplement | .20 | 70.00 |
| 6/21/10 | KLC | Telephone conference from Michael Blumenthal regarding plan | .40 | 140.00 |

4

Durham Jones & Pinegar. P.C.

Client #:   26481   Easy Street
Matter #:      8   Plan and Disc. Statement
Invoice #:        214876

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|----------------------------------|-------|--------|
| | | supplement materials | | |
| 6/21/10 | KLC | Reviewing Plan Supplement materials | .60 | 210.00 |
| 6/21/10 | KLC | Telephone conference with Michael Blumenthal, Rich Havel, Annette Jarvis, and Ben Kotter regarding plan supplement | .40 | 140.00 |
| 6/21/10 | KLC | Telephone conference from Jeff Shields regarding Gunther's position | .20 | 70.00 |
| 6/21/10 | KLC | Email regarding Gunther's claim | .20 | 70.00 |
| 6/22/10 | KLC | Telephone conference from Michael Blumenthal regarding plan memorandum | .30 | 105.00 |
| 6/22/10 | KLC | Revising confirmation memorandum | 2.40 | 840.00 |
| 6/22/10 | KLC | Telephone conference with Michael Blumenthal, Rich Havel, and Annette Jarvis regarding preparing for confirmation hearing | 1.00 | 350.00 |
| 6/22/10 | KLC | Telephone conference with Bill Shoaf and Michael Blumenthal regarding plan issues | .30 | 105.00 |
| 6/22/10 | KLC | Reviewing blacklines of plan versions regarding changes | .50 | 175.00 |
| 6/22/10 | KLC | Telephone conference from Bill Shoaf regarding claim issues | .30 | 105.00 |
| 6/22/10 | KLC | Reviewing list of claims | .40 | 140.00 |
| 6/22/10 | KLC | Reviewing balloting data | .50 | 175.00 |
| 6/22/10 | KLC | Emails regarding confirmation memorandum and issues related thereto | .30 | 105.00 |
| 6/22/10 | KLC | Reviewing email correspondence regarding new debt structure, issues related thereto | .40 | 140.00 |
| 6/22/10 | KLC | Telephone conference to Paul Throndsen regarding hearing | .20 | 70.00 |
| 6/22/10 | KLC | Telephone conference to Mike Johnson regarding claim of Jacobsen, preparing a declaration regarding same | .20 | 70.00 |
| 6/22/10 | KLC | Addressing voting issues | .50 | 175.00 |
| 6/22/10 | KLC | Reviewing plan supplement | .50 | 175.00 |
| 6/22/10 | KLC | Reviewing joint plan regarding potential issues | .80 | 280.00 |
| 6/22/10 | SJM | Conference with K. Cannon on confirmation hearing (.10) and prepare for confirmation hearing (.50) | .60 | 210.00 |
| 6/23/10 | KLC | Telephone conference with Bill Shoaf and Rich Havel regarding budget | .50 | 175.00 |
| 6/23/10 | KLC | Reviewing revised budget and projections | .60 | 210.00 |
| 6/23/10 | KLC | Telephone conference from Michael Blumenthal regarding preparation for hearing | .30 | 105.00 |
| 6/23/10 | KLC | Preliminary review of objections to plan confirmation | .50 | 175.00 |
| 6/23/10 | KLC | Telephone conference from Annette Jarvis regarding materials to provide to court for confirmation hearing | .20 | 70.00 |
| 6/23/10 | KLC | Drafting proposed declaration for Richard Kirkham regarding Jacobsen claim, email to Mike Johnson regarding same | .50 | 175.00 |
| 6/23/10 | KLC | Telephone conference from Lon Jenkins regarding plan issues | .20 | 70.00 |

5

Durham Jones & Pinegar. P.C.

Client #:    26481    Easy Street
Matter #:    8    Plan and Disc. Statement
Invoice #:    214876

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|-------------------------------|-------|--------|
| 6/23/10 | KLC | Telephone conference to Lon Jenkins regarding responses and objections to confirmation | .40 | 140.00 |
| 6/23/10 | KLC | Emails with Bill Shoaf regarding confirmation issues | .30 | 105.00 |
| 6/23/10 | KLC | Telephone conference from Bill Shoaf regarding plan objections | .30 | 105.00 |
| 6/23/10 | KLC | Reviewing revised budget and projections | .40 | 140.00 |
| 6/23/10 | KLC | Email from Rich Havel, reviewing documents that should be included as exhibits to the Court for confirmation hearing | .40 | 140.00 |
| 6/23/10 | KLC | Telephone conference from Annette Jarvis regarding objections to plan | .30 | 105.00 |
| 6/23/10 | KLC | Preliminary preparation of claims chart for confirmation hearing | .50 | 175.00 |
| 6/23/10 | KLC | Reviewing objections to confirmation, outlining issues for response | 1.80 | 630.00 |
| 6/23/10 | SJM | Review and edit draft memorandum in support of confirmation of plan | 1.50 | 525.00 |
| 6/24/10 | JGP | Set up telephonic appearance for Bruce Zabarauskas | .10 | 19.00 |
| 6/24/10 | KLC | Conf. with Michael Blumenthal preparing for confirmation hearing | 1.00 | 350.00 |
| 6/24/10 | KLC | Revising confirmation memorandum | 1.90 | 665.00 |
| 6/24/10 | KLC | Conf. with Bill Shoaf and Michael Blumenthal regarding evidence for confirmation hearing | .80 | 280.00 |
| 6/24/10 | KLC | Conference call with Michael Blumenthal, Rich Havel, Annette Jarvis, and Ben Kotter | .50 | 175.00 |
| 6/24/10 | KLC | Conf. with Bill Shoaf and Michael Blumenthal regarding evidence for confirmation hearing | 2.10 | 735.00 |
| 6/24/10 | KLC | Reviewing exhibits for hearing, emails to Ben Kotter regarding same | 1.90 | 665.00 |
| 6/24/10 | KLC | Reviewing confirmation memorandum as filed | 1.20 | 420.00 |
| 6/24/10 | KLC | Reviewing declaration of Richard Kirkham regarding Jacobsen claim | .40 | 140.00 |
| 6/24/10 | KLC | Drafting declaration regarding voting tabulation | .40 | 140.00 |
| 6/24/10 | KLC | Reviewing financials for confirmation hearing | .50 | 175.00 |
| 6/24/10 | KLC | Conf. with Michael Blumenthal on final preparation for hearing on confirmation of plan | 1.20 | 420.00 |
| 6/24/10 | KLC | Reviewing objections to confirmation | .90 | 315.00 |
| 6/24/10 | KLC | Telephone conference to Mike Johnson regarding Jacobsen | .20 | 70.00 |
| 6/24/10 | NTL | Consult with K. Cannon regarding background of Cloudnine Resorts entities and entity governance issues (.3); review articles of organization of two Cloudnine Resorts - Sky Lodge entities, and legal research regarding authorization of entity action (1.9); call with K. Cannon and co-counsel regarding preliminary results (.4); prepare memorandum summarizing results (1.3) | 3.90 | 1,228.50 |
| 6/24/10 | SJM | Review/analysis of objections to confirmation (1.60); conference with M. Blumenthal regarding confirmation evidence (.30) | 1.90 | 665.00 |

SALT LAKE CITY | OGDEN | ST. GEORGE | LAS VEGAS

Durham Jones & Pinegar. P.C.

Client #:     26481    Easy Street
Matter #:      8      Plan and Disc. Statement
Invoice #:            214876

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|----------------------------------|-------|--------|
| 6/25/10 | KLC | Final preparation for hearing - preparation for resolution of Gunther's claim, reviewing exhibits, final discussions with co-counsel regarding hearing | 1.50 | 525.00 |
| 6/25/10 | KLC | Attending morning session of hearing on confirmation | 1.60 | 560.00 |
| 6/25/10 | KLC | Reviewing materials for afternoon hearing on confirmation, outlining issues for final argument | .80 | 280.00 |
| 6/25/10 | KLC | Attending afternoon session of hearing on confirmation | 3.20 | 1,120.00 |
| 6/25/10 | KLC | Conf. with Bill Shoaf and Michael Blumenthal regarding hearing | .20 | 70.00 |
| 6/25/10 | KLC | Preparation for hearing on Monday on confirmation | .50 | 175.00 |
| 6/25/10 | SJM | Conferences with K. Cannon on confirmation objections and evidence and analysis of confirmation objection of Wickline | 1.30 | 455.00 |
| 6/28/10 | KLC | Preparation for hearing on confirmation - meeting with Bill Shoaf and Michael Blumenthal, reviewing exhibits, outlining final arguments | .90 | 315.00 |
| 6/28/10 | KLC | Attending morning session of hearing on confirmation | 2.50 | 875.00 |
| 6/28/10 | KLC | Meeting with Bill Shoaf, Michael Blumenthal regarding issues in confirmation hearing, addressing same | .80 | 280.00 |
| 6/28/10 | KLC | Attending afternoon session of hearing on confirmation | 4.00 | 1,400.00 |
| 6/28/10 | SJM | Conferences with M. Boley and K. Cannon regarding confirmation hearing and court's ruling and next steps | .40 | 140.00 |
| 6/29/10 | KLC | Reviewing, proposing changes to order on confirmation | .70 | 245.00 |
| 6/29/10 | KLC | Telephone conference from Annette Jarvis regarding confirmation order | .20 | 70.00 |
| 6/29/10 | KLC | Email to Chris Craig regarding confirmation order | .20 | 70.00 |
| 6/29/10 | KLC | Reviewing new draft of confirmation order | .40 | 140.00 |
| 6/29/10 | KLC | Telephone conference from Steve Eichel regarding confirmation order | .20 | 70.00 |
| 6/29/10 | KLC | Telephone conference from Michael Blumenthal regarding confirmation order | .20 | 70.00 |
| 6/29/10 | KLC | Research certain issues related to confirmation | .50 | 175.00 |
| 6/29/10 | KLC | Final review, final proposed changes to confirmation order | .50 | 175.00 |
| 6/29/10 | KLC | Reviewing emails from other parties regarding comments on confirmation order | .40 | 140.00 |
| 6/29/10 | KLC | Drafting notice of confirmation | .60 | 210.00 |
| 6/29/10 | KLC | Emails from, to Ben Kotter regarding confirmation order | .20 | 70.00 |
| 6/29/10 | KLC | Reviewing description of effects of confirmation from homeowners' counsel | .30 | 105.00 |
| 6/29/10 | SJM | Conference with K. Cannon regarding order, findings/conclusions on confirmation of plan | .10 | 35.00 |
| 6/29/10 | SJM | Review confirmation order and inquiry from counsel for Jacobsen on confirmation order | .60 | 210.00 |

7

Durham Jones & Pinegar. P.C.

Client #:    26481    Easy Street
Matter #:        8    Plan and Disc. Statement
Invoice #:        214876

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|----------------------------------|-------|--------|
| 6/30/10 | KLC | Emails regarding closing, licensing issues | .40 | 140.00 |

Total Fees:    $ 31,394.50

**Time Summary**

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Cannon, Ken | 76.70 | 350.00 | 26,845.00 |
| Leishman, N. Todd | 3.90 | 315.00 | 1,228.50 |
| McCardell, Steven J. | 9.00 | 350.00 | 3,150.00 |
| Peterson, Jessica | .90 | 190.00 | 171.00 |

**Detail of Client Expenses**

| Date | Description | Amount |
|------|-------------|--------|
| 5/31/10 | Online research - Pacer | 14.88 |
| 5/31/10 | Online research - Pacer | .56 |
| 6/21/10 | Courier Service/Inhouse | 7.00 |
| | Copy Charge | 2,129.55 |
| 6/30/10 | WestLaw Online Research - NTL | 29.15 |

Total Expenses:    $ 2,181.14

*8*

Durham Jones & Pinegar. P.C.

Client #:      26481      Easy Street
Matter #:          8      Plan and Disc. Statement
Invoice #:               214876

July 7, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

---

## Remittance Advice

*To insure proper credit to your account, please return this remittance with your payment.*

Client #:      26481      Easy Street
Matter #:          8      Plan and Disc. Statement
Invoice No.               214876
Billing Attorney:         KLC

**Current Invoice**                    **$ 33,575.64**

*9*

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

July 7, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT 84068

---

**Invoice Summary**

Client #:      26481    Easy Street
Matter #:          9    Misc. Contested Matters
Invoice No.          214877

For professional services rendered and costs advanced through June 30, 2010:

|                        |           |
|------------------------|-----------|
| Total Fees             | $ 910.00  |
| Total Expenses         | $ .60     |
| **Total of This Invoice** | **$ 910.60** |

*1*

Durham Jones & Pinegar. P.C.

Client #:      26481    Easy Street
Matter #:          9    Misc. Contested Matters
Invoice #:            214877

## Detail of Professional Fees

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|--------------------------------|-------|--------|
| 6/03/10 | KLC | Telephone conference to Court's chambers regarding hearing on motion to use confidential information | .20 | 70.00 |
| 6/03/10 | KLC | Drafting notice of hearing on motion for limited relief from confidentiality agreement and order | .70 | 245.00 |
| 6/08/10 | KLC | Emails to, from court's chambers regarding hearing on motion under seal | .30 | 105.00 |
| 6/09/10 | KLC | Telephone conference to chambers regarding hearing on motion to unseal confidential information | .20 | 70.00 |
| 6/09/10 | KLC | Revising notice of hearing on motion for relief from confidentiality agreement and protective order | .50 | 175.00 |
| 6/10/10 | KLC | Reviewing certificate of service on Wickline, arranging for filing | .20 | 70.00 |
| 6/10/10 | SJM | Conferences with K. Cannon on discovery requested by West  LB | .20 | 70.00 |
| 6/23/10 | KLC | Addressing request of Wickline for extension of time to file answer to complaint | .30 | 105.00 |

Total Fees:      $ 910.00

## Time Summary

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Cannon, Ken | 2.40 | 350.00 | 840.00 |
| McCardell, Steven J. | .20 | 350.00 | 70.00 |

## Detail of Client Expenses

| Date | Description | Amount |
|------|-------------|--------|
| | Copy Charge | .60 |

Total Expenses:      $ .60

*2*

Durham Jones & Pinegar. P.C.

Client #:     26481     Easy Street
Matter #:         9     Misc. Contested Matters
Invoice #:          214877

July 7, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

---

### Remittance Advice
*To insure proper credit to your account, please return this remittance with your payment.*

Client #:     26481     Easy Street
Matter #:         9     Misc. Contested Matters
Invoice No.          214877
Billing Attorney:     KLC

**Current Invoice**                          **$ 910.60**

*3*

DURHAM
———
JONES &
———
PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

July 7, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

## Invoice Summary

Client #:      26481    Easy Street
Matter #:         10    Case Administration
Invoice No.          214878

For professional services rendered and costs advanced through June 30, 2010:

| | |
|---|---|
| Total Fees | $ 455.00 |
| Total Expenses | $ 250.00 |
| **Total of This Invoice** | **$ 705.00** |

*1*

Durham Jones & Pinegar. P.C.

Client #:    26481   Easy Street
Matter #:      10   Case Administration
Invoice #:         214878

## Detail of Professional Fees

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|--------------------------------|-------|--------|
| 6/15/10 | KLC | Emails regarding monthly financial reports of Debtors | .30 | 105.00 |
| 6/15/10 | SJM | Conference with W. Shoaf regarding status (.20); review monthly financial report and prepare narrative for report and give instructions on filing (.40) | .60 | 210.00 |
| 6/17/10 | KLC | Reviewing manager's report for operations of Partners | .40 | 140.00 |

Total Fees:    $ 455.00

## Time Summary

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Cannon, Ken | .70 | 350.00 | 245.00 |
| McCardell, Steven J. | .60 | 350.00 | 210.00 |

## Detail of Client Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 5/27/10 | Filing Fee | 250.00 |

Total Expenses:    $ 250.00

*2*

Durham Jones & Pinegar. P.C.

Client #:     26481    Easy Street
Matter #:        10    Case Administration
Invoice #:              214878

July 7, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

---

## Remittance Advice

*To insure proper credit to your account, please return this remittance with your payment.*

Client #:     26481    Easy Street
Matter #:        10    Case Administration
Invoice No.             214878
Billing Attorney:      KLC

**Current Invoice**                    **$ 705.00**

.

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

July 7, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT 84068

## Invoice Summary

Client #:      26481    Easy Street
Matter #:        11     Cash Collateral/DIP Lending
Invoice No.            214879

For professional services rendered and costs advanced through June 30, 2010:

| | |
|---|---|
| Total Fees | $ 1,645.00 |
| Total Expenses | $ 4.48 |
| Total of This Invoice | $ 1,649.48 |

*1*

Durham Jones & Pinegar. P.C.

Client #:     26481   Easy Street
Matter #:        11   Cash Collateral/DIP Lending
Invoice #:           214879

## Detail of Professional Fees

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|--------------------------------|-------|--------|
| 6/09/10 | KLC | Reviewing notice of cancellation of cash collateral stipulation from WestLB | .40 | 140.00 |
| 6/09/10 | KLC | Addressing issues in termination of cash collateral stipulation | .50 | 175.00 |
| 6/10/10 | KLC | Telephone conference to Mike Johnson regarding holdback for Jacobsen | .20 | 70.00 |
| 6/10/10 | SJM | Review West LB termination of cash collateral stipulation (.30) and conference e with K. Cannon on same (.10) | .40 | 140.00 |
| 6/11/10 | KLC | Reviewing transfer requests, issues related to same | .40 | 140.00 |
| 6/15/10 | KLC | Reviewing transfer requests, issues related to same | .40 | 140.00 |
| 6/16/10 | SJM | Review draft stipulation on change to Jacobsen set aside in connection with cash collateral (.20); conference with M. Blumenthal on stipulation (.10) | .30 | 105.00 |
| 6/18/10 | KLC | Reviewing emails, draft agreement regarding reinstatement of cash collateral stipulation | .50 | 175.00 |
| 6/21/10 | KLC | Reviewing new cash collateral reinstatement agreement | .50 | 175.00 |
| 6/21/10 | KLC | Emails with Bill Shoaf regarding cash collateral budget | .20 | 70.00 |
| 6/21/10 | KLC | Conference call with Bill Shoaf, Michael Blumenthal, Rich Havel, and Jamie Winikor regarding cash issues | .50 | 175.00 |
| 6/30/10 | KLC | Monitoring transfer request for operating expenses | .40 | 140.00 |

Total Fees:     $ 1,645.00

## Time Summary

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Cannon, Ken | 4.00 | 350.00 | 1,400.00 |
| McCardell, Steven J. | .70 | 350.00 | 245.00 |

## Detail of Client Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 5/31/10 | Online research - Pacer | .80 |
| 5/31/10 | Online research - Pacer | 3.68 |

Total Expenses:     $ 4.48

2

Durham Jones & Pinegar. P.C.

Client #:    26481    Easy Street
Matter #:      11     Cash Collateral/DIP Lending
Invoice #:          214879

July 7, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

---

## Remittance Advice

*To insure proper credit to your account, please return this remittance with your payment.*

Client #:    26481    Easy Street
Matter #:      11     Cash Collateral/DIP Lending
Invoice No.          214879
Billing Attorney:    KLC

**Current Invoice**              **$ 1,649.48**

.

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

July 7, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

---

**Invoice Summary**

| Client #: | 26481 | Easy Street |
|-----------|-------|-------------|
| Matter #: | 12 | BayNorth Litigation |
| Invoice No. | | 214880 |

For professional services rendered and costs advanced through June 30, 2010:

| Total Fees | $ 210.00 |
|------------|----------|
| Total Expenses | $ 3.84 |
| **Total of This Invoice** | **$ 213.84** |

*1*

Durham Jones & Pinegar. P.C.

Client #:    26481    Easy Street
Matter #:       12    BayNorth Litigation
Invoice #:          214880

## Detail of Professional Fees

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|-------------------------------|-------|--------|
| 6/10/10 | KLC | Reviewing correspondence from BayNorth | .30 | 105.00 |
| 6/23/10 | KLC | Reviewing draft responsive letter to BayNorth regarding discovery issues | .30 | 105.00 |

|  | Total Fees: | $ 210.00 |
|---|---|---|

## Time Summary

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Cannon, Ken | .60 | 350.00 | 210.00 |

## Detail of Client Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 5/31/10 | Online research - Pacer | 3.84 |

|  | Total Expenses: | $ 3.84 |
|---|---|---|

*2*

Durham Jones & Pinegar. P.C.

Client #:      26481    Easy Street
Matter #:        12    BayNorth Litigation
Invoice #:             214880

July 7, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

## Remittance Advice

*To insure proper credit to your account, please return this remittance with your payment.*

Client #:        26481    Easy Street
Matter #:          12    BayNorth Litigation
Invoice No.              214880
Billing Attorney:        KLC

**Current Invoice**                    **$ 213.84**

.

SALT LAKE CITY | OGDEN | ST. GEORGE | LAS VEGAS

# JULY 1-14, 2010

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

July 14, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

**Invoice Summary**

Client #:      26481      Easy Street
Matter #:          4      Claims Administration
Invoice No.          214789

For professional services rendered and costs advanced through July 14, 2010:

Total Fees                    $ 420.00
Total Expenses                $ .00
**Total of This Invoice       $ 420.00**

*1*

Durham Jones & Pinegar. P.C.

Client #:     26481   Easy Street
Matter #:        4    Claims Administration
Invoice #:           214789

## Detail of Professional Fees

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|--------------------------------|-------|--------|
| 7/02/10 | KLC | Drafting stipulation on Elliott claim | .50 | 175.00 |
| 7/06/10 | KLC | Telephone conference from Carol Fragen regarding rescission claim, emails and telephone calls to follow up | .50 | 175.00 |
| 7/12/10 | KLC | Reviewing email from Christine Craige regarding Fragen claim, Elliott stipulation | .20 | 70.00 |

Total Fees:          $ 420.00

## Time Summary

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Cannon, Ken | 1.20 | 350.00 | 420.00 |

*2*

Durham Jones & Pinegar. P.C.

Client #:     26481     Easy Street
Matter #:         4     Claims Administration
Invoice #:              214789

July 14, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

---

### Remittance Advice

*To insure proper credit to your account, please return this remittance with your payment.*

Client #:         26481     Easy Street
Matter #:             4     Claims Administration
Invoice No.             214789
Billing Attorney:       KLC

**Current Invoice**              **$ 420.00**

SALT LAKE CITY | OGDEN | ST. GEORGE | LAS VEGAS

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

July 14, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT 84068

---

**Invoice Summary**

| | | |
|---|---|---|
| Client #: | 26481 | Easy Street |
| Matter #: | 5 | Employ & Fee Apps - Durham |
| Invoice No. | | 214790 |

For professional services rendered and costs advanced through July 14, 2010:

| | |
|---|---|
| Total Fees | $ 770.00 |
| Total Expenses | $ .00 |
| **Total of This Invoice** | **$ 770.00** |

*1*

Durham Jones & Pinegar. P.C.

Client #:      26481    Easy Street
Matter #:          5    Employ & Fee Apps - Durham
Invoice #:            214790

## Detail of Professional Fees

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|-------------------------------|-------|--------|
| 7/06/10 | KLC | Drafting final fee application for DJP | 1.50 | 525.00 |
| 7/13/10 | KLC | Drafting final fee application for DJP | .70 | 245.00 |
| | | | Total Fees: | $ 770.00 |

## Time Summary

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Cannon, Ken | 2.20 | 350.00 | 770.00 |

*2*

Durham Jones & Pinegar. P.C.

Client #:      26481      Easy Street
Matter #:          5      Employ & Fee Apps - Durham
Invoice #:                214790

July 14, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

---

## Remittance Advice

*To insure proper credit to your account, please return this remittance with your payment.*

Client #:      26481      Easy Street
Matter #:          5      Employ & Fee Apps - Durham
Invoice No.               214790
Billing Attorney:         KLC

**Current Invoice**                    **$ 770.00**

.

*3*

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

July 14, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

---

**Invoice Summary**

| | | |
|---|---|---|
| Client #: | 26481 | Easy Street |
| Matter #: | 6 | Employ & Fee Apps - Others |
| Invoice No. | 214791 | |

For professional services rendered and costs advanced through July 14, 2010:

| | |
|---|---|
| Total Fees | $ 875.00 |
| Total Expenses | $ .00 |
| **Total of This Invoice** | **$ 875.00** |

*1*

Durham Jones & Pinegar. P.C.

Client #:   26481   Easy Street
Matter #:      6    Employ & Fee Apps - Others
Invoice #:        214791

**Detail of Professional Fees**

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|--------------------------------|-------|--------|
| 7/09/10 | KLC | Reviewing final fee applications | .30 | 105.00 |
| 7/12/10 | KLC | Telephone conference from Michael Blumenthal and Steve Eichel regarding final fee applications | .30 | 105.00 |
| 7/12/10 | KLC | Reviewing final fee application from Corbin Gordon | .20 | 70.00 |
| 7/13/10 | KLC | Revising declaration, application on Niederhauser as accountants for debtor | .60 | 210.00 |
| 7/13/10 | KLC | Drafting final fee application for AGI and Throndsen, email to Throndsen regarding same | .60 | 210.00 |
| 7/13/10 | KLC | Emails to, from Stephanie Russell regarding Niederhauser application | .30 | 105.00 |
| 7/13/10 | KLC | Telephone conference from Michael Blumenthal regarding fee applications | .20 | 70.00 |

Total Fees:     $ 875.00

**Time Summary**

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Cannon, Ken | 2.50 | 350.00 | 875.00 |

*2*

Durham Jones & Pinegar. P.C.

Client #:      26481      Easy Street
Matter #:         6       Employ & Fee Apps - Others
Invoice #:              214791

July 14, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

---

### Remittance Advice
*To insure proper credit to your account, please return this remittance with your payment.*

Client #:      26481      Easy Street
Matter #:         6       Employ & Fee Apps - Others
Invoice No.             214791
Billing Attorney:       KLC

**Current Invoice**                    **$ 875.00**

*3*

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

July 14, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

---

**Invoice Summary**

Client #:      26481    Easy Street
Matter #:        8      Plan and Disc. Statement
Invoice No.          214792

For professional services rendered and costs advanced through July 14, 2010:

| | |
|---|---:|
| Total Fees | $ 2,135.00 |
| Total Expenses | $ .00 |
| **Total of This Invoice** | **$ 2,135.00** |

*1*

Durham Jones & Pinegar. P.C.

Client #:      26481    Easy Street
Matter #:          8    Plan and Disc. Statement
Invoice #:          214792

## Detail of Professional Fees

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|--------------------------------|-------|--------|
| 7/01/10 | KLC | Reviewing notice of confirmation, notice to unsecured creditors | .50 | 175.00 |
| 7/01/10 | KLC | Telephone conference from Bill Shoaf regarding SLH issues | .20 | 70.00 |
| 7/01/10 | KLC | Reviewing contract with Small Luxury Hotels, addressing issues on same | .80 | 280.00 |
| 7/01/10 | KLC | Telephone conference from Steve Eichel regarding notices | .20 | 70.00 |
| 7/01/10 | KLC | Telephone conference from Lon Jenkins regarding unsecured creditor issues | .30 | 105.00 |
| 7/02/10 | KLC | Emails to, from Lon Jenkins regarding claim issues | .20 | 70.00 |
| 7/02/10 | KLC | Telephone conference from Lon Jenkins regarding claim issues | .30 | 105.00 |
| 7/02/10 | KLC | Reviewing mailing matrix for distribution of notice of confirmation | .30 | 105.00 |
| 7/02/10 | KLC | Addressing claim issues related to voting, unsecured claims | .40 | 140.00 |
| 7/02/10 | KLC | Telephone conference to Bill Shoaf regarding classification issues under plan | .20 | 70.00 |
| 7/06/10 | KLC | Telephone conference from Michael Blumenthal regarding issues under plan | .30 | 105.00 |
| 7/06/10 | KLC | Email to estate professionals regarding final fee application deadline and hearing times | .40 | 140.00 |
| 7/06/10 | KLC | Emails to, from Mike Johnson and Jeff Shields regarding mechanic's lien claims | .40 | 140.00 |
| 7/07/10 | KLC | Email to Chris Craige regarding outstanding issues in case | .50 | 175.00 |
| 7/07/10 | KLC | Telephone conference from Michael Blumenthal regarding claim issues | .20 | 70.00 |
| 7/13/10 | KLC | Conf. call with WestLB lawyers, Michael Blumenthal, and Lon Jenkins regarding administrative claim issues | .50 | 175.00 |
| 7/13/10 | KLC | Reviewing spreadsheet on administrative expense claims in case | .40 | 140.00 |

Total Fees:        $ 2,135.00

## Time Summary

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Cannon, Ken | 6.10 | 350.00 | 2,135.00 |

July 14, 2010

*2*

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT 84068

## Remittance Advice

*To insure proper credit to your account, please return this remittance with your payment.*

| | | |
|---|---|---|
| Client #: | 26481 | Easy Street |
| Matter #: | 8 | Plan and Disc. Statement |
| Invoice No. | | 214792 |
| Billing Attorney: | | KLC |

**Current Invoice**                    **$ 2,135.00**

*3*

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

July 14, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

---

**Invoice Summary**

Client #:      26481      Easy Street
Matter #:          9      Misc. Contested Matters
Invoice No.             214793

For professional services rendered and costs advanced through July 14, 2010:

|  |  |
|---|---|
| Total Fees | $ 385.00 |
| Total Expenses | $ .00 |
| **Total of This Invoice** | **$ 385.00** |

*1*

Durham Jones & Pinegar. P.C.

Client #:    26481    Easy Street
Matter #:        9    Misc. Contested Matters
Invoice #:        214793

**Detail of Professional Fees**

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|---------------------------------|-------|--------|
| 7/01/10 | KLC | Telephone conference from Michael Blumenthal regarding Wickline adversary | .30 | 105.00 |
| 7/01/10 | KLC | Telephone conference to Kim Wilson regarding Wickline adversary | .20 | 70.00 |
| 7/01/10 | KLC | Telephone conference from Addie Maudsley regarding response time in adversary | .20 | 70.00 |
| 7/13/10 | KLC | Addressing final issues in stipulation for relief from confidentiality order | .40 | 140.00 |

Total Fees:    $ 385.00

**Time Summary**

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Cannon, Ken | 1.10 | 350.00 | 385.00 |

*2*

Durham Jones & Pinegar. P.C.

Client #:     26481     Easy Street
Matter #:         9     Misc. Contested Matters
Invoice #:           214793

July 14, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

---

## Remittance Advice

*To insure proper credit to your account, please return this remittance with your payment.*

Client #:     26481     Easy Street
Matter #:         9     Misc. Contested Matters
Invoice No.           214793
Billing Attorney:     KLC

**Current Invoice**                **$ 385.00**

*3*

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

July 14, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

---

**Invoice Summary**

Client #:    26481    Easy Street
Matter #:      10     Case Administration
Invoice No.         214794

For professional services rendered and costs advanced through July 14, 2010:

| | |
|---|---|
| Total Fees | $ 70.00 |
| Total Expenses | $ .00 |
| **Total of This Invoice** | **$ 70.00** |

*1*

Durham Jones & Pinegar. P.C.

Client #:   26481   Easy Street
Matter #:      10   Case Administration
Invoice #:         214794

**Detail of Professional Fees**

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|--------------------------------|-------|--------|
| 7/01/10 | KLC | Reviewing email from Chris Craige regarding matters going forward | .20 | 70.00 |

Total Fees:            $ 70.00

**Time Summary**

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Cannon, Ken | .20 | 350.00 | 70.00 |

*2*

Durham Jones & Pinegar. P.C.

Client #:     26481     Easy Street
Matter #:        10     Case Administration
Invoice #:              214794

July 14, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

## Remittance Advice
*To insure proper credit to your account, please return this remittance with your payment.*

Client #:     26481     Easy Street
Matter #:        10     Case Administration
Invoice No.             214794
Billing Attorney:       KLC

**Current Invoice**                    **$ 70.00**

*3*

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

July 14, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

---

**Invoice Summary**

Client #:      26481      Easy Street
Matter #:        12      BayNorth Litigation
Invoice No.              214795

For professional services rendered and costs advanced through July 14, 2010:

| | |
|---|---:|
| Total Fees | $ 350.00 |
| Total Expenses | $ .00 |
| **Total of This Invoice** | **$ 350.00** |

*1*

Durham Jones & Pinegar. P.C.

Client #:    26481    Easy Street
Matter #:       12    BayNorth Litigation
Invoice #:           214795

## Detail of Professional Fees

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|--------------------------------|-------|--------|
| 7/13/10 | KLC | Telephone conference to Addie Maudsley regarding scheduling order amendment | .20 | 70.00 |
| 7/13/10 | KLC | Drafting joint motion to amend scheduling order in adversary proceeding | .60 | 210.00 |
| 7/13/10 | KLC | Emails to, from Bruce Zabarauskas regarding amended scheduling order | .20 | 70.00 |
| | | Total Fees: | | $ 350.00 |

## Time Summary

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Cannon, Ken | 1.00 | 350.00 | 350.00 |

*2*

Durham Jones & Pinegar. P.C.

Client #:      26481    Easy Street
Matter #:        12    BayNorth Litigation
Invoice #:              214795

July 14, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

---

## Remittance Advice

*To insure proper credit to your account, please return this remittance with your payment.*

Client #:      26481    Easy Street
Matter #:        12    BayNorth Litigation
Invoice No.             214795
Billing Attorney:       KLC

**Current Invoice**                    **$ 350.00**

*3*