Kenneth L. Cannon II (kcannon@djplaw.com) (3705)
Steven J. McCardell (smccardell@djplaw.com) (2144)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT  84110-4050
Telephone:  (801) 415-3000/Fax:  (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com) (admitted <u>pro hac vice</u>)
Steven B. Eichel (seichel@crowell.com) (admitted <u>pro hac vice</u>)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY  10022
Telephone:  (212) 223-4000/Fax:  (212) 223-4134

Counsel for Debtors and Debtors in Possession

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: | |
| | |
| EASY STREET HOLDING, LLC, *et al.*, | Bankruptcy Case No. 09-29905 |
| | Jointly Administered with Cases |
| | 09-29907 and 09-29908 |
| | |
| Address:  201 Heber Avenue | Chapter 11 |
|          Park City, UT 84060 | |
| | Honorable R. Kimball Mosier |
| Tax ID Numbers: | |
| 35-2183713 (Easy Street Holding, LLC), | |
| 20-4502979 (Easy Street Partners, LLC), and | **[FILED ELECTRONICALLY]** |
| 84-1685764 (Easy Street Mezzanine, LLC) | |
| | |

## FIRST AND FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION BY
## <u>NIEDERHAUSER & DAVIS, LLC, AS ACCOUNTANTS FOR THE DEBTORS</u>

Niederhauser & Davis, LLC ("Niederhauser & Davis") hereby submits its first and final

application (the "Application") pursuant to 11 U.S.C. §§ 330 and Federal Rule of Bankruptcy

SLC_639903.1

Procedure 2016 for allowance and payment of compensation in the amount of $19,164.00for

accounting and tax preparation services.

## A.    BACKGROUND

1.    Partners commenced this case under Chapter 11 of the United States Bankruptcy

Code by filing a voluntary petition on September 14, 2009.

2.    Partners filed its application to employ Niederhauser & Davis as accountants on

July 15, 2010 (the "Employment Application").  The Employment Application is pending.

3.    As contemplated by the Employment Application, Niederhauser & Davis

provided critical accounting and tax preparation services in March and April as well as certain

accounting services prior to that and since that time period. A summary of fees requested by this

Application for all fees for the period February 15, 2010, through June 15, 2010 (the

"Application Period"), as required by the Fee Guidelines of the United States Trustee, is attached

hereto as Exhibit A.

4.    There is no agreement or understanding between Niederhauser & Davis and any

other person for the sharing of compensation to be received for services rendered in this case

except among the members of Niederhauser & Davis.

5.    All professional services for which compensation is requested were performed for

on behalf of the Debtors and not on behalf of any committee, creditor, or other person.

## B.    THE APPLICATION

1.    Billing Methodology

a.    In this Application, Niederhauser & Davis is requesting compensation for

services provided during the "Application Period".

2

b.      Niederhauser & Davis' services in this case are billed on an hourly-rate basis, consistent with Niederhauser & Davis' customary charges for comparably skilled and experienced practitioners in other matters.

c.      Given the education, experience, and expertise of the Niederhauser & Davis professionals rendering services in this case, the rates charged are reasonable.

d.      Attached as <u>Exhibit B</u> is a vita showing the qualifications and experience of the professionals at Niederhauser & Davis who performed and/or supervised the services for which compensation is sought.

2.      <u>Services Performed on Behalf of the Estate</u>

a.      During the Application Period, Niederhauser & Davis rendered services to the estate for which it seeks compensation in the total amount of $19,164.00.  Niederhauser & Davis' invoices for these services are attached as <u>Exhibit C</u>.

b.      These services are broken down into the categories of Accounting Services, Tax Services, and Fee Application Time and the invoices attached as Exhibit C break provide detail both by activity and by professional.

c.      The breakdown by professional, rate, and hours expended for these services is set forth below:

| NAME (INITIALS) | TITLE/OFFICE | HOURLY RATE | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|---|
| Jay C. Niederhauser | Principal (CPA) | $200 | 42.4 | $8,480.00 |
| Stephanie Russell | Professional (CPA) | $125 | 54.4 | $6,800.00 |
| Adam Olson | Professional (CPA) | $80 | 43.7 | $3,484.00 |
| Ashton Ferrin | Paraprofessional | $70 | 1.9 | $133.00 |
| Michele Duvall | Paraprofessional | $65 | .3 | $19.50 |
| Sherry Tollas | Paraprofessional | $55 | 4.5 | $247.50 |
| TOTAL HOURS | | | 147.2 | $19,164.00 |

3

d.      The services performed involve tax accounting and preparation of critical tax returns for the Debtors on an expedited basis.  The Debtors' historical accountants, CBIZ, were not able to provide the services because of a prepetition claim against the Debtors and the Debtors' management requested that Niederhauser & Davis step in, complete the accounting for the tax returns, and prepare the tax returns.  The employment application was not earlier filed because of certain miscommunications.

WHEREFORE, Niederhauser & Davis prays:

1.      That it be awarded final compensation in the amount of $19,164.00 for professional services rendered as set forth above;

2.      That such amounts be allowed as priority administrative expenses of the estate in Chapter 11 pursuant to 11 U.S.C. §§ 503(b)(2) and 507(a)(1);

3.      That the Debtors be authorized and required, pursuant to 11 U.S.C. §§ 330, to pay such allowed amounts as set forth herein.

DATED this 15th day of July, 2010.


        /s/ Jay C. Niederhauser
Jay C. Niederhauser
NIEDERHAUSER & DAVIS, LLC
Accountants for the Debtors

# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: | |
| | |
| EASY STREET HOLDING, LLC, *et al.*, | Bankruptcy Case No. 09-29905 |
| | Jointly Administered with Cases |
| Debtors. | 09-29907 and 09-29908 |
| | |
| Address:  201 Heber Avenue | Chapter 11 |
| Park City, UT 84060 | |
| | Honorable R. Kimball Mosier |
| Tax ID Numbers: | |
| 35-2183713 (Easy Street Holding, LLC), | |
| 20-4502979 (Easy Street Partners, LLC), and | **[FILED ELECTRONICALLY]** |
| 84-1685764 (Easy Street Mezzanine, LLC) | |

## SUMMARY REQUIRED BY UNITED STATES TRUSTEE GUIDELINES

| | | |
|---|---|---|
| Fees Previously Requested: | $0.00 | NAME OF APPLICANT: |
| Fees Previously Paid: | $0.00 | Niederhauser & Davis, LLC |
| | | |
| Expenses Previously Requested: | $0.00 | ROLE IN THE CASE: |
| Expenses Previously Paid: | $0.00 | Accountants for Debtors in Possession |
| | | |
| Retainer Paid: | $.00 | CURRENT APPLICATION: |

| | |
|---|---|
| Fee Requested | $19,164.00 |
| Expenses Requested | $0.00 |

# EXHIBIT B



1795 Sidewinder Dr, Suite 101 , P.O. Box 680460, Park City, Utah 84068
tel: (435) 655-3300 | fax: (435) 649-4067

**Jay C. Niederhauser, CPA**

Jay is one of the founding members of Niederhauser & Davis, LLC. He has a bachelors in accounting from Utah State University and over 30 years of experience, much of which is in tax and audit with large international accounting firms. Jay has extensive experience in business and individual tax planning and oversees all aspects of the firm's tax, accounting and audit services. He is a licensed CPA in Utah and Texas and is a member of the American Institute of Certified Public Accountants and the Utah Association of Certified Public Accountants.

**Stephanie A. Russell, CPA**

Stephanie began working with Niederhauser & Davis, LLC in February 2005 after relocating to Park City, Utah from Atlanta, Georgia. She received her bachelor degree in accounting in 1996 from Kennesaw State University in Marietta, Georgia. Stephanie has over ten years of experience working in all aspects of a public accounting firm, including accounting and tax services, and administration. Stephanie currently manages all of the attestation engagements and performs substantially all of the audit and review procedures for the firm. She is a licensed CPA in the States of Utah and Georgia. She is a member of the American Institute of Certified Public Accountants and the Utah Association of Certified Public Accountants.

**Adam J. Olson, CPA**

Adam joined Niederhauser & Davis in September of 2008 after graduating from the University of Texas with a masters degree in accounting. He is originally from the Ogden area, is married, and has a little boy. Adam is a licensed CPA in the state of Utah and is involved in the firm's attestation, auditing, tax, write-up, and consulting engagements. He has also passed the CIA (certified internal auditor) exam.

9

# EXHIBIT C

| IN RE: | CASE NO: |
|---|---|
| Easy Street Holdings, LLC | |
| Debtor | Chapter    11 |

# FEE APPLICATION SUMMARY SHEET
### For the Time Periods: 2/16/10 - 3/15/10

**NAME OF APPLICANT:**          Niederhauser & Davis, LLC

**ROLE IN THE CASE:**          Accountants

| | | |
|---|---|---|
| Fees Previously Requested | $ | - |
| Fees Previously Rewarded | $ | - |
| | | |
| Expenses Previously Requested | $ | - |
| Expenses Previously Rewarded | $ | - |

**CURRENT APPLICATION**

| | | |
|---|---|---|
| Fees Requested | $ | 3,334.50 |
| Expenses Requested | $ | - |

### HOURS BILLED

| Name | | Year Admitted to Practice | Current Application | Rates | Total for Application |
|---|---|---|---|---|---|
| **Principal** | | | | | |
| Jay C. Niederhauser | CPA | 1981 | 10.0 | 200.00 | 2,000.00 |
| | | | | | |
| **Professional** | | | | | |
| Stephanie Russell | CPA | 1999 | 10.3 | 125.00 | 1,287.50 |
| | | | | | |
| **Paraprofessional** | | | | | |
| Michele Duvall | | 2006 | 0.3 | 65.00 | 19.50 |
| Sherry Tollas | | 1999 | 0.5 | 55.00 | 27.50 |
| | | | | | |
| Total | | | 21.1 | 158.03 | 3,334.50 |



### Certified Public Accountants

1795 Sidewinder Drive, Suite 101 ▪ PO Box 680460 ▪ Park City, UT 84068-0460 ▪ 435-655-3300

| | |
|---|---|
| Easy Street Holdings, LLC | Invoice: 688 |
| Attention: Bill Shoaf | Month Ended: 03/15/2010 |
| P O Box 683300 | |
| Park City, UT 84068 | Due Date: 04/14/2010 |

Detail by Activity as follows:

| | | Hours | Rate | Amount |
|---|---|---|---|---|
| **Accounting Services** | | | | |
| 01/31/2010 | 2008 and 2009 Accounting Services - Correspondence with client and scheduling. | 0.40 | 125.00 | 50.00 |
| 02/28/2010 | Correspondence and meeting with client regarding 2007 - 2009 Forms 1065. | 5.70 | 125.00 | 712.50 |
| | Total for Accounting Services | 6.10 | | 762.50 |
| **Other Services** | | | | |
| 02/19/2010 | Copies of documents, mailed Federal Express. | 0.50 | 55.00 | 27.50 |
| | Total for Other Services | 0.50 | | 27.50 |
| **Tax Services** | | | | |
| 02/15/2010 | Review of financial statements, tax returns and CBIZ letter of recommendations. | 1.50 | 200.00 | 300.00 |
| 02/15/2010 | 2007 - 2009 Partnership Income Tax Returns - correspondence with other accountants and client to gather information. | 1.60 | 125.00 | 200.00 |
| 02/16/2010 | Review of tax returns and other documents; correspondence with Bill and Jeff regarding status of returns, etc. | 3.50 | 200.00 | 700.00 |
| 02/24/2010 | Follow-up on tax return information; discussions with Jeff. | 0.60 | 200.00 | 120.00 |
| 02/28/2010 | Preparation for and meeting with Jeff regarding tax returns, etc; discussion with Mary Kay Griffin regarding status of 2007 tax return. | 2.80 | 200.00 | 560.00 |
| 03/03/2010 | Consultation and research regarding bankruptcy estate; correspondence with Mary Kay Griffin. | 1.60 | 200.00 | 320.00 |
| 03/03/2010 | Discuss what return to file for bankruptcy. | 0.30 | 65.00 | 19.50 |
| 03/15/2010 | 2009 Partnership Income Tax Return. | 3.00 | 125.00 | 375.00 |
| | Total for Tax Services | 14.90 | | 2,594.50 |
| | **Grand Total** | **21.50** | | **$3,384.50** |



*C e r t i f i e d   P u b l i c   A c c o u n t a n t s*

1795 Sidewinder Drive, Suite 101 ■ PO Box 680460 ■ Park City, UT 84068-0460 ■ 435-655-3300

| | |
|---|---|
| Easy Street Holdings, LLC | Invoice:        688 |
| Attention: Bill Shoaf | Month Ended: 03/15/2010 |
| P O Box 683300 | |
| Park City, UT 84068 | Due Date:     04/14/2010 |

Detail by Staff Member as follows:

| | | Hours | Rate | Amount |
|---|---|---|---|---|
| **Duvall, Michele** | | | | |
| 03/03/2010 | Discuss what return to file for bankruptcy. | 0.30 | 65.00 | 19.50 |
| | Total for Duvall, Michele | 0.30 | | 19.50 |
| **Niederhauser, Jay** | | | | |
| 02/15/2010 | Review of financial statements, tax returns and CBIZ letter of recommendations. | 1.50 | 200.00 | 300.00 |
| 02/16/2010 | Review of tax returns and other documents; correspondence with Bill and Jeff regarding status of returns, etc. | 3.50 | 200.00 | 700.00 |
| 02/24/2010 | Follow-up on tax return information; discussions with Jeff. | 0.60 | 200.00 | 120.00 |
| 02/28/2010 | Preparation for and meeting with Jeff regarding tax returns, etc; discussion with Mary Kay Griffin regarding status of 2007 tax return. | 2.80 | 200.00 | 560.00 |
| 03/03/2010 | Consultation and research regarding bankruptcy estate; correspondence with Mary Kay Griffin. | 1.60 | 200.00 | 320.00 |
| | Total for Niederhauser, Jay | 10.00 | | 2,000.00 |
| **Russell, Stephanie** | | | | |
| 01/31/2010 | 2008 and 2009 Accounting Services - Correspondence with client and scheduling. | 0.40 | 125.00 | 50.00 |
| 02/15/2010 | 2007 - 2009 Partnership Income Tax Returns - correspondence with other accountants and client to gather information. | 1.60 | 125.00 | 200.00 |
| 02/28/2010 | Correspondence and meeting with client regarding 2007 - 2009 Forms 1065. | 5.70 | 125.00 | 712.50 |
| 03/15/2010 | 2009 Partnership Income Tax Return. | 3.00 | 125.00 | 375.00 |
| | Total for Russell, Stephanie | 10.70 | | 1,337.50 |
| **Tollas, Sherry** | | | | |
| 02/19/2010 | Copies of documents, mailed Federal Express. | 0.50 | 55.00 | 27.50 |
| | Total for Tollas, Sherry | 0.50 | | 27.50 |

**Niederhauser & Davis, LLC**

| | | |
|---|---|---|
| **Grand Total** | 21.50 | $3,384.50 |

| IN RE: | CASE NO: |
|---|---|
| Easy Street Holdings, LLC<br>Debtor | Chapter    11 |

# FEE APPLICATION SUMMARY SHEET
### For the Time Periods: 3/16/10 - 4/15/10

**NAME OF APPLICANT:**                     Niederhauser & Davis, LLC

**ROLE IN THE CASE:**                      Accountants

| | |
|---|---|
| Fees Previously Requested | $  4,032.00 |
| Fees Previously Rewarded | $     647.50 |
| | |
| Expenses Previously Requested | $         - |
| Expenses Previously Rewarded | $         - |

**CURRENT APPLICATION**

| | |
|---|---|
| Fees Requested | $ 15,011.00 |
| Expenses Requested | $         - |

## HOURS BILLED

| Name | | Year Admitted to Practice | Current Application | Rates | Total for Application |
|---|---|---|---|---|---|
| **Principal** | | | | | |
| Jay C. Niederhauser | CPA | 1981 | 31.5 | 200.00 | 6,300.00 |
| **Professional** | | | | | |
| Stephanie Russell | CPA | 1999 | 40.4 | 125.00 | 5,050.00 |
| Adam Olson | CPA | 2009 | 41.5 | 79.71 | 3,308.00 |
| **Paraprofessional** | | | | | |
| Ashton Ferrin | | 2009 | 1.9 | 70.00 | 133.00 |
| Sherry Tollas | | 1999 | 4 | 55.00 | 220.00 |
| Total | | | 119.3 | 125.83 | 15,011.00 |



## C e r t i f i e d   P u b l i c   A c c o u n t a n t s

1795 Sidewinder Drive, Suite 101 ■ PO Box 680460 ■ Park City, UT  84068-0460 ■ 435-655-3300

Easy Street Holdings, LLC
Attention:  Bill Shoaf
P O Box 683300
Park City, UT  84068

Invoice:    836
Month Ended:  04/15/2010

Due Date:    05/15/2010

Detail by Activity as follows:

### Fee Application Time

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 03/24/2010 | Prepare bills in a submittable format for the bankruptcy court. | 0.80 | 65.00 | 52.00 |
| 03/31/2010 | Bankruptcy Fee Application for December 2009 through March 2010; phone conversation with attorney. | 1.00 | 125.00 | 125.00 |
| | Total for Fee Application Time | 1.80 | | 177.00 |

### Tax Services

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 03/16/2010 | Correspondence with client and with prior accountants regarding  2007 and 2008 tax returns; power-of-attorney; make appointment to review prior accountants' working papers. | 3.10 | 200.00 | 620.00 |
| 03/19/2010 | Preparation for and meeting with prior accountants to review and obtain copies of prior year tax return workpapers. | 4.70 | 200.00 | 940.00 |
| 03/22/2010 | Review of accounting information and records; discussions with management regarding records and our ability to perform an audit or agreed-upon procedures engagement; research status of individual entities; accumulate information to file returns. | 3.80 | 200.00 | 760.00 |
| 03/23/2010 | Supervision of tax return preparation for 2008 and 2009. | 1.20 | 200.00 | 240.00 |
| 03/25/2010 | Review of IRS information request; research and accumulate information to respond; review of 2005 and 2006 tax returns to forward to the IRS. | 4.30 | 200.00 | 860.00 |
| 03/29/2010 | Tax returns processed. | 2.00 | 55.00 | 110.00 |
| 03/31/2010 | 2005 and 2006 Partnership Income Tax Returns for Easy Street Partners, LLC. | 2.40 | 125.00 | 300.00 |
| 03/31/2010 | Adjust 2008 trial balance in preparation to amend the 2008 tax return. | 8.40 | 80.00 | 672.00 |
| 03/31/2010 | Preparation of 2005 and 2006 tax returns for Easy Street Partners, LLC, including related correspondence with management. | 1.90 | 70.00 | 133.00 |
| 03/31/2010 | 2007 - 2009 Partnership Income Tax Returns; meetings with former tax accountant and client; correspondence | 21.30 | 125.00 | 2,662.50 |

## Niederhauser & Davis, LLC

Page 2 of 2

| Date | Description | | | |
|------|-------------|---|---|---|
| | with various attorneys and consultants. | | | |
| 04/02/2010 | Review of partnership documents; accounting issues regarding inventory, fixed assets; accumulate information form client. | 3.10 | 200.00 | 620.00 |
| 04/07/2010 | Review and reconcile 2008 tax return. | 1.70 | 200.00 | 340.00 |
| 04/10/2010 | Prepare the amended 2008 tax return. | 22.00 | 80.00 | 1,760.00 |
| 04/13/2010 | Review of 2008 and 2009 partnership tax returns. | 9.60 | 200.00 | 1,920.00 |
| 04/15/2010 | Preparation of the 2009 tax return. | 10.30 | 80.00 | 824.00 |
| 04/15/2010 | Processing of tax returns. | 2.00 | 55.00 | 110.00 |
| 04/15/2010 | Review of the 2008 amended and 2009 partnership tax returns. | 15.70 | 125.00 | 1,962.50 |
| | **Total for Tax Services** | 117.50 | | 14,834.00 |
| | **Grand Total** | **119.30** | | **$15,011.00** |



### *Certified   Public   Accountants*

1795 Sidewinder Drive, Suite 101 ■ PO Box 680460 ■ Park City, UT 84068-0460 ■ 435-655-3300

| | |
|---|---|
| Easy Street Holdings, LLC | Invoice:      836 |
| Attention:  Bill Shoaf | Month Ended: 04/15/2010 |
| P O Box 683300 | |
| Park City, UT  84068 | Due Date:     05/15/2010 |

Detail by Staff Member as follows:

| | | Hours | Rate | Amount |
|---|---|---|---|---|
| **Ferrin, Ashton** | | | | |
| 03/31/2010 | Preparation of 2005 and 2006 tax returns for Easy Street Partners, LLC, including related correspondence with management. | 1.90 | 70.00 | 133.00 |
| | Total for Ferrin, Ashton | 1.90 | | 133.00 |
| **Niederhauser, Jay** | | | | |
| 03/16/2010 | Correspondence with client and with prior accountants regarding  2007 and 2008 tax returns; power-of-attorney; make appointment to review prior accountants' working papers. | 3.10 | 200.00 | 620.00 |
| 03/19/2010 | Preparation for and meeting with prior accountants to review and obtain copies of prior year tax return workpapers. | 4.70 | 200.00 | 940.00 |
| 03/22/2010 | Review of accounting information and records; discussions with management regarding records and our ability to perform an audit or agreed-upon procedures engagement; research status of individual entities; accumulate information to file returns. | 3.80 | 200.00 | 760.00 |
| 03/23/2010 | Supervision of tax return preparation for 2008 and 2009. | 1.20 | 200.00 | 240.00 |
| 03/25/2010 | Review of IRS information request; research and accumulate information to respond; review of 2005 and 2006 tax returns to forward to the IRS. | 4.30 | 200.00 | 860.00 |
| 04/02/2010 | Review of partnership documents; accounting issues regarding inventory, fixed assets; accumulate information form client. | 3.10 | 200.00 | 620.00 |
| 04/07/2010 | Review and reconcile 2008 tax return. | 1.70 | 200.00 | 340.00 |
| 04/13/2010 | Review of 2008 and 2009 partnership tax returns. | 9.60 | 200.00 | 1,920.00 |
| | Total for Niederhauser, Jay | 31.50 | | 6,300.00 |
| **Olson, Adam** | | | | |
| 03/24/2010 | Prepare bills in a submittable format for the bankruptcy court. | 0.80 | 65.00 | 52.00 |
| 03/31/2010 | Adjust 2008 trial balance in preparation to amend the | 8.40 | 80.00 | 672.00 |

## Niederhauser & Davis, LLC

| | | | | |
|---|---|---|---|---|
| | 2008 tax return. | | | |
| 04/10/2010 | Prepare the amended 2008 tax return. | 22.00 | 80.00 | 1,760.00 |
| 04/15/2010 | Preparation of the 2009 tax return. | 10.30 | 80.00 | 824.00 |
| | Total for Olson, Adam | 41.50 | | 3,308.00 |

### Russell, Stephanie

| | | | | |
|---|---|---|---|---|
| 03/31/2010 | Bankruptcy Fee Application for December 2009 through March 2010; phone conversation with attorney. | 1.00 | 125.00 | 125.00 |
| 03/31/2010 | 2005 and 2006 Partnership Income Tax Returns for Easy Street Partners, LLC. | 2.40 | 125.00 | 300.00 |
| 03/31/2010 | 2007 - 2009 Partnership Income Tax Returns; meetings with former tax accountant and client; correspondence with various attorneys and consultants. | 21.30 | 125.00 | 2,662.50 |
| 04/15/2010 | Review of the 2008 amended and 2009 partnership tax returns. | 15.70 | 125.00 | 1,962.50 |
| | Total for Russell, Stephanie | 40.40 | | 5,050.00 |

### Tollas, Sherry

| | | | | |
|---|---|---|---|---|
| 03/29/2010 | Tax returns processed. | 2.00 | 55.00 | 110.00 |
| 04/15/2010 | Tax returns processed. | 2.00 | 55.00 | 110.00 |
| | Total for Tollas, Sherry | 4.00 | | 220.00 |
| | **Grand Total** | **119.30** | | **$15,011.00** |

| IN RE: | CASE NO: |
|---|---|
| Easy Street Holdings, LLC<br>          Debtor | Chapter     11 |

# FEE APPLICATION SUMMARY SHEET
### For the Time Periods: 4/16/10 - 5/15/10

**NAME OF APPLICANT:**               Niederhauser & Davis, LLC

**ROLE IN THE CASE:**                Accountants

| | |
|---|---|
| Fees Previously Requested | $ 19,043.00 |
| Fees Previously Rewarded | $      647.50 |
| | |
| Expenses Previously Requested | $         - |
| Expenses Previously Rewarded | $         - |
| | |
| **CURRENT APPLICATION** | |
| Fees Requested | $      500.00 |
| Expenses Requested | $         - |

### HOURS BILLED

| Name | | Year Admitted to Practice | Current Application | Rates | Total for Application |
|---|---|---|---|---|---|
| **Principal** | | | | | |
| Jay C. Niederhauser | CPA | 1981 | 0.2 | 200.00 | 40.00 |
| | | | | | |
| **Professional** | | | | | |
| Stephanie Russell | CPA | 1999 | 2.4 | 125.00 | 300.00 |
| Adam Olson | CPA | 2009 | 2 | 80.00 | 160.00 |
| | | | | | |
| Total | | | 4.6 | 108.70 | 500.00 |

# NIEDERHAUSER & DAVIS, LLC

### *C e r t i f i e d   P u b l i c   A c c o u n t a n t s*

1795 Sidewinder Drive, Suite 101 ■ PO Box 680460 ■ Park City, UT  84068-0460 ■ 435-655-3300

Easy Street Holdings, LLC
Attention:  Bill Shoaf
P O Box 683300
Park City, UT  84068

Invoice:        1004
Month Ended:  05/15/2010

Due Date:      06/14/2010

Detail by Activity as follows:

| | | Hours | Rate | Amount |
|---|---|---|---|---|
| **Accounting Services** | | | | |
| 04/30/2010 | E-mall 2008 and 2009 Partnership income tax returns and K-1's to client; meeting with Controller. | 2.20 | 125.00 | 275.00 |
| | Total for Accounting Services | 2.20 | | 275.00 |
| **Fee Application Time** | | | | |
| 04/23/2010 | Create fee application for most recent bill. | 0.40 | 80.00 | 32.00 |
| 05/15/2010 | Contact attorney regarding status of application to provide service. | 0.20 | 125.00 | 25.00 |
| | Total for Fee Application Time | 0.60 | | 57.00 |
| **Tax Services** | | | | |
| 04/20/2010 | Finalize and sign returns. | 0.20 | 200.00 | 40.00 |
| 04/21/2010 | Meet with client concerning balance sheet and adjustments for 2010. | 1.60 | 80.00 | 128.00 |
| | Total for Tax Services | 1.80 | | 168.00 |
| | **Grand Total** | **4.60** | | **$500.00** |



### Certified Public Accountants

1795 Sidewinder Drive, Suite 101 ■ PO Box 680460 ■ Park City, UT  84068-0460 ■ 435-655-3300

Easy Street Holdings, LLC
Attention:  Bill Shoaf
P O Box 683300
Park City, UT  84068

| | |
|---|---|
| Invoice: | 1004 |
| Month Ended: | 05/15/2010 |
| Due Date: | 06/14/2010 |

Detail by Staff Member as follows:

| | | Hours | Rate | Amount |
|---|---|---|---|---|
| **Niederhauser, Jay** | | | | |
| 04/20/2010 | Finalize and sign returns. | 0.20 | 200.00 | 40.00 |
| | Total for Niederhauser, Jay | 0.20 | | 40.00 |
| **Olson, Adam** | | | | |
| 04/21/2010 | Meet with client concerning balance sheet and adjustments for 2010. | 1.60 | 80.00 | 128.00 |
| 04/23/2010 | Create fee application for most recent bill. | 0.40 | 80.00 | 32.00 |
| | Total for Olson, Adam | 2.00 | | 160.00 |
| **Russell, Stephanie** | | | | |
| 04/30/2010 | E-mail 2008 and 2009 Partnership income tax returns and K-1's to client; meeting with Controller. | 2.20 | 125.00 | 275.00 |
| 05/15/2010 | Contact attorney regarding status of application to provide service. | 0.20 | 125.00 | 25.00 |
| | Total for Russell, Stephanie | 2.40 | | 300.00 |
| | **Grand Total** | **4.60** | | **$500.00** |

| IN RE: | CASE NO: |
|---|---|
| Easy Street Holdings, LLC | |
| Debtor | Chapter    11 |

## FEE APPLICATION SUMMARY SHEET
For the Time Periods: 5/16/10 - 6/15/10

**NAME OF APPLICANT:**          Niederhauser & Davis, LLC

**ROLE IN THE CASE:**           Accountants

| | |
|---|---|
| Fees Previously Requested | $ 19,543.00 |
| Fees Previously Rewarded | $ 19,543.00 |
| | |
| Expenses Previously Requested | $          - |
| Expenses Previously Rewarded | $          - |

**CURRENT APPLICATION**
| | |
|---|---|
| Fees Requested | $    318.50 |
| Expenses Requested | $          - |

### HOURS BILLED

| Name | | Year Admitted to Practice | Current Application | Rates | Total for Application |
|---|---|---|---|---|---|
| **Principal** | | | | | |
| Jay C. Niederhauser | CPA | 1981 | 0.7 | 200.00 | 140.00 |
| | | | | | |
| **Professional** | | | | | |
| Stephanie Russell | CPA | 1999 | 1.3 | 125.00 | 162.50 |
| Adam Olson | CPA | 2009 | 0.2 | 80.00 | 16.00 |
| | | | | | |
| Total | | | 2.2 | 144.77 | 318.50 |



## *C e r t i f i e d   P u b l i c   A c c o u n t a n t s*

1795 Sidewinder Drive, Suite 101 ▪ PO Box 680460 ▪ Park City, UT  84068-0460 ▪ 435-655-3300

| | |
|---|---|
| Easy Street Holdings, LLC | Invoice:        1088 |
| Attention:  Bill Shoaf | Month Ended:  06/15/2010 |
| P O Box 683300 | |
| Park City, UT  84068 | Due Date:       07/15/2010 |

Detail by Activity as follows:

| | | Hours | Rate | Amount |
|---|---|---|---|---|
| **Accounting Services** | | | | |
| 06/03/2010 | Review bankruptcy application, list of creditors. | 0.70 | 200.00 | 140.00 |
| Total for Accounting Services | | 0.70 | | 140.00 |
| **Fee Application Time** | | | | |
| 05/26/2010 | Contact attorney regarding application with bankruptcy court, left message; e-mailed February through May 2010 bills to controller per her request. | 0.60 | 125.00 | 75.00 |
| 05/31/2010 | Prepare the May 15, 2010 billings. | 0.20 | 80.00 | 16.00 |
| 06/15/2010 | Correspondence with client and attorney regarding services application. | 0.70 | 125.00 | 87.50 |
| Total for Fee Application Time | | 1.50 | | 178.50 |
| **Grand Total** | | **2.20** | | **$318.50** |

*C e r t i f i e d   P u b l i c   A c c o u n t a n t s*

1795 Sidewinder Drive, Suite 101 ■ PO Box 680460 ■ Park City, UT 84068-0460 ■ 435-655-3300

| | |
|---|---|
| Easy Street Holdings, LLC | |
| Attention: Bill Shoaf | Invoice: 1088 |
| P O Box 683300 | Month Ended: 06/15/2010 |
| Park City, UT 84068 | |
| | Due Date: 07/15/2010 |

Detail by Staff Member as follows:

| | | Hours | Rate | Amount |
|---|---|---|---|---|
| **Niederhauser, Jay** | | | | |
| 06/03/2010 | Review bankruptcy application, list of creditors. | 0.70 | 200.00 | 140.00 |
| Total for Niederhauser, Jay | | 0.70 | | 140.00 |
| **Olson, Adam** | | | | |
| 05/31/2010 | Prepare the May 15, 2010 billings. | 0.20 | 80.00 | 16.00 |
| Total for Olson, Adam | | 0.20 | | 16.00 |
| **Russell, Stephanie** | | | | |
| 05/26/2010 | Contact attorney regarding application with bankruptcy court, left message; e-mailed February through May 2010 bills to controller per her request. | 0.60 | 125.00 | 75.00 |
| 06/15/2010 | Correspondence with client and attorney regarding services application. | 0.70 | 125.00 | 87.50 |
| Total for Russell, Stephanie | | 1.30 | | 162.50 |
| **Grand Total** | | **2.20** | | **$318.50** |