Annette W. Jarvis (1649)
Peggy Hunt (6060)
Scott A. Cummings (11443)
**DORSEY & WHITNEY LLP**
136 South Main Street, Suite 1000
Salt Lake City, Utah 84101
Telephone:  (801) 933-7360
Facsimile:  (801) 933-7373
Email: jarvis.annette@dorsey.com
        hunt.peggy@dorsey.com
        cummings.scott@dorsey.com

Richard W. Havel (10759)
**SIDLEY & AUSTIN LLP**
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone:  (213) 896-6000
Facsimile:  (213) 896-6600
Email: rhavel@sidley.com

*Attorneys for WestLB, AG*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Bankruptcy Case No. 09-29905 |
| EASY STREET HOLDING, LLC, *et al.*, ) | Jointly Administered with Cases |
| ) | 09-29907 and 09-29908 |
| Debtors. ) | |
| ) | Chapter 11 |
| Address:  201 Heber Avenue ) | |
| Park City, UT 84060 ) | [FILED ELECTRONICALLY] |
| ) | |
| Tax ID Numbers: ) | |
| 35-2183713 (Easy Street Holding, LLC), ) | |
| 20-4502979 (Easy Street Partners, LLC), and ) | |
| 84-1685764 (Easy Street Mezzanine, LLC) ) | |
| ) | |

## WESTLB, AG'S NOTICE PURSUANT TO THE CONFIRMATION ORDER
## OF THE EXTENSION OF CERTAIN DEADLINES GOVERNING THE
## FILING OF PROFESSIONALS' FINAL FEE APPLICATIONS

WestLB, AG ("WestLB"), hereby files this notice pursuant to the Court's Confirmation

Order (as that term is defined below) giving notice to certain parties of extended deadlines

associated with the filing of final applications for compensation and reimbursement of expense.

In further support hereof, WestLB states as follows:

1.      On September 14, 2009, Easy Street Partners, LLC (the "Partners") filed a

voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States

Bankruptcy Court for the District of Utah (the "Court").  Partners' bankruptcy case is jointly

administered with those of Easy Street Mezzanine, LLC and Easy Street Holding, LLC.

2.      During the course of the bankruptcy proceedings, Partners received authorization

from the Court to employ various professionals pursuant to 11 U.S.C. § 327 (the

"Professionals").

3.      On July 2, 2010, the Court enter its Order Confirming Amended Plan of

Reorganization of Easy Street Partners, LLC and WestLB, AG Dated June 16, 2010 [Docket No.

600] (the "Confirmation Order").

4.      Paragraph 25 of the Confirmation Order provides, in part, that Professionals must

file and serve their final fee applications seeking compensation and reimbursement of expenses

(the "Final Fee Applications") by July 15, 2010, with objections to such requests due by July 20,

2010, and a hearing on the Final Fee Applications to occur before July 31, 2010.

5.      The Confirmation Order also provides that the deadlines associated with the filing

of the Final Fee Applications "can be extended at the option of WestLB, with notice to affected

parties."  *See* Confirmation Order at ¶ 25.

## NOTICE

NOTICE IS HEREBY GIVEN that, pursuant to the Confirmation Order, WestLB has extended certain deadlines related to the Professionals' Final Fee Applications.  Specifically, WestLB gives notice of the following deadlines:

- Deadline for Professionals to file Final Fee Applications:  **July 15, 2010**;

- Deadline for Professionals to file supplements to Final Fee Applications, which supplements shall be limited to fees and costs incurred after July 15, 2010, and through the Effective Date (as that term is defined in the Confirmation Order):  **July 31, 2010**;

- Deadline for filing of objections, if any, to Professionals' Final Fee Applications: **August 10, 2010**;

- Deadline for filing reply briefs, if any, in support of Professionals' Final Fee Applications:  **August 17, 2010**;

Further, a hearing on the Professionals' Final Fee Applications has been scheduled with the Court for August 24, 2010, at 11:00 a.m. (Mountain Time).  A separate Notice of Hearing will be served on the Professionals.

DATED this 16th day of July, 2010.

**DORSEY & WHITNEY LLP**

/s/ Scott A. Cummings
Annette W. Jarvis
Peggy Hunt
Scott A. Cummings
          and

Richard W. Havel
**SIDLEY AUSTIN LLP**

*Attorneys for WestLB, AG*

-3-