| | |
|---|---|
| Annette W. Jarvis (1649) | Kenneth L. Cannon II (3705) |
| Peggy Hunt (6060) | Steven J. McCardell (2144) |
| Scott A. Cummings (11443) | **DURHAM JONES & PINEGAR, P.C.** |
| **DORSEY & WHITNEY LLP** | 111 East Broadway, Suite 900 |
| 136 South Main Street, Suite 1000 | P.O. Box 4050 |
| Salt Lake City, Utah 84101 | Salt Lake City, Utah 84110-4050 |
| Telephone: (801) 933-7360 | Telephone: (801) 415-300 |
| Facsimile: (801) 933-7373 | Facsimile: (801) 415-3500 |
| Email: jarvis.annette@dorsey.com | Email: kcannon@djplaw.com |
| hunt.peggy@dorsey.com | smccardell@djplaw.com |
| cummings.scott@dorsey.com | |
| | Michael V. Blumenthal (*admitted pro hac vice*) |
| Richard W. Havel (10759) | Steven B. Eichel (*admitted pro hac vice*) |
| **SIDLEY & AUSTIN LLP** | **CROWELL & MORING LLP** |
| 555 West Fifth Street, Suite 4000 | 590 Madison Avenue, 20th Floor |
| Los Angeles, California 90013-1010 | New York, New York 10022 |
| Telephone: (213) 896-6000 | Telephone: (212) 223-4000 |
| Facsimile: (213) 896-6600 | Facsimile: (212) 223-4134 |
| Email: rhavel@sidley.com | Email: mblumenthal@crowell.com |
| | seichel@crowell.com |
| *Attorneys for WestLB, AG* | *Attorneys for Debtors and Debtors in Possession* |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | Bankruptcy Case No. 09-29905 |
| EASY STREET HOLDING, LLC, *et al.*, ) | Jointly Administered with Cases |
| ) | 09-29907 and 09-29908 |
| Debtors. ) | |
| ) | Chapter 11 |
| Address: 201 Heber Avenue ) | |
| Park City, UT 84060 ) | [FILED ELECTRONICALLY] |
| ) | |
| Tax ID Numbers: ) | |
| 35-2183713 (Easy Street Holding, LLC), ) | |
| 20-4502979 (Easy Street Partners, LLC), and ) | |
| 84-1685764 (Easy Street Mezzanine, LLC) ) | |
| ) | |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that WestLB, AG ("WestLB") and Easy Street Partners, LLC ("Partners" and together with WestLB, the "Plan Proponents") have filed the JOINT MOTION TO APPROVE STIPULATION WITH ELLIOTT WORKGROUP, LLC [Docket No. 614] (the "Motion") and EXHIBIT A to the Motion [Docket No. 617] (the "Exhibit").  A copy of the Motion and Exhibit have been served on all parties in interest in this case.  If you have not received a copy of the Motion and Exhibit, and you would like one, you may obtain a copy by requesting it from the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that the Motion seeks approval of a Stipulation Characterizing Claim of Elliott Workgroup, LLC as a General Unsecured Claim (the "Stipulation") entered into between Partners and Elliott Workgroup, LLC ("Elliott Workgroup").  The Stipulation provides, in material part, that Elliott Workgroup's claim originally listed on Partners' schedule of assets and liabilities as a $105,700 secured claim be recharacterized as an allowed general unsecured claim classified and treated in Class 4 under the Joint Plan of Reorganization approved by the Bankruptcy Court in this case.

**PLEASE TAKE FURTHER NOTICE** that your rights may be affected.  You should read this Notice and the Motion carefully and discuss them with your attorney, if you have one in this bankruptcy case.

**PLEASE TAKE FURTHER NOTICE** that if you do not want the Bankruptcy Court to approve the Motion, or if you want the Bankruptcy Court to consider your views on the Motion, then you or your attorney must file with the Bankruptcy Court and serve on the counsel for the Plan Proponents at the addresses set forth at the top of this Notice a written response or objection to the Motion in conformity with Rule 9013-1 of the Bankruptcy Court's Local Rules (located at www.utb.uscourts.gov) so that it is received, **on or before Tuesday, August 3, 2010**.

**PLEASE TAKE FURTHER NOTICE** that, if you mail your objection to the Bankruptcy Court for filing, you must mail it early enough so that the Court will receive it on or before the time and date stated above.

**PLEASE TAKE FURTHER NOTICE** that the Motion will come on for a hearing before the Honorable R. Kimball Mosier, United States Bankruptcy Judge, on **Tuesday, September 7, 2010, at 10:00 a.m., Mountain Time**, in his courtroom, Room 369 of the Frank E. Moss United States Courthouse, 350 South Main Street, Salt Lake City, Utah 84101.  You or your attorney must attend the hearing on the Motion if you want your response or objection to be considered by the Bankruptcy Court.  The hearing on the Motion may be continued from time to time without further notice, except the announcement in open Court of the time and place of such continued hearing.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rule 9013-1(c) of the Bankruptcy Court's Local Rules, absent timely filing and service of responses and objections to the Motion, the Plan Proponents may ask that the Court to approve the Motion without further notice or hearing.  Additionally, upon the resolution of any timely filed and served objections to the Motion, the Plan Proponents may ask the Bankruptcy Court to approve the Motion without further notice or hearing.

DATED this 16th day of July, 2010.

> **DORSEY & WHITNEY LLP**
>
> /s/ Scott A. Cummings
> Annette W. Jarvis
> Peggy Hunt
> Scott A. Cummings
>     and
> Richard W. Havel
> **SIDLEY AUSTIN LLP**
> *Attorneys for WestLB, AG*

-3-