Annette W. Jarvis (1649)
Peggy Hunt (6060)
Scott A. Cummings (11443)
**DORSEY & WHITNEY LLP**
136 South Main Street, Suite 1000
Salt Lake City, Utah 84101
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
Email: jarvis.annette@dorsey.com
 hunt.peggy@dorsey.com
 cummings.scott@dorsey.com

Richard W. Havel (10759)
**SIDLEY & AUSTIN LLP**
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600
Email: rhavel@sidley.com

*Attorneys for WestLB, AG*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | Bankruptcy Case No. 09-29905 |
| EASY STREET HOLDING, LLC, *et al.*, ) | Jointly Administered with Cases |
| ) | 09-29907 and 09-29908 |
| Debtors. ) | |
| ) | Chapter 11 |
| Address: 201 Heber Avenue ) | |
| Park City, UT 84060 ) | [FILED ELECTRONICALLY] |
| ) | |
| Tax ID Numbers: ) | |
| 35-2183713 (Easy Street Holding, LLC), ) | |
| 20-4502979 (Easy Street Partners, LLC), and ) | |
| 84-1685764 (Easy Street Mezzanine, LLC) ) | |
| ) | [EVIDENTIARY HEARING] |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that the following final fee applications (collectively, the

"Final Fee Applications") have been filed with the Court:

1. *First and Final Application for Allowance of Compensation by Niederhauser & Davis, LLC, as Accountants for the Debtors* [Docket No. 627];

2. *Third Application of Durham Jones & Pinegar for Interim Compensation and Reimbursement Pursuant to 11 U.S.C. §§ 330 and 331 as Attorneys for the Debtors in Possession for the Period May 1, 2010 through July 29, 2010, Combined with Application for Final Approval for Fees and Expenses Previously Approved* [Docket No. 626];

3. *Final Fee Application of Co-Manager, BDRC 4Site, LLC for Compensation for Services and Reimbursement of Expenses* [Docket No. 625];

4. *Third Interim and Final Application of Jones Waldo Holbrook & McDonough, PC for Allowance of Fees and Expenses as Counsel for the Official Committee of Unsecured Creditors, for the Period of October 6, 2009 Through and Including July 14, 2010* [Docket No. 624];

5. *Third and Final Application of Wrona Law Firm, P.C. for Interim Compensation and Reimbursement Pursuant to 11 U.S.C. §§ 330 and 331 as Attorneys for the Debtor in Possession* [Docket No. 620];

6. *Third and Final Application of Crowell & Moring LLP for Compensation and Reimbursement Pursuant to 11 U.S.C. §§ 330 and 331 as Attorneys for Debtors in Possession for the Period September 14, 2009 Through July 29, 2010* [Docket No. 618];

7. *Third and Final Application for Allowance of Compensation by Appraisal Group, Inc. Combined with Application for Final Approval for Compensation* [Docket No. 616];

8. *Third Interim and Final Fee Application of Corbin B. Gordon, P.C. for Compensation and Reimbursement Pursuant to 11 U.S.C. §§ 330 and 331 as Special Counsel for the Debtor in Possession* [Docket No. 608]

**PLEASE TAKE FURTHER NOTICE** that the Final Fee Applications seek approval of the payment of fees and expenses incurred by certain professionals that the Court authorized the Debtors to employ in this case pursuant to 11 U.S.C. § 327 (the "Professionals").

**PLEASE TAKE FURTHER NOTICE** that the Professionals may file supplements to the Final Fee Applications requesting payment of fees and expenses incurred after July 15, 2010. Any such supplement must be filed with the Bankruptcy Court on or before July 31, 2010.

**PLEASE TAKE FURTHER NOTICE** that your rights may be affected. You should read this Notice and the Final Fee Applications carefully and discuss them with your attorney, if you have one in this bankruptcy case.

**PLEASE TAKE FURTHER NOTICE** that if you do not want the Bankruptcy Court to approve the Final Fee Applications, or if you want the Bankruptcy Court to consider your views on the Final Fee Applications, then you or your attorney must file with the Bankruptcy Court and serve on the applicable Professional a written response or objection to the applicable Final Fee Application in conformity with Rule 9013-1 of the Bankruptcy Court's Local Rules (located at www.utb.uscourts.gov) so that it is received, **on or before Tuesday, August 10, 2010**.

**PLEASE TAKE FURTHER NOTICE** that, if you mail your objection to the Bankruptcy Court for filing, you must mail it early enough so that the Court will receive it on or before the time and date stated above.

**PLEASE TAKE FURTHER NOTICE** that the Final Fee Applications will come on for an evidentiary hearing before the Honorable R. Kimball Mosier, United States Bankruptcy Judge, on **Tuesday, August 24, 2010, at 11:00 a.m., Mountain Time**, in his courtroom, Room 369 of the Frank E. Moss United States Courthouse, 350 South Main Street, Salt Lake City, Utah 84101. You or your attorney must attend the hearing on the Final Fee Applications if you want your response or objection to be considered by the Bankruptcy Court. The hearing on the Final Fee Applications may be continued from time to time without further notice, except the announcement in open Court of the time and place of such continued hearing.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rule 9013-1(c) of the Bankruptcy Court's Local Rules, absent timely filing and service of responses and objections to the Final Fee Applications, the Professionals may ask that the Court to approve the Final Fee

Applications without further notice or hearing. Additionally, upon the resolution of any timely filed and served objections to the Final Fee Applications, the Professionals may ask the Bankruptcy Court to approve the Final Fee Applications without further notice or hearing.

DATED this 16th day of July, 2010.

**DORSEY & WHITNEY LLP**

/s/ Scott A. Cummings
Annette W. Jarvis
Peggy Hunt
Scott A. Cummings

and

Richard W. Havel
**SIDLEY AUSTIN LLP**

*Attorneys for WestLB, AG*