Jeffrey W. Shields (USB #2948)
Lon A. Jenkins (USB #4060)
Troy J. Aramburu (USB #10444)
**JONES WALDO HOLBROOK & McDONOUGH, PC**
170 South Main Street, Suite 1500
Salt Lake City, Utah  84101
Telephone:  (801) 521-3200
Email:   jshields@joneswaldo.com
           ljenkins@joneswaldo.com
           taramburu@joneswaldo.com

*Counsel to Unsecured Creditors' Committee*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH

| | | |
|---|---|---|
| In re:<br><br>**EASY STREET HOLDING, LLC et al.,**<br>    Debtor. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Bankruptcy No.09-29905<br><br>(Jointly Administered with Cases<br>09-29907 and09-29908)<br><br>Chapter 11<br><br>Honorable R. Kimball Mosier<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on the 15th day of July, 2010 I caused a true and correct copy of the *Third Interim and Final Application of Jones Waldo Holbrook & McDonough, PC for Allowance of Fees and Expenses as Counsel for the Official Committee of Unsecured Creditors, for the Period of October 6, 2009 Through and Including July 14, 2010* to be served in the manner indicated below.

ECF Notification:

- Kenneth L. Cannon     kcannon@djplaw.com, khughes@djplaw.com

939345.1

- Scott A. Cummings     cummings.scott@dorsey.com

- Mary Margaret Hunt     hunt.peggy@dorsey.com, wardle.gay@dorsey.com

- Annette W. Jarvis     jarvis.annette@dorsey.com, smith.ron@dorsey.com;slc.lit@dorsey.com;brown.patricia@dorsey.com

- Michael R. Johnson     mjohnson@rqn.com, agale@rqn.com

- Anthony C. Kaye     kaye@ballardspahr.com

- Benjamin J. Kotter     kotter.benjamin@dorsey.com

- Adelaide Maudsley     maudsley@chapman.com, jemery@chapman.com

- Steven J. McCardell     smccardell@djplaw.com, khughes@djplaw.com

- John T. Morgan tr     john.t.morgan@usdoj.gov, james.gee@usdoj.gov

- David W. Overholt     doverholt@rsolaw.com, abachman@rsolaw.com

- Jessica G Peterson     jpeterson@djplaw.com

- Knute Rife     karife@rifelegal.com

- Jeffrey L. Shields     jlshields@cnmlaw.com, njpotter@cnmlaw.com

- United States Trustee     USTPRegion19.SK.ECF@usdoj.gov

And via first class mail, postage prepaid upon the following:

Gemstone Hotels & Resorts, LLC
Attn: Jeff McIntyre, Principal
1912 Sidewinder Drive, #104
Park City, UT  84060

Richard W. Havel
Christina M. Craige
Sidley Austin, LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA  90013-1010

Michael V. Blumenthal
Steven B. Eichel
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022

John T. Morgan tr
US Trustees Office
Ken Garff Bldg.
405 South Main Street
Suite 300
Salt Lake City, UT 84111

2

939345.1

| | |
|---|---|
| Kenneth L. Cannon, II<br>Durham Jones & Pinegar<br>111 East Broadway, Suite 900<br>P O Box 4050<br>Salt Lake City, UT 84110-4050 | William & Carrie Shoaf<br>4780 Winchester Court<br>Park City, UT 84098-7528 |
| Annette W. Jarvis<br>Dorsey & Whitney<br>136 S. Main Street, #1000<br>Salt Lake City, UT 84101 | Douglas J. Payne<br>Fabian & Clendenin<br>215 South State Street, #1200<br>Salt Lake City, UT 84111 |
| Adelaide Maudsley<br>Chapman and Cutler LLP<br>201 South Main Street, #2000<br>Salt Lake City, UT 84111 | |

And via email to the following:

Richard W. Havel:  rhavel@sidley.com
Christina M. Craige:  ccraige@sidley.com
Annette W. Jarvis:  jarvis.annette@dorsey.com
Kenneth L. Cannon, II:  kcannon@djplaw.com
Michael V. Blumenthal:  mblumenthal@crowell.com

DATED July 16, 2010

/s/ Lon Jenkins

2

939345.1