**The below described is SIGNED.**

**Dated: July 13, 2010**

_____
**R. KIMBALL MOSIER**
**U.S. Bankruptcy Judge**



_____

Kenneth L. Cannon II (kcannon@djplaw.com) (3705)
Steven J. McCardell (smccardell@djplaw.com) (2144)
DURHAM JONES & PINEGAR, PC
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT   84110-4050
Telephone:  (801) 415-3000/Fax:  (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com) (admitted pro hac vice)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY  10022
Telephone:  (212) 223-4000/Fax:  (212) 223-4134

Counsel for Debtors and Debtors in Possession

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | |
| EASY STREET HOLDING, LLC, *et al.*, ) | Bankruptcy Case No. 09-29905 |
| ) | Jointly Administered with Cases |
| Debtors. ) | 09-29907 and 09-29908 |
| ) | |
| Address:  201 Heber Avenue ) | Chapter 11 |
|              Park City, UT 84060 ) | |
| ) | Honorable R. Kimball Mosier |
| Tax ID Numbers: ) | |
| 35-2183713 (Easy Street Holding, LLC), ) | |
| 20-4502979 (Easy Street Partners, LLC), and ) | **[FILED ELECTRONICALLY]** |
| 84-1685764 (Easy Street Mezzanine, LLC) ) | |

**ORDER APPROVING INTERIM COMPENSATION AND REIMBURSEMENT FOR**
**DURHAM JONES & PINEGAR PURSUANT TO SECOND FEE APPLICATION AND**
**11 U.S.C. §§ 330 AND 331 AS ATTORNEYS FOR THE DEBTORS IN POSSESSION**
<u>**FOR THE PERIOD JANUARY 1, 2010 THROUGH APRIL 30, 2010**</u>

**Filed: 06/30/10**

Entered On Docket: 07/14/2010

The second application ("Application") of Durham Jones & Pinegar ("DJP"), co-counsel for Easy Street Partners, LLC ("Partners"), Easy Street Mezzanine, LLC ("Mezzanine"), and Easy Street Holding, LLC ("Holding") (together, Partners, Mezzanine, and Holding will be referred to as the "Debtors"), for allowance and payment of interim compensation and reimbursement pursuant to 11 U.S.C. §§ 330 and 331, Federal Rule of Bankruptcy Procedure 2016, and the Fee Guidelines of the United States Trustee, came on for hearing on June 28, 2010. Appearances were made as noted on the record. The Court, having reviewed and considered the Application, the Reservation of Rights to the Application filed by WestLB, AG ("WestLB"), having found that notice of the Application and of the hearing thereon are proper and that the compensation requested is for actual, necessary services rendered by DJP and that the expenses for which DJP seeks reimbursement are actual and necessary expenses, and good cause appearing therefor, hereby

ORDERS:

1.  DJP is awarded (a) interim compensation in the amount of $121,554.50 for professional services rendered and (b) interim reimbursement of expenses in the amount of $14,409.82, which fees and expenses are entitled to administrative expense priority under 11 U.S.C. §§ 503(b)(2) and 507(a)(2).

2.  The Debtors are authorized in their discretion to pay fees and expenses approved by this Order which have not previously been paid as estate funds are available for such payment.

SLC_631860

3.    This award of fees and expenses is interim pursuant to 11 U.S.C. § 331, and as such, is subject to review and objection by parties in interest when final approval for allowed fees

and expenses is requested pursuant to 11 U.S.C. § 330.  The right of WestLB to object to final allowance of fees is explicitly reserved.

* * * * END OF DOCUMENT * * *



SLC_631860

## SERVICE LIST

Service of the foregoing ORDER APPROVING INTERIM COMPENSATION AND REIMBURSEMENT FOR DURHAM JONES & PINEGAR PURSUANT TO SECOND FEE APPLICATION AND 11 U.S.C. §§ 330 AND 331 AS ATTORNEYS FOR THE DEBTORS IN POSSESSION FOR THE PERIOD JANUARY 1, 2010 THROUGH APRIL 30, 2010 will be effected through the Bankruptcy Noticing Center to each party listed below.

Kenneth L. Cannon II
Durham Jones & Pinegar, PC
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, UT 84110-4050

Michael V. Blumenthal
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022-2544

Lon A. Jenkins
Jones Waldo Holbrook & McDonough PC
170 South Main Street, Suite 1500
Salt Lake City, UT 84101-1644

Annette W. Jarvis
Benjamin J. Kotter
Dorsey & Whitney LLP
136 South Main Street, Suite 1000
Salt Lake City, UT 84101-1685

Richard W. Havel
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013-1010

John T. Morgan
US Trustees Office
405 South Main Street, Suite 300
Salt Lake City, UT 84111-3402

Douglas J. Payne
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

# CERTIFICATE OF NOTICE

```
District/off: 1088-2           User: mtm                  Page 1 of 1                   Date Rcvd: Jul 14, 2010
Case: 09-29905                 Form ID: pdfor1            Total Noticed: 7
```

The following entities were noticed by first class mail on Jul 16, 2010.
```
aty          +Annette W. Jarvis,    Dorsey & Whitney LLP,   136 South Main Street,   Suite 1000,
               Salt Lake City, UT 84101-1685
aty           Douglas J. Payne,    Fabian & Clendenin,   215 South State Street,   Suite 1200,
               Salt Lake City, UT 84111-2323
aty          +John T. Morgan tr,    US Trustees Office,   Ken Garff Bldg.,   405 South Main Street,   Suite 300,
               Salt Lake City, Ut 84111-3402
aty           Kenneth L. Cannon, II,    Durham Jones & Pinegar,   111 East Broadway, Suite 900,   P O Box 4050,
               Salt Lake City, UT 84110-4050
aty          +Lon A. Jenkins,    Jones Waldo Holbrook & McDonough,   170 South Main St.,   Suite 1500,
               Salt Lake City, UT 84101-1644
aty          +Michael V. Blumenthal,    Crowell & Moring LLP,   590 Madison Avenue, 20th Floor,
               New York, NY 10022-2544
6627730      +Richard W. Havel, Esq.,    Sidley Austin LLP,   555 West Fifth Street,
               Los Angeles, CA 90013-1010
```

The following entities were noticed by electronic transmission.
NONE.                                                                                                   TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 16, 2010**                        **Signature:**    _Joseph Speetjens_