Annette W. Jarvis (1649)
Peggy Hunt (6060)
Scott A. Cummings (11443)
**DORSEY & WHITNEY LLP**
136 South Main Street, Suite 1000
Salt Lake City, Utah 84101
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
Email: jarvis.annette@dorsey.com
  hunt.peggy@dorsey.com
  cummings.scott@dorsey.com

Richard W. Havel (10759)
**SIDLEY & AUSTIN LLP**
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600
Email: rhavel@sidley.com

*Attorneys for WestLB, AG*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 09-29905 |
| EASY STREET HOLDING, LLC, *et al.*, | Jointly Administered with Cases 09-29907 and 09-29908 |
| Debtors. | Chapter 11 |
| Address: 201 Heber Avenue | |
| Park City, UT 84060 | [FILED ELECTRONICALLY] |
| Tax ID Numbers: | |
| 35-2183713 (Easy Street Holding, LLC), | |
| 20-4502979 (Easy Street Partners, LLC), and | |
| 84-1685764 (Easy Street Mezzanine, LLC) | |

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2010, the

1.  *Joint Motion to Approve Stipulation with Elliott Workgroup, LLC* (the "Joint Motion") [Docket No. 614];

2.  *Exhibit A to Joint Motion to Approve Stipulation with Elliott Workgroup, LLC* (the "Exhibit") [Docket No. 617];

3.  *WestLB, AGs Notice Pursuant To The Confirmation Order Of The Extension Of Certain Deadlines Governing The Filing Of Professionals Final Fee Applications* (the "Notice of Extension") [Docket No. 629];

4.  *Notice of Hearing on Joint Motion to Approve Stipulation with Elliott Workgroup, LLC* (the "Joint Motion Notice of Hearing") [Docket No. 630]; and

5.  *Notice of Hearing on Professionals' Final Fee Applications* (the "Fee Application Notice of Hearing") [Docket No. 631].

were served on the parties listed on Exhibit A attached hereto by U.S. Mail postage prepaid.

I further certify that on July 14, 2010, the Joint Motion, on July 15, 2010, the Exhibit and Notice of Extension, and on July 16, 2010, the Joint Motion Notice of Hearing and Fee Application Notice of Hearing were served electronically by the Court's CM/ECF service on the following parties:

- Troy J. Aramburu        taramburu@joneswaldo.com; rhuot@joneswaldo.com; jpollard@joneswaldo.com
- Kenneth L. Cannon       kcannon@djplaw.com; khughes@djplaw.com
- Bastiaan Coebergh       coebergh@wasatchlaw.com; oborn@wasatchlaw.com; brian@wasatchlaw.com
- George B. Hofmann       gbh@pkhlawyers.com; dh@pkhlawyers.com
- Mary Margaret Hunt      hunt.peggy@dorsey.com; brown.patricia@dorsey.com; smith.ron@dorsey.com; slc.lit@dorsey.com
- Annette W. Jarvis       jarvis.annette@dorsey.com; smith.ron@dorsey.com; slc.lit@dorsey.com; brown.patricia@dorsey.com
- Lon A. Jenkins          lajenkins@joneswaldo.com; krichardson@joneswaldo.com; ecf@joneswaldo.com; rhuot@joneswaldo.com
- Michael R. Johnson      mjohnson@rqn.com; sglendening@rqn.com; docket@rqn.com
- Anthony C. Kaye         kaye@ballardspahr.com; swand@ballardspahr.com; saltlakedocketclerk@ballardspahr.com
- Benjamin J. Kotter      kotter.benjamin@dorsey.com; smith.ron@dorsey.com; brown.patricia@dorsey.com; slc.lit@dorsey.com

- David E. Leta         dleta@swlaw.com; wsmart@swlaw.com
- Adelaide Maudsley     maudsley@chapman.com; jemery@chapman.com
- Steven J. McCardell   smccardell@djplaw.com; khughes@djplaw.com
- Blake D. Miller       miller@mmglegal.com
- John T. Morgan        john.t.morgan@usdoj.gov; james.gee@usdoj.gov
- David W. Overholt     doverholt@rsolaw.com; abachman@rsolaw.com
- Douglas J. Payne      dpayne@fabianlaw.com; jshowalter@fabianlaw.com
- Jessica G Peterson    jpeterson@djplaw.com
- Knute Rife            karife@rifelegal.com
- Jeffrey L. Shields    jlshields@cnmlaw.com; njpotter@cnmlaw.com
- Jeffrey W. Shields    jshields@joneswaldo.com; rhuot@joneswaldo.com
- Bradley L. Tilt       btilt@fabianlaw.com; rmellor@fabianlaw.com
- United States Trustee USTPRegion19.SK.ECF@usdoj.gov
- Kim R. Wilson         bankruptcy_krw@scmlaw.com

DATED this 19th day of July, 2010.

**DORSEY & WHITNEY LLP**

/s/ Scott A. Cummings
Annette W. Jarvis
Peggy Hunt
Scott A. Cummings

and

Richard W. Havel
**SIDLEY AUSTIN LLP**
*Attorneys for WestLB, AG*

# Exhibit A

A.W. Marshall Company
P O Box 16127
Salt Lake City, UT  84116-0127

ACME Thread Ware
6436 N Business Park Loop Rd.
Park City, UT  84098-6233

ADT Security Services Inc
P O Box 371956
Pittsburgh, PA  15250-7956

AT&T Mobility
P O Box 6463
Carol Stream, IL  60197-6463

ATIV Corporation
722 Nardo Rd
Encinitas, CA  92024

AXIS Group
84 Route 347
Port Jefferson Station, NY  11767

Aetna
PO Box 894938
Los Angeles, CA  90189-4938

W Brian Ahern
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Air Filter Sales & Service Inc
255 West 2950 South
Salt Lake City, UT  84115-3443

Albert Ulster Imports, Inc.
PO Box 770
Gaithersburg, MD 20884-0770

Albert and Roxann Albiana
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Alchemy Ventures Trust
17575 Fitzpatrick Lane
Occidental, CA  95465-9355

Alchemy Ventures Trust
c/o Kim R. Wilson
Snow Christensen & Martineau
P O Box 45000
Salt Lake City, UT  84145-5000

Gilbert & Jeanette Alder
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

All-Pro Cleaning Systems, Inc.
166 West Cottage Avenue
Sandy, UT 84070-1433

Allen Distribution Services
3247 South 3690 West
West Valley City, UT 84120-2150

Alliance Abroad Group LP
1221 South Mopac Expressway
Suite 100
Austin, TX  78746-7615

Allied Waste Services
PO Box 78829
Phoenix, AZ 85062-8829

Stephen Allis
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Alpine Adventures
3020 North Federal Highway # 10
Fort Lauderdale, FL  33306-1451

Alsco
P O Box 25717
Salt Lake City, UT  84125-0717

Brian D. Althaver
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

American Express
PO Box 53852
Phoenix, AZ 85072-3852

American Express Travel
2421 West Peoria Avenue
Phoenix, AZ  85029-4939

American Express Travel Relate
2840 South 123rd Court
Omaha, NE  68144

American Ski & Board Association
686 NW York
Bend, OR  97701

Jonathan & Joanne Ames
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

American Hotel Register CO
16458 Collections Center Drive
Chicago, IL  60693-0001

American Liberty Insurance
3601 N University Ave Suite 100
Provo, UT  84604-6600

Allan & Amy Anderson
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

| | | |
|---|---|---|
| Appliance Sales & Service<br>P O Box 670<br>55 E Center St., Suite 140<br>Heber City, UT 84032-1946 | Troy J. Aramburu<br>Jones Waldo Holbrook & McDonough<br>170 South Main Street, Suite 1500<br>Salt Lake City, UT 84101-1644 | Arctic Spas/ Spagoods.com<br>4575 N. Silver Springs Dr<br>Park City, UT 84098-7536 |
| BDRC 4Site, LLC<br>Attn: Brian W. Dorsey<br>6387 Camp Bowie Blvd., Ste B345<br>Fort Worth, TX 76116 | BJ Plumbing Supply<br>1470 South State<br>Orem, UT 84097-7704 | BTC Rob Stevenson<br>957 East 1300 South<br>Salt Lake City, UT 84105-1856 |
| Diane H. Banks<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT 84111-2323 | Baker Tile Co<br>1434 West 8040 South<br>West Jordan, UT 84088-9459 | Bank Living Trust<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT 84111-2323 |
| Christopher B. Barker, Esq.<br>Goodwin Proctor LLP<br>53 State Street<br>Boston, MA 02109-2881 | James and Marianne Barickman<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT 84111-2323 | BayNorth Realty Fund<br>BayNorth Capital, LLC<br>Attn: Charles J. Flint<br>One Financial Center, Floor 23<br>Boston, MA 02111-2621 |
| Bellows Glass<br>76 West 200 South<br>Heber City, UT 84032-2005 | Bevco2<br>651 West 600 South<br>Salt Lake City, UT 84104-1015 | Big Four Distributing, Inc<br>304 East 900 South<br>Provo, UT 84606-7316 |
| Michael V. Blumenthal<br>Crowell & Moring LLP<br>590 Madison Avenue, 20th Floor<br>New York, NY 10022-2544 | Peter Blythe<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT 84111-2323 | Scott Boberek<br>P O Box 680514<br>Park City, UT 84068 |
| Thomas S. Bradley<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT 84111-2323 | Lisa A. Bugaski, Trustee<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT 84111-2323 | Business Technology Consulting<br>Rob Stevenson<br>957 East 1300 South<br>Salt Lake City, UT 84105 |
| Josh Butsch<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT 84111-2323 | C & G Velasquez Family Trust<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT 84111-2323 | CBIZ Accounting<br>175 S West Temple, Suite 650<br>Salt Lake City, UT 84111 |
| CRC Design<br>Attn: Clay Coleman<br>298 South Center<br>Midway, UT 84049 | Cameron & Associates<br>P O Box 5<br>Orem, UT 84059 | Amy Casey<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT 84111-2323 |
| Castillo Trust<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT 84111-2323 | Michael & Nilda Chang<br>16 Morning Sky Lane<br>Las Vegas, NV 89135-7860 | Chang Family Trust<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT 84111-2323 |

Child Support Services
ORS PO Box 45011
Salt Lake City, UT 84145-0011

Cintas Corporation
97627 Eagle Way
Chicago, IL 60678-7627

CloudNine Resorts – Sky Lodge Dev
c/o Kim R. Wilson
Snow Christensen & Martineau
P O Box 45000
Salt Lake City, UT 84145-5000

CloudNine Resorts – Sky Lodge Mgmt
c/o Kim R. Wilson
Snow Christensen & Martineau
P O Box 45000
Salt Lake City, UT 84145-5000

CloudNine Resorts SL Development
Attn: Bill Shoaf
P O Box 683300
Park City, UT 84068-3300

CloudNine Resorts SL Management
Attn: Bill Shoaf
P O Box 683300
Park City, UT 84068-3300

Nelson Coats
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

Bastiaan Coebergh
Wrona Law Offices, P.C.
1745 Sidewinder Drive
Park City, UT 84060

Colorado Casualty Insurance Co
PO Box 85627
San Diego, CA 92186-5627

Comcast
P O Box 34744
Seattle, WA 98124-1744

CoolWorks.com
PO Box 272
Gardiner, MT 59030-0272

Committee of Unsecured Creditors
Jones Waldo Holbrook & McDonough
170 South Main Street, Suite 1500
Salt Lake City, UT 84101-1644

Jonathan B. and Marie Connor
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

Corrado Properties
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

Christine M. Craige, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013-1010

Scott A. Cummings
Dorsey & Whitney LLP
136 South Main Street, Suite 1000
Salt Lake City, UT 84101-1685

Curb It Recycling
P O Box 681397
Park City, UT 84068-1397

Cushman & Wakefield
50 Broad Street
New York, NY 10004-2307

Robert J. Dale
Bradley L. Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

Phillip A & Ruth M Davidson
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

Kenneth A & Marcie B. Davis
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

Michael Scott Davis
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

Dex West
P O Box 79167
Phoenix, AZ 85062-9167

Diamond Rental
4518 South 500 West
Salt Lake City, UT 84123-3694

K Dickey, S Dickey & P Bradley
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

Robert A. & Bianka M. Diorio
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

Leon and Joy Dreimann
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

James I and Suzanne Duffield
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

Drew A. Norman, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013-1010

EM Systems
P O Box 540783
North Salt Lake, UT 84054-0783

Easy Street Holding, LLC
4780 Winchester Court
Park City, UT  84098-7528

Easy Street Mezzanine, LLC
4780 Winchester Court
Park City, UT  84098-7528

Easy Street Partners, LLC
4780 Winchester Court
Park City, UT  84098-7528

Ecolab
P O Box 100512
Pasadena, CA  91189-0512

Ecolab Pest Elim. Div
P O Box 6007
Grand Forks, ND  58206-6007

Steven B. Eichel
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY  10022-2544

Elliott Workgroup LLC
Attn:  Craig Elliott
P O Box 3419
Park City, UT  84060-3419

William D. Ellis, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA  90013

Stephen Elrick
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

William S. Escudier
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

W Escudier, M. Escudier, T Escudier, W Esc
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Fabian & Clendenin
c/o Robert Dale & Bradley Tilt
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Michael A. Feder
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

FedEx
PO Box 7221
Pasadena, CA 91109-7321

Diana Ferguson
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Janis J Ferraris & Deborah J Depaoli
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Stephen N. Finberg
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Dena A. Fleming & Steve Chin
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Joshua Fick
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Anthony S. Fiotto
Goodwin Proctor LLP
53 State Street
Boston, MA  02109-2881

Five 9's Communication
P O Box 348
Roy, UT  84067-0348

Ruben Flores
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Fog River Fisheries
9554 Wells Circle, Suite A
West Jordan, UT  84081

Ronald A. Fragen
64893 Saragossa
Palm Springs, CA  92264

Frank Rimerman & Co. LLP
60 South Market Street
San Jose, CA  95113-2351

Fuelman
PO Box 105080
Atlanta, GA 30348-5080

G.M. Collin Skin Care Inc.
613 State Route 3, Suite 100
Plattsburgh, NY  12901

Curtis & Patricia Gardner
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Gateway Center, LLC
c/o Commerce CRG
32 West 200 South, Suite 501
Salt Lake City, UT  84101

Gateway Center, LLC
c/o Resort Commercial Property Mgmt
1415 Lowell Avenue
P O Box 682152
Park City, UT  84068-2152

Gateway Center, LLC
c/o Vectra Management Group
424 West 33rd Street, Suite 540
New York, NY  10001-2641

Gemstone Hotels & Resorts, LLC
Attn:  Jeff McIntyre, Principal
1912 Sidewinder Drive, # 104
Park City, UT  84060

General Chemical
PO Box 533195
Charlotte, NC 28290-3195

Gentry Finance
386 South State Street
Orem, UT  84058-5424

Get Fresh
1548 18th Street
Santa Monica, CA  90404

Andrew & Karen Gilligan
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Goodrich & Thomas, CPAs
3200 Park Center Drive Suite 1170
Costa Mesa, CA  92626-7153

Corbin B. Gordon
Corbin B. Gordon, P.C.
345 West 600 South
Heber City, UT 84032-2247

Grazo Electric
PO Box 1196
Midway, UT 84049-1196

Mark T. Greenquist
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Marcia L. Griffiths
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Merrick L & Rosa S. Gross
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Craig & Ann Guernsey
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Gunthers Comfort Air
81 South 700 East
American Fork, UT 84003-2158

Gunthers Comfort Air
c/o Jeffrey L. Shields
Callister Nebeker & McCullough
10 East South Temple, Suite 900
Salt Lake City, UT  84133-1101

HD Supply Facilities Maintenance
P O Box 509058
San Diego, CA  92150-9058

HY-KO Supply Co.
1980 West Industrial Cir
P O Box 26116
Salt Lake City, UT  84126

Suzanne Harris
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Brian W. Harvey
Goodwin Proctor LLP
The New York Times Building
620 Eighth Avenue
New York, NY  10018-1618

Richard W. Havel, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA  90013-1010

George F.J. and Ruth Hill
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Dane C. Hillyard
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

William A & Constance F Hindle
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

John M. Hojel & Veronica Hojel
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Brooks Hoven and Brenda Schmid
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Home Depot Credit Services
P O Box 6031
The Lakes, NV  88901-6031

Hood Cleaners of Utah
P O Box 342
Riverton, UT 84065-0342

Hop To It Living Trust
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Hotel Amenities Resources LLC
2000 Van Ness Avenue Suite 801
San Francisco, CA  94109-3023

Mary Margaret Hunt
Dorsey & Whitney LLP
136 South Main Street, Suite 1000
Salt Lake City, UT  84101-1685

Innovative Body Science
6350 Yarrow Drive Suite D
Carlsbad, CA 92011-1544

Intermountain Drug Testing
PO Box 9800
Salt Lake City, UT 84109-9800

Internal Revenue Service
Centralized Insolvency Operations
P O Box 21126
Philadelphia, PA 19114-0326

Internal Revenue Service
IRS-Group Manager
50 South 500 East, M/S 5021-SLC
Salt Lake City, UT 84111

Ion Cibuc
7 Kafern Drive Apt 1-D
Baltimore, MD 21207-4383

Jacobsen Construction
PO Box 27608
Salt Lake City, UT 84127-0608

Jacobsen National Group, Inc.
c/o Michael R. Johnson, Esq.
Ray Quinney & Nebeker
36 South State Street, Suite 1400
Salt Lake City, UT 84111-1451

Annette W. Jarvis, Esq.
Dorsey & Whitney LLP
136 South Main Street, Suite 1000
Salt Lake City, UT 84101-1685

Lon A. Jenkins
Jones Waldo Holbrook & McDonough
170 South Main Street, Suite 1500
Salt Lake City, UT 84101-1644

Catherine Johnson
3182 Creek Road
Park City, UT 84098

Michael R. Johnson, Esq.
Ray Quinney & Nebeker
36 South State Street, Suite 1400
P O Box 45385
Salt Lake City, UT 84145-0385

Kaba Ilco, Inc
PO Box 12553 Succ Centre Ville
Montreal, QC H3C-6R1
CANADA

KBIi Properties, LP
PO Box 680464
Park City, UT 84068-0464

Darren T & Alona Kavinoky
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

Anthony C. Kaye
Ballard Spahr Andrews & Ingersoll, LLP
201 South Main Street, Suite 600
Salt Lake City, UT 84111-2212

John P. and Melissa B. Kelly
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

Klehr, Branzburg & Ellers LLP
Attn: William A. Harvey
260 South Broad St.
Philadelphia, PA 19102-5021

Benjamin J. Kotter
Dorsey & Whitney LLP
136 South Main Street, Suite 1000
Salt Lake City, UT 84101-1685

Mark C. Kramer Trust
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

Rishi & Ashima Kumar
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

Steve LaFredo
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

Brian & Teri Laidlaw
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

La Monica's Restaurant Equipment
6211 South 380 West
Murray, UT 84107-3309

Janet & William Lamkin
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

Robert Lamkin & Ray Bidenhost
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

William & Janet Lamkin
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

Eric D. Lemont
Goodwin Proctor LLP
53 State Street
Boston, MA 02109-2881

Les Olson Company
P O Box 65598
Salt Lake City, UT 84165-0598

Levine Holdings, LLC
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

Linda Marie Eide Residuary Family Trust
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

Liquor Leasing & Service, L.C.
9283 South Jean Drive
Sandy, UT 84070-6254

Mark Litchfield & Kristin Rotter
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

Living Creations Inc
2163 E Lambourne Ave
Salt Lake City, UT 84109-2454

Lovejoy Sky Lodge
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

Larry L. Lozensky
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

James A. Lundin
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

Luxury Residence Group
Attn: Carrie Shoaf
693 Main Street
P O Box 1225
Park City, UT 84060

M & M Distributing
531 West 600 North
Salt Lake City, UT 84116-3430

Market Metrix
990 A Street Suite 301
San Rafael, CA 94901-3000

Mascioni Hospitality, Inc.
915 Broadway, Suite 1909
New York, NY 10010

Adelaide Maudsley
Chapman & Cutler LLP
201 South Main Street, Suite 2000
Salt Lake City, UT 84111-2298

Kevin McCarthy
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

Tracy McCarthy
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

Clint McClellan
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

McGladrey and Pullin
Attn: Jan Riend
One South Wacker Drive, Suite 800
Chicago, IL 60606-4650

John E. McIlwaine
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

Claudia McMullin & Timothy Douglas
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

Joshua A. Mettle
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

Media One of Utah
4770 South 5600 West
West Valley City, UT 84170-4005

Merrit & Harris
301 E Glenoaks Blvd. Suite 4
Glendale CA 91207-2115

Thomas & Julie B. Millar
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

Millcreek Consulting
Attn: Steve Brown
3017 E Kempner Rd.
Salt Lake City UT 84109-3654

Daniel S. Miller DDS
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

Robert A. Miller
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

Money 4 You & Mr. Money
498 North 900 West # 230
Kaysville, UT 84037-4213

Frederic Monnot
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

Stephen Monticone
592 North 200 West
Heber City, UT 84032

John T. Morgan Tr
US Trustees Office
405 South Main Street, Suite 300
Salt Lake City, UT 84111-3402

Mountain Valley Temperature Control
PO Box 429
Pleasant Grove, UT 84062-0429

Muir Copper Canyon Farms
PO Box 26775
Salt Lake City, UT 84126-0775

Muzak LLC  
PO Box 71070  
Charlotte, NC 28272-1070

Nicholas & Company, Inc.  
P O Box 45005  
Salt Lake City, UT 84145-0005

Night Vision Landscape Light  
2859 West 7550 South  
West Jordan, UT 84084-3712

Open Table Inc  
PO Box 49322  
San Jose, CA 95161-9322

Pacific Seafood - Utah  
P O Box 97  
Clackmas, OR 97015-0097

Park Avenue Travel  
11 Park Avenue  
Swarthmore, PA 19081

Park City I, LLC  
c/o George B. Hofmann  
Parsons Kinghorn Harris  
111 East Broadway, Suite 1100  
Salt Lake City, UT 84111

Park City Surveying  
P O Box 682993  
Park City, UT 84068-2993

Daniel H. & Vanessa I. Payne  
c/o Robert Dale & Bradley Tilt  
Fabian & Clendenin  
215 South State Street, Suite 1200  
Salt Lake City, UT 84111-2323

Douglas J. Payne  
Fabian & Clendenin  
215 South State Street, Suite 1200  
Salt Lake City, UT 84111-2323

Philo Smith  
684 Glenneyre Street  
Laguna Beach, CA 92651-2420

Philo Smith Jr. Trust  
c/o Robert Dale & Bradley Tilt  
Fabian & Clendenin  
215 South State Street, Suite 1200  
Salt Lake City, UT 84111-2323

Par Springer-Miller System, Inc  
782 Mountain Road  
PO Box 1547  
Stowe, VT 05672-1547

Park City Auto Parts/Hardware  
P O Box 244  
Heber City, UT 84032-0244

Park City Chamber Bureau  
P O Box 1630  
Park City, UT 84060

Park City Lock & Key  
3946 North Last Run Drive  
Park City, UT 84098

Park City Municipal Corp.  
PO Box 1480  
Park City, UT 84060-1480

Park City Water  
PO Box 1480  
Park City, UT 84060-1480

Park City WinElectric  
PO Box 681729  
Park City, UT 84068-1729

Patricia Wagner  
P O Box 680322  
Park City, UT 84068-0322

PayChex Human Resources Services  
P O Box 29769  
New York, NY 10087-9769

Peak Mobile Communications  
4910 South Warehouse Road  
Salt Lake City, UT 84118-6354

Peets Coffee & Tea  
P O Box 12509  
Berkeley, CA 94712-3509

Pitney Bowes  
P O Box 856390  
Louisville, KY 40285-6390

Plaza Dry Cleaners  
PO Box 770-361  
Park City UT 84060

Donald E. Porteous  
c/o Robert Dale & Bradley Tilt  
Fabian & Clendenin  
215 South State Street, Suite 1200  
Salt Lake City, UT 84111-2323

Porter Paint  
1268 South 500 West  
Salt Lake City, UT 84101-3019

Proforma  
PO Box 51925  
Los Angeles, CA 90051-6225

Protravel International  
14130 Riverside Drive  
Sherman Oaks, CA 91423-2313

Protravel International Inc  
515 Madison Ave 10th Floor  
New York, NY 10022-5403

Questar Gas Company
PO Box 45360
Salt Lake City, UT 84145-0360

Qwest, Inc.
Attn:  Bankruptcy Department
PO Box 29040
Phoenix, AZ 85038-9040

Qwest Corp.
Attn:  Jane Frey
1801 California Street, Room 900
Denver, CO  80202-2658

Qwest Communications Company
Attn:  Jane Frey
1801 California Street, Room 900
Denver, CO  80202-2658

Qwest Long Distance Business Services
PO Box 856169
Louisville, KY 40285-6169

Elizabeth Rad
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Charles & Vicki P. Raeburn
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Angela Rayner
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Steve Reich
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Steve Reich, Scott Coleman & Ashley Coleman
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Renegade Oil Inc
1141 South 3200 West
Salt Lake City, UT  84104-4562

Revco Leasing
P O Box 65598
Salt Lake City, UT  84165-0598

Knute Rife
Wrona Law Offices
11650 South State Street, Suite 103
Draper, UT  84020-7144

Rimmerman
One Embarcadero Center, Suite 2410
San Francisco, CA  94111-3737

PacifiCorp
Attn:  Bankruptcy
P O Box 25308
Salt Lake City, UT  84125-0308

Eric & Susan Rothchild
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

RussWoods LLC
5148 Silver Springs Road
Park City, UT 84098-6034

SL Convention & Visitors Bureau
90 South West Temple
Salt Lake City, UT 84101-1406

Safeguard
P O Box 5
Orem, UT  84059

Schindler Elevator Corporation
P O Box 93050
Chicago, IL  60630

Scott James Jewelry
32 South Main Street
Heber City, UT  84032

Securities & Exchange Commission
Attn:  Bankruptcy Dept.
44 Montgomery St # 1100
San Francisco, CA 94104-4613

Sentry West Insurance Services
PO Box 9289
Salt Lake City, UT 84109-9289

Shaner Design, Inc.
Attn:  Tom Shaner
614 Main Street, Suite 404
PO Box 4560
Park City, UT 84060-4560

Sheri P. Chromow, Esq.
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY  10022-2585

Jeffrey L. Shields
Callister Nebeker & McCullough
10 East South Temple, Suite 900
Salt Lake City, UT  84133-1101

Jeffrey Weston Shields
Jones Waldo Holbrook & McDonough
170 South Main Street, Suite 1500
Salt Lake City, UT  84101-1644

Shift4 Corporation
1491 Center Crossing Rd
Las Vegas, NV 89144-7047

William & Carrie Shoaf
4780 Winchester Court
Park City, UT 84098-7528

Shoes For Crews, LLC
File LockBox 51151
Los Angeles, CA 90074-1151

Matthew & Terry L. Sidford
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Siemens Building Technologies, Inc.
9707 Sandy Parkway
Sandy, UT 84070-2500

Charles H. & Andrea E. Silverman
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Robert K & Lynn K Simons
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Skyboozers LLC
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Sky Lodge Holdings, LLC
c/o David E. Leta
Snell & Wilmer
15 West South Temple, Suite 1200
Salt Lake City, UT  84101-1547

Small Luxury Hotels
2nd Floor-Grantham House
North Street Leatherhead
Surrey KT22 7AZ
GREAT BRITAIN

Amer & Yvette Soudani
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Squire
Attn:  Ray Chipman
1329 South 800 East
Orem, UT 84097-7700

Standard Plumbing Supply
PO Box 708490
Sandy, UT 84070

Staples Credit Plan
Dept 51-7861136819
PO Box 689020
Des Moines, IA  50368-9020

David L & Louise A. Stark
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

State Office of Recovery Services
515 East 100 South
P O Box 45033
Salt Lake City, UT  84145-0033

State of Utah
Office of the Attorney General
Tax & Revenue Division
P O Box 40874
Salt Lake City, UT  84114-0874

Step Saver Inc.
1901 West 2425 South
Wood Cross, UT  84087-2463

Stone Ground Bakery
P O Box 581078
Salt Lake City, UT  84158-1078

Sugar House Awning
7526 South State Street
Midvale, UT  84047

Summit Business Services
Attn:  Chipper Leonard
4130 Hilltop Court
Park City, UT  84098-4715

Summit County Assessor
PO Box 128
Coalville, UT 84017-0128

Summit County Treasurer
60 North Main
PO Box 128
Coalville, UT  84017

Summit County Public Health Dept
Environmental Laboratory
PO Box 128
Coalville, UT 84017-0128

Sundance Partners, Ltd.
c/o Ballard Spahr
201 South Main Street, Suite 800
Salt Lake City, UT  84111-2212

Swire Coca-Cola USA
P O Box 1410
Draper, UT  84020-1410

Sysco Intermountain Food Service
Attn:  Steve Lewis
P O Box 27638
Salt Lake City, UT  84127-0638

Sysco Intermountain Food Services, Inc.
c/o David W. Overholt
Richer & Overholt, PC
901 West Baxter Drive
South Jordan, UT  84095-8687

TCF Holdings – Fred Mommot
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Target Labels & Packaging
40 West 3800 North
Hyde Park, UT  84318-4114

N. Allen Taylor
Taylor Capital Management
6641 North Paseo Tamayo
Tucson, AZ  85750

Tenderfoot Holdings LLC
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Teresa Martha Wiss Trust
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

The Aspen Times  
Colorado Mountains News Media  
P O Box 540  
Gypsum, CO  81637

The Barbara A Casale Revocable Trust  
c/o Robert Dale & Bradley Tilt  
Fabian & Clendenin  
215 South State Street, Suite 1200  
Salt Lake City, UT  84111-2323

The Chef's Garden  
9009 Huron-Avery Road  
Huron, OH  44839-2448

The Elevator Company  
PO Box 736  
Bountiful, UT 84011-0736

The Mark and Joann Tattersall Trust  
c/o Robert Dale & Bradley Tilt  
Fabian & Clendenin  
215 South State Street, Suite 1200  
Salt Lake City, UT  84111-2323

The Park Record  
P O Box 3688  
Park City, UT  84060

The Richard C. Casale Revocable Trust  
c/o Robert Dale & Bradley Tilt  
Fabian & Clendenin  
215 South State Street, Suite 1200  
Salt Lake City, UT  84111-2323

The Shoaf Family Trust Jan 16 2002  
c/o Robert Dale & Bradley Tilt  
Fabian & Clendenin  
215 South State Street, Suite 1200  
Salt Lake City, UT  84111-2323

Paul W. Throndsen, MAI  
Appraisal Group, Inc.  
7396 South Union Park Ave., #301  
Midvale, UT  84047

Timothy G. Little, Esq.  
Katten Muchin Rosenman LLP  
575 Madison Avenue  
New York, NY  10022-2585

USA Today  
P O Box 79782  
Baltimore, MD  21279-0782

Union Square Home Owners Association  
PO Box 683300  
Park City UT 84068-3300

United Fence Co.  
PO Box 26933  
2525 South 2700 West  
Salt Lake City, UT 84119-1227

Universal Companies  
18260 Oak Park Drive  
Abingdon, VA  24210

Utah Dept-Alcoholic Beverage Control  
1625 South 900 West  
P O Box 30408  
Salt Lake City, UT  84130-0408

Utah Dept of Workforce Services  
P O Box 45249  
Salt Lake City, UT  84145-0249

Utah Fire Equipment  
152 West 1700 South  
Salt Lake City, UT  84115

Utah State Tax Commission  
Sales Tax  
210 North 1950 West  
Salt Lake City, UT  84134-0400

Stephen P. & Barbara Vermut  
c/o Robert Dale & Bradley Tilt  
Fabian & Clendenin  
215 South State Street, Suite 1200  
Salt Lake City, UT  84111-2323

Virtuoso, Ltd.  
c/o R. Jason Pierce  
Bourland, Wall & Wenzel, P.C.  
301 Commerce Street, Suite 1500  
Fort Worth, TX  76102

Virtuoso, Ltd  
P O Box 99358  
Fort Worth, TX  76199-0358

Graham Wagner & Kati Irwin  
c/o Robert Dale & Bradley Tilt  
Fabian & Clendenin  
215 South State Street, Suite 1200  
Salt Lake City, UT  84111-2323

Wasatch Audio-Visual  
PO Box 770 PMB282  
Park City, UT  84060-0770

Wasatch Meats  
926 South Jefferson Street  
Salt Lake City, UT  84101-2983

Water Images  
P O Box 571393  
Murray, UT 84157-1393

Water Reclamation District  
2800 Homestead Rd  
Park City, UT  84098-4869

Alfred M. Wesser  
2353 South Waldby Avenue  
Fresno, CA  93725

Wells Fargo Equipment Finance  
NW-8178 PO Box 1450  
Minneapolis, MN 55485-8178

Wells Fargo Equipment Finance  
733 Marquette Avenue Suite 700  
Minneapolis, MN 55402-2316

West LB AG, New York Branch  
Attn:  Christian Ruehmer  
7 World Trade Center  
250 Greenwich Street  
New York, NY 10007

Duncan Robertson  
Executive Director  
WestLB AG, Special Situations - NY  
7 World Trade Center  
250 Greenwich Street  
New York, NY 10007  

Whitney Advertising & Design  
6410 N Business Park Loop Rd  
Suite H  
Park City, UT 84098-6212  

David L. Wickline  
c/o Kim R. Wilson  
Snow Christensen & Martineau  
P O Box 45000  
Salt Lake City, UT 84145-5000  

Francine Wynn  
c/o Robert Dale & Bradley Tilt  
Fabian & Clendenin  
215 South State Street, Suite 1200  
Salt Lake City, UT 84111-2323  

Bruce J. Zabarauskas  
Crowell & Moring LLP  
590 Madison Avenue, 20th Floor  
New York, NY 10022-2544  


Emily and John Hill  
1821 Tamarack Street  
Westlake Village, CA 91361  


Michael Pardo  
513 Scrimshaw Way  
Severna Park, MD 21146-1424  


Blake D. Miller  
Miller Guymon, PC  
165 South Regent Street  
Salt Lake City, UT 84111  


Corbin B. Gordon  
345 West 600 South, Suite 108  
Heber City, UT 84032  

West LB AG, New York Branch  
Attn: Jeff Nelson  
7 World Trade Center  
250 Greenwich Street  
New York, NY 10007  

Jim & Robin Whitney  
c/o Robert Dale & Bradley Tilt  
Fabian & Clendenin  
215 South State Street, Suite 1200  
Salt Lake City, UT 84111-2323  

Kim R. Wilson  
Snow Christensen & Martineau  
10 Exchange Place, Suite 1100  
P O Box 45000  
Salt Lake City, UT 84145-5000  

Kenneth Yonemura & Grace Noda-Yonemura  
c/o Robert Dale & Bradley Tilt  
Fabian & Clendenin  
215 South State Street, Suite 1200  
Salt Lake City, UT 84111-2323  

Anthony & Teresa Meno Zingale  
c/o Robert Dale & Bradley Tilt  
Fabian & Clendenin  
215 South State Street, Suite 1200  
Salt Lake City, UT 84111-2323  

Joy and Leon Dreimann  
1285 Loch Lane  
Lake Forest, IL 60045  


Sarah Betsy Bacon  
2952 Arabian Drive  
Park City, UT 84060  


BDRC 4 Site, LLC  
Attn: Bryan W. Dorsey  
305 NE Loop 820, Ste 109  
Hurst, TX 76053  

West LB AG, New York Branch  
Attn: James Winikor  
7 World Trade Center  
250 Greenwich Street  
New York, NY 10007  

David Wickline  
17575 Fitzpatrick Lane  
Occidental, CA 95465-9355  


Joseph E. Wrona  
Wrona Law Office, P.C.  
1816 Prospecter  
Park City, UT 84060  


Phillip & Ruth Yuan  
c/o Robert Dale & Bradley Tilt  
Fabian & Clendenin  
215 South State Street, Suite 1200  
Salt Lake City, UT 84111-2323  

Acme Holdings LLC  
Sean Raiton  
PO Box 681373  
Park City, UT 84068  


Kevin Borg  
2215 East 6595 South  
Salt Lake City, UT 84121  


Niederhauser & Davis, LLC  
Attn: Jay C. Niederhauser  
P O Box 680460  
Park City, UT 84068-0460  


Appraisal Group, Inc.  
Attn: Paul W. Throndsen, MAI  
7396 S Union Park Avenue, #301  
Midvale, UT 84047