Jeffrey Weston Shields (USB #2948)
Lon A. Jenkins (USB #4060)
Troy J. Aramburu (USB #10444)
**JONES WALDO HOLBROOK & McDONOUGH, PC**
170 South Main Street, Suite 1500
Salt Lake City, Utah  84101
Telephone:  (801) 521-3200
Email:   jshields@joneswaldo.com
            ljenkins@joneswaldo.com
            taramburu@joneswaldo.com

*Counsel to Unsecured Creditors' Committee*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH

| In re:<br><br>**EASY STREET HOLDING, LLC et al.,**<br>        Debtor. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Bankruptcy No.09-29905<br><br>(Jointly Administered with Cases<br>09-29907 and 09-29908)<br><br>Chapter 11<br><br>Honorable R. Kimball Mosier<br><br>**CERTIFICATE OF SERVICE** |
|---|---|---|

I hereby certify that on the 19th day of July, 2010 I caused a true and correct copy of the *Order Allowing Jones Waldo Holbrook & McDonough's Second Interim Application for Allowance of Fees and Expenses as Counsel for the Official Committee of Unsecured Creditors, for the Period of January 1, 2010 Through and Including April 30, 2010* to be served via first class mail, postage prepaid upon the following:

939345.1

Michael V. Blumenthal
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022

Kenneth L. Cannon, II
Durham Jones & Pinegar
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, UT 84110-4050

Annette W. Jarvis
Dorsey & Whitney
136 S. Main Street, #1000
Salt Lake City, UT 84101

West LB AG, New York Branch
Attn: James Winikor
1211 Ave. of the Americas, 24th Flr.
New York, NY 10036-8705

Richard W. Havel
Sidley Austin, LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013-1010

John T. Morgan tr
US Trustees Office
Ken Garff Bldg.
405 South Main Street
Suite 300
Salt Lake City, UT 84111

William & Carrie Shoaf
4780 Winchester Court
Park City, UT 84098-7528

DATED July 22, 2010

/s/ Lon Jenkins

939345.1