**The below described is SIGNED.**

**Dated: July 26, 2010**

**R. KIMBALL MOSIER**
**U.S. Bankruptcy Judge**




Prepared and Submitted by:
Annette W. Jarvis (1649)
Peggy Hunt (6060)
Benjamin J. Kotter (9592)
**DORSEY & WHITNEY LLP**
136 South Main Street, Suite 1000
Salt Lake City, Utah 84101
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
Email: jarvis.annette@dorsey.com
hunt.peggy@dorsey.com
kotter.benjamin@dorsey.com

Richard W. Havel (10759)
**SIDLEY & AUSTIN LLP**
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600
Email: rhavel@sidley.com

*Attorneys for WestLB, AG*

ORDER SIGNED

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | | |
|---|---|---|
| In re:<br><br>EASY STREET HOLDING, LLC, *et al.*,<br><br>Debtors.<br><br>Address: 201 Heber Avenue<br>Park City, UT 84060<br><br>Tax ID Numbers:<br>35-2183713 (Easy Street Holding, LLC),<br>20-4502979 (Easy Street Partners, LLC), and<br>84-1685764 (Easy Street Mezzanine, LLC) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Bankruptcy Case No. 09-29905<br>Jointly Administered with Cases<br>09-29907 and 09-29908<br><br>Chapter 11<br><br>[FILED ELECTRONICALLY] |

**ORDER APPROVING APPLICATION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSES FOR OUT-OF-POCKET EXPENSES INCURRED BY UNSECURED CREDITORS' COMMITTEE MEMBER GOODRICH, THOMAS, CANNON & REEDS, LLP PURSUANT TO 11 U.S.C. § 503(b)(3)(F)**

**Filed: 07/21/10**

On July 15, 2010, the Application for Allowance and Payment of Administrative Expense for Out-of-Pocket Expenses Incurred by Unsecured Creditors' Committee Member Goodrich, Thomas, Cannon & Reeds, LLP Pursuant to 11 U.S.C. § 503(b)(3)(F) [Docket No. 623] (the "Application") was filed with the Bankruptcy Court. Pursuant to the Order Confirming Amended Plan of Reorganization of Easy Street Partners, LLC and WestLB, AG Dated June 16, 2010 [Docket No. 600] (the "Confirmation Order"), objections or responses to the Application were due on or before July 20, 2010. See Confirmation Order at ¶ 25. No objection or response to the Application has been filed with the Court and the Court has independently reviewed the Application and having found that the expenses identified in the Application were actual and necessary in the performance of Goodrich, Thomas, Cannon & Reeds, LLP's duties as a member of the Official Committee of Unsecured Creditors, it is hereby:

ORDERED that the Application is approved;

ORDERED that the expenses set forth in the Application are allowed as an administrative expense; and

ORDERED that the Debtor is authorized, pursuant to 11 U.S.C. § 503(b)(3)(F), to make payment of Goodrich, Thomas, Cannon & Reeds, LLP's out-of-pocket expenses in the amount of $1,040.60.

---

(End of Document)

ORDER SIGNED