Kenneth L. Cannon II (kcannon@djplaw.com) (3705)
Steven J. McCardell (smccardell@djplaw.com) (2144)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT   84110-4050
Telephone:  (801) 415-3000/Fax:  (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com) (admitted pro hac vice)
Steven B. Eichel (seichel@crowell.com) (admitted pro hac vice)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY  10022
Telephone:  (212) 223-4000/Fax:  (212) 223-4134

Counsel for Debtors and Debtors in Possession

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re: | |
| EASY STREET HOLDING, LLC, *et al.*, | Bankruptcy Case No. 09-29905 |
| | Jointly Administered with Cases |
| Debtors. | 09-29907 and 09-29908 |
| Address:  201 Heber Avenue | Chapter 11 |
| Park City, UT 84060 | |
| | Honorable R. Kimball Mosier |
| Tax ID Numbers: | |
| 35-2183713 (Easy Street Holding, LLC), | |
| 20-4502979 (Easy Street Partners, LLC), and | **[FILED ELECTRONICALLY]** |
| 84-1685764 (Easy Street Mezzanine, LLC) | |

**NOTICE OF OBJECTION DEADLINE AND NOTICE OF HEARING
ON DEBTORS' APPLICATION TO EMPLOY
NIEDERHAUSER & DAVIS, LLC AS ACCOUNTANTS**

**PLEASE TAKE NOTICE** that Easy Street Holding, LLC, Easy Street Partners, LLC,

and Easy Street Mezzanine, LLC (the "Debtors"), have filed their Application dated July 15,

2010 (the "Application") for an Order authorizing them to employ Niederhauser & Davis, LLC

SLC_647000

("Niederhauser & Davis") as accountants for the Debtor, effective as of February 15, 2010, pursuant to 11 U.S.C. §§ 327(a) and Rules 2014(a) and 5002 of the Federal Rules of Bankruptcy Procedure.  A copy of the Application and declaration in support thereof, were served on July 15, 2010 on the United States Trustee's office, on counsel for the Official Committee of Unsecured Creditors, on major secured creditors, and on parties who have entered a notice of appearance in this case.  If you have not received a copy of the Application and the supporting declaration, you may obtain copies of these documents by requesting them from the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that your rights may be affected.  You should read this Notice and the Application and supporting documentation carefully and discuss them with your attorney, if you have one in this bankruptcy case.

**PLEASE TAKE FURTHER NOTICE** that, if you do not want the Bankruptcy Court to approve the Application, or if you want the Bankruptcy Court to consider your views on the Application, then you or your attorney must file with the Bankruptcy Court and serve on the undersigned counsel for the Debtors a written objection or objections to the Application in conformity with Rule 9013 of the Bankruptcy Court's local rules of practice so that it is received no later than **Thursday, August 12, 2010 at 4:30 p.m., MDT**.  Your objection must be filed at:

>  Clerk
>  United States Bankruptcy Court
>  350 South Main Street, # 301
>  Salt Lake City, Utah  84101

**PLEASE TAKE FURTHER NOTICE** that, if you mail your objection to the Bankruptcy Court for filing, you must mail it early enough so the Court will receive it on or

2

before the time and date stated above.  You must also serve your objection on the undersigned counsel for the Debtors and on other parties in interest.

**PLEASE TAKE FURTHER NOTICE** that the Application will come on for hearing before the Honorable R. Kimball Mosier, United States Bankruptcy Judge, on **Wednesday, August 18, at 9:30 a.m., MDT**, in his courtroom, Room 369 of the Frank E. Moss United States Courthouse, 350 South Main Street, Salt Lake City, Utah 84101.  You or your attorney must attend the hearing on the Application if you want your objection(s) to be considered by the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rule 9013-1(c) of the Bankruptcy Court's local rules of practice, absent timely filing and service of objections to the Aplication, the Debtors may ask that the Court to approve the Application without further notice or hearing.  Additionally, upon the resolution of any timely filed and served objections to the Application, the Debtors may ask the Bankruptcy Court to approve the Application without further notice or hearing.

DATED:  July 26, 2010

        DURHAM JONES & PINEGAR, P.C.

        By:  /s/  Kenneth L. Cannon II
        Kenneth L. Cannon II (kcannon@djplaw.com)(3705)
        Steven J. McCardell (smccardell@djplaw.com)(2144)
        DURHAM JONES & PINEGAR, P.C.
        111 East Broadway, Suite 900
        P.O. Box 4050
        Salt Lake City, UT   84110-4050
        Telephone:  (801) 415-3000/Fax:  (801) 415-3500

and

Michael V. Blumenthal (mblumenthal@crowell.com)
  (admitted pro hac vice)
Steven B. Eichel (seichel@crowell.com)
  (admitted pro hac vice)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY  10022
Telephone:  (212) 223-4000/Fax:  (212) 223-4134

Counsel for Debtors and Debtors in Possession