Kenneth L. Cannon II (kcannon@djplaw.com) (3705)
Steven J. McCardell (smccardell@djplaw.com) (2144)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT 84110-4050
Telephone: (801) 415-3000/Fax: (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com) (admitted pro hac vice)
Steven B. Eichel (seichel@crowell.com) (admitted pro hac vice)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 223-4000/Fax: (212) 223-4134

Counsel for Debtors and Debtors in Possession

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re: | |
| EASY STREET HOLDING, LLC, *et al.*, | Bankruptcy Case No. 09-29905 |
| Debtors. | Jointly Administered with Cases 09-29907 and 09-29908 |
| Address: 201 Heber Avenue Park City, UT 84060 | Chapter 11 |
| | Honorable R. Kimball Mosier |
| Tax ID Numbers: 35-2183713 (Easy Street Holding, LLC), 20-4502979 (Easy Street Partners, LLC), and 84-1685764 (Easy Street Mezzanine, LLC) | **[FILED ELECTRONICALLY]** |

**CERTIFICATE OF SERVICE FOR NOTICE OF OBJECTION DEADLINE AND
NOTICE OF HEARING ON DEBTORS' APPLICATION TO EMPLOY
<u>NIEDERHAUSER & DAVIS, LLC AS ACCOUNTANTS</u>**

I hereby certify that on the 26th day of July, 2010, I caused to be served the Notice of

Objection Deadline and Notice of Hearing on Debtors' Application to Employ Niederhauser &

SLC_648519

Davis, LLC as Accountants via ECF notification, electronic mail and/or first-class mail, postage prepaid, on the parties listed on the attached pages.

DATED: July 27, 2010

DURHAM JONES & PINEGAR, P.C.

By: /s/ Kenneth L. Cannon II
Kenneth L. Cannon II (kcannon@djplaw.com)(3705)
Steven J. McCardell (smccardell@djplaw.com)(2144)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT 84110-4050
Telephone: (801) 415-3000/Fax: (801) 415-3500

and

Michael V. Blumenthal (mblumenthal@crowell.com)
   (admitted pro hac vice)
Steven B. Eichel (seichel@crowell.com)
   (admitted pro hac vice)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 223-4000/Fax: (212) 223-4134

Counsel for Debtors and Debtors in Possession

SLC_648519

**Troy J. Aramburu**   taramburu@joneswaldo.com, sglendening@joneswaldo.com; rbush@joneswaldo.com

**Bastiaan Coebergh**   coebergh@wasatchlaw.com, oborn@wasatchlaw.com; brian@wasatchlaw.com

**Scott A. Cummings**   cummings.scott@dorsey.com

**George B. Hofmann**   gbh@pkhlawyers.com, dh@pkhlawyers.com

**Mary Margaret Hunt**   hunt.peggy@dorsey.com, brown.patricia@dorsey.com; smith.ron@dorsey.com; slc.lit@dorsey.com

**Annette W. Jarvis**   jarvis.annette@dorsey.com, smith.ron@dorsey.com; slc.lit@dorsey.com; brown.patricia@dorsey.com

**Lon A. Jenkins**   lajenkins@joneswaldo.com, krichardson@joneswaldo.com; ecf@joneswaldo.com; rhuot@joneswaldo.com

**Michael R. Johnson**   mjohnson@rqn.com, sglendening@rqn.com; docket@rqn.com

**Anthony C. Kaye**   kaye@ballardspahr.com, swand@ballardspahr.com

**Benjamin J. Kotter**   kotter.benjamin@dorsey.com, smith.ron@dorsey.com; brown.patricia@dorsey.com; slc.lit@dorsey.com

**David E. Leta**   dleta@swlaw.com, wsmart@swlaw.com

**Adelaide Maudsley**   maudsley@chapman.com, jemery@chapman.com

**John T. Morgan tr**   john.t.morgan@usdoj.gov, james.gee@usdoj.gov

**David W. Overholt**   doverholt@rsolaw.com, abachman@rsolaw.com

**Douglas J. Payne**   dpayne@fabianlaw.com, jshowalter@fabianlaw.com

**Knute Rife**   karife@rifelegal.com

**Jeffrey L. Shields**   jlshields@cnmlaw.com, njpotter@cnmlaw.com

**Jeffrey Weston Shields**   jshields@joneswaldo.com, rhuot@joneswaldo.com

**Bradley L. Tilt**   btilt@fabianlaw.com, rmellor@fabianlaw.com

**United States Trustee**   USTPRegion19.SK.ECF@usdoj.gov

**Kim R. Wilson**   bankruptcy_krw@scmlaw.com

SLC_648519

A.W. Marshall Company
P O Box 16127
Salt Lake City, UT  84116-0127

ACME Thread Ware
6436 N Business Park Loop Rd.
Park City, UT  84098-6233

ADT Security Services Inc
P O Box 371956
Pittsburgh, PA  15250-7956


AT&T Mobility
P O Box 6463
Carol Stream, IL  60197-6463

ATIV Corporation
722 Nardo Rd
Encinitas, CA  92024

AXIS Group
84 Route 347
Port Jefferson Station, NY  11767


Aetna
PO Box 894938
Los Angeles, CA  90189-4938

W Brian Ahern
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Air Filter Sales & Service Inc
255 West 2950 South
Salt Lake City, UT  84115-3443


Albert Ulster Imports, Inc.
PO Box 770
Gaithersburg, MD 20884-0770

Albert and Roxann Albiana
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Alchemy Ventures Trust
17575 Fitzpatrick Lane
Occidental, CA  95465-9355


Alchemy Ventures Trust
c/o Kim R. Wilson
Snow Christensen & Martineau
P O Box 45000
Salt Lake City, UT  84145-5000

Gilbert & Jeanette Alder
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

All-Pro Cleaning Systems, Inc.
166 West Cottage Avenue
Sandy, UT 84070-1433


Allen Distribution Services
3247 South 3690 West
West Valley City, UT 84120-2150

Alliance Abroad Group LP
1221 South Mopac Expressway
Suite 100
Austin, TX  78746-7615

Allied Waste Services
PO Box 78829
Phoenix, AZ 85062-8829


Stephen Allis
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Alpine Adventures
3020 North Federal Highway # 10
Fort Lauderdale, FL  33306-1451

Alsco
P O Box 25717
Salt Lake City, UT 84125-0717


Brian D. Althaver
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

American Express
PO Box 53852
Phoenix, AZ 85072-3852

American Express Travel
2421 West Peoria Avenue
Phoenix, AZ  85029-4939


American Express Travel Relate
2840 South 123rd Court
Omaha, NE  68144

American Ski & Board Association
686 NW York
Bend, OR  97701

Jonathan & Joanne Ames
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323


American Hotel Register CO
16458 Collections Center Drive
Chicago, IL  60693-0001

American Liberty Insurance
3601 N University Ave Suite 100
Provo, UT  84604-6600

Allan & Amy Anderson
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Appliance Sales & Service
P O Box 670
55 E Center St., Suite 140
Heber City, UT  84032-1946

Troy J. Aramburu
Jones Waldo Holbrook & McDonough
170 South Main Street, Suite 1500
Salt Lake City, UT  84101-1644

Arctic Spas/ Spagoods.com
4575 N. Silver Springs Dr
Park City, UT 84098-7536

BDRC 4Site, LLC
Attn:  Brian W. Dorsey
6387 Camp Bowie Blvd., Ste B345
Fort Worth, TX  76116

BJ Plumbing Supply
1470 South State
Orem, UT 84097-7704

BTC Rob Stevenson
957 East 1300 South
Salt Lake City, UT 84105-1856

Diane H. Banks
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Baker Tile Co
1434 West 8040 South
West Jordan, UT 84088-9459

Bank Living Trust
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Christopher B. Barker, Esq.
Goodwin Proctor LLP
53 State Street
Boston, MA  02109-2881

James and Marianne Barickman
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

BayNorth Realty Fund
BayNorth Capital, LLC
Attn:  Charles J. Flint
One Financial Center, Floor 23
Boston, MA  02111-2621

Bellows Glass
76 West 200 South
Heber City, UT 84032-2005

Bevco2
651 West 600 South
Salt Lake City, UT 84104-1015

Big Four Distributing, Inc
304 East 900 South
Provo, UT  84606-7316

Michael V. Blumenthal
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY  10022-2544

Peter Blythe
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Scott Boberek
P O Box 680514
Park City, UT  84068

Thomas S. Bradley
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Lisa A. Bugaski, Trustee
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Business Technology Consulting
Rob Stevenson
957 East 1300 South
Salt Lake City, UT  84105

Josh Butsch
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

C & G Velasquez Family Trust
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

CBIZ Accounting
175 S West Temple, Suite 650
Salt Lake City, UT  84111

CRC Design
Attn:  Clay Coleman
298 South Center
Midway, UT  84049

Cameron & Associates
P O Box 5
Orem, UT  84059

Amy Casey
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Castillo Trust
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Michael & Nilda Chang
16 Morning Sky Lane
Las Vegas, NV 89135-7860

Chang Family Trust
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Child Support Services
ORS PO Box 45011
Salt Lake City, UT 84145-0011

Cintas Corporation
97627 Eagle Way
Chicago, IL 60678-7627

CloudNine Resorts – Sky Lodge Dev
c/o Kim R. Wilson
Snow Christensen & Martineau
P O Box 45000
Salt Lake City, UT 84145-5000

CloudNine Resorts – Sky Lodge Mgmt
c/o Kim R. Wilson
Snow Christensen & Martineau
P O Box 45000
Salt Lake City, UT 84145-5000

CloudNine Resorts SL Development
Attn: Bill Shoaf
P O Box 683300
Park City, UT 84068-3300

CloudNine Resorts SL Management
Attn: Bill Shoaf
P O Box 683300
Park City, UT 84068-3300

Nelson Coats
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

Bastiaan Coebergh
Wrona Law Offices, P.C.
1745 Sidewinder Drive
Park City, UT 84060

Colorado Casualty Insurance Co
PO Box 85627
San Diego, CA 92186-5627

Comcast
P O Box 34744
Seattle, WA 98124-1744

CoolWorks.com
PO Box 272
Gardiner, MT 59030-0272

Committee of Unsecured Creditors
Jones Waldo Holbrook & McDonough
170 South Main Street, Suite 1500
Salt Lake City, UT 84101-1644

Jonathan B. and Marie Connor
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

Corrado Properties
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

Christine M. Craige, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013-1010

Scott A. Cummings
Dorsey & Whitney LLP
136 South Main Street, Suite 1000
Salt Lake City, UT 84101-1685

Curb It Recycling
P O Box 681397
Park City, UT 84068-1397

Cushman & Wakefield
50 Broad Street
New York, NY 10004-2307

Robert J. Dale
Bradley L. Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

Phillip A & Ruth M Davidson
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

Kenneth A & Marcie B. Davis
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

Michael Scott Davis
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

Dex West
P O Box 79167
Phoenix, AZ 85062-9167

Diamond Rental
4518 South 500 West
Salt Lake City, UT 84123-3694

K Dickey, S Dickey & P Bradley
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

Robert A. & Bianka M. Diorio
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

Leon and Joy Dreimann
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

James I and Suzanne Duffield
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

Drew A. Norman, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013-1010

EM Systems
P O Box 540783
North Salt Lake, UT 84054-0783

Easy Street Holding, LLC
4780 Winchester Court
Park City, UT  84098-7528

Easy Street Mezzanine, LLC
4780 Winchester Court
Park City, UT  84098-7528

Easy Street Partners, LLC
4780 Winchester Court
Park City, UT  84098-7528

Ecolab
P O Box 100512
Pasadena, CA  91189-0512

Ecolab Pest Elim. Div
P O Box 6007
Grand Forks, ND  58206-6007

Steven B. Eichel
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY  10022-2544

Elliott Workgroup LLC
Attn:  Craig Elliott
P O Box 3419
Park City, UT  84060-3419

William D. Ellis, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA  90013

Stephen Elrick
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

William S. Escudier
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

W Escudier, M. Escudier, T Escudier, W Esc
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Fabian & Clendenin
c/o Robert Dale & Bradley Tilt
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Michael A. Feder
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

FedEx
PO Box 7221
Pasadena, CA 91109-7321

Diana Ferguson
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Janis J Ferraris & Deborah J Depaoli
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Stephen N. Finberg
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Dena A. Fleming & Steve Chin
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Joshua Fick
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Anthony S. Fiotto
Goodwin Proctor LLP
53 State Street
Boston, MA  02109-2881

Five 9's Communication
P O Box 348
Roy, UT  84067-0348

Ruben Flores
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Fog River Fisheries
9554 Wells Circle, Suite A
West Jordan, UT  84081

Ronald A. Fragen
64893 Saragossa
Palm Springs, CA  92264

Frank Rimerman & Co. LLP
60 South Market Street
San Jose, CA  95113-2351

Fuelman
PO Box 105080
Atlanta, GA 30348-5080

G.M. Collin Skin Care Inc.
613 State Route 3, Suite 100
Plattsburgh, NY  12901

Curtis & Patricia Gardner
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Gateway Center, LLC
c/o Commerce CRG
32 West 200 South, Suite 501
Salt Lake City, UT  84101

Gateway Center, LLC
c/o Resort Commercial Property Mgmt
1415 Lowell Avenue
P O Box 682152
Park City, UT  84068-2152

Gateway Center, LLC
c/o Vectra Management Group
424 West 33rd Street, Suite 540
New York, NY  10001-2641

Gemstone Hotels & Resorts, LLC
Attn:  Jeff McIntyre, Principal
1912 Sidewinder Drive, # 104
Park City, UT  84060

General Chemical
PO Box 533195
Charlotte, NC 28290-3195

Gentry Finance
386 South State Street
Orem, UT  84058-5424

Get Fresh
1548 18th Street
Santa Monica, CA  90404

Andrew & Karen Gilligan
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Goodrich & Thomas, CPAs
3200 Park Center Drive Suite 1170
Costa Mesa, CA  92626-7153

Corbin B. Gordon
Corbin B. Gordon, P.C.
345 West 600 South
Heber City, UT 84032-2247

Grazo Electric
PO Box 1196
Midway, UT 84049-1196

Mark T. Greenquist
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Marcia L. Griffiths
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Merrick L & Rosa S. Gross
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Craig & Ann Guernsey
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Gunthers Comfort Air
81 South 700 East
American Fork, UT 84003-2158

Gunthers Comfort Air
c/o Jeffrey L. Shields
Callister Nebeker & McCullough
10 East South Temple, Suite 900
Salt Lake City, UT  84133-1101

HD Supply Facilities Maintenance
P O Box 509058
San Diego, CA  92150-9058

HY-KO Supply Co.
1980 West Industrial Cir
P O Box 26116
Salt Lake City, UT  84126

Suzanne Harris
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Brian W. Harvey
Goodwin Proctor LLP
The New York Times Building
620 Eighth Avenue
New York, NY  10018-1618

Richard W. Havel, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA  90013-1010

George F.J. and Ruth Hill
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Dane C. Hillyard
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

William A & Constance F Hindle
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

John M. Hojel & Veronica Hojel
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Brooks Hoven and Brenda Schmid
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Home Depot Credit Services
P O Box 6031
The Lakes, NV  88901-6031

Hood Cleaners of Utah
P O Box 342
Riverton, UT 84065-0342

Hop To It Living Trust
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Hotel Amenities Resources LLC
2000 Van Ness Avenue Suite 801
San Francisco, CA  94109-3023

Mary Margaret Hunt
Dorsey & Whitney LLP
136 South Main Street, Suite 1000
Salt Lake City, UT  84101-1685

Innovative Body Science
6350 Yarrow Drive Suite D
Carlsbad, CA 92011-1544

Intermountain Drug Testing
PO Box 9800
Salt Lake City, UT 84109-9800

Internal Revenue Service
Centralized Insolvency Operations
P O Box 21126
Philadelphia, PA 19114-0326

Internal Revenue Service
IRS-Group Manager
50 South 500 East, M/S 5021-SLC
Salt Lake City, UT 84111

Ion Cibuc
7 Kafern Drive Apt 1-D
Baltimore, MD 21207-4383

Jacobsen Construction
PO Box 27608
Salt Lake City, UT 84127-0608

Jacobsen National Group, Inc.
c/o Michael R. Johnson, Esq.
Ray Quinney & Nebeker
36 South State Street, Suite 1400
Salt Lake City, UT 84111-1451

Annette W. Jarvis, Esq.
Dorsey & Whitney LLP
136 South Main Street, Suite 1000
Salt Lake City, UT 84101-1685

Lon A. Jenkins
Jones Waldo Holbrook & McDonough
170 South Main Street, Suite 1500
Salt Lake City, UT 84101-1644

Catherine Johnson
3182 Creek Road
Park City, UT 84098

Michael R. Johnson, Esq.
Ray Quinney & Nebeker
36 South State Street, Suite 1400
P O Box 45385
Salt Lake City, UT 84145-0385

Kaba Ilco, Inc
PO Box 12553 Succ Centre Ville
Montreal, QC H3C-6R1
CANADA

KBIi Properties, LP
PO Box 680464
Park City, UT 84068-0464

Darren T & Alona Kavinoky
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

Anthony C. Kaye
Ballard Spahr Andrews & Ingersoll, LLP
201 South Main Street, Suite 600
Salt Lake City, UT 84111-2212

John P. and Melissa B. Kelly
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

Klehr, Branzburg & Ellers LLP
Attn: William A. Harvey
260 South Broad St.
Philadelphia, PA 19102-5021

Benjamin J. Kotter
Dorsey & Whitney LLP
136 South Main Street, Suite 1000
Salt Lake City, UT 84101-1685

Mark C. Kramer Trust
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

Rishi & Ashima Kumar
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

Steve LaFredo
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

Brian & Teri Laidlaw
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

La Monica's Restaurant Equipment
6211 South 380 West
Murray, UT 84107-3309

Janet & William Lamkin
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

Robert Lamkin & Ray Bidenhost
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

William & Janet Lamkin
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

Eric D. Lemont
Goodwin Proctor LLP
53 State Street
Boston, MA 02109-2881

Les Olson Company
P O Box 65598
Salt Lake City, UT 84165-0598

Levine Holdings, LLC
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

Linda Marie Eide Residuary Family Trust
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

Liquor Leasing & Service, L.C.
9283 South Jean Drive
Sandy, UT  84070-6254

Mark Litchfield & Kristin Rotter
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Living Creations Inc
2163 E Lambourne Ave
Salt Lake City, UT  84109-2454

Lovejoy Sky Lodge
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Larry L. Lozensky
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

James A. Lundin
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Luxury Residence Group
Attn:  Carrie Shoaf
693 Main Street
P O Box 1225
Park City, UT  84060

M & M Distributing
531 West 600 North
Salt Lake City, UT 84116-3430

Market Metrix
990 A Street Suite 301
San Rafael, CA 94901-3000

Mascioni Hospitality, Inc.
915 Broadway, Suite 1909
New York, NY  10010

Adelaide Maudsley
Chapman & Cutler LLP
201 South Main Street, Suite 2000
Salt Lake City, UT  84111-2298

Kevin McCarthy
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Tracy McCarthy
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Clint McClellan
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

McGladrey and Pullin
Attn:  Jan Riend
One South Wacker Drive, Suite 800
Chicago, IL  60606-4650

John E. McIlwaine
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Claudia McMullin & Timothy Douglas
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Joshua A. Mettle
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Media One of Utah
4770 South 5600 West
West Valley City, UT  84170-4005

Merrit & Harris
301 E Glenoaks Blvd. Suite 4
Glendale CA 91207-2115

Thomas & Julie B. Millar
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Millcreek Consulting
Attn:  Steve Brown
3017 E Kempner Rd.
Salt Lake City UT  84109-3654

Daniel S. Miller DDS
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Robert A. Miller
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Money 4 You & Mr. Money
498 North 900 West # 230
Kaysville, UT 84037-4213

Frederic Monnot
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Stephen Monticone
592 North 200 West
Heber City, UT  84032

John T. Morgan Tr
US Trustees Office
405 South Main Street, Suite 300
Salt Lake City, UT  84111-3402

Mountain Valley Temperature Control
PO Box 429
Pleasant Grove, UT 84062-0429

Muir Copper Canyon Farms
PO Box 26775
Salt Lake City, UT 84126-0775

| | | |
|---|---|---|
| Muzak LLC<br>PO Box 71070<br>Charlotte, NC 28272-1070 | Nicholas & Company, Inc.<br>P O Box 45005<br>Salt Lake City, UT 84145-0005 | Night Vision Landscape Light<br>2859 West 7550 South<br>West Jordan, UT 84084-3712 |
| Open Table Inc<br>PO Box 49322<br>San Jose, CA 95161-9322 | Pacific Seafood - Utah<br>P O Box 97<br>Clackmas, OR 97015-0097 | Park Avenue Travel<br>11 Park Avenue<br>Swarthmore, PA 19081 |
| Park City I, LLC<br>c/o George B. Hofmann<br>Parsons Kinghorn Harris<br>111 East Broadway, Suite 1100<br>Salt Lake City, UT 84111 | Park City Surveying<br>P O Box 682993<br>Park City, UT 84068-2993 | Daniel H. & Vanessa I. Payne<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT 84111-2323 |
| Douglas J. Payne<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT 84111-2323 | Philo Smith<br>684 Glenneyre Street<br>Laguna Beach, CA 92651-2420 | Philo Smith Jr. Trust<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT 84111-2323 |
| Par Springer-Miller System, Inc<br>782 Mountain Road<br>PO Box 1547<br>Stowe, VT 05672-1547 | Park City Auto Parts/Hardware<br>P O Box 244<br>Heber City, UT 84032-0244 | Park City Chamber Bureau<br>P O Box 1630<br>Park City, UT 84060 |
| Park City Lock & Key<br>3946 North Last Run Drive<br>Park City, UT 84098 | Park City Municipal Corp.<br>PO Box 1480<br>Park City, UT 84060-1480 | Park City Water<br>PO Box 1480<br>Park City, UT 84060-1480 |
| Park City WinElectric<br>PO Box 681729<br>Park City, UT 84068-1729 | Patricia Wagner<br>P O Box 680322<br>Park City, UT 84068-0322 | PayChex Human Resources Services<br>P O Box 29769<br>New York, NY 10087-9769 |
| Peak Mobile Communications<br>4910 South Warehouse Road<br>Salt Lake City, UT 84118-6354 | Peets Coffee & Tea<br>P O Box 12509<br>Berkeley, CA 94712-3509 | Pitney Bowes<br>P O Box 856390<br>Louisville, KY 40285-6390 |
| Plaza Dry Cleaners<br>PO Box 770-361<br>Park City UT 84060 | Donald E. Porteous<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT 84111-2323 | Porter Paint<br>1268 South 500 West<br>Salt Lake City, UT 84101-3019 |
| Proforma<br>PO Box 51925<br>Los Angeles, CA 90051-6225 | Protravel International<br>14130 Riverside Drive<br>Sherman Oaks, CA 91423-2313 | Protravel International Inc<br>515 Madison Ave 10th Floor<br>New York, NY 10022-5403 |

Questar Gas Company
PO Box 45360
Salt Lake City, UT 84145-0360

Qwest, Inc.
Attn:  Bankruptcy Department
PO Box 29040
Phoenix, AZ 85038-9040

Qwest Corp.
Attn:  Jane Frey
1801 California Street, Room 900
Denver, CO  80202-2658

Qwest Communications Company
Attn:  Jane Frey
1801 California Street, Room 900
Denver, CO  80202-2658

Qwest Long Distance Business Services
PO Box 856169
Louisville, KY 40285-6169

Elizabeth Rad
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Charles & Vicki P. Raeburn
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Angela Rayner
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Steve Reich
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Steve Reich, Scott Coleman & Ashley Coleman
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Renegade Oil Inc
1141 South 3200 West
Salt Lake City, UT  84104-4562

Revco Leasing
P O Box 65598
Salt Lake City, UT  84165-0598

Knute Rife
Wrona Law Offices
11650 South State Street, Suite 103
Draper, UT  84020-7144

Rimmerman
One Embarcadero Center, Suite 2410
San Francisco, CA  94111-3737

PacifiCorp
Attn:  Bankruptcy
P O Box 25308
Salt Lake City, UT  84125-0308

Eric & Susan Rothchild
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

RussWoods LLC
5148 Silver Springs Road
Park City, UT 84098-6034

SL Convention & Visitors Bureau
90 South West Temple
Salt Lake City, UT 84101-1406

Safeguard
P O Box 5
Orem, UT  84059

Schindler Elevator Corporation
P O Box 93050
Chicago, IL  60630

Scott James Jewelry
32 South Main Street
Heber City, UT  84032

Securities & Exchange Commission
Attn:  Bankruptcy Dept.
44 Montgomery St # 1100
San Francisco, CA 94104-4613

Sentry West Insurance Services
PO Box 9289
Salt Lake City, UT 84109-9289

Shaner Design, Inc.
Attn:  Tom Shaner
614 Main Street, Suite 404
PO Box 4560
Park City, UT 84060-4560

Sheri P. Chromow, Esq.
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY  10022-2585

Jeffrey L. Shields
Callister Nebeker & McCullough
10 East South Temple, Suite 900
Salt Lake City, UT  84133-1101

Jeffrey Weston Shields
Jones Waldo Holbrook & McDonough
170 South Main Street, Suite 1500
Salt Lake City, UT  84101-1644

Shift4 Corporation
1491 Center Crossing Rd
Las Vegas, NV 89144-7047

William & Carrie Shoaf
4780 Winchester Court
Park City, UT 84098-7528

Shoes For Crews, LLC
File LockBox 51151
Los Angeles, CA 90074-1151

| | | |
|---|---|---|
| Matthew & Terry L. Sidford<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 | Siemens Building Technologies, Inc.<br>9707 Sandy Parkway<br>Sandy, UT  84070-2500 | Charles H. & Andrea E. Silverman<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 |
| Robert K & Lynn K Simons<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 | Skyboozers LLC<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 | Sky Lodge Holdings, LLC<br>c/o David E. Leta<br>Snell & Wilmer<br>15 West South Temple, Suite 1200<br>Salt Lake City, UT  84101-1547 |
| Small Luxury Hotels<br>2nd Floor-Grantham House<br>North Street Leatherhead<br>Surrey KT22 7AZ<br>GREAT BRITAIN | Amer & Yvette Soudani<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 | Squire<br>Attn:  Ray Chipman<br>1329 South 800 East<br>Orem, UT 84097-7700 |
| Standard Plumbing Supply<br>PO Box 708490<br>Sandy, UT 84070 | Staples Credit Plan<br>Dept 51-7861136819<br>PO Box 689020<br>Des Moines, IA  50368-9020 | David L & Louise A. Stark<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 |
| State Office of Recovery Services<br>515 East 100 South<br>P O Box 45033<br>Salt Lake City, UT  84145-0033 | State of Utah<br>Office of the Attorney General<br>Tax & Revenue Division<br>P O Box 40874<br>Salt Lake City, UT  84114-0874 | Step Saver Inc.<br>1901 West 2425 South<br>Wood Cross, UT  84087-2463 |
| Stone Ground Bakery<br>P O Box 581078<br>Salt Lake City, UT  84158-1078 | Sugar House Awning<br>7526 South State Street<br>Midvale, UT  84047 | Summit Business Services<br>Attn:  Chipper Leonard<br>4130 Hilltop Court<br>Park City, UT  84098-4715 |
| Summit County Assessor<br>PO Box 128<br>Coalville, UT 84017-0128 | Summit County Treasurer<br>60 North Main<br>PO Box 128<br>Coalville, UT  84017 | Summit County Public Health Dept<br>Environmental Laboratory<br>PO Box 128<br>Coalville, UT 84017-0128 |
| Sundance Partners, Ltd.<br>c/o Ballard Spahr<br>201 South Main Street, Suite 800<br>Salt Lake City, UT  84111-2212 | Swire Coca-Cola USA<br>P O Box 1410<br>Draper, UT  84020-1410 | Sysco Intermountain Food Service<br>Attn:  Steve Lewis<br>P O Box 27638<br>Salt Lake City, UT  84127-0638 |
| Sysco Intermountain Food Services, Inc.<br>c/o David W. Overholt<br>Richer & Overholt, PC<br>901 West Baxter Drive<br>South Jordan, UT  84095-8687 | TCF Holdings – Fred Mommot<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 | Target Labels & Packaging<br>40 West 3800 North<br>Hyde Park, UT  84318-4114 |
| N. Allen Taylor<br>Taylor Capital Management<br>6641 North Paseo Tamayo<br>Tucson, AZ  85750 | Tenderfoot Holdings LLC<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 | Teresa Martha Wiss Trust<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 |

The Aspen Times  
Colorado Mountains News Media  
P O Box 540  
Gypsum, CO  81637

The Barbara A Casale Revocable Trust  
c/o Robert Dale & Bradley Tilt  
Fabian & Clendenin  
215 South State Street, Suite 1200  
Salt Lake City, UT  84111-2323

The Chef's Garden  
9009 Huron-Avery Road  
Huron, OH 44839-2448

The Elevator Company  
PO Box 736  
Bountiful, UT 84011-0736

The Mark and Joann Tattersall Trust  
c/o Robert Dale & Bradley Tilt  
Fabian & Clendenin  
215 South State Street, Suite 1200  
Salt Lake City, UT  84111-2323

The Park Record  
P O Box 3688  
Park City, UT  84060

The Richard C. Casale Revocable Trust  
c/o Robert Dale & Bradley Tilt  
Fabian & Clendenin  
215 South State Street, Suite 1200  
Salt Lake City, UT  84111-2323

The Shoaf Family Trust Jan 16 2002  
c/o Robert Dale & Bradley Tilt  
Fabian & Clendenin  
215 South State Street, Suite 1200  
Salt Lake City, UT  84111-2323

Paul W. Throndsen, MAI  
Appraisal Group, Inc.  
7396 South Union Park Ave., #301  
Midvale, UT  84047

Timothy G. Little, Esq.  
Katten Muchin Rosenman LLP  
575 Madison Avenue  
New York, NY  10022-2585

USA Today  
P O Box 79782  
Baltimore, MD  21279-0782

Union Square Home Owners Association  
PO Box 683300  
Park City UT 84068-3300

United Fence Co.  
PO Box 26933  
2525 South 2700 West  
Salt Lake City, UT 84119-1227

Universal Companies  
18260 Oak Park Drive  
Abingdon, VA  24210

Utah Dept-Alcoholic Beverage Control  
1625 South 900 West  
P O Box 30408  
Salt Lake City, UT  84130-0408

Utah Dept of Workforce Services  
P O Box 45249  
Salt Lake City, UT  84145-0249

Utah Fire Equipment  
152 West 1700 South  
Salt Lake City, UT  84115

Utah State Tax Commission  
Sales Tax  
210 North 1950 West  
Salt Lake City, UT  84134-0400

Stephen P. & Barbara Vermut  
c/o Robert Dale & Bradley Tilt  
Fabian & Clendenin  
215 South State Street, Suite 1200  
Salt Lake City, UT  84111-2323

Virtuoso, Ltd.  
c/o R. Jason Pierce  
Bourland, Wall & Wenzel, P.C.  
301 Commerce Street, Suite 1500  
Fort Worth, TX  76102

Virtuoso, Ltd  
P O Box 99358  
Fort Worth, TX  76199-0358

Graham Wagner & Kati Irwin  
c/o Robert Dale & Bradley Tilt  
Fabian & Clendenin  
215 South State Street, Suite 1200  
Salt Lake City, UT  84111-2323

Wasatch Audio-Visual  
PO Box 770 PMB282  
Park City, UT  84060-0770

Wasatch Meats  
926 South Jefferson Street  
Salt Lake City, UT  84101-2983

Water Images  
P O Box 571393  
Murray, UT 84157-1393

Water Reclamation District  
2800 Homestead Rd  
Park City, UT  84098-4869

Alfred M. Wesser  
2353 South Waldby Avenue  
Fresno, CA  93725

Wells Fargo Equipment Finance  
NW-8178 PO Box 1450  
Minneapolis, MN 55485-8178

Wells Fargo Equipment Finance  
733 Marquette Avenue Suite 700  
Minneapolis, MN 55402-2316

West LB AG, New York Branch  
Attn:  Christian Ruehmer  
7 World Trade Center  
250 Greenwich Street  
New York, NY 10007

Duncan Robertson
Executive Director
WestLB AG, Special Situations - NY
7 World Trade Center
250 Greenwich Street
New York, NY 10007

Whitney Advertising & Design
6410 N Business Park Loop Rd
Suite H
Park City, UT  84098-6212

David L. Wickline
c/o Kim R. Wilson
Snow Christensen & Martineau
P O Box 45000
Salt Lake City, UT  84145-5000

Francine Wynn
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Bruce J. Zabarauskas
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY  10022-2544


Emily and John Hill
1821 Tamarack Street
Westlake Village, CA 91361



Michael Pardo
513 Scrimshaw Way
Severna Park, MD 21146-1424

West LB AG, New York Branch
Attn:  Jeff Nelson
7 World Trade Center
250 Greenwich Street
New York, NY 10007

Jim & Robin Whitney
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Kim R. Wilson
Snow Christensen & Martineau
10 Exchange Place, Suite 1100
P O Box 45000
Salt Lake City, UT  84145-5000

Kenneth Yonemura & Grace Noda-Yonemura
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Anthony & Teresa Meno Zingale
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Joy and Leon Dreimann
1285 Loch Lane
Lake Forest, IL 60045



Sarah Betsy Bacon
2952 Arabian Drive
Park City, UT 84060

West LB AG, New York Branch
Attn:  James Winikor
7 World Trade Center
250 Greenwich Street
New York, NY 10007

David Wickline
17575 Fitzpatrick Lane
Occidental, CA  95465-9355


Joseph E. Wrona
Wrona Law Office, P.C.
1816 Prospecter
Park City, UT  84060


Phillip & Ruth Yuan
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Acme Holdings LLC
Sean Raiton
PO Box 681373
Park City, UT  84068



Kevin Borg
2215 East 6595 South
Salt Lake City, UT 84121