**The below described is SIGNED.**



**Dated: July 26, 2010**

_____
**R. KIMBALL MOSIER
U.S. Bankruptcy Judge**

_____

Prepared and Submitted by:
Annette W. Jarvis (1649)
Peggy Hunt (6060)
Benjamin J. Kotter (9592)
**DORSEY & WHITNEY LLP**
136 South Main Street, Suite 1000
Salt Lake City, Utah 84101
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
Email: jarvis.annette@dorsey.com
hunt.peggy@dorsey.com
kotter.benjamin@dorsey.com

Richard W. Havel (10759)
**SIDLEY & AUSTIN LLP**
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600
Email: rhavel@sidley.com

*Attorneys for WestLB, AG*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | Bankruptcy Case No. 09-29905 |
| EASY STREET HOLDING, LLC, *et al.*, ) | Jointly Administered with Cases |
| ) | 09-29907 and 09-29908 |
| Debtors. ) | |
| ) | Chapter 11 |
| Address: 201 Heber Avenue ) | |
| Park City, UT 84060 ) | [FILED ELECTRONICALLY] |
| ) | |
| Tax ID Numbers: ) | |
| 35-2183713 (Easy Street Holding, LLC), ) | |
| 20-4502979 (Easy Street Partners, LLC), and ) | |
| 84-1685764 (Easy Street Mezzanine, LLC) ) | |
| ) | |

**ORDER APPROVING APPLICATION FOR ALLOWANCE AND PAYMENT OF
ADMINISTRATIVE EXPENSES FOR OUT-OF-POCKET EXPENSES INCURRED BY
UNSECURED CREDITORS' COMMITTEE MEMBER GOODRICH, THOMAS,
CANNON & REEDS, LLP PURSUANT TO 11 U.S.C. § 503(b)(3)(F)**

**Filed: 07/21/10**

Entered On Docket: 07/26/2010

On July 15, 2010, the Application for Allowance and Payment of Administrative Expense for Out-of-Pocket Expenses Incurred by Unsecured Creditors' Committee Member Goodrich, Thomas, Cannon & Reeds, LLP Pursuant to 11 U.S.C. § 503(b)(3)(F) [Docket No. 623] (the "Application") was filed with the Bankruptcy Court. Pursuant to the Order Confirming Amended Plan of Reorganization of Easy Street Partners, LLC and WestLB, AG Dated June 16, 2010 [Docket No. 600] (the "Confirmation Order"), objections or responses to the Application were due on or before July 20, 2010. See Confirmation Order at ¶ 25. No objection or response to the Application has been filed with the Court and the Court has independently reviewed the Application and having found that the expenses identified in the Application were actual and necessary in the performance of Goodrich, Thomas, Cannon & Reeds, LLP's duties as a member of the Official Committee of Unsecured Creditors, it is hereby:

ORDERED that the Application is approved;

ORDERED that the expenses set forth in the Application are allowed as an administrative expense; and

ORDERED that the Debtor is authorized, pursuant to 11 U.S.C. § 503(b)(3)(F), to make payment of Goodrich, Thomas, Cannon & Reeds, LLP's out-of-pocket expenses in the amount of $1,040.60.

(End of Document)

# CERTIFICATE OF NOTICE

```
District/off: 1088-2          User: kpc              Page 1 of 1            Date Rcvd: Jul 26, 2010
Case: 09-29905                Form ID: pdfor1        Total Noticed: 1

The following entities were noticed by first class mail on Jul 28, 2010.
aty         +Annette W. Jarvis,    Dorsey & Whitney LLP,    136 South Main Street,    Suite 1000,
              Salt Lake City, UT 84101-1685
The following entities were noticed by electronic transmission.
NONE.                                                                                            TOTAL: 0
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 28, 2010**                    **Signature:** _Joseph Speetjens_