*Order Prepared and Submitted by:*

Douglas J. Payne (A4113)
Robert G. Crockett (A12067)
FABIAN & CLENDENIN,
  A Professional Corporation
215 South State, Suite 1200
Salt Lake City, Utah 84111-2323
dpayne@fabianlaw.com
rcrockett@fabianlaw.com
Telephone: (801) 531-8900

*Attorneys for Gateway Center, LLC*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH

| | | |
|---|---|---|
| | ) | Bankruptcy Case No. 09-29905 |
| | ) | Jointly Administered with Cases 09-29907 |
| In Re: | ) | and 09-29908 |
| | ) | |
| EASY STREET HOLDING, LLC, *et al.* | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Honorable R. Kimball Mosier |
| | ) | |
| | ) | **ORDER APPROVING APPLICATION** |
| | ) | **FOR ALLOWANCE AND PAYMENT** |
| | ) | **OF ADMINISTRATIVE EXPENSE** |
| | ) | **INCURRED BY GATEWAY CENTER,** |
| | ) | **LLC** |

On June 11, 2010, Gateway Center, LLC ("**Gateway**") filed its *Application for*

*Allowance and Payment of Administrative Expense* [Docket No. 558] (the "**Application**") with

the Bankruptcy Court.  The Application sought allowance and payment of an administrative

expense for unpaid amounts on a lease of real property that debtor Easy Street Partners, LLC

("**Partners**") was obligated to pay under 11 U.S.C. § 365(d)(3) prior to the deemed rejection of

the lease.  Pursuant to the *Order Confirming Amended Plan of Reorganization of Easy Street*

*Partners, LLC and West LB, AG dated June 16, 2010* [Docket No. 600] (the "**Confirmation**

**Order**"), objections or responses to the Application were due on or before July 20, 2010.  See

Confirmation Order at ¶ 25.  No objection or response to the Application has been filed with the

Court.  The Court having independently reviewed the Application and having found that Partners

was obligated under 11 U.S.C. § 365(d)(3) to pay the pre-rejection, post-petition lease expenses

identified in the Application, it is hereby

ORDERED that the Application is approved;

ORDERED that the amounts set forth in the Application are allowed as an administrative

expense; and

ORDERED that the Debtor is authorized and directed pursuant to 11 U.S.C. § 503(b) to

pay Gateway an amount equal to $17,855.54, plus interest thereon at $8.74 per diem from June

1, 2010.

**[END OF DOCUMENT]**

# CERTIFICATE OF SERVICE

I hereby certify that on the _____ day of July, 2010, I caused a true and exact copy of the foregoing Order to be served upon all those entitled to ECF notice in the manner required by Local Rule 9021-1.

_____

ND: 4848-5420-6983, v. 1