Kenneth L. Cannon II (kcannon@djplaw.com) (3705)
Steven J. McCardell (smccardell@djplaw.com) (2144)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT  84110-4050
Telephone:  (801) 415-3000/Fax:  (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com) (admitted pro hac vice)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY  10022
Telephone:  (212) 223-4000/Fax:  (212) 223-4134

Counsel for Debtors and Debtors in Possession

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: | |
| EASY STREET HOLDING, LLC, *et al.*, | Bankruptcy Case No. 09-29905 |
| Debtors. | Jointly Administered with Cases 09-29907 and 09-29908 |
| Address:  201 Heber Avenue | Chapter 11 |
| Park City, UT 84060 | Honorable R. Kimball Mosier |
| Tax ID Numbers: | |
| 35-2183713 (Easy Street Holding, LLC), | |
| 20-4502979 (Easy Street Partners, LLC), and | **[FILED ELECTRONICALLY]** |
| 84-1685764 (Easy Street Mezzanine, LLC) | |

**SUPPLEMENT TO THIRD APPLICATION OF DURHAM JONES & PINEGAR FOR INTERIM COMPENSATION AND REIMBURSEMENT PURSUANT TO 11 U.S.C. §§ 330 AND 331 AS ATTORNEYS FOR THE DEBTORS IN POSSESSION FOR THE PERIOD MAY 1, 2010 THROUGH JULY 29, 2010, COMBINED WITH APPLICATION FOR FINAL APPROVAL FOR FEES AND EXPENSES PREVIOUSLY APPROVED**

Durham Jones & Pinegar ("DJP"), co-counsel for Easy Street Partners, LLC ("Partners"),

Easy Street Mezzanine, LLC ("Mezzanine"), and Easy Street Holding, LLC ("Holding")

(together, Partners, Mezzanine, and Holding will be referred to as the "Debtors"), pursuant to

11 U.S.C. §§ 330 and 331, Federal Rule of Bankruptcy Procedure 2016, and the Fee Guidelines

of the United States Trustee, hereby supplements its third interim and final application (the

"Third Application"). The Third Application included fees and expenses through July 9, 2010,

and an estimate for compensation and reimbursement of expenses from July 10, 2010 through

July 29, 2010 (the "Supplement Period"). This Supplement to the Third Application includes

actual amounts for compensation and expenses which have been posted for the Supplement

Period. The Reorganized Debtor has also requested that DJP estimate compensation for services

to be rendered and reimbursement of expenses for the period beyond July 30, 2010 (the "Post

Closing Period"), in completing Partners' case. The total amounts requested for the Third

Application, with actual amounts for the Supplement Period and estimated amounts for the Post

Closing Period are (1) $83,238.00 in interim compensation, $4,380.43 in interim reimbursement

of expenses, and (2) $376,467.00 in final compensation, and $23,377.45 in final reimbursement

of expenses. DJP states as follows:

    A.    <u>Effective Date of the Confirmed Plan</u>. Transactions contemplated by the

confirmed Amended Plan of Reorganization of Easy Street Partners, LLC and WestLB AG dated

June 16, 2010 (the "Joint Plan") closed on July 27, 2010, and the Joint Plan became effective on

July 28, 1010. Pursuant to the Joint Plan, there is now a reorganized debtor in the Partners case

(the "Reorganized Debtor")

B.      <u>Payments Received by DJP</u>.  On December 14, 2009, the Bankruptcy Court entered its Order Approving Motion and Establishing Monthly Fee and Expense Reimbursement Procedures (the "Interim Fee Procedures Order").  Pursuant to the Interim Fee Procedures Order, professionals representing the Debtors' estates may file and serve monthly fee requests.  In general terms, subject to amounts available for payment to estate professionals, those professionals requesting monthly payment of fees and expenses may be paid 100% of out-of-pocket expenses and up to 80% of fees on a monthly basis.  During the Supplement Period, DJP has received $33,384.11 in additional payments pursuant to the Interim Fee Procedures.  It has thus, to date, been paid $243,361.19 in allowed fees and expenses for the period from September 14, 2009 through May 31, 2010, from the retainer it received and from payments made pursuant to the Interim fee Procedures Order.

C.      <u>This Supplement</u>.  This Supplement amends the Third Application only with respect to updated requests for interim and final compensation and reimbursement of expenses.  Any provision of the Third Application not modified by this Supplement remains effective and the Third Application is incorporated into this Supplement.  The compensation for services rendered and reimbursement of expenses posted during the Supplement Period are $5,810.00 and $460.75, respectively.  An amended summary of fees and expenses requested, as required by the Fee Guidelines of the United States Trustee, which included actual amounts for the Supplement Period and estimated amounts for the Closing Period, is attached hereto as <u>Exhibit 1</u>.  A summary of the expenses posted during the Supplement Period, broken down by project category and by type of expense, is included below.

3

D.    <u>Estimated Compensation and Expenses during the Closing Period</u>.  DJP estimates

compensation for services to be rendered and expenses to be reimbursed during the Post Closing

Period (consisting primarily of addressing the Debtors' application to employ Niederhauser &

Davis, LLC as accountants, for addressing fee applications, and for filing and noticing a motion

for a final decree and closing of the Partners case) in the approximate amounts of $3,500 and

$500 respectively.

E.    <u>Services Performed on Behalf of the Estate</u>

1.    During the Supplement Period, DJP rendered services to the estate for

which it seeks compensation in the total amount of $5,810.00.  Such services are detailed in the

invoices broken down by project category which are attached hereto as <u>Exhibit 2</u>.

2.    DJP has categorized the time spent performing services for the estate into

the following project categories (DJP has performed no services in certain categories).

| <u>DJP Matter No.</u> | <u>Matter Name</u> |
|---|---|
| 00001 | Asset Analysis and Investigation |
| 00004 | Claims Administration |
| 00005 | Employment and Fee Applications - DJP |
| 00006 | Employment and Fee Applications - Other |
| 00008 | Plan and Disclosure Statement |
| 00009 | Miscellaneous Contested Matters |
| 00010 | Case Management |
| 00011 | Cash Collateral/DIP Lending |
| 00012 | BayNorth Litigation |

3.    The totals of the fees from the Supplement Period for services in the

various project categories are as follows:

| Matter No. | Matter Name | Amount |
|---|---|---|
| 00001 | Asset Analysis and Investigation | $0.00 |
| 00004 | Claims Administration | $105.00 |
| 00005 | Employment/Fee Applications – DJP | $1,750.00 |
| 00006 | Employment/Fee Applications – Other | $1,225.00 |
| 00008 | Plan and Disclosure Statement | $1,890.00 |
| 00009 | Miscellaneous Contested Matters | $350.00 |
| 00010 | Case Administration | $385.00 |
| 00011 | Cash Collateral | $0.00 |
| 00012 | BayNorth Litigation | $105.00 |
|  | TOTAL: | $5,810.00 |

      a.    <u>Summary of Services in the Supplement Period</u>.  The services provided in the Supplement Period generally included coordination with counsel for WestLB, AG, the funder under the Joint Plan, on matters that have been required to close transactions contemplated by the Joint Plan; on claims to be paid under the Joint Plan; on resolution of professional matters, including filing and noticing the Debtors' application to employ an accounting firm; on addressing outstanding matters in pending adversary proceedings; on facilitating a smooth transition to the reorganized debtor, and on other related matters.  The billing reports attached hereto as Exhibit 2 provide a detailed description of the services rendered in each project category during the Supplement Period

    F.    <u>Reimbursement of Expenses</u>

      1.    During the Supplement Period, DJP incurred (or posted in its accounting system) actual and necessary expenses in the total amount of $460.75 in connection with the professional services rendered to the estates.  A summary showing the break-down of total expenses by project category and by type of expense is set forth below:

| Expense Breakdown by Project | Total |
|---|---|
| Asset Analysis & Investigation | $0.00 |
| Claims Administration | $13.44 |
| Employ & Fee Apps. – Durham | $68.36 |
| Employ & Fee Apps. – Others | $251.90 |
| Plan and Disc. Statement | $46.80 |
| Misc. Contested Matters | $0.00 |
| Case Administration | $80.25 |
| Cash Collateral | $0.00 |
| BayNorth Litigation | $0.00 |
| TOTAL | $460.75 |

| Expense Breakdown by Type | Total |
|---|---|
| Overnight Mail | $71.93 |
| Pacer | $78.32 |
| Reproduction | $310.50 |
| TOTAL | $460.75 |

Details of the expenses incurred in each project category are included in the invoices attached as

Exhibit 2 hereto.  DJP does not currently charge its clients for long-distance telephone charges.

The only telephone charges are for the actual expense of conference calls made through an

outside service.  Inside copy charges are $.15 per page.  Outside copy charges are for the actual

amount charged to DJP by outside services.  Computerized legal research is billed to clients at

the actual amount charged to DJP for such services.  DJP keeps in its files appropriate detail,

including receipts, invoices, reimbursement vouchers, and other supporting information

concerning the expenses incurred in this representation, and that information is available for

review upon request.

    2.    The expenses incurred by DJP for which reimbursement in this

Application is sought are consistent with the U.S. Trustee Guidelines and the rules and orders

applicable in this case.

WHEREFORE, DJP prays:

1.      That interim compensation and reimbursement be awarded to DJP in the total

amount of $87,618.44 which includes $83,238.00 for professional services rendered and

$4,380.43 for expenses incurred during the Third Application Period (which includes actual fees

and expenses through the Supplement Period and an estimate of $3,500.00 in compensation and

$500.00 in reimbursement of expenses for the Closing Period);

2.      That such amounts be allowed as priority administrative expenses of the estate in

Chapter 11 pursuant to 11 U.S.C. §§ 503(b)(2) and 507(a)(1);

3.      That DJP retain amounts paid to it pursuant to the interim requests;

4.      That the the Debtors be authorized, pursuant to 11 U.S.C. §§ 330 and 331, to pay

such further allowed amounts from the estates as set forth herein.

DATED this 30th day of July, 2010.

DURHAM JONES & PINEGAR

By: /s/ Kenneth L. Cannon II
    Kenneth L. Cannon II
    Steven J. McCardell
    111 East Broadway, Suite 900
    Salt Lake City, UT 84111
    Telephone: (801) 415-3000
    Facsimile:  (801) 415-3500

Co-Counsel for the Debtors and Debtors
in Possession

# EXHIBIT 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| EASY STREET HOLDING, LLC, *et al.,* | )      Bankruptcy Case No. 09-29905 |
| | )      Jointly Administered with Cases |
| Debtors. | )      09-29907 and 09-29908 |
| | ) |
| Address:  201 Heber Avenue | )      Chapter 11 |
|            Park City, UT 84060 | ) |
| | )      Honorable R. Kimball Mosier |
| Tax ID Numbers: | ) |
| 35-2183713 (Easy Street Holding, LLC), | ) |
| 20-4502979 (Easy Street Partners, LLC), and | )      **[FILED ELECTRONICALLY]** |
| 84-1685764 (Easy Street Mezzanine, LLC) | ) |

**AMENDED SUMMARY REQUIRED BY UNITED STATES TRUSTEE GUIDELINES
(INCLUDING ACTUAL AMOUNTS FOR SUPPLEMENT PERIOD
AND ESTIMATED AMOUNTS FOR POST CLOSING PERIOD)**

| | | | |
|---|---|---|---|
| Fees Previously Requested: | $293,229.00 | NAME OF APPLICANT: | |
| Fees Previously Paid: | $224,364.18 | Durham, Jones & Pinegar | |
| | | | |
| Expenses Previously Requested: | $18,997.01 | ROLE IN THE CASE: | |
| Expenses Previously Paid: | $18,997.01 | Co-Counsel for Debtor in Possession | |
| | | | |
| Retainer Paid: | $25,177.50 | CURRENT APPLICATION: | |
| | | Amended Fee Requested | $79,738.00 |
| | | Amended Expenses Requested | $3,880.43 |

| NAME OF PROFESSIONAL/ PARALEGAL | YEAR ADMITTED TO PRACTICE | HOURS BILLED CURRENT APPLICATION | RATE | TOTAL FOR APPLICATION |
|---|---|---|---|---|
| SHAREHOLDERS | | | | |
| Kenneth L. Cannon II | 1982 | 209.10 | $350 | $73,220.00 |
| Steven J. McCardell | 1981 | 12.30 | $350 | $4,305.00 |
| R. Stephen Marshall | 1980 | 0.20 | $325 | $65.00 |
| N. Todd Leishman | 1992 | 3.90 | $315 | $1,228.50 |
| ASSOCIATES | | | | |
| Jessica G. Peterson | 2006 | 4.20 | $190 | $798.00 |
| PARAPROFESSIONALS | | | | |
| Helen Doherty | | 0.90 | $135 | $121.50 |
| TOTAL | | 230.60 | | $79,738.00 |

# EXHIBIT 2

SLC_649879

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

July 29, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

---

## Invoice Summary

| | | |
|---|---|---|
| Client #: | 26481 | Easy Street |
| Matter #: | 4 | Claims Administration |
| Invoice No. | 215197 | |

For professional services rendered and costs advanced through July 29, 2010:

| | |
|---|---|
| Total Fees | $ 105.00 |
| Total Expenses | $ 13.44 |
| **Total of This Invoice** | **$ 118.44** |

*1*

Durham Jones & Pinegar, P.C.

Client #:     26481     Easy Street
Matter #:        4     Claims Administration
Invoice #:            215197

**Detail of Professional Fees**

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|--------------------------------|-------|--------|
| 7/21/10 | KLC | Addressing priority claims against debtor | .30 | 105.00 |

Total Fees:   $ 105.00

**Time Summary**

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Cannon, Ken | .30 | 350.00 | 105.00 |

**Detail of Client Expenses**

| Date | Description | Amount |
|------|-------------|--------|
| 6/30/10 | Online research - Pacer | 9.28 |
| 6/30/10 | Online research - Pacer | 4.16 |

Total Expenses:   $ 13.44

*2*

Durham Jones & Pinegar, P.C.

Client #:     26481     Easy Street
Matter #:        4      Claims Administration
Invoice #:             215197

July 29, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

---

### Remittance Advice
*To insure proper credit to your account, please return this remittance with your payment.*

Client #:     26481     Easy Street
Matter #:        4      Claims Administration
Invoice No.            215197
Billing Attorney:      KLC

Current Invoice               $ 118.44

*3*

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah 84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

July 29, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT 84068

## Invoice Summary

Client #:     26481     Easy Street
Matter #:         5     Employ & Fee Apps - Durham
Invoice No.          215198

For professional services rendered and costs advanced through July 29, 2010:

| | |
|---|---|
| Total Fees | $ 1,750.00 |
| Total Expenses | $ 68.36 |
| **Total of This Invoice** | **$ 1,818.36** |

*1*

Durham Jones & Pinegar, P.C.

Client #:    26481    Easy Street
Matter #:       5    Employ & Fee Apps - Durham
Invoice #:           215198

### Detail of Professional Fees

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|--------------------------------|-------|--------|
| 7/14/10 | KLC | Preparing fee application | 3.10 | 1,085.00 |
| 7/14/10 | KLC | Telephone conference to Annette Jarvis regarding hearing on fee applications | .20 | 70.00 |
| 7/15/10 | KLC | Completing final fee application | 1.70 | 595.00 |
| | | Total Fees: | | $ 1,750.00 |

### Time Summary

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Cannon, Ken | 5.00 | 350.00 | 1,750.00 |

### Detail of Client Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 6/30/10 | Online research - Pacer | 5.36 |
| | Copy Charge | 63.00 |
| | Total Expenses: | $ 68.36 |

*2*

**D U R H A M**

**J O N E S &**

**P I N E G A R**

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

July 29, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

---

## Remittance Advice

*To insure proper credit to your account, please return this remittance with your payment.*

Client #:      26481      Easy Street
Matter #:          5      Employ & Fee Apps - Durham
Invoice No.             215198
Billing Attorney:       KLC

          Current Invoice                    $ 1,818.36

*3*

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

July 29, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

**Invoice Summary**

Client #:      26481      Easy Street
Matter #:          6      Employ & Fee Apps - Others
Invoice No.          215199

For professional services rendered and costs advanced through July 29, 2010:

| | |
|---|---|
| Total Fees | $ 1,225.00 |
| Total Expenses | $ 251.90 |
| **Total of This Invoice** | **$ 1,476.90** |

*1*

Durham Jones & Pinegar, P.C.

Client #:     26481    Easy Street
Matter #:        6    Employ & Fee Apps - Others
Invoice #:          215199

## Detail of Professional Fees

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|---------------------------------|-------|--------|
| 7/15/10 | KLC | Completing application to employ accountants | 1.20 | 420.00 |
| 7/15/10 | KLC | Drafting fee application for Niederhauser & Davis as accountants for the Debtors | 1.50 | 525.00 |
| 7/22/10 | KLC | Drafting notice of application to employ accountants | .60 | 210.00 |
| 7/26/10 | KLC | Telephone conference to scheduling clerk regarding hearing date for application to employ accountants | .20 | 70.00 |

Total Fees:        $ 1,225.00

## Time Summary

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Cannon, Ken | 3.50 | 350.00 | 1,225.00 |

## Detail of Client Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 6/30/10 | Online research - Pacer | .40 |
| 6/30/10 | Online research - Pacer | 4.00 |
| | Copy Charge | 247.50 |

Total Expenses:        $ 251.90

2

Durham Jones & Pinegar, P.C.

Client #:      26481    Easy Street
Matter #:         6     Employ & Fee Apps - Others
Invoice #:              215199

July 29, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

---

## Remittance Advice

*To insure proper credit to your account, please return this remittance with your payment.*

Client #:      26481    Easy Street
Matter #:         6     Employ & Fee Apps - Others
Invoice No.             215199
Billing Attorney:       KLC

      Current Invoice              $ 1,476.90

*3*

DURHAM

JONES &

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

July 29, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

---

## Invoice Summary

Client #:      26481     Easy Street
Matter #:          8     Plan and Disc. Statement
Invoice No.            215200

For professional services rendered and costs advanced through July 29, 2010:

|                       |              |
|-----------------------|--------------|
| Total Fees            | $ 1,890.00   |
| Total Expenses        | $ 46.80      |
| **Total of This Invoice** | **$ 1,936.80** |

*1*

Durham Jones & Pinegar, P.C.

Client #:    26481    Easy Street
Matter #:       8    Plan and Disc. Statement
Invoice #:       215200

## Detail of Professional Fees

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|----------------------------------|-------|--------|
| 7/14/10 | KLC | Addressing US Trustee fees | .30 | 105.00 |
| 7/14/10 | KLC | Responding to Chris Craige | .30 | 105.00 |
| 7/15/10 | KLC | Telephone conference from Michael Blumenthal regarding plan issues | .30 | 105.00 |
| 7/15/10 | KLC | Telephone conference from Kim Wilson regarding status of plan issues | .20 | 70.00 |
| 7/15/10 | KLC | Email to Chris Craige regarding US Trustee fees, other administrative claim issues | .30 | 105.00 |
| 7/16/10 | KLC | Reviewing executory contracts to be assumed and assigned, email to Bill Shoaf regarding same | .70 | 245.00 |
| 7/16/10 | KLC | Reviewing notice of hearing on fee applications, extended deadlines | .20 | 70.00 |
| 7/19/10 | KLC | Reviewing emails on plan issues | .20 | 70.00 |
| 7/20/10 | KLC | Reviewing email on Jacobsen claim | .20 | 70.00 |
| 7/22/10 | KLC | Reviewing professional fees, projections regarding same, email to Chris Craige regarding same | .40 | 140.00 |
| 7/26/10 | KLC | Telephone conference from Steve Eichel regarding closing issues | .20 | 70.00 |
| 7/26/10 | KLC | Reviewing emails regarding closing issues, how to address same | .50 | 175.00 |
| 7/26/10 | KLC | Telephone conference from Michael Blumenthal regarding completing closing | .30 | 105.00 |
| 7/27/10 | KLC | Email from Chris Craige regarding information for payment of claims | .20 | 70.00 |
| 7/27/10 | KLC | Emails and telephone calls regarding information for payment of claims under plan | .40 | 140.00 |
| 7/27/10 | KLC | Reviewing email on payment of claims by reorganized debtor | .20 | 70.00 |
| 7/27/10 | KLC | Telephone conference from Michael Blumenthal regarding various issues related to plan | .30 | 105.00 |
| 7/27/10 | KLC | Telephone conference from US Trustee's office regarding fees | .20 | 70.00 |

Total Fees:       $ 1,890.00

## Time Summary

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Cannon, Ken | 5.40 | 350.00 | 1,890.00 |

## Detail of Client Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 6/30/10 | Online research - Pacer | 13.04 |
| 6/30/10 | Online research - Pacer | 19.04 |

*2*

Durham Jones & Pinegar, P.C.

Client #:     26481    Easy Street
Matter #:        8    Plan and Disc. Statement
Invoice #:       215200

| Date | Description | Amount |
|------|-------------|--------|
| 6/30/10 | Online research - Pacer | 12.32 |
| 6/30/10 | Online research - Pacer | 2.40 |

|  | Total Expenses: | $ 46.80 |

*3*

Durham Jones & Pinegar, P.C.

Client #:      26481    Easy Street
Matter #:          8    Plan and Disc. Statement
Invoice #:          215200

July 29, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

---

## Remittance Advice

*To insure proper credit to your account, please return this remittance with your payment.*

Client #:      26481    Easy Street
Matter #:          8    Plan and Disc. Statement
Invoice No.          215200
Billing Attorney:      KLC

　　　　Current Invoice                    $ 1,936.80

4

D U R H A M

J O N E S &

P I N E G A R

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

July 29, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

---

## Invoice Summary

Client #:      26481      Easy Street
Matter #:          9      Misc. Contested Matters
Invoice No.            215201

For professional services rendered and costs advanced through July 29, 2010:

| | |
|---|---|
| Total Fees | $ 350.00 |
| Total Expenses | $ .00 |
| **Total of This Invoice** | **$ 350.00** |

*1*

Durham Jones & Pinegar, P.C.

Client #:    26481    Easy Street
Matter #:        9    Misc. Contested Matters
Invoice #:            215201

## Detail of Professional Fees

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|--------------------------------|-------|--------|
| 7/14/10 | KLC | Addressing stipulation and order on confidentiality, tc's with Addie Maudsley regarding same | .50 | 175.00 |
| 7/15/10 | KLC | Telephone conference to Addie Maudsley regarding cancellation of hearing on confidentiality issues | .20 | 70.00 |
| 7/16/10 | KLC | Reviewing order on confidentiality agreement, email to Bruce Zabarauskas regarding same | .30 | 105.00 |

Total Fees:    $ 350.00

## Time Summary

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Cannon, Ken | 1.00 | 350.00 | 350.00 |

*2*

Durham Jones & Pinegar, P.C.

Client #:     26481    Easy Street
Matter #:          9    Misc. Contested Matters
Invoice #:           215201

July 29, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

---

**Remittance Advice**

*To insure proper credit to your account, please return this remittance with your payment.*

Client #:     26481    Easy Street
Matter #:          9    Misc. Contested Matters
Invoice No.           215201
Billing Attorney:     KLC

    Current Invoice                    $ 350.00

*3*

DURHAM

———

JONES &

———

PINEGAR

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

July 30, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

---

## Invoice Summary

Client #:      26481      Easy Street
Matter #:         10      Case Administration
Invoice No.              215207

For professional services rendered and costs advanced through July 30, 2010:

| | |
|---|---|
| Total Fees | $ 385.00 |
| Total Expenses | $ 80.25 |
| **Total of This Invoice** | **$ 465.25** |

Durham Jones & Pinegar, P.C.

Client #:     26481     Easy Street
Matter #:        10     Case Administration
Invoice #:               215207

### Detail of Professional Fees

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|----------------------------------|-------|--------|
| 7/16/10 | KLC | Reviewing June monthly financial statements for debtors, revising narrative description of developments | 1.10 | 385.00 |

| | | | Total Fees: | $ 385.00 |
|--|--|--|--|--|

### Time Summary

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Cannon, Ken | 1.10 | 350.00 | 385.00 |

### Detail of Client Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 6/30/10 | Online research - Pacer | 8.32 |
| 7/06/10 | Federal Express | 37.68 |
| 7/06/10 | Federal Express | 34.25 |

| | Total Expenses: | $ 80.25 |
|--|--|--|

2

Durham Jones & Pinegar, P.C.

Client #:     26481     Easy Street
Matter #:        10     Case Administration
Invoice #:              215207

July 30, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

## Remittance Advice
*To insure proper credit to your account, please return this remittance with your payment.*

Client #:     26481     Easy Street
Matter #:        10     Case Administration
Invoice No.             215207
Billing Attorney:       KLC

Current Invoice                    $ 465.25

*3*

D U R H A M

J O N E S &

P I N E G A R

DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com
F.E.I. # 87-0399832

July 29, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

---

**Invoice Summary**

Client #:      26481      Easy Street
Matter #:        12      BayNorth Litigation
Invoice No.            215204

For professional services rendered and costs advanced through July 29, 2010:

| | |
|---|---|
| Total Fees | $ 105.00 |
| Total Expenses | $ .00 |
| **Total of This Invoice** | **$ 105.00** |

*1*

Durham Jones & Pinegar, P.C.

Client #:    26481   Easy Street
Matter #:       12   BayNorth Litigation
Invoice #:          215204

## Detail of Professional Fees

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|----------------------------------|-------|--------|
| 7/16/10 | KLC | Reviewing amended scheduling order, email to Bruce Zabarauskas regarding same | .30 | 105.00 |

Total Fees:      $ 105.00

## Time Summary

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Cannon, Ken | .30 | 350.00 | 105.00 |

*2*

Durham Jones & Pinegar, P.C.

Client #:      26481      Easy Street
Matter #:        12      BayNorth Litigation
Invoice #:                215204

July 29, 2010

Easy Street
c/o William Shoaf
4780 Winchester Court
Park City, UT  84068

---

### Remittance Advice
*To insure proper credit to your account, please return this remittance with your payment.*

Client #:      26481      Easy Street
Matter #:        12      BayNorth Litigation
Invoice No.               215204
Billing Attorney:         KLC

Current Invoice                    $ 105.00

SALT LAKE CITY | OGDEN | ST. GEORGE | LAS VEGAS