Kenneth L. Cannon II (kcannon@djplaw.com) (3705)
Steven J. McCardell (smccardell@djplaw.com) (2144)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT   84110-4050
Telephone:  (801) 415-3000/Fax:  (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com) (admitted pro hac vice)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY   10022
Telephone:  (212) 223-4000/Fax:  (212) 223-4134

Counsel for Debtors and Debtors in Possession

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: | |
| EASY STREET HOLDING, LLC, *et al.*, | Bankruptcy Case No. 09-29905 |
| Debtors. | Jointly Administered with Cases 09-29907 and 09-29908 |
| Address:  201 Heber Avenue | Chapter 11 |
| Park City, UT 84060 | |
| | Honorable R. Kimball Mosier |
| Tax ID Numbers: | |
| 35-2183713 (Easy Street Holding, LLC), | |
| 20-4502979 (Easy Street Partners, LLC), and | [FILED ELECTRONICALLY] |
| 84-1685764 (Easy Street Mezzanine, LLC) | |

## CERTIFICATE OF SERVICE FOR SUPPLEMENTS TO FEE APPLICATIONS
## OF DEBTOR'S PROFESSIONALS

I hereby certify that on the 30th day of July, 2010, I caused to be served a copy of the

following documents via ECF notification, electronic mail and/or first-class mail, postage

prepaid on the parties listed on the attached pages.

SLC_650738

1. Supplement to Third Application of Durham Jones & Pinegar for Interim Compensation and Reimbursement Pursuant to 11 U.S.C. §§ 330 And 331 as Attorneys for the Debtors in Possession for the Period May 1, 2010 through July 29, 2010, Combined With Application for Final Approval for Fees and Expenses Previously Approved.

2. Supplement to Third Interim and Final Application of Crowell & Moring LLP for Compensation and Reimbursement Pursuant to 11 U.S.C. §§ 330 and 331 as Attorneys for Debtors in Possession for the Period September 14, 2009 through July 29, 2010;

DATED this 30th day of July, 2010.

DURHAM JONES & PINEGAR

By: /s/ Kenneth L. Cannon II
    Kenneth L. Cannon II
    Steven J. McCardell
    111 East Broadway, Suite 900
    Salt Lake City, UT 84111
    Telephone: (801) 415-3000
    Facsimile: (801) 415-3500

and

    Michael V. Blumenthal (admitted pro hac vice)
    CROWELL & MORING LLP
    590 Madison Avenue, 20th Floor
    New York, NY 10022
    Telephone: (212) 223-4000
    Fax: (212) 223-4134

    Counsel for Easy Street Partners, LLC,
      Debtor in Possession

**Troy J. Aramburu**    taramburu@joneswaldo.com, sglendening@joneswaldo.com; rbush@joneswaldo.com

**Bastiaan Coebergh**    coebergh@wasatchlaw.com, oborn@wasatchlaw.com; brian@wasatchlaw.com

**Scott A. Cummings**    cummings.scott@dorsey.com

**George B. Hofmann**    gbh@pkhlawyers.com, dh@pkhlawyers.com

**Mary Margaret Hunt**    hunt.peggy@dorsey.com, brown.patricia@dorsey.com; smith.ron@dorsey.com; slc.lit@dorsey.com

**Annette W. Jarvis**    jarvis.annette@dorsey.com, smith.ron@dorsey.com; slc.lit@dorsey.com; brown.patricia@dorsey.com

**Lon A. Jenkins**    lajenkins@joneswaldo.com, krichardson@joneswaldo.com; ecf@joneswaldo.com; rhuot@joneswaldo.com

**Michael R. Johnson**    mjohnson@rqn.com, sglendening@rqn.com; docket@rqn.com

**Anthony C. Kaye**    kaye@ballardspahr.com, swand@ballardspahr.com

**Benjamin J. Kotter**    kotter.benjamin@dorsey.com, smith.ron@dorsey.com; brown.patricia@dorsey.com; slc.lit@dorsey.com

**David E. Leta**    dleta@swlaw.com, wsmart@swlaw.com

**Adelaide Maudsley**    maudsley@chapman.com, jemery@chapman.com

**John T. Morgan tr**    john.t.morgan@usdoj.gov, james.gee@usdoj.gov

**David W. Overholt**    doverholt@rsolaw.com, abachman@rsolaw.com

**Douglas J. Payne**    dpayne@fabianlaw.com, jshowalter@fabianlaw.com

**Knute Rife**    karife@rifelegal.com

**Jeffrey L. Shields**    jlshields@cnmlaw.com, njpotter@cnmlaw.com

**Jeffrey Weston Shields**    jshields@joneswaldo.com, rhuot@joneswaldo.com

**Bradley L. Tilt**    btilt@fabianlaw.com, rmellor@fabianlaw.com

**United States Trustee**    USTPRegion19.SK.ECF@usdoj.gov

**Kim R. Wilson**    bankruptcy_krw@scmlaw.com

Easy Street Partners, LLC
Easy Street Mezzanine, LLC
Easy Street Holding, LLC
Attn:  William Shoaf
4780 Winchester Court
Park City, UT  84098-7528

Michael V. Blumenthal
Crowell & Moring
590 Madison Avenue, 20th Floor
New York, NY  10022

Richard W. Havel
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013