Jeffrey Weston Shields (USB # 2948)
Lon A. Jenkins (USB #4060)
Troy J. Aramburu (USB #10444)
**JONES WALDO HOLBROOK & McDONOUGH, PC**
170 South Main Street, Suite 1500
Salt Lake City, Utah  84101
Telephone:  (801) 521-3200
Email:  jshields@joneswaldo.com
         lajenkins@joneswaldo.com
         taramburu@joneswaldo.com

*Counsel to Unsecured Creditors' Committee*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>**EASY STREET HOLDINGS, LLC,** et al.,<br><br>Debtors. | Bankruptcy No. 09-29905<br>Jointly Administered with cases<br>09-29907 and 09-29908<br><br>Chapter 11<br><br>Honorable R. Kimball Mosier<br><br>**SUPPLEMENT TO THE THIRD INTERIM AND FINAL APPLICATION OF JONES WALDO HOLBROOK & McDONOUGH, PC FOR ALLOWANCE OF FEES AND EXPENSES AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR THE PERIOD OF JULY 15, 2010 THROUGH AND INCLUDING JULY 29, 2010**<br><br>[FILED ELECTRONICALLY] |

Pursuant to 11 U.S.C. §§ 330 and 331 and Rule 2016 of the Fed. R. Bankr. P., Jones Waldo Holbrook & McDonough, PC ("**Jones Waldo**"), attorneys for the Official Committee of Unsecured Creditors (the "**Committee**") submits this Supplement to the Third Interim and Final

Application (docket no. 624) (the "**Supplement to Application**") for allowance as an administrative expense of **$2,706.36** for fees for services rendered and expenses incurred, of which **$2,703.00** is for services provided and **$3.36** is for expenses incurred, for the period July 15, 2010 through and including July 29, 2010 (the "**Supplement Period**"). Jones Waldo's Third and Final Application is incorporated herein by reference. Pursuant to this Supplement to Application, Jones Waldo seeks final approval and payment of additional unpaid allowed fees and expenses in the amount set forth above, in addition to fees and expenses in the total amount of $243,992.77[1] sought pursuant to its Third Interim and Final Application. The Supplement Period shall be considered part of the Application Period pursuant to Jones Waldo's Third Interim and Final Application.

A detailed description of the services rendered and costs incurred by Jones Waldo during the Supplement Period is contained in the invoices attached hereto as Exhibit "A". Services rendered during the Supplement Period generally involve post-confirmation claim resolution issues, consultations respecting claims and distribution with counsel for the Debtors and WestLB, AG, discussions with counsel concerning matters necessary to the Effective Date of the joint plan, and preparation of Jones Waldo's Third and Final Application. To the extent appropriate and permissible, Jones Waldo may further supplement its Third and Final Application prior to the August 24, 2010 hearing on professional fee applications in the cases.

WHEREFORE, Jones Waldo respectfully requests pursuant to 11 U.S.C. §§ 330 and 331 and Fed. R. Bankr. P. 2016 that the amounts set forth in this Supplement to Application consisting of **$2,703.00** in fees and **$3.36** in costs incurred during the Supplement Period be allowed and paid as priority administrative expenses of Debtor pursuant to 11 U.S.C. §§

---

[1] Credited against these amounts will be all payments received by Jones Waldo during the case pursuant to the Court's Fee Procedures Order [docket no. 217] up to the date of approval of the Third and Final Application and this Supplement to Application.

867807-2                                                        2

503(b)(2) and 507(a)(2), in addition to those amounts sought in Jones Waldo's Third and Final Application.

DATED: July 30, 2010.

> **JONES, WALDO, HOLBROOK & McDONOUGH, P.C.**
>
> By: /s/ Lon A. Jenkins
> Jeffrey Weston Shields
> Lon A. Jenkins
> Troy J. Aramburu
> *Counsel to the Unsecured Creditors' Committee*

# **EXHIBIT A**

# JONES, WALDO, HOLBROOK & MCDONOUGH
A Professional Corporation

ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe
,

July 30, 2010
Invoice: 1492771

22414.0001
Asset Anaylsis and Recovery

## STATEMENT OF ACCOUNT

**Prior Activity**

| | | |
|---|---|---:|
| Previous Balance Due as of July 15, 2010 | | $ 1,314.52 |
| 07/27/10 | Cash Receipt | -707.54 |
| **Total Past Due Balance** (If payment has been sent, disregard this balance) | | **$ 606.98** |

**Current Activity**

| | |
|---|---:|
| Current Fees | 77.00 |
| Current Expenses | 1.68 |
| **Total Current Balance Due for Invoice 1492771** | **$ 78.68** |

Total Due (For Past Due Activity and Current Activity)          $ 685.66

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

22414.0001  
Asset Anaylsis and Recovery

Page 2  
July 30, 2010  
Invoice No.:1492771

Fee for legal services rendered in caption from date of last bill to and including July 30, 2010.

## Fee Detail

| Date | Atty | Hours | Description |
|---|---|---|---|
| 07/14/10 | RAH | 0.40 | Draft Fee Application for Mr. Goodrich travel expenses. |
| 07/20/10 | RAH | 0.30 | Look up Notice of Hearing; find cash collateral order for Mr. Jenkins. |

**Total Hours**     0.70

## Fee Summary

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Huot, Rebecca A | $ 110.00 | 0.70 | $ 77.00 |
| **Total Hours and Fees:** | | 0.70 | $ 77.00 |

## Expenses

| Date | Description | Amount |
|---|---|---|
| | Long Distance Telephone Charges | 1.68 |
| **Disbursements Total** | | **$ 1.68** |

# JONES, WALDO, HOLBROOK & MCDONOUGH

A Professional Corporation

ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe
,

July 30, 2010
Invoice: 1492777

22414.0003
Case Administration

## STATEMENT OF ACCOUNT

**Prior Activity**

| | | |
|---|---|---|
| Previous Balance Due as of July 15, 2010 | | $ 27,910.34 |
| 07/16/10 | Cash Receipt | -2,014.08 |
| 07/27/10 | Cash Receipt | -5,185.80 |
| **Total Past Due Balance** (If payment has been sent, disregard this balance) | | **$ 20,710.46** |

**Current Activity**

| | |
|---|---|
| Current Fees | 88.00 |
| Current Expenses | 0.00 |
| **Total Current Balance Due for Invoice 1492777** | **$ 88.00** |

| | |
|---|---|
| **Total Due** (For Past Due Activity and Current Activity) | **$ 20,798.46** |

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

22414.0003  
Case Administration

July 30, 2010  
Invoice No.:1492777

Fee for legal services rendered in caption from date of last bill to and including July 30, 2010.

## Fee Detail

| Date | Atty | Hours | Description |
|---|---|---|---|
| 07/19/10 | RAH | 0.20 | Check docket; print newly filed documents; analyze for significant dates. |
| 07/19/10 | RAH | 0.20 | Scan and email copies of Monthly Operating Reports for June to the Committee Members. |
| 07/20/10 | RAH | 0.10 | Docket hearing and objection deadlines. |
| 07/21/10 | RAH | 0.10 | Check docket; print newly filed documents; analyze for significant dates. |
| 07/21/10 | RAH | 0.20 | Look up and email Ken Cannon and Christina Craige re Goodrich Thomas Cannon & Reeds mailing address. |

**Total Hours**    0.80

## Fee Summary

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Huot, Rebecca A | $ 110.00 | 0.80 | $ 88.00 |
| **Total Hours and Fees:** | | 0.80 | $ 88.00 |

# JONES, WALDO, HOLBROOK & MCDONOUGH
A Professional Corporation

ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe
,

July 30, 2010
Invoice: 1492772

22414.0004
Claims Administration & Objections

## STATEMENT OF ACCOUNT

**Prior Activity**

| | | |
|---|---|---:|
| Previous Balance Due as of July 15, 2010 | | $ 4,818.40 |
| 07/16/10 | Cash Receipt | -489.78 |
| 07/27/10 | Cash Receipt | -599.30 |
| **Total Past Due Balance** (If payment has been sent, disregard this balance) | | **$ 3,729.32** |

**Current Activity**

| | |
|---|---:|
| Current Fees | 249.00 |
| Current Expenses | 0.00 |
| **Total Current Balance Due for Invoice 1492772** | **$ 249.00** |

| | |
|---|---:|
| **Total Due** (For Past Due Activity and Current Activity) | **$ 3,978.32** |

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

22414.0004  
Claims Administration & Objections

July 30, 2010  
Invoice No.:1492772

Fee for legal services rendered in caption from date of last bill to and including July 30, 2010.

## Fee Detail

| Date | Atty | Hours | Description |
|---|---|---|---|
| 07/15/10 | RAH | 0.80 | Revise Application for Administrative Expenses of Mr. Goodrich; draft Certificate of Service; file both with the court; email to service parties and arrange service by mail. |
| 07/19/10 | RAH | 0.10 | Pull a copy of Application for Mr. Thomas. |
| 07/20/10 | LAJ | 0.20 | Follow up emails with A. Jarvis re hearing on other administrative and cure claims. |
| 07/20/10 | RAH | 0.20 | File Notice Endorsing Order with the Court. |
| 07/21/10 | LAJ | 0.20 | Emails to B. Kotter re order on Goodrich administrative claim and review order. |

**Total Hours**     1.50

## Fee Summary

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Jenkins, Lon A | $ 320.00 | 0.40 | $ 128.00 |
| Huot, Rebecca A | 110.00 | 1.10 | 121.00 |
| **Total Hours and Fees:** | | 1.50 | $ 249.00 |

# JONES, WALDO, HOLBROOK & MCDONOUGH
A Professional Corporation

ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe
,

July 30, 2010
Invoice: 1492773

22414.0005
Fee / Employment Applicants

## STATEMENT OF ACCOUNT

**Prior Activity**

| | | |
|---|---|---|
| Previous Balance Due as of July 15, 2010 | | $ 28,660.09 |
| 07/16/10 | Cash Receipt | -1,695.60 |
| 07/27/10 | Cash Receipt | -1,545.49 |
| **Total Past Due Balance** (If payment has been sent, disregard this balance) | | **$ 25,419.00** |

**Current Activity**

| | |
|---|---|
| Current Fees | 1,969.00 |
| Current Expenses | 0.00 |
| **Total Current Balance Due for Invoice 1492773** | **$ 1,969.00** |

**Total Due** (For Past Due Activity and Current Activity)     **$ 27,388.00**

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

22414.0005  
Fee / Employment Applicants

July 30, 2010  
Invoice No.:1492773

Fee for legal services rendered in caption from date of last bill to and including July 30, 2010.

## Fee Detail

| Date | Atty | Hours | Description |
|---|---|---|---|
| 07/14/10 | RAH | 0.40 | Look up parties to notice and serve Order approving Jones Waldo's Fee Application on required parties. |
| 07/14/10 | RAH | 2.20 | Compile fee and expense information for inclusion into Final Fee Application for the life of the matter. |
| 07/15/10 | LAJ | 0.50 | Review, edit and compile July 1 through July 14 invoices for final fee application. |
| 07/15/10 | LAJ | 0.20 | Emails to C. Elliott re approval of fees. |
| 07/15/10 | LAJ | 0.40 | Revise, draft and edit Committe member fee application under 503(b)(3)(F). |
| 07/15/10 | LAJ | 0.90 | Start of final Fee Application. |
| 07/15/10 | LAJ | 0.40 | Conferences with R. Hout re filing and service of final Fee Application. |
| 07/15/10 | RAH | 5.50 | Finalize compilation of fee and expenses, create required tables outlining fee information over the life of the matter; fix formatting issues; compile all invoices; prepare and file Application; email to service parties and arrange service by mail. |
| 07/16/10 | LAJ | 0.20 | Review notice of hearings on Professional Fees (continued) and confer with R. Huot. |
| 07/16/10 | RAH | 0.20 | File Certificate of Service on Final Fee Application. |
| 07/19/10 | LAJ | 0.20 | Review notice on Fee Applications then confer with R. Huot re deadlines. |
| 07/20/10 | LAJ | 0.30 | Review bills for fee estimate. |
| 07/20/10 | LAJ | 0.20 | Analyze estimate of July fees to email to C. Craige. |

**Total Hours**     11.60

## Fee Summary

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Jenkins, Lon A | $ 320.00 | 3.30 | $ 1,056.00 |
| Huot, Rebecca A | 110.00 | 8.30 | 913.00 |
| **Total Hours and Fees:** | | **11.60** | **$ 1,969.00** |

# JONES, WALDO, HOLBROOK & MCDONOUGH
A Professional Corporation

ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe
,

July 30, 2010
Invoice: 1492774

22414.0006
Fee / Employment Objections

## STATEMENT OF ACCOUNT

**Prior Activity**
| | | |
|---|---|---:|
| Previous Balance Due as of July 15, 2010 | | $ 6,576.36 |
| 07/16/10 | Cash Receipt | -2,366.82 |
| 07/27/10 | Cash Receipt | -524.28 |
| **Total Past Due Balance** (If payment has been sent, disregard this balance) | | **$ 3,685.26** |

**Current Activity**
| | |
|---|---:|
| Current Fees | 64.00 |
| Current Expenses | 0.00 |
| **Total Current Balance Due for Invoice 1492774** | **$ 64.00** |

| | |
|---|---:|
| **Total Due** (For Past Due Activity and Current Activity) | **$ 3,749.26** |

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

22414.0006  
Fee / Employment Objections

July 30, 2010  
Invoice No.:1492774

Fee for legal services rendered in caption from date of last bill to and including July 30, 2010.

### Fee Detail

| Date | Atty | Hours | Description |
|---|---|---|---|
| 07/27/10 | LAJ | 0.20 | Telephone conference with K. Cannon re fee applications and objections. |

**Total Hours**    0.20

### Fee Summary

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Jenkins, Lon A | $ 320.00 | 0.20 | $ 64.00 |
| **Total Hours and Fees:** | | 0.20 | $ 64.00 |

# JONES, WALDO, HOLBROOK & MCDONOUGH
A Professional Corporation

ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe
,

July 30, 2010
Invoice: 1492775

22414.0009
Plan & Disclosure Statement

## STATEMENT OF ACCOUNT

**Prior Activity**

| | | |
|---|---|---:|
| Previous Balance Due as of July 15, 2010 | | $ 62,365.36 |
| 07/16/10 | Cash Receipt | -2,282.22 |
| 07/27/10 | Cash Receipt | -5,097.38 |
| **Total Past Due Balance** (If payment has been sent, disregard this balance) | | **$ 54,985.76** |

**Current Activity**

| | |
|---|---:|
| Current Fees | 160.00 |
| Current Expenses | 1.68 |
| **Total Current Balance Due for Invoice 1492775** | **$ 161.68** |
| **Total Due** (For Past Due Activity and Current Activity) | **$ 55,147.44** |

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

22414.0009  
Plan & Disclosure Statement

July 30, 2010  
Invoice No.:1492775

Fee for legal services rendered in caption from date of last bill to and including July 30, 2010.

### Fee Detail

| Date | Atty | Hours | Description |
|---|---|---|---|
| 07/16/10 | LAJ | 0.20 | Telephone conference with unsecured creditor re operation of re-election. |
| 07/16/10 | LAJ | 0.20 | Emails to C. Craige and S. Eichel re class 4 re-elections. |
| 07/19/10 | LAJ | 0.10 | Telephone conference with C. Craige re respond to questions on claims analysis. |

**Total Hours**  0.50

### Fee Summary

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Jenkins, Lon A | $ 320.00 | 0.50 | $ 160.00 |
| **Total Hours and Fees:** | | 0.50 | $ 160.00 |

### Expenses

| Date | Description | Amount |
|---|---|---|
| | Long Distance Telephone Charges | 1.68 |
| **Disbursements Total** | | **$ 1.68** |

# JONES, WALDO, HOLBROOK & MCDONOUGH
A Professional Corporation

ATTORNEYS AND COUNSELORS
Post Office Box 45444
Salt Lake City, UT 84145-0444
Telephone (801) 521-3200
Facsimile (801) 328-0537
www.joneswaldo.com

Easy Street Unsecured Creditors Committe
,

July 30, 2010
Invoice: 1492776

22414.0012
WestLB Litigation

## STATEMENT OF ACCOUNT

**Prior Activity**

| | | |
|---|---|---:|
| Previous Balance Due as of June 17, 2010 | | $ 11,250.40 |
| 07/16/10 | Cash Receipt | -562.35 |
| 07/27/10 | Cash Receipt | -237.02 |
| **Total Past Due Balance** (If payment has been sent, disregard this balance) | | **$ 10,451.03** |

**Current Activity**

| | |
|---|---:|
| Current Fees | 96.00 |
| Current Expenses | 0.00 |
| **Total Current Balance Due for Invoice 1492776** | **$ 96.00** |

| | |
|---|---:|
| **Total Due** (For Past Due Activity and Current Activity) | **$ 10,547.03** |

PAYMENT DUE UPON RECEIPT OF INVOICE, ANY AMOUNT NOT PAID WITHIN THIRTY (30) DAYS OF INVOICE DATE
WILL ACCRUE A FINANCE CHARGE OF ONE PERCENT PER MONTH ON THE THEN OUTSTANDING BALANCE.

22414.0012     July 30, 2010
WestLB Litigation     Invoice No.:1492776

Fee for legal services rendered in caption from date of last bill to and including July 30, 2010.

### Fee Detail

| Date | Atty | Hours | Description |
|---|---|---|---|
| 07/29/10 | LAJ | 0.30 | Draft and revise dismissal of adversary vs. WestLB. |

**Total Hours**     **0.30**

### Fee Summary

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Jenkins, Lon A | $ 320.00 | 0.30 | $ 96.00 |
| **Total Hours and Fees:** | | **0.30** | **$ 96.00** |