Annette W. Jarvis (1649)
Peggy Hunt (6060)
Benjamin J. Kotter (9592)
**DORSEY & WHITNEY LLP**
136 South Main Street, Suite 1000
Salt Lake City, Utah 84101
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
Email: jarvis.annette@dorsey.com
       hunt.peggy@dorsey.com
       kotter.benjamin@dorsey.com

Richard W. Havel (10759)
**SIDLEY AUSTIN LLP**
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600
Email: rhavel@sidley.com

*Attorneys for WestLB, AG*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | Bankruptcy Case No. 09-29905 |
| EASY STREET HOLDING, LLC, *et al.*, ) | Jointly Administered with Cases |
| ) | 09-29907 and 09-29908 |
| Debtors. ) | |
| ) | Chapter 11 |
| Address: 201 Heber Avenue ) | |
| Park City, UT 84060 ) | [FILED ELECTRONICALLY] |
| ) | |
| Tax ID Numbers: ) | |
| 35-2183713 (Easy Street Holding, LLC), ) | |
| 20-4502979 (Easy Street Partners, LLC), and ) | |
| 84-1685764 (Easy Street Mezzanine, LLC) ) | |
| ) | |

**CERTIFICATE OF SERVICE FOR**
**NOTICE OF OCCURRENCE OF EFFECTIVE DATE**

I hereby certify that on August 2, 2010, the Notice of Occurrence of Effective Date (the

"Notice")was filed electronically with the Bankruptcy Court to be served via the Court's

ECF/CM system upon the individuals identified in the attached Exhibit A. Furthermore, the

Notice was served via First Class U.S. Mail postage prepaid upon the individuals identified in Exhibit B.

DATED this 2nd day of August, 2010.

DORSEY & WHITNEY LLP

_/s/ Benjamin J. Kotter_
Annette W. Jarvis
Peggy Hunt
Benjamin J. Kotter

and

Richard W. Havel
SIDLEY & AUSTIN LLP

*Attorneys for WestLB, AG*

# Exhibit A

- Troy J. Aramburu    taramburu@joneswaldo.com, rhuot@joneswaldo.com;jpollard@joneswaldo.com
- Kenneth L. Cannon    kcannon@djplaw.com, khughes@djplaw.com
- Bastiaan Coebergh    coebergh@wasatchlaw.com, oborn@wasatchlaw.com;brian@wasatchlaw.com
- Scott A. Cummings    cummings.scott@dorsey.com
- George B. Hofmann    gbh@pkhlawyers.com, dh@pkhlawyers.com
- Mary Margaret Hunt    hunt.peggy@dorsey.com, brown.patricia@dorsey.com;smith.ron@dorsey.com;slc.lit@dorsey.com
- Annette W. Jarvis    jarvis.annette@dorsey.com, smith.ron@dorsey.com;slc.lit@dorsey.com;brown.patricia@dorsey.com
- Lon A. Jenkins    lajenkins@joneswaldo.com, krichardson@joneswaldo.com;ecf@joneswaldo.com;rhuot@joneswaldo.com
- Michael R. Johnson    mjohnson@rqn.com, sglendening@rqn.com;docket@rqn.com
- Anthony C. Kaye    kaye@ballardspahr.com, swand@ballardspahr.com;saltlakedocketclerk@ballardspahr.com
- Benjamin J. Kotter    kotter.benjamin@dorsey.com, smith.ron@dorsey.com;brown.patricia@dorsey.com;slc.lit@dorsey.com
- David E. Leta    dleta@swlaw.com, wsmart@swlaw.com
- Adelaide Maudsley    maudsley@chapman.com, jemery@chapman.com
- Steven J. McCardell    smccardell@djplaw.com, khughes@djplaw.com
- Blake D. Miller    miller@mmglegal.com
- John T. Morgan tr    john.t.morgan@usdoj.gov, james.gee@usdoj.gov
- David W. Overholt    doverholt@rsolaw.com, abachman@rsolaw.com
- Douglas J. Payne    dpayne@fabianlaw.com, jshowalter@fabianlaw.com
- Jessica G Peterson    jpeterson@djplaw.com
- Knute Rife    karife@rifelegal.com
- Jeffrey L. Shields    jlshields@cnmlaw.com, njpotter@cnmlaw.com
- Jeffrey Weston Shields    jshields@joneswaldo.com, rhuot@joneswaldo.com
- Bradley L. Tilt    btilt@fabianlaw.com, rmellor@fabianlaw.com
- United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
- Kim R. Wilson    bankruptcy_krw@scmlaw.com

# Exhibit B

```
Label Matrix for local noticing          AT&T Mobility                            ATIV Corporation
1088-2                                   PO Box 6463                              722 Nardo Rd
Case 09-29905                            Carol Stream, IL 60197-6463              Encinitas, CA 92024-3827
District of Utah
Salt Lake City
Mon Aug  2 10:00:21 MDT 2010

AXIS Group                               Alchemy Ventures Group, LLC              Alchemy Ventures Trust
84 Route 347                             c/o Kim R. Wilson                        17575 Fitzpatrick Lane
Port Jefferson Station, NY 11776-2627    Snow, Christensen & Martineau            Occidental, CA 95465-9355
                                         P. O. Box 45000
                                         Salt Lake City, UT 84145-5000

Alliance Abroad Group LP                 Alpine Adventures                        American Express Travel Relate
1221 South Mopac Expressway, Suite 100   3020 North Federal Highway # 10          2840 South 123rd Court
Austin, TX 78746-7615                    Fort Lauderdale, FL 33306-1451           Omaha, NE 68144-3977


American Ski & Board Association         Anthony S. Fiotto                        Appraisal Group, Inc.
686 NW York                              Eric D. Lemont                           Attn: Paul W. Throndsen, MAI
Bend, OR 97701-9732                      Goodwin Procter LLP                      7396 S Union Park Avenue, #301
                                         53 State Street                          Midvale, UT 84047-6703
                                         Boston, MA 02109-2881


Troy J. Aramburu                         BDRC 4 Site, LLC                         BayNorth Realty Fund
Jones Waldo Holbrook & McDonough PC      Attn: Bryan W. Dorsey                    Bay North Capital, LLC
170 South Main Street                    305 NE Loop 820, Ste 109                 Attn:Charles J. Flint
Suite 1500                               Hurst, TX 76053-7211                     One Financial Center, Floor 23
Salt Lake City, UT 84101-1644                                                     Boston, MA 02111-2621

Michael V. Blumenthal                    Business Technology Consulting           CBIZ
Crowell & Moring LLP                     Rob Stevenson                            175 S West Temple, Suite 650
590 Madison Avenue, 20th Floor           957 East 1300 South                      Salt Lake City, UT 84101-1422
New York, NY 10022-2544                  Salt Lake City, UT 84105-1856


Kenneth L. Cannon II                     Christina M. Craige, Esq.                Christopher B. Barker, Esq.
Durham Jones & Pinegar                   Sidley Austin LLP                        Goodwin Procter LLP
111 East Broadway, Suite 900             555 West Fifth Street                    53 State Street
P O Box 4050                             Los Angeles, CA 90013-1010               Boston, MA 02109-2881
Salt Lake City, UT 84110-4050

Cloudnine Resorts-Sky Lodge Development  Bastiaan Coebergh                        Committee of Unsecured Creditors
Kim R Wilson                             Wrona Law Offices, P.C.                  Jones Waldo Holbrook & McDonough
Snow, Christensen & Martineau            1816 Prospector Ave                      170 South Main
PO Box 45000                             Suite 100                                Suite 1500
SLC, UT 84145-5000                       Park City, UT 84060-7481                 Salt Lake City, UT 84101-1644

Crowell & Moring LLP                     Scott A. Cummings                        Cushman & Wakefield
590 Madison Avenue, 20th Floor           Dorsey & Whitney LLP                     50 Broad Street
New York, NY 10022-2544                  136 South Main Street                    New York NY 10004-2307
                                         Suite 1000
                                         Salt Lake City, UT 84101-1685

David L. Wickline                        David Wickline                           Diane H Banks
c/o Kim R. Wilson                        17575 Fitzpatrick Land                   Fabian & Clendenin
Snow, Christensen & Martineau            Occidental, CA 95465-9355                215 South State Street #1200
P. O. Box 45000                                                                   SLC, UT 84111-2323
Salt Lake City, UT 84145-5000
```

| | | |
|---|---|---|
| Drew A. Norman, Esq.<br>Sidley Austin LLP<br>555 West Fifth Street<br>Los Angeles, CA 90013-1010 | Durham Jones & Pinegan, P.C.<br>Attn: Kenneth L. Cannon II<br>P O Box 4050<br>Salt Lake City, UT 84110-4050 | EM Systems<br>PO Box 540783 North<br>Salt Lake City, UT 84054-0783 |
| Easy Street Holding, LLC<br>4780 Winchester Court<br>Park City, UT 84098-7528 | Easy Street Mezzanine, LLC<br>4780 Winchester Court<br>Park City, UT 84098-7528 | Easy Street Partners, LLC<br>4780 Winchester Court<br>Park City, UT 84098-7528 |
| Steven B. Eichel<br>Crowell & Moring LLP<br>590 Madison Avenue, 20th Floor<br>New York, NY 10022-2544 | Elliott Workgroup<br>Attn: Craig Elliott<br>P O Box 3419<br>Park City, UT 84060-3419 | FedEx<br>PO Box 7221<br>Pasadena, CA 91109-7321 |
| Five 9's Communication<br>PO Box 348<br>Roy, UT 84067-0348 | Fog River Fisheries<br>9554 Wells Circle, Suite A<br>West Jordan, UT 84081-6225 | Fragen Ronald A.<br>64893 Saragossa<br>Palm Springs CA 92264-0221 |
| Frank Rimerman & Co. LLP<br>60 South Market Street Ste 500<br>San Jose, CA 95113-2356 | Gateway Center, LLC<br>c/o Resort Commercial Property Mgmt<br>1415 Lowell Avenue<br>P.O. Box 682152<br>Park City, UT 84068-2152 | Gateway Center, LLC<br>c/o Commerce<br>32 West 200 South, Suite 501<br>Salt Lake City, UT 84101-1603 |
| Gemstone Hotels & Resorts, LLC<br>Attn: Jeff McIntyre, Principal<br>1912 Sidewinder Drive, #104<br>Park City, UT 84060-7366 | Get Fresh<br>1548 18th Street<br>Santa Monica, CA 90404-3404 | Goodrich & Thomas, CPAs<br>3200 Park Center Drive Suite 1170<br>Costa Mesa, CA 92626-7153 |
| Corbin B. Gordon<br>345 West 600 South, Suite 108<br>Heber City, UT 84032-2282 | Brian W. Harvey<br>Goodwin Procter LLP<br>The New York Time Building<br>620 Eighth Avenue<br>New, NY 10018-1618 | George B. Hofmann<br>Parsons Kinghorn & Harris<br>111 East Broadway<br>11th Floor<br>Salt Lake City, UT 84111-5225 |
| Mary Margaret Hunt<br>Dorsey & Whitney LLP<br>136 South Main Street<br>Suite 1000<br>Salt Lake City, UT 84101-1685 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 | Jacobsen Construction<br>PO Box 27608<br>Salt Lake City, UT 84127-0608 |
| Jacobsen National Group, Inc.<br>c/o Michael R. Johnson, Esq.<br>Ray Quinney & Nebeker P.C.<br>36 South State Street, Suite 1400<br>Salt Lake City, Utah 84111-1451 | Annette W. Jarvis<br>Dorsey & Whitney LLP<br>136 South Main Street<br>Suite 1000<br>Salt Lake City, UT 84101-1685 | Lon A. Jenkins<br>Jones Waldo Holbrook & McDonough<br>170 South Main St.<br>Suite 1500<br>Salt Lake City, UT 84101-1644 |
| Michael R. Johnson<br>Ray Quinney & Nebeker P.C.<br>36 South State Street<br>Suite 1400<br>P.O. Box 45385<br>Salt Lake City, UT 84145-0385 | Jones Waldo Holbrook & McDonough, P.C.<br>170 S. Main Street<br>Suite 1500<br>Salt Lake City, UT 84101-1644 | Anthony C. Kaye<br>Ballard Spahr Andrews & Ingersoll, LLP<br>201 South Main Street<br>Suite 600<br>Salt Lake City, UT 84111-2212 |

| | | |
|---|---|---|
| Klehr, Branzburg & Ellers LLP<br>Attn: William A Harvey,Esquire<br>260 South Broad St,<br>Philadelphia, PA 19102-5021 | Benjamin J. Kotter<br>Dorsey & Whitney, LLP<br>136 South Main Street<br>Suite 1000<br>Salt Lake City, UT 84101-1685 | Les Olson Company<br>PO Box 65598<br>Salt Lake City, UT 84165-0598 |
| David E. Leta<br>Snell & Wilmer<br>15 West South Temple<br>Suite 1200<br>Salt Lake City, UT 84101-1547 | Luxury Residence Group<br>P O Box 1225<br>Park City, UT 84060-1225 | Adelaide Maudsley<br>Chapman and Cutler LLP<br>201 South Main Street<br>Suite 2000<br>Salt Lake City, UT 84111-2298 |
| Steven J. McCardell<br>Durham Jones & Pinegar<br>111 East Broadway, Suite 900<br>P O Box 4050<br>Salt Lake City, UT 84110-4050 | McGladrey and Pullin<br>One South Wacker Drive, Suite 800<br>Chicago, IL 60606-4650 | Media One of Utah<br>4770 South 5600 West<br>West Valley City, UT 84118-7400 |
| Merrit & Harris<br>301 E Glenoaks Blvd. Suite 4<br>Glendale CA 91207-2115 | Millcreek Consulting<br>3017 East Kempner Rd<br>Salt Lake City UT 84109-3654 | Blake D. Miller<br>Miller Guymon, PC<br>165 South Regent Street<br>Salt Lake City, UT 84111-1903 |
| John T. Morgan tr<br>US Trustees Office<br>Ken Garff Bldg.<br>405 South Main Street<br>Suite 300<br>Salt Lake City, Ut 84111-3402 | Muir Copper Canyon Farms<br>PO Box 26775<br>Salt Lake City, UT 84126-0775 | N. Allen Taylor<br>Taylor Capital Management<br>6641 North Paseo Tamayo<br>Tucson, AZ 85750-1228 |
| Niederhauser & Davis, LLC<br>Attn: Jay C. Niederhauser<br>P O Box 680460<br>Park City, UT 84068-0460 | Open Table Inc<br>P0 Box 49322<br>San Jose, CA 95161-9322 | David W. Overholt<br>Richer & Overholt, PC<br>901 West Baxter Drive<br>South Jordan, UT 84095-8687 |
| Park Avenue Travel<br>11 Park Avenue<br>Swathomre, PA 19081-1596 | Park City I, LLC<br>c/o George B. Hofmann<br>Parsons Kinghorn Harris<br>111 E. Broadway, 11th Floor<br>Salt Lake City, UT 84111-5225 | Park City Surveying<br>P O Box 682993<br>Park City, UT 84068-2993 |
| Douglas J. Payne<br>Fabian & Clendenin<br>215 South State Street<br>Suite 1200<br>Salt Lake City, UT 84111-2323 | Peak Mobile Communications<br>4910 South Warehouse Road<br>Salt Lake City, UT 84118-6354 | Jessica G Peterson<br>Durham Jones & Pinegar<br>111 East Broadway, Suite 900<br>PO Box 4050<br>Salt Lake City, UT 84110-4050 |
| Philo Smith Jr. Trust<br>684 Glenneyre Street<br>Laguna Beach, CA 92651-2420 | Pitney Bowes<br>PO Box 856390<br>Louisville, KY 40285-6390 | Qwest Inc.<br>P O Box 29040<br>Phoenix, AZ 85038-9040 |
| Richard W. Havel, Esq.<br>Sidley Austin LLP<br>555 West Fifth Street<br>Los Angeles, CA 90013-1010 | Knute Rife<br>Wrona Law Offices<br>11650 S. State<br>Suite 103<br>Draper, UT 84020-7144 | Rocky Mountain Power<br>PO Box 25308<br>Salt Lake City UT 84125-0308 |

| | | |
|---|---|---|
| Securities & Exchange Commission<br>Attn: Bankruptcy Dept.<br>44 Montgomery St # 1100<br>San Francisco, CA 94104-4613 | Sheri P. Chromow, Esq.<br>Katten Muchin Rosenman LLP<br>575 Madison Avenue<br>New York, NY 10022-2585 | Jeffrey L. Shields<br>Callister Nebeker & McCullough<br>Zions Bank Building, Suite 900<br>10 East South Temple<br>Salt Lake City, UT 84133-1101 |
| Jeffrey Weston Shields<br>Jones Waldo Holbrook & McDonough<br>170 South Main Street<br>Suite 1500<br>Salt Lake City, UT 84101-1644 | Sky Lodge Holdings, LLC<br>c/o David E. Leta<br>Snell & Wilmer<br>15 West South Temple<br>Suite 1200<br>Salt Lake City, UT 84101-1547 | Staples Credit Plan<br>Dept 51-7861136819<br>PO Box 689020<br>Des Moines, IA 50368-9020 |
| State Office of Recovery Services<br>515 East 100 South<br>P O Box 45033<br>Salt Lake City, UT 84145-0033 | State of Utah<br>Office of the Attorney General<br>Tax & Revenue Division<br>P O Box 40874<br>Salt Lake City, UT 84114-0874 | Summit Business Services<br>Attn: Chipper Leonard<br>4130 Hilltop Ct<br>Park City, UT 84098-4715 |
| Summit County Treasurer<br>60 North Main<br>PO Box 128<br>Coalville, UT 84017-0128 | Sundance Partners, Ltd.<br>Ballard Spahr<br>One Utah Center<br>Suite 800<br>201 South Main Street<br>Salt Lake City, Ut 84111-2221 | The Park Record<br>P0 Box 3688<br>Park City, UT 84060-3688 |
| Paul W. Throndsen<br>Appraisal Group, Inc.<br>7396 South Union Park Avenue, Suite 301<br>Salt Lake City, UT 84047 | Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street, 12th Floor<br>PO Box 510210<br>Salt Lake City, UT 84111-2319 | Timothy G. Little, Esq.<br>Katten Muchin Rosenman LLP<br>575 Madison Avenue<br>New York, NY 10022-2585 |
| Tom Shaner<br>Shaner Design, Inc.<br>PO Box 4560<br>Park City, UT 84060-4560 | Union Square Home Owners Association<br>PO Box 683300<br>Park City UT 84068-3300 | United States Trustee<br>Ken Garff Bldg.<br>405 South Main Street<br>Suite 300<br>Salt Lake City, UT 84111-3402 |
| Utah Dept of Workforce Services<br>P O Box 45249<br>Salt Lake City, UT 84145-0249 | Utah Dept-Alcoholic Beverage Control<br>1625 South 900 West<br>PO Box 30408<br>Salt Lake City, UT 84130-0408 | Utah State Tax Commission Sales Tax<br>210 North 1950 West<br>Salt Lake City, UT 84134-9000 |
| Virtuoso, Ltd<br>PO Box 99358<br>Fort Worth, TX 76199-0358 | West LB AG, New York Branch<br>Attn: Christian Ruehmer<br>1211 Avenue of the Americas, 24th Flr<br>New York, NY 10036-8705 | West LB AG, New York Branch<br>Attn: Duncan Robertson<br>1211 Sixth Avenue, 25th Floor<br>New York, NY 10036-8705 |
| West LB AG, New York Branch<br>Attn: James Winikor<br>1211 Sixth Avenue, 25th Floor<br>New York, NY 10036-8705 | West LB AG, New York Branch<br>Attn: Jeff Nelson<br>1211 Avenue of the Americas, 24lh Flr<br>New York, NY 10036 | William D. Ellis, Esq.<br>Sidley Austin LLP<br>555 West Fifth Street<br>Los Angeles, CA 90013-1010 |
| William Shoaf<br>4780 Winchester Court<br>Park City, UT 84098-7528 | Kim R. Wilson<br>Snow Christensen & Martineau<br>10 Exchange Place 11th Floor<br>P.O. Box 45000<br>Salt Lake City, UT 84145-5000 | Joseph E. Wrona<br>1745 Sidewinder Drive<br>Park City, UT 84060-7218 |

Joseph E. Wrona
WRONA LAW OFFICES, P.C.
1745 Sidewinder Drive
Park City, UT 84060-7218

Bruce J. Zabarauskas
Crowell & Moring LLp
590 Madison Avenue, 20th Floor
New York, NY 10022-2544

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA 19114-0326

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)AT&T Mobility
PO Box 6463
Carol Stream, IL 60197-6463

(d)ATIV Corporation
722 Nardo Rd
Encinitas, CA 92024-3827

(u)Alchemy Ventures Group, LLC

(d)Alliance Abroad Group LP
1221 South Mopac Expressway, Suite 100
Austin, TX 78746-7615

(d)Alpine Adventures
3020 North Federal Highway # 10
Fort Lauderdale, FL 33306-1451

(u)Brian D. Althaver, et al.

(d)American Express Travel Relate
2840 South 123rd Court
Omaha, NE 68144-3977

(d)American Ski & Board Association
686 NW York
Bend, OR 97701-9732

(u)Bay North Capital, LLC

(u)Bay North Realty Fund VI, LP

(d)Business Technology Consulting
Rob Stevenson
957 East 1300 South
Salt Lake City, UT 84105-1856

(u)CloudNine Resorts-Sky Lodge Development, L

(du)CloudNine Resorts-Sky Lodge Development,

(u)CloudNine Resorts-Sky Lodge Management, LL

(du)CloudNine Resorts-Sky Lodge Management, L

(d)EM Systems
PO Box 540783 North
Salt Lake City, UT 84054-0783

(d)Fog River Fisheries
9554 Wells Circle, Suite A
West Jordan, UT 84081-6225

(d)Get Fresh
1548 18th Street
Santa Monica, CA 90404-3404

| | | |
|---|---|---|
| (u)Gunther Inc. dba Gunther Comfort Air | (d)Gunther Inc. dba Gunther Comfort Air | (u)Jacobsen National Group, Inc. |
| (d)Media One of Utah<br>4770 South 5600 West<br>West Valley City, UT 84118-7400 | (u)R. Kimball Mosier | (d)N. Allen Taylor<br>Taylor Capital Management<br>6641 North Paseo Tamayo<br>Tucson, AZ 85750-1228 |
| (d)Open Table Inc<br>PO Box 49322<br>San Jose, CA 95161-9322 | (d)Park Avenue Travel<br>11 Park Avenue<br>Swathomre, PA 19081-1596 | (u)Park City I, LLC |
| (d)Peak Mobile Communications<br>4910 South Warehouse Road<br>Salt Lake City, UT 84118-6354 | (d)Summit County Treasurer<br>60 North Main<br>PO Box 128<br>Coalville, UT 84017-0128 | (u)Sysco Intermountain Food Services, Inc. |
| (d)The Park Record<br>PO Box 3688<br>Park City, UT 84060-3688 | (u)Virtuoso, Ltd | (u)WestLB AG |
| (u)David L. Wickline | End of Label Matrix<br>Mailable recipients   121<br>Bypassed recipients    34<br>Total                  155 | |