Jeffrey Weston Shields (USB #2948)
Lon A. Jenkins (USB #4060)
Troy J. Aramburu (USB #10444)
**JONES WALDO HOLBROOK & McDONOUGH, PC**
170 South Main Street, Suite 1500
Salt Lake City, Utah  84101
Telephone:  (801) 521-3200
Email:  jshields@joneswaldo.com
ljenkins@joneswaldo.com
taramburu@joneswaldo.com

*Counsel to Unsecured Creditors' Committee*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH

| | | |
|---|---|---|
| In re:<br><br>**EASY STREET HOLDING, LLC et al.,**<br>Debtor. | : <br>: <br>: <br>: <br>: <br>: <br>: <br>: <br>: <br>: <br>: | Bankruptcy No.09-29905<br><br>(Jointly Administered with Cases<br>09-29907 and 09-29908)<br><br>Chapter 11<br><br>Honorable R. Kimball Mosier<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on the 30th day of July, 2010 I caused a true and correct copy of the *Supplement to the Third Interim and Final Application of Jones Waldo Holbrook & McDonough, PC for Allowance of Fees and Expenses as Counsel for the Official Committee of Unsecured Creditors, for the Period of July 15, 2010 Through and Including July 29, 2010* to be served in the manner indicated below:

941159.1

ECF Notification:

- Kenneth L. Cannon  kcannon@djplaw.com, khughes@djplaw.com
- Scott A. Cummings  cummings.scott@dorsey.com
- Mary Margaret Hunt  hunt.peggy@dorsey.com, wardle.gay@dorsey.com
- Annette W. Jarvis  Jarvis.annette@dorsey.com, smith.ron@dorsey.com; slc.lit@dorsey.com, brown.patricia@dorsey.com
- Michael R. Johnson  mjohnson@rqn.com, agale@rqn.com
- Anthony C. Kaye  kaye@ballardspahr.com
- Benjamin J. Koter  kotter.benjamin@dorsey.com
- Adelaide Maudsley  maudsley@chapman.com, jemery@chapman.com
- Steven J. McCardell  smccardell@djplaw.com, khughes@djplaw.com
- John T. Morgan tr  john.t.morgan@usdoj.gov, james.gee@usdoj.gov
- David W. Overhold  doverholt@rsolaw.com, abachman@rsolaw.com
- Jessica G. Peterson  jpeterson@djplaw.com
- Knute Rife  karife@rifelegal.com
- Jeffrey L. Shields  jlshields@cnmlaw.com, njpotter@cnmlaw.com
- United States Trustee  USTPRegion19.SK.ECF@usdoj.gov

And via first class mail, postage prepaid upon the following:

Michael V. Blumenthal
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022

Richard W. Havel
Christina M. Craige
Sidley Austin, LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA  90013-1010

Kenneth L. Cannon, II
Durham Jones & Pinegar
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, UT 84110-4050

John T. Morgan tr
US Trustees Office
Ken Garff Bldg.
405 South Main Street
Suite 300
Salt Lake City, UT 84111

Annette W. Jarvis
Dorsey & Whitney
136 S. Main Street, #1000
Salt Lake City, UT  84101

William & Carrie Shoaf
4780 Winchester Court
Park City, UT  84098-7528

2

941159.1

      2

| | |
|---|---|
| Gemstone Hotels & Resorts, LLC<br>Attn: Jeff McIntyre, Principal<br>1912 Sidewinder Drive, #104<br>Park City, UT 84060 | Douglas J. Payne<br>Fabian & Clendenin<br>215 South State Street, #1200<br>Salt Lake City, UT 84111 |

Adelaide Maudsley
Chapman and Cutler LLP
201 South Main Street, #2000
Salt Lake City, UT 84111

And via email to the following:

    Richard W. Havel: rhavel@sidley.com
    Christina M. Craige: ccraige@sidley.com
    Annette W. Jarvis: Jarvis.annette@dorsey.com
    Kenneth L. Cannon, II: kcannon@djplaw.com
    Michael V. Blumenthal: mblumenthal@crowell.com

DATED August 2, 2010

                                        /s/ Lon Jenkins

941159.1