**The below described is SIGNED.**



**Dated: August 03, 2010**　　_____
　　　　　　　　　　　　　　　　　**R. KIMBALL MOSIER**
　　　　　　　　　　　　　　　　　**U.S. Bankruptcy Judge**
_____

*Order Prepared and Submitted by:*

Douglas J. Payne (A4113)
Robert G. Crockett (A12067)
FABIAN & CLENDENIN,
　A Professional Corporation
215 South State, Suite 1200
Salt Lake City, Utah 84111-2323
dpayne@fabianlaw.com
rcrockett@fabianlaw.com
Telephone: (801) 531-8900

*Attorneys for Gateway Center, LLC*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH

| | | |
|---|---|---|
| | ) | |
| | ) | Bankruptcy Case No. 09-29905 |
| | ) | Jointly Administered with Cases 09-29907 |
| In Re: | ) | and 09-29908 |
| | ) | |
| EASY STREET HOLDING, LLC, *et al.* | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Honorable R. Kimball Mosier |
| | ) | |
| | ) | **ORDER APPROVING APPLICATION** |
| | ) | **FOR ALLOWANCE AND PAYMENT** |
| | ) | **OF ADMINISTRATIVE EXPENSE** |
| | ) | **INCURRED BY GATEWAY CENTER,** |
| | ) | **LLC** |

On June 11, 2010, Gateway Center, LLC ("**Gateway**") filed its *Application for*

*Allowance and Payment of Administrative Expense* [Docket No. 558] (the "**Application**") with

**Filed: 07/30/10**
　　　　　　　　　　　Entered On Docket: 08/03/2010

the Bankruptcy Court. The Application sought allowance and payment of an administrative expense for unpaid amounts on a lease of real property that debtor Easy Street Partners, LLC ("**Partners**") was obligated to pay under 11 U.S.C. § 365(d)(3) prior to the deemed rejection of the lease. Pursuant to the *Order Confirming Amended Plan of Reorganization of Easy Street Partners, LLC and West LB, AG dated June 16, 2010* [Docket No. 600] (the "**Confirmation Order**"), objections or responses to the Application were due on or before July 20, 2010. See Confirmation Order at ¶ 25. No objection or response to the Application has been filed with the Court. The Court having independently reviewed the Application and having found that Partners was obligated under 11 U.S.C. § 365(d)(3) to pay the pre-rejection, post-petition lease expenses identified in the Application, it is hereby

ORDERED that the Application is approved;

ORDERED that the amounts set forth in the Application are allowed as an administrative expense; and

ORDERED that the Debtor is authorized and directed pursuant to 11 U.S.C. § 503(b) to pay Gateway an amount equal to $17,855.54, plus interest thereon at $8.74 per diem from June 1, 2010.

**[END OF DOCUMENT]**

**CERTIFICATE OF SERVICE**

I hereby certify that on the ____ day of July, 2010, I caused a true and exact copy of the foregoing Order to be served upon all those entitled to ECF notice in the manner required by Local Rule 9021-1.

_____

ND: 4848-5420-6983, v. 1

# CERTIFICATE OF NOTICE

```
District/off: 1088-2           User: mtm                  Page 1 of 1              Date Rcvd: Aug 03, 2010
Case: 09-29905                 Form ID: pdfor1            Total Noticed: 1
```

The following entities were noticed by first class mail on Aug 05, 2010.
 aty          Douglas J. Payne,   Fabian & Clendenin,   215 South State Street,   Suite 1200,
               Salt Lake City, UT   84111-2323

The following entities were noticed by electronic transmission.                                        TOTAL: 0
NONE.

           ***** BYPASSED RECIPIENTS *****                                                             TOTAL: 0
NONE.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 05, 2010**                    **Signature:** _Joseph Speetjens_