Annette W. Jarvis (1649)
Peggy Hunt (6060)
Scott A. Cummings (11443)
**DORSEY & WHITNEY LLP**
136 South Main Street, Suite 1000
Salt Lake City, Utah 84101
Telephone:  (801) 933-7360
Facsimile:  (801) 933-7373
Email: jarvis.annette@dorsey.com
       hunt.peggy@dorsey.com
       cummings.scott@dorsey.com

Richard W. Havel (10759)
**SIDLEY & AUSTIN LLP**
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone:  (213) 896-6000
Facsimile:  (213) 896-6600
Email: rhavel@sidley.com

*Attorneys for WestLB, AG*

Blake D. Miller (4090)
**MILLER GUYMON, P.C.**
165 Regent Street
Salt Lake City, UT 84111
Telephone: (801) 363-5600
Facsimile: (801) 363-5601
Email: miller@millerguymon.com

*Attorneys for BDRC 4Site, LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | Bankruptcy Case No. 09-29905 |
| EASY STREET HOLDING, LLC, *et al.*, ) | Jointly Administered with Cases |
| ) | 09-29907 and 09-29908 |
| Debtors. ) | |
| ) | Chapter 11 |
| Address:  201 Heber Avenue ) | |
| Park City, UT 84060 ) | [FILED ELECTRONICALLY] |
| ) | |
| Tax ID Numbers: ) | |
| 35-2183713 (Easy Street Holding, LLC), ) | |
| 20-4502979 (Easy Street Partners, LLC), and ) | |
| 84-1685764 (Easy Street Mezzanine, LLC) ) | |
| ) | |

**STIPULATION FOR EXTENSION OF CERTAIN DEADLINES**
**ASSOCIATED WITH BDRC 4SITE, LLC'S FINAL FEE APPLICATION**

WestLB, AG ("WestLB") and BDRC 4Site, LLC ("BDRC") here by state and stipulate as follows:

## BACKGROUND

1. On September 14, 2009, Easy Street Partners, LLC (the "Partners") filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Utah (the "Court"). Partners' bankruptcy case is jointly administered with those of Easy Street Mezzanine, LLC and Easy Street Holding, LLC.

2. On December 4, 2009, the Court executed an order authorizing Partners to employ BDRC as a co-manager [Docket No. 200]..

3. On July 2, 2010, the Court enter its Order Confirming Amended Plan of Reorganization of Easy Street Partners, LLC and WestLB, AG Dated June 16, 2010 [Docket No. 600] (the "Confirmation Order").

4. Paragraph 25 of the Confirmation Order provides, in part, that Professionals must file and serve their final fee applications seeking compensation and reimbursement of expenses (the "Final Fee Applications") by certain specified deadlines..

5. The Confirmation Order also provides that the deadlines associated with the filing of the Final Fee Applications "can be extended at the option of WestLB, with notice to affected parties." *See* Confirmation Order at ¶ 25.

6. On July 15, 2010, BDRC filed its final fee application [Docket No. 625] (the "BDRC Fee Application").

7. On July 16, 2010, WestLB filed its Notice Pursuant To The Confirmation Order Of The Extension Of Certain Deadlines Governing The Filing Of Professionals Final Fee Applications [Docket No.629] (the "Fee Application Deadline Notice").

8. Pursuant to the Fee Application Deadline Notice, responses to the BDRC Fee Application are due by August 10, 2010, and any reply brief filed in support of the BDRC Fee Application is due by August 17, 2010.

9. WestLB and BDRC have been engaged in negotiations regarding BDRC's Fee Application. In an effort to continue such negotiations, WestLB and BDRC desire to extend certain deadlines associated with BDRC's Fee Application.

## STIPULATION

**IT IS HEREBY STIPULATED AND AGREED TO** by and between the respective undersigned counsel for WestLB and BDRC as follows:

A. The deadline for WestLB to file a response, if any, to the BDRC Fee Application shall be August 12, 2010.

B. The deadline for BDRC to file a reply brief, if any, in support of the BDRC Fee Application shall be August 19, 2010.

Dated this 10th day of August, 2010.

AGREED TO AND STIPULATED:

| **DORSEY & WHITNEY, LLP** | **MILLER GUYMON, P.C.** |
|---|---|
| /s/ Scott A. Cummings | /s/ Blake D. Miller |
| Annette W. Jarvis | Blake D. Miller |
| Peggy Hunt | |
| Scott A. Cummings | *Attorneys for BDRC 4Site, LLC* |
| *Attorneys for WestLB, AG* | |