Annette W. Jarvis (1649)
Peggy Hunt (6060)
Benjamin J. Kotter (9592)
**DORSEY & WHITNEY LLP**
136 South Main Street, Suite 1000
Salt Lake City, Utah 84101
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
Email: jarvis.annette@dorsey.com
       hunt.peggy@dorsey.com
       kotter.benjamin@dorsey.com

Richard W. Havel (10759)
**SIDLEY AUSTIN LLP**
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600
Email: rhavel@sidley.com

*Attorneys for WestLB, AG*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) Bankruptcy Case No. 09-29905 |
| EASY STREET HOLDING, LLC, *et al.*, | ) Jointly Administered with Cases |
| | ) 09-29907 and 09-29908 |
| Debtors. | ) |
| | ) Chapter 11 |
| Address: 201 Heber Avenue | ) |
| Park City, UT 84060 | ) [FILED ELECTRONICALLY] |
| | ) |
| Tax ID Numbers: | ) |
| 35-2183713 (Easy Street Holding, LLC), | ) |
| 20-4502979 (Easy Street Partners, LLC), and | ) |
| 84-1685764 (Easy Street Mezzanine, LLC) | ) |
| | ) |

**STATEMENT REGARDING FEE APPLICATIONS**

As the Court and parties are aware, various professionals have submitted fee applications seeking the final allowance as an administrative expense their fees for services rendered and expenses incurred in the course of their representation of the Debtors or the Official Committee of Unsecured Creditors. *See* Notice of Hearing, Docket No. 631. WestLB, AG ("WestLB") has reviewed each of these applications and has reached a consensual resolution with respect to the following applications:

1. **Third Interim and Final Fee Application of Corbin B. Gordon, P.C. for Compensation and Reimbursement Pursuant to 11 U.S.C. §§ 330 and 331 as Special Counsel for the Debtor in Possession [Docket No. 608]**

   The Third Interim and Final Fee Application of Corbin B. Gordon, P.C. for Compensation and Reimbursement Pursuant to 11 U.S.C. §§ 330 and 331 as Special Counsel for the Debtor in Possession [Docket No. 608] seeks approval of $32,303.61 in fees for services provided and reimbursement of expenses incurred. WestLB has reviewed and analyzed each of Corbin B. Gordon, P.C.'s ("Corbin Gordon") fee applications and has discussed with Corbin Gordon the basis of several objections WestLB might raise to certain of Corbin Gordon's requested fees.

   In lieu of an objection, WestLB and Corbin Gordon have reached a consensual resolution of WestLB's concerns regarding Corbin Gordon's fee applications. The terms of this agreement will be set forth on the record at the hearing scheduled to consider professional fee applications on August 24, 2010.

2. **Third and Final Application of Crowell & Moring LLP for Compensation and Reimbursement Pursuant to 11 U.S.C. §§ 330 and 331 as Attorneys for Debtors in Possession for the Period September 14, 2009 through July 29, 2010 [Docket No. 618]**

   On July 30, 2010, Crowell & Moring LLP ("Crowell") filed the Supplement to Third Interim and Final Application of Crowell & Moring LLP For Compensation and Reimbursement Pursuant to 11 U.S.C. §§ 330 and 331 as Attorneys for Debtors in Possession for the Period September 14, 2009 Through July 29, 2010 [Docket No. 651] (the "Crowell Fee Supplement"). In the Crowell Fee Supplement, Crowell estimated that the total fees and expenses it incurred through July 29, 2010 were $1,578,809.74, and that, after application of payments already received, it requested the balance of $748,157.76 from these estates. WestLB has reviewed and

analyzed each of Crowell's fee applications, including the Crowell Fee Supplement, and has discussed with Crowell the basis of several objections WestLB might raise to certain of Crowell's requested fees.

In lieu of an objection, WestLB and Crowell have reached a consensual resolution of WestLB's concerns regarding Crowell's fee applications. The terms of this agreement will be set forth on the record at the hearing scheduled to consider professional fee applications on August 24, 2010.

3.   **Third Interim and Final Application of Jones Waldo Holbrook & McDonough, P.C. for Allowance of Fees and Expenses as Counsel for the Official Committee of Unsecured Creditors, for the Period of October 6, 2009 through and Including July 14, 2010 [Docket No. 624]**

The Third Interim and Final Application of Jones Waldo Holbrook & McDonough, P.C. for Allowance of Fees and Expenses as Counsel for the Official Committee of Unsecured Creditors, for the Period of October 6, 2009 through and Including July 14, 2010 [Docket No. 624] together with its supplement [Docket No. 654] seeks approval of $246,699.13 in fees for services provided ($243,342.50) and reimbursement of expenses incurred ($3,356.63). WestLB has reviewed and analyzed each of Jones Waldo's fee applications, including the supplement, and has discussed with Jones Waldo the basis of several objections WestLB might raise to certain of Jones Waldo's requested fees.

In lieu of an objection, WestLB and Jones Waldo have reached a consensual resolution of WestLB's concerns regarding Jones Waldo's fee applications. The terms of this agreement will be set forth on the record at the hearing scheduled to consider professional fee applications on August 24, 2010.

4. **Third Application of Durham Jones & Pinegar for Interim Compensation and Reimbursement Pursuant to 11 U.S.C. §§ 330 and 331 as Attorneys for the Debtors in Possession for the Period May 1, 2010 through July 29, 2010, Combined with Application for Final Approval for Fees and Expenses Previously Approved [Docket No. 626]**

The Third Application of Durham Jones & Pinegar for Interim Compensation and Reimbursement Pursuant to 11 U.S.C. §§ 330 and 331 as Attorneys for the Debtors in Possession for the Period May 1, 2010 through July 29, 2010, Combined with Application for Final Approval for Fees and Expenses Previously Approved [Docket No. 626] together with its supplement [Docket No. 652] seeks approval of $399,844.45 in fees for services provided ($376,467.00) and reimbursement of expenses incurred ($23,377.45). WestLB has reviewed and analyzed each of Durham Jones's fee applications, including the supplement, and has discussed with Durham Jones the basis of several objections WestLB might raise to certain of Durham Jones's requested fees.

In lieu of an objection, WestLB and Durham Jones have reached a consensual resolution of WestLB's concerns regarding Durham Jones's fee applications. The terms of this agreement will be set forth on the record at the hearing scheduled to consider professional fee applications on August 24, 2010.

DATED this 10th day of August, 2010.

                DORSEY & WHITNEY LLP

                 /s/ Benjamin J. Kotter
                Annette W. Jarvis
                Peggy Hunt
                Benjamin J. Kotter
                and
                Richard W. Havel
                SIDLEY & AUSTIN LLP
                 *Attorneys for WestLB, AG*