Annette W. Jarvis (1649)
Peggy Hunt (6060)
Scott A. Cummings (11443)
**DORSEY & WHITNEY LLP**
136 South Main Street, Suite 1000
Salt Lake City, Utah 84101
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
Email: jarvis.annette@dorsey.com
       hunt.peggy@dorsey.com
       cummings.scott@dorsey.com

Richard W. Havel (10759)
**SIDLEY AUSTIN LLP**
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600
Email: rhavel@sidley.com

*Attorneys for WestLB, AG*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: | |
| EASY STREET HOLDING, LLC, *et al.*, | Bankruptcy Case No. 09-29905 |
| | Jointly Administered with Cases |
| Debtors. | 09-29907 and 09-29908 |
| | Chapter 11 |
| Address: 201 Heber Avenue | |
| Park City, UT 84060 | [FILED ELECTRONICALLY] |
| Tax ID Numbers: | |
| 35-2183713 (Easy Street Holding, LLC), | |
| 20-4502979 (Easy Street Partners, LLC), and | |
| 84-1685764 (Easy Street Mezzanine, LLC) | |

### CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2010, the

1. *Objection to Final Fee Application of Co-Manager, BDRC 4Site, LLC For Compensation For Services and Reimbursement of Expenses* [Docket No. 663];

and

2. *Limited Objection to Final Application of Wrona Law Firm, P.C. for Compensation and Reimbursement Pursuant to 11 U.S.C. §§ 330 and 331 as Attorneys for the Debtor in Possession* [Docket No. 664]

were filed with the Court and served in the parties listed below by the Court's CM/ECF service:

- Troy J. Aramburu  taramburu@joneswaldo.com; rhuot@joneswaldo.com; jpollard@joneswaldo.com
- Kenneth L. Cannon  kcannon@djplaw.com; khughes@djplaw.com
- Bastiaan Coebergh  coebergh@wasatchlaw.com; oborn@wasatchlaw.com; brian@wasatchlaw.com
- George B. Hofmann  gbh@pkhlawyers.com; dh@pkhlawyers.com
- Mary Margaret Hunt  hunt.peggy@dorsey.com; brown.patricia@dorsey.com; smith.ron@dorsey.com; slc.lit@dorsey.com
- Annette W. Jarvis  jarvis.annette@dorsey.com; smith.ron@dorsey.com; slc.lit@dorsey.com; brown.patricia@dorsey.com
- Lon A. Jenkins  lajenkins@joneswaldo.com; krichardson@joneswaldo.com; ecf@joneswaldo.com; rhuot@joneswaldo.com
- Michael R. Johnson  mjohnson@rqn.com; sglendening@rqn.com; docket@rqn.com
- Anthony C. Kaye  kaye@ballardspahr.com; swand@ballardspahr.com; saltlakedocketclerk@ballardspahr.com
- Benjamin J. Kotter  kotter.benjamin@dorsey.com; smith.ron@dorsey.com; brown.patricia@dorsey.com; slc.lit@dorsey.com
- David E. Leta  dleta@swlaw.com; wsmart@swlaw.com
- Adelaide Maudsley  maudsley@chapman.com; jemery@chapman.com
- Steven J. McCardell  smccardell@djplaw.com; khughes@djplaw.com
- Blake D. Miller  miller@mmglegal.com
- John T. Morgan  john.t.morgan@usdoj.gov; james.gee@usdoj.gov
- David W. Overholt  doverholt@rsolaw.com; abachman@rsolaw.com
- Douglas J. Payne  dpayne@fabianlaw.com; jshowalter@fabianlaw.com
- Jessica G Peterson  jpeterson@djplaw.com
- Knute Rife  karife@rifelegal.com
- Jeffrey L. Shields  jlshields@cnmlaw.com; njpotter@cnmlaw.com
- Jeffrey W. Shields  jshields@joneswaldo.com; rhuot@joneswaldo.com
- Bradley L. Tilt  btilt@fabianlaw.com; rmellor@fabianlaw.com
- United States Trustee  USTPRegion19.SK.ECF@usdoj.gov
- Kim R. Wilson  bankruptcy_krw@scmlaw.com

Dated August 13, 2010.

/s/ Scott A. Cummings