Kenneth L. Cannon II (kcannon@djplaw.com) (3705)
Steven J. McCardell (smccardell@djplaw.com) (2144)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT   84110-4050
Telephone:  (801) 415-3000/Fax:  (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com) (admitted pro hac vice)
Steven B. Eichel (seichel@crowell.com) (admitted pro hac vice)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY   10022
Telephone:  (212) 223-4000/Fax:  (212) 223-4134

Counsel for Debtors and Debtors in Possession

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: | |
| EASY STREET HOLDING, LLC, *et al.*, | Bankruptcy Case No. 09-29905 |
| Debtors. | Jointly Administered with Cases 09-29907 and 09-29908 |
| Address:  201 Heber Avenue<br>Park City, UT 84060 | Chapter 11 |
| | Honorable R. Kimball Mosier |
| Tax ID Numbers:<br>35-2183713 (Easy Street Holding, LLC),<br>20-4502979 (Easy Street Partners, LLC), and<br>84-1685764 (Easy Street Mezzanine, LLC) | [FILED ELECTRONICALLY] |

### ORDER APPROVING DEBTORS' EMPLOYMENT OF
### NIEDERHAUSER & DAVIS, LLC AS ACCOUNTANTS

Filed: 08/17/10

The Court, having considered the Application (the "Application") of Easy Street Holding, LLC, Easy Street Mezzanine, LLC and Easy Street Partners, LLC, debtors and debtors in possession (collectively, the "Debtors"), for an Order authorizing the employment of Niederhauser & Davis, LLC ("Niederhauser & Davis"), as accountants for the Debtors pursuant to 11 U.S.C. §327(a), and Rules 2014 and 5002 of the Federal Rules of Bankruptcy Procedure, and the affidavit of Jay C. Niederhauser in support thereof, having found that notice of the Application is sufficient, no objection to the Application having been filed, and good cause appearing therefor, hereby

ORDERS:

1. The Application is granted.

2. The Debtors' employment of Niederhauser & Davis for the purposes set forth in the Application is approved, effective as of February 15, 2010, on the terms set forth in the Application.

2. Niederhauser & Davis shall be compensated for its services in this case and reimbursed for associated expenses in accordance with the applicable provisions of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and any future orders of this Court, and all compensation and reimbursement allowed to Niederhauser & Davis shall be an administrative expense of this Chapter 11 case.

* * * * **END OF ORDER** * * * *

**CLERK'S CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Order Approving Debtors' Employment of Niederhauser & Davis, LLC as Accountants was served via ECF notification and/or first-class mail, postage prepaid, on the following:

Kenneth L. Cannon II
Durham Jones & Pinegar, P.C.
111 East Broadway, # 900
P O Box 4050
Salt Lake City, UT 84110-4050

Jay C. Niederhauser
Stephanie Russell
Niederhauser & Davis
1795 Sidewinder Drive, #101
P.O. Box 680460
Park City, UT 84068

Lon A. Jenkins
Jones Waldo Holbrook & McDonough
170 South Main Street, Suite 1500
Salt Lake City, UT 84101

John T. Morgan
Office of the United States Trustee
405 South Main Street, Suite 300
Salt Lake City, UT 84111

Annette W. Jarvis
Dorsey & Whitney
1000 Kearns Building, # 1000
Salt Lake City, UT 84101

Richard W. Havel
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013

Easy Street Partners, LLC
Easy Street Mezzanine, LLC
Easy Street Holding, LLC
Attn: William Shoaf
4780 Winchester Court
Park City, UT 84098-7528

_____