Annette W. Jarvis (1649)
Cameron M. Hancock (5389)
Scott A. Cummings (11443)
**DORSEY & WHITNEY LLP**
136 South Main Street, Suite 1000
Salt Lake City, Utah 84101
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
Email: jarvis.annette@dorsey.com
       hancock.cameron@dorsey.com
       cummings.scott@dorsey.com

Richard W. Havel (10759)
**SIDLEY AUSTIN LLP**
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600
Email: rhavel@sidley.com

*Attorneys for WestLB, AG*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 09-29905 |
| EASY STREET HOLDING, LLC, *et al.*, | Jointly Administered with Cases 09-29907 and 09-29908 |
| Debtors. | Chapter 11 |
| Address: 201 Heber Avenue Park City, UT 84060 | [FILED ELECTRONICALLY] |
| Tax ID Numbers: 35-2183713 (Easy Street Holding, LLC), 20-4502979 (Easy Street Partners, LLC), and 84-1685764 (Easy Street Mezzanine, LLC) | |

### NOTICE OF RULE 30(b)(6) DEPOSITION OF BDRC 4SITE, LLC

PLEASE TAKE NOTICE that pursuant to Rule 30(b)(6) of the Federal Rules of Civil

Procedure, made applicable in this contested matter pursuant to Rules 9014 and 7030 of the

Federal Rules of Bankruptcy Procedure, WestLB, AG ("WestLB"), a secured creditor in the

above-captioned bankruptcy proceeding, by and through its counsel, shall conduct an oral

examination of BDRC 4Site, LLC ("BDRC") at the offices of Dorsey & Whitney, LLP, 136 South Main Street, Suite 1000, Salt Lake City, Utah 84101.  The deposition will begin at **9:30 a.m. on Friday, August 20, 2010**, shall continue from day to day thereafter until completed.

PLEASE TAKE FURTHER NOTICE that the deposition will be recorded stenographically by a certified shorthand reporter pursuant to and for the purposes permitted by Rule 30 of the Federal Rules of Civil Procedure.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, BDRC shall designate for oral examination one or more officers, directors, managing agents or other persons who consent to testify on BDRC's behalf, and who are most knowledgeable with respect to the subject matters listed on Exhibit A attached hereto.

Dated this 17th day of August, 2010.

DORSEY & WHITNEY LLP

  */s/ Scott A. Cummings*
Annette W. Jarvis
Cameron M. Hancock
Scott A. Cummings

and

Richard W. Havel
SIDLEY & AUSTIN LLP

*Attorneys for WestLB, AG*

# **EXHIBIT A**

1. The negotiations related to and concerning the November 12, 2009 Professional Services Agreement between BDRC 4Site, LLC ("BDRC") and the Debtor Easy Street Holding, LLC, et al, which was attached as Exhibit A to BDRC's July 15, 2010 "Final Fee Application of Co-Manager BDRC 4Site, LLC For Compensation for Services and Reimbursement of Expenses" (the "Services Agreement").

2. BDRC's understanding of the terms of the Services Agreement, including but not limited to the terms regarding the scope of services to be provided by BDRC, payment to BDRC, and termination of the Services Agreement.

3. BDRC's understanding of the terms of the "Order Granting Debtor's Application to Employ BDRC 4 Site as Co-Manager" (Docket No. 200) entered on December 4, 2009.

4. The negotiations related to and concerning a fee to be paid to BDRC for services rendered in connection with the procurement of exit financing and/or new equity for the Debtor.

5. The services BDRC claims it provided to the Debtor concerning or relating to the procurement of exit financing and/or new equity for the Debtor.

6. BDRC's statement that "WestLB ultimately decided to itself fund the Debtor's plan through an affiliate on terms similar to those obtained by BDRC 4Site" as found in Paragraph 14(E) of BDRC's "Final Fee Application of Co-Manager BDRC 4Site, LLC For Compensation for Services and Reimbursement of Expenses."