**The below described is SIGNED.**

Dated: 8/24/2010

_____
R. KIMBALL MOSIER
U.S. Bankruptcy Judge

RECEIVED
Y.H ect
AUG 24 2010
US BANKRUPTCY COURT
DISTRICT OF UTAH

Kenneth L. Cannon II (kcannon@djplaw.com) (3705)
Steven J. McCardell (smccardell@djplaw.com) (2144)
DURHAM JONES & PINEGAR, PC
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT  84110-4050
Telephone:  (801) 415-3000/Fax:  (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com) (admitted pro hac vice)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY  10022
Telephone:  (212) 223-4000/Fax:  (212) 223-4134

Counsel for Debtors and Debtors in Possession

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: | |
| EASY STREET HOLDING, LLC, *et al.*, | Bankruptcy Case No. 09-29905 |
| | Jointly Administered with Cases |
| Debtors. | 09-29907 and 09-29908 |
| Address:  201 Heber Avenue | Chapter 11 |
| Park City, UT 84060 | |
| | Honorable R. Kimball Mosier |
| Tax ID Numbers: | |
| 35-2183713 (Easy Street Holding, LLC), | |
| 20-4502979 (Easy Street Partners, LLC), and | [FILED ELECTRONICALLY] |
| 84-1685764 (Easy Street Mezzanine, LLC) | |

**ORDER APPROVING COMPENSATION AND REIMBURSEMENT FOR DURHAM JONES & PINEGAR PURSUANT TO THIRD INTERIM FEE APPLICATION AND 11 U.S.C. §§ 330 AND 331 AS ATTORNEYS FOR EASY STREET PARTNERS, LLC, DEBTOR IN POSSESSION, FOR THE PERIOD MAY 1, 2010 THROUGH JULY 31, 2010 AND GRANTING FINAL APPROVAL FOR FEES AND EXPENSES IN CASE**



The Third Application dated July 15, 2010, as supplemented on July 30, 2010 (together, the "Application"), of Durham Jones & Pinegar ("DJP"), co-counsel for Easy Street Partners, LLC ("Partners"), for allowance and payment of interim compensation and reimbursement and for final allowance of all compensation and reimbursement in the Partners case pursuant to 11 U.S.C. §§ 330 and 331, Federal Rule of Bankruptcy Procedure 2016, and the Fee Guidelines of the United States Trustee came on for hearing on August 24, 2010. Appearances were made as noted on the record. DJP and WestLB, AG ("WestLB") announced on the record that DJP had agreed to reduce its request for final compensation by $7,500, making the interim request under the Application a total of $80,118.43, consisting of $75,738.00 in interim compensation and $4,380.43 in interim reimbursement, and making the final request for allowance of a total of $392,344.45, consisting of $368,967.00 in final compensation and $23,377.45 in final reimbursement of expenses. This total includes $3,500.00 in compensation and $500.00 in expenses estimated for the time period after July 31, 2010, including for preparation of a final report and motion to close the case.

The Court, having reviewed and considered the Application, the reduction in the requests agreed to between DJP and WestLB, having considered the notice of the Application and of the hearing thereon and having found that notice of the Application is adequate for the consideration of the request for compensation and reimbursement of expenses, subject to the additional notice that must be given as set forth below, and having further found that the compensation requested in the Application is for actual, necessary services rendered by DJP and that the expenses for

SLC_664190

which DJP seeks reimbursement are actual and necessary expenses, and good cause appearing therefor, hereby

ORDERS:

1.  DJP is awarded (a) interim compensation in the amount of $75,738.00 for professional services rendered and (b) interim reimbursement of expenses in the amount of $4,380.43, which fees and expenses are entitled to administrative expense priority under 11 U.S.C. §§ 503(b)(2) and 507(a)(2).

2.  DJP is awarded, pursuant to 11 U.S.C. § 330(a), (a) final compensation in the amount of $368,967.00 for professional services rendered and (b) $23,377.45 in final reimbursement of expenses incurred which fees and expenses are entitled to administrative expense priority under 11 U.S.C. §§ 503(b)(2) and 507(a)(2), subject to the following additional notice: DJP shall serve notice of the amounts awarded in this Order on all parties listed in the current mailing matrix in this case. Such notice shall provide that parties may object to the allowance of DJP's compensation and reimbursement of expenses within 21 days of the notice. If no objection is filed, the allowance of compensation and reimbursement of expenses awarded in this Order shall become final and not subject to further review. If an objection is filed, a further hearing will be scheduled on the Application and the objection thereto.

3.  Partners, the Reorganized Debtor, and/or WestLB, the plan funder under the confirmed Amended Plan of Reorganization of Easy Street Partners, LLC and WestLB, AG, are directed and authorized immediately to pay DJP all fees and expenses approved by this and prior Orders which have not previously been paid, which was $148,505.76, as of August 20, 2010.

SLC_664190

Subject to the further notice set forth in paragraph 2 of this Order, the award and payment of fees and expenses as provided herein may be subject to disgorgement.

* * * * END OF DOCUMENT * * *

SLC_664190

## SERVICE LIST

Service of the foregoing ORDER APPROVING INTERIM COMPENSATION AND REIMBURSEMENT FOR DURHAM JONES & PINEGAR PURSUANT TO SECOND FEE APPLICATION AND 11 U.S.C. §§ 330 AND 331 AS ATTORNEYS FOR THE DEBTORS IN POSSESSION FOR THE PERIOD JANUARY 1, 2010 THROUGH APRIL 30, 2010 will be effected through the Bankruptcy Noticing Center to each party listed below.

Kenneth L. Cannon II
Durham Jones & Pinegar, PC
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, UT 84110-4050

Michael V. Blumenthal
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022-2544

Lon A. Jenkins
Jones Waldo Holbrook & McDonough PC
170 South Main Street, Suite 1500
Salt Lake City, UT 84101-1644

Annette W. Jarvis
Benjamin J. Kotter
Dorsey & Whitney LLP
136 South Main Street, Suite 1000
Salt Lake City, UT 84101-1685

Richard W. Havel
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013-1010

John T. Morgan
US Trustees Office
405 South Main Street, Suite 300
Salt Lake City, UT 84111-3402

SLC_664190