**The below described is SIGNED.**

Dated: 8/24/2010

_____
R. KIMBALL MOSIER
U.S. Bankruptcy Judge

Kenneth L. Cannon II (kcannon@djplaw.com) (3705)
Steven J. McCardell (smccardell@djplaw.com) (2144)
DURHAM JONES & PINEGAR, PC
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT 84110-4050
Telephone: (801) 415-3000/Fax: (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com) (admitted pro hac vice)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 223-4000/Fax: (212) 223-4134

Counsel for Debtors and Debtors in Possession

RECEIVED
T.H. CW
AUG 24 2010
US BANKRUPTCY COURT
DISTRICT OF UTAH

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: <br><br> EASY STREET HOLDING, LLC, *et al.*, <br><br> Debtors. <br><br> Address: 201 Heber Avenue <br> Park City, UT 84060 <br><br> Tax ID Numbers: <br> 35-2183713 (Easy Street Holding, LLC), <br> 20-4502979 (Easy Street Partners, LLC), and <br> 84-1685764 (Easy Street Mezzanine, LLC) | Bankruptcy Case No. 09-29905 <br> Jointly Administered with Cases <br> 09-29907 and 09-29908 <br><br> Chapter 11 <br><br> Honorable R. Kimball Mosier <br><br> [FILED ELECTRONICALLY] |

### ORDER APPROVING THIRD INTERIM AND FINAL APPLICATION OF CROWELL & MORING LLP FOR COMPENSATION AND REIMBURSEMENT PURSUANT 11 U.S.C. §§ 330 AND 331 AS ATTORNEYS FOR EASY STREET PARTNERS, LLC, DEBTOR IN POSSESSION, FOR THE PERIOD SEPTEMBER 14, 2009 THROUGH JULY 29, 2010

NY1WDMS: 11707030_2

The Third Interim and Final Application dated July 15, 2010, as supplemented on July 30, 2010 (collectively, the "Application"), of Crowell & Moring, LLP ("C&M"), co-counsel for Easy Street Partners, LLC ("Partners"), for compensation and reimbursement for the period from September 14, 2009 through July 29, 2010 pursuant to 11 U.S.C. §§ 330 and 331, Federal Rule of Bankruptcy Procedure 2016, and the Fee Guidelines of the United States Trustee came on for hearing on August 24, 2010. Appearances were made as noted on the record. C&M and WestLB, AG ("WestLB") announced on the record that C&M had agreed to reduce its request for final compensation and reimbursement of expenses by $90,000 and provide a credit of $10,000 for any fees and expenses incurred by C&M on behalf of Partners after July 30, 2010 (the "Credit"). WestLB and C&M further agree that, to the extent C&M incurred any fees and expenses on behalf of Partners after July 30, 2010 in excess of the Credit, such fees and expenses would be payable as administrative expenses of Partners' estate. Based upon the foregoing, the interim request under the Application is reduced to a total of $316,650.35, consisting of $296,625.00 in interim compensation and $20,025.35 in interim reimbursement, and the final request for allowance is reduced to a total of $1,488,809.74, consisting of $1,420,809.74 as final compensation and $68,282.24 as final reimbursement of expenses.

The Court, having reviewed and considered the Application and the reduction in the requests agreed to between C&M and WestLB, having considered the notice of the Application and of the hearing thereon and having found that notice of the Application is adequate for the consideration of the request for compensation and reimbursement of expenses; however, further notice must be given as set forth below. The Court, having found that the compensation

requested in the Application is for actual, necessary services rendered by C&M and that the expenses for which C&M seeks reimbursement are actual and necessary expenses, and good cause appearing therefor, hereby

ORDERS:

1. C&M is awarded (a) interim compensation in the amount of $296,625.00 for professional services rendered and (b) interim reimbursement of expenses in the amount of $20,025.35 for the period May 1, 2010 through July 29, 2010, which fees and expenses are entitled to administrative expense priority under 11 U.S.C. §§ 503(b)(2) and 507(a)(2).

2. C&M is awarded, pursuant to 11 U.S.C. § 330(a), (a) final compensation in the amount of $1,420,527.50 for professional services rendered and (b) $68,282.24 as final reimbursement of expenses incurred, for a total of $1,488,809.74, which fees and expenses are entitled to administrative expense priority under 11 U.S.C. §§ 503(b)(2) and 507(a)(2), subject to the following additional notice: C&M shall serve notice of the amounts awarded in this Order on all parties listed in the current mailing matrix in this case. Such notice shall provide that parties may object to the allowance of C&M's compensation and reimbursement of expenses within 21 days of the notice. If no objection is filed, the allowance of compensation and reimbursement of expenses awarded in this Order shall become final and not subject to further review. If an objection is filed, a further hearing will be scheduled on the Application and the objection thereto.

3. Partners, the Reorganized Debtor, and/or WestLB, the plan funder under the confirmed Amended Plan of Reorganization of Easy Street Partners, LLC and WestLB, AG, are authorized and directed immediately to pay C&M the fees and expenses approved by this and

prior Orders which have not previously been paid, which was $658,157.76, as of August 20, 2010.  Subject to the further notice set forth in paragraph 2 of this Order, the award and payment of fees and expenses as provided herein may be subject to disgorgement.

4. The Reorganized Debtor and/or WestLB is authorized to pay any fees and expenses incurred by C&M on behalf of Partners subsequent to July 30, 2010, in excess of the Credit without the necessity of further applications or court approval.

* * * * END OF DOCUMENT * * *

## SERVICE LIST

Service of the foregoing ORDER APPROVING THIRD INTERIM AND FINAL APPLICATION OF CROWELL & MORING LLP FOR COMPENSATION AND REIMBURSEMENT PURSUANT 11 U.S.C. §§ 330 AND 331 AS ATTORNEYS FOR EASY STREET PARTNERS, LLC, DEBTOR IN POSSESSION, FOR THE PERIOD SEPTEMBER 14, 2009 THROUGH JULY 29, 2010 will be affected through the Bankruptcy Noticing Center to each party listed below.

Kenneth L. Cannon II
Durham Jones & Pinegar, PC
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, UT 84110-4050

Michael V. Blumenthal
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022-2544

Lon A. Jenkins
Jones Waldo Holbrook & McDonough PC
170 South Main Street, Suite 1500
Salt Lake City, UT 84101-1644

Annette W. Jarvis
Benjamin J. Kotter
Dorsey & Whitney LLP
136 South Main Street, Suite 1000
Salt Lake City, UT 84101-1685

Richard W. Havel
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013-1010

John T. Morgan
US Trustees Office
405 South Main Street, Suite 300
Salt Lake City, UT 84111-3402