Kenneth L. Cannon II (kcannon@djplaw.com) (3705)
Steven J. McCardell (smccardell@djplaw.com) (2144)
DURHAM JONES & PINEGAR
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT   84110-4050
Telephone:  (801) 415-3000/Fax:  (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com) (admitted pro hac vice)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY  10022
Telephone:  (212) 223-4000/Fax:  (212) 223-4134

Counsel for Easy Street Partners, LLC, Debtor and Debtor in Possession

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re: | |
| EASY STREET HOLDING, LLC, *et al.*, | Bankruptcy Case No. 09-29905 |
| Debtors. | Jointly Administered with Cases 09-29907 and 09-29908 |
| Address:  201 Heber Avenue | Chapter 11 |
|           Park City, UT 84060 | |
| | Honorable R. Kimball Mosier |
| Tax ID Numbers: | |
| 35-2183713 (Easy Street Holding, LLC), | |
| 20-4502979 (Easy Street Partners, LLC), | **[FILED ELECTRONICALLY]** |
| and 84-1685764 (Easy Street Mezzanine, LLC) | |

**NOTICE OF APPLICATIONS FOR FINAL COMPENSATION
AND REIMBURSEMENT OF (1) CROWELL & MORING, LLP AS CO-COUNSEL
FOR THE DEBTORS, (2) DURHAM JONES & PINEGAR AS CO-COUNSEL
FOR THE DEBTORS, (3) WRONA LAW OFFICES AS SPECIAL COUNSEL
FOR THE DEBTORS, (4) CORBIN B. GORDON AS SPECIAL COUNSEL FOR
THE DEBTORS, (5) APPRAISAL GROUP, INC. AS EXPERT APPRAISERS FOR
EASY STREET PARTNERS, LLC, AND (6) JONES WALDO HOLBROOK &
McDONOUGH AS COUNSEL FOR THE OFFICIAL UNSECURED
<u>CREDITORS COMMITTEE, AND OF OPPORTUNITY TO OBJECT THERETO</u>**

SLC_665627

**PLEASE TAKE NOTICE** that, on August 24, 2010, the Court heard final fee applications described below (the "Final Fee Applications") filed by professionals ("Estate Professionals") employed by Easy Street Partners, LLC ("Partners") or the Official Committee of Unsecured Creditors (the "Committee").  Notice of hearing on the Final Fee Applications was served on all parties in interest in the Partners Chapter 11 case, but amounts requested in the various Final Fee Applications were not listed in the notice, as required by Fed. R. Bankr. P. 2002(c)(2).  As a result, the Court reviewed and approved compensation and reimbursement of expenses in the amounts as set forth below.  The Court ordered counsel for Partners to give further notice to parties in interest in Partners' Chapter 11 case of amounts requested by and awarded to professionals for Partners and for the Committee in the Final Fee Applications and to provide the opportunity for parties in interest to object to final approval of compensation and reimbursement of expenses.  The Final Fee Applications that have been filed with amounts requested (and as awarded by the Court) are as follows:

> (1)     Third and Final Application of Crowell & Moring LLP for Compensation and Reimbursement Pursuant to 11 U.S.C. §§ 330 and 331 as Attorneys for Debtors in Possession for the Period September 14, 2009 through July 29, 2010 [Docket No. 618], as supplemented on July 30, 2010 [Docket No. 651] (the "Crowell Application"), requested final approval for compensation in the amount of $1,510,809.74 for professional services rendered and reimbursement of expenses in the amount of $68,282.24.  Pursuant to agreement between Crowell & Moring LLP ("Crowell") and WestLB, AG ("WestLB"), Crowell reduced the amount of compensation for which it is requesting final approval to $1,420,890.74, and the Court approved compensation in this amount (and also approved reimbursement of expenses as requested in the amount of $68,282.24), subject to giving parties in interest this further notice.  If you have not received a copy of the Crowell Application, you may obtain a copy from the Court's electronic PACER service or by requesting a copy from Steven B. Eichel, Crowell & Moring, 590 Madison Avenue, 20th Floor, New York, New York 10022, email:  seichel@crowell.com.

(2) Third Application of Durham Jones & Pinegar for Interim Compensation and Reimbursement Pursuant to 11 U.S.C. §§ 330 and 331 as Attorneys for the Debtors for the Period May 1, 2010 through July 29, 2010, Combined with Application for Final Approval for Fees and Expenses Previously Approved [Docket No. 626], as supplemented on July 30, 2010 [Docket No. 652](together, the "DJP Application"), requested final approval for compensation in the amount of $376,467.00 for professional services rendered and reimbursement of expenses in the amount of $23,377.45. Pursuant to agreement between Durham Jones & Pinegar ("DJP") and WestLB, DJP reduced the amount of compensation for which it is requesting final approval to $368,967.00, and the Court approved compensation in this amount (and also approved reimbursement of expenses as requested in the amount of $23,377.45), subject to giving parties in interest this further notice. If you have not received a copy of the DJP Application, you may obtain a copy from the Court's electronic PACER service or by requesting a copy from Kenneth L. Cannon II, Durham Jones & Pinegar, 111 East Broadway, Suite 900, P.O. Box 4050, Salt Lake City, Utah 84110-4050, email: kcannon@djplaw.com.

(3) Third and Final Application of Wrona Law Firm, P.C. for Interim and Final Compensation and Reimbursement Pursuant to 11 U.S.C. §§ 330 and 331 as Attorneys for the Debtor in Possession [Docket No. 620] (the "Wrona Application"), requested final approval for compensation in the amount of $76,890.50 for professional services rendered and no reimbursement of expenses. Pursuant to agreement between Wrona Law Firm, P.C. ("Wrona Law") and WestLB, Wrona Law reduced the amount of compensation for which it is requesting final approval to $56,890.50, and the Court approved compensation in this amount, subject to giving parties in interest this further notice. If you have not received a copy of the Wrona Application, you may obtain a copy from the Court's electronic PACER service or by requesting a copy from Joseph E. Wrona, Wrona Law Firm, 1745 Sidewinder Drive, Park City, Utah 84060, email: wrona@wasatchlaw.com.

(4) Third Interim and Final Fee Application of Corbin B. Gordon for Interim Compensation and Reimbursement Pursuant to 11 U.S.C. §§ 330 and 331 as Special Counsel for the Debtor in Possession [Docket No. 608] (the "Gordon Application"), requested final approval for compensation in the amount of $32,303.61 for professional services rendered and no reimbursement of expenses. Pursuant to agreement between Corbin B. Gordon, P.C. ("Gordon") and WestLB, Gordon reduced the amount of compensation for which it is requesting final approval to $30,000.00, and the Court approved compensation in this amount, subject to giving parties in interest this further notice. If you have not received a copy of the Gordon Application, you may obtain a copy from the Court's electronic PACER service or by requesting a copy from Corbin B. Gordon,

Corbin B. Gordon, P.C., 345 West 600 South, Suite 108, Heber City, Utah 84032, email: corbingordon@yahoo.com.

(5) Third and Final Fee Application for Allowance of Compensation by Appraisal Group, Inc., Combined with Application for Final Approval of Compensation [Docket No. 616] (the "AGI Application"), requested final approval for compensation in the amount of $19,976.25 for professional services rendered and no reimbursement of expenses, and the Court approved compensation in this amount, subject to giving parties in interest further notice. If you have not received a copy of the AGI Application, you may obtain a copy from the Court's electronic PACER service or by requesting a copy from Kenneth L. Cannon II, Durham Jones & Pinegar, 111 East Broadway, Suite 900, P.O. Box 4050, Salt Lake City, Utah 84110-4050, email: kcannon@djplaw.com.

(6) First and Final Application for Allowance of Compensation by Niederhauser & Davis, LLC, as Accountants for the Debtor [Docket No. 627] (the "Niederhauser Application"), requested final approval for compensation in the amount of $19,164.00 for professional services rendered and no reimbursement of expenses, and the Court approved compensation in this amount, subject to giving parties in interest further notice. If you have not received a copy of the Niederhauser Application, you may obtain a copy from the Court's electronic PACER service or by requesting a copy from Kenneth L. Cannon II, Durham Jones & Pinegar, 111 East Broadway, Suite 900, P.O. Box 4050, Salt Lake City, Utah 84110-4050, email: kcannon@djplaw.com.

(7) Final Fee Application of Co-Manager, BDRC 4Site, LLC, for Compensation for Services and Reimbursement of Expenses [Docket No. 625] (the "BDRC Application"), requests final approval compensation in the amount of $361,325.00 for professional services rendered and reimbursement of expenses in the amount of $17,981.32. The Court ordered that this further notice be given listing the amounts requested by BDRC 4Site, LLC ("BDRC"). WestLB objected to the allowance of some of the compensation requested by BDRC and, as noted below, the Court has scheduled further hearing on the BDRC Application and WestLB's objection thereto. If you have not received a copy of the BDRC Application, you may obtain a copy from the Court's electronic PACER service or by requesting a copy from Blake D. Miller, Miller & Guymon, PC, 165 South Regent Street, Salt Lake City, Utah 84111, email: miller@millerguymon.com.

(8) Third Interim and Final Application of Jones Waldo Holbrook & McDonough, PC for Allowance of Fee and Expenses as Counsel for the Official Committee of Unsecured Creditors for the Period of October 6, 2009 through and including July 14, 2010 [Docket No. 624], as supplemented on July 30, 2010 [Docket No. 654] (the "Jones Waldo Application"), requested final approval for compensation in the amount of $243,342.50 for professional services rendered

4

and reimbursement of expenses in the amount of $3,356.63. Pursuant to agreement between Jones Waldo Holbrook & McDonough ("Jones Waldo") and WestLB, DJP reduced the amount of compensation for which it is requesting final approval to $234.842.50, and the Court approved compensation in this amount (and also approved reimbursement of expenses as requested in the amount of $3,356.63), subject to giving parties in interest this further notice. If you have not received a copy of the Jones Waldo Application, you may obtain a copy from the Court's electronic PACER service or by requesting a copy from Lon A. Jenkins, Jones Waldo Holbrook & McDonough, 170 South Main Street, Suite 1500, Salt Lake City, Utah 84101, email: lajenkins@joneswaldo.com.

**PLEASE TAKE FURTHER NOTICE** that your rights may be affected. You should read this Notice and the Final Fee Applications carefully and discuss them with your attorney, if you have one, in this bankruptcy case.

**PLEASE TAKE FURTHER NOTICE** that objections to any or all of the Final Fee Applications must be filed with the Bankruptcy Court in writing in conformity with Rule 9013-1(c) of the Bankruptcy Court's local rules of practice so that it is **received** no later than **Monday, September 20, 2010, at 4:30 p.m. MDT**. Your objection must be filed at:

> Clerk
> United States Bankruptcy Court
> 350 South Main Street
> Salt Lake City, Utah 84101

Copies of objections must be served on the counsel for the Debtor listed below; on counsel for the Official Committee of Unsecured Creditors, Lon A. Jenkins, Jones Waldo Holbrook & McDonough PC, 170 South Main Street, # 1500, Salt Lake City, Utah 84101, email: lajenkins@joneswaldo.com; on special counsel for the Debtors, Joseph E. Wrona, Wrona Law Firm, 1745 Sidewinder Drive, Park City, Utah 84060, email: wrona@wasatchlaw.com; and Corbin B. Gordon, Corbin B. Gordon, P.C., 345 West 600 South, Suite 108, Heber City, Utah 84032, email: corbingordon@yahoo.com; on counsel for BDRC, Blake D. Miller, Miller &

5

Guymon, PC, 165 South Regent Street, Salt Lake City, Utah 84111, email:

miller@millerguymon.com; and on counsel for WestLB, AG, Richard W. Havel, Sidley Austin

LLP, 555 West Fifth Street, Suite 4000, Los Angeles, California 90013, email:

RHavel@Sidley.com.

**PLEASE TAKE FURTHER NOTICE** that, if you mail your objection to the

Bankruptcy Court for filing, you must mail it early enough so the Court will **receive** it on or

before the time and date stated above. You must also serve your objection on the undersigned

counsel for the Debtor and on the applicant for the specific Final Fee Application to which you

are objecting.

**PLEASE TAKE FURTHER NOTICE** that, if an objection is made to a particular Final

Fee Application (other than the BDRC Application), that objection and that Final Fee

Application will come on for hearing before the Honorable R. Kimball Mosier, United States

Bankruptcy Judge, on **Thursday, September 23, 2010, at 1:30 p.m., MDT**, in his courtroom,

Room 369, Frank E. Moss United States Courthouse, 350 South Main Street, Salt Lake City,

Utah 84101. If you file an objection to a Final Fee Application, you or your attorney must attend

the hearing on the Final Fee Applications and objections thereto if you want your objection to be

considered by the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that the continued hearing on the BDRC

Application and WestLB's objection thereto will come on before the Honorable R. Kimball

Mosier, United States Bankruptcy Judge, on **Tuesday, October 19, 2010, at 1:00 p.m., MDT**, in

his courtroom, Room 369, Frank E. Moss United States Courthouse, 350 South Main Street, Salt

Lake City, Utah 84101. If you file an objection to the BDRC Application, your objection will

6

also be heard at that time and you or your attorney must attend this hearing on the BDRC Application if you want your objection to be considered by the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Rule 9013(c), absent timely filing and service of objections to an Application (other than the BDRC Application), the Orders approving Final Fee Applications will become final without further notice or hearing. Additionally, upon the resolution of any timely filed and served objection to a Final Fee Application (including the BDRC Application), the relevant Professional may ask the Court to approve its Final Fee Application without further notice or hearing.

DATED this 26th day of August, 2010.

        DURHAM JONES & PINEGAR, P.C.

By:  /s/ Kenneth L. Cannon II
Kenneth L. Cannon II (kcannon@djplaw.com)(3705)
Steven J. McCardell (smccardell@djplaw.com)(2144)

and

CROWELL & MORING LLP
Michael V. Blumenthal (mblumenthal@crowell.com)
(admitted pro hac vice)
Steven B. Eichel (seichel@crowell.com)
(admitted pro hac vice)

Counsel for Easy Street Partners, LLC, Debtor and Debtor in Possession

**CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2010, a true and correct copy of the foregoing Notice of Final Fee Applications and of Opportunity to Object Thereto was served via ECF Notification and/or first-class mail, postage prepaid upon the parties listed on the attached pages.

   /s/ Kristin Hughes

A.W. Marshall Company
P O Box 16127
Salt Lake City, UT  84116-0127

ACME Thread Ware
6436 N Business Park Loop Rd.
Park City, UT  84098-6233

ADT Security Services Inc
P O Box 371956
Pittsburgh, PA  15250-7956

AT&T Mobility
P O Box 6463
Carol Stream, IL  60197-6463

ATIV Corporation
722 Nardo Rd
Encinitas, CA  92024

AXIS Group
84 Route 347
Port Jefferson Station, NY  11767

Aetna
PO Box 894938
Los Angeles, CA  90189-4938

W Brian Ahern
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Air Filter Sales & Service Inc
255 West 2950 South
Salt Lake City, UT  84115-3443

Albert Ulster Imports, Inc.
PO Box 770
Gaithersburg, MD 20884-0770

Albert and Roxann Albiana
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Alchemy Ventures Trust
17575 Fitzpatrick Lane
Occidental, CA  95465-9355

Alchemy Ventures Trust
c/o Kim R. Wilson
Snow Christensen & Martineau
P O Box 45000
Salt Lake City, UT  84145-5000

Gilbert & Jeanette Alder
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

All-Pro Cleaning Systems, Inc.
166 West Cottage Avenue
Sandy, UT 84070-1433

Allen Distribution Services
3247 South 3690 West
West Valley City, UT 84120-2150

Alliance Abroad Group LP
1221 South Mopac Expressway
Suite 100
Austin, TX  78746-7615

Allied Waste Services
PO Box 78829
Phoenix, AZ 85062-8829

Stephen Allis
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Alpine Adventures
3020 North Federal Highway # 10
Fort Lauderdale, FL  33306-1451

Alsco
P O Box 25717
Salt Lake City, UT 84125-0717

Brian D. Althaver
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

American Express
PO Box 53852
Phoenix, AZ 85072-3852

American Express Travel
2421 West Peoria Avenue
Phoenix, AZ  85029-4939

American Express Travel Relate
2840 South 123rd Court
Omaha, NE  68144

American Ski & Board Association
686 NW York
Bend, OR  97701

Jonathan & Joanne Ames
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

American Hotel Register CO
16458 Collections Center Drive
Chicago, IL  60693-0001

American Liberty Insurance
3601 N University Ave Suite 100
Provo, UT  84604-6600

Allan & Amy Anderson
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Appliance Sales & Service
P O Box 670
55 E Center St., Suite 140
Heber City, UT  84032-1946

Troy J. Aramburu
Jones Waldo Holbrook & McDonough
170 South Main Street, Suite 1500
Salt Lake City, UT  84101-1644

Arctic Spas/ Spagoods.com
4575 N. Silver Springs Dr
Park City, UT 84098-7536

BDRC 4Site, LLC
Attn:  Brian W. Dorsey
6387 Camp Bowie Blvd., Ste B345
Fort Worth, TX  76116

BJ Plumbing Supply
1470 South State
Orem, UT 84097-7704

BTC Rob Stevenson
957 East 1300 South
Salt Lake City, UT 84105-1856

Diane H. Banks
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Baker Tile Co
1434 West 8040 South
West Jordan, UT 84088-9459

Bank Living Trust
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Christopher B. Barker, Esq.
Goodwin Proctor LLP
53 State Street
Boston, MA  02109-2881

James and Marianne Barickman
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

BayNorth Realty Fund
BayNorth Capital, LLC
Attn:  Charles J. Flint
One Financial Center, Floor 23
Boston, MA  02111-2621

Bellows Glass
76 West 200 South
Heber City, UT 84032-2005

Bevco2
651 West 600 South
Salt Lake City, UT 84104-1015

Big Four Distributing, Inc
304 East 900 South
Provo, UT  84606-7316

Michael V. Blumenthal
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY  10022-2544

Peter Blythe
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Scott Boberek
P O Box 680514
Park City, UT  84068

Thomas S. Bradley
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Lisa A. Bugaski, Trustee
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Business Technology Consulting
Rob Stevenson
957 East 1300 South
Salt Lake City, UT  84105

Josh Butsch
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

C & G Velasquez Family Trust
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

CBIZ Accounting
175 S West Temple, Suite 650
Salt Lake City, UT  84111

CRC Design
Attn:  Clay Coleman
298 South Center
Midway, UT  84049

Cameron & Associates
P O Box 5
Orem, UT  84059

Amy Casey
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Castillo Trust
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Michael & Nilda Chang
16 Morning Sky Lane
Las Vegas, NV 89135-7860

Chang Family Trust
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

| | | |
|---|---|---|
| Child Support Services<br>ORS PO Box 45011<br>Salt Lake City, UT 84145-0011 | Cintas Corporation<br>97627 Eagle Way<br>Chicago, IL 60678-7627 | CloudNine Resorts – Sky Lodge Dev<br>c/o Kim R. Wilson<br>Snow Christensen & Martineau<br>P O Box 45000<br>Salt Lake City, UT 84145-5000 |
| CloudNine Resorts – Sky Lodge Mgmt<br>c/o Kim R. Wilson<br>Snow Christensen & Martineau<br>P O Box 45000<br>Salt Lake City, UT 84145-5000 | CloudNine Resorts SL Development<br>Attn: Bill Shoaf<br>P O Box 683300<br>Park City, UT 84068-3300 | CloudNine Resorts SL Management<br>Attn: Bill Shoaf<br>P O Box 683300<br>Park City, UT 84068-3300 |
| Nelson Coats<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT 84111-2323 | Bastiaan Coebergh<br>Wrona Law Offices, P.C.<br>1745 Sidewinder Drive<br>Park City, UT 84060 | Colorado Casualty Insurance Co<br>PO Box 85627<br>San Diego, CA 92186-5627 |
| Comcast<br>P O Box 34744<br>Seattle, WA 98124-1744 | CoolWorks.com<br>PO Box 272<br>Gardiner, MT 59030-0272 | Committee of Unsecured Creditors<br>Jones Waldo Holbrook & McDonough<br>170 South Main Street, Suite 1500<br>Salt Lake City, UT 84101-1644 |
| Jonathan B. and Marie Connor<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT 84111-2323 | Corrado Properties<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT 84111-2323 | Christine M. Craige, Esq.<br>Sidley Austin LLP<br>555 West Fifth Street<br>Los Angeles, CA 90013-1010 |
| Scott A. Cummings<br>Dorsey & Whitney LLP<br>136 South Main Street, Suite 1000<br>Salt Lake City, UT 84101-1685 | Curb It Recycling<br>P O Box 681397<br>Park City, UT 84068-1397 | Cushman & Wakefield<br>50 Broad Street<br>New York, NY 10004-2307 |
| Robert J. Dale<br>Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT 84111-2323 | Phillip A & Ruth M Davidson<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT 84111-2323 | Kenneth A & Marcie B. Davis<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT 84111-2323 |
| Michael Scott Davis<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT 84111-2323 | Dex West<br>P O Box 79167<br>Phoenix, AZ 85062-9167 | Diamond Rental<br>4518 South 500 West<br>Salt Lake City, UT 84123-3694 |
| K Dickey, S Dickey & P Bradley<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT 84111-2323 | Robert A. & Bianka M. Diorio<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT 84111-2323 | Leon and Joy Dreimann<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT 84111-2323 |
| James I and Suzanne Duffield<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT 84111-2323 | Drew A. Norman, Esq.<br>Sidley Austin LLP<br>555 West Fifth Street<br>Los Angeles, CA 90013-1010 | EM Systems<br>P O Box 540783<br>North Salt Lake, UT 84054-0783 |

Easy Street Holding, LLC
4780 Winchester Court
Park City, UT  84098-7528

Easy Street Mezzanine, LLC
4780 Winchester Court
Park City, UT  84098-7528

Easy Street Partners, LLC
4780 Winchester Court
Park City, UT  84098-7528

Ecolab
P O Box 100512
Pasadena, CA  91189-0512

Ecolab Pest Elim. Div
P O Box 6007
Grand Forks, ND  58206-6007

Steven B. Eichel
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY  10022-2544

Elliott Workgroup LLC
Attn:  Craig Elliott
P O Box 3419
Park City, UT  84060-3419

William D. Ellis, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA  90013

Stephen Elrick
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

William S. Escudier
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

W Escudier, M. Escudier, T Escudier, W Esc
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Fabian & Clendenin
c/o Robert Dale & Bradley Tilt
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Michael A. Feder
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

FedEx
PO Box 7221
Pasadena, CA  91109-7321

Diana Ferguson
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Janis J Ferraris & Deborah J Depaoli
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Stephen N. Finberg
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Dena A. Fleming & Steve Chin
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Joshua Fick
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Anthony S. Fiotto
Goodwin Proctor LLP
53 State Street
Boston, MA  02109-2881

Five 9's Communication
P O Box 348
Roy, UT  84067-0348

Ruben Flores
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Fog River Fisheries
9554 Wells Circle, Suite A
West Jordan, UT  84081

Ronald A. Fragen
64893 Saragossa
Palm Springs, CA  92264

Frank Rimerman & Co. LLP
60 South Market Street
San Jose, CA  95113-2351

Fuelman
PO Box 105080
Atlanta, GA  30348-5080

G.M. Collin Skin Care Inc.
613 State Route 3, Suite 100
Plattsburgh, NY  12901

Curtis & Patricia Gardner
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Gateway Center, LLC
c/o Commerce CRG
32 West 200 South, Suite 501
Salt Lake City, UT  84101

Gateway Center, LLC
c/o Resort Commercial Property Mgmt
1415 Lowell Avenue
P O Box 682152
Park City, UT  84068-2152

Gateway Center, LLC  
c/o Vectra Management Group  
424 West 33rd Street, Suite 540  
New York, NY  10001-2641

Gemstone Hotels & Resorts, LLC  
Attn:  Jeff McIntyre, Principal  
1912 Sidewinder Drive, # 104  
Park City, UT  84060

General Chemical  
PO Box 533195  
Charlotte, NC  28290-3195

Gentry Finance  
386 South State Street  
Orem, UT  84058-5424

Get Fresh  
1548 18th Street  
Santa Monica, CA  90404

Andrew & Karen Gilligan  
c/o Robert Dale & Bradley Tilt  
Fabian & Clendenin  
215 South State Street, Suite 1200  
Salt Lake City, UT  84111-2323

Goodrich & Thomas, CPAs  
3200 Park Center Drive Suite 1170  
Costa Mesa, CA  92626-7153

Corbin B. Gordon  
Corbin B. Gordon, P.C.  
345 West 600 South  
Heber City, UT  84032-2247

Grazo Electric  
PO Box 1196  
Midway, UT  84049-1196

Mark T. Greenquist  
c/o Robert Dale & Bradley Tilt  
Fabian & Clendenin  
215 South State Street, Suite 1200  
Salt Lake City, UT  84111-2323

Marcia L. Griffiths  
c/o Robert Dale & Bradley Tilt  
Fabian & Clendenin  
215 South State Street, Suite 1200  
Salt Lake City, UT  84111-2323

Merrick L & Rosa S. Gross  
c/o Robert Dale & Bradley Tilt  
Fabian & Clendenin  
215 South State Street, Suite 1200  
Salt Lake City, UT  84111-2323

Craig & Ann Guernsey  
c/o Robert Dale & Bradley Tilt  
Fabian & Clendenin  
215 South State Street, Suite 1200  
Salt Lake City, UT  84111-2323

Gunthers Comfort Air  
81 South 700 East  
American Fork, UT  84003-2158

Gunthers Comfort Air  
c/o Jeffrey L. Shields  
Callister Nebeker & McCullough  
10 East South Temple, Suite 900  
Salt Lake City, UT  84133-1101

HD Supply Facilities Maintenance  
P O Box 509058  
San Diego, CA  92150-9058

HY-KO Supply Co.  
1980 West Industrial Cir  
P O Box 26116  
Salt Lake City, UT  84126

Suzanne Harris  
c/o Robert Dale & Bradley Tilt  
Fabian & Clendenin  
215 South State Street, Suite 1200  
Salt Lake City, UT  84111-2323

Brian W. Harvey  
Goodwin Proctor LLP  
The New York Times Building  
620 Eighth Avenue  
New York, NY  10018-1618

Richard W. Havel, Esq.  
Sidley Austin LLP  
555 West Fifth Street  
Los Angeles, CA  90013-1010

George F.J. and Ruth Hill  
c/o Robert Dale & Bradley Tilt  
Fabian & Clendenin  
215 South State Street, Suite 1200  
Salt Lake City, UT  84111-2323

Dane C. Hillyard  
c/o Robert Dale & Bradley Tilt  
Fabian & Clendenin  
215 South State Street, Suite 1200  
Salt Lake City, UT  84111-2323

William A & Constance F Hindle  
c/o Robert Dale & Bradley Tilt  
Fabian & Clendenin  
215 South State Street, Suite 1200  
Salt Lake City, UT  84111-2323

John M. Hojel & Veronica Hojel  
c/o Robert Dale & Bradley Tilt  
Fabian & Clendenin  
215 South State Street, Suite 1200  
Salt Lake City, UT  84111-2323

Brooks Hoven and Brenda Schmid  
c/o Robert Dale & Bradley Tilt  
Fabian & Clendenin  
215 South State Street, Suite 1200  
Salt Lake City, UT  84111-2323

Home Depot Credit Services  
P O Box 6031  
The Lakes, NV  88901-6031

Hood Cleaners of Utah  
P O Box 342  
Riverton, UT  84065-0342

Hop To It Living Trust  
c/o Robert Dale & Bradley Tilt  
Fabian & Clendenin  
215 South State Street, Suite 1200  
Salt Lake City, UT  84111-2323

Hotel Amenities Resources LLC  
2000 Van Ness Avenue Suite 801  
San Francisco, CA  94109-3023

Mary Margaret Hunt  
Dorsey & Whitney LLP  
136 South Main Street, Suite 1000  
Salt Lake City, UT  84101-1685

| | | |
|---|---|---|
| Innovative Body Science<br>6350 Yarrow Drive Suite D<br>Carlsbad, CA 92011-1544 | Intermountain Drug Testing<br>PO Box 9800<br>Salt Lake City, UT 84109-9800 | Internal Revenue Service<br>Centralized Insolvency Operations<br>P O Box 21126<br>Philadelphia, PA 19114-0326 |
| Internal Revenue Service<br>IRS-Group Manager<br>50 South 500 East, M/S 5021-SLC<br>Salt Lake City, UT 84111 | Ion Cibuc<br>7 Kafern Drive Apt 1-D<br>Baltimore, MD 21207-4383 | Jacobsen Construction<br>PO Box 27608<br>Salt Lake City, UT 84127-0608 |
| Jacobsen National Group, Inc.<br>c/o Michael R. Johnson, Esq.<br>Ray Quinney & Nebeker<br>36 South State Street, Suite 1400<br>Salt Lake City, UT 84111-1451 | Annette W. Jarvis, Esq.<br>Dorsey & Whitney LLP<br>136 South Main Street, Suite 1000<br>Salt Lake City, UT 84101-1685 | Lon A. Jenkins<br>Jones Waldo Holbrook & McDonough<br>170 South Main Street, Suite 1500<br>Salt Lake City, UT 84101-1644 |
| Catherine Johnson<br>3182 Creek Road<br>Park City, UT 84098 | Michael R. Johnson, Esq.<br>Ray Quinney & Nebeker<br>36 South State Street, Suite 1400<br>P O Box 45385<br>Salt Lake City, UT 84145-0385 | Kaba Ilco, Inc<br>PO Box 12553 Succ Centre Ville<br>Montreal, QC H3C-6R1<br>CANADA |
| KBIi Properties, LP<br>PO Box 680464<br>Park City, UT 84068-0464 | Darren T & Alona Kavinoky<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT 84111-2323 | Anthony C. Kaye<br>Ballard Spahr Andrews & Ingersoll, LLP<br>201 South Main Street, Suite 600<br>Salt Lake City, UT 84111-2212 |
| John P. and Melissa B. Kelly<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT 84111-2323 | Klehr, Branzburg & Ellers LLP<br>Attn: William A. Harvey<br>260 South Broad St.<br>Philadelphia, PA 19102-5021 | Benjamin J. Kotter<br>Dorsey & Whitney LLP<br>136 South Main Street, Suite 1000<br>Salt Lake City, UT 84101-1685 |
| Mark C. Kramer Trust<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT 84111-2323 | Rishi & Ashima Kumar<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT 84111-2323 | Steve LaFredo<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT 84111-2323 |
| Brian & Teri Laidlaw<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT 84111-2323 | La Monica's Restaurant Equipment<br>6211 South 380 West<br>Murray, UT 84107-3309 | Janet & William Lamkin<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT 84111-2323 |
| Robert Lamkin & Ray Bidenhost<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT 84111-2323 | William & Janet Lamkin<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT 84111-2323 | Eric D. Lemont<br>Goodwin Proctor LLP<br>53 State Street<br>Boston, MA 02109-2881 |
| Les Olson Company<br>P O Box 65598<br>Salt Lake City, UT 84165-0598 | Levine Holdings, LLC<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT 84111-2323 | Linda Marie Eide Residuary Family Trust<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT 84111-2323 |

Liquor Leasing & Service, L.C.
9283 South Jean Drive
Sandy, UT  84070-6254

Mark Litchfield & Kristin Rotter
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Living Creations Inc
2163 E Lambourne Ave
Salt Lake City, UT  84109-2454

Lovejoy Sky Lodge
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Larry L. Lozensky
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

James A. Lundin
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Luxury Residence Group
Attn:  Carrie Shoaf
693 Main Street
P O Box 1225
Park City, UT  84060

M & M Distributing
531 West 600 North
Salt Lake City, UT 84116-3430

Market Metrix
990 A Street Suite 301
San Rafael, CA 94901-3000

Mascioni Hospitality, Inc.
915 Broadway, Suite 1909
New York, NY  10010

Adelaide Maudsley
Chapman & Cutler LLP
201 South Main Street, Suite 2000
Salt Lake City, UT  84111-2298

Kevin McCarthy
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Tracy McCarthy
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Clint McClellan
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

McGladrey and Pullin
Attn:  Jan Riend
One South Wacker Drive, Suite 800
Chicago, IL  60606-4650

John E. McIlwaine
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Claudia McMullin & Timothy Douglas
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Joshua A. Mettle
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Media One of Utah
4770 South 5600 West
West Valley City, UT  84170-4005

Merrit & Harris
301 E Glenoaks Blvd. Suite 4
Glendale CA 91207-2115

Thomas & Julie B. Millar
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Millcreek Consulting
Attn:  Steve Brown
3017 E Kempner Rd.
Salt Lake City UT  84109-3654

Daniel S. Miller DDS
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Robert A. Miller
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Money 4 You & Mr. Money
498 North 900 West # 230
Kaysville, UT 84037-4213

Frederic Monnot
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Stephen Monticone
592 North 200 West
Heber City, UT  84032

John T. Morgan Tr
US Trustees Office
405 South Main Street, Suite 300
Salt Lake City, UT  84111-3402

Mountain Valley Temperature Control
PO Box 429
Pleasant Grove, UT 84062-0429

Muir Copper Canyon Farms
PO Box 26775
Salt Lake City, UT 84126-0775

| | | |
|---|---|---|
| Muzak LLC<br>PO Box 71070<br>Charlotte, NC  28272-1070 | Nicholas & Company, Inc.<br>P O Box 45005<br>Salt Lake City, UT  84145-0005 | Night Vision Landscape Light<br>2859 West 7550 South<br>West Jordan, UT  84084-3712 |
| Open Table Inc<br>PO Box 49322<br>San Jose, CA  95161-9322 | Pacific Seafood - Utah<br>P O Box 97<br>Clackmas, OR  97015-0097 | Park Avenue Travel<br>11 Park Avenue<br>Swarthmore, PA  19081 |
| Park City I, LLC<br>c/o George B. Hofmann<br>Parsons Kinghorn Harris<br>111 East Broadway, Suite 1100<br>Salt Lake City, UT  84111 | Park City Surveying<br>P O Box 682993<br>Park City, UT  84068-2993 | Daniel H. & Vanessa I. Payne<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 |
| Douglas J. Payne<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 | Philo Smith<br>684 Glenneyre Street<br>Laguna Beach, CA  92651-2420 | Philo Smith Jr. Trust<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 |
| Par Springer-Miller System, Inc<br>782 Mountain Road<br>PO Box 1547<br>Stowe, VT  05672-1547 | Park City Auto Parts/Hardware<br>P O Box 244<br>Heber City, UT  84032-0244 | Park City Chamber Bureau<br>P O Box 1630<br>Park City, UT  84060 |
| Park City Lock & Key<br>3946 North Last Run Drive<br>Park City, UT  84098 | Park City Municipal Corp.<br>PO Box 1480<br>Park City, UT 84060-1480 | Park City Water<br>PO Box 1480<br>Park City, UT 84060-1480 |
| Park City WinElectric<br>PO Box 681729<br>Park City, UT  84068-1729 | Patricia Wagner<br>P O Box 680322<br>Park City, UT  84068-0322 | PayChex Human Resources Services<br>P O Box 29769<br>New York, NY  10087-9769 |
| Peak Mobile Communications<br>4910 South Warehouse Road<br>Salt Lake City, UT  84118-6354 | Peets Coffee & Tea<br>P O Box 12509<br>Berkeley, CA  94712-3509 | Pitney Bowes<br>P O Box 856390<br>Louisville, KY  40285-6390 |
| Plaza Dry Cleaners<br>PO Box 770-361<br>Park City UT 84060 | Donald E. Porteous<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 | Porter Paint<br>1268 South 500 West<br>Salt Lake City, UT  84101-3019 |
| Proforma<br>PO Box 51925<br>Los Angeles, CA  90051-6225 | Protravel International<br>14130 Riverside Drive<br>Sherman Oaks, CA  91423-2313 | Protravel International Inc<br>515 Madison Ave 10th Floor<br>New York, NY  10022-5403 |

Questar Gas Company
PO Box 45360
Salt Lake City, UT 84145-0360

Qwest, Inc.
Attn:  Bankruptcy Department
PO Box 29040
Phoenix, AZ 85038-9040

Qwest Corp.
Attn:  Jane Frey
1801 California Street, Room 900
Denver, CO  80202-2658

Qwest Communications Company
Attn:  Jane Frey
1801 California Street, Room 900
Denver, CO  80202-2658

Qwest Long Distance Business Services
PO Box 856169
Louisville, KY 40285-6169

Elizabeth Rad
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Charles & Vicki P. Raeburn
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Angela Rayner
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Steve Reich
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Steve Reich, Scott Coleman & Ashley Coleman
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Renegade Oil Inc
1141 South 3200 West
Salt Lake City, UT 84104-4562

Revco Leasing
P O Box 65598
Salt Lake City, UT  84165-0598

Knute Rife
Wrona Law Offices
11650 South State Street, Suite 103
Draper, UT  84020-7144

Rimmerman
One Embarcadero Center, Suite 2410
San Francisco, CA  94111-3737

PacifiCorp
Attn:  Bankruptcy
P O Box 25308
Salt Lake City, UT  84125-0308

Eric & Susan Rothchild
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

RussWoods LLC
5148 Silver Springs Road
Park City, UT 84098-6034

SL Convention & Visitors Bureau
90 South West Temple
Salt Lake City, UT 84101-1406

Safeguard
P O Box 5
Orem, UT  84059

Schindler Elevator Corporation
P O Box 93050
Chicago, IL  60630

Scott James Jewelry
32 South Main Street
Heber City, UT  84032

Securities & Exchange Commission
Attn:  Bankruptcy Dept.
44 Montgomery St # 1100
San Francisco, CA 94104-4613

Sentry West Insurance Services
PO Box 9289
Salt Lake City, UT 84109-9289

Shaner Design, Inc.
Attn:  Tom Shaner
614 Main Street, Suite 404
PO Box 4560
Park City, UT 84060-4560

Sheri P. Chromow, Esq.
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY  10022-2585

Jeffrey L. Shields
Callister Nebeker & McCullough
10 East South Temple, Suite 900
Salt Lake City, UT  84133-1101

Jeffrey Weston Shields
Jones Waldo Holbrook & McDonough
170 South Main Street, Suite 1500
Salt Lake City, UT  84101-1644

Shift4 Corporation
1491 Center Crossing Rd
Las Vegas, NV 89144-7047

William & Carrie Shoaf
4780 Winchester Court
Park City, UT 84098-7528

Shoes For Crews, LLC
File LockBox 51151
Los Angeles, CA 90074-1151

Matthew & Terry L. Sidford
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Siemens Building Technologies, Inc.
9707 Sandy Parkway
Sandy, UT  84070-2500

Charles H. & Andrea E. Silverman
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Robert K & Lynn K Simons
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Skyboozers LLC
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Sky Lodge Holdings, LLC
c/o David E. Leta
Snell & Wilmer
15 West South Temple, Suite 1200
Salt Lake City, UT  84101-1547

Small Luxury Hotels
2nd Floor-Grantham House
North Street Leatherhead
Surrey KT22 7AZ
GREAT BRITAIN

Amer & Yvette Soudani
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Squire
Attn:  Ray Chipman
1329 South 800 East
Orem, UT 84097-7700

Standard Plumbing Supply
PO Box 708490
Sandy, UT 84070

Staples Credit Plan
Dept 51-7861136819
PO Box 689020
Des Moines, IA  50368-9020

David L & Louise A. Stark
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

State Office of Recovery Services
515 East 100 South
P O Box 45033
Salt Lake City, UT  84145-0033

State of Utah
Office of the Attorney General
Tax & Revenue Division
P O Box 40874
Salt Lake City, UT  84114-0874

Step Saver Inc.
1901 West 2425 South
Wood Cross, UT  84087-2463

Stone Ground Bakery
P O Box 581078
Salt Lake City, UT  84158-1078

Sugar House Awning
7526 South State Street
Midvale, UT  84047

Summit Business Services
Attn:  Chipper Leonard
4130 Hilltop Court
Park City, UT  84098-4715

Summit County Assessor
PO Box 128
Coalville, UT 84017-0128

Summit County Treasurer
60 North Main
PO Box 128
Coalville, UT  84017

Summit County Public Health Dept
Environmental Laboratory
PO Box 128
Coalville, UT 84017-0128

Sundance Partners, Ltd.
c/o Ballard Spahr
201 South Main Street, Suite 800
Salt Lake City, UT  84111-2212

Swire Coca-Cola USA
P O Box 1410
Draper, UT  84020-1410

Sysco Intermountain Food Service
Attn:  Steve Lewis
P O Box 27638
Salt Lake City, UT  84127-0638

Sysco Intermountain Food Services, Inc.
c/o David W. Overholt
Richer & Overholt, PC
901 West Baxter Drive
South Jordan, UT  84095-8687

TCF Holdings – Fred Mommot
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Target Labels & Packaging
40 West 3800 North
Hyde Park, UT  84318-4114

N. Allen Taylor
Taylor Capital Management
6641 North Paseo Tamayo
Tucson, AZ  85750

Tenderfoot Holdings LLC
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Teresa Martha Wiss Trust
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

| | | |
|---|---|---|
| The Aspen Times<br>Colorado Mountains News Media<br>P O Box 540<br>Gypsum, CO  81637 | The Barbara A Casale Revocable Trust<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 | The Chef's Garden<br>9009 Huron-Avery Road<br>Huron, OH 44839-2448 |
| The Elevator Company<br>PO Box 736<br>Bountiful, UT 84011-0736 | The Mark and Joann Tattersall Trust<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 | The Park Record<br>P O Box 3688<br>Park City, UT  84060 |
| The Richard C. Casale Revocable Trust<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 | The Shoaf Family Trust Jan 16 2002<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 | Paul W. Throndsen, MAI<br>Appraisal Group, Inc.<br>7396 South Union Park Ave., #301<br>Midvale, UT  84047 |
| Timothy G. Little, Esq.<br>Katten Muchin Rosenman LLP<br>575 Madison Avenue<br>New York, NY  10022-2585 | USA Today<br>P O Box 79782<br>Baltimore, MD  21279-0782 | Union Square Home Owners Association<br>PO Box 683300<br>Park City UT 84068-3300 |
| United Fence Co.<br>PO Box 26933<br>2525 South 2700 West<br>Salt Lake City, UT 84119-1227 | Universal Companies<br>18260 Oak Park Drive<br>Abingdon, VA  24210 | Utah Dept-Alcoholic Beverage Control<br>1625 South 900 West<br>P O Box 30408<br>Salt Lake City, UT  84130-0408 |
| Utah Dept of Workforce Services<br>P O Box 45249<br>Salt Lake City, UT  84145-0249 | Utah Fire Equipment<br>152 West 1700 South<br>Salt Lake City, UT  84115 | Utah State Tax Commission<br>Sales Tax<br>210 North 1950 West<br>Salt Lake City, UT  84134-0400 |
| Stephen P. & Barbara Vermut<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 | Virtuoso, Ltd.<br>c/o R. Jason Pierce<br>Bourland, Wall & Wenzel, P.C.<br>301 Commerce Street, Suite 1500<br>Fort Worth, TX  76102 | Virtuoso, Ltd<br>P O Box 99358<br>Fort Worth, TX  76199-0358 |
| Graham Wagner & Kati Irwin<br>c/o Robert Dale & Bradley Tilt<br>Fabian & Clendenin<br>215 South State Street, Suite 1200<br>Salt Lake City, UT  84111-2323 | Wasatch Audio-Visual<br>PO Box 770 PMB282<br>Park City, UT  84060-0770 | Wasatch Meats<br>926 South Jefferson Street<br>Salt Lake City, UT  84101-2983 |
| Water Images<br>P O Box 571393<br>Murray, UT 84157-1393 | Water Reclamation District<br>2800 Homestead Rd<br>Park City, UT  84098-4869 | Alfred M. Wesser<br>2353 South Waldby Avenue<br>Fresno, CA  93725 |
| Wells Fargo Equipment Finance<br>NW-8178 PO Box 1450<br>Minneapolis, MN 55485-8178 | Wells Fargo Equipment Finance<br>733 Marquette Avenue Suite 700<br>Minneapolis, MN 55402-2316 | West LB AG, New York Branch<br>Attn:  Christian Ruehmer<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007 |

Duncan Robertson
Executive Director
WestLB AG, Special Situations - NY
7 World Trade Center
250 Greenwich Street
New York, NY 10007

Whitney Advertising & Design
6410 N Business Park Loop Rd
Suite H
Park City, UT  84098-6212

David L. Wickline
c/o Kim R. Wilson
Snow Christensen & Martineau
P O Box 45000
Salt Lake City, UT  84145-5000

Francine Wynn
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Bruce J. Zabarauskas
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY  10022-2544


Emily and John Hill
1821 Tamarack Street
Westlake Village, CA 91361



Michael Pardo
513 Scrimshaw Way
Severna Park, MD 21146-1424

West LB AG, New York Branch
Attn:  Jeff Nelson
7 World Trade Center
250 Greenwich Street
New York, NY 10007

Jim & Robin Whitney
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Kim R. Wilson
Snow Christensen & Martineau
10 Exchange Place, Suite 1100
P O Box 45000
Salt Lake City, UT  84145-5000

Kenneth Yonemura & Grace Noda-Yonemura
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Anthony & Teresa Meno Zingale
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323


Joy and Leon Dreimann
1285 Loch Lane
Lake Forest, IL 60045



Sarah Betsy Bacon
2952 Arabian Drive
Park City, UT 84060

West LB AG, New York Branch
Attn:  James Winikor
7 World Trade Center
250 Greenwich Street
New York, NY 10007

David Wickline
17575 Fitzpatrick Lane
Occidental, CA  95465-9355


Joseph E. Wrona
Wrona Law Office, P.C.
1816 Prospecter
Park City, UT  84060


Phillip & Ruth Yuan
c/o Robert Dale & Bradley Tilt
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, UT  84111-2323

Acme Holdings LLC
Sean Raiton
PO Box 681373
Park City, UT  84068


Kevin Borg
2215 East 6595 South
Salt Lake City, UT 84121