**The below described is SIGNED.**

**Dated: September 01, 2010**

_____
**R. KIMBALL MOSIER**
**U.S. Bankruptcy Judge**



_____

*Prepared and submitted by*:

| | |
|---|---|
| Annette W. Jarvis (1649) | Kenneth L. Cannon II (3705) |
| Cameron M. Hancock (5389) | Steven J. McCardell (2144) |
| Scott A. Cummings (11443) | **DURHAM JONES & PINEGAR, P.C.** |
| **DORSEY & WHITNEY LLP** | 111 East Broadway, Suite 900 |
| 136 South Main Street, Suite 1000 | P.O. Box 4050 |
| Salt Lake City, Utah 84101 | Salt Lake City, Utah 84110-4050 |
| Telephone: (801) 933-7360 | Telephone: (801) 415-300 |
| Facsimile: (801) 933-7373 | Facsimile: (801) 415-3500 |
| Email: jarvis.annette@dorsey.com | Email: kcannon@djplaw.com |
|     hancock.cameron@dorsey.com |     smccardell@djplaw.com |
|     cummings.scott@dorsey.com | |

---

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | Bankruptcy Case No. 09-29905 |
| EASY STREET HOLDING, LLC, *et al.*, ) | Jointly Administered with Cases |
| ) | 09-29907 and 09-29908 |
|     Debtors. ) | |
| ) | Chapter 11 |
| Address: 201 Heber Avenue ) | |
|     Park City, UT 84060 ) | [FILED ELECTRONICALLY] |
| ) | |
| Tax ID Numbers: ) | |
| 35-2183713 (Easy Street Holding, LLC), ) | |
| 20-4502979 (Easy Street Partners, LLC), and ) | |
| 84-1685764 (Easy Street Mezzanine, LLC) ) | |
| ) | |

**ORDER GRANTING JOINT MOTION TO APPROVE STIPULATION**
**WITH ELLIOTT WORKGROUP, LLC**

_____

-1-

**Filed: 08/31/10**

The matter before the Court is the Joint the Joint Motion to Approve Stipulation with Elliott Workgroup, LLC [Docket No. 614] (the "Joint Motion") filed by Easy Street Partners, LLC ("Partners" or the "Debtor") and WestLB, AG ("WestLB" and, together with Partners, the "Parties") seeking approval of a stipulation between the Parties and Elliott Workgroup, LLC [Docket No. 617] (the "Stipulation"). The Joint Motion, Stipulation, and the notice of hearing on the Joint Motion [Docket No. 630] (the "Notice of Hearing") were properly served on all parties in interest in this case, and no further notice is required. No responses to the Joint Motion have been filed with the Court.

The Court has reviewed the Joint Motion and Stipulation, the Notice of Hearing, and the certificate of service filed on July 19, 2010 [Docket No. 641], as well as applicable law, and hereby finds that the Joint Motion and Stipulation are reasonable and appropriate, and in the best interest of creditors and the Debtor's estate. For these reasons and for good cause shown,

**IT IS HEREBY ORDERED that:**

1. The Joint Motion is **GRANTED**;

2. The Stipulation is **APPROVED**;

3. The claim of the Elliott Workgroup, LLC in the amount of $105,700 that was originally listed on Partners' bankruptcy schedules as a secured claim, is hereby recharacterized as an allowed unsecured claim against Partners in the amount of $105,700 (the "Elliott Claim");

4. The Elliott Claim will be classified and treated as a Class 4 Claim under the Amended Plan of Reorganization of Easy Street Partners, LLC and WestLB, AG Dated June 16, 2010 [Docket No. 566], as confirmed by Order dated July 2, 2010 [Docket No. 600].

5. The hearing on the Joint Motion currently scheduled for September 7, 2010 is stricken.

---

(End of Order)

Approved as to form and content:

DURHAM JONES & PINEGAR, P.C.

/s/ Kenneth L. Cannon II
Kenneth L. Cannon II
*Attorneys for Easy Street Partners, LLC*

## CLERK'S CERTIFICATE OF SERVICE

I hereby certify that on September \_\_\_\_, 2010, I served a copy of the foregoing ORDER by U.S. Mail postage prepaid on all parties on the Court's mailing matrix for this case.



_____