**The below described is SIGNED.**

**Dated: September 01, 2010**

*R. KIMBALL MOSIER*
**U.S. Bankruptcy Judge**



___

*Prepared and submitted by*:

| | |
|---|---|
| Annette W. Jarvis (1649) | Kenneth L. Cannon II (3705) |
| Cameron M. Hancock (5389) | Steven J. McCardell (2144) |
| Scott A. Cummings (11443) | **DURHAM JONES & PINEGAR, P.C.** |
| **DORSEY & WHITNEY LLP** | 111 East Broadway, Suite 900 |
| 136 South Main Street, Suite 1000 | P.O. Box 4050 |
| Salt Lake City, Utah 84101 | Salt Lake City, Utah 84110-4050 |
| Telephone: (801) 933-7360 | Telephone: (801) 415-300 |
| Facsimile: (801) 933-7373 | Facsimile: (801) 415-3500 |
| Email: jarvis.annette@dorsey.com | Email: kcannon@djplaw.com |
|         hancock.cameron@dorsey.com |        smccardell@djplaw.com |
|         cummings.scott@dorsey.com | |

---

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Bankruptcy Case No. 09-29905 |
| EASY STREET HOLDING, LLC, *et al.*, | ) Jointly Administered with Cases |
| | )    09-29907 and 09-29908 |
|     Debtors. | ) |
| | ) Chapter 11 |
| Address:  201 Heber Avenue | ) |
|     Park City, UT 84060 | ) [FILED ELECTRONICALLY] |
| | ) |
| Tax ID Numbers: | ) |
| 35-2183713 (Easy Street Holding, LLC), | ) |
| 20-4502979 (Easy Street Partners, LLC), and | ) |
| 84-1685764 (Easy Street Mezzanine, LLC) | ) |
| | ) |

**ORDER GRANTING JOINT MOTION TO APPROVE STIPULATION
WITH ELLIOTT WORKGROUP, LLC**

-1-

**Filed: 08/31/10**

Entered On Docket: 09/01/2010

The matter before the Court is the Joint the Joint Motion to Approve Stipulation with Elliott Workgroup, LLC [Docket No. 614] (the "Joint Motion") filed by Easy Street Partners, LLC ("Partners" or the "Debtor") and WestLB, AG ("WestLB" and, together with Partners, the "Parties") seeking approval of a stipulation between the Parties and Elliott Workgroup, LLC [Docket No. 617] (the "Stipulation").  The Joint Motion, Stipulation, and the notice of hearing on the Joint Motion [Docket No. 630] (the "Notice of Hearing") were properly served on all parties in interest in this case, and no further notice is required.  No responses to the Joint Motion have been filed with the Court.

The Court has reviewed the Joint Motion and Stipulation, the Notice of Hearing, and the certificate of service filed on July 19, 2010 [Docket No. 641], as well as applicable law, and hereby finds that the Joint Motion and Stipulation are reasonable and appropriate, and in the best interest of creditors and the Debtor's estate.  For these reasons and for good cause shown,

**IT IS HEREBY ORDERED that:**

1. The Joint Motion is **GRANTED**;

2. The Stipulation is **APPROVED**;

3. The claim of the Elliott Workgroup, LLC in the amount of $105,700 that was originally listed on Partners' bankruptcy schedules as a secured claim, is hereby recharacterized as an allowed unsecured claim against Partners in the amount of $105,700 (the "Elliott Claim");

4. The Elliott Claim will be classified and treated as a Class 4 Claim under the Amended Plan of Reorganization of Easy Street Partners, LLC and WestLB, AG Dated June 16, 2010 [Docket No. 566], as confirmed by Order dated July 2, 2010 [Docket No. 600].

5. The hearing on the Joint Motion currently scheduled for September 7, 2010 is stricken.

---

(End of Order)

Approved as to form and content:

DURHAM JONES & PINEGAR, P.C.

/s/ Kenneth L. Cannon II
Kenneth L. Cannon II
*Attorneys for Easy Street Partners, LLC*

ORDER SIGNED

## CLERK'S CERTIFICATE OF SERVICE

I hereby certify that on September \_\_\_\_, 2010, I served a copy of the foregoing ORDER by U.S. Mail postage prepaid on all parties on the Court's mailing matrix for this case.

_____

ORDER SIGNED

# CERTIFICATE OF NOTICE

```
District/off: 1088-2          User: mtm                   Page 1 of 3                   Date Rcvd: Sep 01, 2010
Case: 09-29905                Form ID: pdfor1             Total Noticed: 89

The following entities were noticed by first class mail on Sep 03, 2010.
 db           +Easy Street Holding, LLC,    4780 Winchester Court,    Park City, UT 84098-7528
 aty          +Brian W. Harvey,    Goodwin Procter LLP,    The New York Time Building,    620 Eighth Avenue,
                New, NY 10018-1618
 aty          +Bruce J. Zabarauskas,    Crowell & Moring LLp,    590 Madison Avenue, 20th Floor,
                New York, NY 10022-2544
 aty          +Crowell & Moring LLP,    590 Madison Avenue, 20th Floor,    New York, NY 10022-2544
 aty          +Joseph E. Wrona,    WRONA LAW OFFICES, P.C.,    1745 Sidewinder Drive,    Park City, UT 84060-7218
 aty          +Michael V. Blumenthal,    Crowell & Moring LLP,    590 Madison Avenue, 20th Floor,
                New York, NY 10022-2544
 aty          +Steven B. Eichel,    Crowell & Moring LLP,    590 Madison Avenue, 20th Floor,
                New York, NY 10022-2544
 app          +Appraisal Group Inc.,    Attn: Paul W. Throndsen, MAI,    7396 S Union Park Avenue, #301,
                Midvale, UT 84047-6703
 sp           +Corbin B. Gordon,    345 West 600 South,    Suite 108,    Heber City, UT 84032-2282
 cr           +Gateway Center, LLC,    c/o Resort Commercial Property Mgmt,    1415 Lowell Avenue,
                P.O. Box 682152,    Park City, UT 84068-2152
 acc           Niederhauser & Davis, LLC,    Attn:  Jay C. Niederhauser,    P O Box 680460,
                Park City, UT  84068-0460
 app           Paul W. Throndsen,    Appraisal Group, Inc.,    7396 South Union Park Avenue, Suite 301,
                Salt Lake City, UT  84047
 cr           +Sundance Partners, Ltd.,    Ballard Spahr,    One Utah Center,    Suite 800,    201 South Main Street,
                Salt Lake City, Ut 84111-2221
6682132      +AT&T Mobility,    PO Box 6463,    Carol Stream, IL 60197-6463
6682131      +ATIV Corporation,    722 Nardo Rd,    Encinitas, CA 92024-3827
6682133      +AXIS Group,    84 Route 347,    Port Jefferson Station, NY 11776-2627
6797099      +Alchemy Ventures Group, LLC,    c/o Kim R. Wilson,    Snow, Christensen & Martineau,
                P. O. Box 45000,    Salt Lake City, UT 84145-5000
6628202      +Alchemy Ventures Trust,    17575 Fitzpatrick Lane,    Occidental, CA 95465-9355
6682127      +Alliance Abroad Group LP,    1221 South Mopac Expressway, Suite 100,    Austin, TX 78746-7615
6682128      +Alpine Adventures,    3020 North Federal Highway # 10,    Fort Lauderdale, FL 33306-1451
6682129      +American Express Travel Relate,    2840 South 123rd Court,    Omaha, NE 68144-3977
6682130      +American Ski & Board Association,    686 NW York,    Bend, OR 97701-9732
6628197      +Anthony S. Fiotto,    Eric D. Lemont,    Goodwin Procter LLP,    53 State Street,
                Boston, MA 02109-2881
6628195      +BayNorth Realty Fund,    Bay North Capital, LLC,    Attn:Charles J. Flint,
                One Financial Center, Floor 23,    Boston, MA 02111-2621
6682134      +Business Technology Consulting,    Rob Stevenson,    957 East 1300 South,
                Salt Lake City, UT 84105-1856
6625017      +CBIZ,    175 S West Temple, Suite 650,    Salt Lake City, UT 84101-1422
6628194      +Christina M. Craige, Esq.,    Sidley Austin LLP,    555 West Fifth Street,
                Los Angeles, CA 90013-1010
6628196      +Christopher B. Barker, Esq.,    Goodwin Procter LLP,    53 State Street,    Boston, MA 02109-2881
6797890      +Cloudnine Resorts-Sky Lodge Development,    Kim R Wilson,    Snow, Christensen & Martineau,
                PO Box 45000,    SLC, UT 84145-5000
6625018      +Cushman & Wakefield,    50 Broad Street,    New York NY 10004-2307
6797102      +David L. Wickline,    c/o Kim R. Wilson,    Snow, Christensen & Martineau,    P. O. Box 45000,
                Salt Lake City, UT 84145-5000
6625019      +David Wickline,    17575 Fitzpatrick Land,    Occidental, CA 95465-9355
6778022      +Diane H Banks,    Fabian & Clendenin,    215 South State Street #1200,    SLC, UT 84111-2323
6628193      +Drew A. Norman, Esq.,    Sidley Austin LLP,    555 West Fifth Street,    Los Angeles, CA 90013-1010
6682135      +EM Systems,    PO Box 540783 North,    Salt Lake City, UT 84054-0783
6625020       Elliott Workgroup,    Attn: Craig Elliott,    P O Box 3419,    Park City, UT  84060-3419
6625021       FedEx,    PO Box 7221,    Pasadena, CA 91109-7321
6625022      +Five 9’s Communication,    PO Box 348,    Roy, UT 84067-0348
6682136      +Fog River Fisheries,    9554 Wells Circle, Suite A,    West Jordan, UT 84081-6225
6795037      +Fragen Ronald A.,    64893 Saragossa,    Palm Springs CA 92264-0221
6625023      +Frank Rimerman & Co. LLP,    60 South Market Street Ste 500,    San Jose, CA 95113-2356
6625024      +Gateway Center, LLC,    c/o Commerce,    32 West 200 South, Suite 501,
                Salt Lake City, UT 84101-1603
6682137      +Get Fresh,    1548 18th Street,    Santa Monica, CA 90404-3404
6625025      +Goodrich & Thomas, CPAs,    3200 Park Center Drive Suite 1170,    Costa Mesa, CA 92626-7153
6628184      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
                PHILADELPHIA PA 19114-0326
              (address filed with court: Internal Revenue Service,    Centralized Insolvency Operations,
                PO Box 21126,    Philadelphia, PA 19114-0326)
6625026       Jacobsen Construction,    PO Box 27608,    Salt Lake City, UT 84127-0608
6628291      +Jacobsen National Group, Inc.,    c/o Michael R. Johnson, Esq.,    Ray Quinney & Nebeker P.C.,
                36 South State Street, Suite 1400,    Salt Lake City, Utah 84111-1451
6625027      +Klehr, Branzburg & Ellers LLP,    Attn: William A Harvey,Esquire,    260 South Broad St,,
                Philadelphia, PA 19102-5021
6625028       Les Olson Company,    PO Box 65598,    Salt Lake City, UT 84165-0598
6625029       Luxury Residence Group,    P O Box 1225,    Park City, UT 84060-1225
6625030      +McGladrey and Pullin,    One South Wacker Drive, Suite 800,    Chicago, IL 60606-4650
6682138      +Media One of Utah,    4770 South 5600 West,    West Valley City, UT 84118-7400
6625031      +Merrit & Harris,    301 E Glenoaks Blvd. Suite 4,    Glendale CA 91207-2115
6625032      +Millcreek Consulting,    3017 East Kempner Rd,    Salt Lake City UT 84109-3654
6625033      +Muir Copper Canyon Farms,    PO Box 26775,    Salt Lake City, UT 84126-0775
6682143      +N. Allen Taylor,    Taylor Capital Management,    6641 North Paseo Tamayo,    Tucson, AZ 85750-1228
6682139       Open Table Inc,    PO Box 49322,    San Jose, CA  95161-9322
6682140      +Park Avenue Travel,    11 Park Avenue,    Swathomre, PA 19081-1596
6627738      +Park City I, LLC,    c/o George B. Hofmann,    Parsons Kinghorn Harris,
                111 E. Broadway, 11th Floor,    Salt Lake City, UT 84111-5225
6625034       Park City Surveying,    P O Box 682993,    Park City, UT 84068-2993
```

```
District/off: 1088-2           User: mtm                  Page 2 of 3                   Date Rcvd: Sep 01, 2010
Case: 09-29905                 Form ID: pdfor1            Total Noticed: 89

6682141        Peak Mobile Communications,    4910 South Warehouse Road,    Salt Lake City, UT  84118-6354
6628201       +Philo Smith Jr. Trust,    684 Glenneyre Street,    Laguna Beach, CA 92651-2420
6625036        Qwest Inc.,    P O Box 29040,    Phoenix, AZ 85038-9040
6627730       +Richard W. Havel, Esq.,    Sidley Austin LLP,    555 West Fifth Street,
                Los Angeles, CA 90013-1010
6683080       +Rocky Mountain Power,    PO Box 25308,    Salt Lake City UT 84125-0308
6627720        Securities & Exchange Commission,    Attn: Bankruptcy Dept.,    44 Montgomery St # 1100,
                San Francisco, CA 94104-4613
6627737        Sheri P. Chromow, Esq.,    Katten Muchin Rosenman LLP,    575 Madison Avenue,
                New York, NY  10022-2585
7224601       +Sky Lodge/Park City,    PO Box 683300,    Park City, UT 84068-3300
6625038        Staples Credit Plan,    Dept 51-7861136819,    PO Box 689020,    Des Moines, IA 50368-9020
6627719        State of Utah,    Office of the Attorney General,    Tax & Revenue Division,    P O Box 40874,
                Salt Lake City, UT  84114-0874
6625039       +Summit Business Services,    Attn: Chipper Leonard,    4130 Hilltop Ct,    Park City, UT 84098-4715
6682142       +Summit County Treasurer,    60 North Main,    PO Box 128,    Coalville, UT 84017-0128
6682144       +The Park Record,    PO Box 3688,    Park City, UT 84060-3688
6627736        Timothy G. Little, Esq.,    Katten Muchin Rosenman LLP,    575 Madison Avenue,
                New York, NY  10022-2585
6625037       +Tom Shaner,    Shaner Design, Inc.,    PO Box 4560,    Park City, UT 84060-4560
6625040       +Union Square Home Owners Association,    PO Box 683300,    Park City UT 84068-3300
6627722        Utah Dept of Workforce Services,    P O Box 45249,    Salt Lake City, UT  84145-0249
6627723       +Utah Dept-Alcoholic Beverage Control,    1625 South 900 West,    PO Box 30408,
                Salt Lake City UT 84130-0408
6625041        Utah State Tax Commission Sales Tax,    210 North 1950 West,    Salt Lake City, UT 84134-0400
6682145        Virtuoso, Ltd,    PO Box 99358,    Fort Worth, TX  76199-0358
6627726        West LB AG, New York Branch,    Attn: Duncan Robertson,    1211 Sixth Avenue, 25th Floor,
                New York, NY  10036-8705
6628190        West LB AG, New York Branch,    Attn: Jeff Nelson,    1211 Avenue of the Americas, 241h FIr,
                New York, NY 10036
6627724       +West LB AG, New York Branch,    Attn: Christian Ruehmer,    1211 Avenue of the Americas, 24th Flr,
                New York, NY  10036-8705
6627728        West LB AG, New York Branch,    Attn: James Winikor,    1211 Sixth Avenue, 25th Floor,
                New York, NY  10036-8705
6627729       +William D. Ellis, Esq.,    Sidley Austin LLP,    555 West Fifth Street,
                Los Angeles, CA 90013-1010
6625042       +William Shoaf,    4780 Winchester Court,    Park City, UT 84098-7528

The following entities were noticed by electronic transmission on Sep 01, 2010.
consult       +E-mail/Text: janet@gemstoneresorts.com                             Gemstone Hotels & Resorts, LLC,
                Attn:  Jeff McIntyre, Principal,    1912 Sidewinder Drive, #104,    Park City, UT 84060-7366
6625035        E-mail/Text: bankruptcy@pb.com                             Pitney Bowes,    PO Box 856390,
                Louisville, KY 40285-6390
6627721        E-mail/Text: orsbankruptcy@utah.gov                             State Office of Recovery Services,
                515 East 100 South,    P O Box 45033,    Salt Lake City, UT  84145-0033
                                                                                             TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
6683238*      +AT&T Mobility,    P0 Box 6463,    Carol Stream, IL 60197-6463
6683237*      +ATIV Corporation,    722 Nardo Rd,    Encinitas, CA 92024-3827
6683239*      +AXIS Group,    84 Route 347,    Port Jefferson Station, NY 11776-2627
6683233*      +Alliance Abroad Group LP,    1221 South Mopac Expressway, Suite 100,    Austin, TX 78746-7615
6683234*      +Alpine Adventures,    3020 North Federal Highway # 10,    Fort Lauderdale, FL 33306-1451
6683235*      +American Express Travel Relate,    2840 South 123rd Court,    Omaha, NE 68144-3977
6683236*      +American Ski & Board Association,    686 NW York,    Bend, OR 97701-9732
6683240*      +Business Technology Consulting,    Rob Stevenson,    957 East 1300 South,
                Salt Lake City, UT 84105-1856
6683241*      +EM Systems,    P0 Box 540783 North,    Salt Lake City, UT 84054-0783
6683242*      +Fog River Fisheries,    9554 Wells Circle, Suite A,    West Jordan, UT 84081-6225
6683243*      +Get Fresh,    1548 18th Street,    Santa Monica, CA 90404-3404
6683244*      +Media One of Utah,    4770 South 5600 West,    West Valley City, UT 84118-7400
6683249*      +N. Allen Taylor,    Taylor Capital Management,    6641 North Paseo Tamayo,    Tucson, AZ 85750-1228
6683245*       Open Table Inc,    P0 Box 49322,    San Jose, CA 95161-9322
6683246*      +Park Avenue Travel,    11 Park Avenue,    Swathomre, PA 19081-1596
6683247*       Peak Mobile Communications,    4910 South Warehouse Road,    Salt Lake City, UT 84118-6354
6683248*      +Summit County Treasurer,    60 North Main,    P0 Box 128,    Coalville, UT 84017-0128
6683250*      +The Park Record,    P0 Box 3688,    Park City, UT 84060-3688
                                                                                             TOTALS: 0, * 18, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 1088-2          User: mtm              Page 3 of 3             Date Rcvd: Sep 01, 2010
Case: 09-29905                Form ID: pdfor1        Total Noticed: 89

             ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 03, 2010**               **Signature:**    *Joseph Speetjens*