**The below described is SIGNED.**

Dated: September 08, 2010

*/s/ R. Kimball Mosier*
R. KIMBALL MOSIER
U.S. Bankruptcy Judge

Joseph E. Wrona (wrona@wasatchlaw)
WRONA LAW FIRM, P.C.
1743 Sidewinder Drive
Park City, UT 84060
Telephone: (435) 649-2525
Facsimile: (435) 649-5959

Special Counsel for Easy Street Partners, LLC, Debtor and Debtor in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: | |
| EASY STREET HOLDING, LLC, *et al.*, | Bankruptcy Case No. 09-29905 |
| Debtors. | Jointly Administered with Cases 09-29907 and 09-29908 |
| Address: 201 Heber Avenue<br>Park City, UT 84060 | Chapter 11 |
| | Honorable R. Kimball Mosier |
| Tax ID Numbers:<br>35-2183713 (Easy Street Holding, LLC),<br>20-4502979 (Easy Street Partners, LLC), and<br>84-1685764 (Easy Street Mezzanine, LLC) | [FILED ELECTRONICALLY] |

**ORDER APPROVING THIRD AND FINAL APPLICATION OF WRONA LAW FIRM, P.C. FOR INTERIM AND FINAL COMPENSATION PURSUANT TO 11 U.S.C. §§ 330 AND 331 AS SPECIAL COUNSEL FOR EASY STREET PARTNERS, LLC**

The third and final application ("Application") of Wrona Law Firm, P.C. ("Wrona Law"), special counsel for Easy Street Partners, LLC ("Partners"), pursuant to 11 U.S.C. §§ 330 and 331, Federal Rule of Bankruptcy Procedure 2016, and the Fee Guidelines of the United States Trustee, came on for hearing on August 24, 2010. Appearances were made as noted on the record. Wrona Law and WestLB, AG ("WestLB") announced on the record their agreement that Wrona Law would reduce its request for final compensation by $20,000, making its final request for allowance of compensation in the total amount of $56,890.50. The Court, having reviewed

Filed: 08/27/10

and considered the Application, the objection to the Application filed by WsetLB and the resolution of that objection between Wrona Law and WestLB, having considered the notice of the Application and of the hearing thereon and having found that notice of the Application is adequate for the consideration of the request for compensation, subject to the additional notice that must be given as set forth below, and having further found that the compensation requested is for actual, necessary services rendered by Wrona Law, , and good cause appearing therefor, hereby

ORDERS:

1.    Wrona Law is awarded, pursuant to 11 U.S.C. § 330(a), final compensation in the amount of $56,890.50 for professional services rendered which fees are entitled to administrative expense priority under 11 U.S.C. §§ 503(b)(2) and 507(a)(2), subject to the following additional notice:  counsel for Partners shall serve notice of the amounts awarded in this Order on all parties listed in the current mailing matrix in this case.  Such notice shall provide that parties may object to the allowance of Wrona Law's compensation within 21 days of the notice.  If no objection is filed, the allowance of compensation awarded in this Order shall become final and not subject to further review.  If an objection is filed, a further hearing will be scheduled on the Application and the objection thereto.

2.    Partners, the Reorganized Debtor, and/or WestLB, the plan funder under the confirmed Amended Plan of Reorganization of Easy Street Partners, LLC and WestLB, AG, are directed and authorized immediately to pay Wrona Law all fees approved by this and prior Orders which have not previously been paid.  Subject to the further notice set forth in paragraph

2 of this Order, the award and payment of fees and expenses as provided herein may be subject to disgorgement.

* * * * END OF DOCUMENT * * * *

# SERVICE LIST

Service of the foregoing Order Approving Third and Final Application of Wrona Law Firm, P.C. for Interim and Final Compensation Pursuant TO 11 U.S.C. §§ 330 AND 331 AS Special Counsel for Easy Street Partners, LLC will be effected through the Bankruptcy Noticing Center and/or by first-class mail to each party listed below.

Kenneth L. Cannon II
Durham Jones & Pinegar, PC
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, UT 84110-4050

Michael V. Blumenthal
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022-2544

Lon A. Jenkins
Jones Waldo Holbrook & McDonough PC
170 South Main Street, Suite 1500
Salt Lake City, UT 84101-1644

Annette W. Jarvis
Benjamin J. Kotter
Dorsey & Whitney LLP
136 South Main Street, Suite 1000
Salt Lake City, UT 84101-1685

Richard W. Havel, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013-1010

John T. Morgan Tr
US Trustees Office
405 South Main Street, Suite 300
Salt Lake City, UT 84111-3402

Joseph E. Wrona
Wrona Law Office, PC
1745 Sidewinder Dr.
Park City, UT 84060

Knute Rife
Wrona Law Offices
11650 South State Street, Suite 103
Draper, UT 84020-7144