**The below described is SIGNED.**

**Dated: September 08, 2010**

*R. Kimball Mosier* (signature)

**R. KIMBALL MOSIER**
**U.S. Bankruptcy Judge**



_____

Jeffrey Weston Shields (USB #2948)
Lon A. Jenkins (USB #4060)
Troy J. Aramburu (USB #10444)
**JONES WALDO HOLBROOK & McDONOUGH, PC**
170 South Main Street, Suite 1500
Salt Lake City, Utah  84101
Telephone:  (801) 521-3200
Email:  jshields@joneswaldo.com
           lajenkins@joneswaldo.com
           taramburu@joneswaldo.com

*Counsel to Unsecured Creditors' Committee*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re: | |
| EASY STREET HOLDING, LLC, *et al.*, | Bankruptcy Case No. 09-29905 |
| Debtors. | Jointly Administered with Cases 09-29907 and 09-29908 |
| Address:  201 Heber Avenue | Chapter 11 |
| Park City, UT 84060 | |
| | Honorable R. Kimball Mosier |
| Tax ID Numbers: | |
| 35-2183713 (Easy Street Holding, LLC), | |
| 20-4502979 (Easy Street Partners, LLC), and | **[FILED ELECTRONICALLY]** |
| 84-1685764 (Easy Street Mezzanine, LLC) | |

**ORDER APPROVING COMPENSATION AND REIMBURSEMENT FOR JONES WALDO HOLBROOK & McDONOUGH, PC PURSUANT TO THIRD INTERIM FEE APPLICATION AND 11 U.S.C. §§ 330 AND 331 AS ATTORNEYS FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR EASY STREET PARTNERS, LLC, FOR THE PERIOD MAY 1, 2010 THROUGH JULY 29, 2010 AND GRANTING FINAL APPROVAL FOR FEES AND EXPENSES IN THE CASE <u>FOR THE PERIOD OCTOBER 6, 2009 THROUGH JULY 29, 2010</u>**

943867.1

**Filed: 08/24/10**

Entered On Docket: 09/08/2010

The Third and Final Application dated July 15, 2010 (docket no. 624) as Supplemented on July 30, 2010 (docket no. 654)(together, the "Application"), of Jones Waldo Holbrook & McDonough, PC ("Jones Waldo"), counsel for the Official Committee of Unsecured Creditors for Easy Street Partners, LLC ("Committee"), for allowance and payment of interim compensation and reimbursement and for final allowance of all compensation and reimbursement in the Easy Street Partners case pursuant to 11 U.S.C. §§ 330 and 331, Federal Rule of Bankruptcy Procedure 2016, and the Fee Guidelines of the United States Trustee came on for hearing on August 24, 2010.  Appearances were made as noted on the record.  Jones Waldo and WestLB, AG ("WestLB") announced on the record that Jones Waldo had agreed to reduce its request for final compensation by $8,500, making the third interim request under the Application a total of $72,453.32, consisting of $70,885.00 in interim compensation and $1,568.32 in interim reimbursement of expenses, and making the final request for allowance of a total of $238,199.13, consisting of $234,842.50 in final compensation and $3,356.63 in final reimbursement of expenses.

The Court, having reviewed and considered the Application, the reduction in the requests agreed to between Jones Waldo and WestLB, having considered the notice of the Application and of the hearing thereon and having found that notice of the Application is adequate for the consideration of the request for compensation and reimbursement of expenses, subject to the additional notice that must be given as set forth below, and having further found that the compensation requested in the Application is for actual, necessary services rendered by Jones

2

943867.1

Waldo and that the expenses for which Jones Waldo seeks reimbursement are actual and necessary expenses, and good cause appearing therefor, hereby

ORDERS:

1. Jones Waldo is awarded (a) interim compensation in the amount of $70,885.00 for professional services rendered and (b) interim reimbursement of expenses in the amount of $1,568.32, which fees and expenses are entitled to administrative expense priority under 11 U.S.C. §§ 503(b)(2) and 507(a)(2).

2. Jones Waldo is awarded, pursuant to 11 U.S.C. § 330(a), final compensation in the amount of $238,199.13 which consists of (a) final compensation in the amount of $234,842.50 for professional services rendered and (b) $3,356.63 in final reimbursement of expenses incurred which fees and expenses are entitled to administrative expense priority under 11 U.S.C. §§ 503(b)(2) and 507(a)(2), subject to the following additional notice: Counsel for Easy Street Partners shall serve notice of the amounts awarded in this Order on all parties listed in the current mailing matrix in this case. Such notice shall provide that parties may object to the allowance of Jones Waldo's compensation and reimbursement of expenses within 21 days of the notice. If no objection is filed, the allowance of compensation and reimbursement of expenses awarded in this Order shall become final and not subject to further review. If an objection is filed, a further hearing will be scheduled on the Application and the objection thereto.

3. Easy Street Partners, the Reorganized Debtor, and/or WestLB, the plan funder under the confirmed Amended Plan of Reorganization of Easy Street Partners, LLC and WestLB, AG, are directed and authorized immediately to pay Jones Waldo all fees and expenses

3

943867.1

approved by this and prior Orders which have not previously been paid, which is $129,015.90 as of the date of this Order.  Subject to the further notice set forth in paragraph 2 of this Order, the award and payment of fees and expenses as provided herein may be subject to disgorgement.

* * * * END OF DOCUMENT * * *



943867.1

# SERVICE LIST

Service of the foregoing ORDER APPROVING COMPENSATION AND REIMBURSEMENT FOR JONES WALDO HOLBROOK & McDONOUGH, PC PURSUANT TO THIRD INTERIM FEE APPLICATION AND 11 U.S.C. §§ 330 AND 331 AS ATTORNEYS FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR EASY STREET PARTNERS, LLC, FOR THE PERIOD MAY 1, 2010 THROUGH JULY 29, 2010 will be effected through the Bankruptcy Noticing Center to each party listed below.

Kenneth L. Cannon II
Durham Jones & Pinegar, PC
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, UT 84110-4050

Michael V. Blumenthal
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022-2544

Annette W. Jarvis
Benjamin J. Kotter
Dorsey & Whitney LLP
136 South Main Street, Suite 1000
Salt Lake City, UT 84101-1685

Richard W. Havel
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013-1010

John T. Morgan
US Trustees Office
405 South Main Street, Suite 300
Salt Lake City, UT 84111-3402

West LB AG, New York Branch
Attn: James Winikor
1211 Ave. of the Americas, 24th Flr.
New York, NY 10036-8705

William & Carrie Shoaf
4780 Winchester Court
Park City, Utah 84098-7528

ORDER SIGNED

943867.1

# CERTIFICATE OF NOTICE

```
District/off: 1088-2           User: mtm                    Page 1 of 1                   Date Rcvd: Sep 08, 2010
Case: 09-29905                 Form ID: pdfor1              Total Noticed: 7

The following entities were noticed by first class mail on Sep 10, 2010.
aty          +Annette W. Jarvis,    Dorsey & Whitney LLP,    136 South Main Street,    Suite 1000,
               Salt Lake City, UT 84101-1685
aty          +John T. Morgan tr,    US Trustees Office,    Ken Garff Bldg.,    405 South Main Street,    Suite 300,
               Salt Lake City, Ut 84111-3402
aty           Kenneth L. Cannon, II,    Durham Jones & Pinegar,    111 East Broadway, Suite 900,    P O Box 4050,
               Salt Lake City, UT  84110-4050
aty          +Michael V. Blumenthal,    Crowell & Moring LLP,    590 Madison Avenue, 20th Floor,
               New York, NY 10022-2544
6627730      +Richard W. Havel, Esq.,    Sidley Austin LLP,    555 West Fifth Street,
               Los Angeles, CA 90013-1010
6627728       West LB AG, New York Branch,    Attn: James Winikor,    1211 Sixth Avenue, 25th Floor,
               New York, NY  10036-8705
6625042      +William Shoaf,    4780 Winchester Court,    Park City, UT 84098-7528

The following entities were noticed by electronic transmission.
NONE.                                                                                                   TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Sep 10, 2010**                    **Signature:** _Joseph Speetjens_