**The below described is SIGNED.**



**Dated: September 08, 2010**
_____
**R. KIMBALL MOSIER**
**U.S. Bankruptcy Judge**
_____

Kenneth L. Cannon II (kcannon@djplaw.com) (3705)
Steven J. McCardell (smccardell@djplaw.com) (2144)
DURHAM JONES & PINEGAR, PC
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT  84110-4050
Telephone:  (801) 415-3000/Fax:  (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com) (admitted pro hac vice)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY  10022
Telephone:  (212) 223-4000/Fax:  (212) 223-4134

Counsel for Debtors and Debtors in Possession

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | |
| EASY STREET HOLDING, LLC, *et al.*, ) | Bankruptcy Case No. 09-29905 |
| ) | Jointly Administered with Cases |
| Debtors. ) | 09-29907 and 09-29908 |
| ) | |
| Address:  201 Heber Avenue ) | Chapter 11 |
|            Park City, UT 84060 ) | |
| ) | Honorable R. Kimball Mosier |
| Tax ID Numbers: ) | |
| 35-2183713 (Easy Street Holding, LLC), ) | |
| 20-4502979 (Easy Street Partners, LLC), and ) | **[FILED ELECTRONICALLY]** |
| 84-1685764 (Easy Street Mezzanine, LLC) ) | |

**ORDER APPROVING THIRD AND FINAL APPLICATION FOR ALLOWANCE**
**OF INTERIM AND FINAL COMPENSATION BY APPRAISAL GROUP,**
<u>**INC., AS EXPERT APPRAISERS FOR EASY STREET PARTNERS, LLC**</u>

**Filed: 08/25/10**

Entered On Docket: 09/08/2010

The Third and Final Application dated July 14, 2010 ("Application") of Appraisal Group, Inc. and Paul W. Throndsen ("AGI"), as expert appraisers for Easy Street Partners, LLC ("Partners"), for allowance and payment of interim compensation and for final allowance of all compensation in the Partners case pursuant to 11 U.S.C. §§ 330 and 331, Federal Rule of Bankruptcy Procedure 2016, and the Fee Guidelines of the United States Trustee, came on for hearing on August 24, 2010. Appearances were made as noted on the record. The Court, having reviewed and considered the Application, no objections having been filed to the Application, having found that notice of the Application is adequate for the consideration of the request for compensation and reimbursement of expenses, subject to the additional notice that must be given as set forth below, and having further found that the compensation requested is for actual, necessary services rendered by AGI, and good cause appearing therefor, hereby

ORDERS:

1.  AGI is awarded interim compensation in the amount of $1,063.75 for professional services rendered, which fees are entitled to administrative expense priority under 11 U.S.C. §§ 503(b)(2) and 507(a)(2).

2.  AGI is awarded, pursuant to 11 U.S.C. § 330(a), final compensation in the amount of $19,976.25 for professional services, which fees are entitled to administrative expense priority under 11 U.S.C. §§ 503(b)(2) and 507(a)(2) subject to the following additional notice: Counsel for Partners shall serve notice of the amounts awarded in this Order on all parties listed in the current mailing matrix in this case. Such notice shall provide that parties may object to the allowance of AGI's compensation and reimbursement of expenses within 21 days of the notice. If no objection is filed, the allowance of compensation and reimbursement of expenses awarded

2

SLC_664161

in this Order shall become final and not subject to further review. If an objection is filed, a further hearing will be scheduled on the Application and the objection thereto.

       3.      Partners, the Reorganized Debtor, and/or WestLB, the plan funder under the confirmed Amended Plan of Reorganization of Easy Street Partners, LLC and WestLB, AG are directed and authorized to pay fees and expenses approved by this Order which have not previously been paid. Subject to the further notice set forth in paragraph 2 of this Order, the award and payment of fees and expenses as provided herein may be subject to disgorgement.

* * * * END OF DOCUMENT * * *

SLC_664161

# SERVICE LIST

Service of the foregoing Order Approving Third and Final Application for Allowance of Compensation by Appraisal Group, Inc., as Expert Appraisers for Easy Street Partners, LLC will be effected through the Bankruptcy Noticing Center to each party listed below.

Kenneth L. Cannon II
Durham Jones & Pinegar, PC
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, UT 84110-4050

Michael V. Blumenthal
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022-2544

Paul W. Throndsen, MAI
Appraisal Group, Inc.
7396 South Union Park Ave., #301
Midvale, UT 84047

Lon A. Jenkins
Jones Waldo Holbrook & McDonough PC
170 South Main Street, Suite 1500
Salt Lake City, UT 84101-1644

Annette W. Jarvis
Benjamin J. Kotter
Dorsey & Whitney LLP
136 South Main Street, Suite 1000
Salt Lake City, UT 84101-1685

Richard W. Havel, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013-1010

John T. Morgan Trustee
US Trustees Office
405 South Main Street, Suite 300
Salt Lake City, UT 84111-3402

4

# CERTIFICATE OF NOTICE

```
District/off: 1088-2           User: mtm                   Page 1 of 1                  Date Rcvd: Sep 08, 2010
Case: 09-29905                 Form ID: pdfor1             Total Noticed: 7

The following entities were noticed by first class mail on Sep 10, 2010.
aty          +Annette W. Jarvis,    Dorsey & Whitney LLP,    136 South Main Street,    Suite 1000,
               Salt Lake City, UT 84101-1685
aty          +John T. Morgan tr,    US Trustees Office,    Ken Garff Bldg.,    405 South Main Street,    Suite 300,
               Salt Lake City, Ut 84111-3402
aty           Kenneth L. Cannon, II,    Durham Jones & Pinegar,    111 East Broadway, Suite 900,    P O Box 4050,
               Salt Lake City, UT 84110-4050
aty          +Lon A. Jenkins,    Jones Waldo Holbrook & McDonough,    170 South Main St.,    Suite 1500,
               Salt Lake City, UT 84101-1644
aty          +Michael V. Blumenthal,    Crowell & Moring LLP,    590 Madison Avenue, 20th Floor,
               New York, NY 10022-2544
app           Paul W. Throndsen,    Appraisal Group, Inc.,    7396 South Union Park Avenue, Suite 301,
               Salt Lake City, UT  84047
6627730      +Richard W. Havel, Esq.,    Sidley Austin LLP,    555 West Fifth Street,
               Los Angeles, CA 90013-1010

The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Sep 10, 2010**                        **Signature:** _Joseph Speetjens_