**The below described is SIGNED.**



Dated: September 08, 2010

_____
R. KIMBALL MOSIER
**U.S. Bankruptcy Judge**

_____

Corbin B. Gordon (corbingordon@yahoo.com) (9194)
CORBIN B. GORDON, P.C.
345 West 600 South, Suite 108
Heber City, UT   84032
Telephone:  (435) 657-0984/Fax:  (888) 822-8796

Special Counsel for Easy Street Partners, LLC, Debtor and Debtor in Possession

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re: | |
| EASY STREET HOLDING, LLC, *et al.*, | Bankruptcy Case No. 09-29905 |
| | Jointly Administered with Cases |
| Debtors. | 09-29907 and 09-29908 |
| Address:  201 Heber Avenue | Chapter 11 |
| Park City, UT 84060 | |
| | Honorable R. Kimball Mosier |
| Tax ID Numbers: | |
| 35-2183713 (Easy Street Holding, LLC), | |
| 20-4502979 (Easy Street Partners, LLC), and | **[FILED ELECTRONICALLY]** |
| 84-1685764 (Easy Street Mezzanine, LLC) | |

**ORDER APPROVING INTERIM AND FINAL COMPENSATION FOR**
**CORBIN B. GORDON, P.C.  PURSUANT TO THIRD FEE APPLICATION**
**AND 11 U.S.C. §§ 330 AND 331 AS SPECIAL COUNSEL FOR DEBTOR IN**
**POSSESSION FOR THE PERIOD MAY 1, 2010 THROUGH JULY 9, 2010**

The third and final application ("Application") of Corbin B. Gordon, P.C. ("Gordon"),

special counsel for Easy Street Partners, LLC ("Partners"), for allowance and payment of interim

compensation pursuant to 11 U.S.C. §§ 330 and 331, Federal Rule of Bankruptcy Procedure

2016, and the Fee Guidelines of the United States Trustee, came on for hearing on August 24,

2010.  Appearances were made as noted on the record.  It was announced on the record that

Gordon and WestLB, AG ("WestLB") that Gordon had agreed to reduce its request for final

compensation by $2,303.61, making the interim request for compensation under the Application

a total of $4,968.39 and making the final request for allowance of compensation in the total

amount of $30,000.  The Court, having reviewed and considered the Application, the reduction

in the requests agreed to between Gordon and WestLB, having considered the notice of the

Application and of the hearing thereon and having found that notice of the Application is

adequate for the consideration of the request for compensation and reimbursement of expenses,

subject to the additional notice that must be given as set forth below, and having further found

that the compensation requested is for actual, necessary services rendered by Corbin B. Gordon,

P.C., and good cause appearing therefore, hereby

ORDERS:

1.      Gordon is awarded interim compensation in the amount of $4,968.39 for

professional services rendered, which fees are entitled to administrative expense priority under

11 U.S.C. §§ 503(b)(2) and 507(a)(2).

2.      Gordon is awarded, pursuant to 11 U.S.C. § 330(a), final compensation in the

amount of $30,000.00 for professional services rendered which fees are entitled to administrative

expense priority under 11 U.S.C. §§ 503(b)(2) and 507(a)(2), subject to the following additional

notice:  counsel for Partners shall serve notice of the amounts awarded in this Order on all

parties listed in the current mailing matrix in this case.  Such notice shall provide that parties

may object to the allowance of Gordon's compensation within 21 days of the notice.  If no

objection is filed, the allowance of compensation awarded in this Order shall become final and

not subject to further review.  If an objection is filed, a further hearing will be scheduled on the Application and the objection thereto.

3.      Partners, the Reorganized Debtor, and/or WestLB, the plan funder under the confirmed Amended Plan of Reorganization of Easy Street Partners, LLC and WestLB, AG, are directed and authorized immediately to pay Gordon all fees approved by this and prior Orders which have not previously been paid.  Subject to the further notice set forth in paragraph 2 of this Order, the award and payment of fees and expenses as provided herein may be subject to disgorgement.

*  *  *  *  END OF DOCUMENT  *  *  *

## SERVICE LIST

Service of the foregoing Order Approving Interim and Final Compensation for Corbin B. Gordon, P.C., Pursuant to Third Fee Application and 11 U.S.C. §§ 330 and 331 as Special Counsel for Debtor in Possession for the Period May 1, 2010 through July 9, 2010 will be effected through the Bankruptcy Noticing Center to each party listed below.

Kenneth L. Cannon II
Durham Jones & Pinegar, PC
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, UT 84110-4050

Michael V. Blumenthal
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY  10022-2544

Lon A. Jenkins
Jones Waldo Holbrook & McDonough PC
170 South Main Street, Suite 1500
Salt Lake City, UT  84101-1644

Annette W. Jarvis
Benjamin J. Kotter
Dorsey & Whitney LLP
136 South Main Street, Suite 1000
Salt Lake City, UT  84101-1685

Richard W. Havel, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA  90013-1010

John T. Morgan Trustee
US Trustees Office
405 South Main Street, Suite 300
Salt Lake City, UT  84111-3402

Corbin B. Gordon
CORBIN B. GORDON, P.C.
345 West 600 South, Suite 108
Heber City, UT   84032

4

# CERTIFICATE OF NOTICE

District/off: 1088-2          User: mtm                Page 1 of 1               Date Rcvd: Sep 08, 2010
Case: 09-29905               Form ID: pdfor1          Total Noticed: 7

The following entities were noticed by first class mail on Sep 10, 2010.
```
aty          +Annette W. Jarvis,   Dorsey & Whitney LLP,   136 South Main Street,   Suite 1000,
              Salt Lake City, UT 84101-1685
aty          +John T. Morgan tr,   US Trustees Office,   Ken Garff Bldg.,   405 South Main Street,   Suite 300,
              Salt Lake City, Ut 84111-3402
aty           Kenneth L. Cannon, II,   Durham Jones & Pinegar,   111 East Broadway, Suite 900,   P O Box 4050,
              Salt Lake City, UT  84110-4050
aty          +Lon A. Jenkins,   Jones Waldo Holbrook & McDonough,   170 South Main St.,   Suite 1500,
              Salt Lake City, UT 84101-1644
aty          +Michael V. Blumenthal,   Crowell & Moring LLP,   590 Madison Avenue, 20th Floor,
              New York, NY 10022-2544
sp           +Corbin B. Gordon,   345 West 600 South,   Suite 108,   Heber City, UT 84032-2282
6627730      +Richard W. Havel, Esq.,   Sidley Austin LLP,   555 West Fifth Street,
              Los Angeles, CA 90013-1010
```

The following entities were noticed by electronic transmission.
```
NONE.                                                                              TOTAL: 0
```

            ***** BYPASSED RECIPIENTS *****
```
NONE.                                                                              TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 10, 2010**                    **Signature:**      *Joseph Speetjens*