Kenneth L. Cannon II (kcannon@djplaw.com) (3705)
Steven J. McCardell (smccardell@djplaw.com) (2144)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT 84110-4050
Telephone:  (801) 415-3000/Fax:  (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com) (admitted pro hac vice)
Steven B. Eichel (seichel@crowell.com) (admitted pro hac vice)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 223-4000/Fax: (212) 223-4134

Counsel for Easy Street Partners, LLC

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re: | |
| EASY STREET HOLDING, LLC, *et al.*, | Bankruptcy Case No. 09-29905 |
| Debtors. | Jointly Administered with Cases 09-29907 and 09-29908 |
| Address:  201 Heber Avenue | Chapter 11 |
| Park City, UT 84060 | |
| | Honorable R. Kimball Mosier |
| Tax ID Numbers: | |
| 35-2183713 (Easy Street Holding, LLC), | |
| 20-4502979 (Easy Street Partners, LLC), and | |
| 84-1685764 (Easy Street Mezzanine, LLC) | |

**MOTION OF CROWELL & MORING LLP TO WITHDRAW
AS CO-COUNSEL FOR EASY STREET PARTNERS, LLC**

SLC_739499.3

Pursuant to Rule 2091-1(b) of this Court's Local Rules of Practice, Crowell & Moring LLP ("C&M"), respectfully requests to withdraw as co-counsel for Easy Street Partners, LLC ("ESP"), and respectfully represents as follows:

1. C&M was approved as co-counsel for ESP by Order dated October 22, 2009.

2. On July 2, 2010, the Court entered its Order (the "Confirmation Order") confirming the Amended Plan of Reorganization of Easy Street Partners, LLC and WestLB, AG Dated June 16, 2010 (the "Confirmed Plan"). Pursuant to the Confirmed Plan and the Confirmation Order, the Confirmed Plan became effective on July 27, 2010.

3. Pursuant to the Confirmed Plan, Heber Avenue Partners, LLC ("Heber Avenue"), is the reorganized debtor. Heber Avenue is represented by Dorsey & Whitney LLP and Sidley Austin LLP.

4. Durham Jones & Pinegar ("DJP"), co-counsel for ESP, has agreed to continue representing ESP to close ESP's Chapter 11 case, in connection with Heber Avenue.

5. Crowell has received consents to its withdrawal as counsel from Heber Avenue as reorganized debtor. The local rules' requirement that the "client" be notified in writing of the status of the case, including dates and times of scheduled court proceedings, is met, both because ESP will continue to be represented on certain matters (such as closing of the case) by DJP and because Heber Avenue, the reorganized debtor, is represented by Dorsey & Whitney and by Sidley Austin.

WHEREFORE, Crowell requests that the Court authorize it to withdraw as co-counsel for ESP.

Dated: December 23, 2010
      New York, New York

                                            Respectfully submitted,

                                            CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, New York 10022
(212) 223-400

By: /s/ Michael V. Blumenthal
      Michael V. Blumenthal
      (admitted *pro hac vice*)

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing Order Approving Crowell & Moring LLP's Withdrawal as Co-Counsel for Easy Street Partners, LLC was served this 23rd day of December, 2010, via ECF Notification and/or first-class mail, postage prepaid, on the following parties:

William Shoaf
4780 Winchester Court
Park City, UT  84098-7528

Annette W. Jarvis
Benjamin J. Kotter
Dorsey & Whitney LLP
136 South Main Street, Suite 1000
Salt Lake City, UT  84101-1685

Richard W. Havel
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA  90013-1010

John T. Morgan
US Trustees Office
405 South Main Street, Suite 300
Salt Lake City, UT  84111-3402

Michael V. Blumenthal
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY  10022-2544

       /s/  Kristin Hughes