Kenneth L. Cannon II (kcannon@djplaw.com) (3705)
Steven J. McCardell (smccardell@djplaw.com) (2144)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT 84110-4050
Telephone: (801) 415-3000/Fax: (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com) (admitted pro hac vice)
Steven B. Eichel (seichel@crowell.com) (admitted pro hac vice)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 223-4000/Fax: (212) 223-4134

Counsel for Easy Street Partners, LLC

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: | |
| EASY STREET HOLDING, LLC, *et al.*, | Bankruptcy Case No. 09-29905 |
| | Jointly Administered with Cases |
| Debtors. | 09-29907 and 09-29908 |
| Address:  201 Heber Avenue | Chapter 11 |
|   Park City, UT 84060 | |
| | Honorable R. Kimball Mosier |
| Tax ID Numbers: | |
| 35-2183713 (Easy Street Holding, LLC), | |
| 20-4502979 (Easy Street Partners, LLC), and | |
| 84-1685764 (Easy Street Mezzanine, LLC) | |

**ORDER APPROVING CROWELL & MORING LLP'S WITHDRAWAL
AS CO-COUNSEL FOR EASY STREET PARTNERS, LLC**

SLC_759272.1

**Filed: 12/23/10**

The Court, having considered the motion (the "Motion") of Crowell & Moring LLC ("C&M") pursuant to Rule 2091-1(b) of this Court's Local Rules of Practice, to withdraw as co-counsel for Easy Street, Partners, LLC ("ESP"), and good cause appearing therefor, hereby

ORDERS:

1. The Motion is granted.

2. C&M is authorized to withdraw as counsel for ESP in its Chapter 11 case and related proceedings.

\* \* \* \* END OF DOCUMENT \* \* \* \*

## CLERK'S CERTIFICATE OF SERVICE

I hereby certify that the foregoing Order Approving Crowell & Moring LLP's Withdrawal as Co-Counsel for Easy Street Partners, LLC was served this _____ day of December, 2010, via ECF Notification and/or first-class mail, postage prepaid, on the following parties:

    Kenneth L. Cannon II
    Durham Jones & Pinegar, PC
    111 East Broadway, Suite 900
    P O Box 4050
    Salt Lake City, UT 84110-4050

    Michael V. Blumenthal
    Crowell & Moring LLP
    590 Madison Avenue, 20th Floor
    New York, NY 10022-2544

    William Shoaf
    4780 Winchester Court
    Park City, UT 84098-7528

    Annette W. Jarvis
    Benjamin J. Kotter
    Dorsey & Whitney LLP
    136 South Main Street, Suite 1000
    Salt Lake City, UT 84101-1685

    Richard W. Havel
    Sidley Austin LLP
    555 West Fifth Street
    Los Angeles, CA 90013-1010

    John T. Morgan
    US Trustees Office
    405 South Main Street, Suite 300
    Salt Lake City, UT 84111-3402

                                                                          Deputy Clerk