Blake D. Miller (4090)
James W. Anderson (9829)
**MILLER GUYMON, P.C.**
165 Regent Street
Salt Lake City, Utah 84111
Telephone: (801) 363-5600
Facsimile: (801) 363-5601
e-mail: miller@millerguymon.com
e-mail: anderson@millerguymon.com

Attorneys for William Shoaf

---

### IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: | **Bankruptcy Case No. 09-29905** |
| | **(Jointly Administered with Cases** |
| **EASY STREET HOLDING, LCC, et al.,** | **09-29907 and 09-29908)** |
| | |
| **Debtors.** | **Chapter 11** |
| | |
| | **Honorable R. Kimball Mosier** |
| | |
| | **(Filed Electronically)** |

---

### RESPONSE TO HEBER AVENUE PARTNERS LLC'S OBJECTION TO CLAIM NO. 27 OF WILLIAM SHOAF

---

William Shoaf, by and through counsel, hereby responds to Heber Avenue Partners LLC's

Objection to Claim No. 27 of William Shoaf Pursuant to Section 502(b) of the Bankruptcy Code

and Bankruptcy Rules 3001, 3003 and 3007 (the "Objection"). The Objection seeks a denial of

Mr. Shoaf's claim for the claimed assertion that it "contains insufficient information and

documentation to support a legal basis for the amount claimed." Objection, ¶ 8. Mr. Shoaf has

filed an amended proof of claim to reflect the true amount of reimbursable expenses he has incurred, a copy of which is attached hereto as Exhibit "A".

Notably, the objection admits Mr. Shoaf's full cooperation by providing Heber Avenue Partners' counsel with documentation and information supporting Mr. Shoaf's claim. See Objection ¶ 7. However, Heber Avenue Partners now tries to allege that there is not documentation to show that the Debtor owes the claim. Id. Quite to the contrary, Mr. Shoaf has demonstrated to Heber Avenue Partners, and will demonstrate to the Court at the hearing on this matter, that Mr. Shoaf's claim consists of expenses that he fronted for the Debtor during the time he was part of the management team. For the benefit of the Court, Mr. Shoaf has also attached to his amended proof of claim documents supporting the amount of his claim, although that does not appear to be at issue.

Mr. Shoaf's claim is comprised of four main categories: (1) ordinary business expenses paid directly for the Sky Lodge ($18,130.30); (2) legal fees paid to Wrona Law on behalf of Easy Street Partners ($22,370.58); (3) the retainer paid to Durham Jones & Pinegar to serve as Debtor's counsel in this case ($25,000.00); and (4) contribution owed from the Debtor as a result of rejecting the office lease between the Debtor and Gateway ($57,603.48). The total of these expenses is $123,104.36.

The first three categories of expenses require little explanation as Mr. Shoaf incurred all of them on behalf of the Debtor through his position on the Debtor's management team. During the pre-petition months the Debtor did not have sufficient cash available to pay all of its expenses, including legal fees for business matters and to file bankruptcy. Mr. Shoaf consulted

with the other members of the management team and received approval to front these expenses

for the Debtor and would be paid back.  During the case, Mr. Shoaf kept the Debtor updated on

the total amount of reimbursable expenses he incurred, most recently in June, 2010.

Mr. Shoaf's is also entitled to $57,603.48 as indemnification for his guaranty of the

Debtor's Gateway office lease.  This office space was leased by the Debtor in January 2007 for a

three year period, and was used by the Debtor's accounting, human resources, and sales staff.

Mr. Shoaf was required to sign personally for payment under the lease.  During the case, the

Debtor decided to reject the remainder of this lease, over the objection of Mr. Shoaf, which

resulted in an amount owed to Gateway of $144,000.00.  Gateway made its election to collect

60% of the amount owed from the estate, and then sued Mr. Shoaf for the balance.  This case is

pending in the Third District Court, Summit County, Utah, Gateway Center, LLC v. Couldine

Resorts, LLC, et al., Civil No.: 100500193.  Mr. Shoaf conferred with Debtor's counsel at the

time of this decision, and because he was entitled to indemnification from the Debtor, his claim

was increased for the $57,603.48 owed.

Mr. Shoaf's is permitted to amend his proof of claim to include all of these updated

amounts.  As held by the Tenth Circuit in In re Tanaka Bros. Farms, Inc.:

> In a bankruptcy proceeding, "amendment of a proof of claim is freely permitted
> so long as the claim initially provided adequate notice of the existence, nature, and
> amount of the claim as well as the creditor's intent to hold the estate liable."  A
> creditor's "[l]ate-filed amendments to proofs of claim should be treated with
> liberality, as '[l]eave to amend in a straight bankruptcy proceeding is freely
> allowed where the purpose is to cure a defect in the claim as originally filed,' " …
> and where the party opposing the amended proof of claim fails to demonstrate
> actual prejudice.

3

36 F.3d 996, 998 (10th Cir. 1994) (internal citations omitted).  In Tanaka, the court allowed the

IRS to amend its proof of claim to include amounts for years that the debtor had not yet filed its

tax return at the petition date, but then filed during the case.  Similarly in this case, Mr. Shoaf did

not know the full extent of the damages resulting from his personal guaranty of the Gateway

lease until the Debtor rejected that lease during the case.  Once this amount was discovered and

Gateway sued Mr. Shoaf on this guaranty, Mr. Shoaf informed the Debtor of the amount owed in

the budgets Mr. Shoaf prepared for the Debtor's use in confirming its plan of reorganization.

Therefore, no party can demonstrate actual prejudice as a result of this amendment because the

plan proponents were using this increased claim amount in their budgets.

Wherefore, Mr. Shoaf prays that his claim in the amount of $123,104.36 be allowed in

full, and paid pursuant to the confirmed plan of reorganization in this case.

DATED this 23rd day of December, 2010.

Miller Guymon, P.C.

*/s/ James W. Anderson*
Blake D. Miller
James W. Anderson
*Attorneys for Mr. Shoaf*

## CERTIFICATE OF SERVICE

I hereby certify that I am employed by the law firm of Miller Guymon, P.C., and that on this 23rd day of December, 2010, I caused true and correct copies of the foregoing **RESPONSE TO HEBER AVENUE PARTNERS LLC'S OBJECTION TO CLAIM NO. 27 OF WILLIAM SHOAF** were served by electronic mail to the individuals and entities identified below:

Annette W. Jarvis
jarvis.annette@dorsey.com

Peggy Hunt
Hunt.peggy@dorsey.com

Benjamin J. Kotter
Kotter.benjamin@dorsey.com

Richard W. Havel
rhavel@sidley.com

*/s/ James W. Anderson*

**EXHIBIT "A"**

B 10 (Official Form 10) (04/10)

| UNITED STATES BANKRUPTCY COURT | District of Utah | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor:<br>EASY STREET PARTNERS, LLC | Case Number:<br>09-22907 AND 09-22905 |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br>WILLIAM SHOAF | ☑ Check this box to indicate that this claim amends a previously filed claim. |
|---|---|
| Name and address where notices should be sent:<br>BLAKE MILLER / JAMES ANDERSON<br>165 S. REGENT ST.<br>SALT LAKE CITY, UTAH 84111<br>Telephone number:<br>(801) 363-5600 | Court Claim Number: __27__<br>*(If known)*<br><br>Filed on: __01/05/2010__ |
| Name and address where payment should be sent (if different from above):<br>WILLIAM SHOAF<br>4780 WINCHESTER CT<br>PARK CITY, UT 84098<br>Telephone number:<br>(435) 640-7700 | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |

**1. Amount of Claim as of Date Case Filed:**    $            123,104.36

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** __See attached narrative__
(See instruction #2 on reverse side.)

**3.** Last four digits of any number by which creditor identifies debtor: _____

**3a.** Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:  ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe:

Value of Property:$_____   Annual Interest Rate_____%

Amount of arrearage and other charges as of time case filed included in secured claim,

if any: $_____   Basis for perfection: _____

Amount of Secured Claim: $_____   Amount Unsecured: $_____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

Amount entitled to priority:

$_____

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| Date:<br>12/23/2010 | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>James W. Anderson, Esq., attorney for William Shoaf | FOR COURT USE ONLY |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

<u>Narrative Explanation of Proof of Claim</u>

Mr. Shoaf's claim is comprised of four main categories: (1) ordinary business expenses paid directly for the Sky Lodge ($18,130.30); (2) legal fees paid to Wrona Law on behalf of Easy Street Partners ($22,370.58); (3) the retainer paid to Durham Jones & Pinegar to serve as Debtor's counsel in this case ($25,000.00); and (4) contribution owed from the Debtor as a result of rejecting the office lease between the Debtor and Gateway ($57,603.48). The total of these expenses is $123,104.36.

During the pre-petition months the Debtor did not have sufficient cash available to pay all of its expenses, including legal fees for business matters and to file bankruptcy. Mr. Shoaf consulted with the other members of the management team and received approval to front these expenses for the Debtor and would be paid back. During the case, Mr. Shoaf kept the Debtor updated on the total amount of reimbursable expenses he incurred, most recently in June, 2010.

Mr. Shoaf's is also entitled to $57,603.48 as indemnification for his guaranty of the Debtor's Gateway office lease. This office space was leased by the Debtor in January 2007 for a three year period, and was used by the Debtor's accounting, human resources, and sales staff. Mr. Shoaf was required to sign personally for payment under the lease. During the case, the Debtor decided to reject the remainder of this lease, over the objection of Mr. Shoaf, which resulted in an amount owed to Gateway of $144,000.00. Gateway made its election to collect 60% of the amount owed from the estate, and then sued Mr. Shoaf for the balance. This case is pending in the Third District Court, Summit County, Utah, <u>Gateway Center, LLC v. Couldnine Resorts, LLC, et al.</u>, Civil No.: 100500193. Mr. Shoaf conferred with Debtor's counsel at the time of this decision, and because he was entitled to indemnification from the Debtor, his claim was increased for the $57,603.48 owed.

# The Sky Lodge
Expense Report

| Date | Payee | Category | Memo | Amount Paid | Total Paid | Posted |
|---|---|---|---|---|---|---|
| 3/9/2009 | Peterson Plumbing | HOA Cost | | $584.05 | $584.05 | ☐ |
| 6/1/2009 | Innovative Body | Spa Supplies | | $152.32 | $736.37 | ☐ |
| 6/3/2009 | Constant Contact | Marketing | | $55.00 | $791.37 | ☐ |
| 5/16/2009 | Overstock | F&B Supplies | Umbrellas | $650.61 | $1,441.98 | ☐ |
| 5/18/2009 Diamond Electric | HOA Cost | #306 05/14/09 #14025 | $306.96 | $1,748.94 | ☐ |
| 5/19/2009 | Jean Louis | Marketing | | $240.73 | $1,999.67 | ☐ |
| 5/20/2009 Two Man Movers | Misc | 05/29 Move-paino-to-bar #14025 | $253.50 | $2,243.17 | ☐ |
| 5/29/2009 | Diamond Rental | F&B | rental equip catering | $650.06 | $2,893.23 | ☐ |
| 5/2/2009 | Constant Contact | Marketing | | $55.00 | $2,948.23 | ☐ |
| 4/17/2009 | Virgin Airlines | ESH | G Pitts Air to NYC | $349.60 | $3,297.83 | ☐ |
| 4/28/2009 | Greene's | Facilities | Plaza #400 05/16 #13837 Concrete Cutting | $525.00/100 | $3,822.83 | ☐ |
| 5/5/2009 Overstock | F&B&B Supplies 05/09 | Chandaliers Plaza #14025 | $483.74 | $4,306.57 | ☐ |
| 4/19/2009 Cover Store | F&B&B Supplies 05/29 | Covers for Banquette #14025 | $178.48 | $4,485.05 | ☐ |
| 7/1/2009 | ATT | Telephone | wireless Internet | $267.33 | $4,752.38 | ☐ |
| 6/11/2009 | Market St Grill | ESH | mexico lunch investors | $56.33 | $4,808.71 | ☐ |
| 7/2/2009 | Constant Contact | Marketing | | $55.00 | $4,863.71 | ☐ |
| 6/26/2009 | Bed,Bath,Beyond | Rooms Supplies | | $212.68 | $5,076.39 | ☐ |
| 3/3/2009 | Gateway Offices | A&G Rent | Feb & Mar 09 | $9,724.57 | $14,800.96 | ☐ |
| 4/13/2009 | Gateway Offices | A&G Rent | Apr 09 | $4,952.52 | $19,753.48 | ☐ |

*Handwritten annotations: "Reviewed by Sky Lodge Acct. Staff"; "COMPLETED" (stamp); "Total Unpaid = $10,020.80"; "18,130.30 Reviewed above."*



Prepared For
WILLIAM H SHOAF

Account Number
XXXX-XXXXX

Closing Date
07/10/09

Page 3 of 9

## Due in Full continued

| Date | Description | Amount $ |
|---|---|---|
| 06/19/09 | TRAVEL AGENCY SERVICEMURRAY    UT<br>TRAVEL AGENCY SERVICE FEE<br>Routing Details Not Available<br>Ticket Number: 89074478657592<br>Passenger Name: SHOAF/WILLIAM.H<br>Document Type: MISC. CHARGE ORDER (MCO)/PREPAID TICKET AUTH. | 20.00 |
| 06/20/09 | SIMPLY BOOKS S556088SALT LAKE CIT<br>801-5752609 | 18.16 |
| 06/23/09 | AMPCO SYSTEM AIRPORTSALT LAKE CTY<br>8015752887<br>Description         Price<br>PARKING FEES     112.00 | 112.00 |
| 06/26/09 | MYFAX PROTUS IP SOLN866-563-9212<br>INTERNET FAX | 10.00 |
| 07/02/09 | EARTHLINK.NET    INTERNET SVC<br>358504610 30309  WHSHOAF@EARTHLINK.NET | 21.95 |
| 07/02/09 | CONSTANT CONTACT CONWALTHAM<br>BUSINESS SERVICE | 55.00 |
| 07/03/09 | AT&T INTERNET AT&T IBASKING RIDGE<br>COMPUTER NETWORK/INFO | 19.95 |
| 07/06/09 | RN *SUPERPASS FROM RSUBSCRIPTION<br>SUBSCRIPTION<br>206-674-2650 | 40.78 |
| 07/08/09 | TMOBILE*HOTSPOT    800-981-8563<br>WIRELESS INT | 29.99 |

*(handwritten annotations: "C9" marks beside several entries; beside EARTHLINK: "ACCT # CONCELLED 8-11-9/# 147863466"; beside RN SUPERPASS: "done 0-791-500-403 / CONCELLED 8-11-9"; beside TMOBILE: "CONCELLED / 8-11-9. # 1391442")*

**Total Due in Full Activity**                                          494.61

## Flexible Payment Summary

| | |
|---|---|
| Previous Balance | 4416.36 |
| Payment Activity | -4416.36 |
| FINANCE CHARGE | 0.00 |
| New Charges/Adjustments | 476.74 |
| New Balance | 476.74 |

## Flexible Payment Activity

New Activity for WILLIAM H SHOAF
Card XXXX-XXXXX

| Date | Description | Amount $ |
|---|---|---|
| 06/19/09 | US AIRWAYS    MURRAY    UT<br>US AIRWAYS<br>From:              To:              Carrier:    Class:<br>LOS CABOS MEXICO<br>                   SALT LAKE CITY UT    US    SM<br>                   NOT AVAILABLE<br>Ticket Number: 03774478657596    Date of Departure: 06/23<br>Passenger Name: SHOAF/WILLIAM.H<br>Document Type: PASSENGER TICKET<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | 264.06 |
| 06/26/09 | BED, BATH & BEYOND 7PARK CITY<br>MISC HOME FURNISHINGS<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | 212.68 |

**Total of Flexible Payment Activity**                                  476.74

Continued on reverse

# Platinum Card®
## Statement of Account

**Membership Rewards®**
**Points Available**
67,623
at 07/10/09, when charges due are paid in
full and all accounts are in good standing.

[AMERICAN EXPRESS]

pared For
ILLIAM H SHOAF

| | Account Number | Closing Date | |
|---|---|---|---|
| | XXXX-XXXXX | 07/10/09 | Page 1 of 9 |

| | Previous Balance $ | Payment Activity $ | New Activity $ inc. Adjustments and Finance Charges if any | New Balance $ | Minimum Amount Due $ | Payment Due Date 08/04/09 |
|---|---|---|---|---|---|---|
| ue in Full | 1,082.92 | -1,082.92 | 494.61 | 494.61 | 494.61 | |
| Flexible | 4,416.36 | -4,416.36 | 476.74 | 476.74 | 20.00 | |
| **Total** | 5,499.28 | -5,499.28 | +971.35 | =971.35 | 514.61 | Please refer to page 4 for important information regarding your account |

ee Page 9   For A Notice Of Changes To The Membership Rewards Program Terms & Conditions

o manage your Card account online or to pay your bill, please visit us at www.americanexpress.com.
r additional contact information, please see the reverse side of this page.

## ctivity                    * indicates posting date

| | | Amount $ |
|---|---|---|
| /23/09* | PAYMENT RECEIVED - THANK YOU | -2,232.94 |
| /23/09* | PAYMENT RECEIVED - THANK YOU | -3,266.34 |

**otal of Payment Activity**                                      **-5,499.28**

## ue in Full Activity for WILLIAM H SHOAF
rd XXXX-XXXXX2-96001

| | | | Amount $ |
|---|---|---|---|
| /11/09 | MARKET STREET GRILL SALT LAKE CITY | | 56.33 |
| | 8019428860 | | |
| | TIP | 10.00 | |
| /14/09 | VALUEWEB HOSTING   WEB SERVICES | | 21.95 |
| | 0187755 84098 | | |
| /16/09 | VALUEWEB HOSTING   WEB SERVICES | | 21.95 |
| | 0183550 84098 | | |
| /18/09 | BLUE ROOF MARKET TESPARK CITY | | 66.55 |
| | 8004731123 | | |
| | Description | Price | |
| | GAS/OIL | 66.55 | |

Continued on Page 3    6

Please fold on the perforation below, detach and return with your payment ↓

| US AIRWAYS | To: | Carrier: | Class: |
|---|---|---|---|
| From: | | | |
| LOS CABOS MEXICO | SALT LAKE CITY UT | US | SM |
| | NOT AVAILABLE | | |
| Ticket Number: 03774478657596 | | Date of Departure: 06/23 | |
| Passenger Name: SHOAF/WILLIAM.H | | | |
| Document Type: PASSENGER TICKET | | | |
| SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | | | 212.68 |
| 06/26/09 | BED, BATH & BEYOND 7PARK CITY | | |
| | MISC HOME FURNISHINGS | | |
| | SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | | 476.74 |

**Total of Flexible Payment Activity**

ntinued on reverse

 at&t

| | |
|---|---|
| Page: | 1 of 7 |
| Billing Cycle Date: | 06/02/09 - 07/01/09 |
| Account Number: | |

**How To Contact Us:**
- 1-800-331-0500 or 611 from your cell phone
- For Deaf/Hard of Hearing Customers (TTY/TDD) 1-866-241-6567

**Wireless Number**
435-640-7700



| | |
|---|---|
| Previous Balance | -414.34 |
| Payment Posted | 0.00 |
| CREDIT BALANCE | -414.34 |
| Monthly Service Charges | 139.98 |
| Usage Charges | 313.96 |
| Credits/Adjustments/Other Charges | 7.30 |
| Government Fees & Taxes | 10.72 |
| TOTAL CURRENT CHARGES | 471.96 |
| Due Jul 23, 2009 | |
| Late fees assessed after Aug 01 | |
| **Total Amount Due $57.62** | |

## Transition to Digital Broadcasting - June 12, 2009

On 6/12/09, TV stations switch to digital broadcasts, but your local station may switch sooner. Analog TVs without cable or satellite service will need a converter box to work, except with low power, Class A or translator TV stations, Tape/DVD players,& video games. Contact your local TV station, DTV.gov, 888-Call-FCC (TTY 888-TELL-FCC), dtv2009.gov or 888-DTV-2009 (TTY 877-530-2634) for DTV and discount converter box coupon information.

Return the portion below with payment only to AT&T Mobility.

| | | | |
|---|---|---|---|
| AT&T Home Toll | 07/02-08/01 | 0.00 | 0.00 |
| AT&T Roam Toll | 07/02-08/01 | 0.00 | 0.00 |
| ELA Toll | 07/02-08/01 | 0.00 | 0.00 |
| GSM Coverage Area | 07/02-08/01 | 0.00 | 0.00 |
| Int'l Roaming | 07/02-08/01 | 0.00 | 0.00 |
| Int'l Roam Toll | 07/02-08/01 | 0.00 | 0.00 |
| Includes: | | | |
| - Toll Domestic | | | |
| - Toll International | | | |
| IntlDialingAllowed | 07/02-08/01 | 0.00 | 0.00 |
| MXJLDCode | 07/02-08/01 | 0.00 | 0.00 |
| Includes: | | | |
| - Toll Domestic | | | |
| - Toll International | | | |
| MXRoamCode$.59 | 07/02-08/01 | 0.00 | 0.00 |
| Off-Network Roam | 07/02-08/01 | 0.00 | 0.00 |
| StandardILD | 07/02-08/01 | 0.00 | 0.00 |
| Includes: | | | |
| - Toll Domestic | | | |
| - Toll International | | | |
| VISUAL VM POSTPD | 07/02-08/01 | 0.00 | 0.00 |
| iPhone Customer | 07/02-08/01 | 0.00 | 0.00 |

**Wireless Data**

| | | | |
|---|---|---|---|
| DATA PLAN IPHONE | 07/02-07/01 | 30.00 | 30.00 |
| IPHONE TXT MSG 200 | 07/02-08/01 | 5.00 | 5.00 |

500275

# Business. Banking. And more.

You're already a valued Capital One® business credit card holder. But did you know we have even more services to help both you and your business thrive? With so many products to choose from, the next time you need financing, think Capital One.

- **Banking**
- **Payroll**
- **Credit Cards**
- **Money Markets**
- **Auto Loans**
- **Healthcare Finance**

  Learn more and apply today at
**www.capitalone.com**

 MEMBER FDIC

---



what's in your wallet?                                          www.capitalone.com

| Previous Balance | Payments & Credits | FINANCE CHARGE | Transactions | New Balance | Minimum Payment | Due Date |
|---|---|---|---|---|---|---|
| $2,827.32 | $4,014.67 | $32.89 | $2,043.43 | $888.97 | $41.00 | Jun. 22, 2009 |

PLEASE PAY AT LEAST THIS AMOUNT

Apr. 28, 2009 — May. 27, 2009    Page 1 of 1

### Visa Business Card Account

✓No Hassle REWARDS

**Your Account Information**

| | |
|---|---|
| TOTAL CREDIT LINE | $20,000.00 |
| TOTAL AVAILABLE CREDIT | $19,111.03 |
| CREDIT LINE FOR CASH | $10,000.00 |
| AVAILABLE CREDIT FOR CASH | $10,000.00 |

**Finance Charges** (Please see reverse for important information)

| | Balance rate applied to | Periodic rate | Corresponding APR | FINANCE CHARGE |
|---|---|---|---|---|
| Purchases | $1,728.60 | 0.06342% D | 23.15% | $32.89 |
| Cash | $0.00 | 0.06342% D | 23.15% | $0.00 |

**ANNUAL PERCENTAGE RATE** applied this period:   23.15%

 **At Your Service** - Go to www.capitalone.com to manage your account, or Call: 1-800-867-0904 to report a lost or stolen card or speak to Customer Relations

 **Pay Online** at www.capitalone.com or mail your payment to:
Capital One Bank (USA), N.A. • P.O. Box 60599 • City of Industry, CA 91716-0599

 **Send Inquiries to:**
Capital One• P.O. Box 30285 • Salt Lake City, UT 84130-0285

 **Manage your Rewards** online by visiting www.capitalone.com/milesrewards
or Call: 1-800-228-3001

 **Have a question about a charge on your statement?**
Please refer to the Billing Rights Summary on the back of your statement or visit www.capitalone.com/disputes

### Rewards Summary

| | |
|---|---|
| Previous available balance: | 38,469 |
| Earned this period: | 2,132 |
| (reflects transactions posted during this billing cycle) | |
| Available Balance: | 40,601 |

Congratulations, you've earned 89 additional rewards this month just for shopping with merchants in our preferred network. Continue to take advantage of these special offers by shopping at www.capitalone.com.

### Payments, Credits & Adjustments

| 1 | 08 MAY | PAYMENT | $1,187.35- |
|---|---|---|---|
| 2 | 22 MAY | PAYMENT | $2,827.32- |

### Transactions

| 3 | 28 APR | PROJECTORSCREEN.COM 201-2299800 NJ | $923.91 |
|---|---|---|---|
| 4 | 05 MAY | NETWORK SOLUTIONS, LLC 888-642-9675 VA | $439.90 |
| 5 | 07 MAY | STATE LIQUOR STORE 01 PARK CITY UT | $71.92 |
| 6 | 09 MAY | TLF*THE WOODLANDS FLWR THE WOODLANDS TX | $48.72 |
| 7 | 10 MAY | ROAD ISLAND DINER OAKLEY UT | $85.74 |
| 8 | 10 MAY | SMITHS FOOD #4072 PARK CITY UT | $28.45 |
| 9 | 16 MAY | THE HOME DEPOT 4415 PARK CITY UT | $63.31 |
| 10 | 19 MAY | COROS2-DIV OF CORPORAT SALT LAKE CIT UT | $52.00 |
| 11 | 19 MAY | THE COVER STORE 866-8898096 TX | $178.48 |
| 12 | 20 MAY | STUDIO HAIR PARK CITY UT | $24.00 |
| 13 | 20 MAY | RITE AID STORE 6127 PARK CITY UT | $88.80 |
| 14 | 25 MAY | THE HOME DEPOT 4415 PARK CITY UT | $58.20 |

COLRA33K 6956 0302 408      07 C09527 PAGE 00001 OF 00001      11333

Prepared For
WILLIAM H SHOAF

Account Number
XXXX-XXXXX▬▬

Closing Date
05/11/09

Page 3 of 8

| | | Amount $ |
|---|---|---|
| **in Full continued** | | |
| 22/09 | AMPCO SYSTEM PARKINGSALT LAKE CTY | 70.00 |
| | 8015752887 | |
| | Description          Price | |
| | PARKING FEES         70.00 | |
| 25/09 | MYFAX PROTUS IP SOLN866-563-9212 | 10.00 |
| | INTERNET FAX | |
| 26/09 | COSTCO GAS #00113 94SALT LAKE CIT | 49.25 |
| | AUTO FUEL DISPENSER | |
| 29/09 | ADVANTUS CORPORATIONJACKSONVILLE | 42.92 |
| | OFFICE FURNITURE | |
| 02/09 | EARTHLINK.NET      INTERNET SVC | 21.95 |
| | 354063419 30309 | |
| 03/09 | CONSTANT CONTACT 1 0WALTHAM | 55.00 |
| | 8662892101 | |
| | Description | |
| | PROFESSIONAL S | |
| 03/09 | AT&T INTERNET AT&T IBASKING RIDGE | 19.95 |
| | COMPUTER NETWORK/INFO | |
| 07/09 | MOBILEME APPLE - MOBCUPERTINO | 198.00 |
| | MobileMe | |
| 08/09 | TMOBILE*HOTSPOT   800-981-8563 | 19.99 |
| | WIRELESS INT | |
| **tal Due in Full Activity** | | **609.01** |

## exible Payment Summary

| | |
|---|---|
| Previous Balance | 361.18 |
| Payment Activity | -361.18 |
| FINANCE CHARGE | 0.00 |
| New Charges/Adjustments | 1623.93 |
| New Balance | 1623.93 |

## exible Payment Activity

w Activity for WILLIAM H SHOAF
XXXX-XXXXX▬▬

| | | Amount $ |
|---|---|---|
| 17/09 | VIRGIN AMERICA      BURLINGAME  CA | 349.60 |
| | AIRLINE CHARGE | |
| | From:          To:          Carrier:      Class: | |
| | SAN FRANCISCO CA | |
| | J F KENNEDY A/P NY      VX        00 | |
| | NOT AVAILABLE | |
| | Ticket Number: 99904180925254      Date of Departure: 04/20 | |
| | Passenger Name: PITTS/GREG | |
| | SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | |
| 26/09 | COSTCO WHSE #00113 9SALT LAKE CIT | 265.59 |
| | WHOLESALE CLUB | |
| | SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | |
| 28/09 | GREENE'S INC. 800000WOODS CROSS | 525.00 |
| | 8012926699 | |
| | Description          Price | |
| | GENERAL CONTRACTORS525.00 | |
| | SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | |
| 05/09 | OVERSTOCK.COM OverstSALT LAKE CITY | 483.74 |
| | DIRECT MKTG MISC | |
| | SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | |
| **tal of Flexible Payment Activity** | | **1,623.93** |

Continued  on  reverse

Prepared For
**WILLIAM H SHOAF**

Account Number
XXXX-XXXXX~~~~

Page 4 of 7

## Flexible Payment continued

| | | Amount $ |
|---|---|---|
| 05/29/09 | DIAMOND RENTAL INC #SALT LAKE CTY | 650.0 |
| | BUSINESS SERVICE | |
| | SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | |
| 06/07/09 | COSTCO WHSE #00113 9SALT LAKE CIT | 650.58 |
| | WHOLESALE CLUB | |
| | SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | |

**Total of Flexible Payment Activity**      **2,752.44**

### Finance Charge Schedule

| Billing days this period: 30<br>Balance to which rate applies | Average Daily<br>Balance $ | Daily<br>Periodic Rate | Annual<br>Percentage Rate | New<br>Balance $ | FINANCE<br>CHARGE $ |
|---|---|---|---|---|---|
| Sign & Travel / ExPO | 3,188.70 | 0.0418% | 15.24% | 4,416.36 | 39.99 |

Certain of the periodic rates and APRs above may be variable. Those rates may vary based upon the prime rate identified in the Wall Street Journal, as described in your Cardmember Agreement as currently in effect.

## Important Notice

### Information on Flexible Payment Features

You may have access to one or more Flexible Payment Features as part of your Card account. The current Annual Percentage Rates (APRs) and Daily Periodic Rates (DPRs) for the Flexible Payment Features are as follows:

For Sign & Travel®, the APR is 15.24%, the DPR is 0.0418%

For Extended Payment Option (ExPO), the APR is 15.24%, the DPR is 0.0418%

Sign & Travel, the APR is 15.24%, the DPR is 0.0418%

Please refer to page 2 for further important information regarding your account

| Date | Description | | Amount |
|---|---|---|---|
| 16/09 | VALUEWEB HOSTING   WEB SERVICES | | 21.95 |
| | 0183550 84098 | | |
| 23/09 | BLUE ROOF MARKET TESPARK CITY | | 57.88 |
| | 8004731123 | | |
| | Description        Price | | |
| | GAS/OIL            57.88 | | |
| 25/09 | MYFAX PROTUS IP SOLN866-563-9212 | | 10.00 |
| | INTERNET FAX | | |
| 30/09 | GALLERIA FLORAL & DEPARK CITY | | 92.92 |
| | 4356492600 | | |
| | Description        Price | | |
| | FLORISTS           92.92 | | |
| 01/09 | INNOVATIVE BODY SCIECARLSBAD | | 152.32 |
| | 8887007727 | | |
| | Description | | |
| | BEAUTY SUPPLIE | | |
| 02/09 | EARTHLINK.NET        INTERNET SVC | | 21.95 |
| | 356312329 30309 | | |
| 03/09 | AT&T INTERNET AT&T IBASKING RIDGE | | 19.95 |
| | COMPUTER NETWORK/INFO | | |
| 03/09 | CONSTANT CONTACT 1 0WALTHAM | | 55.00 |
| | 8662892101 | | |
| | Description | | |
| | PROFESSIONAL S | | |
| 08/09 | TMOBILE*HOTSPOT     800-981-8563 | | 19.99 |
| | WIRELESS INT | | |

**tal Due in Full Activity**                                             **473.91**

---

## exible Payment Summary

| | |
|---|---|
| Previous Balance | 1623.93 |
| Payment Activity | 0.00 |
| FINANCE CHARGE | 39.99 |
| New Charges/Adjustments | 2752.44 |
| New Balance | 4416.36 |

## exible Payment Activity

w Activity for WILLIAM H SHOAF                                    Amount $
XXXX-XXXX-

| 16/09 | OVERSTOCK.COM OverstSALT LAKE CITY | | 650.61 |
|---|---|---|---|
| | DIRECT MKTG MISC | | |
| | SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | | |
| 18/09 | DIAMOND ELECTRIC INCSALT LAKE CITY | | 306.96 |
| | 8014844325 | | |
| | Description        Price | | |
| | ELECTRICAL PARTS/EQ  306.96 | | |
| | SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | | |
| 19/09 | JEAN LOUIS RESTAURANPARK CITY | | 240.73 |
| | 4352000260 | | |
| | FOOD/BEVERAGE       200.73 | | |
| | TIP                  40.00 | | |
| | SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | | |
| 20/09 | TWO MAN MOVERS 54292SALT LAKE CIT | | 253.50 |
| | 8019241564 | | |
| | Description        Price | | |
| | MOVING AND STORAGE   253.50 | | |
| | SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | | |

*Continued on reverse*

Prepared For
WILLIAM H SHOAF

Account Number
XXXX-XXXXX-XXXXX

Page 4 of 10

## Flexible Payment Summary

| | |
|---|---|
| Previous Balance | 4115.93 |
| Payment Activity | -4115.93 |
| FINANCE CHARGE | 0.00 |
| New Charges/Adjustments | 886.85 |
| New Balance | 886.85 |

## Flexible Payment Activity

Foreign Currency conversion rate
is base rate plus 2.7%. See page 2 for details.

**New Activity for WILLIAM H SHOAF**
Card XXXX-XXXXX-XXXXX

| | | Foreign Spending | Amount $ |
|---|---|---|---|
| 02/27/09 | LA TORTUGA HOTEL AND SPA | 4,376.40 | ✓ 302.80 |
| | Goods/Services | **Mexican Pesos | |
| | SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | | |
| 03/09/09 | PETERSON PLUMBING SUSALT LAKE CITY | | 584.05 |
| | 8019738700 | | |
| | Description          Price | | |
| | HEATING/COOLER/PLUM   584.05 | | |
| | SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | | |

**Total of Flexible Payment Activity**                                                              **886.85**

## Finance Charge Schedule

Billing days this period: 30
Balance to which rate applies

| | Average Daily Balance $ | Daily Periodic Rate | Annual Percentage Rate | New Balance $ | FINANCE CHARGE $ |
|---|---|---|---|---|---|
| Sign & Travel / ExPO | 0.00 | 0.0417% | 15.24% | 886.85 | 0.00 |

Certain of the periodic rates and APRs above may be variable. Those rates may vary based upon the prime rate identified in the Wall Street Journal, as described in your Cardmember Agreement as currently in effect.

## Important Notice

### Information on Flexible Payment Features

You may have access to one or more Flexible Payment Features as part of your Card account. The current Annual Percentage Rates (APRs) and Daily Periodic Rates (DPRs) for the Flexible Payment Features are as follows:

For Sign & Travel®, the APR is 15.24%, the DPR is 0.0418%

For Extended Payment Option (ExPO), the APR is 15.24%, the DPR is 0.0418%

Please refer to page   2
for further important
information regarding
your account

P.O. Box 571530
Murray, UT 84157-1530

Account:   151 - 303 - t0001521

Date:   02/19/09

Payment:  $ _____

Make Check Payable To:  **Gateway Center, LLC**

**Cloud Nine Resorts, LLC**
**Attn: William Shoaf**
PO Box 683300
Park City, UT 84068

**Mailing Address:**
c/o Commerce CRG
P.O. Box 571530
Murray, UT  84157-1530

**Overnight Courier:**
ATTN: Asset Services
175 E. 400 South, Suite 700
Salt Lake City, UT  84111

| Date | Description | Charges | Payments | Balance |
|------|-------------|---------|----------|---------|
| | | | | 9,911.97 |
| 03/01/09 | CAM Estimate (03/2009) | 2,211.99 | | 12,123.96 |
| 03/01/09 | Admin Fee (03/2009) | 103.42 | | 12,227.38 |
| 03/01/09 | Rent (03/2009) | 7,221.76 | | 19,449.14 |

*50% = Sky Lodge - 9,724.5₵*

| Current | 30 Days | 60 Days | 90 Days | Amount Due |
|---------|---------|---------|---------|------------|
| 19,277.45 | 171.69 | 0.00 | 0.00 | 19,449.14 |

**Gateway Center, LLC**

P.O. Box 571530
Murray, UT 84157-1530

Statement

| | |
|---|---|
| Account: | 151 - 303 - t0001521 |
| Date: | 04/02/09 |
| Payment: | $ |

Make Check Payable To:   **Gateway Center, LLC**

**Easy Street Partners**
Attn: William Shoaf
PO Box 683300
Park City, UT 84068

Mailing Address:
c/o Commerce CRG
P.O. Box 571530
Murray, UT 84157-1530

Overnight Courier:
ATTN: Asset Services
175 E. 400 South, Suite 700
Salt Lake City, UT 84111

| Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|
| | Balance Forward | | | 367.88 |
| 04/01/09 | CAM Estimate (04/2009) | 2,211.99 | | 2,579.87 |
| 04/01/09 | Admin Fee (04/2009) | 103.42 | | 2,683.29 |
| 04/01/09 | Rent (04/2009) | 7,221.76 | | 9,905.05 |

50% = Srqy = 4,952.52

+ Utilities = 424.17

| Current | 30 Days | 60 Days | 90 Days | Amount Due |
|---|---|---|---|---|
| 9,537.17 | 441.53 | (73.65) | 0.00 | 9,905.05 |

# Expense report

*For Office Use Only*

**PURPOSE:**  Reimbursement

**STATEMENT NUMBER:** _____

**PAY PERIOD:**  From _____
To _____

**EMPLOYEE INFORMATION:**

Name   Bill Shoaf

Department _____

Position _____   SSN _____

Manager _____   Employee ID _____

| Date | Account | Description | Hotel | Transport | Fuel | Meals | Phone | Entertainment | Misc. | Total |
|------|---------|-------------|-------|-----------|------|-------|-------|---------------|-------|-------|
| 9/1/2009 | 254.4 | Paid Treasure Garden, Inc with Shoaf CC | | | | | | | $ 254.40 | $ 254.40 |
| | | | | | | | | | | $ |
| | | | | | | | | | | $ |
| | | | | | | | | | | $ |
| | | | | | | | | | | $ |
| | | | | | | | | | | $ |
| | | | | | | | | | | $ |
| | | | | | | | | | | $ |
| | | | | | | | | | | $ |
| | | | | | | | | | | $ |
| | | | $ | $ | $ | | $ | | $ 254.40 | |

1/30 from Treasure

**Subtotal** $ 254.40

**Advances**

**Total** $ 254.40

**NOTES:** _____

**APPROVED:** _____

# TREASURE GARDEN, INC.

**Invoice**

1340 1 Brooks Drive
Baldwin Park, CA 91706
(626) 814-0168
www.treasuregarden.com

Invoice Number: 292419-IN

Customer Number: COS074

**Sold To:**
WILLIAM SHOAF
9780 WINCHESTER CT
PARK CITY, UT 84068

**Ship To:**
THE SKY LODGE
201 HEBER AVE
435-658-9413
PARK CITY, UT 84060

| Date | Ship VIA | F.O.B. | Terms |
|---|---|---|---|
| 23/2009 | FEDEX GRND-PPA | BALDWIN PARK | CASH IN ADVANCE |

| Purchase Order Number | Order Date | Salesperson | Our Order Number |
|---|---|---|---|
| #256 Sky ldg/Lb | 7/16/2009 | OMMODATION & MISC ACCO | 9020660 |

| Quantity | | | Item Number | SKU | Price | Amount |
|---|---|---|---|---|---|---|
| Ordered | Shipped | B/O | Description | | Disc% Tax | |
| 12.00 | 12.00 | 0.00 | LIBERTY#21 ARM END FITTING (S/A SOLA#16) | | 7.00 | 84.00 |
| 12.00 | 12.00 | 0.00 | LIBERTY#22 ARM STROP (S/A SOLA#14) | | 11.20 | 134.40 |

** Above prices reflect 20% commercial discount
Original items purchases from Shadescapes USA
Fedex shipping / handling $36.00
RD: 6/29/09, CA: 7/16/09

*Charged to Shoaf Credit Card*



Page: Page 1 of 1
*CARRIER:  FEDEX GROUND*
*TRACKING # 566683270577716;*

| | |
|---|---|
| Net Invoice: | 218.40 |
| Less Discount: | 0.00 |
| Freight: | 36.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 254.40 |
| Less Deposit: | 0.00 |
| Invoice Balance | 254.40 |

ELEBRATING 25 YEARS OF EXCELLENCE

**SALES ORDER**

Page 1 of 1

**CUSTOMER**

Order Number: **9020660**

Entry Date: 6/29/2009

Release Date: 7/16/2009

Est. Ship Date: 7/24/2009

Salesperson: 0089

Customer No.: COS074

# TREASURE
# GARDEN, INC.

13401 Brooks Drive
Baldwin Park, CA 91706
(626) 814-0168 TEL.
(626) 814-2001 FAX

Please review this order and
notify TG via fax of any
corrections

Bill To:

**WILLIAM SHOAF**

9780 WINCHESTER CT
PARK CITY, UT  84068

Ship To:

**THE SKY LODGE**

201 HEBER AVE
435-658-9413
PARK CITY, UT  84060

| Customer P.O | Ship VIA | F.O.B. | Terms |
|---|---|---|---|
| #256 Sky ldg/Lb | FEDEX GRND-PPA | BALDWIN PARK | CASH IN ADVANCE |

| Ordered | Shipped | B/O | Item Number | SKU | Price | Amount |
|---|---|---|---|---|---|---|
| 12 | ___ | ___ | **LIBERTY#21**<br>ARM END FITTING (S/A SOLA#16) | | 7.00 | 84.00 |
| 12 | ___ | ___ | **LIBERTY#22**<br>ARM STROP (S/A SOLA#14) | | 11.20 | 134.40 |

** Above prices reflect 20% commercial discount

Original items purchases from Shadescapes USA

Fedex shipping / handling $36.00

RD: 6/29/09, CA: 7/16/09

*Charged to Shoaf CC.*



| | |
|---|---|
| Net Order: | 218.40 |
| Less Discount: | 0.00 |
| Freight: | 36.00 |
| Sales Tax: | 0.00 |
| Order Total: | 254.40 |
| Less Deposit: | 0.00 |
| Order Balance: | 254.40 |

# Acknowledgement

7/16/2009    10:26:28AM

CELEBRATING 25 YEARS OF EXCELLENCE

## CloudNine
### Transaction List by Vendor
#### January 1, 2008 through November 16, 2010

11/16/10

| Type | Date | Num | Memo | Account | Clr | Split | Amount |
|------|------|-----|------|---------|-----|-------|--------|
| Bill Pmt -Check | 01/31/10 | 1478 | William Shoaf ... | Wells Fargo Bank | X | Accounts Paya... | -111.17 |
| Bill | 03/21/10 | | William Shoaf ... | Accounts Payable | | Telephone | -140.86 |
| Bill Pmt -Check | 03/21/10 | 1469 | William Shoaf ... | Wells Fargo Bank | X | Accounts Paya... | -140.86 |
| Bill | 05/15/10 | | William Shoaf ... | Accounts Payable | | Telephone | -82.55 |
| Bill Pmt -Check | 05/15/10 | 1481 | William Shoaf ... | Wells Fargo Bank | X | Accounts Paya... | -82.55 |
| Bill | 05/23/10 | | William Shoaf ... | Accounts Payable | | Telephone | -71.12 |
| Bill Pmt -Check | 05/23/10 | 1485 | William Shoaf ... | Wells Fargo Bank | X | Accounts Paya... | -71.12 |
| Bill | 06/13/10 | | William Shoaf ... | Accounts Payable | | Telephone | -153.67 |
| Bill Pmt -Check | 06/13/10 | 1492 | William Shoaf ... | Wells Fargo Bank | X | Accounts Paya... | -153.67 |
| Bill | 07/07/10 | | William Shoaf ... | Accounts Payable | | Telephone | -82.55 |
| Bill Pmt -Check | 07/07/10 | 1513 | William Shoaf ... | Wells Fargo Bank | X | Accounts Paya... | -82.55 |
| Bill | 07/18/10 | | William Shoaf ... | Accounts Payable | | Telephone | -495.30 |
| Bill Pmt -Check | 07/21/10 | 1528 | William Shoaf ... | Wells Fargo Bank | X | Accounts Paya... | -495.30 |
| **Wells Fargo** | | | | | | | |
| Check | 10/22/08 | ATM | | Wells Fargo Bank | X | Accounting | -247.39 |
| Check | 01/20/09 | ATM | | Wells Fargo Bank | X | Accounting | -11.77 |
| Check | 02/23/09 | ATM | | Wells Fargo Bank | X | Accounting | -30.79 |
| Check | 03/20/09 | wire | | Wells Fargo Bank | X | Accounting | -14.06 |
| Check | 04/20/09 | wire | | Wells Fargo Bank | X | Accounting | -12.35 |
| Check | 04/27/09 | wire | | Wells Fargo Bank | X | Accounting | -16.09 |
| Check | 05/11/09 | wire | | Wells Fargo Bank | X | Accounting | -40.00 |
| Check | 06/22/09 | wire | | Wells Fargo Bank | X | Accounting | -15.23 |
| **West Justice Court** | | | | | | | |
| Check | 12/03/08 | 1344 | | Wells Fargo Bank | X | Repairs & Main... | -332.00 |
| **Western Union** | | | | | | | |
| Check | 12/24/08 | Wire | | Wells Fargo Bank | X | Lease | -7.00 |
| Check | 01/13/09 | ATM | | Wells Fargo Bank | X | Lease | -7.00 |
| **Whitney Advertising** | | | | | | | |
| Check | 01/04/08 | 1206 | | Wells Fargo Bank | X | Marketing | -2,194.89 |
| Check | 02/13/08 | 1215 | | Wells Fargo Bank | X | Marketing | -4,352.85 |
| Check | 02/17/08 | 1217 | | Wells Fargo Bank | X | Marketing | -64.71 |
| Check | 04/12/08 | 1255 | | Wells Fargo Bank | X | Marketing | -121.18 |
| Check | 04/20/08 | 1261 | | Wells Fargo Bank | X | Marketing | -1,522.08 |
| Check | 06/02/08 | 1283 | | Wells Fargo Bank | X | Marketing | -64.71 |
| Check | 08/17/08 | 1301 | | Wells Fargo Bank | X | Marketing | -3,280.94 |
| Check | 11/13/08 | 1329 | | Wells Fargo Bank | X | Marketing | -50.00 |
| Check | 11/30/08 | 1339 | | Wells Fargo Bank | X | Marketing | -50.00 |
| Bill | 07/21/10 | | ResortClubs I... | Accounts Payable | | -SPLIT- | -6,500.00 |
| Bill Pmt -Check | 07/21/10 | 1529 | ResortClubs I... | Wells Fargo Bank | X | Accounts Paya... | -6,500.00 |
| **William Shoaf** | | | | | | | |
| Check | 12/15/08 | 1346 | | Wells Fargo Bank | X | Capital Contrib... | -15,000.00 |
| Check | 01/13/09 | 1355 | | Wells Fargo Bank | X | Capital Contrib... | -15,000.00 |
| **Wrona Law** | | | | | | | |
| Check | 10/12/08 | 1321 | | Wells Fargo Bank | X | Legal | -13,164.24 |
| Check | 11/13/08 | 1328 | | Wells Fargo Bank | X | Legal | -1,625.00 |
| Check | 05/22/09 | 1380 | | Wells Fargo Bank | X | Legal | -2,827.32 |
| Check | 08/05/09 | 1400 | | Wells Fargo Bank | X | Legal | -4,754.02 |
| Bill | 03/21/10 | | SHOAF PERS... | Accounts Payable | | Legal | -126.00 |
| Bill Pmt -Check | 03/21/10 | 1470 | SHOAF PERS... | Wells Fargo Bank | X | Accounts Paya... | -126.00 |
| Bill | 05/15/10 | | SHOAF PERS... | Accounts Payable | | Legal | -249.00 |
| Bill Pmt -Check | 05/15/10 | 1482 | SHOAF PERS... | Wells Fargo Bank | X | Accounts Paya... | -249.00 |
| Bill | 06/13/10 | | SHOAF PERS... | Accounts Payable | | Legal | -630.00 |
| Bill Pmt -Check | 06/13/10 | 1493 | SHOAF PERS... | Wells Fargo Bank | X | Accounts Paya... | -630.00 |

*22,370.58* (handwritten)

*Paid my Shoaf for Legal work done for CR.* (handwritten annotation)