Blake D. Miller (4090)
James W. Anderson (9829)
**MILLER GUYMON, P.C.**
165 Regent Street
Salt Lake City, Utah 84111
Telephone: (801) 363-5600
Facsimile: (801) 363-5601
e-mail: miller@millerguymon.com
e-mail: anderson@millerguymon.com

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **In re:**<br><br>**EASY STREET HOLDING, LCC, et al.,**<br><br>Debtors. | **Bankruptcy Case No. 09-29905**<br>**(Jointly Administered with Cases 09-29907 and 09-29908)**<br><br>**Chapter 11**<br><br>**Honorable R. Kimball Mosier**<br><br>**(Filed Electronically)** |

### RULE 2019 STATEMENT OF MILLER GUYMON, P.C.

Pursuant to Rule 2019, Miller Guymon, P.C. ("MG") hereby submits this verified statement of representation. MG represents the following individuals and entities in this bankruptcy case:

1. William Shoaf. MG began representing William Shoaf in December 2010 to respond to the objection to his claim number 27 filed in case number 09-29907. Mr. Shoaf holds a claim in the amount of $123,104.36 for reimbursement of expenses and

indemnification on his personal guaranty of the Debtor's lease with Gateway.  Mr. Shoaf's address is 4780 Winchester Ct., Park City, Utah  84098.

2. Luxury Residence Group.  MG began representing Luxury Residence Group in December 2010 to respond to the objection to its claim number 22 filed in case number 09-29907.  Luxury Residence Group holds a claim in the amount of $74,721.12 for reimbursement of rents and utilities paid on behalf of the Debtor.  Its address is 4780 Winchester Ct., Park City, Utah  84098.

3. BDRC 4Site, LLC. MG began representing BDRC 4Site, LLC in July 2010 to file and prosecute its fee application and administrative claim for services rendered as the Debtor's Co-Manager.  BDRC 4Site, LLC's address is 1200 Summit Ave., Suite 800, Fort Worth, TX  76116.

DATED this 23rd day of December, 2010.

                            Miller Guymon, P.C.

                            */s/ James W. Anderson*
                            Blake D. Miller
                            James W. Anderson