**The below described is SIGNED.**

**Dated: December 28, 2010**



_____
**R. KIMBALL MOSIER**
**U.S. Bankruptcy Judge**

_____

Kenneth L. Cannon II (kcannon@djplaw.com) (3705)
Steven J. McCardell (smccardell@djplaw.com) (2144)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT 84110-4050
Telephone: (801) 415-3000/Fax: (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com) (admitted pro hac vice)
Steven B. Eichel (seichel@crowell.com) (admitted pro hac vice)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 223-4000/Fax: (212) 223-4134

Counsel for Easy Street Partners, LLC

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| EASY STREET HOLDING, LLC, *et al.*, ) | Bankruptcy Case No. 09-29905 |
| ) | Jointly Administered with Cases |
| Debtors. ) | 09-29907 and 09-29908 |
| ) | |
| Address:  201 Heber Avenue ) | Chapter 11 |
|             Park City, UT 84060 ) | |
| ) | Honorable R. Kimball Mosier |
| Tax ID Numbers: ) | |
| 35-2183713 (Easy Street Holding, LLC), ) | |
| 20-4502979 (Easy Street Partners, LLC), and ) | |
| 84-1685764 (Easy Street Mezzanine, LLC) ) | |

### ORDER APPROVING CROWELL & MORING LLP'S WITHDRAWAL
### AS CO-COUNSEL FOR EASY STREET PARTNERS, LLC

SLC_759272.1

**Filed: 12/23/10**

The Court, having considered the motion (the "Motion") of Crowell & Moring LLC ("C&M") pursuant to Rule 2091-1(b) of this Court's Local Rules of Practice, to withdraw as co-counsel for Easy Street, Partners, LLC ("ESP"), and good cause appearing therefor, hereby

ORDERS:

1. The Motion is granted.

2. C&M is authorized to withdraw as counsel for ESP in its Chapter 11 case and related proceedings.

\* \* \* \* END OF DOCUMENT \* \* \* \*

## CLERK'S CERTIFICATE OF SERVICE

I hereby certify that the foregoing Order Approving Crowell & Moring LLP's Withdrawal as Co-Counsel for Easy Street Partners, LLC was served this _____ day of December, 2010, via ECF Notification and/or first-class mail, postage prepaid, on the following parties:

Kenneth L. Cannon II
Durham Jones & Pinegar, PC
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, UT 84110-4050

Michael V. Blumenthal
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY  10022-2544

William Shoaf
4780 Winchester Court
Park City, UT  84098-7528

Annette W. Jarvis
Benjamin J. Kotter
Dorsey & Whitney LLP
136 South Main Street, Suite 1000
Salt Lake City, UT  84101-1685

Richard W. Havel
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA  90013-1010

John T. Morgan
US Trustees Office
405 South Main Street, Suite 300
Salt Lake City, UT  84111-3402



Deputy Clerk