**The below described is SIGNED.**

**Dated: December 28, 2010**

*/s/ R. Kimball Mosier*
**R. KIMBALL MOSIER**
**U.S. Bankruptcy Judge**



_____

Kenneth L. Cannon II (kcannon@djplaw.com) (3705)
Steven J. McCardell (smccardell@djplaw.com) (2144)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT 84110-4050
Telephone: (801) 415-3000/Fax: (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com) (admitted pro hac vice)
Steven B. Eichel (seichel@crowell.com) (admitted pro hac vice)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 223-4000/Fax: (212) 223-4134

Counsel for Easy Street Partners, LLC

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re: | |
| EASY STREET HOLDING, LLC, *et al.*, | Bankruptcy Case No. 09-29905 |
| Debtors. | Jointly Administered with Cases 09-29907 and 09-29908 |
| Address:  201 Heber Avenue | Chapter 11 |
| Park City, UT 84060 | |
| | Honorable R. Kimball Mosier |
| Tax ID Numbers: | |
| 35-2183713 (Easy Street Holding, LLC), | |
| 20-4502979 (Easy Street Partners, LLC), and | |
| 84-1685764 (Easy Street Mezzanine, LLC) | |

**ORDER APPROVING CROWELL & MORING LLP'S WITHDRAWAL**
**AS CO-COUNSEL FOR EASY STREET PARTNERS, LLC**

SLC_759272.1

**Filed: 12/23/10**

Entered On Docket: 12/28/2010

The Court, having considered the motion (the "Motion") of Crowell & Moring LLC ("C&M") pursuant to Rule 2091-1(b) of this Court's Local Rules of Practice, to withdraw as co-counsel for Easy Street, Partners, LLC ("ESP"), and good cause appearing therefor, hereby

ORDERS:

1.    The Motion is granted.

2.    C&M is authorized to withdraw as counsel for ESP in its Chapter 11 case and related proceedings.

\* \* \* \* END OF DOCUMENT \* \* \* \*

**CLERK'S CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Order Approving Crowell & Moring LLP's Withdrawal as Co-Counsel for Easy Street Partners, LLC was served this _____ day of December, 2010, via ECF Notification and/or first-class mail, postage prepaid, on the following parties:

Kenneth L. Cannon II
Durham Jones & Pinegar, PC
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, UT 84110-4050

Michael V. Blumenthal
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022-2544

William Shoaf
4780 Winchester Court
Park City, UT 84098-7528

Annette W. Jarvis
Benjamin J. Kotter
Dorsey & Whitney LLP
136 South Main Street, Suite 1000
Salt Lake City, UT 84101-1685

Richard W. Havel
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013-1010

John T. Morgan
US Trustees Office
405 South Main Street, Suite 300
Salt Lake City, UT 84111-3402

_____
Deputy Clerk

# CERTIFICATE OF NOTICE

```
District/off: 1088-2               User: mtm                    Page 1 of 1                 Date Rcvd: Dec 28, 2010
Case: 09-29905                     Form ID: pdfor1              Total Noticed: 6

The following entities were noticed by first class mail on Dec 30, 2010.
aty          +Annette W. Jarvis,    Dorsey & Whitney LLP,   136 South Main Street,    Suite 1000,
               Salt Lake City, UT 84101-1685
aty           Kenneth L. Cannon, II,   Durham Jones & Pinegar,   111 East Broadway, Suite 900,    P O Box 4050,
               Salt Lake City, UT  84110-4050
aty          +Michael V. Blumenthal,    Crowell & Moring LLP,   590 Madison Avenue, 20th Floor,
               New York, NY 10022-2544
6627730      +Richard W. Havel, Esq.,   Sidley Austin LLP,   555 West Fifth Street,
               Los Angeles, CA 90013-1010
6625042      +William Shoaf,   4780 Winchester Court,   Park City, UT 84098-7528

The following entities were noticed by electronic transmission on Dec 29, 2010.
aty          +E-mail/Text: ustpregion19.sk.ecf@usdoj.gov                           John T. Morgan tr,
               US Trustees Office,   Ken Garff Bldg.,   405 South Main Street,    Suite 300,
               Salt Lake City, Ut 84111-3402
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 30, 2010**                          **Signature:**    *Joseph Speetjens*