Annette W. Jarvis (1649)  
Peggy Hunt (6060)  
Benjamin J. Kotter (9592)  
**DORSEY & WHITNEY LLP**  
136 South Main Street, Suite 1000  
Salt Lake City, Utah 84101  
Telephone: (801) 933-7360  
Facsimile: (801) 933-7373  
Email: jarvis.annette@dorsey.com  
      hunt.peggy@dorsey.com  
      kotter.benjamin@dorsey.com  

Richard W. Havel (10759)  
**SIDLEY AUSTIN LLP**  
555 West 5th Street  
Los Angeles, California 90013  
Telephone: (213) 896-6000  
Facsimile: (213) 896-6600  
Email: rhavel@sidley.com  

*Attorneys for Heber Avenue Partners, LLC*

**IN THE UNITED STATES BANKRUPTCY COURT**  
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re:<br><br>**EASY STREET HOLDING, LLC, et al.,**<br><br>Debtors. | Case No. 09-29905<br>(Jointly Administered with Cases 09-29907 and 09-29908)<br><br>Chapter 11<br><br>Honorable R. Kimball Mosier |

**MOTION FOR *PRO HAC VICE* ADMISSION OF CHRISTINA M. CRAIGE**

      I, Benjamin J. Kotter, hereby move for the *pro hac vice* admission of Christina M. Craige to practice in this Court. I and my firm, Dorsey & Whitney LLP, have agreed to serve as designated local counsel for this case; to readily communicate with opposing counsel and the Court regarding the conduct of these cases; and to accept papers when served and recognize my responsibility and full authority to act for an on behalf of the client Heber Avenue Partners, LLC, related to these proceedings, including hearings, pretrial conferences, and trials, should applicant fail to respond to any Court order.

Dated this 7th day of January, 2011.

                DORSEY & WHITNEY LLP

                */s/ Benjamin J. Kotter*
                Annette W. Jarvis
                Benjamin J. Kotter
                *Attorneys for Heber Avenue Partners, LLC*