| | |
|---|---|
| Annette W. Jarvis (1649) | Richard W. Havel (10759) |
| Peggy Hunt (6060) | **SIDLEY AUSTIN LLP** |
| Benjamin J. Kotter (9592) | 555 West 5th Street |
| **DORSEY & WHITNEY LLP** | Los Angeles, California 90013 |
| 136 South Main Street, Suite 1000 | Telephone: (213) 896-6000 |
| Salt Lake City, Utah 84101 | Facsimile: (213) 896-6600 |
| Telephone: (801) 933-7360 | Email: rhavel@sidley.com |
| Facsimile: (801) 933-7373 | |
| Email: jarvis.annette@dorsey.com | |
|     hunt.peggy@dorsey.com | |
|     kotter.benjamin@dorsey.com | |

*Attorneys for Heber Avenue Partners, LLC*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>**EASY STREET HOLDING, LLC, et al.,**<br><br>Debtors. | Case No. 09-29905<br>(Jointly Administered with Cases 09-29907 and 09-29908)<br><br>Chapter 11<br><br>Honorable R. Kimball Mosier |

# DECLARATION IN SUPPORT OF MOTION FOR
# *PRO HAC VICE* ADMISSION OF CHRISTINA M. CRAIGE

I, Christina M. Craige, state and declare:

1. I am an associate in the law firm of Sidley Austin LLP, resident in its Los Angeles, California office. My office address is 555 West 5th Street, Los Angeles, California, 90013, telephone number (213) 896-6000, and facsimile number (213) 896-6600. My email address is ccraige@sidley.com.

2. I am admitted to practice and I am a member in good standing of the bars of the following courts:

| Court of Admission | Date of Admission |
|---|---|
| The State of California | 2007 |
| United States District Court for the Central District of California | 2008 |
| United States District Court for the Northern District of California | 2009 |

3. No disbarment proceedings are presently pending nor have disbarment proceedings ever been instituted against me; nor has any certificate or privilege to appear and practice before any regulatory administrative body ever been suspended or revoked. I am not currently subject to any disciplinary proceedings by any organization with authority to discipline attorneys at law, and I have never received public discipline including, but not limited to, suspension or disbarment, by any organization with authority to discipline attorneys at law.

4. I certify that I will comply with and be bound by the Local Rules of the United States Bankruptcy Court and District Court for the District of Utah.

5. I acknowledge that local counsel, Annette W. Jarvis and Benjamin J. Kotter of Dorsey & Whitney LLP, are required to continue in the case or proceeding unless another active member of this Court's bar is substituted or unless released by the Court.

6. I have not appeared as counsel in any matter filed in this Court in the past five (5) years.

7. I certify that I submit to and shall be subject to the disciplinary jurisdiction of this Court for any alleged misconduct arising in the course of preparation and representation in this case.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

DATED this 7th day of January, 2011.

                                              */s/ Christina M. Craige*
                                              Christina M. Craige