Annette W. Jarvis (1649)
Peggy Hunt (6060)
Benjamin J. Kotter (9592)
**DORSEY & WHITNEY LLP**
136 South Main Street, Suite 1000
Salt Lake City, Utah 84101
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
Email: jarvis.annette@dorsey.com
      hunt.peggy@dorsey.com
      kotter.benjamin@dorsey.com

Richard W. Havel (10759)
Christina M. Craige (*pro hac vice pending*)
**SIDLEY AUSTIN LLP**
555 West 5th Street
Los Angeles, California 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600
Email: rhavel@sidley.com
      ccraige@sidley.com

*Attorneys for Heber Avenue Partners, LLC*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>**EASY STREET HOLDING, LLC, et al.,**<br><br>Debtors.<br><br>Address:  201 Heber Avenue<br>         Park City, Utah 84060<br><br>Tax ID Number:<br>35-2183713 (Easy Street Holding, LLC),<br>20-4502979 (Easy Street Partners, LLC), and<br>84-1685764 (Easy Street Mezzanine, LLC) | Case No. 09-29905<br>(Jointly Administered with Cases<br>09-29907 and 09-29908)<br><br>Chapter 11<br><br>Honorable R. Kimball Mosier<br><br>DATE:   January 20, 2011<br>TIME:   2:00 P.M. MST<br>PLACE:  Courtroom 369<br>        350 South Main Street, #301<br>        Salt Lake City, Utah 84101 |

**DECLARATION OF CHRISTINA M. CRAIGE IN SUPPORT OF HEBER AVENUE PARTNERS LLC'S REPLY IN SUPPORT OF ITS OBJECTION TO CLAIM NO. 27 OF WILLIAM SHOAF PURSUANT TO SECTION 502 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 3001, 3003 AND 3007**

I, Christina M. Craige, declare and state as follows:

1. I am an attorney with the law firm Sidley Austin LLP ("Sidley"), counsel for Heber Avenue Partners LLC ("Heber") and WestLB AG ("WestLB"). I submit this declaration in support of Heber Avenue Partners LLC's Reply in Support of Its Objection to Claim No. 27 of William Shoaf Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rules 3001, 3003 and 3007 (the "Reply") filed contemporaneously herewith. All capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Reply.

2. Except as otherwise indicated, all facts set forth in this Declaration are based upon my personal knowledge or my access to documents received and kept by Sidley in connection with these cases. If called upon as a witness, I could and would testify competently to the facts set forth herein.

3. Attached hereto as Exhibit 1 is a true and correct copy of the Consent and Subordination of Management Agreement dated as of March 30, 2006, by and between WestLB AG, Easy Street Partners, LLC ("Partners") and CloudNine Resorts/Sky Lodge Management, LLC ("Management"), attached to which as Exhibit B is a true and correct copy of the Sky Lodge Management Agreement by and between Management and Partners.

4. On or about October 1, 2010, William Shoaf sent me an email containing certain documentation allegedly supporting the Shoaf Claim. Attached as Exhibit 2 hereto is a true and correct copy of one file named "POC Summary Final.xls" and dated June 22, 2010. Attached as Exhibit 3 hereto is a true and correct copy of one file named "POC Summary 2-9-10.xls" and dated February 10, 2010. Attached as Exhibit 4 hereto is a true and correct copy of one file named 'POC Summary 5-27-10.xls" and dated May 27, 2010.

-3-

5. Shoaf has provided no copies of the invoices corresponding to the amounts comprising the Wrona Component.

I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge and belief.

DATED this 7th day of January, 2011.

*/s/ Christina M. Craige*
Christina M. Craige