**The below described is SIGNED.**

**Dated: January 12, 2011**

_____
**R. KIMBALL MOSIER**
**U.S. Bankruptcy Judge**



_____

Annette W. Jarvis (1649)
Peggy Hunt (6060)
Benjamin J. Kotter (9592)
**DORSEY & WHITNEY LLP**
136 South Main Street, Suite 1000
Salt Lake City, Utah 84101
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
Email: jarvis.annette@dorsey.com
   hunt.peggy@dorsey.com
   kotter.benjamin@dorsey.com

Richard W. Havel (10759)
**SIDLEY AUSTIN LLP**
555 West 5th Street
Los Angeles, California 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600
Email: rhavel@sidley.com

*Attorneys for Heber Avenue Partners, LLC*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>**EASY STREET HOLDING, LLC, et al.,**<br><br>Debtors. | Case No. 09-29905<br>(Jointly Administered with Cases 09-29907 and 09-29908)<br><br>Chapter 11<br><br>Honorable R. Kimball Mosier |

### ORDER ADMITTING CHRISTINA M. CRAIGE *PRO HAC VICE*

It appearing to the Court that Applicant Christina M. Craige meets the *pro hac vice* admission requirements of DUCivR 83-1(d) and Bank. D. Ut. LBR 2090-1(b), the Motion for Applicant's Admission *Pro Hac Vice* in the United States Bankruptcy Court, District of Utah in the subject case is GRANTED.

Filed: 01/07/11

The Applicant's contact information is as follows:

Business Address:

Christina M. Craige
Sidley Austin LLP
555 West 5th Street
Los Angeles, California 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600
Email: ccraige@sidley.com

_____
(End of Document)