**The below described is SIGNED.**

**Dated: January 12, 2011**

_____
**R. KIMBALL MOSIER**
**U.S. Bankruptcy Judge**



_____

Annette W. Jarvis (1649)
Peggy Hunt (6060)
Benjamin J. Kotter (9592)
**DORSEY & WHITNEY LLP**
136 South Main Street, Suite 1000
Salt Lake City, Utah 84101
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
Email: jarvis.annette@dorsey.com
　　　　hunt.peggy@dorsey.com
　　　　kotter.benjamin@dorsey.com

Richard W. Havel (10759)
**SIDLEY AUSTIN LLP**
555 West 5th Street
Los Angeles, California 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600
Email: rhavel@sidley.com

*Attorneys for Heber Avenue Partners, LLC*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>**EASY STREET HOLDING, LLC, et al.,**<br><br>Debtors. | Case No. 09-29905<br>(Jointly Administered with Cases 09-29907 and 09-29908)<br><br>Chapter 11<br><br>Honorable R. Kimball Mosier |

### ORDER ADMITTING CHRISTINA M. CRAIGE *PRO HAC VICE*

It appearing to the Court that Applicant Christina M. Craige meets the *pro hac vice* admission requirements of DUCivR 83-1(d) and Bank. D. Ut. LBR 2090-1(b), the Motion for Applicant's Admission *Pro Hac Vice* in the United States Bankruptcy Court, District of Utah in the subject case is GRANTED.

The Applicant's contact information is as follows:

Business Address:

Christina M. Craige
Sidley Austin LLP
555 West 5th Street
Los Angeles, California 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600
Email: ccraige@sidley.com

_____
(End of Document)

# CERTIFICATE OF NOTICE

```
District/off: 1088-2           User: mtm                   Page 1 of 1                   Date Rcvd: Jan 12, 2011
Case: 09-29905                 Form ID: pdfor1             Total Noticed: 2

The following entities were noticed by first class mail on Jan 14, 2011.
aty          +Benjamin J. Kotter,    Dorsey & Whitney, LLP,    136 South Main Street,    Suite 1000,
               Salt Lake City, UT 84101-1685
aty          +Christina M. Craige,    Sidley Austin LLP,    555 West 5th Street,    Los Angeles, CA 90013-1010

The following entities were noticed by electronic transmission.
NONE.                                                                                                 TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 14, 2011**              **Signature:** _Joseph Speetjens_