Kenneth L. Cannon II (kcannon@djplaw.com) (3705)
Steven J. McCardell (smccardell@djplaw.com) (2144)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT   84110-4050
Telephone:  (801) 415-3000/Fax:  (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com) (admitted pro hac vice)
Steven B. Eichel (seichel@crowell.com) (admitted pro hac vice)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY  10022
Telephone:  (212) 223-4000/Fax:  (212) 223-4134

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re: | Bankruptcy Case No. 09-29905 |
| | Jointly Administered with Cases |
| EASY STREET HOLDING, LLC, *et al.*, | 09-29907 and 09-29908 |
| | (This Notice affects Case Nos. 09-29905 |
| Debtors. | (Holding) and 09-29908 (Mezzanine)) |
| | |
| Address:  201 Heber Avenue | Chapter 11 |
|           Park City, UT 84060 | |
| | Honorable R. Kimball Mosier |
| Tax ID Numbers: | |
| 35-2183713 (Easy Street Holding, LLC), | |
| 20-4502979 (Easy Street Partners, LLC), and | |
| 84-1685764 (Easy Street Mezzanine, LLC) | |

**NOTICE OF HEARING AND NOTICE OF OBJECTION DEADLINE
ON APPLICATION OF CROWELL & MORING LLP AND DURHAM
JONES & PINEGAR TO WITHDRAW AS CO-COUNSEL FOR EASY
STREET MEZZANINE, LLC AND EASY STREET HOLDING, LLC**

**PLEASE TAKE NOTICE** that, on January 13, 2011, Crowell & Moring LLP ("C&M")

and Durham Jones & Pinegar ("DJP") filed an application (the "Application") pursuant to Rule

2091-1(b) of this Court's Local Rules of Practice to withdraw as counsel for Easy Street

Holding, LLC ("Holding") and Easy Street Mezzanine, LLC ("Mezzanine").  Copies of the

Application were served on individuals who own the members of Holding (which in turn owns Mezzanine), on the United States Trustee's office for the District of Utah, on counsel for the Unsecured Creditors Committee, and on counsel for defendants in litigation brought by Holding and Mezzanine.

**PLEASE TAKE FURTHER NOTICE** that your rights may be affected. You should read this Notice and the Application carefully and discuss them with your attorney, if you have one in this bankruptcy case.

**PLEASE TAKE FURTHER NOTICE** that, if you do not want the Bankruptcy Court to approve the Application, or if you want the Bankruptcy Court to consider your views on the Application, then you or your attorney must file with the Bankruptcy Court and serve on the undersigned counsel for the Debtor a written objection to the Application in conformity with Rule 9013-1 of the Bankruptcy Court's local rules of practice so that it is received no later than **Friday, February 18, 2011, at 4:30 p.m., MST**. Your objection must be filed at:

> Clerk
> United States Bankruptcy Court
> 350 South Main Street, # 301
> Salt Lake City, Utah  84101

**PLEASE TAKE FURTHER NOTICE** that, if you mail your objection to the Bankruptcy Court for filing, you must mail it early enough so the Court will receive it on or before the time and date stated above. You must also serve your objection on the undersigned counsel for the Debtor and on other parties in interest.

**PLEASE TAKE FURTHER NOTICE** that the Application will come on for hearing before the Honorable R. Kimball Mosier, United States Bankruptcy Judge, on **Wednesday, February 23, 2011, at 1:00 p.m., MST**, in his courtroom, Room 369 of the Frank E. Moss

United States Courthouse, 350 South Main Street, Salt Lake City, Utah 84101.  You or your attorney must attend the hearing on the Application if you want your objection to be considered by the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rule 9013-1(c) of the Bankruptcy Court's local rules of practice, absent timely filing and service of objections to the Application, the Debtor may ask that the Court to approve the Application without further notice or hearing.  Additionally, upon the resolution of any timely filed and served objections to the Application, the Debtor may ask the Bankruptcy Court to approve the Application without further notice or hearing.

DATED: February 1, 2011

DURHAM JONES & PINEGAR, P.C.

By:   /s/  Kenneth L. Cannon II
Kenneth L. Cannon II (kcannon@djplaw.com)(3705)
Steven J. McCardell (smccardell@djplaw.com)(2144)

and

Michael V. Blumenthal (mblumenthal@crowell.com)
   (admitted pro hac vice)
CROWELL & MORING LLP

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of February, 2011, I caused to be served the Notice of Hearing and Notice of Objection Deadline on Application of Crowell & Moring LLP and Durham Jones & Pinegar to Withdraw as Co-Counsel for Easy Street Mezzanine, LLC and Easy Street Holding, LLC, via CM/ECF notification, electronic mail and/or first-class mail, postage prepaid on the following:.

Jeffrey L. Shields
Callister Nebeker & McCullough
10 East South Temple, #900
Salt Lake City, UT 84133
Email: jlshields@cnmlaw.com
ECF: jlshields@cnmlaw.com,
njpotter@cnmlaw.com

Lon A. Jenkins
Jones Waldo Holbrook & McDonough
170 South Main Street, Suite 1500
Salt Lake City, UT 84101
Email: lajenkins@joneswaldo.com
ECF: lajenkins@joneswaldo.com,
krichardson@joneswaldo.com;
ecf@joneswaldo.com;
rhuot@joneswaldo.com

Troy J. Aramburu
Jones Waldo Holbrook & McDonough
170 South Main Street, Suite 1500
Salt Lake City, UT 84101
Email: taramburu@joneswaldo.com
ECF: taramburu@joneswaldo.com,
sglendening@joneswaldo.com;
rbush@joneswaldo.com

Adelaide Maudsley
Chapman and Cutler
201 South Main Street, #2000
Salt Lake City, UT 84111
Email: maudsley@chapman.com
ECF: maudsley@chapman.com,
jemery@chapman.com

Annette W. Jarvis
Benjamin J. Kotter
Dorsey & Whitney
136 South Main Street, #1000
Salt Lake City, UT 84101
Email: jarvis.annette@dorsey.com,
kotter.benjamin@dorsey.com
ECF: jarvis.annette@dorsey.com,
smith.ron@dorsey.com; slc.lit@dorsey.com;
brown.patricia@dorsey.com

Kim R. Wilson
Snow Christensen & Martineau
10 Exchange Place, #1100
Salt Lake City, UT 84111
Email: krw@scmlaw.com
ECF: bankruptcy_krw@scmlaw.com

Elizabeth Rad
Email: erad237@gmail.com

William Shoaf
4780 WinchesterCourt
Park City, UT 84098-7528
Email: bshoaf@cloudnineresorts.com

Philo Smith, Jr.
Spectra Asset Management
684 Glenneyre Street
Laguna Beach, CA 92651

Michael Feder
Radar Logic Incorporated
Email: mfeder@radarlogic.com

Anthony S. Fiotto
Goodwin Procter LLP
53 State Street
Boston, MA  02109
Email:  afiotto@goodwinprocter.com

Michael V. Blumenthal
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022-2544
Email:  mblumenthal@crowell.com

Richard W. Havel
Sidley & Austin
555 West Fifth Street
Los Angeles, CA  90013
Email:  rhavel@sidley.com

  /s/   Kristin Hughes