The below described is SIGNED.

Dated: 2/23/2011

*/s/ R. Kimball Mosier*
**R. KIMBALL MOSIER**
**U.S. Bankruptcy Judge**

Kenneth L. Cannon II (kcannon@djplaw.com) (3705)
Steven J. McCardell (smccardell@djplaw.com) (2144)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT 84110-4050
Telephone: (801) 415-3000/Fax: (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com) (admitted pro hac vice)
Steven B. Eichel (seichel@crowell.com) (admitted pro hac vice)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 223-4000/Fax: (212) 223-4134

Co-Counsel for Easy Street Mezzanine, LLC and Easy Street Holding, LLC

**RECEIVED**
FEB 23 2011
US BANKRUPTCY COURT
DISTRICT OF UTAH

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>EASY STREET HOLDING, LLC, *et al.*,<br><br>Debtors.<br><br>Address:  201 Heber Avenue<br>              Park City, UT 84060<br><br>Tax ID Numbers:<br>35-2183713 (Easy Street Holding, LLC),<br>20-4502979 (Easy Street Partners, LLC), and<br>84-1685764 (Easy Street Mezzanine, LLC) | Bankruptcy Case No. 09-29905<br>Jointly Administered with Cases<br>09-29907 and 09-29908<br>(this Order affects Case Nos.<br>09-29905 and 09-29908)<br><br>Chapter 11<br><br>Honorable R. Kimball Mosier |

**ORDER APPROVING WITHDRAWAL OF CROWELL & MORING LLP
AND DURHAM JONES & PINEGAR AS CO-COUNSEL FOR EASY
STREET MEZZANINE, LLC AND EASY STREET HOLDING, LLC**

SLC_798057.1

The Court, having considered the application (the "Application") of Crowell & Moring LLC ("C&M") and Durham Jones & Pinegar ("DJP") pursuant to Rule 2091-1(b) of this Court's Local Rules of Practice, to withdraw as co-counsel for Easy Street Mezzanine, LLC ("Mezzanine") and Easy Street Holding, LLC ("Holding"), and good cause appearing therefor, hereby

ORDERS:

1. The Motion is granted.

2. C&M and DJP are authorized to withdraw, and their withdrawal is hereby approved, as counsel and as co-counsel for Mezzanine and Holding in their Chapter 11 case and related adversary proceedings.

3. C&M and DJP shall no longer be counsel of record. Mezzanine and Holding.shall have twenty-one days within which to employ substitute counsel.

* * * * END OF DOCUMENT * * * *

## CLERK'S CERTIFICATE OF SERVICE

I hereby certify that the foregoing Order Approving Withdrawal of Crowell & Moring LLP and Durham Jones & Pinegar as Co-Counsel for Easy Street Mezzanine, LLC and Easy Street Holding, LLC was served this _____ day of February, 2011, via ECF Notification, first-class mail, postage prepaid, and/or email on the following parties:

Kenneth L. Cannon II
Durham Jones & Pinegar, PC
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, UT 84110-4050

Michael V. Blumenthal
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022-2544

William Shoaf
4780 Winchester Court
Park City, UT 84098-7528

Annette W. Jarvis
Benjamin J. Kotter
Dorsey & Whitney LLP
136 South Main Street, Suite 1000
Salt Lake City, UT 84101-1685

Richard W. Havel
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013-1010

John T. Morgan
US Trustees Office
405 South Main Street, Suite 300
Salt Lake City, UT 84111-3402

Lon A. Jenkins
Troy J. Aramburu
Jones Waldo Holbrook & McDonough
170 South Main Street, Suite 1500
Salt Lake City, UT 84101

Adelaide Maudsley
Chapman and Cutler
201 South Main Street, #2000
Salt Lake City, UT 84111

Kim R. Wilson
Snow Christensen & Martineau
10 Exchange Place, #1100
Salt Lake City, UT 84111

Elizabeth Rad
Email: erad237@gmail.com

Philo Smith, Jr.
Spectra Asset Management
684 Glenneyre Street
Laguna Beach, CA 92651

Michael Feder
Radar Logic Incorporated
Email: mfeder@radarlogic.com

Anthony S. Fiotto
Goodwin Procter LLP
53 State Street
Boston, MA 02109

_____
Deputy Clerk