The below described is SIGNED.

Dated: 2/23/2011

/s/ R. Kimball Mosier
R. KIMBALL MOSIER
U.S. Bankruptcy Judge

Kenneth L. Cannon II (kcannon@djplaw.com) (3705)
Steven J. McCardell (smccardell@djplaw.com) (2144)
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT 84110-4050
Telephone: (801) 415-3000/Fax: (801) 415-3500

Michael V. Blumenthal (mblumenthal@crowell.com) (admitted pro hac vice)
Steven B. Eichel (seichel@crowell.com) (admitted pro hac vice)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 223-4000/Fax: (212) 223-4134

Co-Counsel for Easy Street Mezzanine, LLC and Easy Street Holding, LLC

RECEIVED
FEB 23 2011
US BANKRUPTCY COURT
DISTRICT OF UTAH

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: <br><br> EASY STREET HOLDING, LLC, *et al.*, <br><br> Debtors. <br><br> Address: 201 Heber Avenue <br> Park City, UT 84060 <br><br> Tax ID Numbers: <br> 35-2183713 (Easy Street Holding, LLC), <br> 20-4502979 (Easy Street Partners, LLC), and <br> 84-1685764 (Easy Street Mezzanine, LLC) | Bankruptcy Case No. 09-29905 <br> Jointly Administered with Cases <br> 09-29907 and 09-29908 <br> (this Order affects Case Nos. <br> 09-29905 and 09-29908) <br><br> Chapter 11 <br><br> Honorable R. Kimball Mosier |

### ORDER APPROVING WITHDRAWAL OF CROWELL & MORING LLP AND DURHAM JONES & PINEGAR AS CO-COUNSEL FOR EASY STREET MEZZANINE, LLC AND EASY STREET HOLDING, LLC

3   SLC_798057.1

Entered On Docket: 02/24/2011

The Court, having considered the application (the "Application") of Crowell & Moring LLC ("C&M") and Durham Jones & Pinegar ("DJP") pursuant to Rule 2091-1(b) of this Court's Local Rules of Practice, to withdraw as co-counsel for Easy Street Mezzanine, LLC ("Mezzanine") and Easy Street Holding, LLC ("Holding"), and good cause appearing therefor, hereby

ORDERS:

1. The Motion is granted.

2. C&M and DJP are authorized to withdraw, and their withdrawal is hereby approved, as counsel and as co-counsel for Mezzanine and Holding in their Chapter 11 case and related adversary proceedings.

3. C&M and DJP shall no longer be counsel of record. Mezzanine and Holding.shall have twenty-one days within which to employ substitute counsel.

* * * * END OF DOCUMENT * * * *

2

## CLERK'S CERTIFICATE OF SERVICE

I hereby certify that the foregoing Order Approving Withdrawal of Crowell & Moring LLP and Durham Jones & Pinegar as Co-Counsel for Easy Street Mezzanine, LLC and Easy Street Holding, LLC was served this _____ day of February, 2011, via ECF Notification, first-class mail, postage prepaid, and/or email on the following parties:

Kenneth L. Cannon II
Durham Jones & Pinegar, PC
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, UT 84110-4050

Michael V. Blumenthal
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022-2544

William Shoaf
4780 Winchester Court
Park City, UT 84098-7528

Annette W. Jarvis
Benjamin J. Kotter
Dorsey & Whitney LLP
136 South Main Street, Suite 1000
Salt Lake City, UT 84101-1685

Richard W. Havel
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013-1010

John T. Morgan
US Trustees Office
405 South Main Street, Suite 300
Salt Lake City, UT 84111-3402

Lon A. Jenkins
Troy J. Aramburu
Jones Waldo Holbrook & McDonough
170 South Main Street, Suite 1500
Salt Lake City, UT 84101

Adelaide Maudsley
Chapman and Cutler
201 South Main Street, #2000
Salt Lake City, UT 84111

Kim R. Wilson
Snow Christensen & Martineau
10 Exchange Place, #1100
Salt Lake City, UT 84111

Elizabeth Rad
Email: erad237@gmail.com

Philo Smith, Jr.
Spectra Asset Management
684 Glenneyre Street
Laguna Beach, CA 92651

Michael Feder
Radar Logic Incorporated
Email: mfeder@radarlogic.com

Anthony S. Fiotto
Goodwin Procter LLP
53 State Street
Boston, MA 02109

_____
Deputy Clerk

3

# CERTIFICATE OF NOTICE

```
District/off: 1088-2           User: mtm                    Page 1 of 1                   Date Rcvd: Feb 24, 2011
Case: 09-29905                 Form ID: pdfor1              Total Noticed: 10

The following entities were noticed by first class mail on Feb 26, 2011.
aty          +Adelaide Maudsley,   Chapman and Cutler LLP,   201 South Main Street,   Suite 2000,
               Salt Lake City, UT 84111-2298
aty          +Annette W. Jarvis,   Dorsey & Whitney LLP,   136 South Main Street,   Suite 1000,
               Salt Lake City, UT 84101-1685
aty           Kenneth L. Cannon, II,   Durham Jones & Pinegar,   111 East Broadway, Suite 900,   P O Box 4050,
               Salt Lake City, UT 84110-4050
aty          +Kim R. Wilson,   Snow Christensen & Martineau,   10 Exchange Place 11th Floor,   P.O. Box 45000,
               Salt Lake City, UT 84145-5000
aty          +Lon A. Jenkins,   Jones Waldo Holbrook & McDonough,   170 South Main St.,   Suite 1500,
               Salt Lake City, UT 84101-1644
aty          +Michael V. Blumenthal,   Crowell & Moring LLP,   590 Madison Avenue, 20th Floor,
               New York, NY 10022-2544
6628197      +Anthony S. Fiotto,   Eric D. Lemont,   Goodwin Procter LLP,   53 State Street,
               Boston, MA 02109-2881
6628201      +Philo Smith Jr. Trust,   684 Glenneyre Street,   Laguna Beach, CA 92651-2420
6625042      +William Shoaf,   4780 Winchester Court,   Park City, UT 84098-7528

The following entities were noticed by electronic transmission on Feb 24, 2011.
aty          +E-mail/Text: ustpregion19.sk.ecf@usdoj.gov                             John T. Morgan tr,
               US Trustees Office,   Ken Garff Bldg.,   405 South Main Street,   Suite 300,
               Salt Lake City, Ut 84111-3402
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Feb 26, 2011**      **Signature:** *Joseph Speetjens*