Annette W. Jarvis (1649)
Peggy Hunt (6060)
Benjamin J. Kotter (9592)
**DORSEY & WHITNEY LLP**
136 South Main Street, Suite 1000
Salt Lake City, Utah 84101
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
Email: jarvis.annette@dorsey.com
      hunt.peggy@dorsey.com
      kotter.benjamin@dorsey.com

Richard W. Havel (10759)
Christina M. Craige (*pro hac vice*)
**SIDLEY AUSTIN LLP**
555 West 5th Street, Suite 4000
Los Angeles, California 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600
Email: rhavel@sidley.com
      ccraige@sidley.com

*Attorneys for the Reorganized Debtor Heber Avenue Partners LLC*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>**EASY STREET HOLDING, LLC, et al.,**<br><br>    Debtors.<br><br>Address:  201 Heber Avenue<br>                Park City, Utah 84060<br><br>Tax ID Number:<br>35-2183713 (Easy Street Holding, LLC),<br>20-4502979 (Easy Street Partners, LLC), and<br>84-1685764 (Easy Street Mezzanine, LLC) | Case No. 09-29905<br>(Jointly Administered with Cases<br>09-29907 and 09-29908)<br><br>Chapter 11<br><br>Honorable R. Kimball Mosier |

**POST-CONFIRMATION QUARTERLY REPORT FOR EASY STREET PARTNERS,
LLC FOR THE QUARTER ENDING DECEMBER 31, 2010**

**SUMMARY OF DISBURSEMENTS[1] MADE DURING QUARTER:**

---

[1] In an abundance of caution, payments made directly by WestLB, AG on behalf of Heber Avenue Partners, LLC pursuant to WestLB, AG's obligations under the Plan, are included as receipts and disbursements for purposes of this report.

| | | |
|---|---|---|
| 1. | CASH BALANCE, BEGINNING OF QUARTER | $297,640.11 |
| 2. | CASH RECEIPTS DURING QUARTER FROM ALL SOURCES | $3,411,010.71 |
| 3. | CASH DISBURSEMENTS DURING QUARTER, INCLUDING PLAN PAYMENTS | ($2,851,445.59) |
| 4. | CASH BALANCE, END OF QUARTER | $857,205.23 |

**SUMMARY OF AMOUNTS DISBURSED UNDER PLAN:**

| | | Paid During Quarter | Total Paid to Date | Total Payments Projected Under Plan |
|---|---|---|---|---|
| 1. | ADMINISTRATIVE EXPENSES | | | |
| | Plan Trustee Compensation | $0 – N/A | $0 – N/A | $0 – N/A |
| | Plan Trustee Expense | $0 – N/A | $0 – N/A | $0 – N/A |
| | Attorney Fees – Trustee | $0 – N/A | $0 – N/A | $0 – N/A |
| | Attorney Fees – Debtor | $24,323.99 | $1,096,150.13 | $1,096,150.13 |
| | Other Professionals | $79,536.25 | $251,577.35 | $251,577.35 |
| | Other Administrative Expenses | $0 | $29,855.50 | $59,755.50 |
| | TOTAL ADMINISTRATIVE EXPENSES | $103,860.24 | $1,377,582.98 | $1,407,482.98 |
| 2. | SECURED CREDITORS | $74,545.86 | $1,445,706.96 | $17,541,381.53[2] |
| 3. | PRIORITY CREDITORS | $0 | $4,445.64 | $161,008.16 |
| 4. | UNSECURED CREDITORS | $134,377.75 | $445,685.23 | $687,678.98 |
| 5. | EQUITY SECURITY HOLDERS | $0 | $0 | $0 |
| | **TOTAL PLAN PAYMENTS** | $312,783.85 | $3,273,420.81 | $19,797,551.65[3] |

| | **Amount** | **Date** | **Check No.** |
|---|---|---|---|
| **QUARTERLY FEE PAID:** | $9,750 | 3/1/2011 | 1619 |

---

[2] For ease of administration, this figure assumes a total payment of the allowed principal amount of WestLB, AG's claim -- $16,200,000. Actual payment to WestLB, AG and, thus, to all secured creditors under the Plan will depend upon timing of payoff and sales of fractional units, among other factors.

[3] See note 2.

**PLAN STATUS:**

|   |   | Yes | No |
|---|---|---|---|
| 1. | Have all payments been made as set forth in the confirmed plan? (If no, attach explanation.) | ☒ | ☐ |
| 2. | Are all post-confirmation obligations current? (If no, attach explanation.) | ☒ | ☐ |
| 3. | Projected date of application for final decree: March 1, 2011. |   |   |

*I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING POST CONFIRMATION QUARTERLY REPORT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.*

DATED this 1st day of March, 2011.

**HEBER AVENUE PARTNERS LLC,**
a Delaware limited liability company

By:  WestLB AG, a German banking corporation,
acting through its Cayman Islands branch, its Member

By: _____
Name: Christian Ruehmer
Title: Managing Director

By: _____
Name: James Winikor
Title: Associate Director