Annette W. Jarvis (1649)  
Peggy Hunt (6060)  
Benjamin J. Kotter (9592)  
**DORSEY & WHITNEY LLP**  
136 South Main Street, Suite 1000  
Salt Lake City, Utah 84101  
Telephone: (801) 933-7360  
Facsimile: (801) 933-7373  
Email: jarvis.annette@dorsey.com  
      hunt.peggy@dorsey.com  
      kotter.benjamin@dorsey.com  

Richard W. Havel (10759)  
Christina M. Craige (*pro hac vice*)  
**SIDLEY AUSTIN LLP**  
555 West 5th Street, Suite 4000  
Los Angeles, California 90013  
Telephone: (213) 896-6000  
Facsimile: (213) 896-6600  
Email: rhavel@sidley.com  
      ccraige@sidley.com  

*Attorneys for the Reorganized Debtor Heber Avenue Partners, LLC*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>**EASY STREET HOLDING, LLC, et al.,**<br><br>Debtors.<br><br>Address: 201 Heber Avenue<br>         Park City, Utah 84060<br><br>Tax ID Number:<br>35-2183713 (Easy Street Holding, LLC),<br>20-4502979 (Easy Street Partners, LLC), and<br>84-1685764 (Easy Street Mezzanine, LLC) | Case No. 09-29905<br>(Jointly Administered with Cases<br>09-29907 and 09-29908)<br><br>Chapter 11<br><br>Honorable R. Kimball Mosier |

**DECLARATION OF JAMES WINIKOR IN SUPPORT OF
MOTION TO CLOSE EASY STREET PARTNERS, LLC'S
BANKRUPTCY CASE AND REQUEST FOR FINAL DECREE**

I, James Winikor, hereby declare and state as follows:

1.  I am a director of Heber Avenue Partners, LLC ("Heber"), the reorganized debtor pursuant to the Amended Joint Plan of Reorganization of Easy Street Partners, LLC and WestLB, AG Dated June 16, 2010 (the "Plan"), and I make this Declaration in support of Motion to Close Easy Street Partners, LLC's Bankruptcy Case and Request for Final Decree (the "Motion") filed contemporaneously herewith.  Capitalized terms not otherwise defined herein have the meaning ascribed to such terms in the Motion.

2.  As a director, I am a custodian of the books and records pertaining to Heber's performance of its obligations and responsibilities under the Plan, including its assumption of the business and management of the Sky Lodge and other property dealt with by the Plan.  I can confirm that the records and other documents in the files pertaining to Heber constitute writings made in the regular and ordinary course of business of Heber at or near the time of the events or acts of which they are a record.  I make this Declaration based on my personal knowledge and the information contained in the records pertaining to Heber, to which I have access and which this Declaration accurately reflects. This Declaration is based upon my personal knowledge or, if so stated, upon information and belief.

3.  If I were called upon to testify, I could and would testify competently to the facts set forth herein.

4.  Since the Effective Date, Heber has, among other things, been performing its obligations and responsibilities under the Plan, including assuming the business and management of the property dealt with by the Plan.  Further, Heber has resolved all disputed prepetition claims asserted against Partners in Partners' bankruptcy case.  Attached hereto as Exhibit A is a spreadsheet setting forth all payments made to prepetition creditors and administrative claimants

-3-

as of the date of this Declaration and otherwise describing the resolution of filed and scheduled claims.

5. Pursuant to various orders previously entered by this Court, Heber has paid in full all administrative claims filed by professionals retained by the Debtors under 11 U.S.C. § 327 and approved by this Court.

6. Furthermore, all of the assets in Partners' bankruptcy estate have been transferred to Heber in accordance with the Plan, and Heber has made distributions to creditors, and will continue to do so in accordance with the Plan.

DATED this 28th day of February, 2011.

*/s/ James Winikor*
James Winikor

Error! Digit expected.

# Exhibit A

| Creditor | Scheduled Claims Non-Contingent, Undisputed Amount | Proof of Claim No. * | Proof of Claim Amount | Class | Class 4 Option | To Be Paid At or After Closing Under Plan | Option 2 Payment as of 1/1/2011 | 10/15/2010 Payment | 1/15/2011 Payment | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| WestLB AG | $15,164,331.17 | 28 | $16,049,742.71 | 1 | | $16,200,000.00 | N/A | $0.00 | $0.00 | Debt restructured per terms of the Plan. Interest and principal payments totaling $183,849.91 have been made between the Effective Date and 1/4/2011. |
| Gunther Comfort Air | | 33 | $264,587.52 | 2 | | $424,639.65 | N/A | N/A | N/A | Paid @ closing $424,639.65 per Plan. |
| Jacobsen National Group, Inc. | $1,382,127.00 | 16 | $1,477,718.22 | 2 | | $905,360.35 | N/A | N/A | N/A | Paid @ closing $905,360.35 per Plan. |
| Gateway Center LLC | | 31 | $13,888.00 | 3 | | $0.00 | $0.00 | N/A | N/A | Claim secured by deposit of $13,888.00, which was abandoned to Gateway in satisfaction of its claim per the Plan. |
| Summit County Treasurer | Unassessed, Undetermined | | | 3 | | $0.00 | $0.00 | $0.00 | $0.00 | Unliquidated. No proof of claim filed against Partners. |
| Wells Fargo Equipment Finance | $30,599.31 | | | 3 | | $0.00 | N/A | $ - | $ - | Rendered Unimpaired. |
| A.W. Marshall Company | $298.83 | 5 | $510.24 | 4 | 1 | $510.24 | N/A | $42.52 | $42.52 | |
| Acme Holdings, LLC | $439.41 | | | 4 | 1 | $439.41 | N/A | $36.62 | $36.62 | |
| ACME Thread Ware | $355.21 | | | 4 | 1 | $355.21 | N/A | $29.60 | $29.60 | |
| Adrienne Rzepnick, Daniel Miller | $516.14 | | | 4 | 1 | $516.14 | N/A | $43.01 | $43.01 | |
| ADT Security Services Inc. | $126.60 | | | 4 | 1 | $0.00 | N/A | N/A | N/A | Cured @ $0 Per Uncontested Plan Supplement Filed 6/21/10 (Docket No. 575) |
| Alfred M. Wesser | $300.00 | | | 4 | 1 | $300.00 | N/A | $25.00 | $25.00 | First distribution not negotiated within 120 days and voided under Section 6.9 of the Plan |
| Alpine Adventures | $15.90 | | | 4 | 1 | $15.90 | N/A | $1.33 | $1.33 | |
| Alsco | $1,218.69 | | | 4 | 1 | $1,218.69 | N/A | $101.56 | $101.56 | |
| American Express Travel | $239.60 | | | 4 | 1 | $239.60 | N/A | $19.97 | $19.97 | |
| American Express Travel Related Servs | $31.80 | | | 4 | 1 | $31.80 | N/A | $2.65 | $2.65 | |
| American Hotel Register Co. | $117.92 | | | 4 | 1 | $117.92 | N/A | $9.83 | $9.83 | |
| American Ski & Board Association | $2,100.00 | | | 4 | 1 | $2,100.00 | N/A | $175.00 | $175.00 | |
| Amy Casey | $374.17 | | | 4 | 1 | $374.17 | N/A | $31.18 | $31.18 | First distribution not negotiated within 120 days and voided under Section 6.9 of the Plan |
| Angela Rayner | $2,069.55 | | | 4 | 1 | $2,069.55 | N/A | $172.46 | $172.46 | |
| Ann Guernsey, Craig Guernsey | $1,905.53 | | | 4 | 1 | $1,905.53 | N/A | $158.79 | $158.79 | |
| Appliance Sales & Service | $1,159.63 | | | 4 | 1 | $1,159.63 | N/A | $96.64 | $96.64 | |
| AT&T Mobility | $375.39 | | | 4 | 1 | $375.39 | N/A | $31.28 | $31.28 | |
| ATIV Corp. | $59.80 | | | 4 | 1 | $59.80 | N/A | $4.98 | $4.98 | |
| Baker Tile Co. | | 140 | $5,689.00 | 4 | 1 | $5,689.00 | N/A | $474.08 | $474.08 | |
| Barbara Vermut, Stephan Vermut | $297.21 | | | 4 | 1 | $297.21 | N/A | $24.77 | $24.77 | |
| Bellows Glass/Bellow Glas | $51.47 | | | 4 | 1 | $51.47 | N/A | $4.29 | $4.29 | |
| Bevco2 | $131.11 | | | 4 | 1 | $131.11 | N/A | $10.93 | $10.93 | |
| Bill Escudier | $739.18 | | | 4 | 1 | $739.18 | N/A | $61.60 | $61.60 | |
| Bill Shoaf, Carrie Shoaf | $76.43 | | | 4 | 1 | $76.43 | N/A | $6.37 | $6.37 | |
| Brian Ahern | $417.70 | | | 4 | 1 | $417.70 | N/A | $34.81 | $34.81 | |
| Brian Althaver | $190.15 | | | 4 | 1 | $190.15 | N/A | $15.85 | $15.85 | |
| Brooks J. Hoven | $898.55 | | | 4 | 1 | $898.55 | N/A | $74.88 | $74.88 | |
| Buffy Castillo, Sean Castillo | $619.58 | | | 4 | 1 | $619.58 | N/A | $51.63 | $51.63 | |

| Creditor | Scheduled Claims Non-Contingent, Undisputed Amount | Proof of Claim No. * | Proof of Claim Amount | Class | Class 4 Option | To Be Paid At or After Closing Under Plan | Option 2 Payment as of 1/1/2011 | 10/15/2010 Payment | 1/15/2011 Payment | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| Business Technology Consulting | $1,350.00 | | | 4 | 1 | $1,350.00 | N/A | $112.50 | $112.50 | |
| Cameron & Associates | $91.62 | | | 4 | 1 | $91.62 | N/A | $7.64 | $7.64 | |
| Catherine Johnson | $263.61 | | | 4 | 1 | $263.61 | N/A | $21.97 | $21.97 | |
| Charles Raeburn, Vicki Raeburn | $455.72 | | | 4 | 1 | $455.72 | N/A | $37.98 | $37.98 | |
| Cindy Velasquez, Greg Velasquez | $474.02 | | | 4 | 1 | $474.02 | N/A | $39.50 | $39.50 | |
| Claudia McMullin, Tim Douglas | $153.30 | | | 4 | 1 | $153.30 | N/A | $12.78 | $12.78 | |
| Clint McClellan | $173.07 | | | 4 | 1 | $173.07 | N/A | $14.42 | $14.42 | First distribution not negotiated within 120 days and voided under Section 6.9 of the Plan |
| Comcast | $1,394.62 | | | 4 | 1 | $1,394.62 | N/A | $116.22 | $116.22 | First distribution returned due to lack of account number. April distribution to include account number and catch-up payments. |
| Connie Hindle, Bill Hindle | $1,565.57 | | | 4 | 1 | $1,565.57 | N/A | $130.46 | $130.46 | |
| CRC Design | $1,097.25 | 141 | $160.09 | 4 | 1 | $160.09 | N/A | $13.34 | $13.34 | |
| Curb It Recycling | $695.00 | | | 4 | 1 | $695.00 | N/A | $57.92 | $57.92 | |
| Curtis Gardner, Pat Gardner | $1,273.23 | | | 4 | 1 | $1,273.23 | N/A | $106.10 | $106.10 | |
| Cushman & Wakefield | $12,500.00 | | | 4 | 1 | $12,500.00 | N/A | $1,041.67 | $1,041.67 | |
| David Stark, Louise Stark | $205.73 | | | 4 | 1 | $205.73 | N/A | $17.14 | $17.14 | |
| Dex West | $100.25 | | | 4 | 1 | $100.25 | N/A | $8.35 | $8.35 | |
| Dianna Ferguson | $788.97 | | | 4 | 1 | $788.97 | N/A | $65.75 | $65.75 | |
| Ecolab | $113.70 | 26 | $561.43 | 4 | 1 | $113.70 | N/A | N/A | N/A | Cured @ $113.70 Per Uncontested Plan Supplement Filed 6/21/10 (Docket No. 575) |
| Ecolab Pest Elim. Div. | $602.00 | | | 4 | 1 | $602.00 | N/A | N/A | N/A | Cured @ $602.00 Per Uncontested Plan Supplement Filed 6/21/10 (Docket No. 575) |
| EM Systems | $1,105.86 | 10 | $1,105.86 | 4 | 1 | $1,105.86 | N/A | $92.16 | $92.16 | |
| Emily Hill, John Hill | $747.94 | | | 4 | 1 | $747.94 | N/A | $62.33 | $62.33 | |
| Five Vs Communication | $679.06 | | | 4 | 1 | $679.06 | N/A | $56.59 | $56.59 | |
| Fog River Fisheries | $300.00 | | | 4 | 1 | $300.00 | N/A | $25.00 | $25.00 | |
| Gentry Finance | $158.89 | 9 | $318.13 | 4 | 1 | $318.13 | N/A | $26.51 | $26.51 | First distribution returned. Future distributions withheld under Section 6.9 of the Plan. |
| Get Fresh | $252.62 | | | 4 | 1 | $252.62 | N/A | $21.05 | $21.05 | |
| HD Supply Facilities Maintenance | $1,012.56 | | | 4 | 1 | $1,012.56 | N/A | $84.38 | $84.38 | |
| Home Depot Credit Services | $22.92 | | | 4 | 1 | $22.92 | N/A | $1.91 | $1.91 | |
| Hood Cleaners of Utah | $675.00 | | | 4 | 1 | $675.00 | N/A | $56.25 | $56.25 | |
| HY-KO Supply Co. | $1,413.50 | | | 4 | 1 | $1,413.50 | N/A | $117.79 | $117.79 | |
| Intermountain Drug Testing | $1,035.00 | | | 4 | 1 | $1,035.00 | N/A | $86.25 | $86.25 | |
| Internal Revenue Service | | 142 | $2,000.00 | 4 | 1 | $0.00 | N/A | $0.00 | $0.00 | Resolved; to be amended by claimant to a $0 balance. |
| James Duffield, Suzanne Duffield | $1,505.07 | | | 4 | 1 | $1,505.07 | N/A | $125.42 | $125.42 | |
| Jim Barickman, Marianne Barickman | $76.43 | | | 4 | 1 | $76.43 | N/A | $6.37 | $6.37 | |
| Jim Whitney, Robin Whitney | $316.29 | | | 4 | 1 | $316.29 | N/A | $26.36 | $26.36 | |
| Joanna Ames, Jonathan Ames | $853.65 | | | 4 | 1 | $853.65 | N/A | $71.14 | $71.14 | |
| John Butsch | $374.27 | | | 4 | 1 | $374.27 | N/A | $31.19 | $31.19 | |
| Jon Connor | $213.16 | | | 4 | 1 | $213.16 | N/A | $17.76 | $17.76 | First distribution not negotiated within 120 days and voided under Section 6.9 of the Plan |

| Creditor | Scheduled Claims Non-Contingent, Undisputed Amount | Proof of Claim No. * | Proof of Claim Amount | Class | Class 4 Option | To Be Paid At or After Closing Under Plan | Option 2 Payment as of 1/1/2011 | 10/15/2010 Payment | 1/15/2011 Payment | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| Josh Mettle | $724.37 | | | 4 | 1 | $724.37 | N/A | $60.36 | $60.36 | |
| Joy Dreimann, Leon Dreimann/Dreiman | $81.88 | | | 4 | 1 | $81.88 | N/A | $6.82 | $6.82 | |
| Kati Irwin/Wagner | $247.29 | | | 4 | 1 | $247.29 | N/A | $20.61 | $20.61 | |
| Kevin Borg | $96.20 | | | 4 | 1 | $96.20 | N/A | $8.02 | $8.02 | |
| Kevin McCarthy | $397.36 | | | 4 | 1 | $397.36 | N/A | $33.11 | $33.11 | |
| Les Olson Company | $2,062.50 | | | 4 | 1 | $2,062.50 | N/A | $171.88 | $171.88 | |
| Liquor Leasing & Service, L.C. | $320.55 | | | 4 | 1 | $320.55 | N/A | N/A | N/A | Cured @ $320.55 Per Uncontested Plan Supplement Filed 6/21/10 (Docket No. 575) |
| Luxury Residence Group | $74,721.11 | 22 | $74,721.12 | 4 | 1 | $40,226.76 | N/A | $6,226.76 | $0.00 | Settled through stipulation for additional payment of $34,000. |
| Luxury Residence Group | | 6 | $741,721.11 | 4 | | $0.00 | N/A | N/A | N/A | Claim #6 disallowed as duplicate (see Order at Docket #454, 4/27/10) |
| Lynn Simons, Robert Simons | $494.60 | | | 4 | 1 | $494.60 | N/A | $41.22 | $41.22 | |
| Marshall Bank (The Bank Living Trust) | $190.78 | | | 4 | 1 | $190.78 | N/A | $15.90 | $15.90 | |
| Mascioni Hospitality, Inc. | $233.80 | | | 4 | 1 | $233.80 | N/A | $19.48 | $19.48 | |
| Media One of Utah | $13.50 | | | 4 | 1 | $13.50 | N/A | $1.13 | $1.13 | |
| Merrit & Harris | $3,200.00 | | | 4 | 1 | $0.00 | N/A | $0.00 | $0.00 | Creditor represented that claim was already paid, voluntarily returned first payment, and disavowed subsequent payments. |
| Michael Chang, Nilda Chang | $1,827.31 | | | 4 | 1 | $1,827.31 | N/A | $152.28 | $152.28 | |
| Michael Feder | $1,562.02 | | | 4 | 1 | $1,562.02 | N/A | $130.17 | $130.17 | First distribution not negotiated within 120 days and voided under Section 6.9 of the Plan |
| Michael Hojel, Veronica Hojel | $96.20 | | | 4 | 1 | $96.20 | N/A | $8.02 | $8.02 | |
| Michael Pardo | $239.28 | | | 4 | 1 | $239.28 | N/A | $19.94 | $19.94 | First distribution not negotiated within 120 days and voided under Section 6.9 of the Plan |
| Nicholas & Co., Inc./Nicholas Co. | $1,067.15 | 21 | $1,074.57 | 4 | 1 | $1,074.57 | N/A | $89.55 | $89.55 | |
| Night Vision Landscape Light | $88.65 | | | 4 | 1 | $88.65 | N/A | $7.39 | $7.39 | First distribution not negotiated within 120 days and voided under Section 6.9 of the Plan |
| Pacific Seafood-Utah | | 15 | $138.55 | 4 | 1 | $138.55 | N/A | $11.55 | $11.55 | |
| Park Avenue Travel | $159.00 | | | 4 | 1 | $159.00 | N/A | $13.25 | $13.25 | |
| Park City Auto Parts/Hardware | $12.88 | | | 4 | 1 | $12.88 | N/A | $1.07 | $1.07 | |
| Park City Chamber Bureau | $2,000.00 | | | 4 | 1 | $2,000.00 | N/A | $166.67 | $166.67 | |
| Park City Lock & Key | $148.04 | | | 4 | 1 | $148.04 | N/A | $12.34 | $12.34 | First distribution not negotiated within 120 days and voided under Section 6.9 of the Plan |
| Park City Municipal Corp. | $1,348.16 | | | 4 | 1 | $1,348.16 | N/A | $112.35 | $112.35 | |
| Park City Surveying | $1,915.00 | | | 4 | 1 | $1,915.00 | N/A | $159.58 | $159.58 | |
| Park City WinElectric | $364.68 | | | 4 | 1 | $364.68 | N/A | $30.39 | $30.39 | First distribution not negotiated within 120 days and voided under Section 6.9 of the Plan |
| Patricia Lovejoy, Tom Lovejoy | $548.55 | | | 4 | 1 | $548.55 | N/A | $45.71 | $45.71 | |
| Patricia Wagner | $5.79 | | | 4 | 1 | $5.79 | N/A | $0.48 | $0.48 | First distribution not negotiated within 120 days and voided under Section 6.9 of the Plan |
| PayChex Human Resources Services | $759.20 | | | 4 | 1 | $0.00 | N/A | N/A | N/A | Cured @ $0 Per Uncontested Plan Supplement Filed 6/21/10 (Docket No. 575) |
| Peets Coffee & Tea | $560.09 | | | 4 | 1 | $560.09 | N/A | $46.67 | $46.67 | |
| Peter Blythe | $306.15 | | | 4 | 1 | $306.15 | N/A | $25.51 | $25.51 | |
| Philo Smith | | 23 | $237,000.00 | 4 | 1 | $112,500.00 | $112,500.00 | N/A | N/A | Settled through stipulation. |
| Pitney Bowes | $161.58 | | | 4 | 1 | $161.58 | N/A | $13.47 | $13.47 | |

| Creditor | Scheduled Claims Non-Contingent, Undisputed Amount | Proof of Claim No. * | Proof of Claim Amount | Class | Class 4 Option | To Be Paid At or After Closing Under Plan | Option 2 Payment as of 1/1/2011 | 10/15/2010 Payment | 1/15/2011 Payment | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| Porter Paint | $142.00 | | | 4 | 1 | $142.00 | N/A | $11.83 | $11.83 | |
| Qwest | $2,978.36 | | | 4 | 1 | $2,978.36 | N/A | $248.20 | $0.00 | First check returned; subsequent payments on hold until 3/14/11 per § 6.9 of the Plan. |
| Qwest Communications Company | | 13 | $818.30 | 4 | 1 | $818.30 | N/A | $68.19 | $68.19 | |
| Qwest Corp. | | 12 | $1,126.57 | 4 | 1 | $1,126.57 | N/A | $93.88 | $93.88 | |
| Ray Bidenost, Robert Lamkin | $1,113.25 | | | 4 | 1 | $1,113.25 | N/A | $92.77 | $92.77 | |
| Renegade Oil Inc. | $375.00 | | | 4 | 1 | $375.00 | N/A | $31.25 | $31.25 | |
| Revco Leasing | $729.01 | | | 4 | 1 | $759.01 | N/A | N/A | N/A | Cured @ $759.01 Per Uncontested Plan Supplement Filed 6/21/10 (Docket No. 575) |
| Rimmerman | $4,030.00 | | | 4 | 1 | $4,030.00 | N/A | $335.83 | $335.83 | First distribution not negotiated within 120 days and voided under Section 6.9 of the Plan |
| Rocky Mountain Power | $20,694.67 | | | 4 | 1 | $20,694.67 | N/A | $1,724.56 | $1,724.56 | |
| Ronald Fragen | | 8 * | $80,000.00 | 4 | 1 | $75,000.00 | N/A | $6,250.00 | $6,250.00 | Settled through stipulation. |
| Safeguard | $109.81 | | | 4 | 1 | $109.81 | N/A | $9.15 | $9.15 | |
| Sarah "Betsy" Bacon | $190.15 | | | 4 | 1 | $190.15 | N/A | $15.85 | $15.85 | |
| Schindler Elevator Corporation | $3,870.00 | | | 4 | 1 | $552.89 | N/A | N/A | N/A | Cured @ $552.89 Per Uncontested Plan Supplement Filed 6/21/10 (Docket No. 575) |
| Scott Coleman | $756.90 | | | 4 | 1 | $756.90 | N/A | $63.08 | $63.08 | First distribution not negotiated within 120 days and voided under Section 6.9 of the Plan |
| Scott Davis | $608.83 | | | 4 | 1 | $608.83 | N/A | $50.74 | $50.74 | |
| Scott James Jewelry | $4.25 | | | 4 | 1 | $4.25 | N/A | $0.35 | $0.35 | |
| Shaner Design, Inc. | $4,095.00 | 7* | $6,772.50 | 4 | 1 | $6,772.50 | N/A | $341.25 | $1,128.75 | First payment returned as disputed. January payment was doubled to account for first and second payment. Subsequent payments to be made at $564.38 each. |
| Shoes for Crews, LLC | $48.48 | 1 | $170.92 | 4 | 1 | $170.92 | N/A | $14.24 | $14.24 | |
| Siemens Building Technologies, Inc./Seimens | $673.00 | | | 4 | 1 | $673.00 | N/A | $56.08 | $56.08 | |
| Skyboozers, LLC | $124.22 | | | 4 | 1 | $124.22 | N/A | $0.00 | $20.70 | Claimant to be issued two payments on 1/15/2011 with subsequent payments of $10.35 each quarter until paid in full. |
| Small Luxury Hotels | $2,299.10 | | | 4 | 1 | $2,299.10 | N/A | $191.59 | $191.59 | |
| Staples Credit Plan | $978.39 | | | 4 | 1 | $978.39 | N/A | $81.53 | $81.53 | |
| Step Saver Inc. | $380.54 | 2 | $835.49 | 4 | 1 | $380.54 | N/A | N/A | N/A | Cured @ $380.54 Per Uncontested Plan Supplement Filed 6/21/10 (Docket No. 575) |
| Stephen Monticone | $96.10 | | | 4 | 1 | $96.10 | N/A | $8.01 | $8.01 | |
| Steve Lafredo | $735.41 | | | 4 | 1 | $735.41 | N/A | $61.28 | $61.28 | |
| Steve Lewis | $12.32 | | | 4 | 1 | $12.32 | N/A | $1.03 | $1.03 | |
| Stone Ground Bakery | $167.47 | | | 4 | 1 | $167.47 | N/A | $13.96 | $13.96 | |
| Sugar House Awning | $57.70 | | | 4 | 1 | $57.70 | N/A | $4.81 | $4.81 | |
| Summit Business Service | $25.00 | | | 4 | 1 | $25.00 | N/A | $2.08 | $2.08 | |
| Suzanne Harris | $190.15 | | | 4 | 1 | $190.15 | N/A | $15.85 | $15.85 | |
| Swire Coca-Cola USA | $596.86 | | | 4 | 1 | $596.86 | N/A | $49.74 | $49.74 | |
| Sysco Intermountain Food Service/ Sysco Intermountain Food Services, Inc. | $6,723.39 | 18 | $11,381.53 | 4 | 1 | $11,381.53 | N/A | N/A | N/A | Listed as secured. Administrative expense. Amount paid @ closing $11,381.53 |
| The Aspen Times Colorado Mountains News Media | $906.75 | | | 4 | 1 | $906.75 | N/A | $75.56 | $75.56 | |
| The Park Record | $295.78 | | | 4 | 1 | $295.78 | N/A | $24.65 | $24.65 | |
| Union Square Home Owners Ass'n | $10,409.80 | | | 4 | 1 | $10,409.80 | N/A | $867.48 | $867.48 | |

LA1 1943463v.5
LA1 1943463v.7

Case 09-29905    Doc 744    Filed 03/01/11    Entered 03/01/11 18:44:32    Desc Main
Document      Page 9 of 12

| Creditor | Scheduled Claims Non-Contingent, Undisputed Amount | Proof of Claim No. * | Proof of Claim Amount | Class | Class 4 Option | To Be Paid At or After Closing Under Plan | Option 2 Payment as of 1/1/2011 | 10/15/2010 Payment | 1/15/2011 Payment | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| Universal Companies | $215.35 | | | 4 | 1 | $215.35 | N/A | $17.95 | $17.95 | |
| USA Today | $105.70 | | | 4 | 1 | $105.70 | N/A | $8.81 | $8.81 | |
| Utah Fire Equipment | $225.28 | | | 4 | 1 | $1,188.38 | N/A | N/A | N/A | Cured @ $1,188.38 Per Uncontested Plan Supplement Filed 6/21/10 (Docket No. 575) |
| Virtuoso, Ltd. | $4,725.00 | 35 | $4,725.00 | 4 | 1 | $0.00 | N/A | N/A | N/A | Cured @ $0.00 Per Uncontested Plan Supplement Filed 6/21/10 (Docket No. 575) |
| Wasatch Audio-Visual | $490.25 | | | 4 | 1 | $490.25 | N/A | $40.85 | $40.85 | |
| Wasatch Meats | $1,561.69 | | | 4 | 1 | $1,561.69 | N/A | $130.14 | $130.14 | |
| Water Reclamation District | $927.70 | 7 | $747.60 | 4 | 1 | $747.60 | N/A | $62.30 | $0.00 | First check returned; subsequent payments on hold until 3/14/11 per § 6.9 of the Plan. |
| Wells Fargo | $3,015.08 | | | 4 | 1 | $3,015.08 | N/A | $251.26 | $251.26 | |
| William Lamkin | $611.55 | | | 4 | 1 | $611.55 | N/A | $50.96 | $50.96 | |
| William Shoaf | $18,385.20 | 27 | $43,385.20 | 4 | 1 | $15,647.27 | N/A | $0.00 | $0.00 | Settled through stipulation for a payment of $15,647.27. |
| Air Filter Sales & Service, Inc | $672.88 | 8 | $672.88 | 4 | 2 | $403.73 | $403.73 | N/A | N/A | |
| CBIZ Accounting | $36,146.00 | | | 4 | 2 | $18,796.33 | $18,796.33 | N/A | N/A | Settled through stipulation. |
| David Wickline | $4,607.90 | 29 | $4,607.90 | 4 | 2 | $2,764.74 | $2,764.74 | N/A | N/A | Check uncashed. Cancelled per §6.9 of the Plan. |
| Elliot Workgroup Architecture | $105,700.00 | | | 4 | 2 | $63,420.00 | $63,420.00 | N/A | N/A | Settled through stipulation. |
| Frank Rimerman & Co. LLP | $4,180.65 | 3 | $0.00 | 4 | 2 | $0.00 | $0.00 | N/A | N/A | Filed liquidated claim against Partners for $0.00 with no back-up. |
| G.M. Collin Skin Care Inc./Collins Skin Care | $890.60 | | | 4 | 2 | $534.36 | $534.36 | N/A | N/A | |
| Gateway Center LLC | $10,319.65 | 31 | $144,009.60 | 4 | 2 | $86,405.76 | $86,405.76 | N/A | N/A | One filed claim comprised of $13,888.00 (secured), $144,009.60 (unsecured) |
| Goodrich & Thomas, CPAs | $48,300.00 | 16* | $49,525.00 | 4 | 2 | $29,715.00 | $29,715.00 | N/A | N/A | |
| Hotel Amenities Resources, LLC | $888.62 | | | 4 | 2 | $533.17 | $533.17 | N/A | N/A | |
| Klehr, Harrison, Harvey, Branzburg & Ellers | $55,602.50 | | | 4 | 2 | $33,361.50 | $33,361.50 | N/A | N/A | |
| McGladrey & Pullen | $15,000.00 | | | 4 | 2 | $7,200.00 | $7,200.00 | N/A | N/A | Settled through stipulation. |
| Millcreek Consulting | $100,044.00 | | | 4 | 2 | $60,026.40 | $60,026.40 | N/A | N/A | |
| Muir Copper Canyon Farms | $3,283.36 | 10 * | $3,513.01 | 4 | 2 | $2,107.81 | $2,107.81 | N/A | N/A | |
| Peak Mobile Communications | $135.53 | | | 4 | 2 | $81.32 | $81.32 | N/A | N/A | |
| Russ Woods LLC | | 20 | $745.00 | 4 | 2 | $447.00 | $447.00 | N/A | N/A | |
| Scott Boberek | $60.00 | | | 4 | 2 | $36.00 | $36.00 | N/A | N/A | |
| Squire & Company | $544.43 | 14 | $540.00 | 4 | 2 | $324.00 | $324.00 | N/A | N/A | |
| Target Labels & Packaging | $400.00 | 4 | $400.00 | 4 | 2 | $240.00 | $240.00 | N/A | N/A | |
| Whitney Advertising & Design | $5,000.78 | 17 | $6,263.39 | 4 | 2 | $3,758.03 | $3,758.03 | N/A | N/A | |
| Albert and Roxann Albiani | | 66 | $280,006.00 | 5 | | $0.00 | N/A | N/A | N/A | Resolved without payment per terms of the Plan. |
| Allan & Amy Anderson | | 87 | $290,370.00 | 5 | | $0.00 | N/A | N/A | N/A | Resolved without payment per terms of the Plan. |
| Amer and Yvette Soudani | | 102 | $499,900.00 | 5 | | $0.00 | N/A | N/A | N/A | Resolved without payment per terms of the Plan. |
| Amy Casey | | 45 | $394,465.00 | 5 | | $0.00 | N/A | N/A | N/A | Resolved without payment per terms of the Plan. |
| Andrew C. Gilligan Jr. and Karen L. Gilligan | | 136 | $466,230.00 | 5 | | $0.00 | N/A | N/A | N/A | Resolved without payment per terms of the Plan. |
| Angela Rayner | | 48 | $414,858.00 | 5 | | $0.00 | N/A | N/A | N/A | Resolved without payment per terms of the Plan. |
| Anthony & Teresa Meno Zingale | | 57 | $264,432.00 | 5 | | $0.00 | N/A | N/A | N/A | Resolved without payment per terms of the Plan. |
| Bank Living Trust | | 30 | Unliquidated | 5 | | $0.00 | N/A | N/A | N/A | Resolved without payment per terms of the Plan. |
| Brian Althaver | | 82 | $248,873.00 | 5 | | $0.00 | N/A | N/A | N/A | Resolved without payment per terms of the Plan. |
| Brian and Teri Laidlaw | | 65 | $364,114.00 | 5 | | $0.00 | N/A | N/A | N/A | Resolved without payment per terms of the Plan. |
| Brooks Hoven and Brenda Schmid | | 60 | $321,492.00 | 5 | | $0.00 | N/A | N/A | N/A | Resolved without payment per terms of the Plan. |
| C&G Velasquez Family Trust | | 139 | $414,858.00 | 5 | | $0.00 | N/A | N/A | N/A | Resolved without payment per terms of the Plan. |
| Castillo Trust | | 53 | $229,900.00 | 5 | | $0.00 | N/A | N/A | N/A | Resolved without payment per terms of the Plan. |
| Chang Family Trust | | 51 | $486,505.00 | 5 | | $0.00 | N/A | N/A | N/A | Resolved without payment per terms of the Plan. |

| Creditor | Scheduled Claims Non-Contingent, Undisputed Amount | Proof of Claim No. * | Proof of Claim Amount | Class | Class 4 Option | To Be Paid At or After Closing Under Plan | Option 2 Payment as of 1/1/2011 | 10/15/2010 Payment | 1/15/2011 Payment | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| Charles and Vicki P. Raeburn | | 110 | $414,858.00 | 5 | | $0.00 | N/A | N/A | N/A | Resolved without payment per terms of the Plan. |
| Charles H. and Andrea E. Silverman | | 126 | $269,621.00 | 5 | | $0.00 | N/A | N/A | N/A | Resolved without payment per terms of the Plan. |
| Claudia McMullin | | 83 | $252,826.00 | 5 | | $0.00 | N/A | N/A | N/A | Resolved without payment per terms of the Plan. |
| Clint McClellan | | 74 | $217,751.00 | 5 | | $0.00 | N/A | N/A | N/A | Resolved without payment per terms of the Plan. |
| Corrado Properties | | 122 | $445,980.00 | 5 | | $0.00 | N/A | N/A | N/A | Resolved without payment per terms of the Plan. |
| Craig Guernsey & Ann M. Guernsey | | 135 | $280,006.00 | 5 | | $0.00 | N/A | N/A | N/A | Resolved without payment per terms of the Plan. |
| Curtis K. Gardner & Patricia Gardner | | 58 | $369,607.00 | 5 | | $0.00 | N/A | N/A | N/A | Resolved without payment per terms of the Plan. |
| Dane C. Hillyard | | 56 | $1,400,000.00 | 5 | | $0.00 | N/A | N/A | N/A | Resolved without payment per terms of the Plan. |
| Daniel H. Payne and Vanessa I. Payne | | 116 | $343,880.00 | 5 | | $0.00 | N/A | N/A | N/A | Resolved without payment per terms of the Plan. |
| Daniel S. Miller DDS | | 88 | $373,262.00 | 5 | | $0.00 | N/A | N/A | N/A | Resolved without payment per terms of the Plan. |
| Darren T. & Alona Kavinoky | | 49 | $456,354.00 | 5 | | $0.00 | N/A | N/A | N/A | Resolved without payment per terms of the Plan. |
| David L. & Louise A. Stark | | 85 | $260,000.00 | 5 | | $0.00 | N/A | N/A | N/A | Resolved without payment per terms of the Plan. |
| Dena A. Fleming & Steve Chin | | 98 | $402,678.00 | 5 | | $0.00 | N/A | N/A | N/A | Resolved without payment per terms of the Plan. |
| Diana Ferguson | | 44 | $373,362.00 | 5 | | $0.00 | N/A | N/A | N/A | Resolved without payment per terms of the Plan. |
| Donald E. Porteous | | 109 | $434,934.00 | 5 | | $0.00 | N/A | N/A | N/A | Resolved without payment per terms of the Plan. |
| Elizabeth Rad | | 76 | $228,125.00 | 5 | | $0.00 | N/A | N/A | N/A | Resolved without payment per terms of the Plan. |
| Eric and Susan Rothchild | | 125 | $299,018.00 | 5 | | $0.00 | N/A | N/A | N/A | Resolved without payment per terms of the Plan. |
| Francine Wynn | | 128 | $309,332.00 | 5 | | $0.00 | N/A | N/A | N/A | Resolved without payment per terms of the Plan. |
| Frederic Monnot | | 77 | $412,193.00 | 5 | | $0.00 | N/A | N/A | N/A | Resolved without payment per terms of the Plan. |
| George Frederick John Hill II and Ruth Hill | | 68 | $353,997.00 | 5 | | $0.00 | N/A | N/A | N/A | Resolved without payment per terms of the Plan. |
| Gilbert Alder and Jeanette Alder | | 38 | $491,871.00 | 5 | | $0.00 | N/A | N/A | N/A | Resolved without payment per terms of the Plan. |
| Graham Wagner and Kati Irwin | | 132 | $269,621.00 | 5 | | $0.00 | N/A | N/A | N/A | Resolved without payment per terms of the Plan. |
| Hop To It Living Trust | | 123 | $238,499.00 | 5 | | $0.00 | N/A | N/A | N/A | Resolved without payment per terms of the Plan. |
| James A. Lundin | | 43 | $352,614.00 | 5 | | $0.00 | N/A | N/A | N/A | Resolved without payment per terms of the Plan. |
| James & Marianne Barickman | | 46 | $483,234.00 | 5 | | $0.00 | N/A | N/A | N/A | Resolved without payment per terms of the Plan. |
| James I. Duffield and Suzanne Duffield | | 42 | $385,226.00 | 5 | | $0.00 | N/A | N/A | N/A | Resolved without payment per terms of the Plan. |
| Janet & William Lamkin | | 59 | $425,232.00 | 5 | | $0.00 | N/A | N/A | N/A | Resolved without payment per terms of the Plan. |
| Janis Jean Ferraris and Deborah Jean Depaoli | | 40 | $474,038.00 | 5 | | $0.00 | N/A | N/A | N/A | Resolved without payment per terms of the Plan. |
| Jim & Robin Whitney | | 69 | $195,976.00 | 5 | | $0.00 | N/A | N/A | N/A | Resolved without payment per terms of the Plan. |
| John E. McIlwaine | | 133 | $242,659.00 | 5 | | $0.00 | N/A | N/A | N/A | Resolved without payment per terms of the Plan. |
| John Michael Hojel Jr. and Veronica Hojel | | 67 | $195,976.00 | 5 | | $0.00 | N/A | N/A | N/A | Resolved without payment per terms of the Plan. |
| John P. Kelly and Melissa B. Kelly | | 121 | $467,919.00 | 5 | | $0.00 | N/A | N/A | N/A | Resolved without payment per terms of the Plan. |
| Jonathan and Joanne Ames | | 111 | $447,570.00 | 5 | | $0.00 | N/A | N/A | N/A | Resolved without payment per terms of the Plan. |
| Jonathan Barrett Connor and Marie Connor, as Co-Trustees of the Connor Family Trust | | 72 | $200,700.00 | 5 | | $0.00 | N/A | N/A | N/A | Resolved without payment per terms of the Plan. |
| Josh Butsch | | 61 | $342,240.00 | 5 | | $0.00 | N/A | N/A | N/A | Resolved without payment per terms of the Plan. |
| Joshua A. Mettle | | 47 | $414,858.00 | 5 | | $0.00 | N/A | N/A | N/A | Resolved without payment per terms of the Plan. |
| Joshua Fick | | 73 | $280,006.00 | 5 | | $0.00 | N/A | N/A | N/A | Resolved without payment per terms of the Plan. |
| Kenneth A. and Marcie B. Davis | | 101 | $326,679.00 | 5 | | $0.00 | N/A | N/A | N/A | Resolved without payment per terms of the Plan. |
| Kenneth Yonemura and Grace Noda-Yonemura | | 118 | $390,146.00 | 5 | | $0.00 | N/A | N/A | N/A | Resolved without payment per terms of the Plan. |
| Kevin McCarthy | | 81 | $247,275.00 | 5 | | $0.00 | N/A | N/A | N/A | Resolved without payment per terms of the Plan. |
| Kristen M. Dickey, Susan Dickey and Penny Bradley | | 63 | $349,900.00 | 5 | | $0.00 | N/A | N/A | N/A | Resolved without payment per terms of the Plan. |
| Larry L. Lozensky | | 105 | $446,055.00 | 5 | | $0.00 | N/A | N/A | N/A | Resolved without payment per terms of the Plan. |

| Creditor | Scheduled Claims Non-Contingent, Undisputed Amount | Proof of Claim No. * | Proof of Claim Amount | Class | Class 4 Option | To Be Paid At or After Closing Under Plan | Option 2 Payment as of 1/1/2011 | 10/15/2010 Payment | 1/15/2011 Payment | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| Leon & Joy Dreiman; Samatha Dreiman as individual and Custodian for Alana & Michelle Dreimann | | 115 | $675,000.00 | 5 | | $0.00 | N/A | N/A | N/A | Resolved without payment per terms of the Plan. |
| Levine Holdings LLC | | 112 | $342,240.00 | 5 | | $0.00 | N/A | N/A | N/A | Resolved without payment per terms of the Plan. |
| Linda Marie Eide Residuary Family Trust | | 75 | $451,765.00 | 5 | | $0.00 | N/A | N/A | N/A | Resolved without payment per terms of the Plan. |
| Lisa A. Bugajski, Trustee of the Gerald A. and Lisa Bugajski Revocable Living Trust | | 138 | $414,858.00 | 5 | | $0.00 | N/A | N/A | N/A | Resolved without payment per terms of the Plan. |
| Lovejoy Sky Lodge | | 93 | $404,582.00 | 5 | | $0.00 | N/A | N/A | N/A | Resolved without payment per terms of the Plan. |
| Marcia L. Griffiths | | 64 | $177,303.00 | 5 | | $0.00 | N/A | N/A | N/A | Resolved without payment per terms of the Plan. |
| Mark C. Kramer Trust | | 124 | $217,751.00 | 5 | | $0.00 | N/A | N/A | N/A | Resolved without payment per terms of the Plan. |
| Mark Litchfield and Kristin Rotter | | 50 | $477,202.00 | 5 | | $0.00 | N/A | N/A | N/A | Resolved without payment per terms of the Plan. |
| Mark T. Greenquist | | 106 | $445,980.00 | 5 | | $0.00 | N/A | N/A | N/A | Resolved without payment per terms of the Plan. |
| Matthew & Terry Sidford | | 84 | $257,582.00 | 5 | | $0.00 | N/A | N/A | N/A | Resolved without payment per terms of the Plan. |
| Merrick L. and Rosa S. Gross | | 70 | $280,006.00 | 5 | | $0.00 | N/A | N/A | N/A | Resolved without payment per terms of the Plan. |
| Michael A. Feder | | 107 | $326,689.00 | 5 | | $0.00 | N/A | N/A | N/A | Resolved without payment per terms of the Plan. |
| Michael Scott Davis | | 71 | $280,006.00 | 5 | | $0.00 | N/A | N/A | N/A | Resolved without payment per terms of the Plan. |
| Nelson Coats [re: Laguna Nursery, per Voting Tabulation] | | 54 | $466,739.00 | 5 | | $0.00 | N/A | N/A | N/A | Resolved without payment per terms of the Plan. |
| Peter Blythe | | 131 | $307,989.00 | 5 | | $0.00 | N/A | N/A | N/A | Resolved without payment per terms of the Plan. |
| Phillip A. Davidson and Ruth Minzer | | 41 | $466,728.00 | 5 | | $0.00 | N/A | N/A | N/A | Resolved without payment per terms of the Plan. |
| Phillip Yuan and Ruth Yuan | | 36 | $405,404.00 | 5 | | $0.00 | N/A | N/A | N/A | Resolved without payment per terms of the Plan. |
| Philo Smith Jr. Trust | | 134 | $290,370.00 | 5 | | $0.00 | N/A | N/A | N/A | Resolved without payment per terms of the Plan. |
| Rishi & Ashima Kumar | | 92 | $466,335.00 | 5 | | $0.00 | N/A | N/A | N/A | Resolved without payment per terms of the Plan. |
| Robert A. & Bianka M. Diorio | | 79 | $238,499.00 | 5 | | $0.00 | N/A | N/A | N/A | Resolved without payment per terms of the Plan. |
| Robert A. Miller | | 100 | $326,679.00 | 5 | | $0.00 | N/A | N/A | N/A | Resolved without payment per terms of the Plan. |
| Robert Keith & Lynn Kay Simons | | 91 | $435,606.00 | 5 | | $0.00 | N/A | N/A | N/A | Resolved without payment per terms of the Plan. |
| Robert Lamkin and Ray Bidenhost | | 55 | $1,120,190.00 | 5 | | $0.00 | N/A | N/A | N/A | Resolved without payment per terms of the Plan. |
| Ruben Flores [re: Laguna Nursery] | | 52 | $466,739.00 | 5 | | $0.00 | N/A | N/A | N/A | Resolved without payment per terms of the Plan. |
| Skyboozers, LLC | | 113 | $228,125.00 | 5 | | $0.00 | N/A | N/A | N/A | Resolved without payment per terms of the Plan. |
| Stephen Allis | | 95 | $425,679.00 | 5 | | $0.00 | N/A | N/A | N/A | Resolved without payment per terms of the Plan. |
| Stephen Elrick | | 96 | $326,689.00 | 5 | | $0.00 | N/A | N/A | N/A | Resolved without payment per terms of the Plan. |
| Stephen N. Finberg | | 94 | $427,706.00 | 5 | | $0.00 | N/A | N/A | N/A | Resolved without payment per terms of the Plan. |
| Stephen P. and Barbara Vermut | | 104 | $488,821.00 | 5 | | $0.00 | N/A | N/A | N/A | Resolved without payment per terms of the Plan. |
| Steve Lafredo | | 99 | $414,858.00 | 5 | | $0.00 | N/A | N/A | N/A | Resolved without payment per terms of the Plan. |
| Steve Reich | | 137 | $280,006.00 | 5 | | $0.00 | N/A | N/A | N/A | Resolved without payment per terms of the Plan. |
| Steve Reich, Scott Coleman & Ashley Coleman | | 119 | $280,006.00 | 5 | | $0.00 | N/A | N/A | N/A | Resolved without payment per terms of the Plan. |
| Suzanne Harris | | 78 | $238,449.00 | 5 | | $0.00 | N/A | N/A | N/A | Resolved without payment per terms of the Plan. |
| Suzanne Harris | | 80 | $238,499.00 | 5 | | $0.00 | N/A | N/A | N/A | Resolved without payment per terms of the Plan. |
| TCF Holdings | | 37 | $405,404.00 | 5 | | $0.00 | N/A | N/A | N/A | Resolved without payment per terms of the Plan. |
| Tenderfoot Holdings LLC | | 127 | $330,000.00 | 5 | | $0.00 | N/A | N/A | N/A | Resolved without payment per terms of the Plan. |
| Teresa Martha Wiss Trust | | 129 | $304,028.00 | 5 | | $0.00 | N/A | N/A | N/A | Resolved without payment per terms of the Plan. |
| The Barbara A. Casale Recovable Trust | | 90 | $414,858.00 | 5 | | $0.00 | N/A | N/A | N/A | Resolved without payment per terms of the Plan. |
| The Mark and Joann Tattersall Trust | | 117 | $499,900.00 | 5 | | $0.00 | N/A | N/A | N/A | Resolved without payment per terms of the Plan. |
| The Richard C. Casale Recovable (Trust) | | 89 | $414,858.00 | 5 | | $0.00 | N/A | N/A | N/A | Resolved without payment per terms of the Plan. |
| The Shoaf Family Trust January 16, 2002 | | 120 | $195,976.00 | 5 | | $0.00 | N/A | N/A | N/A | Resolved without payment per terms of the Plan. |
| Thomas and Julie B. Millar | | 103 | $432,808.00 | 5 | | $0.00 | N/A | N/A | N/A | Resolved without payment per terms of the Plan. |
| Thomas S. Bradley | | 62 | $349,900.00 | 5 | | $0.00 | N/A | N/A | N/A | Resolved without payment per terms of the Plan. |

Easy Streets Claim Chart

| Creditor | Scheduled Claims Non-Contingent, Undisputed Amount | Proof of Claim No. * | Proof of Claim Amount | Class | Class 4 Option | To Be Paid At or After Closing Under Plan | Option 2 Payment as of 1/1/2011 | 10/15/2010 Payment | 1/15/2011 Payment | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| Tracy McCarthy | | 130 | $303,412.00 | 5 | | $0.00 | N/A | N/A | N/A | Resolved without payment per terms of the Plan. |
| W. Brian Ahern | | 108 | $414,858.00 | 5 | | $0.00 | N/A | N/A | N/A | Resolved without payment per terms of the Plan. |
| William A. & Constance Fletcher Hindle | | 97 | $448,078.00 | 5 | | $0.00 | N/A | N/A | N/A | Resolved without payment per terms of the Plan. |
| William Escudier | | 114 | $290,370.00 | 5 | | $0.00 | N/A | N/A | N/A | Resolved without payment per terms of the Plan. |
| William Lamkin and Janet W. Lamkin | | 39 | $850,464.00 | 5 | | $0.00 | N/A | N/A | N/A | Resolved without payment per terms of the Plan. |
| William S. Escudier, Michael Escudier, Timothy Escudier & Willis R. Escudier | | 86 | $290,370.00 | 5 | | $0.00 | N/A | N/A | N/A | Resolved without payment per terms of the Plan. |
| CloudNine Resorts SL-Development | $1,268,213.00 | | $1,305,413.00 | 6 | | $0.00 | N/A | N/A | N/A | Subordinated and Receiving $0 per terms of the Plan. |
| CloudNine Resorts SL-Management | $366,631.39 | 24 | $1,305,413.00 | 6 | | $0.00 | N/A | N/A | N/A | Subordinated and Receiving $0 per terms of the Plan. |
| CloudNine Resorts SL-Management | | 25 | $372,193.00 | 6 | | $0.00 | N/A | N/A | N/A | Subordinated and Receiving $0 per terms of the Plan. |
| CloudNine Resorts-Sky Lodge Development | | 32 | $1,641,013.06 | 6 | | $0.00 | N/A | N/A | N/A | Claim #32 disallowed as duplicate (see Order at Docket #454, 4/27/10) |
| CloudNine Resorts-Sky Lodge Development | | 34 | $366,631.39 | 6 | | $0.00 | N/A | N/A | N/A | Claim #34 disallowed as duplicate (see Order at Docket #454, 4/27/10) |
| Easy Street Mezzanine, LLC | | | | 7 | | $0.00 | N/A | N/A | N/A | No recovery per terms of the Plan. |
| Crowell & Moring LLP | | | | Admin | | $ 775,967.49 | N/A | N/A | N/A | Paid in full. |
| Durham Jones & Pinegar LLP | | | | Admin | | $164,996.16 | N/A | N/A | N/A | Paid in full. |
| BDRC 4 Site, LLC | | | | Admin | | $59,560.00 | N/A | N/A | N/A | Paid in full. |
| Appraisal Group, Inc. | | | | Admin | | $19,976.25 | N/A | N/A | N/A | Paid in full. |
| Wrona Law Firm | | | | Admin | | $ 19,904.57 | N/A | N/A | N/A | Paid in full. |
| Corbin B. Gordon Law Firm | | | | Admin | | $21,648.04 | N/A | N/A | N/A | Paid in full. |
| Jones Waldo Holbrook & McDonough, P.C. | | | | Admin | | $ 152,877.10 | N/A | N/A | N/A | Paid in full. |
| Niederhauser & Davis, LLC | | | | Admin | | $0.00 | N/A | N/A | N/A | Already Paid in full. |
| Goodrich & Thomas, CPAs | | | | Admin | | $1,040.60 | N/A | N/A | N/A | Paid in full. |
| Gateway Center LLC | | | | Admin | | $18,414.90 | N/A | N/A | N/A | Paid in full. |
| Internal Revenue Service | | 143 | $500.00 | Admin | | $0.00 | N/A | $0.00 | $0.00 | Resolved; to be amended by claimant to a $0 balance. |
| United States Trustee | | | | Admin | | $40,300.00 | N/A | N/A | N/A | Includes $10,400 payment made in connection with closing for Q2 2010 |
| Living Creations Inc. | $2,970.43 | 11 | $2,970.43 | Priority | | $2,907.43 | N/A | N/A | N/A | Paid at Closing. |
| Pacific Seafood-Utah | $1,091.12 | 15 | $809.21 | Priority | | $809.21 | N/A | N/A | N/A | Paid at Closing. |
| Water Images | $488.40 | 19 | $666.00 | Priority | | $666.00 | N/A | N/A | N/A | Paid at Closing. |
| Utah State Tax Commission | $54,954.86 | 5 * | $236,991.94 | Priority Tax | | $150,000 plus interest | N/A | N/A | $18,750.00 | Commission to be paid $150,000 at annual rate of 5%, compounded quarterly, payments on a quarterly basis, with no prepayment penalty or interest acceleration, beginning 1/15/2011. |
| | | | | | | | | | | |
| Proofs of claim bearing an * were filed on the docket in Easy Street Holding, LLC and were determined by Heber to be a claim against Partners. | | | | | | | | | | |

LA1 1943463v.5
LA1 1943463v.7