Annette W. Jarvis (1649)
Peggy Hunt (6060)
Benjamin J. Kotter (9592)
**DORSEY & WHITNEY LLP**
136 South Main Street, Suite 1000
Salt Lake City, Utah 84101
Telephone:  (801) 933-7360
Facsimile:  (801) 933-7373
Email: jarvis.annette@dorsey.com
         hunt.peggy@dorsey.com
         kotter.benjamin@dorsey.com

Richard W. Havel (10759)
Christina M. Craige (*pro hac vice*)
**SIDLEY AUSTIN LLP**
555 West 5th Street, Suite 4000
Los Angeles, California 90013
Telephone:  (213) 896-6000
Facsimile:  (213) 896-6600
Email: rhavel@sidley.com
         ccraige@sidley.com

*Attorneys for the Reorganized Debtor Heber Avenue Partners, LLC*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>**EASY STREET HOLDING, LLC, et al.,**<br><br>Debtors.<br><br>Address:  201 Heber Avenue<br>             Park City, Utah 84060<br><br>Tax ID Number:<br>35-2183713 (Easy Street Holding, LLC),<br>20-4502979 (Easy Street Partners, LLC), and<br>84-1685764 (Easy Street Mezzanine, LLC) | Case No. 09-29905<br>(Jointly Administered with Cases<br>09-29907 and 09-29908)<br><br>Chapter 11<br><br>Honorable R. Kimball Mosier |

### NOTICE OF MOTION TO CLOSE EASY STREET PARTNERS, LLC'S BANKRUPTCY CASE AND REQUEST FOR FINAL DECREE AND NOTICE OF OPPORTUNITY FOR HEARING

### Objection Deadline: Monday, March 21, 2011

**PLEASE TAKE NOTICE** that the reorganized debtor Heber Avenue Partners, LLC

("Heber") has filed with the United States Bankruptcy Court for the District of Utah, a

Motion to Close Easy Street Partners, LLC's Bankruptcy Case and Request for Final Decree (the "Motion").

**YOUR RIGHTS MAY BE AFFECTED**. **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

The Motion seeks the entry of an order by the Court pursuant to 11 U.S.C. § 350 and Rule 3022 of the Federal Rules of Bankruptcy Procedure finding that the Easy Street Partners, LLC bankruptcy case (Case No. 09-29907) has been "fully administered" and requests that the Easy Street Partners, LLC bankruptcy case be closed and a Final Decree be entered by the Court therein.

NO HEARING MAY BE CONDUCTED ON THIS MOTION UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE COURT ON OR BEFORE THE OBJECTION DEADLINE SET FORTH BELOW.

If you do not want the Court to grant the relief requested in the Motion then you or your attorney must:

(1)    On or before Monday, March 21, 2011 file with the Bankruptcy Court a written Objection, explaining your position, at:

> United States Bankruptcy Court
> 350 South Main Street, Room 301
> Salt Lake City, UT 84101

If you mail your objection to the Bankruptcy Court for filing, you must mail it early enough so that the Court will **receive** it on or before Monday, March 21, 2011.  You must also mail a copy to the undersigned counsel at

Annette W. Jarvis
Benjamin J. Kotter
Dorsey & Whitney LLP
136 South Main Street, Suite 1000
Salt Lake City, Utah 84101

and

Richard W. Havel
Christina M. Craige
Sidley Austin LLP
555 West 5th Street, Suite 4000
Los Angeles, California 90013

(2) Attend a hearing on March 31, 2011 at 1:30 p.m. in Courtroom 369, United States Bankruptcy Court, 350 South Main Street, Salt Lake City, Utah 84101. **There will be no further notice of the hearing,** and failure to attend the hearing will be deemed a waiver of your objection.

If you or your attorney do not take these steps, the Bankruptcy Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief. In the absence of a timely filed objection, the undersigned counsel may and will ask the Court to enter an order approving the Motion without hearing.

DATED this 1st day of March, 2011.

DORSEY & WHITNEY LLP

  _/s/ Benjamin J. Kotter_
Annette W. Jarvis
Benjamin J. Kotter

and

Richard W. Havel
Christina M. Craige
SIDLEY AUSTIN LLP
*Attorneys for Heber Avenue Partners, LLC*