Annette W. Jarvis (1649)
Benjamin J. Kotter (9592)
**DORSEY & WHITNEY LLP**
136 South Main Street, Suite 1000
Salt Lake City, UT 84101-1685
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
Email: jarvis.annette@dorsey.com
        kotter.benjamin@dorsey.com

Richard W. Havel (10759)
Christina M. Craige (*pro hac vice*)
**SIDLEY AUSTIN LLP**
555 West 5th Street, Suite 4000
Los Angeles, California 90013
Telephone: (213) 869-6000
Facsimile: (213) 896-6600
Email: rhavel@sidley.com
        ccraige@sidely.com

*Attorneys for the Reorganized Debtor Heber Avenue Partners, LLC*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>**EASY STREET HOLDING, LLC, et al.,**<br><br>Debtors.<br><br>Address: 201 Heber Avenue<br>            Park City, Utah 84060<br><br>Tax ID Number:<br>35-2183713 (Easy Street Holding, LLC),<br>20-4502979 (Easy Street Partners, LLC), and<br>84-1685764 (Easy Street Mezzanine, LLC) | **Bankr. Case No. 09-29905**<br><br>(Jointly Administered with<br>Cases 09-29907 and 09-29908)<br><br>Chapter 11<br><br>The Honorable R. Kimball Mosier<br><br>**[FILED ELECTRONICALLY]** |

### CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2011, the Reorganized Debtor Heber Avenue Partners, LLC electronically filed the following documents with the Bankruptcy Court each of which were was served via the Bankruptcy Court's CM/ECF system upon parties identified on the attached Exhibit A.

1. Post-Confirmation Quarterly Report for Easy Street Partners, LLC for the Quarter Ending September 30, 2010 [Docket No. 740];

2. Post-Confirmation Quarterly Report for Easy Street Partners, LLC for the Quarter Ending December 31, 2010 [Docket No. 741];

3. Final Post-Confirmation Quarterly Report for Easy Street Partners, LLC [Docket No. 742];

4. Motion to Close Easy Street Partners, LLC's Bankruptcy Case and Request for Final Decree [Docket No. 743];

5. Declaration of James Winikor in Support of Motion to Close Easy Street Partners, LLC's Bankruptcy Case and Request for Final Decree [Docket No. 744]; and

6. Notice of Motion to Close Easy Street Partners, LLC's Bankruptcy Case and Request for Final Decree and Notice of Opportunity for Hearing [Docket No. 745].

Additionally, I further certify that on March 2, 2011, the Notice of Motion to Close Easy Street Partners, LLC's Bankruptcy Case and Request for Final Decree and Notice of Opportunity for Hearing was served via First Class U.S. Mail, postage prepaid, upon all parties identified on the Court's mailing matrix attached hereto as Exhibit B.

DATED this 2nd day of March, 2011.

**DORSEY & WHITNEY LLP**

/s/ Benjamin J. Kotter
Annette W. Jarvis
Benjamin J. Kotter

and

Richard W. Havel
Christina M. Craige
SIDLEY AUSTIN LLP
*Attorneys for Heber Avenue Partners, LLC*

# EXHIBIT A

- James W. Anderson   anderson@mmglegal.com
- Troy J. Aramburu   taramburu@joneswaldo.com, rhuot@joneswaldo.com;jpollard@joneswaldo.com
- Kenneth L. Cannon   kcannon@djplaw.com, khughes@djplaw.com
- Bastiaan Coebergh   coebergh@wasatchlaw.com, oborn@wasatchlaw.com;brian@wasatchlaw.com
- Scott A. Cummings   cummings.scott@dorsey.com
- Richard W. Havel   rhavel@sidley.com
- George B. Hofmann   gbh@pkhlawyers.com, dh@pkhlawyers.com
- Craig H. Howe   howe@ballardspahr.com
- Mary Margaret Hunt   hunt.peggy@dorsey.com, brown.patricia@dorsey.com;smith.ron@dorsey.com;slc.lit@dorsey.com
- Annette W. Jarvis   jarvis.annette@dorsey.com, smith.ron@dorsey.com;slc.lit@dorsey.com;brown.patricia@dorsey.com
- Lon A. Jenkins   lajenkins@joneswaldo.com, ecf@joneswaldo.com;rhuot@joneswaldo.com
- Michael R. Johnson   mjohnson@rqn.com, sglendening@rqn.com;docket@rqn.com
- Anthony C. Kaye   kaye@ballardspahr.com, swand@ballardspahr.com;saltlakedocketclerk@ballardspahr.com
- Benjamin J. Kotter   kotter.benjamin@dorsey.com, smith.ron@dorsey.com;brown.patricia@dorsey.com;slc.lit@dorsey.com
- David E. Leta   dleta@swlaw.com, wsmart@swlaw.com
- Adelaide Maudsley   maudsley@chapman.com, jemery@chapman.com
- Steven J. McCardell   smccardell@djplaw.com, khughes@djplaw.com
- Blake D. Miller   miller@mmglegal.com
- John T. Morgan tr   john.t.morgan@usdoj.gov, james.gee@usdoj.gov;Lindsey.Huston@usdoj.gov
- David W. Overholt   doverholt@rsolaw.com, abachman@rsolaw.com
- Lauren Y. Parry   parry@millerguymon.com
- Douglas J. Payne   dpayne@fabianlaw.com, jshowalter@fabianlaw.com
- Knute Rife   karife@rifelegal.com
- Jeffrey L. Shields   jlshields@cnmlaw.com, njpotter@cnmlaw.com
- Jeffrey Weston Shields   jshields@joneswaldo.com, rhuot@joneswaldo.com
- Bradley L. Tilt   btilt@fabianlaw.com, rmellor@fabianlaw.com
- United States Trustee   USTPRegion19.SK.ECF@usdoj.gov
- Kim R. Wilson   bankruptcy_krw@scmlaw.com

# EXHIBIT B

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1088-2<br>Case 09-29905<br>District of Utah<br>Salt Lake City<br>Tue Mar  1 18:51:09 MST 2011 | AT&T Mobility<br>PO Box 6463<br>Carol Stream, IL 60197-6463 | ATIV Corporation<br>722 Nardo Rd<br>Encinitas, CA 92024-3827 |
| AXIS Group<br>84 Route 347<br>Port Jefferson Station, NY 11776-2627 | Alchemy Ventures Group, LLC<br>c/o Kim R. Wilson<br>Snow, Christensen & Martineau<br>P. O. Box 45000<br>Salt Lake City, UT 84145-5000 | Alchemy Ventures Trust<br>17575 Fitzpatrick Lane<br>Occidental, CA 95465-9355 |
| Alliance Abroad Group LP<br>1221 South Mopac Expressway, Suite 100<br>Austin, TX 78746-7615 | Alpine Adventures<br>3020 North Federal Highway # 10<br>Fort Lauderdale, FL 33306-1451 | American Express Travel Relate<br>2840 South 123rd Court<br>Omaha, NE 68144-3977 |
| American Ski & Board Association<br>686 NW York<br>Bend, OR 97701-9732 | James W. Anderson<br>Miller Guymon, PC<br>165 South Regent Street<br>Salt Lake City, UT 84111-1903 | Anthony S. Fiotto<br>Eric D. Lemont<br>Goodwin Procter LLP<br>53 State Street<br>Boston, MA 02109-2881 |
| Appraisal Group, Inc.<br>Attn: Paul W. Throndsen, MAI<br>7396 S Union Park Avenue, #301<br>Midvale, UT 84047-6703 | Troy J. Aramburu<br>Jones Waldo Holbrook & McDonough PC<br>170 South Main Street<br>Suite 1500<br>Salt Lake City, UT 84101-1644 | BDRC 4 Site, LLC<br>Attn: Bryan W. Dorsey<br>305 NE Loop 820, Ste 109<br>Hurst, TX 76053-7211 |
| BayNorth Realty Fund<br>Bay North Capital, LLC<br>Attn:Charles J. Flint<br>One Financial Center, Floor 23<br>Boston, MA 02111-2621 | Business Technology Consulting<br>Rob Stevenson<br>957 East 1300 South<br>Salt Lake City, UT 84105-1856 | CBIZ<br>175 S West Temple, Suite 650<br>Salt Lake City, UT 84101-1422 |
| Kenneth L. Cannon II<br>Durham Jones & Pinegar<br>111 East Broadway, Suite 900<br>P O Box 4050<br>Salt Lake City, UT 84110-4050 | Christina M. Craige, Esq.<br>Sidley Austin LLP<br>555 West Fifth Street<br>Los Angeles, CA 90013-1010 | Christopher B. Barker, Esq.<br>Goodwin Procter LLP<br>53 State Street<br>Boston, MA 02109-2881 |
| Cloudnine Resorts-Sky Lodge Development<br>Kim R Wilson<br>Snow, Christensen & Martineau<br>PO Box 45000<br>SLC, UT 84145-5000 | Bastiaan Coebergh<br>Wrona Law Offices, P.C.<br>1816 Prospector Ave<br>Suite 100<br>Park City, UT 84060-7481 | Committee of Unsecured Creditors<br>Jones Waldo Holbrook & McDonough<br>170 South Main<br>Suite 1500<br>Salt Lake City, UT 84101-1644 |
| Christina M. Craige<br>Sidley Austin LLP<br>555 West 5th Street<br>Los Angeles, CA 90013-1010 | Crowell & Moring LLP<br>Attn: Michael V. Blumenthal<br>590 Madison Avenue<br>20th Floor<br>New York, NY 10022-2544 | Scott A. Cummings<br>Dorsey & Whitney LLP<br>136 South Main Street<br>Suite 1000<br>Salt Lake City, UT 84101-1685 |
| Cushman & Wakefield<br>50 Broad Street<br>New York NY 10004-2307 | David L. Wickline<br>c/o Kim R. Wilson<br>Snow, Christensen & Martineau<br>P. O. Box 45000<br>Salt Lake City, UT 84145-5000 | David Wickline<br>17575 Fitzpatrick Land<br>Occidental, CA 95465-9355 |

| | | |
|---|---|---|
| Diane H Banks<br>Fabian & Clendenin<br>215 South State Street #1200<br>SLC, UT 84111-2323 | Drew A. Norman, Esq.<br>Sidley Austin LLP<br>555 West Fifth Street<br>Los Angeles, CA 90013-1010 | Durham Jones & Pinegar, P.C.<br>Attn: Kenneth L. Cannon II<br>P O Box 4050<br>Salt Lake City, UT 84110-4050 |
| EM Systems<br>PO Box 540783 North<br>Salt Lake City, UT 84054-0783 | Easy Street Holding, LLC<br>4780 Winchester Court<br>Park City, UT 84098-7528 | Easy Street Mezzanine, LLC<br>4780 Winchester Court<br>Park City, UT 84098-7528 |
| Easy Street Partners, LLC<br>4780 Winchester Court<br>Park City, UT 84098-7528 | Elliott Workgroup<br>Attn: Craig Elliott<br>P O Box 3419<br>Park City, UT 84060-3419 | FedEx<br>PO Box 7221<br>Pasadena, CA 91109-7321 |
| Five 9's Communication<br>PO Box 348<br>Roy, UT 84067-0348 | Fog River Fisheries<br>9554 Wells Circle, Suite A<br>West Jordan, UT 84081-6225 | Fragen Ronald A.<br>64893 Saragossa<br>Palm Springs CA 92264-0221 |
| Frank Rimerman & Co. LLP<br>60 South Market Street Ste 500<br>San Jose, CA 95113-2356 | Gateway Center, LLC<br>c/o Resort Commercial Property Mgmt<br>1415 Lowell Avenue<br>P.O. Box 682152<br>Park City, UT 84068-2152 | Gateway Center, LLC<br>c/o Commerce<br>32 West 200 South, Suite 501<br>Salt Lake City, UT 84101-1603 |
| Gemstone Hotels & Resorts, LLC<br>Attn: Jeff McIntyre, Principal<br>1912 Sidewinder Drive, #104<br>Park City, UT 84060-7366 | Get Fresh<br>1548 18th Street<br>Santa Monica, CA 90404-3404 | Goodrich & Thomas, CPAs<br>3200 Park Center Drive Suite 1170<br>Costa Mesa, CA 92626-7153 |
| Corbin B. Gordon<br>345 West 600 South, Suite 108<br>Heber City, UT 84032-2282 | Brian W. Harvey<br>Goodwin Procter LLP<br>The New York Time Building<br>620 Eighth Avenue<br>New, NY 10018-1618 | George B. Hofmann<br>Parsons Kinghorn & Harris<br>111 East Broadway<br>11th Floor<br>Salt Lake City, UT 84111-5225 |
| Craig H. Howe<br>Miller Guymon, P.C.<br>165 South Regent Street<br>Salt Lake City, UT 84111-1903 | Mary Margaret Hunt<br>Dorsey & Whitney LLP<br>136 South Main Street<br>Suite 1000<br>Salt Lake City, UT 84101-1685 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Jacobsen Construction<br>PO Box 27608<br>Salt Lake City, UT 84127-0608 | Jacobsen National Group, Inc.<br>c/o Michael R. Johnson, Esq.<br>Ray Quinney & Nebeker P.C.<br>36 South State Street, Suite 1400<br>Salt Lake City, Utah 84111-1451 | Annette W. Jarvis<br>Dorsey & Whitney LLP<br>136 South Main Street<br>Suite 1000<br>Salt Lake City, UT 84101-1685 |
| Lon A. Jenkins<br>Jones Waldo Holbrook & McDonough<br>170 South Main St.<br>Suite 1500<br>Salt Lake City, UT 84101-1644 | Michael R. Johnson<br>Ray Quinney & Nebeker P.C.<br>36 South State Street<br>Suite 1400<br>P.O. Box 45385<br>Salt Lake City, UT 84145-0385 | Jones Waldo Holbrook & McDonough, P.C.<br>170 S. Main Street<br>Suite 1500<br>Salt Lake City, UT 84101-1644 |

Anthony C. Kaye
Ballard Spahr Andrews & Ingersoll, LLP
201 South Main Street
Suite 600
Salt Lake City, UT 84111-2212

Klehr, Branzburg & Ellers LLP
Attn: William A Harvey,Esquire
260 South Broad St,
Philadelphia, PA 19102-5021

Benjamin J. Kotter
Dorsey & Whitney, LLP
136 South Main Street
Suite 1000
Salt Lake City, UT 84101-1685

Les Olson Company
PO Box 65598
Salt Lake City, UT 84165-0598

David E. Leta
Snell & Wilmer
15 West South Temple
Suite 1200
Salt Lake City, UT 84101-1547

Luxury Residence Group
P O Box 1225
Park City, UT 84060-1225

Adelaide Maudsley
Chapman and Cutler LLP
201 South Main Street
Suite 2000
Salt Lake City, UT 84111-2298

Steven J. McCardell
Durham Jones & Pinegar
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, UT 84110-4050

McGladrey and Pullin
One South Wacker Drive, Suite 800
Chicago, IL 60606-4650

Media One of Utah
4770 South 5600 West
West Valley City, UT 84118-7400

Merrit & Harris
301 E Glenoaks Blvd. Suite 4
Glendale CA 91207-2115

Millcreek Consulting
3017 East Kempner Rd
Salt Lake City UT 84109-3654

Blake D. Miller
Miller Guymon, PC
165 South Regent Street
Salt Lake City, UT 84111-1903

Miller Guymon, P.C.
165 S. Regent St.
Salt Lake City, UT 84111-1903

John T. Morgan tr
US Trustees Office
Ken Garff Bldg.
405 South Main Street
Suite 300
Salt Lake City, Ut 84111-3402

Muir Copper Canyon Farms
PO Box 26775
Salt Lake City, UT 84126-0775

N. Allen Taylor
Taylor Capital Management
6641 North Paseo Tamayo
Tucson, AZ 85750-1228

Niederhauser & Davis, LLC
Attn: Jay C. Niederhauser
P O Box 680460
Park City, UT 84068-0460

Open Table Inc
PO Box 49322
San Jose, CA 95161-9322

David W. Overholt
Richer & Overholt, PC
901 West Baxter Drive
South Jordan, UT 84095-8687

Park Avenue Travel
11 Park Avenue
Swathomre, PA 19081-1596

Park City I, LLC
c/o George B. Hofmann
Parsons Kinghorn Harris
111 E. Broadway, 11th Floor
Salt Lake City, UT 84111-5225

Park City Surveying
P O Box 682993
Park City, UT 84068-2993

Lauren Y. Parry
Miller Guymon P.C.
165 S. Regent Street
Salt Lake City, UT 84111-1903

Douglas J. Payne
Fabian & Clendenin
215 South State Street
Suite 1200
Salt Lake City, UT 84111-2323

Peak Mobile Communications
4910 South Warehouse Road
Salt Lake City, UT 84118-6354

Philo Smith Jr. Trust
684 Glenneyre Street
Laguna Beach, CA 92651-2420

Pitney Bowes
PO Box 856390
Louisville, KY 40285-6390

Qwest Inc.
P O Box 29040
Phoenix, AZ 85038-9040

Richard W. Havel, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013-1010

| | | |
|---|---|---|
| Knute Rife<br>Wrona Law Offices<br>11650 S. State<br>Suite 103<br>Draper, UT 84020-7144 | Rocky Mountain Power<br>PO Box 25308<br>Salt Lake City UT 84125-0308 | Securities & Exchange Commission<br>Attn: Bankruptcy Dept.<br>44 Montgomery St # 1100<br>San Francisco, CA 94104-4613 |
| Sheri P. Chromow, Esq.<br>Katten Muchin Rosenman LLP<br>575 Madison Avenue<br>New York, NY 10022-2585 | Jeffrey L. Shields<br>Callister Nebeker & McCullough<br>Zions Bank Building, Suite 900<br>10 East South Temple<br>Salt Lake City, UT 84133-1101 | Jeffrey Weston Shields<br>Jones Waldo Holbrook & McDonough<br>170 South Main Street<br>Suite 1500<br>Salt Lake City, UT 84101-1644 |
| Sky Lodge Holdings, LLC<br>c/o David E. Leta<br>Snell & Wilmer<br>15 West South Temple<br>Suite 1200<br>Salt Lake City, UT 84101-1547 | Sky Lodge/Park City<br>PO Box 683300<br>Park City, UT 84068-3300 | Staples Credit Plan<br>Dept 51-7861136819<br>PO Box 689020<br>Des Moines, IA 50368-9020 |
| State Office of Recovery Services<br>515 East 100 South<br>P O Box 45033<br>Salt Lake City, UT 84145-0033 | State of Utah<br>Office of the Attorney General<br>Tax & Revenue Division<br>P O Box 40874<br>Salt Lake City, UT 84114-0874 | Summit Business Services<br>Attn: Chipper Leonard<br>4130 Hilltop Ct<br>Park City, UT 84098-4715 |
| Summit County Treasurer<br>60 North Main<br>PO Box 128<br>Coalville, UT 84017-0128 | Sundance Partners, Ltd.<br>Ballard Spahr<br>One Utah Center<br>Suite 800<br>201 South Main Street<br>Salt Lake City, Ut 84111-2221 | The Park Record<br>PO Box 3688<br>Park City, UT 84060-3688 |
| Paul W. Throndsen<br>Appraisal Group, Inc.<br>7396 South Union Park Avenue, Suite 301<br>Salt Lake City, UT 84047 | Bradley L. Tilt<br>Fabian & Clendenin<br>215 South State Street, 12th Floor<br>PO Box 510210<br>Salt Lake City, UT 84111-2319 | Timothy G. Little, Esq.<br>Katten Muchin Rosenman LLP<br>575 Madison Avenue<br>New York, NY 10022-2585 |
| Tom Shaner<br>Shaner Design, Inc.<br>PO Box 4560<br>Park City, UT 84060-4560 | Union Square Home Owners Association<br>PO Box 683300<br>Park City UT 84068-3300 | United States Trustee<br>Ken Garff Bldg.<br>405 South Main Street<br>Suite 300<br>Salt Lake City, UT 84111-3402 |
| Utah Dept of Workforce Services<br>P O Box 45249<br>Salt Lake City, UT 84145-0249 | Utah Dept-Alcoholic Beverage Control<br>1625 South 900 West<br>PO Box 30408<br>Salt Lake City, UT 84130-0408 | Utah State Tax Commission Sales Tax<br>210 North 1950 West<br>Salt Lake City, UT 84134-0400 |
| Virtuoso, Ltd<br>PO Box 99358<br>Fort Worth, TX 76199-0358 | West LB AG, New York Branch<br>Attn: Christian Ruehmer<br>1211 Avenue of the Americas, 24th Flr<br>New York, NY 10036-8705 | West LB AG, New York Branch<br>Attn: Duncan Robertson<br>1211 Sixth Avenue, 25th Floor<br>New York, NY 10036-8705 |
| West LB AG, New York Branch<br>Attn: James Winikor<br>1211 Sixth Avenue, 25th Floor<br>New York, NY 10036-8705 | West LB AG, New York Branch<br>Attn: Jeff Nelson<br>1211 Avenue of the Americas, 24lh Flr<br>New York, NY 10036 | William D. Ellis, Esq.<br>Sidley Austin LLP<br>555 West Fifth Street<br>Los Angeles, CA 90013-1010 |

| | | |
|---|---|---|
| William Shoaf<br>4780 Winchester Court<br>Park City, UT 84098-7528 | Kim R. Wilson<br>Snow Christensen & Martineau<br>10 Exchange Place 11th Floor<br>P.O. Box 45000<br>Salt Lake City, UT 84145-5000 | Joseph E. Wrona<br>1745 Sidewinder Drive<br>Park City, UT 84060-7218 |
| Joseph E. Wrona<br>WRONA LAW OFFICES, P.C.<br>1745 Sidewinder Drive<br>Park City, UT 84060-7218 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA 19114-0326

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)AT&T Mobility<br>PO Box 6463<br>Carol Stream, IL 60197-6463 | (d)ATIV Corporation<br>722 Nardo Rd<br>Encinitas, CA 92024-3827 | (u)Alchemy Ventures Group, LLC |
| (d)Alliance Abroad Group LP<br>1221 South Mopac Expressway, Suite 100<br>Austin, TX 78746-7615 | (d)Alpine Adventures<br>3020 North Federal Highway # 10<br>Fort Lauderdale, FL 33306-1451 | (u)Brian D. Althaver, et al. |
| (d)American Express Travel Relate<br>2840 South 123rd Court<br>Omaha, NE 68144-3977 | (d)American Ski & Board Association<br>686 NW York<br>Bend, OR 97701-9732 | (u)Bay North Capital, LLC |
| (u)Bay North Realty Fund VI, LP | (d)Business Technology Consulting<br>Rob Stevenson<br>957 East 1300 South<br>Salt Lake City, UT 84105-1856 | (u)CloudNine Resorts-Sky Lodge Development, L |
| (du)CloudNine Resorts-Sky Lodge Development, | (u)CloudNine Resorts-Sky Lodge Management, LL | (du)CloudNine Resorts-Sky Lodge Management, L |

| | | |
|---|---|---|
| (d)EM Systems<br>PO Box 540783 North<br>Salt Lake City, UT 84054-0783 | (d)Fog River Fisheries<br>9554 Wells Circle, Suite A<br>West Jordan, UT 84081-6225 | (d)Get Fresh<br>1548 18th Street<br>Santa Monica, CA 90404-3404 |
| (u)Gunther Inc. dba Gunther Comfort Air | (du)Gunther Inc. dba Gunther Comfort Air | (u)Heber Avenue Partners, LLC |
| (u)Jacobsen National Group, Inc. | (u)Luxury Residence Group | (d)Media One of Utah<br>4770 South 5600 West<br>West Valley City, UT 84118-7400 |
| (u)R. Kimball Mosier | (d)N. Allen Taylor<br>Taylor Capital Management<br>6641 North Paseo Tamayo<br>Tucson, AZ 85750-1228 | (d)Open Table Inc<br>PO Box 49322<br>San Jose, CA 95161-9322 |
| (d)Park Avenue Travel<br>11 Park Avenue<br>Swathomre, PA 19081-1596 | (u)Park City I, LLC | (d)Peak Mobile Communications<br>4910 South Warehouse Road<br>Salt Lake City, UT 84118-6354 |
| (u)William H. Shoaf | (d)Summit County Treasurer<br>60 North Main<br>PO Box 128<br>Coalville, UT 84017-0128 | (u)Sysco Intermountain Food Services, Inc. |
| (d)The Park Record<br>PO Box 3688<br>Park City, UT 84060-3688 | (u)Virtuoso, Ltd | (u)WestLB AG |
| (u)David L. Wickline | End of Label Matrix<br>Mailable recipients   123<br>Bypassed recipients    37<br>Total                 160 | |