Blake D. Miller (4090)
**MILLER GUYMON, P.C.**
165 Regent Street
Salt Lake City, Utah 84111
Telephone: (801) 363-5600
Facsimile: (801) 363-5601
e-mail: miller@millerguymon.com

Attorneys for BDRC 4Site, LLC

### IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re:<br><br>**EASY STREET HOLDING, LCC, et al.,**<br><br>Debtors. | **Bankruptcy Case No. 09-29905**<br>**(Jointly Administered with Cases**<br>**09-29907 and 09-29908)**<br><br>**Chapter 11**<br><br>**Honorable R. Kimball Mosier**<br><br>**(Filed Electronically)** |
|---|---|

### NOTICE OF HEARING ON SUPPLEMENTAL APPLICATION OF CO-MANAGER, BDRC 4SITE, LLC FOR REIMBURSEMENT OF ATTORNEYS' FEES AND COSTS

PLEASE TAKE NOTICE THAT BDRC 4Site, LLC has filed a Supplemental Application of Co-Manager, BDRC 4Site, LLC for Reimbursement of Attorneys' Fees and Costs (Docket No. 747) (the "Motion"). A copy of the Motion was served electronically via the Court's ECF/CM System on the Office of the United States Trustee and on the parties who entered an appearance in this bankruptcy case as of the date of filing of the Motion. If you did not receive a copy of the Motion and you would like one, you may obtain a copy by requesting it from the undersigned counsel.

By the Motion, BDRC 4Site, LLC seeks approval of reimbursement of attorneys' fees incurred in the filing and prosecution of the final fee application as allowed by the Court in the amount of $5,525.00, plus costs incurred of $2,056.80.

**<u>Your rights may be affected</u>. You should read the Motion carefully and discuss it with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the Motion or if you want the Court to consider your views on the Motion, then on or before **April 14, 2011,** you or your attorney must file with the Bankruptcy Court and serve on the undersigned counsel a written response or objection to the Motion in conformity with Rule 9013-1(c) of the Bankruptcy Court Local Rules. Your objection must be timely served on the undersigned counsel at the address set forth above and filed with the Bankruptcy Court at:

> Clerk of the Court
> United States Bankruptcy Court
> 50 South Main Street, #301
> Salt Lake City, Utah 84101

If you mail your response or objection to the Court for filing, you must mail it early enough so that the Court will receive it on or before the date and time stated above.

PLEASE TAKE FURTHER NOTICE that the Motion will come on for an evidentiary hearing before the Honorable R. Kimball Mosier on **Tuesday, April 19, 2011 at the hour of 11:00 a.m., M.D.T**., in Courtroom No. 369 of the Frank E. Moss United States Courthouse, 350 South Main Street, Salt Lake City, Utah 84101. You or your attorney must attend the hearing on the Motion if you want your response or objection to be considered by the Court. The hearing on

2

the Motion may be continued from time to time without further notice, except the announcement in open court of the time and place of such continued hearing.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.

DATED this 21st day of March 2011.

MILLER GUYMON, P.C.

*/s/ Blake D. Miller*
Blake D. Miller

## CERTIFICATE OF MAILING

I hereby certify that, on this 21st day of March, 2011, a true and correct copy of the **NOTICE OF HEARING ON SUPPLEMENTAL APPLICATION OF CO-MANAGER, BDRC 4SITE, LLC FOR REIMBURSEMENT OF ATTORNEYS' FEES AND COSTS** was served via CM/ECF on those registered to receive notice as of this date and by first class email on the following:

Annette W. Jarvis
Benjamin J. Kotter
DORSEY & WHITNEY, LLP
136 South Main Street, Suite 1000
Salt Lake City, UT 84101

Richard W. Havel
Christina M. Craige
SIDLEY AUSTIN LLP
555 West 5th Street, Suite 4000
Los Angeles, CA 90013

Miller Guymon, P.C.

*/s/ Blake D. Miller*