Adelaide Maudsley (#8791)
CHAPMAN AND CUTLER LLP
201 South Main Street, Suite 2000
Salt Lake City, UT  84111
Telephone:  801-533-0066
Facsimile:  801-533-9595
Email: maudsley@chapman.com

Counsel for BayNorth Realty Fund VI, LP

Brian W. Harvey (admitted *pro hac vice*)
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY  10018-1405
Telephone:: (212) 813-8829
Facsimile: (212) 355-3333
Email: bharvey@goodwinprocter.com

Anthony S. Fiotto (admitted *pro hac vice*)
Ambica Mohabir (admitted *pro hac vice*)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA  02109-2881
Telephone:  617-570-1324
Facsimile:  617-523-1231
Email: afiotto@goodwinprocter.com
          amohabir@goodwinprocter.com

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>EASY STREET HOLDING, LLC, *et al.*,<br><br>Debtors.<br><br>Address: 201 Heber Avenue<br>              Park City, UT  84060<br><br>Tax ID Numbers:<br>35-2183713 (Easy Street Holding, LLC),<br>20-4502979 (Easy Street Partners, LLC), and<br>84-1685764 (Easy Street Mezzanine, LLC) | Bankruptcy Case No. 09-29905<br>Jointly Administered with<br>Cases 09-29907 and 09-29908<br>(this Motion affects case nos.<br>09-29905 and 09-29908)<br><br>Chapter 11<br><br>Honorable R. Kimball Mosier |

**MOTION TO DISMISS EASY STREET MEZZANINE, LLC AND EASY STREET
HOLDING, LLC CASES PURSUANT TO LOCAL RULE 9011-2(a)**

2978366.01.02.doc

Pursuant to Local Rule 9011-2(a), BayNorth Realty Fund VI, LP ("BayNorth"), through its undersigned counsel, hereby moves for entry of an order of this Court dismissing the Easy Street Mezzanine, LLC (case no. 09-29908) ("Mezzanine") and Easy Street Holding, LLC (case no. 09-29905) ("Holding" and together with Mezzanine, the "Pro Se Debtors") cases and in support hereof respectfully states as follows:

## FACTUAL BACKGROUND

1. On January 13, 2011, counsel for the Pro Se Debtors filed a motion to withdraw (Docket no. 733) (the "Withdrawal Motion").

2. By order entered February 23, 2011, the Court granted the Withdrawal Motion (Docket No. 738) (the "Withdrawal Order").

3. Paragraph 3 of the Withdrawal Order provides: "C&M and DJP shall no longer be counsel of record. Mezzanine and Holding shall have twenty-one days within which to employ substitute counsel."

4. Based on a review of the dockets for the Mezzanine and Holding separate and jointly-administered cases, as of the date of this Motion, new counsel has not entered an appearance on behalf of the Pro Se Debtors.

5. Holding is a plaintiff in that certain proceeding captioned *Easy Street Holding, LLC v. BayNorth Realty Fund VI, LP* (Adv. No. 09-2422). As of the date of this Motion, new counsel for the Pro Se Debtors has not entered an appearance in this adversary proceeding.

6. Mezzanine and Holding are also plaintiffs in that certain adversary proceeding captioned *Easy Street Partners, LLC v. Wickline et al.* (Adv. No. 10-2401) in which BayNorth,

2

among others, is a named defendant. As of the date of this Motion, new counsel for the Pro Se Debtors has not entered an appearance in this adversary proceeding.

7. A copy of this Motion will be provided to those parties to whom the Withdrawal Order was provided.

## ARGUMENT AND AUTHORITIES

Rule 2091-1(e) of the Local Rules for this Court provides in relevant part: "Whenever an attorney withdraws … the party represented by such attorney must file a notice of the appointment of another attorney or of his or her decision to appear without an attorney within 21 days or before any further court proceedings are conducted."

Rule 9011-2(a) of the Local Rules for this Court provides: "A corporate, partnership, limited liability company, trust, unincorporated association, or other party which is not an individual may not file a petition or otherwise appear without an attorney in any case or proceeding. Failure to comply with this rule is grounds for dismissal of a case or proceeding, conversion of a case, appointment of a trustee or examiner, judgment by default, or other appropriate sanctions."

The Pro Se Debtors have not complied with Rule 2091-1(e) and, under Rule 9011-2(a), may not proceed without new counsel. Rule 9011-2(a) further provides that failure of a corporate entity to have counsel is grounds for dismissal.

Accordingly, dismissal of the cases of the Pro Se Debtors and attendant adversary proceedings is appropriate and warranted under the circumstances.

WHEREFORE, BayNorth respectfully requests that the Court grant the Motion, dismissing the cases of Mezzanine and Holding and attendant adversary proceedings, and grant BayNorth such other and further relief as the Court deems just and proper.

DATED this 22nd day of March, 2011.

        GOODWIN PROCTER LLP

        Brian W. Harvey (admitted *pro hac vice*)
        The New York Times Building
        620 Eighth Avenue
        New York, NY  10018-1405
        Telephone:: (212) 813-8829
        Facsimile: (212) 355-3333
        Email: bharvey@goodwinprocter.com

        Anthony S. Fiotto (admitted *pro hac vice)*
        Ambica Mohabir (admitted *pro hac vice*)
        GOODWIN PROCTER LLP
        Exchange Place
        Boston, MA  02109-2881
        Telephone:  617-570-1324
        Facsimile:  617-523-1231
        Email: afiotto@goodwinprocter.com
             amohabir@goodwinprocter.com

        and

        CHAPMAN AND CUTLER LLP

        By: _____/s/ Adelaide Maudsley_____
        Adelaide Maudsley (#8791)
        201 South Main Street, Suite 2000
        Salt Lake City, UT  84111
        Telephone:  801-533-0066
        Facsimile:  801-533-9595
        Email: maudsley@chapman.com

        Counsel for BayNorth Realty Fund VI, LP

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing **MOTION TO DISMISS EASY STREET MEZZANINE, LLC AND EASY STREET HOLDING, LLC CASES PURSUANT TO LOCAL RULE 9011-2(a)** was served on this 22nd day of March, 2011 by first class U.S. Mail, postage prepaid and, where indicated, by CM/ECF electronic noticing or electronic mail, on each of the following:

Kenneth L. Cannon II
Durham Jones & Pinegar, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, Utah 84111

Michael V. Blumenthal
Bruce J. Zabarauskas
Steven B. Eichel
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, New York 10022

Joseph E. Wrona
Wrona Law Offices, P.C.
1745 Sidewinder Drive
Park City, Utah 84060

Knute Rife
Wrona Law Offices, P.C.
11650 S. State, Suite 103
Draper, Utah 84020

Corbin B. Gordon
345 West 600 South, Suite 108
Heber City, Utah 84032

John T. Morgan
US Trustees Office
Ken Garff Bldg.
405 South Main Street, Suite 300
Salt Lake City, Utah 84111
(also by CM/ECF)

Richard W. Havel
Sidley Austin LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013

Annette W. Jarvis
Benjamin J. Kotter
Dorsey & Whitney LLP
136 South Main Street, Suite 1000
Salt Lake City, UT 84101

Kim R. Wilson
Snow Christensen & Martineau
10 Exchange Place #1100
Salt Lake City, UT 84111

Lon A. Jenkins
Troy Aramburu
Jones Waldo
170 South Main Street, Suite 1500
Salt Lake City, UT 84101

5

| | |
|---|---|
| William Shoaf<br>4780 Winchester Court<br>Park City, UT  84098-7528 | Elizabeth Rad<br>Email: erad237@gmail.com |
| Philo Smith, Jr,<br>Spectra Asset Management<br>684 Glenneyre Street<br>Laguna Beach, CA  92651 | Anthony C. Kaye<br>Ballard Spahr LLP<br>One Utah Center, Suite 800<br>201 South Main Street<br>Salt Lake City, Utah  84111-2221 |
| Michael Feder<br>Radar Logic Incorporated<br>Email: mfeder@radarlogic.com | David W. Overholt<br>Richer & Overholt, P.C.<br>901 West Baxter Drive<br>South Jordan, Utah  84095 |
| Michael R. Johnson<br>Jonathan A. Dibble<br>Ray Quinney & Nebeker, P.C.<br>36 South State Street, Suite 1400<br>Salt Lake City, Utah  84111 | Jeffrey L. Shields<br>Zachary T. Shields<br>Callister Nebeker & McCullough<br>10 East South Temple, Suite 900<br>Salt Lake City, Utah  84133 |

                ____/s/ Lynda Hansen, Legal Assistant____