| | |
|---|---|
| Adelaide Maudsley (#8791) | Brian W. Harvey (admitted *pro hac vice*) |
| CHAPMAN AND CUTLER LLP | GOODWIN PROCTER LLP |
| 201 South Main Street, Suite 2000 | The New York Times Building |
| Salt Lake City, UT  84111 | 620 Eighth Avenue |
| Telephone:  801-533-0066 | New York, NY  10018-1405 |
| Facsimile:  801-533-9595 | Telephone:: (212) 813-8829 |
| Email: maudsley@chapman.com | Facsimile: (212) 355-3333 |
| | Email: bharvey@goodwinprocter.com |
| Counsel for BayNorth Realty Fund VI, LP | Anthony S. Fiotto (admitted *pro hac vice*) |
| | Ambica Mohabir (admitted *pro hac vice*) |
| | GOODWIN PROCTER LLP |
| | Exchange Place |
| | Boston, MA  02109-2881 |
| | Telephone:  617-570-1324 |
| | Facsimile:  617-523-1231 |
| | Email: afiotto@goodwinprocter.com |
| |       amohabir@goodwinprocter.com |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>EASY STREET HOLDING, LLC, *et al.*,<br><br>   Debtors.<br><br>Address: 201 Heber Avenue<br>         Park City, UT  84060<br><br>Tax ID Numbers:<br>35-2183713 (Easy Street Holding, LLC),<br>20-4502979 (Easy Street Partners, LLC), and<br>84-1685764 (Easy Street Mezzanine, LLC) | Bankruptcy Case No. 09-29905<br>Jointly Administered with<br>Cases 09-29907 and 09-29908<br>(this Motion affects case nos.<br>09-29905 and 09-29908)<br><br>Chapter 11<br><br>Honorable R. Kimball Mosier |

2979234.01.01.doc

### NOTICE OF MOTION TO DISMISS EASY STREET MEZZANINE, LLC AND EASY STREET HOLDING, LLC CASES PURSUANT TO LOCAL RULE 9011-2(a) AND NOTICE OF OPPORTUNITY FOR HEARING

### (Objection Deadline: April 11, 2011)

**PLEASE TAKE NOTICE** that BayNorth Realty Fund VI, LP ("BayNorth") filed on March 22, 2011 with the United States Bankruptcy Court for the District of Utah, a Motion to Dismiss Easy Street Mezzanine, LLC and Easy Street Holding, LLC Cases Pursuant to Local Rule 9011-2(a) (the "Motion").

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

The Motion seeks entry of an order of this Bankruptcy Court dismissing the Easy Street Mezzanine, LLC and Easy Street Holding, LLC cases pursuant to Local Rule 9011-2(a) for failure of such corporate entities to have counsel representing them in the pending chapter 11 cases. A copy of the Motion was previously served on parties on March 22, 2011. A copy of the Motion may be obtained through the Court's website (https://ecf.utb.uscourts.gov/) or upon written request to the undersigned counsel.

**NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE COURT ON OR BEFORE THE OBJECTION DEADLINE SET FORTH BELOW.**

If you do not want the Bankruptcy Court to grant the relief requested in the Motion, then you or your attorney must:

  **(1)** on or before **April 11, 2011** file with the Bankruptcy Court a written Objection, explaining your position, at:

2

      United States Bankruptcy Court
      350 South Main Street, Room 301
      Salt Lake City, UT  84101

If you mail your objection to the Bankruptcy Court for filing, you must mail it early enough so that the Bankruptcy Court will **receive** it on or before **April 11, 2011**.  You must also mail a copy to the undersigned counsel at:

      Adelaide Maudsley
      CHAPMAN AND CUTLER LLP
      201 South Main Street, Suite 2000
      Salt Lake City, UT  84111

      **(2)**    attend a hearing on April 19, 2011 at 11:00 a.m. in Courtroom 369, United States Bankruptcy Court, 350 South Main Street, Salt Lake City, Utah  84101.  **There will be no further notice of the hearing** and failure to attend the hearing will be deemed a waiver if your objection.

If you or your attorney do not take these steps, the Bankruptcy Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.  In the absence of a timely filed objection, the undersigned counsel may and will ask the Bankruptcy Court to enter an order approving the Motion without hearing.

      DATED this 23rd day of March, 2011.

                                                               GOODWIN PROCTER LLP

                                                 Brian W. Harvey (admitted *pro hac vice*)
                                                 The New York Times Building
                                                 620 Eighth Avenue
                                                 New York, NY  10018-1405
                                                 Telephone:: (212) 813-8829
                                                 Facsimile: (212) 355-3333
                                                 Email: bharvey@goodwinprocter.com

                                                 Anthony S. Fiotto (admitted *pro hac vice*)
                                                 Ambica Mohabir (admitted *pro hac vice*)

        GOODWIN PROCTER LLP
        Exchange Place
        Boston, MA 02109-2881
        Telephone: 617-570-1324
        Facsimile: 617-523-1231
        Email: afiotto@goodwinprocter.com
              amohabir@goodwinprocter.com

        and

CHAPMAN AND CUTLER LLP

By: \_\_\_\_/s/ Adelaide Maudsley_____
    Adelaide Maudsley (#8791)
    201 South Main Street, Suite 2000
    Salt Lake City, UT 84111
    Telephone: 801-533-0066
    Facsimile: 801-533-9595
    Email: maudsley@chapman.com

Counsel for BayNorth Realty Fund VI, LP

4

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing **NOTICE OF MOTION TO DISMISS EASY STREET MEZZANINE, LLC AND EASY STREET HOLDING, LLC CASES PURSUANT TO LOCAL RULE 9011-2(a) AND NOTICE OF OPPORTUNITY FOR HEARING** was served on this 23rd day of March, 2011 by first class U.S. Mail, postage prepaid and, where indicated, by CM/ECF electronic noticing or electronic mail, on each of the following:

Kenneth L. Cannon II
Durham Jones & Pinegar, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, Utah 84111

Michael V. Blumenthal
Bruce J. Zabarauskas
Steven B. Eichel
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, New York 10022

Joseph E. Wrona
Wrona Law Offices, P.C.
1745 Sidewinder Drive
Park City, Utah 84060

Knute Rife
Wrona Law Offices, P.C.
11650 S. State, Suite 103
Draper, Utah 84020

Corbin B. Gordon
345 West 600 South, Suite 108
Heber City, Utah 84032

John T. Morgan
US Trustees Office
Ken Garff Bldg.
405 South Main Street, Suite 300
Salt Lake City, Utah 84111
(also by CM/ECF)

Richard W. Havel
Sidley Austin LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013

Annette W. Jarvis
Benjamin J. Kotter
Dorsey & Whitney LLP
136 South Main Street, Suite 1000
Salt Lake City, UT 84101

Kim R. Wilson
Snow Christensen & Martineau
10 Exchange Place #1100
Salt Lake City, UT 84111

Lon A. Jenkins
Troy Aramburu
Jones Waldo
170 South Main Street, Suite 1500
Salt Lake City, UT 84101

5

| | |
|---|---|
| William Shoaf<br>4780 Winchester Court<br>Park City, UT  84098-7528 | Elizabeth Rad<br>Email: erad237@gmail.com |
| Philo Smith, Jr,<br>Spectra Asset Management<br>684 Glenneyre Street<br>Laguna Beach, CA  92651 | Anthony C. Kaye<br>Ballard Spahr LLP<br>One Utah Center, Suite 800<br>201 South Main Street<br>Salt Lake City, Utah  84111-2221 |
| Michael Feder<br>Radar Logic Incorporated<br>Email: mfeder@radarlogic.com | David W. Overholt<br>Richer & Overholt, P.C.<br>901 West Baxter Drive<br>South Jordan, Utah  84095 |
| Michael R. Johnson<br>Jonathan A. Dibble<br>Ray Quinney & Nebeker, P.C.<br>36 South State Street, Suite 1400<br>Salt Lake City, Utah  84111 | Jeffrey L. Shields<br>Zachary T. Shields<br>Callister Nebeker & McCullough<br>10 East South Temple, Suite 900<br>Salt Lake City, Utah  84133 |

    ____/s/ Lynda Hansen, Legal Assistant____