**The below described is SIGNED.**

**Dated: March 31, 2011**

_____
**R. KIMBALL MOSIER**
**U.S. Bankruptcy Judge**



*Prepared and Submitted by:*

| | |
|---|---|
| Annette W. Jarvis (1649) | Richard W. Havel (10759) |
| Peggy Hunt (6060) | Christina M. Craige (*pro hac vice*) |
| Benjamin J. Kotter (9592) | **SIDLEY AUSTIN LLP** |
| **DORSEY & WHITNEY LLP** | 555 West 5th Street, Suite 4000 |
| 136 South Main Street, Suite 1000 | Los Angeles, California 90013 |
| Salt Lake City, Utah 84101 | Telephone: (213) 896-6000 |
| Telephone: (801) 933-7360 | Facsimile: (213) 896-6600 |
| Facsimile: (801) 933-7373 | Email: rhavel@sidley.com |
| Email: jarvis.annette@dorsey.com | ccraige@sidley.com |
| hunt.peggy@dorsey.com | |
| kotter.benjamin@dorsey.com | |

*Attorneys for the Reorganized Debtor Heber Avenue Partners, LLC*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>**EASY STREET HOLDING, LLC, et al.,**<br><br>Debtors.<br><br>Address:  201 Heber Avenue<br>  Park City, Utah 84060<br><br>Tax ID Number:<br>35-2183713 (Easy Street Holding, LLC),<br>20-4502979 (Easy Street Partners, LLC), and<br>84-1685764 (Easy Street Mezzanine, LLC) | Case No. 09-29905<br>(Jointly Administered with Cases 09-29907 and 09-29908)<br><br>Chapter 11<br><br>Honorable R. Kimball Mosier |

### FINAL DECREE

-2-

In accordance with the Order Granting Motion to Close Easy Street Partners, LLC's Bankruptcy Case and Request for Final Decree previously entered by this Court, and finding that the estate of Easy Street Partners, LLC has been fully administered within the meaning of 11 U.S.C. § 350(a) and Rule 3022 of the Federal Rules of Bankruptcy Procedure:

**IT IS HEREBY ORDERED THAT:**

The chapter 11 case of Easy Street Partners, LLC (Case No. 09-29907) is closed.

(End of Document)