**The below described is SIGNED.**



**Dated: March 31, 2011**    _____
**R. KIMBALL MOSIER**
**U.S. Bankruptcy Judge**

_____

*Prepared and Submitted by:*

| | |
|---|---|
| Annette W. Jarvis (1649) | Richard W. Havel (10759) |
| Peggy Hunt (6060) | Christina M. Craige (*pro hac vice*) |
| Benjamin J. Kotter (9592) | **SIDLEY AUSTIN LLP** |
| **DORSEY & WHITNEY LLP** | 555 West 5th Street, Suite 4000 |
| 136 South Main Street, Suite 1000 | Los Angeles, California 90013 |
| Salt Lake City, Utah 84101 | Telephone: (213) 896-6000 |
| Telephone: (801) 933-7360 | Facsimile: (213) 896-6600 |
| Facsimile: (801) 933-7373 | Email: rhavel@sidley.com |
| Email: jarvis.annette@dorsey.com | ccraige@sidley.com |
| hunt.peggy@dorsey.com | |
| kotter.benjamin@dorsey.com | |

*Attorneys for the Reorganized Debtor Heber Avenue Partners, LLC*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re: | Case No. 09-29905 |
| | (Jointly Administered with Cases |
| **EASY STREET HOLDING, LLC, et al.,** | 09-29907 and 09-29908) |
| Debtors. | Chapter 11 |
| Address: 201 Heber Avenue | Honorable R. Kimball Mosier |
| Park City, Utah 84060 | |
| Tax ID Number: | |
| 35-2183713 (Easy Street Holding, LLC), | |
| 20-4502979 (Easy Street Partners, LLC), and | |
| 84-1685764 (Easy Street Mezzanine, LLC) | |

**FINAL DECREE**

**Filed: 03/31/11**

Entered On Docket: 03/31/2011

In accordance with the Order Granting Motion to Close Easy Street Partners, LLC's Bankruptcy Case and Request for Final Decree previously entered by this Court, and finding that the estate of Easy Street Partners, LLC has been fully administered within the meaning of 11 U.S.C. § 350(a) and Rule 3022 of the Federal Rules of Bankruptcy Procedure:

**IT IS HEREBY ORDERED THAT:**

The chapter 11 case of Easy Street Partners, LLC (Case No. 09-29907) is closed.

(End of Document)

United States Bankruptcy Court
District of Utah

In re:  
Easy Street Holding, LLC  
    Debtor

Case No. 09-29905-RKM  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 1088-2      User: mtm      Page 1 of 1      Date Rcvd: Mar 31, 2011  
                         Form ID: pdfor1      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2011.  
aty      +Benjamin J. Kotter,    Dorsey & Whitney, LLP,    136 South Main Street,    Suite 1000,    Salt Lake City, UT 84101-1685

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 02, 2011**          **Signature:** _Joseph Speetjens_