Kim R. Wilson (3512)
P. Matthew Cox (9879)
**SNOW, CHRISTENSEN & MARTINEAU**
10 Exchange Place, Eleventh Floor
Post Office Box 45000
Salt Lake City, Utah 84145
Telephone:  (801) 521-9000
Facsimile:    (801) 363-0400

Attorneys for David Wickline, and
Alchemy Ventures Trust, LLC and
Alchemy Venture Group, LLC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>**EASY STREET HOLDING, LLC, *et al.*,**<br><br>Debtors.<br><br>Address: 201 Heber Avenue<br>              Park City, UT 84060<br><br>Tax ID Numbers:<br>35-2183713 (Easy Street Holding, LLC)<br>20-4502979 (Easy Street Partners, LLC),and<br>84-1685764 (East Street Mezzanine, LLC) | Bankruptcy No. 09M-29905<br>Jointly Administered with Cases<br>09-29907 and 09-29908<br>(this Motion affects case nos. 09-29905 and 09-29908)<br><br>(Chapter 11)<br><br>Honorable R. Kimball Mosier |

**JOINDER IN MOTION TO DISMISS EASY STREET MEZZANINE, LLC
AND EASY STREET HOLDING, LLC CASES PURSUANT TO
LOCAL RULE 9011-2(a)**

David Wickline, and Alchemy Ventures Trust, LLC and Alchemy Ventures Group,

LLC (the "Wickline Parties") join in Bay North Realty Fund VI, LP's *Motion to Dismiss Easy*

*Street Mezzanine, LLC and Easy Street Holding, LLC Cases Pursuant to Local Rule 9011-2(a)* (Docket No. 750), and ask the Court to dismiss the bankruptcy cases of Easy Street Mezzanine, LLC (Case No. 09-29908) and Easy Street Holding, LLC (Case No. 09-29905) and attendant adversary proceedings and to grant such and other further relief as the court deems just and proper.

DATED this 13th day of April, 2011.

                                       SNOW, CHRISTENSEN & MARTINEAU

                                       By: /s/ Kim R. Wilson
                                             Kim R. Wilson
                                             P. Matthew Cox
                                             Attorneys for David Wickline, personally,
                                             and Alchemy Ventures Trust, LLC and
                                             Alchemy Venture Group, LLC

## CERTIFICATE OF SERVICE

I, Kim R. Wilson, attorney for Attorneys for David Wickline, and Alchemy Ventures Trust, LLC and Alchemy Venture Group, LLC , hereby certify that on this ___ day of April, 2011, I served a copy of the JOINDER IN MOTION TO DISMISS EASY STREET MEZZANINE, LLC AND EASY STREET HOLDING, LLC CASES PURSUANT TO LOCAL RULE 9011-2(a, to the following parties in the manner indicated:

Kenneth L. Cannon, II (via ECF)
Steven J. McCardell (via ECF)
Durham, Jones & Pinegar
111 East Broadway, Ste. 900
P. O. Box 4050
Salt Lake City, UT 84110-4050

Michael V. Blumenthal (via ECF)
Bruce J. Zabarauskas (via ECF)
Crowell & Moring, LLP
590 Madison Avenue, 20th floor
New York, NY 10022

Adelaide Maudsley (via ECF)
James K. Tracy
Chapman & Cutler, LLP
201 South Main Street, Ste. 2000
Salt Lake City, UT 84111

Anthony S. Fiotto (via U.S. Mail)
Ambica Mohabir
Goodwin Proctor, LLP
Exchange Place
Boston, MA 02109-2881

Annette Jarvis (via ECF)
Peggy Hunt
Benjamin J. Kotter
Dorsey & Whitney, LLP
136 South Main Street, Ste. 1000
Salt Lake City, UT 84101-1685

Richard W. Havel (via U.S. Mail)
Sidley Austin LLP
555 West Fifth Street, Ste. 4000
Los Angeles, CA 90013-10001

Joseph E. Wrona   (via U.S. Mail)
Wrona Law Offices, P.C.
1745 Sidewinder Drive
Park City, UT 84060

Corbin B. Gordon   (via U.S. Mail)
345 West 600 South, Ste. 108
Heber City, UT 84032

Knute Rife   (via U.S. Mail)
Wrona Law Offices, P.C.
11650 S. State, Ste. 300
Salt Lake City, UT 84020

John T.  Morgan    (via ECF)
Ken Garff Building
405 South Main Street, Ste. 300
Salt Lake City, UT 84111

Lon A. Jenkins
Troy Aramburu
Jones Waldo
170 South Main St., Ste. 1500
Salt Lake City, UT 84101

William Shoaf
4780 Winchester Court
Park City, UT 84098-7528

Philo Smith, Jr.

| | |
|---|---|
| Spectra Asset Management<br>684 Glenneyre Street<br>Laguna Beach, FL 92651 | David W. Overholt, P.C.<br>901 West Baxter Drive<br>South Jordan, UT 84095 |
| Michael R. Johnson<br>Jonathan A. Dibble<br>Ray Quinney & Nebeker, P.C.<br>36 South State Street, Ste. 1400<br>Salt Lake City, UT 84111 | Jeffrey L. Shields<br>Zachary T. Shields<br>Callister Nebeker & McCullough<br>10 East South Temple, Ste. 900<br>Salt Lake City, UT 84133 |
| Anthony C. Kaye<br>Ballard Spahr, LLP<br>One Utah Center, Ste. 800<br>201 South Main Street<br>Salt Lake City, UT 84111-2221 | Michael Feder<br>Radar Logic Incorporated<br>Email: mfeder@radarlogic.com<br><br>Elizabeth Rad<br>Email: erad237@gmail.com |

    /s/ Kim R. Wilson