**Proposed Order Prepared and Submitted By:**

| | |
|---|---|
| Adelaide Maudsley (#8791) | Brian W. Harvey (admitted *pro hac vice*) |
| CHAPMAN AND CUTLER LLP | GOODWIN PROCTER LLP |
| 201 South Main Street, Suite 2000 | The New York Times Building |
| Salt Lake City, UT 84111 | 620 Eighth Avenue |
| Telephone: 801-533-0066 | New York, NY 10018-1405 |
| Facsimile: 801-533-9595 | Telephone:: (212) 813-8829 |
| Email: maudsley@chapman.com | Facsimile: (212) 355-3333 |
| | Email: bharvey@goodwinprocter.com |
| Counsel for BayNorth Realty Fund VI, LP | Anthony S. Fiotto (admitted *pro hac vice*) |
| | Ambica Mohabir (admitted *pro hac vice*) |
| | GOODWIN PROCTER LLP |
| | Exchange Place |
| | Boston, MA 02109-2881 |
| | Telephone: 617-570-1324 |
| | Facsimile: 617-523-1231 |
| | Email: afiotto@goodwinprocter.com |
| | amohabir@goodwinprocter.com |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>EASY STREET HOLDING, LLC, *et al.*,<br><br>Debtors.<br><br>Address: 201 Heber Avenue<br>Park City, UT 84060<br><br>Tax ID Numbers:<br>35-2183713 (Easy Street Holding, LLC),<br>20-4502979 (Easy Street Partners, LLC), and<br>84-1685764 (Easy Street Mezzanine, LLC) | Bankruptcy Case No. 09-29905<br>Jointly Administered with<br>Cases 09-29907 and 09-29908<br>(this Order affects case nos.<br>09-29905 and 09-29908)<br><br>Chapter 11<br><br>Honorable R. Kimball Mosier |

2988973.01.03.doc

**Filed: 04/13/11**

### ORDER DISMISSING EASY STREET HOLDING, LLC AND EASY STREET MEZZANINE, LLC CHAPTER 11 CASES

The "Motion to Dismiss Easy Street Mezzanine, LLC and Easy Street Holding, LLC Cases Pursuant to Local Rule 9011-2(a)" (the "Motion") filed by BayNorth Realty Fund VI, LP having come before the Court pursuant to Local Rule 9013-2(f)(2), notice of the Motion having been provided to the debtors and parties in interest, and no objections or responses to the Motion having been filed, and for good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED;

2. I*n re Easy Street Holding, LLC*, chapter 11 case no. 09-22905 (the "Holding Case"), is DISMISSED without prejudice; and

3. *In re Easy Street Mezzanine, LLC*, chapter 11 case no. 09-29008 and jointly-administered with case no. 09-29905 (the "Mezzanine Case"), is DISMISSED without prejudice.

4. A copy of this Order, when executed, shall also be filed in the Mezzanine Case.

5. The adversary proceedings associated with each of the Holding Case and the Mezzanine Case are DISMISSED without prejudice.

6. Separate orders of dismissal shall be filed in each of the adversary proceedings captioned *Easy Street Partners, LLC v. BayNorth Realty Fund VI, Limited Partnership* (Adv. No. 09-2735) and *Easy Street Partners, LLC v. Wickline et al.* (Adv. No. 10-2401).

-------------------------------------------------------------------------------------------------------------------

END OF ORDER

**AGREED AS TO FORM AND CONTENT:**

HOLLAND & HART LLP

By: ____/s/ Mona L. Burton_____
Mona L. Burton
222 South Main Street, Suite 2200
Salt Lake City, UT 84101
(801) 799-5800 telephone
(801) 799-5700 facsimile
mburton@hollandhart.com

## LIST OF PARTIES TO RECEIVE SERVICE OF ORDER

Service of the foregoing **ORDER DISMISSING EASY STREET HOLDING, LLC AND EASY STREET MEZZANINE, LLC CHAPTER 11 CASES** will be effected through the Bankruptcy Noticing Center to each party listed below.

Adelaide Maudsley
Chapman and Cutler LLP
One Utah Center
201 South Main Street, Suite 2000
Salt Lake City, Utah  84111

Mona L. Burton
Holland & Hart LLP
222 South Main Street, Suite 2200
Salt Lake City, UT  84101

Kim R. Wilson
Snow Christensen & Martineau
10 Exchange Place 11th Floor
P.O. Box 45000
Salt Lake City, UT  84145

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing proposed **ORDER DISMISSING EASY STREET HOLDING, LLC AND EASY STREET MEZZANINE, LLC CHAPTER 11 CASES** was served this 13th day of April, 2011, by first class U.S. Mail, postage prepaid, and by electronic mail to each of the following:

Mona L. Burton
Holland & Hart LLP
222 South Main Street, Suite 2200
Salt Lake City, UT  84101
mburton@hollandhart.com

Kim R. Wilson
Snow Christensen & Martineau
10 Exchange Place 11th Floor
P.O. Box 45000
Salt Lake City, UT  84145
krw@scmlaw.com

    __/s/ Lynda Hansen, Legal Assistant_____