**The below described is SIGNED.**

**Dated: April 19, 2011**
       _/s/ R. Kimball Mosier_
       **R. KIMBALL MOSIER**
       **U.S. Bankruptcy Judge**



_____

**Proposed Order Prepared and Submitted By:**

| | |
|---|---|
| Adelaide Maudsley (#8791) | Brian W. Harvey (admitted *pro hac vice*) |
| CHAPMAN AND CUTLER LLP | GOODWIN PROCTER LLP |
| 201 South Main Street, Suite 2000 | The New York Times Building |
| Salt Lake City, UT 84111 | 620 Eighth Avenue |
| Telephone: 801-533-0066 | New York, NY 10018-1405 |
| Facsimile: 801-533-9595 | Telephone:: (212) 813-8829 |
| Email: maudsley@chapman.com | Facsimile: (212) 355-3333 |
| | Email: bharvey@goodwinprocter.com |
| Counsel for BayNorth Realty Fund VI, LP | Anthony S. Fiotto (admitted *pro hac vice*) |
| | Ambica Mohabir (admitted *pro hac vice*) |
| | GOODWIN PROCTER LLP |
| | Exchange Place |
| | Boston, MA 02109-2881 |
| | Telephone: 617-570-1324 |
| | Facsimile: 617-523-1231 |
| | Email: afiotto@goodwinprocter.com |
| |        amohabir@goodwinprocter.com |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>EASY STREET HOLDING, LLC, *et al.*,<br><br>    Debtors.<br><br>Address: 201 Heber Avenue<br>           Park City, UT 84060<br><br>Tax ID Numbers:<br>35-2183713 (Easy Street Holding, LLC),<br>20-4502979 (Easy Street Partners, LLC), and<br>84-1685764 (Easy Street Mezzanine, LLC) | Bankruptcy Case No. 09-29905<br>Jointly Administered with<br>Cases 09-29907 and 09-29908<br>(this Order affects case nos.<br>09-29905 and 09-29908)<br><br>Chapter 11<br><br>Honorable R. Kimball Mosier |

2988973.01.03.doc

**Filed: 04/13/11**

Entered On Docket: 04/19/2011

**ORDER DISMISSING EASY STREET HOLDING, LLC AND
EASY STREET MEZZANINE, LLC CHAPTER 11 CASES**

The "Motion to Dismiss Easy Street Mezzanine, LLC and Easy Street Holding, LLC Cases Pursuant to Local Rule 9011-2(a)" (the "Motion") filed by BayNorth Realty Fund VI, LP having come before the Court pursuant to Local Rule 9013-2(f)(2), notice of the Motion having been provided to the debtors and parties in interest, and no objections or responses to the Motion having been filed, and for good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED;

2. I*n re Easy Street Holding, LLC*, chapter 11 case no. 09-22905 (the "Holding Case"), is DISMISSED without prejudice; and

3. *In re Easy Street Mezzanine, LLC*, chapter 11 case no. 09-29008 and jointly-administered with case no. 09-29905 (the "Mezzanine Case"), is DISMISSED without prejudice.

4. A copy of this Order, when executed, shall also be filed in the Mezzanine Case.

5. The adversary proceedings associated with each of the Holding Case and the Mezzanine Case are DISMISSED without prejudice.

6. Separate orders of dismissal shall be filed in each of the adversary proceedings captioned *Easy Street Partners, LLC v. BayNorth Realty Fund VI, Limited Partnership* (Adv. No. 09-2735) and *Easy Street Partners, LLC v. Wickline et al.* (Adv. No. 10-2401).

--------------------------------------------------------------------------------------------------------------------

END OF ORDER

**AGREED AS TO FORM AND CONTENT:**

HOLLAND & HART LLP

By: \_\_\_\_/s/ Mona L. Burton_____
Mona L. Burton
222 South Main Street, Suite 2200
Salt Lake City, UT 84101
(801) 799-5800 telephone
(801) 799-5700 facsimile
mburton@hollandhart.com

**LIST OF PARTIES TO RECEIVE SERVICE OF ORDER**

Service of the foregoing **ORDER DISMISSING EASY STREET HOLDING, LLC AND EASY STREET MEZZANINE, LLC CHAPTER 11 CASES** will be effected through the Bankruptcy Noticing Center to each party listed below.

Adelaide Maudsley
Chapman and Cutler LLP
One Utah Center
201 South Main Street, Suite 2000
Salt Lake City, Utah  84111

Mona L. Burton
Holland & Hart LLP
222 South Main Street, Suite 2200
Salt Lake City, UT  84101

Kim R. Wilson
Snow Christensen & Martineau
10 Exchange Place 11th Floor
P.O. Box 45000
Salt Lake City, UT  84145

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing proposed **ORDER DISMISSING EASY STREET HOLDING, LLC AND EASY STREET MEZZANINE, LLC CHAPTER 11 CASES** was served this 13th day of April, 2011, by first class U.S. Mail, postage prepaid, and by electronic mail to each of the following:

Mona L. Burton
Holland & Hart LLP
222 South Main Street, Suite 2200
Salt Lake City, UT  84101
mburton@hollandhart.com

Kim R. Wilson
Snow Christensen & Martineau
10 Exchange Place 11th Floor
P.O. Box 45000
Salt Lake City, UT  84145
krw@scmlaw.com

__/s/ Lynda Hansen, Legal Assistant_____

```
                               United States Bankruptcy Court
                                       District of Utah
In re:                                                                  Case No. 09-29905-RKM
Easy Street Holding, LLC                                                Chapter 11
         Debtor
                                      CERTIFICATE OF NOTICE
District/off: 1088-2           User: lph                    Page 1 of 4                   Date Rcvd: Apr 19, 2011
                               Form ID: pdfor1              Total Noticed: 127


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 21, 2011.
 db          +Easy Street Holding, LLC,    4780 Winchester Court,    Park City, UT 84098-7528
 aty         +Adelaide Maudsley,    Chapman and Cutler LLP,    201 South Main Street,    Suite 2000,
               Salt Lake City, UT 84111-2298
 aty         +Annette W. Jarvis,    Dorsey & Whitney LLP,    136 South Main Street,    Suite 1000,
               Salt Lake City, UT 84101-1685
 aty         +Anthony C. Kaye,    Ballard Spahr Andrews & Ingersoll, LLP,    201 South Main Street,    Suite 600,
               Salt Lake City, UT 84111-2212
 aty         +Benjamin J. Kotter,    Dorsey & Whitney, LLP,    136 South Main Street,    Suite 1000,
               Salt Lake City, UT 84101-1685
 aty         +Blake D. Miller,    Miller Guymon, PC,    165 South Regent Street,    Salt Lake City, UT 84111-1903
 aty         +Bradley L. Tilt,    Fabian & Clendenin,    215 South State Street, 12th Floor,    PO Box 510210,
               Salt Lake City, UT 84111-2319
 aty         +Brian W. Harvey,    Goodwin Procter LLP,    The New York Time Building,    620 Eighth Avenue,
               New, NY 10018-1618
 aty         +Bruce J. Zabarauskas,    Crowell & Moring LLp,    590 Madison Avenue, 20th Floor,
               New York, NY 10022-2544
 aty         +Christina M. Craige,    Sidley Austin LLP,    555 West 5th Street,    Los Angeles, CA 90013-1010
 aty         +Craig H. Howe,    Miller Guymon, P.C.,    165 South Regent Street,    Salt Lake City, UT 84111-1903
 aty         +Crowell & Moring LLP,    590 Madison Avenue, 20th Floor,    New York, NY 10022-2544
 aty         +Crowell & Moring LLP,    Attn: Michael V. Blumenthal,    590 Madison Avenue,    20th Floor,
               New York, NY 10022-2544
 aty          David E. Leta,   Snell & Wilmer,    15 West South Temple,    Suite 1200,
               Salt Lake City, UT  84101-1547
 aty         +David W. Overholt,    Richer & Overholt, PC,    901 West Baxter Drive,
               South Jordan, UT 84095-8687
 aty          Douglas J. Payne,    Fabian & Clendenin,    215 South State Street,    Suite 1200,
               Salt Lake City, UT  84111-2323
 aty          Durham Jones & Pinegar, P.C.,    Attn: Kenneth L. Cannon II,    P O Box 4050,
               Salt Lake City, UT  84110-4050
 aty         +George B. Hofmann,    Parsons Kinghorn & Harris,    111 East Broadway,    11th Floor,
               Salt Lake City, UT 84111-5225
 aty         +James W. Anderson,    Miller Guymon, PC,    165 South Regent Street,
               Salt Lake City, UT 84111-1903
 aty         +Jessica G Peterson,    Durham Jones & Pinegar,    111 East Broadway, Suite 900,    PO Box 4050,
               Salt Lake City, UT 84110-4050
 aty         +Joseph E. Wrona,    WRONA LAW OFFICES, P.C.,    1745 Sidewinder Drive,    Park City, UT 84060-7218
 aty          Kenneth L. Cannon, II,    Durham Jones & Pinegar,    111 East Broadway, Suite 900,    P O Box 4050,
               Salt Lake City, UT  84110-4050
 aty         +Kim R. Wilson,    Snow Christensen & Martineau,    10 Exchange Place 11th Floor,    P.O. Box 45000,
               Salt Lake City, UT 84145-5000
 aty         +Knute Rife,   Wrona Law Offices,    11650 S. State,    Suite 103,    Draper, UT 84020-7144
 aty         +Lauren Y. Parry,    Miller Guymon P.C.,    165 S. Regent Street,    Salt Lake City, UT 84111-1903
 aty         +Lon A. Jenkins,    Jones Waldo Holbrook & McDonough,    170 South Main St.,    Suite 1500,
               Salt Lake City, UT 84101-1644
 aty         +Mary Margaret Hunt,    Dorsey & Whitney LLP,    136 South Main Street,    Suite 1000,
               Salt Lake City, UT 84101-1685
 aty          Michael R. Johnson,    Ray Quinney & Nebeker P.C.,    36 South State Street,    Suite 1400,
               P.O. Box 45385,    Salt Lake City, UT  84145-0385
 aty         +Michael V. Blumenthal,    Crowell & Moring LLP,    590 Madison Avenue, 20th Floor,
               New York, NY 10022-2544
 aty         +Miller Guymon, P.C.,    165 S. Regent St.,    Salt Lake City, UT 84111-1903
 aty         +Scott A. Cummings,    Dorsey & Whitney LLP,    136 South Main Street,    Suite 1000,
               Salt Lake City, UT 84101-1685
 aty         +Steven B. Eichel,    Crowell & Moring LLP,    590 Madison Avenue, 20th Floor,
               New York, NY 10022-2544
 aty          Steven J. McCardell,    Durham Jones & Pinegar,    111 East Broadway, Suite 900,    P O Box 4050,
               Salt Lake City, UT  84110-4050
 aty         +Troy J. Aramburu,    Jones Waldo Holbrook & McDonough PC,    170 South Main Street,    Suite 1500,
               Salt Lake City, UT 84101-1644
 app         +Appraisal Group, Inc.,    Attn: Paul W. Throndsen, MAI,    7396 S Union Park Avenue, #301,
               Midvale, UT 84047-6703
 op          +BDRC 4 Site, LLC,    Attn: Bryan W. Dorsey,    305 NE Loop 820, Ste 109,    Hurst, TX 76053-7211
 intp        +Committee of Unsecured Creditors,    Jones Waldo Holbrook & McDonough,    170 South Main,
               Suite 1500,    Salt Lake City, UT 84101-1644
 sp          +Corbin B. Gordon,    345 West 600 South,    Suite 108,    Heber City, UT 84032-2282
 intp        +Easy Street Mezzanine, LLC,    4780 Winchester Court,    Park City, UT 84098-7528
 intp        +Easy Street Partners, LLC,    4780 Winchester Court,    Park City, UT 84098-7528
 cr          +Gateway Center, LLC,    c/o Resort Commercial Property Mgmt,    1415 Lowell Avenue,
               P.O. Box 682152,    Park City, UT 84068-2152
 sp          +Joseph E. Wrona,    1745 Sidewinder Drive,    Park City, UT 84060-7218
 acc          Niederhauser & Davis, LLC,    Attn: Jay C. Niederhauser,    P O Box 680460,
               Park City, UT  84068-0460
 app          Paul W. Throndsen,    Appraisal Group, Inc.,    7396 South Union Park Avenue, Suite 301,
               Salt Lake City, UT  84047
```

```
District/off: 1088-2           User: lph                    Page 2 of 4                   Date Rcvd: Apr 19, 2011
                               Form ID: pdfor1              Total Noticed: 127

intp           +Sky Lodge Holdings, LLC,    c/o David E. Leta,   Snell & Wilmer,   15 West South Temple,
                 Suite 1200,    Salt Lake City, UT 84101-1547
cr             +Sundance Partners, Ltd.,    Ballard Spahr,   One Utah Center,   Suite 800,   201 South Main Street,
                 Salt Lake City, Ut 84111-2221
6682132        +AT&T Mobility,    PO Box 6463,   Carol Stream, IL 60197-6463
6682131        +ATIV Corporation,    722 Nardo Rd,   Encinitas, CA 92024-3827
6682133        +AXIS Group,    84 Route 347,   Port Jefferson Station, NY 11776-2627
6797099        +Alchemy Ventures Group, LLC,    c/o Kim R. Wilson,   Snow, Christensen & Martineau,
                 P. O. Box 45000,    Salt Lake City, UT 84145-5000
6628202        +Alchemy Ventures Trust,    17575 Fitzpatrick Lane,   Occidental, CA 95465-9355
6682127        +Alliance Abroad Group LP,    1221 South Mopac Expressway, Suite 100,   Austin, TX 78746-7615
6682128        +Alpine Adventures,    3020 North Federal Highway # 10,    Fort Lauderdale, FL 33306-1451
6682129        +American Express Travel Relate,    2840 South 123rd Court,   Omaha, NE 68144-3977
6682130        +American Ski & Board Association,    686 NW York,   Bend, OR 97701-9732
6628197        +Anthony S. Fiotto,    Eric D. Lemont,   Goodwin Procter LLP,   53 State Street,
                 Boston, MA 02109-2881
6628195        +BayNorth Realty Fund,    Bay North Capital, LLC,   Attn:Charles J. Flint,
                 One Financial Center, Floor 23,    Boston, MA 02111-2621
6682134        +Business Technology Consulting,    Rob Stevenson,   957 East 1300 South,
                 Salt Lake City, UT 84105-1856
6625017        +CBIZ,    175 S West Temple, Suite 650,   Salt Lake City, UT 84101-1422
6628194        +Christina M. Craige, Esq.,    Sidley Austin LLP,   555 West Fifth Street,
                 Los Angeles, CA 90013-1010
6628196        +Christopher B. Barker, Esq.,    Goodwin Procter LLP,   53 State Street,   Boston, MA 02109-2881
6797890        +Cloudnine Resorts-Sky Lodge Development,    Kim R Wilson,   Snow, Christensen & Martineau,
                 PO Box 45000,    SLC, UT 84145-5000
6625018        +Cushman & Wakefield,    50 Broad Street,   New York NY 10004-2307
6797102        +David L. Wickline,    c/o Kim R. Wilson,   Snow, Christensen & Martineau,   P. O. Box 45000,
                 Salt Lake City, UT 84145-5000
6625019        +David Wickline,    17575 Fitzpatrick Land,   Occidental, CA 95465-9355
6778022        +Diane H Banks,    Fabian & Clendenin,   215 South State Street #1200,   SLC, UT 84111-2323
6628193        +Drew A. Norman, Esq.,    Sidley Austin LLP,   555 West Fifth Street,   Los Angeles, CA 90013-1010
6682135        +EM Systems,    PO Box 540783 North,   Salt Lake City, UT 84054-0783
6625020         Elliott Workgroup,    Attn: Craig Elliott,   P O Box 3419,   Park City, UT 84060-3419
6625021         FedEx,    PO Box 7221,   Pasadena, CA 91109-7321
6625022        +Five 9's Communication,    PO Box 348,   Roy, UT 84067-0348
6682136        +Fog River Fisheries,    9554 Wells Circle, Suite A,   West Jordan, UT 84081-6225
6795037        +Fragen Ronald A.,    64893 Saragossa,   Palm Springs CA 92264-0221
6625023        +Frank Rimerman & Co. LLP,    60 South Market Street Ste 500,   San Jose, CA 95113-2356
6625024        +Gateway Center, LLC,    c/o Commerce,   32 West 200 South, Suite 501,
                 Salt Lake City, UT 84101-1603
6682137        +Get Fresh,    1548 18th Street,   Santa Monica, CA 90404-3404
6625025        +Goodrich & Thomas, CPAs,    3200 Park Center Drive Suite 1170,   Costa Mesa, CA 92626-7153
6628184       ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:   Internal Revenue Service,    Centralized Insolvency Operations,
                 PO Box 21126,    Philadelphia, PA 19114-0326)
6625026         Jacobsen Construction,    PO Box 27608,   Salt Lake City, UT 84127-0608
6628291        +Jacobsen National Group, Inc.,    c/o Michael R. Johnson, Esq.,   Ray Quinney & Nebeker P.C.,
                 36 South State Street, Suite 1400,    Salt Lake City, Utah 84111-1451
6625027        +Klehr, Branzburg & Ellers LLP,    Attn: William A Harvey,Esquire,   260 South Broad St,,
                 Philadelphia, PA 19102-5021
6625028         Les Olson Company,    PO Box 65598,   Salt Lake City, UT 84165-0598
6625029         Luxury Residence Group,    P O Box 1225,   Park City, UT 84060-1225
6625030        +McGladrey and Pullin,    One South Wacker Drive, Suite 800,   Chicago, IL 60606-4650
6682138        +Media One of Utah,    4770 South 5600 West,   West Valley City, UT 84118-7400
6625031        +Merrit & Harris,    301 E Glenoaks Blvd. Suite 4,    Glendale CA 91207-2115
6625032        +Millcreek Consulting,    3017 East Kempner Rd,   Salt Lake City UT 84109-3654
6625033        +Muir Copper Canyon Farms,    PO Box 26775,   Salt Lake City, UT 84126-0775
6682143        +N. Allen Taylor,    Taylor Capital Management,   6641 North Paseo Tamayo,   Tucson, AZ 85750-1228
6682139         Open Table Inc,    PO Box 49322,   San Jose, CA 95161-9322
6682140        +Park Avenue Travel,    11 Park Avenue,   Swathomre, PA 19081-1596
6627738        +Park City I, LLC,    c/o George B. Hofmann,   Parsons Kinghorn Harris,
                 111 E. Broadway, 11th Floor,    Salt Lake City, UT 84111-5225
6625034         Park City Surveying,    P O Box 682993,   Park City, UT 84068-2993
6682141         Peak Mobile Communications,    4910 South Warehouse Road,   Salt Lake City, UT  84118-6354
6628201        +Philo Smith Jr. Trust,    684 Glenneyre Street,   Laguna Beach, CA 92651-2420
6625036         Qwest Inc.,    P O Box 29040,   Phoenix, AZ 85038-9040
6627730        +Richard W. Havel, Esq.,    Sidley Austin LLP,   555 West Fifth Street,
                 Los Angeles, CA 90013-1010
6683080        +Rocky Mountain Power,    PO Box 25308,   Salt Lake City UT 84125-0308
6627720         Securities & Exchange Commission,    Attn: Bankruptcy Dept.,   44 Montgomery St # 1100,
                 San Francisco, CA 94104-4613
6627737         Sheri P. Chromow, Esq.,    Katten Muchin Rosenman LLP,   575 Madison Avenue,
                 New York, NY  10022-2585
7224601        +Sky Lodge/Park City,    PO Box 683300,   Park City, UT 84068-3300
6625038         Staples Credit Plan,    Dept 51-7861136819,   PO Box 689020,   Des Moines, IA 50368-9020
6627719         State of Utah,    Office of the Attorney General,   Tax & Revenue Division,   P O Box 40874,
                 Salt Lake City, UT  84114-0874
6625039        +Summit Business Services,    Attn: Chipper Leonard,   4130 Hilltop Ct,   Park City, UT 84098-4715
```

```
District/off: 1088-2           User: lph                    Page 3 of 4                    Date Rcvd: Apr 19, 2011
                               Form ID: pdfor1              Total Noticed: 127


6682142       +Summit County Treasurer,    60 North Main,    PO Box 128,    Coalville, UT 84017-0128
6682144       +The Park Record,    PO Box 3688,    Park City, UT 84060-3688
6627736        Timothy G. Little, Esq.,    Katten Muchin Rosenman LLP,     575 Madison Avenue,
                New York, NY 10022-2585
6625037       +Tom Shaner,    Shaner Design, Inc.,    PO Box 4560,    Park City, UT 84060-4560
6625040       +Union Square Home Owners Association,     PO Box 683300,    Park City UT 84068-3300
6627722        Utah Dept of Workforce Services,     P O Box 45249,    Salt Lake City, UT 84145-0249
6627723       +Utah Dept-Alcoholic Beverage Control,     1625 South 900 West,    PO Box 30408,
                Salt Lake City, UT 84130-0408
6625041        Utah State Tax Commission Sales Tax,     210 North 1950 West,    Salt Lake City, UT 84134-0400
6682145        Virtuoso, Ltd,    PO Box 99358,    Fort Worth, TX 76199-0358
6627726        West LB AG, New York Branch,     Attn: Duncan Robertson,    1211 Sixth Avenue, 25th Floor,
                New York, NY 10036-8705
6628190        West LB AG, New York Branch,     Attn: Jeff Nelson,    1211 Avenue of the Americas, 24lh FIr,
                New York, NY 10036
6627724       +West LB AG, New York Branch,     Attn: Christian Ruehmer,    1211 Avenue of the Americas, 24th Flr,
                New York, NY 10036-8705
6627728        West LB AG, New York Branch,     Attn: James Winikor,    1211 Sixth Avenue, 25th Floor,
                New York, NY 10036-8705
6627729       +William D. Ellis, Esq.,    Sidley Austin LLP,    555 West Fifth Street,
                Los Angeles, CA 90013-1010
6625042       +William Shoaf,    4780 Winchester Court,    Park City, UT 84098-7528

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            +Fax: 801-364-9127 Apr 20 2011 00:54:38      Jeffrey L. Shields,    Callister Nebeker & McCullough,
                Zions Bank Building, Suite 900,    10 East South Temple,    Salt Lake City, UT 84133-1101
aty            +E-mail/Text: rhuot@joneswaldo.com Apr 20 2011 00:42:52       Jeffrey Weston Shields,
                Jones Waldo Holbrook & McDonough,    170 South Main Street,    Suite 1500,
                Salt Lake City, UT 84101-1644
aty            +E-mail/Text: ustpregion19.sk.ecf@usdoj.gov Apr 20 2011 00:44:45        John T. Morgan tr,
                US Trustees Office,    Ken Garff Bldg.,    405 South Main Street,    Suite 300,
                Salt Lake City, Ut 84111-3402
aty            +E-mail/Text: rhuot@joneswaldo.com Apr 20 2011 00:42:52       Jones Waldo Holbrook & McDonough, P.C.,
                170 S. Main Street,    Suite 1500,    Salt Lake City, UT 84101-1644
ust            +E-mail/Text: ustpregion19.sk.ecf@usdoj.gov Apr 20 2011 00:44:45        United States Trustee,
                Ken Garff Bldg.,    405 South Main Street,    Suite 300,    Salt Lake City, UT 84111-3402
consult        +E-mail/Text: janet@gemstoneresorts.com Apr 20 2011 00:27:42       Gemstone Hotels & Resorts, LLC,
                Attn: Jeff McIntyre, Principal,    1912 Sidewinder Drive, #104,    Park City, UT 84060-7366
6625035        E-mail/Text: bankruptcy@pb.com Apr 20 2011 00:25:57       Pitney Bowes,    PO Box 856390,
                Louisville, KY 40285-6390
6627721        E-mail/Text: orsbankruptcy@utah.gov Apr 20 2011 00:21:18       State Office of Recovery Services,
                515 East 100 South,    P O Box 45033,    Salt Lake City, UT 84145-0033
                                                                                               TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
6683238*      +AT&T Mobility,    PO Box 6463,    Carol Stream, IL 60197-6463
6683237*      +ATIV Corporation,    722 Nardo Rd,    Encinitas, CA 92024-3827
6683239*      +AXIS Group,    84 Route 347,    Port Jefferson Station, NY 11776-2627
6683233*      +Alliance Abroad Group LP,     1221 South Mopac Expressway, Suite 100,    Austin, TX 78746-7615
6683234*      +Alpine Adventures,    3020 North Federal Highway # 10,    Fort Lauderdale, FL 33306-1451
6683235*      +American Express Travel Relate,    2840 South 123rd Court,    Omaha, NE 68144-3977
6683236*      +American Ski & Board Association,     686 NW York,    Bend, OR 97701-9732
6683240*      +Business Technology Consulting,    Rob Stevenson,    957 East 1300 South,
                Salt Lake City, UT 84105-1856
6683241*      +EM Systems,    PO Box 540783 North,    Salt Lake City, UT 84054-0783
6683242*      +Fog River Fisheries,    9554 Wells Circle, Suite A,    West Jordan, UT 84081-6225
6683243*      +Get Fresh,    1548 18th Street,    Santa Monica, CA 90404-3404
6683244*      +Media One of Utah,    4770 South 5600 West,    West Valley City, UT 84118-7400
6683249*      +N. Allen Taylor,    Taylor Capital Management,    6641 North Paseo Tamayo,    Tucson, AZ 85750-1228
6683245*       Open Table Inc,    PO Box 49322,    San Jose, CA 95161-9322
6683246*      +Park Avenue Travel,    11 Park Avenue,    Swathomre, PA 19081-1596
6683247*       Peak Mobile Communications,    4910 South Warehouse Road,    Salt Lake City, UT 84118-6354
6683248*      +Summit County Treasurer,    60 North Main,    PO Box 128,    Coalville, UT 84017-0128
6683250*      +The Park Record,    PO Box 3688,    Park City, UT 84060-3688
aty          ##+Bastiaan Coebergh,    Wrona Law Offices, P.C.,    1816 Prospector Ave,    Suite 100,
                Park City, UT 84060-7481
                                                                                               TOTALS: 0, * 18, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
 District/off: 1088-2          User: lph              Page 4 of 4            Date Rcvd: Apr 19, 2011
                               Form ID: pdfor1        Total Noticed: 127
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 21, 2011**                **Signature:** _/s/ Joseph Speetjens_